UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CASE NO. 21-CR-6 (TJK) |
| : | |
| DOUGLAS AUSTIN JENSEN, : | |
| Defendant.  : | |

## TRANSPORT ORDER

Having considered the United States' Motion to have the defendant Douglas Austin Jensen transported from the Southern District of Iowa Jersey to the District of Columbia for further proceedings on the Indictment filed against him, it is hereby **ORDERED**

That the United States Marshals Service transport the defendant forthwith from the Southern District of Iowa to the District of Columbia for further proceedings in this matter.

DATE: _____

　　　　　　　　　　　　　HON. TIMOTHY J. KELLY
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1