**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 21-CR-6 (TJK)** |
| | : | |
| **DOUGLAS AUSTIN JENSEN,** | : | |
| **Defendant.** | : | |

**TRANSPORT ORDER**

Having considered the United States' Motion to have the defendant Douglas Austin Jensen transported from the Southern District of Iowa Jersey to the District of Columbia for further proceedings on the Indictment filed against him, it is hereby **ORDERED**

That the United States Marshals Service transport the defendant forthwith from the Southern District of Iowa to the District of Columbia for further proceedings in this matter.

DATE: January 22, 2021

_____
HON. TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE

1