**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 21-CR-6 (TJK)** |
| | : | |
| **DOUGLAS AUSTIN JENSEN,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

Upon consideration of the Government's Motion for Emergency Stay and for Review of Detention Order as to defendant Douglas Austin Jensen.

It is this___22nd___ day of January 2021,

**ORDERED**, that the Motion for an Emergency Stay is hereby **GRANTED** and the release order entered by the Southern District of Iowa Magistrate Judge on January 21, 2021 as to defendant Douglas Austin Jensen is **STAYED** pending review of the detention decision by this Court.

_____
HON. TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE