NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                                  Criminal Number  21 cr 0006 TJK

Douglas Austin Jensen
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Christopher M Davis    #385582
(Attorney & Bar ID Number)

Davis & Davis
(Firm Name)

1350 Connecticut Ave NW Ste 202
(Street Address)

Washington         DC         20036
(City)            (State)     (Zip)

(202) 234-7300
(Telephone Number)