AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>DOUGLAS AUSTIN JENSEN,<br><br>*Defendant(s)* | )<br>)  Case: 1:21-MJ-00025<br>)  Assigned to: Judge G. Michael Harvey<br>)  Assigned Date: 1/8/2021<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) | Knowingly Entering or Remaining in any Restricted Building Without Lawful Authority; |
| 18 U.S.C. 1752(a)(2) | Disrupting the Orderly Conduct of Government Business; |
| 40 U.S.C. 5104(e)(2)(A) | Violent Entry and Disorderly Conduct in a Capitol Building; |
| 40 U.S.C. 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building; |
| 18 U.S.C. 231(a)(3) | Obstructing a Law Enforcement Officer During a Civil Disorder |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Julie K. Williams, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/08/2021

G. Michael Harvey
2021.01.08 19:36:10 -05'00'
*Judge's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*