UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CRIMINAL NO. 21cr0006 (TJK) |
| : | |
| **DOUGLAS AUSTIN JENSEN,** : | |
| **Defendant.** : | |

**CONSENT MOTION TO CONTINUE STATUS HEARING**

The defendant, by and through his attorney, Christopher M. Davis, respectfully files this Consent Motion to Continue the May 6, 2021 Status Hearing in the above-captioned matter to a date after June 4, 2021. In support thereof, the defendant states as follows:

1. The government and counsel for the defendant have conferred and are continuing to communicate in an effort to resolve this matter. The government is also gathering additional discovery to provide to counsel for the defendant.

2. The parties would respectfully request that the Status Hearing set for May 6, 2021 be continued to a date after June 4, 2021. The parties agree that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial. This adjournment will allow the parties to continue negotiations in an effort to achieve a resolution before trial.

3. The parties agree that pursuant to 18 U.S.C. § 3161, the time from May 6, 2021 through the next court date shall be excluded in computing the date for speedy trial in this case.

Wherefore, the parties respectfully request that the Court continue the currently scheduled status hearing to a date after June 4, 2021.

        Respectfully submitted,

        _____/s/_____
        Christopher M. Davis #385582
        Counsel for Douglas Jensen
        Davis & Davis
        1350 Connecticut Avenue, NW
        Suite 202
        Washington, DC 200
        202.234.7300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served upon all counsel of record via the Court's CM/ECF System on this 19th day of April 2021.

        _____/s/_____
        Christopher M. Davis