# Ex. 2

(Provided to Chambers separately due to the size limitations of ECF)