

Share

Protesters walk as U.S. Capitol Police officers watch in a hallway near the Senate chamber at the Capitol in Washington, Wednesday, Jan. 6, 2021, near the Ohio Clock.
MANUEL BALCE CENETA, AP