**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 21-cr-6 (TJK) |
| : | |
| **DOUGLAS AUSTIN JENSEN,** : | |
| : | |
| Defendant.  : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT**
**TO LOCAL CRIMINAL RULE 49**

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and all counsel in relation to Government's Memorandum in Opposition to Defendant's Motion to Revoke Detention Order (ECF No. 24). The exhibits are as follows:

1. Government Exhibit A, referenced in its Opposition (ECF No. 24) was provided to the Court and opposing counsel via USAfx on June 23, 2021. Government Exhibit A is a video obtained from defendant's cell phone that is approximately 10 seconds in length. The events depicted in Government Exhibit A occurred at approximately 2:06 p.m. on January 6, 2021.

2. Government Exhibit B, referenced in its Opposition (ECF No. 24), was provided to the Court and opposing counsel via USAfx on June 23, 2021. Government Exhibit B is a video obtained from defendant's cell phone that is approximately 5 seconds in length. The events depicted in Government Exhibit B occurred at approximately 2:10 p.m. on January 6, 2021.

3. Government Exhibit C, referenced in its Opposition (ECF No. 24), was provided to the Court and opposing counsel via USAfx on June 23, 2021. Government Exhibit C is a video obtained from defendant's cell phone that is approximately 18 seconds in length. The events depicted in Government Exhibit C occurred at approximately 2:07 p.m. on January 6, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

*s/Hava Arin Levenson Mirell*
Hava Arin Levenson Mirell
Assistant United States Attorney
District of Columbia Detailee
CA Bar No. 311098
U.S. Attorney's Office
312 N. Spring St., Suite 1100
Los Angeles, CA 90012
(213) 894-0717
Hava.Mirell@usdoj.gov

I HEREBY CERTIFY that I filed the foregoing
pleading electronically through the CM/ECF system
which caused the parties or counsel of record to be
served by electronic means, as reflected on the Notice
of Electronic Filing, and other methods of service as
indicated therein on July 1, 2021

*s/Hava Arin Levenson Mirell*
Hava Arin Levenson Mirell
Assistant United States Attorney