UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>      *Plaintiff*,<br><br>v.<br><br>DOUGLAS JENSEN,<br><br>      *Defendant*. | Criminal Action No. 21-6 (TJK) |

**ORDER**

It is hereby **ORDERED** that Douglas Jensen shall be released to the custody of his wife, April Jensen, on July 14, 2021.

**SO ORDERED.**

                      /s/ Timothy J. Kelly
                      TIMOTHY J. KELLY
                      United States District Judge

Date: July 13, 2021