**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>DOUGLAS JENSEN,<br><br>*Defendant.* | Criminal Action No. 21-6 (TJK) |

## ORDER

For the reasons provided on the record at the revocation hearing held today, September 2, 2021, and based on consideration of all the evidence, the arguments of the parties, and the standards set forth in 18 U.S.C. § 3148, the Court finds by clear and convincing evidence that the Defendant violated the conditions of his release by (1) accessing the internet, specifically an online video platform, through the use of a cell phone on August 13, 2021, and (2) accessing the internet, specifically video of a cyber symposium related to a recount of the 2020 Presidential election, through the use of a cell phone, in the days before that. The Court also finds, for the reasons provided on the record, that the Defendant is "unlikely to abide by any condition or combination of conditions of release," *id.* § 3148(b)(2)(B).

Accordingly, it is hereby **ORDERED** that the Defendant shall be remanded to the custody of the Attorney General or to the Attorney General's designated representative.

**SO ORDERED.**

September 2, 2021

Timothy J. Kelly
United States District Judge