# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 21cr0006 (TJK)** |
| | : | |
| **DOUGLAS AUSTIN JENSEN,** | : | |
| Defendant. | : | |

## DEFENSE POSITION WITH RESPECT TO THE MEDIA'S MOTION TO UNSEAL VIDEO EXHIBITS

The defendant, by and through his attorney, Christopher M. Davis, has no opposition to the unsealing the digital videos that the media filed to obtain access to as identified in Dkt. 40.

Respectfully submitted,

_____/s/_____
Christopher M. Davis #385582
Counsel for Douglas Jensen
Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 200
202.234.7300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served upon all counsel of record via the Court's CM/ECF System on this 23rd day of September 2021.

_____/s/_____
Christopher M. Davis