UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | **CRIMINAL NO. 21cr0006 (TJK)** |
| : | |
| **DOUGLAS AUSTIN JENSEN,** : | |
|   **Defendant.** : | |

**MOTION TO RESERVE THE RIGHT TO FILE ADDITIONAL MOTIONS**

Douglas Jensen, by his undersigned counsel, hereby respectfully files this motion to reserve the right to file additional motions. He submits the following in support thereof.

1. The defendant is in custody and in transit back to the District of Columbia. Undersigned has no means of communication with Mr. Jensen until he is returned to the District.

2. Speedy trial has been repeatedly tolled pending completion of discovery and plea negotiations. The last extensive disclosure of discovery was made a week ago. At that time, a plea offer was also extended. Mr. Jensen has not had an opportunity to review or discuss any of these matters with counsel.

3. No motion filing schedule has been set pending the resolution of the matters referenced in the preceding paragraphs.

4. The defendant has filed a Motion to Dismiss Count Two of his indictment. See, Dkt. 42. The subject of that motion is the propriety of utilizing 18 U.S.C. §1512(c)(2) as a charge in the prosecution of the events that occurred at

the Capitol on January 6, 2021. This issue is being litigated before multiple judges in the U.S. District Court for the District of Columbia. In fact, this Court recently heard argument on this issue in *United States v. Nordean*, 21 cr 175 (TJK).

5. The critical impact of the resolution of this issue on case strategy dictates the filing of this motion before a motions schedule is set. To that end, Mr. Jensen reserves the right to file additional motions once a motion(s) filing schedule is established.

Respectfully submitted,

_____/s/_____
Christopher M. Davis #385582
Counsel for Douglas Jensen
Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
202.234.7300

CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served upon all counsel of record via the Court's CM/ECF System on this day of 26th September 2021.

_____/s/_____
Christopher M. Davis