UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-6 (TJK) |
| | : | |
| DOUGLAS AUSTIN JENSEN, | : | |
| | : | |
| Defendant. | : | |

## JOINT PROPOSED BRIEFING SCHEDULE

The parties have conferred and submit this joint proposed briefing schedule regarding defendant Douglas Austin Jensen's Motion to Dismiss Count Two of the Indictment (ECF No. 42), filed on September 26, 2021. The parties have agreed to the following proposed due dates:

- November 5, 2021: Government's Response to Defendant's Motion
- November 19, 2021: Defendant's Reply (if needed)

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   /s/ Hava Mirell
Hava Mirell
Assistant United States Attorney
Detailee
CA Bar No. 311098
312 N. Spring St., Suite 1100
Los Angeles, CA 90012
(213) 894-0717
Hava.Mirell@usdoj.gov

.

          <u>*/s/ Christopher M. Davis*</u>
Christopher M. Davis
Counsel for Douglas Austin Jensen
Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
(202) 234-7300
cmdavisdc@gmail.com