**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No. 21-cr-6 (TJK)** |
| **v.** | **:** | |
| | **:** | |
| **DOUGLAS AUSTIN JENSEN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF WITHDRAWAL OF**
**GOVERNMENT'S MOTION TO SEAL VIDEO EXHIBIT**

In response to the Court's October 13, 2021 Minute Order, the United States of America

hereby withdraws its Motion to Seal Video Exhibit.    ECF No. 36.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:_____/s/_____
HAVA MIRELL
Assistant United States Attorney
Detailee
U.S. Attorney's Office
312 N. Spring St., Suite 1100
Los Angeles, CA 90012
Phone: (213) 894-0717
E-mail: Hava.Mirell@usdoj.gov

Date: October 18, 2021