# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 21-cr-6 (TJK) |
| DOUGLAS AUSTIN JENSEN, : | |
| Defendant. : | |

## JOINT PROPOSED MODIFIED BRIEFING SCHEDULE

The parties hereby respectfully submit a modified proposed briefing schedule for defendant Douglas Austin Jensen's Motion to Dismiss Count Two of the Indictment (ECF No. 42) (hereinafter "Motion"), which was filed on September 26, 2021. On October 11, 2021, upon consideration of the parties' proposed briefing schedule (ECF No. 44), the Court ordered the government to file its opposition to the defendant's Motion by November 5, 2021, and further ordered the defendant to file his reply by November 19, 2021.

In light of the ongoing litigation before this Court and other courts in the District of Columbia regarding some of the issues raised in the defendant's Motion (*see, e.g.*, *United States v. Ethan Nordean et al.*, Case No. 21-cr-175 (TJK) (ECF No. 94) (fully submitted August 4, 2021 and argued September 21, 2021; hearing set for November 3, 2021)), and to promote judicial efficiency and the conservation of judicial resources by providing the parties with an opportunity to refine and narrow their arguments in accordance with the forthcoming opinions from this and other courts within this District, the parties hereby propose the following modified briefing schedule:

- December 6, 2021: Government's Opposition to Defendant's Motion
- December 20, 2021: Reply, if any, to Defendant's Motion

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        DC Bar No. 415793

By:    */s/ Hava Mirell*
        Hava Mirell
        Assistant United States Attorney
        Detailee
        CA Bar No. 311098
        312 N. Spring St., Suite 1100
        Los Angeles, CA 90012
        (213) 894-0717
        Hava.Mirell@usdoj.gov


        */s/ Christopher M. Davis*
        Christopher M. Davis
        Counsel for Douglas Austin Jensen
        Davis & Davis
        1350 Connecticut Avenue, NW
        Suite 202
        Washington, DC 20036
        (202) 234-7300
        cmdavisdc@gmail.com

.