UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 21cr0006 (TJK)** |
| : | |
| **DOUGLAS AUSTIN JENSEN,** : | |
|    **Defendant.** : | |

**UNOPPOSED MOTION FOR RETURN OF PROPERTY**

    Douglas Jensen, by his undersigned counsel, hereby respectfully moves this Honorable Court to order that the iPhone seized from him on August 13, 2021 be returned to his wife. He states the following in support of his motion.

    1. On August 13, 2021, Pre-Trial Services (PTS) of the Southern District of Iowa (SDIA) seized an iPhone from the defendant.

    2. PTS will not return the iPhone to the defendant's wife without an order from this Court.

    3. Counsel for the United States has been consulted and has no opposition to the return of this iPhone to the defendant's wife.

    WHEREFORE, Mr. Jensen requests that this Honorable Court order PTS of the SDIA to return this phone to his wife, April Jensen.

    Respectfully submitted,
    _____/s/_____
    Christopher M. Davis #385582
    Counsel for Douglas Jensen
    Davis & Davis
    1350 Connecticut Avenue, NW
    Suite 202
    Washington, DC 20036
    202.234.7300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served upon all counsel of record via the Court's CM/ECF System on this day of 17th November 2021.

_____/s/_____
Christopher M. Davis