UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 21cr0006 (TJK)** |
| : | |
| **DOUGLAS AUSTIN JENSEN,** : | |
| **Defendant.** : | |

**JENSEN REPY TO GOVERNMENT RESPONSE (Dkt. 57)**

Douglas Jensen, by his undersigned counsel, hereby respectfully files this reply and states the following:

1. On September 26, 2021, Jensen filed a Motion to Dismiss Count Two of the indictment returned against him on February 10, 2021 (Dkt. 42).

2. On December 28, 2021, this Court docketed an opinion denying identical issues raised in *United States v. Nordean*, No. 21-CR-175, Dkt. 263, 2021 WL 6134595 (D.D.C. Dec. 28, 2021).  Several other District Court Judges have denied similar motions filed by various January 6 defendants.  *See*, Dkt. 57 at pp. 1-2.

3. The government filed its response to the defendant's Motion to Dismiss on January 21, 2022.

4. A hearing on this issue is scheduled for February 11, 2022.  Jensen intends to submit on his initial pleading (Dkt. 42).

5. At the February 11th hearing, Jensen will request 30 days to file additional pre-trial motions.  One of the motions Jensen intends to file is a motion to suppress the video of his FBI interview and the search of his cell phone.  An

evidentiary hearing will be required on this motion. Therefore, a request to have a motion hearing set in for late August or early September will be made. Jensen will also request to have trial date set in during the month of September, if convenient to the Court.[1] Jensen is prepared to waive speedy trial from February 11, 2022, until the date he files his pre-trial motions.

Respectfully submitted,

/s/
Christopher M. Davis #385582
Counsel for Douglas Jensen
Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
202.234.7300

CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served upon all counsel of record via the Court's CM/ECF System on February 1. 2022.

/s/
Christopher M. Davis

---

[1] Counsel for both the defendant and the government have discussed these dates in advance of this filing.