## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-6 |
| v. : | |
| : | |
| DOUGLAS JENSEN : | |
| : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Emily Allen is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Emily Allen*
EMILY ALLEN
Assistant United States Attorney
CA Bar Number 234961
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (907) 271-4724
Email: Emily.Allen@usdoj.gov