# EXHIBIT 1 (a) – (d)

**Ex. 1(a):** Video at 10:32:05

**Ex. 1(b):** Video 10:36:40

**Ex. 1(c):** Video at 12:31:30

**Ex. 1(d):** Video at 12:35:10