UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 21-CR-6 (TJK) |
| DOUGLAS AUSTIN JENSEN, | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the parties' joint proposed revision to the briefing schedule and Scheduling Order issued on February 11, 2022 (ECF No. 59), it is hereby

ORDERED, that the Government's opposition to defendant's Motion to Suppress Evidence (Dock. No. 65) shall be due on April 8, 2022, and it is further

ORDERED, that the defendant's reply, if any, shall be due on April 15, 2022.

Date: _____

_____
THE HONORABLE TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE