UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 21cr-0006 (TKJ)** |
| | : | |
| **DOUGLAS AUSTIN JENSEN,** | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of the defense Motion to Continue Trial**,** filed by Douglas A. Jensen, good cause having been shown, it is this _____ day of August 2022, by the United States District Court for the District of Columbia,

**ORDERED**: that the Motion is hereby **GRANTED;** and it is further

**ORDERED** that the September 19, 2022, trial date is vacated, and the case is rescheduled for trial on _____, 202\_\_\_.

_____
The Honorable Timothy J. Kelly
U.S. District Court Judge