**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 21cr0006 (TJK)** |
| | **:** | |
| **DOUGLAS AUSTIN JENSEN,** | **:** | |
| **Defendant.** | **:** | |

**REPLY TO GOVERNMENT RESPONSE**

Douglas Jensen, by his undersigned counsel, hereby replies to the government's response to his motion to continue his trial.  He states the following in support thereof.

**February 2023**

1.  Mr. Jensen initiated the request for this continuance and has agreed to waive speedy trial to accommodate any delay. He has no additional arguments to make in support of his request to continue his trial until the end of February 2023.

**October  24, 2022**

2. The defendant withdraws his request to reschedule the trial to October 24, 2022. In the  alternative, he requests that the trial be rescheduled to September 21, 2022.

3. In *United States v. Tejan*, Crim. No. 21-101-GJH, the Department of Justice (hereinafter DOJ) did not decide to not seek the death penalty until late March of 2022. Tejan has been detained without bond since late October of 2018.[1]

---

[1] Mr. Tejan's case started out as a state homicide case in Prince Georges County  Maryland. *See, State*

He is asserting his right to a speedy trial.

**Response to Court's Minute Order**

4.  In the first instance, acknowledging the complications of scheduling a trial in the District Court for the District of Columbia, given the number of January 6 cases currently on the docket, undersigned apologizes to the Court and to  government counsel.

5.  The *Tejan* matter was scheduled on April 4, 2022, shortly after the DOJ came back with a "no seek."  The matter was set in for a 10-day trial starting on September 5, 2022. ***See,* Ex.1.** A 10-day trial would have concluded on September 16, 2022.  The 10-day estimate was a conservative estimate and given the anticipated pre-trial evidentiary rulings, it is accurate.

6.  September 5th  is Labor Day, something the parties failed to take into consideration when the 10-day trial was set.  ***See,* Ex.1.**  Last week, Tejan lost another day, September 6, 2022, due to Covid protocol restrictions in place at the U.S. District Court in Greenbelt. Only one jury can be selected on any given day and Tejan's case was second in line. Consequently, a 10-day trial will now start on September 7, 2022 and conclude on September 20, 2022.

7.  Mr. Jensen's case is straight forward. There are no complicated issues. The trial is estimated to take five days. Counsel has been in the case for over a year and a half and is prepared to try this case on September 21, 2022. All facts considered, Mr. Jensen requests that his trial be rescheduled to September 21,

_____

*v. Tejan*, CT181495X. The state charge was dropped and Tejan was indicted on federal charges in April of 2021.

2022.

## CONCLUSION

For all the above noted reasons, the Mr. Jensen moves for relief consistent with his request as detailed above.

Respectfully submitted,


_____/s/_____
Christopher M. Davis #385582
Counsel for Douglas Jensen

Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
202.234.7300


## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served upon all counsel of record via the Court's CM/ECF System on this day of 28th July 2022.

_____/s/_____
Christopher M. Davis