## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

Chambers of  
George Jarrod Hazel  
United States District Judge

6500 Cherrywood  
Greenbelt, MD 20770  
301-344-0637  
301-344-3910- FAX

April 5, 2022

RE: *United States of America v. Madani Tejan*  
GJH-21cr-00101

### Scheduling Order

Dear Counsel:

Pursuant to the status call held on April 4, 2022, the Court hereby issues the following schedule:

| | |
|---|---|
| Motion Deadline: | May 6, 2022 |
| Opposition Due | June 6, 2022 |
| Reply | June 24, 2022 |
| Motion Hearing | July 8, 2022 9:30am |
| Jury Trial | September 5, 2022 (Ten Days) |

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

George J Hazel  
United States District Judge