# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-cr-6 (TJK)** |
| **v.** | : | |
| | : | |
| **DOUGLAS AUSTIN JENSEN,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S EXHIBIT LIST

At this time, the United States has identified the following exhibits it intends to use at trial. This exhibit list was compiled in a good-faith effort to identify all trial evidence that is known or identified at this time.  The government reserves the right to supplement this list or to remove items from the list, as it develops additional evidence throughout trial preparations and to streamline the presentation of its case.   The government also reserves the right to introduce any evidence produced to the defense in discovery.

| Exhib it No. | Description | Bates Number or File Name/Notes |
|---|---|---|
| **Video Evidence** | | |
| | **Body-Worn Camera** | |
| 101 | Interior hallway 2:50 pm - BWC of R. Daniels | Axon Body 3 X6039BJXJ |
| 102 | Interior hallway 2:50 pm - BWC of Humphrey | |
| 103 | Interior hallway 2:50 pm - BWC of Rios | |
| 104 | Rotunda 3:27 pm - BWC of C. Denton | Axon Body 3 X6039BD20 |
| 105 | Rotunda 3:27 pm - BWC of C. Foster Jr. | Axon Body 3 X6039BJ5Y |
| 106 | Rotunda 3:27 pm - BWC of M. Reese | Axon Body 3 X6039BAA3 |
| 107 | Rotunda 3:27 pm - BWC of P. Weiss | Axon Body 3 X6039BGFQ |
| | **Radio Communications** | |
| 150T | Transcript of US Capitol Police Radio communications | |

| | | |
|---|---|---|
| 150.1 | Excerpt of USCP radio communications on January 6, 2021 | |
| 150.2 | Excerpt of USCP radio communications on January 6, 2021 | |
| 150.3 | Excerpt of USCP radio communications on January 6, 2021 | |
| 150.4 | Excerpt of USCP radio communications on January 6, 2021 | |
| 150.5 | Excerpt of USCP radio communications on January 6, 2021 | |
| 150.6 | Excerpt of USCP radio communications on January 6, 2021 | |
| 150.7 | Excerpt of USCP radio communications on January 6, 2021 | |
| | **U.S. Capitol CCTV** | |
| 201 | 2:09pm ST22 Exterior | 201 - ST22 Exterior-2021-01-06_14h07min00s000ms.asf |
| 202 | 2:11pm Exterior NW Plaza | 202 - Upper Terrace West-2021-01-06_14h10min00s000ms.asf |
| 203 | 2:11pm - 2:15pm Senate Wing Door interior | 203 - Senate Wing Door near S139-2021-01-06_14h10min00s000ms.asf |
| 204 | 2:12 pm North Door Appt Desk | 204 - North Door Appt. Desk-2021-01-06_14h11min00s000ms.asf |
| 205 | 2:14pm - 2:15pm Hall by S208 | 205 - HALL BY S208-2021-01-06_14h12min00s000ms.asf |
| 206 | 2:14pm - 2:48pm Ohio Clock Corridor | 206 - Ohio Clock near S208-2021-01-06_14h12min00s000ms.asf |
| 207 | 2:30pm - 2:52pm | 207 - OHIO CLOCK NEAR S230-2021-01-06_14h12min00s000ms.asf |
| 208 | 2:14pm - 2:52pm Room 244 (facing south) | 208 - Room 224-2021-01-06_14h12min00s000ms.asf |
| 209 | 2:50:25pm - 2:52:10pm | 209 - West Stairs near S221-2021-01-06_14h48min00s000ms.asf |
| 210 | 2:54:04 p.m. – 2:55:03 p.m. Hall by S208 | 210 - HALL BY S208-2021-01-06_14h52min00s000ms.asf |
| 211 | 2:56:00 p.m. – 2:56:06 p.m. | 211 - Senate Carriage Door-2021-01-06_14h53min00s000ms.asf |
| 212 | 2:55:56 p.m. – 2:56:10 p.m. | 212 - Senate Carriage Door-2021-01-06_14h54min00s000ms.asf |
| 213 | 2:56:07 p.m. – 2:56:14 p.m. | 213 - Senate Carriage Door-2021-01-06_14h53min00s000ms.asf |
| 214 | 3:09:43 p.m. – 3:23:32 p.m. | 214 - Rotunda Door Interior-2021-01-06_15h07min00s000ms.asf |
| 215 | 3:16:00 p.m. – 3:23:35 p.m. | 215 - Rotunda Door Interior-2021-01-06_15h14min00s000ms.asf |

| | | |
|---|---|---|
| 216 | 3:09 – 3:25 | 216 - Rotunda Lobby East Stairs-2021-01-06_15h07min00s000ms.asf |
| 217 | 3:24:00 p.m. – 3:27:28 p.m. | 217 - Rotunda South-2021-01-06_15h22min00s000ms.asf |
| 218 | 3:24:00 p.m. – 3:27:28 p.m. | 218 - Rotunda North-2021-01-06_15h22min00s000ms.asf |
| 219 | 3:26 - 3:29 | 219 - Capitol Rotunda-2021-01-06_15h22min00s000ms.asf |
| 220 | 3:29:45 p.m. – 3:30:05 p.m. | 220 - Memorial Door Interior-2021-01-06_15h28min00s000ms.asf |
| 221 | 3:29-3:32 | 221 - Memorial Door Exterior-2021-01-06_15h29min00s000ms.asf |
| 222 | Senate hallway: 2:25 pm | 222 - Senate hallway - Pence and Family Leave.mp4 |
| 230 | Video montage of USCP CCTV footage | |
| **Jensen's Evidence** | | |
| | **FBI Interview** | |
| 301 | Video Recording of interview with Jensen on 1/8/2021 (full) | |
| 301.1 | 9:01 am - FBI introductions | Clip 1 - 9:01 am |
| 301.2 | 9:05 am - I intended to be the poster boy | Clip 2 - 9:05 am |
| 301.3 | 9:19 am - Trump didn't tell us to go storm the building | Clip 3 - 9:19 am |
| 301.4 | 9:27 am - Don't take a knee for me, I'm not BLM | Clip 4 - 9:27 am |
| 301.5 | 9:31 am - He picked up his baton, I said, "I'll take it" | Clip 5 - 9:31 am |
| 301.6 | 9:37 am - Got in this room with all kinds of Capitol Police | Clip 6 - 9:37 am |
| 301.7 | 9:40 am - I literally was hanging out with these guys | Clip 7 - 9:40 am |
| 301.8 | 9:54 am - I don't blame anyone else | Clip 8 - 9:54 am |
| 301.9 | 10:00 am - Took the hat and went to take a selfie | Clip 9 - 10:00 am |
| 301-10 | 10:08 am - I wanted to do my part as a patriot | Clip 10 - 10:08 am |
| 301.11 | 10:13 am - Only thing I had on my was that knife | Clip 11 - 10:13 am |
| 301.12 | 10:24 am - I thought we were going to stop the steal | Clip 12 - 10:24 am |
| 301.13 | 10:30 am - My job as a digital soldier is to share the news | Clip 13 - 10:30 am |
| 301.14 | 10:32 am - FBI taking a break; for the record | Clip 14 - 10:32 am |
| 301.15 | 10:36 am - Officer offers smoke break | Clip 15 - 10:36 am |

| | | |
|---|---|---|
| 301.16 | 10:57 am - FBI resumes interview; for the record | Clip 16 - 10:57 am |
| 301.17 | 11:04 am - I climbed through the window | Clip 17 - 11:04 am |
| 301.18 | 11:08 am - Just the one cop showed a lot of fear | Clip 18 - 11:08 am |
| 301.19 | 11:13 am - I went around to the east side and went in again | Clip 19 - 11:13 am |
| 301-20 | 11:19 am - I realize I went in | Clip 20 - 11:19 am |
| 301.21 | 11:27 am - Drove home and walked all the way here | Clip 21 - 11:27 am |
| 301.22 | 11:33 am - I'd like to stay at home if it's safe from sheeple | Clip 22 - 11:33 am |
| 301.23 | 11:38 am - Social media usernames and handles | Clip 23 - 11:38 am |
| 301.24 | 11:47 am - Regrets depend on the outcome, was it worth it | Clip 24 - 11:47 am |
| 301.25 | 11:52 am - A lot of people reached out | Clip 25 - 11:52 am |
| 301.26 | 11:XX am - I'm not going anywhere, if you want to talk again | Clip 26 - 11:XX am |
| 301.27 | 12:02 pm - FBI taking a break; offers cigarette | Clip 27 - 12:02 pm |
| 301.28 | 12:23 pm - Jensen signing papers and getting out of here | Clip 28 - 12:23 pm |
| 301.29 | 12:32 pm - We don't want you to have to walk home | Clip 29 - 12:32 pm |
| 301-30 | 12:34 pm - FBI concludes interview; for the record | Clip 30 - 12:34 pm |
| 302 | Transcript of interview with Jensen on 1/8/2021 | |
| 304 | Consent to search form signed by Jensen on 1/8/2021 | 089B-WF-3376790_0000017_1A0000002_0000005.pdf |
| 305 | Photos shown during interview with Jensen on 1/8/2021 | 089B-WF-3376790_0000017_1A0000002_0000003.pdf |
| | **Jensen's Searches** | |
| 310 | Q & Eagle T-shirt worn at Capitol | 1B1 (Serial 61) |
| 311 | Photo of Q & Eagle T-shirt worn at Capitol | 089B-WF-3376790_0000060_1A0000015_0000001.jpg |
| 312 | Pocket knife obtained from Austin Jensen | 1B2 |
| 313 | Photo of pocket knife obtained from Austin Jensen (open) | 089B-WF-3376790_0000063_1A0000014_0000001.jpg |

| | | |
|---|---|---|
| 314 | Photo of pocket knife obtained from Austin Jensen (closed) | 089B-WF-3376790_0000063_1A0000014_0000002.jpg |
| | **Jensen's Phone** | |
| 321 | Text exchange with Jensen & Andy | |
| 322 | Text exchange with Jensen & Wyatt | |
| 323 | Text exchange with Jensen & April | |
| 324 | Text exchange with Jensen & Rob | |
| 325 | Text exchange with Jensen & Austin | |
| 331 | 11:47 am - Live Photo at Washington Monument | IMG_5930 |
| 332 | 2:01 pm - Live Photo of approach to Capitol grounds | IMG_5958 |
| 333 | 2:02 pm - Video of bike rack barrier on West Lawn | 333 - IMG_5959.MOV |
| 334 | 2:04 pm - Live Photo of West Front | IMG_5962 |
| 335 | 2:04 pm - Live Photo of West Front ("Traitors") | IMG_5964 |
| 336 | 2:04 pm - Live Photo of crowd on West Front ("Lock em up") | IMG_5965 |
| 337 | 2:05 pm - Live Photo of approach to Northwest lawn | IMG_5970 |
| 338 | 2:06 pm - Live Photo of riot police at Northwest lawn | IMG_5972 |
| 339 | 2:06 pm - Video of crowd at Northwest lawn chanting ("USA") | 339 - IMG_5976.MOV |
| 340 | 2:07 pm - Photo of Jensen touching Capitol wall | 340 - IMG_5979.jpg |
| 341 | 2:07 pm - Video of Jensen on Northwest lawn ("This is me touching the f-- White House") | 341 - IMG_5979.MOV |
| 342 | 2:10 pm - Video of Jensen on stair rail ("Storm the White House") | 342 - IMG_5980.MOV |
| 343 | 2:10 pm - Video of Jensen on stair rail ("Yeah, that's me") | 343 - IMG_5981.MOV |
| 344 | 2:18 pm - Live Photo of Jensen (selfie) with officers | IMG_5985 |
| 345 | 2:22 pm - Live Photo of rioters in Ohio Clock Corridor | IMG_5987 |
| 346 | 2:36 pm - Live Photo of rioter with flag in Ohio Clock Corridor | IMG_5991 |
| 347 | 2:32 pm - Live Photo of officers in Ohio Clock Corridor | IMG_5993 |
| 348 | 2:46 pm - Live photo of rioter with police hat | IMG_5994 |

| | | |
|---|---|---|
| 349 | 2:53 pm - Video of Jensen (selfie) with police hat | 349 - IMG_5996.MOV |
| 350 | 2:54 pm - Live Photo of artwork in Senate stairwell | IMG_5997 |
| 351 | 2:55 pm - Live Photo of Capitol first floor hallway | IMG_6002 |
| 352 | 3:10 pm - Live Photo of Columbus Door window | IMG_6003 |
| 353 | 3:30 pm - Live Photo of Memorial Door ("Murder the Media") | IMG_6005 |
| 354 | 3:40 pm - Live Photo of East side exterior plaza | IMG_6005 |
| 355 | January 7 - Video of Jensen for TikTok | 355 - IMG_6018.MOV |
| | **Jensen's Social Media** | |
| 380 | Jensen's Facebook home page | 089B-WF-3376790_0000009_1A0000001_0000003.png |
| 381 | Jensen Facebook posts 1/7/2021 | 089B-WF-3376790_0000009_1A0000002_0000007.png |
| 382 | Jan 7 post: "My fellow Americans, the Storm is upon us......." God bless. | 382 - Jensen photo post 2021-01-07.docx |
| 383 | Facebook message exchange with Kurschinski 2020-12-27 | 383 - Kurschinski - Jensen messages 2020-12-27.pdf |
| 384 | Facebook message exchange with Poutashis 2021-01-07 | 384 - Poutashis - Jensen messages 2021-01-07.pdf |
| **Open-Source or 3rd Party Video and Photos** | | |
| | **Open-Source files** | |
| 500 | West Plaza at 2:09 pm - S.C.N.R. excerpt | 500 - SCNR screenrecording.wmv |
| 501 | West Plaza staircase 2:09 pm - Insurgence USA excerpt | 501 - Insurgence USA.mp4 |
| 502 | Senate Wing Door 2:12 - BG On the Scene US Capitol entry | 502 - BGOnTheScene 11_11-12_49.mp4 |
| 503 | Upper West Terrace from interior 2:12 pm | 503 - Gjy5pIQ5zlkE.mp4 |
| 504 | Senate Wing Door & interior 2:13 - Parler video | 504 - ProPublica Entrance Video.mp4 |
| 505 | Interior hallway 2:15ish - Bobic Twitter video - Huffington Post | 505 - IgorBobicGoodmanChase.mp4 |
| 506 | Interior hallway 2:15ish - Parler video | 506 - PV4HTOSRVJ40.mp4 |
| 507 | Interior hallway 2:15ish - RMG News | 507 - RMG News in Ohio Clock Corridor.mp4 |
| 510 | Getty Images photo in Ohio Clock Corridor | 510 - gettyimages-1230453186-2048x2048.jpg |
| 512 | Getty Images photo in Ohio Clock Corridor | 512 - gettyimages-1230453310-2048x2048.jpg |

| | | |
|---|---|---|
| 513 | Getty Images photo in Ohio Clock Corridor | 513 - gettyimages-1230453493-2048x2048.jpg |
| 514 | Photo in Ohio Clock Corridor | 514 - IMG_0047.jpeg |
| 515 | Photo in Ohio Clock Corridor | 515 - IMG_0049.JPG |
| 516 | Associated Press photo in Ohio Clock Corridor | 516 - IMG_0051.JPG |
| 526 | Compilation video at entry & Ohio Clock | 526 - Compilation video with times for entry - Ohio Clock - maps.mp4 |
| 527 | Compliation video at Senate Wing Door | 527 - 0102 and BGOnTheScene side by side.mp4 |
| 528 | Compliation video at entry & Ohio Clock | 528 - Jan. 6 committee hearing.mp4 |
| 530 | Senate Wing Door - Albert Ciarpelli - 2:10 pm | 530 - IMG_1577.MOV |
| 531 | Senate Wing Door & hallway - Albert Ciarpelli - 2:13 pm | 531 - IMG_1578.MOV |
| 532 | Ohio Clock Corridor - Albert Ciarpelli - 2:16 pm | 532 - IMG_1580.MOV |
| 533 | Ohio Clock Corridor - Albert Ciarpelli - 2:22 pm | 533 - IMG_1581.MOV |
| 534 | Ohio Clock Corridor - Albert Ciarpelli - 2:24 pm | 534 - IMG_1582.MOV |
| 535 | Ohio Clock Corridor - Albert Ciarpelli - 2:28 pm | 535 - IMG_1583.MOV |
| 551 | TruNews live broadcast at Rotunda doors, approx 3:09 pm | 551 - TruNews entering Capitol Building.mp4 |
| 552 | Rotunda foyer approx 3:12 - Getty Images video | 552 - gettyimages-1295317197-640_adpp.mp4 |
| 553 | Rotunda foyer approx 3:20 - Beckley video | 553 - Beckley - VID_20210106_151632100.mp4 |
| 580 | Photo of National Mall at Trump rally | 580 - Trump Rally Tramy Nguyen.png |
| **Maps, Documents, & Summaries** | | |
| | **Maps & Demonstrative Aids** | |
| 601 | Overview Map of Capitol Building | 601 - Capitol photo.jpg |
| 601A | Overview Map of Restricted Area | 601A - Capitol photo with perimeter.pdf |
| 601B | Capitol Photo with Signs | 601B - Capitol photo with signs.jpg |
| 601C | Photo of Signs on Barriers | 601C - sign on rack.jpg |
| 601D | Photo of Signs closeup | 601D - sign itself.png |
| 602 | Diagram of Capitol Building | 602 - Capitol diagram.png |
| 603 | 3D Model of Capitol | 603 - 3D Model with Floor Plans - Copy |
| 604 | Map of U.S. Capitol Grounds and Building | 604 - USCapitolGroundsMap.png |
| 605 | U.S. Capitol Floor plans - first floor | 605 - CAPD_0001659.pdf |
| 606 | U.S. Capitol Floor plans - second floor | 606 - CAPD_0001661.pdf |
| | **Documents re January 6** | |

| | | |
|---|---|---|
| 620 | Secret Service Head of State Notification Worksheet | 620 - HOS Notification - Vice President Pence 01.06.21 (REDACTED) |
| 621 | Mayor Bowser Curfew Order (Mayor's Order 2021-002) | 621 - Mayor's Order 2021-002.pdf |
| | **Congressional Record & Statutes** | |
| 630 | U.S. Constitution – 12th Amd. | 630 - Constitution, amd 12.pdf |
| 631 | 3 U.S. Code § 15 | 631 - 3 USC 15.pdf |
| 632 | 3 U.S. Code § 16 | 632 - 3 USC 16.pdf |
| 633 | 3 U.S. Code § 17 | 633 - 3 USC 17.pdf |
| 634 | 3 U.S. Code § 18 | 634 - 3 USC 18.pdf |
| 635 | Senate Concurrent Resolution 1 (Jan. 3, 2021) | 635 - Senate Concurrent Resolution 1.pdf |
| 640 | Screenshots from Senate chamber video at 1:39pm, 1:48pm, 1:54pm, 2:00pm, 2:05pm, 2:10pm (excerpts from Exh. 650) | 640 - Screenshots from Senate chamber video.pdf |
| 641 | Certificate of Authenticity of Records | 641 - Diego 20210106_CERTIFICATE OF AUTHENTICITY OF DOMESTIC (002).pdf |
| 642 | Screenshots from House chamber video at 1:43pm, 1:48pm, 1:54pm, 1:59pm, 2:04pm, 2:10pm, 2:14pm | 642 - Screenshots from House chamber video.pdf |
| 643 | Certificate of Authenticity of Records | 643 - House Video Certification DOJ affidavit signed_CAO_12.17.21 (003).pdf |
| 650 | Video Montage – including Congressional Record (vol. 167, No. 4) at S13, S14, S18, H75, H76, H84, H85 and video footage from House and Senate | 650 - House and Senate video montage.mp4 |