# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 21cr0006 (TJK)** |
| : | |
| **DOUGLAS AUSTIN JENSEN,** : | |
| **Defendant.** : | |

## MOTION TO WITHDRAW REQUEST FOR SHORT TERM CONTINUANCE

Douglas Jensen, by his undersigned counsel, hereby moves to withdraw his request to continue his trial short term.

**September 19, 2022**

Defense counsel has resolved his conflict and is now prepared to move forward with trial on September 19, 2022.

Respectfully submitted,

_____/s/_____
Christopher M. Davis #385582
Counsel for Douglas Jensen
Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
202.234.7300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served upon all counsel of record via the Court's CM/ECF System on this day of 16th August 2022.

_____/s/_____
Christopher M. Davis