| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

Douglas Austin Jensen

Civil/Criminal No. 2 1 - c r - 6

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|
| 1 | Excerpts of Jensen's Text Messages | |
| 2 | Email between FBI and DOJ Staff | |
| 3 | Email from DOJ Staff 1/8/2021 11:57 AM | |
| 4 | Consent to Search | |
| 5 | Email with DOJ Staff 1/8/2021 9:11 AM | Special Agent Tyler Johnson |
| 301 | Full Jensen Interview | |
| 301.1 | Clip 1.mp4 Jensen Interview, 9:01:15 | Special Agent Tyler Johnson |
| 301.2 | Clip 2.mp4 Jensen Interview, 9:05:07 | Special Agent Tyler Johnson |
| 301.8 | Clip 8.mp4 Jensen Interview, 9:53:32 | Special Agent Tyler Johnson |
| 301.10 | Clip 10.mp4 Jensen Interview, 10:08:06 | Special Agent Tyler Johnson |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|
| 301.14 | Clip 14.mp4 Jensen Interview, 10:31:50 | Special Agent Tyler Johnson |
| 301.15 | Clip 15.mp4 Jensen Interview, 10:36:36 | Task Force Officer Matthew Towers |
| 301.16 | Clip 16.mp4 Jensen Interview, 10:57:51 | Special Agent Tyler Johnson |
| 301.18 | Clip 18.mp4 Jensen Interview, 11:07:57 | Special Agent Tyler Johnson |
| 301.20 | Clip 20.mp4 Jensen Interview, 11:18:54 | Special Agent Tyler Johnson |
| 301.21 | Clip 21.mp4 Jensen Interview, 11:27:09 | Special Agent Tyler Johnson |
| 301.22 | Clip 22.mp4 Jensen Interview, 11:33:22 | Special Agent Tyler Johnson |
| 301.25 | Clip 25.mp4 Jensen Interview, 11:52:05 | Special Agent Tyler Johnson |
| 301.26 | Clip 26.mp4 Jensen Interview, 11:54:43 | Special Agent Tyler Johnson |
| 301.27 | Clip 27.mp4, Jensen Interview, 12:01:53 | Special Agent Tyler Johnson |
| 301.28 | Clip 28. Mp4, Jensen Interview, 12:23:37 | Task Force Officer Matthew Towers |
| 301.29 | Clip 29, Jensen Interview, 12:32:32 | Special Agent Tyler Johnson |
| 301.30 | Clip 30.mp4, Jensen Interview. 12:34:36 | Special Agent Tyler Johnson |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|
| 303 | Transcript of interview clips | Special Agent Tyler Johnson |
|  |  |  |
|  |  |  |
|  |  |  |