**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-6 (TJK)** |
| | **:** | |
| **DOUGLAS AUSTIN JENSEN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT**
**TO LOCAL CRIMINAL RULE 49**

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and all counsel in relation to Government's Motion in Limine to Admit Exhibits 509 and 525 (ECF No. 81).   The exhibits are as follows:

1.     Government Exhibit 509: A 41-second open-source video that depicts rioters clashing with United States Capitol Police officers on the northwest staircase outside the Capitol building.

2.     Government Exhibit 525: A 25-second clip from an open-source video that shows rioters trying to dismantle and level the bike-rack barricade on the Lower West Plaza.

Respectfully submitted,

MATTHEW M. GRAVES
Acting United States Attorney
DC Bar No. 481052

*s/Hava Mirell*
HAVA MIRELL
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
hava.mirell@usdoj.gov
(213) 894-0717

I HEREBY CERTIFY that I filed the foregoing
pleading electronically through the CM/ECF system
which caused the parties or counsel of record to be
served by electronic means, as reflected on the Notice
of Electronic Filing, and other methods of service as
indicated therein on July 1, 2021


*/s/ Hava Mirell*
Hava Mirell
Assistant United States Attorney