UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | * |
| v. | * Crim. No. 21 CR 006 (TJK) |
| **DOUGLAS A. JENSEN** | * |

\* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT'S NOTICE OF FILING OF EXHIBITS
PURSUANT TO LOCAL CRIMINAL RULE 49

Douglas Jensen hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and all counsel in relation to Defendant's Opposition (Dkt. # 83) to the Government's Motion in Limine to Admit Exhibits 509 and 525 (Dkt. # 81). The exhibits are as follows:

1. Government Exhibit 502:  This is a 98 second video of protesters breaking windows as they gain entry to the US Capitol.

2. Government Exhibit 504:  This is a 108 second video of protesters forcibly entering the U.S. Capitol.

3. Government Exhibit 510:  This is an image of Douglas Jensen with the protesters whom he entered the Capitol with facing Capitol Police Officers inside the U.S. Capitol.

Respectfully submitted,

_____/s/_____
Christopher M. Davis
Counsel for Douglas Jensen

Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
(202) 234-7300

CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served upon all counsel of record via the Court's CM/ECF System on this 10th day of September 2022.

_____/s/_____
Christopher M. Davis

2