# EXHIBIT 1



## Kurtis ████████

**Doug Jensen :**
I'm going to DC on the 6th. I better find you there.

12-26-2020
9:13:21 PM
DJ

**Kurtis ████████**
I'm trying to arrange a convoy of sorts, 3 miles apart, dont need sum'n like what happened up North !!!

12-26-2020
9:19:06 PM
K

**Doug Jensen :**
You can ride with me if you want

12-26-2020
9:21:02 PM
DJ

**Doug Jensen :**
I'm taking the GMC Acadia and have 3 so far. We have room for 7

12-26-2020
9:24:35 PM
DJ

**Kurtis ████████**
I might take you up on that, worried my CCL isn't good in DC

12-26-2020
9:36:33 PM



## Kurtis Kurschinski

**Doug Jensen :**
So what
12-26-2020
9:44:44 PM

**Kurtis** ▮▮▮▮
And an AR, that's the reason for the caravan
12-26-2020
9:46:26 PM

**Kurtis** ▮▮▮▮
They got those southern's in Michigan, going after the gov
12-26-2020
9:48:20 PM

**Doug Jensen :**
It's time ...
12-26-2020
10:03:11 PM

**Kurtis** ▮▮▮▮
Everyone packing heavy?
12-26-2020
10:03:49 PM

**Doug Jensen :**
No but locked and loaded
12-26-2020
10:04:24 PM





## Kurtis ▮▮▮▮▮

**Doug Jensen :**

Ok just let me know what you want to do. I can get walkies but there will be so many Patriots and the military protecting us. Also have the armor of God.

12-26-2020
10:08:52 PM

DJ

**Doug Jensen :**

I will be getting a room also to stack up in.

12-26-2020
10:09:23 PM

DJ



**Kurtis ▮▮▮▮▮**

Cool, I'll let you know, cuz .at be able to get a few more cars

12-26-2020
10:10:45 PM

**Doug Jensen :**



12-26-2020
10:12:51 PM

DJ



Kurtis █████████

12-28-2020
7:17:54 PM

Doug Jensen :

https://file.wikileaks.org/file/?fbclid
=IwAR2U_Evqah_Qy2wxNYI2FM
qFC5dAFUcZL5Kl4FlfQuMFMp8
ssbM46oHXWMI

DJ



Kurtis █████████

    

12-28-2020
7:21:27 PM

Kurtis █████████

I'm still fighting the Heartland Virus,
wouldn't make a good travel mate! But
might drive, with people ahead, of me!

12-28-2020
7:24:30 PM

Kurtis █████████
Kurtis sent a photo.



Combat Harden US M...  @lkoske ⌄
11 hrs ago · ◎58k

Dear Patriots: according to Mathew Billings-
CIA Data Analyst Officer who was stationed in
Frankfurt Germany CIA field office Trump not
only won ALL the Swing States by a mile but
Trump also won Virginia, Maine and Rhode
Island as well. Mathew was trying to leak this
Data to the Press and ended up losing his job
for his heroic actions. This is the first time I'm
using his name and unmasking his identity
with his and his legal team permission. Please
support Mathew by echoing this post and
spreading this information to all Patriots as
this truth was intended to be a public
knowledge by Mathew in the first place!!!

12-29-2020
5:29:15 AM



**Combat Harden US M...** @lkoske ∨
11 hrs ago · ◎58k

Dear Patriots: according to Mathew Billings-
CIA Data Analyst Officer who was stationed in
Frankfurt Germany CIA field office Trump not
only won ALL the Swing States by a mile but
Trump also won Virginia, Maine and Rhode
Island as well. Mathew was trying to leak this
Data to the Press and ended up losing his job
for his heroic actions. This is the first time I'm
using his name and unmasking his identity
with his and his legal team permission. Please
support Mathew by echoing this post and
spreading this information to all Patriots as
this truth was intended to be a public
knowledge by Mathew in the first place!!!



**Kurtis** ▇▇▇▇▇

**Kurtis** ▇▇▇▇▇
How many seats are left? I have at least one if not more!

12-29-2020
10:28:12 AM

**Doug Jensen :**
I have to check with a couple people first.

12-29-2020
11:53:42 AM

**Kurtis** ▇▇▇▇▇
No worries, j am going heavy, anyoneneed a rifle and ammo?

12-29-2020
11:54:45 AM

**Doug Jensen :**
Possibly I'll let you know

12-29-2020
11:55:43 AM

**Kurtis** ▇▇▇▇▇



12-29-2020
11:55:58 AM