UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-6 (TJK) |
| v. : | |
| : | |
| DOUGLAS AUSTIN JENSEN, : | |
| : | |
| Defendant. : | |

### PROPOSED LIMITING INSTRUCTION REGARDING EXHIBIT 383

The United States has moved for admission of Exhibit 383, which is a summary of Facebook messages exchanged between the defendant and an associate identified as "Kurtis." *See* Doc. 86 (Gov. Motion). The defendant opposes its admission as not relevant under Rule 401, and unduly prejudicial under Rule 403. *See* Doc. 88 (Def. Opposition). Evidence of Jensen's discussions regarding firearms he and his associates might bring to Washington D.C. is relevant to his intent to commit the charged offenses, because it demonstrates, among other things, that he knew the events of January 6 might become violent. And any unfairly prejudicial effect this evidence might have on the jury can be cured with an appropriate limiting instruction.

Should the Court determine that the evidence is admissible, the parties have conferred and jointly submit the following proposed jury instruction, which could be given during the trial at the time the evidence is admitted, and as part of the Court's instructions at the end of the case:

> Government Exhibit 383 has been admitted into evidence, and it is up to you to decide whether to accept that evidence. This evidence is admitted for a limited purpose. You may consider this evidence solely for the purpose of determining whether the government has proven beyond a reasonable doubt that the defendant had the requisite intent on January 6, 2021. You may not use this evidence for any other purpose. This evidence is not offered to prove that the defendant brought

firearms to Washington, D.C. on January 6 2021, and the government does not contend that he did so.

In addition, at the afternoon conference on September 19, 2022, outside the presence of the jury panel, the Court indicated that Exhibit 383's references to "those southern's in Michigan, going after the gov[,]" could be interpreted as a reference to the October 2020 plot to kidnap Michigan Governor Gretchen Whitmer.  To address any potential prejudice or confusion of the issues, the parties have agreed to simply redact that portion of the exhibit and eliminate the reference to Michigan altogether.  Counsel for the defendant has agreed that, if Exhibit 383 is redacted in this way, the prejudicial impact of any allusion to Governor Whitmer will be eliminated.  The revised Exhibit 383 is attached hereto as Exhibit A.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney, D.C. Bar No. 481052

By: /s/ *Hava Mirell*
    HAVA MIRELL
    EMILY W. ALLEN
    Assistant United States Attorneys
    601 D Street, N.W.
    Washington, DC 20530
    hava.mirell@usdoj.gov
    (213) 894-0717