# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-6 (TJK) |
| v. : | |
| : | |
| DOUGLAS AUSTIN JENSEN, : | |
| : | |
| Defendant. : | |

### NOTICE OF EXHIBITS PUBLISHED DURING OPENING STATEMENTS

The United States hereby submits the following list of the exhibits published during opening statements on September 20, 2022:

Exhibit 514 – photo of Jensen with arms spread
Exhibit 505 – video of Jensen and USCP Officer Eugene Goodman
Exhibit 383 (excerpt) – Facebook messages with Kurtis
Exhibit 331A – photo of Jensen at Washington Monument
Exhibit 313 – photo of knife
Exhibit 335A – photo on West Lawn
Exhibit 336 – "live" photo on West Lawn
Exhibit 322 (excerpt) – messages with Wyatt
Exhibit 201 (excerpt) – US Capitol Police surveillance footage
Exhibit 342 – video on Northwest Stairs
Exhibit 502 (excerpt) – video of entry to U.S. Capitol
Exhibit 504 (excerpt) – video of entry to U.S. Capitol
Exhibit 508 – video in Ohio Clock Corridor
Exhibit 222 (excerpt) – US Capitol Police surveillance footage
Exhibit 103 (excerpt) – MPD Body-worn camera footage
Exhibit 551 (excerpt) – video on East Stairs and Rotunda Door
Exhibit 107 (excerpt) – MPD Body-worn camera footage

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney, D.C. Bar No. 481052

By: /s/ *Emily W. Allen*
HAVA MIRELL
EMILY W. ALLEN
Assistant United States Attorneys
601 D Street, N.W.
Washington, DC 20530
(907) 271-4724