| Government ☑ |
| Plaintiff ☐ |
| Defendant ☐ |
| Joint ☐ |
| Court ☐ |

**UNITED STATES OF AMERICA**

**VS.**

Douglas Austin Jensen

Civil/Criminal No.  2 1 - c r - 6

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **Series 100** | **Body Worn Camera** | | | | |
| 101 | Interior hallway 2:50 pm - BWC of R. Daniels | | | | |
| 102 | Interior hallway 2:50 pm - BWC of Humphrey | | | | |
| 103 | Interior hallway 2:50 pm - BWC of Rios | 9-22-22 | 9-22-22 | B. Morgan | 9-23-22 @ 1:45PM |
| 104 | Rotunda 3:27 pm - BWC of C. Denton | 9-22-22 | 9-22-22 | P. Weiss | ↓ |
| 105 | Rotunda 3:27 pm - BWC of C. Foster Jr. | | | | |
| 106 | Rotunda 3:27 pm - BWC of M. Reese | 9-22-22 | 9-22-22 | P. Weiss | 9-23-22 @ 1:45PM |
| 107 | Rotunda 3:27 pm - BWC of P. Weiss | 9-22-22 | 9-22-22 | P. Weiss | ↓ |
| 107A | BWC of P. Weiss at 15:27:20 | | | | |
| **Series 150** | **Radio Communications** | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 150.1 | Excerpt of USCP radio communications on January 6, 2021 | 9-21-22 | 9-21-22 | E. Goodman | 9-23-22 @ 1:45PM |
| 150T | Transcript of US Capitol Police Radio communications | | | | |
| **Series 200** | **U.S. Capitol CCTV** | | | | |
| 201 | Camera 0924: 2:09pm ST22 Exterior | 9-21-22 | 9-21-22 | T. Loyd | 9-23-22 @ 1:45PM |
| 201A | Camera 0924 Screenshot at 2:09:43pm | | | | |
| 202 | Camera 0926: 2:11pm Exterior NW Plaza | | | | |
| 203 | Camera 0102: 2:11pm - 2:15pm Senate Wing Door interior | | | | |
| 203A | Camera 0102 screenshot at 2:13:19pm | | | | |
| 204 | Camera 0123: 2:12 pm North Door Appt Desk | | | | |
| 205 | Camera 0961: 2:14pm - 2:15pm Hall by S208 | | | | |
| 206 | Camera 0213: 2:14pm - 2:48pm Ohio Clock Corridor | | | | |
| 206.1 | Enhanced 206 with green circle | ✓ | ✓ | ✓ | ✓ |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 206A | Screenshot at 2:16:25pm | 9-21-22 | 9-21-22 | T. Loyd | 9-23-22 @1:45PM |
| 206B | Screenshot at 2:28:16pm close up | | | | |
| 206C | Screenshot at 2:18:16pm | | | | |
| 206D | Screenshot at 2:48:43pm close up | | | | |
| 206E | Screenshot at 2:48:43pm | | | | |
| 206F | Screenshot at 2-53-12 pm Jensen holding Goodman hat | | | | |
| 207 | Camera 0202: 2:30pm - 2:52pm | | | | |
| 207A | Screenshot at 2:13:44pm | | | | |
| 207B | Screenshot at 2:48:43pm | | | | |
| 207C | Screenshot at 2:49:33pm | | | | |
| 207D | Screenshot at 2:52:27pm | | | | |
| 207E | Screenshot at 2:52:30pm | | | | |
| 208 | Camera 0204: 2:14pm - 2:52pm Room 244 (facing south) | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MAR    D FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT    ENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | | | |
| 208A | Room 224-2021-01-06_14h12min00s000ms | 9-21-22 | 9-21-22 | T. Loyd | 9-23-22 @ 1:45PM |
| 208B | Screenshot at 2-48-43 pm close-up | | | | |
| 208C | Screenshot at 2-48-43 pm | | | | |
| 209 | Camera 0205: 2:50:25pm - 2:52:10pm | | | | |
| 210 | Camera 0961: 2:54:04 p.m. – 2:55:03 p.m. Hall by S208 | | | | |
| 211 | Camera 0113: 2:56:00 p.m. – 2:56:06 p.m. | | | | |
| 212 | Camera 0117: 2:55:56 p.m. – 2:56:10 p.m. | | | | |
| 213 | Camera 0114: 2:56:07 p.m. – 2:56:14 p.m. | | | | |
| 214 | Camera 7029: 3:09:43 p.m. – 3:23:32 p.m. | | | | |
| 214A | Screenshot at 3-09-45 pm Jensen in window | | | | |
| 214B | Screenshot at 3-09-52 pm Jensen knocking on window | | | | |
| 215 | Camera 0686: ~3:16:00 p.m. – 3:23:35 p.m. | ✓ | ✓ | ✓ | ✓ |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 215.1 | Enhanced 215 with green circle | 9-21-22 | 9-21-22 | T. Loyd | 9-23-22 @ 1:45PM |
| 215.2 | Enhanced 215 with green circle and speed | | | | |
| 216 | Camera 7216: 3:09 – 3:25 | | | | |
| 217 | Camera 0959: 3:24:00 p.m. – 3:27:28 p.m. | | | | |
| 218 | Camera 0960: 3:24:00 p.m. – 3:27:28 p.m. | | | | |
| 219 | Camera 0218: 3:26 - 3:29 | | | | |
| 220 | Camera 0179: 3:29:45 p.m. – 3:30:05 p.m. | | | | |
| 221 | Camera 0180: 3:29-3:32 | | | | |
| 222 | Senate hallway: 2:25 pm | 9-21-22 | 9-21-22 | | |
| 222A | Screenshot at 2-26-02 pm Pence leaving | | | | |
| 230 | Video montage of USCP CCTV footage | 9-21-22 | 9-21-22 | T. Loyd | 9-23-22 @ 1:45PM |
| 231 | Lower West Plaza time lapse | 9-21-22 | 9-21-22 | T. Loyd | |
| Series 300 | Jensen's Evidence | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MAR    D FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT    ENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 301 | Video Recording of interview with Jensen on 1/8/2021 | | | | |
| 301.1 | 9:01 am - FBI introductions | | | | |
| 301.2 | 9:05 am - I intended to be the poster boy | | | | |
| 301.3 | 9:19 am - Trump didn't tell us to go storm the building | | | | |
| 301.4 | 9:27 am - Don't take a knee for me, I'm not BLM | | | | |
| 301.5 | 9:31 am - He picked up his baton, I said, "I'll take it" | | | | |
| 301.6 | 9:37 am - Got in this room with all kinds of Capitol Police | | | | |
| 301.7 | 9:40 am - I literally was hanging out with these guys | | | | |
| 301.8 | 9:54 am - I don't blame anyone else | | | | |
| 301.9 | 10:00 am - Took the hat and went to take a selfie | | | | |
| 301.10 | 10:08 am - I wanted to do my part as a patriot | | | | |
| 301.11 | 10:13 am - Only thing I had on my was that knife | | | | |
| 301.12 | 10:24 am - I thought we were going to stop the steal | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 301.13 | 10:30 am - My job as a digital soldier is to share the news | | | | |
| 301.14 | 10:32 am - FBI taking a break; for the record | | | | |
| 301.15 | 10:36 am - Officer offers smoke break | | | | |
| 301.16 | 10:57 am - FBI resumes interview; for the record | | | | |
| 301.17 | 11:04 am - I climbed through the window | | | | |
| 301.18 | 11:08 am - Just the one cop showed a lot of fear | | | | |
| 301.19 | 11:13 am - I went around to the east side and went in again | | | | |
| 301.20 | 11:19 am - I realize I went in | | | | |
| 301.21 | 11:27 am - Drove home and walked all the way here | | | | |
| 301.22 | 11:33 am - I'd like to stay at home if it's safe from sheeple | | | | |
| 301.23 | 11:38 am - Social media usernames and handles | | | | |
| 301.24 | 11:47 am - Regrets depend on the outcome, was it worth it | | | | |
| 301.25 | 11:52 am - A lot of people reached out | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MAR   D FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT   ENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 301.26 | 11:XX am - I'm not going anywhere, if you want to talk again | | | | |
| 301.27 | 12:02 pm - FBI taking a break; offers cigarette | | | | |
| 301.28 | 12:23 pm - Jensen signing papers and getting out of here | | | | |
| 301.29 | 12:32 pm - We don't want you to have to walk home | | | | |
| 301.30 | 12:34 pm - FBI concludes interview; for the record | | | | |
| 302 | Transcript of interview with Jensen on 1/8/2021 | | | | |
| 303 | Transcript of interview clips 1 through 30 | | | | |
| 304 | Consent to search form signed by Jensen on 1/8/2021 | | | | |
| 305 | Photos shown during interview with Jensen on 1/8/2021 | | | | |
| 306 | Blank | | | | |
| 307 | Blank | | | | |
| 308 | Blank | | | | |
| 309 | Blank | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **Jensen's Searches** | | | | |
| 310 | Q & Eagle T-shirt worn at Capitol | 9-22-22 | 9-22-22 | T. Johnson | |
| 311 | Photo of Q & Eagle T-shirt worn at Capitol | 9-22-22 | 9-22-22 | T. Johnson | 9-23-22 @ 1:45PM |
| 312 | Pocket knife obtained from Austin Jensen | 9-22-22 | 9-22-22 | T. Johnson | |
| 313 | Photo of pocket knife obtained from Austin Jensen (open) | 9-22-22 | 9-22-22 | T. Johnson | 9-23-22 @ 1:45PM |
| 314 | Photo of pocket knife obtained from Austin Jensen (closed) | ↓ | ↓ | ↓ | 9-23-22 @ 1:45PM |
| | **Jensen's Phone** | | | | |
| 321 | Text exchange with Jensen & Andy Hildreth | 9-22-22 | 9-22-22 | T. Johnson | 9-23-22 @ 1:45PM |
| 322 | Text exchange with Jensen & Wyatt Woods | 9-22-22 | 9-22-22 | T. Johnson | |
| 323 | Text exchange with Jensen & April Jensen | 9-22-22 | 9-22-22 | T. Johnson | ↓ |
| 324 | Text exchange with Jensen & Rob Vanheeswyk | 9-22-22 | 9-22-22 | T. Johnson | ↓ |
| 325 | Text exchange with Jensen & Austin Jensen | | | | |
| 326 | Blank | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 327 | Blank | | | | ——— |
| 328 | Blank | | | | ——— |
| 329 | Blank | | | | ——— |
| 330 | Blank | | | | ——— |
| 331 | 11:47 am - Live Photo at Washington Monument | 9-22-22 | 9-22-22 | T. Johnson | 9-23-22 @ 1.45PM |
| 331A | 11:47:16am Live photo screenshot | 9-22-22 | 9-22-22 | T. Johnson | |
| 332 | 2:01 pm - Live Photo of approach to Capitol grounds | ↓ | ↓ | ↓ | |
| 332A | 2:01:12pm live photo screenshot | 9-22-22 | 9-22-22 | T. Johnson | |
| 333 | 2:02 pm - Video of bike rack barrier on West Lawn | ↓ | | | |
| 333A | 2:02:12pm screenshot | 9-22-22 | ↓ | ↓ | |
| 334 | 2:04 pm - Live Photo of West Front | ↓ | | | |
| 334A | 2:04:37pm live photo screenshot | | | | |
| 335 | 2:04 pm - Live Photo of West Front ("Traitors") | ↓ | ↓ | ↓ | ↓ |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 335A | 2:04:40pm live photo screenshot | 9-22-22 | 9-22-22 | T. Johnson | 9-23-22 @1:45PM |
| 336 | 2:04 pm - Live Photo of crowd on West Front ("Lock em up") | ↓ | ↓ | ↓ | ↓ |
| 336A | 2:04:42pm Live photo screenshot | | | | |
| 337 | 2:05 pm - Live Photo of approach to Northwest lawn | | | | ___ |
| 337A | 2:05:30pm Live Photo screenshot | | | | ___ |
| 338 | 2:06 pm - Live Photo of riot police at Northwest lawn | 9-22-22 | 9-22-22 | T. Johnson | 9-23-22 @1:45PM |
| 338A | 2:06:10pm Live photo screenshot | ↓ | ↓ | ↓ | ↓ |
| 339 | 2:06 pm - Video of crowd at Northwest lawn chanting ("USA") | | | | |
| 339A | 2:06pm video screenshot | | | | ___ |
| 340 | 2:07 pm - Photo of Jensen touching Capitol wall | | | | ___ |
| 341 | 2:07 pm - Video of Jensen on Northwest lawn ("This is me touching the f-- White House") | 9-22-22 | 9-22-22 | T. Johnson | 9-23-22 @1:45PM |
| 342 | 2:10 pm - Video of Jensen on stair rail ("Storm the White House") | 9-22-22 | 9-22-22 | T. Johnson | ↓ |
| 343 | 2:10 pm - Video of Jensen on stair rail ("Yeah, that's me") | 9-22-22 | 9-22-22 | T. Johnson | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | | | |
| 344 | 2:18 pm - Live Photo of Jensen (selfie) with officers | 9-21-22 | 9-21-22 | T. Loyd | 9-23-22 @ 1:45PM |
| 344A | 2:18:19pm Live photo screenshot | | | | |
| 345 | 2:22 pm - Live Photo of rioters in Ohio Clock Corridor | 9-22-22 | 9-22-22 | T. Johnson | 9-23-22 @ 1:45PM |
| 345A | 2:22:44pm live photo screenshot | | | | |
| 346 | 2:36 pm - Live Photo of rioter with flag in Ohio Clock Corridor | | | | |
| 346A | 2:26:19pm Live photo screenshot | | | | |
| 347 | 2:32 pm - Live Photo of officers in Ohio Clock Corridor | | | | |
| 347A | 2:32:58pm Live photo screenshot | | | | |
| 348 | 2:46 pm - Live photo of rioter with police hat | | | | |
| 348A | 2:46:38pm Live photo screenshot | | | | |
| 349 | 2:53 pm - Video of Jensen (selfie) with police hat | | | | |
| 349A | 2:53pm selfie with police hat screenshot | ↓ | ↓ | ↓ | ↓ |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 350 | 2:54 pm - Live Photo of artwork in Senate stairwell | | | | — |
| 350A | 2:54:18pm Live photo screenshot | | | | — |
| 351 | 2:55 pm - Live Photo of Capitol first floor hallway | | | | — |
| 351A | 2:55:40pm Live photo screenshot | | | | — |
| 352 | 3:10 pm - Live Photo of Columbus Door window | 9-22-22 | 9-22-22 | T. Johnson | 9-23-22 @ 1:45PM |
| 352A | 3:10:32pm Live photo screenshot | ↓ | ↓ | ↓ | ↓ |
| 352B | 3:10:32pm Live photo screenshot | | | | — |
| 353 | 3:30 pm - Live Photo of Memorial Door ("Murder the Media") | 9-22-22 | 9-22-22 | T. Johnson | 9-23-22 @ 1:45PM |
| 353A | 3:30:46pm Live photo screenshot | ↓ | ↓ | ↓ | ↓ |
| 354 | 3:40 pm - Live Photo of East side exterior plaza | | | | — |
| 354A | 3:40:31pm Live photo screenshot | | | | — |
| 355 | January 7 - Video of Jensen for TikTok | | | | — |
| | **Jensen Social Media** | | | | — |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT WENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 380 | Jensen's Facebook home page | 9-22-22 | 9-22-22 | T. Johnson | 9-23-22 @1:45PM |
| 381 | Jensen Facebook posts 1/7/2021 | 9-22-22 | 9-22-22 | T. Johnson | ↓ |
| 382 | Jan 7 post: "My fellow Americans, the Storm is upon us......." God bless. | | | | |
| 383 | Facebook message exchange with Kurschinski 2020-12-27 | 9-22-22 | 9-22-22 | T. Johnson | 9-23-22 @ 1:45PM |
| 384 | Facebook message exchange with Poutashis 2021-01-07 | | | | |
| Series 500 | **Open Source or 3rd Party Video and Photos** | | | | |
| 500 | West Plaza at 2:09 pm - S.C.N.R. excerpt | 9-21-22 | 9-21-22 | T. Loyd | 9-23-22 @ 1:45PM |
| 501 | West Plaza staircase 2:09 pm - Insurgence USA excerpt | 9-21-22 | 9-21-22 | T. Loyd | 9-23-22 @ 1:45PM |
| 501A | West Plaza staircase Jensen on railing screenshot | | | | |
| 502 | Senate Wing Door 2:12 - BG On the Scene US Capitol entry | 9-22-22 | 9-22-22 | B. Morgan | 9-23-22 @ 1:45PM |
| 502A | Jensen at window screenshot | | | | |
| 502B | Jensen through window screenshot | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 503 | Upper West Terrace from interior 2:12 pm | 9-21-22 | 9-21-22 | E. Goodman | 9-23-22 @ 1:45PM |
| 503A | Jensen and Confederate flag | | | | |
| 503B | Jensen and Confederate flag with green circle | | | | |
| 504 | Senate Wing Door & interior 2:13 - Parler video | | | | |
| 504A | Goodman and Seefreid | | | | |
| 504B | Goodman and Jensen with crowd | ↓ | ↓ | ↓ | |
| 505 | Interior hallway 2:15ish - Bobic Twitter video - Huffington Post | 9-21-22 | 9-21-22 | T. Loyd | |
| 505A | Goodman and Jensen in doorway | 9-21-22 | 9-21-22 | E. Goodman | |
| 505B | Goodman searching VP area | | | | |
| 505C | Goodman blocking VP hallway | | | | |
| 505D | Goodman pushes Jensen | | | | |
| 505E | Jensen chase up the stairs 1 | | | | |
| 505F | Jensen chase up the stairs 2 | ↓ | ↓ | ↓ | ↓ |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 505G | Goodman runs up the stairs | 9-21-22 | 9-21-22 | E. Goodman | 9-23-22 @ 1:45PM |
| 505H | Jensen chase up the stairs 3 | ↓ | ↓ | ↓ | |
| 506 | Interior hallway 2:15ish - Parler video | 9-22-22 | 9-22-22 | B. Morgan | |
| 507 | Interior hallway 2:15ish - RMG News | 9-21-22 | 9-21-22 | T. Loyd | |
| 508 | Interior hallway 2:15ish - New York Times | 9-21-22 | 9-21-22 | T. Loyd | |
| 509 | West Plaza at 2:00ish - Emily Molli video | 9-21-22 | 9-21-22 | E. Goodman | ↓ |
| 509A | Still from Molli Video | | | | — |
| 510 | Getty Images photo in Ohio Clock Corridor | | | | — |
| 511 | Walking Dead Photo | 9-21-22 | 9-21-22 | T. Loyd | 9-23-22 @ 1:45PM |
| 512 | Getty Images photo in Ohio Clock Corridor | ↓ | ↓ | ↓ | |
| 513 | Getty Images photo in Ohio Clock Corridor | | | | |
| 514 | Photo in Ohio Clock Corridor | | | | |
| 515 | Photo in Ohio Clock Corridor | ↓ | ↓ | ↓ | ↓ |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 516 | Associated Press photo in Ohio Clock Corridor | 9-21-22 | 9-21-22 | T. Loyd | 9-23-22 @ 1:45PM |
| 517 | Photo in Ohio Clock Corridor | ↓ | ↓ | ↓ | |
| 523 | Quad View of Little Rotunda Battle | 9-22-22 | 9-22-22 | B. Morgan | |
| 524 | Rotunda hallway at 2:45ish - Newsflare video | 9-22-22 | 9-22-22 | B. Morgan | |
| 525 | West Plaza at 2:00ish – BGOnTheScene | 9-21-22 | 9-21-22 | T. Loyd | |
| 526 | Compilation video at entry & Ohio Clock | 9-21-22 | 9-21-22 | E. Goodman | |
| 526.1 | Compilation video at entry & Ohio Clock with corrected audio | ↓ | ↓ | ↓ | ↓ |
| 527 | Compliation video at Senate Wing Door | | | | ___ |
| 528 | Compliation video at entry & Ohio Clock | 9-22-22 | 9-22-22 | E. Glavey | 9-23-22 @ 1:45PM |
| 530 | Senate Wing Door - Albert Ciarpelli - 2:10 pm | | | | |
| 531 | Senate Wing Door & hallway - Albert Ciarpelli - 2:13 pm | 9-21-22 | 9-21-22 | E. Goodman | 9-23-22 @ 1:45PM |
| 531A | 01-29 Officer and staff | ↓ | ↓ | ↓ | ↓ |
| 532 | Ohio Clock Corridor - Albert Ciarpelli - 2:16 pm | 9-21-22 | 9-21-22 | B. Morgan | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 533 | Ohio Clock Corridor - Albert Ciarpelli - 2:22 pm | | | | |
| 534 | Ohio Clock Corridor - Albert Ciarpelli - 2:24 pm | | | | |
| 535 | Ohio Clock Corridor - Albert Ciarpelli - 2:28 pm | | | | |
| 551 | TruNews live broadcast at Rotunda doors, approx 3:09 pm | 9-22-22 | 9-22-22 | T. Johnson | 9-23-22 @ 1:45PM |
| 551A | Jensen peering through window at Rotunda door | ↓ | ↓ | ↓ | ↓ |
| 551B | Jensen at East Rotunda doors | | | | |
| 552 | Rotunda foyer approx 3:12 - Getty Images video | | | | |
| 553 | Rotunda foyer approx 3:20 - Beckley video | | | | |
| 554 | Outside Rotunda Doors - Albert Ciarpelli - 3:20 p.m. | 9-22-22 | 9-22-22 | P. Weiss | 9-23-22 @ 1:45PM |
| 554A | 3:23 pm screenshot from 554 | | | | |
| 555 | Side-by-Side of 215.1 and 554 | 9-22-22 | 9-22-22 | P. Weiss | 9-23-22 @ 1:45PM |
| 580 | Photo of National Mall at Trump rally | 9-22-22 | 9-22-22 | T. Johnson | ↓ |
| 600 Series | Maps, Documents, and Summaries | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **Maps and Demonstrative Aids** | | | | |
| 601 | Overview Map of Capitol Building | | | | |
| 601A | Overview Map of Restricted Area | 9-21-22 | 9-21-22 | T. Loyd | 9-23-22 @ 1:45PM |
| 601B | Capitol Photo with Signs | 9-21-22 | 9-21-22 | T. Loyd | |
| 601C | Photo of Signs on Barriers | 9-21-22 | 9-21-22 | T. Loyd | |
| 601D | Photo of Signs closeup | 9-21-22 | 9-21-22 | T. Loyd | |
| 602 | Diagram of Capitol Building | | | | |
| 603 | 3D Model of Capitol | 9-21-22 | 9-21-22 | T. Loyd | 9-23-22 @ 1:45PM |
| 604 | Map of U.S. Capitol Grounds and Building | | | | |
| 605 | U.S. Capitol Floor plans - first floor | 9-21-22 | 9-21-22 | T. Loyd | 9-23-22 @ 1:45PM |
| 606 | U.S. Capitol Floor plans - second floor | 9-21-22 | 9-21-22 | T. Loyd | |
| | **Documents re January 6** | | | | |
| 620 | Secret Service Head of State Notification Worksheet | 9-22-22 | 9-22-22 | E. Glavey | 9-23-22 @ 1:45PM |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 621 | Mayor Bowser Curfew Order (Mayor's Order 2021-002) | 9-22-22 | 9-22-22 | T. Johnson | 9-23-22 @ 1:45PM |
| 622 | Email re: Safeway Store Closures | | | | |
| 623 | Safeway Mid-Atlantic Daily Sales Report 01.05.21 thru 01.07.21 | | | | |
| 624 | Safeway Warehouse Shipments Lancaster, PA to Washington, DC stores 1/3/2021 - 1/9/2021 | ↓ | ↓ | ↓ | ↓ |
| 625 | Safeway Business Records Certification | | | | — |
| | **Congressional Records and Statutes** | | | | |
| 630 | U.S. Constitution – 12th Amd. | 9-21-22 | 9-21-22 | M. Gazelle | 9-23-22 @ 1:45PM |
| 631 | 3 U.S. Code § 15 | 9-21-22 | 9-21-22 | M. Gazelle | |
| 632 | 3 U.S. Code § 16 | 9-21-22 | 9-21-22 | M. Gazelle | |
| 633 | 3 U.S. Code § 17 | 9-21-22 | 9-21-22 | M. Gazelle | |
| 634 | 3 U.S. Code § 18 | 9-21-22 | 9-21-22 | M. Gazelle | ↓ |
| 635 | Senate Concurrent Resolution 1 (Jan. 3, 2021) | | | | — |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 640 | Screenshots from Senate chamber video at 1:39pm, 1:48pm, 1:54pm, 2:00pm, 2:05pm, 2:10pm (excerpts from Exh. 650) | | | | — |
| 641 | Certificate of Authenticity of Records | | | | — |
| 642 | Screenshots from House chamber video at 1:43pm, 1:48pm, 1:54pm, 1:59pm, 2:04pm, 2:10pm, 2:14pm | | | | — |
| 643 | Certificate of Authenticity of Records | | | | — |
| 650 | Video Montage – including Congressional Record (vol. 167, No. 4) at S13, S14, S18, H75, H76, H84, H85 and video footage from House and Senate | 9-21-22 | 9-21-22 | M. Gazelle | 9-23-22 @ 1:45PM |
| **Series 700** | **Stipulations** | | | | |
| 701 | Stipulations signed on 8/26/2022 | 9-21-22 | 9-21-22 | | 9-23-22 @ 1:45PM |
| 408 | U.S. Capitol Plan | 9-22-22 | 9-22-22 | B. Morgan | ↓ |
| | | | | | |
| | | | | | |
| | | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |