CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.      Civil/Criminal No.: 21-CR-006-1 (TJK)

DOUGLAS AUSTIN JENSEN

## NOTE FROM JURY

Can you please provide a definition of the term "force" as referenced as part of the definition of "forcibly" in Count 3.

Date: 9/23
Time: 2:33pm

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DOUGLAS AUSTIN JENSEN

Civil/Criminal No.: 21-CR-006-1 (TJK)

## NOTE FROM JURY

On page 29, "the defendant assaulted, ..., or interfered", but in indictment, "and". Are all necessary to find guilt, or just one? Is it "and" or is it "or"?

Date: 9/23

Time: 2:35

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )  Civil/Criminal No.: 21-CR-006-1 (TJK)
)
DOUGLAS AUSTIN JENSEN )
)

### NOTE FROM JURY

Can you define "in relation to" the offense? ~~What offense is in reference~~ Applies to page 34 and 37 of the instructions.

Date: 9/23

Time: 3:11 pm

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Civil/Criminal No.: 21-CR-006-1 (TJK)
)
DOUGLAS AUSTIN JENSEN )
)

## NOTE FROM JURY

The indictment, under count 5, it says "did use and carry a deadly and dangerous weapon, that is, a knife". However, in the instructions, under count 5, it says, "...carried a deadly or dangerous weapon..."

There was a similar discrepancy for count 4.

Please advise

Date: Sept. 23, 2022

Time: 3:22 pm

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DOUGLAS AUSTIN JENSEN

Civil/Criminal No.: 21-CR-006-1 (TJK)

### NOTE FROM JURY

We are close to a full verdict, can we have until 6:00 PM today?

Date: 9/23

Time: 4:32 pm

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )   Civil/Criminal No.: 21-CR-006-1 (TJK)
)
DOUGLAS AUSTIN JENSEN )
)

## NOTE FROM JURY

We have reached a full verdict.

Date: 9/23

Time: 5:11 pm

FOREPERSON