UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

DOUGLAS AUSTIN JENSEN,

*Defendant.*

Criminal Action No. 21-6 (TJK)

### VERDICT FORM

**Count One:** Obstructing Officers During a Civil Disorder

\_\_\_\_X\_\_\_\_ Guilty       _____ Not Guilty

**Count Two:** Obstruction of an Official Proceeding

\_\_\_\_X\_\_\_\_ Guilty       _____ Not Guilty

**Count Three:** Assaulting, Resisting, or Impeding Certain Officers with Intent to Commit Another Felony

\_\_\_\_X\_\_\_\_ Guilty       _____ Not Guilty

**Count Four:** Entering or Remaining in a Restricted Building or Grounds while Carrying a Deadly or Dangerous Weapon

\_\_\_\_X\_\_\_\_ Guilty       _____ Not Guilty

If you have marked Guilty as to Count Four above, proceed to Count Five. If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____ Guilty       _____ Not Guilty

**Count Five:   Disorderly or Disruptive Conduct in a Restricted Building or Grounds while Carrying a Deadly or Dangerous Weapon**

_____X_____ Guilty                    _____ Not Guilty

If you have marked Guilty as to Count Five above, proceed to Count Six. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____ Guilty                    _____ Not Guilty

**Count Six:   Violent Entry or Disorderly Conduct in a Capitol Building**

_____X_____ Guilty                    _____ Not Guilty

**Count Seven: Parading, Demonstrating or Picketing in a Capitol Building**

_____X_____ Guilty                    _____ Not Guilty

Dated this __23rd__ day of __September__ 2022

FOREPERSON

2