Dear Judge Kelly,

My name is April Jensen. How do I know Douglas Jensen you ask? I am his wife, 20 married, almost 25 years together. We first met in 1996. We dated and have lived together from Oct. 5th 1996 to the present (minus his absense right now, which has been the most horrible experience for us, including our 3 children.)

In April 2000, we became pregnant with our first child, Austin (20). August of 2000, Doug joined the local 177 Laborers union to provide for our growing family. December 21st 2000, Austin was born! In February 2001, we bought our first house for our growing family. (still have this house too!) ~~then~~ ~~after~~ on october 5th 2001, Doug and I ~~were~~ got married!

Over the next 3 years, we became an even more beautiful family! Doug always worked construction for the union during the days! often time, requiring him to be out of town during the week! I always stayed home, and worked part time on the weekends, when Doug was home to watch Austin! So WE could raise our child, not daycare! WE made it work!!

To whom It May Concern:

I am writing this letter of
Character for Douglas A. Jensen.
This letter will include my opinion
of the man I have known since
my teenage years while excluding
any biased opinion on actions
from the court. Douglas has been
a pillar in the Southside community
volunteering his time on the weekends
to work on vehicles and home projects.
He is active in his childrens extra-curricular
activities. April has been his
childhood love and they co-parent
the children equally. He is a wonderful
and loving father and husband. He
has held the same job for many
years and his income has a huge
impact on the well-being of his family.
He is a kind, considerate and
emphathetic friend. So much so
that I consider him family and
love him as much as I did my
only brother who is deceased
and was Doug's best friend.

Doug is the type of friend that will wake up at 3am and run out the door because you heard a weird noise, help pay for a funeral, show up to every family event, weekend bbq, balloon releasing, memorial dinner, and holiday. Loyalty and family are the core traits that make him such a wonderful man.

Putting words on a piece of paper to sum up the value of a person is harder than you can imagine. How do you put words to the impact that an individual has on so many lives? I will put it this way; when you build a home that needs to withstand natural disasters, time, and shifting you focus on the structure, the bones. Thats who he is. THE FOUNDATION!

Crystal R Burrell

Date 04-14-2021


Subject: Doug Jensen


Your Honor,

This character letter is written by my husband and me (Chad & Stephanie Mickle) for our friend Doug Jensen. My husband (Chad) has known Doug since 2000; I myself met Doug shortly after meeting my husband in July of 2006.

Doug has always been a hard worker, great father and even better friend. He is a kind hearted guy who would give you the shirt off his back if you needed it, even if it was only to make your day better. Doug is always there if you need someone to talk to and to offer up helpful ways to work through the issue at hand. He is a family guy and always goes above and beyond to be there for his kids. Wither it is cheerleading, dance, gymnastics, football, baseball, any sport he is always there. We have immense respect for him.  He is a very responsible person and truly believes in determination and hard work. He is a trustworthy person and is not someone who would offend or bring shame onto his family.  Family is everything to him and he is so very proud of his children, their accomplishments, and the life he has built with his wife April in the last 24 years, married for 20 of those years.

We were in shock to see what transpired from him back in January 2021, which is not true to his character at all; we have never seen any kind of actions like this from him before. He is of good moral character and is a reliable trustworthy person, we hope you will give an opportunity for to Doug to be home with his family, who need him and miss him.

We hope that this letter corresponding to Doug Jensen and his case act as an effective and helpful aspect about his case.

Sincerely,

**Stephanie Mickle**                    **Chad Mickle**

4 March 27, 2021

Your Honor

I'm writing this letter on behalf of Mr. Douglas Jensen. In the 20+ years we know Doug, he has been nothing less than a compassionate, caring man who would go above and beyond for his family and friends.

I first met Doug in 1998, we were co-workers at a local restaurant. I met his wife April the same year and we quickly became friends. In these years we witnessed him help many people, whether it be just giving a ride in the middle of the night, helping a neighbor with an home project or letting someone stay in his family's home while the got back on their feet.

I've also witnessed some tragedies that could have very easily changed him or his demeanor. For example, the loss of his mother and the sudden and unexpected death of his best friend in an auto accident. Instead of wallowing in his own grief, he stepped up and took care of everything for his mother. Seeing his friends mom so sad, he basically did the same for her. He just wanted to lessen her burden in anyway possible.

The man the media has portrayed is not at all accurate. The dim light his been painted in, doesn't reflect on his true nature. I hope this gives a better glimpse of the real _____

I appreciate your time.

Sincerely,

Mary Housley



In September 2003, we became pregnant again and on June 5th 2004, we had our first baby girl Brooklyn (16). In August 2004, we moved to what has been our forever home, almost 17 years now! We adjusted to life as new family of 4. We adjusted well to our new house & neighborhood. We quickly found the kids had plenty of other kids to play with. (Most of the "kids" are now grown up (or teenagers) and still the same friendships) Doug continued to work hard with union for our family, as I worked part-time, when he was home. Again - no daycare.

On March 21st 2006, we had our last baby girl Kaitlyn (15). We quickly embraced becoming a beautiful family of 5 (the Jensen 5's as we call it). I now worked some day shifts over the next few years, but with the kids getting older and going to school, only had to find a sitter for (1, maybe 2 of the kids) 2-3 days a week. But, it was always a family member. I always dropped off and picked up from school. None of children had to go to daycare, ever! We raised our kids! Doug worked his ass off for us to be able to do this! WE made it work!

③

As the kids got older, there wasn't a day all the neighbor kids weren't outside playing or all running through someone's house! (I was the helicopter mom, so usually at our house or backyard) Still Amtoo All of our kids have attended the same schools so far! Austin graduated May 2019 and Brooklyn will graduate May of 2022!

In 2009-2010, I went back to college and became a Certified Medical Assistant! With the kids all in school now, I got a full-time day job and Doug continued to work construction in the union (Been with same company ~~farbroom~~ for 12-13 years now) He also started working more side jobs on the weekends and some evenings! this was to continue to provide our children with everything they needed and wanted! They never went without!

He's always been a great father! He always made time to for his kids. No matter how tired he was from working all the time! He's the dad who played catch before a game, coached flag football, taught our kids to ride their bikes, as well as teach them to swim. He kissed their

④

boo · boo's when they were hurt, and ~~help~~ helped tackle the monkey bars without fear! He's the dad jumping on trampoline after a long day at work, because the laughs, smiles, hugs and snuggles from his children was worth it! He's the dad that's worked hard to take his children on wonderful vacations in their lives! He's the dad that ~~does~~ thought his kids to drive and even worked a little ~~extras~~ extra when they turned 16, to provide them a car, without us taking out a loan. He's the dad who has never missed a sporting event, practice, school event, birthday, holiday, etc EVER (until this situation, he's missed our daughters 18th B-day, Easter, my B-day ") He's been the dad our kids, from the youngest ages, would run up to him when he got home from work, with the BIGGEST HUGS & KISSES. He's the dad that done all of this with LOVE and the biggest smile on his face! until now, our children never had to worry about the stresses of life! Always the dad trying to protect his children from the evil in the world! (Again, I'm a helicopter too) still!

mom

He's the son, who even having probably one of the worst childhoods, loved and took care of his mom, until her final day! He made sure she always had what she needed and wanted too! making sure her house was taken care of too. (all while working hard + father of 3) When she passed in September 2007, it crushed him! But he remained strong to provide her with the most beautiful service + final resting place with her parents, with a beautiful headstone! Many times he would drive to visit her at the cemetary after work, lay there and talk to her about life!

He's the brother who would go above and beyond for his siblings in their time of need! When their mom died, a sibling was clearing out their moms house of the material things (Doug provided over the years) into a u-haul, as I help him plan her funeral. But my husband went above and beyond for this same sibling in December 2018, when her significant other comitted suicide in their home with a double barrel shot gun! (we've never owned a gun, never wanted one)



His (the brother this was there for her.
As they take his body out of the house on
a stretcher, an officer walked up to
DOUGLAS, and said "unfortunately we can't
help with clean-up, as it was a suicide."
After calling around and finding it would be
thousands of dollars to clean up, DOUGLAS
took on the chore! He would go to work
doing construction and go over in the
evenings for many nights/weeks, cleaning up
a horrific mess from suicide! He scraped
brain matter off the walls & cellings,
he pulled up bloody carpet, etc. WHY?!?>
Because that is who Douglas Jensen is!
          And when his bestfriend of 15 years
(Jimmy) (would be 21 now) died unexpectedly in a car
accident in 2014 - December, who was heart
broken? Douglas was! But who was there
for his family from the very first minute/hours,
Even to this day? Douglas was/is !!!
     Doug and Jimmy's mom (Mary) have a very special,
beautiful relationship! Doug had already
lost his mom years ago, and now she had
lost her boy! They helped eachother
through a horrible experience! Again when
Raul (mary's husband) passed away in 2019.



We are so close to this family, that our
children think of them a grandparents
and Doug is her son and I am her
daughter-in-law!
        Douglas is the friend, neighbor,
coworker, etc., that is reliable for anything.
If you needed something or needed help,
he would do his best to be there for them.
No matter the time of day. He's the friend
you could call with a broken down car, and
he'd be there, as soon as possible, to help.
If you needed a ride, money, food,
place to stay, the shirt of his back, anything,
he would help to the best of his ability, usually
above and beyond! If you need help
with a leak in your house's foundation,
re-do a roof, dig a hole for a pool,
shovel your drive, anything, always
there helping everyone. Doug was the
employee who was always there first to get
everything ready for their day and
being the one asked to do side jobs
on the nights & weekends! RELIABLE
and liked by many! Always putting others
before himself! I'd like to make note that
Doug has always done everything for

⑧

anyone with a messed up back.
He hurt it doing construction at
the age of 25, so around 2001.
He continued to go to work,
breaking his back, helping
whoever, breaking back, because
that is who Douglas Jensen is!
            Douglas is the best husband
and father to our children! He's tried
from day one to give us everything ever
needed and wanted. His tried to give
them the best childhood he could. I must
say I think he's done a fabulous job!
He came from one of the worst childhoods
I can imagine. He came out a pretty
fabulous human! GREAT actually! I'd like
to think we are truly soul mates that joined
and have created something truly amazing.
We've always tried to give our children
the childhood we never had (I had an alcoholic
mom + an IV drug user dad, in and out of prison)
I must say I think our little family is
pretty amazing.
            This is my view of the last almost
25 years of the Douglas Jensen I know!
He is not the horrible person everyone thinks they

know him to be. Is he perfect? No, but who
really is' yes he has messed up, but this
punishment doesn't fit the person my husband
is. Is he "a danger to society", I
don't believe he is' His "dangerous weapon"
was a pocket knife he carried with him always,
as a construction worker' We dont even own
a gun, never have' If hes such a "danger"
to society, how has he been cleared to
work jobs at the airport, federal
building, capitol building, etc in our home
state?

Thank you for your time. I could
write a book about the Douglas Linzer I know.
I tried to make it as short as possible,
hopefully giving you a better picture of who
I think/know Douglas is' We need him
home' Financially, emotionally, physically, etc'
I worry constantly about his safety,
now more since the beating of another inmate!
I worry about the "mental" toll this is
taking on him' actually all of us'
I want/need my husband/my person/the
father of my children back' Prison is not the
place for my husband' He's always been a
very hardworker, and is used to so much

human interaction, and he's never been
absent from our family for this long!
we need him / he needs us! We love him!

Thank you
Apuchinson

Sunday, April 11, 2021

Too whom it concerns,

I am writing this statement on behalf of Douglas Jensen. I have known Douglas since 1997, I met him through my cousin April His wife. I feel like I have gotten to know him well over the years as he was employed by my ex-husband and part of the family. I can say that he is not perfect but he is a good person. He is a hard worker and has always put his family first. I have trusted him with my own children and never did I worry that he would harm them, I always felt safe leaving them in his care. Douglas is not a violent person, nor is he a terrorist. I'd say just the opposite, he is one the most patriotic persons I know. I know what he did was wrong and I know in my heart that he got caught up in the chaos that took place at the capital building on January 6, 2021 and never intended any harm, nor did he cause any harm to anyone. Douglas is a follower not a leader. He was in the wrong place at the wrong time. Yes, he had a three inch pocket knife in his pocket. Like most construction workers, they all carry a utility device such as a pocket knife. He never pulled the pocket knife out of his pocket. I believe that he didn't even realize it was in pocket. In fact when he turned himself in he told authorities that he had the device in his pocket. He has totally upfront with the authorites about his actions and has not tried to hide anything. I'd like to mention the fact again that he turned himself in. He has been cooperative with authorities during this entire ordeal. The charges that he is facing do not fit his character,

1

he's never even owned a gun. I don't feel that because he made one bad

decision, that one bad decision should not ruin his life. He has children that need

him, and rely on him as a father and provider. I feel that he deserves a second

chance and the opportunity to learn from his bad decision. Teach his children

that his actions were wrong and reflect on his bad decisions that awful day. All I

have seen the past year is hatred amoung this country. A country divided. We

could all learn from the events that have taken place from the riots in

Minneapolis last summer to the Capital riots. I watch the news and social media

and it all destuctive. I feel its time that we all find a sense of peace and forgive. I

am asking the court to please give Douglas a chance rectify his bad decision,

and allow him to go home to his family who need him. It's time we all unite as a

nation and put the hate behind us. I like to thank you for accepting my opinion

and please reconsider your perception of a man who mad one bad decision and

give him a chance to make things right

Sincerely,

*Alicia Pearl Stichell*

Alicia Pearl Stichter

2

To Whom it may concern

My name is Amanda McPherson
and I am writing this letter
about the character of Doug Jensen.
I have known Doug for about
6 years. Doug lives three houses
down the street from me and
my family. When my husband
and I bought our house six
years ago Doug was one of the
first people to come up and welcome
us to the neighborhood.
Over the past 6 years I
have know Doug he is always been
very kind and helpful. My family
and I have spent a lot of time
around Doug and his family.
Doug is a hard working family guy.
I have never seen Doug act violent
or rude to anyone.
I have spent the last
few summers at cook outs with
Doug and swiming and remember
times when he would offer to
buy my kids food, let them use
their swingset and trampoline and
believe he is just an overall nice
guy.
My husband Jason VanZwulk
and Doug have also became

Close over the past 6 years.
Doug and Jason both worked
for the same union and have
similar intrests. When my husband
was putting a new roof on our
home Doug was right up there
with him to help. If Jason needed
to borrow a tool he knew who
to ask.
   My kids have stayed the night
at Doug's many times. Mostly my
daughter because she became
very close with one of his
daughters. I do not let my kids
really stay the night at peoples
houses that often because
unfortunately I know that
there are bad people in this
world but Doug Jensen is
not one of them.


Sincerely,

Amanda McPhearson
Jason Van Zuuk

To whom it may concern:

20 plus years knowing Doug has always been the guy that takes care of his responsibilities, made sure his children and wife where always taken care of and had the things they needed. made several sacrifices so his children could play sports or participate in school actives, he was always there to watch their games and cheered them on every chance he could. He has always been a real family man. Our families has remained close over the years and we have watched our children grow up together and if we ever needed anything Doug has been there. We have been through some very tough times with our daughter being diagnosed with luekemia. Doug and his wife were there for us. listened to our heartache, comforted us through our tears, rushed to our house when we needed help when our daughter was first released from the hospital. they checked in with us every day, we couldn't ask for better friends to have in our lives after all these years. Doug is a passionate man, believes in what's right, works his butt off for what he has, we've watched him work day in and day out, hours of overtime to be able to save up enough money to take his family on vacation, pay for his childrens braces, and help his son go to college, whatever they needed Doug would sacrifice whatever necessary to make sure they were happy.

Our hearts break for his wife and children and we can only image the pain they are going through during this time as their whole world has been turned upside down. Austin, Brooklyn, & Kaitlyn need their father in their lives. April needs her husband her rock, her whole world back by her side. I hope you can truly find it in your hearts to let Doug return home with his family.

Sincerely,
Amy and James Hooper

April 9, 2021

To whom it may concern:

I have lived across the street from Doug Jensen and his family for over 10 years

Doug is a kind, caring and helpful person. He has come to my aid on numerous occasions when I had a problem. I am retired and have some health issues so I am not always able to keep up with my property as I would like. Doug has always been willing to help in any way he can.

Doug is a great father and is involved in his children's activities.

I have found Doug to be reliable, and responsible and heard him going to work at 6:30 every morning.

I think Doug is a great guy and wonderful neighbor.

Sincerely,

When I first met Doug I was little, maybe 6, too little to remember the interaction but old enough to remember how I felt. Doug welcomed me into his home with open arms. That's when Doug became a second dad to me, when I knew he would always be there for me no matter what.his family became mine as well. Being the amazing man he is Doug has welcomed so many kids into his family and treated them just  like his own. Any kid his children befriended, he welcomed in. From early Sunday breakfasts to late Saturday baseball games, Doug was always there. Doug has always been a huge part of my life always in a positive way. He's a drop everything to help someone in need kind of guy.. He's watched me grow into the successful young woman I am now. From 6 years old to present day 20. He helped shape who I am today. Doug is an amazing guy with a huge heart, a great dad (to his kids as well as his welcomed in kids) and an all around absolutely amazing person.

Sincerely,
  Anna Adreon

To whom this may concern

My name is Ashley Woods and Im writting this letter in hopes that it will help you see what kind of person Doug Jensen is despite the transgressions that led us all to this point

Ive known Doug a little over 13 years when we became neighbors with him and his family, April, Austin, Brooklyn and Kaitlyn. It didn't take long to develop an friendship with Doug and his family due to the kind hearted, caring, honest and trustworthy person Doug is. Hes the kind of person that would give the shirt off his back for anyone.

Doug has always worked sun up to sun down to provided for his family. On his spare time hes a dedicated Father who participated in all 3 of his children's Austin, Brookly and Marilyn's curricular activities. Doug is also always the first to lend an hand when it came to helping friends and his community with project around the house.

I can tell you without a doubt that Doug is incredibly remorseful for his actions. Which has also added financial stress on his family which has in turn put guilt and remorse on Doug even more than what he already

has due to his actions.

I always and still wholehea rt
feel Doug is not a threat
in society, and hope you
see that!

If any additional information
is required, please feel
free to contact me.

Ashley Woods

To whom it may concern,

I am writing to you on behalf of my friend Doug Jensen, who I've known for the better part of 20 years. When I first met Doug as a teenager, we worked together for two years and he was one of the kindest, helpful, and most thoughtful people you could have as a friend, and today, he's still that same person. He took me under his wing like a little brother when he didn't have to and those same values hold true to this day. If you were to ever ask for help or if you ever needed anything, Doug would be there. He'd give you the shirt off this back if you needed it, which makes him well known for his ethics in our community.

Doug is very family oriented and has worked very hard throughout his life to provide his children with the very best things a parent can offer. His children mimic his hard work, work ethic and overall professionalism and it shows.

Doug loves his family and his country very much and would do nothing, but have those best interests at heart.

Thank you,
Brad Ratkovich

①

I AM WRITING THIS LETTER ON BEHALF
OF DOUG JENSEN. I HAVE KNOWN DOUG
AND HIS WIFE APRIL FOR OVER 20 YEARS NOW.
WE WERE INTRODUCED BY A MUTUAL FRIEND
IN THE SAME APARTMENT COMPLEX. I INTRODUCED
THEM TO MY ROOMATE AND WE ALL HUNG OUT
OFF AND ON FOR COUPLE YEARS.
        I HAD A FALLING OUT WITH
MY ROOMATE AND LOST CONTACT WITH DOUG,
(AS THIS WAS PRE CELL PHONE). ABOUT 2 YEARS
LATER IM PICKING UP MY SON FROM LA PETITE
DAYCARE. I SEE DOUG AND APRIL AT ANOTHER
TABLE TALKING TO ANOTHER TEACHER.
COME TO FIND OUT OUR SONS ARE IN THE
SAME CLASS, AND THEY LIVE ABOUT 4
BLOCKS FROM MY IN-LAWS WHO WE WERE
STAYING WITH AT THE TIME.
        FROM THEN ON, AS SCHEDULES WOULD
ALLOW WE WOULD GET TOGETHER FROM
TIME TO TIME AND LET KIDS PLAY.
AS THEY GREW UP, THEY WERE
ALMOST INSEPERABLE. WITH THAT I
GOT TO MEET BROOKLYN + KAITLYN AND
WATCH DOUG NUTURE AND PROTECT THESE
3 KIDS WITH ALL HE WORKED HARD FOR.
        IN TALKING WITH DOUG OVER
THE YEARS, WHETHER IT WAS OVER
A BEER OR AT EXTRA CURRICULARS FOR
THE KIDS, ALWAYS WORKING LONG HOURS
SOMETIMES AWAY FROM HIS FAMILY



WHERE EVER THE JOB TOOK HIM.
BUT HE DID IT FOR HIS FAMILY, NO
COMPLAINTS, NO QUIT.
            WHEN MY WIFE PASSED 3
YEARS AGO, DOUG AND APRIL WERE THE
FIRST TO ASK IF THERE WAS ANYTHING I
NEED FOOD, MONEY, BABYSITTER. AS BY
NOW I ALSO HAD A 5 YEAROLD.
            I CAN HONESTLY SAY
DOUG AND HIS WIFE APRIL ARE THE
PEOPLE THAT WILL GO OUT OF THERE
WAY TO HELP ANYONE OUT. EVEN
IF JUST A COUCH FOR THE NIGHT.
I BELIEVE DEEP DOWN IN MY HEART
THE LOVE THEY SHARE FOR ANYONE
AROUND THEM IS VERY CONTAGIOUS.

                    SINCERELY

                    JASON STEPHENSON

In Reference To : Doug Jensen

I have worked with Doug Jensen for the last 7 years. I always thought Doug was a hard worker and would do about anything to help a guy out. He would talk about his wife and kids and all the things they did together. I think he worked just for his family. Is what he did right or wrong? It's not up to me to decide, but he wasn't the only one there, and with all the protesting going on now I have seen worse than his actions.

So I believe, personally, he should be home with his family getting his life back on track.

Sincerely,

Brent Olson

Wendy Sheriff

04/28/2021

Your Honor;

I am writing on behalf of Doug Jensen, whom I have known since 2005. I met Doug when his wife April and I became co-workers opening a new Carlos O'Kelly's restaurant here in Des Moines. April was one of the first people that we hired while the building was still under construction. We both worked at the restaurant until it closed in 2012. Through the years our small staff became friends, and Doug and their children were regular faces at the restaurant.

I came to know Doug as a hard working and loving husband who fully supported April pursuing her dreams of a nursing degree. I knew Doug as a handyman who any of us could call to help with small projects or if we needed to borrow a truck, without any payment or return favor needed, he was always happy to help. I also saw him as a proud and involved father who went to his kid's little league and soccer games, helped move his son to college, took his kids fishing, and kept his family at the center of his world with hobbies, trips, and school functions.

While I do not condone Doug's actions or fully understand his motivations, I do believe that those actions are not what define him as a man. I believe they are highly uncharacteristic for him, and I was genuinely shocked when I heard the news. I hope that this and other character letters you receive from friends and family are able to give you a perspective that shows that he is more than the sum of his actions of that day. It is my hope that you can see the value and necessity he has within his family and community. I believe that accountability, rehabilitation, and restoration are possible for Doug, and that he can earn the full support from his family, friends, employers, and community.

Sincerely,

Wendy Sheriff

April 22, 2021

Dear Judge:

I am writing this letter of support for Doug Jensen. I have worked with Doug over the past 10 years. Being the lead labor, Doug was always concerned about safety on the job. He was always helpful, never angry and did whatever he could to help the job go better. He was respectful toward his fellow co-workers and employer. When I showed up on the job, I was always pleased to see that Doug was the lead labor on the project because I knew the project would go well and be safe because of Doug's attention to details. He would do everything that was asked of him with no complaints. If something needed done on the job, Doug would always stay late to ensure that it was taken care of before the next day. Doug always talked about his family and what he did for them. He is a dedicated husband and father to his family. He always took care to ensure that they had what was needed. He is a good man. Dependable, trustworthy and someone I could rely on.

I pray that your honor is lenient. Doug is a good man and should be with his family.

Sincerely,

Bob Bair

4/27/2021

To Whom It May Concern

   Re: Douglas A. Jensen

I live across the street from the Jensen Family. I have known them ever sense they purchased their home.

As a single senior lady and unable to do some home maintance Doug has helped many times when something needed done.

Even though Doug is 33 yrs younger he never treated me like an "old" neighbor just his neighbor. I've always liked that about him.

I know Doug wants to become a productive member of Society again and provide for his family.


Sincerely,

Connie K. Brewer

4-30-2021 (1)

To whom it may concern,

I am writing this letter to say why I think my uncle (Doug Jensen) should be allowed to go home to his family. My memories of my uncle go back to me as a child. Uncle Doug was 15/16 years old and him and his mother came to live with us. I was about 7 at the time. I remember him taking care of his disabled mom and thinking that he was a great son. Never complained no matter how hard times got. That is when I first began to admire the man he was. After a few years he moved back to Iowa and still helped his mom until the day she passed. My grandma had a lot of health issues physically and mentally but Uncle Doug still supported her and loved her the way I can only dream my kids will. Uncle Doug and my aunt April have been together since they were teenagers. They have built a beautiful life together. Own a home, raised 3 smart/beautiful kids, both are 2 hardworking parents. Everything that any american wants they have worked hard for and have achieved. Please don't let my uncles bad decission take away everything they have

1

②

worked for their whole lives away. I know if my uncle could turn back time he would make better decissons.

If I had to describe my Uncle Doug I would say he is #1 the best husband and dad I have ever known. There isn't anything he wouldn't do for his family. #2 an extremely hard worker. Rain, snow, heat, or anything. He will show up if that what his family needs. #3 Caring. My whole life. If I ever needed him he was there. When my parents got divorced he was there. When I graduated he drove accross the U.S. to be there. When my sister got married he drove accross the U.S. to be there. He opened his home anytime I visited and needed family. He is just someone that you can count on. That's something I haven't had a lot of but my Uncle Doug never let me down.

I am writing this with tears in my eyes and a broken heart. Please allow my uncle to go home to his family. Life is too short and they need eachother. I can say 1000% that he will not make you regret your decission. Thank you from the bottom of my heart for taking the time to read

To whom it may Concern:                    4/9/21

My name is Diana Curry and I am
a stay at home Mom/Homemaker to my
three Children and Husband.

I met Doug back in 2007 when I
started dating his best friend, so we've
known each other for quite awhile now.
Doug is one of the Kindest people I have
had the privilege to Know. He has given great
advice to other's and myself. Doug has a
heart of gold. He would give you the shirt
off his back if you needed it.

Here is just one example of his Kind-
ness: When my youngest Daughter's Dad
(Doug's Best Friend) passed away suddenly,
in a car accident back in December 2014,
Doug and his wife April, were there for his
entire family, they still continue to do so,
till this very day. My daughter was five
years old when I had to break the news to her
and I Knew, she still didn't quite understand.
The day of the wake, Doug, his wife April &
their Kids went out of their way for about
15-20 minutes, to come back and give my
Daughter and her older Sister, a Christmas
Card with money in it, because it broke
their hearts even more, that these two

young girls, just lost their Father and would never see him again. They wanted to do SOMETHING, anything, for them, in their time of great loss, even though they were hurting, just the same. That is one of the most meaningful things that Doug took part in, that I will never forget, for as long as I live.

Doug Jensen is thoughtful, caring, generous & kind. He is loved & looked up to by many, for all of the things that he does for others.

Whether it is, his advice, making people laugh or smile, helping others out when needed (in many ways). Doug is there, forthright & open. He is absolutely 100% dedicated to his family, work and a loving person towards his friends too!

It breaks my heart for Doug AND his family, that he isn't home with them right now. Jail/Prison, isn't where a person like Doug, should be, that's just my opinion. Doug isn't what everyone is making him out to be. He is much better than the claims towards him.

It is my sincere hope, that the court

4/9/21

takes this letter into Consideration. Despite
the current case/charges against Doug
Jensen, I still believe Doug to be an
honorable individual, a good friend &
human being.

Sincerely,

Diana Curry

Diana Curry

To whom it may concern,

We've known Doug for about 18 yrs now.
He and his family are our neighbors, but
much more, good friends.
We've had countless dinners, parties
and get togethers over the years.
Doug is a great guy. A family man
and hard working.
His children and ours have all grown
up close, we feel his children are our
own, just the same as ours.
We really are very lucky to have such
a good friend in Doug & his family.
And we plan on having more time
in the future.

Thankyou for your time,
Elisha & Tracy
Adreon

Gena Brown
474 Palomino Pkwy.
Des Moines, IA 50320

April 12, 2021


To Whom This May Concern,


My name is Gena Brown and proud to offer my viewpoint of Doug Jensen to whom I have
personally known for 15 years as my friend and neighbor. I believe I am in a position to speak to
Doug's moral character, so I hope you will take this letter into consideration.


During my relationship with Doug, I have experienced an individual who shows up whenever
help is needed, works hard, and carries themselves in a polite, respectable manner. In
addition, Doug Jensen is a very family oriented person who has always presented themselves
with levelheadedness and grace. Doug has a strong sense of duty, which applies in all aspects of
his life. Doug also possesses a great deal of integrity. Doug Jensen, in short, is a good, kind,
generous person and I am glad I am able to call him my friend.

Not only do I like Doug, I also respect Doug greatly. I felt honored to be asked to provide this
character reference and hope that information I provided helps you understand what a good
person Doug Jensen truly is.

Please do not hesitate to contact me if you should require any further information.


Best,

Signature _Gena Brown_____ Date: 4-12-21____

Print Name _Gena Brown_____

To whom it may concern

I have known Doug for over 17 years.
I am his neighbor that lives directly across
the street from him. From my big front window
in my living room sets Dougs and April house
I have watched his 3 children grow up, I have
watched him be a BEST DAD a man can be
to his Kids from this window. He works hard
every day early in the morning goes to work.
I know this because I can hear his truck start
like clock work every day. Often times I have asked
Doug for help with my car at odd hours and
He has always helped me. Doug and April are the
Best neighbors you could ever ask for - And like I told
channel 8 right from the begining of this →

I have known Doug for 17+ years and he is a GOOD MAN !!

He is a great FATHER !!
He is a great NEIGHBOR !!
He is a Hard WORKER !!

How do I know this? Because for 17+ years I have watched Dougs life thru my FRONT WINDOW of my living room.

And I can say ~~this really~~ with FACTS and Truth to this. Gregory David Harrington

3-27-

To Whom This May Concern —

I Have Known Doug Jensen For 11 years — I Am Renting My Current House From Him — During This Time, Doug Has Also Became A Good Friend. — Always Calling To Check And See How Everything is Going — Not Only With The House (HWY) Problems, Etc; But With Me Personally, As I'm 72 yrs old,) If Ever I Have Any Problems, He is Here. —

Doug is A Very Generous And Helpful Person.

He is Also A Great Family Person — Whenever He Comes Over To Work On Something, He Usually Has April (His Wife And Couple of The Kids With Him. —

Doug And Family Are Great People, And I Feel Lucky To Know Them.

— Over —

ANY QUESTIONS

To whom it may concern:                    April 11th, 2021

My name is Nichoel Gabriele. I am writing this letter in support of Doug Jensen's upcoming hearing. I've known Doug for 10 years, and known him to be a productive member of society. If released Doug could and his family can use us as a form of support if needed. Him and his family have always been welcome at our home, and still are. He has always been known to support his family, and has never been a threat to society. If you have any questions you can call me at 515-525-5589

Sincerely,

N Gabriele

In Regards to Doug Jensen

I have known Doug Jensen for 20 years as well his & wife and she is also my daughters best friend.

I have know Doug Jensen to be a hard worker, loving husband and a great father to his kids always!!

Yes Doug Jensen should not have been there and for that he is very deeply sorry for!! But Doug Jensen is not the monster or a danger to Society that he has been made out to be at all!!

Doug Jensen and his family are always together for the most part and they have always been good people and so is Doug Jensen

Sincerely
Shyl Ostrand

April 11, 2021

RE: Doug Jensen

TO WHOM IT MAY CONCERN:

I am writing this letter as my life experience and observations of Doug Jensen.

I lived across the street from Doug and April Jensen for the period of February 2007 until August 2017. During that time, I had the opportunity to not only become acquainted with the Jensen family, but consider them friends.

Doug Jensen is a very hard working man. He held the same job all the time I knew him. Being a union laborer with the same company for tens of years speaks to his character. If he wasn't working, he was home with his family. Those were the 2 priorities in his life.

I remember a conversation with Doug where he told me "I love my wife, there is no one like April. We have been together since we were kids and I just love her." That is the type of husband I observed and came to know. Doug is also an involved Dad. He has been active in all the kids activities. As the kids grew older, I often saw him fixing bikes and cars. Family is everything to Doug.

Doug was also an excellent neighbor. If I ever needed help, Doug was the first one I would call. Never did he not drop everything and come to help me. Doug was always kind, considerate, helpful and lots of fun! A good neighbor is very hard to find. Doug would do anything to help anybody.

I think the testament to a man's character is his work ethic, how he cares for his family, and how he cares for others. Doug Jensen exemplified these character traits for not only the 10 years I lived across the street, but in the 4 years since I moved. I continue to count myself privileged to be called a friend of the Jensen family.


Susan Malloy

1222 N. 6th St

Indianola, IA  50125

To whom it may concern,

My name is Wyatt Woods. I have been good/best friends with Doug Jensen for over 15 years. I met Doug when my Mother moved next door to him. We have been friends ever since. I'll always be thankfull to Doug for his willingness to help my mom, who lived alone, over the years. Doug is the nicest most loyal friend over the years. I'll always remember years ago when I started a construction company by myself, Doug helped me pour concrete till 2 a.m, and he still made it to his job in the morning. He's always been there to help us move or anything. My wife and I were honored to have him in our wedding party. Over the years Doug has disclosed to me how tough he had it growing up. Homelessness, abuse, and any other pitfalls youth can encounter, Doug has exsperienced All of them. And Yet By him-self Doug has raised 3 great kids all raised under one stable Roof. Which He provided by Always working. He has had

known him. He would go 3 to 5 years without calling in. which in the pysically demanding trade of masonry, is un heard of. Dougs kids have never gone without, unlike his childhood. He buys his kids great vehicels when they come of age. All three kids were always in year round activities He is currently helping his oldest though College. Doug's life could have gone a number of ways. He by sheer Will has carved out a happy life and a wonderfull family. Doug truely cares for people, and I consider him a true genuine Friend. I hope that Doug's actions, over one day, does Not erase his actions, over decades, that have built him a great life for him and his family. I know Doug is remorsfull for what happened. I also Know Doug will learn from this and adjust his path accordingly, as he always has.

Wyatt Woods

To whom It May Concern:

I am writing this letter of Character for Douglas A. Jensen. This letter will include my opinion of the man I have known since my teenage years while excluding any biased opinion on actions from the court. Douglas has been a pillar, in the Southside community volunteering his time on the weekends to work on vehicles and home projects. He is active in his childrens extra-curricular activities. April has been his childhood love and they co-parent the children equally. He is a wonderful, and loving father and husband. He has held the same job for many years and his income has a huge impact on the well-being of his family. He is a kind, considerate and emphathetic friend. So much so that I consider him family and love him as much as I did my only brother who is deceased and was Doug's bestfriend.

Doug is the type of friend that will wake up at 3am and run out the door because you heard a weird noise, help pay for a funeral, show up to every family event, weekend bbq, balloon releasing, memorial dinner, and holiday. Loyalty and family are the core traits that make him such a wonderful man.

Putting words on a piece of paper to sum up the value of a person is harder than you can imagine. How do you put words to the impact that an individual has on so many lives? I will put it this way, when you build a home that needs to withstand natural disasters, time, and shifting you focus on the structure, the bones. Thats who he is. THE FOUNDATION!

Crystal R Burrell

Date 04-14-2021


Subject: Doug Jensen


Your Honor,

This character letter is written by my husband and me (Chad & Stephanie Mickle) for our friend Doug Jensen. My husband (Chad) has known Doug since 2000; I myself met Doug shortly after meeting my husband in July of 2006.

Doug has always been a hard worker, great father and even better friend. He is a kind hearted guy who would give you the shirt off his back if you needed it, even if it was only to make your day better. Doug is always there if you need someone to talk to and to offer up helpful ways to work through the issue at hand. He is a family guy and always goes above and beyond to be there for his kids. Wither it is cheerleading, dance, gymnastics, football, baseball, any sport he is always there. We have immense respect for him.  He is a very responsible person and truly believes in determination and hard work. He is a trustworthy person and is not someone who would offend or bring shame onto his family.  Family is everything to him and he is so very proud of his children, their accomplishments, and the life he has built with his wife April in the last 24 years, married for 20 of those years.

We were in shock to see what transpired from him back in January 2021, which is not true to his character at all; we have never seen any kind of actions like this from him before. He is of good moral character and is a reliable trustworthy person, we hope you will give an opportunity for to Doug to be home with his family, who need him and miss him.

We hope that this letter corresponding to Doug Jensen and his case act as an effective and helpful aspect about his case.

Sincerely,


Stephanie Mickle          Chad Mickle

March 27, 2021

Your Honor

I'm writing this letter on behalf of
Mr. Douglas Jensen. In the 20+ years
we know Doug, he has been nothing less
than a compassionate, caring man who would
go above and beyond for his family and
friends.
I first met Doug in 1998, we were co-workers
at a local restaurant. I met his wife April
the same year and we quickly became friends.
In these years we witnessed him help many
people, whether it be just giving a ride in
the middle of the night, helping a neighbor
with an home project or letting someone stay
in his family's home while the got back on
their feet.
I've also witnessed some tragedies that
could have very easily changed him or
his demeanor. For example, the loss of his
mother and the sudden and unexpected death
of his best friend in an auto accident. Instead
of wallowing in his own grief, he stepped up
and took care of everything for his mother. Seeing
his friends mom so sad, he basically did the
same for her. He just wanted to lessen her
burden in anyway possible.
The man the media has portrayed is not
at all accurate. The dim light he's been painted
in doesn't reflect on his true nature. I hope
this gives a better glimpse of the real ____.

I appreciate your time.

Sincerely,

Mary Housley