# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : CRIM. NO. 21-06 |
| **DOUGLAS AUSTIN JENSEN** | : |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Douglas Austin Jensen hereby appeals to the United States Court of Appeals for the District of Columbia Circuit the judgment entered in this case on December 16, 2022.

Undersigned counsel does not wish to remain counsel for Mr. Jensen on appeal.

Date: December 16, 2022

/s/_____
Christopher M. Davis

Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
(202) 234-7300

*Counsel for Douglas Jensen*

## CERTFICATE OF SERVICE

I hereby certify that a copy of this Notice of Appeal was served upon all counsel of record via the Court's CM/ECF system on this 16th day of December 2022.

/s/_____
Christopher M. Davis