```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
    UNITED STATES OF AMERICA,
 3                                      Criminal Case
                     Plaintiff(s),      No. 21-006 (TJK)
 4           v.
                                        Washington, D.C.
 5  DOUGLAS AUSTIN JENSEN,

 6                   Defendant(s).      September 19, 2022

 7  --------------------------------------------------------

 8                  JURY TRIAL- DAY 1 - VOIR DIRE
                  BEFORE THE HONORABLE TIMOTHY J. KELLY
 9                   UNITED STATES DISTRICT JUDGE

10  APPEARANCES:

11  FOR THE PLAINTIFF(S):  Emily W. Allen, Esquire
                           United States Attorney's Office
12                         222 West Seventh Avenue
                           Room 253
13                         Anchorage, Alaska 99513

14                         Hava A. Levenson Mirell, Esquire
                           United States Attorney's Office
15                         312 North Spring Street
                           Suite 1200
16                         Los Angeles, California 90012

17
    FOR THE DEFENDANT(S):  Christopher M. Davis, Esquire
18                         Davis & Davis
                           1350 Connecticut Avenue Northwest
19                         Suite 202
                           Washington, D.C. 20036
20


21


22  REPORTED BY:           Tammy Nestor, RMR, CRR
                           Official Court Reporter
23                         333 Constitution Avenue NW
                           Washington, D.C. 20001
24                         tammy_nestor@dcd.uscourts.gov

25
```

1    The following proceedings began at 10:06 a.m.:

2           THE COURTROOM DEPUTY:  Your Honor, this is criminal

3    matter 21-6, United States of America versus Douglas Austin

4    Jensen.  Present for the government are Emily Allen and Hava

5    Mirell.  Present for the defendant is Christopher Davis.  Also

6    present is the defendant, Mr. Jensen.

7           THE COURT:  All right.  Well, good morning to

8    everyone.

9           Before we begin, I have a number of -- I guess I

10   should say we are here for Mr. Jensen's trial that has been

11   scheduled on this date since last February.  I have a number of

12   kind of preliminary things I want to address with the parties,

13   and then I will see if you all have anything preliminary you

14   want to raise with me, and then we will go forward.

15          Let's see.  Do I have a list of witnesses?  Yes, I

16   do.  So I have the government's list for me to read to the

17   prospective jurors.

18          Mr. Davis, do I have -- are there any witnesses that

19   you want me to screen for the jury?

20          MR. DAVIS:  I have none that need to be screened for

21   the jury, Your Honor.

22          THE COURT:  Very well.

23          The second thing just for me to reiterate, I plan on

24   questioning the jurors, as I mentioned to you all before.  What

25   I found works well when we have the headsets is I will look at

1    both sides -- this is obviously for the individual voir dire

2    when we bring each of them in.

3            I will look at both sides and sort of try to make eye

4    contact with each of you.  If you all have a question you think

5    I missed or you would like me to ask, we can pick up the phones

6    and discuss it.  But if not, I will kind of look at both of

7    you.  If there's nothing further, we will move on to the next

8    person, the next panel member.  But if there is something, just

9    sort of try to get my attention and we can chat about it on

10   sort of an electronic sidebar, we will call it.  And if I deem

11   it an appropriate question, I will ask it and we will move

12   forward like that.

13           It's actually a good time to use this.  If you all

14   would pick up the phones, there's one matter I want to discuss

15   at sidebar with counsel.

16           Ms. Harris, if we could put on the husher.

17           (The following was heard sidebar.)

18           THE COURT:  All right.  This is a good way to test

19   this is too.  Can both sides hear me?  Give me a thumbs up if

20   you can hear.

21           Can you hear me, Mr. Davis?

22           MR. DAVIS:  I can hear you.

23           THE COURT:  The only thing I wanted to do outside the

24   public is just pick the alternate numbers.  So if the

25   government would give me a number from 1 to 14, and, Mr. Davis,

```
 1    if you will give me a number from 1 to 14, those will be our
 2    two alternates.
 3              Ms. Mirell, what's your number?
 4              MS. MIRELL:  7.
 5              THE COURT:  And, Mr. Davis?
 6              MR. DAVIS:  11.
 7              THE COURT:  All right.  Very well.
 8              (The following was heard in open court.)
 9              THE COURT:  The other thing I want to put on the
10    record, we have reserved, in this courtroom, the last row of
11    seats in this courtroom for the public to observe our
12    proceedings here today.  We also have, because we are going to
13    be doing the general voir dire in two separate courtrooms at
14    once, we also have half of the other courtroom also available
15    for the public or the media or whoever would like to attend the
16    proceedings.
17              So I just want to put that on the record, which is in
18    part why we are not using any sort of public line, because we
19    do have access to the public here today.
20              I know the parties have raised one additional issue
21    about an exhibit.  And my thought is, instead of taking time to
22    deal with that now, we will deal with it at the end of the day,
23    and I will hear from you on that then.
24              Those were all the things I had on my to-do list.  Is
25    there anything preliminary from the government?
```

1          MS. ALLEN:  No, Your Honor.  That's all we had.

2          THE COURT:  All right.  Anything preliminary from you,

3     Mr. Davis?

4          MR. DAVIS:  Your Honor, Mr. Jensen wanted to address

5     Your Honor.

6          THE COURT:  All right.

7          MR. DAVIS:  May I bring him up to the podium?

8          THE COURT:  You may.

9          THE DEFENDANT:  Your Honor, I have Steven Metcalf and

10    some other lawyers that I was able to retain recently, and I

11    feel more comfortable going with lawyers of my choice as long

12    as they have time to be able to.  I didn't know if I would be

13    able to ask the Court for time to go with my new lawyers.  And

14    I just don't feel comfortable going forward with my lawyer that

15    I currently have.  I would feel better if I could have new

16    representation.

17         THE COURT:  Mr. Jensen, the time to discuss whether

18    you were comfortable with your representation was -- well,

19    whenever it was, it was well before the day of trial when we

20    have jurors in a courtroom adjacent to us and out in the

21    hallway waiting to be picked for your trial.

22         THE DEFENDANT:  I understand, Your Honor.

23         THE COURT:  You know, I don't know whether those

24    lawyers -- first of all, I don't have any reason to question

25    Mr. Davis's ability to try your case competently.  He's

1    appeared -- I guess before I even get to that, let me just say,

2    we have had -- this trial date has been set since February.  We

3    have had a pretrial conference.  We have had motions hearings.

4    We have completed all the steps needed to be ready to go to

5    trial today.  And at no time have you raised the issue that you

6    would feel more comfortable with another attorney.

7              THE DEFENDANT:  I had no ability, Your Honor, to be

8    able to retain my own attorneys until just recently funding was

9    available.

10             THE COURT:  Well, you know, again, when did you even

11   come into this -- when did this funding become available?  Let

12   me ask that.

13             THE DEFENDANT:  Like just this last week.

14             THE COURT:  Okay.  And is Mr. Metcalf here today?

15             THE DEFENDANT:  No, he's not.  Due to time

16   constraints, he said the best I could do was ask for more time.

17             THE COURT:  But he hasn't sought to come down here and

18   be present today or to join us by phone or anything like that.

19   I mean, has he -- so he has not worked on your case at all,

20   correct?

21             THE DEFENDANT:  He has looked into it, and he's

22   willing to take it if I can have more time, Your Honor.

23             THE COURT:  Right.  But, I mean, he hasn't to date --

24   if this was only in the last week, it's not like he's been

25   working on your case for a while and would be able to step into

1    Mr. Davis's shoes tomorrow.  We are talking about he would have

2    to get up to speed.  Is that correct?

3              THE DEFENDANT:  That's correct.

4              THE COURT:  You know, in considering -- is there

5    anything else -- it sounds like you would be more comfortable

6    with Mr. Metcalf.  Is there anything -- is there any other

7    thing you want to put on the record about your reasons for

8    wanting another attorney?

9              THE DEFENDANT:  There's certain comments that my

10   lawyer has made over time that has made me feel that maybe we

11   are not on the same agreement on things.  I haven't had very

12   much access to any of my discovery.  He gave me a disc that had

13   three videos on it, one being my interview, one being the video

14   of me going up the stairs, and the other video going through

15   the window.  Those are the only videos that I have had in my

16   possession for discovery.

17             Otherwise, some of the things he's shown me on the

18   computer over the last week I have seen for the first time in

19   18 months.  We have probably met 20 hours over a year and a

20   half.  There's lots of things that I have asked that he --

21   like, you know, a motion for --

22             THE COURT:  All right.  Hold on one second.  Let's do

23   it this way.  If we are going to get into some of those

24   relationships, I want to hear from you, but I am going to have

25   to hear from you in a manner that -- under seal and outside the

1   presence of the government and outside the presence of the

2   public.

3          So, Ms. Harris, in order for me to hear from

4   Mr. Jensen and his attorney, I think it's appropriate that we

5   go under seal, excuse the public, the government, everyone from

6   the courtroom who is not either court staff or Mr. Jensen or

7   his attorney, and we will -- I will proceed hearing from

8   Mr. Jensen more about this under those conditions.

9          (The courtroom was cleared and the following was heard

10  under seal.)

11          MR. DAVIS:













1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22          (The following was heard in open court.)

23          THE COURT:  All right.  Ms. Harris, we are out from

24   under seal.

25          THE COURTROOM DEPUTY:  Yes.

1          THE COURT:  Very well.  Based on the conversation I

2     had under seal with Mr. Davis and Mr. Jensen, I am going to

3     deny the motion to continue.  The D.C. Circuit has laid out a

4     number of factors that I should consider in such a

5     circumstance.  Those factors include the length of the

6     requested delay, whether other continuances have been requested

7     and granted.  I have to consider the convenience or

8     inconvenience to the litigants, witnesses, counsel, the Court,

9     whether the request to delay is for legitimate reasons or

10    whether it's dilatory, purposeful, or contrived, whether the

11    defendant contributed to the circumstance which gives rise to

12    the continuance, whether the defendant has other competent

13    counsel prepared to try the case, and whether denying the

14    continuance would result in identifiable prejudice to the

15    defendant's case, and if so, whether the prejudice is of a

16    material or substantial nature.  I also have to consider the

17    complexity of the case.

18          So in this instance, start off by the fact that the

19    case has been set for trial since February of this year, set

20    for trial on this date since February of this year.

21          We have had a pretrial conference.  We have had

22    motions hearings.  And all throughout that time, the defendant

23    never raised the issue of being unsatisfied with his attorney

24    or wanting to hire some other counsel.  That's, I think, the

25    biggest factor.  And given that we have all been working toward

1    today's trial, the prejudice to the government, to government

2    counsel, to the folks we have brought in to serve as jurors, to

3    the witnesses the government has lined up, to all those folks,

4    and to me and my calendar, the prejudice and inconvenience to

5    all those parties would be substantial if we were to delay the

6    trial.  In fact, given all of the other things on my docket and

7    other trials, it's not clear at all how long ultimately -- how

8    quickly we would be able to reschedule the trial.

9            But then on the flip side of all that, I haven't

10   seen -- one of the things I have to consider, for example, is

11   whether there's other competent counsel prepared to try the

12   case.  And I think there absolutely is.

13           And Mr. Davis, I have observed his representation of

14   Mr. Jensen throughout the pretrial proceedings in this matter,

15   and he has zealously represented him.  And nothing about --

16   from all of my observations and knowing his experience, I think

17   he absolutely is prepared and competent, more than competent,

18   to try the case.  And nothing about what Mr. Jensen mentioned

19   to me under seal makes me question whether he's prepared to try

20   the case.

21           So weighing all those, the convenience or

22   inconvenience to the different actors at play, given

23   Mr. Davis's ability to try the case, given the fact that -- I

24   guess the other thing would be that, given the fact that

25   Mr.  -- the lawyers that Mr. Jensen mentioned would be getting

1   up to speed, it sounds like only in the last week were they

2   mentioned to him as a possibility.  So they would have to get

3   up to speed almost from square one to the case.  And even

4   though the case is not that complex, that is something I have

5   to consider as well.

6          Weighing all of those things, I am going to exercise

7   my discretion to deny the motion to continue.

8          All right.  Is there anything further from you,

9   Mr. Davis, as far as a preliminary matters go?

10          MR. DAVIS:  Nothing further, Your Honor.

11          THE COURT:  All right.  What I think then I will do is

12   come off the bench.  Ms. Harris will bring in the group that

13   will be in here for general voir dire as well as make sure the

14   group in the other courtroom is ready to go.  And when we are

15   ready to go, she will bring me back in.

16          All right.  Very well.

17          (A recess was taken at 10:36.)

18          (The prospective jurors entered the courtroom at

19   10:50 a.m.)

20          THE COURTROOM DEPUTY:  Your Honor, we are back on the

21   record in criminal matter 21-6, United States of America versus

22   Douglas Austin Jensen.

23          THE COURT:  All right.  Well, good morning, everyone.

24   Thank you to all of you who have come down here this morning.

25   I am Judge Kelly, and we are about to begin the process of

1   selecting a jury in a criminal case which is why all of you

2   have been summoned, all of you here, and also welcome to all of

3   you in the adjoining room.  We are going to attempt to do part

4   of our business here today with part of our jury panel in one

5   room and part of our jury panel in another room.

6          I do appreciate that all of you are here and willing

7   to serve.  We have been hosting jury trials pretty routinely

8   for quite a while now with appropriate distancing and

9   safeguards in place, and as far as I know, at least the trials

10  I have conducted and from what I have heard, they have all gone

11  very smoothly.

12         So the purpose of jury selection is to select a jury

13  with no prior knowledge of the case and no bias toward one side

14  or the other side.

15         I am going to be asking you some questions to help us

16  learn some more things about each of you.  There are no right

17  or wrong answers to any of the questions.  I only ask that you

18  give truthful answers to the questions.  You all should have a

19  sheet of paper and a pencil.  If you do not have a sheet of

20  paper and a pencil, please raise your hand now.

21         Okay.  So kind of how this process works, it works in

22  two parts.  The first part I am going to ask you a bunch of

23  questions.  I'll talk about that in a second.  You are going to

24  be writing some numbers down on each of your cards, or maybe

25  you will be writing no numbers at all.  We will get to that in

1    a moment.

2          The second part of our process, I am going to bring

3    each -- you will leave the courtroom, and you will come in one

4    at a time where we will follow up in a way that not everyone

5    else on the panel will be in the same room to hear your answers

6    as we follow up on some of these questions.  So I am going to

7    ask you a series of questions for this part of the process that

8    can be answered with a simple yes or no.

9          Now, I don't want you to write yes or no.  If you have

10   a yes to a particular question that I ask, write down the

11   question number.  Don't put down yes or no.  Don't put down why

12   the answer is yes or no, just the question number.

13         And I will have the opportunity, like I mentioned, to

14   talk to you about your yes answers later when the rest of the

15   panel won't be in the same room, and we will talk about why you

16   wrote down certain -- that you had a yes answer to certain

17   questions.

18         The way we do this is to protect your privacy.  So if

19   you have a no answer, don't write anything down.  Just listen

20   to each question.  And in the end, you might have no numbers

21   down on your card or you may have many or you may have a few.

22         So before we begin this questioning, let me ask

23   Ms. Harris, the courtroom deputy, who has been doing a great

24   job this morning trying to make sure we get off to a good

25   start, to please administer the oath to all of you.

1          THE COURTROOM DEPUTY:  Will all of the jury panel

2     please stand including those of you in the second courtroom and

3     raise your right hand.

4          (The prospective jurors were sworn.)

5          THE COURTROOM DEPUTY:  Thank you all.  You may be

6     seated.

7          THE COURT:  All right.  So the first thing before I

8     forget is to ask all of you to write the last four digits of

9     your juror number in the upper right-hand corner of the piece

10    of paper.  The juror number is found on the badge or the piece

11    of paper that you were given earlier today.  So write the last

12    four digits of your juror number in the upper right-hand corner

13    of the piece of paper.

14         Okay.  Question one, question one -- and let me also

15    just explain to all of you and to the lawyers here, in certain

16    instances when I am talking about the lawyers or when I am

17    talking about the defendant, you are all going to have to stand

18    up, I will let you know, and let the panel see you, and then

19    the second part of that for our panel in the other courtroom is

20    to come up to the podium -- is that right, Ms. Harris -- where

21    the camera can capture you.  So if you will come up to the

22    podium and just stand there briefly, the folks in the other

23    courtroom will be able to see you too.

24         All right.  So question one, in this case, the

25    indictment charges the defendant, Douglas Austin Jensen, with

 1    violating seven separate federal criminal laws based on his
 2    presence inside the U.S. Capitol on January 6, 2021.
 3    Specifically, the indictment alleges that Mr. Jensen interfered
 4    with Congress's meeting to certify the results of the 2020
 5    presidential election, that he obstructed and interfered with,
 6    and that he resisted, opposed, impeded, and intimidated United
 7    States Capitol police Officer Eugene Goodman, that he
 8    unlawfully entered and engaged in disorderly and disruptive
 9    conduct inside the Capitol Building while carrying a knife, and
10    that he engaged in disorderly conduct, and paraded and
11    demonstrated and picketed inside the U.S. Capitol Building.
12            So does anyone know or has anyone heard of Mr. Jensen?
13            Mr. Jensen, would you please stand so they can see
14    you?  And walk to the podium so, again the folks in the other
15    courtroom can see you.  So the question, question one is, for
16    question one, does anyone know or has anyone heard of
17    Mr. Jensen?
18            All right, sir.  You may return to your seat.
19            And again, for question one, for all the questions,
20    you just write the number down.  So if the answer is yes to
21    that question, you write the question -- you right No. 1.  If
22    not, you write nothing down.
23            All right.  Question No. 2, during this trial you will
24    hear about some of the events at the United States Capitol on
25    January 6, 2021.  Were you, any member of your immediate

1   family, or a close personal friend present at the U.S. Capitol

2   on January 6, 2021?  If the answer is yes, write question

3   No. 2.  If not, write nothing further.  That is question No. 2.

4          Question No. 3, do you, any member of your immediate

5   family, or a close personal friend live or work near or have

6   any special familiarity with the immediate area of the U.S.

7   Capitol?  That's question No. 3.  Do you, any member of your

8   immediate family, or a close personal friend, live or work near

9   or have any special familiarity with the immediate area of the

10  U.S. Capitol?

11         Question No. 4, have you watched any video of what

12  happened at the U.S. Capitol on January 6, 2021 on the news or

13  on the internet?  So question No. 4, have you watched any video

14  of what happened at the U.S. Capitol on January 6, 2021 on the

15  news or on the internet?  That's question No. 4.

16         Question No. 5, have you been following the

17  investigation of the events of January 6, 2021 at the U.S.

18  Capitol in the news or on the internet?  Question No. 5, have

19  you been following the investigation of the events on

20  January 6, 2021 at the U.S. Capitol in the news or on the

21  internet?

22         Question No. 6, I will be instructing the jury that it

23  may only consider evidence that was properly admitted in this

24  case and the law as I instruct it and not anything jurors may

25  have seen or heard outside this courtroom about the events at

1    the U.S. Capitol on January 6, 2021.

2              Is there any reason you would be able -- you would be

3    unable to set aside whatever you may have seen or heard and

4    whatever feelings or opinions you have about that, follow my

5    instructions, and be a fair juror in this case?  That is

6    question No. 6.

7              I will just repeat it.  Question No. 6, I will be

8    instructing the jury that it may only consider evidence that

9    was properly admitted in this case and the law as I instruct it

10   and not anything jurors may have seen or heard outside this

11   courtroom about the events at the U.S. Capitol on January 6,

12   2021.  Is there any reason you would be unable to set aside

13   whatever you may have seen or heard and whatever feelings or

14   opinions you have about that, follow my instructions, and be a

15   fair juror in this case?  That is question No. 6.

16             Question No. 7, the government is represented in this

17   case by Assistant U.S. Attorneys Emily Allen and Hava Mirell.

18   And they are being assisted by Paralegal Kyle Clements.  Let me

19   ask each of you to rise and come to the podium again so the

20   folks in the other courtroom can see you as well.

21             All right.  Very well.  The defendant is represented

22   by Attorney Christopher Davis, and he is being assisted by Sean

23   McCliggott.

24             And, Mr. Davis, for the other courtroom, if you could

25   just stand right there.

```
 1            Perfect.

 2            Okay.  So my question to you, ladies and gentlemen of

 3     the jury panel, is, do you know any of these people?  I am

 4     going to read the question again.  The government -- this is

 5     question No. 7.  The government is represented in this case by

 6     Assistant United States Attorneys Emily Allen and Hava Mirell,

 7     and they are being assisted by Paralegal Kyle Clements.

 8            The defendant is represented by Attorney Christopher

 9     Davis, and he is being assisted by Sean McCliggott.  The

10     question is, do you know any of these people?  If so, write

11     down question No. 7.

12            Question No. 8, the government may call the following

13     witnesses during the trial.  The defense is not obligated to

14     call any witnesses.  And the question is going to be do you

15     know or have you heard of any of these people.  I am going to

16     read the list, the government's list, of expected witnesses.

17            Thomas Loyd, whose title is Inspector, United States

18     Capitol Police.

19            Mark Gazelle, who is a United States Capitol Police

20     officer.

21            Eugene Goodman, who is a United States Capitol Police

22     officer.

23            Brian Morgan, who is a United States Capitol Police

24     officer.

25            Elizabeth Glavey, who is a United States Secret
```

1    Service agent.

2          Paul Weiss, who is a United States Capitol Police

3    officer.

4          And Tyler Johnson, who is a special agent with the

5    Federal Bureau of Investigation.

6          Again, my question is, do you know or have you heard

7    of any of these people?  If the answer to that is yes, write

8    down question No. 8.

9          Now, the next three questions relate to you, members

10   of your immediate family, and your close personal friends.  So

11   for the next three questions, think about those three

12   categories of people, you, members of your immediate family,

13   and your close personal friends.  All right.

14         Question No. 9 is, does anyone in that group work for

15   or with or has anyone in that group ever worked for or with any

16   law enforcement agency?  This includes any police department in

17   or outside the District of Columbia, special police officers,

18   prosecutors' offices such as the State's Attorney or the U.S.

19   Attorney, the Capitol Police, the Park Police, the FBI, the

20   Department of Justice, the Department of Homeland Security,

21   Sheriff's Departments, the U.S. Secret Service, or any other

22   law enforcement activity?  If the answer to that is yes, write

23   question No. 9.

24         Question No. 10, has any member of that group, that

25   is, you, members of your immediate family, and close personal

friends, has any member of that group ever gone to law school,

worked as a lawyer, or worked in a law office?  If so, write

down question No. 10.

Question No. 11, has any member of that group, that

is, you, members of your immediate family, and your close

personal friends, has any member of that group ever been

investigated for, arrested for, charged with, or convicted of a

crime or been a victim or witness to a crime?  That's question

11.

Question 11, has any member of that group ever been

investigated for, arrested for, charged with, or convicted of a

crime or been a victim of or witness to a crime.  If so, write

down No. 11.

All right.  Question No. 12, I will be instructing the

jury at the end of the trial that the testimony of a law

enforcement officer should be treated the same as the testimony

of any other witness and that the jury should not give any

greater or lesser weight to the testimony of a witness simply

because that witness works in law enforcement.

Do you have such strong feelings about law

enforcement, either positive or negative, that would make it

difficult for you to follow this instruction or to be a fair

juror in this case?  That's question No. 12.  So if the answer

is yes, write down question No. 12.

Question No. 13, the defendant has entered a plea of

not guilty to all the charges.  In a criminal case, a defendant

is presumed innocent unless and until the government proves his

guilt beyond a reasonable doubt.  Will you have any difficulty

accepting or applying this rule of law?  That's question

No. 13, question No. 13.

Question No. 14, if you are selected as a juror and

hear this case, you will be required to deliberate with 11

other jurors.  This will require you to discuss the evidence

and the law in this case with those 11 other jurors.  Is there

anything that leads you to believe that you might be unable or

unwilling to engage in such discussions with others?  If so,

write down No. 14.  That is question No. 14.

No. 15, take a moment and look around.  Those here can

try to look on the screen in the other room, and the question

is, do you know anyone else on the jury panel?  Do you know

anyone else on the jury panel?  If so, write down No. 15.  That

is question No. 15.

And it may be difficult for some of you to see in the

other courtroom.  I will just say if throughout the day you

notice that, in fact, there is someone, you can raise it when

you come in for individual voir dire if you see someone later

that you recognize that it might be hard to see because one of

you is in this room and one of you is in the other room.

Question No. 16, have you previously served on a grand

jury or a trial jury?  If so, is there anything about that

experience that would affect your ability to be a fair and impartial juror in this case?  That's question No. 16, have you ever previously served on a grand jury or a trial jury?

Question No. 17, do you have a hearing problem such that it would make it difficult for you to hear testimony or an eyesight problem or any other medical condition that would make it difficult for you to view or read evidence or to serve as a juror?  That's question No. 17.  I will read it again.  Do you have a hearing problem such that it would make it difficult for you to hear testimony or an eyesight problem or any other medical condition that would make it difficult for you to view and read evidence or to serve as a juror?

Question No. 18, are you presently taking any medication that may cause drowsiness or experiencing any other physical or mental condition which might in any way affect your ability to give your full attention to this case, question No.  -- that's question No. 18.

Question No. 19, do you have any difficulty understanding the English language?  That's question No. 19.  If so, write down 19.

Question No. 20, this trial should last about one week.  Would serving as a juror in this case be an extreme hardship to you given that it is anticipated that it will last one week?  That's question No. 20.

Question No. 21, my final question, No. 21 is what I

1    call a catchall question.  This asks whether there is any other

2    reason I haven't asked about that might make it difficult for

3    you to sit fairly, impartially, and attentively as a juror.

4    Perhaps you have a religious, moral, or philosophical reason

5    that you believe would make it hard for you to be fair.  In

6    sum, is there some other reason that would make it difficult

7    for you to sit as a fair and impartial juror in this case based

8    on the evidence you hear and the law as I instruct you?

9            That catchall question is question No. 21, question

10   No. 21.

11           Ms. Mirell, do you need -- let's have a quick sidebar

12   with counsel.

13           (The following was heard sidebar.)

14           MS. MIRELL:  Sorry, Your Honor.  With respect to the

15   law enforcement witnesses, Paul Weiss actually is with the

16   Metropolitan Police Department.

17           THE COURT:  Okay.

18           MS. MIRELL:  And one more matter.  I believe during

19   our final pretrial conference, you had a question about the

20   video.  Just a reminder.  You don't need to do anything.

21           THE COURT:  Right.  That's a follow-up question to the

22   question of have you seen any videos.  I will follow -- anyone

23   who says, yes, I have seen video of January 6, we will follow

24   it up in individual voir dire.

25           MS. MIRELL:  Thank you.

1              (The following was heard in open court.)

2              THE COURT:  One correction, ladies and gentlemen.  I

3    think I indicated that Paul Weiss was an officer with the

4    United States Capitol Police.  To be clear for the record, he's

5    an officer with the Metropolitan Police Department in case that

6    jogs anyone's memory any differently.

7              All right.  So what we will now do is Ms. Harris is

8    going to collect your all the cards you were given.

9              Ms. Harris, are these folks going to be out in the

10   hallway then or in another room?

11             You will be in another courtroom.  Let me say one

12   other thing before you go that will save us some time if you

13   all can remember.  Let's see.  When you -- when we bring each

14   of you in for the individual voir dire, three things.  First of

15   all, let me just say, we all respect all of your time.  We know

16   waiting around kind of stinks.  But we are going to do this --

17   we have to -- on the one hand, we are trying to balance

18   respecting your time with making absolutely sure we get a jury

19   that's going to be fair and impartial here.

20             So we are going to move through this as quickly as we

21   can.  And I just want you to know we all, court staff, all

22   understand your time is valuable.  We are not trying to waste

23   it.  And we will try to minimize the amount of time you have to

24   wait as much as possible.

25             When each of you come in, Ms. Harris, we are going to

1    seat them in the jury box like you did before.

2           It will be the lectern where you will come in to.  So

3    when you come up to the lectern, it will save time if I don't

4    have to say this to each person who comes in.  One is if you

5    will remove your mask.  There won't be anyone else near you

6    when you are at that lectern.  You will have the Plexiglas in

7    front of you, but we need to be able to see your face during

8    this questioning and this part of the process.

9           No. 2, if you would speak directly into the

10   microphone, sometimes it's hard to find it, but we have a court

11   reporter here who is writing down what you say, and we need to

12   make sure we get your voice on that.

13          And last, if you would just identify -- the first

14   thing you say when you come up to the microphone, identify

15   yourself by your jury number, jury number only, of course.

16          So three things; remove the mask, speak into the

17   microphone, and please identify yourself when you step up with

18   your juror number.

19          So I will leave the bench for a moment and when we are

20   ready to begin, we will start bringing you in one at a time.

21   Again, thank you for being down here to be part of this

22   process.

23          (A recess was taken at 11:21 a.m.)

24          THE COURTROOM DEPUTY:  Your Honor, we are back on the

25   record in criminal matter No. 21-6, United States of America

1    versus Douglas Austin Jensen.

2            THE COURT:  All right.  Very well.  Any reason we

3    shouldn't bring in our first juror, juror No. 1057?

4            Seeing no objection, let's bring her in.

5            (Prospective juror entered the courtroom.)

6            THE COURT:  Please, you may remove your mask.

7            If you can state your juror number, please, ma'am.

8            A PROSPECTIVE JUROR:  1057.

9            THE COURT:  All right.  Let's see.  Ma'am, you have

10   checked a bunch of boxes.  So let's try to go through -- I will

11   try to go through them in an orderly way.

12           First, you did check 20, which would be, this trial

13   would be an extreme hardship.  So tell us why it would be an

14   extreme hardship.

15           A PROSPECTIVE JUROR:  Because I work and I have three

16   small children.

17           THE COURT:  Maybe you can just pull your mic down.

18           Yes, just talk into that mic, please.

19           A PROSPECTIVE JUROR:  Yes, I have three small children

20   and I work.

21           THE COURT:  All right.  And, well, somehow you've

22   arranged for them to be taken care of today, I guess.

23           A PROSPECTIVE JUROR:  Yeah.  My husband took off.

24           THE COURT:  Okay.  And there's no other way, there's

25   no other child care arrangements that can be made for you to be

```
 1   here as a juror?

 2        A PROSPECTIVE JUROR:  No.  They be at school at 8:30

 3   in the morning.

 4        THE COURT:  Say again.

 5        A PROSPECTIVE JUROR:  They got to go to school at 8:30

 6   in the morning.

 7        THE COURT:  Okay.  That's not a -- why is that a

 8   problem?

 9        A PROSPECTIVE JUROR:  Because I have no one else.

10   It's just me and my husband and my kids.

11        THE COURT:  No, right.  If you have to bring them to

12   school at 8:30, you could be here after that, couldn't you?

13        A PROSPECTIVE JUROR:  No.  I still got to work.

14        THE COURT:  I see.  But working is not an extreme

15   hardship.  Virtually everyone who is here as a juror has work.

16   In fact, your employer basically has to let you come here.  Is

17   there something extreme about your job?  Sometimes people have

18   circumstances at work that are really unusual, and it would be

19   a real extreme hardship, but just the fact that you are working

20   is not an extreme hardship because virtually everyone who shows

21   up here would be in that same boat.

22        A PROSPECTIVE JUROR:  Uh-huh.  I just don't want to do

23   it.  I am going to be honest.

24        THE COURT:  All right.  But I don't think you have an

25   extreme hardship that I can tell as long as -- what time do the
```

```
 1   kids have to be picked up in the afternoon?

 2            A PROSPECTIVE JUROR:  3:00.

 3            THE COURT:  3:00.

 4            A PROSPECTIVE JUROR:  Uh-huh.

 5            THE COURT:  And can anyone else do that?

 6            A PROSPECTIVE JUROR:  No.  My husband get off at 5:00,

 7   and I get off at 2:00.

 8            THE COURT:  All right.  You've checked boxes -- you've

 9   written down 18, 14, 11, 10, 9, 5, 4, and 3.  Let me ask the

10   parties to pick up the headsets.

11            (The following was heard sidebar.)

12            THE COURT:  This woman already said she doesn't want

13   to be here.  I don't think that's an extreme hardship.  But on

14   the other hand, she hasn't said she has a way to have someone

15   pick up her kids.  And given the number of things she's written

16   down, my inclination would be to just excuse her.  But I want

17   to hear both sides.

18            MS. ALLEN:  No objection from the government.

19            MR. DAVIS:  No objection.

20            THE COURT:  All right.

21            (The following was heard in open court.)

22            THE COURT:  All right, ma'am.  Because of your child

23   care situation, we are going to excuse you from being here.  So

24   they will tell you where -- she can just leave, right,

25   Ms. Harris?
```

1          You have to go to the jury office, and they will
2     excuse you from there.
3          A PROSPECTIVE JUROR:  Okay.  Thank you.
4          THE COURT:  All right.
5          (Prospective juror exited the courtroom.)
6          (Prospective juror in.)
7          THE COURT:  Good morning.  Can you state your juror
8     number, please.
9          A PROSPECTIVE JUROR:  I'm 0256.
10         THE COURT:  All right.  You checked -- let me check
11    here.  You have written down question No. 10, any member of the
12    group we talked about gone to law school, worked as a lawyer,
13    or worked in a law office.  Who falls into that category, sir?
14         A PROSPECTIVE JUROR:  I have some friends who are
15    lawyers who recently completed law school.
16         THE COURT:  All right.  I'm sorry to hear that.  What
17    type of law do they practice?
18         A PROSPECTIVE JUROR:  Mergers and acquisitions, I
19    believe.
20         THE COURT:  Okay.  Nothing to do with criminal law?
21         A PROSPECTIVE JUROR:  Nothing to do with criminal law.
22         THE COURT:  Any reason you think your knowing them
23    would have any impact on your ability to be a fair juror here?
24         A PROSPECTIVE JUROR:  I don't think so.
25         THE COURT:  The next question you checked was Nos. 4

1    and 5.  Have you watched any video of what happened at the U.S.

2    Capitol on January 6, 2021, or have you been following the

3    investigation at the U.S. Capitol of the events of January 6 at

4    U.S. Capitol?

5           Let me ask this as one follow-up.  Have you seen any

6    video of a Capitol Police officer climbing a set of stairs

7    followed by several other individuals?

8           A PROSPECTIVE JUROR:  I think so, I think in the

9    context of watching the videos of what happened.

10          THE COURT:  All right.  You have a vague recollection

11   of that?

12          A PROSPECTIVE JUROR:  Yeah.

13          THE COURT:  Okay.  Is there any reason you would be

14   unable to set aside whatever you may have seen or heard about

15   that video and whatever feelings or opinions you might have

16   about it and follow my instructions to adjudicate this case

17   just based on the evidence that was properly admitted and the

18   law as I instruct it?

19          A PROSPECTIVE JUROR:  Yeah, I feel like I could do

20   that, yes.

21          THE COURT:  I guess the same question you answered

22   again, question 5, whether you had been following the

23   investigation.  Again, any reason you couldn't set aside

24   whatever you learned about the investigation, set that aside,

25   and whatever you learned and whatever feelings you might have

```
 1   one way or the other about any of that, set that aside and
 2   adjudicate this case, act as a juror only on the facts and the
 3   law as I instruct it?  Any reason to doubt you could do that?
 4             A PROSPECTIVE JUROR:  I believe I could do that, yes.
 5             THE COURT:  Sir, let me follow up with one -- tell me
 6   what you do for a living.
 7             A PROSPECTIVE JUROR:  I work at a financial research
 8   company in Bethesda.
 9             THE COURT:  What kind of education do you have?
10   What's the highest level of education you completed?
11             A PROSPECTIVE JUROR:  I have a bachelor's degree.
12             THE COURT:  What is the degree in?
13             A PROSPECTIVE JUROR:  I have a degree in economics and
14   political science.
15             THE COURT:  Economics and political science.  All
16   right.  Either side have any follow-up?
17             MR. DAVIS:  I don't on behalf of Mr. Jensen.
18             THE COURT:  Obviously, for the record, at this time,
19   as we go through these jurors, I will ask you if you have any,
20   not just follow-up, but objection for cause, to let me know.
21             MS. MIRELL:  No, Your Honor.
22             THE COURT:  All right.  Sir, you can step down.  And I
23   believe you can go to lunch during this period of time.  So go
24   to lunch, and we will do our best to keep going through the
25   process.
```

```
 1              A PROSPECTIVE JUROR:  Thank you very much.

 2              THE COURT:  Good afternoon, sir.  Can you state your

 3    juror number, please.

 4              A PROSPECTIVE JUROR:  Juror No. 0362.

 5              THE COURT:  All right, sir.  Let's see.  You said yes

 6    first to question 4, which is whether you had watched any video

 7    of what happened at the U.S. Capitol on January 6 on the news

 8    or on the internet.  Let me ask you this follow-up:  As part of

 9    that, have you seen any video of a Capitol Police officer

10    climbing a set of stairs on January 6 followed by some other

11    people?

12              A PROSPECTIVE JUROR:  Yes.

13              THE COURT:  Okay.  Is there any reason you feel you

14    would be able to set aside what you've seen about that and to

15    set aside also whatever feelings or opinions you might have

16    about it and follow my instructions to decide this case only on

17    the evidence that's introduced in this courtroom and the law as

18    I instruct it?

19              A PROSPECTIVE JUROR:  Yes, I could.

20              THE COURT:  All right.  Let's see.  You also

21    question -- you also said yes to the question about having

22    someone close to you who worked in law enforcement.  So where

23    did that person work?

24              A PROSPECTIVE JUROR:  I have a nephew who has been in

25    law enforcement at several jurisdictions in the Atlanta
```

1    Metropolitan area about the last five years.

2            THE COURT:  Law enforcement as a prosecutor or police

3    officer or something like that?

4            A PROSPECTIVE JUROR:  Police officer or deputy

5    sheriff.

6            THE COURT:  Okay.  All right.  So again, my question

7    to you would be, you've got that relationship with your nephew.

8    He's in law enforcement.  Any reason to think that would -- any

9    reason to think your feelings about law enforcement or anything

10   about that relationship would affect your ability to be a fair

11   and impartial juror in this case?

12           A PROSPECTIVE JUROR:  No.

13           THE COURT:  Sir, what do you do for a living, sir?

14           A PROSPECTIVE JUROR:  I am a management consultant.

15           THE COURT:  Okay.  And tell me about your education.

16           A PROSPECTIVE JUROR:  I have an undergraduate degree

17   from the United States Air Force Academy and a master's degree

18   from the Air Force Institute of Technology, both in

19   engineering.

20           THE COURT:  Okay.  In engineering?

21           A PROSPECTIVE JUROR:  Yes.

22           THE COURT:  And can you give us just -- you don't have

23   to mention any specific names of places, but give us a little

24   bit of an overview about your career to date.  You said now --

25   you mentioned your current job, but just sort of give us a

 1    little bit of a sense of the types of jobs you have done over

 2    the arc of your career.

 3            A PROSPECTIVE JUROR:  I spent 11 years on active duty

 4    in the air force, was stationed all stateside, and after I

 5    separated from the air force in 1994, I moved to Atlanta

 6    Georgia, took a job with a consulting company there, and since

 7    '94, I have been involved in some management consulting in some

 8    capacity, either self-employed or through a consulting company.

 9            THE COURT:  And what kinds of consulting -- let's put

10    it this way.  Give us a little more about the industry and the

11    types of work that you do in consulting.

12            A PROSPECTIVE JUROR:  What I have been doing for the

13    last 20 years has been primarily IT project management.  And my

14    one client for the last seven years has been a tribal

15    government entity located in Oklahoma.  But I've consulted with

16    clients in the retail space, hospitality, telecommunications,

17    defense industries.

18            THE COURT:  All right.  Any follow-up questions from

19    either side that either side wants to discuss with me?

20            MS. MIRELL:  No, Your Honor.

21            MR. DAVIS:  No, Your Honor.

22            THE COURT:  All right.  Sir, we are going to release

23    you to have some lunch now.  If you could come back -- two

24    things that I should have mentioned to everyone.  Don't discuss

25    the case with anyone, number one.  And number two, it might be

```
 1   easier -- also we are going to give you -- if you are on the

 2   jury, eventually you will get instructions about not doing any

 3   research on your own or anything.  So in the interim, it might

 4   be best to stay away from the news in case there are any news

 5   reports.  Sometimes news picks up cases.  So staying off

 6   anywhere where you might read or see news reports, number one,

 7   and obviously please don't discuss the case with anyone

 8   until -- well, don't discuss the case, period, at least until

 9   the case is over.

10          So thank you.  We will see you at 12 -- what did we

11   say?  1:30.  1:30.

12          A PROSPECTIVE JUROR:  Okay.  Thank you.

13          (Prospective juror exited the courtroom.)

14          (Prospective juror entered the courtroom.)

15          THE COURT:  All right.  Hi.  Could you please state

16   your juror number, please.

17          A PROSPECTIVE JUROR:  0969.

18          THE COURT:  Right.  Ma'am, let's see.  You indicated a

19   positive answer to two questions.  The first one is No. 4,

20   which was whether you had watched any video on what happened at

21   the U.S. Capitol on January 6, 2020.  As part of that video, do

22   you recall seeing any video of a Capitol Police officer

23   climbing a set of stairs followed by a number of other

24   individuals?  It's not a trick --

25          A PROSPECTIVE JUROR:  I saw a lot of video from that
```

1    day, so it doesn't stand out to me, but I do remember a lot of

2    videos from that day.

3          THE COURT:  Okay.  Given the videos that you have seen

4    of that day, is there any reason you would be unable to set

5    aside whatever you had seen and whatever feelings or opinions

6    you might have about what you had seen and set those aside and

7    follow my instructions to resolve this case and to adjudicate

8    this case based only on the evidence that's introduced in this

9    courtroom and the law as I instruct it?  Do you think you can

10    do that?

11          A PROSPECTIVE JUROR:  No, I can do that.

12          THE COURT:  You also answered yes to question No. 10,

13    someone close to you has gone to law school, worked as a

14    lawyer, or worked in a law office.  Can you give us a little

15    bit more about who those persons are in terms of their

16    relationship to you?

17          A PROSPECTIVE JUROR:  Yes.  My husband is a criminal

18    defense lawyer here in D.C.

19          THE COURT:  Okay.  Anything about that make you think

20    one way or the other -- first of all, what kinds of cases?

21          A PROSPECTIVE JUROR:  I think it makes me less biased

22    just knowing him and what he's been through.  He works for

23    Williams and Connelly, and he's had a slew of different

24    cases --

25          THE COURT:  Okay.

```
 1                A PROSPECTIVE JUROR:  -- throughout his career.

 2                THE COURT:  What kind of criminal defense has he done,

 3      both -- what kinds of clients?  So white collar clients?  Has

 4      he had the opportunity to have clients who have done violent

 5      crimes?

 6                A PROSPECTIVE JUROR:  He's done some pro bono cases

 7      that would indicate what you are talking about with violent

 8      crimes, and he has done some white collar crimes.

 9                THE COURT:  Okay.  And how long have you been married?

10                A PROSPECTIVE JUROR:  Don't tell.

11                THE COURT:  Roughly?

12                A PROSPECTIVE JUROR:  Seven years.

13                THE COURT:  So again, nothing about your relationship

14      with him makes you think you can't be a fair juror in this

15      case?

16                A PROSPECTIVE JUROR:  No.

17                THE COURT:  What do you do for a living, ma'am?

18                A PROSPECTIVE JUROR:  I am in brand marketing.  I

19      oversee global marketing and brand for the Urban Land

20      Institute.

21                THE COURT:  Okay.  And what is your -- how long have

22      you had that job for?

23                A PROSPECTIVE JUROR:  Three years now.

24                THE COURT:  And what's the highest education -- you

25      don't have to say the particular school or anything, but just
```

```
 1   what's the highest level of education you have attained?

 2              A PROSPECTIVE JUROR:  I have a master's.

 3              THE COURT:  Okay.  What is the master's in?

 4              A PROSPECTIVE JUROR:  Nonprofit management.

 5              THE COURT:  And what was your -- presumably then you

 6   also had an undergraduate degree as well, correct?

 7              A PROSPECTIVE JUROR:  In fashion merchandising.

 8              THE COURT:  How many -- give us a sense between your

 9   current job that you are working at and when your education

10   ended, were there any other jobs in between there?

11              A PROSPECTIVE JUROR:  Yeah, there's been quite a few.

12              THE COURT:  Just give us an overall sense of the type

13   of work.

14              A PROSPECTIVE JUROR:  It's mostly been in brand

15   marketing.  I have worked for very large corporations and

16   nonprofits throughout my career.  Does that answer --

17              THE COURT:  Yes.

18              A PROSPECTIVE JUROR:  Okay.

19              Any follow-up or any objection?

20              (The following was heard sidebar.)

21              MS. MIRELL:  Can we ask follow-up directly, or would

22   you like us to go through the Court?

23              THE COURT:  I would like to ask the questions.

24              MS. MIRELL:  I think we would like to probe further

25   what she meant by being less biased when she said that her
```

 1   husband was a criminal defense lawyer.

 2          THE COURT:  Anything from you, Mr. Davis, in addition

 3   to that, which I will follow up on?

 4          MR. DAVIS:  I have no follow-up, Your Honor.

 5          (The following was heard in open court.)

 6          THE COURT:  Ma'am, when you said before that you felt

 7   your husband's job made you less biased, can you just tell us a

 8   little bit more about what you meant by that.

 9          A PROSPECTIVE JUROR:  I just think I understand the

10   law as a nonlawyer more and that you are innocent until proven

11   guilty and that what we have seen in the world doesn't

12   necessarily mean what we will be seeing in this courtroom and

13   what's presented and what's real.

14          THE COURT:  So you think it makes -- you tell me if

15   you think I am characterizing what you said right.  You think

16   it helps you underscore for you the need to only consider the

17   evidence that you see in this courtroom as opposed to what you

18   may have seen on TV?

19          A PROSPECTIVE JUROR:  Yes.

20          THE COURT:  And second, it underscores for you the

21   need to follow the law and including, for example, the

22   instruction that an individual is innocent until proven guilty?

23          A PROSPECTIVE JUROR:  Yes.

24          THE COURT:  All right.  Very well.  Any objections or

25   follow-ups from either side?

```
 1              MS. ALLEN:  No, Your Honor.

 2              MR. DAVIS:  No, Your Honor.

 3              THE COURT:  All right.  Ma'am, we are going to excuse

 4   you to go to lunch.  So we will have you back here at 1:00 --

 5   well, when I say here, Ms. Harris, where should they go?

 6              THE COURTROOM DEPUTY:  Back to Courtroom 14.

 7              THE COURT:  Back to Courtroom 14 at 1:30, please.

 8              A PROSPECTIVE JUROR:  Okay.  Thank you.

 9              THE COURT:  Very well.

10              (Prospective juror exited the courtroom.)

11              (Prospective juror entered the courtroom.)

12              THE COURT:  If you could state your juror number,

13   please, sir.

14              A PROSPECTIVE JUROR:  0649.

15              THE COURT:  All right.  Sir, let's see.  You have

16   answered positively to a number of questions.  Let me start

17   with, I guess, question 3.  We will go in order.  Do you, any

18   member of your immediate family, or close personal friend live

19   or work near or have any special familiarity with the area

20   around the Capitol?  If you could elaborate on your answer

21   there.

22              A PROSPECTIVE JUROR:  So I live in Southwest D.C., a

23   few blocks from the Capitol.  I go walking there several times

24   a week.  I'm not sure if that counts as close.

25              THE COURT:  Okay.  Can you just make sure you have the
```

1   microphone near your mouth.  Someone bent it down.

2           You live a few blocks from the Capitol, you are

3   saying?

4           A PROSPECTIVE JUROR:  Yeah, maybe a six- or

5   seven-minute walk.

6           THE COURT:  Okay.  So did you live there on January 6,

7   2021?

8           A PROSPECTIVE JUROR:  No.  I lived but a few blocks

9   farther south, still relatively close to the Capitol.

10          THE COURT:  Relatively close.

11          A PROSPECTIVE JUROR:  I could see it from my roof.

12          THE COURT:  You could see it from your roof.  Well,

13  okay.  Well, so I think the question I have to ask is, given

14  where you did live on that day and given -- were you in town on

15  that day?

16          A PROSPECTIVE JUROR:  Yes.

17          THE COURT:  Okay.  Given what you experienced on that

18  day, do you think you can set that aside and for some people --

19  why don't I do this.  Why don't I ask you, what was your

20  experience that day in terms of were you working from home,

21  were you working somewhere else and the like?

22          A PROSPECTIVE JUROR:  Yeah, I was working from home.

23  When the events began, I sort of started following them very

24  closely because I was very nearby, and it was disconcerting to

25  see what was happening.

1          THE COURT:  On television or the internet?

2          A PROSPECTIVE JUROR:  On the internet mostly.  I think

3  I found some television that was streaming.  I don't know.  I

4  don't have cable.

5          THE COURT:  Was your access to your house -- did you

6  stay in the whole day?

7          A PROSPECTIVE JUROR:  Yes, I stayed in the remainder

8  of the day.

9          THE COURT:  And in the days after that, was the access

10  to your house impeded in any way or anything like that?

11          A PROSPECTIVE JUROR:  No, access to my house was not.

12  There were significant portions of space near the Capitol that

13  I might have otherwise walked in but were cut off because of

14  the barricades.

15          THE COURT:  The question is, for anybody who was

16  physically very close to the Capitol that day, is whether you

17  had any personal experience on that day or the days afterward

18  that was, you know, so -- that affected you in such a way that

19  you think it would be hard for you to be a juror in a case like

20  this that involves the events of that day.

21          So, you know, I know you have got a number of other

22  questions that we are going to walk through, but do you think

23  anything about your experience on that day gives you concern or

24  gives you doubt whether you could be a fair juror?

25          A PROSPECTIVE JUROR:  Not in particular due to being

1    here.  I think I could try to be a fair juror.

2         THE COURT:  Based on -- you could try, but could you

3    succeed?  Do you think you could succeed in being a fair juror?

4         A PROSPECTIVE JUROR:  Yes.

5         THE COURT:  Any follow-up on this question?  I will

6    let, if any attorney wants to follow up with the defendant --

7    with the panel member on this question --

8         MR. DAVIS:  We have an extra chair, Your Honor, at our

9    table.

10        Sir, I just have one follow-up question.

11        THE COURT:  Mr. Davis, if you can grab the microphone.

12        MR. DAVIS:  Certainly.  Given the events that you

13   viewed and given your proximity to the events of January 6, are

14   you comfortable and do you feel you are capable of setting

15   aside any preconceived notions of what occurred that day and

16   start with a clean slate here based on the evidence as is

17   presented?

18        A PROSPECTIVE JUROR:  For the case of any individual

19   defendant, yes.  I have ideas about sort of the event as a

20   whole that are pretty fixed, but I think individual

21   participants may or may not have been culpable in the things

22   that I find troublesome.

23        MR. DAVIS:  And that's exactly what I was asking,

24   whether you can set aside any other feelings you have and judge

25   Mr. Jensen based on the evidence as presented in this case.

 1          A PROSPECTIVE JUROR:  I believe so.

 2          THE COURT:  All right.  I will move to question No. 4,

 3     which you also answered yes to.  Have you watched any video of

 4     what happened that day?  Let me follow up with that and just

 5     ask, have you seen any video of or do you recall seeing any

 6     video of a Capitol Police officer climbing a set of stairs and

 7     followed by several other individuals?

 8          A PROSPECTIVE JUROR:  It's probable.  I don't recall

 9     that specific clip.

10          THE COURT:  Okay.  I guess then, you know, this

11     question is closely -- and I will just ask basically the same

12     question about your experience that day, which is, do you feel

13     whatever you saw on video, whatever you have seen since then on

14     video, is there any reason you would be able to set aside --

15     you wouldn't be able to set aside what you have seen on video

16     and whatever feelings or opinions you may have about what you

17     have seen on the video and follow my instructions to decide the

18     case only on the evidence that was properly admitted and the

19     law as I instruct it?

20          A PROSPECTIVE JUROR:  I think I could.

21          THE COURT:  All right.  Next question you asked was --

22     you answered yes to was, have you been following the

23     investigation of the events of January 6 at the U.S. Capitol on

24     the news or on the internet?  Give us just a sense of what you

25     have been following.

```
1              A PROSPECTIVE JUROR:  I would say, as stories about it
2     have come across through my social media feed or the news I am
3     listening to, I would read or listen to those stories with
4     interest.  I wouldn't say I necessarily sought out, you know,
5     further details, you know, once it was initially out of the,
6     you know, the national conversation, but I have continued to
7     read about the investigations to some degree.
8              THE COURT:  Okay.  Again, same question as the video.
9     Are you able to set aside what you have read about the
10    investigation into those events and, again, and whatever
11    feelings you may have about the investigation and the event as
12    a whole, set those aside and, again, be a fair juror and follow
13    my instructions to only consider the evidence that's been
14    admitted in this case and the law as I instruct it?
15             A PROSPECTIVE JUROR:  Yes, I think for this case.
16             THE COURT:  All right.  Next question you asked for --
17    I asked on question 8 about defense or witnesses that might be
18    called, and you indicated you might know or have heard of any
19    of those people.
20             A PROSPECTIVE JUROR:  Yeah.  So the name of the
21    Capitol Police officer you mentioned in the brief discussion of
22    the charges is familiar to me.  I don't recall the name off the
23    top of my head, but it rang a bell when you mentioned it.
24             THE COURT:  Eugene Goodman.
25             A PROSPECTIVE JUROR:  Yes.
```

```
 1          THE COURT:  All right.  Again, it sounds like -- let's
 2   put it this way.  It rings a bell?
 3          A PROSPECTIVE JUROR:  Uh-huh.
 4          THE COURT:  Anything about that name ringing a bell
 5   one way or the other that makes you think you can't be fair in
 6   this case?
 7          A PROSPECTIVE JUROR:  No.
 8          THE COURT:  Next question was 107, the lawyer
 9   question.  So who close to you is a lawyer or gone to law
10   school?
11          A PROSPECTIVE JUROR:  One of my best friends from
12   graduate school is -- was a -- well, I guess she didn't
13   actually end up going to law school.  She applied to law
14   schools, and she worked as, like, a patent agent.
15          THE COURT:  Okay.  So that answers my question about
16   what type of law she was assisting in.  It was patent law?
17          A PROSPECTIVE JUROR:  Yes.  And I also have an aunt
18   who is a patent lawyer and an aunt who's a real estate attorney
19   and an uncle who's a tax attorney.
20          THE COURT:  Okay.  Nobody in criminal law, either
21   defense or prosecution?
22          A PROSPECTIVE JUROR:  No.
23          THE COURT:  Okay.  Anything about them, those
24   relationships with those attorneys, makes you question your
25   fitness to be a juror here?
```

```
 1              A PROSPECTIVE JUROR:  No.

 2              THE COURT:  Okay.  Let's see.  And the last one you

 3    wrote, 11, question mark.  Question 11 was, someone close to

 4    you been investigated for, arrested for, charged with, or

 5    convicted of a crime or been a victim or a witness to a crime.

 6    There's a lot there, but who do you think fits that bill for

 7    you?

 8              A PROSPECTIVE JUROR:  I have witnessed, certainly, you

 9    know, very reckless driving, endangering people.  I have

10    witnessed shoplifting, petit crimes of that nature.  I'm sure

11    that members of my close family have also witnessed that -- you

12    know, on that level.  But conviction or charges, no, not that I

13    am aware of.

14              THE COURT:  Okay.  Anything about witnessing those

15    crimes make those kind of petit offenses you think have any

16    impact one way or the other on your ability to be a fair juror

17    in this case?

18              A PROSPECTIVE JUROR:  No.

19              THE COURT:  Sir, what do you do for a living?

20              A PROSPECTIVE JUROR:  I am a researcher.  I am a

21    scientist.

22              THE COURT:  Okay.  What kind of -- can you give us a

23    little bit more about the types of things you research or what

24    type of physicist?

25              A PROSPECTIVE JUROR:  I'm a physicist by training.  I
```

```
 1    work in material science now studying the electronic properties
 2    of materials for things like batteries or light-emitting
 3    devices.
 4              THE COURT:  Let me ask it this way.  And without --
 5    you don't have to identify the particular place, but tell us
 6    the type of institution you work at.
 7              A PROSPECTIVE JUROR:  I work at a government
 8    laboratory.
 9              THE COURT:  How long have you had that job for?
10              A PROSPECTIVE JUROR:  About two, two and a half years.
11              THE COURT:  What's the highest degree that you have
12    attained in terms of education?
13              A PROSPECTIVE JUROR:  A doctoral degree.
14              THE COURT:  And what do you have your doctorate in?
15              A PROSPECTIVE JUROR:  Physics.
16              THE COURT:  Can you give us a quick rundown of degrees
17    that led up to that and what they were in as well.
18              A PROSPECTIVE JUROR:  Yeah.  I have a bachelor's
19    degree in physics and a master's degree in physics.
20              THE COURT:  You are not changing it up very much.  I'm
21    glad you like physics, I guess.
22              Can you give us a brief overview of, between your
23    current job and the end of your education, what types of work
24    you did and for what types of institutions.
25              A PROSPECTIVE JUROR:  Yes.  So I worked as a
```

 1   postdoctoral researcher at a university after I graduated.  I

 2   worked there for about just a little over two years.  And then

 3   I moved to my current position which I have been in for about

 4   two and a half years.

 5           THE COURT:  All right.  Any objections or follow-ups?

 6           MR. DAVIS:  I have no follow-up, Your Honor.  Thank

 7   you.

 8           MS. ALLEN:  No, Your Honor.

 9           THE COURT:  No objection to this panelist?

10           MS. MIRELL:  (Shaking head.)

11           MR. DAVIS:  I have no objection, Your Honor.

12           THE COURT:  Sir, two quick things.  We are going to

13   have you come back to the other courtroom, Courtroom 14 it is,

14   at 1:30 to continue this process.  Real quick, don't talk about

15   the case to anyone.  And just in case there are media reports,

16   it might be easiest to try to stay away from whatever news

17   sources you might consult between now and then.  Thank you for

18   your time.

19           (Prospective juror exited the courtroom.)

20           (Prospective juror entered the courtroom.)

21           A PROSPECTIVE JUROR:  Good afternoon.

22           THE COURT:  You're right.  It's afternoon.  Can you

23   state your juror number for us.

24           A PROSPECTIVE JUROR:  1031.

25           THE COURT:  Okay.  Ma'am, you have answered positively

1    for a number of the questions.  Let me start by -- you did

2    include among them No. 21, so let's start with that.  That's

3    the last catchall one that --

4             A PROSPECTIVE JUROR:  I was going to ask you a

5    question about that one.

6             THE COURT:  Go ahead.  We will do that.  Tell me why

7    you wrote question 21.

8             A PROSPECTIVE JUROR:  You was like, any religious -- I

9    don't have any religious views about it.  It's just when you

10   said a week long, I have preexisting plans that includes, like,

11   this week.

12            THE COURT:  Okay.  Can you move the microphone a

13   little closer to your mouth or lean forward a little.

14            A PROSPECTIVE JUROR:  Can you hear me?

15            THE COURT:  Yes.

16            A PROSPECTIVE JUROR:  I have preexisting plans that

17   it's kind of hard to change.

18            THE COURT:  What kind of plans?

19            A PROSPECTIVE JUROR:  I'm traveling.  That's all.

20            THE COURT:  For personal travel?

21            A PROSPECTIVE JUROR:  Yeah.

22            THE COURT:  All right.  Are they plane tickets?

23            A PROSPECTIVE JUROR:  No, uh-uh, no, I'm traveling for

24   a funeral.

25            THE COURT:  Oh, okay.  Any objection if I excuse this

```
 1    individual?

 2              MS. MIRELL:  No, Your Honor.

 3              MR. DAVIS:  No, Your Honor.

 4              THE COURT:  All right.  No objection from either side.

 5    Given that you are traveling for a funeral, we will excuse you.

 6              A PROSPECTIVE JUROR:  Okay.  So I can go?

 7              THE COURT:  You can go.  You have to go to the juror

 8    office, and then they will release you.

 9              A PROSPECTIVE JUROR:  Okay.  Thank you.

10              (Prospective juror exited the courtroom.)

11              THE COURT:  Ms. Harris, I think now -- so why don't we

12    break now.  It's coming up on 12:30, but I want to the give

13    everyone an hour to grab lunch.  So why don't we reconvene at

14    1:30 when we will continue.

15              (A recess was taken at 12:28 p.m.)

16              THE COURTROOM DEPUTY:  Your Honor, we are back on the

17    record in criminal case 21-6, United States of America versus

18    Douglas Austin Jensen.

19              THE COURT:  All right.  We have to wait to have the

20    defendant present, number one.  And number two, while we are

21    waiting for that, I have one quick thing I want to mention to

22    the lawyers before we bring our next panelist in.

23              All right.  So before we bring in our next member of

24    the jury panel, I wanted to alert everyone, the attorneys here,

25    that juror 0009, it's actually on the second page of your
```

```
1    sheet, No. 39 on the second page of the sheet, informed the

2    courtroom deputy that she had gotten an email from her work

3    that she may have been in close contact with someone who tested

4    positive for the coronavirus.

5             So we have her contact information if either side

6    disagree with what I am about to tell you, but what I told

7    Ms. Harris to tell her was to go home.  So I have excused her

8    for that reason.  I assume there is no objection from either

9    side, but I just want to make sure there isn't an objection.

10            MS. MIRELL:  No objection from the government.

11            MR. DAVIS:  No objection on behalf of the defense.

12            THE COURT:  All right.  So you can mark juror 0009

13   down as excused for cause.  Is there anything else then before

14   we begin from either side?

15            Ms. Mirell, anything from the government before we

16   begin?

17            MS. MIRELL:  No, Your Honor.

18            THE COURT:  Mr. Davis?

19            MR. DAVIS:  Nothing, Your Honor.

20            THE COURT:  All right.  So let's bring in the next

21   juror

22            (Prospective juror entered the courtroom.)

23            THE COURT:  Good afternoon.  Could you state your

24   juror number for us, please.

25            A PROSPECTIVE JUROR:  Yes, 0421.
```

```
 1          THE COURT:  All right.  Very well.  Ma'am, let me
 2   start with, you have checked a bunch of different questions.
 3   The first one is extreme hardship, really the last one, but
 4   let's start with it.  Why would it be an extreme hardship for
 5   you to serve on the jury?
 6          A PROSPECTIVE JUROR:  Because at this moment, where I
 7   live, I'm not on the lease.  My roommate moved out on me during
 8   COVID, and I'm not paying the rent, so I am going to get
 9   evicted so I need to work.  I can't afford what they are asking
10   me to pay.  It's like $50,000 in back rent.
11          THE COURT:  Your job is -- what type of work do you
12   do?
13          A PROSPECTIVE JUROR:  I deliver for Amazon, and I
14   didn't work for two and a half months starting April 16 because
15   I was delivering groceries in Southeast and I was mugged.  And
16   they stole my car.  And my car was gone for two weeks.  Then it
17   was in the shop for two months.  And they don't pay for lost
18   wages.  They did pay to fix my car, but -- so I just got back
19   to work on June -- at the end of June, beginning of July.  So I
20   haven't even had a chance to catch up on -- I maxed up all my
21   credit cards while I wasn't working, and so I am just trying to
22   get caught up to where I can at least pay off my credit cards,
23   because they are all maxed out and the interest rates are high.
24          THE COURT:  And if you don't, given the nature of the
25   work you do, if you don't show up for work, you don't get paid,
```

1    is that right?

2         A PROSPECTIVE JUROR:  Correct.  I have to do my job --

3    I have to be there no more than five minutes late, and then I

4    pick up my route and deliver all the packages, and then I get

5    paid.

6         THE COURT:  Okay.  And you think you could be exposing

7    yourself to being evicted if you don't work this week and make

8    money?

9         A PROSPECTIVE JUROR:  Yeah, because, I mean, they have

10   already given me notice September 1 for recovery of rent, which

11   is $50,000.  And they said in the letter, it's from a lawyer,

12   that, I guess, the next moth, okay, I am going to get a letter

13   from the court which will allow me 30, maybe 60 days to move

14   out.  I'm not sure exactly.  I would like to work to save money

15   because I don't have anything saved to move right now.

16        THE COURT:  All right.  Does either side, given the

17   relatively extreme situation --

18        A PROSPECTIVE JUROR:  I didn't hear question 13 either

19   so...

20        THE COURT:  I know.  We will get to that.

21        A PROSPECTIVE JUROR:  Okay.

22        THE COURT:  Or maybe we won't.  Let me just ask both

23   sides, do either side have an objection to me excusing this

24   witness for cause given the situation she's in?

25        MS. MIRELL:  No objection.  Could we go sidebar for a

1  moment?

2          (The following was heard sidebar.)

3          MS. MIRELL:  I have spoken with defense counsel.  We

4  just wanted to disclose that while we were standing outside the

5  courtroom, I was having a conversation with defense counsel,

6  and this juror interjected and starting recommending different

7  restaurants and how much she paid for rent back in the day,

8  anyway, a whole number of topics.  And we felt like we would

9  strike her for cause for that reason in addition.

10          MR. DAVIS:  That's correct, Your Honor.

11          THE COURT:  All right.  Very well.  We will strike

12  her.  Thank you for putting that on the record, Ms. Mirell.

13          (The following was heard in open court.)

14          THE COURT:  Ma'am, we are going to excuse you because

15  of the hardship you are going through, and best of luck in

16  working that out.

17          Ms. Harris, can she -- she has to go to the jurors'

18  office?

19          And then you will be excused.

20          A PROSPECTIVE JUROR:  All right.  Thank you so much.

21  Have a good day.

22          (Prospective juror exited the courtroom.)

23          (Prospective juror entered the courtroom.)

24          THE COURT:  Good afternoon, sir.

25          A PROSPECTIVE JUROR:  Good afternoon.

1          THE COURT:  Can you just state your juror number,

2     please.

3          A PROSPECTIVE JUROR:  063 -- I'm sorry, 0685.

4          THE COURT:  All right.  Very well.  I see you've

5     answered two questions positively.  The first question is

6     No. 4, that you had seen video of what happened on the Capitol

7     that day.  Can you just describe kind of in general what kind

8     of video you have seen about that day.

9          A PROSPECTIVE JUROR:  Well, basically, what the news

10    shows be, Your Honor.  That's all.  I don't really be on, like,

11    the computer or anything, but just the news.

12         THE COURT:  Right.  Can you describe what those scenes

13    were that you remember just in general?

14         A PROSPECTIVE JUROR:  Just basically a bunch of people

15    breaking into the Capitol.

16         THE COURT:  Okay.  Do you have any memory of seeing a

17    scene where a Capitol Police officer was ascending some stairs

18    and a bunch of people following the Capitol Police officer?

19         A PROSPECTIVE JUROR:  Yes, sir.

20         THE COURT:  Okay.  My question to you, sir, is whether

21    you can set aside all the things -- all the video you have seen

22    of that day, including that particular video, set that aside,

23    set aside whatever feelings you might have about that, and obey

24    my instructions to only consider as evidence -- to only

25    consider what's been lawfully admitted as evidence in this

1    trial and to consider, of course, the law as I instruct you and

2    only base your decisions on those two things and not things --

3    not any video or anything else you might have seen outside the

4    courtroom?

5            A PROSPECTIVE JUROR:  No.

6            THE COURT:  You don't think you can follow my

7    instructions, sir?

8            A PROSPECTIVE JUROR:  I can follow your instructions,

9    but, I mean, I really don't do politics, and I don't feel that

10    I'm able to do this case.

11            THE COURT:  Whoa, whoa, whoa.  Okay.  Let's start with

12    one thing.  You may not have anything to do with politics.

13    This case has nothing to do with politics.  This is about law.

14    That's a different thing.

15            So what I am going to end up instructing you about is

16    to consider only the evidence that's admitted in this courtroom

17    and the law as I instruct you what the law is, and that's it.

18            So there's no need for you to consider or -- in fact,

19    not only is there no need for it, you shouldn't consider and

20    you will be instructed not to consider anything else including

21    politics, whatever politics, your political opinions or anybody

22    else's.  Does that make sense?

23            A PROSPECTIVE JUROR:  Yes, sir.

24            THE COURT:  Do you think you can do that?

25            A PROSPECTIVE JUROR:  No.

```
 1              THE COURT:  Why don't you think so, sir?

 2              A PROSPECTIVE JUROR:  Well, sir, I really don't, like

 3    I said, I don't deal with anything dealing with the U.S.

 4    Capitol, politics, anything within that nature.  I just feel a

 5    little nervous even being in the courtroom, court building,

 6    just -- right now, I am just trying to, you know, keep my cool

 7    and everything, but I -- uh-uh.

 8              THE COURT:  Okay.  Any objection to me excusing this

 9    juror for cause?

10              MS. MIRELL:  No, Your Honor.

11              MR. DAVIS:  No, Your Honor.

12              THE COURT:  All right.  Sir, thank you for coming

13    down.

14              A PROSPECTIVE JUROR:  Thank you.

15              THE COURT:  We appreciate you responding to serve, but

16    we are going to excuse you from serving in this case.

17              A PROSPECTIVE JUROR:  Thank you.

18              THE COURT:  All right.  Very well.  You have to go to

19    the jurors' office, and then you will be excused from there.

20              A PROSPECTIVE JUROR:  Thank you.

21              THE COURT:  Thank you.

22              (Prospective juror exited the courtroom.)

23              (Prospective juror entered the courtroom.)

24              THE COURT:  Good afternoon.

25              A PROSPECTIVE JUROR:  Hello.
```

1              THE COURT:  Can you state your juror number for the

2    record?

3              A PROSPECTIVE JUROR:  0021.

4              THE COURT:  All right.  Very well.  All right.  Ma'am,

5    you've written a whole bunch of numbers down, but let me start

6    with No. 6.  No. 6 was my question to you that I will be

7    instructing the jury that it can only consider evidence that

8    was properly admitted in the case and the law as I instruct it

9    and not anything you may have seen or heard outside this

10   courtroom about the events at the U.S. Capitol on January 6.

11   By writing down 6, I think you are indicating that you -- that

12   you are unable to follow that.  Are you able to --

13             A PROSPECTIVE JUROR:  Oh, I answered that incorrectly.

14   Sorry, yes.  Yeah, I can set that aside and be impartial to the

15   evidence.

16             THE COURT:  All right.  Very well.  So we will -- we

17   won't consider that one.

18             All right.  So then let's start at the top.  You

19   answered yes to question 2, which is whether you, a member of

20   your family, or close personal friend was present at the

21   Capitol that day.

22             A PROSPECTIVE JUROR:  Given my past job, I had several

23   former staff members and colleagues that were on the Hill,

24   working on the Hill.

25             THE COURT:  Okay.  How, I guess, how close were those

 1  relationships?

 2       A PROSPECTIVE JUROR:  Some of them, my former

 3  colleagues and staff, were fairly close, but I've not had

 4  conversations with most of them, but a couple Facebook postings

 5  of people that were there that I used to work with that I have

 6  seen.

 7       THE COURT:  What were their experiences that day?

 8       A PROSPECTIVE JUROR:  Horrifying, a little horrifying.

 9       THE COURT:  Do you think -- so the question is, look,

10  if it was a very close relationship to you and it had a great

11  effect on you, maybe that might make you feel you couldn't set

12  those things aside.

13       On the other hand, someone -- it sounds like a little

14  bit more of an attenuated relationship.  You haven't even

15  spoken to any of these people, I think you said, about it since

16  then.

17       Do you have any concerns about whether you could sort

18  of set aside whatever you have heard from them and your

19  feelings about whatever they went through and decide this case

20  just on the evidence and the law and nothing else?

21       A PROSPECTIVE JUROR:  Yes.  I mean, that's my

22  fundamental belief about our system.  You know, present the

23  evidence in trial, and everybody deserves a fair jury, fair

24  trial, and so I definitely support that and believe that even

25  though I have opinions about, you know, what people I know went

1    through and what the country has gone through.

2         THE COURT:  All right.  You also indicated that you

3    answered yes to question 3.  I don't know whether that's sort

4    of the same group of people, but you, a member of your

5    immediate family, or a close friend live or work near or have

6    any special familiarity with the immediate area of the U.S.

7    Capitol.  Is this the same folks, or you are talking about

8    yourself here?

9         A PROSPECTIVE JUROR:  I used to be a chief of staff on

10   the Hill.

11        THE COURT:  How long ago?

12        A PROSPECTIVE JUROR:  It was a long enough time ago

13   that it's, you know, a couple decades ago, even though I don't

14   look that old.  I was young.

15        THE COURT:  A couple of decades ago?

16        A PROSPECTIVE JUROR:  Yes.

17        THE COURT:  We will get to what your job is today in a

18   moment, but does your job in the intervening decades, does your

19   job take you up there?

20        A PROSPECTIVE JUROR:  It has.  I do consulting so it

21   has periodically taken me up there, but not like in the -- you

22   know, in the last few years, I have not had jobs that I have

23   specifically been working on Capitol Hill.

24        THE COURT:  I guess the same question.  Even though

25   you had that job as a chief of staff, I think you said, years

1  ago, anything about that make you question your ability to be a

2  fair juror here and just decide the case on the evidence and

3  the law?

4          A PROSPECTIVE JUROR:  No.  I mean, I definitely

5  believe in what's presented in a trial is what should be

6  decided by a jury so...

7          THE COURT:  And nothing more?

8          A PROSPECTIVE JUROR:  Nothing more.

9          THE COURT:  All right.  You had a positive answer for

10  question 4 and 5.  This is the question.  4 is the video

11  question, and 5 is the investigation.  Why don't you tell us

12  what you can recall in general about what you have seen in

13  terms of video of that day, just in general.

14          A PROSPECTIVE JUROR:  Well, I mean, obviously I have

15  seen a lot.  I was watching it at the time.  I was very excited

16  about watching the day.  So of course I watched a lot of that

17  and was horrified by what I witnessed.

18          THE COURT:  Do you recall as part of that seeing a

19  scene of a Capitol Police officer ascending a set of stairs and

20  a number of individuals following up that stairs?

21          A PROSPECTIVE JUROR:  Uh-huh.

22          THE COURT:  Okay.  Regardless then of your having seen

23  that, can you set that aside and set any feelings you may have

24  one way or the other about that, set those -- set all that

25  aside and again decide the case based only on the evidence?

```
 1              A PROSPECTIVE JUROR:  Yes.  I mean, obviously I have

 2    very strong feelings about that.  I know who that officer is.

 3    I know he came to the State of the Union.  He's been very much

 4    in the news when I watched it.  It was very terrifying.  I have

 5    very strong feelings about that.  I am not going to deny that.

 6              And I have a fundamental belief in what is presented

 7    in court as evidence is what is needed to determine someone's

 8    guilt or innocence, and that's --

 9              THE COURT:  Okay.  I guess the question is, though,

10    you said -- I think you said at one point before, well, the

11    whole event of that day, I have strong feelings about --

12              A PROSPECTIVE JUROR:  Yes.

13              THE COURT:  -- and all the rest.  But here you are

14    saying you have strong feelings even about this exact scene

15    that we are describing.

16              A PROSPECTIVE JUROR:  Sure, uh-huh.

17              THE COURT:  And I guess -- and the officer in

18    question, I think you probably checked that box too about that

19    one.

20              A PROSPECTIVE JUROR:  Uh-huh.

21              THE COURT:  So again, I guess the question is, you may

22    have feelings about that scene that you saw, but whether

23    that -- whether whatever happened in that scene may or may

24    not -- whether the government can meet its burden of proof of

25    showing that whatever happened in that scene and whatever -- in
```

this case whether a crime occurred, you need to be able to separate those feelings from your duty as a juror in this case. Do you think you can do that?

A PROSPECTIVE JUROR: Yes. I really reiterate I strongly believe in what evidence is presented is what should be decided by a jury.

THE COURT: You also indicated you had been following the investigation of what happened that day. In general, describe what you have followed about that investigation, how you've followed it, and what you have observed.

A PROSPECTIVE JUROR: Sure. I mean, I am a newsy. I follow the news. And obviously with that, I have watched the hearings on the Hill. I have watched a few of them, listened to almost all of them on NPR. So, you know, I am fairly familiar with the January 6 hearings on the Hill.

But again, specific things and specific people, you know, that could be a little out of my realm. But I have been paying attention for sure.

THE COURT: Okay. And again, as far as that investigation goes, do you feel you can set whatever you have learned there and your feelings about that aside and judge this case, again, based only on the evidence and the law?

A PROSPECTIVE JUROR: Yes. And again, I want to reiterate, I do find it very horrifying and have strong feelings about what happened. And again, evidence in a jury --

1    in a trial is what I believe is fundamentally important in a

2    case, even though I do have very strong feelings about, you

3    know, what happened.

4            THE COURT:  You also checked question 8.  I assume

5    that's because you had heard of Officer Goodman?

6            A PROSPECTIVE JUROR:  Yes.

7            THE COURT:  We have already talked about that.

8            Question 9 is the question about law enforcement.  Who

9    close to you has worked for law enforcement?

10           A PROSPECTIVE JUROR:  So one of my best friends used

11   to be a deputy attorney general in the Justice Department.

12   Another staffer, former staffer, of mine who I am friends with

13   used to be a deputy U.S. attorney, was on the prosecution side

14   for the George Floyd trial.  So those are probably the two I

15   would come to the most.  But you know, I know a lot of folks in

16   various law enforcement and legal.

17           THE COURT:  Okay.  Anything about those relationships

18   that makes you think, again, you couldn't set feelings aside

19   about their connections with law enforcement and judge this

20   case, again, as we've -- and be a fair juror here?

21           A PROSPECTIVE JUROR:  Yes.  We have had enough

22   disagreements and conversations, so certainly.  I mean, I just,

23   again, I fundamentally believe what's presented as evidence is

24   what's to determine in a jury.

25           THE COURT:  All right.  Let's see.  What else do we

1  have?  Lawyers, someone close to you who's gone to law school,

2  worked as a lawyer.

3          A PROSPECTIVE JUROR:  Lots and lots.  I mean, lots of

4  very good friends.  Obviously, the last two I just mentioned,

5  but, you know, I used to work at a major organization full of

6  lawyers, so I know lots and lots of lawyers obviously.

7          THE COURT:  You mentioned a couple that work on the

8  prosecution side --

9          A PROSPECTIVE JUROR:  Used to, yeah.

10         THE COURT:  -- used to.

11         Any lawyers do criminal defense work?

12         A PROSPECTIVE JUROR:  I mean, probably.  I just -- you

13  know, I know a lot of -- well, yeah, I mean, obviously where I

14  worked, we were a civil rights and civil liberties

15  organization, so we did a lot of that type of work obviously.

16  So I didn't work in the law department.  I worked with the Hill

17  so...

18         THE COURT:  Okay.  Anything about, then, either of --

19  all of those relationships that makes you question your fitness

20  as a juror here?

21         A PROSPECTIVE JUROR:  No.  Again, I really support our

22  jury system of evidence needs to be presented.

23         THE COURT:  Any member of that group been investigated

24  for, arrested for, charged with, or convicted with a crime or

25  been a victim or witness to a crime?

```
 1              A PROSPECTIVE JUROR:  That was kind of my question.
 2    So is it like -- I mean, I have been a victim of a crime, I
 3    mean, not -- I mean, I have been mugged.  I have had my car --
 4    you know, those types of things.  I have a sister that has
 5    mental illness that has been in the, you know, justice --
 6    criminal justice system because of that so, and, of course, I
 7    know other people that have had crime.  So I was kind of -- I
 8    just wasn't sure who we were supposed to --
 9              THE COURT:  It's all of the above.
10              A PROSPECTIVE JUROR:  Yeah.
11              THE COURT:  And so do you think your sister -- let me
12    put it this way.  Do you think your sister has been treated
13    fairly?
14              A PROSPECTIVE JUROR:  A hundred percent.
15              THE COURT:  Okay.
16              A PROSPECTIVE JUROR:  A hundred percent.
17              THE COURT:  And anything about those crimes that you
18    have experienced personally or anything else that might fall
19    under this category that leads you to think you couldn't be a
20    fair juror here?
21              A PROSPECTIVE JUROR:  Yeah, nothing, I think -- no,
22    nothing.
23              THE COURT:  15, do you know anyone else on the jury
24    panel?
25              A PROSPECTIVE JUROR:  Yes.
```

```
 1              THE COURT:  Okay.  Can you just describe -- I mean, I
 2    assume -- can you describe -- well, let me ask it this way.
 3    How do you know that person?
 4              A PROSPECTIVE JUROR:  We were like how do we explain
 5    how we -- you know, because I don't know his juror number.  I
 6    definitely don't want to say his name.
 7              THE COURT:  Right.
 8              A PROSPECTIVE JUROR:  We worked with the White House,
 9    which we still do sometimes, so I know him through that
10    experience.
11              THE COURT:  Through work?
12              A PROSPECTIVE JUROR:  Uh-huh, ish.  We are consulting.
13    We are not direct staff members, but we work for the White
14    House and so --
15              THE COURT:  Okay.
16              A PROSPECTIVE JUROR:  So, I mean, I am happy to say.
17    I just --
18              THE COURT:  No, no, that's okay.  So it's a work
19    relationship, not a personal relationship?
20              A PROSPECTIVE JUROR:  Yeah.  I mean, the jobs that we
21    have, though, become very -- you become very tight and close
22    with people.  So, I mean, that's -- you know, so we're not,
23    like, out to dinner, but, you know, we know each others' lives.
24              THE COURT:  Okay.
25              A PROSPECTIVE JUROR:  And we know each other that way,
```

1    yeah.

2          THE COURT:  So I guess the question is, you know, if

3    you happen to both be on the jury, you would have to be

4    comfortable being independent from that person, right?  If you

5    ended up deliberating on the case, the question is whether the

6    presence of that other person would affect you in some way or

7    whether you would want to sort of adopt that person's position

8    instead of your own or that that -- the presence of that person

9    on the jury would have an effect on your ability to evaluate

10   the evidence and the law as you see it and not be unduly

11   influenced by the presence of that person.

12         So is that person going to pose a problem for you if

13   you happen to be both selected?

14         A PROSPECTIVE JUROR:  No, I think we would be more

15   chatty and talking and have -- you know, we would have more of

16   a relationship, so that might influence other people or -- it

17   definitely wouldn't change my opinion.  I can be opinionated.

18         THE COURT:  You can be independent of that person?

19         A PROSPECTIVE JUROR:  Yes, yeah.

20         THE COURT:  Okay.  And then 16, have you served on a

21   grand jury or trial jury?  It if it's a trial jury, don't tell

22   me what the verdict was, but what has your experience been on

23   that?

24         A PROSPECTIVE JUROR:  Well, it's kind of hard to say

25   without saying what the --

1          THE COURT:  Well, was it a trial jury or grand jury?

2          A PROSPECTIVE JUROR:  It was a trial jury.

3          THE COURT:  Okay.  And did you reach a verdict --

4          A PROSPECTIVE JUROR:  No.

5          THE COURT:  -- without telling me what the verdict

6  was?

7          A PROSPECTIVE JUROR:  No.

8          THE COURT:  Did not reach a verdict?

9          A PROSPECTIVE JUROR:  No.

10          THE COURT:  And is there anything about that

11  experience that you think would affect your ability to be a

12  fair and impartial juror in this case?

13          A PROSPECTIVE JUROR:  Yeah.  I think it was

14  frustrating to me because other people brought in their

15  opinions and things into the jury room that weren't presented

16  as evidence, and we were really there to say this was what was

17  presented and not -- you know, so that was really frustrating

18  for me for sure.

19          THE COURT:  Could you --

20          A PROSPECTIVE JUROR:  I actually thought about going

21  to law school after that.  I was young.  It kind of helped me

22  not.

23          THE COURT:  All right.  But nothing about that -- you

24  think you can set that experience aside and stick to your guns,

25  like you said?

1          A PROSPECTIVE JUROR:  I mean, I definitely stuck to my

2   guns there, so I can do that for sure.

3          THE COURT:  By stick to your guns, all I mean is to

4   say that it sounds like what you are suggesting is you thought

5   some of the other jurors were considering things that were not

6   part of the evidence --

7          A PROSPECTIVE JUROR:  Correct.

8          THE COURT:  -- and that's all you would want to do

9   here?

10          A PROSPECTIVE JUROR:  Correct, uh-huh.

11          THE COURT:  All right.  Tell us about your education.

12   What's the farthest you have gone?

13          A PROSPECTIVE JUROR:  Graduate in journalism.

14          THE COURT:  Graduate degree in journalism?

15          A PROSPECTIVE JUROR:  Yes.  I didn't finish, but I

16   went to graduate school in journalism.

17          THE COURT:  What is your undergraduate degree in?

18          A PROSPECTIVE JUROR:  Mass communications and

19   advertising.

20          THE COURT:  And tell us about -- you don't have to

21   mention sort of specifics if you don't want to, but tell us in

22   general what your current job is.

23          A PROSPECTIVE JUROR:  I do consulting.  So I do a -- I

24   have a variety of different clients that I work with.  The main

25   thing I do is I work in state legislatures around issues that

1  they are working around, you know, voter -- access to voting,

2  public education, making -- you know, making sure we have

3  funding, and, you know, a strong public education system,

4  workers' rights, health care, those types of things.  That's my

5  main thing.

6         But then I also do -- I still do things with the

7  current White House and the past, not the most recent past, but

8  the one right before that, for consulting.

9         THE COURT:  So you are a consultant?

10        A PROSPECTIVE JUROR:  Correct.

11        THE COURT:  And some of your clients in the consultant

12  business are state legislators, right?

13        A PROSPECTIVE JUROR:  They are not my clients, but I

14  work in them.  So I work with folks that we're trying to

15  advocate on issues within the state legislatures.

16        THE COURT:  Okay.  So what types of folks are your

17  clients then?

18        A PROSPECTIVE JUROR:  What types of folks?

19        THE COURT:  Yes.

20        A PROSPECTIVE JUROR:  Big, large organizations that

21  have a lot of big memberships, membership organizations that,

22  you know, would support public education, support workers'

23  rights, support voters' rights.

24        THE COURT:  And you are working with those state

25  legislatures?

```
 1              A PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  Describe what you're -- you have mentioned

 3     the White House a couple of times and then --

 4              A PROSPECTIVE JUROR:  It's advance staff, so we are

 5     the people who go out ahead of principals and help set up the

 6     events.  We work with them and the Secret Service and the

 7     hosts.

 8              THE COURT:  And so you have done that for, did you

 9     say, this White House and the previous White House?

10              A PROSPECTIVE JUROR:  Not -- you know, 44.

11              THE COURT:  Okay.  So you worked with the Obama White

12     House, you could say?

13              A PROSPECTIVE JUROR:  Yes.

14              THE COURT:  And the current White House?

15              A PROSPECTIVE JUROR:  Yes.

16              THE COURT:  Doing those sorts of things?

17              A PROSPECTIVE JUROR:  Yes.  And I still do things with

18     the previous.  They still do events.

19              THE COURT:  And you have mentioned the types of issues

20     you're --

21              A PROSPECTIVE JUROR:  So with them, I just do advance,

22     just staff, helping with events.  It's event work, yeah.

23              Then I have a couple smaller clients that I work with

24     around -- one is for animal rights, and the other is a

25     communications organization so...
```

1          THE COURT:  Okay.  Any follow-up questions for this

2    panelist?

3          (The following was heard sidebar.)

4          MR. DAVIS:  Your Honor, I would ask her if her

5    sister's involvement in the criminal justice system was a

6    direct result of her mental health issues.  That would be my

7    question.

8          Secondly, should I express any other concerns at this

9    point, or are we going to do that later?

10         THE COURT:  No.  If you have concerns, if -- I thought

11   I made this clear.  But if you all want to strike someone for

12   cause --

13         MR. DAVIS:  Do it now?

14         THE COURT:  -- then now is the time.

15         MR. DAVIS:  I have concerns given her strong feelings

16   about what occurred.  I know she stated she could set aside her

17   feelings, but she used the word horrified and terrified, and I

18   note that she's familiar with all the players.  I mean,

19   actually, she's familiar with the star player in the case,

20   Officer Goodman.  I have concerns about that, coming into the

21   case with so much back knowledge, particularly against the

22   backdrop that she was upset about it.  So I would ask that

23   given these strong feelings, that she be stricken for cause.

24         THE COURT:  Ms. Mirell?

25         MS. MIRELL:  Your Honor, I think she said -- I can't

1    even write down how many times she said that she was capable of

2    being impartial, and she strongly believes that the only thing

3    the jury can consider is the evidence that comes in in this

4    case so that she would be able to set aside whatever she's read

5    in the news, whatever she's seen, to decide the case based on

6    the facts.

7         And I think that's evidenced by her prior jury where

8    she expressed frustration where other jurors appeared to be

9    bringing in outside information.

10        THE COURT:  Here's what I am going to do.  I am going

11   to ask the question, Mr. Davis, that you wanted about -- let me

12   ask you, the direct result question, which way does that cut?

13   I took it from -- I am going to ask her, but why do you think

14   that is an important question, to ask about whether it's a

15   direct result from her mental illness?

16        MR. DAVIS:  I want to see if she has familiarity with

17   how people become involved in the criminal justice system

18   because of those issues?

19        THE COURT:  All right.  I am going to ask that

20   question.  I do think Ms. Mirell is right, that, look, we have

21   several witnesses here who I think, including, I think -- or

22   several members of the panel who, I think, we all suspected --

23   in fact, I think the last person we had was -- I mean, he said

24   it directly, but I think he really was very uncomfortable with

25   being -- judging the case.

1          This woman, I do think she's repeatedly -- and

2    mentioned she's worked for civil rights organizations and feels

3    very strongly about this.  And as Ms. Mirell indicated, she

4    thinks she can set that aside.  The people that she knew that

5    day on the Hill, she hasn't even talked to them.  She's talking

6    about Facebook posts.

7          So I don't get the sense that it packed the emotional

8    punch that, if she really was close to someone who was there,

9    it would have -- obviously, Mr. Davis, if you want to use your

10   peremptory on the person, I wouldn't blame you.  But unless I

11   hear something from her answer to this question that makes her

12   seem like she can't be a juror, I am not going to strike her

13   for cause.

14          (The following was heard in open court.)

15          THE COURT:  One other follow-up.  You mentioned your

16   sister's relationship with the criminal justice system.  Was

17   her -- was what happened to her related to the criminal justice

18   system a direct result of her mental illness?

19          A PROSPECTIVE JUROR:  Yes.

20          THE COURT:  All right.  I don't have any further

21   questions.  We are going to ask you to come back.

22          A PROSPECTIVE JUROR:  I wanted to just ask you a

23   question.  When I was out in the hallway, I note one of the

24   defense attorneys walked by, and a gentleman introduced

25   himself, and I recognized the name as a reporter from my home

1    state.  So then I kind of got an idea of what the -- a little

2    bit more about what this case is.  And so I don't know if that

3    makes a difference or not.  I just thought I would mention.

4            THE COURT:  I don't know how you could -- just from

5    one person saying hello or something like that?

6            A PROSPECTIVE JUROR:  Just, yeah, the person works

7    on -- is a reporter from my home state so...

8            THE COURT:  Okay.  Is that all you heard, that it was

9    a reporter from your home state?

10           A PROSPECTIVE JUROR:  Yes.  I didn't hear any other

11   conversation, but I was like, oh, I think this is a person from

12   my home state probably.

13           THE COURT:  I don't think that affects --

14           A PROSPECTIVE JUROR:  I just thought I would mention

15   it.

16           THE COURT:  I understand.  We will have you come back.

17           Ms. Harris, what are we telling folks?

18           Back to courtroom 14.  So we will keep going and

19   hopefully be done with this process as soon as we can.

20           A PROSPECTIVE JUROR:  Okay.  Thank you.

21           THE COURT:  All right.  Thank you.

22           (Prospective juror exited the courtroom.)

23           (Prospective juror entered the courtroom.)

24           THE COURT:  All right, sir.  If you can remove your

25   mask, and if you could state your juror number, please.

```
 1              A PROSPECTIVE JUROR:  052.

 2              THE COURT:  Sorry, can you repeat that?

 3              A PROSPECTIVE JUROR:  0152.

 4              THE COURT:  All right, sir.  You indicated a positive

 5   answer to a number of questions.  I am going to start with

 6   question 20.  Why would serving on the jury be an extreme

 7   hardship for you, sir?

 8              A PROSPECTIVE JUROR:  Just, I've -- it would be

 9   difficult for me to take work off.  Towards the close of the

10   year, I am on a project now that's pretty schedule driven, and

11   we have a big schedule date in December.  So I guess taking a

12   week off of work would be pretty difficult from my end.

13              THE COURT:  You are on a very tight schedule?

14              A PROSPECTIVE JUROR:  Yes.

15              THE COURT:  And what is it -- what kind of work do you

16   do?

17              A PROSPECTIVE JUROR:  I work in construction for a

18   construction management firm, so I do a lot of budgeting and

19   scheduling for large-scale construction projects.

20              THE COURT:  Okay.  And tell us what being off a week,

21   being not there for a week, you personally would -- tell us how

22   that would affect the project and why it would be an extreme

23   hardship.

24              A PROSPECTIVE JUROR:  I am working on a small team.

25   There's only three of us.  And so it's constantly day by day.
```

 1    There's a lot of moving pieces, and we are -- it's -- I guess

 2    someone would have to fill in for me so --

 3                THE COURT:  Is there anyone who can fill in for you?

 4                A PROSPECTIVE JUROR:  I would probably have to talk to

 5    my vice president, my boss, but I guess the team I am on now,

 6    no, we don't have enough manpower allocated for me to take a

 7    week off of work.  So I guess there could be somebody, you

 8    know, from a different project who could step in.  But I would

 9    have to talk to my boss probably.  So I don't know.

10                THE COURT:  You also answered yes to question 6, which

11    said that -- which suggested you think there's a reason you

12    would be unable to set aside things you have seen and heard or

13    feelings or opinions you may have about January 6 and follow my

14    instructions and be a fair juror.  Why do you question whether

15    you would be able to follow my instructions?

16                A PROSPECTIVE JUROR:  I just -- I think I have some

17    pretty strong opinions, personal opinions, on the incidents

18    that I have held since the date of the incident.  So I just --

19    I foresee myself probably having a hard time letting go of

20    those and being completely unbiased.  I guess I could go into

21    further detail, I guess, on what those opinions are, if that's

22    helpful.

23                THE COURT:  No, you don't have to.

24                A PROSPECTIVE JUROR:  Okay.  But yeah, I just -- I

25    think I have kind of held on to those since that day, so I

1  don't really see myself letting them go considering it's been

2  so long since the incident so...

3          THE COURT:  Okay.  Let me ask both sides whether

4  there's any objection for both of those -- both of the reasons,

5  for the hardship reasons and for the reasons regarding

6  question 6, whether I excuse this juror for cause?

7          MS. MIRELL:  No, Your Honor.

8          MR. DAVIS:  No, Your Honor.

9          THE COURT:  All right.  Sir, you are going to be

10  excused.  You have to go back to the jury office.  But we will

11  have you -- but Ms. Harris will show you where.  And then you

12  will be excused from there.  Thank you for coming down.

13          A PROSPECTIVE JUROR:  Thank you.

14          (Prospective juror exited the courtroom.)

15          (Prospective juror entered the courtroom.)

16          THE COURT:  All right.  Can you state your juror

17  number for us, please.

18          A PROSPECTIVE JUROR:  Juror No. 0228.

19          THE COURT:  All right, sir.  First, you have watched

20  video of what happened on January 6.  Can you give us a general

21  sense of what you recall about that video?

22          A PROSPECTIVE JUROR:  Do you mean about the video?

23          THE COURT:  Yes, sir.

24          A PROSPECTIVE JUROR:  It was basically video that was

25  presented on the news, general news, so CNN, Fox, whatever I

1   had seen there.

2           THE COURT:  But what was depicted in the video, if you

3   can recall?

4           A PROSPECTIVE JUROR:  Oh, so it was people around the

5   Capitol Building and the windows being broken and people going

6   into the Capitol building.

7           THE COURT:  Okay.  Do you recall as part of that

8   seeing any scene or any video with a Capitol Police officer

9   ascending a set of stairs and individuals following up those

10  stairs?

11          A PROSPECTIVE JUROR:  Ascending the stairs, no.

12          THE COURT:  Okay.  Do you think whatever you have seen

13  as far as video goes of that day, any reason you can't set that

14  video, your memory of what you saw aside, set whatever feelings

15  you might have one way or the other about that aside and decide

16  this case only on the evidence presented in this courtroom and

17  my instructions about the law?

18          A PROSPECTIVE JUROR:  I can do that, yeah.

19          THE COURT:  All right.  You also have members of your

20  immediate family or close personal friends, or you have

21  connection with a law enforcement agency.  So who is that?

22          A PROSPECTIVE JUROR:  So that would be my sister.

23          THE COURT:  Okay.  What does she do?

24          A PROSPECTIVE JUROR:  She works with the FBI in New

25  York.

 1          THE COURT:  Okay.  What does she do for the FBI?

 2          A PROSPECTIVE JUROR:  Cybersecurity, I think.  She

 3   doesn't really elaborate very much on it.

 4          THE COURT:  So she works in cybersecurity for the FBI.

 5   How long has she worked for the FBI?

 6          A PROSPECTIVE JUROR:  About five years.

 7          THE COURT:  Okay.  Anything -- so it sounds like you

 8   just said -- do you ever discuss her work with her?

 9          A PROSPECTIVE JUROR:  Not in detail.

10          THE COURT:  Okay.  Can you give us a little bit of

11   what you might talk about or what she talks -- how she talks

12   about the job?

13          A PROSPECTIVE JUROR:  So I mostly talk with her, and I

14   have met her colleagues once or twice just like going out,

15   getting drinks with them, so like typical work office gossip.

16          THE COURT:  Nothing about the substance of the work?

17          A PROSPECTIVE JUROR:  No.

18          THE COURT:  Anything about your relationship with her

19   and the fact that she works for the FBI -- I mean, obviously we

20   are going to have law enforcement witnesses here in this case.

21   Anything about her working for the FBI that makes you think you

22   can't be a fair juror here?

23          A PROSPECTIVE JUROR:  No.

24          THE COURT:  Okay.  Any feelings -- I mean, there was

25   another question.  I don't know if you answered -- whether you

1    answered it one way or the other or not, 12, I guess.

2           But again, I will be instructing the jury at the end

3    of the trial that the testimony of a law enforcement officer

4    should be treated the same as the testimony of any other

5    witness and that the jury should not give greater or lesser

6    weight to the testimony of a witness simply because that

7    witness works in law enforcement.

8           Do you have any strong feelings, given that your

9    sister works for the FBI, any strong feelings about that that

10   would make it hard for you to follow that instruction?

11          A PROSPECTIVE JUROR:  No.

12          THE COURT:  All right.  You also then have someone

13   close to you who went to -- who is a lawyer.  Who is that

14   person?

15          A PROSPECTIVE JUROR:  So both my parents went to law

16   school.  So my dad is the attorney in charge.  He's in New

17   York.  He works with Public Defender Group.  And my mom is in

18   legal counsel with AmEx in New York.  And one of my best

19   friends is currently in law school.

20          THE COURT:  Okay.  Let's go to your dad.  What is your

21   dad's job?

22          A PROSPECTIVE JUROR:  He works with the Public

23   Defender Group.  He's an attorney in charge for the Bronx

24   division for the Legal Aid Society in New York.

25          THE COURT:  Got you.  So he does criminal defense

```
 1   work?

 2            A PROSPECTIVE JUROR:  Yes.

 3            THE COURT:  Do you ever talk with him about his job?

 4            A PROSPECTIVE JUROR:  On occasion.

 5            THE COURT:  And your mom works for American Express,

 6   you said?

 7            A PROSPECTIVE JUROR:  Yes.

 8            THE COURT:  And then you have a good friend who is in

 9   law school currently?

10            A PROSPECTIVE JUROR:  Yes.

11            THE COURT:  Anything about the nature of those

12   relationships and the work those folks do that makes you think

13   you wouldn't be able to be a fair juror in this case?

14            A PROSPECTIVE JUROR:  No.

15            THE COURT:  Okay.  What do you do for a living, sir?

16            A PROSPECTIVE JUROR:  I am a teacher.

17            THE COURT:  Okay.  And what subject do you teach,

18   subject or subjects?

19            A PROSPECTIVE JUROR:  Second and third grade ESL, so

20   English as a second language.

21            THE COURT:  How long have you been doing that for?

22            A PROSPECTIVE JUROR:  This will be my third year.

23            THE COURT:  And what's the furthest you have gone in

24   school?

25            A PROSPECTIVE JUROR:  Come again?
```

1           THE COURT:  What's the furthest that you have gone in

2   school for your own education?

3           A PROSPECTIVE JUROR:  Master's.

4           THE COURT:  Okay.  And what is your master's in?

5           A PROSPECTIVE JUROR:  My master's is in elementary

6   education.

7           THE COURT:  And what was your undergraduate degree in?

8           A PROSPECTIVE JUROR:  My undergraduate, it was a

9   double major in Hispanic studies and in sociology.

10          THE COURT:  And is there any gap between when you

11  ended your career -- I mean when you ended your education and

12  when you began the job you are talking about?

13          A PROSPECTIVE JUROR:  So I was in a teacher study

14  program.  So my first year of my master's program was when I

15  started as my student year, so I was working as an aide in the

16  school I'm in now, so I guess not, no.

17          THE COURT:  You were an aide for a little while, and

18  then you became a teacher?

19          A PROSPECTIVE JUROR:  Yes.

20          THE COURT:  It's a public school?

21          A PROSPECTIVE JUROR:  Yes.

22          THE COURT:  Any objection or any follow-ups?

23          All right.  Sir, we are going to have you go to

24  Courtroom 14, wait a little bit, and you will be called back

25  here as soon as we can get through everybody else.  I

1    appreciate you waiting and appreciate you coming down and for

2    your service.

3             A PROSPECTIVE JUROR:  Thank you for having me.

4             (Prospective juror exited the courtroom.)

5             (Prospective juror entered the courtroom.)

6             THE COURT:  Hi.  Can you state your juror number,

7    please.

8             A PROSPECTIVE JUROR:  0799.

9             THE COURT:  Okay.  Very well.  Well, you've checked a

10   number of questions.  Who close to you lives or works or has a

11   special familiarity with the immediate area of the U.S.

12   Capitol?

13            A PROSPECTIVE JUROR:  I do.

14            THE COURT:  Okay.  If you can pull the microphone

15   close or sit up a little closer, whatever it takes.

16            How is it that you have that familiarity?

17            A PROSPECTIVE JUROR:  I work at the Library of

18   Congress as a nonpartisan researcher for congressional offices.

19            THE COURT:  Maybe it's me, but I just either have to

20   have you speak up or move closer to the mic.

21            A PROSPECTIVE JUROR:  I work at the Library of

22   Congress on Capitol Hill.

23            THE COURT:  And that, for those who don't know, is

24   sort of just -- which building do you work in?

25            A PROSPECTIVE JUROR:  I work in the Madison building,

so it's next to the House building and kind of diagonal from
the main Capitol building.

THE COURT:  Okay.  So were you at work on January 6,
2021?

A PROSPECTIVE JUROR:  I was working remotely.

THE COURT:  So that day you did not experience
anything about what happened other than what maybe you watched
on TV?  You will tell me, but your experience was no different
than anyone who might have watched it on TV?

A PROSPECTIVE JUROR:  Yeah, I saw it was on TV.  I had
some calls with congressional staff that were disrupted by the
events.

THE COURT:  So your workday was interrupted by it?

A PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  When did you go back to work in the
building?

A PROSPECTIVE JUROR:  In March of this year.

THE COURT:  March of this year.  So over a year after
the events of that day?

A PROSPECTIVE JUROR:  Yes, correct.

THE COURT:  So you didn't experience any of the
disruption in terms of getting to work in the aftermath of
that?

A PROSPECTIVE JUROR:  Yeah, yeah.

THE COURT:  Tell us about -- I mean, the calls that

1   were disrupted, what was that like and what was the impact on

2   you?

3        A PROSPECTIVE JUROR:  I mean, we work in a

4   confidential capacity with congressional staff, and so I guess

5   I can just say that there was work that I was supposed to be

6   doing that didn't happen that day because people were

7   distracted by other things.

8        THE COURT:  Right.  To be clear, I am not asking about

9   the substance of anything.  What I mean is, were you on the

10  call with them when they said, we've got to end the call, that

11  kind of thing?

12       A PROSPECTIVE JUROR:  Yeah, that kind of thing.  But

13  probably the bigger impact was from the images and seeing what

14  was on C-SPAN, yeah.

15       THE COURT:  That day or in the days afterward?

16       A PROSPECTIVE JUROR:  That day, yeah.

17       THE COURT:  Okay.  Well, I mean, the question then is,

18  in terms of what you experienced that day and your -- between

19  what you saw and the interruption on your work and all the

20  rest, do you think you can set those things aside and whatever

21  feelings you may have about how it affected your day and

22  whatever feelings you may have about the event in general, set

23  those things aside and only consider as evidence in this

24  case -- and only consider evidence that's admitted in this case

25  and the law as I instruct you?  Are you confident you can do

1  that?

2      A PROSPECTIVE JUROR:  I think I can.  I think for a

3  specific person and for a specific situation, I can evaluate

4  the evidence.

5      THE COURT:  Okay.  Do you think -- all right.

6      You also indicated you had watched video of what

7  happened at the Capitol.  You sort of just mentioned it again,

8  I guess.  What do you recall about that -- about video you have

9  seen, either that you saw live that day or that you have seen

10  since?  Can you describe it.

11      A PROSPECTIVE JUROR:  I remember seeing videos of the

12  buildings that I am familiar with being overrun by people who

13  appeared violent, who appeared to have intentions of invading

14  the building.  And I think what was most difficult was seeing

15  the Capitol Police officers in those videos because I see those

16  people every day when I go into work.

17      THE COURT:  Okay.  Well, you also -- that's a good way

18  to segue into -- you also answered question 8.  So question 8

19  was the witnesses in the case.  So who among those people have

20  you -- did you know or have you heard of?

21      A PROSPECTIVE JUROR:  I have heard of Eugene Goodman.

22  I have seen the video of him.  I don't know him personally.

23  There are a lot of people I don't know by name, though, so it's

24  possible I might know someone by appearance among the

25  witnesses.

1          THE COURT:  Okay.  Tell us about -- you said you see

2     Capitol Police officers every day.  Where would you see them?

3          A PROSPECTIVE JUROR:  Similar to here, during like

4     security at the beginning of the day --

5          THE COURT:  Right.

6          A PROSPECTIVE JUROR:  -- and at the end of the day,

7     yeah.

8          THE COURT:  Okay.  All right.  And let me have counsel

9     pick up the phone, please.

10          (The following was heard sidebar.)

11          THE COURT:  I think, given this witness (sic) having

12     close -- seeing Capitol Police officers every day, knowing

13     Officer Goodman, and knowing that Officer Goodman -- not

14     knowing him personally, to be clear, but being familiar with

15     him, she said that made it hard.  I'm not -- I don't want to

16     unnecessarily excuse people for cause, but I think her

17     proximity, her work proximity to the building, her relationship

18     with some police officers, Capitol Police officers, that she

19     sees every day and her knowledge of this particular incident, I

20     think, counsels, excusing her for cause.  But let me hear from

21     the government.

22          MS. MIRELL:  Your Honor, is it just possible to probe

23     that -- you know, the relationship with Capitol Police?  I

24     think many people know or have seen the video of Eugene

25     Goodman, so that's one thing.  But it's the others that she's

1   talking about, whether she knows them personally, has ever, you

2   know -- if it's just passing through security, maybe that's one

3   thing.  Maybe just probing that a little further before

4   deciding here?

5            THE COURT:  To see if she has a personal relationship

6   with them?

7            MS. MIRELL:  Yeah.

8            THE COURT:  All right.  Mr. Davis, what is your

9   position?

10            MR. DAVIS:  I am going to move to strike her for cause

11   for the reasons Your Honor stated due to her personal

12   involvement with some of the people involved, her personal

13   involvement with the Capitol itself.  I think it's too close

14   for comfort.  We have enough people we can draw upon that

15   weren't actually, if not physically there, mentally there on

16   that day.

17            THE COURT:  I will strike her for cause.  Ms. Mirell,

18   it's not because of necessarily any one of these things.  It's

19   certainly not because she knows who Officer Goodman is.  We are

20   going to have plenty of people who know that.  But the combo

21   here and the fact that she works so close, it is a stone's

22   throw, is what gives me pause.  But I will follow up, and we

23   will see the answer to your question.

24            MS. MIRELL:  Okay.

25            (The following was heard in open court.)

```
 1              THE COURT:  All right.  Ma'am, can you tell us your --
 2    describe -- you say you see the Capitol Police every day.  Do
 3    you chat with them?  Do you know any of them personally?  Tell
 4    me about your interactions with them and your relationship with
 5    them.
 6              A PROSPECTIVE JUROR:  There are definitely some I
 7    recognize and would say hi to.  And there's, like --
 8              THE COURT:  I'm sorry, can you just speak up.
 9              A PROSPECTIVE JUROR:  There are definitely some I
10    recognize and we say hi to.  I don't really know any of them by
11    name.  I don't, like, know them personally, but there are some
12    that, just by virtue of seeing them every day, there's some
13    warmth.
14              THE COURT:  You exchange greetings, a warm greeting?
15              A PROSPECTIVE JUROR:  Yes.
16              THE COURT:  Ma'am, I am going to excuse you.  Okay?
17    Thank you for coming down here.  And we are going to go ahead,
18    and you will have to go to the jury office to be excused, but
19    thanks for coming down.
20              A PROSPECTIVE JUROR:  Thank you.
21              (Prospective juror exited the courtroom.)
22              (Prospective juror entered the courtroom.)
23              THE COURT:  Good afternoon.  Could you state your
24    juror number, please, for the record.
25              A PROSPECTIVE JUROR:  Juror 1016.
```

```
 1          THE COURT:  All right.  You've answered quite a few of

 2   the questions positively.  Let's start with question 21, that

 3   there's -- you answered the catchall question.  What makes you

 4   think you couldn't be a fair juror here?

 5          A PROSPECTIVE JUROR:  Well, there wasn't a question

 6   about living in Washington, D.C., and that is part of why I

 7   don't think I could be very impartial because I live here and

 8   the actions were taking place in D.C. at the Capitol.  And it

 9   was very unnerving being a resident and having something like

10   that happen in my home so --

11          THE COURT:  The reason, just to answer your question,

12   the reason there wasn't a question about that is because by

13   definition, everybody who is called to jury service here lives

14   in Washington, D.C.

15          A PROSPECTIVE JUROR:  Okay.

16          THE COURT:  But anyway, tell me about your -- you were

17   unnerved by what happened, and you think that because of that,

18   you couldn't set those feelings aside and be a fair juror?

19          A PROSPECTIVE JUROR:  I think it would be really hard

20   for me.  I'm very feelings driven as a human being, so I mean,

21   if pressed, if, like, I really needed to, I could be a critical

22   thinker and be a juror if it was absolutely necessary, but it

23   would -- I would have to go deep.

24          THE COURT:  Well, I mean, this is what your civic duty

25   is, right?  There are some people who, because of some
```

        1    particular reason, we would say, look, they can't set aside

        2    those feelings, if you, let's just say, know someone personally

        3    involved in the case or something like that, right?  And we

        4    say, well, that person can't.  But for other people, for people

        5    to who just, you know, like you say, have feelings, we need to

        6    probe a little deeper and see if you can put those feelings

        7    aside.

        8           I am going to instruct you about the law and the

        9    evidence in the case.  You are going to -- you are going to

       10    receive evidence.  One or both sides will -- there will be

       11    evidence in the case.  And my instruction to you will be to

       12    decide the case based on the evidence and the law as I instruct

       13    you and nothing else, nothing about what you have seen or heard

       14    about the events of that day and not about your feelings about

       15    the events of that day.

       16           So, I mean, if there's -- for some people, there are

       17    objective reasons why it seems like they may not be able to put

       18    all that aside.  But, I mean, I don't think just living in

       19    Washington, D.C. is -- unless you can explain to me more about

       20    why it affected you in some particular way, I have to ask you

       21    whether you can do your duty as a citizen, because that's what

       22    this is, and to take those feelings, put them over here, and do

       23    your duty as a juror.  What do you think?

       24           A PROSPECTIVE JUROR:  It would be difficult, but I

       25    could.

```
1          THE COURT:  You also answered question 20 positively,
2   which is extreme hardship.  Why would it be an extreme hardship
3   for you to serve on this jury just for the rest of this week?
4          A PROSPECTIVE JUROR:  To me it's an extreme hardship
5   to not be able to work for a week.  I have already had to take
6   off -- recently I have had to take off a couple weeks' time
7   because my grandfather passed away.  So I had gone home to Ohio
8   and missed a lot of work.  I am a server, and so if I don't
9   work, I don't get paid.  I don't know if that counts in your
10  regulations, but that's a hardship for me.
11         THE COURT:  Well, it's something, but obviously -- and
12  not getting paid, if you don't work, you don't get paid, that
13  is part, I think, of the analysis part of what we have to
14  consider.  But, of course, there are a lot of people in those
15  shoes, unfortunately, and not all of those people have true
16  extreme hardships.
17         Like you said, you took off some time.  If it's just a
18  question of, you know, not getting some of that additional
19  money for this time, I don't know if that's a really extreme
20  enough hardship to let you not do your civic duty, frankly, as
21  a juror, as a potential juror.
22         Let me ask you about question 13.  The defendant has
23  entered a plea of guilty.  In a criminal case, the defendant is
24  presumed innocent unless and until the government proves guilt
25  beyond a reasonable doubt.  Would you have any difficulty
```

```
 1   accepting or applying this rule of law?  What difficulty would
 2   you have applying that?
 3            A PROSPECTIVE JUROR:  As we discussed before, like,
 4   I'm familiar with what happened that day, and it was very
 5   upsetting, not only as a citizen of the United States, but as,
 6   like, this is my hometown -- well, not my hometown, but my
 7   home.  And I guess I took the question as can I go into this
 8   as, like, innocent until proven guilty.  And I believe in that,
 9   but it's hard for me to come into it with that having seen the
10   news and seen, like, what happened with Edmund Goodman.
11            THE COURT:  You don't think you could do that here?
12            A PROSPECTIVE JUROR:  Like I said, I would have to dig
13   deep.
14            THE COURT:  Question -- I guess question 8, you
15   answered question 8 because you heard of Officer Goodman
16   before.  Is that why?
17            A PROSPECTIVE JUROR:  Uh-huh.
18            THE COURT:  And is that because of things you've seen
19   or read on the news?
20            A PROSPECTIVE JUROR:  Yeah.  I mean, the news, when he
21   led everyone, like, the wrong direction so they couldn't make
22   it to the Senate chambers and so forth and the fact that he was
23   awarded for his skill that day, that's how I know him, yeah,
24   not personally.
25            THE COURT:  All right.  Let me have counsel pick up
```

```
 1   the phone.
 2           (The following was heard sidebar.)
 3           THE COURT:  Well, Ms. Mirell, what is your view about
 4   cause?  She said she could dig deep.  Again, I don't like
 5   excusing people, but, you know, she had to be prodded pretty
 6   hard on a lot of these questions to finally come around to say
 7   she would, you know, begrudgingly try hard.  She knows that
 8   Officer Goodman received this award, and she might, just
 9   visibly looking at her, I think she does have an emotional
10   reaction to that day that I'm not sure I can trust her.  So
11   what is the government's view?
12           MS. MIRELL:  We are not going to object if you strike
13   her for cause.
14           THE COURT:  All right.  Very well.
15           (The following was heard in open court.)
16           THE COURT:  Ma'am, we are going to excuse you and
17   thank you for coming down.  You have to go to the jury office,
18   but they will let you leave from there.
19           A PROSPECTIVE JUROR:  Okay.  Thank you very much.
20           THE COURT:  All right.
21           (Prospective juror exited the courtroom.)
22           (Prospective juror entered the courtroom.)
23           THE COURT:  Good afternoon.
24           A PROSPECTIVE JUROR:  Good afternoon.
25           THE COURT:  Can you state your juror number for the
```

```
1    record.

2           A PROSPECTIVE JUROR:  1147.

3           THE COURT:  All right.  Ma'am, you have answered a few

4    questions positively.  Let's start with someone you know who is

5    a lawyer or gone to law school.  Who is that?

6           A PROSPECTIVE JUROR:  A close friend of the family.

7    She was in our wedding.

8           THE COURT:  She was in your wedding?

9           A PROSPECTIVE JUROR:  Yes.

10          THE COURT:  Okay.  And is she a lawyer?

11          A PROSPECTIVE JUROR:  Yes.

12          THE COURT:  What kind of law does she practice?

13          A PROSPECTIVE JUROR:  Corporate.

14          THE COURT:  Okay.  And she's a friend of your family,

15   meaning --

16          A PROSPECTIVE JUROR:  Yeah, she's a close friend of my

17   husband's.

18          THE COURT:  Close friend of your husband's?

19          A PROSPECTIVE JUROR:  Yes.

20          THE COURT:  And she does corporate work?

21          A PROSPECTIVE JUROR:  Now she does nonprofit work.

22          THE COURT:  Can you be more specific than

23   not-for-profit work?

24          A PROSPECTIVE JUROR:  Addiction.

25          THE COURT:  Okay.  She works on addiction issues?
```

```
 1              A PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  Okay.  And do you ever discuss her work

 3    with her?

 4              A PROSPECTIVE JUROR:  Sometimes.

 5              THE COURT:  Okay.  What kind of discussions do you

 6    have with her?

 7              A PROSPECTIVE JUROR:  I mean, we have addiction issues

 8    in our family, so we talk about prevention.

 9              THE COURT:  Okay.  And anything about her and her job

10    and your relationship with her that make you think you couldn't

11    be a fair juror in this case?

12              A PROSPECTIVE JUROR:  No.

13              THE COURT:  You also checked -- you answered yes to 4

14    and 5, have you watched any video of what happened at the U.S.

15    Capitol on the news on January 6, 2021, and have you been

16    following the investigation of the events of January 6, 2021.

17    Tell me a little bit about -- I guess we will just do these

18    together because it's easier.  Tell me a little bit about the

19    video that you remember seeing, about the events of that day,

20    and what you have followed in terms of the investigation.

21              A PROSPECTIVE JUROR:  Sure.  So I have seen instances

22    of video.  I mean, I live in D.C. two miles away, so I was

23    working and I was following the news closely.  I remember the

24    man with the horns in the videos and violence.  And in terms of

25    later, I guess the January 6 hearings, I have seen some of that
```

1    footage and just watched prime time TV.

2          THE COURT:  Okay.  So do you recall, in terms of the

3    video, do you recall any scene in which a Capitol Police

4    officer was ascending a set of stairs and a number of

5    individuals followed him up that stairs?

6          A PROSPECTIVE JUROR:  I mean, I can't be that precise

7    but probably.

8          THE COURT:  Okay.  But you don't have any specific

9    memory of that?

10          A PROSPECTIVE JUROR:  No.

11          THE COURT:  So my question to you is, regarding

12    whatever you have seen in terms of video of that day and

13    whatever you have seen in terms of the investigation, is there

14    any doubt in your mind you can take that, whatever you have

15    learned, and put that aside and regarding whatever feelings you

16    have about either one of those things, the video you have seen,

17    the investigation, whether you can put your feelings aside and

18    judge this case only on the evidence that's introduced in this

19    courtroom and the law as I instruct you.  Do you have any

20    problem doing that?

21          A PROSPECTIVE JUROR:  I will do my best.  I mean, I

22    have a child who goes to school very near the Capitol, so it's

23    very scary that that was going on.  But I understand the ask,

24    and I think I am a reasonable person and I can do it.

25          THE COURT:  And, I'm sorry, what was the last thing

1    you said there?

2        A PROSPECTIVE JUROR:  I said I'm a reasonable person.

3    I can logically separate my feelings about personally being

4    afraid from the case itself.

5        THE COURT:  Will you -- was your child going to school

6    near there that day?

7        A PROSPECTIVE JUROR:  No.

8        THE COURT:  Okay.  Let me ask you this:  What do you

9    do for a living, ma'am?

10       A PROSPECTIVE JUROR:  I am a partner at Deloitte

11   Consulting Firm.

12       THE COURT:  And what types of things do you work on?

13       A PROSPECTIVE JUROR:  I work on finance

14   transformation, complex accounting issues.  I'm a CPA.

15       THE COURT:  Okay.  And what's the highest level of

16   education that you have completed?

17       A PROSPECTIVE JUROR:  Master's degree.

18       THE COURT:  In what?

19       A PROSPECTIVE JUROR:  Accounting.

20       THE COURT:  Okay.  And what was your undergraduate

21   degree in?

22       A PROSPECTIVE JUROR:  Also accounting.

23       THE COURT:  All right.  And give us a sense of, before

24   you worked where you work now, what other jobs have you had --

25       A PROSPECTIVE JUROR:  I never worked anywhere else.

1          THE COURT:  Really?  Fantastic.  All right.  Any

2    follow-up or objections?

3          (The following was heard sidebar.)

4          MS. MIRELL:  Your Honor, Deloitte has been contracted

5    by the government to help with some exhibit preparation in this

6    case.  Deloitte, of course, is a huge consulting company.  But

7    I think just for clarity, we should probe whether she's had any

8    affiliation with people working on these cases.

9          THE COURT:  Sure.  I will do that.

10         MR. DAVIS:  I have nothing to add.

11         THE COURT:  All right.  And no objection for cause

12    from either side?

13         MS. MIRELL:  No, Your Honor.

14         MR. DAVIS:  No, Your Honor.

15         THE COURT:  All right.

16         (The following was heard in open court.)

17         THE COURT:  One follow-up question.  So Deloitte is a

18    big company.  Have you had any contact with anyone at Deloitte

19    who might have provided support services for the Department of

20    Justice or the FBI in connection with January 6 cases?

21         A PROSPECTIVE JUROR:  I have not been in contact with

22    anybody, but it is true that we have a big federal practice.

23    So I have fellow partners that serve them, but I don't serve

24    federal clients.

25         THE COURT:  Okay.  Very well.  If you could step down,

1  they are going to put you back in Courtroom 14, and we will

2  have you back here in a little bit.  Thank you.

3            (Prospective juror exited the courtroom.)

4            (Prospective juror entered the courtroom.)

5            A PROSPECTIVE JUROR:  Hello.

6            THE COURT:  Hi.  If you could remove your mask.

7            Thank you.  And state your juror number, please.

8            A PROSPECTIVE JUROR:  0752.

9            THE COURT:  All right.  Perfect.  Ma'am, the question

10 you answered positively was you have some connection to someone

11 who worked for a law enforcement agency.  Who is that person or

12 are those people?

13           A PROSPECTIVE JUROR:  That would be me.

14           THE COURT:  Okay.  Where do you work?

15           A PROSPECTIVE JUROR:  Sure.  So in the past, I worked

16 for the Department of Homeland Security, the headquarters.  I

17 wasn't going to say yes initially, but you did say Department

18 of Homeland Security.  But I was not in a law enforcement

19 capacity.  I'm a budget analyst.

20           THE COURT:  Budgeting, did you say?

21           A PROSPECTIVE JUROR:  Yes.

22           THE COURT:  Okay.  What's the highest degree of

23 education you have attained?

24           A PROSPECTIVE JUROR:  Master's degree.

25           THE COURT:  In what?

```
 1                A PROSPECTIVE JUROR:  Business administration.

 2                THE COURT:  All right.  And what was your

 3      undergraduate degree in?

 4                A PROSPECTIVE JUROR:  Accounting.

 5                THE COURT:  And could you walk us through in general

 6      terms the types of jobs you have had since you got your

 7      graduate degree until today?

 8                A PROSPECTIVE JUROR:  Sure.  So I have worked and

 9      currently work for the federal government.  So I have worked

10      with the Department of Homeland Security, actually, and then

11      within that for FEMA and now for the Federal Deposit Insurance

12      Corporation, FDIC.

13                THE COURT:  What types of -- at some level of

14      generality, you did accounting work?

15                A PROSPECTIVE JUROR:  That's correct, accounting work,

16      budget, as well as, like, performance analysis.

17                THE COURT:  Okay.  Ma'am, we are going to just excuse

18      you and put you back in Courtroom 14, and we will bring you

19      back when we are ready to proceed further.  Thank you for

20      coming down.  Thank you for your responsiveness.

21                (Prospective juror exited the courtroom.)

22                (Prospective juror entered the courtroom.)

23                A PROSPECTIVE JUROR:  1076.

24                THE COURT:  Perfect.  Thank you very much.  Ma'am, let

25      me start with you indicated it would be an extreme hardship to
```

1    serve for a week.  What is your extreme hardship?

2         A PROSPECTIVE JUROR:  Okay.  So I don't know what your

3    week is, but next Monday, if it goes over, which I have a

4    feeling, it's the Jewish holiday, I will not be able to serve.

5    I have an oral surgeon tomorrow.  I didn't think I was going to

6    be here because I had that six-week trial and physical therapy

7    and a lot of other stuff going on because I didn't know.

8         But the main thing, if I have to cancel my appointment

9    with the dentist, I will have to pay.  But more importantly,

10   Monday and Tuesday of next week, I will not be available.

11        THE COURT:  That's a good point.  We hadn't even --

12   that's a good point.  Of course, the trial is only scheduled to

13   last this long, just this week.  So I mean, if everything went

14   okay, if everything went according to plan, you -- and look,

15   you, under no circumstances would you not be able to celebrate

16   the holiday, for sure.  It would mean that the jury could --

17   the jury would have to just not -- assuming you were

18   deliberating, you wouldn't be able to deliberate for that time.

19   But that is something to consider.

20        Why don't I ask counsel to pick up the phone on this.

21        (The following was heard sidebar.)

22        THE COURT:  Let me just ask the government what they,

23   again, think about the for-cause here.  I don't like, again,

24   burning through so many people, but -- and even if the trial is

25   done on Friday, we are talking about a situation where then if

1    she's not available for two straight days, they wouldn't be

2    able to deliberate for two straight days.  What's the

3    government's view on that?

4           MS. MIRELL:  Well, Your Honor, I guess to back up a

5    second, I mean, I don't think we anticipated jury selection

6    going this long.  So if we do run into next week, that might be

7    a global problem for myself and a couple jurors.  And I don't

8    want to strike someone because of their Jewish holiday.

9    Inability to appear for two straight days, I think we might

10   have to decide they would come on Wednesday regardless unless

11   there's no Jews on the jury panel.

12          THE COURT:  It could be.  We haven't asked about this

13   specifically.

14          It's a problem for you, Ms. Mirell, correct?

15          MS. MIRELL:  The Monday could be a problem for me.

16   I'm more flexible than most.  Tuesday will not be a problem for

17   me.  But I can -- you know, I will do what I need to for this

18   trial.  I'm not that observant.  Absolutely I will.  But I

19   don't want to be striking people because of their religious

20   observances.

21          THE COURT:  What about her -- all right.  Very well.

22          (The following was heard in open court.)

23          THE COURT:  All right, ma'am.  As far as the holiday

24   goes, if we get to it, we will work around it, so that won't be

25   an issue.  Okay?

1          The other thing, what were the other things you

2    mentioned?

3          A PROSPECTIVE JUROR:  I have oral surgery scheduled

4    for tomorrow, so if it's less than 24 hours, I am going to have

5    to pay for not showing up.  I have PT.  I could cancel that.  I

6    have some house renovations coming up on Thursday.  I have a

7    lot going on because I didn't think I would be here.  And the

8    following week, I have superior court.

9          THE COURT:  Look, when you say you didn't know you

10   were going to be here, you did -- I mean, you knew you had --

11         THE DEFENDANT:  No.  When I got the notice, I looked

12   at the calendar.  This was for the six-week trial.  And all the

13   high holidays are during that time, so I wrote down all the

14   high holidays.  I was very specific.  And I didn't hear

15   anything, so, silly me, I assumed I was -- you know, I didn't

16   have to come.  And then this morning at 6:00 in the morning, I

17   am told I have to be here.

18         THE COURT:  I see.  I think the reason is because our

19   trial doesn't have any of those implications.

20         A PROSPECTIVE JUROR:  Obviously, but I didn't know I

21   was going to be rescheduled.

22         THE COURT:  I don't think we have an extreme hardship

23   with you, so you may not be selected in the end, but I don't

24   think I can excuse you for those things.

25         A PROSPECTIVE JUROR:  Okay.

1          THE COURT:  The next question I just want to go to is

2    question 6, is there any reason you wouldn't be able to set

3    aside whatever you might have seen or heard about what happened

4    on January 6, whatever feelings or opinions you have about

5    that, follow my instructions, and decide this case only on the

6    evidence and the law as I instruct you?  Do you think you

7    wouldn't be able to do that, you wouldn't be able to follow my

8    instructions?

9          A PROSPECTIVE JUROR:  To be very honest, I'm not sure,

10   to be very honest.  I have watched it live.  I have watched all

11   the hearings.  I have watched the whole thing.  And it's there,

12   and I don't know if I could get away from it, to be honest.  I

13   mean, I have served on juries.  It's just going to be very

14   difficult for me.  And I feel badly about that, but I feel very

15   strongly about what I saw.

16         THE COURT:  All right.  Ma'am, we are going to excuse

17   you for cause.  You can go to the jury room, and they will

18   excuse you from there.

19         A PROSPECTIVE JUROR:  Thank you very much.  And

20   everyone, good luck.

21         THE COURT:  For the record, is there any objection to

22   excusing her?

23         MS. MIRELL:  No, Your Honor.

24         MR. DAVIS:  No objection.

25         THE COURT:  And, Ms. Mirell?

```
 1            MS. MIRELL:  No, Judge.

 2            THE COURT:  All right.

 3            (Prospective juror exited the courtroom.)

 4            (Prospective juror entered the courtroom.)

 5            THE COURT:  Ma'am, can you state your juror number for

 6   the record and remove your mask, please.

 7            A PROSPECTIVE JUROR:  1093.

 8            THE COURT:  All right, ma'am.  You said yes to the

 9   catchall question.  So what is your concern that falls under

10   the catchall, the last question, 21.

11            A PROSPECTIVE JUROR:  The last question, my religious

12   beliefs?

13            THE COURT:  Yes.

14            A PROSPECTIVE JUROR:  As far as not being responsible

15   for committing someone else's life.  I had the thoughts, but

16   it's gone.

17            THE COURT:  I'm sorry, could you speak up.

18            A PROSPECTIVE JUROR:  I said I had thoughts, but it's

19   gone right now.  But my religious beliefs is that I'm not

20   responsible for condemning someone else's life.

21            THE COURT:  So you don't believe, consistent with your

22   religious beliefs, you could follow my instructions and judge

23   this case based on the evidence and the law and pass judgment

24   about whether someone has -- whether the government's met their

25   burden of proving that a crime occurred beyond a reasonable
```

1    doubt?  You are not able to do that consistent with your

2    religion?

3               A PROSPECTIVE JUROR:  No, no, I'm not.

4               THE COURT:  Is that the same reason -- I see you

5    checked yes for No. 6, which is the same almost what I just

6    indicated, which was, is there a reason you wouldn't be able to

7    set aside whatever you might have seen or heard about January 6

8    and whatever feelings or opinions you have about that and

9    follow my instructions and be a fair juror.  You answered yes

10   to that.  Is that for the same reason, or is that a different

11   reason?

12              A PROSPECTIVE JUROR:  It's the same reason.

13              THE COURT:  Because of your religious beliefs?

14              A PROSPECTIVE JUROR:  Yes, sir.

15              THE COURT:  Tell me what your religious beliefs say

16   that you interpret as incompatible with serving on the jury.

17              A PROSPECTIVE JUROR:  That we are not responsible for

18   committing someone's life.  We don't have that judgment.

19              I mean, there is a right and a wrong.  I have

20   feelings.  But as far as me, personally, I don't like having

21   that responsibility.

22              (The following was heard sidebar.)

23              THE COURT:  What's the government's view?

24              MS. MIRELL:  We move to strike for cause.

25              THE COURT:  All right.  Very well.  Your motion is

 1  granted.

 2          (The following was heard in open court.)

 3          THE COURT:  Ma'am, we are going to excuse you for

 4  cause.  All right.  So you can go back down to the jurors'

 5  office, and they are going to excuse you.  Thank you for being

 6  here.

 7          A PROSPECTIVE JUROR:  Thank you.

 8          (Prospective juror exited the courtroom.)

 9          (Prospective juror entered the courtroom.)

10          A PROSPECTIVE JUROR:  Good afternoon.

11          THE COURT:  Good afternoon.  Can you state your juror

12  number, please, and remove your mask.

13          A PROSPECTIVE JUROR:  Yes.  My juror number is 0781.

14          THE COURT:  All right.  0781.  All right.  Sir, you

15  answered questions 4 and 5 affirmatively.  Those are, have you

16  watched any video of January 6, or have you -- and have you

17  been following the investigation of January 6.

18          So tell us a little bit about what video you recall

19  from that day and then what you followed with regard to the

20  investigation.

21          A PROSPECTIVE JUROR:  In terms of videos that I have

22  watched, I have seen videos of people breaking into the

23  Capitol, forcing their way in, as well as some of the actual

24  physical altercations of some of the people who were moving

25  into the Capitol with police officers as well as some of the

1   videos of people moving inside the Capitol during those hours.

2           In terms of my following of the events, it's been

3   general.  I don't have any recollection of specific cases or

4   names or people, but I do know that at this point at least a

5   couple hundred people have been indicted because of the events

6   of that day and that some are affiliated with certain groups

7   such as the Oath Keepers and the Proud Boys, that they,

8   themselves, have admitted to this publicly.  So yes, those are

9   my answers.

10          THE COURT:  Okay.  As far as video goes, do you recall

11   seeing any video in which a police officer ascends some stairs

12   and a number of individuals sort of follow along up the stairs?

13          A PROSPECTIVE JUROR:  I recall a video inside the

14   Capitol of a group of people following an officer into what was

15   described as close to the doors of where congressmen and women

16   were at the time and the officer, I forgot his name right now,

17   kind of leading them in a direction that did not lead them

18   directly into that room.  I do, yeah, I do remember that video,

19   yes.

20          THE COURT:  Okay.  So whether it's that video or any

21   other scenes from January 6 that you might have seen video of,

22   do you have any reason to doubt that you would be able to take

23   those things, set them aside, and judge this case only on the

24   evidence that's admitted and the law as I instruct you?

25          A PROSPECTIVE JUROR:  I believe I will be able to.  It

1  is my understanding that there were many people who were there

2  that day, and not all of them did or had the same actions or

3  proceeded in the same manner as others, so it is something that

4  should be treated on a case-by-case basis depending on the

5  individual's actions.

6          THE COURT:  Whatever you saw, that's not evidence in

7  this case.  The only evidence you are going to see will be

8  presented in this courtroom.  Do you understand that?

9          A PROSPECTIVE JUROR:  Yes, sir.

10          THE COURT:  All right.  And same question about the

11  investigation.  You are aware of this investigation.  Do you

12  understand -- do you have any doubt -- reason to doubt that you

13  can set whatever you learned about the investigation aside and,

14  again, only decide this case based on the evidence in this

15  courtroom and the law as I instruct you?

16          A PROSPECTIVE JUROR:  Yes, I have no doubt I can do as

17  you have just described.

18          THE COURT:  All right.  Sir, what's the highest degree

19  of education you have attained?

20          A PROSPECTIVE JUROR:  I have a master's degree in

21  public policy.

22          THE COURT:  In public policy?

23          A PROSPECTIVE JUROR:  Yes.

24          THE COURT:  And what was your undergraduate degree in?

25          A PROSPECTIVE JUROR:  Finance.

```
 1          THE COURT:  And tell us about what work you do today.

 2          A PROSPECTIVE JUROR:  I am a research associate at the

 3   Pew Research Center, and I cover public opinion of the country

 4   and demographic trends of the country, and in particular, about

 5   Latinos in the U.S.

 6          THE COURT:  And can you give us a sense of what other

 7   jobs you have had since you completed your education and

 8   between then and when you started your current job?

 9          A PROSPECTIVE JUROR:  Well, after my undergraduate, I

10   worked for about six years at the Organization of American

11   States, which is a multilateral organization based here in

12   Washington, D.C.  There I worked mostly in the finance

13   department, and then I also did some work with the satellite

14   offices that the organization has in the hemisphere.  Then I

15   went to graduate school, and right after graduate school is

16   when I started at the Pew Research Center, where I have been

17   working for the last four years.

18          THE COURT:  Very well.  Sir, we are going to have you

19   wait in the other courtroom as we continue this process.  Thank

20   you for being here.

21          A PROSPECTIVE JUROR:  May I ask a question?

22          THE COURT:  Yes.

23          A PROSPECTIVE JUROR:  Could you please repeat

24   question 6?  I was -- I got hung up on thinking about 5, and I

25   missed the details there.
```

```
 1              THE COURT:  I'm glad you are very conscientious.

 2              Question 6 is I will be instructing the jury that it

 3    may only consider evidence that was properly admitted in this

 4    case and the law as I instruct it and not anything jurors may

 5    have seen or heard outside this courtroom about the events at

 6    the U.S. Capitol on January 6, 2021.

 7              Is there any reason you wouldn't be able to be set

 8    aside whatever you have seen and heard and whatever feelings or

 9    opinions you have about that, follow my instructions, and be a

10    fair juror in this case?

11              And there's no reason for you to think you wouldn't be

12    able to do those things, correct?

13              A PROSPECTIVE JUROR:  That's right.  And that's what

14    you, yourself, just asked me a little while ago.  So that would

15    be a yes.

16              THE COURT:  All right.  Very well.  All right.  They

17    are going to take you to Courtroom 14, and thank you for being

18    here.

19              A PROSPECTIVE JUROR:  Thank you.

20              (Prospective juror exited the courtroom.)

21              (Prospective juror entered the courtroom.)

22              THE COURT:  Could you sate your juror number for the

23    record, please?

24              A PROSPECTIVE JUROR:  0350.

25              THE COURT:  Could you remove your mask just so we can
```

1    see you and so we can hear you better.

2           A PROSPECTIVE JUROR:  Sure.  The number is 0350.

3           THE COURT:  All right.  Ma'am, you answered

4    question 3.  Do you have someone close to you have any special

5    familiarity with the immediate area of the U.S. Capitol?  Is

6    that someone close to you or is that you?

7           A PROSPECTIVE JUROR:  Me.  I'm not sure if this

8    qualifies, but I was a Hill staffer from 2003 to 2005 and used

9    to give Capitol tours every week for the first year of that.

10          THE COURT:  Okay.  But you don't live or work anywhere

11   near there today?

12          A PROSPECTIVE JUROR:  Right.

13          THE COURT:  You also answered question 4 and 5 in

14   parentheses.  I will just ask you about both of those.

15          4 is video of what happened on January 6, and 5 is the

16   investigation.  Tell us why you definitely put 4 down and maybe

17   put 5 down.

18          A PROSPECTIVE JUROR:  Just in the process of watching

19   news, I have seen coverage of it.  You know, I haven't followed

20   it in particular, but I have seen when, you know, somebody was

21   indicted or something and it was in the news.

22          THE COURT:  Okay.  With regard to question 4, describe

23   the video that you have seen, like, in general about the events

24   of that day.

25          A PROSPECTIVE JUROR:  I believe I saw somebody sitting

1    at Nancy Pelosi's desk, his feet up, and somebody dressed in

2    sort of a costume and then discussion of items that they

3    brought into the Capitol.

4            THE COURT:  Do you recall any scene in which a Capitol

5    Police officer ascends some stairs and some individuals follow

6    him up those stairs?

7            A PROSPECTIVE JUROR:  I believe I read something about

8    that.  I don't know if I saw a video of that.

9            THE COURT:  Okay.  And what do you recall reading

10   about it?  Anything more than what I just said?

11           A PROSPECTIVE JUROR:  I think just that a Capitol

12   Police officer was trying to get the crowd away from a certain

13   area.

14           THE COURT:  Okay.  Well, no matter what you have seen

15   in terms of video and no matter what you have heard about the

16   investigation, can you set those things aside and whatever

17   feelings you might have about those things and follow my

18   instructions to only consider the evidence that's been admitted

19   in this case and the law as I instruct you when trying to serve

20   as a juror?

21           A PROSPECTIVE JUROR:  Yes.

22           THE COURT:  Okay.  You also indicated you know someone

23   with a connection to law enforcement.  Who is that person?

24           A PROSPECTIVE JUROR:  My brother-in-law is an

25   assistant U.S. attorney, and my good friend from law school is

1    also an assistant U.S. attorney.

2          THE COURT:  So it's your good friend from --

3          A PROSPECTIVE JUROR:  Law school.

4          THE COURT:  -- law school, so we will get to that.  I

5    guess you must have --

6          A PROSPECTIVE JUROR:  That's another question.

7          THE COURT:  Right, the question about lawyers.

8          So your good friend.  And who was the other person?

9          A PROSPECTIVE JUROR:  My brother-in-law.

10         THE COURT:  Your brother-in-law.  Do you ever discuss

11   their jobs with those people?

12         A PROSPECTIVE JUROR:  I do, but more kind of in

13   general terms or the level of busyness they are at work.

14         THE COURT:  Not about the substance, but just how busy

15   they are?

16         A PROSPECTIVE JUROR:  Mostly, yeah.

17         THE COURT:  Okay.  Anything about those relationships

18   that make you think you couldn't be a fair juror here?

19         A PROSPECTIVE JUROR:  No.  One's in Minneapolis, and

20   one's here in D.C.

21         THE COURT:  Okay.  Who is the person who is here in

22   D.C.?

23         A PROSPECTIVE JUROR:  Candy Wong.

24         THE COURT:  I'm sorry, not the name of the person, but

25   the -- who is the relationship?

```
 1              A PROSPECTIVE JUROR:  Oh, the relationship.  The
 2    friend.
 3              THE COURT:  Does that person work on any -- do you
 4    know, does that -- does your friend work on any January 6
 5    cases?
 6              A PROSPECTIVE JUROR:  I think she's been busy, and I
 7    think she's mentioned something related to that, but I don't
 8    think she's said anything beyond that, just that it was very
 9    busy for some time.
10              THE COURT:  So you have never discussed with her any
11    of -- one way or the other whether she's working on any
12    January 6 cases?
13              A PROSPECTIVE JUROR:  I don't think so.
14              THE COURT:  Okay.  The next question you answered yes
15    to was the lawyer/law school question.
16              A PROSPECTIVE JUROR:  Yes.
17              THE COURT:  So who -- first of all, it sounds like you
18    are a lawyer.
19              A PROSPECTIVE JUROR:  Yes.
20              THE COURT:  What kind of law do you practice?
21              A PROSPECTIVE JUROR:  Consumer protection law for the
22    government.
23              THE COURT:  Okay.  And given that you went to law
24    school, describe, I guess, all the other folks.  Describe the
25    universe of people you know who are in the law business.
```

1          A PROSPECTIVE JUROR:  I have a lot of friends from law

2     school or, you know, other places that have gone to -- that are

3     practicing lawyers now.

4          THE COURT:  Any of them do -- you have mentioned two

5     people you know who do prosecution work.  Anybody else do

6     prosecution work or anybody do -- and anybody do criminal

7     defense work?

8          A PROSPECTIVE JUROR:  No on the latter.  And just

9     those two on the prosecution.

10          THE COURT:  Okay.  Anything about your relationship

11     with those folks that makes you think you can't be -- couldn't

12     be a fair juror in this case?

13          A PROSPECTIVE JUROR:  No.

14          THE COURT:  All right.  And the last question was

15     whether any member -- anyone close to you had been investigated

16     for, arrested for, charged with, or convicted of a crime or

17     been a victim or witness to a crime.  Who falls into that

18     category?

19          A PROSPECTIVE JUROR:  My dad.

20          THE COURT:  Okay.  What happened to your dad?

21          A PROSPECTIVE JUROR:  He was killed in a workplace

22     shooting.

23          THE COURT:  I'm very sorry to hear that.

24          A PROSPECTIVE JUROR:  Thank you.

25          THE COURT:  Was the person who committed the crime

1   caught?

2         A PROSPECTIVE JUROR:  Yes.  He also killed himself.

3         THE COURT:  Okay.

4         A PROSPECTIVE JUROR:  Among other people.

5         THE COURT:  So he was not -- but he was not prosecuted

6   then.

7         A PROSPECTIVE JUROR:  Right.

8         THE COURT:  All right.  So anything about that

9   experience -- I mean, I guess the criminal justice system then

10  didn't get to work on that crime unfortunately, but --

11        A PROSPECTIVE JUROR:  Right.

12        THE COURT:  -- but anything about that experience give

13  you feelings about the criminal justice system or any other

14  feelings that make you think you couldn't be a fair juror here?

15        A PROSPECTIVE JUROR:  No.

16        THE COURT:  All right.  What -- you mentioned you do

17  consumer product work for the federal government.  How long

18  have you done that job?

19        A PROSPECTIVE JUROR:  Well, two different -- between

20  two different agencies I have done the same type of work, and I

21  have done it for over nine years.

22        THE COURT:  Okay.  Did you have a legal job before

23  then?

24        A PROSPECTIVE JUROR:  Yes.  I worked at two law firms

25  before that.

```
 1              THE COURT:  Doing what kind of work?

 2              A PROSPECTIVE JUROR:  Mostly securities litigation

 3    related to the mortgage industry.

 4              THE COURT:  Okay.  And what was your undergraduate

 5    degree in?

 6              A PROSPECTIVE JUROR:  Political science.

 7              THE COURT:  Did you have any jobs between college and

 8    law school?

 9              A PROSPECTIVE JUROR:  That's when I was a Hill

10    staffer.

11              THE COURT:  How long did you do that job for?

12              A PROSPECTIVE JUROR:  Just short of two years.

13              THE COURT:  All right.  Ma'am, we are going to have

14    you wait in Courtroom 14.

15              A PROSPECTIVE JUROR:  Okay.

16              THE COURT:  And we will have you back as soon as we

17    can.

18              A PROSPECTIVE JUROR:  Okay.  Thank you.

19              THE COURT:  Thank you.

20              Before we bring the next person, if you could hold up

21    one moment, I want to talk to the lawyers and make sure our

22    court reporter is in good stead here.

23              First of all, do we need to take a break for the court

24    reporter?

25              You're all right?  Okay.
```

1            We are proceeding slower than we had all hoped here.

2    It's 3:30.  Let me ask the parties first how -- well, let me

3    ask Ms. Harris first.  How late can we reasonably think we can

4    go here given the rules that are set up with the jurors, let's

5    put it that way, I mean, with the panel, meaning how long do

6    you think we can reasonably keep them here to keep this process

7    going?

8            THE COURTROOM DEPUTY:  I don't know.  It depends on --

9    I don't know what they have or what they are expecting.  I had

10   one juror ask me during lunch how late do we think we would go.

11   I said it could be at least 5:00.  I don't know.  I told her I

12   wasn't sure, so I can't speak for them.

13           THE COURT:  Let's at least try to say if we can -- I

14   mean, I think -- does either side have a view on that, how long

15   we can keep going?  My thought would be to keep going at least

16   to 5:00, I mean, and to 5:30 if we can, because we've got to

17   move faster.

18           Any objection to telling the -- to at least the

19   expectation that we are going -- now, we may want to talk about

20   the motion that came in the other day.  We at least should be

21   able to go until 5:30 with these folks.  I see the government

22   nodding, Mr. Davis.

23           MR. DAVIS:  I'm here, Your Honor.

24           THE COURT:  Ms. Harris, we should plan on 5:30.  Is

25   that an imposition on you?  Would you be able to do that?

```
1              THE COURTROOM DEPUTY:  It's not an imposition on me at
2    all.
3              THE COURT:  That's what I think we should plan on -- I
4    am not asking other people.  I am only asking you, Ms. Harris.
5              MR. DAVIS:  Are we going to alert the panel that we
6    are keeping them until 5:30?
7              THE COURT:  You mean the folks that we have already --
8    you know, the question is actually whether we should just
9    cut -- I mean, whether -- we are not going to get -- we are
10   obviously not going to get to the point with those other folks,
11   the people we have already screened and who are already in the
12   pool, so it's possible what we should do is just cut them loose
13   right now and tell them to be back at 9:00 tomorrow.  Obviously
14   we are not going to get to a place where we are bringing them
15   in and exercising our strikes.
16             What are your views about whether I should just tell
17   the ten folks we have qualified that they should just come
18   back?  There's no real reason for them to stick around now.
19             MR. DAVIS:  I have no objection to that.
20             MS. MIRELL:  No objection.
21             THE COURT:  I think we can make the process easier for
22   them.  It gives them a better experience and will give them
23   more patience.
24             Ms. Harris, why don't we do this.  Why don't we take,
25   you know, five minutes right now.  You can tell the folks that
```

1   we have cleared, the folks that we have qualified, the ten

2   folks, to just be back here at 9:00 because we're not going to

3   complete this.

4           Yes, Ms. Mirell.

5           MS. MIRELL:  Can we advise the ten qualified jurors

6   not to look at the news or talk to anyone else?

7           THE COURT:  Right.

8           THE COURTROOM DEPUTY:  Do you want to bring those ten

9   in here?

10          THE COURT:  We could do it that way.

11          Why don't you bring them in right here.  I will

12  instruct them, and then we will take a short break.  But yeah,

13  let's bring them -- you want to take -- might as well take the

14  break now.

15          So let's take a five-minute recess.  I will come back

16  when we have those ten in, instruct them, and we will keep

17  going.

18          (A recess was taken at 3:45 p.m.)

19          THE COURTROOM DEPUTY:  Your Honor, we are back on the

20  record in Criminal Matter 21-6, United States of America versus

21  Douglas Austin Jensen.

22          THE COURT:  All right.  We have with us in the gallery

23  right now those jurors who have been -- those potential jurors,

24  those members of the panel who have been through the first

25  stage of our selection process.

1          True to my word, to try to respect your time, I am

2     going to -- we are going to let you all leave now even though

3     we are not today going through the process for everyone else.

4     But there was no need for you all to stay later today, so I

5     thought it would be good to let you all go home and let you

6     know you need to return tomorrow.  I don't know what time.

7          Ms. Harris, we are going to begin at 9:00, so they

8     should be here earlier, I suppose.

9          9:00 is what it is, folks.

10     THE COURTROOM DEPUTY:  If you can have them go by the

11     jury office in the morning and let them know that they are here

12     and selection is continuing.

13          Okay.  So what you have to do is go by the jury

14     office, where you came to today, tomorrow at 9:00.  Let them

15     know you are back, your jury selection process is continuing,

16     and we should wrap up tomorrow sometime in the first half of

17     the day.

18          But again, I wanted to let you all leave now.  But we

19     brought you in here because I want to give you some

20     instructions about your conduct between now and 9:00 tomorrow.

21          So you are not permitted to discuss this case with

22     anyone during that period of time.  This means you shouldn't

23     talk about it even with your fellow panel members because we

24     don't want -- if you happen to be selected on the jury, of

25     course, we don't want you making decisions, any decisions,

1    until you have heard evidence and the instructions of law.

2         As I said, you may not talk about the case with

3    anyone.  So it also goes without saying you should not write

4    about the case electronically through any blog, posting, or

5    other communication including social networking sites such as

6    Facebook or Twitter.  This is because you don't want to have

7    any communications or interactions with anyone about the case

8    from now until tomorrow morning.

9         Again, although it's a natural human tendency to talk

10   with people with whom you may come into contact, you should not

11   talk to any of the parties, their attorneys, or any witnesses

12   in this case from now until 9:00 tomorrow.  And if you

13   encounter anyone connected with the case outside the courtroom,

14   you should avoid having conversations with them, overhearing

15   their conversations, or having any contact with them.

16        For example, if you find yourself in a courthouse

17   corridor, elevator, or other location where you hear the case

18   being talked about, you should immediately leave the area so

19   you don't hear any of those discussions.

20        And if you do hear a discussion about the case, you

21   should report that to me as soon as you can.  And if you see

22   any of the attorneys or witnesses involved in the case and they

23   walk away from you, they are not being rude.  They are just

24   following the instructions that I gave them.

25        The other thing you have to make sure of is you

1   shouldn't provide any information about your jury service to

2   any of your friends, coworkers, or family members overnight.

3   You can tell those folks that need to know where you are that

4   you are still part of the process of being picked for a jury.

5   But you shouldn't give anyone any information about the case or

6   the people involved in the case, and you should warn folks not

7   to say anything to you or write to you about your jury service

8   in the case.  Again, no emails about the case, no texting,

9   blogging, or the like.

10          Now, the other thing I wanted to mention is, in a case

11   like this, there could be reports in the newspaper or the radio

12   or the internet about the case.  So it's best to simply just

13   avoid the news media or the internet from the time you leave

14   the courthouse to the time you show up tomorrow.

15          You should not read, listen to, or watch any reports

16   that there may be about this case because, again, you have to

17   decide the case solely on the evidence presented in the

18   courtroom.  And if any publicity about this trial inadvertently

19   comes to your attention, again, don't discuss it with anyone.

20   And if it does, we can talk about it tomorrow morning.  But the

21   easiest thing is to just keep yourself off of news media

22   sources between now and tomorrow morning so you don't even have

23   to worry about it.

24          All right.  Thank you again for being here, for being

25   willing to serve, and we will see you tomorrow morning at 9:00.

135

1    You are excused until then.

2              (Prospective jurors exited the courtroom at 3:51 p.m.)

3              (Prospective juror entered the courtroom.)

4              THE COURT:  Hi.  Can you state your juror number,

5    please.

6              A PROSPECTIVE JUROR:  Yes, 1183.

7              THE COURT:  Fantastic.  Ma'am, you have answered

8    positively to question 8, which was that you may have heard of

9    one of the people I listed as witnesses.  Who was that person?

10             A PROSPECTIVE JUROR:  You mentioned, I think it was,

11   Officer Goodman, the person who diverted the crowd to another

12   part of the building.

13             THE COURT:  Yes.  So to be clear, you've heard of

14   Officer Goodman?

15             A PROSPECTIVE JUROR:  Yes, I have heard.  I don't know

16   him.  I have heard, just news and --

17             THE COURT:  Okay.  The other two questions you

18   answered positively to was whether you had watched video of

19   what happened on January 6 and whether you have been following

20   the investigation of those events.

21             Can you tell us a little about what you recall seeing

22   in terms of video of what happened that day?

23             A PROSPECTIVE JUROR:  Yes.  Well, the day that it

24   happened, I was at Dupont Circle, and I saw all these police

25   cars.  And I couldn't -- didn't know what happened.  So when I

1  went home, I looked at the TV, and they were showing actually

2  what was going on.

3          THE COURT:  Okay.  And what did you see?  What do you

4  remember seeing was going on?

5          A PROSPECTIVE JUROR:  What happened, that people had

6  stormed into the Capitol.  It looks like there was destruction.

7  It looked like that there was some fighting with the Capitol

8  Police, the Metro Police.

9          THE COURT:  Okay.  And what have you learned about the

10  investigation?  You indicated you are following the

11  investigation.  What in general would you say you are aware of

12  as far as the investigation goes?

13          A PROSPECTIVE JUROR:  Well, I don't know details, only

14  what I have seen in the news when it says who's been arrested

15  or the sentencing.

16          THE COURT:  Okay.

17          A PROSPECTIVE JUROR:  Yeah, but nothing beyond that.

18          THE COURT:  Okay.  So as far as what you have seen

19  about January 6, do you recall any video of a police officer

20  ascending a set of stairs?

21          A PROSPECTIVE JUROR:  Yes.

22          THE COURT:  And go ahead.

23          A PROSPECTIVE JUROR:  Yeah, that's the one I was

24  referring to.  I thought his name is Goodwin.

25          THE COURT:  So whether it's that scene or any other,

1    do you think you would have any problem taking what you know

2    about that, what images you have seen of January 6, as well as

3    whatever you know about the investigation overall, taking those

4    things and putting them aside and putting whatever feelings you

5    have about those things aside and judging this case based only

6    on the evidence that's introduced in this courtroom and the law

7    as I instruct you?

8              A PROSPECTIVE JUROR:  Yes, I can do that.

9              THE COURT:  All right.  Very well.  I think, as I

10   recall, you are retired.  Is that correct?

11             A PROSPECTIVE JUROR:  That's correct.

12             THE COURT:  Tell us, what was the furthest you went in

13   school?

14             A PROSPECTIVE JUROR:  I have a master's degree in

15   history.

16             THE COURT:  In history?

17             A PROSPECTIVE JUROR:  Yes.

18             THE COURT:  All right.  And what was your

19   undergraduate degree in?

20             A PROSPECTIVE JUROR:  In history as well.

21             THE COURT:  Tell us a little bit about, before you

22   retired, what your career was like.

23             A PROSPECTIVE JUROR:  Yeah.  Well, I started off as a

24   civics teacher in Boston, and then later I went to Atlanta.  I

25   have toured at a historically black college, Morris Brown

```
 1    College, and then later for about, I think, 28 years, I taught
 2    at a community college and I taught American history.
 3              THE COURT:  American history?
 4              A PROSPECTIVE JUROR:  Yes.
 5              THE COURT:  Fantastic.  All right.  Ma'am, we are
 6    going to excuse you.  What I am going to have you do is I am
 7    going to have everybody come back.  I can't excuse her for the
 8    day because I am going to have to run through the instructions
 9    again.  So, ma'am, we are going to put you back in
10    Courtroom 14.  It won't be long before we excuse you for the
11    day.  Thank you very much for being here.
12              (Prospective juror exited the courtroom.)
13              (Prospective juror entered the courtroom.)
14              A PROSPECTIVE JUROR:  Hi.
15              THE COURT:  Hi.  Could you state your juror number,
16    please.
17              A PROSPECTIVE JUROR:  0371.
18              THE COURT:  Fantastic.  Ma'am, let me start.  You said
19    yes to the catchall question.
20              A PROSPECTIVE JUROR:  Yes.
21              THE COURT:  So tell me what led you to do that.
22              A PROSPECTIVE JUROR:  I am a single mother and need to
23    take care of my baby.  She's 16 months, and I don't have child
24    care.
25              THE COURT:  You don't have any child care?
```

1          A PROSPECTIVE JUROR:  No.  I mean, I have for certain

2    hours, but not --

3          THE COURT:  Right.

4          A PROSPECTIVE JUROR:  Like I had to get a special

5    babysitter early in the morning.

6          THE COURT:  There's no arrangement you can make that

7    you can have somebody else?

8          A PROSPECTIVE JUROR:  Not that I can think of offhand.

9    It would take some strategic planning to come through with

10   something.

11         THE COURT:  But it would be starting tomorrow, so

12   nothing you know of --

13         A PROSPECTIVE JUROR:  Not urgently.  I would need more

14   planning.

15         THE COURT:  All right.  Any objection to excusing this

16   witness for cause?

17         MS. MIRELL:  No, Your Honor.

18         MR. DAVIS:  No objection.

19         THE COURT:  All right.  Ma'am, thank you for being

20   down here the whole day, and thank you for reporting for

21   service.

22         A PROSPECTIVE JUROR:  Okay.  Thanks.

23         THE COURT:  You will be excused through the jury

24   office.

25              (Prospective exited juror the courtroom.)

```
 1              (Prospective juror entered the courtroom.)

 2              THE COURT:  All right.  Good afternoon, sir.

 3              A PROSPECTIVE JUROR:  Good afternoon.

 4              THE COURT:  Can you -- thank you.  And state your

 5    juror number please, sir.

 6              A PROSPECTIVE JUROR:  0220.

 7              THE COURT:  Fantastic.  All right, sir.  The only

 8    question you indicated was that you had seen video of what

 9    happened at the Capitol on January 6, 2021.  Can you describe a

10    little bit about what you remember about that video?

11              A PROSPECTIVE JUROR:  It was basically the initial

12    reporting of it when it first occurred, and that was the only

13    thing I saw.

14              THE COURT:  Okay.  Do you recall any video of a police

15    officer ascending a set of stairs and individuals following up

16    that stairs?

17              A PROSPECTIVE JUROR:  No, sir.

18              THE COURT:  Okay.  Listen, whatever you have then seen

19    in terms of the reporting about what happened that day, is

20    there any reason to think you can't just set that aside and

21    whatever feelings you have about that aside and serve as a

22    juror in this case and obey my instruction which will be to

23    just consider the evidence that's admitted in the case and the

24    law as I instruct you and nothing else?

25              A PROSPECTIVE JUROR:  Yes, sir.
```

```
1              THE COURT:  All right.  Sir, what's the highest
2    education level -- how far did you go in school?
3              A PROSPECTIVE JUROR:  Ph.D.
4              THE COURT:  A Ph.D. in what?
5              A PROSPECTIVE JUROR:  Education.
6              THE COURT:  Education.  And what was your
7    undergraduate degree in?
8              A PROSPECTIVE JUROR:  History.
9              THE COURT:  Any other degrees I'm missing?
10             A PROSPECTIVE JUROR:  Master's in secondary education.
11             THE COURT:  In secondary education?
12             A PROSPECTIVE JUROR:  English, yes.
13             THE COURT:  And how long -- tell us, what do you do
14   now for a living?
15             A PROSPECTIVE JUROR:  I am a teacher.
16             THE COURT:  What do you teach?
17             A PROSPECTIVE JUROR:  English, ninth grade.
18             THE COURT:  And can you give us a sense of, after
19   completing your Ph.D., sort of what jobs you have held between
20   then and your job now?
21             A PROSPECTIVE JUROR:  Yes.  I have held principal
22   positions, vice principal, dean of students, curriculum
23   developer.
24             THE COURT:  And all in what level of education?
25             A PROSPECTIVE JUROR:  High school, all in high school.
```

1          THE COURT:  All right.  Sir, we are going to put you

2    back in Courtroom 14, and hopefully we are going to let you go

3    soon for the day.  And you are going to have to come back

4    tomorrow when we conclude this process.  But for now, if you

5    can go back to Courtroom 14, we will continue -- we will

6    release you hopefully relatively soon for the day.

7          A PROSPECTIVE JUROR:  Thank you, sir.

8          THE COURT:  Thank you very much.

9          (Prospective juror exited the courtroom.)

10          (Prospective juror entered the courtroom.)

11          THE COURT:  Can you remove your mask and state your

12    juror number, please.

13          A PROSPECTIVE JUROR:  0900.

14          THE COURT:  All right.  Thank you.

15          And, ma'am, you indicated that you have an extreme

16    hardship if you were to be picked on the jury.  What's that

17    extreme hardship?

18          A PROSPECTIVE JUROR:  My work.  I work for a small

19    business, and so it's kind of nobody really covering stuff and

20    a lot of pressure from my boss basically.  But the word

21    extreme, I don't know.

22          THE COURT:  I think a lot of times I have people who

23    come in and say like if I don't, you know, I have nowhere to

24    put my kid for child care or, literally, if I don't work, I

25    don't get paid and I'm about to be kicked out of my apartment

1     or things like that.

2           But, you know, I think obviously a lot of folks who

3     show up here have work pressures.  Unless it's something really

4     unusual, I don't think it's anything I can release you,

5     especially when we are talking about basically four more days

6     of service.

7           A PROSPECTIVE JUROR:  Okay.

8           THE COURT:  So okay.  You also indicated you had

9     question No. 4 and -- well, actually, let me start with 6.  6

10    was you don't know that you can follow my instructions and be a

11    fair juror.

12          A PROSPECTIVE JUROR:  I think I may have misheard the

13    question.  Would you repeat it?

14          THE COURT:  Okay.  So let me -- I will have to learn

15    how to say this question better next time.

16          I will be instructing the jury that it can only

17    consider evidence that was properly admitted in this case and

18    the law as I instruct it and not anything jurors may have seen

19    or heard outside this courtroom about the events at the U.S.

20    Capitol on January 6, 2021.

21          Is there any reason you would be unable to set aside

22    whatever you may have seen or heard and whatever feelings and

23    opinions you may have about that, follow my instructions, and

24    be a fair juror in this case?

25          A PROSPECTIVE JUROR:  Yeah, I guess what I was

```
 1    thinking was with the previous two questions or maybe the

 2    previous one question which was like did you follow the events

 3    and all of that, I was thinking -- because I did have strong

 4    feelings about it and I did follow it at the time.  And so

 5    yeah, so I was thinking, maybe just to be on the safe side, to

 6    answer it that way because, yeah -- not that I wouldn't follow

 7    instructions, but that there could be feelings getting in the

 8    way.

 9              THE COURT:  Let's talk about that.  So the first thing

10    was video.  What video do you recall -- what images or video do

11    you recall seeing about that day?

12              A PROSPECTIVE JUROR:  So stuff that was just on the

13    news, a lot of that, but then also there was, I think it was, a

14    New York Times documentary that reconstructed it from different

15    angles.  That one made an impression on me more in detail.

16              THE COURT:  Okay.  And you also answered the

17    investigation question, that you had followed -- question 5,

18    that you had followed the investigation of the events.  Tell me

19    about what you followed in that regard.

20              A PROSPECTIVE JUROR:  Like, so basically just kind of

21    that video is an example that I just described.  Also looking

22    at how they were pursuing, you know, the other people who had

23    been prosecuted.

24              THE COURT:  I'm sorry, could you just -- either speak

25    up or move closer to the microphone.
```

 1          A PROSPECTIVE JUROR:  Yeah, just what's been covered

 2   on the news and online on Twitter and so on and social media

 3   and so on.  I think more so in the -- maybe less so over the

 4   last few months, but in the beginning, a lot more I was

 5   following it.

 6          THE COURT:  Okay.  So, I mean, that really does -- as

 7   far as the video goes, let me ask this.  Do you recall seeing a

 8   sort of scene where a police officer was ascending a set of

 9   stairs?

10          A PROSPECTIVE JUROR:  Yes.  For sure.  Definitely.

11          THE COURT:  So let me just ask this question then,

12   which is really question 6.  You know, we all have feelings --

13   many people have, let's put the that way, feelings about what

14   happened on that day in various degrees and may have different

15   emotions and opinions about what happened.

16          The question is whether you can do your job as a

17   citizen and as a juror and take those things and whatever

18   you've seen and whatever you feel about it, and obviously,

19   there were a lot of people there, you know, as you have seen

20   and doing a lot of different things, and take those things, put

21   them aside, and say, okay, I am going to judge this case on

22   only the evidence that's been admitted here and the law that

23   you are instructed about and nothing else and be able to be a

24   fair juror in evaluating that.  Do you think you can do that?

25          A PROSPECTIVE JUROR:  I hope so, but I guess my

```
1    reservation would be, when you say people doing different

2    things, like, so people -- could you explain.

3            THE COURT:  Well, all I meant to say is there were

4    many -- all I meant to say is this case is about one

5    individual.

6            A PROSPECTIVE JUROR:  Right.

7            THE COURT:  So obviously, if you have seen video about

8    what happened that day, there were many people doing --

9            A PROSPECTIVE JUROR:  Somebody doing something else.

10           THE COURT:  Right.  And my point is, all you have to

11   do is set all that aside and judge this defendant -- first of

12   all, whether the government has proven beyond a reasonable

13   doubt that this defendant committed a crime in whatever he did

14   that day.  Do you think you can do that.

15           A PROSPECTIVE JUROR:  (Nodding head.)

16           THE COURT:  That's all my instructions require you to

17   do.

18           A PROSPECTIVE JUROR:  Yeah.

19           THE COURT:  All right.  You also -- maybe I know this,

20   but you also answered yes for question No. 8, which is the

21   witnesses.  Which witness do you recall?

22           A PROSPECTIVE JUROR:  I think the name of the officer

23   that was at the scene you just described with the stairs where

24   he was leading them away, was that --

25           THE COURT:  Officer Goodman.
```

```
 1              A PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  You recognize his name just from the news

 3     reports?

 4              A PROSPECTIVE JUROR:  Yes.

 5              THE COURT:  You don't know him personally?

 6              A PROSPECTIVE JUROR:  No.

 7              THE COURT:  All right.  Ma'am, what do you do for a

 8     living?

 9              A PROSPECTIVE JUROR:  Photography and marketing for a

10     real estate broker.

11              THE COURT:  Again, I just -- I think I can hear you,

12     but --

13              You can't?

14              Okay.  A little bit louder, please.

15              A PROSPECTIVE JUROR:  I do photography and marketing

16     for a real estate broker, so real estate photography.

17              THE COURT:  What's the highest level of education you

18     have attained?

19              A PROSPECTIVE JUROR:  College.

20              THE COURT:  What was your degree in?

21              A PROSPECTIVE JUROR:  Comparative literature and

22     painting.

23              THE COURT:  Comparative literature and painting did

24     you say?

25              A PROSPECTIVE JUROR:  Uh-huh.
```

```
 1            THE COURT:  And tell me about, have there been any

 2   jobs you have done between graduating college and your current

 3   job?

 4            A PROSPECTIVE JUROR:  Yes.  I'm sorry.  Do you want me

 5   to --

 6            THE COURT:  Yeah, if you can just give us a quick

 7   idea.

 8            A PROSPECTIVE JUROR:  So I worked in some labs like

 9   for science labs.  I worked in a library for -- that was

10   probably the most significant, like, library on campus.

11            THE COURT:  A library?

12            A PROSPECTIVE JUROR:  Yeah, like academic library in

13   the university.

14            THE COURT:  Doing what?

15            A PROSPECTIVE JUROR:  Helping professors with their

16   course reserves, stuff like that, library stuff.

17            THE COURT:  Any follow-up or objection?

18            Seeing none, ma'am, I am going to ask you to go back

19   to Courtroom 14.  We are going to get you out of here soon

20   today.  But if you go back there, we are going to continue our

21   process.

22            A PROSPECTIVE JUROR:  Thank you.

23            THE COURT:  Thank you very much for being here.

24            (Prospective juror exited the courtroom.)

25            (Prospective juror entered the courtroom.)
```

1          THE COURT:  Ma'am, if you could take your mask off and

2     also state your juror number, please.

3          A PROSPECTIVE JUROR:  0834.

4          THE COURT:  Thank you for hanging in there all day.  I

5     appreciate it.

6          You answered, ma'am, questions 3 and 4 affirmatively.

7     Those were the have you seen video of January 6 and have you

8     been following the investigation of January 6.

9          So tell us a little bit about what kind of video you

10    recall seeing about what happened that day.

11         A PROSPECTIVE JUROR:  Just standard stuff on the news,

12    whatever was being shown.  I just remember, you know, hearing

13    about it.  I work across the street at the Department of Labor,

14    so we saw it in the office too.

15         THE COURT:  Okay.  You work across the street at the

16    Department of Labor?

17         A PROSPECTIVE JUROR:  Correct.

18         THE COURT:  So nearby to the events that day?

19         A PROSPECTIVE JUROR:  Uh-huh.

20         THE COURT:  Well, tell us, were you in the -- were you

21    at work in the Department of Labor that day?

22         A PROSPECTIVE JUROR:  I wasn't.  I was at home.

23         THE COURT:  Okay.  So as far as the events of that day

24    go, it didn't affect you any differently than anybody who would

25    have seen it on TV?

 1              A PROSPECTIVE JUROR:  Correct.

 2              THE COURT:  All right.  That's number one.

 3         And as far as the investigation goes, the next

 4    question, question 4, what do you recall seeing on the news

 5    about the investigation?

 6              A PROSPECTIVE JUROR:  I remember I think you guys

 7    mentioned the gentleman Eugene, he got an award or something

 8    like that.  I don't follow the case or news or -- but I do

 9    remember seeing something about --

10              THE COURT:  Okay.  Is that why you checked question 8,

11    because you remember hearing Officer Goodman's name?

12              A PROSPECTIVE JUROR:  Uh-huh.

13              THE COURT:  Well, you know, the question, the ultimate

14    question, about all of that is, first of all, you don't know

15    Officer Goodman personally?

16              A PROSPECTIVE JUROR:  Not at all, no.

17              THE COURT:  The question about whether we are talking

18    about video you have seen of that day or anything about the

19    investigation of the events of that day, and this was one of

20    the questions, but any reason you can't follow my instructions

21    to put all that aside and whatever feelings you have about that

22    aside and judge this case based on only the evidence that's

23    admitted here and the law as I instruct you?

24              A PROSPECTIVE JUROR:  I can do that.

25              THE COURT:  All right.  Ma'am, you said -- well, what

1    do you do for a living?

2            A PROSPECTIVE JUROR:  I am a human resources

3    specialist.

4            THE COURT:  Say it again.

5            A PROSPECTIVE JUROR:  Human resources specialist.

6            THE COURT:  What's the highest level of schooling you

7    did?

8            A PROSPECTIVE JUROR:  I have my master's degree.

9            THE COURT:  In what?

10           A PROSPECTIVE JUROR:  Museum resources.

11           THE COURT:  What did you get your undergraduate degree

12   in?

13           A PROSPECTIVE JUROR:  Marketing and business

14   management.

15           THE COURT:  Tell us, just give us a quick overview of

16   before -- post college but before you have the job you are in

17   now, what kind of jobs you have done.

18           A PROSPECTIVE JUROR:  Oh, I worked in banking and

19   finance for Bank of America for a while, and then I have been

20   with the federal government since then.

21           THE COURT:  Okay.  All doing human resources type

22   things?

23           A PROSPECTIVE JUROR:  Uh-huh.

24           THE COURT:  Is that a yes?

25           A PROSPECTIVE JUROR:  Yes, sorry.

1          THE COURT:  That's all right.  All right.  Very well.

2    We will go ahead and have you go back to Courtroom 14.  We are

3    going to be able to let you go soon hopefully, but we are going

4    to continue on our process and have this chat with other folks.

5          Thank you very much for being here, as I said.

6          A PROSPECTIVE JUROR:  Thank you.

7          (Prospective juror exited the courtroom.)

8          (Prospective juror entered the courtroom.)

9          THE COURT:  All right, sir.  Thank you very much for

10   hanging in with us here today.  If you can state your juror

11   number for the record.

12         A PROSPECTIVE JUROR:  0567.

13         THE COURT:  All right, sir.  Let's see.  You have

14   checked quite a few -- you wrote down quite a few questions.

15   The last one was 21, the catchall question.  So let me go ahead

16   and ask you, what is your -- what's the reason you think --

17   that I didn't ask that might interfere with your ability to

18   serve as a juror?

19         A PROSPECTIVE JUROR:  Well, I watched the news

20   coverage extensively of the attack on the Capitol Building, and

21   I can't say I have ever quite gotten over it.  I mean, it's

22   still a very disturbing moment in our history and for our

23   country, our government, and I really dreaded the fact that

24   this -- that I would be summoned to do one of these cases,

25   because I am not -- I'm not really sure I can do it.  Probably

```
 1    could be part, you know, objective.  I think so, but I just

 2    don't know.  It's very disturbing to me so...

 3              THE COURT:  I'm sorry.  I need you to be able to speak

 4    into the microphone so we can capture everything you say.

 5              A PROSPECTIVE JUROR:  I think I can be objective and

 6    just focus on the evidence presented, but, I mean, it was a

 7    very disturbing event for me.  And at the time, I was working

 8    at St. John's Lafayette Square Church, which is kind of right

 9    in the middle of a lot of things that were happening around

10    that time.  And I was just very, very close to a lot of things

11    that -- and a lot of people that were involved.

12              THE COURT:  Well, talk about that.  You don't have to

13    obviously -- don't name their names, but you're communicating

14    to us that this affected you very personally and deeply, at

15    least that's my perception, so tell us why.

16              A PROSPECTIVE JUROR:  I probably was not accurate when

17    I said I knew a lot of people involved that day in the

18    incident.  I knew -- a good friend of mine is a Reuters

19    cameraman who was down in the middle of all that.  But I have

20    to be honest, I'm a die hard liberal and I didn't have much

21    positive to say about the current administration and all that

22    led up to that day.

23              THE COURT:  One of the things our system, though,

24    requires of everyone, right, is that they serve as jurors.  And

25    people have all sorts of political views about this, or that,
```

```
 1   or the other thing, but we put those aside.  We try to, right?
 2   We put those aside and come into a court of law like this and
 3   figure out ways to say, okay, I have this feeling or that
 4   feeling, but I am only going to judge the case on the evidence,
 5   the evidence in this courtroom and whether the government has
 6   met its burden.  That's a thing that we can all get behind,
 7   isn't it?
 8            A PROSPECTIVE JUROR:  Yes.  I believe that I could be
 9   objective.  I believe that I could.  I have my doubts because
10   it's a very -- it's still a very kind of raw, emotional thing
11   for me.  Having lived in Washington since 1985 and been very
12   involved in the political process and all, I think that I
13   could, but I do have my doubts, which is why I put 21 there.
14            THE COURT:  Is that why you checked -- you also
15   checked box 6, which was the question about whether you can put
16   these things aside.  It's the same reason then, I guess, is
17   what you are saying?
18            A PROSPECTIVE JUROR:  Yes.
19            THE COURT:  You had checked box 6 as well as box 21.
20            A PROSPECTIVE JUROR:  Yes.  I mean, I have been on
21   juries before and actually was foreman on a trial jury once.
22   And I think that I am really good about putting all that aside
23   and just focusing on the evidence at hand.  And I think that I
24   could, but I have to say, I do have my doubts.
25            Just the way -- you know, the very first thing that
```

1    you said today was that the defendant was accused of having a

2    knife in the Capitol Building.  And, you know, I mean, I'm like

3    I don't know.  I suppose I could listen to the evidence and be

4    impartial.  I think so.  But I do have my doubts.

5            THE COURT:  All right.  Let me ask counsel to pick up

6    the phones.

7            (The following was heard sidebar.)

8            THE COURT:  All right.  I do have, Ms. Mirell, just

9    to -- both of you, he checked off, you know, he checked off 6

10   as well as 21 as well as 13, which was the difficulty accepting

11   innocent until proven guilty.  Just observing him, I think he

12   does appear to be pretty still shaken up over what happened.

13   And as much as I don't want to, it's my inclination to excuse

14   him.

15           MS. MIRELL:  No objection.

16           THE COURT:  Very well.

17           (The following was heard in open court.)

18           THE COURT:  All right, sir.  We are going to excuse

19   you for cause.  Thank you very much for coming down and being

20   willing to serve.  And you will go out through the -- you have

21   to go back to the jury office and then be excused.

22           A PROSPECTIVE JUROR:  Okay.

23           THE COURT:  Thank you.

24           A PROSPECTIVE JUROR:  Thank you.

25           (Prospective juror exited the courtroom.)

```
 1                (Prospective juror entered the courtroom.)

 2                A PROSPECTIVE JUROR:  Hello.

 3                THE COURT:  All right, ma'am.  Thank you so much for

 4    hanging in with us here today.

 5                A PROSPECTIVE JUROR:  Of course.

 6                THE COURT:  If you can remove your mask and state your

 7    juror number for the record.

 8                A PROSPECTIVE JUROR:  0178.

 9                THE COURT:  Perfect.  All right.  Let's start, you

10    indicated with question 1 that you knew or heard of Mr. Jensen.

11                A PROSPECTIVE JUROR:  Yes.

12                THE COURT:  Tell us what you know or have heard.

13                A PROSPECTIVE JUROR:  I have seen news coverage of the

14    case.

15                THE COURT:  Of this case?

16                A PROSPECTIVE JUROR:  Yes.

17                THE COURT:  Where did you see that news coverage?

18                A PROSPECTIVE JUROR:  When I was looking on the

19    internet when I was curious what trials were up this week when

20    I was first called for the special trial.

21                THE COURT:  Okay.  What information did you hear or

22    see about it?

23                A PROSPECTIVE JUROR:  I don't exactly remember

24    everything.  I do remember seeing that there were purported

25    pictures of him at the U.S. Capitol.
```

```
 1          THE COURT:  Okay.  So do you think -- other than there
 2    were purported pictures, I also gave you a description of the
 3    case, right, right when you came in and said, here, you know,
 4    is what the case is about, et cetera.
 5          A PROSPECTIVE JUROR:  Yes.
 6          THE COURT:  Do you think you learned -- I mean, other
 7    than your idea that there were purported pictures, the pictures
 8    that might be part of the evidence --
 9          A PROSPECTIVE JUROR:  Yes.
10          THE COURT:  -- other than what I laid out in my
11    question in the beginning, do you recall learning anything
12    more?
13          A PROSPECTIVE JUROR:  Not much more that I remember.
14          THE COURT:  Okay.  Well --
15          A PROSPECTIVE JUROR:  I just remember there were
16    pictures, and that was enough of a flag for me that I thought
17    it would be worth saying something.
18          THE COURT:  Okay.  No, no, no, definitely it's worth
19    saying something.  What I am trying -- when you say not much
20    more, what I am trying to figure out is what is the delta?
21    What else, other than what I laid out in that opening -- in my
22    question and then you saying --
23          A PROSPECTIVE JUROR:  Not much more beyond that.
24          THE COURT:  Do you know anything more?
25          A PROSPECTIVE JUROR:  I can't remember.
```

```
 1              THE COURT:  Can't remember.  Okay.  All right.  That's
 2     number one.
 3              Question No. 3, do you, a member of your immediate
 4     family, or a close personal friend live or work near the
 5     Capitol or have any special familiarity with it?
 6              A PROSPECTIVE JUROR:  Yes.  I live half a mile from
 7     the Capitol.
 8              THE COURT:  Half a mile, okay.  Okay.
 9              A PROSPECTIVE JUROR:  I walk by there all the time.  I
10     was there yesterday.
11              THE COURT:  Okay.  You walk by the Capitol all the
12     time?
13              A PROSPECTIVE JUROR:  (Nodding head.)
14              THE COURT:  All right.  What about on January 6, 2021,
15     were you anywhere near the Capitol that day?
16              A PROSPECTIVE JUROR:  I was in my apartment building
17     scared to go outside.
18              THE COURT:  In your apartment building.  All right.
19              Were you working from home at that time?
20              A PROSPECTIVE JUROR:  Yes, I was working from home.
21              THE COURT:  And what did you see, or was there
22     anything -- obviously you saw things on television or on the
23     internet.
24              A PROSPECTIVE JUROR:  Yes.
25              THE COURT:  Did you see or hear anything sort of
```

1    directly, that is with your own eyes, about that day?

2           A PROSPECTIVE JUROR:  No, because I look at a

3    courtyard.

4           THE COURT:  If you could just either move yourself

5    forward or move the mic closer.  Maybe it's our problem, but I

6    know we need to be able to hear you.

7           A PROSPECTIVE JUROR:  That doesn't move.

8           THE COURT:  No.  Will the microphone move closer to

9    you?

10          A PROSPECTIVE JUROR:  Is that better?

11          THE COURT:  That's better, much better, actually.

12          So go ahead.  No, because?

13          A PROSPECTIVE JUROR:  I don't have a view outside, but

14   I was too scared to go outside and leave my apartment.

15          THE COURT:  Okay.  Have you checked question 4, have

16   you watched any video of what happened at the U.S. Capitol.

17          Well, let me ask counsel to pick up the phone again.

18          (The following was heard sidebar.)

19          THE COURT:  I am trying to save time here, but whether

20   I should go through the rest of the questioning, she seemed

21   very -- she's seen the news coverage; although, I don't think

22   she's picked up anything.  Doesn't sound like she's picked up

23   anything one way or the other.

24          But then second, talking about being that scared to go

25   out of her apartment, sort of I am on the fence about whether I

1    should continue.  Ms. Mirell?

2         MS. MIRELL:  I think we should ask her if she can be

3    fair and impartial.  I don't think she has any knowledge other

4    than what's already been said in this courtroom.

5         (The following was heard in open court.)

6         THE COURT:  All right.  So before we go on to some of

7    the other questions about what video you might have seen and

8    whatnot, so as you said you were half a mile away that day and

9    were scared to leave your apartment?

10        A PROSPECTIVE JUROR:  Uh-huh.

11        THE COURT:  Despite that, do you have any concern

12   about whether you could set that aside and judge this case

13   based only on the evidence that's admitted in this courtroom

14   and the law as I instruct you --

15        A PROSPECTIVE JUROR:  Yes.

16        THE COURT:  -- and do your duty as a juror?

17        A PROSPECTIVE JUROR:  Yes.

18        THE COURT:  All right.  Now, let's talk about video,

19   what you have seen, what you saw about what happened that day.

20   Can you -- I know this is hard to do in the sense that you

21   might have seen a lot of different things.

22        A PROSPECTIVE JUROR:  Yes.

23        THE COURT:  But can you give us kind of an overview of

24   what you recall seeing, not just that day, but since then about

25   what happened that day?

 1              A PROSPECTIVE JUROR:  I have watched the vast majority

 2    of the January 6 commission cases, trials, hearings, hearings

 3    done by the U.S. House of Representatives, watching all of the

 4    footage for that footage of people inside the Capitol, footage

 5    of people around the Capitol, of people going by the west

 6    front, the east front, as well as people inside.

 7              THE COURT:  Okay.  Do you have any memory of seeing a

 8    scene where a Capitol Police officer is ascending a set of

 9    stairs?

10              A PROSPECTIVE JUROR:  Yes.

11              THE COURT:  All right.  Again, I guess then that

12    covers questions 4 and 5.  Despite what you have seen as far as

13    video goes and despite what you have seen, heard or seen about

14    the investigation into what happened that day, again, my

15    instruction to you is going to be, none of that matters and,

16    frankly, none of your opinions or feelings about that matter

17    for purposes of being a juror.

18              A PROSPECTIVE JUROR:  Yes.

19              THE COURT:  And so the question is, can you set aside

20    whatever feelings you might have, whatever you have seen,

21    whatever you have heard about all of that, and judge this case

22    only on the evidence in this case and whether the government

23    has met its burden of showing that this defendant committed a

24    crime, basically only to consider the evidence and the law as I

25    instruct you?

```
 1                 A PROSPECTIVE JUROR:  Yes.

 2                 THE COURT:  All right.  You also checked box -- or you

 3      checked question 8.  And I assume, is that because you have

 4      heard of Officer Goodman?

 5                 A PROSPECTIVE JUROR:  Yes.

 6                 THE COURT:  So we have sort of already covered that

 7      you don't know Officer Goodman personally.

 8                 A PROSPECTIVE JUROR:  No, but I know the image.  I

 9      have seen that multiple times.

10                 THE COURT:  All right.  Question 9, someone close to

11      you to is associated with law enforcement.

12                 A PROSPECTIVE JUROR:  Yes, Department of Justice.

13                 THE COURT:  Who is that person?

14                 A PROSPECTIVE JUROR:  My husband.

15                 THE COURT:  Your?

16                 A PROSPECTIVE JUROR:  My husband.

17                 THE COURT:  Your husband.  Okay.  Can you in general

18      tell us what your husband does.

19                 A PROSPECTIVE JUROR:  He's a political appointee at

20      the Department of Justice.

21                 THE COURT:  Does he work, if you know, on sort of

22      criminal matters or civil matters?

23                 A PROSPECTIVE JUROR:  Neither.

24                 THE COURT:  Neither.  Okay.  All right.  Well, can you

25      tell us a little bit more about what he does then?
```

 1              A PROSPECTIVE JUROR:  I would prefer not to.

 2              THE COURT:  Well, I mean --

 3              A PROSPECTIVE JUROR:  I guess you could say policy.

 4              THE COURT:  Okay.  Perfect.  Perfect.  Okay.  Do you

 5     discuss his work with him?

 6              A PROSPECTIVE JUROR:  Yes.

 7              THE COURT:  And is there anything -- well, do you know

 8     whether he's had any, whether you want to call it policy or

 9     what, whether he has had any role in any of these January 6

10     prosecutions?

11              A PROSPECTIVE JUROR:  I don't believe so.

12              THE COURT:  Okay.  You --

13              A PROSPECTIVE JUROR:  But I do not know, and I don't

14     believe so.

15              THE COURT:  You don't believe so.  And you have never

16     certainly never discussed that with him?

17              A PROSPECTIVE JUROR:  Correct.

18              THE COURT:  All right.  Is there anything -- so any

19     other person covered by question 9, someone close to you in law

20     enforcement?

21              A PROSPECTIVE JUROR:  No.

22              THE COURT:  Okay.  Anything about your -- what sorts

23     of things do you talk to your husband about about his job?

24              A PROSPECTIVE JUROR:  Mundane stuff about day-to-day

25     job things.

1          THE COURT:  Anything about your relationship with him

2    that makes you question whether you can be a fair juror in this

3    case?

4          A PROSPECTIVE JUROR:  Probably not, other than I know

5    he has many colleagues at DOJ who are smart, capable people who

6    I trust who are not exactly involved in this case.

7          THE COURT:  Who are not involved in this case?

8          A PROSPECTIVE JUROR:  Who are not involved, correct.

9          THE COURT:  Despite your knowledge of those people and

10   what you just laid out, you won't have any problem, again,

11   considering only the evidence and the law in this case and not

12   your opinion about anybody else who works at the Department of

13   Justice?

14         A PROSPECTIVE JUROR:  Correct.

15         THE COURT:  All right.  You have also got question

16   No. 10 checked, someone who's gone to law school.  Is that your

17   husband again?

18         A PROSPECTIVE JUROR:  Yes.

19         THE COURT:  Nobody else?

20         A PROSPECTIVE JUROR:  No.

21         THE COURT:  Okay.  And you said yes to question 11,

22   whether someone close to you has been investigated for,

23   arrested for, charged with, or convicted of a crime or been a

24   victim or witness.  Who is that?

25         A PROSPECTIVE JUROR:  I had my phone stolen.

```
 1              THE COURT:  So it's you?

 2              A PROSPECTIVE JUROR:  Yes.

 3              THE COURT:  All right.  Anything about that event lead

 4    you to think you can't be a fair juror in this case?

 5              A PROSPECTIVE JUROR:  No.

 6              THE COURT:  All right.  Tell me what you do for a

 7    living.

 8              A PROSPECTIVE JUROR:  I work in public affairs at a

 9    consulting firm.

10              THE COURT:  Okay.  Do you -- what kinds of issues do

11    you work on?

12              A PROSPECTIVE JUROR:  Cybersecurity, technology,

13    everything is -- we do a lot of work with Capitol Hill and

14    members of Congress and congressional staff.

15              THE COURT:  Okay.  So does your job take you up to

16    Capitol Hill often?

17              A PROSPECTIVE JUROR:  Yes.

18              THE COURT:  Okay.  Anything about that -- so were any

19    of the people that you have -- were any of the people you know

20    through your work, were they there on January 6?

21              A PROSPECTIVE JUROR:  Yes.

22              THE COURT:  Okay.  And, I guess, how -- put it this

23    way.  The experience they had that day, are you close enough to

24    them to have them have that -- have they expressed what they

25    went through that day to you?
```

```
 1                    A PROSPECTIVE JUROR:  Yes.

 2                    THE COURT:  And are they -- how close are you to those

 3          folks?

 4                    A PROSPECTIVE JUROR:  Not that close.  Close enough to

 5          know it was a traumatic experience.

 6                    THE COURT:  Okay.  Well, does having those folks

 7          express that, in your words, traumatic experience to you make

 8          you question whether you can be a fair juror in this case?

 9                    A PROSPECTIVE JUROR:  No.  I will still listen to the

10          facts and the evidence presented to me.

11                    THE COURT:  How long have you had your current job

12          for?

13                    A PROSPECTIVE JUROR:  Almost five years.

14                    THE COURT:  How far did you go in school?

15                    A PROSPECTIVE JUROR:  I have a master's degree.

16                    THE COURT:  A master's?

17                    A PROSPECTIVE JUROR:  Yes.

18                    THE COURT:  In what?

19                    A PROSPECTIVE JUROR:  International affairs.

20                    THE COURT:  What was your undergraduate degree in?

21                    A PROSPECTIVE JUROR:  International affairs.

22                    THE COURT:  Have you had any other jobs after you got

23          your master's degree?

24                    A PROSPECTIVE JUROR:  Yes -- or after -- well, I have

25          had other jobs than my current job, yes.
```

1          THE COURT:  Can you give us a sense of what those jobs

2     were?

3          A PROSPECTIVE JUROR:  I worked in public affairs at

4     the Pentagon, and I worked in political polling and consulting.

5          THE COURT:  I'm sorry, what was the last thing?

6          A PROSPECTIVE JUROR:  Political polling and

7     consulting.

8          THE COURT:  All right.  Any follow-up questions from

9     either side?

10          (The following was heard sidebar.)

11          MR. DAVIS:  Your Honor, I have some concerns given her

12     extensive exposure to January 6, her own research and

13     curiosity.  She has a wealth of knowledge of the committee

14     hearings and videos on the internet and the news.  And then you

15     add in there that she lives near the Capitol and she was

16     fearful on January 6 and she has friends that -- the trauma of

17     January 6.  I just have concerns.

18          Despite the fact she says she can be fair and

19     impartial, I would like to ask her if she said she watched so

20     much that she is familiar with the man who had a Q T-shirt on

21     and ask her if she formed any conclusions about that man.  And

22     then if she says -- and then just ask her if she can set aside

23     any conclusions that she may have formed.  I would like to

24     flesh it out a little bit more.  She's very exposed -- she's

25     already seen the trial.  We are on video here.

1          THE COURT:  It seems reasonable to me to ask those

2    questions.  Just to follow up on what you said, she does seem

3    to have a deep knowledge of it, and I should have asked her if

4    she's formed any -- if she did not, interestingly -- well, now

5    she did, actually, okay -- and ask her whether she has formed

6    and opinion about him given her extensive knowledge.

7          But if she says no, I don't think I am in a place

8    where I think -- you know, you may, again, want to excuse her.

9    You may want to strike her.  But I don't think we are there

10   where -- because she's very adamant that she can set that aside

11   and be fair.  And looking at her, I don't question that.

12         Anything from the government?

13         MS. MIRELL:  No.  We have no objection to Mr. Davis's

14   follow-up question, but we also don't think there's a cause

15   strike.

16         THE COURT:  I agree.  Okay.

17         (The following was heard in open court.)

18         THE COURT:  Ma'am, let me follow up with you about one

19   thing.

20         A PROSPECTIVE JUROR:  Please.

21         THE COURT:  You have done a lot of -- you have seen a

22   lot of video.  You have seen a lot of the investigation.  You

23   followed this, it sounds like, reasonably close.  Are you --

24   there have been -- I asked you before about an officer

25   ascending the stairs, and you said you were familiar with that

```
 1    image.
 2            Are you familiar with someone who was wearing a QAnon
 3    T-shirt that day, a particular person at the Capitol who was
 4    wearing a QAnon T-shirt?  Is that a thing you remember or have
 5    any knowledge of?
 6            A PROSPECTIVE JUROR:  No.
 7            THE COURT:  Ms. Mirell?
 8            (The following was heard sidebar.)
 9            MS. MIRELL:  Just as a follow-up, can you confirm that
10    she's able to stay off the internet and not further expose
11    herself to any additional news coverage?
12            THE COURT:  I think that's a good idea.
13            (The following was heard in open court.)
14            THE COURT:  All right.  Let me ask this.  If you are
15    selected as a juror, you are going to have to be able to follow
16    a lot of my instructions.  As I mentioned, one of them, I have
17    mentioned about what they would be in terms of what you must
18    consider and not.  The other one would be that you are going to
19    have to stay off the internet and you are going to have to stay
20    off basically anything about the news while you are a juror.
21    And, frankly, I am going to give you this instruction tonight
22    when you come back that you not do any of your own research,
23    that you not listen to the news or watch the news, or all the
24    rest because it's important that the verdict in this case,
25    whatever it may be, is based on only the evidence in this
```

1    courtroom and not anything else.  So can you follow that

2    instruction?

3           A PROSPECTIVE JUROR:  Yes, except for what happens in

4    the course of doing my job.  I get -- I have to read through

5    news alerts for things as part of my job.  I have to be on

6    Twitter as part of my job.  And I don't know -- I can't not

7    do -- I can't not be on the internet for my job.  And I don't

8    know how to screen things so what I shouldn't see isn't on

9    there, if that makes sense.

10          THE COURT:  Yes, I suppose it does.  You are saying,

11   even if you were selected as a juror, you would have to be

12   looking at news sites and on Twitter and all that in the hours

13   in which you would not be able to be -- in the hours, you know,

14   overnight hours.

15          A PROSPECTIVE JUROR:  When I'm back working from

16   8:00 to 10:00 every night, yes.

17          THE COURT:  Let me discuss that with the attorneys.

18          (The following was heard sidebar.)

19          MS. MIRELL:  I think we should ask her whether she's

20   able to avoid news about this case in particular going forward.

21          THE COURT:  It's a real -- it's a real -- I will ask

22   her the question, but you know, if she can't -- I mean, I don't

23   know how you really do that.  She's a bit dicey.

24          (The following was heard in open court.)

25          THE COURT:  Ma'am, I guess the question is, how are we

1   going to make sure, if you are selected as a juror, that you

2   wouldn't see coverage here?  Now, you can say, I guess, the

3   question is, when you say, I have to look at news alerts, I

4   don't know whether that's set to things that only you, you

5   know, that only you work on, for example, news that is relevant

6   to whatever you are working on.

7         If they are general news alerts that might pick up

8   coverage of this case, then that's a problem.  If it's

9   something that can be tailored to just your work, then it's

10  not.  Being on Twitter, I suppose the same thing.  If you

11  follow general news sources on Twitter, depending on what

12  those -- Washington news sources, you may well see this.

13        A PROSPECTIVE JUROR:  Yes.

14        THE COURT:  So is there no way around that, you think?

15        A PROSPECTIVE JUROR:  I don't know in order to do my

16  real job.  I would have to either not be on Twitter, which

17  is -- I work in public affairs.  That's my job.

18        THE COURT:  Right.

19        A PROSPECTIVE JUROR:  And I follow the reporters who

20  report on this, so I do not know.  I'm sorry.  I don't know

21  other than just not being on the internet, and then I can't do

22  my day job.

23        THE COURT:  I think -- I mean, I think I am going to

24  have to excuse her for cause.

25        You are saying you have to be on Twitter, you are

 1  following reporters who report on this case, and there's just

 2  no way to square that circle, that you wouldn't be able to

 3  avoid news coverage of it.  I think that's the reality.  So I

 4  am going to excuse you.  Thank you for coming down here.

 5          A PROSPECTIVE JUROR:  Thank you very much.

 6          (Prospective juror the courtroom.)

 7          THE COURT:  Good afternoon, sir.  Thank you for

 8  bearing with us and being around all day.  I'm sorry it's

 9  taking this long, but you know, some things are unavoidable.

10  But thank you for being here.

11          Can you state your juror number for the record,

12  please.

13          A PROSPECTIVE JUROR:  I'm sorry, what's that?

14          THE COURT:  Can you state your juror number?

15          A PROSPECTIVE JUROR:  0583.

16          THE COURT:  Fantastic.  So you have answered yes on

17  questions 4 and 11.  Let me go to 11 first.  Has someone close

18  to you been investigated for arrested or charged with or

19  convicted of a crime or a victim or witness?

20          A PROSPECTIVE JUROR:  Yes.

21          THE COURT:  Who is that person?

22          A PROSPECTIVE JUROR:  So on both sides of my family.

23  My sister-in-law ran drugs at one time, and my father was

24  assaulted at another time.  So both sides of the spectrum.

25          THE COURT:  So let's just take them really quick.

1    Your father was a victim of a crime, you said?

2            A PROSPECTIVE JUROR:  Yes.

3            THE COURT:  What kind of crime was that?

4            A PROSPECTIVE JUROR:  He was behind a store to get

5    boxes and=

6            THE COURT:  Sir, can you move the mic a little closer

7    to you.  We need to work on this because it's partly our

8    problem, that people can't get close enough.  Speak up a little

9    bit too.

10           A PROSPECTIVE JUROR:  Okay.  That's fine.  Better?

11           THE COURT:  Yes, much better.

12           A PROSPECTIVE JUROR:  So my father was looking for

13   boxes behind a store for moving stuff, and someone with a gun

14   held him up, hogtied him, and threw him into a dumpster.

15           THE COURT:  Okay.  So did he die as a result of this?

16           A PROSPECTIVE JUROR:  No, but he has since passed.

17           THE COURT:  All right.  And did the criminal justice

18   system -- was the person who did this eventually found?

19           A PROSPECTIVE JUROR:  Yes.

20           THE COURT:  And was there -- do you think as a victim

21   that the criminal justice system treated him fairly as a

22   victim?

23           A PROSPECTIVE JUROR:  The criminal justice system,

24   yes.

25           THE COURT:  Okay.  All right.  And let's turn then to

```
 1   the other side.  You said, who was the other person?
 2           A PROSPECTIVE JUROR:  Ex-sister-in-law.
 3           THE COURT:  Your ex-sister-in-law.  What about her?
 4           A PROSPECTIVE JUROR:  She ran drugs.
 5           THE COURT:  Okay.  Was she ever convicted of a crime
 6   connected to that?
 7           A PROSPECTIVE JUROR:  No.  It was all tangential
 8   through the trying to get custody of her children.
 9           THE COURT:  Okay.
10           A PROSPECTIVE JUROR:  So my brother actually won
11   custody of the children, but it was a long process.
12           THE COURT:  Okay.  But you said she ran drugs, I think
13   you said.
14           A PROSPECTIVE JUROR:  Yeah.
15           THE COURT:  Okay.  But she was never charged with a
16   crime that you know of in connection with that?
17           A PROSPECTIVE JUROR:  No, she was never -- it all came
18   up in the trial for the custody of the kids.
19           THE COURT:  I see.  I see.  All right.  Well, do
20   either of those -- having those two very different
21   relationships with those two very different people, any of that
22   make you question whether you can be a fair and impartial juror
23   in a case like this?
24           A PROSPECTIVE JUROR:  No.
25           THE COURT:  You also checked box 4, which is that you
```

1    had seen video or indicated yes on question 4 indicating that

2    you had seen video of what happened on January 6.  Can you just

3    describe what your memory is of that video that you have seen?

4            A PROSPECTIVE JUROR:  That was people scaling the wall

5    and some smoke grenades going off, and I think I saw the video

6    with the guy with the horns.  I'm sorry, I can't remember his

7    name.  Other of the other things that were in the news around

8    that time.

9            THE COURT:  Have you seen any video of a police

10   officer ascending a set of stairs and individuals then

11   following up those stairs?  Is that scene memorable to you?

12           A PROSPECTIVE JUROR:  I can't say for sure.

13           THE COURT:  Okay.  Well, whatever you have seen, the

14   question here is whether you can take what you have seen and

15   set it aside and whatever feelings you might have or opinions

16   about that, you can set them aside and only judge this case

17   based on the evidence that gets admitted and the law as I

18   instruct you.  Any problem doing that?

19           A PROSPECTIVE JUROR:  No, sir.

20           THE COURT:  All right, sir.  What do you do for a

21   living?

22           A PROSPECTIVE JUROR:  IT director.

23           THE COURT:  Okay.  And at what sort of -- you don't

24   have to name it, but what sort of institution, if I can ask it

25   that way?

```
1              A PROSPECTIVE JUROR:  Very liberal political slash --
2    it's a (c)4 (c)3, so it does education as well as --
3              THE COURT:  Okay.  What types of issues does it work
4    on?
5              A PROSPECTIVE JUROR:  Gay and lesbian issues.
6              THE COURT:  Okay.  All right.  And what was your --
7    what's the highest degree of education you attained?
8              A PROSPECTIVE JUROR:  I have a bachelor's degree.
9              THE COURT:  In what?
10             A PROSPECTIVE JUROR:  Information, information
11   systems.
12             THE COURT:  Okay.  And can you give us just a general
13   overview of how long have you worked where you work now?
14             A PROSPECTIVE JUROR:  16 years.
15             THE COURT:  Okay.  And what sorts of jobs did you have
16   from the time you graduated college until you took this job?
17             A PROSPECTIVE JUROR:  I worked for several different
18   burglar alarm companies.  I worked for Honeywell at one time.
19   We did all the alarm systems and monitoring systems for the
20   Clinton cabinet, so Madeleine Albright.  I can't remember the
21   second name at this time.  Heinz, he was married to the Heinz
22   woman.
23             THE COURT:  Okay.  By doing information technology
24   type work?
25             A PROSPECTIVE JUROR:  Yes.
```

```
 1            THE COURT:  Okay.  All right.  Sir, we are going to
 2   have you sit in the -- go back to where you were.  We are going
 3   to be releasing you very shortly for the day, though.  But
 4   thank you for being here.
 5            (Prospective juror exited the courtroom.)
 6            (Prospective juror entered the courtroom.)
 7            THE COURT:  Hi, ma'am.  How are you?
 8            A PROSPECTIVE JUROR:  I'm fine.  How are you?
 9            THE COURT:  Good.  Thank you for hanging in with us
10   here today.
11            Can you state your juror number, please.
12            A PROSPECTIVE JUROR:  0994.
13            THE COURT:  Okay.  You indicated you had an extreme
14   hardship.  What is your extreme hardship?
15            A PROSPECTIVE JUROR:  To be honest with you, the
16   police where I'm from, it's not a good look, especially with
17   family members as well.  I had family incidents who died
18   because of the police.
19            THE COURT:  Okay.  Well, that's not an extreme --
20            A PROSPECTIVE JUROR:  I guess it makes me a little
21   biased against them.
22            THE COURT:  Okay.  We are going to talk about that in
23   a second, but you don't have any scheduling problem?
24            A PROSPECTIVE JUROR:  Yes.  I work.
25            THE COURT:  I'm sorry?
```

```
1              A PROSPECTIVE JUROR:  I work.

2              THE COURT:  Okay.  Well, most everyone who comes here

3    works, right?  So that in and of itself is not an extreme

4    hardship.

5              A PROSPECTIVE JUROR:  So if I just started work and I

6    am on probation, that doesn't help either?

7              THE COURT:  Well, you know, again, most jobs -- this

8    is your civic duty, so most jobs are not -- unless you are

9    telling me there's some special project or special thing that

10   can only go forward without you --

11             A PROSPECTIVE JUROR:  No, no.

12             THE COURT:  -- usually that's not considered an

13   extreme hardship because, again, everybody who comes here, not

14   everybody, but many people have jobs.

15             A PROSPECTIVE JUROR:  Mine's is only like two medical

16   assistants at a job, so it's me and another person.  We both

17   just started there, so we are both on probation.  So it's only

18   her there without me.

19             THE COURT:  And how would that affect the business?

20             A PROSPECTIVE JUROR:  Technically, I don't know.  I

21   just know right now they was calling me earlier to help out a

22   lot because she couldn't get into the system so...

23             THE COURT:  Okay.  Well, I don't think that makes it

24   as far as extreme hardship.

25             A PROSPECTIVE JUROR:  That's true.
```

```
 1            THE COURT:  But let's talk about what you said before.
 2            Actually, you didn't indicate a yes answer for the law
 3     enforcement question, but what were you saying about the police
 4     in your answer when I asked you a moment ago?
 5            A PROSPECTIVE JUROR:  Where I come from, police is not
 6     considered as a good look, from where I am from.
 7            THE COURT:  Okay.
 8            A PROSPECTIVE JUROR:  I have family members and people
 9     who died because of the police.
10            THE COURT:  Okay.  So are you telling me you have a
11     negative feeling toward law enforcement?
12            A PROSPECTIVE JUROR:  Not all law enforcement, just
13     particular ones.
14            THE COURT:  Okay.  Well, the question then, you know,
15     one of the questions I had here was -- well, let me ask this.
16     You don't have anything -- you don't have any reason to believe
17     you have anything against the law enforcement officers who are
18     going to be testifying in this case, do you?
19            A PROSPECTIVE JUROR:  No.
20            THE COURT:  You didn't know any of the officers?
21            A PROSPECTIVE JUROR:  No.
22            THE COURT:  You didn't know any of the officers that I
23     read their names before?
24            A PROSPECTIVE JUROR:  No.
25            THE COURT:  And one of the questions I gave was that I
```

```
1   would be instructing the jury at the end of the trial that the

2   testimony of a law enforcement officer should be treated the

3   same as the testimony of any other witness, and the jury

4   shouldn't give greater weight, but it also shouldn't give

5   lesser weight to the testimony of a witness simply because that

6   witness works for law enforcement.  And then the question was,

7   do you have such strong feelings about law enforcement, either

8   positive or negative, that it would make it difficult for you

9   to follow this instruction or be a fair juror?

10          What's your answer to that?

11          A PROSPECTIVE JUROR:  Can you repeat that?

12          THE COURT:  Sure.  Do you have such strong feelings

13  about law enforcement, either positive or you're saying

14  negative, that you wouldn't be able to treat a law enforcement

15  officer's testimony the same as you would any other witness?

16          A PROSPECTIVE JUROR:  No, that's not true.  I would be

17  able to treat the testimony just like any other.

18          THE COURT:  Okay.  All right.  So let me circle back

19  here.  You said -- the first question you indicated was

20  question 9, does anyone close to you work in law enforcement.

21  So you actually know people in law enforcement?

22          A PROSPECTIVE JUROR:  Yes.  Special police officers,

23  yes.

24          THE COURT:  Who is that?

25          A PROSPECTIVE JUROR:  My best friend.
```

```
1              THE COURT:  Your best friend is a special police
2    officer?
3              A PROSPECTIVE JUROR:  Yes.
4              THE COURT:  Do you talk to her about her work?
5              A PROSPECTIVE JUROR:  Him.
6              THE COURT:  Him.  I don't know why I thought that.
7              Do you talk to him about his work?
8              A PROSPECTIVE JUROR:  No.
9              THE COURT:  No?
10             A PROSPECTIVE JUROR:  No.
11             THE COURT:  Anything about that relationship make you
12   think you couldn't be a fair juror in this case?
13             A PROSPECTIVE JUROR:  No.
14             THE COURT:  Okay.  You, in addition to 9, you checked
15   yes for question 14.  Question 14 was, if you are selected as a
16   juror and hear this case, you would be required to deliberate
17   with 11 other jurors.  This will require you to discuss the
18   evidence and the law in this case with the 11 other jurors.  Is
19   there anything that leads you to believe you might be unable or
20   unwilling to engage in that discussion with other people?
21             So why did you answer yes to that one?
22             A PROSPECTIVE JUROR:  I thought it was related to the
23   job thing.
24             THE COURT:  Oh, okay.  You don't have any reason to
25   doubt you would be able to talk to --
```

```
 1              A PROSPECTIVE JUROR:  Talk to anybody, no.

 2              THE COURT:  All right.  And then 18 was, are you

 3    taking any medication that may cause drowsiness or experiencing

 4    any other physical or mental condition which might in any way

 5    affect your ability to give your full attention to the case?

 6              A PROSPECTIVE JUROR:  Drowsiness, yes.

 7              THE COURT:  What about drowsiness?

 8              A PROSPECTIVE JUROR:  The medication I'm taking.

 9              THE COURT:  What medication?

10              A PROSPECTIVE JUROR:  It's called -- I don't know how

11    to -- it's for seizures.

12              THE COURT:  And it makes you -- I mean, you take it

13    normally when you go to work?

14              A PROSPECTIVE JUROR:  I take it before -- I take it

15    before bedtime, and there's another medication I take in the

16    morning.

17              THE COURT:  My point is, the medication that you are

18    on, you take that when -- before you get up and go to work,

19    right?

20              A PROSPECTIVE JUROR:  Yes.

21              THE COURT:  So you are able to give your full

22    attention at your job, right?

23              A PROSPECTIVE JUROR:  Yeah.

24              THE COURT:  Okay.  So is there any real reason to

25    think you won't --
```

```
 1          A PROSPECTIVE JUROR:  You asked the question.

 2          THE COURT:  No, I know we asked the question.  We

 3    asked the question whether you had medicine -- had to take

 4    medicine, but the question was, do you really think that would

 5    affect your ability to be a juror?  And it sounds like if you

 6    take it every day and you are able to function at your job, you

 7    would be able to do that to be a juror.  Is that fair?

 8          A PROSPECTIVE JUROR:  Yes, it is fair, but I do take

 9    medication.

10          THE COURT:  Okay.  That's fine.  Look, here's what we

11    are going to do -- actually, we are going to break now -- hold

12    on one second, ma'am.

13          (The following was heard sidebar.)

14          MS. MIRELL:  Your Honor, I would like to probe because

15    the evidence in this trial may contain testimony about an

16    officer threatening to shoot a rioter.  And given this juror's

17    history and what she started out with saying, that she doesn't

18    like police and some people died from police, I would like to

19    probe that specifically as well as what, if~anything, she did

20    prior to being a medical assistant and her education.

21          THE COURT:  Of course.

22          MS. MIRELL:  Thank you.

23          (The following was heard in open court.)

24          THE COURT:  Ma'am, just a couple other questions.

25    Okay?
```

```
1              Tell me what -- first of all, how far did you go in
2    school?
3              A PROSPECTIVE JUROR:  I'm sorry?
4              THE COURT:  How far did you go in school?
5              A PROSPECTIVE JUROR:  What school, like what, the
6    school for the office?
7              THE COURT:  No, no, no.  How far did you -- how far
8    did your education go?
9              A PROSPECTIVE JUROR:  Some college.
10             THE COURT:  Some college?
11             A PROSPECTIVE JUROR:  Yeah.
12             THE COURT:  Okay.  And what jobs have you held between
13   the job you have now and when you stopped going to college?
14   What types of work have you done?
15             A PROSPECTIVE JUROR:  So some of it was grant funding,
16   the other ones was medical assistants, and then some of them
17   were -- some of them were voluntary at a daycare center.
18             THE COURT:  At a daycare center?
19             A PROSPECTIVE JUROR:  Yes.
20             THE COURT:  Can you go into a little bit more -- you
21   started to say in response to my other question something about
22   how you knew people who -- I forget what you said exactly, but
23   it was regarding your feelings about some law enforcement
24   officers.  What were the incidents that gave you that negative
25   feeling at least as to some law enforcement officers?
```

```
 1              A PROSPECTIVE JUROR:  I had a little cousin who got
 2    shot in the head by law enforcement due to the neighborhood we
 3    was in.
 4              THE COURT:  No, just in general.  That's the incident
 5    we are talking about.  That's where this feeling comes from for
 6    you?
 7              A PROSPECTIVE JUROR:  Yeah.
 8              THE COURT:  A cousin?
 9              A PROSPECTIVE JUROR:  Yeah.  He was little at the
10    time, like five.
11              THE COURT:  Okay.  How old was he, five years old?
12              A PROSPECTIVE JUROR:  Uh-huh.
13              THE COURT:  Okay.  Let's see.  Was it a situation
14    where -- well, how long ago was it?
15              A PROSPECTIVE JUROR:  So he's 16, 17 now, so that was
16    like 12 years ago.
17              THE COURT:  Okay.  What kind of -- you know, what was
18    the injury that he -- did he recover quickly?
19              A PROSPECTIVE JUROR:  No.  He was in the hospital for
20    a couple of months.
21              THE COURT:  A couple of months?
22              A PROSPECTIVE JUROR:  But he's good now.
23              THE COURT:  He's okay now?
24              A PROSPECTIVE JUROR:  Yeah.
25              THE COURT:  And anything else about the circumstances
```

1   there?  Was it a situation where -- what do you recall about
2   the circumstances?  Was it the officer was -- how did it come
3   about?  Was the officer --

4         A PROSPECTIVE JUROR:  Well, they didn't even lock the
5   officer up.  They didn't do nothing but just suspend him with
6   pay, and he didn't get in trouble.  You shot a five-year-old,
7   and he wasn't even your target.  How are you not getting in
8   trouble for that?  I just felt like -- it was just unjustified
9   to me, a family member, to be that close to someone, especially
10  a toddler, is just strong feelings, I would say.  I don't want
11  to be too specific about it if you don't mind.

12        THE COURT:  Okay.  But, you know, the question again,
13  like I said, in this case is going to be whether you can take
14  that feeling you might have about that incident --

15        A PROSPECTIVE JUROR:  I might not take the feeling
16  out.

17        THE COURT:  -- and set it aside and consider the
18  testimony of a law enforcement officer the same you would as
19  any other witness, not give it any more credence, but no less
20  credence either, treat it the way you would testimony from
21  anyone else.  Do you think you can do that?

22        A PROSPECTIVE JUROR:  Is it regarding him shooting a
23  child in the head?

24        THE COURT:  There will be no testimony about -- well,
25  it's obviously a different incident than what you went through.

```
 1              A PROSPECTIVE JUROR:  I don't know, to be honest with
 2    you, Judge.
 3              THE COURT:  Even though your friend is a special
 4    police officer?
 5              A PROSPECTIVE JUROR:  We don't talk about that.
 6              THE COURT:  Right.  No, I know, but you still think
 7    your feelings about that are so strong --
 8              A PROSPECTIVE JUROR:  No, because that's his career
 9    choice.  I applaud him.  That's him in his choice.  I love him
10    for who he is and what he does for his self.
11              THE COURT:  Right.  But let's just go back to -- my
12    point is, you think that even having that person close to you
13    who is in law enforcement, that doesn't give you any confidence
14    that you can put aside things that don't have anything to do
15    with this case and judge this case only on the facts and the
16    law in this case and not have any negative feeling you have
17    about what happened to your cousin affect it?
18              A PROSPECTIVE JUROR:  I can't be honest -- I mean,
19    honest.  I can't be sure, to be honest with you.  I'm not sure.
20    This is my first trial as a juror.  I don't know how this whole
21    process works.
22              THE COURT:  Can I have the parties pick up the phone,
23    please.
24              (The following was heard sidebar.)
25              THE COURT:  All right.  I tried, Mr. Davis, but I
```

1    think I have to excuse her.  She's not -- she's really not very

2    confident that she can put those feelings aside.  Do you

3    disagree?

4              MR. DAVIS:  I am not going to object.

5              THE COURT:  All right.  Very well.

6              (The following was heard in open court.)

7              THE COURT:  All right, ma'am.  We are going to excuse

8    you.  Okay?  Thank you for coming down here.  Thank you for

9    helping us out.  And Ms. Harris will give you some instructions

10   on what you need to do.

11             Ms. Harris, can we then, after we escort this panel

12   member, bring in everybody else and we will cut them loose.

13             (Prospective jurors entered the courtroom at

14   5:12 p.m.)

15             THE COURT:  All right.  Ladies and gentlemen, thank

16   you for hanging in with us here today.  We have done a lot of

17   the process of selecting the jury, but a whole bunch of you we

18   haven't gotten to yet.  For that, I apologize.  We are doing

19   our best to move through this as quickly as we can.  We are

20   going to get to you first thing tomorrow morning without any

21   delays.

22             Why I brought you in here is to just give you some

23   instructions that will hopefully make sure that you remain

24   viable potential jurors tomorrow.

25             And the takeaways mostly are going to be, and I am

1   going to read through some things here really quickly, but the

2   highlights are that you shouldn't discuss the case with any of

3   your potential other members of the jury panel and even the

4   substance of the case with anyone when you go home.  You are

5   going to be tempted to do that.  But you shouldn't do that,

6   number one.  And I will explain why.

7          And number two, there could be some media coverage of

8   this case.  So I am going to ask you all to do your best to not

9   look at the news media overnight, whether that's the internet,

10  whether that's the TV, whether that's the radio.  And if you

11  start to hear some media coverage about this case, stop

12  listening, and we will talk about whatever you might have heard

13  tomorrow.

14         So let me just read all this.  Those are the

15  highlights.  And they are -- you know, this is designed to make

16  sure that we can pick a fair and impartial jury and that you

17  still may be one of those jurors.

18         So you are not permitted to discuss the case with

19  anyone until, if you happen to be chosen to be on the jury,

20  until the end of the case.  That means you shouldn't talk to

21  your potential fellow jurors.  And again, it's because we don't

22  want anyone to be able to make any decisions until -- based on

23  anything other than the evidence in the case and the

24  instructions on the law.

25         It should go without saying you shouldn't write about

 1   the case on social media, Facebook, Twitter, et cetera, for all

 2   those same reasons.  It's a natural tendency, when you go home,

 3   you are going to want to talk to folks about your jury service.

 4   But if you encounter anyone -- the other thing is if you

 5   encounter anyone connected with the case outside the courtroom,

 6   you should avoid having conversation with them, overhearing

 7   their conversation, or having any contact with them at all.  If

 8   you do overhear a discussion about the case, again, you can

 9   report that to me tomorrow when we discuss it with you.  And if

10   you see some of the attorneys out in the hallway and they turn

11   away from you, it's because they want to make sure they don't

12   say anything in your presence.  They are not being rude.

13          Again, you can tell those overnight where you are,

14   that you are still in the process of potentially being picked

15   for a jury.  You can tell them the case should take about a

16   week.  But again, please don't give them any other information

17   about the case.  And again, please warn them not to say

18   anything to you that could compromise your jury service in the

19   case.

20          And again, in a case like this, there could be reports

21   in the newspaper, on the radio, on the internet concerning the

22   case.  If there should be such media coverage, you may be

23   tempted to read it, listen to it, or watch it.  Again, so it's

24   best to just avoid news media completely because you should not

25   read, listen to, or watch those reports, again, because you

1   need to decide the case, if you are chosen for the jury, only

2   on evidence that you hear in the trial.

3          Thank you very much for your service and your coming

4   down and being willing to be potential jurors in the case.

5   Unless Ms. Harris tells me differently, you are to report to

6   the jury office at 9:00 tomorrow just to check in.

7          And then should they go to Courtroom 14 then?

8          THE COURTROOM DEPUTY:  That's still pending.

9          THE COURT:  Thank you, Ms. Harris again for all your

10  good work.

11         We will let you know where to go, whether it's

12  Courtroom 14 or another courtroom that you will be waiting in.

13  And we will pick up the process and complete it, I think, well

14  before the end of the day tomorrow.

15         Thank you again.  And so you are dismissed for the

16  day.

17         THE COURTROOM DEPUTY:  Counsel, you can be seated.

18         THE COURT:  All right.  Before we proceed to other

19  matters, we have a member of the jury panel here who has

20  informed Ms. Harris that he has -- he's under court order to be

21  at a deposition tomorrow.  You know, ordinarily --

22         And, Ms. Harris, for the record, what is the juror

23  number of the individual?

24         THE COURTROOM DEPUTY:  Juror 0337, line No. 57.

25         THE COURT:  All right.  So, you know, ordinarily I

1    don't have any special power to release individuals anymore.

2    In other words, from my perspective, a jury panel member's

3    obligation to report today is the same as it is tomorrow.  On

4    the other hand, if, indeed, there is a court order that he has

5    to be somewhere else, I thought I would at least raise it with

6    the parties to see if they would consent to him being released

7    from coming back tomorrow.

8            Sir, do you want to come forward?  Is there something

9    you want to put on the record and say?

10           A PROSPECTIVE JUROR:  Yes, Your Honor.

11           THE COURT:  You have to come up to the podium.  And if

12   you would just identify yourself by juror number.

13           A PROSPECTIVE JUROR:  I'm juror No. 0337.  I just

14   wanted to clarify, so you know, I am transparent about sort of

15   what the issue is.  There is a court-ordered discovery deadline

16   in a case that ends at the end of the month.  The deposition

17   date is scheduled.  It's potentially a two-day deposition that

18   occurs on Wednesday and Thursday of this week.

19           I have a deposition preparation session with the

20   witness scheduled for tomorrow morning.  There is no other time

21   that it can be moved to given the two-day deposition that's

22   proceeding the day after that, and the deposition cannot be

23   moved because of the discovery deadline and the witness's

24   unavailability.

25           I had the deposition scheduled before I was called for

1    jury duty, and I am not really sure what else to do.

2              THE COURT:  Right.  I understand.

3              So let me just -- what's the -- you can return to your

4    seat, sir.

5              What is the view of the parties on whether we should

6    excuse this witness for tomorrow, the member of the panel?

7              MR. DAVIS:  I have no problems excusing him, Your

8    Honor.

9              MS. MIRELL:  No objection.

10             THE COURT:  Sir, you are excused.  You may have to

11   check in.  Ms. Harris, he will have to check in after that

12   since he will still be in the window in which he may have to

13   give service.

14             THE COURTROOM DEPUTY:  He will call the jury office

15   number this evening.

16             THE COURT:  All right.  Call the jury office this

17   evening because you are still going to be in the window in

18   which you may have to come down and give service, but you don't

19   have to show up tomorrow.

20             A PROSPECTIVE JUROR:  Thank you, Your Honor.  I

21   appreciate it.

22             THE COURT:  Very well.

23             (Prospective juror exited the courtroom.)

24             THE COURT:  Let's just quickly -- obviously that was

25   not -- it did not go as quickly as we had hoped.  This morning

1    we had a little bit of a slow start given the fact that we had

2    to go under seal briefly and Ms. Harris -- and I think we were

3    starting -- I think there were three different tranches of

4    jurors to be sorted out because three different trials were

5    going to start today.

6           But I know of no reason we won't be able to start very

7    promptly after 9:00 tomorrow.  So we should all plan on being

8    here for that.  That's number one.

9           Ms. Harris had talked to me before about the fact

10   that, and we had raised this before, about whether we might

11   need more jurors and whether we might order up some additional

12   number.

13          Let me hear from the parties about whether you think

14   we should just to make sure we end up having enough.  Let me

15   take a look at -- you know, right now, we are at -- I was

16   hoping we could get to half the number.  But we've got 15 out

17   of the first 28.  That's an incredible percentage.  So, you

18   know, we are on track.  We have 70.  We are on track to have

19   enough.  But, you know, it could be close.

20          So, Ms. Harris, you were under the understanding that

21   we could ask for more jurors for tomorrow?

22          THE COURTROOM DEPUTY:  I don't know if we can now.

23          THE COURT:  All right.  Well, we may not be able to

24   because they are closed.  They couldn't do it tomorrow?

25          THE COURTROOM DEPUTY:  No.  I think it has to be the

 1    day before.

 2            Is that right, Ms. Franklin?

 3            MS. FRANKLIN:  You might have to call Virginia's cell

 4    phone number.  Do you have that?

 5            THE COURT:  Well, let's see.  What's the government's

 6    view about whether, if we can, we should bring in another 10 or

 7    20 people?

 8            MS. MIRELL:  I think just to be sure, especially since

 9    it looks like we could go into next week if we are not finished

10    with jury selection by early morning.  So that might knock out

11    a few other jurors for that reason alone.

12            THE COURT:  It could.  With that understanding, I want

13    Ms. Harris to be able to follow up on that.  And so I think we

14    should wrap up soon so she's able to do that.

15            Do the parties want to be heard?  Is there anything

16    more to be said about the additional motion in limine that was

17    filed over the weekend?  I have taken a quick look at it.  I

18    think it seems to me that there are at least some aspects of

19    it, of the document, of the exhibit, that present different

20    questions.

21            For example, there's some reference in the exhibit to

22    what I think seems like the Whitmer situation in Michigan that

23    is raised by the other individual.  And I'm not sure that is

24    necessarily -- the decision about the entire exhibit doesn't

25    necessarily have to all rise and fall together.  But is there

1    anything the government wants to be heard on regarding that

2    motion?

3              MS. MIRELL:  Well, Your Honor, I think defense

4    counsel -- we rest basically on our papers, and we think that a

5    limiting instruction would cure any of the concerns identified

6    by defense counsel in opposition.  In fact, we have proposed

7    some limiting language that defense counsel has tentatively,

8    approved, of course subject to the Court's ruling.

9              THE COURT:  If you are comfortable removing your mask.

10             MS. MIRELL:  Sure.  I don't know what our final policy

11   is.

12             THE COURT:  The policy, so I think if there's anyone

13   who absolutely feels for health reasons or some other reason

14   that they should keep their mask on, that's fine as long as we

15   can hear you.  And other than that, I am perfectly fine and I

16   would personally prefer if people did remove it just because I

17   can hear you better.

18             MS. MIRELL:  Is this better?

19             THE COURT:  Much better.

20             MS. MIRELL:  So I think the limiting instruction would

21   cure the Court's concerns and defense counsel's concerns about

22   the potentially inflammatory nature of the references to

23   firearms or even to Governor Whitmer, which is to say, this

24   case has nothing to do with Governor Whitmer or that scheme or

25   plan to kidnap her.  That's not why it's being introduced.  And

```
 1    we have that proposed language.  So unless the Court has any
 2    questions --
 3              THE COURT:  All right.  Will you submit it by email
 4    obviously copying Mr. Davis, and I will take a look at it
 5    overnight.  I will take a look at it overnight.
 6              All right.  Anything further the parties want to --
 7    anything further the parties want to raise today including any
 8    sort of -- you know, we are all feeling our way a little bit
 9    about trying to do a trial in this setting with the glass, with
10    the ability to have remote bench conferences, and all the rest.
11              Anything either side wants to raise, I guess,
12    substantively but also just in terms of how things went today
13    and whether there's a way to further streamline things?  I am
14    open to discussions.
15              MS. ALLEN:  Nothing from the government, Your Honor.
16    I have never used these telephone before.  They are fantastic.
17              THE COURT:  Greatest thing in the world.
18              MS. ALLEN:  How did it take this long?
19              THE COURT:  This is one of the things that will
20    survive the pandemic for sure as long as the budget allows it.
21              Yes.  They are very -- they make those things move
22    quicker.
23              All right.  Anything from you, Mr. Davis?
24              MR. DAVIS:  I have nothing, Your Honor.  Thank you.
25              THE COURT:  All right.  So we will -- I don't want to
```

1    break without Ms. Harris being here, but I think we are going

2    to do that.  So we are adjourned until tomorrow at 9:00 a.m.

3              (The trial adjourned at 5:30 p.m.)

4                              - - -

5                      C E R T I F I C A T E

6

7              I hereby certify that the foregoing is an

8    accurate transcription of the proceedings in the

9    above-entitled matter.

10

11

12   4/29/23              s/ Tammy Nestor
                          Tammy Nestor, RMR, CRR
13                        Official Court Reporter
                          333 Constitution Avenue NW
14                        Washington, D.C. 20001
                          tammy_nestor@dcd.uscourts

15

16

17

18

19

20

21

22

23

24

25

A PROSPECTIVE
JUROR: [653] 32/8
32/15 32/19 32/23
33/2 33/5 33/9 33/13
33/22 34/2 34/4 34/6
35/3 35/9 35/14 35/18
35/21 35/24 36/8
36/12 36/19 37/4 37/7
37/11 37/13 38/1 38/4
38/12 38/19 38/24
39/4 39/12 39/14
39/16 39/21 40/3
40/12 41/12 41/17
41/25 42/11 42/17
42/21 43/1 43/6 43/10
43/12 43/16 43/18
43/23 44/2 44/4 44/7
44/11 44/14 44/18
45/9 45/19 45/23 46/8
46/14 46/22 47/4 47/8
47/11 47/16 47/22
48/2 48/7 48/11 48/25
49/4 49/18 50/1 50/8
50/20 51/1 51/15
51/20 51/25 52/3 52/7
52/11 52/17 52/22
53/1 53/8 53/18 53/20
53/25 54/7 54/10
54/13 54/15 54/18
54/25 55/21 55/24
56/4 56/8 56/14 56/16
56/19 56/21 56/23
57/6 57/9 58/25 59/6
59/13 60/2 60/9 60/18
60/21 61/20 61/25
62/3 62/9 62/14 62/19
63/5 63/8 63/23 63/25
64/2 64/14 64/17
64/20 64/25 65/3
65/13 65/22 66/2 66/8
66/21 67/9 67/12
67/16 67/20 68/4 68/8
68/14 68/21 69/1
69/12 69/16 69/20
70/4 70/11 70/23 71/6
71/10 71/21 72/3 72/9
72/12 72/21 73/1
73/10 73/14 73/16
73/21 73/25 74/4 74/8
74/12 74/16 74/20
74/25 75/14 75/19
75/24 76/2 76/4 76/7
76/9 76/13 76/20 77/1
77/7 77/10 77/13
77/15 77/18 77/23
78/10 78/13 78/18
78/20 79/1 79/4 79/10
79/13 79/15 79/17
79/21 82/19 82/22
83/6 83/10 83/14
83/20 84/1 84/3 84/8
84/14 84/17 84/24
85/4 85/16 85/24
86/13 86/18 86/22
86/24 87/4 87/11
87/18 87/22 87/24
88/2 88/6 88/9 88/13
88/17 88/23 89/11

90/7 90/10 90/14
90/16 90/19 90/22
90/25 91/3 91/5 91/8
91/13 91/19 91/21
92/3 92/8 92/13 92/17
92/21 92/25 93/5
93/10 93/14 93/17
93/20 93/24 94/3
94/12 94/16 95/2
95/11 95/21 96/3 96/6
98/6 98/9 98/15 98/20
98/25 99/5 99/15
99/19 100/24 101/4
102/3 102/12 102/17
102/20 103/19 103/24
104/2 104/6 104/9
104/11 104/13 104/16
104/19 104/21 104/24
105/1 105/4 105/7
105/12 105/21 106/6
106/10 106/21 107/2
107/7 107/10 107/13
107/17 107/19 107/22
107/25 108/21 109/5
109/8 109/13 109/15
109/21 109/24 110/1
110/4 110/8 110/15
110/23 111/2 113/3
113/20 113/25 114/9
114/19 115/7 115/11
115/14 115/18 116/3
116/12 116/14 116/17
117/7 117/10 117/13
117/21 118/13 118/25
119/9 119/16 119/20
119/23 119/25 120/2
120/9 120/21 120/23
121/13 121/19 121/24
122/2 122/7 122/12
122/18 122/25 123/7
123/11 123/21 123/24
124/3 124/6 124/9
124/12 124/16 124/19
124/23 125/1 125/6
125/13 125/16 125/19
125/21 126/1 126/8
126/13 126/19 126/21
126/24 127/2 127/4
127/7 127/11 127/15
127/19 127/24 128/2
128/6 128/9 128/12
135/10 135/15 135/23
136/5 136/13 136/17
136/21 136/23 137/8
137/11 137/14 137/17
137/20 137/23 138/4
138/14 138/17 138/20
138/22 139/1 139/4
139/8 139/13 139/22
140/3 140/6 140/11
140/17 140/25 141/3
141/5 141/8 141/10
141/12 141/15 141/17
141/21 141/25 142/7
142/13 142/18 143/7
143/12 143/25 144/12
144/20 145/1 145/10

146/15 146/18 146/22
147/1 147/4 147/6
147/9 147/15 147/19
147/21 147/25 148/4
148/8 148/12 148/15
148/22 149/3 149/11
149/17 149/19 149/22
150/1 150/6 150/12
150/16 150/24 151/2
151/5 151/8 151/10
151/13 151/18 151/23
151/25 152/6 152/12
152/19 153/5 153/16
154/8 154/18 154/20
155/22 155/24 156/2
156/5 156/8 156/11
156/13 156/16 156/18
156/23 157/5 157/9
157/13 157/15 157/23
157/25 158/6 158/9
158/13 158/16 158/20
158/24 159/2 159/7
159/10 159/13 160/10
160/15 160/17 160/22
161/1 161/10 161/18
162/1 162/5 162/8
162/12 162/14 162/16
162/19 162/23 163/1
163/3 163/6 163/11
163/13 163/17 163/21
163/24 164/4 164/8
164/14 164/18 164/20
164/25 165/2 165/5
165/8 165/12 165/17
165/21 166/1 166/4
166/9 166/13 166/15
166/17 166/19 166/21
166/24 167/3 167/6
168/20 169/6 170/3
170/15 171/13 171/15
171/19 172/5 172/13
172/15 172/20 172/22
173/2 173/4 173/10
173/12 173/16 173/19
173/23 174/2 174/4
174/7 174/10 174/14
174/17 174/24 175/4
175/12 175/19 175/22
176/1 176/5 176/8
176/10 176/14 176/17
176/25 177/8 177/12
177/15 177/20 177/24
178/1 178/5 178/11
178/15 178/20 178/25
179/5 179/8 179/12
179/19 179/21 179/24
180/11 180/16 180/22
180/25 181/3 181/5
181/8 181/10 181/13
181/22 182/1 182/6
182/8 182/10 182/14
182/20 182/23 183/1
183/8 184/3 184/5
184/9 184/11 184/15
184/19 185/1 185/7
185/9 185/12 185/15
185/19 185/22 185/24
186/4 186/15 186/22

187/18 192/10 192/13
193/20
MR. DAVIS: [40] 2/20
3/22 4/6 5/4 5/7 8/11
10/22 17/10 34/19
37/17 40/21 45/4 46/2
49/8 49/12 49/23 55/6
55/11 57/3 58/11
58/19 61/10 64/11
80/4 80/13 80/15
81/16 86/8 97/10
108/10 108/14 114/24
129/23 130/5 130/19
139/18 167/11 188/4
193/7 197/24
MS. ALLEN: [6] 5/1
34/18 46/1 55/8
197/15 197/18
MS. FRANKLIN: [1]
195/3
MS. MIRELL: [44] 4/4
29/14 29/18 29/25
37/21 40/20 44/21
44/24 55/10 57/2
58/10 58/17 60/25
61/3 64/10 80/25 86/7
96/22 97/7 97/24
103/12 108/4 108/13
112/4 112/15 114/23
115/1 116/24 130/20
131/5 139/17 155/15
160/2 168/13 169/9
170/19 183/14 183/22
193/9 195/8 196/3
196/10 196/18 196/20
THE COURT: [789]
2/7 2/22 3/18 3/23 4/5
4/7 4/9 5/2 5/6 5/8
5/17 5/23 6/10 6/14
6/17 6/23 7/4 7/22
8/13 8/19 9/17 10/15
10/19 12/4 14/21
14/23 15/1 17/11
17/23 20/7 29/17
29/21 30/2 32/2 32/6
32/9 32/17 32/21
32/24 33/4 33/7 33/11
33/14 33/24 34/3 34/5
34/8 34/12 34/20
34/22 35/4 35/7 35/10
35/16 35/20 35/22
35/25 36/10 36/13
36/21 37/5 37/9 37/12
37/15 37/18 37/22
38/2 38/5 38/13 38/20
39/2 39/6 39/13 39/15
39/20 39/22 40/9
40/18 40/22 41/15
41/18 42/3 42/12
42/19 42/25 43/2 43/9
43/11 43/13 43/17
43/21 43/24 44/3 44/5
44/8 44/12 44/17
44/23 45/2 45/6 45/14
45/20 45/24 46/3 46/7
46/9 46/12 46/15
46/25 47/6 47/10
47/12 47/17 48/1 48/5

49/11 50/2 50/10
50/21 51/8 51/16
51/24 52/1 52/4 52/8
52/15 52/20 52/23
53/2 53/14 53/19
53/22 54/4 54/9 54/11
54/14 54/16 54/20
55/5 55/9 55/12 55/22
55/25 56/6 56/12
56/15 56/18 56/20
56/22 56/25 57/4 57/7
57/11 57/19 58/12
58/18 58/20 58/23
59/1 59/11 59/24 60/6
60/16 60/20 60/22
61/11 61/14 61/24
62/1 62/4 62/12 62/16
62/20 63/6 63/11
63/24 64/1 64/8 64/12
64/15 64/18 64/21
64/24 65/1 65/4 65/16
65/25 66/7 66/9 67/2
67/11 67/15 67/17
67/24 68/7 68/9 68/18
68/22 69/9 69/13
69/17 69/21 70/7
70/19 71/4 71/7 71/17
71/25 72/7 72/10
72/18 72/23 73/9
73/11 73/15 73/17
73/23 74/1 74/7 74/11
74/15 74/18 74/24
75/2 75/18 75/20 76/1
76/3 76/5 76/8 76/10
76/19 76/23 77/3 77/8
77/11 77/14 77/17
77/20 78/9 78/11
78/16 78/19 78/24
79/2 79/8 79/11 79/14
79/16 79/19 80/1
80/10 80/14 80/24
81/10 81/19 82/15
82/20 83/4 83/8 83/13
83/16 83/21 83/24
84/2 84/4 84/13 84/15
84/20 85/3 85/10
85/23 86/3 86/9 86/16
86/19 86/23 87/2 87/7
87/12 87/19 87/23
88/1 88/4 88/7 88/10
88/16 88/18 88/24
89/12 89/20 89/25
90/3 90/5 90/8 90/11
90/15 90/17 90/21
90/23 91/1 91/4 91/7
91/10 91/17 91/20
91/22 92/6 92/9 92/14
92/19 92/23 93/3 93/6
93/13 93/15 93/18
93/21 93/25 94/8
94/15 94/17 95/5
95/17 96/1 96/5 96/8
96/11 97/5 97/8 97/17
98/1 98/8 98/14 98/16
98/23 99/1 99/11
99/16 99/24 101/1
101/11 102/11 102/14
102/18 102/25 103/3

THE COURT:... [438]
103/14 103/16 103/20
103/23 103/25 104/3
104/8 104/10 104/12
104/14 104/18 104/20
104/22 104/25 105/2
105/5 105/9 105/13
106/2 106/8 106/11
106/25 107/5 107/8
107/12 107/15 107/18
107/20 107/23 108/1
108/9 108/11 108/15
108/17 108/25 109/6
109/9 109/14 109/20
109/22 109/25 110/2
110/5 110/13 110/17
110/24 111/11 111/22
112/12 112/21 112/23
113/9 113/18 113/22
114/1 114/16 114/21
114/25 115/2 115/5
115/8 115/13 115/17
115/21 116/4 116/13
116/15 116/23 116/25
117/3 117/11 117/14
118/10 118/20 119/6
119/10 119/18 119/22
119/24 120/1 120/6
120/18 120/22 121/1
121/16 121/22 121/25
122/3 122/10 122/13
122/22 123/4 123/9
123/14 123/22 124/2
124/4 124/7 124/10
124/14 124/17 124/21
124/24 125/3 125/10
125/14 125/17 125/20
125/23 126/4 126/10
126/14 126/20 126/23
126/25 127/3 127/5
127/8 127/12 127/16
127/22 128/1 128/4
128/7 128/11 128/13
128/16 128/19 129/13
129/24 130/3 130/7
130/21 131/7 131/10
131/22 135/4 135/7
135/13 135/17 136/3
136/9 136/16 136/18
136/22 136/25 137/9
137/12 137/16 137/18
137/21 138/3 138/5
138/15 138/18 138/21
138/25 139/3 139/6
139/11 139/15 139/19
139/23 140/2 140/4
140/7 140/14 140/18
141/1 141/4 141/6
141/9 141/11 141/13
141/16 141/18 141/24
142/1 142/8 142/11
142/14 142/22 143/8
143/14 144/9 144/16
144/24 145/6 145/11
146/3 146/7 146/10
146/16 146/19 146/25
147/2 147/5 147/7
147/11 147/17 147/20

148/11 148/14 148/17
148/23 149/1 149/4
149/15 149/18 149/20
149/23 150/2 150/10
150/13 150/17 150/25
151/4 151/6 151/9
151/11 151/15 151/21
151/24 152/1 152/9
152/13 153/3 153/12
153/23 154/14 154/19
155/5 155/8 155/16
155/18 155/23 156/3
156/6 156/9 156/12
156/15 156/17 156/21
157/1 157/6 157/10
157/14 157/18 157/24
158/1 158/8 158/11
158/14 158/18 158/21
158/25 159/4 159/8
159/11 159/15 159/19
160/6 160/11 160/16
160/18 160/23 161/7
161/11 161/19 162/2
162/6 162/10 162/13
162/15 162/17 162/21
162/24 163/2 163/4
163/7 163/12 163/15
163/18 163/22 164/1
164/7 164/9 164/15
164/19 164/21 165/1
165/3 165/6 165/10
165/15 165/18 165/22
166/2 166/6 166/11
166/14 166/16 166/18
166/20 166/22 167/1
167/5 167/8 168/1
168/16 168/18 168/21
169/7 169/12 169/14
170/10 170/17 170/21
170/25 171/14 171/18
171/23 172/7 172/14
172/16 172/21 172/25
173/3 173/6 173/11
173/15 173/17 173/20
173/25 174/3 174/5
174/9 174/12 174/15
174/19 174/25 175/9
175/13 175/20 175/23
176/3 176/6 176/9
176/12 176/15 176/23
177/1 177/7 177/9
177/13 177/19 177/22
177/25 178/2 178/7
178/12 178/19 178/23
179/1 179/7 179/10
179/14 179/20 179/22
179/25 180/12 180/18
180/24 181/1 181/4
181/6 181/9 181/11
181/14 181/24 182/2
182/7 182/9 182/12
182/17 182/21 182/24
183/2 183/10 183/21
183/24 184/4 184/7
184/10 184/12 184/18
184/20 185/4 185/8
185/11 185/13 185/17
185/21 185/23 185/25

187/3 187/6 187/11
187/22 187/25 188/5
188/7 188/15 191/9
191/18 191/25 192/11
193/2 193/10 193/16
193/22 193/24 194/23
195/5 195/12 196/9
196/12 196/19 197/3
197/17 197/19 197/25
THE COURTROOM
DEPUTY: [20]  2/2
8/17 14/25 17/20 20/1
20/5 31/24 46/6 57/16
129/8 130/1 131/8
131/19 132/10 191/8
191/17 191/24 193/14
194/22 194/25
THE DEFENDANT:
[13]  5/9 5/22 6/7 6/13
6/15 6/21 7/3 7/9 8/24
9/19 10/17 14/19
113/11

**$**

$50,000 [2]  59/10
60/11

**'**

'94 [1]  40/7

**0**

0009 [2]  57/25 58/12
0021 [1]  65/3
006 [1]  1/3
0152 [1]  84/3
0178 [1]  156/8
0220 [1]  140/6
0228 [1]  86/18
0256 [1]  35/9
0337 [2]  191/24
192/13
0350 [2]  121/24 122/2
0362 [1]  38/4
0371 [1]  138/17
0421 [1]  58/25
052 [1]  84/1
0567 [1]  152/12
0583 [1]  172/15
063 [1]  62/3
0649 [1]  46/14
0685 [1]  62/3
0752 [1]  109/8
0781 [2]  117/13
117/14
0799 [1]  92/8
0834 [1]  149/3
0900 [1]  142/13
0969 [1]  41/17
0994 [1]  177/12

**1**

10 [7]  25/24 26/3 34/9
35/11 42/12 164/16
195/6
1016 [1]  98/25
1031 [1]  55/24
1057 [2]  32/3 32/8
107 [1]  52/8
1076 [1]  110/23

10:00 every [1]  170/16
10:06 [1]  2/1
10:36 [1]  17/17
10:50 [1]  17/19
11 [16]  4/6 26/4 26/9
26/10 26/13 27/7 27/9
34/9 40/3 53/3 53/3
164/21 172/17 172/17
181/17 181/18
1147 [1]  104/2
1183 [1]  135/6
11:21 [1]  31/23
12 [6]  26/14 26/23
26/24 41/10 89/1
185/16
1200 [1]  1/15
12:28 [1]  57/15
12:30 [1]  57/12
13 [6]  26/25 27/5 27/5
60/18 101/22 155/10
1350 [1]  1/18
14 [24]  3/25 4/1 27/6
27/12 27/12 34/9 46/6
46/7 55/13 83/18
91/24 109/1 110/18
121/17 128/14 138/10
142/2 142/5 148/19
152/2 181/15 181/15
191/7 191/12
15 [5]  27/13 27/16
27/17 73/23 194/16
16 [7]  27/24 28/2
59/14 75/20 138/23
176/14 185/15
17 [3]  28/4 28/8
185/15
18 [5]  7/19 28/13
28/17 34/9 182/2
19 [4]  1/6 28/18 28/19
28/20
1985 [1]  154/11
1994 [1]  40/5
1:00 [1]  46/4
1:30 [5]  41/11 41/11
46/7 55/14 57/14

**2**

20 [8]  7/19 28/21
28/24 32/12 40/13
84/6 101/1 195/7
20001 [2]  1/23 198/14
2003 [1]  122/8
20036 [1]  1/19
2005 [1]  122/8
202 [1]  1/19
2020 [2]  21/4 41/21
2021 [18]  21/2 21/25
22/2 22/12 22/14
22/17 22/20 23/1
23/12 36/2 47/7 93/4
105/15 105/16 121/6
140/9 143/20 158/14
2022 [1]  1/6
21 [12]  28/25 28/25
29/9 29/10 56/2 56/7
99/2 115/10 152/15
154/13 154/19 155/10
21-006 [1]  1/3
21-6 [5]  2/3 17/21

222 [1]  1/12
23 [1]  198/12
24 [1]  113/4
253 [1]  1/17
28 [2]  138/1 194/17
2:00 [1]  34/7

**3**

30 [1]  60/13
312 [1]  1/15
333 [2]  1/23 198/13
39 [1]  58/1
3:00 [2]  34/2 34/3
3:30 [1]  129/2
3:45 [1]  131/18
3:51 p.m [1]  135/2

**4**

4/29/23 [1]  198/12
44 [1]  79/10

**5**

57 [1]  191/24
5:00 [3]  34/6 129/11
129/16
5:12 p.m [1]  188/14
5:30 [5]  129/16 129/21
129/24 130/6 198/3

**6**

60 [1]  60/13
6:00 in [1]  113/16

**7**

70 [1]  194/18

**8**

8:00 to [1]  170/16
8:30 [3]  33/2 33/5
33/12

**9**

90012 [1]  1/16
99513 [1]  1/13
9:00 [5]  131/2 132/7
132/14 133/12 134/25
9:00 a.m [1]  198/2
9:00 is [1]  132/9
9:00 tomorrow [4]
130/13 132/20 191/6
194/7

**A**

a.m [4]  2/1 17/19
31/23 198/2
ability [15]  5/25 6/7
16/23 28/1 28/16
35/23 39/10 53/16
68/1 75/9 76/11
152/17 182/5 183/5
197/10
able [56]  5/10 5/12
5/13 6/8 6/25 16/8
20/23 23/2 31/7 38/14
50/14 50/15 51/9
63/10 65/12 70/1 81/4
85/15 90/13 100/17
101/5 111/4 111/15
111/18 112/2 114/2

**A**

able... [30] 114/7 114/7
116/1 116/6 118/22
118/25 121/7 121/12
129/21 129/25 145/23
152/3 153/3 159/6
169/10 169/15 170/13
170/20 172/2 180/14
180/17 181/25 182/21
183/6 183/7 189/22
194/6 194/23 195/13
195/14
about [318] 3/9 4/21
7/1 7/7 8/8 16/15
16/18 17/25 18/16
18/23 19/14 19/15
20/16 20/17 21/24
22/25 23/4 23/11
23/14 25/11 26/20
27/25 28/21 29/2
29/19 33/17 35/12
36/14 36/16 36/24
37/1 38/14 38/16
38/21 39/1 39/9 39/10
39/15 39/24 40/10
41/2 42/6 42/15 42/19
43/7 43/13 45/8 48/23
49/19 50/12 50/16
51/1 51/7 51/9 51/11
51/17 52/4 52/15
52/23 53/14 53/23
54/10 55/2 55/3 55/14
56/5 56/9 58/6 62/8
62/23 63/13 63/15
65/10 66/15 66/17
66/19 66/22 66/25
67/7 68/1 68/12 68/16
68/24 69/2 69/5 69/11
69/14 69/18 69/22
70/9 70/21 70/25 71/2
71/7 71/8 71/17 71/19
72/18 73/17 76/10
76/20 76/23 77/11
77/20 80/16 80/20
80/22 81/11 81/14
82/3 82/6 83/2 85/13
86/21 86/22 87/15
87/17 88/6 88/11
88/12 88/16 88/18
88/21 89/9 90/3 90/11
91/12 93/7 93/25 94/8
94/21 94/22 95/8 95/8
96/1 97/1 98/4 99/6
99/12 99/16 100/8
100/13 100/14 100/14
100/14 100/19 101/22
103/3 105/8 105/9
105/17 105/18 105/19
106/16 107/3 111/23
111/25 112/12 112/21
114/3 114/4 114/14
114/15 115/24 116/7
116/8 117/18 119/10
119/13 120/1 120/4
120/10 120/24 121/5
121/9 122/14 122/23
123/7 123/10 123/15
123/17 124/7 124/14
124/17 126/10 127/8

130/16 132/20 132/23
133/2 133/4 133/7
133/18 133/20 134/1
134/5 134/7 134/8
134/12 134/16 134/18
134/20 134/23 135/21
136/9 136/19 137/2
137/3 137/5 137/21
138/1 140/10 140/10
140/19 140/21 142/25
143/5 143/19 143/23
144/4 144/9 144/11
144/19 145/13 145/15
145/18 145/23 146/4
146/7 148/1 149/9
149/10 149/13 150/5
150/9 150/14 150/17
150/18 150/18 150/21
153/12 153/21 153/25
154/15 154/22 156/22
157/4 158/14 159/1
159/24 159/25 160/7
160/12 160/18 160/19
160/24 161/13 161/16
161/21 162/25 163/22
163/23 163/23 163/24
164/1 164/12 165/3
165/18 167/21 168/6
168/18 168/24 169/17
169/20 170/20 174/3
175/16 177/22 179/1
179/3 180/7 180/13
181/4 181/7 181/11
182/7 183/15 184/21
184/23 185/5 185/25
186/1 186/3 186/11
186/14 186/24 187/5
187/7 187/17 189/11
189/12 189/25 190/3
190/8 190/15 190/17
192/14 194/9 194/10
194/13 195/6 195/16
195/24 196/21 197/9
above [2] 73/9 198/9
above-entitled [1]
198/9
absolutely [6] 16/12
16/17 30/18 99/22
112/18 196/13
academic [1] 148/12
Academy [1] 39/17
accepting [3] 27/4
102/1 155/10
access [6] 4/19 7/12
48/5 48/9 48/11 78/1
according [1] 111/14
accounting [6] 107/14
107/19 107/22 110/4
110/14 110/15
accurate [2] 153/16
198/8
accused [1] 155/1
acquisitions [1] 35/18
across [3] 51/2 149/13
149/15
act [1] 37/2
actions [3] 99/8 119/2
119/5

activity [1] 25/22
actors [1] 16/22
actual [1] 117/23
actually [18] 3/13
29/15 52/13 57/25
76/20 80/19 97/15
110/10 130/8 136/1
143/9 154/21 159/11
168/5 174/10 179/2
180/21 183/11
adamant [1] 168/10
add [2] 108/10 167/15
addiction [3] 104/24
104/25 105/7
addition [3] 45/2 61/9
181/14
additional [5] 4/20
101/18 169/11 194/11
195/16
address [2] 2/12 5/4
adjacent [1] 5/20
adjoining [1] 18/3
adjourned [2] 198/2
198/3
adjudicate [3] 36/16
37/2 42/7
administer [1] 19/25
administration [2]
110/1 153/21
admitted [19] 22/23
23/9 36/17 50/18
51/14 62/25 63/16
65/8 94/24 118/8
118/24 121/3 123/18
140/23 143/17 145/22
150/23 160/13 175/17
adopt [1] 75/7
advance [2] 79/4 79/21
advertising [1] 77/19
advise [1] 131/5
advocate [1] 78/15
affairs [5] 165/8 166/19
166/21 167/3 171/3
affect [11] 28/1 28/15
39/10 75/6 76/11
84/22 149/24 178/19
182/5 183/5 187/17
affected [4] 48/18
94/21 100/20 153/14
affiliated [1] 118/6
affiliation [1] 108/8
affirmatively [2] 117/15
149/6
afford [1] 59/9
afraid [1] 107/4
after [15] 33/12 40/4
48/9 55/1 76/21 93/18
120/9 120/15 141/18
166/22 166/24 188/11
192/22 193/11 194/7
aftermath [1] 93/22
afternoon [16] 34/1
38/2 55/21 55/22
58/23 61/24 61/25
64/24 98/23 103/23
103/24 117/10 117/11
140/2 140/3 172/7

94/15
again [63] 6/10 21/14
21/19 23/19 24/4 25/6
28/8 31/21 33/4 36/22
36/23 39/6 43/13 51/8
51/10 51/12 52/1
68/25 69/21 70/16
70/19 70/22 70/23
70/25 71/18 71/20
71/23 72/21 89/2
90/25 95/7 103/4
111/23 111/23 119/14
132/18 133/9 134/8
134/16 134/19 134/24
138/9 147/11 151/4
159/17 161/11 161/14
164/10 164/17 168/8
178/7 178/13 186/12
189/21 190/8 190/13
190/16 190/17 190/20
190/23 190/25 191/9
191/15
against [7] 80/21
177/21 179/17
agencies [1] 127/20
agency [3] 25/16 87/21
109/11
agent [3] 25/1 25/4
52/14
ago [9] 67/11 67/12
67/13 67/15 68/1
121/14 179/4 185/14
185/16
agree [1] 168/16
agreement [1] 7/11
ahead [7] 56/6 79/5
98/17 136/22 152/2
152/15 159/12
Aid [1] 89/24
aide [2] 91/15 91/17
air [4] 39/17 39/18
40/4 40/5
alarm [2] 176/18
176/19
Alaska [1] 1/13
Albright [1] 176/20
alert [2] 57/24 130/5
alerts [3] 170/5 171/3
171/7
all [295] 2/7 2/13 2/24
3/4 3/13 3/18 4/7 4/24
5/1 5/2 5/6 5/24 6/4
6/19 7/22 14/23 15/22
15/25 16/3 16/5 16/6
16/7 16/9 16/16 16/21
17/6 17/8 17/11 17/16
17/23 17/24 18/1 18/2
18/2 18/6 18/10 18/18
18/25 19/25 20/1 20/5
20/7 20/8 20/15 20/17
20/24 21/18 21/19
21/23 23/21 25/13
26/14 27/1 30/7 30/8
30/13 30/15 30/15
30/15 30/21 30/21
32/2 32/9 32/21 33/24
34/8 34/20 34/22 35/4
35/10 35/16 36/10

38/20 39/6 40/4 40/18
40/22 41/15 42/20
45/24 46/3 46/15 50/2
50/21 51/16 52/1 55/5
56/19 56/22 57/4
57/19 57/23 58/12
58/20 59/1 59/20
59/23 60/4 60/16
61/11 61/20 62/4
62/10 62/21 62/21
64/12 64/18 65/4 65/4
65/16 65/18 67/2 68/9
68/24 69/13 70/14
71/25 72/19 73/9
76/23 77/3 77/8 77/11
80/11 80/18 81/19
81/22 82/20 83/8
83/21 83/24 84/4 86/9
86/16 86/19 87/19
89/12 91/23 94/19
95/5 96/8 97/8 98/1
99/1 100/18 101/15
102/25 103/14 103/20
104/3 107/23 108/1
108/11 108/15 109/9
110/2 112/21 112/23
113/12 113/13 114/10
114/16 115/2 115/8
116/25 117/4 117/14
117/14 119/2 119/10
119/18 121/16 121/16
122/3 125/17 125/24
126/14 127/8 127/16
128/13 128/23 128/25
129/1 130/2 131/22
132/2 132/4 132/5
132/18 134/24 135/24
137/9 137/18 138/5
139/15 139/19 140/2
140/7 141/1 141/24
141/25 142/1 142/14
144/3 145/12 146/3
146/4 146/10 146/11
146/12 146/16 146/19
147/7 149/4 150/2
150/14 150/14 150/16
150/21 150/25 151/21
152/1 152/1 152/9
152/13 153/19 153/21
153/25 154/6 154/12
154/22 155/5 155/8
155/18 156/3 156/9
158/1 158/9 158/11
158/14 158/18 160/6
160/18 161/3 161/11
161/21 162/10 162/10
162/24 163/18 164/15
165/3 165/6 167/8
169/14 169/23 170/12
172/8 173/17 173/25
175/20 176/6 176/19
177/1 179/12 180/18
182/2 184/1 187/25
188/5 188/7 188/15
189/8 189/14 190/1
190/7 191/9 191/18
191/25 193/16 194/7

all... [8] 194/23 195/25
197/3 197/6 197/8
197/10 197/23 197/25
alleges [1] 21/3
Allen [4] 1/11 2/4
23/17 24/6
allocated [1] 85/6
allow [1] 60/13
allows [1] 197/20
almost [4] 17/3 70/14
116/5 166/13
alone [1] 195/11
along [1] 118/12
already [10] 34/12
60/10 71/7 101/5
130/7 130/11 130/11
160/4 162/6 167/25
also [50] 2/5 4/12 4/14
4/14 15/16 18/2 20/14
38/15 38/20 38/21
41/1 42/12 44/6 50/3
52/17 53/11 67/2 70/7
71/4 78/6 85/10 87/19
89/12 95/6 95/17
95/18 101/1 105/13
107/22 120/13 122/13
123/22 124/1 127/2
133/3 143/8 144/13
144/16 144/21 146/19
146/20 149/2 154/14
157/2 162/2 164/15
168/14 174/25 180/4
197/12
altercations [1] 117/24
alternate [1] 3/24
alternates [1] 4/2
although [2] 133/9
159/21
am [83] 7/24 15/2 17/6
17/25 18/15 18/22
19/2 19/6 20/16 20/16
24/3 24/15 33/23
39/14 43/18 45/15
51/2 53/13 53/20
53/20 58/6 59/8 59/21
60/12 63/15 64/6 69/5
70/11 70/14 71/12
74/16 81/10 81/10
81/13 81/19 82/12
84/5 84/10 84/24 85/5
90/16 94/8 95/12
97/10 98/16 100/8
101/8 106/24 107/10
113/4 113/17 120/2
130/4 130/4 132/1
138/6 138/6 138/8
138/22 141/15 145/21
148/18 151/2 152/25
154/4 154/22 157/19
157/20 159/19 159/25
168/7 169/21 171/23
172/4 178/6 179/6
188/4 188/25 189/8
192/14 193/1 196/15
197/13
Amazon [1] 59/13
AMERICA [7] 1/2 2/3
17/21 31/25 57/17

American [4] 90/5
120/10 138/2 138/3
AmEx [1] 89/18
among [4] 56/2 95/19
95/24 127/4
amount [1] 30/23
analysis [2] 101/13
110/16
analyst [1] 109/19
Anchorage [1] 1/13
Angeles [1] 1/16
angles [1] 144/15
animal [1] 79/24
another [14] 6/6 7/8
18/5 30/10 30/11
71/12 88/25 124/6
135/11 172/24 178/16
182/15 191/12 195/6
answer [21] 19/12
19/16 19/19 21/20
22/2 25/7 25/22 26/23
41/19 44/16 46/20
68/9 82/11 84/5 97/23
99/11 144/6 179/2
179/4 180/10 181/21
answered [33] 19/8
36/21 42/12 46/16
50/3 50/22 55/25 62/5
65/13 65/19 67/3
85/10 88/25 89/1
95/18 99/1 99/3 101/1
102/15 104/3 105/13
109/10 116/9 117/15
122/3 122/13 125/14
135/7 135/18 144/16
146/20 149/6 172/16
answers [6] 18/17
18/18 19/5 19/14
52/15 118/9
anticipated [2] 28/23
112/5
any [219] 2/18 4/18
5/24 7/6 7/12 18/17
21/25 22/4 22/6 22/7
22/9 22/11 22/13 23/2
23/12 24/3 24/10
24/14 24/15 25/7
25/15 25/16 25/21
25/24 26/1 26/4 26/6
26/10 26/17 26/17
27/3 28/6 28/10 28/13
28/14 28/15 28/18
29/1 29/22 30/6 32/2
35/11 35/22 35/23
36/1 36/5 36/13 36/23
37/1 37/3 37/16 37/19
38/6 38/9 38/13 39/8
39/8 39/23 40/18 41/2
41/4 41/20 41/22 42/4
44/10 44/19 44/19
45/24 46/17 46/19
48/10 48/17 49/5 49/6
49/15 49/18 49/24
50/3 50/5 50/5 50/14
51/18 53/15 55/5 56/8
56/9 56/25 62/16 63/3
64/8 66/15 66/17 67/6
68/23 72/11 72/23

86/4 87/8 87/8 87/13
88/24 89/4 89/8 89/9
91/10 91/22 91/22
93/21 97/18 98/3
98/10 101/25 105/14
106/3 106/8 106/14
106/19 108/1 108/7
108/18 113/19 114/2
114/21 117/16 118/3
118/11 118/20 118/22
119/12 121/7 122/4
123/4 125/3 125/4
125/10 125/11 126/4
126/15 127/13 128/7
129/18 132/25 133/4
133/7 133/11 133/11
133/15 133/19 133/22
134/1 134/2 134/5
134/15 134/18 136/19
136/25 137/1 138/25
139/15 140/14 140/20
141/9 143/21 148/1
148/17 149/24 150/20
158/5 159/16 160/3
160/11 161/7 163/8
163/9 163/9 163/18
164/10 165/18 165/19
166/22 167/8 167/21
167/23 168/4 169/5
169/11 169/22 174/21
175/9 175/18 177/23
179/16 179/20 179/22
180/3 180/15 180/17
181/24 182/3 182/4
182/4 182/24 186/19
186/19 187/13 187/16
188/20 189/2 189/22
190/7 190/16 192/1
196/5 197/1 197/7
anybody [9] 48/15
63/21 108/22 126/5
126/6 126/6 149/24
164/12 182/1
anymore [1] 192/1
anyone [34] 21/12
21/12 21/16 21/16
25/14 35/6 37/16 34/5
40/25 41/7 55/15
73/23 85/3 93/9
108/18 126/15 131/6
132/22 133/3 133/7
133/13 134/5 134/19
180/20 186/21 189/4
189/19 189/22 190/4
190/5 196/12
anyone's [1] 30/6
anything [89] 2/13 4/25
5/2 6/18 7/5 7/6 17/8
19/19 22/24 23/10
27/10 27/25 29/20
39/9 41/3 42/19 43/25
45/2 48/10 48/23 52/4
52/23 53/14 58/13
58/15 60/15 62/11
63/3 63/12 63/20 64/3
64/4 65/9 68/1 71/17
72/18 73/17 73/18

88/21 90/11 93/7 94/9
105/9 113/15 121/4
123/10 124/17 125/8
126/10 127/8 127/12
134/7 143/4 143/18
150/18 157/11 157/24
158/22 158/25 159/22
159/23 163/7 163/18
163/22 164/1 165/3
165/18 168/12 169/20
170/1 179/16 179/17
181/11 181/19 183/19
185/25 187/14 189/23
190/12 190/18 195/15
196/1 197/6 197/7
197/11 197/23
anyway [2] 61/8 99/16
anywhere [4] 41/6
107/25 122/10 158/15
apartment [6] 142/25
158/16 158/18 159/14
159/25 160/9
apologize [1] 188/18
appear [2] 112/9
155/12
appearance [1] 95/24
APPEARANCES [1]
1/10
appeared [4] 6/1 81/8
95/13 95/13
applaud [1] 187/9
applied [1] 52/13
applying [3] 27/4 102/1
102/2
appointee [1] 162/19
appointment [1] 111/8
appreciate [6] 18/6
64/15 92/1 92/1 149/5
193/21
appropriate [3] 3/11
8/4 18/8
approved [1] 196/8
April [1] 59/14
April 16 [1] 59/14
arc [1] 40/2
are [245] 2/4 2/10 2/18
4/12 4/18 7/1 7/11
7/15 7/23 14/23 17/14
17/20 17/25 18/3 18/6
18/16 18/23 20/17
23/18 24/7 27/6 28/13
30/9 30/16 30/17
30/20 30/22 30/25
31/6 31/19 31/24
33/18 33/19 34/23
35/14 40/22 41/1 41/1
41/4 42/15 43/7 44/9
45/10 46/3 47/2 48/22
49/13 49/14 49/20
51/9 54/20 55/12
55/15 56/22 57/5
57/16 57/20 59/9
59/23 59/23 61/14
61/15 64/16 65/11
65/12 65/12 67/7
69/13 69/15 71/14
74/12 74/13 77/4 78/1
78/9 78/12 78/13

78/24 79/4 80/9
82/21 83/17 84/13
85/1 85/21 86/9 88/20
91/12 91/23 94/25
95/23 97/19 98/6 98/9
98/11 98/17 99/25
100/9 100/9 100/16
101/14 103/12 103/16
109/1 109/12 110/17
110/19 111/25 113/13
114/16 116/1 116/17
117/3 117/5 117/15
118/6 118/8 119/7
119/11 120/18 121/1
121/7 124/13 124/15
125/18 125/25 126/2
128/13 129/1 129/4
129/9 129/19 130/5
130/6 130/9 130/9
130/11 130/14 130/14
130/16 131/19 132/2
132/15 132/21 133/23
133/23 134/3 134/4
135/1 136/10 136/11
137/10 138/5 138/9
142/1 142/2 142/3
143/5 145/23 148/19
148/20 150/17 151/16
152/2 152/3 154/17
155/18 164/5 164/6
164/7 164/8 165/23
166/2 166/2 167/25
168/9 168/23 169/2
169/14 169/15 169/18
169/19 169/20 170/10
170/25 171/1 171/6
171/7 171/25 171/25
172/9 177/1 177/2
177/7 177/8 177/22
178/8 178/8 178/17
179/10 179/17 181/15
182/2 182/17 182/21
183/6 183/11 183/11
185/5 186/7 187/7
188/7 188/18 188/19
188/25 189/2 189/4
189/14 189/15 189/18
190/3 190/12 190/13
190/14 191/1 191/5
191/15 193/10 193/17
194/15 194/18 194/18
194/24 195/9 195/18
196/9 197/8 197/16
197/21 198/1 198/2
area [9] 22/6 22/9 39/1
46/19 67/6 92/11
122/5 123/13 133/18
around [15] 27/13
30/16 46/20 77/25
78/1 79/24 87/4 103/6
112/24 130/18 153/9
161/5 171/14 172/8
175/7
arranged [1] 32/22
arrangement [1] 139/6
arrangements [1]
32/25
arrested [8] 26/7 26/11

**A**

arrested... [6] 53/4
72/24 126/16 136/14
164/23 172/18
as [217] 2/24 5/11 5/12
16/2 17/2 17/5 17/9
17/9 17/13 17/13 18/9
18/9 19/6 22/24 23/9
23/20 25/18 26/2
26/16 27/6 28/7 28/12
28/22 29/3 29/7 29/8
30/20 30/20 30/24
30/24 33/1 33/15
33/25 33/25 35/12
36/5 36/18 37/2 37/3
37/19 38/8 38/17 39/2
41/21 42/9 42/13 44/6
45/10 45/17 46/24
49/16 49/19 49/25
50/19 51/1 51/8 51/11
51/14 52/14 54/17
54/25 58/13 62/24
62/25 63/1 63/17 65/8
67/25 68/18 69/7 70/2
70/19 70/19 71/20
71/23 72/2 72/20
75/10 76/16 82/3
82/25 83/19 83/19
87/7 87/13 87/13 89/4
90/20 91/15 91/15
91/25 91/25 92/18
94/23 94/25 99/20
100/12 100/21 100/23
101/20 101/21 102/3
102/5 102/5 102/7
102/8 106/19 110/16
110/16 112/23 112/23
114/6 115/14 115/14
116/16 116/20 116/20
117/23 117/23 117/25
117/25 118/7 118/10
118/10 118/15 118/24
119/3 119/15 119/16
120/19 121/4 121/19
123/20 128/16 128/16
131/13 133/2 133/5
133/21 133/21 135/9
136/12 136/12 136/18
136/18 137/2 137/2
137/7 137/9 137/20
137/23 140/21 140/24
143/18 145/6 145/7
145/16 145/17 145/19
149/23 149/23 150/3
150/3 150/23 152/5
152/18 153/24 154/19
154/19 155/10 155/10
155/10 155/10 155/13
155/13 160/8 160/14
160/16 161/6 161/6
161/12 161/12 161/24
169/9 169/15 169/16
170/5 170/6 170/11
171/1 173/15 173/20
173/21 175/17 176/2
176/2 177/17 178/24
178/24 179/6 180/3
180/15 181/15 183/19
183/19 184/25 186/18
192/3 193/25 193/25
196/14 196/14 197/20
197/20
ascending [11] 62/17
68/19 87/9 87/11
106/4 136/20 140/15
145/8 161/8 168/25
175/10
ascends [2] 118/11
123/5
aside [70] 23/3 23/12
36/14 36/23 36/24
37/1 38/14 38/15 42/5
42/6 47/18 49/15
49/24 50/14 50/15
51/9 51/12 62/21
62/22 62/23 65/14
66/12 66/18 68/23
68/25 70/21 71/18
76/24 80/16 81/4 82/4
85/12 87/14 87/15
94/20 94/23 99/18
100/1 100/7 100/18
106/15 106/17 114/3
116/7 118/23 119/13
121/8 123/16 137/4
137/5 140/20 140/21
143/21 145/21 146/11
150/21 150/22 154/1
154/2 154/16 154/22
160/12 161/19 167/22
168/10 175/15 175/16
186/17 187/14 188/2
ask [67] 3/5 3/11 5/13
6/12 6/16 18/17 18/22
19/7 19/10 19/22 20/8
23/19 34/9 36/5 37/19
38/8 44/21 44/23
47/13 47/19 50/5
50/11 54/4 56/4 60/22
74/2 80/4 80/22 81/11
81/12 81/13 81/14
81/19 82/21 82/22
86/3 100/20 101/22
106/23 107/8 111/20
111/22 120/21 122/14
129/2 129/3 129/10
145/7 145/11 148/18
152/16 152/17 155/5
159/17 160/2 167/19
167/21 167/22 168/1
168/5 169/14 170/19
170/21 175/24 179/15
189/8 194/21
asked [13] 7/20 29/2
50/21 51/16 51/17
112/12 121/14 168/3
168/24 179/4 183/1
183/2 183/3
asking [6] 18/15 49/23
59/9 94/8 130/4 130/4
asks [1] 29/1
aspects [1] 195/18
assaulted [1] 172/24
assistant [5] 23/17
24/6 123/25 124/1
183/20
assistants [2] 178/16

assisted [4] 23/18
23/22 24/7 24/9
assisting [1] 52/16
associate [1] 120/2
associated [1] 162/11
assume [4] 58/8 71/4
74/2 162/3
assumed [1] 113/15
assuming [1] 111/17
Atlanta [3] 38/25 40/5
137/24
attack [1] 152/20
attained [6] 44/1 54/12
109/23 119/19 147/18
176/7
attempt [1] 18/3
attend [1] 4/15
attention [6] 3/9 28/16
70/18 134/19 182/5
182/22
attentively [1] 29/3
attenuated [1] 66/14
attorney [18] 6/6 7/8
8/4 8/7/1 23/22 23/22
24/8 25/18 25/19 49/6
52/18 52/19 71/11
71/13 89/16 89/23
123/25 124/1
Attorney's [2] 1/11 1/14
attorneys [10] 6/8
23/17 24/6 52/24
57/24 82/24 133/11
133/22 170/17 190/10
aunt [2] 52/17 52/18
AUSTIN [7] 1/5 2/3
17/22 20/25 32/1
57/18 131/21
available [1] 4/14 6/9
6/11 111/10 112/1
Avenue [1] 1/12 1/18
1/23 198/13
avoid [6] 133/14
139/6 190/24
award [2] 103/8 150/7
awarded [1] 102/23
aware [3] 53/13 119/11
136/11
away [10] 41/4 55/16
101/7 105/22 114/12
123/12 133/23 146/24
160/8 190/11

**B**

baby [1] 138/23
babysitter [1] 139/5
bachelor's [3] 37/11
54/18 176/8
back [47] 17/15 17/20
31/24 40/23 46/4 46/6
46/7 55/13 57/16
59/10 59/18 61/7
80/21 82/21 83/16
83/18 86/10 91/24
93/15 109/1 109/2
110/18 110/19 112/4
117/4 128/16 130/13
130/18 131/2 131/15
131/19 132/15 138/7

142/5 148/18 148/20
152/2 155/21 169/22
170/15 177/2 180/18
187/11 192/7
backdrop [1] 80/22
badge [1] 20/10
badly [1] 114/14
balance [1] 30/17
Bank [1] 151/19
banking [1] 151/18
barricades [1] 48/14
base [1] 63/2
based [21] 15/1 21/1
29/7 36/17 42/8 49/2
49/16 49/25 68/25
70/22 81/5 100/12
115/23 119/14 120/11
137/5 150/22 160/13
169/25 175/17 189/22
basically [12] 33/16
50/11 62/9 62/14
86/24 140/11 142/20
143/5 144/20 161/24
169/20 196/4
basis [1] 119/4
batteries [1] 54/2
be [314] 2/20 4/1 4/13
5/12 5/12 5/21 6/4 6/7
6/18 6/25 7/5 16/5
16/8 16/24 16/25
17/13 18/15 18/24
18/25 19/5 19/8 19/15
20/5 20/23 22/22 23/2
23/2 23/5 23/7 23/12
23/14 24/14 26/14
26/16 26/22 27/7
27/10 27/18 27/22
28/1 28/22 29/5 30/4
30/9 30/11 30/19 31/2
31/5 31/7 31/21 32/12
32/13 32/13 32/22
32/25 32/25 33/2
33/12 33/18 33/21
33/23 34/1 34/13
34/16 35/23 36/13
38/14 39/7 39/10
40/25 41/4 42/4 43/14
45/12 48/19 48/19
48/24 49/1 50/14
50/15 51/12 51/17
52/5 52/25 53/16
55/16 59/4 60/3 60/6
61/19 62/10 62/10
63/20 64/19 65/6
65/14 67/9 68/1 68/5
70/1 70/6 70/17 71/11
71/13 71/20 72/22
73/19 75/3 75/3 75/10
75/13 75/14 75/17
75/18 76/11 80/6
80/23 81/4 81/8 82/12
83/19 84/6 84/8 84/12
84/22 85/7 85/12
85/14 85/15 86/9
86/12 87/22 88/22
89/2 89/4 90/13 90/13
90/22 91/24 94/5 94/8
96/14 98/18 99/4 99/7

99/22 100/10 100/11
100/17 100/24 101/2
101/5 103/5 104/22
105/11 106/6 109/13
110/25 111/4 111/6
111/10 111/15 111/18
112/1 112/6 112/12
112/15 112/16 112/19
112/24 113/7 113/10
113/17 113/21 113/23
114/2 114/7 114/7
114/9 114/10 114/12
114/13 116/6 116/9
118/22 118/25 119/4
119/7 121/2 121/7
121/7 121/9 121/11
121/15 124/18 126/11
126/12 127/14 129/11
129/15 129/20 129/25
130/13 131/2 132/5
132/8 132/24 134/11
134/16 135/13 138/10
139/11 139/23 140/22
142/16 142/25 143/10
143/16 143/21 143/24
144/5 144/7 145/23
145/23 146/1 152/3
152/24 153/1 153/3
153/5 153/20 154/8
155/3 155/12 155/21
157/8 157/17 159/6
160/2 161/15 164/2
165/4 166/8 167/18
168/11 169/15 169/17
169/18 169/25 170/5
170/7 170/11 170/13
170/13 171/9 171/16
171/25 172/2 174/22
177/3 177/15 179/18
180/1 180/2 180/9
180/14 180/16 181/12
181/16 181/19 181/25
183/5 183/7 183/7
186/9 186/11 186/13
186/24 187/1 187/18
187/19 187/19 188/25
189/5 189/7 189/17
189/19 189/19 189/22
190/20 190/22 190/22
191/4 191/12 191/17
191/20 192/5 192/21
192/22 193/12 193/17
194/4 194/6 194/19
194/23 194/25 195/8
195/13 195/15 195/16
196/1
bearing [1] 172/8
became [1] 91/18
because [77] 4/12 4/18
26/19 27/22 32/15
33/9 33/20 34/22
47/24 48/13 59/6
59/14 59/23 60/9
60/15 61/14 71/5 73/6
74/5 76/14 81/18 89/6
94/6 95/15 97/18
97/19 99/7 99/12
99/17 99/25 100/21

**B**

because... [46] 101/7
102/15 102/18 105/18
111/6 111/7 112/8
112/19 113/7 113/18
116/13 118/5 129/16
131/2 132/19 132/23
133/6 134/16 138/8
144/3 146/6 150/11
152/25 154/9 159/2
159/12 162/3 168/10
169/24 173/7 177/18
178/13 178/22 179/9
180/5 183/14 187/8
189/21 190/11 190/24
190/25 192/23 193/17
194/4 194/24 196/16
become [4] 6/11 74/21
74/21 81/17
bedtime [1] 182/15
been [76] 2/10 6/2
6/24 15/6 15/19 15/25
18/2 18/7 19/23 22/16
22/19 26/6 26/8 26/10
26/12 36/2 36/22
38/24 40/7 40/12
40/13 40/14 42/22
43/9 44/11 44/14
49/21 50/22 50/25
51/13 53/4 53/5 55/3
58/3 62/25 67/23 69/3
70/7 70/17 72/23
72/25 73/2 73/3 73/5
73/12 75/22 86/1
90/21 105/15 108/4
108/21 117/17 118/2
118/5 120/16 123/18
125/6 126/15 126/17
131/23 131/24 135/19
136/14 144/23 145/1
145/22 148/1 149/8
151/19 154/11 154/20
160/4 164/22 164/23
168/24 172/18
before [42] 1/8 2/9
2/24 5/19 6/1 19/22
20/7 30/12 31/1 45/6
57/22 57/23 58/13
58/15 69/10 78/8 97/3
102/3 102/16 107/23
127/22 127/25 128/20
137/21 138/10 151/16
151/16 154/21 160/6
168/24 179/1 179/23
182/14 182/15 182/18
191/14 191/18 192/25
194/9 194/10 195/1
197/16
began [3] 2/1 47/23
91/12
begin [7] 2/9 17/25
19/22 31/20 58/14
58/16 132/7
beginning [4] 59/19
96/4 145/4 157/11
begrudgingly [1] 103/7
behalf [2] 37/17 58/11
behind [3] 154/6 173/4
173/13

15/23 23/18 23/22
24/7 24/9 31/21 34/23
44/25 48/25 49/3 60/7
64/5 75/4 81/2 81/25
84/20 84/21 85/20
87/5 95/12 96/14 99/9
99/20 107/3 115/14
117/5 120/20 121/17
133/18 133/23 134/4
134/24 134/24 138/11
139/19 148/23 149/12
152/5 155/19 159/24
161/17 171/10 171/21
172/8 172/10 177/4
183/20 190/12 190/14
191/4 192/6 194/7
196/25 198/1
belief [2] 66/22 69/6
beliefs [5] 115/12
115/19 115/22 116/13
116/15
believe [24] 27/10 29/5
29/18 35/19 37/4
37/23 50/1 66/24 68/5
70/5 71/1 71/23 102/8
115/21 118/25 122/25
123/7 154/8 154/9
163/11 163/14 163/15
179/16 181/19
believes [1] 81/2
bell [3] 51/23 52/2 52/4
bench [3] 17/12 31/19
197/10
bent [1] 47/1
best [14] 6/16 37/24
41/4 52/11 61/15
71/10 89/18 106/21
134/12 180/25 181/1
188/19 189/8 190/24
Bethesda [1] 37/8
better [12] 5/15 122/1
130/22 143/15 159/10
159/11 159/11 173/10
173/11 196/17 196/18
196/19
between [14] 44/8
44/10 54/22 55/17
91/10 94/18 120/8
127/19 128/7 132/20
134/22 141/19 148/2
184/12
beyond [7] 27/3 101/25
115/25 125/8 136/17
146/12 157/23
bias [1] 18/13
biased [4] 42/21 44/25
45/7 177/21
big [5] 78/20 78/21
84/11 108/18 108/22
bigger [1] 94/13
biggest [1] 15/25
bill [1] 53/6
bit [24] 39/24 40/1
42/15 45/8 53/23
66/14 83/2 88/10
91/24 105/17 105/18
109/2 117/18 137/21
140/10 147/14 149/9

179/9 184/20 194/1
197/8
black [1] 137/25
blame [1] 82/10
blocks [3] 46/23 47/2
47/8
blog [1] 133/4
blogging [1] 134/9
boat [1] 33/21
bono [1] 43/6
boss [3] 85/5 85/9
142/20
Boston [1] 137/24
both [21] 3/1 3/3 3/6
3/19 34/17 39/18 43/3
60/22 75/3 75/13 86/3
86/4 86/4 89/15
100/10 122/14 155/9
172/22 172/24 178/16
178/17
box [7] 31/1 69/18
154/15 154/19 154/19
162/2 174/25
boxes [4] 32/10 34/8
173/5 173/13
Boys [1] 137/8
brand [3] 43/18 43/19
44/14
break [6] 57/12 128/23
131/12 131/14 183/11
198/1
breaking [2] 62/15
117/22
Brian [1] 24/23
brief [2] 51/21 54/22
briefly [2] 20/22 194/2
bring [19] 3/2 5/7
17/12 17/15 19/2
30/13 32/3 32/4 33/11
57/22 57/23 58/20
110/18 128/20 131/8
131/11 131/13 188/12
195/6
bringing [3] 31/20 81/9
130/14
broken [1] 87/5
broker [2] 147/10
147/16
Bronx [1] 89/23
brother [4] 123/24
124/9 124/10 174/10
brought [5] 16/2 76/14
123/3 132/19 188/22
Brown [1] 137/25
budget [3] 109/19
110/16 197/20
budgeting [2] 84/18
109/20
building [17] 21/9
21/11 64/5 87/5 87/6
92/24 92/25 93/1 93/2
93/16 95/14 96/17
135/12 152/20 155/2
158/16 158/18
buildings [1] 95/12
bunch [7] 18/22 32/10
59/2 62/14 62/18 65/5
188/17

115/25 154/6 161/23
Bureau [1] 25/5
burglar [1] 176/18
burning [1] 111/24
business [7] 18/4
78/12 110/1 125/25
142/19 151/13 178/19
busy [3] 124/14 125/6
125/9
busyness [1] 124/13

**C**

C-SPAN [1] 94/14
cabinet [1] 176/20
cable [1] 48/4
calendar [2] 16/4
113/12
California [1] 1/16
call [10] 3/10 24/12
24/14 29/1 94/10
94/10 163/8 193/14
193/16 195/3
called [6] 51/18 91/24
99/13 156/20 182/10
192/25
calling [1] 178/21
calls [2] 93/11 93/25
came [5] 69/3 129/20
132/14 157/3 174/17
camera [1] 20/21
cameraman [1] 153/19
campus [1] 148/10
can [202] 3/5 3/9 3/19
3/20 3/21 3/22 6/22
19/8 20/21 21/13
21/15 23/20 27/13
27/20 30/13 30/21
32/7 32/17 32/25
33/25 34/5 34/24 35/7
37/22 37/23 38/2
39/22 42/9 42/11
42/14 44/21 45/7
46/25 47/18 49/11
49/24 53/22 54/16
54/22 55/22 56/12
56/14 57/6 57/7 58/12
59/22 61/17 62/1 62/7
62/12 62/23 63/6 63/8
63/24 65/1 65/7 65/14
68/12 68/23 69/24
70/3 70/20 74/1 74/2
75/17 75/18 76/24
77/2 81/3 82/4 83/19
83/24 84/2 84/2 85/5 86/16
86/20 87/3 87/18
88/10 91/25 92/6
92/14 94/5 94/20
94/25 95/2 95/3 95/10
97/14 98/1 98/8 100/6
100/19 100/21 102/7
103/10 103/25 104/22
106/14 106/17 106/24
107/3 112/17 113/24
114/17 115/5 117/4
117/11 119/13 119/16
120/6 121/25 122/1
123/16 128/17 129/3
129/3 129/6 129/13
129/15 129/16 130/21

131/5 132/10
133/21 134/3 134/20
135/4 135/21 137/8
139/6 139/7 139/8
140/4 140/9 141/2
142/5 142/11 143/4
143/10 143/16 145/16
145/24 146/14 147/11
148/6 150/24 152/10
152/25 153/4 153/5
154/6 154/15 156/6
160/2 160/20 160/23
161/19 162/17 162/24
164/2 166/8 167/1
167/18 167/22 168/10
169/9 170/1 171/2
171/9 172/11 172/14
173/6 174/22 175/2
175/14 175/16 175/24
176/12 177/11 178/10
180/11 184/20 186/13
186/21 187/14 187/22
188/2 188/11 188/19
189/16 190/8 190/13
190/15 191/17 192/21
193/3 194/22 195/6
196/15 196/17
can't [30] 43/14 52/5
59/9 80/25 82/12
87/13 88/22 100/1
100/4 106/6 126/11
129/12 138/7 140/20
147/13 150/20 152/21
157/25 158/1 165/4
170/6 170/7 170/22
171/21 173/8 175/6
175/12 176/20 187/18
187/19
cancel [2] 111/8 113/5
Candy [1] 124/23
cannot [1] 192/22
capable [3] 49/14 81/1
164/5
capacity [3] 40/8 94/4
109/19
Capitol [95] 21/2 21/7
21/9 21/11 21/24 22/1
22/7 22/10 22/12
22/14 22/18 22/20
23/1 23/11 24/18
24/19 24/21 24/23
25/2 25/19 30/4 36/2
36/3 36/4 36/6 38/7
38/9 41/21 41/22
46/20 46/23 47/2 47/9
48/12 48/16 50/6
50/23 51/21 62/6
62/15 62/17 62/18
64/4 65/10 65/21 67/7
67/23 68/19 87/5 87/6
87/8 92/12 92/22 93/2
95/7 95/15 96/2 96/12
96/18 96/23 97/13
98/2 99/8 105/15
106/3 106/22 117/23
117/25 118/1 118/14
121/6 122/5 122/9
123/5 123/9 123/23
136/6 136/7 140/9

Capitol... [16] 143/20
152/20 155/2 156/25
158/5 158/7 158/11
158/15 159/16 161/4
161/5 161/8 165/13
165/16 167/15 169/3
capture [2] 20/21
153/4
car [4] 59/16 59/16
59/18 73/3
card [1] 19/21
cards [4] 18/24 30/8
59/21 59/22
care [8] 32/22 32/25
34/23 78/4 138/23
138/24 138/25 142/24
career [7] 39/24 40/2
43/1 44/16 91/11
137/22 187/8
carrying [1] 21/9
cars [1] 135/25
case [175] 1/3 5/25
6/19 6/25 15/13 15/15
15/17 15/19 16/12
16/18 16/20 16/23
17/3 17/4 18/1 18/13
20/24 22/24 23/5 23/9
23/15 23/17 24/5
26/23 27/1 27/7 27/9
28/2 28/16 28/22 29/7
30/5 36/16 37/2 38/16
39/11 40/25 41/4 41/7
41/8 41/9 42/7 42/8
43/15 48/19 49/18
49/25 50/18 51/14
51/15 52/6 53/17
55/15 55/15 57/17
63/10 63/13 64/16
65/8 66/19 68/2 68/25
70/1 70/2 70/22 71/2
71/20 75/5 76/12
80/19 80/21 81/4 81/5
81/25 83/2 87/16
88/20 90/13 94/24
94/24 95/19 100/3
100/9 100/11 100/12
101/23 105/11 106/18
107/4 108/6 114/5
115/23 118/23 119/4
119/4 119/7 119/14
121/4 121/10 123/19
126/12 132/21 133/2
133/4 133/7 133/12
133/13 133/17 133/20
133/22 134/5 134/6
134/8 134/8 134/10
134/12 134/16 134/17
137/5 140/22 140/23
143/17 143/24 145/21
146/4 150/8 150/22
154/4 156/14 156/15
157/3 157/4 160/12
161/21 161/22 164/3
164/6 164/7 164/11
165/4 166/8 169/24
170/20 171/8 172/1
174/23 175/16 179/18
181/12 181/16 181/18

187/15 187/16 189/2
189/4 189/8 189/11
189/18 189/20 189/23
190/1 190/5 190/8
190/15 190/17 190/19
190/20 190/22 191/1
191/4 192/16 196/24
cases [11] 41/5 42/20
42/24 43/6 108/8
108/20 118/3 125/5
125/12 152/24 161/2
catch [1] 59/20
catchall [8] 29/1 29/9
56/3 99/3 115/9
115/10 138/19 152/15
categories [1] 25/12
category [3] 35/13
73/19 126/18
caught [2] 59/22 127/1
cause [26] 28/14 37/20
58/13 60/24 61/9 64/9
80/12 80/23 82/13
86/6 96/16 96/20
97/10 97/17 103/4
103/13 108/11 111/23
114/17 116/24 117/4
139/16 155/19 168/14
171/24 182/3
celebrate [1] 111/15
cell [1] 195/3
center [4] 120/3
120/16 184/17 184/18
certain [7] 7/9 19/16
19/16 20/15 118/6
123/12 139/1
certainly [5] 49/12 53/8
71/22 97/19 163/16
certify [2] 21/4 198/7
cetera [2] 157/4 190/1
chair [1] 49/8
chambers [1] 102/22
chance [1] 59/20
change [2] 56/17 75/17
changing [1] 54/20
characterizing [1]
45/15
charge [2] 89/16 89/23
charged [8] 26/7 26/11
53/4 72/24 126/16
164/23 172/18 174/15
charges [4] 20/25 27/1
51/22 53/12
chat [3] 3/9 98/3 152/4
chatty [1] 75/15
check [5] 32/12 35/10
191/6 193/11 193/11
checked [23] 32/10
34/8 35/10 35/25 59/2
69/18 71/4 92/9
105/13 116/5 150/10
152/14 154/14 154/15
154/19 155/9 155/9
159/15 162/2 162/3
164/16 174/25 181/14
chief [2] 67/9 67/25
child [8] 32/25 34/22
106/22 107/5 138/23
138/25 142/24 186/23

32/19 174/8 174/11
choice [3] 5/11 187/9
187/9
chosen [2] 189/19
191/1
Christopher [4] 1/17
2/5 23/22 24/8
Church [1] 153/8
circle [3] 135/24 172/2
180/18
Circuit [1] 15/3
circumstance [2] 15/5
15/11
circumstances [4]
33/18 111/15 185/25
186/2
citizen [3] 100/21
102/5 145/17
civic [3] 99/24 101/20
178/8
civics [1] 137/24
civil [4] 72/14 72/14
82/2 162/22
clarify [1] 192/14
clarity [1] 108/7
clean [1] 49/16
clear [6] 16/7 30/4
80/11 94/8 96/14
135/13
cleared [2] 8/9 131/1
Clements [2] 23/18
24/7
client [1] 40/14
clients [10] 40/16 43/3
43/3 43/4 77/24 78/11
78/13 78/17 79/23
108/24
climbing [4] 36/6 38/10
41/23 50/6
Clinton [1] 176/20
clip [1] 50/9
close [58] 22/1 22/5
22/8 25/10 25/13
25/25 26/5 38/22
42/13 46/18 46/24
47/9 47/10 48/16 52/9
53/3 53/11 58/3 65/20
65/25 66/3 66/10 67/5
71/9 72/1 74/21 82/8
84/9 87/20 89/13
92/10 92/15 96/12
97/13 97/21 104/6
104/16 104/18 118/15
122/4 122/6 126/15
153/10 158/4 162/10
163/19 164/22 165/23
166/2 166/4 166/4
168/23 172/17 173/8
180/20 186/9 187/12
194/19
closed [1] 194/24
closely [3] 47/24 50/11
105/23
closer [7] 56/13 92/15
92/20 144/25 159/5
159/8 173/6
CNN [1] 86/25
collar [2] 43/3 43/8

66/3 88/14 164/5
collect [1] 30/8
college [11] 128/7
137/25 138/1 138/2
147/19 148/2 151/16
176/16 184/9 184/10
184/13
COLUMBIA [2] 1/1
25/17
combo [1] 97/20
come [39] 6/11 6/17
17/12 17/24 19/3
20/20 20/21 23/19
27/21 30/25 31/2 31/3
31/14 33/16 40/23
51/2 55/13 71/15
82/21 83/16 90/25
102/9 103/6 112/10
113/16 130/17 131/15
133/10 138/17 139/9
142/3 142/23 154/2
169/22 179/5 186/2
192/8 192/11 193/18
comes [6] 31/4 81/3
134/19 178/2 178/13
185/5
comfort [1] 97/14
comfortable [8] 5/11
5/14 5/18 6/6 7/5
49/14 75/4 196/9
coming [15] 57/12
64/12 80/20 86/12
92/1 98/17 98/19
103/17 110/20 113/6
155/19 172/4 188/8
191/3 192/7
comments [1] 7/9
commission [1] 161/2
committed [3] 126/25
146/13 161/23
committee [1] 167/13
committing [2] 115/15
116/18
communicating [1]
153/13
communication [1]
133/5
communications [3]
77/18 79/25 133/7
community [1] 138/2
companies [1] 176/18
company [5] 37/8 40/6
40/8 108/6 108/18
Comparative [2]
147/21 147/23
competent [4] 15/12
16/11 16/17 16/17
competently [1] 5/25
complete [2] 131/3
191/13
completed [5] 6/4
35/15 37/10 107/16
120/7
completely [2] 85/20
190/24
completing [1] 141/19
complex [2] 17/4
107/14

66/3 88/14 164/5
complexity [1] 15/17
compromise [1] 190/18
computer [2] 7/18
62/11
concern [3] 48/23
115/9 160/11
concerning [1] 190/21
concerns [10] 66/17
80/8 80/10 80/15
80/20 167/11 167/17
196/5 196/21 196/21
conclude [1] 142/4
conclusions [2] 167/21
167/23
condemning [1] 115/20
condition [4] 28/6
28/11 28/15 182/4
conditions [1] 8/8
conduct [3] 21/9 21/10
132/20
conducted [1] 18/10
conference [3] 6/3
15/21 29/19
conferences [1] 197/10
confidence [1] 187/13
confident [2] 94/25
188/2
confidential [1] 94/4
confirm [1] 169/9
Congress [3] 92/18
92/22 165/14
Congress's [1] 21/4
congressional [4]
92/18 93/11 94/4
165/14
congressmen [1]
118/15
connected [3] 133/13
174/6 190/5
Connecticut [1] 1/18
connection [5] 87/21
108/20 109/10 123/23
174/16
connections [1] 71/19
Connelly [1] 42/23
conscientious [1] 121/1
consent [1] 192/6
consider [30] 15/4 15/7
15/16 16/10 17/5
22/23 23/8 45/16
51/13 62/24 62/25
63/1 63/16 63/18
63/19 63/20 65/7
65/17 81/3 94/23
94/24 101/14 111/19
121/3 123/18 140/23
143/17 161/24 169/18
186/17
considered [2] 178/12
179/6
considering [4] 7/4
77/5 86/1 164/11
consistent [2] 121/5
116/1
constantly [1] 84/25
Constitution [2] 1/23
198/13
constraints [1] 6/16
construction [3] 84/17

**C**

construction... [2]
84/18 84/19
consult [1] 55/17
consultant [3] 39/14
78/9 78/11
consulted [1] 40/15
consulting [14] 40/6
40/7 40/8 40/9 40/11
67/20 74/12 77/23
78/8 107/11 108/6
165/9 167/4 167/7
consumer [2] 125/21
127/17
contact [8] 3/4 58/3
58/5 108/18 108/21
133/10 133/15 190/7
contain [1] 183/15
context [1] 36/9
continuance [2] 15/12
15/14
continuances [1] 15/6
continue [9] 15/3 17/7
55/14 57/14 120/19
142/5 148/20 152/4
160/1
continued [1] 51/6
continuing [2] 132/12
132/15
contracted [1] 108/4
contributed [1] 15/11
contrived [1] 15/10
convenience [2] 15/7
16/21
conversation [6] 15/1
51/6 61/5 83/11 190/6
190/7
conversations [4] 66/4
71/22 133/14 133/15
convicted [8] 26/7
26/11 53/5 72/24
126/16 164/23 172/19
174/5
conviction [1] 53/12
cool [1] 64/6
copying [1] 197/4
corner [2] 20/9 20/12
coronavirus [1] 58/4
corporate [2] 104/13
104/20
Corporation [1] 110/12
corporations [1] 44/15
correct [20] 6/20 7/2
7/3 44/6 60/2 61/10
77/7 77/10 78/10
93/20 110/15 112/14
121/12 137/10 137/11
149/17 150/1 163/17
164/8 164/14
correction [1] 30/2
corridor [1] 133/17
costume [1] 123/2
could [79] 3/16 5/15
6/16 23/24 33/12
36/19 37/3 37/4 38/19
40/23 41/15 46/12
46/20 47/11 47/12
48/24 49/1 49/2 49/2
49/3 50/20 58/23 60/6

76/19 79/12 80/16
83/4 83/25 85/7 85/8
85/20 98/23 99/7
99/21 100/25 102/11
103/4 108/25 109/6
110/5 111/16 112/12
112/15 113/5 114/12
115/17 115/22 120/23
121/22 121/25 128/20
129/11 131/10 134/11
138/15 144/7 144/24
146/2 149/1 153/1
154/8 154/9 154/13
154/24 155/3 159/4
160/12 163/3 189/7
190/18 190/20 194/16
194/19 194/21 195/9
195/12
couldn't [16] 33/12
36/23 66/11 71/18
73/19 99/4 99/18
102/21 105/10 124/18
126/11 127/14 135/25
178/22 181/12 194/24
counsel [19] 3/15 15/8
15/13 15/24 16/2
16/11 29/12 61/3 61/5
89/18 96/8 102/25
111/20 155/5 159/17
191/17 196/4 196/6
196/7
counsel's [1] 196/21
counsels [1] 96/20
country [4] 67/1 120/3
120/4 152/23
counts [2] 46/24 101/9
couple [12] 66/4 67/13
67/15 72/7 79/3 79/23
101/6 112/7 118/5
183/24 185/20 185/21
course [13] 31/15 63/1
68/16 73/6 101/14
108/6 111/12 132/25
148/16 156/5 170/4
183/21 196/8
Court's [2] 196/8
196/21
court-ordered [1]
192/15
courthouse [2] 133/16
134/14
courtroom [116] 4/10
4/11 4/14 5/20 8/6 8/9
17/14 17/18 19/3
19/23 20/2 20/19

23/11 23/20 23/24
27/19 30/11 32/5 35/5
38/17 41/13 41/14
42/9 45/12 45/17 46/6
46/7 46/10 46/11
55/13 55/13 55/19
55/20 57/10 58/2
58/22 61/5 61/22
61/23 63/4 63/16 64/5
64/22 64/23 65/10
83/18 83/22 83/23
86/14 86/15 87/16
91/24 92/4 92/5 98/21
98/22 103/21 103/22
106/19 109/1 109/3
109/4 110/18 110/21
110/22 115/3 115/4
117/8 117/9 119/8
119/15 120/19 121/5
121/17 121/20 121/21
128/14 133/13 134/18
135/2 135/3 137/6
138/10 138/12 138/13
139/25 140/1 142/2
142/5 142/9 142/10
143/19 148/19 148/24
148/25 152/2 152/7
152/8 154/5 155/25
156/1 160/4 160/13
170/1 172/6 177/5
177/6 188/13 190/5
191/7 191/12 191/12
193/23
Courtroom 14 [1]
138/10
courtrooms [1] 4/13
courtyard [1] 159/3
cousin [3] 185/1 185/8
187/17
cover [1] 120/3
coverage [12] 122/19
152/20 156/13 156/17
159/21 169/11 171/2
171/8 172/3 189/7
189/11 190/22
covered [3] 145/1
162/6 163/19
covering [1] 142/19
covers [1] 161/12
COVID [1] 59/8
coworkers [1] 134/2
CPA [1] 107/14
credence [2] 186/19
186/20
credit [2] 59/21 59/22
crime [24] 26/8 26/8
26/12 26/12 53/5 53/5
70/1 72/24 72/25 73/2
73/7 115/25 126/16
126/17 126/25 127/10
146/13 161/24 164/23
172/19 173/1 173/3
174/5 174/16
crimes [6] 43/5 43/8
43/8 53/10 53/15
73/17
criminal [30] 1/3 2/2
17/21 18/1 21/1 27/1

42/17 43/2 45/1 52/20
57/17 72/11 73/6 80/5
81/17 82/16 82/17
89/25 101/23 126/6
127/9 127/13 131/20
162/22 173/17 173/21
173/23
critical [1] 99/21
crowd [2] 123/12
135/11
CRR [2] 1/22 198/12
culpable [1] 49/21
cure [2] 196/5 196/21
curiosity [1] 167/13
curious [1] 156/19
current [12] 39/25 44/9
54/23 55/3 77/22 78/7
79/14 120/8 148/2
153/21 166/11 166/25
currently [4] 5/15 89/19
90/9 110/9
curriculum [1] 141/22
custody [3] 174/8
174/11 174/18
cut [5] 48/13 81/12
130/9 130/12 188/12
cybersecurity [3] 88/2
88/4 165/12

**D**

D.C [15] 1/4 1/19 1/23
15/3 42/18 46/22 99/6
99/8 99/14 100/19
105/22 120/12 124/20
124/22 198/14
dad [4] 89/16 89/20
126/19 126/20
dad's [1] 89/21
date [8] 2/11 6/2 6/23
15/20 39/24 84/11
85/18 192/17
Davis [25] 1/17 1/18
1/18 2/5 2/18 3/21
3/25 4/5 5/3 15/2
16/13 17/9 23/22
23/24 24/9 45/2 49/11
58/18 81/11 82/9 97/8
129/22 187/25 197/4
197/23
Davis's [4] 5/25 7/1
16/23 168/13
day [110] 1/8 4/22 5/19
27/19 42/1 42/2 42/4
47/14 47/15 47/18
47/20 48/6 48/8 48/16
48/17 48/20 48/23
49/15 50/4 50/12 61/7
61/21 62/7 62/8 62/22
65/21 66/7 68/13
68/16 69/11 70/8 82/5
84/25 84/25 85/25
87/13 93/6 93/19 94/6
94/15 94/16 94/18
94/21 95/9 95/16 96/2
96/4 96/6 96/12 96/19
97/16 98/2 98/12
100/14 100/15 102/4
102/23 103/10 105/19
106/12 107/6 117/19

129/20 132/17 135/22
135/23 138/8 138/11
139/20 140/19 142/3
142/6 144/11 145/14
146/8 146/14 149/4
149/10 149/18 149/21
149/23 150/18 150/19
153/17 153/22 158/15
159/1 160/8 160/9
160/24 160/25 161/14
163/24 163/24 165/23
165/25 169/3 171/22
172/8 177/3 183/6
191/14 191/16 192/17
192/21 192/22 195/1
daycare [2] 184/17
184/18
days [8] 48/9 48/17
60/13 94/15 112/1
112/2 112/9 143/5
dcd.uscourts [1]
198/14
dcd.uscourts.gov [1]
1/24
deadline [2] 192/15
192/23
deal [3] 4/22 4/22 64/3
dealing [1] 64/3
dean [1] 141/22
decades [3] 67/13
67/15 67/18
December [1] 84/11
decide [13] 38/16
50/17 66/19 68/2
68/25 81/5 87/15
100/12 112/10 114/5
119/14 134/17 191/1
decided [2] 68/6 70/6
deciding [1] 97/4
decision [1] 195/24
decisions [4] 63/2
132/25 132/25 189/22
deem [1] 93/10
deep [4] 99/23 102/13
103/4 168/3
deeper [1] 100/6
deeply [1] 153/14
defendant [22] 1/6
1/17 2/5 2/6 15/11
15/12 15/22 20/17
20/25 23/21 24/8
26/25 27/1 49/6 49/19
57/20 101/22 101/23
146/11 146/13 155/1
161/23
defendant's [1] 15/15
Defender [2] 89/17
89/23
defense [18] 24/13
40/17 42/18 43/2 45/1
51/17 52/21 58/11
61/3 61/5 72/11 82/24
89/25 126/7 196/3
196/6 196/7 196/21
definitely [10] 66/24
68/4 74/6 75/17 77/1
98/6 98/9 122/16
145/10 157/18

definition [1] 99/13
degree [35] 37/11
 37/12 37/13 39/16
 39/17 44/6 51/7 54/11
 54/13 54/19 54/19
 77/14 77/17 91/7
 107/17 107/21 109/22
 109/24 110/3 110/7
 119/18 119/20 119/24
 128/5 137/14 137/19
 141/7 147/20 151/8
 151/11 166/15 166/20
 166/23 176/7 176/8
degrees [3] 54/16
 141/9 145/14
delay [3] 15/6 15/9
 16/5
delays [1] 188/21
deliberate [4] 27/7
 111/18 112/2 181/16
deliberating [2] 75/5
 111/18
deliver [2] 59/13 60/4
delivering [1] 59/15
Deloitte [5] 107/10
 108/4 108/6 108/17
 108/18
delta [1] 157/20
demographic [1] 120/4
demonstrated [1]
 21/11
dentist [1] 111/9
deny [3] 15/3 17/7 69/5
denying [1] 15/13
department [18] 25/16
 25/20 25/20 29/16
 30/5 71/11 72/16
 108/19 109/16 109/17
 110/10 120/13 149/13
 149/16 149/21 162/12
 162/20 164/12
Departments [1] 25/21
depending [2] 119/4
 171/11
depends [1] 129/8
depicted [1] 87/2
Deposit [1] 110/11
deposition [7] 191/21
 192/16 192/17 192/19
 192/21 192/22 192/25
deputy [5] 19/23 39/4
 58/2 71/11 71/13
describe [13] 62/7
 62/12 70/9 74/1 74/2
 79/2 95/10 98/2
 122/22 125/24 125/24
 140/9 175/3
described [4] 118/15
 119/17 144/21 146/23
describing [1] 69/15
description [1] 157/2
deserves [1] 66/23
designed [1] 189/15
desk [1] 123/1
despite [5] 160/11
 161/12 161/13 164/9
 167/18
destruction [1] 136/6

144/15
details [3] 51/5 120/25
 136/13
determine [2] 69/7
 71/24
developer [1] 141/23
devices [1] 54/3
diagonal [1] 93/1
dicey [1] 170/23
did [61] 6/10 6/11 31/1
 32/12 38/23 41/10
 47/6 47/14 48/5 54/24
 56/1 59/18 72/15 76/3
 76/8 79/8 93/6 93/15
 95/20 109/17 109/20
 110/14 113/10 118/17
 119/2 120/13 127/22
 128/7 128/11 136/3
 141/2 144/2 144/3
 144/4 146/13 147/23
 151/7 151/11 156/17
 156/21 158/21 158/25
 166/14 168/4 168/5
 173/15 173/17 173/18
 176/15 176/19 181/21
 183/19 184/1 184/4
 184/7 184/8 185/18
 186/2 193/25 196/16
 197/18
didn't [27] 5/12 52/12
 59/14 60/18 72/16
 77/15 83/10 93/21
 94/6 111/5 111/7
 113/7 113/9 113/14
 113/15 113/20 127/10
 135/25 149/24 152/17
 153/20 179/2 179/20
 179/22 186/4 186/5
 186/6
die [2] 153/20 173/15
died [3] 177/17 179/9
 183/18
difference [1] 83/3
different [23] 16/22
 42/23 59/2 61/6 63/14
 77/24 85/8 93/8
 116/10 127/19 127/20
 144/14 145/14 145/20
 146/1 160/21 174/20
 174/21 176/17 186/25
 194/3 194/4 195/19
differently [3] 30/6
 149/24 191/5
difficult [14] 26/22
 27/18 28/5 28/7 28/9
 28/11 29/2 29/6 84/9
 84/12 95/14 100/24
 114/14 180/8
difficulty [5] 27/3 28/18
 101/25 102/1 155/10
dig [2] 102/12 103/4
digits [2] 20/8 20/12
dilatory [1] 15/10
dinner [1] 74/23
dire [7] 1/8 3/1 4/13
 17/13 27/21 29/24
 30/14
direct [5] 74/13 80/6

direction [2] 102/21
 118/17
directly [5] 31/9 44/21
 81/24 118/18 159/1
director [1] 175/22
disagree [2] 58/6 188/3
disagreements [1]
 71/22
disc [1] 7/12
disclose [1] 61/4
disconcerting [1] 47/24
discovery [4] 7/12 7/16
 192/15 192/23
discretion [1] 197/7
discuss [19] 3/6 3/14
 5/17 27/8 40/19 40/24
 41/7 41/8 88/8 105/2
 124/10 132/21 134/19
 163/5 170/17 181/17
 189/2 189/18 190/9
discussed [3] 102/3
 125/10 163/16
discussion [5] 51/21
 123/2 133/20 181/20
 190/8
discussions [4] 27/11
 105/5 133/19 197/14
dismissed [1] 191/15
disorderly [2] 21/8
 21/10
disrupted [2] 93/11
 94/1
disruption [1] 93/22
disruptive [1] 21/8
distancing [1] 18/8
distracted [1] 94/7
DISTRICT [4] 1/1 1/1
 1/9 25/17
disturbing [3] 152/22
 153/2 153/7
diverted [1] 135/11
division [1] 89/24
do [285] 2/15 2/16
 2/18 3/23 4/19 4/24
 6/16 7/22 17/11 18/3
 18/6 18/19 19/18 22/4
 22/7 24/3 24/10 24/14
 25/6 26/20 27/15
 27/15 28/4 28/8 28/18
 29/11 29/20 30/7
 30/16 33/22 33/25
 34/5 35/17 35/20
 35/21 36/19 37/3 37/4
 37/6 37/9 37/24 39/13
 39/13 40/11 41/21
 42/1 42/9 42/10 42/11
 43/17 43/17 46/17
 47/18 47/19 48/22
 49/3 49/14 50/5 50/12
 53/6 53/19 53/19
 54/14 56/6 59/11
 59/12 59/25 60/2
 60/23 62/16 63/9
 63/24 63/24 66/9
 66/17 67/20 68/18
 70/3 70/3 70/20 70/24
 71/2 71/25 72/11

74/3 74/4 74/9 77/2
 77/8 77/23 77/23
 77/25 78/6 78/6 79/17
 79/18 79/21 80/9
 80/13 81/10 81/13
 81/20 82/1 84/15
 84/16 84/18 85/14
 86/22 87/7 87/12
 87/18 87/23 88/1 88/8
 89/8 90/3 90/12 90/15
 90/15 90/17 92/13
 92/24 94/20 94/25
 95/5 95/8 98/2 98/3
 100/21 100/22 100/23
 101/20 102/11 105/2
 105/5 105/17 106/2
 106/3 106/19 106/21
 106/24 107/8 107/9
 107/12 108/9 109/14
 112/6 112/17 114/6
 114/7 116/1 116/4
 118/10 118/18 118/18
 118/22 119/8 119/11
 119/12 119/16 120/1
 121/12 122/4 123/4
 123/9 124/10 124/12
 125/3 125/20 126/4
 126/5 126/5 126/6
 126/6 127/16 128/11
 128/23 129/5 129/10
 129/25 130/12 130/24
 131/8 131/10 132/13
 133/20 136/3 136/19
 137/1 137/8 138/6
 138/21 140/14 141/13
 141/13 141/16 144/10
 144/10 145/7 145/16
 145/24 145/24 146/11
 146/14 146/14 146/17
 146/21 147/7 147/17
 147/15 148/4 150/4
 150/8 150/24 151/1
 151/1 152/24 152/25
 154/13 154/24 155/4
 155/8 156/24 157/1
 157/6 157/11 157/24
 158/3 160/11 160/16
 160/20 161/7 163/4
 163/7 163/13 163/23
 165/6 165/10 165/10
 165/13 169/22 170/7
 170/23 171/15 171/20
 171/21 173/20 174/19
 175/20 175/20 178/19
 180/7 180/12 181/4
 181/7 183/4 183/7
 183/8 183/11 186/1
 186/5 186/21 186/21
 187/14 188/2 188/10
 189/5 189/5 189/8
 190/8 192/8 193/1
 194/24 195/4 195/14
 195/15 196/24 197/9
 198/2
docket [1] 16/6
doctoral [1] 54/13
doctorate [1] 54/14
document [1] 195/19

documentary [1]
 144/14
does [34] 21/12 21/16
 25/14 44/16 60/16
 63/22 67/18 67/18
 81/12 87/23 88/1
 89/25 103/9 104/12
 104/20 104/21 125/3
 125/4 125/4 129/14
 134/20 145/6 155/12
 162/18 162/21 162/25
 165/15 166/6 168/2
 170/10 176/2 176/3
 180/20 187/10
doesn't [11] 34/12 42/1
 45/11 88/3 113/19
 159/7 159/22 178/6
 183/17 187/13 195/24
doing [19] 4/13 19/23
 40/12 41/2 79/16
 90/21 94/6 106/20
 128/1 145/20 146/1
 146/8 146/9 148/14
 151/21 170/4 175/18
 176/23 188/18
DOJ [1] 164/5
don't [169] 5/14 5/23
 5/24 19/9 19/11 19/11
 19/19 29/20 31/3
 33/22 33/24 34/13
 35/24 37/17 39/22
 40/24 41/7 41/8 43/10
 43/25 47/19 47/19
 48/3 48/4 50/8 51/22
 54/5 55/14 56/9 57/11
 57/13 59/17 59/24
 59/25 59/25 60/7
 60/15 62/10 63/6 63/9
 63/9 64/1 64/2 64/3
 67/3 67/13 68/11 74/5
 74/6 75/21 77/20
 77/21 82/7 82/20 83/2
 83/4 83/13 85/6 85/9
 85/23 86/1 88/25
 92/23 95/22 95/23
 96/15 98/10 98/11
 99/7 100/18 101/8
 101/9 101/9 101/12
 101/12 101/19 102/11
 103/4 106/8 108/23
 111/2 111/20 111/23
 112/5 112/7 112/19
 113/22 113/23 114/12
 115/21 116/18 116/20
 118/3 122/10 123/8
 125/7 125/13 129/8
 130/24 131/11 132/6
 132/24 132/25 133/6
 133/19 134/19 134/22
 135/15 136/13 138/23
 138/25 142/21 142/23
 142/24 142/25 143/4
 143/10 147/5 150/8
 150/14 153/2 153/12
 153/13 153/15 155/13
 156/23 159/13 159/21
 160/3 162/7 163/11
 163/13 163/15 168/7

**D**

don't... [32] 168/9
168/11 168/14 170/6
170/7 170/22 171/4
171/15 171/20 175/23
177/23 178/20 178/23
179/16 179/16 181/6
181/24 182/10 186/10
186/11 187/1 187/5
187/14 187/20 189/21
190/11 190/16 192/1
193/18 194/22 196/10
197/25
done [17] 40/1 43/2
43/4 43/6 43/8 79/8
83/19 111/25 127/18
127/20 127/21 148/2
151/17 161/3 168/21
184/14 188/16
doors [1] 118/15
double [1] 91/9
doubt [12] 27/3 37/3
48/24 101/25 106/14
116/1 118/22 119/12
119/12 119/16 146/13
181/25
doubts [4] 154/9
154/13 154/24 155/4
DOUGLAS [7] 1/5 2/3
17/22 20/25 32/1
57/18 131/21
down [51] 6/17 17/24
18/24 19/10 19/11
19/11 19/16 19/19
19/21 21/20 21/22
24/1 25/8 26/3 26/13
26/24 27/12 27/16
28/20 31/11 31/21
32/17 34/9 34/16
35/11 37/22 47/1
58/13 64/13 65/5
65/11 81/1 86/12 92/1
98/7 98/19 103/17
108/25 110/20 113/13
117/4 122/16 122/17
139/20 152/14 153/19
155/19 172/4 188/8
191/4 193/18
draw [1] 97/14
dreaded [1] 152/23
dressed [1] 123/1
drinks [1] 88/15
driven [2] 84/10 99/20
driving [1] 53/9
drowsiness [4] 28/14
182/3 182/6 182/7
drugs [3] 172/23 174/4
174/12
due [4] 6/15 48/25
97/11 185/2
dumpster [1] 173/14
Dupont [1] 135/24
during [11] 21/23
24/13 29/18 31/7
37/23 59/7 96/3
113/13 118/1 129/10
132/22
duty [9] 40/3 70/2
99/24 100/21 100/23
193/1

**E**

each [12] 3/2 3/4 18/16
18/24 19/3 19/20
23/19 30/13 30/25
31/4 74/23 74/25
earlier [3] 20/11 132/8
178/21
early [2] 139/5 195/10
easier [3] 41/1 105/18
130/21
easiest [2] 55/16
134/21
east [1] 161/6
economics [2] 37/13
37/15
Edmund [1] 102/10
education [30] 37/9
37/10 39/15 43/24
44/1 44/9 54/12 54/23
77/11 78/2 78/3 78/22
91/2 91/6 91/11
107/16 109/23 119/19
120/7 141/2 141/5
141/6 141/10 141/11
141/24 147/17 176/2
176/7 183/20 184/8
effect [2] 66/11 75/9
either [31] 8/6 26/21
37/16 40/8 40/19
40/19 45/25 52/20
57/4 58/5 58/8 58/14
60/16 60/18 60/23
72/18 92/19 95/9
106/16 108/12 129/14
144/24 159/4 167/9
171/16 174/20 178/6
180/7 180/13 186/20
197/11
elaborate [2] 46/20
88/3
election [1] 21/5
electronic [2] 3/10 54/1
electronically [1] 133/4
elementary [1] 91/5
elevator [1] 133/17
Elizabeth [1] 24/25
else [34] 7/5 19/5
27/15 27/16 31/5 33/9
34/5 47/21 58/13 63/3
63/20 66/20 71/25
73/18 73/23 91/25
100/13 107/25 126/5
131/6 132/3 139/7
140/24 145/23 146/9
157/21 164/12 164/19
170/1 185/25 186/21
188/12 192/5 193/1
else's [3] 63/22 115/15
115/20
email [2] 58/2 197/3
emails [1] 134/8
Emily [4] 1/11 2/4
23/17 24/6
emitting [1] 54/2
emotional [2] 82/7
103/9 154/10
emotions [1] 145/15

employer [1] 33/16
encounter [3] 133/13
190/4 190/5
end [17] 4/22 19/20
26/15 52/13 54/23
59/19 63/15 84/12
89/2 94/10 96/6
113/23 180/1 189/20
191/14 192/16 194/11
endangering [1] 53/9
ended [4] 44/10 75/5
91/11 91/11
ends [1] 192/16
enforcement [40]
25/16 25/22 26/16
26/19 26/21 29/15
38/22 38/25 39/2 39/8
39/9 71/8 71/9 71/16
71/19 87/21 88/20
89/3 89/7 109/11
109/18 123/23 162/11
163/20 179/3 179/11
179/12 179/17 180/2
180/6 180/7 180/13
180/14 180/20 180/21
184/23 184/25 185/2
186/18 187/13
engage [2] 27/11
181/20
engaged [2] 21/8
21/10
engineering [2] 39/19
39/20
English [4] 28/19 90/20
141/12 141/17
enough [11] 67/12
71/21 85/6 97/14
101/20 157/16 165/23
166/4 173/8 194/14
194/19
entered [30] 17/18
21/8 26/25 32/5 41/14
46/11 55/20 58/22
61/23 64/23 83/23
86/15 92/5 98/22
101/23 103/22 109/4
110/22 115/4 117/9
121/21 135/3 138/13
140/1 142/10 148/25
152/8 156/1 177/6
188/13
entire [1] 195/24
entitled [1] 198/9
entity [1] 40/15
escort [1] 188/11
ESL [1] 90/19
especially [4] 143/5
177/16 186/9 195/8
Esquire [3] 1/11 1/14
1/17
estate [4] 52/18 147/10
147/16 147/16
et [2] 157/4 190/1
et cetera [2] 157/4
190/1
Eugene [6] 21/7 24/21
51/24 95/21 96/24
150/7

evaluating [1] 145/24
even [25] 6/1 6/10 17/3
59/20 64/5 66/14
66/24 67/13 67/24
69/14 71/2 81/1 82/5
111/11 111/24 132/2
132/23 134/22 170/11
186/4 186/7 187/3
187/12 189/3 196/23
evening [2] 193/15
193/17
event [7] 49/19 51/11
69/11 79/22 94/22
153/7 165/3
events [33] 21/24
22/17 22/19 22/25
23/11 36/3 47/23
48/20 49/12 49/13
50/23 51/10 65/10
79/6 79/18 79/22
93/12 93/19 100/14
100/15 105/16 105/19
118/2 118/5 121/5
122/23 135/20 143/19
144/2 144/18 149/18
149/23 150/19
eventually [2] 41/2
173/18
ever [12] 25/15 26/1
26/6 26/10 28/3 88/8
90/3 97/1 105/2
124/10 152/21 174/5
every [9] 95/16 96/2
96/12 96/19 98/2
98/12 122/9 170/16
183/6
everybody [7] 66/23
91/25 99/13 138/7
178/13 178/14 188/12
everyone [14] 2/8 8/5
17/23 19/4 33/15
33/20 40/24 57/13
57/24 102/21 114/20
132/3 153/24 178/2
everything [6] 64/7
111/13 111/14 153/4
156/24 165/13
evicted [2] 59/9 60/7
evidence [74] 22/23
23/8 27/8 28/7 28/12
29/8 36/17 38/17 42/8
45/17 49/16 49/25
50/18 51/13 62/24
62/25 63/16 65/7
65/15 66/20 66/23
68/2 68/25 69/7 70/5
70/22 70/25 71/23
72/22 75/10 76/16
77/6 81/3 87/16 94/23
94/24 95/4 100/9
100/10 100/11 100/12
106/18 114/6 115/23
118/24 119/6 119/7
119/14 121/3 123/18
133/1 134/17 137/6
140/23 143/17 145/22
150/22 153/6 154/4
154/5 154/23 155/3

160/13 161/22
161/24 164/11 166/10
169/25 175/17 181/18
183/15 189/23 191/2
evidenced [1] 81/7
ex [2] 174/2 174/3
exact [1] 69/14
exactly [5] 49/23 60/14
156/23 164/6 184/22
example [6] 16/10
45/21 133/16 144/21
171/5 195/21
except [1] 170/3
exchange [1] 98/14
excited [1] 68/15
excuse [30] 8/5 34/16
34/23 35/2 46/3 56/25
57/5 61/14 64/16 86/6
96/16 98/16 103/16
110/17 113/24 114/16
114/18 117/3 117/5
138/6 138/7 138/10
155/13 155/18 168/8
171/24 172/4 188/1
188/7 193/6
excused [11] 58/7
58/13 61/19 64/19
86/10 86/12 98/18
135/1 139/23 155/21
193/10
excusing [7] 60/23
64/8 96/20 103/5
114/22 139/15 193/7
exercise [1] 17/6
exercising [1] 130/15
exhibit [5] 4/21 108/5
195/19 195/21 195/24
exited [26] 35/5 41/13
46/10 55/19 57/10
61/22 64/22 83/22
86/14 92/4 98/21
103/21 109/3 110/21
115/3 117/8 121/20
135/2 138/12 139/25
142/9 148/24 152/7
155/25 177/5 193/23
expectation [1] 129/19
expected [1] 24/16
expecting [1] 129/9
experience [19] 16/16
28/1 47/20 48/17
48/23 50/12 74/10
75/22 76/11 76/24
93/6 93/8 93/21 127/9
127/12 130/22 165/23
166/5 166/7
experienced [3] 47/17
73/18 94/18
experiences [1] 66/7
experiencing [2] 28/14
182/3
explain [5] 20/15 74/4
100/19 146/2 189/6
expose [1] 169/10
exposed [1] 167/24
exposing [1] 60/6
exposure [1] 167/12
express [3] 80/8 90/5
166/7

**E**

expressed [2] 81/8
165/24
extensive [2] 167/12
168/6
extensively [1] 152/20
extra [1] 49/8
extreme [31] 28/22
32/13 32/14 33/14
33/17 33/19 33/20
33/25 34/13 59/3 59/4
60/17 84/6 84/22
101/2 101/2 101/4
101/16 101/19 110/25
111/1 113/22 142/15
142/17 142/21 177/13
177/14 177/19 178/3
178/13 178/24
eye [1] 3/3
eyes [1] 159/1
eyesight [2] 28/6 28/10

**F**

face [1] 31/7
Facebook [4] 66/4 82/6
133/6 190/1
fact [17] 15/18 16/6
16/23 16/24 27/20
33/16 33/19 63/18
81/23 88/19 97/21
102/22 152/23 167/18
194/1 194/9 196/6
factor [1] 15/25
factors [2] 15/4 15/5
facts [4] 37/2 81/6
166/10 187/15
fair [48] 23/5 23/15
26/22 28/1 29/5 29/7
30/19 35/23 39/10
43/14 48/24 49/1 49/3
51/12 52/5 53/16
66/23 66/23 68/2
71/20 73/20 76/12
85/14 88/22 90/13
99/4 99/18 105/11
116/9 121/10 124/18
126/12 127/14 143/11
143/24 145/24 160/3
164/2 165/4 166/8
167/18 168/11 174/22
180/9 181/12 183/7
183/8 189/16
fairly [5] 29/3 66/3
70/14 73/13 173/21
fall [2] 73/18 195/25
falls [3] 35/13 115/9
126/17
familiar [10] 51/22
70/15 80/18 80/19
95/12 96/14 102/4
167/20 168/25 169/2
familiarity [9] 22/6 22/9
46/19 67/6 81/16
92/11 92/16 122/5
158/5
family [22] 22/1 22/5
22/8 25/10 25/12
25/25 26/5 46/18
53/11 65/20 67/5

**F** (continued)

105/8 134/2 158/4
172/22 177/17 177/17
179/8 186/9
fantastic [7] 108/1
135/7 138/5 138/18
140/7 172/16 197/16
far [21] 17/9 18/9
70/19 87/13 112/23
115/14 116/20 118/10
136/12 136/18 141/2
145/7 149/23 150/3
161/12 166/14 178/24
184/1 184/4 184/7
184/7
farther [1] 47/9
farthest [1] 77/12
fashion [1] 44/7
faster [1] 129/17
father [3] 172/23 173/1
173/12
FBI [9] 25/19 87/24
88/1 88/4 88/5 88/19
88/21 89/18 90/20
FDIC [1] 110/12
fearful [1] 167/16
February [4] 2/11 6/2
15/19 15/20
federal [8] 21/1 25/5
108/22 108/24 110/9
110/11 127/17 151/20
feed [1] 51/2
feel [16] 5/11 5/14 5/15
6/6 7/10 36/19 38/13
49/14 50/12 63/9 64/4
66/11 70/20 114/14
114/14 145/18
feeling [10] 111/4
154/3 154/4 179/11
184/25 185/5 186/14
186/15 187/16 197/8
feelings [68] 23/4
23/13 26/20 36/15
36/25 38/15 39/9 42/5
49/24 50/16 51/11
62/23 66/19 68/23
69/2 69/5 69/11 69/14
69/22 70/2 70/21
70/25 71/2 71/18
80/15 80/17 80/23
85/13 87/14 88/24
89/8 89/9 94/21 94/22
99/18 99/20 100/2
100/5 100/6 100/14
100/22 106/15 106/17
107/3 114/4 116/8
116/20 121/8 123/17
127/13 127/14 137/4
140/21 143/22 144/4
144/7 145/12 145/13
150/21 161/16 161/20
175/15 180/7 180/12
184/23 186/10 187/7
188/2
feels [2] 82/2 196/13
feet [1] 123/1
fellow [3] 108/23
132/23 189/21
felt [1] 45/6 61/8 186/8

**F** (continued)

fence [1] 159/25
few [13] 19/21 44/11
46/23 47/2 47/8 67/22
70/13 99/1 104/3
145/4 152/14 152/14
195/11
fighting [1] 136/7
figure [2] 154/3 157/20
filed [1] 197/7
fill [2] 85/2 85/3
final [3] 28/25 29/19
196/10
finally [1] 103/6
finance [4] 107/13
119/25 120/12 151/19
financial [1] 37/7
find [4] 31/10 49/22
70/24 133/16
fine [5] 173/10 177/8
183/10 196/14 196/15
finish [1] 77/15
finished [1] 195/9
firearms [1] 196/23
firm [3] 84/18 107/11
165/9
firms [1] 127/24
first [34] 5/24 7/18
18/22 20/7 30/14
31/13 32/3 32/12 38/6
41/19 42/20 59/3 62/5
86/19 91/14 122/9
125/17 128/23 129/2
129/3 131/24 132/16
140/12 144/9 146/11
150/14 154/25 156/20
172/17 180/19 184/1
187/20 188/20 194/17
fitness [2] 52/25 72/19
fits [1] 53/6
five [9] 39/1 60/3 88/6
130/25 131/15 166/13
185/10 185/11 186/6
five-minute [1] 131/15
five-year-old [1] 186/6
fix [1] 59/18
fixed [1] 49/20
flag [1] 157/16
flesh [1] 167/24
flexible [1] 112/16
flip [1] 16/9
Floyd [1] 71/14
focus [1] 153/6
focusing [1] 154/23
folks [30] 16/2 16/3
20/22 21/14 23/20
30/9 67/7 71/15 78/14
78/16 78/18 83/17
90/12 125/24 126/11
129/21 130/7 130/10
130/17 130/25 131/1
131/2 132/9 134/3
134/6 143/2 152/4
166/3 166/6 190/3
follow [71] 19/4 19/6
23/4 23/14 26/22
29/21 29/22 29/23
36/5 36/16 37/5 37/16
37/20 38/8 38/16

**F** (continued)

44/21 45/3 45/4 45/21
45/25 49/5 49/6 49/10
50/4 50/17 51/12 55/5
55/6 63/6 63/8 65/12
70/12 80/1 82/15
85/13 85/15 89/10
91/22 97/22 108/2
108/17 114/5 114/7
115/22 116/9 118/12
121/9 123/5 123/17
143/10 143/23 144/2
144/4 144/6 148/17
150/8 150/20 167/8
168/2 168/14 168/18
169/9 169/15 170/1
171/11 171/19 180/9
195/13
follow-up [20] 29/21
36/5 37/16 37/20 38/8
40/18 44/19 44/21
45/4 49/5 49/10 55/6
80/1 82/15 108/2
108/17 148/17 167/8
168/14 169/9
follow-ups [3] 45/25
55/5 91/22
followed [14] 36/7
38/10 41/23 50/7 70/9
70/10 105/20 106/5
117/19 122/19 144/17
144/18 144/19 168/23
following [65] 2/1 3/17
4/8 8/9 14/22 22/16
22/19 24/12 29/13
30/1 34/11 34/21 36/2
36/22 44/20 45/5
47/23 50/22 50/25
61/2 61/13 62/18
68/20 70/7 80/3 82/14
87/9 96/10 97/25
103/2 103/15 105/16
105/23 108/3 108/16
111/21 112/22 113/8
116/22 117/2 117/17
118/2 118/14 133/24
135/19 136/10 140/15
145/5 149/8 155/7
155/17 159/18 160/5
167/10 168/17 169/8
169/13 170/18 170/24
172/1 175/11 183/13
183/23 187/24 188/6
footage [4] 106/1
161/4 161/4 161/4
force [4] 39/17 39/18
40/4 40/5
forcing [1] 117/23
foregoing [1] 198/7
foreman [1] 154/21
foresee [1] 85/19
forget [2] 20/8 184/22
forgot [1] 118/16
formed [4] 167/21
167/23 168/4 168/5
former [3] 65/23 66/2
71/12
forth [1] 102/22
forward [8] 2/14 3/12

**F** (continued)

170/20 178/10 192/8
found [4] 2/25 20/10
48/3 173/18
four [4] 20/8 20/12
120/17 143/5
Fox [1] 86/25
Franklin [1] 195/2
frankly [3] 101/20
161/16 169/21
Friday [1] 111/25
friend [21] 22/1 22/5
22/8 46/18 65/20 67/5
90/8 104/6 104/14
104/16 104/18 123/25
124/2 124/8 125/2
125/4 153/18 158/4
180/25 181/1 187/3
friends [14] 25/10
25/13 26/1 26/6 35/14
52/11 71/10 71/12
72/4 87/20 89/19
126/1 134/2 167/16
front [3] 31/7 161/6
161/6
frustrating [2] 76/14
76/17
frustration [1] 81/8
full [4] 28/16 72/5
182/5 182/21
function [1] 183/6
fundamental [2] 66/22
69/6
fundamentally [2] 71/1
71/23
funding [4] 6/8 6/11
78/3 184/15
funeral [2] 56/24 57/5
further [14] 3/7 17/8
17/10 22/3 44/24 51/5
82/20 85/21 97/3
110/19 169/10 197/6
197/7 197/13
furthest [2] 90/23 91/1
137/12

**G**

gallery [1] 131/22
gap [1] 91/10
gave [5] 7/12 133/24
157/2 179/25 184/24
Gay [1] 176/5
Gazelle [1] 24/19
general [22] 4/13
17/13 62/7 62/13
68/12 68/13 70/8
71/11 77/22 86/20
86/25 94/22 110/15
118/3 122/23 124/13
136/11 162/17 171/7
171/11 176/12 185/4
generality [1] 110/14
gentleman [2] 82/24
150/7
gentlemen [3] 24/2
30/2 188/15
George [1] 71/14
Georgia [1] 40/6
get [45] 3/9 6/1 7/2
7/23 17/2 18/25 19/24

**G**

get... [38] 30/18 31/12
34/6 34/7 41/2 59/8
59/22 59/25 60/4
60/12 60/20 67/17
82/7 91/25 101/9
101/12 112/24 114/12
123/12 124/4 127/10
130/9 130/10 130/14
139/4 142/25 148/19
151/11 154/6 170/4
173/4 173/8 174/8
178/22 182/18 186/6
188/20 194/16
gets [1] 175/17
getting [7] 16/25 88/15
93/22 101/12 101/18
144/7 186/7
give [47] 3/19 3/25 4/1
18/18 26/17 28/16
39/22 39/23 39/25
40/10 41/1 42/14 44/8
44/12 50/24 53/22
54/16 54/22 57/12
86/20 88/10 89/5
107/23 120/6 122/9
127/12 130/22 132/19
134/5 141/18 148/6
151/15 160/23 167/1
169/21 176/12 180/4
180/4 182/5 182/21
186/19 187/13 188/9
188/22 190/16 193/13
193/18
given [32] 15/25 16/6
16/22 16/23 16/24
20/11 28/23 30/8
34/15 42/3 47/13
47/14 47/17 49/12
49/13 57/5 59/24
60/10 60/16 60/24
65/22 80/15 80/23
89/8 96/11 125/23
129/4 167/11 168/6
183/16 192/21 194/1
gives [5] 15/11 48/23
48/24 97/22 130/22
glad [2] 54/21 121/1
glass [1] 197/9
Glavey [1] 24/25
global [2] 43/19 112/7
go [89] 2/14 5/13 6/4
8/5 17/9 17/14 17/15
30/12 32/10 32/11
33/5 35/1 37/19 37/23
37/23 44/22 46/4 46/5
46/17 46/23 56/6 57/6
57/7 57/7 58/7 60/25
61/17 64/18 79/5
85/19 85/20 86/1
86/10 89/20 91/23
93/15 95/16 98/17
98/18 99/23 102/7
103/17 114/1 114/17
117/4 129/4 129/10
129/21 132/5 132/10
132/13 136/22 141/2
142/2 142/5 148/18
148/20 149/24 152/2

155/20 155/21 158/17
159/12 159/14 159/20
159/24 160/6 166/14
172/17 177/2 178/10
182/13 182/18 184/1
184/4 184/8 184/20
187/11 189/4 189/25
190/2 191/7 191/11
193/25 194/2 195/9
goes [11] 70/20 87/13
106/22 111/3 112/24
118/10 133/3 136/12
145/7 150/3 161/13
going [149] 4/12 5/11
5/14 7/14 7/14 7/23
7/24 15/2 17/6 18/3
18/15 18/22 18/23
19/2 19/6 20/17 24/4
24/14 24/15 30/8 30/9
30/16 30/19 30/20
30/25 33/23 34/23
37/24 40/22 41/1 46/3
48/22 52/13 55/12
56/4 59/8 60/12 61/14
61/15 63/15 64/16
69/5 75/12 76/20 80/9
81/10 81/10 81/13
81/19 82/12 82/21
83/18 84/5 86/9 87/5
88/14 88/20 91/23
97/10 97/20 98/16
98/17 100/8 100/9
100/9 103/12 103/16
106/23 107/5 109/1
109/17 110/17 111/5
111/7 112/6 113/4
113/7 113/10 113/21
114/13 114/16 117/3
117/5 119/7 120/18
121/17 128/13 129/7
129/15 129/15 129/19
130/5 130/9 130/10
130/14 131/2 131/17
132/2 132/2 132/3
132/7 136/2 136/4
138/6 138/6 138/7
138/8 138/9 142/1
142/2 142/3 145/21
148/18 148/19 148/20
152/3 152/3 154/4
155/18 161/5 161/15
169/15 169/18 169/19
169/21 170/20 171/1
171/23 172/4 175/5
177/1 177/2 177/22
179/18 183/11 183/11
184/13 186/13 188/4
188/7 188/20 188/25
189/1 189/5 189/8
190/3 193/17 194/5
198/1
gone [17] 18/10 26/1
35/12 42/13 52/9
59/16 67/1 72/1 77/12
90/23 91/1 101/7
104/5 115/16 115/19
126/2 164/16
good [40] 2/7 3/13

38/2 55/21 58/23
61/21 61/24 61/25
64/24 72/4 90/8 95/17
98/23 103/23 103/24
111/11 111/12 114/20
117/10 117/11 123/25
124/2 124/8 128/22
132/5 140/2 140/3
153/18 154/22 169/12
172/7 177/9 177/16
179/6 185/22 191/10
Goodman [19] 21/7
24/21 51/24 71/5
80/20 95/21 96/13
96/13 96/25 97/19
102/10 102/15 103/8
135/11 135/14 146/25
150/15 162/4 162/7
Goodman's [1] 150/11
Goodwin [1] 136/24
gossip [1] 88/15
got [17] 33/5 33/13
39/7 48/21 59/18 83/1
89/25 94/10 110/6
113/11 120/24 129/16
150/7 164/15 166/22
185/1 194/16
gotten [3] 58/2 152/21
188/18
government [35] 2/4
3/25 4/25 8/1 8/5 16/1
16/1 16/3 23/16 24/4
24/5 24/12 27/2 34/18
40/15 54/7 58/10
58/15 69/24 96/21
101/24 108/5 110/9
111/22 125/22 127/17
129/21 146/12 151/20
152/23 154/5 161/22
168/12 196/1 197/15
government's [7] 2/16
24/16 103/11 112/3
125/24 116/23 195/5
Governor [2] 196/23
196/24
grab [2] 49/11 57/13
grade [2] 90/19 141/17
graduate [7] 52/12
77/13 77/14 77/16
110/7 120/15 120/15
176/16
graduated [2] 55/1
176/16
graduating [1] 148/2
grand [4] 27/24 28/3
75/21 76/1
grandfather [1] 101/7
grant [1] 184/15
granted [2] 15/7 117/1
great [2] 19/23 66/10
greater [3] 26/18 89/5
180/4
Greatest [1] 197/17
greeting [1] 98/14
greetings [1] 98/14
grenades [1] 175/5
groceries [1] 59/15
group [15] 17/12 17/14
25/14 25/15 25/24

35/12 67/4 72/23
89/17 89/23 118/14
groups [1] 118/6
guess [44] 2/9 6/1
16/24 32/22 36/21
46/17 50/10 52/12
54/21 60/12 65/25
67/24 69/9 69/17
69/21 75/2 84/11 85/1
85/5 85/7 85/20 85/21
89/1 91/16 94/4 95/8
102/7 102/14 105/17
105/25 112/4 124/5
125/24 127/9 143/25
145/25 154/16 161/11
163/3 165/22 170/25
171/2 177/20 197/11
guilt [3] 27/3 69/8
101/24
guilty [6] 27/1 45/11
45/22 101/23 102/8
155/11
gun [1] 173/13
guns [3] 76/24 77/2
77/3
guy [1] 175/6
guys [1] 150/6

**H**

had [91] 4/24 5/1 6/2
6/3 6/3 6/7 7/11 7/12
7/15 15/2 15/21 15/21
19/16 29/19 36/22
38/6 41/20 42/5 42/6
42/23 43/4 43/22 44/6
48/17 54/9 58/2 59/20
62/6 65/22 66/3 66/10
67/22 67/25 68/9 70/7
71/5 71/21 73/3 73/7
81/23 87/1 93/10 95/6
101/5 101/6 101/7
103/5 107/24 108/7
108/18 110/6 111/6
113/10 115/15 115/18
119/2 120/7 126/15
129/1 129/9 135/18
136/5 139/4 140/8
143/8 144/17 144/18
144/22 154/19 163/8
163/9 164/25 165/23
166/11 166/22 166/25
167/20 175/1 175/2
177/13 177/17 179/15
183/3 183/3 185/1
192/25 193/25 194/1
194/1 194/9 194/10
hadn't [1] 111/11
half [10] 4/14 7/20
54/10 55/4 59/14
132/16 158/6 158/8
160/8 194/16
hallway [4] 5/21 30/10
82/23 190/10
hand [9] 18/20 20/3
20/9 20/12 30/17
34/14 66/13 154/23
192/4
hanging [5] 149/4
152/10 156/4 177/9

happen [6] 75/3 75/13
94/6 99/10 132/24
189/19
happened [42] 22/12
22/14 36/1 36/9 38/7
41/20 50/4 62/6 69/23
69/25 70/8 70/25 71/3
82/17 86/20 93/7 95/7
99/17 102/4 102/10
105/14 114/3 122/15
126/20 135/19 135/22
135/24 135/25 136/5
140/9 140/19 145/14
145/15 146/8 149/10
155/12 159/16 160/19
160/25 161/14 175/2
187/17
happening [2] 47/25
153/9
happens [1] 170/3
happy [1] 74/16
hard [15] 22/22 29/5
31/10 48/19 56/17
75/24 85/19 89/10
96/15 99/19 102/9
103/6 103/7 153/20
160/20
hardship [29] 28/23
32/13 32/14 33/15
33/19 33/20 33/25
34/13 59/3 59/4 61/15
84/7 84/23 86/5 101/2
101/2 101/4 101/10
101/20 110/25 111/1
113/22 142/16 142/17
177/14 177/14 178/4
178/13 178/24
hardships [1] 101/16
Harris [33] 3/16 8/3
14/23 17/12 19/23
20/20 30/7 30/9 30/25
34/25 46/5 57/11 58/7
61/17 83/17 86/11
129/3 129/24 130/4
130/24 132/7 188/9
188/11 191/5 191/9
191/20 191/22 193/11
194/2 194/9 194/20
195/13 198/1
has [70] 2/10 6/2 6/19
6/19 6/21 7/10 7/10
15/3 15/12 15/19 16/3
16/15 19/23 21/12
21/16 25/15 25/24
26/1 26/4 26/6 26/10
26/25 33/15 33/16
34/14 38/24 40/13
40/14 42/13 43/2 43/3
43/8 61/17 63/13 67/1
67/20 67/21 71/9 73/4
73/5 73/12 75/22
81/16 88/5 92/10 97/1
97/5 101/22 108/4
115/24 120/14 146/12
154/5 160/3 161/23
163/9 164/5 164/22
167/13 167/16 168/5
172/17 173/16 191/19

has... [6] 191/20 192/4
194/25 196/7 196/24
197/1
hasn't [4] 6/17 6/23
34/14 82/5
Hava [4] 1/14 2/4
23/17 24/6
have [609] 2/9 2/11
2/13 2/15 2/16 2/18
2/20 2/25 3/4 4/10
4/12 4/14 4/19 4/20
5/9 5/12 5/15 5/15
5/20 5/24 6/2 6/3 6/3
6/4 6/5 6/22 7/1 7/15
7/18 7/19 7/20 7/24
15/6 15/7 15/16 15/21
15/21 15/25 16/2
16/10 16/13 17/2 17/4
17/24 18/2 18/7 18/10
18/10 18/10 18/18
18/19 19/9 19/13
19/19 19/20 19/21
19/21 20/17 22/5 22/9
22/11 22/13 22/16
22/18 22/25 23/3 23/4
23/10 23/13 23/14
24/15 25/6 26/20 27/3
27/24 28/2 28/4 28/9
28/18 29/4 29/11
29/22 29/23 30/17
30/23 31/4 31/6 31/10
32/9 32/15 32/19 33/9
33/11 33/17 33/24
34/1 34/14 35/1 35/11
35/14 35/23 36/1 36/2
36/5 36/10 36/14
36/15 36/25 37/9
37/11 37/13 37/16
37/19 38/9 38/15
38/24 39/16 39/22
40/1 40/7 40/12 40/23
40/24 42/3 42/6 43/4
43/4 43/9 43/21 43/25
44/1 44/2 44/15 45/4
46/15 46/19 46/25
47/13 48/4 48/13
48/21 49/8 49/10
49/19 49/21 49/24
50/3 50/5 50/13 50/15
50/16 50/17 50/22
50/25 51/2 51/6 51/9
51/11 51/18 52/17
53/8 53/9 53/11 53/15
54/5 54/9 54/11 54/14
54/18 55/3 55/6 55/11
55/13 55/25 56/9
56/10 56/16 57/7
57/19 57/19 57/21
58/3 58/5 58/7 59/2
60/2 60/3 60/9 60/15
60/23 61/3 61/21 62/8
62/16 62/21 62/23
63/3 63/12 64/18 65/9
66/5 66/17 66/18
66/25 67/5 67/22
67/22 68/12 68/14
68/23 69/1 69/4 69/6

70/9 70/10 70/12
70/13 70/17 70/20
70/24 71/2 71/7 71/21
72/1 73/2 73/3 73/3
73/4 73/7 73/18 74/21
75/3 75/9 75/15 75/15
75/20 77/12 77/20
77/24 78/2 78/21 79/2
79/8 79/19 79/23
80/10 80/15 80/20
81/20 82/9 82/20
83/16 84/11 85/2 85/4
85/6 85/9 85/12 85/13
85/16 85/18 85/23
85/25 86/10 86/11
86/19 87/12 87/15
87/19 87/20 88/14
88/20 89/8 89/12 90/8
90/21 90/23 91/1
91/23 92/16 92/19
92/20 93/9 94/21
94/22 95/8 95/9 95/13
95/19 95/20 95/21
95/22 96/8 96/24
97/14 97/20 98/18
99/23 100/5 100/13
100/20 101/5 101/6
101/13 101/15 101/25
102/2 102/12 102/25
103/9 103/17 104/3
105/6 105/7 105/14
105/15 105/20 105/21
105/25 106/8 106/12
106/13 106/14 106/16
106/16 106/19 106/22
107/16 107/24 108/10
108/18 108/19 108/21
108/22 108/23 109/2
109/10 109/23 110/6
110/8 110/9 111/3
111/5 111/8 111/9
111/17 112/10 113/3
113/4 113/5 113/6
113/6 113/8 113/16
113/17 113/19 113/22
114/3 114/4 114/10
114/10 114/11 114/13
116/7 116/8 116/18
116/19 117/15 117/16
117/16 117/21 117/22
118/3 118/5 118/8
118/21 118/22 119/12
119/16 119/17 119/19
119/20 120/7 120/16
120/18 121/5 121/8
121/9 122/4 122/4
122/19 122/20 122/23
123/14 123/15 123/17
124/5 125/10 126/1
126/2 126/4 127/18
127/20 127/21 127/22
128/7 128/13 128/16
129/9 129/14 130/7
130/11 130/17 130/19
131/1 131/1 131/16
131/22 131/23 131/24
132/10 132/13 133/1
133/6 133/25 134/16

135/15 135/16 135/19
136/9 136/14 136/18
137/1 137/2 137/5
137/14 137/25 138/6
138/7 138/8 138/23
138/25 139/1 139/7
140/18 140/21 141/19
141/21 142/3 142/15
142/22 142/23 143/3
143/12 143/14 143/18
143/22 143/23 144/3
145/12 145/13 145/14
145/19 146/7 146/10
147/18 148/1 148/2
149/7 149/7 149/25
150/18 150/21 151/8
151/16 151/17 151/19
152/2 152/4 152/13
152/21 153/12 153/19
153/20 153/25 154/3
154/9 154/13 154/20
154/24 154/24 155/4
155/8 155/20 156/12
156/13 158/5 159/13
159/15 159/15 160/7
160/11 160/19 160/21
161/1 161/7 161/12
161/13 161/20 161/20
161/21 162/3 162/6
162/9 163/15 164/10
164/15 165/19 165/24
165/24 165/24 166/11
166/15 166/22 166/24
167/11 167/17 167/23
168/3 168/3 168/13
168/21 168/21 168/22
168/24 169/4 169/15
169/16 169/19 169/19
170/4 170/5 170/11
171/3 171/16 171/24
171/25 172/16 175/3
175/9 175/13 175/14
175/15 175/24 176/8
176/13 176/15 177/2
177/23 178/14 179/8
179/10 179/16 179/16
179/17 180/7 180/12
181/24 184/12 184/13
184/14 186/14 187/14
187/16 187/16 187/22
188/1 188/16 189/12
191/19 192/1 192/11
192/19 193/7 193/10
193/11 193/12 193/18
193/19 194/18 194/18
195/3 195/4 195/17
195/25 196/6 197/1
197/10 197/16 197/24
haven't [8] 7/11 16/9
29/2 59/20 66/14
112/12 122/19 188/18
having [19] 38/21 61/5
68/22 85/19 92/3
96/11 99/9 102/9
116/20 133/14 133/15
154/11 155/1 166/6
174/20 187/12 190/6
190/7 194/14

6/19 6/21 6/23 7/1
7/12 7/20 16/15 16/17
21/5 21/6 21/7 21/10
23/22 24/9 42/22 43/2
43/4 43/8 69/3 81/23
81/24 89/17 89/22
89/25 102/20 102/22
126/21 127/2 127/5
127/5 146/13 146/24
150/7 155/9 155/9
155/11 162/21 162/25
163/9 164/5 173/4
173/15 173/16 176/21
185/9 185/11 185/18
185/18 185/19 186/6
186/7 187/10 187/10
191/20 192/4 193/11
193/12 193/12 193/14
he's [20] 5/25 6/15
6/21 6/24 7/17 16/19
30/4 39/8 42/22 42/23
43/6 69/3 89/16 89/23
162/19 163/8 185/15
185/22 185/23 191/20
head [6] 51/23 55/10
146/15 158/13 185/2
186/23
headquarters [1]
109/16
headsets [2] 2/25
34/10
health [3] 78/4 80/6
196/13
hear [37] 3/19 3/20
3/21 3/22 4/23 7/24
7/25 8/3 19/5 21/24
27/7 28/5 28/10 29/8
34/17 35/16 56/14
60/18 82/11 83/10
96/20 113/14 122/1
126/23 133/17 133/19
133/20 147/11 156/21
158/25 159/6 181/16
189/11 191/2 194/13
196/15 196/17
heard [78] 3/17 4/8 8/9
14/22 18/10 21/12
21/16 22/25 23/3
23/10 23/13 24/15
25/6 29/13 30/1 34/11
34/21 36/14 44/20
45/5 51/18 61/2 61/13
65/9 66/18 71/5 80/3
82/14 83/8 85/12
95/20 95/21 96/10
97/25 100/13 102/15
103/2 103/15 108/3
108/16 111/21 112/22
114/3 116/7 116/22
117/2 121/5 121/8
123/15 133/1 135/8
135/13 135/15 135/16
143/19 143/22 155/7
155/17 156/10 156/12
159/18 160/5 161/13
161/21 162/4 167/10
168/17 169/8 169/13
170/18 170/24 183/13

187/24 188/6
189/12 195/15 196/1
hearing [5] 8/7 28/4
28/9 149/12 150/11
hearings [9] 6/3 15/22
70/13 70/15 105/25
114/11 161/2 161/2
167/14
Heinz [2] 176/21
176/21
held [6] 85/18 85/25
141/19 141/21 173/14
184/12
hello [4] 64/25 83/5
109/5 156/2
help [5] 18/15 79/5
108/5 178/6 178/21
helped [1] 76/21
helpful [1] 85/22
helping [3] 79/22
148/15 188/9
helps [1] 45/16
hemisphere [1] 120/14
her [77] 32/4 34/15
34/16 44/25 58/2 58/5
58/7 58/7 61/9 61/12
80/4 80/4 80/6 80/15
80/16 81/7 81/13
81/15 82/11 82/11
82/12 82/17 82/17
82/18 88/8 88/8 88/13
88/14 88/18 88/21
96/16 96/17 96/17
96/19 96/20 97/10
97/11 97/12 97/17
103/9 103/10 103/13
105/2 105/3 105/6
105/9 105/9 105/10
112/21 114/22 125/10
129/11 138/7 159/25
160/2 167/11 167/12
167/19 167/21 167/22
168/3 168/5 168/6
168/8 168/9 168/11
170/19 170/22 171/24
172/3 174/8 178/18
181/4 181/4 183/20
188/1 196/25
here [107] 2/10 4/12
4/19 6/14 6/17 17/13
17/24 18/2 18/4 18/6
20/15 27/13 30/19
31/11 31/21 33/1
33/12 33/15 33/16
33/21 34/13 34/23
35/11 35/23 42/18
46/4 46/5 49/1 49/16
52/25 57/24 67/8 68/2
69/13 71/20 72/20
73/20 77/9 81/21
88/20 88/22 91/25
96/3 97/4 97/21 98/17
99/4 99/7 99/13
100/22 102/11 109/2
111/6 111/23 113/7
113/10 113/17 117/6
120/11 120/20 121/18
124/18 124/20 124/21
127/14 128/20 129/1

here... [40] 129/4
129/6 129/23 131/2
131/9 131/11 132/8
132/11 132/19 134/24
138/11 139/20 143/3
145/22 148/19 148/23
150/23 152/5 152/10
156/4 157/3 159/19
167/25 171/2 172/4
172/10 175/14 177/4
177/10 178/2 178/13
179/15 180/19 188/8
188/16 188/22 189/1
191/19 194/8 198/1
here's [2] 81/10 183/10
hereby [1] 198/7
herself [1] 169/11
hi [9] 41/15 92/6 98/7
98/10 109/6 135/4
138/14 138/15 177/7
high [5] 59/23 113/13
113/14 141/25 141/25
highest [11] 37/10
43/24 44/1 54/11
107/15 109/22 119/18
141/1 147/17 151/6
176/7
highlights [2] 189/2
189/15
Hill [13] 65/23 65/24
67/10 67/23 70/13
70/15 72/16 82/5
92/22 122/8 128/9
165/13 165/16
him [37] 5/7 16/15 17/2
42/22 43/14 74/9 90/3
95/22 95/22 96/14
96/15 102/23 106/5
123/6 135/16 147/5
155/11 155/14 156/25
163/5 163/16 164/1
168/6 173/14 173/14
173/14 173/21 181/5
181/6 181/7 186/5
186/22 187/9 187/9
187/9 192/6 193/7
himself [2] 82/25 127/2
hire [1] 15/24
his [23] 8/4 8/7 15/23
16/13 16/16 21/1 27/2
43/1 74/5 74/6 90/3
102/23 118/16 123/1
136/24 147/2 163/5
163/23 175/6 181/7
187/8 187/9 187/10
Hispanic [1] 91/9
historically [1] 137/25
history [8] 137/15
137/16 137/20 138/2
138/3 141/8 152/22
183/17
hogtied [1] 173/14
hold [3] 7/22 128/20
183/11
holiday [4] 111/4
111/16 112/8 112/23
holidays [2] 113/13
113/14

58/7 82/25 83/7 83/9
83/12 99/10 101/7
102/7 132/5 136/1
149/22 158/19 158/20
189/4 190/2
Homeland [4] 25/20
109/16 109/18 110/10
hometown [2] 102/6
102/6
honest [10] 33/23
114/9 114/10 114/12
153/20 177/15 187/1
187/18 187/19 187/19
Honeywell [1] 176/18
Honor [54] 2/2 2/21 5/1
5/4 5/5 5/9 5/22 6/7
6/22 17/10 17/20
29/14 31/24 37/21
40/20 40/21 45/4 46/1
46/2 49/8 55/6 55/8
55/11 57/2 57/3 57/16
58/17 58/19 61/10
62/10 64/10 64/11
80/4 80/25 86/7 86/8
96/22 97/11 108/4
108/13 108/14 112/4
114/23 129/23 131/19
139/17 167/11 183/14
192/10 193/8 193/20
196/3 197/15 197/24
HONORABLE [1] 1/8
hope [1] 145/25
hoped [2] 129/1
193/25
hopefully [5] 83/19
142/2 142/6 152/3
188/23
hoping [1] 194/16
horns [2] 105/24 175/6
horrified [2] 68/17
80/17
horrifying [3] 66/8 66/8
70/24
hospital [1] 185/19
hospitality [1] 40/16
hosting [1] 18/7
hosts [1] 79/7
hour [1] 57/13
hours [7] 7/19 113/4
118/1 139/2 170/12
170/13 170/14
house [14] 48/5 48/10
48/11 74/8 74/14 78/7
79/3 79/9 79/9 79/12
79/14 93/1 113/6
161/3
how [61] 16/7 16/7
18/21 43/9 43/21 44/8
54/9 61/7 65/25 65/25
67/11 70/9 74/3 74/4
74/5 81/1 81/17 83/4
84/21 88/5 88/11
90/21 92/16 94/21
102/23 124/14 127/17
128/11 129/2 129/3
129/5 129/10 129/14
141/2 141/13 143/15
144/22 165/22 166/2

170/23 170/25 176/13
177/7 177/8 178/19
182/10 184/1 184/4
184/7 184/7 184/22
185/11 185/14 186/2
186/7 187/20 197/12
197/18
huge [1] 108/6
huh [15] 33/22 34/4
52/3 68/21 69/16
69/20 74/12 77/10
102/17 147/25 149/19
150/12 151/23 160/10
185/12
human [5] 99/20 133/9
151/2 151/5 151/21
hundred [3] 73/14
73/16 118/5
hung [1] 120/24
husband [11] 32/23
33/10 34/6 42/17 45/1
162/14 162/16 162/17
162/18 163/23 164/17
husband's [3] 45/7
104/17 104/18
husher [1] 3/16

I

I'll [1] 18/23
I'm [56] 35/9 35/16
46/24 53/10 53/25
54/20 56/19 56/23
59/7 59/8 60/14 62/3
63/10 91/16 96/15
98/8 99/20 102/4
103/10 106/25 107/2
107/14 109/19 112/16
112/18 114/9 115/17
115/19 116/3 121/1
122/7 124/24 126/23
129/23 141/9 142/25
144/24 148/4 152/25
153/3 153/20 155/2
167/5 170/15 171/20
172/8 172/13 176/5
177/8 177/16 177/25
182/8 184/3 187/19
192/13 195/23
I've [3] 40/15 66/3 84/8
idea [4] 83/1 148/7
157/7 169/12
ideas [1] 49/19
identifiable [1] 15/14
identified [1] 196/5
identify [5] 31/13 31/14
31/17 54/5 192/12
illness [3] 73/5 81/15
82/18
image [2] 162/8 169/1
images [3] 94/13 137/2
144/10
immediate [16] 21/25
22/4 22/6 22/8 22/9
25/10 25/12 25/25
26/5 46/18 67/5 67/6
87/20 92/11 122/5
158/3
immediately [1] 133/18
impact [4] 35/23 53/16

impartial [13] 28/2 29/7
30/19 39/11 65/14
76/12 81/2 99/7 155/4
160/3 167/19 174/22
189/16
impartially [1] 29/3
impeded [2] 21/6 48/10
implications [1] 113/19
important [3] 71/1
81/14 169/24
importantly [1] 111/9
imposition [2] 129/25
130/1
impression [1] 144/15
Inability [1] 112/9
inadvertently [1]
134/18
incident [7] 85/18 86/2
96/19 153/18 185/4
186/14 186/25
incidents [3] 85/17
177/17 184/24
inclination [2] 34/16
155/13
include [2] 15/5 56/2
includes [2] 25/16
56/10
including [7] 20/2
45/21 62/22 63/20
81/21 133/5 197/7
incompatible [1]
116/16
inconvenience [3] 15/8
16/4 16/22
incorrectly [1] 65/13
incredible [1] 194/17
indeed [1] 192/4
independent [2] 75/4
75/18
indicate [2] 43/7 179/2
indicated [19] 30/3
41/18 51/18 67/2 70/7
82/3 84/4 95/6 110/25
116/6 123/22 136/10
140/8 142/15 143/8
156/10 175/1 177/13
180/19
indicating [2] 65/11
175/1
indicted [2] 118/5
122/21
indictment [2] 20/25
21/3
individual [11] 3/1
27/21 29/24 30/14
45/22 49/18 49/20
57/1 146/5 191/23
195/23
individual's [1] 119/5
individuals [11] 36/7
41/24 50/7 68/20 87/9
106/5 118/12 123/5
140/15 175/10 192/1
industries [1] 40/17
industry [2] 40/10
128/3
inflammatory [1]
196/22

office [1] 75/16
influenced [1] 75/11
information [9] 58/5
81/9 134/1 134/5
156/21 176/10 176/10
176/23 190/16
informed [2] 58/1
191/20
initial [1] 140/11
initially [2] 51/5 109/17
injury [1] 185/18
innocence [1] 75/13
innocent [6] 27/2 45/10
45/22 101/24 102/8
155/11
inside [7] 21/2 21/9
21/11 118/1 118/13
161/4 161/6
Inspector [1] 24/17
instance [1] 15/18
instances [2] 20/16
105/21
instead [4] 4/21 75/8
Institute [2] 39/18
43/20
institution [2] 54/6
175/24
institutions [1] 54/24
instruct [30] 22/24 23/9
29/8 36/18 37/3 38/18
42/9 50/19 51/14 63/1
63/17 65/8 94/25
100/8 100/12 106/19
114/6 118/24 119/15
121/4 123/19 131/12
131/16 137/7 140/24
143/18 150/23 160/14
161/25 175/18
instructed [2] 63/20
145/23
instructing [9] 22/22
23/8 26/14 63/15 65/7
89/2 121/2 143/16
180/1
instruction [11] 26/22
45/22 89/10 100/11
140/22 161/15 169/21
170/2 180/9 196/5
196/20
instructions [33] 23/5
23/14 36/16 38/16
41/2 42/7 50/17 51/13
62/24 63/7 63/8 85/14
85/15 87/17 114/5
114/8 115/22 116/9
121/9 123/18 132/20
133/1 133/24 138/8
143/10 143/23 144/7
146/16 150/20 169/16
188/9 188/23 189/24
Insurance [1] 110/11
intentions [1] 95/13
interactions [2] 98/4
133/7
interest [2] 51/4 59/23
interestingly [1] 168/4
interfere [1] 152/17
interfered [2] 21/3 21/5
interim [1] 41/3

**I**

interjected [1] 61/6
International [2] 166/19
166/21
internet [19] 22/13
22/15 22/18 22/21
38/8 48/1 48/2 50/24
134/12 134/13 156/19
158/23 167/14 169/10
169/19 170/7 171/21
189/9 190/21
interpret [1] 116/16
interrupted [1] 93/13
interruption [1] 94/19
intervening [1] 67/18
interview [1] 7/13
intimidated [1] 21/6
introduced [6] 38/17
42/8 82/24 106/18
137/6 196/25
invading [1] 95/13
investigated [7] 26/7
26/11 53/4 72/23
126/15 164/22 172/18
investigation [37]
22/17 22/19 25/5 36/3
36/23 36/24 50/23
51/10 51/11 68/11
70/8 70/9 70/20
105/16 105/20 106/13
106/17 117/17 117/20
119/11 119/11 119/13
122/16 123/16 135/20
136/10 136/11 136/12
137/3 144/17 144/18
149/8 150/3 150/5
150/19 161/14 168/22
investigations [1] 51/7
involved [12] 40/7
81/17 97/12 100/3
133/22 134/6 153/11
153/17 154/12 164/6
164/7 164/8
involvement [3] 80/5
97/12 97/13
involves [1] 48/20
is [362] 2/2 2/5 2/6
2/25 3/1 3/8 3/18 3/19
3/24 4/17 4/21 4/24
6/14 7/2 7/4 7/6 7/6
8/6 15/9 15/15 16/10
16/12 16/17 17/4 17/4
17/8 17/11 17/14 18/1
18/12 19/12 19/18
20/8 20/10 20/19
20/20 21/15 21/20
22/2 22/3 23/2 23/5
23/21 23/22 24/3 24/4
24/5 24/8 24/9 24/10
24/13 24/14 24/17
24/19 24/21 24/23
24/25 25/2 25/4 25/6
25/7 25/14 25/22
25/25 26/5 26/24 27/2
27/9 27/12 27/15
27/17 27/20 27/23
27/23 27/25 28/23
28/25 29/1 29/6 29/9

31/4 31/11 33/7 33/14
33/15 33/16 33/20
36/13 37/12 38/6
38/13 41/9 41/19 42/4
42/17 43/21 44/3
45/22 47/13 48/15
48/16 49/16 50/11
50/12 50/14 51/22
52/9 52/12 52/18
55/13 58/8 58/13 59/3
59/11 60/1 60/11 62/5
62/20 63/13 63/15
63/17 63/19 65/19
66/9 67/7 67/17 68/5
68/10 68/10 68/11
69/2 69/6 69/7 69/7
69/9 69/21 70/5 70/5
71/1 71/1 71/8 71/23
73/2 75/2 75/5 75/12
76/10 77/3 77/4 77/17
77/22 77/25 79/24
79/24 80/14 81/3
81/14 81/20 83/2 83/7
83/8 83/11 84/15 85/3
87/21 89/13 89/13
89/16 89/17 89/19
89/20 90/8 91/4 91/5
91/10 92/16 92/23
94/9 94/17 96/22 97/8
97/19 97/21 97/22
99/6 99/12 99/13
99/24 99/25 100/19
100/22 101/2 101/13
101/23 102/6 102/16
102/18 103/3 103/11
104/4 104/5 104/10
106/11 106/13 108/6
108/17 108/22 109/11
111/1 111/3 111/12
111/19 111/24 113/18
114/1 114/2 114/21
115/9 115/19 116/4
116/5 116/6 116/10
116/10 116/19 116/25
117/13 119/1 119/3
120/11 120/15 121/2
121/7 122/2 122/5
122/6 122/15 122/15
123/23 123/24 123/25
124/21 124/21 124/25
128/22 129/24 130/8
130/12 132/9 132/9
132/12 132/13 132/15
133/6 133/25 134/10
134/21 136/24 137/10
138/6 140/19 143/21
144/21 145/12 145/16
146/3 146/4 146/4
146/10 146/11 146/20
150/10 150/14 151/24
152/16 153/8 153/18
153/24 154/13 154/14
154/16 157/4 157/4
157/20 157/20 159/1
159/10 160/20 161/8
161/15 161/19 162/3
162/11 162/13 163/7
163/18 164/16 164/24

169/25 170/25 171/3
171/5 171/14 171/17
172/21 174/25 175/3
175/11 175/14 177/14
178/3 178/8 178/15
179/5 180/24 181/1
181/18 182/17 182/24
183/7 183/8 186/10
186/13 186/22 187/3
187/10 187/12 187/13
187/20 188/22 189/15
190/4 191/22 192/3
192/3 192/4 192/8
192/15 192/15 192/17
192/20 193/5 195/2
195/15 195/23 195/23
195/25 196/11 196/18
196/23 197/19 198/7
ish [1] 74/12
isn't [3] 58/9 154/7
170/8
issue [5] 4/20 6/5
15/23 112/25 192/15
issues [11] 77/25
78/15 79/19 80/6
81/18 104/25 105/7
107/14 165/10 176/3
176/5
it [288] 3/6 3/9 3/10
3/11 3/11 4/22 5/19
5/19 6/21 6/22 7/5
7/13 7/23 17/1 18/21
22/22 22/24 23/7 23/8
23/9 26/21 27/18
27/20 27/22 28/5 28/5
28/7 28/8 28/9 28/9
28/11 28/23 28/23
29/2 29/5 29/6 29/24
30/23 31/2 31/3 31/10
32/13 33/18 33/23
36/16 36/18 37/3
38/16 38/18 40/10
40/13 40/25 41/3 42/1
42/9 42/21 45/14
45/16 45/20 47/1
47/11 47/12 47/24
48/19 50/19 51/1 51/5
51/14 51/23 51/23
52/1 52/2 52/2 52/16
54/4 54/20 55/13
55/16 56/9 59/4 59/4
59/16 63/17 63/19
65/7 65/8 66/10 66/10
66/13 66/15 67/12
67/20 67/20 68/15
69/4 69/4 70/10 70/24
73/2 73/12 74/2 75/10
75/16 75/21 76/1 76/2
76/13 76/21 77/4
80/13 80/22 81/13
81/24 82/7 82/9 83/8
83/15 84/8 84/15
84/22 86/24 87/4 88/3
88/7 89/1 89/10 91/8
92/15 92/16 93/9
93/10 93/13 94/21
95/7 95/10 96/15
96/22 97/21 99/8

100/17 100/20 100/24
101/2 102/4 102/9
102/22 106/24 108/22
110/25 111/3 111/16
112/12 112/24 112/24
114/10 114/12 118/25
119/3 121/2 121/4
122/19 122/20 122/21
123/10 125/8 125/17
127/21 129/5 129/8
129/11 130/22 131/10
132/5 132/9 132/23
133/3 134/19 134/20
134/20 134/23 135/10
135/23 136/6 136/7
136/14 138/10 139/9
139/11 140/11 140/12
140/12 143/13 143/16
143/18 144/4 144/4
144/6 144/13 144/14
145/5 145/18 149/5
149/13 149/14 149/24
149/25 151/4 152/21
152/25 153/6 154/7
156/22 157/17 158/5
163/8 165/22 166/5
167/24 168/1 168/3
168/23 169/25 170/10
172/3 174/7 174/11
174/17 175/15 175/22
175/24 175/24 176/2
176/3 177/20 178/23
180/4 180/8 180/8
181/22 182/12 182/12
182/14 182/14 183/5
183/6 183/8 184/15
184/23 185/13 185/14
186/1 186/2 186/2
186/8 186/11 186/17
186/19 186/20 186/22
187/17 189/25 190/9
190/23 190/23 190/23
191/13 192/3 192/5
192/21 193/21 193/25
194/19 194/24 194/25
195/9 195/12 195/17
195/18 195/19 196/16
197/3 197/4 197/5
197/18 197/20
it's [93] 3/13 6/24 8/4
15/10 16/7 31/10
33/10 41/24 44/14
50/8 55/22 56/9 56/17
57/12 57/25 59/10
60/11 67/13 73/9
74/18 75/21 75/24
79/4 79/22 81/14
84/25 85/1 86/1 91/20
92/19 93/1 95/23
96/25 97/2 97/13
97/18 97/18 101/4
101/11 101/17 102/9
105/18 106/22 111/4
112/14 113/4 114/11
114/13 115/16 115/18
116/12 118/2 118/20
124/2 129/2 130/1
130/12 133/9 134/12

142/19 143/3
143/4 152/21 153/2
154/10 154/10 154/16
155/13 157/18 159/5
165/1 169/24 170/21
170/21 171/8 171/9
172/8 173/7 176/2
177/16 178/16 178/17
182/10 182/11 186/25
189/21 190/2 190/11
190/23 191/11 192/17
196/25
items [1] 123/2
its [3] 69/24 154/6
161/23
itself [3] 97/13 107/4
178/3

**J**

January [51] 21/2
21/25 22/2 22/12
22/14 22/17 22/20
23/1 23/11 29/23 36/2
36/3 38/7 38/10 41/21
47/6 49/13 50/23
65/10 70/15 85/13
86/20 93/3 105/15
105/16 105/25 108/20
114/4 116/7 117/16
117/17 118/21 121/6
122/15 125/4 125/12
135/19 136/19 137/2
140/9 143/20 149/7
149/8 158/14 161/2
163/9 165/20 167/12
167/16 167/17 175/2
January 6 [49] 21/2
21/25 22/2 22/12
22/14 22/17 22/20
23/1 23/11 36/2 36/3
38/7 38/10 41/21 47/6
49/13 50/23 65/10
70/15 85/13 86/20
93/3 105/15 105/16
105/25 108/20 114/4
116/7 117/16 117/17
118/21 121/6 122/15
125/4 125/12 135/19
137/2 140/9 143/20
149/7 149/8 158/14
161/2 163/9 165/20
167/12 167/16 167/17
175/2
JENSEN [24] 1/5 2/4
2/6 5/4 5/17 8/4 8/6
8/8 15/2 16/14 16/18
16/25 17/22 20/25
21/3 21/12 21/13
21/17 32/1 37/17
49/25 57/18 131/21
156/10
Jensen's [1] 2/10
Jewish [2] 111/4 112/8
Jews [1] 112/11
job [48] 19/24 33/17
39/25 40/6 43/22 44/9
45/7 54/9 54/23 59/11
60/2 65/22 67/17
67/18 67/19 67/25
77/22 88/12 89/21

job... [29]  90/3 91/12
105/9 120/8 127/18
127/22 128/11 141/20
145/16 148/3 151/16
163/23 163/25 165/15
166/11 166/25 170/4
170/5 170/6 170/7
171/16 171/17 171/22
176/16 178/16 181/23
182/22 183/6 184/13
jobs [20]  40/1 44/10
67/22 74/20 107/24
110/6 120/7 124/11
128/7 141/19 148/2
151/17 166/22 166/25
167/1 176/15 178/7
178/8 178/14 184/12
jogs [1]  30/6
John's [1]  153/8
Johnson [1]  25/4
join [1]  6/18
journalism [3]  77/13
77/14 77/16
judge [18]  1/9 17/25
49/24 70/21 71/19
106/18 115/1 115/22
118/23 145/21 146/11
150/22 154/4 160/12
161/21 175/16 187/2
187/15
judging [4]  81/25 137/5
judgment [2]  115/23
116/18
July [1]  59/19
June [2]  59/19 59/19
juries [2]  114/13
154/21
jurisdictions [1]  38/25
juror [171]  20/9 20/10
20/12 23/5 23/15
26/23 27/6 28/2 28/8
28/12 28/22 29/3 29/7
31/18 32/3 32/3 32/5
32/7 33/1 33/15 35/5
35/6 35/7 35/23 37/2
38/3 38/4 39/11 41/13
41/14 41/16 43/14
46/10 46/11 46/12
48/19 48/24 49/1 49/3
51/12 52/25 53/16
55/19 55/20 55/23
57/7 57/10 57/25
58/12 58/21 58/22
58/24 61/6 61/22
61/23 62/1 64/9 64/22
64/23 65/1 68/2 70/2
71/20 72/20 73/20
74/5 76/12 82/12
83/22 83/23 83/25
85/14 86/6 86/14
86/15 86/16 86/18
88/22 90/13 92/4 92/5
92/6 98/21 98/22
98/24 98/25 99/4
99/18 99/22 100/23
101/21 101/21 103/21
103/22 103/25 105/11
109/3 109/4 109/7
115/4 115/5 116/9
117/8 117/9 117/11
117/13 121/10 121/20
121/21 121/22 123/20
124/18 126/12 127/14
129/10 135/3 135/4
138/12 138/13 138/15
139/25 140/1 140/5
140/22 142/9 142/10
142/12 143/11 143/24
145/17 145/24 148/24
148/25 149/2 152/7
152/8 152/10 152/8
155/25 156/1 156/7
160/16 161/17 164/2
165/4 166/8 169/15
169/20 170/11 171/1
172/6 172/11 172/14
174/22 177/5 177/6
177/11 180/9 181/12
181/16 183/5 183/7
187/20 191/22 191/24
192/12 192/13 193/23
juror's [1]  183/16
jurors [33]  2/17 2/24
5/20 16/2 17/18 20/4
22/24 23/10 27/8 27/9
37/19 77/5 81/8 112/7
121/4 129/4 131/5
131/23 131/23 135/2
143/18 153/24 181/17
181/18 188/13 188/24
189/17 189/21 191/4
194/4 194/11 194/21
195/11
jurors' [3]  61/17 64/19
117/4
jury [92]  1/8 2/19 2/21
18/1 18/4 18/5 18/7
18/12 18/12 20/1
22/22 23/8 24/3 26/15
26/17 27/15 27/16
27/25 27/25 28/3 28/3
30/18 31/1 31/15
31/15 35/1 41/2 57/24
59/5 65/7 66/23 68/6
70/6 70/25 71/24
72/22 73/22 75/3 75/9
75/21 75/21 75/21
76/1 76/1 76/2 76/15
81/3 81/7 84/6 86/10
89/2 89/5 98/18 99/13
101/3 103/17 111/16
111/17 112/5 112/11
114/17 116/16 121/2
132/11 132/13 132/15
132/24 134/1 134/4
134/7 139/23 142/16
143/16 154/21 155/21
180/1 180/3 188/17
189/3 189/16 189/19
190/3 190/15 190/18
191/1 191/6 191/19
192/2 193/1 193/14
193/16 195/10
just [186]  2/23 3/8 3/24
4/17 5/14 6/1 6/8 6/13
19/12 19/19 20/15

23/25 27/19 29/20
30/15 30/21 31/13
32/17 32/18 33/10
33/19 33/22 34/16
34/24 36/17 37/20
39/22 39/25 42/22
43/25 44/12 45/7 45/9
46/25 49/10 50/4
50/11 50/24 55/2
55/15 56/9 58/9 59/18
59/21 60/22 61/4 62/1
62/7 62/11 62/13
62/14 64/4 64/6 64/6
66/20 68/2 68/13
71/22 72/4 72/12 73/8
74/1 74/17 79/21
79/22 82/22 83/3 83/4
83/6 83/14 84/8 85/16
85/18 85/24 88/8
88/14 92/19 92/24
94/5 95/7 96/22 97/2
97/3 98/8 98/12 99/11
100/2 100/5 100/18
101/3 101/17 103/8
105/17 106/1 108/7
110/17 111/13 111/17
111/22 114/1 114/13
116/5 119/17 121/14
121/25 122/14 122/18
123/10 123/11 124/14
125/8 126/8 128/12
130/8 130/12 130/16
130/17 131/2 133/23
134/12 134/21 135/16
140/20 140/23 144/5
144/12 144/20 144/21
144/24 145/1 145/11
146/23 147/2 147/11
148/6 149/11 149/12
151/15 153/1 153/6
153/10 154/23 154/25
155/8 155/11 157/15
159/4 160/24 164/10
167/17 167/22 168/2
169/9 171/9 171/21
172/1 172/25 175/2
176/12 178/5 178/17
178/21 179/12 180/17
183/24 185/4 186/5
186/8 186/8 186/10
187/11 188/22 189/14
190/24 191/6 192/12
192/13 193/3 193/24
194/14 195/8 196/16
197/12
justice [17]  25/20
71/11 73/5 73/6 80/5
81/17 82/16 82/17
108/20 127/9 127/13
162/12 162/20 164/13
173/17 173/21 173/23

**K**

keep [10]  37/24 64/6
83/18 129/6 129/6
129/15 129/15 131/16
134/21 196/14
Keepers [1]  118/7
keeping [1]  130/6

kicked [1]  142/25
kid [1]  142/24
kidnap [1]  196/25
kids [4]  33/10 34/1
34/15 174/18
killed [2]  126/21 127/2
kind [37]  45/12 3/6
18/21 30/16 37/9 43/2
53/15 53/22 56/17
56/18 62/7 62/7 73/1
73/7 75/24 76/21 83/1
84/15 85/25 93/1
94/11 94/12 104/12
105/5 118/17 124/12
125/20 128/1 142/19
144/20 149/9 151/17
153/8 154/10 160/23
173/3 185/17
kinds [4]  40/9 42/20
43/3 165/10
knew [6]  82/4 113/10
153/17 153/18 156/10
184/22
knife [2]  21/9 155/2
knock [1]  195/10
know [200]  4/20 5/12
5/23 5/23 6/10 7/4
7/21 18/9 20/18 21/12
21/16 24/3 24/10
24/15 25/6 27/15
27/15 30/15 30/21
37/20 48/3 48/18
48/21 48/21 50/10
51/4 51/5 51/6 51/18
53/9 53/12 60/20 64/6
66/22 66/25 66/25
67/3 67/13 67/22 69/2
69/3 70/14 70/17 71/3
71/15 71/15 72/5 72/6
72/13 72/13 73/4 73/5
73/7 73/23 74/3 74/5
74/5 74/9 74/22 74/23
74/23 74/25 75/2
75/15 76/17 78/1 78/2
78/3 78/22 79/10
80/16 83/2 83/4 85/8
85/9 88/25 92/23
95/20 95/22 95/23
95/24 96/23 96/24
97/2 97/20 98/3 98/10
98/11 100/2 100/5
101/9 101/18 101/19
102/23 103/5 103/7
104/4 111/2 111/7
112/17 113/9 113/15
113/20 114/12 118/4
122/19 122/20 123/8
123/22 125/4 125/25
126/2 126/5 129/8
129/9 129/11 130/8
130/25 132/6 132/6
132/11 132/15 134/3
135/15 135/25 136/13
137/1 137/3 139/12
142/21 142/23 143/2
143/10 144/22 145/12
145/19 146/19 147/5
149/12 150/13 150/14

kid [1]  142/24
kidnap [1]  196/25
155/2 155/3 155/9
156/12 157/3 157/24
159/6 160/20 162/7
162/8 162/21 163/7
163/13 164/4 165/19
166/5 168/8 170/6
170/8 170/13 170/22
170/23 171/4 171/5
171/15 171/20 171/20
172/9 174/16 178/7
178/20 178/21 179/14
179/20 179/22 180/21
181/6 182/10 183/2
185/17 186/12 187/1
187/6 187/20 189/15
191/11 191/21 191/25
192/14 194/6 194/15
194/18 194/19 194/22
196/10 197/8
knowing [6]  16/16
35/22 42/22 96/12
96/13 96/14
knowledge [9]  18/13
80/21 96/19 160/3
164/9 167/13 168/3
168/6 169/5
knows [3]  97/1 97/19
103/7
Kyle [2]  23/18 24/7

**L**

Labor [3]  149/13
149/16 149/21
laboratory [1]  54/8
labs [2]  148/8 148/9
ladies [3]  24/2 30/2
188/15
Lafayette [1]  153/8
laid [4]  15/3 157/10
157/21 164/10
Land [1]  43/19
language [4]  28/19
90/20 196/7 197/1
large [3]  44/15 78/20
84/19
large-scale [1]  84/19
last [29]  2/11 4/10 6/13
6/24 7/18 17/1 20/8
20/11 28/21 28/23
31/13 39/1 40/13
40/14 53/2 56/3 59/3
67/22 72/4 81/23
106/25 111/13 115/10
115/11 120/17 126/14
145/4 152/15 167/5
late [3]  60/3 129/3
129/10
later [7]  19/14 27/21
80/9 105/25 132/4
137/24 138/1
Latinos [1]  120/5
latter [1]  126/8
law [130]  22/24 23/9
25/16 25/22 26/1 26/2
26/15 26/19 26/20
27/4 27/9 29/8 29/15
35/12 35/13 35/15
35/17 35/20 35/21
36/18 37/3 38/17

**L**

law... [108]  38/22
38/25 39/2 39/8 39/9
42/9 42/13 42/14
45/10 45/21 50/19
51/14 52/9 52/13
52/13 52/16 52/16
52/20 63/1 63/13
63/17 63/17 65/8
66/20 68/3 70/22 71/8
71/9 71/16 71/19 72/1
72/16 75/10 76/21
87/17 87/21 88/20
89/3 89/7 89/15 89/19
90/9 94/25 100/8
100/12 102/1 104/5
104/12 106/19 109/11
109/18 114/6 115/23
118/24 119/15 121/4
123/19 123/23 123/24
123/25 124/3 124/4
124/9 124/10 125/15
125/20 125/21 125/23
125/25 126/1 127/24
128/8 133/1 137/6
140/24 143/18 145/22
150/23 154/2 160/14
161/24 162/11 163/19
164/11 164/16 172/23
174/2 174/3 175/17
179/2 179/11 179/12
179/17 180/2 180/6
180/7 180/13 180/14
180/20 180/21 181/18
184/23 184/25 185/2
186/18 187/13 187/16
189/24
lawfully [1]  62/25
laws [1]  21/1
lawyer [17]  5/14 7/10
26/2 35/12 42/14
42/18 45/1 52/8 52/9
52/18 60/11 72/2
89/13 104/5 104/10
125/15 125/18
lawyer/law [1]  125/15
lawyers [16]  5/10 5/11
5/13 5/24 16/25 20/15
20/16 35/15 57/22
72/1 72/6 72/6 72/11
124/7 126/3 128/21
lead [2]  118/17 165/3
leading [2]  118/17
146/24
leads [3]  27/10 73/19
181/19
lean [1]  56/13
learn [2]  18/16 143/14
learned [7]  36/24
36/25 70/21 106/15
119/13 136/9 157/6
learning [1]  157/11
lease [1]  59/7
least [13]  18/9 41/8
59/22 118/4 129/11
129/13 129/15 129/18
129/20 153/15 184/25
192/5 195/18
leave [10]  19/3 31/19

132/18 133/18 134/19
159/14 160/9
lectern [3]  31/2 31/3
31/6
led [4]  54/17 102/21
138/21 153/22
legal [4]  71/16 89/18
89/24 127/22
legislators [1]  78/12
legislatures [3]  77/25
78/15 78/25
legitimate [1]  15/9
length [1]  15/5
lesbian [1]  7/8
less [6]  42/21 44/25
45/7 113/4 145/3
186/19
lesser [3]  26/18 89/5
180/5
let [66]  6/1 6/11 19/22
20/14 20/18 20/18
23/18 30/11 30/15
33/16 34/9 35/10 36/5
37/5 37/20 38/8 46/16
49/6 50/4 54/4 56/1
59/1 60/22 65/5 73/11
74/2 81/11 86/3 96/8
96/20 101/20 101/22
102/25 103/18 107/8
110/24 111/22 129/2
129/2 132/2 132/5
132/5 132/11 132/14
132/18 138/18 142/2
143/9 143/14 145/7
145/11 152/3 152/15
155/5 159/17 168/18
169/14 170/17 172/17
179/15 180/18 189/14
191/11 193/3 194/13
194/14
let's [40]  2/15 7/22
29/11 30/13 32/4 32/9
32/10 38/5 38/20 40/9
41/18 46/15 52/1 53/2
56/2 58/20 59/4 63/11
65/18 71/25 89/20
99/2 100/2 104/4
129/4 129/13 131/13
131/15 144/9 145/13
152/13 156/9 160/18
172/25 173/25 179/1
185/13 187/11 193/24
195/5
letter [2]  60/11 60/12
letting [2]  85/19 86/1
level [10]  37/10 44/1
53/12 107/15 110/13
124/13 141/2 141/24
147/17 151/6
Levenson [1]  1/14
liberal [2]  153/20 176/1
liberties [1]  72/14
library [7]  92/17 92/21
148/9 148/10 148/11
148/12 148/16
life [3]  115/15 115/20
116/18
light [1]  54/2

like [102]  3/5 3/12 4/15
6/13 6/18 6/24 7/5
7/21 17/1 19/13 31/1
36/19 39/3 44/22
44/23 44/24 47/21
48/10 48/19 52/1
52/14 54/2 54/21 56/8
56/10 59/10 60/14
61/8 62/10 64/2 66/13
67/21 73/2 74/4 74/23
76/25 77/4 82/12 83/5
83/11 88/7 88/14
88/15 94/1 96/3 98/7
98/11 99/9 99/21
100/3 100/5 100/17
101/17 102/3 102/6
102/8 102/10 102/12
102/21 103/4 110/16
111/23 116/20 122/23
125/17 134/9 134/11
136/6 136/7 137/22
139/4 142/23 143/1
144/2 144/20 146/2
148/8 148/10 148/12
148/16 150/8 154/2
155/2 159/22 167/19
167/23 168/23 174/23
178/15 180/17 183/5
183/14 183/18 183/18
184/5 185/10 185/16
186/8 186/13 190/20
195/9 195/22
limine [1]  195/16
limiting [3]  196/5 196/7
196/20
line [2]  4/18 191/24
lined [1]  16/3
list [5]  2/15 2/16 4/24
24/16 24/16
listed [1]  135/9
listen [9]  19/19 51/3
134/15 140/18 155/3
166/9 169/23 190/23
190/25
listened [1]  70/13
listening [2]  51/3
189/12
literally [1]  142/24
literature [2]  147/21
147/23
litigants [1]  15/8
litigation [1]  128/2
little [40]  39/23 40/1
40/10 42/14 45/8
53/23 55/2 56/13
56/13 64/5 66/8 66/13
70/17 83/1 88/10
91/17 91/24 92/15
97/3 100/6 105/17
105/18 109/2 117/18
121/14 135/21 137/21
140/10 147/14 149/9
162/25 167/24 173/6
173/8 177/20 184/20
185/1 185/9 194/1
197/8
live [16]  22/5 22/8
46/18 46/22 47/2 47/6

99/7 105/22 114/10
122/10 158/4 158/6
lived [2]  47/8 154/11
lives [4]  74/23 92/10
99/13 167/15
living [13]  37/6 39/13
43/17 53/19 90/15
99/6 100/18 107/9
141/14 147/8 151/1
165/7 175/21
located [1]  40/15
location [1]  133/17
lock [1]  186/4
logically [1]  107/3
long [28]  5/11 16/7
33/25 43/9 43/21 54/9
56/10 67/11 67/12
86/2 88/5 90/21
111/13 112/6 127/17
128/11 129/5 129/14
138/10 141/13 166/11
172/9 174/11 176/13
185/14 196/14 197/18
197/20
look [22]  2/25 3/3 3/6
27/13 27/14 66/9
67/14 81/20 100/1
111/14 113/9 131/6
159/2 171/3 177/16
179/6 183/10 189/9
194/15 195/17 197/4
197/5
looked [4]  6/21 113/11
136/1 136/7
looking [6]  103/9
144/21 156/18 168/11
170/12 173/12
looks [2]  136/6 195/9
loose [2]  130/12
188/12
Los [1]  1/16
lost [1]  59/17
lot [37]  41/25 42/1 53/6
68/15 68/16 71/15
72/13 72/15 78/21
84/18 85/1 95/23
101/8 101/14 103/6
111/7 113/7 126/1
142/20 142/22 143/2
144/13 145/4 145/19
145/20 153/9 153/10
153/11 153/17 160/21
165/13 168/21 168/22
168/22 169/16 178/22
188/16
lots [6]  7/20 72/3 72/3
72/3 72/6 72/6
louder [1]  147/14
love [1]  187/9
Loyd [1]  24/17
luck [2]  61/15 114/20
lunch [6]  37/23 37/24
40/23 46/4 57/13
129/10

**M**

ma'am [44]  32/7 32/9
34/22 41/18 43/17
45/6 46/3 55/25 59/1

103/16 104/3 107/9
109/9 110/17 110/24
112/23 114/16 115/5
115/8 117/3 122/3
128/13 135/7 138/5
138/9 138/18 139/19
142/15 147/7 148/18
149/1 149/6 150/25
156/3 168/18 170/25
177/7 183/12 183/24
188/7
made [7]  7/10 7/10
32/25 45/7 80/11
96/15 144/15
Madeleine [1]  176/20
Madison [1]  92/25
main [4]  77/24 78/5
93/2 111/8
major [2]  72/5 91/9
majority [1]  161/1
make [40]  3/3 17/13
19/24 26/21 28/5 28/6
28/9 28/11 29/2 29/5
29/6 31/12 42/19
46/25 53/15 58/9 60/7
63/22 66/11 68/1
89/10 102/21 105/10
124/18 127/14 128/21
130/21 133/25 139/6
166/7 171/1 174/22
180/8 181/11 188/23
189/15 189/22 190/11
194/14 197/21
makes [19]  16/19
42/21 43/14 45/14
52/5 52/24 71/18
72/19 82/11 83/3
88/21 90/12 99/9
126/11 164/2 170/9
177/20 178/23 182/12
making [4]  30/18 78/2
78/2 132/25
man [3]  105/24 167/20
167/21
management [6]  39/14
40/7 40/13 44/4 84/18
151/14
manner [2]  7/25 119/3
manpower [1]  85/6
many [11]  19/21 44/8
81/1 96/24 111/24
119/1 145/13 146/4
146/8 164/5 178/14
March [2]  93/17 93/18
mark [3]  24/19 53/3
58/12
marketing [6]  43/18
43/19 44/15 147/9
147/15 151/13
married [3]  43/9
176/21
mask [18]  31/5 31/16
32/6 83/25 109/6
115/6 117/12 121/25
142/11 149/1 156/6
196/9 196/14
Mass [1]  77/18
master's [17]  39/17

master's... [16]  44/2
44/3 54/19 91/3 91/4
91/5 91/14 107/17
109/24 119/20 137/14
141/10 151/8 166/15
166/16 166/23
material [2]  15/16 54/1
materials [1]  54/2
matter [11]  2/3 3/14
16/14 17/21 29/18
31/25 123/14 123/15
131/20 161/16 198/9
matters [5]  17/9
161/15 162/22 162/22
191/19
maxed [2]  59/20 59/23
may [60]  5/7 5/8 19/21
19/21 20/5 21/18
22/23 22/24 23/3 23/8
23/10 23/13 24/12
27/18 28/14 32/6
36/14 45/18 49/21
49/21 50/16 51/11
58/3 63/12 65/9 68/23
69/21 69/23 69/23
85/13 94/21 94/22
100/17 113/23 120/21
121/3 121/4 129/19
133/2 133/10 134/16
135/8 143/12 143/18
143/22 143/23 145/14
167/23 168/8 168/9
169/25 171/12 182/3
183/15 189/17 190/22
193/10 193/12 193/18
194/23
maybe [17]  7/10 18/24
32/17 47/4 60/13
60/22 66/11 92/19
93/7 97/2 97/3 122/16
144/1 144/5 145/3
146/19 159/5
McCliggott [2]  23/23
24/9
me [144]  2/14 2/16
2/19 2/23 3/5 3/19
3/19 3/21 3/25 4/1 6/1
6/12 7/10 7/12 7/14
7/17 8/3 16/4 16/19
16/19 17/15 19/22
20/14 23/18 30/11
30/15 33/10 34/9
35/10 36/5 37/5 37/5
37/20 38/8 39/15
40/19 42/1 42/21
45/14 46/16 50/4
51/22 54/4 56/1 56/6
56/14 59/7 59/7 59/10
60/10 60/13 60/22
60/23 64/8 65/5 67/21
73/11 74/2 75/22 76/5
76/14 76/18 76/21
81/11 84/9 85/2 85/6
86/3 92/3 92/19 93/8
96/8 96/20 97/22 98/4
99/16 99/20 100/19
101/4 101/10 101/22
102/9 102/25 105/17

110/25 111/22 112/15
112/17 113/15 114/14
116/15 116/20 121/14
122/7 129/2 129/2
129/10 130/1 133/21
138/18 138/21 143/9
143/14 144/15 144/18
145/7 145/11 148/1
148/4 152/15 153/2
153/7 154/11 155/5
157/16 159/17 165/6
166/10 168/1 168/18
169/14 170/17 172/17
177/20 178/9 178/16
178/18 178/21 179/10
179/15 180/18 184/1
186/9 189/14 190/9
191/5 193/3 194/9
194/13 194/14 195/18
mean [66]  6/19 6/23
45/12 60/9 63/9 66/21
68/4 68/14 69/1 70/11
71/22 72/3 72/12
72/13 73/2 73/3 73/3
74/1 74/16 74/20
74/22 77/1 77/3 80/18
81/23 86/22 88/19
88/24 91/11 93/25
94/3 94/9 94/17 99/20
99/24 100/16 100/18
102/20 105/7 105/22
106/6 106/21 111/13
111/16 112/5 113/10
114/13 116/19 127/9
129/5 129/14 129/16
130/7 130/9 139/1
145/6 152/21 153/6
154/20 155/2 157/6
163/2 170/22 171/23
182/12 187/18
meaning [2]  104/15
129/5
means [2]  132/22
189/20
meant [4]  44/25 45/8
146/3 146/4
media [12]  4/15 51/2
55/15 134/13 134/21
145/2 189/7 189/9
189/11 190/1 190/22
190/24
medical [5]  28/6 28/11
178/15 183/20 184/16
medication [7]  28/14
182/3 182/8 182/9
182/15 182/17 183/9
medicine [2]  183/3
183/4
meet [1]  69/24
meeting [1]  21/4
member [22]  3/8 21/25
22/4 22/7 25/24 26/1
26/4 26/6 26/10 35/11
46/18 49/7 57/23
65/19 67/4 72/23
126/15 158/3 186/9
188/12 191/19 193/6
member's [1]  192/2

25/12 25/25 26/5
53/11 65/23 74/13
81/22 87/19 131/24
132/23 134/2 165/14
177/17 179/8 189/3
membership [1]  78/21
memberships [1]  78/21
memorable [1]  175/11
memory [6]  30/6 62/16
87/14 106/9 161/7
175/3
mental [6]  28/15 73/5
80/6 81/15 82/18
182/4
mentally [1]  97/15
mention [6]  39/23
57/21 77/21 83/3
83/14 134/10
mentioned [24]  2/24
16/18 16/25 17/2
19/13 39/25 40/24
51/21 51/23 72/4 72/7
79/2 79/19 82/2 82/15
95/7 113/2 125/7
126/4 127/16 135/10
150/7 169/16 169/17
merchandising [1]  44/7
Mergers [1]  35/18
met [5]  7/19 88/14
115/24 154/6 161/23
Metcalf [3]  5/9 6/14 7/6
Metro [1]  136/8
Metropolitan [3]  29/16
30/5 39/1
mic [5]  32/17 32/18
92/20 159/5 173/6
Michigan [1]  195/22
microphone [10]  31/10
31/14 31/17 47/1
49/11 56/12 92/14
144/25 153/4 159/8
middle [2]  153/9
153/19
might [51]  19/20 27/10
27/22 28/15 29/2
36/15 36/25 38/15
40/25 41/3 41/6 42/6
48/13 51/17 51/18
55/16 55/17 62/23
63/3 66/11 73/18
75/16 87/15 88/11
93/9 95/24 103/8
108/19 112/6 112/9
114/3 116/7 118/21
123/17 131/13 152/17
157/8 160/7 160/21
161/20 171/7 175/15
181/19 182/4 186/14
186/15 189/12 194/10
194/11 195/3 195/10
mile [3]  158/6 158/8
160/8
miles [1]  105/22
mind [2]  106/14 186/11
mine [2]  71/12 153/18
Mine's [1]  178/15
minimize [1]  30/23
Minneapolis [1]  124/19

minutes [2]  60/3
130/25
Mirell [19]  1/14 2/5 4/3
23/17 24/6 29/11
58/15 61/12 80/24
81/20 82/3 97/17
103/3 112/14 114/25
131/4 155/8 160/1
169/7
misheard [1]  143/12
missed [3]  3/5 101/8
120/25
missing [1]  141/9
mom [2]  89/17 90/5
moment [9]  19/1 27/13
31/19 59/6 61/1 67/18
128/21 152/22 179/4
Monday [3]  111/3
111/10 112/15
money [3]  60/8 60/14
101/19
monitoring [1]  176/19
month [1]  192/16
months [7]  7/19 59/14
59/17 138/23 145/4
185/20 185/21
moral [1]  29/4
more [45]  5/11 6/6
6/16 6/22 7/5 8/8
16/17 18/16 29/18
40/10 42/15 45/8
45/10 53/23 60/3
66/14 68/7 68/8 75/14
75/15 83/2 100/19
104/22 111/9 112/16
123/10 124/12 130/23
139/13 143/5 144/15
145/3 145/4 157/12
157/13 157/20 157/23
157/24 162/25 167/24
184/20 186/19 194/11
194/21 195/16
Morgan [1]  24/23
morning [20]  2/7 17/23
17/24 19/24 33/3 33/6
35/7 113/16 113/16
132/11 133/8 134/20
134/22 134/25 139/5
182/16 188/20 192/20
193/25 195/10
Morris [1]  137/25
mortgage [1]  128/3
most [9]  66/4 71/15
78/7 95/14 112/16
148/10 178/2 178/7
178/8
mostly [7]  44/14 48/2
88/13 120/12 124/16
128/2 188/25
moth [1]  60/12
mother [1]  138/22
motion [7]  7/21 15/3
17/7 116/25 129/20
195/16 196/2
motions [2]  6/3 15/22
mouth [2]  47/1 56/13
move [19]  3/7 3/11
30/20 50/2 56/12

97/10 116/24 129/17
144/25 159/4 159/5
159/7 159/8 173/6
188/19 197/21
moved [5]  40/5 55/3
59/7 192/21 192/23
moving [4]  85/1 117/24
118/1 173/13
Mr [1]  16/25
Mr. [43]  2/6 2/10 2/18
3/21 3/25 4/5 5/3 5/4
5/17 5/25 6/14 7/1 7/6
8/4 8/6 8/8 15/2 15/2
16/13 16/14 16/18
16/23 16/25 17/9 21/3
21/12 21/13 21/17
23/24 37/17 45/2
49/11 49/25 58/18
81/11 82/9 97/8
129/22 156/10 168/13
187/25 197/4 197/23
Mr. Davis [19]  2/18
3/21 3/25 4/5 5/3 15/2
16/13 17/9 23/24 45/2
49/11 58/18 81/11
82/9 97/8 129/22
187/25 197/4 197/23
Mr. Davis's [4]  5/25 7/1
16/23 168/13
Mr. Jensen [17]  2/6 5/4
5/17 8/4 8/6 8/8 15/2
16/14 16/18 16/25
21/3 21/12 21/13
21/17 37/17 49/25
156/10
Mr. Jensen's [1]  2/10
Mr. Metcalf [2]  6/14
7/6
Ms. [49]  3/16 4/3 8/3
14/23 17/12 19/23
20/20 29/11 30/7 30/9
30/25 34/25 46/5
57/11 58/7 58/15
61/12 61/17 80/24
81/20 82/3 83/17
86/11 97/17 103/3
112/14 114/25 129/3
129/24 130/4 130/24
131/4 132/7 155/8
160/1 169/7 188/9
188/11 191/5 191/9
191/20 191/22 193/11
194/2 194/9 194/20
195/2 195/13 198/1
Ms. Franklin [1]  195/2
Ms. Harris [33]  3/16
8/3 14/23 17/12 19/23
20/20 30/7 30/9 30/25
34/25 46/5 57/11 58/7
61/17 83/17 86/11
129/3 129/24 130/4
130/24 132/7 188/9
188/11 191/5 191/9
191/20 191/22 193/11
194/2 194/9 194/20
195/13 198/1
Ms. Mirell [15]  4/3
29/11 58/15 61/12

Ms. Mirell... [11]  80/24
81/20 82/3 97/17
103/3 112/14 114/25
131/4 155/8 160/1
169/7
much [30]  7/12 30/24
38/1 54/20 61/7 61/20
69/3 80/21 88/3
103/19 110/24 114/19
138/11 142/8 148/23
152/5 152/9 153/20
155/13 155/19 156/3
157/13 157/19 157/23
159/11 167/20 172/5
173/11 191/3 196/19
mugged [2]  59/15 73/3
multilateral [1]  120/11
multiple [1]  162/9
Mundane [1]  163/24
Museum [1]  151/10
must [2]  124/5 169/17
my [165]  3/9 4/21 4/24
5/11 5/13 5/14 6/8 7/9
7/12 7/13 7/15 16/4
16/6 16/16 17/7 23/4
23/14 24/2 25/6 28/25
32/23 33/10 33/10
34/6 34/16 36/16
38/16 39/6 40/13 42/7
42/17 44/16 47/11
48/11 50/17 51/2
51/13 51/23 52/11
52/15 53/11 55/3 59/7
59/16 59/16 59/18
59/20 59/22 60/2 60/4
62/20 62/24 63/6 64/6
65/6 65/22 66/2 66/21
70/17 71/10 73/1 73/3
75/17 77/1 78/4 78/13
80/6 82/25 83/7 83/12
84/12 85/5 85/5 85/9
85/13 85/15 87/17
87/22 89/15 89/16
89/17 89/18 90/22
91/5 91/8 91/14 91/14
91/15 99/10 100/11
101/7 102/6 102/6
102/6 104/16 106/11
106/21 107/3 111/8
114/5 114/7 115/11
115/19 115/22 116/9
117/13 118/2 118/9
119/1 120/9 121/9
123/17 123/24 123/25
124/9 126/19 129/15
132/1 138/23 140/22
142/18 142/20 142/24
142/25 143/10 143/23
145/25 146/10 146/16
150/20 151/8 153/15
154/9 154/13 154/24
155/4 155/13 157/10
157/21 158/16 159/14
161/14 162/14 162/16
164/25 166/25 169/16
170/4 170/5 170/6
170/7 171/15 171/17
171/22 172/22 172/23

180/25 182/17 184/21
187/11 187/20 192/2
myself [3]  85/19 86/1
112/7

N
name [17]  51/20 51/22
52/4 74/6 82/25 95/23
98/11 118/16 124/24
136/24 146/22 147/2
150/11 153/13 175/7
175/24 176/21
names [4]  39/23 118/4
153/13 179/23
Nancy [1]  123/1
national [1]  51/6
natural [2]  133/9 190/2
nature [6]  15/16 53/10
59/24 64/4 90/11
196/22
near [13]  22/5 22/8
31/5 46/19 47/1 48/12
67/5 106/22 107/6
122/11 158/4 158/15
167/15
nearby [2]  47/24
149/18
necessarily [5]  45/12
51/4 97/18 195/24
195/25
necessary [1]  99/22
need [25]  2/20 29/11
29/20 31/7 31/11
45/16 45/21 59/9
63/18 63/19 70/1
100/5 112/17 128/23
132/4 132/6 134/3
138/22 139/13 153/3
159/6 173/7 188/10
191/1 194/11
needed [3]  6/4 69/7
99/21
needs [1]  72/22
negative [6]  26/21
179/11 180/8 180/14
184/24 187/16
neighborhood [1]
185/2
Neither [2]  162/23
162/24
nephew [2]  38/24 39/7
nervous [1]  64/5
nestor [5]  1/22 1/24
198/12 198/12 198/14
networking [1]  133/5
never [8]  15/23 107/25
125/10 163/15 163/16
174/15 174/17 197/16
new [7]  5/13 5/15
87/24 89/16 89/18
89/24 144/14
news [58]  22/12 22/15
22/18 22/20 38/7 41/4
41/4 41/5 41/6 50/24
51/2 55/16 62/9 62/11
69/4 70/12 81/5 86/25
86/25 102/10 102/19
102/20 105/15 105/23
122/19 122/21 131/6

136/14 144/13 145/2
147/2 149/11 150/4
150/8 152/19 156/13
156/17 159/21 167/14
169/11 169/20 169/23
169/23 170/5 170/12
170/20 171/3 171/5
171/7 171/11 171/12
172/3 175/7 189/9
190/24
newspaper [2]  134/11
190/21
newsy [1]  70/11
next [22]  3/7 3/8 25/9
25/11 35/25 50/21
51/16 52/8 57/22
57/23 58/20 60/12
93/1 111/3 111/10
112/6 114/1 125/14
128/20 143/15 150/3
195/9
night [1]  170/16
nine [1]  127/21
ninth [1]  141/17
no [170]  1/3 5/1 6/5
6/7 6/15 18/13 18/13
18/16 18/25 19/8 19/9
19/11 19/12 19/19
19/20 28/17 29/10
31/25 32/4 32/24
32/25 33/2 33/9 33/11
33/13 34/6 34/18
34/19 37/21 39/12
40/20 40/21 42/11
43/16 45/4 46/1 46/2
47/8 48/11 52/7 52/22
53/1 53/12 53/18 55/6
55/8 55/9 55/11 56/23
56/23 57/2 57/3 57/4
58/8 58/10 58/11
58/17 60/3 60/25 63/5
63/18 63/19 63/25
64/10 64/11 68/4
72/21 73/21 74/18
74/18 75/14 76/4 76/7
76/9 80/10 85/6 85/23
86/7 86/8 87/11 88/17
88/23 89/11 90/14
91/16 93/8 105/12
106/10 107/7 108/11
108/13 108/14 111/15
112/11 113/11 114/23
114/24 115/1 116/3
116/3 119/16 121/11
123/14 123/15 124/19
126/8 126/13 127/15
130/18 130/19 130/20
132/4 134/8 134/8
139/1 139/6 139/17
139/18 140/17 147/6
150/16 155/15 157/18
157/18 157/18 159/2
159/8 159/12 162/8
163/21 164/20 165/5
166/9 168/7 168/13
168/13 169/6 171/14
172/2 173/16 174/7
174/17 174/24 175/19

179/21 179/24 180/16
181/8 181/9 181/10
181/13 182/1 183/2
184/7 184/7 184/7
185/4 185/19 186/19
186/24 187/6 187/8
192/20 193/7 193/9
194/6 194/25
No. [71]  21/21 21/23
22/3 22/3 22/4 22/7
22/11 22/13 22/15
22/16 22/18 22/22
23/6 23/7 23/15 23/16
24/5 24/11 24/12 25/8
25/14 25/23 25/24
26/3 26/4 26/13 26/14
26/23 26/24 26/25
27/5 27/5 27/6 27/12
27/12 27/13 27/16
27/17 27/24 28/2 28/4
28/8 28/13 28/17
28/18 28/19 28/21
28/24 28/25 28/25
29/9 31/9 32/3 35/11
38/4 41/19 42/12 50/2
56/2 58/1 62/6 65/6
65/6 86/18 116/5
143/9 146/20 158/3
164/16 191/24 192/13
No. 0228 [1]  86/18
No. 0337 [1]  192/13
No. 0362 [1]  38/4
No. 1 [1]  21/21
No. 10 [5]  25/24 26/3
35/11 42/12 164/16
No. 1057 [1]  32/3
No. 11 [2]  26/4 26/13
No. 12 [3]  26/14 26/23
26/24
No. 13 [3]  26/25 27/5
27/5
No. 14 [3]  27/6 27/12
27/12
No. 15 [3]  27/13 27/16
27/17
No. 16 [2]  27/24 28/2
No. 17 [2]  28/4 28/8
No. 18 [2]  28/13 28/17
No. 19 [2]  28/18 28/19
No. 2 [4]  21/23 22/3
22/3 31/9
No. 20 [2]  28/21 28/24
No. 21 [4]  28/25 28/25
29/9 56/2
No. 3 [3]  22/4 22/7
158/3
No. 39 [1]  58/1
No. 4 [7]  22/11 22/13
22/15 41/19 50/2 62/6
143/9
No. 5 [2]  22/16 22/18
No. 57 [1]  191/24
No. 6 [7]  22/22 23/6
23/7 23/15 65/6 65/6
116/5
No. 7 [3]  23/16 24/5
24/11
No. 8 [3]  24/12 25/8

No. 9 [2]  25/14 25/23
nobody [3]  52/20
142/19 164/19
nodding [3]  129/22
146/15 158/13
none [4]  2/20 148/18
161/15 161/16
nonlawyer [1]  45/10
nonpartisan [1]  92/18
nonprofit [2]  44/4
104/21
nonprofits [1]  44/16
normally [1]  182/13
North [1]  1/15
Northwest [1]  1/18
Nos [1]  35/25
not [188]  3/6 4/18 6/15
6/19 6/24 7/11 8/6
16/7 17/4 18/19 19/4
21/22 22/3 22/24
23/10 24/13 26/17
27/1 30/22 33/7 33/14
33/20 37/20 41/2
41/24 46/24 48/11
48/25 49/21 53/12
54/20 59/7 59/8 60/14
63/2 63/3 63/12 63/19
63/20 65/9 66/3 67/21
67/22 69/5 69/24 73/3
74/13 74/19 74/22
75/10 76/8 76/17
76/22 77/5 78/7 78/13
79/10 82/12 83/3
84/21 88/9 89/1 89/5
91/16 93/6 94/8 96/13
96/15 97/15 97/18
97/19 100/14 100/17
101/5 101/12 101/15
101/18 101/20 102/5
102/6 102/24 103/10
103/12 104/23 108/21
109/18 111/4 111/10
111/15 111/17 112/1
112/16 112/18 113/5
113/23 114/9 115/14
115/19 116/1 116/3
116/17 118/17 119/2
119/6 121/4 122/7
124/14 124/24 127/5
127/5 130/1 130/4
130/9 130/10 130/14
131/2 131/6 132/3
132/21 133/2 133/3
133/10 133/23 134/6
134/15 139/2 139/8
139/13 143/18 144/6
150/16 152/25 152/25
153/16 157/13 157/19
157/23 160/24 163/1
163/13 164/4 164/6
164/7 164/8 164/11
166/4 168/4 169/10
169/18 169/22 169/23
170/1 170/6 170/7
170/13 171/10 171/16
171/20 171/21 177/16
177/19 178/3 178/8
178/12 178/14 179/5

N
not... [22] 179/12
180/16 186/7 186/15
186/19 187/16 187/19
188/1 188/1 188/4
189/8 189/18 190/12
190/17 190/24 193/1
193/25 193/25 194/21
195/9 195/23 196/25
note [2] 80/18 82/23
nothing [29] 3/7 16/15
16/18 17/10 21/22
22/3 35/20 35/21
43/13 58/19 63/13
66/20 68/7 68/8 73/21
73/22 76/23 88/16
100/13 100/13 108/10
136/17 139/12 140/24
145/23 186/5 196/24
197/15 197/24
notice [3] 27/20 60/10
113/11
notions [1] 49/15
now [55] 4/22 18/8
18/20 19/9 25/9 30/7
39/24 40/23 43/23
54/1 55/17 57/11
57/12 60/15 64/6
80/13 80/14 84/10
85/5 91/16 104/21
107/24 110/11 115/19
118/16 126/3 129/19
130/13 130/18 130/25
131/14 131/23 132/2
132/18 132/20 133/8
133/12 134/10 134/22
141/14 141/20 142/4
151/17 160/18 168/4
171/2 176/13 178/21
183/11 184/13 185/15
185/22 185/23 194/15
194/22
nowhere [1] 142/23
NPR [1] 70/14
number [73] 2/9 2/11
3/25 4/1 4/3 15/4
19/11 19/12 20/9
20/10 20/12 21/20
31/15 31/15 31/18
32/7 34/15 35/8 38/3
40/25 40/25 41/6
41/16 41/23 46/12
46/16 48/21 55/23
56/1 57/20 57/20
58/24 61/8 62/1 65/1
68/20 74/5 83/25 84/5
86/17 92/6 92/10
98/24 103/25 106/4
109/7 115/5 117/12
117/13 118/12 121/22
122/2 135/4 138/15
140/5 142/12 149/2
150/2 152/11 156/7
158/2 172/11 172/14
177/11 189/6 189/7
191/23 192/12 193/15
194/8 194/12 194/16
195/4
numbers [5] 3/24

65/5
NW [2] 1/23 198/13

O
oath [2] 19/25 118/7
Obama [1] 79/11
obey [2] 62/23 140/22
object [2] 103/12 188/4
objection [30] 32/4
34/18 34/19 37/20
44/19 55/9 55/11
56/25 57/4 58/8 58/9
58/10 58/11 60/23
60/25 64/8 86/4 91/22
108/11 114/21 114/24
129/18 130/19 130/20
139/15 139/18 148/17
155/15 168/13 193/9
objections [3] 45/24
55/5 108/2
objective [4] 100/17
153/1 153/5 154/9
obligated [1] 24/13
obligation [1] 192/3
observances [1]
112/20
observant [1] 112/18
observations [1] 16/16
observe [1] 4/11
observed [2] 16/13
70/10
observing [1] 155/11
obstructed [1] 21/5
obviously [24] 3/1
37/18 41/7 68/14 69/1
70/12 72/4 72/6 72/13
72/15 82/9 88/19
101/11 113/20 130/10
130/13 143/2 145/18
146/7 153/13 158/22
186/25 193/24 197/4
occasion [1] 90/4
occurred [5] 49/15
70/1 80/16 115/25
140/12
occurs [1] 192/18
off [26] 15/18 17/12
19/24 32/23 34/6 34/7
41/5 48/13 51/22
59/22 84/9 84/12
84/20 85/7 101/6
101/6 101/17 134/21
137/23 149/1 155/9
155/9 169/10 169/19
169/20 175/5
offenses [1] 53/15
offhand [1] 139/8
office [23] 1/11 1/14
26/2 35/1 35/13 42/14
57/8 61/18 64/19
86/10 88/15 98/18
103/17 117/5 132/11
132/14 139/24 149/14
155/21 184/6 191/6
193/14 193/16
officer [57] 21/7 24/20
24/22 24/24 25/3
26/16 30/3 30/5 36/6
38/9 39/3 39/4 41/22

62/18 68/19 69/2
69/17 71/5 80/20 87/8
89/3 96/13 96/13
97/19 102/15 103/8
106/4 118/11 118/14
118/16 123/5 123/12
135/11 135/14 136/19
140/15 145/8 146/22
146/25 150/11 150/15
161/8 162/4 162/7
168/24 175/10 180/2
181/2 183/16 186/2
186/3 186/5 186/18
187/4
officer's [1] 180/15
officers [13] 25/17
95/15 96/2 96/12
96/18 96/18 117/25
197/17 179/20 179/22
180/22 184/24 184/25
offices [3] 25/18 92/18
120/14
Official [2] 1/22 198/13
often [1] 165/16
oh [7] 56/25 65/13
83/11 87/4 125/1
151/18 181/24
Ohio [1] 101/7
okay [212] 6/14 18/21
20/14 24/2 29/17
32/24 33/7 35/3 35/20
36/13 38/13 39/6
39/15 39/20 41/12
42/3 42/19 42/25 43/9
43/21 44/3 44/18 46/8
46/25 47/6 47/13
47/17 50/10 51/8
52/15 52/20 52/23
53/2 53/14 53/22
55/25 56/12 56/25
57/6 57/9 60/6 60/12
60/21 62/16 62/20
63/11 64/8 65/25
68/22 69/9 70/19
71/17 72/18 73/15
74/1 74/15 74/18
74/24 75/20 76/3
78/16 79/11 80/1 83/8
83/20 84/20 85/24
86/3 87/7 87/12 87/23
88/1 88/7 88/10 88/24
89/20 90/15 90/17
91/4 92/9 92/14 93/3
93/15 94/17 95/5
95/17 96/1 96/8 97/24
98/16 99/15 103/19
104/10 104/14 104/25
105/2 105/5 105/9
106/2 106/8 107/8
107/15 107/20 108/25
109/14 109/22 110/17
111/2 111/14 112/25
113/25 118/10 118/20
122/10 122/22 123/9
123/14 123/22 124/17
124/21 125/14 125/23
126/10 126/20 127/3
127/22 128/4 128/15

135/17 136/3 136/9
136/14 136/18 139/22
140/14 140/18 143/7
143/8 143/14 144/16
145/6 145/21 147/14
149/15 149/23 150/10
151/21 154/3 155/22
156/21 157/1 157/14
157/18 158/1 158/8
158/8 158/11 159/15
161/7 162/17 162/24
163/4 163/4 163/12
163/22 164/21 165/10
165/15 165/18 165/22
166/6 168/5 168/16
173/10 173/15 173/25
174/5 174/9 174/12
174/15 175/13 175/23
176/3 176/6 176/12
176/15 176/23 177/1
177/13 177/19 177/22
178/2 178/23 179/7
179/19 179/14 180/18
181/14 181/24 182/24
183/10 183/25 184/12
185/11 185/13 185/17
185/23 186/12 188/8
Oklahoma [1] 40/15
old [4] 67/14 185/11
185/11 186/6
once [4] 4/14 51/5
88/14 154/21
one [94] 3/14 4/20
7/13 7/13 7/22 16/10
17/3 18/4 18/13 19/3
20/14 20/14 20/24
21/15 21/16 21/19
27/22 27/23 28/21
28/24 29/18 30/2
30/11 30/17 31/4
31/20 33/9 36/5 37/1
37/5 40/14 40/25 41/6
41/19 42/20 49/10
52/5 52/11 53/2 53/16
56/3 56/5 57/20 57/21
59/3 59/3 63/12 65/17
68/24 69/10 69/19
71/10 78/8 79/24
82/15 82/23 83/5
87/15 89/1 89/18
96/25 97/2 97/18
100/10 106/16 108/17
125/11 128/21 129/10
135/9 136/23 144/2
144/15 146/4 150/2
150/19 152/15 152/24
153/23 158/2 159/23
168/18 169/16 169/18
172/23 176/18 179/15
179/25 181/21 183/12
189/6 189/17 194/8
197/19
one's [2] 124/19
124/20
ones [2] 179/13 184/16
online [1] 145/2
only [58] 3/23 6/24
7/15 17/11 18/7 22/23

42/8 45/16 50/18
51/13 62/24 62/24
63/2 63/16 63/19 65/7
68/25 70/22 81/2
84/25 87/16 94/23
94/24 102/5 106/18
111/12 114/5 118/23
119/7 119/14 121/3
123/18 130/4 136/13
137/5 140/7 140/12
143/16 145/22 150/22
154/4 160/13 161/22
161/24 164/11 169/25
171/4 171/5 175/16
178/10 178/15 178/17
187/15 191/1
open [20] 4/8 14/22
30/1 34/21 45/5 61/13
82/14 97/25 103/15
108/16 112/22 117/2
155/17 160/5 168/17
169/13 170/24 183/23
188/6 197/14
opening [1] 157/21
opinion [4] 75/17 120/3
164/12 168/6
opinionated [1] 75/17
opinions [20] 23/4
23/14 36/15 38/15
42/5 50/16 63/21
66/25 76/15 85/13
85/17 85/17 85/21
114/4 116/8 121/9
143/23 145/15 161/16
175/15
opportunity [2] 19/13
43/4
opposed [2] 21/6 45/17
opposition [1] 196/6
oral [2] 111/5 113/3
order [6] 8/3 46/17
171/15 191/20 192/4
194/11
ordered [1] 192/15
orderly [1] 32/11
ordinarily [2] 191/21
191/25
organization [6] 72/5
72/15 79/25 120/10
120/11 120/14
organizations [3] 78/20
78/21 82/2
other [132] 4/9 4/14
5/10 7/6 7/14 15/6
15/12 15/24 16/6 16/7
16/11 16/24 17/14
18/14 20/19 20/22
21/14 23/20 23/24
25/21 26/17 27/8 27/9
27/14 27/19 27/23
28/6 28/10 28/14 29/1
29/6 30/12 32/24
32/25 34/14 36/7 37/1
38/10 41/23 42/20
44/10 48/21 49/24
50/7 52/5 53/16 55/13
66/13 68/24 73/7
74/25 75/6 75/16

O

other... [79] 76/14 77/5
79/24 80/8 81/8 82/15
83/10 87/15 89/1 89/4
93/7 94/7 100/4
107/24 111/7 113/1
113/1 118/21 120/6
120/19 124/8 125/11
125/24 126/2 127/4
127/13 129/20 130/4
130/10 133/5 133/17
133/25 134/10 135/17
136/25 141/9 144/22
152/4 154/1 157/1
157/6 157/10 157/21
159/23 160/3 160/7
163/19 164/4 166/22
166/25 169/18 171/21
174/1 174/1 175/7
175/7 180/3 180/15
180/17 181/17 181/18
181/20 182/4 183/24
184/16 184/21 186/19
189/3 189/23 190/4
190/16 191/18 192/2
192/4 192/20 195/11
195/23 196/13 196/15
others [3] 27/11 96/25
119/3
others' [1] 74/23
otherwise [2] 7/17
48/13
our [33] 4/1 4/11 18/4
18/4 18/5 19/2 20/19
29/19 32/3 37/24 49/8
57/22 57/23 66/22
72/21 104/7 105/8
113/18 128/21 130/15
131/25 148/20 152/4
152/22 152/22 152/23
153/23 159/5 173/7
188/19 196/4 196/10
197/8
out [34] 5/20 14/23
15/3 30/9 42/1 51/4
51/5 59/7 59/23 60/14
61/16 70/17 74/23
79/5 82/23 88/14
142/25 148/19 154/3
155/20 157/10 157/20
157/21 159/25 164/10
167/24 178/21 183/17
186/16 188/9 190/10
194/4 194/16 195/10
outside [17] 3/23 7/25
8/1 22/25 23/10 25/17
61/4 63/3 65/9 81/9
121/5 133/13 143/19
158/17 159/13 159/14
190/5
over [14] 7/10 7/18
7/19 40/1 41/9 55/2
93/18 100/22 111/3
127/21 145/3 152/21
155/12 195/17
overall [1] 44/12 137/3
overhear [1] 190/8
overhearing [2] 133/14
190/6

overnight [1] 34/2
170/14 189/9 190/13
197/5 197/5
overrun [1] 95/12
oversee [1] 43/19
overview [5] 39/24
54/22 151/15 160/23
176/13
own [7] 6/8 41/3 75/8
91/2 159/1 167/12
169/22

P

p.m [5] 57/15 131/18
135/2 188/14 198/3
packages [1] 60/4
packed [1] 82/7
page [2] 57/25 58/1
paid [7] 59/25 60/5
61/7 101/9 101/12
101/12 142/25
painting [2] 147/22
147/23
pandemic [1] 197/20
panel [25] 3/8 18/4
18/5 19/5 19/15 20/1
20/18 20/19 24/3
27/15 27/16 49/7
57/24 73/24 81/22
112/11 129/5 130/5
131/24 132/23 188/11
189/3 191/19 192/2
193/6
panelist [1] 55/9 57/22
80/2
paper [5] 18/19 18/20
20/10 20/11 20/13
papers [1] 196/4
paraded [1] 21/10
Paralegal [2] 23/18
24/7
parentheses [1] 122/14
parents [1] 89/15
Park [1] 25/19
part [24] 4/18 18/3
18/4 18/5 18/22 19/2
19/7 20/19 31/8 31/21
38/8 41/21 68/18 77/6
87/7 99/6 101/13
101/13 134/4 135/12
153/1 157/8 170/5
170/6
participants [1] 49/21
particular [13] 19/10
43/25 48/25 54/5
62/22 96/19 100/1
100/20 120/4 122/20
169/3 170/20 179/13
particularly [1] 80/21
parties [13] 2/12 4/20
16/5 34/10 129/2
133/11 187/22 192/6
193/5 194/13 195/15
197/6 197/7
partly [1] 173/7
partner [1] 107/10
partners [1] 108/23
parts [1] 18/22
pass [1] 115/23
passed [2] 101/7

passing [1] 97/2
past [4] 65/22 78/7
78/7 109/15
patent [3] 52/14 52/16
52/18
patience [1] 130/23
Paul [3] 25/2 29/15
30/3
pause [1] 97/22
pay [7] 59/10 59/17
59/18 59/22 111/9
113/5 186/6
paying [2] 59/8 70/18
Pelosi's [1] 121/12
pencil [2] 18/19 18/20
pending [1] 191/8
Pentagon [1] 167/4
people [93] 24/3 24/10
24/15 25/7 25/12
33/17 38/11 47/18
51/19 53/9 62/14
62/18 66/5 66/15
66/25 67/4 70/16 73/7
74/22 75/16 76/14
79/5 81/17 82/4 87/4
87/5 94/6 95/12 95/16
95/19 95/23 96/16
96/24 97/12 97/14
97/20 99/25 100/4
100/4 100/16 101/14
101/15 103/5 108/8
109/12 111/24 112/19
117/22 117/24 118/11
118/4 118/5 118/14
119/1 124/11 125/25
126/5 127/4 130/4
130/11 133/10 134/6
135/9 136/5 142/22
144/22 145/13 145/19
146/1 146/2 146/8
153/11 153/17 153/25
161/4 161/5 161/5
161/6 164/5 164/9
165/19 165/19 173/8
174/21 175/4 178/14
179/8 180/21 181/20
183/18 184/22 195/7
196/16
percent [2] 73/14
73/16
percentage [1] 194/17
perception [1] 153/15
peremptory [1] 82/10
Perfect [6] 24/1 109/9
110/24 156/9 163/4
163/4
perfectly [1] 196/15
performance [1]
110/16
Perhaps [1] 29/4
period [3] 37/23 41/8
132/22
periodically [1] 67/21
permitted [2] 132/21
189/18
person [38] 3/8 31/4
38/23 74/3 75/4 75/6
75/8 75/11 75/12

83/5 83/6 83/11 89/14
95/3 100/4 106/24
107/2 109/11 123/23
124/8 124/21 124/24
125/3 126/25 128/20
135/9 135/11 162/13
163/19 169/3 172/21
173/18 174/1 178/16
187/12
person's [1] 75/7
personal [18] 22/1 22/5
22/8 25/10 25/13
25/25 26/6 46/18
48/17 56/20 65/20
74/19 85/17 87/20
97/5 97/11 97/12
158/4
personally [16] 73/18
84/21 95/22 96/14
97/1 98/3 98/11 100/2
102/24 107/3 116/20
147/5 150/15 153/14
162/7 196/16
persons [1] 42/15
perspective [1] 192/2
petit [2] 53/10 53/15
Pew [2] 120/3 120/16
Ph.D [3] 141/3 141/4
141/19
philosophical [1] 29/4
phone [8] 6/18 96/9
103/1 111/20 159/17
164/25 187/22 195/4
phones [3] 3/5 3/14
155/6
photography [3] 147/9
147/15 147/16
physical [4] 28/15
111/6 117/24 182/4
physically [2] 48/16
97/15
physicist [2] 53/24
53/25
physics [4] 54/15
54/19 54/19 54/20
pick [15] 3/5 3/14 3/24
34/10 34/15 60/4 96/9
102/25 111/20 155/5
159/17 171/7 187/22
189/16 191/13
picked [7] 5/21 34/1
134/4 142/16 159/22
159/22 190/14
picketed [1] 21/11
picks [1] 41/5
pictures [5] 156/25
157/2 157/7 157/7
157/16
piece [3] 20/9 20/10
20/13
pieces [1] 85/1
place [5] 18/9 54/5
99/8 130/14 168/7
places [2] 39/23 126/2
Plaintiff [2] 1/3 1/11
plan [6] 2/23 111/14
129/24 130/3 194/7
196/25

planning [2] 139/9
139/14
plans [3] 56/10 56/16
56/18
play [1] 16/22
player [1] 80/19
players [1] 80/8
plea [2] 26/25 101/23
please [39] 18/20
19/25 20/22 21/13
31/17 32/6 32/7 32/18
35/8 38/3 41/7 41/15
41/16 46/7 46/13
58/24 62/22 83/25
86/17 92/7 96/9 98/24
109/7 115/6 117/12
120/23 121/23 135/5
138/16 140/5 142/12
147/14 149/2 168/20
172/12 177/11 187/23
190/16 190/17
plenty [1] 97/20
Plexiglas [1] 31/6
podium [6] 5/7 20/20
20/22 21/4 23/19
192/11
point [9] 69/10 80/9
111/11 111/12 118/4
130/10 146/10 182/17
187/12
police [54] 21/7 24/18
24/19 24/21 24/23
25/2 25/16 25/17
25/19 25/19 29/16
30/4 30/5 36/6 38/9
39/2 39/4 41/22 50/6
51/21 62/17 62/18
68/19 87/8 95/15 96/2
96/12 96/18 96/18
96/23 98/2 106/3
117/25 118/11 123/5
123/12 135/24 136/8
136/8 136/19 140/14
145/8 161/8 175/9
177/16 177/18 179/3
179/5 179/9 180/22
181/1 183/18 183/18
187/4
policy [6] 119/21
119/22 163/3 163/8
196/10 196/12
political [10] 37/14
37/15 63/21 128/6
153/25 154/12 162/19
167/4 167/6 176/1
politics [6] 63/9 63/12
63/13 63/21 63/21
64/4
polling [2] 167/4 167/6
pool [1] 130/12
portions [1] 48/12
pose [1] 75/12
position [3] 55/3 75/7
97/9
positions [1] 141/22
positive [8] 26/21
41/19 58/4 68/9 84/4
153/21 180/8 180/13

**P**

positively [9] 46/16 55/25 62/5 99/2 101/1 104/4 109/10 135/8 135/18
possession [1] 7/16
possibility [1] 17/2
possible [4] 30/24 95/24 96/22 130/12
post [1] 151/16
postdoctoral [1] 55/1
posting [1] 133/4
postings [1] 66/4
posts [1] 82/6
potential [6] 101/21 131/23 188/24 189/3 189/21 191/4
potentially [3] 190/14 192/17 196/22
power [1] 192/1
practice [4] 35/17 104/12 108/22 125/20
practicing [1] 126/3
precise [1] 106/6
preconceived [1] 49/15
preexisting [2] 56/10 56/16
prefer [2] 163/1 196/16
prejudice [4] 15/14 15/15 16/1 16/4
preliminary [5] 2/12 2/13 4/25 5/2 17/9
preparation [2] 108/5 192/19
prepared [4] 15/13 16/11 16/17 16/19
presence [7] 8/1 8/1 21/2 75/6 75/8 75/11 190/12
present [9] 2/4 2/5 2/6 6/18 22/1 57/20 65/20 66/22 195/19
presented [16] 45/13 49/17 49/25 68/5 69/6 70/5 71/23 72/22 76/15 76/17 86/25 87/16 119/8 134/17 153/6 166/10
presently [1] 28/13
president [1] 85/5
presidential [1] 21/5
pressed [1] 99/21
pressure [1] 142/20
pressures [1] 143/3
presumably [1] 44/5
presumed [2] 27/2 101/24
pretrial [4] 6/3 15/21 16/14 29/19
pretty [7] 18/7 49/20 84/10 84/12 85/17 103/5 155/12
prevention [1] 105/8
previous [4] 79/9 79/18 144/1 144/2
previously [2] 27/24 28/3
primarily [1] 40/13
prime [1] 106/1

principals [1] 141/22
principles [1] 79/5
prior [3] 18/13 81/7 183/20
privacy [1] 19/18
pro [1] 43/6
probable [1] 50/8
probably [14] 7/19 69/18 71/14 72/12 83/12 85/4 85/9 85/19 94/13 106/7 148/10 152/25 153/16 164/4
probation [2] 178/6 178/17
probe [6] 44/24 96/22 100/6 108/7 183/14 183/19
probing [1] 97/3
problem [18] 28/4 28/6 28/9 28/10 33/8 75/12 106/20 112/7 112/14 112/15 112/16 137/1 159/5 164/10 171/8 173/8 175/18 177/23
problems [1] 193/7
proceed [3] 8/7 110/19 191/18
proceeded [1] 119/3
proceeding [2] 129/1 192/22
proceedings [5] 2/1 4/12 4/16 16/14 198/8 89/22 91/20 119/21 119/22 120/3 165/8 167/3 171/17
publicity [1] 134/18
publicly [1] 118/8
pull [2] 32/17 92/14
punch [1] 82/8
purported [3] 156/24 157/2 157/7
purpose [1] 18/12
purposeful [1] 15/10
purposes [1] 161/17
pursuing [1] 144/22
put [33] 3/16 4/9 4/17 7/7 19/11 19/11 40/9 52/2 73/12 100/6 100/17 100/22 106/15 106/17 109/1 110/18 122/16 122/17 129/5 138/9 142/1 142/24 145/13 145/20 150/21 154/1 154/2 154/13 154/15 165/22 187/14 188/2 192/9
putting [4] 61/12 137/4 137/4 154/22

**Q**

QAnon [2] 169/2 169/4
qualified [3] 130/17 131/1 131/5
qualifies [1] 122/8
question [234] 3/4 3/11 5/24 16/19 19/10 19/11 19/12 19/20 20/14 20/14 20/24 21/15 21/15 21/16

process [26] 17/25 18/21 19/2 19/7 31/8 31/22 37/25 55/14 83/19 120/19 122/18 129/6 130/21 131/25 132/3 132/15 134/4 142/4 148/21 152/4 154/12 174/11 187/21 188/17 190/14 191/13
prodded [1] 103/5
product [1] 127/17
professors [1] 148/15
profit [1] 104/23
program [2] 91/14 91/14
project [5] 40/13 84/10 84/22 85/8 178/9
projects [1] 84/19
promptly [1] 194/7
proof [1] 69/24
properly [7] 22/23 23/9 36/17 50/18 65/8 121/3 143/17
properties [1] 54/1
proposed [2] 196/6 197/1
prosecuted [2] 127/5 144/23
prosecution [6] 52/21 71/13 72/8 126/5 126/6 126/9
prosecutions [1] 163/10
prosecutor [1] 39/2
prosecutors' [1] 25/18
prospective [57] 2/17

35/6 41/13 41/14 46/10 46/11 55/19 55/20 57/10 58/22 61/22 61/23 64/22 64/23 83/22 83/23 86/14 86/15 92/4 92/5 98/21 98/22 103/21 103/22 109/3 109/4 110/21 110/22 115/3 115/4 117/8 117/9 121/20 121/21 135/2 135/3 138/12 138/13 139/25 140/1 142/9 142/10 148/24 148/25 152/7 152/8 155/25 156/1 172/6 177/5 177/6 188/13 193/23
protect [1] 19/18
protection [1] 125/21
Proud [1] 118/7
proven [5] 45/10 45/22 102/8 146/12 155/11
proves [2] 27/2 101/24
provide [1] 134/1
provided [1] 108/19
proving [1] 115/25
proximity [3] 49/13 96/17 96/17
PT [1] 113/5
public [19] 3/24 4/11 4/15 4/18 4/19 8/2 8/5 78/2 78/3 78/22 89/17

quick [9] 29/11 54/16 55/12 55/14 57/21 148/6 151/15 172/25 195/17
quicker [1] 197/22
quickly [7] 16/8 30/20 185/18 188/19 189/1 193/24 193/25
quite [6] 18/8 44/11 99/1 152/14 152/14 152/21

**R**

radio [3] 134/11 189/10 190/21
raise [7] 2/14 18/20 20/3 27/20 192/5 197/7 197/11
raised [5] 4/20 6/5 15/23 194/10 195/23
ran [3] 172/23 174/4 174/12
rang [1] 51/23
rates [1] 59/23
raw [1] 154/10
reach [2] 76/3 76/8
reaction [1] 103/10
read [20] 2/16 24/4 24/16 28/7 28/8 28/12 41/6 51/3 51/7 51/9 81/4 102/19 123/7 134/15 170/4 179/23 189/1 189/14 190/23 190/25
reading [1] 123/9
ready [5] 6/4 17/14 17/15 31/20 110/19
real [12] 33/19 45/13 52/18 55/14 130/18 147/10 147/16 147/16 170/1 170/21 171/16 182/24
reality [1] 172/3
really [31] 33/18 59/3 62/10 63/9 64/2 70/4 72/21 76/16 76/17 81/24 82/8 86/1 88/3 98/10 99/19 99/21 101/19 108/1 142/19 143/3 145/6 145/12 152/23 152/25 154/22

21/23 22/2 22/3 22/4 22/7 22/11 22/13 22/15 22/16 22/18 22/22 23/6 23/7 23/15 23/16 24/2 24/4 24/5 24/10 24/11 24/12 24/14 25/6 25/8 25/14 25/23 25/24 26/3 26/4 26/8 26/10 26/14 26/23 26/24 26/25 27/4 27/5 27/6 27/12 27/14 27/17 27/24 28/2 28/4 28/8 28/13 28/16 28/17 28/18 28/19 28/21 28/24 28/25 28/25 29/1 29/9 29/9 29/9 29/19 29/21 29/22 35/11 35/25 36/21 36/22 38/6 38/21 38/21 39/6 42/12 46/17 47/13 48/15 49/5 49/7 49/10 50/2 50/11 50/12 50/21 51/8 51/16 51/17 52/8 52/9 52/15 52/24 53/3 53/3 56/5 56/7 60/18 62/5 62/20 65/6 65/19 66/9 67/3 67/24 68/1 68/10 68/10 68/11 69/9 69/18 69/21 71/4 71/8 71/8 72/19 73/1 75/2 75/5 80/7 81/11 81/12 81/14 81/20 82/11 82/23 84/6 85/10 85/14 86/6 88/25 94/7 95/18 95/18 97/23 99/2 99/3 99/5 99/11 99/12 101/1 101/18 101/22 102/7 102/14 102/14 102/15 106/11 108/17 109/9 114/1 114/2 115/9 115/10 115/11 119/10 120/21 120/24 121/2 122/4 122/13 122/22 124/6 124/7 125/14 125/15 126/14 130/8 135/8 138/19 140/8 143/9 143/13 143/15 144/2 144/17 144/17 145/11 145/12 146/16 146/20 150/4 150/4 150/10 150/13 150/14 150/17 152/15 154/15 156/10 157/11 157/22 158/9 159/15 161/19 162/3 162/10 163/19 164/2 164/15 164/21 166/8 168/11 168/14 170/22 170/25 171/3 174/22 175/11 175/14 179/3 179/14 180/6 180/19 180/20 181/15 181/15 183/1 183/2 183/3 183/4 184/21 186/12
question 3 [1] 122/4

question 6 [2] 86/6 120/24
question 9 [1] 180/20
questioning [4] 2/24 19/22 31/8 159/20
questions [41] 18/15 18/17 18/18 18/23 19/6 19/7 19/17 21/19 25/9 25/11 40/18 41/19 44/23 46/16 48/22 56/1 59/2 62/5 80/1 82/21 84/5 92/10 99/2 103/6 104/4 117/15 135/17 144/1 149/6 150/20 152/14 160/7 161/12 167/8 168/2 172/17 179/15 179/25 183/24 195/20 197/2

**R**

really... [6] 170/23
172/25 183/4 188/1
189/1 193/1
realm [1] 70/17
reason [46] 5/24 23/2
23/12 29/2 29/4 29/6
32/2 35/22 36/13
36/23 37/3 38/13 39/8
39/9 42/4 50/14 58/8
61/9 85/11 87/13
99/11 99/12 100/1
113/18 114/2 116/4
116/6 116/10 116/11
116/12 118/22 119/12
121/7 121/11 130/18
140/20 143/21 150/20
152/16 154/16 179/16
181/24 182/24 194/6
195/11 196/13
reasonable [7] 27/3
101/25 106/24 107/2
115/25 146/12 168/1
reasonably [3] 129/3
129/6 168/23
reasons [9] 7/7 15/9
86/4 86/5 86/5 97/11
100/17 190/2 196/13
recall [30] 41/22 50/5
50/8 51/22 68/12
68/18 86/21 87/3 87/7
95/8 106/2 106/3
117/18 118/10 118/13
123/4 123/9 135/21
136/19 137/10 140/14
144/10 144/11 145/7
146/21 149/10 150/4
157/11 160/24 186/1
receive [1] 190/10
received [1] 103/8
recent [1] 78/7
recently [4] 5/10 6/8
35/15 101/6
recess [5] 17/17 31/23
57/15 131/15 131/18
reckless [1] 53/9
recognize [4] 27/22
98/7 98/10 147/2
recognized [1] 82/25
recollection [2] 36/10
118/3
recommending [1] 61/6
reconstructed [1]
144/14
reconvene [1] 57/13
record [21] 4/10 4/17
7/7 17/21 30/4 31/25
37/18 57/17 61/12
65/2 98/24 104/1
114/21 115/6 121/23
131/20 152/11 156/7
172/11 191/22 192/9
recover [1] 185/18
recovery [1] 60/10
reference [1] 195/21
references [1] 136/24
referring [1] 136/24
regard [3] 117/19
122/22 144/19

regarding [6] 86/5
106/11 106/15 184/23
186/22 196/1
regardless [2] 68/22
112/10
regulations [1] 101/10
reiterate [3] 2/23 70/4
70/24
relate [1] 25/9
related [4] 82/17 125/7
128/3 181/22
relationship [21] 39/7
39/10 42/16 43/13
66/10 66/14 74/19
74/19 75/16 82/16
88/18 96/17 96/23
97/5 98/4 105/10
124/25 125/1 126/10
164/1 181/11
relationships [8] 7/24
52/24 66/1 71/17
72/19 90/12 124/17
174/21
relatively [4] 47/9
47/10 60/17 142/6
release [5] 40/22 57/8
142/6 143/4 192/1
released [1] 192/6
releasing [1] 177/3
relevant [1] 171/5
religion [1] 116/2
religious [9] 29/4 56/8
56/9 112/19 115/11
115/19 115/22 116/13
116/15
remain [1] 188/23
remainder [1] 48/7
remember [22] 30/13
42/1 62/13 95/11
105/19 105/23 118/18
136/4 140/10 149/12
150/6 150/9 150/11
156/23 156/24 157/13
157/15 157/25 158/1
169/4 175/6 176/20
reminder [1] 29/20
remote [1] 197/10
remotely [1] 93/5
remove [11] 31/5
31/16 32/6 83/24
109/6 115/6 117/12
121/25 142/11 156/6
196/16
removing [1] 196/9
renovations [1] 113/6
rent [4] 59/8 59/10
60/10 61/7
repeat [5] 23/7 84/2
120/23 143/13 180/11
repeatedly [1] 82/1
report [6] 133/21
171/20 172/1 190/9
191/5 192/3
REPORTED [1] 1/22
reporter [8] 1/22 31/11
82/25 83/7 83/9
128/22 128/24 198/13
reporters [2] 171/19
172/1

reporting [3] 140/12
140/12 140/19
reports [8] 41/5 41/6
55/15 134/11 134/15
147/3 190/20 190/25
representation [3] 5/16
5/18 16/13
Representatives [1]
161/3
represented [5] 16/15
23/16 23/21 24/5 24/8
request [1] 15/9
requested [2] 15/6
15/6
require [2] 27/8 146/16
181/17
required [2] 27/7
181/16
requires [1] 153/24
reschedule [1] 16/8
rescheduled [1] 113/21
research [8] 37/7 41/3
53/23 120/2 120/3
120/16 167/12 169/22
researcher [2] 53/20
55/1 92/18
reservation [1] 146/1
reserved [1] 4/10
reserves [1] 148/16
resident [1] 99/9
resisted [1] 21/6
resolve [1] 42/7
resources [4] 151/2
151/5 151/10 151/21
respect [3] 29/14 30/15
132/1
respecting [1] 30/18
responding [1] 64/15
response [1] 184/21
responsibility [1]
116/21
responsible [3] 115/14
115/20 116/17
responsiveness [1]
110/20
rest [8] 19/14 69/13
94/20 101/3 159/20
169/24 196/4 197/10
restaurants [1] 61/7
result [6] 15/14 80/6
81/12 81/15 82/18
173/15
results [1] 21/4
retail [1] 40/16
retain [2] 5/10 6/8
retired [2] 137/10
137/22
return [3] 21/18 132/6
193/3
Reuters [1] 153/18
right [232] 2/7 3/18 4/7
5/2 5/6 6/23 7/22
14/23 17/8 17/11
17/16 17/23 18/16
20/3 20/7 20/9 20/12
20/20 20/24 21/18
21/21 21/23 23/21
23/25 25/13 26/14
29/21 30/7 32/2 32/9

34/8 34/20 34/22
34/24 35/4 35/10
35/16 36/10 37/16
37/22 38/5 38/20 39/6
40/18 40/22 41/5
41/18 45/15 45/24
46/3 46/15 50/2 50/21
51/16 52/1 55/5 55/22
56/22 57/4 57/19
57/23 58/12 58/20
59/1 60/1 60/15 60/16
61/11 61/20 62/4
62/12 64/6 64/12
64/18 65/4 65/4 65/16
65/18 67/2 68/9 71/25
74/7 75/4 76/23 77/11
78/8 78/12 81/19
81/20 82/20 83/21
83/24 84/4 86/9 86/16
86/19 87/19 89/12
91/23 94/8 95/5 96/5
96/8 97/8 98/1 99/1
99/25 100/3 102/25
103/14 103/20 104/3
107/23 108/1 108/11
108/15 109/9 110/2
112/21 112/23 114/16
115/2 115/8 115/19
116/19 116/25 117/4
117/14 117/14 118/16
119/10 119/18 120/15
121/13 121/16 121/16
122/3 122/12 124/7
126/14 127/7 127/8
127/11 127/16 128/13
128/25 130/13 130/25
131/7 131/11 131/22
131/23 134/24 137/9
137/18 138/5 139/3
139/15 139/19 140/2
140/7 141/1 142/1
142/14 146/6 146/10
146/19 147/7 150/2
150/25 152/1 152/1
152/9 152/13 153/8
153/24 154/1 155/5
155/8 155/18 156/3
156/9 157/3 157/3
158/1 158/14 158/18
160/6 160/18 161/11
162/2 162/10 162/24
163/18 164/15 165/3
165/6 167/8 169/14
171/18 173/17 173/25
174/19 175/20 176/6
177/1 178/3 178/21
180/18 182/2 182/19
182/22 187/6 187/11
187/25 188/5 188/7
188/15 191/18 191/25
193/2 193/16 194/15
194/23 195/2 197/3
197/6 197/23 197/25
right-hand [2] 20/9
20/12
rights [6] 72/14 78/4
78/23 78/23 79/24
82/2

rings [1] 52/4
rings [1] 52/2
rioter [1] 183/16
rise [3] 15/11 23/19
195/25
RMR [2] 1/22 198/12
role [1] 163/9
roof [2] 47/11 47/12
room [13] 1/12 18/3
18/5 18/5 19/5 19/15
27/14 27/23 27/23
30/10 76/15 114/17
118/18
roommate [1] 59/7
Roughly [1] 43/11
route [1] 60/4
routinely [1] 18/7
row [1] 4/10
rude [2] 133/23 190/12
rule [2] 27/4 102/1
rules [1] 129/4
ruling [1] 196/8
run [2] 112/6 138/8
rundown [1] 54/16

**S**

safe [1] 144/5
safeguards [1] 18/9
said [58] 6/16 34/12
34/14 38/5 38/21
39/24 44/25 45/6
45/15 56/10 60/11
64/3 66/15 67/25
69/10 69/10 76/25
80/25 81/1 81/23
85/11 88/8 90/6 94/10
96/1 96/15 101/17
102/12 103/4 107/1
107/2 115/8 115/18
123/10 125/8 129/11
133/2 138/18 150/25
152/5 153/17 155/1
157/3 160/4 160/8
164/21 167/19 168/2
168/25 173/1 174/1
174/12 174/13 179/1
180/19 184/22 186/13
195/16
same [27] 7/11 19/5
19/15 26/16 33/21
36/21 50/11 51/8 67/4
67/7 67/24 89/4 116/4
116/5 116/10 116/12
119/2 119/3 119/10
127/20 154/16 171/10
180/3 180/15 186/18
190/2 192/3
sate [1] 121/22
satellite [1] 120/13
save [4] 30/12 31/3
60/14 159/19
saved [1] 60/15
saw [17] 41/25 50/13
69/22 87/14 93/10
94/19 95/9 114/15
119/6 122/25 123/8
135/24 140/13 149/14
158/22 160/19 175/5
say [62] 2/10 6/1 27/19
30/11 30/15 31/4

S

say... [56] 31/11 31/14
33/4 41/11 43/25 46/5
51/1 51/4 74/6 74/16
75/24 76/16 77/4 79/9
79/12 94/5 98/2 98/7
98/10 100/1 100/2
100/4 100/5 103/6
109/17 109/17 109/20
113/9 116/15 129/13
134/7 136/11 142/23
143/15 145/21 146/1
146/3 146/4 147/24
151/4 152/21 153/4
153/21 154/3 154/24
157/19 163/3 171/2
171/3 175/12 184/21
186/10 190/12 190/17
192/9 196/23
saying [15] 47/3 69/14
75/25 83/5 133/3
154/17 157/17 157/19
157/22 170/10 171/25
179/3 180/13 183/17
189/25
says [5] 29/23 136/14
167/18 167/22 168/7
scale [1] 84/19
scaling [1] 175/4
scared [4] 158/17
159/14 159/24 160/9
scary [1] 106/23
scene [14] 62/17 68/19
69/14 69/22 69/23
69/25 87/8 106/3
123/4 136/25 145/8
146/23 161/8 175/11
scenes [2] 62/12
118/21
schedule [3] 84/10
84/11 84/13
scheduled [6] 2/11
111/12 113/3 192/17
192/20 192/25
scheduling [2] 84/19
177/23
scheme [1] 196/24
school [43] 26/1 33/2
33/5 33/12 35/12
35/15 42/13 43/25
52/10 52/12 52/13
72/1 76/21 77/16
89/16 89/19 90/9
90/24 91/2 91/16
91/20 104/5 106/22
107/5 120/15 120/15
123/25 124/3 124/4
125/15 125/24 126/2
128/8 137/13 141/2
141/25 141/25 164/16
166/14 184/2 184/4
184/5 184/6
schooling [1] 151/6
schools [1] 52/14
science [5] 37/14
37/15 54/1 128/6
148/9
scientist [1] 53/21
screen [3] 2/19 27/14

screened [2] 2/20
130/11
seal [7] 7/25 8/5 8/10
14/24 15/2 16/19
194/2
Sean [2] 23/22 24/9
seat [3] 21/18 31/1
193/4
seated [2] 20/6 191/17
seats [1] 4/11
second [16] 2/23 7/22
18/23 19/2 20/2 20/19
45/20 57/25 58/1
90/19 90/20 112/5
159/24 176/21 177/23
183/12
secondary [2] 141/10
141/11
Secondly [1] 80/8
Secret [3] 24/25 25/21
79/6
securities [1] 128/2
security [6] 25/20 96/4
97/2 109/16 109/18
110/10
see [59] 2/13 2/15
20/18 20/23 21/13
21/15 23/20 27/18
27/21 27/22 30/13
31/7 32/9 33/14 38/5
38/20 41/6 41/10
41/18 45/17 46/15
47/11 47/12 47/25
53/2 62/4 71/25 75/10
81/16 86/1 95/15 96/1
96/2 97/5 97/23 98/2
100/6 113/18 116/4
119/7 122/1 129/21
133/21 134/25 136/3
152/13 156/17 156/22
158/21 158/25 170/8
171/2 171/12 174/19
174/19 185/13 190/10
192/6 195/5
seeing [25] 32/4 41/22
45/12 50/5 62/16
68/18 87/8 94/13
95/11 95/14 96/12
98/12 105/19 118/11
135/21 136/4 144/11
145/7 148/18 149/10
150/4 150/9 156/24
160/24 161/7
seem [2] 82/12 168/2
seemed [1] 159/20
seems [4] 100/17
168/1 195/18 195/22
seen [89] 7/18 16/10
22/25 23/3 23/10
23/13 29/22 29/23
36/5 36/14 38/9 38/14
42/3 42/5 42/6 45/11
45/18 50/5 50/13
50/15 50/17 62/6 62/8
62/21 63/3 65/9 66/6
68/12 68/15 68/22
81/5 85/12 87/1 87/12
95/9 95/9 95/22 96/24

102/18 105/21 105/25
106/12 106/13 106/16
114/3 116/7 117/22
118/21 121/5 121/8
122/19 122/20 122/23
123/14 136/14 136/18
137/2 140/8 140/18
143/18 143/22 145/18
145/19 146/7 149/7
149/25 150/18 156/13
159/21 160/7 160/19
160/21 161/12 161/13
161/13 161/20 162/9
167/25 168/21 168/22
175/1 175/2 175/3
175/9 175/13 175/14
sees [1] 96/19
segue [1] 95/18
seizures [1] 182/11
select [1] 18/12
selected [8] 27/6 75/13
113/23 132/24 169/15
170/11 171/1 181/15
selecting [2] 18/1
188/17
selection [6] 18/12
112/5 131/25 132/12
132/15 195/10
self [2] 40/8 187/10
self-employed [1] 40/8
Senate [1] 102/22
sense [13] 40/1 44/8
44/12 50/24 63/22
82/7 86/21 107/23
120/6 141/18 160/20
167/1 170/9
sentencing [1] 136/15
separate [4] 4/13 21/1
70/2 107/3
separated [1] 40/5
September [1] 1/6
60/10
September 1 [1] 60/10
series [1] 19/7
serve [17] 16/2 18/7
28/7 28/12 59/5 64/15
101/3 108/23 108/23
111/1 111/4 123/19
134/25 140/21 152/18
153/24 155/20
served [4] 27/24 28/3
75/20 114/13
server [1] 101/8
service [14] 25/1 25/21
79/6 92/2 99/13 134/1
134/7 139/21 143/6
190/3 190/18 191/3
193/13 193/18
services [1] 108/19
serving [4] 28/22 64/16
84/6 116/16
session [1] 192/19
set [73] 6/2 15/19
15/19 23/3 23/12 36/6
36/14 36/23 36/24
37/1 38/10 38/14
38/15 41/23 42/4 42/6
47/18 49/24 50/6

51/12 62/21 62/22
62/23 65/14 66/11
66/18 68/19 68/23
68/23 68/24 68/24
70/20 71/18 76/24
79/5 80/16 81/4 82/4
85/12 87/9 87/13
87/14 94/20 94/22
99/18 100/1 106/4
114/2 116/7 118/23
119/13 121/7 123/16
129/4 136/20 140/15
140/20 143/21 145/8
146/11 160/12 161/8
161/19 167/22 168/10
171/4 175/10 175/15
175/16 186/17
setting [2] 49/14 197/9
seven [4] 21/1 40/14
43/12 47/5
seven-minute [1] 47/5
Seventh [1] 1/12
several [8] 36/7 38/25
46/23 50/7 65/22
81/21 81/22 176/17
shaken [1] 155/12
Shaking [1] 55/10
she [96] 17/15 34/12
34/14 34/14 34/24
44/25 44/25 52/12
52/13 52/14 52/16
58/2 58/3 61/7 61/17
61/17 80/16 80/16
80/17 80/22 80/23
80/25 81/1 81/1 81/2
81/4 81/8 81/16 82/3
82/4 82/4 82/5 82/8
82/12 87/23 87/24
88/1 88/2 88/4 88/5
88/11 88/11 88/19
96/15 96/18 97/1 97/5
97/19 97/21 103/4
103/4 103/5 103/7
103/7 103/8 103/9
104/7 104/8 104/10
104/12 104/20 104/21
104/25 159/20 160/2
160/3 167/13 167/15
167/15 167/16 167/18
167/16 167/17 167/19
167/20 167/21 167/22
167/22 167/23 168/2
168/4 168/5 168/5
168/7 168/10 170/22
174/4 174/5 174/12
174/15 174/17 178/22
183/17 183/17 183/19
188/2
she's [32] 34/15 60/24
80/18 80/19 81/4 81/5
82/1 82/2 82/5 96/25
104/14 104/16 108/7
112/1 125/6 125/7
125/8 125/11 138/23
159/21 159/22 159/22
167/24 167/24 168/4
168/10 169/10 170/19
170/23 188/1 188/1

sheet [4] 18/19 18/19
58/1 58/1
sheriff [1] 39/5
Sheriff's [1] 25/21
shirt [3] 167/20 169/3
169/4
shoes [2] 7/1 101/15
shoot [1] 183/16
shooting [2] 126/22
186/22
shop [1] 59/17
shoplifting [1] 53/10
short [2] 128/12
131/12
shortly [1] 177/3
shot [2] 185/2 186/6
should [49] 2/10 15/4
18/18 26/16 26/17
28/21 40/24 46/5 68/5
70/5 80/8 89/4 89/5
108/7 119/4 129/20
129/24 130/3 130/8
130/12 130/16 130/17
132/8 132/16 133/3
133/10 133/14 133/18
133/21 134/6 134/15
159/20 160/1 160/2
168/3 170/19 180/2
189/25 190/16 190/15
190/22 190/24 191/7
193/5 194/7 194/14
195/6 195/14 196/14
shouldn't [12] 32/3
63/19 132/22 134/1
134/5 170/8 180/4
180/4 189/2 189/5
189/20 189/25
show [5] 59/25 86/11
134/14 143/3 193/19
showing [4] 69/25
113/5 136/1 161/23
shown [2] 7/17 149/12
shows [2] 33/20 62/10
sic [1] 96/11
side [21] 16/9 18/13
18/14 37/16 40/19
40/19 45/25 57/4 58/5
58/9 58/14 60/16
60/23 71/13 72/8
108/12 129/14 144/5
167/9 174/1 197/11
sidebar [22] 3/10 3/15
3/17 29/11 29/13
34/11 44/20 60/25
61/2 80/3 96/10 103/2
108/3 111/21 116/22
155/7 159/18 167/10
169/8 170/18 183/13
187/24
sides [9] 3/1 3/3 3/19
34/17 60/23 86/3
100/10 172/22 172/24
significant [2] 48/12
148/10
silly [1] 113/15
Similar [1] 96/3
simple [1] 19/8
simply [4] 26/18 89/6

S

simply... [2] 134/12
180/5
since [19] 2/11 6/2
15/19 15/20 40/6
50/13 66/15 85/18
85/25 86/2 95/10
110/6 120/7 151/20
154/11 160/24 173/16
193/12 195/8
single [1] 138/22
sir [54] 21/18 35/13
37/5 37/22 38/2 38/5
39/13 39/13 40/22
46/13 46/15 49/10
53/19 55/12 61/24
62/19 62/20 63/7
63/23 64/1 64/2 64/12
83/24 84/4 84/7 86/9
86/19 86/23 90/15
91/23 116/14 117/14
119/9 119/18 120/18
140/2 140/5 140/7
140/17 140/25 141/1
142/1 142/7 152/9
152/13 155/18 172/7
173/6 175/19 175/20
177/1 192/8 193/4
193/10
sister [8] 73/4 73/11
73/12 87/22 89/9
172/23 174/2 174/3
sister's [2] 80/5 82/16
sit [4] 29/3 29/7 92/15
177/2
sites [2] 133/5 170/12
sitting [1] 122/25
situation [8] 34/23
60/17 60/24 95/3
111/25 185/13 186/1
195/22
six [4] 47/4 111/6
113/12 120/10
six-week [2] 111/6
113/12
skill [1] 102/23
slash [1] 176/1
slate [1] 49/16
slew [1] 42/23
slow [1] 194/1
slower [1] 129/1
small [4] 32/16 32/19
84/24 142/18
smaller [1] 79/23
smart [1] 164/5
smoke [1] 175/5
smoothly [1] 18/11
so [329] 2/16 3/24 4/17
6/19 8/3 15/15 15/18
16/21 17/2 18/12
18/21 19/6 19/18
19/22 20/7 20/11
20/21 20/24 21/12
21/13 21/14 21/15
21/20 22/13 23/19
24/2 24/10 25/10 26/2
26/12 26/23 27/11
27/16 27/25 28/20
30/7 30/20 31/2 31/16

34/23 35/24 36/8
37/23 38/22 39/6 41/3
41/5 41/10 42/1 43/3
43/13 45/14 46/4
46/22 47/6 47/13
48/18 48/21 50/1
51/20 52/9 52/15
54/25 56/2 57/6 57/11
57/13 57/23 58/5 58/7
58/12 58/20 59/8 59/9
59/18 59/19 59/21
60/19 61/20 63/15
63/18 64/1 65/16
65/18 66/9 66/24
67/20 68/6 68/16
69/21 70/14 71/10
71/14 71/22 72/6
72/15 72/16 72/17
73/2 73/6 73/7 73/11
74/9 74/14 74/16
74/18 74/22 74/22
75/2 75/12 75/16
76/17 77/2 77/23 78/9
78/14 78/16 79/4 79/8
79/11 79/21 79/25
80/21 80/22 81/4 82/7
83/1 83/2 83/7 83/18
84/11 84/18 84/25
85/2 85/7 85/9 85/18
85/25 86/2 86/2 86/25
87/4 87/21 87/22 88/4
88/7 88/13 88/15
89/15 89/16 89/25
90/19 91/13 91/14
91/15 91/16 93/1 93/3
93/6 93/13 93/18
93/21 94/4 95/18
95/19 95/23 96/25
97/21 99/10 99/20
100/16 101/7 101/8
102/21 102/22 103/10
105/8 105/21 105/22
106/2 106/11 106/22
108/17 108/23 109/15
110/8 110/9 111/2
111/13 111/24 112/6
112/24 113/4 113/13
113/15 113/23 115/9
115/21 117/4 117/18
118/8 118/20 119/3
121/14 121/25 122/1
124/2 124/4 124/8
125/10 125/13 125/17
127/5 127/8 129/12
130/12 131/15 132/4
132/7 132/13 132/21
133/3 133/18 134/12
134/22 135/13 135/25
136/18 136/25 138/9
138/21 139/11 142/19
143/8 143/14 144/4
144/5 144/9 144/12
144/20 145/2 145/3
145/3 145/3 145/6
145/11 145/25 146/2
146/7 147/16 148/8
149/9 149/14 149/18
149/23 152/15 153/1

155/4 156/3 157/1
159/12 160/6 160/8
161/19 162/6 163/11
163/14 163/15 163/18
165/1 165/15 165/18
167/19 170/1 170/8
171/14 171/20 172/3
172/16 172/22 172/24
172/25 173/12 173/15
174/10 176/2 176/20
178/3 178/5 178/8
178/16 178/17 178/17
178/22 179/10 180/18
180/21 181/21 182/21
182/24 184/15 185/15
185/15 187/7 189/8
189/14 189/18 190/23
191/15 191/25 192/14
193/3 194/7 194/17
194/20 195/10 195/13
195/14 196/12 196/20
197/1 197/25 198/2
social [4] 51/2 133/5
145/2 190/1
Society [1] 89/24
sociology [1] 91/9
solely [1] 134/17
some [83] 5/10 7/17
7/23 15/24 18/15
18/16 18/24 19/6
21/24 27/18 29/6
30/12 35/14 38/10
40/7 40/7 40/23 43/6
43/8 47/18 48/3 51/7
62/17 66/2 75/6 77/5
78/11 85/16 93/11
96/18 97/12 98/6 98/9
98/11 98/12 99/25
99/25 100/16 100/20
101/17 101/18 105/25
108/5 109/10 110/13
113/6 117/23 117/24
117/25 118/6 118/11
120/13 123/5 123/5
125/9 132/19 136/7
139/9 148/8 160/6
167/11 172/9 175/5
178/9 183/18 184/9
184/10 184/15 184/16
184/17 184/23 184/25
188/9 188/22 189/1
189/7 189/11 190/10
194/11 195/18 195/21
196/7 196/13
somebody [6] 85/7
122/20 122/25 123/1
139/7 146/9
somehow [1] 32/21
someone [33] 27/20
27/21 34/14 38/22
42/13 47/1 53/3 58/3
66/13 72/1 80/11 82/8
85/2 89/12 95/24
100/2 104/4 109/10
112/8 115/15 115/20
115/24 122/4 122/6
123/22 162/10 163/19
164/16 164/22 169/2

someone's [2] 69/7
116/18
something [24] 3/8
17/4 33/17 39/3 82/11
83/5 99/9 100/3
101/11 111/19 119/3
122/21 123/7 125/7
139/10 143/3 146/9
150/7 150/9 157/17
157/19 171/9 184/21
192/8
sometime [1] 132/16
sometimes [5] 31/10
33/17 41/5 74/9 105/4
somewhere [4] 47/21
192/5
soon [9] 83/19 91/25
128/16 133/21 142/3
142/6 148/19 152/3
195/14
sorry [21] 29/14 35/16
62/3 65/14 84/2 98/8
106/25 115/17 124/24
126/23 144/24 148/4
151/25 153/3 167/5
171/20 172/8 172/13
175/6 177/25 184/3
sort [25] 3/3 3/9 3/10
4/18 39/25 47/23
49/19 66/17 67/3 75/7
77/21 92/24 95/7
118/12 123/2 141/19
145/8 158/25 159/25
162/6 162/21 175/23
175/24 192/14 197/8
sorted [1] 194/4
sorts [4] 79/16 153/25
163/22 176/15
sought [2] 6/17 51/4
sound [1] 159/22
sounds [9] 7/5 17/1
52/1 66/13 77/4 88/7
125/17 168/23 183/5
sources [4] 55/17
134/22 171/11 171/12
south [1] 47/9
Southeast [1] 59/15
Southwest [1] 46/22
space [2] 40/16 48/12
SPAN [1] 94/14
speak [9] 31/9 31/16
92/20 98/8 115/17
129/12 144/24 153/3
173/8
special [17] 22/6 22/9
25/4 25/17 46/19 67/6
92/11 122/4 139/4
156/20 158/5 178/9
178/9 180/22 181/1
187/3 192/1
specialist [2] 151/3
151/5
specific [11] 39/23
50/9 70/16 70/16 95/3
95/3 104/22 106/8
113/14 118/3 186/11
specifically [1] 21/3
67/23 112/13 183/19

specifics [1] 77/21
spectrum [1] 172/24
speed [3] 7/2 17/1 17/3
spent [1] 40/3
spoken [2] 61/3 66/15
Spring [1] 1/15
square [3] 17/3 153/8
172/2
St. [1] 153/8
St. John's [1] 153/8
staff [12] 8/6 30/21
65/23 66/3 67/9 67/25
74/13 76/4 79/22
93/11 94/4 165/14
staffer [4] 71/12 71/12
122/8 128/10
stage [1] 131/25
stairs [26] 7/14 36/6
38/10 41/23 50/6
62/17 68/19 68/20
87/9 87/10 87/11
106/4 106/5 118/11
118/12 123/5 123/6
136/20 140/15 140/16
145/9 146/23 161/9
168/25 175/10 175/11
stand [6] 20/2 20/17
20/22 21/13 23/25
42/1
standard [1] 149/11
standing [1] 61/4
star [1] 80/19
start [23] 15/18 19/25
31/20 46/16 49/16
56/1 56/2 59/2 59/4
63/11 65/5 65/18 84/5
99/2 104/4 110/25
138/18 143/9 156/9
189/11 194/1 194/5
194/6
started [9] 47/23 91/15
120/8 120/16 137/23
178/5 178/17 183/17
184/21
starting [4] 59/14 61/6
139/11 194/3
state [36] 32/7 35/7
38/2 41/15 46/12
55/23 58/23 62/1 65/1
69/3 77/25 78/12
78/15 78/24 83/1 83/7
83/9 83/12 83/25
86/16 92/6 98/23
103/25 109/7 115/5
117/11 135/4 138/15
140/4 142/11 149/2
152/10 156/6 172/11
172/11
State's [1] 25/18
stated [2] 80/16 97/11
STATES [23] 1/1 1/2
1/9 1/11 1/14 2/3
17/21 21/7 21/24 24/6
24/17 24/19 24/21
24/23 24/25 25/2 30/4
31/25 39/17 57/17
102/5 120/11 131/20
stateside [1] 40/4
stationed [1] 40/4

stay [7] 41/4 48/6
55/16 132/4 169/10
169/19 169/19
stayed [1] 48/7
staying [1] 41/5
stead [1] 128/22
step [5] 6/25 31/17
37/22 85/8 108/25
steps [1] 6/4
Steven [1] 5/9
stick [3] 76/24 77/3
130/18
still [17] 33/13 47/9
74/9 78/6 79/17 79/18
134/4 152/22 154/10
155/12 166/9 187/6
189/17 190/14 191/8
193/12 193/17
stinks [1] 30/16
stole [1] 59/16
stolen [1] 164/25
stone's [1] 97/21
stop [1] 189/11
stopped [1] 184/13
store [2] 173/4 173/13
stories [2] 51/1 51/3
stormed [1] 136/6
straight [3] 112/1 112/2
112/9
strategic [1] 139/9
streaming [1] 48/3
streamline [1] 197/13
street [3] 1/15 149/13
149/15
stricken [1] 80/23
strike [11] 61/9 61/11
80/11 82/12 97/10
97/17 103/12 112/8
116/24 168/9 168/15
strikes [1] 130/15
striking [1] 112/19
strong [18] 26/20 69/2
69/5 69/11 69/14
70/24 71/2 78/3 80/15
80/23 85/17 89/8 89/9
144/3 180/7 180/12
186/10 187/7
strongly [4] 70/5 81/2
82/3 114/15
stuck [1] 77/1
student [1] 91/15
students [1] 141/22
studies [1] 91/9
study [1] 91/13
studying [1] 54/1
stuff [8] 111/7 142/19
144/12 148/16 148/16
149/11 163/24 173/13
subject [3] 90/17 90/18
196/8
subjects [1] 90/18
submit [1] 197/3
substance [4] 88/16
94/9 124/14 189/4
substantial [2] 15/16
16/5
substantively [1]
197/12

such [12] 15/4 25/18
26/20 27/11 28/4 28/9
48/18 118/7 133/5
180/7 180/12 190/22
suggested [1] 85/11
suggesting [1] 77/4
Suite [2] 1/15 1/19
sum [1] 29/6
summoned [2] 18/2
152/24
superior [1] 113/8
support [6] 66/24
72/21 78/22 78/22
78/23 108/19
suppose [4] 132/8
155/3 170/10 171/10
supposed [2] 73/8 94/5
sure [44] 17/13 19/24
30/18 31/12 46/24
46/25 53/10 58/9
60/14 69/16 70/11
70/18 73/8 76/18 77/2
78/2 103/10 105/21
108/9 109/15 110/8
111/16 114/9 122/2
122/7 128/21 129/12
133/25 145/10 152/25
171/1 175/12 180/12
187/19 187/19 188/23
189/16 190/11 193/1
194/14 195/8 195/23
196/10 197/20
surgeon [1] 111/5
surgery [1] 113/3
survive [1] 197/20
suspected [1] 81/22
suspend [1] 186/5
sworn [1] 20/4
system [15] 66/22
72/22 73/6 78/3 80/5
81/17 82/16 82/18
127/9 127/13 153/23
173/18 173/21 173/23
178/22
systems [3] 176/11
176/19 176/19

T
T-shirt [3] 167/20
169/3 169/4
table [1] 49/9
tailored [1] 171/9
take [40] 6/22 27/13
67/19 84/9 85/6
100/22 101/5 101/6
106/14 118/22 121/17
128/23 130/24 131/12
131/13 131/13 131/15
138/23 139/9 145/17
145/20 149/1 165/15
172/25 175/14 182/12
182/14 182/14 182/15
182/18 183/3 183/6
183/8 186/13 186/15
190/15 194/15 197/4
197/5 197/18
takeaways [1] 188/25
taken [7] 17/17 31/23
32/22 57/15 67/21

takes [1] 92/15
taking [9] 4/21 28/13
84/11 99/8 137/1
137/3 172/9 182/3
182/8
talk [33] 18/23 19/14
19/15 32/18 55/14
85/4 85/9 88/11 88/13
90/3 105/8 128/21
129/19 131/6 132/23
133/2 133/9 133/11
134/20 144/9 153/12
160/18 163/23 177/22
179/1 181/4 181/7
181/25 182/1 187/5
189/12 189/20 190/3
talked [5] 35/12 71/7
82/5 133/18 194/9
talking [14] 7/1 20/16
20/17 43/7 67/7 75/15
82/5 91/12 97/1
111/25 143/5 150/17
159/24 185/5
talks [2] 88/11 88/11
tammy [5] 1/22 1/24
198/12 198/12 198/14
tangential [1] 174/7
target [1] 186/7
taught [2] 138/1 138/2
tax [1] 52/19
teach [2] 90/17 141/16
teacher [5] 90/16
91/13 91/18 137/24
141/15
team [2] 84/24 85/5
Technically [1] 178/20
technology [3] 39/18
165/12 176/23
telecommunications [1]
40/16
telephone [1] 197/16
television [3] 48/1 48/3
48/3
tell [53] 32/13 33/25
34/24 37/5 39/15
43/10 45/7 45/14 54/5
56/6 58/6 58/7 68/11
75/21 77/11 77/20
77/21 84/20 84/21
93/8 93/25 96/1 98/1
98/3 99/16 105/17
105/18 116/15 117/18
120/1 122/16 130/13
130/16 130/25 134/3
135/21 137/12 137/21
138/21 141/13 144/18
148/1 149/9 149/20
151/15 153/15 156/12
162/18 162/25 165/6
184/1 190/13 190/15
telling [5] 76/5 83/17
129/18 178/9 179/10
tells [1] 191/5
tempted [2] 189/5
190/23
ten [5] 130/17 131/1
131/5 131/8 131/16
tendency [2] 133/9

tentatively [1] 196/7
terms [20] 42/15 47/20
54/12 68/13 93/22
94/18 105/20 105/24
106/2 106/12 106/13
110/6 117/21 118/2
123/15 124/13 135/22
140/19 169/17 197/12
terrified [1] 80/17
terrifying [1] 69/4
test [1] 3/18
tested [1] 58/3
testifying [1] 179/18
testimony [17] 26/15
26/16 26/18 28/5
28/10 89/3 89/4 89/6
180/2 180/3 180/5
180/15 180/17 183/15
186/18 186/20 186/24
texting [1] 134/8
than [21] 16/17 60/3
93/7 93/9 104/22
112/16 113/4 123/10
129/1 149/24 157/1
157/7 157/10 157/21
160/4 164/4 166/25
171/21 186/25 189/23
196/15
thank [75] 17/24 20/5
29/25 31/21 35/3 38/1
41/10 41/12 46/8 55/6
55/17 57/9 61/12
61/20 64/12 64/14
64/17 64/20 64/21
83/20 83/21 86/12
86/13 92/3 98/17
98/20 103/17 103/19
109/2 109/7 110/19
110/20 110/24 114/19
117/5 117/7 120/19
121/17 121/19 126/24
128/18 128/19 134/24
138/11 139/19 139/20
140/4 142/7 142/8
142/14 148/22 148/23
149/4 152/5 152/6
152/9 155/19 155/23
155/24 156/3 172/4
172/5 172/7 172/10
177/4 177/9 183/22
188/8 188/8 188/15
191/3 191/9 191/15
193/20 197/24
thanks [2] 98/19
139/22
that [849] 2/10 2/18
2/20 3/12 4/17 4/22
4/23 5/10 5/14 6/1 6/5
6/12 6/18 7/2 7/9 7/10
7/10 7/12 7/15 7/20
7/20 7/25 8/4 15/4
15/18 15/22 15/25
16/9 16/23 16/24
16/24 16/25 17/4 17/4
17/12 18/6 18/17
18/23 18/25 19/4 19/7
19/10 19/16 20/11
20/19 20/20 21/3 21/5

221/7 21/10 21/21
22/3 22/22 22/23 23/4
23/5 23/8 23/8 23/14
23/15 25/7 25/14
25/15 25/22 25/24
25/24 26/1 26/4 26/4
26/6 26/10 26/15
26/17 26/19 26/21
27/10 27/10 27/12
27/16 27/20 27/22
27/22 27/25 28/1 28/5
28/6 28/9 28/11 28/14
28/23 28/23 29/2 29/5
29/6 29/9 30/3 30/5
30/12 31/6 31/12
32/18 32/25 33/7
33/12 33/18 33/19
33/21 33/25 34/5
35/13 35/16 36/11
36/15 36/17 36/20
36/24 37/1 37/1 37/3
37/4 38/9 38/14 38/23
39/3 39/7 39/8 39/10
40/11 40/19 40/24
41/21 41/25 42/2 42/3
42/4 42/10 42/11
42/19 43/7 43/22 44/9
44/16 44/25 45/3 45/6
45/8 45/10 45/11
45/17 45/22 46/24
47/14 47/15 47/17
47/18 47/20 48/3 48/9
48/10 48/12 48/16
48/17 48/18 48/18
48/18 48/20 48/20
48/22 48/23 49/12
49/15 49/20 49/22
50/4 50/4 50/9 50/12
50/18 51/17 52/4 52/5
52/15 53/6 53/10
53/11 53/11 53/12
53/12 54/9 54/11
54/17 54/17 56/2 56/3
56/5 56/6 56/10 56/16
57/5 57/21 57/25 58/2
58/3 58/8 60/1 60/12
61/16 62/6 62/7 62/8
62/13 62/22 62/22
62/22 62/23 63/9
63/22 63/24 64/4 65/6
65/7 65/7 65/11 65/11
65/12 65/13 65/14
65/17 65/21 65/23
66/5 66/5 66/5 66/7
66/11 66/24 66/24
67/2 67/13 67/14
67/22 67/25 68/1
68/13 68/16 68/18
68/20 68/23 68/23
68/24 68/24 69/2 69/2
69/5 69/5 69/11 69/15
69/18 69/18 69/22
69/22 69/23 69/23
69/25 69/25 70/3 70/8
70/9 70/12 70/17
70/19 70/21 71/7
71/18 72/7 72/15
72/19 72/23 73/1 73/4

that... [564] 73/5 73/6
73/7 73/17 73/18
73/19 74/3 74/9 74/20
74/25 75/4 75/6 75/7
75/8 75/8 75/8 75/11
75/12 75/16 75/18
75/23 76/10 76/11
76/15 76/17 76/21
76/23 76/24 77/2 77/4
77/5 77/24 77/25 78/8
78/14 78/20 78/21
79/8 79/23 80/6 80/9
80/18 80/20 80/22
80/22 80/23 81/1 81/2
81/3 81/4 81/11 81/12
81/14 81/19 81/20
82/4 82/4 82/4 82/7
82/8 82/11 83/2 83/5
83/8 83/8 83/13 84/2
84/22 85/11 85/18
85/25 86/21 86/24
87/7 87/13 87/13
87/15 87/18 87/21
87/22 88/19 88/21
89/3 89/5 89/6 89/8
89/9 89/9 89/10 89/13
90/12 90/21 91/1
92/16 92/16 92/23
93/6 93/11 93/19
93/23 93/25 94/1 94/5
94/5 94/6 94/6 94/10
94/12 94/15 94/16
94/18 95/1 95/8 95/9
95/9 95/9 95/12 96/13
96/15 96/18 96/23
96/25 97/3 97/14
97/16 97/20 97/21
98/12 99/2 99/6 99/10
99/12 99/17 99/17
100/3 100/4 100/14
100/15 100/18 101/9
101/12 101/18 102/2
102/4 102/8 102/9
102/11 102/16 102/18
102/22 102/23 103/7
103/10 103/10 104/5
105/10 105/19 105/19
105/25 106/5 106/6
106/9 106/12 106/14
106/15 106/20 106/23
106/23 107/6 107/16
108/9 108/22 108/23
109/11 109/13 110/11
111/6 111/16 111/18
111/19 112/3 112/6
112/18 112/24 113/5
113/13 114/5 114/7
114/14 115/9 115/19
115/25 116/1 116/4
116/8 116/10 116/10
116/10 116/16 116/17
116/18 116/21 117/19
117/21 118/4 118/6
118/6 118/7 118/17
118/18 118/18 118/20
118/21 118/22 119/1
119/2 119/3 119/8
119/12 120/14 121/2

122/6 122/6 122/9
122/23 122/24 123/2
123/8 123/8 123/11
123/23 124/4 124/18
125/3 125/4 125/7
125/8 125/8 125/23
126/2 126/2 126/11
126/17 126/23 127/8
127/10 127/12 127/14
127/18 127/25 128/11
129/4 129/5 129/14
129/19 129/20 129/25
129/25 130/5 130/7
130/17 130/19 130/25
131/1 131/10 132/11
132/22 133/21 133/24
134/3 134/3 134/16
135/8 135/9 135/22
135/23 136/5 136/7
136/17 136/25 137/2
137/8 137/10 138/21
139/6 139/8 140/8
140/10 140/12 140/16
140/19 140/20 140/21
142/15 142/16 143/1
143/10 143/16 143/17
143/23 144/3 144/6
144/6 144/7 144/9
144/11 144/12 144/13
144/14 144/15 144/17
144/18 144/19 144/21
144/21 145/6 145/13
145/14 145/22 145/24
145/24 146/8 146/11
146/13 146/14 146/14
146/23 146/24 148/9
148/16 149/10 149/18
149/21 149/23 150/8
150/10 150/14 150/18
150/19 150/21 150/21
150/24 151/24 152/17
152/17 152/23 152/24
153/9 153/10 153/11
153/11 153/12 153/14
153/17 153/19 153/21
153/22 153/24 153/25
154/3 154/6 154/8
154/9 154/12 154/14
154/22 154/22 154/23
154/25 155/1 156/10
156/17 156/24 157/7
157/8 157/13 157/16
157/16 157/21 157/23
158/15 158/19 159/1
159/1 159/7 159/10
159/24 160/8 160/11
160/12 160/19 160/20
160/24 160/25 161/4
161/11 161/14 161/15
161/16 161/21 161/23
162/3 162/6 162/9
162/13 163/16 164/2
164/16 164/24 165/3
165/18 165/19 165/23
165/24 165/25 166/4
166/7 167/15 167/16
167/20 167/21 167/23
168/10 168/10 168/11

169/9 169/18 169/22
169/23 169/24 170/1
170/9 170/12 170/17
170/23 171/1 171/4
171/5 171/5 171/7
171/9 171/14 172/2
172/2 172/13 172/21
173/3 173/8 173/21
174/6 174/16 174/16
174/21 174/25 175/1
175/3 175/3 175/4
175/7 175/8 175/11
175/16 175/17 175/18
175/25 177/22 178/3
178/6 178/9 178/19
178/23 179/22 179/25
180/1 180/5 180/8
180/10 180/11 180/14
180/24 181/6 181/11
181/19 181/20 181/21
182/3 182/17 182/18
183/4 183/7 183/7
183/17 183/19 184/24
184/24 185/15 185/18
186/8 186/9 186/14
186/14 186/21 187/5
187/7 187/12 187/12
187/13 187/14 187/14
188/2 188/18 188/23
188/23 189/2 189/5
189/5 189/16 189/16
189/20 190/9 190/14
190/18 191/2 191/12
191/20 192/4 192/16
192/17 192/21 192/22
193/11 193/24 194/1
194/8 194/10 194/20
195/2 195/4 195/10
195/11 195/12 195/13
195/14 195/16 195/18
195/19 195/22 195/23
196/1 196/4 196/7
196/14 196/15 196/24
197/1 197/19 198/2
198/7

that's [97]  5/1 7/3
15/24 22/7 22/15 26/8
26/23 27/4 28/2 28/8
28/17 28/19 28/24
29/21 30/19 33/7
34/13 38/17 42/8
49/23 51/13 56/2
56/19 61/10 62/10
63/14 63/16 63/17
66/21 67/3 69/8 71/5
74/18 74/22 77/8 78/4
81/7 84/10 85/21
94/24 95/17 96/25
97/2 100/21 101/10
101/19 102/23 106/18
110/15 111/11 111/12
118/24 119/6 121/13
121/13 123/18 124/6
128/9 130/3 136/23
137/6 137/11 140/23
145/22 146/16 150/2
150/22 152/1 153/15
154/6 158/1 159/11

171/8 171/17 172/3
173/10 177/19 178/12
178/25 180/16 183/10
185/4 185/5 187/8
187/9 189/9 189/10
189/10 191/8 192/21
194/8 194/17 196/14
196/25

their [16]  42/15 66/7
71/19 76/14 112/8
112/19 115/24 117/23
124/11 133/11 133/15
148/15 153/13 179/23
190/7 196/14

them [75]  3/2 31/1
32/11 32/22 33/11
35/22 47/23 52/23
56/2 66/2 66/4 66/18
70/13 70/14 78/14
79/6 79/21 82/5 86/1
88/15 94/10 96/2 97/1
97/6 98/3 98/3 98/4
98/5 98/10 98/11
98/12 100/22 108/23
118/17 118/17 118/23
119/2 126/4 129/6
129/12 130/6 130/12
130/13 130/14 130/18
130/22 130/22 130/22
131/11 131/12 131/13
131/16 132/10 132/11
132/14 133/14 133/15
133/24 137/4 145/21
146/24 165/24 165/24
169/16 172/25 175/16
177/21 184/16 184/17
188/12 190/6 190/7
190/15 190/16 190/17

themselves [1]  118/8
then [78]  2/13 2/14
4/23 16/9 17/11 20/18
30/10 44/5 50/10
50/13 55/2 55/17 57/8
58/13 59/16 60/3 60/4
61/19 64/19 65/18
66/16 68/22 72/18
75/20 78/6 78/17 79/3
79/23 80/14 83/1
86/11 89/12 90/8
91/18 94/17 110/10
111/25 113/16 117/19
120/8 120/13 120/14
123/2 127/6 127/9
127/23 131/12 135/1
137/24 138/11 140/18
141/20 144/13 145/11
151/19 151/20 154/16
155/21 157/22 159/24
160/24 161/11 162/25
167/14 167/22 167/22
171/8 171/9 171/21
173/25 175/10 179/14
180/6 182/2 184/16
188/11 191/7 191/7
therapy [1]  111/6
there [136]  2/18 3/8
4/25 7/4 7/6 7/6 16/12
17/8 18/16 20/22 23/2

171/8 171/21 172/1
27/20 27/25 29/1 29/6
31/5 33/17 35/2 36/13
38/13 40/6 41/4 42/4
44/10 44/10 46/21
46/23 47/6 48/12
50/14 53/6 55/2 55/15
58/8 58/9 58/13 60/3
63/19 64/19 66/5
67/19 67/21 70/21
76/10 76/16 77/2 82/8
84/21 85/3 85/7 86/12
87/1 88/24 91/10 94/5
95/23 97/15 97/15
98/6 98/9 98/11 99/5
99/12 99/25 100/10
100/16 101/14 103/18
106/13 107/1 107/6
114/2 114/11 114/18
114/21 116/6 116/19
119/1 119/1 120/12
120/25 121/7 122/11
132/4 134/11 134/16
136/6 136/7 140/20
143/21 144/7 144/13
145/19 145/19 146/3
146/8 148/1 148/20
149/4 154/13 156/24
157/1 157/7 157/15
158/9 158/10 158/21
163/7 163/18 165/20
167/15 168/9 168/24
170/9 171/14 173/20
178/17 178/18 181/19
182/24 186/1 186/24
189/7 190/20 190/22
192/4 192/8 192/15
192/20 194/3 195/15
195/18 195/25

there's [29]  3/7 3/14
7/9 7/20 16/11 32/24
32/24 44/11 53/6
63/18 84/25 85/1
85/11 86/4 98/7 98/12
99/3 100/16 112/11
121/11 130/18 139/6
168/14 172/1 178/9
182/15 195/21 196/12
197/13

these [19]  19/6 24/3
24/10 24/15 25/7 30/9
37/19 66/15 80/23
97/18 103/6 105/17
108/8 129/21 135/24
152/24 154/16 163/9
197/16

they [77]  5/12 17/1
17/2 18/10 21/13
23/18 24/7 33/2 33/5
34/24 35/1 35/17 46/5
54/17 56/22 57/8 59/9
59/16 59/17 59/18
59/23 60/9 60/11
66/19 78/1 78/13
79/18 94/10 100/1
100/17 102/21 103/18
109/1 111/22 112/1
112/10 114/17 117/5
118/7 121/16 123/2

they... [36]  124/13
124/15 129/9 129/9
130/17 132/7 132/11
133/22 133/23 133/23
136/1 144/22 153/24
165/20 165/23 165/24
165/24 166/2 169/17
171/7 178/21 186/4
186/5 189/15 190/10
190/11 190/11 190/12
191/7 192/6 194/24
194/24 196/14 197/16
197/21 197/21
thing [40]  2/23 3/23 4/9
7/7 16/24 20/7 30/12
31/14 57/21 63/12
63/14 77/25 78/5 81/2
94/11 94/12 96/25
97/3 106/25 111/8
113/1 114/11 133/25
134/10 134/21 140/13
144/9 154/1 154/6
154/10 154/25 167/5
168/19 169/4 171/10
178/9 181/23 188/20
190/4 197/17
things [70]  2/12 4/24
7/11 7/17 7/20 16/6
16/10 17/6 18/16
30/14 31/16 34/15
40/24 49/21 53/23
54/2 55/12 62/21 63/2
63/2 66/12 70/16 73/4
76/15 77/5 78/4 78/6
79/16 79/17 85/12
94/7 94/20 94/23
97/18 102/18 106/16
107/12 113/1 113/24
118/23 121/12 123/16
123/17 137/4 137/5
143/1 145/17 145/20
145/20 146/2 151/22
153/9 153/10 153/23
154/16 158/22 160/21
163/23 163/25 170/5
170/8 171/4 172/9
175/7 187/14 189/1
197/12 197/13 197/19
197/21
think [190]  3/4 8/4
15/24 16/12 16/16
17/11 25/11 30/3
33/24 34/13 35/22
35/24 36/8 36/8 39/8
39/9 42/9 42/19 42/21
43/14 44/24 45/9
45/14 45/15 45/15
47/13 47/18 48/2
48/19 48/22 49/1 49/3
49/20 50/20 51/15
52/5 53/6 53/15 57/11
60/6 63/6 63/24 64/1
65/11 66/9 66/15
67/25 69/10 69/18
70/3 71/18 73/11
73/12 73/19 73/21
75/14 76/11 76/13
76/24 80/25 81/7

81/21 81/22 81/23
81/24 82/1 83/11
83/13 85/11 85/16
85/25 87/12 88/2
88/21 90/12 94/20
95/2 95/2 95/5 95/14
96/11 96/16 96/20
96/24 97/13 99/4 99/7
99/17 99/19 100/18
100/23 101/13 102/11
103/9 105/10 106/24
108/7 111/5 111/23
112/5 112/9 113/7
113/18 113/22 113/24
114/6 121/11 123/11
124/18 125/6 125/7
125/8 125/13 126/11
127/14 129/3 129/6
129/10 129/14 130/3
130/21 135/10 137/1
137/9 138/1 139/8
140/20 142/22 143/2
143/4 143/12 144/13
145/3 145/24 146/14
146/22 147/11 150/6
152/16 153/1 153/5
154/12 154/22 154/23
154/4 155/11 157/1
157/6 159/21 160/2
160/3 165/4 168/7
168/8 168/9 168/14
169/12 170/19 171/14
171/23 171/23 172/3
173/20 174/12 175/5
178/23 181/12 182/25
183/4 186/21 187/6
187/12 188/1 191/13
194/2 194/3 194/13
194/25 195/8 195/13
195/18 195/22 196/3
196/4 196/12 196/20
198/1
thinker [1]  99/22
thinking [4]  120/24
144/1 144/3 144/5
thinks [1]  82/4
third [2]  90/19 90/22
this [282]  2/2 2/11 3/1
3/13 3/18 3/19 4/10
4/11 6/2 6/11 6/11
6/13 6/24 7/23 8/8
15/18 15/19 15/20
15/20 16/14 17/24
18/21 19/7 19/18
19/22 19/24 20/24
21/23 22/23 22/25
23/5 23/9 23/10 23/15
23/16 24/4 24/5 25/16
26/22 26/23 27/4 27/7
27/8 27/9 27/23 28/2
28/16 28/21 28/22
29/1 29/7 30/16 30/20
31/4 31/8 31/8 31/21
32/12 34/12 36/5
36/16 37/2 37/18
37/23 38/8 38/16
38/17 39/11 40/10
42/7 42/8 42/8 43/14

48/20 49/5 49/7 49/25
50/10 51/14 51/15
52/2 52/6 53/17 54/4
55/9 55/14 56/11
56/25 59/6 60/7 60/23
61/6 62/25 63/10
63/13 63/13 63/16
64/8 64/16 65/9 66/19
67/7 68/10 69/14 70/1
70/2 70/21 71/19
73/12 73/19 74/2
76/12 76/16 79/9 80/1
80/8 80/11 81/3 82/1
82/3 82/11 83/2 83/11
83/19 86/6 87/16
87/16 88/20 90/13
90/22 93/17 93/18
94/23 94/24 96/11
96/19 99/24 100/22
101/3 101/3 101/19
102/1 102/6 102/7
103/8 105/11 106/18
106/18 107/8 108/5
111/13 111/13 111/20
112/6 112/12 112/17
113/12 113/16 114/5
115/23 118/4 118/8
118/23 119/7 119/8
119/11 119/14 119/14
120/19 121/3 121/5
121/10 122/7 123/19
126/12 129/6 130/24
131/3 132/21 132/22
133/6 133/12 134/11
134/16 134/18 137/5
137/6 139/15 140/22
142/4 143/15 143/17
143/19 143/24 145/7
145/11 145/21 146/4
146/11 146/13 146/19
150/19 150/22 152/4
152/24 153/14 153/25
154/2 154/3 154/5
156/15 156/19 160/4
160/12 160/13 160/20
161/21 161/22 161/23
164/2 164/6 164/7
164/11 165/4 165/22
166/8 168/23 169/14
169/21 169/24 169/25
170/20 171/8 171/12
171/20 172/1 172/9
173/7 173/15 173/18
174/23 175/16 176/16
176/21 178/7 179/15
179/18 180/9 181/12
181/16 181/17 181/18
183/15 183/16 185/5
186/13 187/15 187/15
187/16 187/20 187/20
188/11 188/19 189/8
189/11 189/14 189/15
190/20 192/18 193/6
193/9 193/16 193/25
194/10 196/18 196/23
197/9 197/18 197/19
Thomas [1]  24/17
those [109]  4/1 4/24

15/5 16/3 16/5 16/21
17/6 20/2 25/11 27/9
27/13 42/6 42/15 51/3
51/10 51/12 51/19
52/23 52/24 53/14
53/15 62/12 63/2
65/25 66/12 68/24
70/2 71/14 71/17
72/19 73/4 73/17 78/4
78/24 79/16 81/18
85/20 85/21 85/25
86/4 87/9 90/11 90/12
92/23 94/20 94/23
95/15 95/15 95/19
99/18 100/2 100/6
100/22 101/14 101/15
106/16 109/12 113/19
113/24 117/15 118/1
118/8 118/23 121/12
122/14 123/6 123/16
123/17 124/11 124/17
126/9 126/11 130/10
131/8 131/16 131/23
131/23 131/24 133/19
134/3 135/20 137/3
137/5 145/17 145/20
149/7 154/1 154/2
164/9 166/2 166/6
167/1 168/1 171/12
174/20 174/20 174/21
175/11 188/2 189/14
189/17 190/2 190/13
190/25 197/21
though [12]  17/4 66/25
67/13 67/24 69/9 71/2
74/21 95/23 132/2
153/23 177/3 187/3
thought [13]  4/21
76/20 77/4 80/10 83/3
83/14 129/15 132/5
136/24 157/16 181/6
181/22 192/5
thoughts [2]  115/15
115/18
threatening [1]  183/16
three [12]  7/13 25/9
25/11 25/11 30/14
31/16 32/15 32/19
43/23 84/25 194/3
194/4
threw [1]  173/14
through [36]  7/14
30/20 32/10 32/11
37/19 37/24 40/8
42/22 44/22 48/22
51/2 61/15 66/19 67/1
67/1 74/9 74/11 91/25
97/2 110/5 111/24
131/24 132/3 133/4
138/8 139/9 139/23
155/20 159/20 165/20
165/25 170/4 174/8
186/25 188/19 189/1
throughout [5]  15/22
16/14 27/19 43/1
44/16
throw [1]  97/22
thumbs [1]  3/19

Thursday [2]  113/6
192/18
tickets [1]  56/22
tight [2]  74/21 84/13
time [57]  3/13 4/21
5/12 5/13 5/17 6/5
6/15 6/16 6/22 7/10
7/18 15/22 19/4 30/12
30/15 30/18 30/22
30/23 31/3 31/20
33/25 37/18 37/23
55/18 67/12 68/15
80/14 85/19 101/6
101/17 101/19 106/1
111/18 113/13 118/16
125/9 132/1 132/6
132/22 134/13 134/14
143/15 144/4 153/7
153/10 158/9 158/12
158/19 159/19 172/23
172/24 175/8 176/16
176/18 176/21 185/10
192/20
times [6]  46/23 79/3
81/1 142/22 144/14
162/9
TIMOTHY [1]  1/8
title [1]  24/17
TJK [1]  1/3
today [25]  4/12 4/19
6/5 6/14 6/18 18/4
20/11 32/22 67/17
110/7 120/1 122/11
132/3 132/4 132/14
148/20 152/10 155/1
156/4 177/10 188/16
192/3 194/5 197/7
197/12
today's [1]  16/1
toddler [1]  186/10
together [2]  105/18
195/25
told [3]  58/6 113/17
129/11
tomorrow [32]  7/1
111/5 113/4 130/13
132/6 132/14 132/16
132/20 133/8 133/12
134/14 134/20 134/22
134/25 139/11 142/4
188/20 188/24 189/13
190/9 191/6 191/14
191/21 192/3 192/7
192/20 193/6 193/19
194/7 194/21 194/24
198/2
tonight [1]  169/21
too [8]  3/19 20/23
69/18 97/13 149/14
159/14 173/9 186/11
took [6]  32/23 40/6
81/13 101/17 102/7
176/16
top [2]  51/23 65/18
topics [1]  61/8
toured [1]  137/25
tours [1]  122/9
toward [3]  15/25 18/13
179/11

Towards [1] 84/9
town [1] 47/14
track [3] 194/18 194/18
training [1] 53/25
tranches [1] 194/3
transcription [1] 198/8
transformation [1]
107/14
transparent [1] 192/14
trauma [1] 167/16
traumatic [2] 166/5
166/7
travel [1] 56/20
traveling [3] 56/19
56/23 57/5
treat [3] 180/14 180/17
186/20
treated [6] 26/16 73/12
89/4 119/4 173/21
180/2
trends [1] 120/4
trial [46] 1/8 2/10 5/19
5/21 6/2 6/5 15/19
15/20 16/1 16/6 16/8
21/23 24/13 26/15
27/25 28/3 28/21
32/12 63/1 66/23
66/24 68/5 71/1 71/14
75/21 75/21 76/1 76/2
89/3 111/6 111/12
111/24 112/18 113/12
113/19 134/18 154/21
156/20 167/25 174/18
180/1 183/15 187/20
191/2 197/9 198/3
trials [6] 16/7 18/7 18/9
156/19 161/2 194/4
tribal [1] 40/14
trick [1] 41/24
tried [1] 187/25
trouble [2] 186/6 186/8
troublesome [1] 49/22
true [5] 101/15 108/22
132/1 178/25 180/16
truthful [1] 18/18
try [19] 3/3 3/9 5/25
15/13 16/11 16/18
16/19 16/23 27/14
30/23 32/10 32/11
49/1 49/2 55/16 103/7
129/13 132/1 154/1
trying [13] 19/24 30/17
30/22 59/21 64/6
78/14 123/12 123/19
157/19 157/20 159/19
174/8 197/9
Tuesday [2] 111/10
112/16
turn [2] 173/25 190/10
TV [8] 45/18 93/8 93/9
93/10 106/1 136/1
149/25 189/10
twice [1] 88/14
Twitter [9] 133/6 145/2
170/6 170/12 171/10
171/11 171/16 171/25
190/1

Q0006-4/13/13
40/23 40/25 41/19
54/10 54/10 55/2 55/4
55/12 57/20 59/14
59/16 59/17 62/5 63/2
71/14 72/4 105/22
112/1 112/2 112/9
126/4 126/9 127/19
127/20 127/24 128/12
135/17 144/1 174/20
174/21 178/15 189/7
192/17 192/21
two-day [2] 192/17
192/21
Tyler [1] 25/4
type [10] 35/17 44/12
52/16 53/24 54/6
59/17 72/15 127/20
151/21 176/24
types [15] 40/1 40/11
53/23 54/23 54/24
73/4 78/4 78/16 78/18
79/19 107/12 110/6
110/13 176/3 184/14
typical [1] 88/15

U

U.S [35] 21/2 21/11
22/1 22/6 22/10 22/12
22/14 22/17 22/20
23/1 23/11 23/17
25/18 25/21 36/1 36/3
36/4 38/7 41/21 50/23
64/3 65/10 67/6 71/13
92/11 105/14 120/5
121/6 122/5 123/25
124/1 143/19 156/25
159/16 161/3
uh [19] 33/22 34/4
52/3 56/23 56/23 64/7
64/7 68/21 69/16
69/20 74/12 77/10
102/17 147/25 149/19
150/12 151/23 160/10
185/12
uh-huh [15] 33/22 34/4
52/3 68/21 69/16
69/20 74/12 77/10
102/17 147/25 149/19
150/12 151/23 160/10
185/12
uh-uh [2] 56/23 64/7
ultimate [1] 150/13
ultimately [1] 16/7
unable [9] 23/3 23/12
27/10 36/14 42/4
65/12 85/12 143/21
181/19
unavailability [1]
192/24
unavoidable [1] 172/9
unbiased [1] 85/20
uncle [1] 52/19
uncomfortable [1]
81/24
under [13] 7/25 8/5 8/8
8/10 14/24 15/2 16/19
73/19 111/15 115/9
191/20 194/2 194/20
undergraduate [14]

Q0006-4/13/13
91/8 107/20 110/3
119/24 120/9 128/4
137/19 141/7 151/11
166/20
underscore [1] 45/16
underscores [1] 45/20
understand [8] 5/22
30/22 45/9 83/16
106/23 119/8 119/12
193/2
understanding [4]
28/19 119/1 194/20
195/12
unduly [1] 75/10
unfortunately [2]
101/15 127/10
Union [1] 69/3
UNITED [22] 1/1 1/2
1/9 1/11 1/14 2/3
17/21 21/6 21/24 24/6
24/17 24/19 24/21
24/23 24/25 25/2 30/4
31/25 39/17 57/17
102/5 131/20
universe [1] 125/25
university [2] 55/1
148/13
unjustified [1] 186/8
unlawfully [1] 21/8
unless [9] 27/2 82/10
100/19 101/24 112/10
143/3 178/8 191/5
197/1
unnecessarily [1] 96/16
unnerved [1] 99/17
unnerving [1] 99/9
unsatisfied [1] 15/23
until [21] 6/8 27/2 41/8
41/8 45/10 45/22
101/24 102/8 110/7
129/21 130/6 133/1
133/8 133/12 135/1
155/11 176/16 189/19
189/20 189/22 198/2
unusual [1] 33/18
143/4
unwilling [1] 27/11
181/20
up [111] 3/5 3/14 3/19
5/7 7/2 7/14 16/3 17/1
17/3 19/4 19/6 20/18
20/20 20/21 29/21
29/24 31/3 31/14
31/17 33/21 34/1
34/10 34/15 36/5 37/5
37/16 37/20 38/8
40/18 41/5 44/19
44/21 45/3 45/4 49/5
49/6 49/10 50/4 52/13
54/17 54/20 55/6
57/12 59/20 59/20
59/22 59/25 60/4
63/15 67/19 67/21
68/20 75/5 79/5 80/1
82/15 87/9 92/5 92/10
92/20 96/9 97/22 98/8
102/25 106/5 108/2
108/17 111/20 112/4

Q0006-4/13/13
118/12 120/24 123/1
123/6 128/20 129/4
132/16 134/14 140/15
143/3 144/25 148/17
153/22 155/5 155/12
156/19 159/17 159/22
159/22 165/15 167/8
168/2 168/14 168/18
169/9 171/7 173/8
173/14 174/18 175/11
182/18 186/5 187/22
191/13 192/11 193/19
194/11 194/14 195/13
195/14
upon [1] 97/14
upper [2] 20/9 20/12
ups [3] 45/25 55/5
91/22
upset [1] 80/22
upsetting [1] 102/5
Urban [1] 43/19
urgently [1] 139/13
us [65] 5/20 6/18 18/15
30/12 32/13 39/22
39/23 39/25 40/10
42/14 44/8 44/12
44/22 45/7 50/24
53/22 54/5 54/16
54/22 55/23 58/24
68/11 77/11 77/20
77/21 84/20 84/21
84/25 86/17 86/20
88/10 93/25 96/1 98/1
107/23 110/5 117/18
120/1 120/6 122/16
131/22 135/21 137/12
137/21 141/13 141/18
148/6 149/9 149/20
151/15 151/15 152/10
153/14 153/15 156/4
156/12 160/23 162/18
162/25 167/1 172/8
176/12 177/9 188/9
188/16
use [2] 3/13 82/9
used [10] 66/5 67/9
71/10 71/13 72/5 72/9
72/10 80/17 122/8
197/16
using [1] 4/18
usually [1] 178/12

V

vague [1] 36/10
valuable [1] 30/22
variety [1] 77/24
various [2] 71/16
145/14
vast [1] 161/1
verdict [5] 75/22 76/3
76/5 76/8 169/24
versus [5] 2/3 17/21
32/1 57/17 131/20
very [95] 2/22 4/7 7/11
15/1 17/16 18/11
23/21 32/2 38/1 44/15
45/24 46/9 47/23
47/24 48/16 53/9
54/20 59/1 61/11 62/4

Q0006-4/13/13
66/10 68/15 69/2 69/3
69/4 69/5 70/24 71/2
72/4 74/21 74/21
81/24 82/3 84/13 88/3
92/9 99/7 99/9 99/20
102/4 103/14 103/19
106/22 106/23 108/25
110/24 112/21 113/14
114/9 114/10 114/13
114/14 114/19 116/25
120/18 121/1 121/16
125/8 126/23 137/9
138/11 142/8 148/23
152/1 152/5 152/9
152/22 153/2 153/7
153/10 153/10 153/14
154/10 154/10 154/11
154/25 155/16 155/19
159/21 167/24 168/10
172/5 174/20 174/21
176/1 177/3 188/1
188/5 191/3 193/22
194/6 197/21
viable [1] 188/24
vice [2] 85/5 141/22
victim [11] 26/8 26/12
53/5 72/25 73/2
126/17 164/24 172/19
173/1 173/20 173/22
video [86] 7/13 7/14
22/11 22/13 29/20
29/23 36/1 36/6 36/15
38/6 38/9 41/20 41/21
41/22 41/25 50/3 50/5
50/6 50/13 50/14
50/15 50/17 51/8 62/6
62/8 62/21 62/22 63/3
68/10 68/13 86/20
86/21 86/22 86/24
87/2 87/8 87/13 87/14
95/6 95/8 95/22 96/24
105/14 105/19 105/22
106/3 106/12 106/16
117/16 117/18 118/10
118/11 118/13 118/18
118/20 118/21 122/15
122/23 123/8 123/15
135/18 135/22 136/19
140/8 140/10 140/14
144/10 144/10 144/10
144/21 145/7 146/7
147/7 149/9 150/18
159/16 160/7 160/18
161/13 167/25 168/22
175/1 175/2 175/3
175/5 175/9
videos [13] 7/13 7/15
29/22 36/9 42/2 42/3
95/11 95/15 105/24
117/21 117/22 118/1
167/14
view [10] 28/7 28/11
103/3 103/11 112/3
116/23 129/14 159/13
193/5 195/6
viewed [1] 49/13
views [2] 56/9 130/16
153/25

**V**

violating [1]  21/1
violence [1]  105/24
violent [3]  43/4 43/7
95/13
Virginia's [1]  195/3
virtually [2]  33/15
33/20
virtue [1]  98/12
visibly [1]  103/9
voice [1]  31/12
voir [7]  1/8 3/1 4/13
17/13 27/21 29/24
30/14
voluntary [1]  184/17
voter [1]  78/1
voters' [1]  78/23
voting [1]  78/1

**W**

wages [1]  59/18
wait [5]  30/24 57/19
91/24 120/19 128/14
waiting [5]  5/21 30/16
57/21 92/1 191/12
walk [7]  21/14 47/5
48/22 110/5 133/23
158/9 158/11
walked [2]  48/13 82/24
walking [1]  46/23
wall [1]  175/4
want [52]  2/12 2/14
2/19 3/14 4/9 4/17 7/7
7/24 19/9 30/21 33/22
34/12 34/16 57/12
57/21 58/9 70/23 74/6
75/7 77/8 77/21 80/11
81/16 82/9 96/15
112/8 112/19 114/1
128/21 129/19 131/8
131/13 132/19 132/24
132/25 133/6 148/4
155/13 163/8 168/8
168/9 186/10 189/22
190/3 190/11 192/8
192/9 195/12 195/15
197/6 197/7 197/25
wanted [9]  3/23 5/4
57/24 61/4 81/11
82/22 132/18 134/10
192/14
wanting [2]  7/8 15/24
wants [4]  40/19 49/6
196/1 197/11
warm [1]  98/14
warmth [1]  98/13
warn [2]  134/6 190/17
was [296]  3/17 4/8
5/10 5/18 5/19 5/19
6/8 6/16 6/24 8/9 8/9
14/22 17/17 22/23
23/9 29/13 30/1 30/3
31/23 34/11 34/21
35/25 36/17 40/4
41/20 44/5 44/20 45/1
45/5 47/19 47/22
47/24 47/24 47/25
48/3 48/5 48/9 48/11
48/15 48/16 49/23

51/5 52/8 52/12 52/16
52/16 53/3 56/4 56/8
57/15 58/7 59/15
59/15 59/16 59/17
61/2 61/5 61/13 62/17
65/6 65/8 65/20 66/10
67/12 67/14 68/15
68/15 68/17 69/4
71/13 73/1 73/7 75/22
76/1 76/2 76/6 76/13
76/16 76/16 76/17
76/21 80/3 80/5 80/22
81/1 81/23 81/24 82/8
82/8 82/14 82/16
82/17 82/23 83/8
83/11 86/24 86/24
87/2 87/4 88/24 91/7
91/8 91/13 91/14
91/15 93/5 93/8 93/10
93/13 94/1 94/1 94/5
94/5 94/13 94/14
95/14 95/14 95/19
96/10 97/25 99/9
99/22 102/4 102/22
103/2 103/15 104/7
104/8 105/22 105/23
106/4 106/23 106/25
107/5 107/20 108/3
108/16 109/10 109/18
110/2 111/5 111/21
112/22 113/12 113/14
113/15 113/21 116/6
116/22 117/2 118/14
119/24 120/24 121/3
122/8 122/20 122/21
123/12 124/8 125/8
125/15 126/14 126/21
126/25 127/5 127/5
128/4 128/9 131/18
132/4 135/8 135/9
135/10 135/18 135/24
136/2 136/4 136/6
136/7 136/23 137/12
137/18 137/22 140/8
140/11 140/12 141/6
143/10 143/17 143/25
144/1 144/2 144/3
144/5 144/10 144/12
144/13 144/13 145/4
145/8 146/23 146/24
146/24 147/20 148/9
149/12 149/22 150/19
152/15 153/6 153/7
153/10 153/16 153/19
154/15 154/21 155/1
155/1 155/7 155/10
155/17 156/18 156/19
156/20 157/16 158/10
158/16 158/20 158/21
159/14 159/18 160/5
166/5 166/20 167/5
167/10 167/15 168/17
169/2 169/3 169/8
169/13 170/18 170/24
172/23 173/1 173/3
173/4 173/12 173/18
173/20 174/1 174/5
174/7 174/11 174/15

176/21 178/21 179/15
179/25 180/6 180/19
181/15 181/22 182/2
183/4 183/13 183/23
184/15 184/16 184/23
185/3 185/9 185/11
185/13 185/14 185/15
185/17 185/19 186/1
186/2 186/2 186/3
186/8 187/24 188/6
192/25 193/24 194/15
195/16
Washington [6]  1/4
1/19 1/23 154/11
171/12 198/14
Washington, [4]  99/6
99/14 100/19 120/12
Washington, D.C [4]
99/6 99/14 100/19
120/12
wasn't [8]  59/21 73/8
99/5 99/12 109/17
129/12 149/22 186/7
waste [1]  30/22
watch [4]  134/15
169/23 190/23 190/25
watched [26]  22/11
22/13 36/1 38/6 41/20
50/3 68/16 69/4 70/12
70/13 86/19 93/7 93/9
95/6 105/14 106/1
114/10 114/10 114/11
117/16 117/22 135/18
152/19 159/16 161/1
167/19
watching [5]  36/9
68/15 68/16 122/18
161/3
way [44]  3/18 7/23
19/4 19/18 28/15
32/11 32/24 34/14
37/1 40/10 42/20
48/10 48/18 52/2 52/5
53/16 54/4 68/24
73/12 74/2 74/25 75/6
81/12 87/15 89/1
95/17 100/20 117/23
125/11 129/5 131/10
144/6 144/8 145/13
154/25 159/23 165/23
171/14 172/2 175/25
182/4 186/20 197/8
197/13
ways [1]  154/3
we [350]  2/9 2/10 2/14
2/25 3/2 3/5 3/7 3/9
3/10 3/11 3/16 4/10
4/12 4/12 4/14 4/18
4/18 4/22 5/1 5/19 6/2
6/2 6/3 6/4 7/1 7/10
7/19 7/23 8/4 8/7
14/23 15/21 15/21
15/25 16/2 16/5 16/8
17/14 17/20 17/25
18/3 18/7 18/25 19/4
19/6 19/15 19/18
19/22 19/24 29/23
30/7 30/13 30/15

30/17 30/18 30/20
30/20 30/21 30/23
30/23 30/25 31/7
31/10 31/11 31/12
31/19 31/20 31/24
32/2 34/23 35/12
37/19 37/24 40/22
41/1 41/10 41/10
44/21 44/24 45/11
45/12 46/3 46/4 46/17
48/22 49/8 55/12 56/6
57/5 57/11 57/13
57/14 57/16 57/19
57/20 57/22 57/23
58/5 58/14 58/15
60/20 60/22 60/25
61/3 61/4 61/8 61/8
61/11 61/14 64/15
64/16 65/16 65/16
67/17 69/15 71/7
71/21 71/25 72/14
72/15 73/8 74/4 74/4
74/5 74/8 74/9 74/12
74/13 74/13 74/20
74/23 74/25 75/14
75/15 76/16 78/2 79/4
79/6 80/9 81/20 81/22
81/23 82/21 83/16
83/17 83/18 83/19
84/11 85/1 85/6 86/10
88/19 91/23 91/25
94/3 97/14 97/14
97/19 97/22 98/10
98/17 100/1 100/3
100/5 101/13 102/3
103/12 103/16 105/7
105/8 105/17 108/7
108/22 109/1 110/17
110/18 110/19 111/11
111/25 112/5 112/6
112/9 112/12 112/24
112/24 113/22 114/16
116/17 116/18 116/24
117/3 120/18 120/19
121/25 122/1 124/4
128/13 128/16 128/16
128/20 128/23 129/1
129/1 129/3 129/3
129/6 129/10 129/10
129/13 129/15 129/16
129/19 129/19 129/20
129/24 130/3 130/5
130/5 130/7 130/8
130/9 130/9 130/11
130/12 130/14 130/14
130/17 130/21 130/24
130/24 131/1 131/1
131/5 131/10 131/12
131/16 131/16 131/19
131/22 132/2 132/3
132/7 132/16 132/18
132/23 132/25 134/20
134/25 138/5 138/9
138/10 142/1 142/2
142/4 142/5 142/5
143/5 145/12 148/19
148/20 149/14 150/17
152/2 152/2 152/3

30/17 30/18 30/20
30/20 30/21 30/22
30/23 30/25 31/7
31/10 31/11 31/12
31/19 31/20 31/24
32/2 34/23 35/12
37/19 37/24 40/22
41/1 41/10 41/10
44/21 44/24 45/11
45/12 46/3 46/4 46/17
48/22 49/8 55/12 56/6
57/5 57/11 57/13
57/14 57/16 57/19
57/20 57/22 57/23
58/5 58/14 58/15
60/20 60/22 60/25
61/3 61/4 61/8 61/8
61/11 61/14 64/15
64/16 65/16 65/16
67/17 69/15 71/7
71/21 71/25 72/14
72/15 73/8 74/4 74/4
74/5 74/8 74/9 74/12
74/13 74/13 74/20
74/23 74/25 75/14
75/15 76/16 78/2 79/4
79/6 80/9 81/20 81/22
81/23 82/21 83/16
83/17 83/18 83/19
84/11 85/1 85/6 86/10
88/19 91/23 91/25
94/3 97/14 97/14
97/19 97/22 98/10
98/17 100/1 100/3
100/5 101/13 102/3
103/12 103/16 105/7
105/8 105/17 108/7
108/22 109/1 110/17
110/18 110/19 111/11
111/25 112/5 112/6
112/9 112/12 112/24
112/24 113/22 114/16
116/17 116/18 116/24
117/3 120/18 120/19
121/25 122/1 124/4
128/13 128/16 128/16
128/20 128/23 129/1
129/1 129/3 129/3
129/6 129/10 129/10
129/13 129/15 129/16
129/19 129/19 129/20
129/24 130/3 130/5
130/5 130/7 130/8
130/9 130/9 130/11
130/12 130/14 130/14
130/17 130/21 130/24
130/24 131/1 131/1
131/5 131/10 131/12
131/16 131/16 131/19
131/22 132/2 132/3
132/7 132/16 132/18
132/23 132/25 134/20
134/25 138/5 138/9
138/10 142/1 142/2
142/4 142/5 142/5
143/5 145/12 148/19
148/20 149/14 150/17
152/2 152/2 152/3

154/2 154/6 155/18
156/6 160/2 160/6
162/6 165/13 167/25
168/9 168/13 168/14
170/19 170/25 173/7
176/19 177/1 177/2
177/22 178/16 178/17
183/2 183/2 183/10
183/11 185/2 185/5
187/5 188/7 188/11
188/11 188/12 188/16
188/17 188/18 188/19
188/19 188/12 189/16
189/21 190/9 191/11
191/13 191/18 191/19
193/5 193/25 194/1
194/1 194/2 194/6
194/7 194/10 194/10
194/11 194/14 194/14
194/15 194/16 194/18
194/18 194/18 194/21
194/22 194/23 195/6
195/6 195/9 195/9
195/13 196/4 196/4
196/6 196/14 197/1
197/8 197/25 198/1
198/2
we're [3]  74/22 78/14
131/2
we've [4]  71/20 94/10
129/16 194/16
wealth [1]  167/13
wearing [2]  169/2
169/4
wedding [2]  104/7
104/8
Wednesday [2]  112/10
192/18
week [29]  6/13 6/24
7/18 17/1 28/22 28/24
46/24 56/10 56/11
60/7 84/12 84/20
84/21 85/7 101/3
101/5 111/1 111/3
111/6 111/10 111/13
112/6 113/8 113/12
122/9 156/19 190/16
192/18 195/9
weekend [1]  195/17
weeks [1]  59/16
weeks' [1]  101/6
weighing [2]  16/21
17/6
weight [4]  26/18 89/6
180/4 180/5
Weiss [3]  25/2 29/15
30/3
welcome [1]  18/2
well [112]  2/7 2/22
2/25 4/7 5/18 5/19
6/10 15/1 17/5 17/13
17/16 17/23 23/20
23/21 32/2 32/21 41/8
44/6 45/24 46/5 46/9
47/12 47/13 52/12
54/17 59/1 61/11 62/4
62/9 64/2 64/18 65/4
65/16 68/14 69/10

well... [77]  72/13 74/2
75/24 76/1 92/9 92/9
94/17 95/17 99/5
99/24 100/4 101/11
102/6 103/3 103/14
108/25 110/16 112/4
112/21 116/25 117/23
117/25 120/9 120/18
121/16 123/14 127/19
129/2 131/13 135/23
136/13 137/2 137/9
137/20 137/23 143/9
146/3 149/20 150/13
150/25 152/1 152/19
153/12 154/19 155/10
155/10 155/16 157/14
159/17 161/6 162/24
163/2 163/7 166/6
166/24 168/4 171/12
174/19 175/13 176/2
177/17 177/19 178/2
178/7 178/23 179/14
179/15 183/19 185/14
186/4 186/24 188/5
191/13 193/22 194/23
195/5 196/3
went [15]  66/19 66/25
77/16 89/13 89/15
111/13 111/14 120/15
125/23 136/1 137/12
137/24 165/25 186/25
197/12
were [79]  4/24 5/18
16/5 17/1 20/4 20/11
21/25 30/8 44/10
47/14 47/20 47/21
48/12 48/13 54/17
61/4 62/13 65/23
65/25 66/3 66/5 66/7
72/14 73/8 74/4 76/16
77/5 77/5 91/17 93/3
93/11 94/1 94/6 94/9
99/8 99/16 111/17
113/1 113/10 117/24
118/16 119/1 119/1
136/1 142/16 144/22
145/19 146/3 146/8
149/7 149/20 149/20
153/9 153/11 156/19
156/24 157/2 157/7
157/15 158/15 158/19
160/8 160/9 165/18
165/19 165/20 167/2
168/25 170/11 175/7
177/2 179/3 184/17
184/17 184/24 194/2
194/3 194/4 194/20
weren't [2]  76/15 97/15
west [2]  1/12 161/5
what [323]  2/24 16/18
17/11 18/10 22/11
22/14 28/25 30/7
31/11 33/25 35/16
36/1 36/9 37/6 37/9
37/12 38/7 38/14
39/13 40/9 40/12
41/10 41/20 42/6
42/20 42/22 43/2 43/3

44/5 44/25 45/8 45/11
45/12 45/15 45/17
47/17 47/19 47/25
49/15 49/23 50/4
50/15 50/16 50/24
51/9 52/16 53/19
53/22 53/23 54/14
54/17 54/23 54/24
56/18 58/6 58/6 59/9
59/11 62/6 62/7 62/9
62/12 63/15 63/17
66/7 66/25 67/1 67/17
68/5 68/12 68/12
68/17 69/6 69/7 70/5
70/5 70/8 70/9 70/10
70/25 71/1 71/3 71/25
75/22 75/22 75/25
76/5 76/16 77/4 77/17
77/22 78/16 78/18
79/2 80/16 81/10
82/17 83/1 83/2 83/17
84/15 84/15 84/20
85/21 86/20 86/21
87/2 87/14 87/23 88/1
88/11 88/11 89/20
90/15 90/17 91/4 91/7
93/7 93/7 94/1 94/1
94/9 94/13 94/18
94/19 95/6 95/8 95/14
97/8 97/22 99/3 99/17
99/24 100/13 100/21
100/23 101/13 102/1
102/4 102/10 103/3
103/11 104/12 105/5
105/14 105/20 106/25
107/8 107/12 107/18
107/20 107/24 109/25
110/2 110/13 111/1
111/2 111/22 112/17
112/21 113/1 114/3
114/15 115/9 116/5
115/16 117/18 117/19
118/14 119/24 120/1
120/6 121/13 122/15
123/9 123/10 123/14
123/15 125/20 126/20
127/16 128/1 128/4
129/9 129/9 130/3
130/12 130/16 132/6
132/9 132/13 135/19
135/21 135/22 135/25
136/2 136/3 136/3
136/5 136/9 136/11
136/14 136/18 137/1
137/2 137/12 137/18
137/22 138/6 138/21
140/8 140/10 140/19
141/4 141/6 141/13
141/16 141/19 141/24
143/25 144/10 144/10
144/19 145/13 145/15
146/8 147/7 147/20
148/14 149/9 149/10
150/4 150/25 151/9
151/11 151/17 152/16
154/17 155/12 156/12
156/19 156/21 157/4
157/10 157/19 157/20

158/14 158/21 159/16
160/7 160/19 160/19
160/19 160/24 160/25
161/12 161/13 161/14
162/18 162/25 163/9
163/22 164/10 165/6
165/10 165/24 166/18
166/20 167/1 167/5
168/2 169/17 169/17
170/3 170/8 171/11
173/3 174/3 175/2
175/3 175/14 175/20
175/23 175/24 176/3
176/6 176/9 176/15
177/14 179/1 179/3
182/7 182/9 183/10
183/17 183/19 184/1
184/5 184/5 184/12
184/14 184/22 184/24
185/17 185/17 186/1
186/25 187/10 187/17
188/10 191/22 192/15
193/1 193/5 195/22
196/10
what's [31]  4/3 37/10
43/24 44/1 45/13
45/13 54/11 62/25
68/5 71/23 71/24
77/12 90/23 91/1
107/15 109/22 112/2
116/23 119/18 141/1
142/16 145/1 147/17
151/6 152/16 160/4
172/13 176/7 180/10
193/3 195/5
whatever [65]  23/3
23/4 23/13 23/13
36/14 36/15 36/24
36/25 36/25 38/15
42/5 42/5 50/13 50/13
50/16 51/10 55/16
62/23 63/21 66/18
66/19 69/23 69/25
69/25 70/20 81/4 81/5
86/25 87/12 87/14
92/15 94/20 94/22
106/12 106/13 106/14
106/15 114/3 114/4
116/7 116/8 119/6
119/13 121/8 121/8
123/16 137/3 137/4
140/18 140/21 143/22
143/22 145/17 145/18
146/13 149/12 150/21
161/20 161/20 161/21
169/25 171/6 175/13
175/15 189/12
whatnot [1]  160/8
when [67]  2/25 3/2
5/19 6/10 6/11 17/14
19/14 20/16 20/16
27/20 30/13 30/13
30/25 31/3 31/6 31/14
31/17 31/19 44/9
44/25 45/6 46/5 47/23
51/23 56/9 57/14 69/4
82/23 91/10 91/11
91/12 91/14 93/15

110/19 113/9 113/11
120/8 120/16 122/20
123/19 128/9 131/16
135/25 136/14 140/12
142/4 143/5 146/1
153/16 156/18 156/19
156/19 157/3 157/19
169/22 170/15 171/3
179/4 182/13 182/18
184/13 189/4 190/2
190/9
whenever [1]  5/19
where [41]  19/4 20/20
31/2 34/24 38/22 41/6
46/5 47/14 59/6 59/22
62/17 72/13 81/7 81/8
86/11 96/2 107/24
109/14 111/25 118/15
120/16 130/14 132/14
133/17 134/3 145/8
146/23 156/17 161/8
168/8 168/10 176/13
177/2 177/16 179/5
179/6 185/5 185/14
186/1 190/13 191/11
whether [80]  5/17 5/23
15/6 15/9 15/10 15/10
15/12 15/13 15/15
16/11 16/19 29/1
36/22 38/6 41/20
48/16 48/24 49/24
62/20 65/19 66/17
67/3 69/22 69/23
69/24 70/1 75/5 75/7
81/14 85/14 86/3 86/6
88/25 97/1 100/21
106/17 108/7 115/24
115/24 118/20 125/11
126/15 130/8 130/9
130/16 135/18 135/19
136/25 145/16 146/12
150/17 154/5 154/15
159/19 159/25 160/12
161/22 163/8 163/8
163/9 164/2 164/22
166/8 168/5 170/19
171/4 174/22 175/14
183/3 186/13 189/9
189/10 189/10 191/11
193/5 194/10 194/11
194/13 195/6 197/13
which [44]  4/17 15/11
18/1 28/15 32/12 38/6
41/20 45/3 50/3 50/12
55/3 60/10 60/13
65/19 74/9 81/12
85/10 85/11 92/24
101/2 106/3 111/3
116/5 116/6 118/11
120/11 123/4 135/8
140/22 144/2 145/12
146/20 146/21 153/8
154/13 154/15 155/10
170/13 171/16 174/25
182/4 193/12 193/18
196/23
while [10]  6/25 18/8
21/9 57/20 59/21 61/4

121/14 151/19
169/20
white [10]  43/3 43/8
74/8 74/13 78/7 79/3
79/9 79/9 79/11 79/14
Whitmer [3]  195/22
196/23 196/24
who [108]  8/6 17/24
19/23 24/19 24/21
24/23 24/25 25/2 25/4
29/23 31/4 31/11
33/15 33/20 35/13
35/14 35/15 38/22
38/24 42/15 43/4
48/15 52/9 52/18 53/6
58/3 69/2 71/8 71/12
73/8 79/5 81/21 81/22
82/8 85/3 85/8 87/21
89/13 89/13 89/13
90/8 92/10 92/23 93/9
95/12 95/13 95/19
97/19 97/20 99/13
99/25 100/5 104/4
104/5 106/22 108/19
109/11 109/11 117/24
119/1 123/23 124/8
124/21 124/21 124/25
125/17 125/25 126/5
126/17 126/25 130/11
131/23 131/24 135/9
135/11 142/22 143/2
144/22 149/24 153/19
162/13 164/5 164/5
164/6 164/7 164/8
164/12 164/24 167/20
169/2 169/3 171/19
172/1 172/21 173/18
174/1 177/17 178/2
178/13 179/9 179/17
180/24 184/22 185/1
187/10 187/13 191/19
196/13
who's [5]  52/18 52/19
72/1 136/14 164/16
whoa [3]  63/11 63/11
63/11
whoever [1]  4/15
whole [10]  48/6 49/20
51/12 61/8 65/5 69/11
114/11 139/20 187/20
188/17
whom [1]  133/10
whose [1]  24/17
why [37]  4/18 18/1
19/11 19/15 32/13
33/7 47/19 47/19 56/6
57/11 57/13 59/4 64/1
68/11 81/13 84/6
84/22 85/14 99/6
100/17 100/20 101/2
102/16 111/20 122/16
130/24 130/24 131/11
150/10 153/15 154/13
154/14 181/6 181/21
188/22 189/6 196/25
will [154]  2/13 2/14
2/25 3/3 3/6 3/7 3/10
3/11 3/11 4/1 4/1 4/22
4/23 8/7 8/7 17/11

will... [138] 17/12
17/13 17/15 18/25
18/25 19/3 19/3 19/4
19/5 19/13 19/15 20/1
20/18 20/21 20/23
21/23 22/22 23/7 23/7
26/14 27/3 27/7 27/8
27/19 28/8 28/23
29/22 29/23 30/7
30/11 30/12 30/23
31/2 31/2 31/3 31/5
31/6 31/19 31/20
32/10 34/24 35/1
37/19 37/24 41/2
41/10 45/3 45/12 46/4
46/17 49/5 50/2 50/11
56/6 57/5 57/8 57/14
60/13 60/20 61/11
61/19 63/20 64/19
65/6 65/16 67/17
83/16 83/18 86/10
86/11 86/12 89/2
90/22 91/24 93/8
97/17 97/22 97/23
98/18 100/10 100/10
100/11 103/18 105/17
106/21 107/5 108/9
109/1 110/18 111/4
111/9 111/10 112/16
112/17 112/18 112/24
114/17 118/25 119/7
121/2 122/14 124/4
128/16 130/22 131/11
131/12 131/15 131/16
134/25 139/23 140/22
142/5 142/5 143/14
143/16 152/2 155/20
159/8 166/9 170/21
181/17 186/24 188/9
188/12 188/23 189/6
189/12 191/11 191/12
191/13 193/11 193/12
193/14 197/3 197/4
197/5 197/19 197/25
Williams [1]  42/23
willing [5]  6/22 18/6
134/25 155/20 191/4
window [3]  7/15
193/12 193/17
windows [1]  87/5
within [3]  64/4 78/15
110/11
without [9]  54/4 75/25
76/5 133/3 178/10
178/18 188/20 189/25
198/1
witness [24]  26/8
26/12 26/17 26/18
26/19 53/5 60/24
72/25 89/5 89/6 89/7
96/11 126/17 139/16
146/21 164/24 172/19
180/3 180/5 180/6
180/15 186/19 192/20
193/6
witness's [1]  192/23
witnessed [4]  53/8
53/10 53/11 68/17

witnesses [1]  2/5
2/18 15/8 16/3 24/13
24/14 24/16 29/15
51/17 81/21 88/20
95/19 95/25 133/11
133/22 135/9 146/21
witnessing [1]  53/14
woman [3]  34/12 82/1
176/22
women [1]  118/15
won [1]  174/10
won't [9]  19/15 31/5
60/22 65/17 112/24
138/10 164/10 182/25
194/6
Wong [1]  124/23
word [3]  80/17 132/1
142/20
words [2]  166/7 192/2
work [125]  22/5 22/8
25/14 32/15 32/20
33/13 33/15 33/18
37/7 38/23 40/11
44/13 46/19 54/1 54/6
54/7 54/23 58/2 59/9
59/11 59/14 59/19
59/25 59/25 60/7
60/14 66/5 67/5 72/5
72/7 72/11 72/15
72/16 74/11 74/13
74/18 77/24 77/25
78/14 78/14 79/6
79/22 79/23 84/9
84/12 84/15 84/17
85/7 88/8 88/15 88/16
90/1 90/12 92/17
92/21 92/24 92/25
93/3 93/15 93/22 94/3
94/5 94/19 95/16
96/17 101/5 101/8
101/9 101/12 104/20
104/21 104/23 105/2
107/12 107/13 107/24
109/14 110/9 110/14
110/15 112/24 120/1
120/13 122/10 124/13
125/3 125/4 126/5
126/6 126/7 127/10
127/17 127/20 128/1
142/18 142/18 142/24
143/3 149/13 149/15
149/21 158/4 162/21
163/5 165/8 165/11
165/13 165/20 171/5
171/9 171/17 173/7
176/3 176/13 176/24
177/24 178/1 178/5
180/20 181/4 181/7
182/13 182/18 184/14
191/10
workday [1]  93/13
worked [38]  6/19 25/15
26/2 26/2 35/12 35/13
38/22 42/13 42/14
44/15 52/14 54/25
55/2 71/9 72/2 72/14
72/16 74/8 79/11 82/2
88/5 107/24 107/25
109/11 109/15 110/8

workers [1]  2/5
127/24 148/8 148/9
151/18 167/3 167/4
176/13 176/17 176/18
workers' [2]  78/4 78/22
working [27]  6/25
15/25 33/14 33/19
44/9 47/20 47/21
47/22 59/21 61/16
65/21 67/23 78/1
78/24 84/24 88/21
91/15 93/5 105/23
108/8 120/17 125/11
153/7 158/19 158/20
170/15 171/6
workplace [1]  126/21
works [21]  2/25 18/21
18/21 26/19 42/22
83/6 87/24 88/4 88/19
89/7 89/9 89/17 89/22
90/5 92/10 97/21
104/25 164/12 178/3
180/6 187/21
world [2]  45/11 197/17
worry [1]  134/23
worth [2]  157/17
157/18
would [149]  3/5 3/14
3/25 4/15 5/12 5/15
6/6 6/25 7/1 7/5 15/14
16/5 16/8 16/24 16/25
17/2 21/13 23/2 23/2
23/12 26/21 28/1 28/5
28/6 28/9 28/11 28/22
29/5 29/6 31/9 31/13
32/12 32/13 32/13
33/18 33/21 34/16
35/23 36/13 38/14
39/7 39/8 39/10 42/4
43/7 44/21 44/23
44/24 48/19 50/14
51/1 51/3 59/4 60/14
61/8 71/15 75/3 75/6
75/7 75/9 75/14 75/15
76/11 77/8 78/22 80/4
80/6 80/22 81/4 82/9
83/3 83/14 84/6 84/8
84/12 84/21 84/22
84/22 85/2 85/4 85/8
85/12 85/15 87/22
89/10 96/2 98/7 99/19
99/23 99/23 100/1
100/24 101/2 101/25
102/1 102/12 103/7
109/13 110/25 111/15
111/16 111/17 112/10
113/7 118/22 121/14
129/10 129/15 129/25
132/5 136/11 137/1
139/9 139/11 139/13
143/13 143/21 146/1
149/24 152/24 157/17
163/1 167/19 167/23
169/17 169/18 170/11
170/13 171/16 178/19
180/1 180/8 180/15
180/16 181/16 181/25
183/4 183/7 183/14
183/18 186/10 186/18

192/12 196/5 196/16
196/20
wouldn't [17]  50/15
51/4 75/17 82/10
90/13 111/18 112/1
114/2 114/7 114/7
116/6 121/7 121/11
144/6 171/2 172/2
180/14
wrap [2]  132/16 195/14
write [23]  19/9 19/10
19/19 20/8 20/11
21/20 21/21 21/22
22/2 22/3 24/10 25/7
25/22 26/2 26/12
26/24 27/12 27/16
28/20 81/1 133/3
134/7 189/25
writing [4]  18/24 18/25
31/11 65/11
written [4]  34/9 34/15
35/11 65/5
wrong [3]  18/17 102/21
116/19
wrote [5]  19/16 53/3
56/7 113/13 152/14

Y

yeah [53]  32/23 36/12
36/19 44/11 47/4
47/22 51/20 54/18
56/21 60/9 65/14 72/9
72/13 73/10 73/21
74/20 75/1 75/19
76/13 79/22 83/6
85/24 87/18 93/10
93/24 93/24 94/12
94/14 94/16 96/7 97/7
102/20 102/23 104/16
118/18 124/16 131/12
136/17 136/23 137/23
143/25 144/5 144/6
145/1 146/18 148/6
148/12 174/14 182/23
184/11 185/7 185/9
185/24
year [12]  7/19 15/19
15/20 84/10 90/22
91/14 91/15 93/17
93/18 93/18 122/9
186/6
years [21]  39/1 40/3
40/13 40/14 43/12
43/23 54/10 55/2 55/4
67/22 67/25 88/6
120/10 120/17 127/21
128/12 138/1 166/13
176/14 185/11 185/16
yes [175]  2/15 14/25
19/8 19/9 19/10 19/11
19/12 19/14 19/16
21/20 22/25 27/7 25/22
26/24 29/23 32/18
32/19 36/20 37/4 38/5
38/12 38/19 38/21
39/21 42/12 42/17
44/17 45/19 45/23
47/16 48/7 49/4 49/19
50/3 50/22 51/15

56/15 58/25 62/19
63/23 65/14 65/19
66/21 67/3 67/16 69/1
69/12 70/4 70/23 71/6
71/21 73/25 75/19
77/15 78/19 79/1
79/13 79/15 79/17
82/19 83/10 84/14
85/10 86/23 90/2 90/7
90/10 91/19 91/21
93/14 93/20 98/15
104/9 104/11 104/19
105/1 105/13 109/17
109/21 115/8 115/13
116/5 116/9 116/14
117/13 118/8 118/19
119/9 119/16 119/23
120/22 121/15 123/21
125/14 125/16 125/19
127/2 127/24 131/4
135/6 135/13 135/15
135/23 136/21 137/8
137/17 138/4 138/19
138/20 140/25 141/12
141/21 145/10 146/20
147/1 147/4 148/4
151/24 151/25 154/8
154/18 154/20 156/11
156/16 157/5 157/9
158/6 158/20 158/24
160/15 160/17 160/22
161/10 161/18 162/1
162/5 162/12 163/6
164/18 164/21 165/2
165/17 165/21 166/1
166/17 166/24 166/25
170/3 170/10 170/16
171/13 172/16 172/20
173/2 173/11 173/19
173/24 175/1 176/25
177/24 179/2 180/22
180/23 181/3 181/15
181/21 182/6 182/20
183/8 184/19 192/10
197/21
yesterday [1]  158/10
yet [1]  188/18
York [5]  87/25 89/17
89/18 89/24 144/14
you [1582]  2/13 2/13
2/19 2/24 3/4 3/4 3/4
3/5 3/7 3/13 3/20 3/21
3/22 4/1 4/23 5/2 5/8
5/18 5/23 6/5 6/5 6/10
6/10 7/4 7/5 7/7 7/21
7/24 7/25 17/8 17/24
17/24 18/1 18/2 18/3
18/6 18/15 18/16
18/17 18/18 18/19
18/22 18/23 18/25
19/3 19/3 19/7 19/9
19/9 19/14 19/15
19/16 19/19 19/20
19/21 19/21 19/24
20/2 20/5 20/5 20/8
20/11 20/15 20/17
20/18 20/18 20/21
20/21 20/23 21/13

Y

you... [1512] 21/14
21/15 21/18 21/20
21/21 21/21 21/22
21/23 21/25 22/4 22/7
22/11 22/13 22/16
22/19 23/2 23/2 23/3
23/4 23/12 23/13
23/14 23/19 23/20
23/24 24/2 24/3 24/10
24/14 24/15 25/6 25/6
25/9 25/12 25/25 26/5
26/20 26/22 27/3 27/6
27/7 27/8 27/10 27/10
27/15 27/15 27/18
27/19 27/20 27/21
27/21 27/22 27/23
27/23 27/24 28/2 28/4
28/5 28/7 28/8 28/10
28/11 28/13 28/18
28/23 29/3 29/4 29/5
29/5 29/7 29/8 29/8
29/11 29/19 29/20
29/22 29/25 30/8
30/11 30/12 30/12
30/13 30/14 30/21
30/23 30/25 31/1 31/2
31/3 31/4 31/5 31/6
31/6 31/7 31/9 31/11
31/13 31/14 31/14
31/17 31/20 31/21
32/6 32/7 32/9 32/12
32/17 32/25 33/11
33/12 33/12 33/16
33/19 33/24 34/23
34/24 35/1 35/2 35/3
35/7 35/10 35/11
35/22 35/25 36/1 36/2
36/5 36/10 36/13
36/14 36/15 36/21
36/22 36/23 36/24
36/25 36/25 37/3 37/6
37/9 37/10 37/19
37/19 37/22 37/23
38/1 38/2 38/5 38/6
38/8 38/9 38/13 38/13
38/15 38/20 38/21
38/22 39/7 39/13
39/22 39/22 39/24
39/25 40/1 40/11
40/23 40/23 41/1 41/1
41/2 41/6 41/10 41/10
41/12 41/15 41/18
41/20 41/22 42/3 42/4
42/5 42/6 42/6 42/9
42/9 42/12 42/13
42/14 42/16 42/19
43/7 43/9 43/14 43/14
43/17 43/22 43/24
44/1 44/5 44/9 44/22
45/2 45/6 45/6 45/7
45/7 45/8 45/10 45/14
45/14 45/15 45/15
45/15 45/16 45/16
45/17 45/17 45/20
46/4 46/4 46/8 46/12
46/15 46/17 46/20
46/25 46/25 47/2 47/2
47/6 47/12 47/14

47/18 47/19 47/20
47/21 48/5 48/16
48/18 48/18 48/19
48/19 48/21 48/21
48/22 48/23 48/24
48/24 49/2 49/2 49/3
49/3 49/11 49/12
49/14 49/14 49/14
49/24 49/24 50/3 50/3
50/5 50/5 50/10 50/12
50/13 50/13 50/14
50/15 50/15 50/16
50/16 50/21 50/22
50/22 50/24 51/4 51/5
51/6 51/9 51/9 51/11
51/16 51/18 51/18
51/21 51/23 52/5 52/5
52/9 52/24 53/2 53/4
53/6 53/7 53/8 53/11
53/15 53/19 53/22
53/23 54/5 54/6 54/9
54/11 54/14 54/16
54/20 54/21 54/22
54/24 55/7 55/13
55/17 55/17 55/22
55/25 56/1 56/4 56/7
56/8 56/9 56/12 56/14
57/5 57/5 57/7 57/7
57/8 57/9 58/6 58/12
58/23 59/2 59/5 59/11
59/24 59/25 59/25
59/25 60/6 60/6 60/7
61/12 61/14 61/15
61/19 61/20 62/1 62/6
62/7 62/8 62/12 62/13
62/16 62/20 62/21
62/21 62/23 63/1 63/3
63/6 63/6 63/12 63/15
63/17 63/18 63/19
63/20 63/24 63/24
64/1 64/6 64/12 64/14
64/15 64/16 64/17
64/18 64/19 64/20
64/21 65/1 65/6 65/9
65/11 65/11 65/12
65/12 65/18 65/19
66/9 66/10 66/11
66/11 66/11 66/14
66/15 66/17 66/17
66/18 66/22 66/25
67/2 67/2 67/4 67/7
67/13 67/19 67/21
67/25 67/25 68/1 68/9
68/11 68/12 68/12
68/18 68/23 68/23
69/10 69/10 69/13
69/14 69/18 69/21
69/22 70/1 70/3 70/3
70/7 70/7 70/9 70/10
70/14 70/16 70/20
70/20 70/20 71/2 71/4
71/5 71/9 71/15 71/18
71/18 72/1 72/5 72/7
72/12 72/19 73/4 73/5
73/11 73/12 73/17
73/19 73/19 73/23
74/1 74/2 74/3 74/5
74/21 74/22 74/23

75/6 75/7 75/10 75/12
75/13 75/15 75/18
75/20 76/3 76/11
76/17 76/19 76/23
76/24 76/25 77/4 77/4
77/8 77/12 77/20
77/21 78/1 78/2 78/3
78/9 78/22 78/24 79/2
79/8 79/8 79/10 79/11
79/12 79/19 80/10
80/11 81/1 81/12
81/13 82/9 82/10
82/15 82/21 82/22
83/4 83/8 83/16 83/20
83/21 83/24 83/25
84/2 84/4 84/7 84/13
84/15 84/21 85/3 85/7
85/10 85/11 85/11
85/12 85/13 85/14
85/15 85/23 86/9
86/10 86/11 86/11
86/11 86/12 86/13
86/16 86/19 86/20
86/21 86/22 87/2 87/7
87/12 87/12 87/13
87/14 87/15 87/19
87/20 88/7 88/8 88/10
88/11 88/21 88/21
88/25 88/25 89/8
89/10 89/12 89/13
89/25 90/3 90/6 90/8
90/12 90/13 90/15
90/17 90/21 90/23
91/1 91/10 91/11
91/12 91/12 91/17
91/18 91/23 91/24
92/1 92/1 92/3 92/6
92/10 92/14 92/16
92/20 92/24 93/3 93/6
93/7 93/8 93/15 93/21
94/2 94/9 94/18 94/19
94/20 94/20 94/21
94/22 94/25 94/25
94/25 95/5 95/6 95/6
95/7 95/8 95/8 95/9
95/9 95/10 95/17
95/18 95/20 95/20
95/20 96/1 96/1 96/2
96/23 97/1 98/1 98/2
98/2 98/3 98/3 98/8
98/14 98/16 98/17
98/18 98/20 98/23
99/3 99/3 99/4 99/16
99/17 99/18 100/2
100/5 100/5 100/6
100/8 100/9 100/9
100/11 100/13 100/13
100/19 100/20 100/20
100/21 100/23 101/1
101/3 101/12 101/12
101/17 101/17 101/18
101/20 101/22 101/25
102/2 102/11 102/11
102/14 102/15 103/5
103/7 103/12 103/16
103/17 103/17 103/18
103/19 103/25 104/3
104/4 104/22 105/2

105/13 105/13 105/14
105/15 105/19 105/20
106/2 106/3 106/8
106/11 106/12 106/13
106/14 106/14 106/15
106/16 106/17 106/19
106/19 107/1 107/5
107/8 107/8 107/12
107/16 107/24 107/24
107/24 108/18 108/25
109/1 109/2 109/2
109/6 109/7 109/10
109/10 109/14 109/17
109/20 109/23 110/5
110/6 110/6 110/14
110/18 110/18 110/18
110/19 110/20 110/24
110/25 111/14 111/15
111/15 111/17 111/18
112/14 112/17 113/1
113/9 113/9 113/9
113/10 113/10 113/10
113/15 113/23 113/23
113/24 114/2 114/3
114/4 114/6 114/6
114/6 114/7 114/17
114/17 114/18 114/19
115/5 115/8 115/17
115/21 115/22 116/1
116/4 116/6 116/7
116/8 116/9 116/16
117/3 117/4 117/5
117/5 117/7 117/11
117/14 117/15 117/16
117/16 117/18 117/19
118/10 118/21 118/22
118/22 118/24 119/6
119/7 119/8 119/11
119/11 119/12 119/12
119/13 119/15 119/17
119/19 120/1 120/6
120/7 120/7 120/8
120/18 120/20 120/23
121/1 121/7 121/8
121/9 121/11 121/11
121/14 121/17 121/17
121/19 121/22 121/25
122/1 122/1 122/3
122/4 122/4 122/6
122/6 122/10 122/13
122/14 122/16 122/19
122/20 122/23 123/4
123/9 123/14 123/15
123/16 123/17 123/19
123/22 123/22 124/5
124/10 124/18 124/18
125/3 125/10 125/14
125/17 125/20 125/23
125/25 126/2 126/4
126/5 126/11 126/11
126/15 126/24 127/13
127/14 127/14 127/16
127/16 127/18 127/22
128/7 128/11 128/14
128/16 128/18 128/19
128/20 129/6 129/25
129/25 130/4 130/7
130/8 130/25 130/25

132/2 132/4 132/5
132/5 132/6 132/10
132/13 132/14 132/15
132/18 132/19 132/19
132/21 132/22 132/24
132/25 133/1 133/2
133/3 133/6 133/10
133/10 133/12 133/14
133/16 133/17 133/18
133/19 133/20 133/20
133/21 133/21 133/23
133/25 133/25 134/3
134/3 134/4 134/5
134/6 134/7 134/7
134/13 134/14 134/15
134/16 134/22 134/24
134/25 135/1 135/4
135/7 135/8 135/10
135/17 135/18 135/19
135/21 135/21 136/3
136/3 136/9 136/10
136/10 136/11 136/11
136/18 136/19 137/1
137/1 137/1 137/2
137/3 137/4 137/7
137/10 137/12 137/21
138/6 138/6 138/9
138/10 138/11 138/15
138/18 138/21 138/25
139/6 139/7 139/12
139/19 139/20 139/23
140/4 140/4 140/8
140/8 140/9 140/10
140/14 140/18 140/20
140/21 140/24 141/2
141/13 141/16 141/18
141/19 142/1 142/2
142/3 142/4 142/6
142/7 142/8 142/11
142/14 142/15 142/15
142/16 142/23 143/2
143/4 143/8 143/8
143/10 143/10 143/13
143/21 143/22 143/23
144/2 144/10 144/11
144/16 144/17 144/18
144/19 144/22 144/24
145/7 145/12 145/16
145/18 145/19 145/19
145/23 145/24 145/24
146/1 146/2 146/7
146/10 146/14 146/14
146/16 146/19 146/20
146/21 146/23 147/2
147/5 147/7 147/11
147/13 147/17 147/24
148/2 148/4 148/6
148/18 148/19 148/20
148/22 148/23 149/1
149/4 149/6 149/7
149/7 149/9 149/12
149/15 149/20 149/20
149/24 150/4 150/6
150/10 150/11 150/13
150/14 150/18 150/20
150/21 150/23 150/25
151/1 151/6 151/11
151/16 151/16 151/17

**Y**

you...... [400] 152/2
152/3 152/5 152/6
152/9 152/10 152/13
152/14 152/16 152/16
153/1 153/3 153/4
153/12 153/14 154/14
154/14 154/15 154/17
154/19 154/25 155/1
155/2 155/9 155/9
155/19 155/19 155/20
155/20 155/23 155/24
156/3 156/6 156/9
156/10 156/12 156/17
156/21 157/1 157/2
157/3 157/3 157/6
157/6 157/11 157/19
157/22 157/24 158/3
158/11 158/15 158/19
158/21 158/22 158/25
159/4 159/6 159/9
159/15 159/16 160/7
160/8 160/8 160/11
160/12 160/14 160/19
160/19 160/20 160/20
160/23 160/24 161/7
161/12 161/13 161/15
161/19 161/20 161/20
161/21 161/25 162/2
162/2 162/3 162/7
162/11 162/17 162/21
162/24 163/3 163/4
163/7 163/8 163/12
163/15 163/15 163/19
163/23 164/2 164/2
164/10 164/10 164/15
164/21 164/22 165/1
165/4 165/4 165/6
165/10 165/11 165/15
165/19 165/19 165/23
165/25 166/2 166/7
166/8 166/8 166/11
166/14 166/22 166/22
167/1 167/14 168/2
168/8 168/8 168/9
168/18 168/21 168/21
168/22 168/22 168/23
168/24 168/25 168/25
169/2 169/4 169/9
169/14 169/15 169/17
169/18 169/19 169/20
169/21 169/22 169/22
169/23 170/1 170/10
170/11 170/11 170/13
170/13 170/22 170/23
171/1 171/1 171/2
171/3 171/4 171/4
171/5 171/6 171/10
171/12 171/14 171/25
171/25 171/25 172/2
172/4 172/4 172/5
172/7 172/9 172/10
172/11 172/14 172/16
172/18 173/1 173/6
173/7 173/20 174/1
174/12 174/13 174/16
174/22 174/22 174/25
174/25 175/2 175/2
175/3 175/9 175/11

175/15 175/16 175/18
175/20 175/23 176/7
176/12 176/13 176/13
176/15 176/16 176/16
177/2 177/2 177/3
177/4 177/7 177/8
177/9 177/11 177/13
177/13 177/15 177/23
178/7 178/8 178/10
179/1 179/2 179/3
179/4 179/10 179/10
179/14 179/16 179/16
179/17 179/18 179/20
179/22 180/7 180/8
180/11 180/12 180/14
180/15 180/19 180/19
180/20 180/21 181/4
181/7 181/11 181/12
181/14 181/14 181/15
181/16 181/17 181/19
181/19 181/21 181/24
181/25 182/2 182/12
182/12 182/13 182/17
182/18 182/18 182/21
182/25 183/1 183/3
183/4 183/5 183/6
183/6 183/22 184/1
184/4 184/7 184/12
184/13 184/13 184/14
184/20 184/20 184/22
184/22 184/24 185/6
185/17 186/1 186/6
186/7 186/11 186/12
186/13 186/14 186/18
186/20 186/21 186/21
186/25 187/2 187/6
187/12 187/12 187/13
187/14 187/16 187/19
188/2 188/8 188/8
188/8 188/9 188/10
188/16 188/17 188/20
188/22 188/22 188/23
189/2 189/4 189/4
189/5 189/8 189/10
189/12 189/15 189/16
189/18 189/19 189/20
189/25 190/2 190/3
190/4 190/4 190/6
190/8 190/8 190/9
190/10 190/11 190/13
190/13 190/14 190/15
190/18 190/22 190/24
190/25 191/1 191/2
191/3 191/5 191/9
191/11 191/12 191/15
191/15 191/17 191/21
191/25 192/8 192/9
192/11 192/12 192/14
193/3 193/10 193/10
193/17 193/18 193/18
193/20 194/13 194/15
194/17 194/19 194/20
195/3 195/4 196/9
196/15 196/17 197/3
197/8 197/23 197/24
you're [6] 55/22 79/2
79/20 128/25 153/13
180/13

34/8 38/14 39/7 62/4
65/5 70/10 92/9 99/1
102/18 135/13 145/18
young [2] 67/14 76/21
your [337] 2/2 2/21 4/3
5/1 5/4 5/5 5/9 5/18
5/21 5/22 5/25 6/7
6/19 6/22 6/25 7/7
17/10 17/20 18/20
18/24 19/5 19/14
19/18 19/21 20/3 20/9
20/12 21/18 21/25
22/4 22/7 25/10 25/10
25/12 25/13 25/25
26/5 26/5 28/1 28/15
28/16 29/14 30/8
30/15 30/18 30/22
31/5 31/7 31/12 31/15
31/18 31/24 32/6 32/7
32/17 33/16 33/17
34/22 35/7 35/22
35/23 37/21 38/2 39/7
39/9 39/10 39/15
39/24 39/25 40/2
40/20 40/21 41/3
41/16 43/13 43/21
44/5 44/8 44/9 45/4
45/7 46/1 46/2 46/12
46/18 46/20 47/1
47/12 47/19 48/5 48/5
48/10 48/23 49/8
49/13 50/12 52/24
53/16 54/14 54/22
54/23 55/6 55/8 55/11
55/18 55/23 56/13
57/2 57/3 57/16 57/25
58/17 58/19 58/23
59/11 61/10 62/1
62/10 63/2 63/8 63/21
64/10 64/11 65/1
65/20 66/18 67/4
67/17 67/18 67/18
68/1 68/22 70/2 70/21
72/19 73/11 73/12
75/8 75/9 75/22 76/11
76/24 77/3 77/11
77/17 77/22 78/11
78/16 80/4 80/25 82/9
82/15 83/9 83/24
83/25 86/7 86/8 86/16
87/14 87/19 88/18
89/8 89/20 89/20 90/5
91/2 91/4 91/7 91/11
91/11 92/2 92/6 93/8
93/13 94/18 94/19
94/21 96/22 97/8
97/11 97/23 98/1 98/4
98/4 98/23 99/11
99/16 99/24 100/14
100/21 100/23 101/9
101/20 103/3 103/25
104/8 104/14 104/18
105/10 106/14 106/17
107/5 107/20 108/4
108/13 108/14 109/6
109/7 110/2 110/6
110/20 111/1 111/2
112/4 114/23 115/5

116/1 116/13 116/15
116/25 117/11 117/12
119/24 120/7 120/8
121/22 121/25 124/2
124/8 124/10 125/4
126/10 126/20 128/4
129/23 130/16 131/19
132/1 132/15 132/20
132/23 134/1 134/2
134/7 134/19 135/4
137/18 137/22 138/15
139/17 140/4 141/6
141/19 141/20 142/11
142/11 145/16 147/20
148/2 149/1 149/2
151/11 152/10 152/16
152/17 156/6 156/6
157/7 158/3 158/18
159/1 160/9 160/16
161/16 162/15 162/17
162/18 163/22 163/23
164/1 164/9 164/12
164/16 165/15 165/20
166/7 166/11 166/20
166/23 167/11 169/22
171/9 172/11 172/14
173/1 174/3 175/3
176/6 177/11 177/14
178/8 179/4 180/10
181/1 182/5 182/5
182/21 182/22 183/5
183/6 183/14 184/8
184/23 186/7 187/3
187/7 187/17 189/3
189/8 189/21 190/3
190/12 190/18 191/3
191/3 191/9 192/10
193/3 193/7 193/20
196/3 196/9 197/15
197/24
yourself [9] 31/15
31/17 60/7 67/8
121/14 133/16 134/21
159/4 192/12

**Z**

zealously [1] 16/15