```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
    UNITED STATES OF AMERICA,
 3                                     Criminal Case
                     Plaintiff(s),     No. 2-006 (TJK)
 4           v.
                                       Washington, D.C.
 5  DOUGLAS AUSTIN JENSEN,

 6                   Defendant(s).     September 20, 2022

 7  ------------------------------------------------------------

 8                    EXCERPT OF JURY TRIAL
                       OPENING STATEMENTS
 9           BEFORE THE HONORABLE TIMOTHY J. KELLY
                    UNITED STATES DISTRICT JUDGE
10
    APPEARANCES:
11
    FOR THE PLAINTIFF(S):   Emily W. Allen, Esquire
12                          United States Attorney's Office
                            222 West Seventh Avenue
13                          Room 253
                            Anchorage, Alaska 99513
14
                            Hava A. Levenson Mirell, Esquire
15                          United States Attorney's Office
                            312 North Spring Street
16                          Suite 1200
                            Los Angeles, California 90012
17

18  FOR THE DEFENDANT(S):   Christopher M. Davis, Esquire
                            Davis & Davis
19                          1350 Connecticut Avenue Northwest
                            Suite 202
20                          Washington, D.C. 20036

21

22

23  REPORTED BY:            Tammy Nestor, RMR, CRR
                            Official Court Reporter
24                          333 Constitution Avenue NW
                            Washington, D.C. 20001
25                          tammy_nestor@dcd.uscourts.gov
```

1    The following proceedings began at 9:35 a.m.:

2                          * * * * *

3            (A recess was taken at 5:04 p.m.)

4            THE COURTROOM DEPUTY:  Your Honor, we are back on the

5    record in Criminal Matter 21-6, United States of America versus

6    Douglas Austin Jensen.

7            THE COURT:  All right.  So now we begin with the

8    government's opening statement.  You may proceed.

9            MS. ALLEN:  Thank you, Your Honor.  If it's all right

10   with the Court, can I take my mask off while --

11           THE COURT:  Yes, permission is granted.

12           MS. ALLEN:  Just to make sure, are your screens turned

13   on?

14           JURORS:  Yes.

15           MS. ALLEN:  Is that one not working?

16           Any others besides the one in the back?

17           You are back on?  Great.

18           January 6 of 2021 was the day that Congress was set to

19   meet to certify the results of the 2020 presidential election.

20           THE COURT:  Ms. Allen, I'm sorry to interrupt.  We are

21   not getting your microphone.

22           When you moved it close to your mouth, we could hear,

23   but I think the distance right now is too great to capture your

24   voice.

25           MS. ALLEN:  Try that again or I can hold on to it.

1          THE COURT:  You may have to hold on to it.

2          MS. ALLEN:  All right.  I will have my tiny little

3    microphone.

4          So Congress, the joint session, the House of

5    Representatives, and the Senate, they were set to officially

6    certify Joe Biden as the winner of that election that day.  But

7    Douglas Jensen really did not want that to happen.  He was so

8    determined to prevent Congress from executing their plan that

9    day, from meeting in that joint session, that he drove more

10   than 16 hours to get here from his home in Iowa.

11         He joined a crowd of thousands of rioters on the lawn

12   in the Capitol.  He scaled a 20-something foot wall to get to

13   the courtyard.  He pushed through the last line of police

14   officers that was guarding the building from the rioters below

15   them.  He jumped through a broken window.  He was one of the

16   first ten rioters to enter the building that day.

17         And when he got inside, he made a beeline for the

18   Senate.  And he tried to climb the stairs that led directly to

19   where the Vice President was hiding waiting for a chance to be

20   evacuated.

21         But when he got to the foot of those stairs,

22   Mr. Jensen came face to face with U.S. Capitol Police Officer

23   Eugene Goodman.  Officer Goodman had been battling with rioters

24   outside on the West Lawn for nearly an hour before this point.

25   He had been pepper-sprayed in the face by a rioter, and he

1    finally got called inside for relief where there was a

2    decontamination area and he could rest.

3          Just after he got inside, he heard the call on his

4    radio that the building was breached, the rioters were in the

5    building.  Even though he was exhausted, his face was still

6    burning from the pepper spray, he ran toward the danger.  He

7    ran toward the breach point.  And that's where he encountered

8    Mr. Jensen and the rest of the mob behind him as you can see in

9    this photo right here.

10         Now, Officer Goodman is going to testify in this

11   trial, and he's going to explain and describe to you what it

12   was like when he encountered this group.  He approached them

13   with his hand on his gun because he had no way of knowing what

14   they were capable of doing now that they were in the building.

15         But here's a couple things he did know.  The building

16   was on lockdown so these people had just broken into the

17   building.  None of them had been through security.  He knew

18   there were Senators directly up the stairs from where they were

19   who hadn't had a chance to evacuate.  The Senate had just

20   recessed minutes before this, seconds before this.  And he knew

21   that he was desperately outnumbered and alone.

22         So he quickly scanned the crowd in front of him

23   looking for any obvious signs of danger, and he saw a rioter

24   with a spear with a pointed metal tip on it.  Then he saw a

25   rioter with a Confederate flag, and that man used the butt of

1     his flagpole to jab at Officer Goodman.

2            Then he saw the defendant, Douglas Jensen, who pushed

3     his way to the front of that mob to get right up in Officer

4     Goodman's face.

5            Another thing Officer Goodman didn't know at that

6     point was that Mr. Jensen had a knife with a three-inch blade

7     in his pocket.  So when Mr. Jensen approached Officer Goodman

8     at the front of this mob, Officer Goodman told him to back up.

9     Mr. Jensen didn't.  Officer Goodman told him, if you don't back

10    up, I am going to have to shoot.  And still Mr. Jensen didn't.

11           In fact, he did the opposite.  He told Officer

12    Goodman, go ahead and shoot, and then he continued advancing

13    because he knew he had a mob of supporters behind him.  And he

14    made it clear to Officer Goodman that he was not going to stop

15    until he got what he wanted.  And what he wanted was Vice

16    President Mike Pence.  He wasn't going to let any police

17    officer get in his way.

18           So he forced Officer Goodman into a retreat, and he

19    forced Officer Goodman up those stairs.  Now, there are

20    reporters who work in the Capitol every day and they were there

21    on January 6.  And there was a reporter who was working that

22    day who followed Officer Goodman to the foot of those stairs.

23    And he had his cell phone.  He had the chance to take a quick

24    video of what was happening.

25           This is the video the judge asked many of you about

1    over the course of the last couple days.  He took about a

2    minute or minute and a half of footage.  And we are going to

3    watch that video right now.

4              (The videotape was played.)

5              MS. ALLEN:  We are going to have to work on the sound

6    a little bit because the audio of that video is important for

7    you to hear.  We will play that video again in the course of

8    the trial and make sure that you can hear  it.  I understand my

9    audio is also not quite so loud, so we will work on that as

10   well.

11             But you are going to hear evidence that directly

12   across the wall from where they stopped, from where Mr. Jensen

13   and Officer Goodman are right here in this end of this video,

14   is the floor of the United States Senate, that wall to Officer

15   Goodman's left and to Mr. Jensen's right.  That's the floor of

16   the United States Senate.  And the Senators were all inside

17   there waiting to be evacuated.

18             Now, to understand how Mr. Jensen got here, why he got

19   where he was that day, we have to back up a little bit to

20   November of 2020.  Mr. Jensen was a supporter of President

21   Trump.  And when it looked like Mr. Trump wasn't going to be

22   the winner of the 2020 election, Mr. Jensen wasn't happy about

23   that, and he wanted to take some steps to see if he could

24   change it.

25             He found out that January 6 was going to be an

important day in making that happen.  So he got some friends

together.  He heard there was going to be a rally in D.C.

And here's the thing about January 6.  Every four

years, every time there's a presidential election, it's written

in the statute, Congress meets in a joint session to certify

the results of the Electoral College vote.  But some people had

the idea in 2021 that the Vice President who officially

presides over the Senate, because the Vice President is

technically President of the Senate, they had the idea that

Mike Pence could stop this by refusing to certify the results

of the vote.  So January 6 was going to be a big day in the

effort to make that happen.

So Mr. Jensen started planning for it.  He started

getting a group together.  And he was well aware by December of

2020 that there was a possibility of violence at the Capitol

that day.

He talked with his friend on Facebook, his friend

Curtis, about the possibility of bringing guns to the Capitol

that day.  Curtis told Mr. Jensen that he was going to bring an

AR.  And Mr. Jensen said even though they might not be bringing

heavy weapons like assault rifles, that he was going to be

locked and loaded with pistols.  He knew to be prepared for

violence that day.

Now, you are not going to see evidence, there's no

evidence, that Mr. Jensen actually brought a pistol into the

1   Capitol with him.  But he sure knew that there was reason to be

2   prepared.  He even knew a couple of days ahead of time that the

3   Mayor of D.C. had planned for the National Guard to be here

4   because she was so worried about the possibility of violence.

5   None of this stopped him.

6          Finally the big day came, January 6.  Mr. Jensen

7   arrived in D.C., and he went to the rally on the National Mall.

8   He joined thousands of people at the rally.  He took pictures.

9   He took selfies.  He was wearing a black T-shirt with a big red

10  white and blue Q on the front of it and a bald eagle.  And

11  wearing that T-shirt over a gray T-shirt and black beanie on

12  his ahead, this outfit made him easy to pick out of the crowd.

13  And you are going to be able to spot Mr. Jensen all over the

14  Capitol grounds that day that we are going to watch during the

15  course of the trial.

16         After the rally, Mr. Jensen marched with the crowd

17  from the Mall to the Capitol.  He knew he wasn't allowed to be

18  there.  He bragged about it and texted one of his friends, we

19  broke the fence down, as he approached the Capitol grounds.

20         What he saw when he got to the lawn was an absolute

21  battle ground.  Thousands of people were fighting with the

22  police.  They were trying to take over the United States

23  Capitol Building by force.

24         They were engaging with officers trying to protect the

25  building.  There was smoke and tear gas everywhere.  There were

1   explosions going off.  There were rioters pulling police

2   officers across the police line into the crowd and then beating

3   them when they had them separated from their fellow officers.

4        The rioters that day were armed.  Rioters had clubs,

5   spears, bear spray which they used against the officers.  They

6   had shields, knives, and even guns.

7        Mr. Jensen had this knife in his pocket that day.  And

8   he walked through all of this.  He wasn't surprised.  He wasn't

9   horrified by what he saw.  He was excited.  He took pictures.

10  He took pictures with his own phone like this one.

11       And some of the pictures he took were actually live

12  photos that you can take with an iPhone, little small

13  two-second videos that have sound.  And when we get the audio

14  working right, you will be able to hear what it was like when

15  the crowd was roaring and people were screaming.

16       In one of these that I will play for you right now,

17  you can actually hear rioters in the crowd screaming.

18       As Mr. Jensen walked to the Capitol that day from the

19  Mall, he got a text from a friend and he learned that Mike

20  Pence was not going along with the plan.  He was going to

21  certify the results.  He was not going to get in the way.

22       Mr. Jensen's response to that as he approached the

23  Capitol Building?  That's all about to change.  Because he was

24  prepared to take things into his own hands.  He would storm the

25  Capitol, he would stop Congress, and he would get to Mike Pence

1    if he had to.

2            So he went straight to the Capitol Building, and he

3    scaled a 20-something foot wall to get across the rioters and

4    past some of the police lines.  When he got to the top of the

5    wall, he took a moment to turn around and soak in the crowd.

6    He celebrated.  He took a video with his own phone where you

7    can hear his voice talking to the camera.

8            (The videotape was played.)

9            MS. ALLEN:  Now, Mr. Jensen knew he was at the Capitol

10   and not the White House, and he corrected himself later.  He

11   was really excited.  And he went straight up the rest of those

12   stairs.  He got to the final police line that was trying to

13   stop the crowd from getting access to the building, and he

14   joined the mob and broke through that last police line.

15           So then he was on the terrace of the Capitol Building.

16   And from there, someone in the crowd was taking video.  And you

17   can see the very first rioters smash through the windows of the

18   Capitol using a stolen police shield to do that.  And you will

19   see that Mr. Jensen, as these individuals are running straight

20   to the Capitol doors, Mr. Jensen was right behind them.

21           When you watch this video, you will see, if you look

22   closely, Mr. Jensen right there in the corner with his black

23   beanie on.  And he watched the rioters smash the windows with

24   that stolen police shield.  If you watch closely, you will see

25   he even helped some other people in before he jumped through

1   that window himself.

2          (The videotape was played.)

3          MS. ALLEN:  That's the defendant right there, one of

4   the first ten rioters to jump through that window.

5          This was just a few seconds before Officer Goodman

6   encountered Mr. Jensen and the rest of the mob.  And someone in

7   the group was taking video from the other side, the opposite

8   angle, where now you can see the back of Mr. Jensen and Mr.  --

9   and Officer Goodman's face.

10         From here, from where Officer Goodman was standing,

11  there was no place else to go but up those stairs.  There were

12  no exits behind him.  And Officer Goodman had to be mindful.

13  He had to be very careful because he knew there were evacuation

14  routes that he had to keep safe.

15         So in that first video that we watched, you will see

16  when Officer Goodman gets to the top of the stairs, he checks

17  down this hallway to make sure there are no people there

18  because he had just passed by that hallway on his way down to

19  meet Mr. Jensen when he stopped the rioters.  And he saw there

20  were still people running, scrambling to get inside to a safe

21  place, so he checks down this hallway.

22         Now, just feet away from where Officer Goodman is

23  right now, just down that doorway where those chairs are, that

24  is the door to the U.S. Senate.  That's the main door that the

25  Senators most often travel in and out to get to the floor of

1    the Senate.  And just behind that is the Vice President's

2    office.  He has an office space at the Capitol because he goes

3    there to preside over the Senate, and it's just behind the

4    doors right there.

5          So Officer Goodman knew that this area was of extreme

6    importance.  He checks to make sure it's safe.  He actually

7    puts his body in the way of that doorway.  And Mr. Jensen's

8    right on his heels.

9          When Officer Goodman made it to the hallway around the

10   corner, he had help.  Other Capitol Police officers came to his

11   aid.  Even at that point with six armed police officers forming

12   a line trying to stop him, Mr. Jensen didn't stop advancing.

13   He continued to be aggressive.  He continued moving forward.

14   He was angry.  He was threatening.  He was shouting at them.

15         Another reporter in the area caught a very quick

16   snippet of video of this happening where you can see Mr. Jensen

17   ordering the officers to back up.

18         (The videotape was played.)

19         MS. ALLEN:  Once again, ladies and gentlemen, we will

20   get the audio fixed so you can hear what's happening there.

21   But some of the rioters are yelling, we are mad.  And

22   Mr. Jensen's right up in front, feet in front of everyone else,

23   ordering the officers to back up.  He's acting like he's the

24   one in charge.

25         And just after that, he went to those officers and

ordered them, go arrest the Vice President.  That's what he
said, go arrest Mike Pence.

        Now, fortunately these officers held the line, and
they were able to keep Mr. Jensen and the other rioters in this
room until the Vice President was safely able to evacuate that
area.

        And you are going to hear testimony from a Secret
Service agent who was part of Mike Pence's security detail that
day.  That agent was directly down the stairs, this set of
stairs, from where you are looking right now as Mr. Pence was
evacuating down that staircase.

        The Secret Service had to make one of the most
dangerous decisions the agency could ever be asked to make,
evacuating the Vice President of the United States through an
angry mob they could only assume was armed who were hunting
down Mike Pence by name.  There were hundreds of people in the
building.  But they succeeded, and Vice President Mike Pence
did successfully get evacuated from that area.

        But Mr. Jensen didn't stop.  And he had no way of
knowing that.  So he tried to keep advancing through the
building.  He spent about half an hour in this hallway.  But at
some point, rioters were swarming the building.  And these
officers were at risk of being attacked from a different angle,
from a different entry point by other rioters.

        And Mr. Jensen saw this as an opportunity to slip past

them while they were distracted trying to prevent yet another
breach.  He rounded a corner and tried to go up another set of
stairs.  There were police officers around that corner who
stopped him, and some of them wore body worn cameras, so you
will actually see and hear Mr. Jensen as he rounded that corner
when he sort of threatens those officers.  Hey, what happens if
we push?  Do you back up?

        Pretty soon after this, he was finally escorted out of
the building.  But that wasn't enough for Mr. Jensen.  He
didn't leave.  He actually walked around the east side of the
Capitol waiting for another chance and he found another set of
doors.  He stood at these broken windows and he watched and he
waited for another chance when the police officers inside were
totally outnumbered and overwhelmed.  And he actually slipped
back in.  He cracked this door open and he got back inside the
Capitol.

        This time he got to the Rotunda, the heart of the
building.  And once again, when he's there, he's getting
aggressive with the police officers.  He shouted at them.  He
had to be physically escorted out before he would finally leave
for good.

        But Mr. Jensen got what he came for.  The proceedings
in Congress stopped.  The members of Congress, the Senators,
the Vice President all had to be evacuated.  The building was
completely ransacked.  It took hours and huge amount of police

reinforcement to clear the building of rioters and to make sure
it was safe until finally, hours later, Congress could come
back into session.

Mr. Jensen is charged with seven crimes in this case.
You heard the judge read off all of the different offenses that
are charged.  At the end of the trial, when we are done
presenting evidence, my colleague Hava Mirell will come back
and walk through each of those counts with you and the evidence
and the law on each one of those counts.

But for now, there's just a few things you should
remember.  One of those counts is for Mr. Jensen's obstruction
of the proceedings in Congress.  That was his whole purpose in
going there that day, to stop Congress from certifying the
results of the election.  That's why he was there.

And, in fact, Congress did stop their session, and
they went into recess just about the exact moment that
Mr. Jensen was jumping through that broken window.

Two of the counts relate to Mr. Jensen's assault,
resistance, interference with Officer Goodman, Officer Goodman,
who was there trying to do his job, keep everyone safe during a
riot.  And then four of the counts relate to Mr. Jensen's
disorderly conduct and his entry into a restricted Capitol
Building.

So Mr. Jencks jumped through a broken window, he
walked through the building he wasn't allow allowed to be in,

1    he marched through the halls yelling and screaming, and he

2    carried a knife with him in what was supposed to be a secure

3    facility.  Those are essentially the charges in this case.

4          We are going to call about seven witnesses over the

5    course of this trial.  You have heard about some of them.  Most

6    of the witnesses were in the building on January 6, and four of

7    them actually faced off with Mr. Jensen directly, were face to

8    face with him and will come and talk with you about their

9    experiences that day.

10         And then you will also hear from Special Agent Tyler

11   Johnson, the FBI agent who investigated this case who found

12   Mr. Jensen's Facebook messages and text messages and photos on

13   his phone that give a little glimpse into why Mr. Jensen did

14   what he did.

15         At the end of the trial in this case, you will see all

16   the evidence.  It will prove beyond a reasonable doubt that

17   Mr. Jensen is guilty of all seven counts charged in the

18   indictment.  Thank you.

19         THE COURTROOM DEPUTY:  Ms. Allen, can you loan

20   Mr. Davis your wireless mic, please.

21         MS. ALLEN:  Oh, yes.

22         THE COURT:  It's low, but we can hear it.

23         MR. DAVIS:  I'm generally loud.

24         THE COURT:  You may remove your mask if you would

25   like.

1          MR. DAVIS:  I will keep my distance, but I am

2     certainly happy to remove that mask.

3          I apologize for the late hour.

4          THE COURT:  Mr. Davis, I'm sorry to interrupt;

5     although, I interrupted Ms. Allen for the same reason.

6     Mr. Davis, you are going to have to hold it really close.

7          MR. DAVIS:  Does that work?

8          How about now?

9          That works?  You think?  That good?  That's good.

10    Okay.

11         I will be loud.  I really hate to yell, but we're

12    obviously having some technical difficulties here.

13         I apologize for the hour.  I apologize for having to

14    address you after what, we have been in here, what, eight and a

15    half, nine hours.  But we have to keep to the schedule, and we

16    are ready to move forward.  And we hope to get the evidence in

17    before you and have the case to you by the end of the week.

18         This is an opening statement.  It's not a time to

19    argue.  It's not a time for either side to tell you you should

20    conclude this, you should conclude that, you should draw this

21    inference.  This is a time when we reference the evidence that

22    we expect you to see.

23         And I hope I'm not disappointing anyone.  This is not

24    a whodunit case.  This whole case is on video.  The witnesses

25    that testify are mainly going to be pointing out, well, it

```
 1    happened here on the video, here I am, this happened, that
 2    happened, but everything is on video.  And not only is
 3    everything on video, most of it has an audio.  So the whole
 4    case is here.
 5             The events were captured by cell phone video.  You
 6    will see it.  It's captured by CCTV video inside the Capitol.
 7    You will see that.  There's Capitol (sic) captured by reporters
 8    who, for some very strange reason, were all over the place
 9    inside the Capitol that day filming and photographing.
10             And then the defendant voluntarily walked six miles to
11    the FBI after he drove home to Iowa, Des Moines, Iowa, the
12    heartland.  And he sits down and he interviews, and that's on
13    video.  So literally the whole case on video.
14             The evidence is going to demonstrate that there are a
15    lot of actors on January, 6 and there probably -- I really
16    shouldn't be arguing.  Look at the evidence.  You are going to
17    notice that there's a costume group of characters, and then
18    there is a group of characters that look to be dressed for
19    battle.
20             The costume characters, who would that include?  Well,
21    as you watch the videos, you will see there's a caveman walking
22    around inside the Capitol.  You will see the guy with the horns
23    and the spear.  And then we didn't hear anything about this a
24    few moments ago, you will see the Q man with the Q T-shirt.
25    That's Mr. Jensen.  Why?  Why did someone show up in the United
```

1    States Capitol with a Q T-shirt on for all to see?

2              And the evidence is going to demonstrate and you are

3    going to hear this, he actually believed this 100 percent.  He

4    believed in QAnon.  He believed that on January 6, the storm

5    had arrived and law enforcement was going to arrest all the

6    corrupt politicians starting with Mike Pence.  And you will

7    hear him address the Capitol Police officers, do your job.  You

8    are supposed to arrest them.

9              You will not hear him say, bring him out, tell me

10   where he is.  You will hear him tell them to do their job.  And

11   he believed they were going to do it.  He believed that they

12   had to do it.  He believed they were obligated to do it.  He

13   believed that martial law was going to be instituted.

14             How does a construction worker from Des Moines, Iowa

15   end up in the U.S. Capitol with a Q shirt at the center of the

16   stage?

17             Well, he's not terribly sophisticated, and he's not

18   terribly educated, and apparently he just went down the rabbit

19   hole of the internet for whatever reason.

20             Everything is on video.  You will not see this man lay

21   a hand on anyone.  You will not see this man break anything.

22   You will not see this man threaten to harm anyone.  You will

23   see him tell the Capitol Police and MPD and whoever else is

24   there that they have to do their job.  And actually, you will

25   hear, as he's interviewing at the FBI, he asked the FBI

1    agents --

2          MS. ALLEN:  Objection.

3          MR. DAVIS:  You will hear testimony, I expect you will

4    hear testimony --

5          MS. ALLEN:  Judge.

6          (The following was heard sidebar.)

7          MS. ALLEN:  Your Honor, we spoke with Mr. Davis before

8    now about our -- we have not yet put in the evidence of the

9    interview.  And at this point we are not sure whether we will.

10   Mr. Davis does understand that, so I'm not sure where this is

11   going.

12         MR. DAVIS:  I do understand that, but I am going to be

13   able to question the agents, and Mr. Jensen did ask them if

14   they actually arrested the Vice President and the others.

15         THE COURT:  Well, it's not clear to me that you are

16   going -- if the government doesn't put that in, whether you are

17   going to -- if they don't open the door to that, I don't know

18   that you are going to be able to ask questions about that.

19         Is that your contention, Ms. Allen?

20         MS. ALLEN:  Yes, Your Honor, that's the basis of my

21   objection.

22         THE COURT:  Obviously I have actually thought about

23   this a little bit because I could see this coming.  Mr. Davis,

24   you are going to have to explain to me and brief to me how you

25   are going to get in any of the substance of that interview

1   unless the government opens the door in some way.  So I don't

2   think I can have you reference it in your opening.

3           MR. DAVIS:  I think it goes to his state of mind, and

4   it's evidence I will elicit from the FBI agent.  I mean, he

5   asked him.  I may not necessarily be able to introduce it

6   independent on its own in videotape form, but I think I can ask

7   the agents because I think it goes to a political issue in the

8   case.  And it's not being offered to prove the truth of the

9   matter asserted obviously.  It's being offered to prove his

10  state of mind.

11          THE COURT:  What exactly would the question be, or

12  what exactly would you be eliciting?

13          MR. DAVIS:  I am going to ask the agent if he asked

14  them if the Vice President and the others were actually

15  arrested.

16          THE COURT:  Okay.  Well, that's a question.  And

17  actually, that's not hearsay because it's a question.

18          MR. DAVIS:  I am not going to belabor the point.

19          THE COURT:  Let me ask the government.  It's a

20  question.  It can't be hearsay.  He can elicit that Mr. Jensen

21  asked that question of the agent, can he not?

22          MS. ALLEN:  Your Honor, I think that is right, so I

23  will concede on that.  I wasn't sure where Mr. Davis was going.

24          THE COURT:  All right.  If that's all you are going to

25  reference for now, I think that's fine.

1          (The following was heard in open court.)

2          THE COURT:  The objection is overruled.

3          MR. DAVIS:  And you will hear evidence that Mr. Jensen

4   actually inquired of the FBI whether that happened, whether

5   they were arrested.

6          You will not hear on the videotape that he actually

7   threatened anyone with harm.  He did have a pocketknife on him.

8   It wasn't, as in the picture, opened up because obviously he

9   would have stabbed himself if he had it in his back pocket.

10  But you will hear that he had that pocketknife on him when he

11  went to the FBI which appears to me that he always has that

12  pocketknife on him.  He's a construction worker.

13         He believed -- at the end of this case, I am going to

14  ask you to judge this man based on -- judge his actions and

15  what he did and to try to separate yourself from the events of

16  that day and judge him for who he is and what he did.  Thank

17  you, ladies and gentlemen.

18         THE COURT:  Thank you, Mr. Davis.

19         All right.  Ladies and gentlemen, we have come to the

20  end of the opening statements and, given the hour, the end of

21  our day today.

22         So we are going to release you for the day.

23  Ms. Harris will explain again some of the practical issues

24  about coming tomorrow.  We are going to try to start tomorrow

25  as close to 9:00 as we possibly can, so we can move the case as

1    quickly -- I can move the case as quickly as I can.  But that

2    will be all up to you.  You all, you know, you all have now --

3    you won't have to come in the main door of the courthouse, but

4    if you all are here, can all be here at 9:00, we can be sure to

5    start on time and try to get as much done tomorrow as we can.

6          Ms. Harris, I don't think there's anything -- you

7    heard my instructions about what you should do and not do while

8    you are not here in the evening, so why don't we -- why don't I

9    let you release them.

10          Do you need a few minutes to speak with them about

11   those procedures?

12          All right.  Why don't I keep the attorneys here

13   because I do want to just talk about a few things before we end

14   our day.  But why don't I give Ms. Harris just a few minutes to

15   give the jury their -- some of the information they need and to

16   make sure they can leave the courthouse promptly.

17          So we will take a few minutes, five minutes, until

18   Ms. Harris is able to do that.

19          Again, thank you all for your service, and we will see

20   you bright and early tomorrow morning at 9:00.

21          (A recess was taken at 5:53 p.m.)

22          THE COURTROOM DEPUTY:  We are back on the record in

23   Criminal Matter 21-6, United States of America versus Douglas

24   Austin Jensen.

25          THE COURT:  All right.  So apologies for the

1   miscommunication with the marshals.

2           MR. DAVIS:  I may be responsible for that, Your Honor.

3   I apologize in advance.

4           THE COURT:  All right.  Well, I had already taken the

5   fall for you, Mr. Davis.

6           All right.  So a couple of things.  So sorry we are

7   here so late, but we did accomplish -- we did recover from the

8   slow start yesterday, I think, for the most part.

9           First thing I just want to mention.  Obviously now we

10  don't have to wait for a huge panel.  We are all here at 9:00.

11  We will begin at 9:00.  My intent today was to begin at 9:00,

12  but we had a lot of folks who weren't here, and that created

13  further delay.

14          So if they are here and you all are here, I will be

15  here, so let's try to start at 9:00 sharp, number one.

16          Number two, Ms. Allen, I noticed that you referenced a

17  number of exhibits and a number of -- and a few videos in the

18  opening.  I think for purposes of the record, we should know

19  what you referenced and there was no -- you didn't reference

20  any exhibits.  I didn't see any exhibits up on the screen.  I

21  know you all have been very civilly teeing up disagreements

22  when you have them, and you didn't have any disagreements with

23  any of that.

24          But I think in terms of the record, if tomorrow you

25  can be prepared to just put on the record, it was Exhibits, you

1    know, A, B, and C that I showed the jury in opening just so we

2    have a record of it, that would be helpful.

3             MR. DAVIS:  For the record, Your Honor, I have had

4    that PowerPoint for a while.  It was provided to me well in

5    advance.

6             THE COURT:  I expected that, and so it wasn't -- this

7    wasn't really a substantive concern for me more just making the

8    record so we know what was shown to them.  Right now there's no

9    way for the record to reflect that.

10            And then the other thing I just wanted to mention was

11   this issue of Mr. Jensen's interview and how that's going to

12   play out.  So I would just -- let's put it this way.  Who do

13   you plan on calling first tomorrow?

14            MS. ALLEN:  Inspector Loyd will be our first witness.

15   We plan to call the case agent who was at the interview last,

16   so No. 7, so just for planning.

17            THE COURT:  All right.  So I just encourage -- I think

18   it's an interesting question, assuming for the moment -- well,

19   it might not change that much, but especially assuming if the

20   government doesn't elicit statements from that -- from the

21   interview, then the question is what can -- what, if any, part

22   of that interview can Mr. Davis elicit on cross-examination of

23   one of the agents, or in theory I suppose he could call the

24   agent too.  So I think the parties should think about that.

25            We got through it today because a question is never

hearsay.  So he could elicit, Agent so-and-so, you know,
Mr. Jensen asked you X, but, you know, I could see a lot of
interesting disputes about other aspects of that interview and
whether he could do that, again assuming the government doesn't
elicit any statements about the interview.

I would ask the parties, if you are not calling him
until your last witness, it's not going to ripen perhaps
tomorrow, but I would ask you all to talk with each other and
see what you can come up with.  And if there are statements --
if there are parts of that interview that remain in dispute
about whether, Mr. Davis, whether you could elicit them, if you
can bring it to my attention first thing tomorrow morning or
perhaps the end of the day tomorrow, we can try to work through
how I will rule on that.

But you all have been, as I said, very civil and also
very good at teeing up your disputes ahead of time.  So I think
this is one where, if you can do a little work behind the
scenes, it will make the presentation, however I rule, go
faster.

Let's see.  That's all I had.  Anything from either
side before we all break for the evening?

MS. ALLEN:  One technological matter to add to our
growing list.  I understand we are going to try and see if we
can get here early tomorrow to work with the tech support folks
about the sound because it was very difficult to hear the audio

1    on the videos, and it was also very difficult to hear through

2    that microphone.  But it's not all the microphones, so there's

3    some issue.

4              But also, just for the list, the battery -- this is

5    beeping, vibrating that the battery is low, the little sidebar

6    thing.

7              THE COURTROOM DEPUTY:  We'll change those tomorrow.

8              THE COURT:  It's funny because I know you expressed

9    the issue with the audio.  I felt like I up here, for whatever

10   it's worth, I could hear the audio fine.  You are just saying

11   the audio wasn't -- you all couldn't hear it out there?

12             MS. ALLEN:  I could barely hear it, and I think it was

13   even worse the further away you got because Ms. Mirell said she

14   couldn't hear me at all.

15             MR. DAVIS:  I had a hard time hearing also, Your

16   Honor.

17             THE COURT:  All right.  So I guess all I can do is

18   say, Ms. Harris, we will try.

19             THE COURTROOM DEPUTY:  He's going to be here in the

20   morning.

21             THE COURT:  John will be here, and we will connect you

22   and do what we can to try to alleviate that.

23             Anything else the government wants to raise that I

24   can't pass on to just someone else?

25             MS. ALLEN:  Oh, yes.  We expect many of our

1  defendants -- many of our witnesses will be asked to identify

2  the defendant.  Because everyone is wearing masks, I don't want

3  to ask for the defendant to take his mask off and then ask him

4  to identify because that's pretty suggestive.

5           MR. DAVIS:  These are law enforcement.  I think they

6  have seen pictures and gone over the videos.  Am I correct?

7  The witnesses you are referring to that are going to

8  identify --

9           MS. ALLEN:  Yeah.

10          MR. DAVIS:  I am just going to say no objection.

11          THE COURT:  No objection if they -- I mean, obviously,

12  Ms. Allen, you know, they are going to be able to identify him

13  just based on where he's sitting on some level, but I know you

14  would rather them be able to see his face.

15          If he doesn't want to -- if he wants to keep --

16  there's got to be a way around this.

17          I think if you -- well, given what they can see from

18  even other than the mask and given that they have seen his

19  photo many times, you don't think they will have a problem

20  identifying him?

21          MS. ALLEN:  I doubt it.  But to be honest, I did when

22  we first came in because I think, you know, the context is so

23  different.  The clothing makes a difference.  But I doubt it,

24  to be honest.

25          MR. DAVIS:  He does look a little different.  He

 1  doesn't have the beard.

 2        THE COURT:  Right.  That is true.  Do you want -- one

 3  way to do it, Mr. Davis, if your client is comfortable is to

 4  just -- you would do that at the beginning of the testimony,

 5  correct?

 6        I mean, one way to do it in a way that's not so -- you

 7  know, doesn't make such a big deal about it is if at the

 8  beginning of the officer's testimony, Mr. Jensen just lowers

 9  his mask, you can ask the question, can you identify him, he

10  will identify him, and then he can just put it back up.  That

11  way no one is asking him to take his mask down or anything

12  dramatic like that.

13        But as long as you know it's coming and if Mr. Jensen

14  is comfortable doing that, maybe that's the way to do it.  That

15  gives them the opportunity to identify him but also just

16  doesn't make a big deal about it.

17        Mr. Davis, why don't you talk with Mr. Jensen about

18  that this evening.

19        MR. DAVIS:  He's already spoken to me.  He said he's

20  comfortable with that.

21        THE COURT:  If that's going to be toward the beginning

22  of your direct for these witnesses, Mr. Jensen, if you can just

23  pull down your mask at the beginning of that, and they will

24  identify you and we will move on or they won't.  But either

25  way, they will be able to see your face, and you can ask the

```
 1   question.
 2            MS. ALLEN:  Okay.
 3            THE COURT:  Anything further from the government?
 4            MS. ALLEN:  That's it, Your Honor.  Thank you.
 5            THE COURT:  Mr. Davis, anything from you?
 6            MR. DAVIS:  Nothing further, Your Honor.  Thank you.
 7            THE COURT:  Very well.  I will let you all get out of
 8   here.  See you tomorrow morning at 9:00.
 9            (A recess was taken at 6:26 p.m.)
10                              - - -
11                    C E R T I F I C A T E
12
13            I hereby certify that the foregoing is an
14   accurate transcription of the proceedings in the
15   above-entitled matter.
16
17
18   10/1/22                s/ Tammy Nestor
                             Tammy Nestor, RMR, CRR
19                           Official Court Reporter
                             333 Constitution Avenue NW
20                           Washington, D.C. 20001
                             tammy_nestor@dcd.uscourts
21
22
23
24
25
```

JURORS: [1]  2/14
MR. DAVIS: [17]  16/23 17/1
17/7 20/3 20/12 21/3 21/13
21/18 22/3 24/2 25/3 27/15
28/5 28/10 28/25 29/19 30/6
MS. ALLEN: [23]  2/9 2/12
2/15 2/25 3/2 6/5 10/9 11/3
12/19 16/21 20/2 20/5 20/7
20/20 21/22 25/14 26/22
27/12 27/25 28/9 28/21 30/2
30/4
THE COURT: [28]  2/7 2/11
2/20 3/1 16/22 16/24 17/4
20/15 20/22 21/11 21/16
21/19 21/24 22/2 22/18
23/25 24/4 25/6 25/17 27/8
27/17 27/21 28/11 29/2
29/21 30/3 30/5 30/7
THE COURTROOM
DEPUTY: [5]  2/4 16/19
23/22 27/7 27/19

0

006 [1]  1/3

1

10/1/22 [1]  30/18
100 percent [1]  19/3
1200 [1]  1/16
1350 [1]  1/19
16 [1]  3/10

2

2-006 [1]  1/3
20 [1]  1/6
20-something [2]  3/12 10/3
20001 [2]  1/24 30/20
20036 [1]  1/20
202 [1]  1/19
2020 [4]  2/19 6/20 6/22 7/15
2021 [2]  2/18 7/7
2022 [1]  1/6
21-6 [2]  2/5 23/23
22 [1]  30/18
222 [1]  1/12
253 [1]  1/13

3

312 [1]  1/15
333 [2]  1/24 30/19

5

5:04 [1]  2/3
5:53 [1]  23/21

6

6:26 [1]  30/9

9

90012 [1]  1/16
99513 [1]  1/13
9:00 [6]  23/4 23/20 24/10
24/11 24/11 30/8
9:00 as [1]  30/2
9:00 sharp [1]  24/15
9:35 [1]  2/1

a.m [1]  2/1

able [11]  8/13 9/14 13/4 13/5
20/13 20/18 21/5 23/18
28/12 28/14 29/25
about [30]  5/25 6/1 6/22 7/3
7/18 8/4 8/18 9/23 13/21
15/16 16/4 16/5 16/8 17/8
18/23 20/8 20/18 20/22
22/24 23/7 23/10 23/13
25/24 26/5 26/11 26/25
29/7 29/16 29/17
above [1]  30/15
above-entitled [1]  30/15
absolute [1]  8/20
access [1]  10/13
accomplish [1]  24/7
accurate [1]  30/14
across [3]  6/12 9/2 10/3
acting [1]  12/23
actions [1]  22/14
actors [1]  18/15
actually [16]  7/25 9/11 9/17
12/6 14/5 14/10 14/14 16/7
19/3 19/24 20/14 20/22
21/14 21/17 22/4 22/6
add [1]  26/22
address [2]  17/14 19/7
advance [2]  24/3 25/5
advancing [3]  5/12 12/12
13/20
after [6]  4/3 8/16 12/25 14/8
17/14 18/11
again [7]  2/25 6/7 12/19
14/18 22/23 23/19 26/4
against [2]  19/5
agency [1]  13/13
agent [10]  13/8 13/9 16/10
16/11 21/4 21/13 21/21
25/15 25/24 26/1
agents [4]  20/1 20/13 21/7
25/23
aggressive [2]  12/13 14/19
ago [1]  18/24
ahead [4]  5/12 8/2 8/12
26/16
aid [1]  12/11
Alaska [1]  1/13
all [41]  2/7 2/9 3/2 6/16 8/13
9/8 9/23 14/24 15/5 16/15
16/17 18/8 19/1 19/5 21/24
21/24 22/19 23/2 23/2 23/2
23/4 23/4 23/12 23/19 23/25
24/4 24/6 24/10 24/14 24/21
25/17 26/8 26/15 26/20
26/21 27/2 27/11 27/14
27/17 27/17 30/7
Allen [7]  1/11 2/20 16/19
17/5 20/19 24/16 28/12
alleviate [1]  27/22
allow [1]  15/25
allowed [2]  8/17 15/25
alone [1]  4/21
along [1]  9/20
already [2]  24/4 29/19
also [7]  6/9 16/10 26/15 27/1
27/4 27/15 29/15
although [1]  17/5
always [1]  22/11

21/13 21/18 22/13 28/6
28/10
AMERICA [3]  1/2 2/5 23/23
amount [1]  14/25
Anchorage [1]  1/13
Angeles [1]  1/16
angle [2]  11/8 13/23
angry [2]  12/14 13/15
another [7]  5/5 12/15 14/1
14/2 14/11 14/11 14/13
any [10]  2/16 4/23 5/16
20/25 24/20 24/20 24/22
24/23 25/21 26/5
anyone [4]  17/23 19/21
19/22 22/7
anything [8]  18/23 19/21 23/6
26/20 27/23 29/11 30/3 30/5
apologies [1]  23/25
apologize [4]  17/3 17/13
17/13 24/3
apparently [1]  19/18
APPEARANCES [1]  1/10
appears [1]  22/11
approached [4]  4/12 5/7 8/19
9/22
AR [1]  7/20
are [55]  2/4 2/12 2/17 2/20
5/19 6/2 6/5 6/11 6/13 7/24
8/13 8/14 10/19 11/17 11/23
12/21 12/21 13/7 13/10 15/6
15/6 16/3 16/4 17/6 17/16
17/25 18/14 18/16 19/2 19/8
20/9 20/15 20/16 20/18
20/24 20/25 21/24 22/22
22/24 23/4 23/8 23/22 24/6
24/10 24/14 24/14 26/6 26/9
26/10 26/23 27/10 28/5 28/7
28/7 28/12
area [5]  4/2 12/5 12/15 13/6
13/18
argue [1]  17/19
arguing [1]  18/16
armed [3]  9/4 12/11 13/15
around [6]  10/5 12/9 14/3
14/10 18/22 28/16
arrest [4]  13/1 13/2 19/5 19/8
arrested [3]  20/14 21/15 22/5
arrived [2]  8/7 19/5
as [23]  3/6 4/8 6/9 8/19 9/18
9/22 10/19 13/10 13/25 14/5
18/21 19/25 22/8 22/25
22/25 22/25 23/1 23/1 23/5
23/5 26/15 29/13 29/13
ask [12]  20/13 20/18 21/6
21/13 21/19 22/14 26/6 26/8
28/3 28/3 29/9 29/25
asked [8]  5/25 13/13 19/25
21/5 21/13 21/21 26/2 28/1
asking [1]  29/11
aspects [1]  26/3
assault [2]  7/21 15/18
asserted [1]  21/9
assume [1]  13/15
assuming [3]  25/18 25/19
26/4
attacked [1]  13/23
attention [1]  26/12
Attorney's [1]  1/12 1/15

audio [9]  6/6 6/9 9/13 12/20
18/3 26/25 27/9 27/10 27/11
AUSTIN [3]  1/5 2/6 23/24
Avenue [4]  1/12 1/19 1/24
30/19
aware [1]  7/14
away [2]  11/22 27/13

B

back [17]  2/4 2/16 2/17 5/8
5/9 6/19 11/8 12/17 12/23
14/7 14/15 14/15 15/3 15/7
22/9 23/22 29/10
bald [1]  8/10
barely [1]  27/12
based [2]  22/14 28/13
basis [1]  20/20
battery [1]  27/4 27/5
battle [2]  8/21 18/19
battling [1]  3/23
be [51]  3/19 6/17 6/21 6/25
7/2 7/11 7/20 7/20 7/22 8/1
8/3 8/13 8/17 9/14 11/12
11/13 12/13 13/13 14/20
14/24 15/25 16/2 17/11
17/25 18/16 18/18 19/13
20/12 20/18 21/5 21/11
21/12 21/20 23/2 23/4 23/4
24/2 24/14 24/25 25/2 25/14
27/19 27/21 28/1 28/12
28/14 28/16 28/21 28/24
29/21 29/25
beanie [2]  8/11 10/23
bear [1]  9/5
beard [1]  29/1
beating [1]  9/2
because [21]  4/13 5/13 6/6
7/8 8/4 9/23 11/13 11/18
12/2 20/23 21/7 21/17 22/8
23/13 25/25 26/25 27/8
27/13 28/2 28/4 28/22
been [6]  3/23 3/25 4/17
17/14 24/21 26/15
beeping [1]  27/5
before [11]  1/9 3/24 4/20
4/20 10/25 11/5 14/20 17/17
20/7 23/13 26/21
began [1]  2/1
begin [3]  2/7 24/11 24/11
beginning [4]  29/4 29/8 29/21
29/23
behind [7]  4/8 5/13 10/20
11/12 12/1 12/3 26/17
being [3]  13/23 21/8 21/9
belabor [1]  21/18
believed [8]  19/3 19/4 19/4
19/11 19/11 19/12 19/13
22/13
below [1]  3/14
besides [1]  2/16
beyond [1]  16/16
Biden [1]  3/6
big [5]  7/11 8/6 8/9 29/7
29/16
bit [3]  6/6 6/19 20/23
black [3]  8/9 8/11 10/22
blade [1]  5/6
blue [1]  8/10

**B**

body [2]  12/7 14/4
bragged [1]  8/18
breach [2]  4/7 14/2
breached [1]  4/4
break [2]  19/21 26/21
brief [1]  20/24
bright [1]  23/20
bring [3]  7/19 19/9 26/12
bringing [2]  7/18 7/20
broke [2]  8/19 10/14
broken [5]  3/15 4/16 14/12
 15/17 15/24
brought [1]  7/25
building [23]  3/14 3/16 4/4
 4/5 4/14 4/15 4/17 8/23 8/25
 9/23 10/2 10/13 10/15 13/17
 13/21 13/22 14/9 14/18
 14/24 15/1 15/23 15/25 16/6
burning [1]  4/6
butt [1]  4/25

**C**

California [1]  1/16
call [4]  4/3 16/4 25/15 25/23
called [1]  4/1
calling [2]  25/13 26/6
came [5]  3/22 8/6 12/10
 14/22 28/22
camera [1]  10/7
cameras [1]  14/4
can [41]  2/10 2/25 4/8 6/8
 9/12 9/17 10/7 10/17 11/8
 12/16 12/20 16/19 16/22
 21/2 21/6 21/20 21/21 22/25
 22/25 23/1 23/1 23/4 23/4
 23/5 23/16 24/25 25/21
 25/22 26/9 26/12 26/13
 26/17 26/24 27/17 27/22
 28/17 29/9 29/9 29/10 29/22
 29/25
can't [2]  21/20 27/24
capable [1]  4/14
Capitol [31]  3/12 3/22 5/20
 7/15 7/18 8/1 8/14 8/17 8/19
 8/23 9/18 9/23 9/25 10/2
 10/9 10/15 10/18 10/20 12/2
 12/10 14/11 14/16 15/22
 18/6 18/7 18/9 18/22 19/1
 19/7 19/15 19/23
capture [1]  2/23
captured [3]  18/5 18/6 18/7
careful [1]  11/13
carried [1]  16/2
case [15]  1/3 15/4 16/3
 16/11 16/15 17/17 17/24
 17/24 18/4 18/13 21/8 22/13
 22/25 23/1 25/15
caught [1]  12/15
caveman [1]  18/21
CCTV [1]  18/6
celebrated [1]  10/6
cell [2]  5/23 18/5
center [1]  19/15
certainly [1]  17/2
certify [2]  2/19 3/6 7/5 7/10
 9/21 30/13
certifying [1]  15/13
chairs [1]  11/23

change [1]
 14/11 14/13
change [4]  6/24 9/23 25/19
 27/7
characters [3]  18/17 18/18
 18/20
charge [1]  12/24
charged [3]  15/4 15/6 16/17
charges [1]  16/3
checks [1]  11/16 11/21 12/6
Christopher [1]  1/18
civil [1]  26/15
civilly [1]  24/21
clear [3]  5/14 15/1 20/15
client [1]  29/3
climb [1]  3/18
close [3]  2/22 17/6 22/25
closely [1]  10/22 10/24
clothing [1]  28/23
clubs [1]  9/4
colleague [1]  15/7
College [1]  7/6
COLUMBIA [1]  1/1
come [6]  15/2 15/7 16/8
 22/19 23/3 26/9
comfortable [3]  29/3 29/14
 29/20
coming [6]  20/23 22/24 29/13
completely [1]  14/25
concede [1]  21/23
concern [1]  25/7
conclude [2]  17/20 17/20
conduct [1]  15/22
Confederate [1]  4/25
Congress [11]  2/18 3/4 3/8
 7/5 9/25 14/23 14/23 15/2
 15/12 15/13 15/15
connect [1]  27/21
Connecticut [1]  1/19
Constitution [2]  1/24 30/19
construction [2]  19/14 22/12
contention [1]  20/19
context [1]  28/22
continued [3]  5/12 12/13
 12/13
corner [5]  10/22 12/10 14/2
 14/3 14/5
correct [2]  28/6 29/5
corrected [1]  10/10
corrupt [1]  19/6
costume [2]  18/17 18/20
could [15]  2/22 4/2 6/23 7/10
 13/13 13/15 15/2 20/23
 25/23 26/1 26/2 26/4 26/1
 27/10 27/12
couldn't [2]  27/11 27/14
counts [6]  15/8 15/9 15/11
 15/18 15/21 16/17
couple [4]  4/15 6/1 8/2 24/6
course [4]  6/1 6/7 8/15 16/5
court [5]  1/1 1/23 2/10 22/1
 30/19
courthouse [2]  23/3 23/16
courtyard [1]  3/13
cracked [1]  14/15
created [1]  24/12
crimes [1]  15/4
Criminal [1]  1/3 2/5 23/23
cross [1]  25/22

crossed [1]  9/6
crowd [10]  3/11 4/22 8/12
 8/16 9/2 9/15 9/17 10/5
 10/13 10/16
CRR [2]  1/23 30/18
Curtis [2]  7/18 7/19

**D**

D.C [7]  1/4 1/20 1/24 7/2 8/3
 8/7 30/20
danger [2]  4/6 4/23
dangerous [1]  13/13
Davis [17]  1/18 1/18 1/18
 16/20 17/4 17/6 20/7 20/10
 20/23 21/23 22/18 24/5
 25/22 26/11 29/3 29/17 30/5
day [26]  2/18 3/6 3/9 3/16
 5/20 5/22 6/19 7/1 7/11 7/16
 7/19 7/23 8/6 8/14 9/4 9/7
 9/18 13/9 15/13 16/9 18/9
 22/16 22/21 22/22 23/14
 26/13
days [2]  6/1 8/2
dcd.uscourts [1]  30/20
dcd.uscourts.gov [1]  1/25
deal [2]  29/7 29/16
December [1]  7/14
decisions [1]  13/13
decontamination [1]  17/16
defendant [7]  1/6 1/18 5/2
 11/3 18/10 28/2 28/3
defendants [1]  28/1
delay [1]  24/13
demonstrate [2]  18/14 19/2
Des [2]  18/11 19/14
Des Moines [2]  18/11 19/14
describe [1]  4/11
desperately [1]  4/21
detail [1]  13/8
determined [1]  3/8
did [15]  3/7 4/15 5/11 13/18
 15/15 16/13 16/14 18/25
 20/13 22/7 22/15 22/16 24/7
 24/7 28/21
didn't [10]  5/5 5/9 5/10 12/12
 13/19 14/10 18/23 24/19
 24/20 24/22
difference [1]  28/23
different [5]  13/23 13/24 15/5
 28/23 28/25
difficult [2]  26/25 27/1
difficulties [1]  17/12
direct [1]  29/22
directly [5]  3/18 4/18 6/11
 13/9 16/7
disagreements [2]  24/21
 24/22
disappointing [1]  17/23
disorderly [1]  15/22
dispute [1]  26/10
disputes [2]  26/3 26/16
distance [2]  2/23 17/1
distracted [1]  14/1
DISTRICT [3]  1/1 1/1 1/9
do [25]  10/18 14/7 15/20
 19/7 19/10 19/11 19/12
 19/12 19/24 20/12 23/7 23/7
 23/10 23/13 23/18 25/12
 26/4 26/17 27/17 27/22 29/2
 29/3 29/4 29/6 29/14

D.C [7]
 28/7 19/14 20/10
 28/25
doesn't [7]  20/16 25/20 26/4
 28/15 29/1 29/7 29/16
doing [2]  4/14 29/14
don't [13]  5/9 20/17 20/17
 21/1 23/6 23/8 23/8 23/12
 23/14 24/10 28/2 28/19
 29/17
done [2]  15/6 23/5
door [6]  11/24 11/24 14/15
 20/17 21/1 23/3
doors [3]  10/20 12/4 14/12
doorway [2]  11/23 12/7
doubt [3]  16/16 28/21 28/23
DOUGLAS [5]  1/5 2/6 3/7
 5/2 23/23
down [12]  8/19 11/7 11/18
 11/21 11/23 13/9 13/11
 13/16 18/12 19/18 29/11
 29/23
dramatic [1]  29/12
draw [1]  17/20
dressed [1]  18/18
drove [2]  3/9 18/11
during [2]  8/14 15/20

**E**

each [3]  15/8 15/9 26/8
eagle [1]  8/10
early [2]  23/20 26/24
east [1]  14/10
easy [1]  8/12
educated [1]  19/18
effort [1]  7/12
eight [1]  17/14
either [3]  17/19 26/20 29/24
election [5]  2/19 3/6 6/22 7/4
 15/14
Electoral [1]  7/6
elicit [7]  21/4 21/20 25/20
 25/22 26/1 26/5 26/11
eliciting [1]  21/12
else [5]  11/11 12/22 19/23
 27/23 27/24
Emily [1]  1/11
encountered [3]  4/7 4/12
 11/6
encourage [1]  25/17
end [10]  6/13 15/6 16/15
 17/17 19/15 22/13 22/20
 22/20 23/13 26/13
enforcement [2]  19/5 28/5
engaging [1]  8/24
enough [1]  14/9
enter [1]  3/16
entitled [1]  30/15
entry [2]  13/24 15/22
escorted [2]  14/8 14/20
especially [1]  25/19
Esquire [3]  1/11 1/14 1/18
essentially [1]  16/3
Eugene [1]  3/23
evacuate [2]  4/19 13/5
evacuated [3]  3/20 6/17
 13/18 14/24
evacuating [2]  13/11 13/14
evacuation [1]  11/13
even [8]  4/5 7/20 8/2 9/6
 10/25 12/11 27/13 28/18

**E**

evening [3]  23/8 26/21 29/18
events [2]  18/5 22/15
ever [1]  13/13
every [3]  5/20 7/3 7/4
everyone [3]  12/22 15/20
28/2
everything [3]  18/2 18/3
19/20
everywhere [1]  8/25
evidence [14]  6/11 7/24 7/25
15/7 15/8 16/16 17/16 17/21
18/14 18/16 19/2 20/8 21/4
22/3
exact [1]  15/16
exactly [2]  21/11 21/12
examination [1]  25/22
EXCERPT [1]  1/8
excited [2]  9/9 10/11
executing [1]  3/8
exhausted [1]  4/5
exhibits [4]  24/17 24/20
24/20 24/25
exits [1]  11/12
expect [3]  17/22 20/3 27/25
expected [1]  25/6
experiences [1]  16/9
explain [3]  4/11 20/24 22/23
explosions [1]  9/1
expressed [1]  27/8
extreme [1]  12/5

**F**

face [10]  3/22 3/22 3/25 4/5
5/4 11/9 16/7 16/8 28/14
29/25
Facebook [2]  7/17 16/12
faced [1]  16/7
facility [1]  16/6
fact [2]  5/11 15/15
fall [1]  24/5
faster [1]  26/19
FBI [7]  16/11 18/11 19/25
19/25 21/4 22/4 22/11
feet [2]  11/22 12/22
fellow [1]  9/3
felt [1]  27/9
fence [1]  8/19
few [8]  11/5 15/10 18/24
23/10 23/13 23/14 23/17
24/17
fighting [1]  8/21
filming [1]  18/9
final [1]  10/12
finally [5]  4/1 8/6 14/8 14/20
15/2
fine [2]  21/25 27/10
first [9]  3/16 10/17 11/4
11/15 24/9 25/13 25/14
26/12 28/22
five [1]  23/17
fixed [1]  12/20
flag [1]  4/25
flagpole [1]  5/1
floor [3]  6/14 6/15 11/25
folks [2]  24/12 26/24
followed [1]  5/22
following [3]  2/1 20/6 22/1
foot [4]  3/12 3/21 5/22 10/3

force [1]  8/23
forced [2]  5/18 5/19
foregoing [1]  30/13
form [1]  21/6
forming [1]  12/11
fortunately [1]  13/3
forward [2]  12/13 17/16
found [4]  6/25 14/11 16/11
four [3]  7/3 15/21 16/6
friend [3]  7/17 7/17 9/19
friends [2]  7/1 8/18
front [6]  4/22 5/3 5/8 8/10
12/22 12/22
funny [1]  27/8
further [4]  24/13 27/13 30/3
30/6

**G**

gas [1]  8/25
generally [1]  16/23
gentlemen [3]  12/19 22/17
22/19
get [17]  3/10 3/12 5/3 5/17
9/13 9/21 9/25 10/3 11/20
11/25 12/20 13/18 17/16
20/25 23/5 26/24 30/7
gets [1]  11/16
getting [4]  2/21 7/14 10/13
14/18
give [3]  16/13 23/14 23/15
given [3]  22/20 28/17 28/18
gives [1]  29/15
glimpse [1]  16/13
go [6]  5/12 11/11 13/1 13/2
14/2 26/18
goes [3]  12/2 21/3 21/7
going [55]  4/10 4/11 5/10
5/14 5/16 6/2 6/5 6/11 6/21
6/25 7/2 7/11 7/19 7/21 7/24
8/13 8/14 9/1 9/20 9/20 9/21
13/7 15/13 16/4 17/6 17/25
18/14 18/16 19/2 19/3 19/5
19/11 19/13 20/11 20/12
20/16 20/17 20/18 20/24
20/25 21/13 21/18 21/23
21/24 22/13 22/22 22/24
25/11 26/7 26/23 27/19 28/7
28/10 28/12 29/21
gone [1]  28/6
good [4]  14/21 17/9 17/9
26/16
Goodman [23]  3/23 3/23
4/10 5/1 5/5 5/7 5/8 5/9 5/12
5/14 5/18 5/19 5/22 6/13
11/5 11/10 11/12 11/16
11/22 12/5 12/9 15/19 15/19
Goodman's [3]  5/4 6/15 11/9
got [18]  3/17 3/21 4/1 4/3
5/15 6/18 6/18 7/1 8/20 9/19
10/4 10/12 14/15 14/17
14/22 25/25 27/13 28/16
government [7]  20/16 21/1
21/19 25/20 26/4 27/23 30/3
government's [1]  2/8
granted [1]  2/11
gray [1]  8/11
great [2]  2/17 2/23
ground [1]  8/21
grounds [2]  8/14 8/19

groups [1]  16/23
growing [1]  26/23
Guard [1]  8/3
guarding [1]  3/14
guess [1]  27/17
guilty [1]  16/17
gun [1]  4/13
guns [2]  7/18 9/6
guy [1]  18/22

**H**

had [37]  3/23 3/25 4/13 4/16
4/17 4/19 4/19 5/6 5/13 5/23
5/23 7/6 7/9 8/3 9/3 9/4 9/6
9/7 10/1 11/12 11/13 11/14
11/18 12/10 13/12 13/19
14/20 14/24 19/5 19/12 22/9
22/10 24/4 24/12 25/3 26/20
27/15
hadn't [1]  4/19
half [3]  6/2 13/21 17/15
halls [1]  16/1
hallway [5]  11/17 11/18
11/21 12/9 13/21
hand [2]  4/13 19/21
hands [1]  9/24
happen [3]  3/7 7/1 7/12
happened [4]  18/1 18/1 18/2
22/4
happening [3]  5/24 12/16
12/20
happens [1]  14/6
happy [2]  6/22 17/2
hard [1]  27/15
harm [2]  19/22 22/7
Harris [5]  22/23 23/6 23/14
23/18 27/18
has [3]  12/2 18/3 22/11
hate [1]  17/11
Hava [1]  1/14 15/7
have [32]  3/1 3/2 5/10 6/5
6/19 9/13 16/5 17/6 17/14
17/15 17/17 19/24 20/8
20/22 20/24 21/2 22/7 22/9
22/19 23/2 23/3 24/10 24/21
24/22 24/22 25/2 25/3 26/15
26/8 28/18 28/19 29/11
having [2]  17/12 17/13
he [192]  3/7 3/9 3/11 3/12
3/13 3/15 3/15 3/17 3/17
3/18 3/21 3/25 3/25 4/2 4/3
4/3 4/5 4/6 4/6 4/7 4/12 4/12
4/13 4/15 4/17 4/20 4/21
4/22 4/23 4/24 5/2 5/11 5/11
5/12 5/13 5/13 5/13 5/14
5/15 5/15 5/15 5/16 5/18
5/18 5/23 5/23 6/1 6/18 6/19
6/23 6/23 6/25 7/1 7/2 7/13
7/14 7/17 7/19 7/21 7/22 8/1
8/2 8/7 8/8 8/8 8/9 8/17
8/17 8/18 8/19 8/20 8/20 9/8
9/8 9/8 9/9 9/9 9/9 9/9 9/11
9/19 9/19 9/20 9/21 9/22
9/23 9/24 9/25 9/25 10/1
10/2 10/2 10/4 10/5 10/6
10/6 10/9 10/10 10/10 10/11
10/12 10/13 10/15 10/23
10/25 10/25 11/13 11/13
11/14 11/16 11/18 11/19

groups [1]  18/1 11/2 12/2 12/6
12/6 12/10 12/13 12/13
12/14 12/14 12/14 12/25
13/1 13/19 13/20 13/21 14/2
14/5 14/6 14/8 14/9 14/10
14/11 14/12 14/12 14/12
14/14 14/15 14/15 14/17
14/19 14/19 14/20 14/22
15/14 15/24 15/25 16/1 16/1
16/14 18/11 18/12 18/12
19/3 19/3 19/4 19/10 19/11
19/11 19/12 19/12 19/18
19/25 21/4 21/13 21/20
21/21 22/6 22/7 22/8 22/9
22/10 22/10 22/11 22/13
22/15 22/16 22/16 25/23
26/1 26/4 28/15 28/15 28/25
28/25 29/9 29/10 29/19
he's [13]  4/11 12/23 12/23
14/18 14/18 19/17 19/17
19/25 22/12 27/19 28/13
29/19 29/19
hear [29]  2/22 6/7 6/8 6/11
9/14 9/17 10/7 12/20 13/7
14/5 16/10 16/22 18/23 19/3
19/7 19/9 19/10 19/25 20/3
20/4 22/3 22/24 26/20 26/25
27/1 27/10 27/11 27/12
27/14
heard [7]  4/3 7/2 15/5 16/5
20/6 22/1 23/7
hearing [2]  17/15
hearsay [3]  21/17 21/20 26/1
heart [1]  14/17
heartland [1]  18/12
heavy [1]  7/21
heels [1]  12/8
held [1]  13/3
help [1]  12/10
helped [1]  10/25
helpful [1]  25/2
here [26]  3/10 4/9 6/13 6/18
8/3 11/10 17/12 17/14 18/1
18/1 18/4 23/4 23/4 23/8
23/12 24/7 24/10 24/12
24/14 24/14 24/15 26/24
27/9 27/19 27/21 30/8
here's [2]  4/15 7/3
hereby [1]  30/13
Hey [1]  14/6
hiding [1]  3/19
him [31]  4/8 4/22 5/8 5/9
5/13 8/1 8/5 8/12 11/12
12/12 14/4 16/2 16/8 19/7
19/9 19/9 19/10 19/23 21/5
22/7 22/10 22/12 22/16 26/6
28/3 28/12 28/20 29/9 29/10
29/11 29/15
himself [3]  10/10 11/1 22/9
his [37]  3/10 4/3 4/5 4/13
4/13 5/1 5/3 5/7 5/17 5/23
7/17 7/17 8/12 8/18 9/7 9/10
9/24 10/6 10/7 10/22 11/18
12/7 12/8 12/10 15/12 15/20
15/22 16/13 21/3 21/9 22/9
22/14 28/3 28/14 28/18 29/9
29/11
hold [3]  2/25 3/1 17/6
hole [1]  19/19

**H**

home [2]  3/10 18/11
honest [1]  28/21 28/24
Honor [10]  2/4 2/9 20/7
20/20 21/22 24/2 25/3 27/16
30/4 30/6
HONORABLE [1]  1/9
hope [2]  17/16 17/23
horns [1]  18/22
horrified [1]  9/9
hour [5]  3/24 13/21 17/3
17/13 22/20
hours [4]  3/10 14/25 15/2
17/15
House [2]  3/4 10/10
how [6]  6/18 17/8 19/14
20/24 25/11 26/14
however [1]  26/18
huge [2]  14/25 24/10
hundreds [1]  13/16
hunting [1]  13/15

**I**

I'm [5]  2/20 16/23 17/4 17/23
20/10
idea [2]  7/7 7/9
identify [8]  28/1 28/4 28/8
28/12 29/9 29/10 29/15
29/24
identifying [1]  28/20
importance [1]  12/6
important [2]  6/6 7/1
inch [1]  5/6
include [1]  18/20
independent [1]  21/6
indictment [1]  16/18
individuals [1]  10/19
inference [1]  17/21
information [1]  23/15
inquired [1]  22/4
inside [10]  3/17 4/1 4/3 6/16
11/20 14/13 14/15 18/6 18/9
18/22
Inspector [1]  12/14
instituted [1]  19/13
instructions [1]  23/7
intent [1]  24/11
interesting [2]  25/18 26/3
interference [1]  15/19
internet [1]  19/19
interrupt [2]  2/20 17/4
interrupted [1]  17/5
interview [9]  20/9 20/25
25/11 25/15 25/21 25/22
26/3 26/5 26/10
interviewing [1]  19/25
interviews [1]  18/12
introduce [1]  21/5
investigated [1]  16/11
Iowa [4]  3/10 18/11 18/11
19/14
iPhone [1]  9/12
is [49]  2/11 2/15 2/23 4/10
5/25 6/6 6/9 6/14 7/8 11/22
11/24 12/1 15/4 15/11 16/17
17/18 17/21 17/23 17/24
18/2 18/2 18/4 18/14 18/18
19/2 19/10 19/20 19/23
20/10 20/19 21/22 22/2

**J**

jab [1]  5/1
January [9]  2/18 5/21 6/25
7/3 7/11 8/6 16/6 18/15 19/4
January 6 [8]  2/18 5/21 6/25
7/3 7/11 8/6 16/6 19/4
Jencks [1]  15/24
JENSEN [53]  1/5 2/6 3/7
3/22 4/8 5/2 5/6 5/7 5/9 5/10
6/12 6/18 6/20 6/22 7/13
7/19 7/20 7/25 8/6 8/13 8/16
9/7 9/18 10/9 10/19 10/20
10/22 11/6 11/8 11/19 12/12
12/16 13/4 13/19 13/25 14/5
14/9 14/22 15/4 15/17 16/7
16/13 16/17 18/25 20/13
21/20 22/3 23/24 26/2 29/8
29/13 29/17 29/22
Jensen's [9]  6/15 9/22 12/7
12/22 15/11 15/18 15/21
16/12 25/11
job [4]  15/20 19/7 19/10
19/24
Joe [1]  3/6
John [1]  27/21
Johnson [1]  16/11
joined [3]  3/11 8/8 10/14
joint [3]  3/4 3/9 7/5
jump [1]  11/4
jumped [3]  3/15 10/25 15/24
jumping [1]  15/17
jury [3]  1/8 23/15 25/1
just [34]  2/12 4/3 4/16 4/19
11/5 11/18 11/22 11/23 12/1
12/3 12/25 15/10 15/16
19/18 23/13 23/14 24/9
24/25 25/1 25/7 25/10 25/12
25/16 25/17 27/4 27/10
27/24 28/10 28/13 29/4 29/8
29/10 29/15 29/22

**K**

keep [8]  11/14 13/4 13/20
15/20 17/1 17/15 23/12
28/15
KELLY [1]  1/9
knew [10]  4/17 4/20 5/13
7/22 8/1 8/2 8/17 10/9 11/13
12/25
knife [1]  5/6 9/7 16/2
knives [1]  9/6
know [16]  4/15 5/5 20/17
23/2 24/18 24/21 25/1 25/8
26/1 26/2 27/8 28/12 28/13
28/22 29/7 29/13
knowing [2]  4/13 13/20

**L**

ladies [3]  12/19 22/17 22/19
last [5]  3/13 6/1 10/14 25/15
26/7
late [2]  17/3 24/7
later [2]  10/10 15/2
law [4]  15/9 19/5 19/13 28/5
lawn [3]  3/11 3/24 8/20
lay [1]  19/20
learned [1]  9/19
leave [3]  14/10 14/20 23/16
led [1]  3/18
left [1]  6/15
let [4]  5/16 21/19 23/9 30/7
let's [3]  24/15 25/12 26/20
level [1]  28/13
Levenson [1]  1/14
like [9]  4/12 6/21 7/21 9/10
9/14 12/23 16/25 27/9 29/12
line [6]  3/13 9/2 10/12 10/14
12/12 13/3
lines [1]  10/4
list [2]  26/23 27/4
literally [1]  18/13
little [9]  3/2 6/6 6/19 9/12
16/13 20/23 26/17 27/5
28/25
live [1]  9/11
loaded [1]  7/22
loan [1]  16/19
lockdown [1]  4/16
locked [1]  7/22
long [1]  29/13
look [4]  10/21 18/16 18/18
28/25
looked [1]  6/21
looking [2]  4/23 13/10
Los [1]  1/16
lot [3]  18/15 24/12 26/2
loud [3]  6/9 16/23 17/11
low [2]  16/22 27/5
lowers [1]  29/8
Loyd [1]  25/14

**M**

mad [1]  12/21
made [4]  3/17 5/14 8/12 12/9
main [2]  11/24 23/3
mainly [1]  17/25
make [12]  2/12 6/8 7/12
11/17 12/6 13/12 13/13 15/1
23/16 26/18 29/7 29/16
makes [1]  28/23

**M**

Mall [3]  8/7 8/17 9/19
man [6]  4/25 18/24 19/20
19/21 19/22 22/14
many [4]  5/25 27/25 28/1
28/19
marched [2]  8/16 16/1
marshals [1]  24/1
martial [1]  19/13
mask [8]  2/10 16/24 17/2
28/3 28/18 29/9 29/11 29/23
masks [1]  28/2
matter [5]  2/5 21/9 23/23
26/22 30/15
may [5]  2/8 3/1 16/24 21/5
24/2
maybe [1]  29/14
Mayor [1]  8/3
me [10]  19/9 20/15 20/24
20/24 21/19 22/11 25/4 25/7
27/14 29/19
mean [2]  21/4 28/11 29/6
meet [2]  2/19 11/19
meeting [1]  3/9
meets [1]  7/5
members [1]  14/23
mention [2]  24/9 25/10
messages [2]  16/12 16/12
metal [1]  4/24
mic [1]  16/20
microphone [3]  2/21 3/3 27/2
microphones [1]  27/2
might [2]  7/20 25/19
Mike [9]  5/16 7/10 9/19 9/25
13/2 13/8 13/16 13/17 19/6
miles [1]  18/10
mind [2]  21/3 21/10
mindful [1]  11/12
minute [2]  6/2 6/2
minutes [4]  4/20 23/10 23/14
23/17 23/17
Mirell [1]  1/14 15/7 27/13
miscommunication [1]  24/1
mob [7]  4/8 5/3 5/8 5/13
10/14 11/6 13/15
Moines [2]  18/11 19/14
moment [1]  10/5 15/16 25/18
moments [1]  18/24
more [2]  3/9 25/7
morning [4]  23/20 26/12
27/20 30/8
most [5]  11/25 13/12 16/5
18/3 24/8
mouth [1]  2/22
move [4]  17/16 22/25 23/1
29/24
moved [1]  2/22
moving [1]  12/13
MPD [1]  19/23
Mr [2]  11/6 11/8
Mr. [73]  3/22 4/8 5/6 5/7 5/9
5/10 6/12 6/15 6/18 6/20
6/21 6/22 7/13 7/19 7/20
7/25 8/6 8/13 8/16 9/7 9/18
9/22 10/9 10/19 10/20 10/22
11/8 11/19 12/7 12/12 12/16
12/22 13/4 13/10 13/19
13/25 14/5 14/9 14/22 15/4
15/11 15/17 18/15 15/21

**M**

Mr.... [29]  15/24 16/7 16/12
16/13 16/17 16/20 17/4 17/6
18/25 20/7 20/10 20/13
20/23 21/20 21/23 22/3
22/18 24/5 25/11 25/22 26/2
26/11 29/3 29/8 29/13 29/17
29/17 29/22 30/5
Mr. Davis [14]  16/20 17/4
17/6 20/7 20/10 20/23 21/23
22/18 24/5 25/22 26/11 29/3
29/17 30/5
Mr. Jencks [1]  15/24
Mr. Jensen [47]  3/22 4/8 5/6
5/7 5/9 5/10 6/12 6/18 6/20
6/22 7/13 7/19 7/20 7/25 8/6
8/13 8/16 9/7 9/18 10/9
10/19 10/20 10/22 11/8
11/19 12/12 12/16 13/4
13/19 13/25 14/5 14/9 14/22
15/4 15/17 16/7 16/13 16/17
18/25 20/13 21/20 22/3 26/2
29/8 29/13 29/17 29/22
Mr. Jensen's [9]  6/15 9/22
12/7 12/22 15/11 15/18
15/21 16/12 25/11
Mr. Pence [1]  13/10
Mr. Trump [1]  6/21
Ms [1]  17/5
Ms. [11]  2/20 16/19 20/19
22/23 23/6 23/14 23/18
24/16 27/13 27/18 28/12
Ms. Allen [5]  2/20 16/19
20/19 24/16 28/12
Ms. Harris [5]  22/23 23/6
23/14 23/18 27/18
Ms. Mirell [1]  27/13
much [2]  23/5 25/19
my [9]  2/10 3/2 6/8 15/7 17/1
20/20 23/7 24/11 26/12

**N**

name [1]  13/16
National [2]  8/3 8/7
nearly [1]  3/24
necessarily [1]  21/5
need [2]  23/10 23/15
nestor [5]  1/23 1/25 30/18
30/18 30/20
never [1]  25/25
nine [1]  17/15
no [12]  1/3 4/13 7/24 11/11
11/12 11/17 13/19 24/19
25/8 28/10 28/11 29/11
No. [1]  25/16
No. 7 [1]  25/16
None [2]  4/17 8/5
North [1]  1/15
Northwest [1]  1/19
not [38]  2/15 2/21 3/7 5/14
6/9 7/20 7/24 9/20 9/21
10/10 17/18 17/19 17/23
17/23 18/2 19/9 19/17 19/17
19/20 19/21 19/22 20/8 20/9
20/10 20/15 21/5 21/8 21/17
21/18 21/21 22/6 23/7 23/8
25/19 26/6 26/7 27/2 29/6
Nothing [1]  30/6
notice [1]  18/17

**O**

November [1]  6/20
now [22]  2/7 2/23 4/10 4/14
5/19 6/3 6/18 7/24 9/16 10/9
11/8 11/22 11/23 13/3 13/10
15/10 17/8 20/8 21/25 23/2
24/9 25/8
number [4]  24/15 24/16
24/17 24/17
NW [2]  1/24 30/19

**O**

objection [5]  20/2 20/21 22/2
28/10 28/11
obligated [1]  19/12
obstruction [1]  15/11
obvious [1]  4/23
obviously [6]  17/12 20/22
21/9 22/8 24/9 28/11
off [5]  2/10 9/11 15/5 16/7
28/3
offenses [1]  15/5
offered [2]  21/8 21/9
office [4]  1/12 1/15 1/22 12/2
officer [27]  3/22 3/23 4/10
5/1 5/3 5/5 5/7 5/8 5/9 5/11
5/14 5/17 5/18 5/19 5/22
6/13 6/14 11/5 11/9 11/10
11/12 11/16 11/22 12/5 12/9
15/19 15/19
officer's [1]  29/8
officers [17]  3/14 8/24 9/2
9/3 9/5 12/10 12/11 12/17
12/23 12/25 13/3 13/23 14/3
14/6 14/13 14/19 19/7
Official [2]  1/23 30/19
officially [2]  3/5 7/7
often [1]  11/25
Oh [2]  16/21 27/25
Okay [3]  17/10 21/16 30/2
once [2]  12/19 14/18
one [18]  2/15 2/16 3/15 8/18
9/10 9/16 11/3 12/24 13/12
15/9 15/11 24/15 25/23
26/17 26/22 29/2 29/6 29/11
only [2]  13/15 18/2
open [3]  14/15 20/17 22/1
opened [1]  22/8
opening [7]  1/8 2/8 17/18
21/2 22/20 24/18 25/1
opens [1]  21/1
opportunity [2]  13/25 29/15
opposite [2]  5/11 11/7
ordered [1]  13/1
ordering [2]  12/17 12/23
other [9]  10/25 11/7 12/10
13/4 13/24 25/10 26/3 26/8
28/18
others [2]  2/16 20/14 21/14
our [7]  20/8 22/21 23/14
25/14 26/22 27/25 28/1
out [10]  6/25 8/12 11/25 14/8
14/20 17/25 19/9 25/12
27/11 30/7
outfit [1]  8/12
outnumbered [2]  4/21 14/14
outside [1]  3/24
over [9]  6/1 7/8 8/11 8/13
8/22 12/3 16/4 18/8 28/6
overruled [1]  22/2

overwhelmed [1]  14/24
own [4]  9/10 9/24 10/6 21/6

**P**

p.m [3]  2/3 23/21 30/9
panel [1]  24/10
part [3]  13/8 24/8 25/21
parties [2]  25/24 26/6
parts [1]  26/10
pass [1]  27/24
passed [1]  11/18
past [2]  10/4 13/25
Pence [5]  5/16 7/10 9/20
9/25 13/2 13/10 13/16 13/17
19/6
Pence's [1]  13/8
people [4]  4/16 7/6 8/8 8/21
9/15 10/25 11/17 11/20
13/16
pepper [2]  3/25 4/6
pepper-sprayed [1]  3/25
percent [1]  19/3
perhaps [2]  26/7 26/13
permission [1]  2/11
phone [5]  5/23 9/10 10/6
16/13 18/5
photo [2]  4/9 28/19
photographing [1]  18/9
photos [2]  9/12 16/12
physically [1]  14/20
pick [1]  8/12
picture [1]  22/8
pictures [5]  8/8 9/9 9/10 9/11
28/6
pistol [1]  7/25
pistols [1]  7/22
place [3]  11/11 11/21 18/8
plan [4]  3/8 9/20 25/13 25/15
planned [1]  8/3
planning [2]  7/13 25/16
play [3]  6/7 9/16 25/12
played [4]  6/4 10/8 11/2
12/18
please [1]  16/20
pocket [3]  5/7 9/7 22/9
pocketknife [3]  22/7 22/10
22/12
point [8]  3/24 4/7 5/6 12/11
13/22 13/24 20/9 21/18
pointed [1]  4/24
pointing [1]  17/25
police [19]  3/13 3/22 5/16
8/22 9/1 9/2 10/4 10/12
10/14 10/18 10/24 12/10
12/11 14/3 14/13 14/19
14/25 19/7 19/23
political [1]  21/7
politicians [1]  19/6
possibility [3]  7/15 7/18 8/4
possibly [1]  22/25
PowerPoint [1]  25/4
practical [1]  22/23
prepared [4]  7/22 8/2 9/24
24/25
presentation [1]  26/18
presenting [1]  15/7
preside [1]  12/3
President [13]  3/19 5/16 6/20
7/7 7/8 7/9 13/1 13/5 13/14

President's [1]  12/1
presidential [2]  2/19 7/4
presides [1]  7/8
pretty [2]  14/8 28/4
prevent [2]  3/8 14/1
probably [1]  18/15
problem [1]  28/19
procedures [1]  23/11
proceed [1]  2/8
proceedings [4]  2/1 14/22
15/12 30/14
promptly [1]  23/16
protect [1]  8/24
prove [3]  16/16 21/8 21/9
provided [1]  25/4
pull [1]  29/23
pulling [1]  9/1
purpose [1]  15/12
purposes [1]  24/18
push [1]  14/7
pushed [2]  3/13 5/2
put [5]  20/8 20/16 24/25
25/12 29/10
puts [1]  12/7

**Q**

QAnon [1]  19/4
question [11]  20/13 21/11
21/16 21/17 21/20 21/21
25/18 25/21 25/25 29/9 30/1
questions [1]  20/18
quick [2]  5/23 12/15
quickly [3]  4/22 23/1 23/1
quite [1]  6/9

**R**

rabbit [1]  19/18
radio [1]  4/4
raise [1]  27/23
rally [4]  7/2 8/7 8/8 8/16
ran [2]  4/6 4/7
ransacked [1]  14/25
rather [1]  28/14
read [1]  15/5
ready [1]  17/16
really [6]  3/7 10/11 17/6
17/11 18/15 25/7
reason [4]  8/1 17/5 18/8
19/19
reasonable [1]  16/16
recess [4]  2/3 15/16 23/21
30/9
recessed [1]  4/20
record [2]  2/5 23/22 24/18
24/24 24/25 25/2 25/3 25/8
25/9
recover [1]  24/7
red [1]  8/9
reference [4]  17/21 21/2
21/25 24/19
referenced [2]  24/16 24/19
referring [1]  28/7
reflect [1]  25/9
refusing [1]  7/10
reinforcement [1]  15/1
relate [2]  15/18 15/21
release [2]  22/22 23/9
relief [1]  4/1
remain [1]  26/10

**R**

remember [1] 15/11
remove [2] 16/24 17/2
REPORTED [1] 1/23
reporter [4] 1/23 5/21 12/15
  30/19
reporters [2] 5/20 18/7
Representatives [1] 3/5
resistance [1] 15/19
response [1] 9/22
responsible [1] 24/2
rest [4] 4/2 4/8 10/11 11/6
restricted [1] 15/22
results [5] 2/19 7/6 7/10 9/21
  15/14
retreat [1] 5/18
rifles [1] 7/21
right [30] 2/7 2/9 2/23 3/2 4/9
  5/3 6/3 6/13 6/15 9/14 9/16
  10/20 10/22 11/3 11/23 12/4
  12/8 12/22 13/10 21/22
  21/24 22/19 23/12 23/25
  24/4 24/6 25/8 25/17 27/17
  29/2
riot [1] 15/21
rioter [3] 3/25 4/23 4/25
rioters [3] 3/11 3/14 3/16
  3/23 4/4 9/1 9/4 9/4 9/17
  10/3 10/17 10/23 11/4 11/19
  12/21 13/4 13/22 13/24 15/1
ripen [1] 26/7
risk [1] 13/23
RMR [1] 1/23 30/18
roaring [1] 9/15
room [2] 1/13 13/5
Rotunda [1] 14/17
rounded [2] 14/2 14/5
routes [1] 11/14
rule [2] 26/14 26/18
running [1] 10/19 11/20

**S**

safe [5] 11/14 11/20 12/6
  15/2 15/20
safely [1] 13/5
said [5] 7/20 13/2 26/15
  27/13 29/19
same [1] 17/5
saw [7] 4/23 4/24 5/2 8/20
  9/9 11/19 13/25
say [3] 19/9 27/18 28/10
saying [1] 27/10
scaled [2] 3/12 10/3
scanned [1] 4/22
scenes [1] 26/18
schedule [1] 17/15
scrambling [1] 11/20
screaming [3] 9/15 9/17 16/1
screen [1] 24/20
screens [1] 2/12
second [1] 9/13
seconds [2] 4/20 11/5
Secret [2] 13/7 13/12
secure [1] 16/2
security [2] 4/17 13/8
see [34] 4/8 6/23 7/24 10/17
  10/19 10/21 10/24 11/8
  11/15 12/16 14/5 16/15
  17/22 18/6 18/7 18/21 18/22

19/22 19/23 20/23 23/19
24/20 26/2 26/9 26/20 26/23
28/14 28/17 29/25 30/8
seen [2] 28/6 28/18
selfies [1] 8/9
Senate [10] 3/5 3/18 4/19
  6/14 6/16 7/8 7/9 11/24 12/1
  12/3
Senators [4] 4/18 6/16 11/25
  14/23
separate [1] 22/15
separated [1] 9/3
September [1] 1/6
service [3] 13/8 13/12 23/19
session [5] 3/4 3/9 7/5 15/3
  15/15
set [5] 2/18 3/5 13/9 14/2
  14/11
seven [3] 15/4 16/4 16/17
Seventh [1] 1/12
sharp [1] 24/15
she [2] 8/4 27/13
shield [2] 10/18 10/24
shields [1] 9/6
shirt [6] 8/9 8/11 8/11 18/24
  19/1 19/15
shoot [2] 5/10 5/12
should [7] 5/10 17/19 17/20
  17/20 23/7 24/18 25/24
shouldn't [1] 18/16
shouted [1] 14/19
shouting [1] 12/14
show [1] 18/25
showed [1] 25/1
shown [1] 25/8
sic [1] 18/7
side [4] 11/7 14/10 17/19
  26/21
sidebar [2] 20/6 27/5
signs [1] 4/23
sits [1] 18/12
sitting [1] 28/13
six [2] 12/11 18/10
slip [1] 13/25
slipped [1] 14/14
slow [1] 24/8
small [1] 9/12
smash [2] 10/17 10/23
smoke [1] 8/25
snippet [1] 12/16
so [53] 2/7 3/4 3/7 4/16 4/22
  5/7 5/18 6/9 6/9 7/7 7/11
  7/13 8/4 10/2 10/15 11/15
  11/21 12/5 12/20 13/20 14/4
  15/24 18/3 18/13 20/10 21/1
  21/22 22/22 22/25 23/8
  23/17 23/25 24/6 24/6 24/7
  24/14 24/15 25/1 25/6 25/8
  25/12 25/16 25/16 25/17
  25/24 26/1 26/1 26/1 26/16
  27/2 27/17 28/22 29/6
soak [1] 10/5
some [17] 6/23 7/1 7/6 9/11
  10/4 10/25 12/3 12/22 14/4
  16/5 17/12 18/8 21/1 22/23
  23/15 27/3 28/13
someone [4] 10/16 11/6
  18/25 27/24

soon [1] 14/8
sophisticated [1] 19/17
sorry [3] 2/20 17/4 24/6
sort [1] 14/6
sound [3] 6/5 9/13 26/25
space [1] 12/2
speak [1] 23/10
spear [2] 4/24 18/23
spears [1] 9/5
Special [1] 16/10
spent [1] 13/21
spoke [1] 20/7
spoken [1] 29/19
spot [1] 8/13
spray [2] 4/6 9/5
sprayed [1] 3/25
Spring [1] 1/15
stabbed [1] 22/9
stage [1] 19/16
staircase [1] 13/11
stairs [11] 3/18 3/21 4/18
  5/19 5/22 10/12 11/11 11/16
  13/9 13/10 14/3
standing [1] 11/10
start [4] 22/24 23/5 24/8
  24/15
started [2] 7/13 7/13
starting [1] 19/6
state [2] 21/3 21/10
statement [2] 2/8 17/18
statements [1] 1/8 22/20
  25/20 26/5 26/9
STATES [12] 1/1 1/2 1/9
  1/12 1/15 2/5 6/14 6/16 8/22
  13/14 19/1 23/23
statute [1] 7/5
steps [1] 6/23
still [3] 4/5 5/10 11/20
stolen [2] 10/18 10/24
stood [1] 14/12
stop [9] 5/14 7/10 9/25 10/13
  12/12 12/12 13/19 15/13
  15/15
stopped [5] 6/12 8/5 11/19
  14/4 14/23
storm [2] 9/24 19/4
straight [3] 10/2 10/11 10/19
strange [1] 18/8
Street [1] 1/15
substance [1] 20/25
substantive [1] 25/7
succeeded [1] 13/17
successfully [1] 13/18
such [1] 29/7
suggestive [1] 28/4
Suite [2] 1/16 1/19
support [1] 26/24
supporter [1] 6/20
supporters [1] 5/13
suppose [1] 25/23
supposed [2] 16/2 19/8
sure [11] 2/12 6/8 8/1 11/17
  12/6 15/1 20/9 20/10 21/23
  23/4 23/16
surprised [1] 9/8
swarming [1] 13/22

**T**

T-shirt [5] 8/9 8/11 8/11

take [9] 2/10 5/23 6/23 8/22
  9/12 9/24 23/17 28/3 29/11
taken [4] 2/3 23/21 24/4 30/9
taking [2] 10/16 11/7
talk [4] 16/8 23/13 26/8
  29/17
talked [1] 7/17
talking [1] 10/7
tammy [5] 1/23 1/25 30/18
  30/18 30/20
tear [1] 8/25
tech [1] 26/24
technical [1] 17/12
technically [1] 7/9
technological [1] 26/22
teeing [2] 24/21 26/16
tell [4] 17/19 19/19 19/10
  19/23
ten [2] 3/16 11/4
terms [1] 24/24
terrace [1] 10/15
terribly [2] 19/17 19/18
testify [2] 4/10 17/25
testimony [5] 13/7 20/3 20/4
  29/4 29/8
text [2] 9/19 16/12
texted [1] 8/18
than [2] 3/10 28/18
thank [7] 2/9 16/18 22/16
  22/18 23/19 30/4 30/6
that [166] 2/15 2/18 2/25 3/6
  3/6 3/7 3/8 3/9 3/9 3/14 3/16
  3/18 4/4 4/14 4/21 4/25 5/3
  5/5 5/6 5/14 5/21 6/3 6/6 6/7
  6/8 6/9 6/11 6/14 6/19 6/23
  6/25 7/1 7/7 7/9 7/12 7/15
  7/16 7/19 7/19 7/21 7/23
  7/25 8/1 8/2 8/11 8/14 8/14
  9/4 9/7 9/12 9/13 9/16 9/18
  10/19 10/24 11/1 11/4 11/14
  11/15 11/15 11/18 11/23
  11/23 11/24 12/1 12/5 12/7
  12/11 12/25 13/5 13/8 13/9
  13/11 13/18 13/20 14/3 14/5
  14/9 15/5 15/12 15/13 15/16
  15/17 16/9 16/13 16/16 17/2
  17/7 17/9 17/9 17/20 17/21
  17/25 18/1 18/7 18/9 18/14
  18/17 18/18 18/20 19/4
  19/11 19/13 19/24 20/10
  20/12 20/15 20/16 20/17
  20/18 20/18 20/19 20/25
  21/20 21/21 21/22 21/23
  22/3 22/4 22/6 22/10 22/10
  22/11 22/11 22/16 23/1
  23/18 24/2 24/7 24/16 24/24
  24/23 25/1 25/2 25/4 25/6
  25/9 25/19 25/20 25/22
  25/24 26/3 26/4 26/10 26/10
  26/14 27/2 27/5 27/22 27/23
  28/7 28/15 29/4 29/4 29/10
  29/12 29/14 29/14 29/18
  29/20 29/23 30/13
that's [22] 4/7 6/15 9/23 11/3
  11/24 13/1 15/14 17/9 18/12
  18/25 20/20 21/16 21/17
  21/24 21/25 25/11 26/20

T

that's... [5]  28/4 29/6 29/14
 29/21 30/4
their [7]  3/8 9/3 15/15 16/8
 19/10 19/24 23/15
them [24]  3/15 4/12 4/17 9/3
 9/3 10/20 12/14 13/1 14/1
 14/4 14/19 16/5 16/7 19/8
 19/10 20/13 21/14 23/9
 23/10 24/22 25/8 26/11
 28/14 29/15
then [14]  4/24 5/2 5/12 9/2
 10/15 15/21 16/10 18/10
 18/17 18/23 25/10 25/21
 28/3 29/10
theory [1]  25/23
there [39]  4/1 4/18 5/19 5/20
 5/21 6/17 7/2 7/15 8/1 8/18
 8/25 8/25 9/1 10/16 10/22
 11/3 11/11 11/11 11/13
 11/17 11/17 11/19 12/3 12/4
 12/20 13/16 14/3 14/18
 15/13 15/14 15/20 18/14
 18/15 18/18 19/24 24/19
 26/9 26/10 27/11
there's [10]  7/4 7/24 15/10
 18/7 18/17 18/21 23/6 25/8
 27/2 28/16
these [8]  4/16 9/16 10/19
 13/3 13/22 14/12 28/5 29/22
they [37]  3/5 4/14 4/14 4/18
 5/20 6/12 7/9 7/20 8/22 8/24
 9/3 9/5 9/5 13/4 13/15 13/17
 14/1 15/16 19/11 19/11
 19/12 19/24 20/14 20/17
 22/5 23/15 23/16 24/14 28/5
 28/11 28/12 28/17 28/18
 28/19 29/23 29/24 29/25
thing [6]  5/5 7/3 24/9 25/10
 26/12 27/6
things [5]  4/15 9/24 15/10
 23/13 24/6
think [21]  2/23 17/9 21/2
 21/3 21/6 21/7 21/22 21/25
 23/6 24/8 24/18 24/24 25/17
 25/24 25/24 26/16 27/12
 28/5 28/17 28/19 28/22
this [60]  3/24 4/9 4/10 4/12
 4/20 4/20 5/8 5/25 6/13 6/13
 7/10 8/5 8/12 9/7 9/8 9/10
 10/21 11/5 11/17 11/21 12/5
 12/16 13/4 13/9 13/21 13/25
 14/8 14/15 14/17 15/4 16/3
 16/5 16/11 16/15 17/18
 17/20 17/20 17/21 17/23
 17/24 18/1 18/23 19/3 19/3
 19/20 19/21 19/22 20/9
 20/10 20/23 20/23 22/13
 22/14 25/6 25/11 25/12
 26/17 27/4 28/16 29/18
those [14]  3/21 5/19 5/22
 10/11 11/11 11/23 12/25
 14/6 15/8 15/9 15/11 16/3
 23/11 27/7
though [2]  4/5 7/20
thought [1]  20/22
thousands [3]  3/11 8/8 8/21
threaten [1]  19/22
threatened [1]  22/7

threatens [1]  14/6
three [1]  5/6
three-inch [1]  5/6
through [18]  3/13 3/15 4/17
 9/8 10/14 10/17 10/25 11/4
 13/14 13/20 15/8 15/17
 15/24 15/25 16/1 25/25
 26/13 27/1
time [9]  7/4 8/2 14/17 17/18
 17/19 17/21 23/5 26/16
 27/15
times [1]  28/19
TIMOTHY [1]  1/9
tiny [1]  3/2
tip [1]  4/24
TJK [1]  1/3
today [5]  22/21 24/11 25/25
together [2]  7/2 7/14
told [4]  5/8 5/9 5/11 7/19
tomorrow [12]  22/24 22/24
 23/5 23/20 24/24 25/13 26/8
 26/12 26/13 26/24 27/7 30/8
too [2]  2/23 25/24
took [9]  6/1 8/8 8/9 9/9 9/10
 9/11 10/5 10/6 14/25
top [2]  10/4 11/16
totally [1]  14/14
toward [3]  4/6 4/7 29/21
transcription [1]  30/14
travel [1]  11/25
trial [7]  1/8 4/11 6/8 8/15
 15/6 16/5 16/15
tried [3]  3/18 13/20 14/2
true [1]  29/2
Trump [2]  6/21 6/21
truth [1]  21/8
try [9]  2/25 22/15 22/24 23/5
 24/15 26/13 26/23 27/18
 27/22
trying [6]  8/22 8/24 10/12
 12/12 14/1 15/20
turn [1]  10/5
turned [1]  2/12
two [3]  9/13 15/18 24/16
two-second [1]  9/13
Tyler [1]  16/10

U

U.S [3]  3/22 11/24 19/15
understand [5]  6/8 6/18
 20/10 20/12 26/23
UNITED [12]  1/1 1/2 1/9 1/12
 1/15 2/5 6/14 6/16 8/22
 13/14 18/25 23/23
unless [1]  21/1
until [5]  5/15 13/5 15/2 23/17
 26/7
up [23]  4/18 5/3 5/8 5/10
 5/19 6/19 10/11 11/11 12/17
 12/22 12/23 14/2 14/7 18/25
 19/15 22/8 23/2 24/20 24/21
 26/9 26/16 27/9 30/10
used [2]  4/25 9/5
using [1]  10/18

V

versus [2]  2/5 23/23
very [10]  10/17 11/13 12/15
 18/8 24/21 26/15 26/16

vibrating [1]  27/5
Vice [12]  3/19 5/15 7/7 7/8
 12/1 13/1 13/5 13/14 13/17
 14/24 20/14 21/14
video [21]  5/24 5/25 6/3 6/6
 6/7 6/13 10/6 10/16 10/21
 11/7 11/15 12/16 17/24 18/1
 18/2 18/3 18/5 18/6 18/13
 18/13 19/20
videos [5]  9/13 18/21 24/17
 27/1 28/6
videotape [6]  6/4 10/8 11/2
 12/18 21/6 22/6
violence [3]  7/15 7/23 8/4
voice [2]  2/24 10/7
voluntarily [1]  18/10
vote [2]  7/6 7/11

W

wait [1]  24/10
waited [1]  14/13
waiting [3]  3/19 6/17 14/11
walk [1]  15/8
walked [5]  9/8 9/18 14/10
 15/25 18/10
walking [1]  18/21
wall [5]  3/12 6/12 6/14 10/3
 10/5
want [6]  3/7 23/13 24/9 28/2
 28/15 29/2
wanted [4]  5/15 5/15 6/23
 25/10
wants [2]  27/23 28/15
was [89]  2/3 2/18 2/18 3/7
 3/14 3/15 3/19 4/1 4/4 4/5
 4/5 4/12 4/16 4/21 5/6 5/14
 5/15 5/21 5/21 5/24 6/4 6/19
 6/20 6/25 7/2 7/11 7/14 7/15
 7/19 7/21 8/1 8/4 8/9 8/20
 8/25 9/9 9/14 9/15 9/20 9/20
 9/21 9/23 10/8 10/9 10/11
 10/12 10/15 10/16 10/20
 11/2 11/5 11/7 11/10 11/11
 12/5 12/14 12/14 12/14
 12/18 13/5 13/8 13/9 13/10
 13/15 14/8 14/24 15/2 15/12
 15/14 15/17 15/20 16/2 19/5
 19/13 20/6 21/23 22/1 23/21
 24/11 24/19 24/25 25/4 25/8
 25/10 25/15 26/25 27/1
 27/12 30/9
Washington [4]  1/4 1/20 1/24
 30/20
wasn't [13]  5/16 6/21 6/22
 8/17 9/8 9/8 14/9 15/25
 21/23 22/8 25/6 25/7 27/11
watch [6]  6/3 8/14 10/21
 10/24 18/21
watched [3]  10/23 11/15
 14/12
way [17]  4/13 5/3 5/17 9/21
 11/18 12/7 13/9 21/1 25/9
 25/12 28/16 29/3 29/6 29/6
 29/11 29/14 29/25
we [64]  2/4 2/7 2/20 2/22 6/2
 6/5 6/7 6/9 6/19 8/14 8/18
 9/13 11/15 12/19 12/21 14/7
 15/6 16/4 16/22 17/14 17/15
 17/15 17/16 17/21 17/22

26/1 26/2 26/8 20/8 20/9 20/9
 22/19 22/22 22/24 22/25
 22/25 23/4 23/5 23/8 23/13
 23/17 23/19 23/22 24/6 24/7
 24/7 24/9 24/10 24/11 24/12
 24/18 25/1 25/8 25/15 25/25
 26/13 26/21 26/23 26/23
 27/18 27/21 27/22 27/25
 28/22 29/24
We'll [1]  27/7
we're [1]  17/11
weapons [1]  7/21
wearing [3]  8/19 11/8 28/2
week [1]  17/17
well [12]  6/10 7/14 17/25
 18/20 19/17 20/15 21/16
 24/4 25/4 25/18 28/17 30/7
went [7]  8/7 10/2 10/11
 12/25 15/16 19/18 22/11
were [35]  3/5 4/4 4/14 4/14
 4/18 4/18 5/20 6/16 8/21
 8/22 8/24 8/25 9/1 9/4 9/11
 9/15 11/11 11/13 11/20 13/4
 13/15 13/16 13/22 13/23
 14/1 14/3 14/13 16/6 16/7
 18/5 18/8 19/11 19/12 21/14
 22/5
weren't [1]  24/12
West [2]  1/12 3/24
what [27]  4/11 4/13 5/15
 5/15 5/24 8/20 9/9 9/14 13/1
 14/6 14/22 16/2 16/14 17/14
 17/14 21/11 21/12 22/15
 22/16 23/7 24/19 25/8 25/21
 25/21 26/9 27/22 28/17
what's [1]  12/20
whatever [2]  19/19 27/9
when [23]  2/22 3/17 3/21
 4/12 5/7 6/21 8/20 9/3 9/13
 9/14 10/4 10/21 11/16 11/19
 14/6 15/5 16/4 16/13 14/18 15/6
 17/21 22/10 24/22 28/21
where [19]  3/19 4/1 4/7 4/18
 6/12 6/12 6/19 10/6 11/8
 11/10 11/22 11/23 12/16
 13/10 19/10 20/10 21/23
 26/17 28/13
whether [7]  20/9 20/16 22/4
 22/4 26/4 26/11 26/11
which [2]  9/5 22/11
while [4]  2/10 14/1 23/7 25/4
white [2]  8/10 10/10
who [18]  4/19 5/2 5/20 5/21
 5/22 7/7 13/8 13/15 14/3
 15/20 16/11 16/11 18/8
 18/20 22/16 24/12 25/12
 25/15
whodunit [1]  17/24
whoever [1]  19/23
whole [4]  15/12 17/24 18/3
 18/13
why [10]  6/18 15/14 16/13
 18/25 18/25 23/8 23/8 23/12
 23/14 29/17
will [58]  3/2 6/7 6/9 9/14 9/16
 10/18 10/21 10/24 11/15
 12/19 14/5 15/7 16/8 16/10
 16/15 16/16 17/1 17/11 18/6
 18/7 18/21 18/22 18/24 19/6

**W**

will... [34]  19/9 19/10 19/20
19/21 19/22 19/22 19/24
20/3 20/3 20/9 21/4 21/23
22/3 22/6 22/10 22/23 23/2
23/17 23/19 24/11 24/14
25/14 26/14 26/18 27/18
27/21 27/21 28/1 28/19
29/10 29/23 29/24 29/25
30/7
window [5]  3/15 11/1 11/4
15/17 15/24
windows [3]  10/17 10/23
14/12
winner [2]  3/6 6/22
wireless [1]  16/20
witness [2]  25/14 26/7
witnesses [6]  16/4 16/6
17/24 28/1 28/7 29/22
won't [2]  23/3 29/24
wore [1]  14/4
work [7]  5/20 6/5 6/9 17/7
26/13 26/17 26/24
worker [2]  19/14 22/12
working [3]  2/15 5/21 9/14
works [1]  17/9
worn [1]  14/4
worried [1]  8/4
worse [1]  27/13
worth [1]  27/10
would [15]  9/24 9/25 9/25
14/20 16/24 18/20 21/11
21/12 22/9 25/2 25/12 26/6
26/8 28/14 29/4
written [1]  7/4

**Y**

Yeah [1]  28/9
years [1]  7/4
yell [1]  17/11
yelling [2]  12/21 16/1
yes [5]  2/11 2/14 16/21 20/20
27/25
yesterday [1]  24/8
yet [2]  14/1 20/8
you [149]  2/8 2/9 2/17 2/22
3/1 4/8 4/11 5/9 5/25 6/7 6/8
6/11 7/24 8/13 9/12 9/14
9/16 9/17 10/6 10/16 10/18
10/21 10/21 10/21 10/24
10/24 11/8 11/15 12/16
12/20 13/7 13/10 14/4 14/7
15/5 15/8 15/10 16/5 16/8
16/10 16/15 16/18 16/19
16/24 16/24 17/6 17/9 17/14
17/17 17/17 17/19 17/19
17/20 17/20 17/22 18/5 18/7
18/16 18/21 18/21 18/22
18/24 19/2 19/6 19/7 19/9
19/10 19/20 19/21 19/22
19/22 19/24 20/3 20/3 20/15
20/16 20/18 20/24 20/24
21/2 21/12 21/24 22/3 22/6
22/10 22/14 22/17 22/18
22/22 23/2 23/2 23/2 23/2
23/3 23/4 23/6 23/7 23/8
23/9 23/10 23/19 23/20 24/5
24/14 24/16 24/19 24/19
24/21 24/22 24/22 24/24

26/6 26/8 26/9 26/11 26/11
26/15 26/17 27/8 27/10
27/11 27/13 27/21 28/7
28/12 28/13 28/17 28/19
28/22 29/2 29/4 29/6 29/9
29/9 29/13 29/17 29/22
29/24 29/25 30/4 30/5 30/6
30/7 30/8
your [26]  2/4 2/9 2/12 2/21
2/22 2/23 16/20 16/24 19/7
20/7 20/19 20/20 21/2 21/22
23/19 24/2 25/3 26/7 26/16
27/15 29/3 29/22 29/23
29/25 30/4 30/6
yourself [1]  22/15