```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2
     UNITED STATES OF AMERICA,
 3                                    Criminal Case
                   Plaintiff(s),      No. 21-006 (TJK)
 4          v.
                                      Washington, D.C.
 5   DOUGLAS AUSTIN JENSEN,

 6                 Defendant(s).      September 20, 2022

 7   --------------------------------------------------------

 8                 JURY TRIAL - DAY 2 - VOIR DIRE
                BEFORE THE HONORABLE TIMOTHY J. KELLY
 9                 UNITED STATES DISTRICT JUDGE

10   APPEARANCES:

11   FOR THE PLAINTIFF(S):  Emily W. Allen, Esquire
                            United States Attorney's Office
12                          222 West Seventh Avenue
                            Room 253
13                          Anchorage, Alaska 99513

14                          Hava A. Levenson Mirell, Esquire
                            United States Attorney's Office
15                          312 North Spring Street
                            Suite 1200
16                          Los Angeles, California 90012

17
     FOR THE DEFENDANT(S):  Christopher M. Davis, Esquire
18                          Davis & Davis
                            1350 Connecticut Avenue Northwest
19                          Suite 202
                            Washington, D.C. 20036
20

21

22   REPORTED BY:           Tammy Nestor, RMR, CRR
                            Official Court Reporter
23                          333 Constitution Avenue NW
                            Washington, D.C. 20001
24                          tammy_nestor@dcd.uscourts.gov

25
```

```
 1    The following proceedings began at 9:35 a.m.:

 2            THE COURTROOM DEPUTY:  Your Honor, this is Criminal

 3    Matter 21-6, United States of America versus Douglas Austin

 4    Jensen.  Present for the government are Emily Allen and Hava

 5    Mirell.  Present for the defendant is Christopher Davis.  Also

 6    present is the defendant, Mr. Jensen.

 7            THE COURT:  All right.  Good morning to everyone, a

 8    little later than I would have liked to begin, but here we are.

 9    If there's nothing preliminary either side wants to raise, I

10    would say we just bring in our next panelist.

11            (Prospective juror enters the courtroom.)

12            A PROSPECTIVE JUROR:  I am juror 1058.

13            THE COURT:  You followed my instructions.  First, you

14    indicated that you watched some video of the events of

15    January 6.  Can you give us a sense just generally of what you

16    recall seeing that day, or not that day, but about that day.

17            THE DEFENDANT:  Sure.  Well, I did watch that day as

18    well.  Because as it was unfolding, I think a lot of us were

19    glued to the coverage.  Since then I have followed up to see

20    how many people were arrested, what they were arrested for, how

21    the prosecutions have been going, just generally keeping tabs

22    on the process.

23            THE COURT:  You checked yes to question 5 as well.

24            A PROSPECTIVE JUROR:  Correct.

25            THE COURT:  As far as the images of what you recall
```

1    seeing that day, do you recall seeing an image of or video of a

2    police officer ascending some steps and some individuals

3    following the officer?

4            A PROSPECTIVE JUROR:  I do.

5            (There was an interruption by the court reporter.)

6        THE COURT:  So the question is, can you set aside the

7    fact that you followed something about the investigation and

8    can you set aside what you saw on TV that day or on video since

9    and follow my instructions to only consider as evidence in this

10   case the evidence that is lawfully admitted and my instructions

11   about the law?

12       A PROSPECTIVE JUROR:  I have actually thought a lot

13   about this in the 24 hours since we were told to come back

14   today.  The peaceful transfer of power is something Americans

15   have been proud of since George Washington retired.  The people

16   who stormed the Capitol on January 6 were either deluded by

17   garbage internet theories or decided that they didn't care what

18   the American democracy said and that they wanted their guy.  So

19   they were either delusional or anti-American.  And which of

20   those people do you want to be?

21       So I also believe in fair trial by jury.  I can't.  I

22   can't.  I actually love this country, and the people who defied

23   American democracy will not get a fair trial from me.

24       THE COURT:  So you love this country so much you won't

25   be able to follow my instructions about the law?  That's what

```
 1    you are telling us?

 2            A PROSPECTIVE JUROR:  I did a lot of thinking about

 3    this last night.  I can't set it aside.

 4            THE COURT:  All right.  Any objection if I excuse this

 5    individual?

 6            MS. ALLEN:  No, Your Honor.

 7            MR. DAVIS:  No, Your Honor.

 8            THE COURT:  All right.  You are excused.  Thank you

 9    for coming down.

10            (Prospective juror exited the courtroom.)

11            (Prospective juror entered the courtroom.)

12            THE COURT:  Hi.  Could you state your juror number?

13            A PROSPECTIVE JUROR:  0271.

14            THE COURT:  Can you remove your face mask, please.

15            While you are doing that, can you start telling us

16    about -- you indicated you have a hardship, an extreme

17    hardship.

18            A PROSPECTIVE JUROR:  Did I say that?  Yes, I just am

19    losing money.

20            THE COURT:  Can you move your --

21            A PROSPECTIVE JUROR:  I'm just saying I can't do my

22    job.

23            THE COURT:  Well, obviously, everybody who comes down

24    here works, can't do their job.

25            A PROSPECTIVE JUROR:  But some people get their
```

```
 1   salary, don't they?
 2        THE COURT:  That's true, some people get their salary
 3   and some people, if you don't get work, you don't get paid.
 4   But I think it would have to be something -- especially since
 5   we are only talking about perhaps four more days, is there any
 6   particular -- anything else that would -- about your financial
 7   situation that that would create an extreme hardship?
 8        A PROSPECTIVE JUROR:  Well, it's a lot of money for
 9   me, but okay.
10        THE COURT:  I mean, you won't have any -- you won't
11   have any trouble meeting your basic necessity, I guess is my
12   point.
13        A PROSPECTIVE JUROR:  I don't know.  I don't know.  I
14   guess so.
15        THE COURT:  You are going to have to talk, ma'am, into
16   the microphone.
17        A PROSPECTIVE JUROR:  I don't know what you want me to
18   say.
19        THE COURT:  I guess I want to hear everything other
20   than you are going to go without the income you would have had
21   for those --
22        A PROSPECTIVE JUROR:  I have missed two days so...
23        THE COURT:  Right.
24        A PROSPECTIVE JUROR:  Okay.
25        THE COURT:  I don't think I don't hear anything that
```

1    meets an extreme hardship.

2           A PROSPECTIVE JUROR:  That's not an extreme hardship?

3    Okay.

4           THE COURT:  It's a civic duty for folks to come down.

5    As far as you also indicated that you -- the question I had

6    asked, question 6, about whether there's any reason you

7    wouldn't be able to set aside what you have seen and heard

8    about January 6 and whatever feelings you may have about that

9    and follow my instructions to only render a verdict on the

10   evidence that's been admitted and the law as I instruct you, do

11   you think -- what -- do you think -- I think you indicated that

12   you would have difficulty following that instruction.  Is that

13   the case, or did you misunderstand the question?

14          A PROSPECTIVE JUROR:  I'm not sure.  Can you make a

15   simpler sentence?

16          THE COURT:  Sure.  So question 6 was, I am going to be

17   instructing you that you can only consider evidence that's been

18   admitted in this case and the law as I instruct you.  You can't

19   consider anything else.  For example, anything you might have

20   seen or heard about January 6, what happened that day, the

21   investigation into what happened, you can't consider any of

22   that or any of those things.  You can only consider what's been

23   admitted at this trial and the law as I instruct you.  Do you

24   think you will have any problems following that instruction?

25          A PROSPECTIVE JUROR:  Okay.  So I see what you are

```
 1   saying.  Okay.

 2          THE COURT:  No problems?

 3          A PROSPECTIVE JUROR:  I guess not.

 4          THE COURT:  Okay.  Let's see.  You also checked or you

 5   also indicated you heard of Mr. Jensen.

 6          A PROSPECTIVE JUROR:  I feel like I have seen him, but

 7   I don't know where.

 8          THE COURT:  Okay.  You think you have seen him, but

 9   you couldn't place it.  Do you think -- do you have any sense

10   that you personally know him?

11          A PROSPECTIVE JUROR:  I don't think so.

12          THE COURT:  Okay.  You checked or you indicated yes to

13   question 2, which was whether you or a close personal friend

14   were present at the Capitol on January 6.  Who was present?

15          A PROSPECTIVE JUROR:  Well, I was -- like, I work down

16   there, so I was nearby.  So I could smell it and hear sirens.

17   But I wasn't there like, you know, a lot of people work down

18   there that I know.

19          THE COURT:  Right.

20          A PROSPECTIVE JUROR:  So, yeah, like journalists and

21   stuff, yeah.

22          THE COURT:  You don't work in the Capitol?

23          A PROSPECTIVE JUROR:  No, but I know people who do.

24   That's all.

25          THE COURT:  That's my question to you.
```

```
 1              A PROSPECTIVE JUROR:  Right.

 2              THE COURT:  Who do you know -- was anyone that you are

 3    very close --

 4              A PROSPECTIVE JUROR:  One person I know is that guy,

 5    the photographer, Saul Loeb who was there who took that picture

 6    of the guy with his feet on Nancy Pelosi's desk.

 7              THE COURT:  Okay.  You know that --

 8              A PROSPECTIVE JUROR:  I know him, yeah.

 9              THE COURT:  And did you talk to him about his

10    experience that day?

11              A PROSPECTIVE JUROR:  No.

12              THE COURT:  All right.  Let's talk about you and that

13    day.  Other than you said you could -- did you watch the images

14    on TV that day?

15              A PROSPECTIVE JUROR:  Not that day.

16              THE COURT:  Okay.  How did it -- if at all, how did

17    you -- how did it affect your day given where you work?  You

18    said you could hear something, I think.

19              A PROSPECTIVE JUROR:  Yeah, I could hear the sirens

20    and -- yeah, I was in the park and I was walking someone's dog,

21    and they -- the dog got scared and I could smell something

22    weird.  I don't know.  And so we went home.

23              THE COURT:  How many blocks away from the --

24              A PROSPECTIVE JUROR:  It's like.

25              THE COURT:  -- Capitol is the park?
```

```
 1            A PROSPECTIVE JUROR:  Probably it's like a couple of

 2   blocks.

 3            THE COURT:  Okay.  But you didn't see any of the

 4   goings on that day?

 5            A PROSPECTIVE JUROR:  Yeah, I don't know.

 6            THE COURT:  Well, you know what --

 7            A PROSPECTIVE JUROR:  What did I see?  I didn't see

 8   any violence, no.

 9            THE COURT:  Okay.  All right.  You indicated also that

10   you watched video of what happened that day, I guess,

11   afterwards.

12            A PROSPECTIVE JUROR:  Yeah, I think we all did, didn't

13   we?

14            THE COURT:  Sure.  Maybe many people did.  And you

15   also indicated that you -- okay.  So my question is, in

16   watching that, the different scenes on video that you may have

17   watched, do you recall seeing a video of a police officer

18   ascending a set of stairs and individuals following that police

19   officer or --

20            A PROSPECTIVE JUROR:  Oh, yeah.  Yeah, uh-huh.  I did

21   see that, yeah.

22            THE COURT:  So my question to you is similar to the

23   question I just asked you before.  Whatever you saw as far as

24   video goes including that scene you just described, would you

25   have any trouble just setting that aside, and whatever feelings
```

1   you might have about that, set those aside and judge this case

2   only on the evidence that's admitted here in this courtroom and

3   the law and nothing else?

4           A PROSPECTIVE JUROR:  That's what you want me to say

5   is that I am going to set away my emotional reaction or --

6           THE COURT:  I don't want you -- to be very clear, you

7   took an oath to tell the truth at the beginning, so what I want

8   is your truthful answer about whether you can follow my

9   instruction to do just that.

10          A PROSPECTIVE JUROR:  I don't know.  I don't -- I

11  don't know.

12          THE COURT:  You don't know if you can follow that

13  instruction?

14          A PROSPECTIVE JUROR:  I don't know.  Don't you make

15  decisions emotionally or -- I'm not sure.

16          THE COURT:  My instruction would be for you to not

17  make a decision emotionally.

18          A PROSPECTIVE JUROR:  I'm not sure I can do that.

19          THE COURT:  You're not sure you can do that?

20          A PROSPECTIVE JUROR:  Yeah.

21          THE COURT:  Why don't you think you can follow my

22  instruction?

23          A PROSPECTIVE JUROR:  I don't know.  I feel like I am

24  getting confused by this.  So like how am I going to do as a

25  juror making a decision?

```
 1              THE COURT:  Okay.  You are trailing off.
 2              A PROSPECTIVE JUROR:  Yeah, I don't know.  I don't
 3    know.
 4              THE COURT:  All right.  Does anyone -- does either
 5    side object if I excuse this juror, this panelist for cause?
 6              MR. DAVIS:  No objection.
 7              MS. MIRELL:  No, Your Honor.
 8              THE COURT:  All right.  Ma'am, thank you for coming
 9    down.
10              A PROSPECTIVE JUROR:  All right.  Thanks.
11              THE COURT:  Thank you for coming down and being here.
12              A PROSPECTIVE JUROR:  Okay.
13              (Prospective juror exited the courtroom.)
14              (Prospective juror entered the courtroom.)
15              THE COURT:  All right.  Juror number, please.
16              A PROSPECTIVE JUROR:  0403.
17              THE COURT:  All right.  Can you remove your mask,
18    please.
19              First let's just talk about your extreme hardship.
20    What is your extreme hardship?
21              A PROSPECTIVE JUROR:  I am building a house.
22              THE COURT:  Okay.
23              A PROSPECTIVE JUROR:  That's about it.  It's a good
24    hardship to have.
25              THE COURT:  All right.  It is a good hardship to have.
```

1    And kudos to you.  I'm not sure it's an extreme hardship that's
2    going to get you out of jury duty, and I can tell from your
3    face you might agree with me.
4              A PROSPECTIVE JUROR:  (Nodding head.)
5              THE COURT:  Sir, you indicated first that you know
6    someone who lives or works near the Capitol.  Who is that
7    person?
8              A PROSPECTIVE JUROR:  My son.
9              THE COURT:  Your son?
10             A PROSPECTIVE JUROR:  My son.
11             THE COURT:  Does he work in the Capitol or just
12   nearby?
13             A PROSPECTIVE JUROR:  He was working in the Capitol at
14   the time for Congressman William Timmons.
15             THE COURT:  Was he there present on January 6, 2021?
16             A PROSPECTIVE JUROR:  He happened to be out of the
17   office that day.
18             THE COURT:  Out of the office that day.  Okay.  Well,
19   I mean, I guess I am going to ask you some other questions
20   about things, about whether you can set them aside.  I mean, I
21   guess the question is, given his employment there and
22   whatever -- have you talked to him about January 6, about what
23   happened that day?
24             A PROSPECTIVE JUROR:  You mean since jury duty or
25   before?

```
 1              THE COURT:  Before, at any time before, after the
 2    event.
 3              A PROSPECTIVE JUROR:  I think most of the country
 4    talked about it.
 5              THE COURT:  Understood.
 6              A PROSPECTIVE JUROR:  And the French family on my
 7    French side was -- yeah, we all talked about it.
 8              THE COURT:  And if you can move the mic just a little
 9    closer so that we can all hear you.
10              A PROSPECTIVE JUROR:  Sure.
11              THE COURT:  Or maybe lean forward slightly.
12              Okay.  Do you think you would have any trouble putting
13    aside the fact that your son works -- worked then and works now
14    on Capitol Hill, wasn't present, but putting that aside and
15    putting whatever feelings you might have about January 6 aside
16    and judging this case based only on the law and the evidence,
17    the law as I instruct you, and the evidence that's admitted in
18    this court?
19              A PROSPECTIVE JUROR:  To clarify, he no longer works
20    for Timmons.  He's now in law school in South Carolina.  And to
21    address your question of process versus context, I am
22    comfortable with the process.
23              THE COURT:  All right.  So you are comfortable being
24    able to accept and follow my instruction to do that?
25              A PROSPECTIVE JUROR:  Correct.
```

1          THE COURT:  All right.  You also indicated, I guess, 3

2   and 4, so it's going to be similar questions here -- or, sorry,

3   question 4 and 5., you had watched some video of what happened

4   that day and you have been following the investigation into

5   what happened that day.

6          On the video point, do you recall seeing any video of

7   a police officer ascending a set of stairs and a number of

8   individuals following that police officer?  Do you recall ever

9   seeing that one way or the other?

10         A PROSPECTIVE JUROR:  I do, generally, yes.  I

11  couldn't tell you exactly the -- I couldn't retrace the exact

12  video.

13         THE COURT:  Okay.  So again, my question is, can

14  whatever you saw in terms of video that day and in terms of

15  whatever you may have heard about the investigation and its

16  progress, again, what I am going to instruct you to do is to

17  take all those things and whatever feelings and opinions you

18  have about them, set them aside, and only judge this case based

19  on, again, the evidence admitted here and the law as I instruct

20  you.  Any question that you would be able to do that?

21         A PROSPECTIVE JUROR:  Can I ask a -- because one of

22  the indictment that you read involved presence of a knife.

23         THE COURT:  Okay.

24         A PROSPECTIVE JUROR:  Is that right?

25         THE COURT:  One of the charges?  Yes.

```
 1          A PROSPECTIVE JUROR:  One of the charges.  As a
 2    European, we don't have that -- well, I am dual citizen but
 3    brought up in Europe.  We don't have that many guns around, but
 4    we are extremely familiar with knives.  And knife fights are
 5    notoriously insidious.  And as a healthcare professional, the
 6    consequences are nasty.  So that particular charge is tough for
 7    me.  All the others, I am comfortable, but the presence of a
 8    knife is --
 9          THE COURT:  Well, you may have an emotional reaction
10    to knives and things --
11          A PROSPECTIVE JUROR:  Well, I have been in knife
12    fights and I have seen knife fights and I have seen the
13    consequences.  So it -- I'm not experiencing PTSD, but anything
14    that involves the presence of a knife or a knife fight is
15    something that I am extremely sensitive to.
16          THE COURT:  Okay.  Despite that sensitivity, I am
17    going to instruct you, again, to put those feelings aside and
18    to just judge the case --
19          A PROSPECTIVE JUROR:  No, absolutely.
20          THE COURT:  -- based on the evidence and the law.
21          A PROSPECTIVE JUROR:  Right.
22          THE COURT:  Do you think you can obey that
23    instruction?  Do you think you can follow that instruction?
24          A PROSPECTIVE JUROR:  Absolutely, a hundred percent.
25          THE COURT:  Okay.  Fair enough.
```

```
 1              You indicated you, just to flesh that out a little,
 2   you had been in a knife fight before, did you say, or you have
 3   just seen them?
 4              A PROSPECTIVE JUROR:  Well, we all serve draft army,
 5   French army, so I -- we were trained for this --
 6              THE COURT:  I see.
 7              A PROSPECTIVE JUROR:  -- for these events, and I have
 8   seen -- I have actually rescued one time a victim of a mugging
 9   that involved knife wounds.  And then working in a hospital, I
10   have seen the consequences of knife fights.
11              THE COURT:  Okay.  You indicated you know a lawyer.
12   Is this in reference to your son?
13              A PROSPECTIVE JUROR:  Well, that and being in South
14   Carolina, everybody's either a lawyer, a real estate agent and
15   owns a farm, or a combination of all three.
16              THE COURT:  All right.  So you have some friends in
17   South Carolina who are lawyers?
18              A PROSPECTIVE JUROR:  Yes, sir.
19              THE COURT:  What kind of law -- give us a sense of how
20   many?
21              A PROSPECTIVE JUROR:  Well, it ranges anywhere from
22   criminal defense to appellate court in Columbia and to the head
23   of the law school.
24              THE COURT:  Okay.  So they do all different types of
25   law.
```

```
 1                A PROSPECTIVE JUROR:  Yes, sir.

 2                THE COURT:  For the folks that do criminal defense

 3      work, do you talk to them about their work, about the substance

 4      of their work?

 5                A PROSPECTIVE JUROR:  No, no.  I read John Grisham for

 6      that.

 7                THE COURT:  All right.  And you also indicated that

 8      you have been either convicted or a witness or a victim of a

 9      crime or you knew someone.  Who are you referring to there?

10                A PROSPECTIVE JUROR:  So November 2019, someone tried

11      to break into the house and I prevented him from getting in the

12      house.  It was a homeless person.

13                The U.S., I guess everything is federal here, so the

14      District Attorney's Office is -- it's still ongoing.  We have a

15      difference of opinion.  They consider him to be mentally

16      unstable.  I've never seen a mentally unstable person with a

17      passport and homeless, so we disagree he's mentally unstable.

18                THE COURT:  Are they prosecuting him?

19                A PROSPECTIVE JUROR:  It's at the stage where they

20      consider him to be mentally incompetent.

21                THE COURT:  I see.  Okay.

22                A PROSPECTIVE JUROR:  And the question is whether for

23      me to drop the charge or to keep going.  And I really don't

24      want him to come around the house.  So if we can keep this

25      going for five years, we will keep it going for five years.
```

```
 1            THE COURT:  Do you think as a victim, even with this
 2   difference of opinion, do you think the prosecutors and the
 3   government have treated you fairly?
 4            A PROSPECTIVE JUROR:  The process?
 5            THE COURT:  Yes.
 6            A PROSPECTIVE JUROR:  It's exactly what it's supposed
 7   to be.
 8            THE COURT:  You feel you have been treated fairly?
 9            A PROSPECTIVE JUROR:  I have been treated fairly, and
10   I'm sure his interests are being treated fairly, absolutely.
11            THE COURT:  All right.  Sir, what do you do for a
12   living right now?
13            A PROSPECTIVE JUROR:  I am still a practicing
14   pharmacist, but mostly I'm at the stage where we watch after
15   our investments so...
16            THE COURT:  Okay.  And give us a sense -- what's your
17   educational background?
18            A PROSPECTIVE JUROR:  I have a master's in chemistry,
19   a master's in business, and I have a pharmacy doctorate.
20            THE COURT:  Tell us a little bit about, before you got
21   to this stage of your career, what your -- what you did for
22   your career.
23            A PROSPECTIVE JUROR:  I worked for Roche
24   Pharmaceuticals in Switzerland and went around the world, New
25   Zealand, the international circuit, came back to the U.S.,
```

```
 1    worked in retail pharmacy, Revco, CVS, and then switched to

 2    hospital pharmacy and worked for the VA.  I have been doing

 3    consulting work since moving to D.C.

 4          THE COURT:  Okay.  If the parties don't have anything

 5    for me to follow up on, sir, we are going to ask you to go

 6    right back in the courtroom where you came from, and we will be

 7    back with you as soon as we can.  Thank you for being here.

 8          A PROSPECTIVE JUROR:  Thank you.

 9          (Prospective juror entered the courtroom.)

10          (Prospective juror entered the courtroom.)

11          THE COURT:  Sir, are you juror 0605?

12          A PROSPECTIVE JUROR:  Yes, Your Honor.

13          THE COURT:  All right.  Can you remove your mask just

14    so we can see your face, unless you have a real problem with

15    that.

16          All right.  Thank you, sir.

17          A PROSPECTIVE JUROR:  You're welcome.

18          THE COURT:  All right.  I see, sir, you answered yes

19    to the fact that you have watched some video of what happened

20    on January 6.

21          A PROSPECTIVE JUROR:  When the incident first

22    occurred?

23          THE COURT:  When it first occurred.

24          A PROSPECTIVE JUROR:  Yes.

25          THE COURT:  Okay.  What generally -- can you describe
```

```
1    your memory of that video?

2           A PROSPECTIVE JUROR:  Not really.

3           THE COURT:  Okay.  It was that long ago.  Okay.

4           A PROSPECTIVE JUROR:  It's a fair question but not

5    really.

6           THE COURT:  But, I'm sorry, what did you say?

7           A PROSPECTIVE JUROR:  Not really, Your Honor.

8           THE COURT:  Because you can't remember it?

9           A PROSPECTIVE JUROR:  No.

10          THE COURT:  Okay.  Why couldn't you describe it then?

11          A PROSPECTIVE JUROR:  No, from my understanding, what

12   happened was there was an attack on the Capitol.

13          THE COURT:  Right.

14          A PROSPECTIVE JUROR:  That much I gathered.

15          THE COURT:  Okay.

16          A PROSPECTIVE JUROR:  And it was all over the news.  I

17   remember all that.  But as far as details and stuff like that,

18   I can't watch it.

19          THE COURT:  Understood.

20          A PROSPECTIVE JUROR:  That's what I am trying to say.

21   I'm not implying that I don't acknowledge that it took place.

22          THE COURT:  I get it.

23          A PROSPECTIVE JUROR:  Thank you, Your Honor.

24          THE COURT:  Do you recall seeing any video of a police

25   officer ascending a set of stairs and certain individuals
```

1    following behind the police officer, or is that not a, you

2    know, an image you remember seeing?

3              A PROSPECTIVE JUROR:  Yes, Your Honor.

4              THE COURT:  You do remember seeing it?

5              A PROSPECTIVE JUROR:  Yes, Your Honor.

6              THE COURT:  Okay.  Here's my question then.  Any

7    reason that you won't be able to set aside whatever you have

8    seen and heard about what happened on January 6, set all that

9    aside, and whatever opinions you have about that, set those

10   aside and judge this case only on the evidence that's admitted

11   in the courtroom and the law as I instruct you?  Any problem

12   with that?

13             A PROSPECTIVE JUROR:  No, Your Honor.  Your

14   instructions was very clear.  I understood that.  I don't have

15   no problem with it.

16             THE COURT:  All right.  Great.

17             You also indicated that someone close to you works in

18   law enforcement or used to.  Who is that person?

19             A PROSPECTIVE JUROR:  I may have misunderstood the

20   question.  I worked corrections between '84 and '86.  I didn't

21   want to give the impression I didn't have any background in law

22   enforcement.  I thought that's what the question was referring

23   to.

24             THE COURT:  The question was, do you, members of your

25   immediate family, or close personal friends work in law

1    enforcement in any way?

2         A PROSPECTIVE JUROR:  Not now.  I ran into a half

3    brother that worked at D.C. jail at the time between '84 and

4    '86, and I thought that was significant to bring up.

5         THE COURT:  Okay.  So your half brother, did you say?

6         A PROSPECTIVE JUROR:  Yes, Your Honor.

7         THE COURT:  And he worked at the D.C. jail from '84 to

8    '86?

9         A PROSPECTIVE JUROR:  I worked there between '84 and

10   '86.  I don't really have any information on him.

11        THE COURT:  I'm sorry, you worked there from '84 to

12   '86?

13        A PROSPECTIVE JUROR:  Yes, Your Honor.

14        THE COURT:  And your brother, your half brother,

15   worked there too?

16        A PROSPECTIVE JUROR:  Yes.  It was by chance.  We was

17   working the corridor, and we realized that we had the same

18   father, so it was just by chance.

19        THE COURT:  I see.  What did you do there for those

20   two years that you worked there?

21        A PROSPECTIVE JUROR:  I mainly worked as a corrections

22   officer.  My work, basically I worked the blocks I would say.

23        THE COURT:  Okay.  Anything about that -- and you just

24   did it for the two years?

25        A PROSPECTIVE JUROR:  Just two years.

```
 1            THE COURT:  Anything about that experience make you
 2    think you can't be a fair juror in this case?
 3            A PROSPECTIVE JUROR:  With my background, no, Your
 4    Honor.
 5            THE COURT:  Okay.  And I guess I will also just make
 6    sure, you know, there's going to be testimony from law
 7    enforcement officers in this case.  I am going to instruct you
 8    that just because the testimony is from a law enforcement
 9    officer, you shouldn't give greater or lesser weight to that
10    just because it's from a police officer.  You don't have any
11    feelings that would make you unable to follow that instruction,
12    do you?
13            A PROSPECTIVE JUROR:  No, Your Honor.
14            THE COURT:  Okay.  Sir, tell me what you do -- are you
15    working now?
16            A PROSPECTIVE JUROR:  No, Your Honor.  I am retired.
17    I am planning on going back to work, but what happened was I
18    got sick and I had to follow doctor's orders.  I had to stop
19    working.
20            THE COURT:  Sorry to hear that.  Tell me what's the
21    furthest you went in school.
22            A PROSPECTIVE JUROR:  I took my GED because I went to,
23    like, ninth grade, took the GED, and then I went into the
24    military from there.  I did take a business management course.
25    I don't have the certificate for it, but I did finish it.
```

1          THE COURT:  Okay.  Tell me about, you said at some
2     point you went in the military?
3          A PROSPECTIVE JUROR:  I went in the military for three
4     years and about ten months.
5          THE COURT:  And what type of work did you do there?
6          A PROSPECTIVE JUROR:  That was infantry, and I guess
7     you could call it --
8          (There was an interruption by the court reporter.)
9          A PROSPECTIVE JUROR:  Infantry, and we would say that
10    mechanized infantry because we used the personnel code, so they
11    called it mechanized infantry.  That's what I was part of
12    overseas and stateside.
13         THE COURT:  Give us just a little overview of your
14    career, the jobs you did other than the military, what other
15    jobs you have had until you stopped working.
16         A PROSPECTIVE JUROR:  Generally speaking, I mostly
17    worked security.  The locations I mainly worked was like the
18    municipal building working security, working at the desk, and
19    basically working on shelters, transitional housing and family
20    units and senior citizen locations basically.  So it's kind of
21    extensive in that area, and work special events.
22         THE COURT:  Working as a security guard?
23         A PROSPECTIVE JUROR:  As a security guard, but I was
24    armed.
25         THE COURT:  Okay.  All right.  Any follow-up on this

```
1    witness -- or on this panelist?

2            No?

3            Sir, I am going to ask you to go next-door or whatever

4    courtroom you will be waiting in.

5            A PROSPECTIVE JUROR:  14, Your Honor.

6            THE COURT:  14?

7            A PROSPECTIVE JUROR:  Yes.

8            THE COURT:  And we will be right with you as soon as

9    we can to finish this process.  Thank you very much.

10           A PROSPECTIVE JUROR:  You're welcome, Your Honor.

11           (Prospective juror exited the courtroom.)

12           (Prospective juror entered the courtroom.)

13           THE COURT:  All right, sir.  Are you juror No. 0153?

14           A PROSPECTIVE JUROR:  I am.

15           THE COURT:  Can you remove your mask, please.

16           A PROSPECTIVE JUROR:  Yes.

17           THE COURT:  Thank you for being here, sir.

18           You indicated yes to questions 4 and 5, which are that

19   you watched -- you've seen video of what happened on January 6.

20           A PROSPECTIVE JUROR:  That's right.

21           THE COURT:  And you have been following the

22   investigation into what happened.  Give us a sense of what

23   video you, generally speaking, can recall seeing that day and

24   how and what you recall generally about the investigation as

25   you followed it.
```

1          A PROSPECTIVE JUROR:  So in terms of videos, I think,

2     like a lot of people in the city, I was sort of watching the

3     stuff unfold as it was happening in realtime, so a lot of these

4     scenes were in my mind.  There were a bunch of videos that

5     followed.  There was one particular entrance to the Capitol

6     building where a lot of officers were getting crushed.  I

7     remember that made a large impact on me when I saw that video.

8     There was a 60 Minutes episode on this, so there was some other

9     footage I saw.

10          THE COURT:  How about the investigation?

11          A PROSPECTIVE JUROR:  In terms of following the

12     investigation, and I don't recall any of these names, but there

13     was one person in particular that, he was a father, and his son

14     had basically, you know, told on him that he was at the

15     Capitol.  And he went to trial and was sentenced to a

16     significant period of time.  That's the only investigation that

17     comes to mind.

18          THE COURT:  Okay.  So as far as video goes, do you

19     ever remember seeing a scene where a Capitol Police officer was

20     ascending a flight of stairs and some individuals were

21     following after him?  Do you remember that at all?

22          A PROSPECTIVE JUROR:  Yeah.  It was, if I am getting

23     this right, ascending a set of stairs and like three or five or

24     six people sort of trailing him, yes.

25          THE COURT:  All right.  So my question then is, you

```
 1   know, I am going to instruct you that all of those things that
 2   we just talked about, whatever video you might have seen of
 3   that day, whatever you know of the investigation and whatever
 4   your feelings about any of that are, I am going to instruct you
 5   to set those things aside and only judge this case based on the
 6   evidence that will be introduced in this courtroom and the law
 7   as I instruct you and nothing else.  Is there any reason you
 8   can't do that?
 9           A PROSPECTIVE JUROR:  I don't think so.  I think based
10   on what you just said, I can do that.
11           THE COURT:  Okay.  And you also checked -- I have had
12   a few people do this.  You also indicated yes to question 6,
13   which was basically -- and I have had a few people I think
14   misunderstand the question, so I am going to have to ask it
15   better next time.  But it was basically that question, can you
16   set all that stuff aside and judge this based on the
17   instructions I -- the instructions which I will give you, which
18   is the law as I instruct you, and whatever evidence is
19   introduced in this courtroom and nothing else?
20           A PROSPECTIVE JUROR:  I think I can.  I remember the
21   question.  It took me a second to come up with my answer of
22   yes.  I live here.  I saw what happened unfold, and I saw
23   what's happening to our democracy.  I was saying how it would
24   be difficult.  But you're right.  The way you have sort of
25   phrased it, I can just look at the facts of the case and make a
```

 1    decision.

 2          THE COURT:  You would decide the facts.  You look at

 3    the evidence, you look at the law, and that's the only thing

 4    you can consider in judging this case.

 5          A PROSPECTIVE JUROR:  Right.

 6          THE COURT:  All right.  So a couple other things.  You

 7    know people in law enforcement?

 8          A PROSPECTIVE JUROR:  Yes.  My brother-in-law is a

 9    police officer in Nashville.

10          THE COURT:  Okay.  Do you talk -- do you discuss his

11    work with him?

12          A PROSPECTIVE JUROR:  Yes.

13          THE COURT:  What kinds of thing do you discuss?

14          A PROSPECTIVE JUROR:  Well, so in the last few years,

15    he's been brought in house to do training, right, so just sort

16    of talking about his job, his day-to-day how it's different

17    from being out on the streets, and obviously the impact on his

18    family and just being out and danger.  And now he's in house.

19    It's a lot safer, more of a 9:00 to 5:00 job, those kinds of

20    things.

21          THE COURT:  Anything about your relationship with him

22    that makes you think you can't be a fair juror in this case?

23          A PROSPECTIVE JUROR:  No.

24          THE COURT:  You also indicated that you know some

25    lawyers or --

```
 1            A PROSPECTIVE JUROR:  Yes, a few.

 2            THE COURT:  Okay.  For people who you're close to you,

 3    either your immediate family or close friends, who are those

 4    people?

 5            A PROSPECTIVE JUROR:  Do you want their names?

 6            THE COURT:  No, just who are they to you.

 7            A PROSPECTIVE JUROR:  So my uncle is an attorney.  One

 8    of my roommates in graduate school, while he was a roommate of

 9    mine, he was studying law.  And then two close friends of mine

10    today are lawyers.

11            THE COURT:  Okay.  What types of -- well, do any of

12    them do any criminal work, either prosecution or defense?

13            A PROSPECTIVE JUROR:  None of them.

14            THE COURT:  Okay.  Anything about any of those

15    relationships that makes you question whether you can be a fair

16    juror here?

17            A PROSPECTIVE JUROR:  No.

18            THE COURT:  All right.  And you also indicated

19    someone's been convicted, a witness, or victim of a crime,

20    someone close to you.  Who is that person, or is it you?

21            A PROSPECTIVE JUROR:  Me.

22            THE COURT:  Tell us the details.

23            A PROSPECTIVE JUROR:  DUI.

24            THE COURT:  All right.  Do you think you were treated

25    fairly -- however it came out --
```

```
 1              A PROSPECTIVE JUROR:  Completely fairly.

 2              THE COURT:  All right.  Very well.  Sir, what do you

 3    do for a living?

 4              A PROSPECTIVE JUROR:  I am a medical and scientific

 5    director for a medical communications company.

 6              THE COURT:  Okay.  What is a medical communications

 7    company?

 8              A PROSPECTIVE JUROR:  So we are hired by

 9    pharmaceutical companies to help them with educational and

10    marketing initiatives.  So I oversee a department that develops

11    that content that we use for that education in marketing.

12              THE COURT:  And what's -- what is your educational

13    background?

14              A PROSPECTIVE JUROR:  I have a bachelor's degree and a

15    Ph.D.

16              THE COURT:  What are they each in?

17              A PROSPECTIVE JUROR:  A bachelor's in science and a

18    Ph.D. in developmental angiogenesis.

19              THE COURT:  In what?

20              A PROSPECTIVE JUROR:  It's a sort of developmental

21    biology, molecular biology.

22              THE COURT:  Understood.  And can you give us a brief

23    overview of what jobs you have done before the one you have

24    now?

25              A PROSPECTIVE JUROR:  So this -- after I finished my
```

```
 1    Ph.D., I had started a position at this company.  I have been
 2    there for nearly 16 years.  It's the only company I have worked
 3    for.
 4              THE COURT:  All right.  Very well.  All right, sir.  I
 5    am going to have you go to Courtroom 14, and we will be with
 6    you again in a moment.  Thank you for your time.
 7              A PROSPECTIVE JUROR:  That way?
 8              THE COURT:  Ms. Harris will tell you.  Go out the side
 9    here?
10              THE COURTROOM DEPUTY:  Yes, go out the side door here.
11    Thank you.
12              (Prospective juror exited the courtroom.)
13              (Prospective juror entered the courtroom.)
14              A PROSPECTIVE JUROR:  Good morning.  Pull the mask
15    down?
16              THE COURT:  Yes, sir.  You are juror No. 0233,
17    correct?
18              A PROSPECTIVE JUROR:  That's correct.
19              THE COURT:  All right.  Sir, let's see.  You indicated
20    you had been following the investigation into what happened on
21    January 6.  Tell us what in general you recall about learning
22    about that through following it through the news or however you
23    followed it.
24              A PROSPECTIVE JUROR:  I wasn't following it super
25    closely, to be honest with you.  I was not here on January 6.
```

1    I was out of town visiting family.  And when the event

2    happened, they had it on TV, and I said turn that off, I don't

3    want -- I don't really follow politics and I don't follow the

4    news.  And when I saw those images, I said I don't want to see

5    that.  So honestly, I haven't gone out of my way to learn more

6    about it.

7              THE COURT:  All right.  As far as the investigation

8    goes, you've just seen very high-level kinds of things, but you

9    don't recall any particular details?

10             A PROSPECTIVE JUROR:  I have a very like 30,000-foot

11   understanding of what happened, but I don't -- you know, I know

12   that there was a rally that led to, you know, people going to

13   the Capitol.  I don't know a lot of specifics, you know, beyond

14   that.

15             THE COURT:  Okay.  All right.  So the question is

16   then, can you -- whatever you have seen and whatever you have

17   heard, any reason you won't be able to follow my instruction to

18   set those things aside, set aside whatever feelings you might

19   have and opinions you might have about them and judge this case

20   just based on the evidence in this courtroom and the law as I

21   instruct you?

22             A PROSPECTIVE JUROR:  Yes, I don't have any problem

23   with that.  Like I said, I don't follow politics.  I don't

24   follow the news.  I don't know anybody in this courtroom right

25   now to the best of my knowledge.  So I don't come in here with

```
 1   any real bias.

 2          THE COURT:  Okay.  What about, you also indicated you

 3   know some lawyers or someone who went to law school.  Who is

 4   that person?

 5          A PROSPECTIVE JUROR:  My father is a retired labor and

 6   employment lawyer, not in D.C.

 7          THE COURT:  All right.  Anybody -- did he ever do any

 8   criminal work that you know of?

 9          A PROSPECTIVE JUROR:  No.  Union contracts, labor

10   negotiations, things of that nature.

11          THE COURT:  Okay.  Anything about that relationship

12   make you think you can't be a fair juror in a case like this?

13          A PROSPECTIVE JUROR:  No.

14          THE COURT:  You also indicated someone was a victim,

15   witness, or investigated for a crime that's close to you.  Who

16   is that person?

17          A PROSPECTIVE JUROR:  I was pulled over for DUI about

18   12 years ago.  That's the last time I was in front of a judge,

19   so it brings back some memories.  But anyway, no, it was New

20   Year's Day, unfortunate event.  But I just renewed my license

21   that I had for the last eight years, so I put that unfortunate

22   incident behind me and moved on.

23          THE COURT:  Do you feel you were treated fairly by the

24   system?

25          A PROSPECTIVE JUROR:  Oh, definitely, yeah.  It was
```

1   actually very fascinating to me watching the whole process.  It

2   didn't last very long.  The judge told me I had to do a couple

3   things.  I did them, got my license back, moved on, like I

4   said.  But I'm very fascinated by the whole process honestly.

5   I really am.  All sides were fair.

6          THE COURT:  All right.  Very well.  I don't have any

7   further follow-up for you, sir.  So I am -- hold on one second,

8   if you will.

9          (The following was heard sidebar.)

10          MS. MIRELL:  Judge, I think when you asked him to

11   describe his experience on January 6, he said something like he

12   asked his family to turn off the TV.  We are curious, was that

13   because the violence, or was it an emotional reaction?

14          THE COURT:  I can ask him.

15          MS. MIRELL:  Just to probe that a tad bit.

16          (The following was heard in open court.)

17          THE COURT:  Sir, a follow-up question.  You indicated

18   the events of January 6 started, and you were with some members

19   of your family and you said turn off -- you told them, turn off

20   the TV.  Why do you think -- why did you say that?  What about

21   what was happening made you want to tell them to turn off the

22   TV?

23          A PROSPECTIVE JUROR:  I don't like politics, and I

24   don't follow the news.  I follow sports, and that's really it.

25   So, you know, I don't -- I mean, you know, what I saw was

```
 1    people running in the Capitol, and it didn't strike me as
 2    something I wanted to watch any more of.  2020 was a rough year
 3    for a lot of reasons, and you know, I just -- it wasn't
 4    something I was interested in, you know, wanting to see.
 5              THE COURT:  All right.
 6              (The following was heard sidebar.)
 7              MS. MIRELL:  What does he do for a living?
 8              THE COURT:  Right.  We have to cover that.
 9              (The following was heard in open court.)
10              THE COURT:  All right, sir.  What do you do for a
11    living?
12              A PROSPECTIVE JUROR:  Self-employed.  I work with
13    airports, airport retail.
14              THE COURT:  What is your exact job with airport
15    retail?
16              A PROSPECTIVE JUROR:  Work with companies that want to
17    open up retail stores, conduct audits of the stores, make sure
18    customer service is good, things of that nature.
19              THE COURT:  How far did you go in school?
20              A PROSPECTIVE JUROR:  I have a bachelor's degree.
21              THE COURT:  What is the degree in?
22              A PROSPECTIVE JUROR:  PolySci, actually.  I studied
23    politics, but I don't like day-to-day politics.
24              THE COURT:  Got you.  How long have you had your
25    current job for?
```

```
1                A PROSPECTIVE JUROR:  Since 2015.

2                THE COURT:  Okay.  And any other jobs between when you

3       graduated college and your current job?

4                A PROSPECTIVE JUROR:  Yes.

5                THE COURT:  Could you give us just a quick summary of

6       what those other jobs were.

7                A PROSPECTIVE JUROR:  I moved to D.C. to work in

8       politics way back when.  And I worked on the Hill.  And I was a

9       lobbyist.  And then I left politics in 2015, and I stopped.

10      You know, like I said, I got tired of it.  It wasn't for me.

11      And that's part of the reason why I don't really follow it

12      today.  I don't -- I'm not very political, myself.  I'm not on

13      social media, myself.  So I don't get involved in that stuff.

14               THE COURT:  When you were a lobbyist, what types of

15      issues were you, you know, were you handling, were you lobbying

16      on?

17               A PROSPECTIVE JUROR:  I worked for a small boutique

18      lobbying firm.  We didn't specialize in any particular thing,

19      so I had like rail clients, financial services, you know,

20      basically whatever they put on my plate, but mostly that kind

21      of stuff.

22               THE COURT:  Okay.  And what's -- okay.  All right.

23      Any additional follow-up from either side?

24               MR. DAVIS:  None.

25               THE COURT:  All right, sir.  We are going to ask you
```

```
 1    to go back to Courtroom 14, and we will be with you to complete

 2    the process in a moment.

 3              A PROSPECTIVE JUROR:  Great.  Thank you.  Do I go out

 4    this way?

 5              THE COURT:  You go out that door right there

 6    (indicating).

 7              (Prospective juror exited the courtroom.)

 8              THE COURTROOM DEPUTY:  Next juror, No. 0361.

 9              (Prospective juror entered the courtroom.)

10              THE COURT:  All right, ma'am.  You are juror 0361,

11    correct?

12              A PROSPECTIVE JUROR:  Correct.

13              THE COURT:  Let me start with you indicated a yes

14    answer to the catchall question, that there might be something

15    I didn't ask about that made you think you might not be able to

16    serve as a juror.  So what falls into that category?

17              A PROSPECTIVE JUROR:  There are two components I would

18    like to touch on, Your Honor.  If I may begin, I work for a

19    foreign mission here in Washington, D.C.  I work very close

20    with one of the Arab ambassadors.  The flow of information that

21    I control has a lot to do with updates on domestic American

22    developments on the political scene.  The January 6 events were

23    one of those topics.

24              I am not saying it has anything to do with this trial

25    in particular.  I am saying that I am exposed to knowledge
```

1    surrounding that day.  And I am not saying that there would be

2    a breach of confidentiality on either end, but I cannot turn a

3    blind eye to any of the reports that enter my office in that

4    sense.

5              THE COURT:  You mean the things you have already seen?

6              A PROSPECTIVE JUROR:  Already seen.

7              THE COURT:  We will talk about those things.

8    Obviously a lot of folks here have seen and heard different

9    things, and part of my question to you is going to be whether

10   you can take those things and just set them aside and judge

11   this case just based on the law and just based on the evidence.

12   That's the evidence in this case, not anything you may have

13   seen or heard.

14             So the fact that you've seen reports, news reports,

15   about what happened, we have a lot of potential jurors who have

16   seen those, and so that's not a -- we will talk about those

17   further, but I don't think in and of itself, that's a reason

18   for me to just excuse you.

19             There was something else maybe.

20             A PROSPECTIVE JUROR:  The other component is I am

21   actually moving to a new apartment on the 22nd of September.

22   It just so happened that this was the move-in date that he was

23   set for me.  I am at the point where the utilities and mail has

24   been transferred to the new address.  I can try and push for a

25   different address, but we have no idea how the date or timeline

1    is going to work out.

2          I do have proof of the letter I was sent by the new

3    apartment indicating that I am to move in on the 22nd, so I'm

4    just conveying that information to you.

5          THE COURT:  Well, the question is -- let's see.  So

6    are were moving into the new apartment on the 22nd?

7          A PROSPECTIVE JUROR:  Correct.

8          THE COURT:  Does your lease in the place where you

9    live now run out on the 22nd?

10         A PROSPECTIVE JUROR:  I have it until the 26th of the

11   month, and that's when I have to clear out and basically have

12   everything moved out.

13         THE COURT:  Right.  Have you taken any steps to see

14   whether that move-in date for the new place can be -- I guess

15   the 26th is Monday.  Well, given that timing, let me ask the

16   parties, is there any objection to me -- well, let's -- why

17   don't we have a bench conference.

18         (The following was heard sidebar.)

19         THE COURT:  Any objection to me excusing her?  I think

20   given that her lease runs out on the 26th, even if she can push

21   this thing on the 22nd, it seems to me it's going to be

22   difficult to have her, you know, be attentive as a juror as a

23   practical matter.

24         MS. MIRELL:  No, Your Honor.

25         MR. DAVIS:  No objection.

```
1              THE COURT:  All right.

2              (The following was heard in open court.)

3              THE COURT:  All right.  Because of that, your move-in

4     and, frankly, again, given the fact that the 26th is Monday and

5     you have to be out by then one way or the other, we will excuse

6     you from service.  So thank you for coming down here and being

7     willing to serve.

8              A PROSPECTIVE JUROR:  Thank you, sir.

9              (Prospective juror exited the courtroom.)

10             (Prospective juror entered the courtroom.)

11             THE COURT:  All right.  You are juror 0269, correct?

12             A PROSPECTIVE JUROR:  Correct.

13             THE COURT:  All right.  You checked -- or you

14    indicated a positive response to questions 4 and 5, which were

15    having watched some of the video about what happened on

16    January 6 and that you have followed the investigation to some

17    degree.  Why don't you give us a sense of the video you saw

18    that day, just a general overview of what you remember.

19             A PROSPECTIVE JUROR:  In general, I remember seeing a

20    lot of people coming in and storming the Capitol.  And I

21    remember seeing a lot of riotous and dangerous actions that

22    were taking place in an attempt to stop the democratic process.

23             THE COURT:  Okay.  And what about the investigation?

24    In general, how closely have you followed that, and what do you

25    recall as you sit here about that?
```

1          A PROSPECTIVE JUROR:  Yes.  I have been keeping

2   general tabs on it trying to see mainly about the high profile

3   figures, about who's been turning out and trying to see in

4   general about whether people are being held accountable for

5   their actions.

6          THE COURT:  Okay.  So as far as the video goes, do you

7   recall seeing any video of a police officer ascending a set of

8   stairs and a number of individuals following after that --

9          A PROSPECTIVE JUROR:  Yes.

10          THE COURT:  Okay.  So the question then is whether you

11   can set all these things aside and whatever feelings you have

12   about them, right, and follow my instructions.  I am going to

13   instruct you that you can -- that in adjudicating this case,

14   you can only consider the evidence that gets introduced in this

15   courtroom and the law as I instruct you and nothing else, not

16   anything you have seen, not anything about the investigation

17   you may have heard of, and not your feelings or opinions about

18   any of that.

19          So do you believe you can follow my instruction?

20          A PROSPECTIVE JUROR:  If I was picked, I think it

21   would be difficult, but I think I would because I would want

22   that if I was on trial.

23          THE COURT:  Because you would want it if you were on

24   trial?

25          A PROSPECTIVE JUROR:  Yes.

1              THE COURT:  And that's our system.  Our system is --

2      it's the government's burden, as I indicated, to prove

3      something beyond a reasonable doubt, and either they do that or

4      they do not do that.

5              All right.  You indicated you know someone in law

6      enforcement.

7              A PROSPECTIVE JUROR:  I know someone connected to the

8      DOJ.  I know a current judge.

9              THE COURT:  I'm sorry, you know --

10             A PROSPECTIVE JUROR:  I'm sorry, I know a current

11     judge.

12             THE COURT:  A current judge on this court?

13             A PROSPECTIVE JUROR:  No.  On the court of appeals for

14     the armed forces.

15             THE COURT:  Okay.  And was there someone else, or is

16     that the only sort of person in the lawyer bucket that you

17     know -- or, I'm sorry, in the law enforcement bucket.

18             A PROSPECTIVE JUROR:  In law enforcement.  And I know

19     someone who used to work for the DOJ.

20             THE COURT:  Someone who used to work for the DOJ?

21             A PROSPECTIVE JUROR:  Yes, but not currently.

22             THE COURT:  Okay.  Did the person who worked for DOJ,

23     do you know whether they -- what kind of work they did?  Was it

24     criminal work or civil work?

25             A PROSPECTIVE JUROR:  I'm not sure.  It was quite some

1   time ago.

2         THE COURT:  Okay.  And who is that person to you?

3         A PROSPECTIVE JUROR:  The family friend, my -- during

4   the January 6, as of that time, I was dating someone for eight

5   years, and their father was the justice, and their mother was

6   with the DOJ.

7         THE COURT:  Their father was at justice?

8         A PROSPECTIVE JUROR:  Yes.  Sorry, the father was a

9   judge, and the mother worked for the DOJ, yes.

10         THE COURT:  All right.  So anything about any of those

11   relationships that makes you think you couldn't be a fair juror

12   in this case?

13         A PROSPECTIVE JUROR:  I definitely was worried for the

14   judges' safety at that time because I was worried that there

15   would be more people who would be targeted, but no.

16         THE COURT:  All right.  And you also checked -- I see.

17   I went to law enforcement first, and then you had also

18   indicated lawyers.  So those are the two people we have been

19   talking about, or are there other people that fall into the

20   lawyer bucket?

21         A PROSPECTIVE JUROR:  I have a close friend who is in

22   law school, and my sister graduated law school.

23         THE COURT:  As far as your sister goes, what kind of

24   law does she practice?

25         A PROSPECTIVE JUROR:  Environmental law.

1          THE COURT:  Does she ever do any criminal law or

2   defense work or prosecution?

3          A PROSPECTIVE JUROR:  No.

4          THE COURT:  Anything about your relationship with

5   those two people that makes you think you can't be a fair juror

6   in this case?

7          A PROSPECTIVE JUROR:  No.

8          THE COURT:  Ma'am, what do you do for a living?

9          A PROSPECTIVE JUROR:  I work for a public health

10  nonprofit.

11         THE COURT:  Okay.  And what sorts of -- what do you do

12  for that nonprofit?

13         A PROSPECTIVE JUROR:  I do administrative work.

14         THE COURT:  Okay.  And how far did you go in school?

15         A PROSPECTIVE JUROR:  I graduated college.

16         THE COURT:  Okay.  And what did you get your degree

17  in?

18         A PROSPECTIVE JUROR:  History of science.

19         THE COURT:  The history of science.

20         A PROSPECTIVE JUROR:  Yes.

21         THE COURT:  Okay.  And what other jobs, if any, have

22  you had since graduating college other than your current job?

23         A PROSPECTIVE JUROR:  That has been my job since

24  college.

25         THE COURT:  Okay.  All right.  Any follow-ups for this

```
1    juror?
2            All right.  Thank you very much.  If you can wait in
3    Courtroom 14, we will be back with you soon to complete this
4    process.  Thank you.
5            (Prospective juror exited the courtroom.)
6            (Prospective juror entered the courtroom.)
7            THE COURTROOM DEPUTY:  Juror No. 0248.
8            THE COURT:  All right, sir.  You are 0248, is that
9    correct?
10           A PROSPECTIVE JUROR:  Yes, Your Honor.
11           THE COURT:  All right, sir.  Let me start with, you
12   indicated you have a hardship.
13           A PROSPECTIVE JUROR:  Yes.
14           THE COURT:  An extreme hardship.  What is that extreme
15   hardship?
16           A PROSPECTIVE JUROR:  I hope you consider it extreme.
17   I have a wedding to go to.  I have travel plans on October 6.
18   So if this trial extends beyond that, you know, and he's my
19   only son who is getting married, the wedding is on Sunday, but
20   I am traveling on the 6th.
21           THE COURT:  You are going to be fine.  We are not
22   going to be anywhere near October 6, so we are good on that.
23           A PROSPECTIVE JUROR:  Okay.
24           THE COURT:  The other --
25           A PROSPECTIVE JUROR:  The other, I hope -- if not,
```

```
1   it's okay.  So I was unemployed for two months, and I just
2   started a job on this Tuesday, on the 12th.  So it's in a new
3   job, and then all of a sudden, I have to ask for a week or two.
4   I don't know.  I put it out there.  If the Court decide that's
5   a hardship, then --
6            THE COURT:  Okay.
7            A PROSPECTIVE JUROR:  So those are my two reasons
8   primarily.
9            THE COURT:  I understand.  Most employers, they know
10  it's your civic duty to come here.  So I don't think that falls
11  into that kind of extreme hardship where I can release you.
12           A PROSPECTIVE JUROR:  Okay.
13           THE COURT:  Let's see.  You indicated also that you
14  previously served on a grand jury or a trial jury.  Which was
15  it, grand jury or trial jury?
16           A PROSPECTIVE JUROR:  Trial jury.
17           THE COURT:  Okay.  And before you go any further, I
18  don't want you to tell me whether -- what the outcome of the
19  trial was, but I do want you to tell me whether you reached a
20  verdict.  Even if you didn't -- don't tell me what the verdict
21  was.  Did you reach a verdict?
22           A PROSPECTIVE JUROR:  I have been selected three times
23  over the years.
24           THE COURT:  Okay.  Three times over the years.
25           A PROSPECTIVE JUROR:  Yeah, for trial.  Two of those
```

1    reached a verdict, on two of those.

2             THE COURT:  Two of those reached one?

3             A PROSPECTIVE JUROR:  Yeah.

4             THE COURT:  Okay.  And one did not?

5             A PROSPECTIVE JUROR:  Yeah.  To the best I recall, one

6    we did not.

7             THE COURT:  And to the best of your knowledge, were

8    they criminal cases or civil cases?

9             A PROSPECTIVE JUROR:  They were criminal cases.

10            THE COURT:  Okay.  So two of them -- okay.  Anything

11   about that experience make you think you wouldn't be able to

12   serve as a juror today for this case or not?

13            A PROSPECTIVE JUROR:  No, no, no.

14            THE COURT:  All right.  You also indicated that you --

15   two things, that you have -- well, that you knew someone or

16   know someone who was present at the Capitol on January 6, 2021.

17            A PROSPECTIVE JUROR:  Perhaps I misunderstood the

18   question.  I believe I misunderstood the question.  I haven't

19   met anyone who was present there, so maybe I misunderstood the

20   question.  I apologize.

21            THE COURT:  That's all right.  The question was

22   whether you knew someone or someone close to you was there at

23   the Capitol on that day.

24            A PROSPECTIVE JUROR:  I got confused because I believe

25   you asked a question whether or not you know someone has a

1    criminal record or something.

2           THE COURT:  We will get to that.

3           A PROSPECTIVE JUROR:  Maybe I was confused with that

4    one.

5           THE COURT:  The only other two I think -- well, that's

6    right.  You also -- there was a question about whether you know

7    someone who was a victim, witness, or convicted of a crime

8    including yourself.

9           A PROSPECTIVE JUROR:  Right.  I was convicted of

10   domestic violence years ago, 2012.  It was a mistake I did at

11   the time.  Learned my lessons then.  I was never arrested.  It

12   was just an argument with my ex-wife.  No witnesses.  It was

13   her word against mine.  And the judge believed her side of the

14   story, so I was convicted.  I was not arrested, didn't go to

15   jail.  I just had to -- I was put on probation at that time,

16   domestic violence training.  I learned my lesson since then.

17          THE COURT:  Do you feel you were treated fairly by the

18   system?

19          A PROSPECTIVE JUROR:  That is a very good question.

20   It was my very first time being put on trial.  I have never had

21   a record of any kind.  I don't know.  I'm thinking, personally,

22   subjectively speaking, I was not guilty.  I wish the judge

23   would have seen that part.  But I do understand that they have

24   a decision to make.

25          You know, what happened, if I may, we had an argument,

```
 1   and I used a poor choice of words during the argument, which I
 2   admitted to the judge.  I admitted to the judge exactly what
 3   the word I used.  However, she considered that word as a threat
 4   for her life even though we continued living after the incident
 5   together, you know, during the incident.  And I stated that in
 6   court.  You know, she alleged that I threatened her life.  Yet
 7   after that, we continued to coexist.  She didn't have any
 8   problem then.  She wanted to divorce me, so I felt that she was
 9   looking for a reason to get me or something.
10          But I have forgiven her at this point.  I was
11   convicted, paid my price.  I was, you know, photographed and
12   all that stuff, but that's life.
13          THE COURT:  It sounds like you disagreed with the
14   judge's decision --
15          A PROSPECTIVE JUROR:  Yes.
16          THE COURT:  -- but you wouldn't fault the judge for
17   being unfair.
18          A PROSPECTIVE JUROR:  No, no.
19          THE COURT:  Fair way to put it?
20          A PROSPECTIVE JUROR:  Yes, exactly.  No, I wouldn't
21   fault the judge.  As a person, I would have loved the judge to
22   understand my side of the story, because even then, if I -- and
23   this is something I testified to in court.  You know, we had
24   another argument where she literally got on top of me
25   physically and used a knife.  I testified that to the jurors,
```

1    and I reported that I had like a group of -- sort of like a

2    group of lawyers you pay every month and they report the

3    incident.  I didn't know what to do, so I reported it to them.

4    I talked to the judge, but it was her story against mine.

5    There was no witnesses.  I just told exactly what I did.  I did

6    not lie to the judge.  I could easily have said I didn't say

7    anything.  I could have easily got out of it because there was

8    no witnesses.

9              THE COURT:  Okay.

10             A PROSPECTIVE JUROR:  So I admitted what I said.  I

11   just felt that the judge did not understand the context of the

12   word and she took advantage of that situation.

13             THE COURT:  Okay.

14             A PROSPECTIVE JUROR:  So I was convicted by telling

15   the truth.

16             THE COURT:  I understand.  I understand.  All right.

17   So let me ask you this, sir.  You also indicated that you had

18   watched video and followed the investigation into what happened

19   on January 6.  Is that correct?

20             A PROSPECTIVE JUROR:  Yes, yes.  Now, not like extreme

21   detail, but I do have some personal opinions what happened, to

22   be honest with you.

23             THE COURT:  Okay.  But tell me about what you remember

24   seeing as far as video goes about that day.

25             A PROSPECTIVE JUROR:  Well, during the news, I

1  remember --

2         THE COURT:  Just an overview of what you remember

3  seeing.

4         A PROSPECTIVE JUROR:  Sure.  People being inside the

5  Capitol, the Capitol being breached, some of the videos, people

6  taking stuff from the Capitol.  Maybe, to the best I recall,

7  maybe some disturbance and fights maybe.  The event where the

8  person was killed, I saw that as well.

9         Also, I believe they showed situations where it gave

10  the appearance that the police allowed people into the Capitol.

11  So I was watching those, you know, sporadically, right.  I

12  wasn't like following the detail every day.  So pretty much,

13  pretty much the same thing, most of the news.

14         THE COURT:  Do you recall seeing any video of a police

15  officer ascending a set of stairs and a number of individuals

16  following up those stairs?

17         A PROSPECTIVE JUROR:  To the best I recall, I couldn't

18  say positively that I recall seeing a video of police officers

19  going up stairs to the best -- I mean, I could say probably,

20  but I wouldn't say I am sure that I have seen that.

21         THE COURT:  Okay.  And what do you recall seeing about

22  the investigation -- what do you recall reading or hearing

23  about the investigation?

24         A PROSPECTIVE JUROR:  From both sides, you know, I

25  recall -- okay.  Because I am biased, right, I am looking for

1   certain things.  But I recall one of the things that really

2   gave an impression was the fact that the news, some segment of

3   the news media, showed evidence of deliberate -- was it of an

4   attempt to provoke that incident.  That really made an

5   impression.

6           The others, I saw police generally tying to, you know,

7   control the situation, you know.  And also I saw people just

8   disturbing the place.  I don't necessarily agree with what

9   happened inside, but what I saw from both point of view.  So I

10  saw police trying to control the situation.  I saw people maybe

11  inside of offices taking stuff, maybe a couple person with a

12  flag.

13          THE COURT:  Sir, here is my question to you.  Whatever

14  you have seen on video about that day and whatever you have

15  heard or read about the investigation into the events of that

16  day, I am going to instruct you to set those things aside and

17  to set aside whatever opinions you have about what happened

18  that day and just judge this case on the evidence that's

19  introduced and on the law as I instruct you.  Do you think you

20  have any problem doing that?

21          A PROSPECTIVE JUROR:  No.  I wouldn't have any

22  problem, no.  I have learned through my three trials I have

23  been, I have learned to set aside and just look at the evidence

24  that's presented in front of me.

25          THE COURT:  Okay.  I want to clarify one other thing.

1   You mentioned -- I just want to mention the case where you were

2   convicted.  There was only -- was there only one criminal case

3   involving you and this -- I don't know whether you mentioned it

4   was --

5          A PROSPECTIVE JUROR:  My ex-wife.

6          THE COURT:  Your ex-wife.  Only one criminal case

7   involving her and you, correct?

8          A PROSPECTIVE JUROR:  That's it.

9          THE COURT:  I wasn't sure.  That was a misdemeanor?

10          A PROSPECTIVE JUROR:  That was a misdemeanor, yes.

11          THE COURT:  Okay.  Any follow-up questions from either

12   side.

13          Hold on one second, sir.

14          (The following was heard sidebar.)

15          MS. MIRELL:  Yes, Judge.  With respect to the

16   misdemeanor domestic violence, I'm not sure if he said, but did

17   he go to trial?  Because I think there was reference to the

18   judge not knowing his side, and I'm curious what he meant by

19   that, if he testified.

20          THE COURT:  Okay.  Let's see.

21          MS. MIRELL:  And I have additional questions, but

22   maybe we can probe that first.

23          THE COURT:  Additional questions on different topics?

24          MS. MIRELL:  Yes.  He also said, when he was talking

25   about what videos he had reviewed, he mentioned that he was

1   biased in reviewing the videos.  I'm curious what he meant by

2   that.  And also we haven't asked this question, but this may be

3   an appropriate candidate to do so.  He said from different

4   points of view, and it seemed like he was watching a lot of the

5   different things, and I'm curious what news sources he was

6   watching in this case.

7            THE COURT:  Well, when he said different points of

8   view, I will just ask him what he meant by that.  I don't know

9   whether that's a news source question, but okay.

10           MS. MIRELL:  And the last question, of course, what he

11  did for work and general backup.

12           THE COURT:  Right.  We will, of course, explore that.

13  All right.

14           MS. MIRELL:  Thank you.

15           (The following was heard in open court.)

16           THE COURT:  All right, sir.  Just a couple of

17  follow-up questions.  On the misdemeanor case, you -- was that

18  a case where you went to trial?

19           A PROSPECTIVE JUROR:  Yes.

20           THE COURT:  Okay.  You went to trial before a judge is

21  your memory?

22           A PROSPECTIVE JUROR:  Yes, correct.

23           THE COURT:  And you testified at the trial?

24           A PROSPECTIVE JUROR:  Yes.

25           THE COURT:  Okay.  You also said before that you

1    were -- at one point you said you were biased, I think you said

2    at one point when you were describing what you were looking at

3    in terms of the January 6 video.  What did you mean by that?

4            A PROSPECTIVE JUROR:  Well, because obviously, you

5    know, this country, we have party affiliations, right?  So I

6    felt that, you know, I have bias when I look at the events and

7    things like that.  In that regard, that's what I meant.  I

8    believe personally some of the things that I saw were unfair.

9            However, I don't necessarily say that what happened on

10   January 6 was justified inside the Capitol.  That by no means

11   was justified.  I just look at the situation from both sides.

12   You know, I don't know enough about the law.  I don't know

13   enough to make a judgment.  But I believe personally, I could

14   be wrong, that is something it's alleged to be provoked.  I

15   think that should warrant some sort of -- should be taken into

16   consideration.

17           You know, I have seen evidence shown on the media of

18   people inciting this violence, and I don't think that was

19   correct.  This is -- I mean, even though I am a U.S. citizen,

20   but I was born in a third world country, and these are things

21   that happen in third world countries where violence is incited,

22   where, you know, governments to control the situation, they

23   infiltrate groups, provoke violence, and then they get the

24   outcome that they desire, the desired outcome.

25           So when I saw that, that really resonated, you know.

```
 1   So in that regard --

 2           THE COURT:  And that's what you mean also when you are

 3   talking about both sides?

 4           A PROSPECTIVE JUROR:  Exactly.

 5           THE COURT:  You mean you like to look at things in

 6   general even in that --

 7           A PROSPECTIVE JUROR:  Exactly.

 8           THE COURT:  -- from both sides?

 9           A PROSPECTIVE JUROR:  Exactly.

10           THE COURT:  Sir, how far did you go in school?

11           A PROSPECTIVE JUROR:  I have a bachelor's in

12   electrical engineering.  I have also a master's in information

13   systems.

14           THE COURT:  Okay.  What do you do for work right now?

15           A PROSPECTIVE JUROR:  I am a -- I just got a new job.

16   They call me acting directory engineer.  I am a contractor,

17   actually, for the court system, contractor for a company that

18   has a project for the court system.  Recently hired, actually.

19           THE COURT:  All right.  Do you know if it's the

20   federal court system or some other court system?

21           A PROSPECTIVE JUROR:  I don't know.  I don't know if

22   it's federal.  I know it's a national thing where they have

23   offices in other states, you know, like the computer system and

24   stuff.  Like I said, I just got hired, so I'm just learning

25   about what the environment is.
```

```
 1          THE COURT:  Okay.  And give us a sense of what types
 2   of other jobs you have had over the course of your career.
 3          A PROSPECTIVE JUROR:  Well, all my jobs has been tech,
 4   so, you know, computer networks system, troubleshooting, build
 5   servers, you know, look at tickets, figure out why a computer
 6   system are not connecting properly.  Overall, you know, they
 7   call me -- I mean, I have been a system engineer network
 8   engineer.  I have had different titles.  So in a nutshell, I
 9   deal with the connectivity of computers and what those
10   computers -- you know, looking at resources, making sure they
11   run properly, install applications.  There's a whole lot more,
12   but in a nutshell.
13          THE COURT:  You understand, though -- also I want to
14   emphasize, do you understand that when I instruct you that you
15   can't consider anything outside -- you have learned outside
16   this courtroom about January 6, I include whatever you have
17   learned about both sides?  In other words, whatever you have
18   learned that you might have seen that you might feel favorable
19   about on one side or maybe you've seen or heard things about --
20   let me put it this way.  Whatever you have heard about one side
21   as well as whatever you have heard about the other side, you
22   can't consider any of that.  You can only consider the evidence
23   in this courtroom and the law as I instruct you.  Any questions
24   or problems doing that?
25          A PROSPECTIVE JUROR:  No, not at all.  If I may, I
```

```
 1   have been -- in the last three trials, on the three trials that
 2   I have been part of, there was situations where I believe the
 3   person was guilty --
 4              THE COURT:  Hold on.  I don't want you to tell us what
 5   the outcome was.  I don't want you to tell us what the outcome
 6   was, just whether you had an experience that would prevent you
 7   from being capable of being a juror here today.
 8              A PROSPECTIVE JUROR:  No.  I learned to look strictly
 9   at the evidence regardless of my personal opinion.
10              THE COURT:  All right.  Very well.  Hold on one
11   second, sir.
12              (The following was heard sidebar.)
13              MS. MIRELL:  Your Honor, can we have him finish the
14   sentence of like where there were trials, someone was guilty
15   without exposing what the outcome was, because I think that's
16   relevant to how he processes and would act as a juror in this
17   case?
18              THE COURT:  I don't think he was going to say -- we
19   don't know what he was going to say, but we can ask him if he
20   can complete the sentence without telling us what the outcome
21   was.  I don't know if he can or can't.  But I can ask him that
22   question.
23              MS. MIRELL:  Thank you.
24              (The following was heard in open court.)
25              THE COURT:  Sir, let me just ask you this.  You
```

started to say a sentence.  I believe the person was guilty,

and then I cut you off.  Can you -- if you were going to

complete that sentence, would you have told us what the outcome

of the trial was one way or the other?  Was that going to be

something --

A PROSPECTIVE JUROR:  No, not the outcome of the

trial, but just my personal opinion.  I just wanted to clarify

as an example, to flag that I learned to set aside, because for

example, I personally believe -- and this is not the outcome of

the trial, but when I looked at what happened in the case, in

my personal opinion, the person was guilty.  Again, this is not

the outcome of the trial.  But I look at the evidence, and I

have to set aside the fact that I believe he was guilty.  I

look at the evidence, and the evidence didn't support that

fact.  So my personal, you know, I just voted --

THE COURT:  All right.  You don't have to tell us

exactly how you voted.  But your point is you made a

distinction between what you suspected might be the case but

what was proven in court?

A PROSPECTIVE JUROR:  That is correct.  I definitely

made a distinction, yes.

THE COURT:  Very well.  Sir, I am going to have you

wait in Courtroom 14, and we will be back with you soon to

complete this process.

A PROSPECTIVE JUROR:  Sure.  Thank you.

1           (Prospective juror exited the courtroom.)

2           THE COURT:  Let me have the attorneys pick up the

3    phones for one second.

4           (The following was heard sidebar.)

5           THE COURT:  For the record, for everyone, of course, I

6    don't think there's a basis, no one has raised one, and I just

7    want to put on the record, I don't think there's a basis to

8    excuse that juror for cause.  Again, neither side has raised

9    that.  If one side or the other wants to use a peremptory on

10   him, that's fine, but I don't think there's a basis to strike

11   him for cause.

12          And, of course, I am depending on the parties to raise

13   those objections if they have them to any juror as they come up

14   now.  That's all I wanted to put on the record.

15          (The following was heard in open court.)

16          THE COURTROOM DEPUTY:  Juror 0414, 0414.

17          THE COURT:  All right, sir.  You are juror 0414,

18   correct?

19          A PROSPECTIVE JUROR:  Yes.

20          THE COURT:  If you can remove your mask, sir.

21          All right.  You have indicated yes answers to

22   questions 4 and 5, whether you have watched -- that you have

23   watched video and that you have followed the investigation into

24   January 6.  Can you tell us a little bit about the video, kind

25   of a high-level summary of what kinds of video you recall

1    seeing.

2         A PROSPECTIVE JUROR:  I just recall watching on

3    January 6 on CNN just what was kind of unfolding.  And I, you

4    know, seem to recall, you know, maybe spending three or four or

5    five minutes reading some of the deep dive stories on New York

6    Times or Washington Post just highlighting specific incidents

7    but I haven't studied it intensely.

8         THE COURT:  Okay.  And that's -- I didn't ask you

9    about the investigation, but it sounds like that's the question

10   you were answering there too, that the extent of your following

11   the investigation is reading some of these stories in the New

12   York Times you mentioned?

13        A PROSPECTIVE JUROR:  Yes.

14        THE COURT:  Okay.  As far as the video you have seen

15   goes, do you recall seeing a video of an individual, of a

16   police officer ascending a set of stairs and other individuals

17   following up that stairs?

18        A PROSPECTIVE JUROR:  Yes.

19        THE COURT:  Okay.  You know, the question, as some of

20   the other questions I asked you ask -- so I am going to

21   instruct you that you can only -- you can't consider anything

22   you have seen, any images you have seen about what happened on

23   January 6, any personal feelings you may have about that one

24   way or the other, and anything you may have heard about the

25   investigation into what happened that day and your personal

 1   feelings.

 2           You need to take all of that, set it aside, and only

 3   consider the evidence that is admitted in my courtroom and the

 4   law as I instruct it in deliberating on this case if you were

 5   selected as a juror.  Any question you can follow that

 6   instruction?

 7           A PROSPECTIVE JUROR:  I don't believe so, no.

 8           THE COURT:  No question that you can follow it,

 9   correct?

10           A PROSPECTIVE JUROR:  I believe I can, yes.

11           THE COURT:  Okay.  Just to be clear.  All right.

12   Those are the only two questions you positively responded to.

13   Let me just ask, how far did you go in school?

14           A PROSPECTIVE JUROR:  A master's degree.

15           THE COURT:  In what?

16           A PROSPECTIVE JUROR:  In journalism.

17           THE COURT:  And what did you get your undergraduate

18   degree in?

19           A PROSPECTIVE JUROR:  Bachelor's degree in journalism

20   and English.

21           THE COURT:  And what do you do for a living today?

22           A PROSPECTIVE JUROR:  I work for a communications

23   department for a trade association in Washington, D.C.

24           THE COURT:  Okay.  What kind of issues does the trade

25   association, you know, work on?

```
 1              A PROSPECTIVE JUROR:  It's an airline trade
 2    association, so we work on issues related to the industry, like
 3    sustainability, passenger -- or reliability, passenger service,
 4    et cetera.
 5              THE COURT:  Okay.  And can you give us a sense of any
 6    other jobs -- how long have you been at that job?
 7              A PROSPECTIVE JUROR:  I have been at that job for over
 8    six years.
 9              THE COURT:  And can you give us a sense of the other
10    jobs you have had since graduating to when you took this job.
11              A PROSPECTIVE JUROR:  After undergrad, I worked at a
12    small newspaper in California for three years.  I went to grad
13    school after that, and I started working in Washington, D.C.
14    and I have worked at think tanks and now a trade association
15    since then.
16              THE COURT:  Okay.  What type of think tanks were they,
17    do you know, do you recall?
18              A PROSPECTIVE JUROR:  Yes.  It was a New America
19    foundation and the Brookings Institution.
20              THE COURT:  All right.  And what types of issues did
21    you work on throughout your career there?
22              A PROSPECTIVE JUROR:  It was very generalized at New
23    America.  We were in the central communication, so I didn't
24    specialize on one issue.  I managed the website and helped
25    event support, support events.  It was the same at Brookings;
```

1    although, we did work on domestic issues, domestic policy

2    issues, some aviation, but mostly good government, better

3    government, governance.

4              THE COURT:  All right.  Sir, I am going to have you

5    wait in Courtroom 14, and we will bring you back soon to

6    continue this process.  Thank you for being here.

7              A PROSPECTIVE JUROR:  Thank you.

8              (Prospective juror exited the courtroom.)

9              (Prospective juror entered the courtroom.)

10             THE COURT:  Good morning.  Thank you for being here.

11   You are juror No. 0811, correct?

12             A PROSPECTIVE JUROR:  No, I'm 0650.

13             THE COURT:  That's why it's good that we ask.

14             A PROSPECTIVE JUROR:  Right.

15             THE COURT:  All right.  Great.  I see -- let me start

16   out then with the catchall question you answered yes to.  Why

17   did you answer yes to the catchall?

18             A PROSPECTIVE JUROR:  The catchall question?

19             THE COURT:  The last question was whether there was

20   anything that I didn't ask about that made you think you might

21   not be able to serve as a juror effectively.

22             A PROSPECTIVE JUROR:  No.  Look, there's some comments

23   I made including on Twitter in the aftermath of the January 6

24   events which, although they do not in my opinion affect my

25   ability to hear this case fairly, could be construed as

1   prejudicial with regard to my own views on the subject.  So I

2   believe I tweeted something to the effect that Congress should

3   impeach and remove the President and bar him from further

4   office.

5           THE COURT:  All right.  Well, we all have, you know --

6   we are human beings.  We have feelings about things.  The

7   question isn't whether you have views about what happened that

8   day or about this candidate or that candidate or whatever.  The

9   question is whether you can feel you can set those things

10  aside, set those views aside, and judge this case based only on

11  the evidence in this courtroom and nothing else?

12          A PROSPECTIVE JUROR:  I can do that.

13          THE COURT:  All right.  So that's why you checked --

14          A PROSPECTIVE JUROR:  That's why.  That's the only

15  reason.

16          THE COURT:  Okay.  You also indicated a positive

17  response for hearing, eyesight, or medical problem that could

18  affect your status as a juror.

19          A PROSPECTIVE JUROR:  Yes.  So I have a limited

20  peripheral --

21          THE COURT:  Sir, I'm sorry, could you just --

22          A PROSPECTIVE JUROR:  I have limited peripheral vision

23  on the left side of my visual field which can make it somewhat

24  difficult for me to process quickly video images as I am

25  watching them, for example, as shown.  It can also lead to a

1    certain degree of fatigue over the course of a day.  I don't

2    think it's necessarily disqualifying, but I wanted you to be

3    aware of it.

4            THE COURT:  You know, we will have regular breaks.  We

5    have a court reporter who needs to take a break, for example.

6    We break for lunch.  And the trial is only expected to last

7    about a week.  So as far as fatigue goes, I think we can

8    probably manage that.

9            The question about whether -- about watching the

10   video, you said you don't think it's disqualifying.  You just

11   wanted us to be aware of it.  I mean, obviously you are going

12   to have to be able to watch video of this.  Some of the

13   evidence may be video evidence that is introduced.  I mean, in

14   the ordinary course, you are able to watch video, is that fair

15   to say?

16           A PROSPECTIVE JUROR:  Yes.

17           THE COURT:  All right.  I mean, unless the lawyers

18   think this is going to be a problem, it sounds to me like these

19   are manageable things that we can work around.  And obviously

20   if at any point there's, for example, something where we need

21   to adjust, you know, a screen or something, we can do that.

22           A PROSPECTIVE JUROR:  Okay.

23           THE COURT:  All right.  You also indicated that you

24   previously served on a grand jury or trial jury.  So without

25   telling us what the end result was, whether there was -- if it

1    was a criminal case, whether there was a conviction or

2    acquittal for the plaintiff or the defense -- let me ask first,

3    was it a grand jury or a trial jury?

4           A PROSPECTIVE JUROR:  A trial jury.

5           THE COURT:  And how many occasions?

6           A PROSPECTIVE JUROR:  Twice.  Once, however, I was an

7    alternate.

8           THE COURT:  All right.  So you did not deliberate for

9    that one?

10          A PROSPECTIVE JUROR:  Correct.

11          THE COURT:  Okay.  And anything about -- well, for the

12   one you did deliberate on, do you know whether the jury reached

13   a verdict?  Without telling me what the verdict was, did they

14   reach a verdict?  Did you reach a verdict?

15          A PROSPECTIVE JUROR:  Yes, there was an acquittal in

16   that case.

17          THE COURT:  All right.  Very well.  So don't tell us

18   any further thing about what the result was.  But you did reach

19   a verdict in that case.

20          Anything about that experience one way or the other

21   that makes you think you would not be able to be a fair juror,

22   to function as a juror in this case?

23          A PROSPECTIVE JUROR:  No.

24          THE COURT:  All right.  Okay.  You also indicated

25   someone close to you was a victim, witness, or convicted of a

```
 1   crime.  Who is that, or maybe you.  Who is that person?
 2              A PROSPECTIVE JUROR:  That was my wife's cousin, who
 3   was also a close personal friend, and it was a home invasion.
 4              THE COURT:  Okay.  If you -- again, if you could just
 5   speak into the microphone so the attorneys can hear you.
 6              A PROSPECTIVE JUROR:  It was my wife's cousin, who is
 7   also a close personal friend, and it was a home invasion.
 8              THE COURT:  Okay.  And how long ago was that?
 9              A PROSPECTIVE JUROR:  At least 20 years.
10              THE COURT:  Okay.  Was the person killed?
11              A PROSPECTIVE JUROR:  No.
12              THE COURT:  Okay.  And was the perpetrator of it
13   prosecuted and convicted?
14              A PROSPECTIVE JUROR:  Yes.
15              THE COURT:  Okay.  Anything about that experience make
16   you question the fact that someone close to you went through
17   that experience, make you question whether you can be a fair
18   juror in this case?
19              A PROSPECTIVE JUROR:  No.
20              THE COURT:  You also indicated you know some lawyers.
21   Who are the lawyers?
22              A PROSPECTIVE JUROR:  Practically everyone I know is a
23   lawyer, and that would start with, for example, Judge Silberman
24   and extend through many partners in many law firms in town,
25   et cetera.  I could live you a list.
```

```
1              THE COURT:  No, we don't need to do that.  Let me do
2    it this way then.  Of all those lawyers, do you know any
3    lawyers who do criminal defense work?
4              A PROSPECTIVE JUROR:  I might have met a couple, but
5    certainly --
6              THE COURT:  No, sir, close to you.
7              A PROSPECTIVE JUROR:  No one close.
8              THE COURT:  Any of the lawyers that are close to you?
9              A PROSPECTIVE JUROR:  Actually, I'm sorry, I have
10   to -- my recollection is refreshed.  I am -- I know Raymond
11   Brown quite well, and he and I are actually cochairs of an ABA
12   advisory committee.
13             THE COURT:  Are you also a lawyer?
14             A PROSPECTIVE JUROR:  I am not.
15             THE COURT:  Okay.
16             A PROSPECTIVE JUROR:  Yes, that's unusual.
17             THE COURT:  Okay.  So do you ever talk to him about
18   his criminal defense work?
19             A PROSPECTIVE JUROR:  No, I don't think we have
20   discussed that.
21             THE COURT:  Okay.  Anything about your relationship
22   with him makes you think you can't be a fair juror?
23             A PROSPECTIVE JUROR:  No.
24             THE COURT:  And any lawyer you are close to who either
25   is or was on the other side, a prosecutor?
```

1           A PROSPECTIVE JUROR:  No one that I am particularly

2   close to.

3           THE COURT:  Okay.  You also indicated that you had

4   watched video and followed the investigation into January 6.

5           A PROSPECTIVE JUROR:  Yes.

6           THE COURT:  Give us a little bit of a high-level

7   overview of what you recall seeing as far as video goes about

8   that day and what -- and sort of how and to what extent you

9   have been following the investigation and what you recall

10  knowing about that, again, just sort of a summary.

11          A PROSPECTIVE JUROR:  I haven't done any independent

12  reporting on the subject, so I have been a news consumer and a

13  video consumer.  I have also been an opinion consumer on the

14  subject, and so I have reviewed arguments from critics of the

15  investigation as well as supporters of the investigation.

16          My background is, in fact, as a journalist from years

17  ago, and I am a writer and editor professionally, so I have a

18  wide ranging curiosity about these sorts of matters, political

19  matters in particular.

20          And so I would say I follow the case -- the

21  investigation, you know, again, via the public media.  But at

22  some level of granularity, not to the level of the point of

23  knowing names of particular individuals or paying attention to

24  such details.

25          THE COURT:  Okay.  In terms of video you have seen, do

1  you recall seeing any video of a police officer ascending a set

2  of stairs and individuals following up that set of stairs?

3          A PROSPECTIVE JUROR:  I don't recall that.

4          THE COURT:  So the question is, given what you have

5  seen about that day and given what you have read and followed

6  in the newspapers media, I am going to ask you to set all of

7  that aside, and whatever opinions you have about that, set

8  those aside and judge this case solely based on the evidence

9  introduced in this courtroom and the law as I instruct you.

10          So the question is, do you think any doubt -- do you

11  have any doubts about whether you can do that?

12          A PROSPECTIVE JUROR:  I have no doubt that I can do

13  that.

14          THE COURT:  All right.  Let's talk a little bit about

15  your career.  You don't have to say specific institutions, but

16  what do you do for a living right now?

17          A PROSPECTIVE JUROR:  I am a fellow at a think tank in

18  Washington.

19          THE COURT:  Okay.  And what sorts of issues do you

20  work on?

21          A PROSPECTIVE JUROR:  I work mainly on human rights

22  and human security issues with a subspecialty in the area of

23  presenting genocide and mass atrocities.

24          THE COURT:  And how long have you -- okay.  How long

25  have you been with that think tank?

1            A PROSPECTIVE JUROR:  Six years.

2            THE COURT:  And what was your educational background?

3            A PROSPECTIVE JUROR:  I am a college graduate.

4            THE COURT:  What is your degree in?

5            MR. DAVIS:  Political science.

6            THE COURT:  Give us a sense of the jobs you have had,

7    just a sense of your career from when you got out of college to

8    the job you have now.

9            A PROSPECTIVE JUROR:  Sure.  After college, I went

10   to -- I moved to New York and worked for a quarterly

11   publication called the Public Interest for a couple years.  I

12   was assistant editor, eventually became managing editor of that

13   publication.

14           In 1985, I moved to Washington to become the executive

15   editor of The National Interest, which is a quarterly journal

16   that specializes in foreign policy and is still published.

17   From there, I went to the Washington Times on a weekly news

18   magazine that is now defunct, and then I was editorial page

19   editor for the Washington Times from 1991 until 1998, so

20   approximately from the time of the Clarence Thomas nomination

21   to the Bill Clinton impeachment, if you like book ends.

22           From there, I went to edit a journal called Policy

23   Review, which was then published by the Heritage Foundation.  I

24   edited for the Heritage Foundation for two years, at which time

25   they became discontent with the continuation of the

1    publication, and I moved publication to the Hoover Institution

2    at Stanford University.  I opened the Washington office --

3              (There was an interruption by the court reporter.)

4              A PROSPECTIVE JUROR:  I transferred -- I moved the

5    publication policy review to the Hoover Institution at Stanford

6    University, but I opened the Washington office of the Hoover

7    Institution in 2001 and edited policy review from there through

8    the cessation of its publication, which was 2013.  I continued

9    as a fellow at the Hoover Institution through 2017, and then I

10   became a fellow at my current employer.

11             THE COURT:  All right.  Very well.  Hold on one

12   second, sir.  I got to talk to the lawyers here.

13             (The following was heard sidebar.)

14             MS. MIRELL:  Your Honor, my honors thesis was partly

15   through the Hoover Institution, not that that would necessarily

16   come up at all, but I have been funded for and published

17   vaguely tangentally through Hoover.  There's no reason he

18   should know my name or my honors thesis for that matter.

19             THE COURT:  Right, or even that you have that

20   connection.

21             MS. MIRELL:  Correct.

22             THE COURT:  I don't see a reason.  Mr. Davis, do you

23   see a reason to strike him on that ground?

24             MR. DAVIS:  I don't.

25             THE COURT:  Thank you for disclosing, but I think I am

1    going to -- we will qualify him and move on without any

2    objection.

3                MS. MIRELL:  Sure.

4                THE COURT:  All right.

5                (The following was heard in open court.)

6                THE COURT:  All right, sir.  Thank you for coming down

7    here.  If I can have you wait in the courtroom, Courtroom 14,

8    we are going to continue this process and hopefully wrap it up

9    pretty quickly.  And so if you can wait there, we will be with

10   you in a moment.

11               A PROSPECTIVE JUROR:  All right.  Thank you.

12               THE COURT:  Thank you.

13               (Prospective juror exited the courtroom.)

14               (Prospective juror entered the courtroom.)

15               THE COURT:  All right, sir.  Thank you.  You are juror

16   0811?

17               A PROSPECTIVE JUROR:  That is correct.

18               THE COURT:  All right.  So let's see.  You answered

19   first the question about someone you know has been a victim

20   witness or, convicted of a crime.  Who is that person?

21               A PROSPECTIVE JUROR:  My sister-in-law had underage

22   drinking charges at university.

23               THE COURT:  Anything about that experience or knowing

24   her make you think you wouldn't be able to be a fair juror

25   here?

1          A PROSPECTIVE JUROR:  Not at all.

2          THE COURT:  All right.  As far as you also answered

3     positively toward the knowing someone in law enforcement.  Who

4     is that person?

5          A PROSPECTIVE JUROR:  A friend of mine, one of my best

6     friends, is starting at the FBI next week.

7          THE COURT:  Hasn't started yet?

8          A PROSPECTIVE JUROR:  Hasn't started yet.  First day

9     is Saturday.

10         THE COURT:  Well, I usually ask people if they discuss

11    their work with that person, but obviously nothing yet to

12    discuss.  Anything about having that relationship make you

13    think you can't again be a fair juror here?

14         A PROSPECTIVE JUROR:  Not at all.

15         THE COURT:  And I will go through it with you, but, of

16    course, one of the other questions was that I will be

17    instructing -- if you are selected as a juror, I would be

18    instructing the jury that the testimony of a law enforcement

19    officer should be treated the same as the testimony of any

20    other witness and shouldn't be given greater or lesser weight

21    than the testimony of a witness simply because that witness

22    works in law enforcement.  Any reason to think you couldn't

23    follow that instruction?

24         A PROSPECTIVE JUROR:  No, I believe I can.

25         THE COURT:  Okay.  You also, let's see, indicated a

1   positive response to knowing one of the witnesses in the case.

2   Yes, I believe that's correct.

3           A PROSPECTIVE JUROR:  Uh-huh.

4           THE COURT:  Yes, I asked if you had heard of any of

5   those people.  Who is the person you had heard of?

6           A PROSPECTIVE JUROR:  Officer Goodman.

7           THE COURT:  Okay.  So we will circle back.  What do

8   you know about Officer Goodman?

9           A PROSPECTIVE JUROR:  Very little, that he was there

10  and was one of the officers responding to the incidents on

11  January 6.

12          THE COURT:  Okay.  All right.  You don't know him

13  personally?

14          A PROSPECTIVE JUROR:  I do not know him personally.

15          THE COURT:  We will circle back to him in a moment,

16  but you also indicated positive questions to having watched

17  video of January 6 and to follow the investigation into that

18  event.

19          Can you give us a sense of what you recall watching in

20  terms of video, what scenes stick out in your mind, and then

21  what you have done to follow the investigation and what you

22  have learned as you have followed the investigation.

23          A PROSPECTIVE JUROR:  Sure.  I remember following it

24  pretty closely on the day of the event on social media, seeing

25  clips of people climbing up the side of the Capitol and people

1    on the inside as well as following it on the news afterwards

2    and sort of seeing the aftermath of it wrapping up and law

3    enforcement arriving.

4           I don't remember any specific clips but just sort of

5    being on social media, you know, what you would expect to see.

6           And then in terms of following the aftermath and the

7    trial, same deal.  I keep up with the news semi-regularly, so

8    what you will get on your daily news podcasts sort of just

9    keeping up with the generics of the trial as well as clips on

10   social media.

11          THE COURT:  When you say the trial --

12          A PROSPECTIVE JUROR:  Not the trial, my apologies.

13   The hearings on Capitol Hill.

14          So not keeping up with them like regularly or

15   specifically seeking them out, but just part of my news

16   consumption.

17          THE COURT:  Did you watch the hearings or just hear

18   accounts of them?

19          A PROSPECTIVE JUROR:  Just heard accounts of them,

20   clips on social media here and there.  But I didn't watch any

21   of them actively when they were happening.

22          THE COURT:  Okay.  Do you recall any scene or any

23   video from January 6 in which a police officer was ascending a

24   set of stairs and individuals followed that individual up that

25   set of stairs?

A PROSPECTIVE JUROR:  I think that the story of it sounds familiar, but I don't know if I necessarily recall specifically seeing that one.  But that sounds like -- that sounds vaguely familiar in my head.

THE COURT:  Okay.  So, you know, the question about what you have seen, the images you have seen about that day, whatever you have followed in the investigation, whatever you have learned through following the news of the investigation into the day's events, I am going to be asking you to set aside those things and set aside whatever feelings you have about those things and only judge this case based on the evidence presented in this courtroom and the law as I instruct it.

Do you have any reason to doubt that you can follow that instruction?

A PROSPECTIVE JUROR:  No, I feel like I will be able to follow that instruction.

THE COURT:  All right.  Sir, tell me what you do for a living.

A PROSPECTIVE JUROR:  I am the events and venue manager at the Atlas Performing Arts Center up on Eighth Street.

THE COURT:  How far did you go in school?

A PROSPECTIVE JUROR:  I finished undergraduate.

THE COURT:  What is your degree in?

A PROSPECTIVE JUROR:  Theater arts.

```
 1              THE COURT:  And how long have you had your current
 2   job?
 3              A PROSPECTIVE JUROR:  A little over a year.
 4              THE COURT:  Okay.  And can you give us just a little
 5   bit of a sense of the other jobs you have had since graduating
 6   college --
 7              A PROSPECTIVE JUROR:  Sure.
 8              THE COURT:  -- until the job you have today?
 9              A PROSPECTIVE JUROR:  Various retail jobs, serving
10   tables, worked at a book store, worked at a few box offices in
11   different theaters across the city, and currently I am working
12   running the venue over at Eighth Street, so mostly theater arts
13   jobs, customer service stuff, those kinds of things.
14              THE COURT:  Very well.  All right, sir.  I am going to
15   have you go back to courtroom No. 14, and we will be with you
16   to complete this process shortly.  Thank you for being here.
17              A PROSPECTIVE JUROR:  Thank you.
18              (Prospective juror exited the courtroom.)
19              THE COURT:  Let's take a break for our stenographer.
20   Let's take a five-minute recess.  We will pick it up at -- it's
21   11:28.  We will make it a seven-minute recess and pick it up at
22   11:35.
23              (A recess was taken at 11:28 a.m.)
24              THE COURTROOM DEPUTY:  We are back on the record in
25   Criminal Matter 21-6, United States of America versus Douglas
```

1   Jensen.

2          THE COURT:  All right.  We are ready to bring in the

3   next panel member.

4          Government counsel wants to discuss something, so if

5   you can tell her to wait one moment.

6          Is it something we need to discuss at the bench or

7   not?

8          MS. MIRELL:  No.  With respect to juror No. 0233, I

9   think it was juror No. 34 on our list, I think we just have a

10  few concerns because at the end when you asked about his prior

11  jobs, he indicated that he was a lobbyist at Capitol Hill.  I

12  think you had asked a question originally about whether anyone

13  had any special familiarity or had worked in Capitol Hill.  And

14  I don't believe he answered yes to that question.

15         And I think we are trying to -- we are just a little

16  concerned that he did not and that he did not disclose his

17  prior employment at Capitol Hill.  So I don't know if the Court

18  is willing to recall that juror and ask specifically about why

19  he failed to indicate a yes answer to that question.

20         THE COURT:  Yeah, I mean, the question was, do you

21  blah, blah, blah, blah, blah, your immediate family work near

22  or have any special familiarity with.

23         Putting aside whether truly that's something the

24  government waived given that you didn't raise it at the time,

25  we will take that up on the other side -- that panel member is

 1   still here.  Before we go into a situation where the parties

 2   will use their strikes, I will take this up maybe right when we

 3   come back from lunch one way or the other and we can deal with

 4   it then.

 5              MS. MIRELL:  All right.  Thank you.

 6              THE COURT:  All right.  Let's forge ahead.

 7              (Prospective juror entered the courtroom.)

 8              THE COURT:  Hi, ma'am.  You are juror No. 0262?

 9              A PROSPECTIVE JUROR:  Yes.

10              THE COURT:  Okay.  Can you remove your mask and

11   just -- perfect.

12              All right.  Ma'am, you have answered question 4

13   affirmatively, that you had watched video of what happened on

14   January 6.  Can you give us just a general sense of what you

15   recall seeing on that video.

16              A PROSPECTIVE JUROR:  Yeah, it was just on the news

17   cycle that day.

18              THE COURT:  All right.  But what do you remember

19   seeing that day?

20              A PROSPECTIVE JUROR:  Just clips of random photos from

21   the day, like people going into the Capitol and the general

22   distress of the event.

23              THE COURT:  The general -- I'm sorry?

24              A PROSPECTIVE JUROR:  Distress.

25              THE COURT:  Distress did you say?

1          A PROSPECTIVE JUROR:  Yes.

2          THE COURT:  Do you recall seeing a scene or some video

3  of a police officer ascending a set of stairs and individuals

4  following that police officer?

5          A PROSPECTIVE JUROR:  No.

6          THE COURT:  Okay.  So as some of these earlier

7  questions indicated, I am going to instruct you that you have

8  to, in order to serve as a juror, you have to set aside

9  whatever you have seen on video about what happened on

10  January 6, whatever you might have seen in the news about it,

11  set that aside, set whatever opinions you have aside, and judge

12  this case based only on the evidence that is introduced in the

13  case and the law as I instruct you.  Can you follow that

14  instruction?

15          A PROSPECTIVE JUROR:  I can.

16          THE COURT:  Okay.  You have also indicated that you

17  know a witness, one of the witness names that I read out.  Is

18  that Officer Goodman?

19          A PROSPECTIVE JUROR:  Yes.

20          THE COURT:  And what do you -- first of all, do you

21  know Officer Goodman personally?

22          A PROSPECTIVE JUROR:  No.

23          THE COURT:  And what do you know about Officer

24  Goodman?

25          A PROSPECTIVE JUROR:  Basically in the news cycle how

1    he was viewed as a hero for the day.

2           THE COURT:  Okay.  Anything further about why he was

3    viewed that way or just --

4           A PROSPECTIVE JUROR:  I don't recall.

5           THE COURT:  Okay.  The government has indicated that

6    Officer Goodman may be a witness here.  And so, you know, you

7    are going to have to take whatever you have heard about Officer

8    Goodman, whatever -- you know, you indicated he was viewed as a

9    hero.  You are going to have to take that and whatever you

10   think about that, set it aside, and again only decide the case

11   based on the evidence presented in my courtroom and the law.

12   Any problem doing that?

13          A PROSPECTIVE JUROR:  No.

14          THE COURT:  Okay.  There's also going to be --

15   similarly, there will be testimony from law enforcement

16   officers in this case, Officer Goodman and some of the other

17   witnesses the government indicated.  And I am going to be

18   instructing you that the testimony of a law enforcement officer

19   should be treated the same as the testimony of any other

20   witness and that the jury should not give either greater or

21   lesser weight to the testimony of a witness simply because that

22   witness works in law enforcement.

23          That goes the same for Officer Goodman despite what

24   you might have heard on the news about him.  So again, are you

25   able to set what you know about Officer Goodman aside and,

1    again, not give Officer Goodman's testimony either more or less

2    weight or more or less weight simply because of what you have

3    heard about him?

4              A PROSPECTIVE JUROR:  I can.

5              THE COURT:  You also indicated that someone you know

6    is a lawyer or gone to law soul.  Who is that?

7              A PROSPECTIVE JUROR:  My roommate.

8              THE COURT:  Your roommate?

9              A PROSPECTIVE JUROR:  Yes.

10             THE COURT:  What kind of work does he or she do?

11             A PROSPECTIVE JUROR:  She's a paralegal.

12             THE COURT:  A paralegal?

13             A PROSPECTIVE JUROR:  Yes.

14             THE COURT:  Do you know, what kind of place does she

15   work at, a law firm or some other type of place?

16             A PROSPECTIVE JUROR:  A law firm, I believe.

17             THE COURT:  Okay.  Do you know what kind of lawyers

18   she works for, what kind of work they do?

19             A PROSPECTIVE JUROR:  Not sure.  Like, it's contract

20   work, nothing legal or criminal.

21             THE COURT:  Nothing --

22             A PROSPECTIVE JUROR:  Legal or criminal -- nothing

23   criminal, I'm sorry.

24             THE COURT:  That was going to be my next question.  So

25   she doesn't work in the area of criminal law that you know of?

1          A PROSPECTIVE JUROR:  Right.

2          THE COURT:  Anything about her and her employment as a

3  paralegal make you question whether you can be a fair juror in

4  this case?

5          A PROSPECTIVE JUROR:  No.

6          THE COURT:  You also indicated that someone you know

7  has been a victim or witness or convicted of a crime.  Who is

8  that person?

9          A PROSPECTIVE JUROR:  My roommate.

10          THE COURT:  Your roommate?

11          A PROSPECTIVE JUROR:  Yes.

12          THE COURT:  And which does your roommate fall under?

13          A PROSPECTIVE JUROR:  She was a victim.

14          THE COURT:  What kind of -- what was the crime?

15          A PROSPECTIVE JUROR:  I am unclear, but it involved

16  assault.

17          THE COURT:  Okay.  How long ago was that?

18          A PROSPECTIVE JUROR:  Maybe five years.

19          THE COURT:  Did you know her then?

20          A PROSPECTIVE JUROR:  No.

21          THE COURT:  And does she feel -- did they catch who

22  did it to her, if you know?

23          A PROSPECTIVE JUROR:  Repeat that again.

24          THE COURT:  Did they catch who did it to her, who

25  assaulted her?

```
 1              A PROSPECTIVE JUROR:  I'm not sure.

 2              THE COURT:  Do you know whether she feels like the

 3   system treated her fairly as a victim?

 4              A PROSPECTIVE JUROR:  Yes.

 5              THE COURT:  Yes.

 6              A PROSPECTIVE JUROR:  Treated fairly.

 7              THE COURT:  Okay.  Anything about that make you

 8   question whether you can be a fair juror in a case like this?

 9              A PROSPECTIVE JUROR:  No.

10              THE COURT:  Okay.  Ma'am, what do you do for a living?

11              A PROSPECTIVE JUROR:  I am a social worker.

12              THE COURT:  And how long have you had that job for?

13              A PROSPECTIVE JUROR:  Ten years.

14              THE COURT:  Ten years?

15              A PROSPECTIVE JUROR:  Yes.

16              THE COURT:  All right.  How far did you go in school?

17              A PROSPECTIVE JUROR:  I have two master's degrees.

18              THE COURT:  Okay.  What are they in?

19              A PROSPECTIVE JUROR:  Social work and public health.

20              THE COURT:  All right.  And what was your

21   undergraduate degree in?

22              A PROSPECTIVE JUROR:  Social work.

23              THE COURT:  And have you had any jobs between your

24   current job as a social worker and your end of your education?

25              A PROSPECTIVE JUROR:  Yes.
```

1          THE COURT:  Tell us about those jobs or that job.

2          A PROSPECTIVE JUROR:  I was a supervisor for Child

3     Protective Services.  I was an investigator for Child

4     Protective Services.  I worked as a counselor in a rehab, drug

5     rehab.  And currently I am a manager for a Medicaid management

6     organization.

7          THE COURT:  I'm sorry, I could not -- could you just

8     either, because you are speaking too low or you are just not

9     close enough to the microphone, I couldn't hear that well, so

10    could you repeat that.

11         A PROSPECTIVE JUROR:  Yes.  I was a supervisor for

12    Child Protective Services.  I was an investigator for Child

13    Protective Services.  I was a therapist at a rehab and

14    currently a manager at a Medicaid organization.

15         THE COURT:  The job you do now, explain what that

16    means.

17         A PROSPECTIVE JUROR:  Essentially I supervise

18    community health partners.  They go out into the community and

19    provide direct care or medical care for individuals on

20    Medicaid.

21         THE COURT:  And you supervise them.  What does that

22    mean?

23         A PROSPECTIVE JUROR:  Provide direction, give advice,

24    and make sure that the care that they provide is accurate.

25         THE COURT:  Okay.  I don't have any follow-ups for

1   you, ma'am.  We will have you go back to Courtroom 14 and

2   continue this process and hopefully wrap it up soon.  Thank you

3   very much.

4           (Prospective juror exited the courtroom.)

5           (Prospective juror entered the courtroom.)

6           THE COURT:  Good morning.

7           A PROSPECTIVE JUROR:  Good morning.

8           THE COURT:  You are juror 0851?

9           A PROSPECTIVE JUROR:  Correct.

10          THE COURT:  Thank you very much for being here.  Could

11  you please remove your mask.

12          Thank you much.  All right, ma'am.  You indicated yes

13  to questions 4 and 5, which talk about watching video, having

14  seen some video of what happened on January 6, and following

15  the investigation into that.

16          Can you give us a little sense of what you recall,

17  what video you recall seeing, and how you followed the

18  investigation and what you've learned since you have followed

19  that.

20          A PROSPECTIVE JUROR:  I followed the video on

21  January 6, the day it actually happened.  It was all over the

22  news, of course.  And I followed the investigation as far as

23  what actually was happening there and how it all got out of

24  hand and then all of the congressional hearings on the

25  investigation.

```
 1              THE COURT:  Did you watch the hearings yourself, or
 2   did you just see news reports about them?
 3              A PROSPECTIVE JUROR:  I watched the hearings myself.
 4              THE COURT:  Okay.  And as far as video of that day, so
 5   do you recall seeing a video of a police officer ascending a
 6   set of stairs --
 7              A PROSPECTIVE JUROR:  Yes.
 8              THE COURT:  -- and individuals following after?
 9              A PROSPECTIVE JUROR:  Yes.
10              THE COURT:  Okay.  All right.  And is that why you
11   checked -- you also checked, you indicated yes to question
12   No. 8.  Is that because you know the name Eugene Goodman?
13              A PROSPECTIVE JUROR:  Yes.
14              THE COURT:  Okay.  What do you know about Officer
15   Goodman?
16              A PROSPECTIVE JUROR:  That he was the one that was
17   ascending the stairs and trying to lead the people away from --
18              THE COURT:  Can I ask you to just be closer to the
19   microphone.  I cannot hear you, ma'am.
20              A PROSPECTIVE JUROR:  Sorry.  He was the one that was
21   leading the people in the Capitol away from the chambers.
22              THE COURT:  Okay.  So I guess here's my question to
23   you.  And we asked it in other general questions.  But what I
24   am going to instruct you if you are chosen as a juror in this
25   case to do is to set aside whatever you've seen about this
```

1    case, whatever -- not this case, but whatever you have seen

2    about January 6, whatever you have heard in terms of the

3    investigation, whatever videos you have seen, and whatever

4    feelings you have about all of that, set that aside, and judge

5    this case based only on the evidence presented in this

6    courtroom and the law as I instruct you.  Any problems doing

7    that?

8             A PROSPECTIVE JUROR:  No.

9             THE COURT:  You also indicated you know someone in law

10   enforcement.  Who do you know in law enforcement?

11            A PROSPECTIVE JUROR:  So I had two cousins that served

12   on the Metropolitan Police Department, and then I also know the

13   Montgomery County --

14            THE COURT:  Ma'am, again, I can't --

15            A PROSPECTIVE JUROR:  I have two cousins who served,

16   they are retired now, Metropolitan Police Department, and then

17   I also know the current chief of police from Montgomery County.

18            THE COURT:  All right.  So anything about -- so

19   anything about those relationships that make you think you

20   couldn't be a fair juror in this case?

21            A PROSPECTIVE JUROR:  No.

22            THE COURT:  You know, there's going to be, as I

23   indicated, there's going to be testimony from law enforcement

24   officers in this case.  One of the instructions I am going to

25   give you is that the testimony of a law enforcement officer

```
 1    should be treated the same as the testimony of any other

 2    witness and that a jury shouldn't give either greater or lesser

 3    weight to the testimony of a witness simply because the witness

 4    is a law enforcement officer.

 5             So I just need to make sure you don't have any strong

 6    feelings about law enforcement one way or the other that would

 7    make it difficult for you to follow that instruction.  Do you

 8    think you could follow that instruction?

 9             A PROSPECTIVE JUROR:  Sure, I can follow the

10    instruction.

11             THE COURT:  All right.  You also indicated that you

12    know some lawyers.  Sorry to hear that.  Who are those lawyers?

13             A PROSPECTIVE JUROR:  The one I know closest right

14    now -- I mean, I'm sure I know others -- is Paul Mann.

15             THE COURT:  You don't need to tell me their names.

16    What I mean to say is, who are they to you?  What is your

17    relationship to these folks?

18             A PROSPECTIVE JUROR:  Just friends.

19             THE COURT:  And how many of them would you say there

20    are?

21             A PROSPECTIVE JUROR:  Like I said, coming to mind

22    right now, I think it's like two.

23             THE COURT:  Okay.  Either of those lawyers or anyone

24    you can think of do any criminal work either as a defense

25    lawyer, as a prosecutor?
```

```
1              A PROSPECTIVE JUROR:  No.

2              THE COURT:  Anything about those relationships make

3    you think you couldn't be a fair juror here?

4              A PROSPECTIVE JUROR:  No.

5              THE COURT:  You also indicated, let's see, that

6    someone you know had been a victim, a witness, or convicted of

7    a crime.  Who is -- is that you or who is that person?

8              A PROSPECTIVE JUROR:  That's me.

9              THE COURT:  Okay.  And which bucket do you fall into?

10             A PROSPECTIVE JUROR:  I witnessed a crime, and then I

11   was convicted of conspiracy before about 1990.

12             THE COURT:  Okay.  You were convicted of a -- first of

13   all, you witnessed a crime?

14             A PROSPECTIVE JUROR:  Correct.

15             THE COURT:  And you were convicted of a crime?

16             A PROSPECTIVE JUROR:  Correct.

17             THE COURT:  Tell me about the crime you witnessed.

18             A PROSPECTIVE JUROR:  I was in a CVS and somebody held

19   it up.

20             THE COURT:  Okay.  And do you know whether they caught

21   the person who committed that crime?

22             A PROSPECTIVE JUROR:  They did.

23             THE COURT:  Okay.  And do you feel you were treated

24   fairly as a witness slash victim?

25             A PROSPECTIVE JUROR:  Yes.
```

```
 1              THE COURT:  Okay.  And then you are saying you were
 2   convicted of a crime.  And what crime was that?
 3              A PROSPECTIVE JUROR:  The charge, I think, was
 4   conspiracy with bank fraud.
 5              THE COURT:  Okay.  And how long ago was that?
 6              A PROSPECTIVE JUROR:  1990, I believe.
 7              THE COURT:  I'm sorry?
 8              A PROSPECTIVE JUROR:  1990.
 9              THE COURT:  Okay.  What court was that in?
10              A PROSPECTIVE JUROR:  In Maryland, Baltimore.
11              THE COURT:  Okay.  Do you know whether that was a
12   misdemeanor or a felony?
13              A PROSPECTIVE JUROR:  It was a felony.
14              THE COURT:  Okay.  Let me ask counsel to pick up the
15   telephone.
16              One second, ma'am.
17              (The following was heard sidebar.)
18              THE COURT:  All right.  I haven't had this come up
19   yet, but I think that she is not eligible to serve as a felon,
20   but I am not a hundred percent sure.
21              I see Mr. Davis nodding.  Is that correct?
22              MR. DAVIS:  You know, I haven't had this come up, but
23   I think the law in D.C. has changed.  I don't know if it
24   applies to federal courts, but I know in superior court, as
25   long as you have served your sentence, you can run for
```

```
 1    political office and serve on a jury.  I can check it very

 2    quickly.

 3              THE COURT:  Here's what I am going to do.  We are

 4    going to continue on, and we can do a little follow-up on this

 5    to see whether she's going to be struck for cause or not.  But

 6    I am going to continue on as if she does not need to be struck

 7    for cause.  And if she does, we will address it then.

 8              MR. DAVIS:  All right.

 9              MS. MIRELL:  Okay.

10              (The following was heard in open court.)

11              THE COURT:  All right, ma'am.  And so about that

12    conviction, do you think you were treated fairly by -- first of

13    all, give us a sense of -- it was some sort before bank fraud

14    conspiracy is what you are telling me?

15              A PROSPECTIVE JUROR:  Correct.

16              THE COURT:  Do you think you were treated fairly by

17    the criminal justice system?

18              A PROSPECTIVE JUROR:  According to the law at that

19    point, yeah, I would say yes.

20              THE COURT:  Okay.  And anything about that experience

21    make you think you couldn't be a fair juror in a case like

22    this?

23              A PROSPECTIVE JUROR:  No, nothing.

24              THE COURT:  All right.  Let me ask the parties to

25    approach the bench, I mean virtually.
```

```
 1              (The following was heard sidebar.)

 2         MS. MIRELL:  Your Honor, just while we are on the

 3    topic, I think we want to ask a few more questions about this

 4    including, first of all, she said, according to the law at that

 5    point, and I am curious what she meant by that, if the law has

 6    changed, what the nature of the crime was.  Just a little bit

 7    more about the facts.  Did she go to trial?  Did she serve a

 8    sentence?  That might factor in to whether she thought she was

 9    treated fairly and if she was charged with lying as part of

10    that crime.

11         THE COURT:  Well, it's fraud so, I mean -- and I guess

12    the question is whether the -- I don't know that the -- all

13    right.  So I will ask her about some more of the facts.  I will

14    ask her about whether the law has changed and what she meant by

15    the law then or -- what was the quote that you had written

16    down?

17         MS. MIRELL:  She said, according to the law at that

18    point, and also if she went to trial, if she testified.

19         THE COURT:  Right.  Okay.

20         MS. MIRELL:  Was it a jury or bench trial?

21         THE COURT:  I haven't done her employment and

22    education either, which I will do.

23         Anything from you, Mr. Davis?

24         MR. DAVIS:  Nothing.

25         THE COURT:  Okay.
```

```
 1              (The following was heard in open court.)
 2              THE COURT:  All right, ma'am.  A couple other
 3   follow-ups.
 4              Can you give us -- you said you thought you were
 5   treated fair according to the law at that time, I think you
 6   said.  Do you know, has the law changed in some way?  I just
 7   wondered why you made that comment.
 8              A PROSPECTIVE JUROR:  There were some new sentencing
 9   guidelines at that point, and so that's what they had to
10   follow, was the sentencing guidelines, like they had a minimum
11   that they had to do, and so that's what --
12              THE COURT:  There was a mandatory minimum?
13              A PROSPECTIVE JUROR:  Mandatory minimum and they had
14   to do that, they said.
15              THE COURT:  I see.  And then after that, you
16   understand the law may have changed in some way?
17              A PROSPECTIVE JUROR:  It may have, yeah.
18              THE COURT:  Okay.  All right.  And did you plead
19   guilty, or did you go to trial on that case?
20              A PROSPECTIVE JUROR:  I pleaded guilty.
21              THE COURT:  Okay.  And so there was a mandatory
22   minimum sentence of incarceration that you had to --
23              A PROSPECTIVE JUROR:  No.
24              THE COURT:  Oh, no?
25              A PROSPECTIVE JUROR:  It was probation.
```

```
 1                THE COURT:  Okay.

 2                A PROSPECTIVE JUROR:  They had to do probation.

 3                THE COURT:  They had to do probation?  Huh.  Okay.

 4                A PROSPECTIVE JUROR:  And house arrest, like a month

 5      of house arrest.

 6                THE COURT:  I see, sometime -- I understand.  Okay.

 7      Sometime when you had to stay in your house.

 8                A PROSPECTIVE JUROR:  For except to go to work or like

 9      certain hours.

10                THE COURT:  Right.  Okay.  And tell me about your

11      education.  How far did you go in school?

12                A PROSPECTIVE JUROR:  I graduated from college.

13                THE COURT:  What is your degree in?

14                A PROSPECTIVE JUROR:  Psychology.

15                THE COURT:  Psychology?

16                A PROSPECTIVE JUROR:  (Nodding head.)

17                THE COURT:  Okay.  And give us a sense of the jobs you

18      have had.  What are you doing for work now?

19                A PROSPECTIVE JUROR:  I am a health insurance

20      underwriter.

21                THE COURT:  I'm sorry, I can't hear --

22                A PROSPECTIVE JUROR:  Health insurance underwriter.

23                THE COURT:  How long have you had that job?

24                A PROSPECTIVE JUROR:  I have been in that pretty much

25      since I graduated from college, so various companies, but
```

```
 1   health insurance underwriter.

 2          THE COURT:  Okay.  And tell us just a little bit more,

 3   if you can, about the facts, what this fraud, what was the --

 4   give us a little more of the facts of what you pled guilty to,

 5   if that makes sense.

 6          A PROSPECTIVE JUROR:  I had knowledge of something

 7   that was taken -- that somebody was -- a theft scheme, and I

 8   didn't say anything.

 9          THE COURT:  At your job?

10          A PROSPECTIVE JUROR:  Right.

11          THE COURT:  Okay.  All right.  We are going to have

12   you wait in Courtroom 14, and we will come back to you when we

13   are done with this process.  Thank you very much.

14          (Prospective juror exited the courtroom.)

15          (Prospective juror entered the courtroom.)

16          THE COURT:  Hello, sir.  You are juror No. 0429?

17          A PROSPECTIVE JUROR:  Yes.

18          THE COURT:  Can you please remove your mask.  And you

19   indicated you might have an extreme hardship, so tell us what

20   that hardship is.

21          A PROSPECTIVE JUROR:  Yeah, I didn't know the hours of

22   the trial, so I have a 14-month-old daughter, and daycare hours

23   of 8:00 a.m. to 5:30 p.m.  And then also I am going on vacation

24   October 1 to October 10.

25          THE COURT:  Okay.  Vacation, not going to be a
```

```
 1    problem.  A week trial, so that won't be a problem.

 2            The daycare, where -- do you have to do the pickup?

 3            A PROSPECTIVE JUROR:  Yes.

 4            THE COURT:  And where -- how long do you think it

 5    would take you to get from here to there?

 6            A PROSPECTIVE JUROR:  Yeah, I did it today, actually.

 7    It's about half an hour.

 8            THE COURT:  All right.  So if we wrapped at 5:00, you

 9    would be -- that would be fine?

10            A PROSPECTIVE JUROR:  That might be a little tight,

11    but possibly fine.

12            THE COURT:  All right.  And there's no -- we are

13    talking about just a few days here this week essentially.

14    There's no alternate arrangement you can -- there's no other

15    arrangement you can get to have somebody else pick -- because I

16    don't think -- it's probably rare -- let me put it this way.

17    We don't go until 8:00 at night.  I think the latest would be

18    something like 6:00.  So I guess my point is, is there any

19    other person who could do it just for a few days?

20            A PROSPECTIVE JUROR:  There's not because the days she

21    goes, my wife works until 7:00.

22            THE COURT:  All right.

23            A PROSPECTIVE JUROR:  Yeah.

24            THE COURT:  All right.  Well, let me have the lawyers

25    on the phone for this.
```

```
 1              (The following was heard sidebar.)
 2          THE COURT:  All right.  What do we think about this?
 3   I mean, I think given how we want to do as much as we can
 4   through this week, I would be -- you know, I would rather have
 5   the flexibility of going past 5:00.  On the other hand, I don't
 6   know if it's a true -- you know, if it's a true extreme
 7   hardship that I would ordinarily release someone for, but I
 8   would like the flexibility of being able to go longer than
 9   5:00.  What's the government's view?
10          MS. MIRELL:  I think we release him.  If he's going to
11   have anxiety or concern starting at 4:45 and stop paying
12   attention to the evidence at that point, then we would have
13   concerns.
14          THE COURT:  Mr. Davis?
15          MR. DAVIS:  I have no problem releasing him.
16          THE COURT:  All right.  We will release him.
17          (The following was heard in open court.)
18          THE COURT:  All right, sir.  Given your child care
19   issues, we are going to release you.  You do have to check in,
20   I think, with the --
21          Ms. Harris, he has to check in.  He will still have
22   to -- go by the jury office, and they will explain to you that
23   you will have to check in, I think, with them via the telephone
24   in subsequent days.  But you won't have to serve at least on
25   this jury.  Thank you.
```

```
 1              A PROSPECTIVE JUROR:  Okay.  Thank you.

 2              (Prospective juror exited the courtroom.)

 3              (Prospective juror entered the courtroom.)

 4              THE COURT:  Hi, ma'am.  You are juror No. 0652,

 5    correct?

 6              A PROSPECTIVE JUROR:  Yes, I am.

 7              THE COURT:  You indicated positive answers to

 8    questions 3 and 4, which were -- well, first, 3 is whether

 9    someone you know lives or works near the Capitol.

10              A PROSPECTIVE JUROR:  Correct.

11              THE COURT:  Who is that person?

12              A PROSPECTIVE JUROR:  I live at 8th and C Southeast

13    near Eastern Market.

14              THE COURT:  So on Capitol Hill somewhat near there?

15              A PROSPECTIVE JUROR:  Yep.

16              THE COURT:  Tell me about, were you there on -- were

17    you at home on January 6, 2021?

18              A PROSPECTIVE JUROR:  I was working from a friend's

19    house who is at 9th and East Capitol, so the same area.

20              THE COURT:  Okay.  Did you experience anything that

21    day that was -- did you -- I mean, you also indicated that you

22    watched video of what happened that day.

23              A PROSPECTIVE JUROR:  Correct.

24              THE COURT:  Did you experience anything that day other

25    than watching the video that everyone else would have seen no
```

1    matter where they were?

2              A PROSPECTIVE JUROR:  No.  The only thing I did is

3    when I saw the video on, I don't know what news show it was on,

4    I walked half a block to East Capitol and just looked down the

5    street to see, and I couldn't see anything.

6              THE COURT:  Okay.  So you didn't hear or see anything

7    other than what you heard and saw on TV?

8              A PROSPECTIVE JUROR:  Correct.

9              THE COURT:  Okay.  Anything about your presence there,

10   which is on Capitol Hill but still many blocks from the

11   Capitol, anything about that that gives you pause about whether

12   you could be a fair juror in a case like this?

13             A PROSPECTIVE JUROR:  No, not at all.

14             THE COURT:  Okay.  You also indicated you watched

15   video.  Give us a sense, are we talking about on January 6

16   itself or in the time period since?

17             A PROSPECTIVE JUROR:  Certainly on January 6 itself

18   and the couple days immediately after, and then since then, I

19   watched the congressional hearings, the congressional

20   investigation I think three or four days.  I'm not sure.  I

21   know I didn't watch it all, but I had it on.

22             THE COURT:  Okay.  And the video that you recall

23   seeing, do you recall seeing an individual -- a scene, a

24   portion of that video where a law enforcement officer or police

25   officer is ascending a set of stairs and there are individuals

1    sort of following up those stairs?

2         A PROSPECTIVE JUROR:  The one thing I recall with that

3    is that there was a law enforcement official going up the

4    stairs trying to lead people to follow him for some reason and

5    talking into his microphone, his walkie-talkie, his

6    communications device as he was going up the stairs and people

7    were following him.

8         THE COURT:  You remember that scene?

9         A PROSPECTIVE JUROR:  I do, uh-huh.

10        THE COURT:  So I guess -- I am going to instruct you

11   that whatever you have seen on video about January 6 and

12   whatever you have heard and read about in terms of the

13   investigation afterward, that you need to put all of that aside

14   and you need to put aside whatever feelings you have about that

15   and only judge this case based on the evidence that's presented

16   in this courtroom and the law as I instruct you.

17        Is there any -- do you have any doubt that you will be

18   able to follow that instruction?

19        A PROSPECTIVE JUROR:  No doubt at all.

20        THE COURT:  All right.  You also indicated you know

21   someone in law enforcement.  Who is that person?

22        A PROSPECTIVE JUROR:  Me, I think.  I am a lawyer.

23   And I think that was part of the category.

24        THE COURT:  Well, there is a question of lawyers that

25   you also answered, but then there was a separate one about law

 1    enforcement.  But you consider yourself in law enforcement, so

 2    tell me what type of work you do.

 3            A PROSPECTIVE JUROR:  So currently I am the national

 4    advocate for nonprofit called Just Detention International, and

 5    it focuses on ending sexual abuse in all forms of confinement.

 6    I have been there for about three or four years.  Prior to

 7    that, I was working with the Department of Justice civil rights

 8    division, special litigation section, focusing on

 9    constitutional rights for folks who were locked up.

10            THE COURT:  Okay.  We will do a little of your bio

11    then too.  What was your undergraduate degree in?

12            A PROSPECTIVE JUROR:  Women's studies.

13            THE COURT:  Was there anything -- you mentioned your

14    current job.  You mentioned being at DOJ civil rights.  What

15    other jobs have you had since you graduated law school?

16            A PROSPECTIVE JUROR:  I worked at Covington & Burling

17    for a couple years, Neighborhood Legal Services, the Federal

18    Trade Commission, and then DOJ.  But the majority of my career

19    has been -- had been at the Department of Justice, 15 years,

20    and that was all civil.  I have never done any criminal law.

21            THE COURT:  Okay.  That was going to be part of my

22    question to you.  So all civil and no criminal work?

23            A PROSPECTIVE JUROR:  Yes.

24            THE COURT:  All right.  I assume then, given that you

25    are a lawyer, you have a lot of -- well, I shouldn't assume,

1  but let me ask.  Do you have a lot of friends who are lawyers?

2          A PROSPECTIVE JUROR:  I actually don't have a lot of

3  friends who are lawyers, some, but a handful.

4          THE COURT:  All right.  Good for you.  Do you know --

5  do you have any close friends who are -- who do criminal law,

6  whether that's either on the defense side or on the prosecution

7  side?

8          A PROSPECTIVE JUROR:  No.  I know of some folks who

9  were former public defenders, and I guess I know some people

10  who are current prosecutors at DOJ or U.S. Attorney's offices,

11  but not friends anymore.

12          THE COURT:  Okay.  Just acquaintances?

13          A PROSPECTIVE JUROR:  Acquaintances, former colleagues

14  primarily.

15          THE COURT:  All right.  Anything about your

16  relationship with those folks that makes you think you couldn't

17  be a fair and impartial juror in this case?

18          A PROSPECTIVE JUROR:  Not at all.

19          THE COURT:  You also indicated that someone you know

20  has been either a victim or a witness or convicted of a crime.

21  Who is that person or persons?

22          A PROSPECTIVE JUROR:  Gosh, I work a lot now in the

23  sexual abuse community, so I come across a lot of folks who

24  have been survivers of sexual abuse.  More personally, though,

25  when I was in law school here in D.C. in 1992, I was robbed at

 1   gunpoint in Mount Pleasant.

 2         THE COURT:  Okay.  And did they catch the person who

 3   committed the crime?

 4         A PROSPECTIVE JUROR:  That kind of assumes that they

 5   looked for the person that committed the crime.  I called the

 6   police, and they never showed up.

 7         THE COURT:  Okay.  So fair to say that was a

 8   frustrating experience with the criminal justice system for

 9   you?

10         A PROSPECTIVE JUROR:  Yes.

11         THE COURT:  Do you think -- let's put it this way.  Do

12   you think that frustration and that experience with the

13   criminal justice system could impact your ability to serve as a

14   juror and be a fair juror in this case?

15         A PROSPECTIVE JUROR:  No, not at all.

16         THE COURT:  How long ago was it?

17         A PROSPECTIVE JUROR:  1992.

18         THE COURT:  All right.  Any follow-up questions for

19   either side?

20         Ma'am, give us one second.

21         (The following was heard sidebar.)

22         MR. DAVIS:  I have none.

23         MS. MIRELL:  Judge, given her line of work,

24   specifically her advocacy for an organization that's focused on

25   prison conditions and ending prison conditions, we would like

1    to probe if she's able to kind of distance herself from the

2    possibility of a prison sentence here and, you know, the

3    potential prison here and whether she's aware if January 6

4    defendants are detained and what she's aware about those

5    detention conditions, because there has been media about that.

6    So I think we would like to inquire specifically about that.

7          MR. DAVIS:  Your Honor, I have a problem inquiring

8    into penalties and potential jail sentences and things of that

9    nature.  I don't think that's a concern for the jury, and I

10   think Your Honor actually instructs them as much during the

11   final instructions.  So I would object to going into that,

12   going into the -- I don't know what we can ask about -- she's

13   not working on anything in D.C. jail.  I don't know if we need

14   to go there, but I will defer to the Court on that one.

15         MS. MIRELL:  Your Honor, I think the reason why we are

16   asking is not to put the idea of prison in her head, but

17   rather, if she's able to separate herself and do as the jury is

18   supposed to do, which is not consider that.

19         THE COURT:  Right.  The question of whether she's

20   heard about any, you know, stories about the conditions, I

21   think it's fair -- I mean, given her professional background, I

22   think we should probe that.  She may well have seen that story.

23   She may well have views about that.  I would at least have to

24   see that she can separate whatever she views she may have --

25   whether she may have heard about that, whatever views she may

1    have about that from this case and understand that, you know,

2    she can't consider that when she's adjudicating this case.  So

3    I think that's fair.

4              (The following was heard in open court.)

5              THE COURT:  All right.  Ma'am, given your professional

6    background, have you heard or seen any news stories about

7    the -- put it this way, the conditions in which any of the

8    folks who were charged with crimes for January 6 are being

9    held?

10             A PROSPECTIVE JUROR:  Yeah, I am aware that there have

11   been vigils outside the D.C. jail.  I have heard, I guess I am

12   not aware, through news reports, newspapers primarily, about

13   folks supporting the people who have been locked up inside the

14   D.C. jail.  And I am familiar with the conditions inside the

15   D.C. jail from the work that I have done from the mid-'90s

16   until now.

17             THE COURT:  So the question is going to be, you know,

18   obviously, whatever you have heard about any of that is not

19   something that can play a role in your adjudication of this

20   case and about your serving as a juror in this case.  And so I

21   have to ask you whether you can set aside anything you have

22   heard about any of those conditions, frankly, whether we are

23   talking about January 6 defendants or any other defendant, any

24   conditions in the D.C. jail, whether you can set that aside and

25   whatever feelings you have about that, that you can set that

```
 1    aside and adjudicate this case just based on the evidence and

 2    the law as I instruct you.

 3             A PROSPECTIVE JUROR:  Yes, absolutely, no problem.

 4             THE COURT:  All right.  If I can have you wait in

 5    Courtroom 14, you are going to go to lunch very soon, and then

 6    we will come back and wrap this up further.

 7             A PROSPECTIVE JUROR:  Thanks, Your Honor.

 8             THE COURT:  Thank you for being here.

 9             (Prospective juror exited the courtroom.)

10             THE COURT:  Let me just ask, before we bring in the

11    next person, so my hope is -- we are at 27 qualified right now.

12    What my -- assuming juror 0851 is qualified, what I would like

13    to do is try to get three more before we break for lunch and

14    then break for an hour to get to 30.

15             Ms. Harris, is that -- is there any problem with that

16    schedule from your end?

17             THE COURTROOM DEPUTY:  No.

18             THE COURT:  Okay.  I just want to make sure, are the

19    lawyers -- is that a reasonable way forward for both sides?

20    Mr. Davis?

21             MR. DAVIS:  That's fine, Your Honor.

22             MS. ALLEN:  Sorry, I had a different count, so I am

23    just trying to make sure that I haven't lost track of someone.

24    It looked to me like I was at 24, and then we had the juror

25    No. 0851, who was the 43rd, would have been the 25 if that does
```

```
 1   qualify, and then this last one at 26.
 2           THE COURT:  I don't know where we --
 3           THE COURTROOM DEPUTY:  I had 27.
 4           MR. DAVIS:  I have 27.
 5           THE COURT:  Ms. Harris and Mr. Davis both have 27 as
 6   well, which makes me feel better about that number.
 7           MS. ALLEN:  We will match up at the break.
 8           THE COURT:  All right.  Either way, let's try to
 9   say 3 -- if we can get 3 more, I mean, obviously if it goes too
10   long, but my goal would be to get 3 more to hit 30 by the time
11   we break for lunch.
12           (Prospective juror entered the courtroom.)
13           THE COURT:  Good afternoon.  Yeah, it is afternoon,
14   unfortunately.  Good afternoon, ma'am.  You are juror 0652?
15           A PROSPECTIVE JUROR:  No, 0963.
16           THE COURT:  0963?
17           A PROSPECTIVE JUROR:  Yes.
18           THE COURT:  Can you remove your mask while you are
19   answering these questions?
20           A PROSPECTIVE JUROR:  Yes.
21           THE COURT:  Thank you.  Ma'am, you have answered
22   questions 4 and 5, which is whether you watched video of
23   January 6 and whether you followed the investigation.  Can you
24   give us a sense of what video you recall seeing and when and
25   how you followed the investigation and the types of things you
```

1    have learned by following the investigation, how closely you

2    followed it, how you followed it, and all like that.

3              A PROSPECTIVE JUROR:  So I do receive CNN alerts.

4              THE COURT:  Okay.  If you can speak in the microphone

5    so we can hear you.

6              A PROSPECTIVE JUROR:  I do receive CNN alerts on the

7    insurrection and then any updates.  Sometimes I read them.

8    Other times a swipe.  So the most recent footage was earlier

9    this year on -- I think it was like a ten-minute video that was

10   released to the public on how the insurrection occurred and

11   just a few officers that were injured, and that's the extent.

12             THE COURT:  Okay.  Do you recall, in watching video,

13   do you recall watching a scene where a law enforcement officer

14   or police officer is ascending a set of stairs and individuals

15   follow after that person up the stairs?

16             A PROSPECTIVE JUROR:  Yes.

17             THE COURT:  Okay.  Anything else you recall about that

18   scene or that video?

19             A PROSPECTIVE JUROR:  Just that he was -- I think his

20   actions were leading the individuals in the Capitol in a

21   different direction.

22             THE COURT:  Okay.  So I am going to instruct you that,

23   as to video you have seen of January 6 and anything you have

24   learned through following the investigations into January 6,

25   that you have to be able to put those things aside and put

 1   whatever feelings you might have and opinions about all of that

 2   aside and decide this case based only on the evidence that's

 3   introduced in this courtroom and the law as I instruct you.

 4         Any problems following that instruction?

 5         A PROSPECTIVE JUROR:  No.

 6         THE COURT:  All right.  You also indicated that you

 7   knew one of the witnesses.  Is that Officer Goodman that you --

 8         A PROSPECTIVE JUROR:  Yes.

 9         THE COURT:  -- said that -- all right.  And so first

10   of all, you don't know Officer Goodman personally, correct?

11         A PROSPECTIVE JUROR:  No.

12         THE COURT:  What do you know about Officer Goodman?

13         A PROSPECTIVE JUROR:  And I could be wrong, but I

14   believe he's the gentleman that was leading a group of

15   individuals into a different direction once they entered the

16   Capitol.

17         THE COURT:  Okay.  Do you know anything else about

18   Officer Goodman?

19         A PROSPECTIVE JUROR:  No, I do not.

20         THE COURT:  Okay.  Well, again, just with the same

21   instruction I gave you earlier, whatever you know about Officer

22   Goodman, you are going to have to set that aside and judge this

23   case based only on the evidence and the law as I instruct you.

24   Any problem doing that?

25         A PROSPECTIVE JUROR:  No.

1          THE COURT:  You also indicated you know some people in

2     law enforcement, so who -- either you or someone you know.  Who

3     are those people?

4          A PROSPECTIVE JUROR:  My spouse.

5          THE COURT:  All right.  What does your spouse do?

6          A PROSPECTIVE JUROR:  He's a federal prosecutor in the

7     public integrity section.

8          THE COURT:  So he does criminal work, correct?

9          A PROSPECTIVE JUROR:  Yes.

10          THE COURT:  Do you discuss his job with him?

11          A PROSPECTIVE JUROR:  No.

12          THE COURT:  We will get to this, but are you a lawyer?

13          A PROSPECTIVE JUROR:  No, I am not.

14          THE COURT:  All right.  Anything about your

15     relationship with him, again, that makes you think you can't be

16     a fair juror in this case?

17          A PROSPECTIVE JUROR:  No.

18          THE COURT:  You also indicated you know lawyers.  I

19     don't know whether that's your husband or someone else in

20     addition.

21          A PROSPECTIVE JUROR:  Right.  Just his colleagues if

22     we have gone to a company function or -- yeah.

23          THE COURT:  Okay.  So again, anything about his job or

24     him that makes you think you couldn't be a fair juror in this

25     case?

```
1               A PROSPECTIVE JUROR:  No.

2               THE COURT:  All right.  Enough about him.  What do you

3    do for a living?

4               A PROSPECTIVE JUROR:  I am a benefits and human

5    resources information specialist manager for a technology

6    company in Reston, Virginia.

7               THE COURT:  Okay.  How long have you had that job for?

8               A PROSPECTIVE JUROR:  Going on two years.

9               THE COURT:  How far did you go in school?

10              A PROSPECTIVE JUROR:  Bachelor's.

11              THE COURT:  And what was your degree in?

12              A PROSPECTIVE JUROR:  Human resources management.

13              THE COURT:  And can you give us a sense of the jobs

14   you have had between when you finished college and taking your

15   latest job.

16              A PROSPECTIVE JUROR:  Sure.  So when my husband and I

17   relocated to D.C., I held an HR manager position at a

18   nonprofit, Eurasia Foundation.  I then was a compensation and

19   benefits manager at Brailsford & Dunlavey, which is also in

20   D.C., and then I was a benefits manager at GWMFA, and then this

21   job.

22              THE COURT:  All right.  Ma'am, we are going to have

23   you wait in Courtroom 14 and go to lunch soon hopefully, and

24   then we will finish up this process in the afternoon.  Thank

25   you very much.
```

```
 1              (Prospective juror exited the courtroom.)

 2              (Prospective juror entered the courtroom.)

 3              THE COURT:  Good afternoon, ma'am.  You are juror

 4    0736?

 5              A PROSPECTIVE JUROR:  Yes, I am.

 6              THE COURT:  Thank you for being here.  Thank you for

 7    bearing with us.

 8              You answered two questions that I think -- I

 9    notoriously may not have phrased them very well.  So let me

10    start with the one about innocent until proven guilty.  The

11    question was, the defendant has entered a plea of not guilty to

12    all the charges.  In a criminal case, a defendant is presumed

13    innocent unless and until the government proves his guilt

14    beyond a reasonable doubt.  Will you have any difficulty

15    accepting or applying that rule of law?

16              So the question is, can you apply that rule of law?

17    You wrote 13, and then you wrote yes.  So I assume -- well,

18    tell me, will you have any difficulty with that?  Will you be

19    able to follow my instruction?

20              A PROSPECTIVE JUROR:  Yes, I would be able to follow

21    your instruction.  I'm just a little bit confused as to perhaps

22    the non-guilty party, why were you out there at that event in

23    the first place?  And so that's why I am already thinking, you

24    know, you should have -- I just have my personal opinion about

25    that already, and that perhaps you should have gotten out of
```

1    Dodge before anything ever started so you wouldn't have to be

2    here now.

3            THE COURT:  So that's the challenge whenever we have

4    to pick a jury about any -- in any kind of criminal case.

5    Sometimes people bring their own feelings and their own --

6    their own feelings about the nature of the crime and et cetera,

7    the alleged crime.

8            And the question is whether you can put that aside and

9    say, okay, I've heard some things, I have seen some things, we

10   will talk about them in a moment, but I can -- but I only can

11   judge this person based on the evidence, whether the

12   government's met its burden for this case, whether the

13   government's met its burden of proving through evidence that's

14   presented in this courtroom, proving their case beyond a

15   reasonable doubt.  If they haven't done that, then you have to

16   acquit no matter what you feel about the overall circumstances

17   of the day or any other matter.  Does that make sense?

18           A PROSPECTIVE JUROR:  It does make sense.

19           THE COURT:  Do you have any doubt you can do that?

20           A PROSPECTIVE JUROR:  Yes, I can.

21           THE COURT:  Okay.  Now, same question -- there was

22   another question you answered, you marked down, which is the

23   same sort of thing.  It's not the question of beyond a

24   reasonable doubt.  It's the question, as I mentioned before,

25   about whether you need to -- whether you can set aside whatever

1   you have heard about the events of January 6, whatever video

2   you have seen, set those things aside, set your feelings,

3   whatever you feel about those, aside, and just decide based on

4   the evidence in this courtroom and the law as I instruct you

5   about whether the government's met its burden.

6          So again, any doubt you can set aside those other

7   things and only decide based on the evidence that's presented

8   in this courtroom?

9          A PROSPECTIVE JUROR:  I would hope to, yes.

10         THE COURT:  Okay.  You think you can?

11         A PROSPECTIVE JUROR:  Yes.

12         THE COURT:  Tell me about -- the only other question

13  that you answered, you wrote down was question 4 about whether

14  you had watched any video of what had happened that day.  Can

15  you describe what video you recall seeing.

16         A PROSPECTIVE JUROR:  Typically the news when it

17  happened and so, you know, I watched that.  And, you know, it

18  just became -- you know, it was just sad to me that I'm raised

19  in this country since seven years old, and such a fantastic

20  country, and to see even my friends from Switzerland asking me

21  what is going on with your country, look what has happened.

22  They have desecrated the Capitol.  And so it was disheartening.

23  It made me sad.  And I know things happen.  We make mistakes.

24  But nevertheless, you know, it's very, very serious.

25         THE COURT:  Do you think -- and what kind of footage

```
 1    do you recall seeing, or do you not have any specific memory

 2    right now?

 3            A PROSPECTIVE JUROR:  No, but the footage I recall,

 4    you know, NBC 4 News in the evening, a bunch of, you know,

 5    crazy-looking people, you know, disassembling everything and

 6    running through Pelosi's office and other congressmen's

 7    offices.  You know, instead of making a point outside, why do

 8    you have to, you know, disrupt other people's lives that's

 9    trying to make this country a good place to live?  Why did that

10    happen?  Why couldn't you just stay where you are supposed to

11    stay and make your point known?  Why did you have to, like, go

12    crazy?

13            THE COURT:  Did you ever -- do you recall seeing any

14    video of a law enforcement officer ascending a set of stairs

15    and individuals following that law enforcement officer up the

16    stairs?

17            A PROSPECTIVE JUROR:  I saw so much.  I saw police

18    officers, I am trying to remember in my mind, you know, trying

19    to hold off the intruders with their banners and their shields,

20    et cetera.  Is there anything specific?  No, just on a whole --

21    remember seeing that whole scenario on the news.

22            THE COURT:  Okay.  Well, you have expressed, you know,

23    how disheartened you were about that day.  And again, people

24    have their personal views about what happened that day.  And

25    you know, you swore an oath to tell the truth here today.  And
```

```
 1   that's sort of what we have to do is make sure that you are
 2   confident you can sort of set aside your views about that
 3   global event, whatever happened, and again, just judge this
 4   case on function as a juror and make sure that you can only
 5   consider the evidence in this case, number one, and nothing
 6   else, and only -- and decide whether the government's met its
 7   burden beyond a reasonable doubt.  And you think you can do
 8   that?
 9           A PROSPECTIVE JUROR:  Yes, I can.
10           THE COURT:  All right.  Ma'am, what do you do for a
11   living?
12           A PROSPECTIVE JUROR:  I am a secretary with the
13   Federal Election Commission.
14           THE COURT:  How long have you had that job for?
15           A PROSPECTIVE JUROR:  17 years.
16           THE COURT:  Wow.
17           A PROSPECTIVE JUROR:  I am looking forward to
18   retirement, Your Honor.
19           THE COURT:  Absolutely.  I can imagine.  So am I, but
20   I am nowhere near that.
21           How far did you go in school?
22           A PROSPECTIVE JUROR:  Pardon me?
23           THE COURT:  How far did you go in school?
24           A PROSPECTIVE JUROR:  What do you mean?
25           THE COURT:  Do you have a college degree?
```

```
 1              A PROSPECTIVE JUROR:  No, some college courses, but

 2   no, I did not graduate college.  I went to high school,

 3   completed.

 4              THE COURT:  Have you always done secretarial-type work

 5   before you were at the FEC?

 6              A PROSPECTIVE JUROR:  Yeah, receptionist,

 7   secretarial-type work, yes, generally speaking.

 8              THE COURT:  All right, ma'am.  I am going to have you

 9   go back to the courtroom you came from.  We are going to let

10   you go to lunch really soon, and then we will wrap up this

11   process very soon.  Thank you very much.

12              A PROSPECTIVE JUROR:  Okay.  Thank you, everyone.

13              (Prospective juror exited the courtroom.)

14              (Prospective juror entered the courtroom.)

15         THE COURT:  Good afternoon, ma'am.

16         A PROSPECTIVE JUROR:  Good afternoon.

17         THE COURT:  You are juror No. 0476?

18         A PROSPECTIVE JUROR:  Yes.

19         THE COURT:  All right.  Let me -- the only question

20   you answered affirmatively was that you had watched some video

21   of what happened at the Capitol on January --

22         A PROSPECTIVE JUROR:  Yeah, flipping the channel, I

23   seen it on the news.

24         THE COURT:  Say it again.

25         A PROSPECTIVE JUROR:  Flipping the channel, I seen it
```

1    on the news.

2           THE COURT:  Okay.  And what do you recall, if you

3    remember now, what do you recall seeing about that day?

4           A PROSPECTIVE JUROR:  Really not much because I turned

5    it.  I just seen where they was on the Capitol.

6           THE COURT:  Okay.  All right.  Whatever you did see

7    and whatever you have heard about the events of January 6, I am

8    going to instruct you that you are to -- that you have to put

9    those things aside and you have to put whatever feelings you

10   might have about that aside and judge this case if you are

11   selected as a juror based only on the evidence presented in

12   this courtroom and the law as I instruct you.  Any reason you

13   won't be able to follow that instruction of mine?

14          A PROSPECTIVE JUROR:  No.

15          THE COURT:  Ma'am, what do you do for a living?

16          A PROSPECTIVE JUROR:  Charge entry.

17          THE COURT:  Say again.

18          A PROSPECTIVE JUROR:  Charge entry, medical.

19          THE COURT:  I'm sorry, I didn't --

20          A PROSPECTIVE JUROR:  Charge entry.  I work for

21   MedStar.

22          THE COURT:  You work for MedStar, and you are what

23   entry?

24          A PROSPECTIVE JUROR:  Charge entry.

25          THE COURT:  What does that mean, charge entry?

```
 1              A PROSPECTIVE JUROR:  Like the billing.

 2              THE COURT:  Oh, I see.  You work in billing?

 3              A PROSPECTIVE JUROR:  Uh-huh.

 4              THE COURT:  How long have you had that job for?

 5              A PROSPECTIVE JUROR:  Since January 31st of last year.

 6              THE COURT:  Okay.  How far did you go in school?

 7              A PROSPECTIVE JUROR:  One year of college.

 8              THE COURT:  Say again.

 9              A PROSPECTIVE JUROR:  One year of college.

10              THE COURT:  One year of college.  Okay.  And can you

11    give us a sense of the other jobs you have had since you left

12    college and you had this job, I mean, you know, just an overall

13    sense of the kinds of jobs you have had in the past.

14              A PROSPECTIVE JUROR:  Okay.  Well, I worked for

15    MedStar for 27 years.  I recently just switched positions.  At

16    first I was doing billing and follow-up, transplant unit.

17              THE COURT:  Okay.  Billing but in another department?

18              A PROSPECTIVE JUROR:  Yes.

19              THE COURT:  Okay.  And before you worked for MedStar,

20    what sort of work did you do?

21              A PROSPECTIVE JUROR:  I had a job at a McDonald's.  I

22    have been working there 27 years.

23              THE COURT:  So 27 years is just about back to when you

24    were much younger.  All right.

25              Any follow-up from either side here?
```

1     No?

2     Ma'am, I am going to -- hold on one second, ma'am.

3     (The following was heard sidebar.)

4     MS. MIRELL:  Similar to one of our previous jurors, I

5     think she mentioned turning the channel after seeing the

6     January 6 footage.  Can we inquire further about why she turned

7     the channel?

8     THE COURT:  Sure.

9     (The following was heard in open court.)

10    THE COURT:  Ma'am, just one quick follow-up.  You

11    mentioned that when you saw on January 6 it was on the news or

12    something and you turned the channel, I think you said, why did

13    you turn the channel?

14    A PROSPECTIVE JUROR:  I mean, because I heard it on

15    the radio, so I already knew what happened, what had happened

16    at the Capitol.  So I just changed the channel.  I don't watch

17    the news.

18    THE COURT:  Okay.  Ma'am, I am going to have you go

19    back -- actually, we are going to send you to lunch now.

20    Ms. Harris, I think we have hit the number that we had

21    hoped to so -- and it's 12:45.

22    So, ma'am, we are going to send you to lunch now for

23    an hour.  You are going to come back.  When you come back, come

24    back to Courtroom 14, and we will finish up this process in the

25    afternoon.

```
 1              A PROSPECTIVE JUROR:  Okay.

 2              THE COURT:  Thank you so much.

 3              (Prospective juror exited the courtroom.)

 4              THE COURT:  All right.  So my thought is we come back

 5    in one hour.  We can talk about whether I need to do the

 6    follow-up you had asked me to do about the one juror.  And as

 7    to the other juror, I do think we will look into the issue of

 8    what I need to ask about.  It may be that I have to ask whether

 9    she's had her civil rights restored through the process that

10    exists to do so that, I think, would then give her the right to

11    be on the jury.  So we can cross that bridge when we come to

12    it.

13              Mr. Davis.

14              MR. DAVIS:  There's a D.C. Code statute, I think it's

15    11-1906, that allows someone to sit as a juror if they have

16    completed everything, sentence, probation, supervision, after

17    three years, but I don't think that applies to federal.

18              THE COURT:  Right.  I agree it doesn't apply to

19    federal court.

20              MR. DAVIS:  No.  I checked, Your Honor.  I couldn't

21    find her in the system in Maryland.  Maybe she predates when

22    they set up the electronic system.  And I didn't find her in

23    the state system either.

24              THE COURT:  Okay.  Yeah, the relevant federal statute

25    is 28 United States Code 1865(b)(5).  So if you all want to
```

1  take a look at that over lunch, it does -- it lays out what the

2  jury selection plan of the courts are.  I will read that again.

3          MS. ALLEN:  Did you say 1865?

4          THE COURT:  1865(b)(5) is what governs a court's jury

5  selection plan.

6          MS. MIRELL:  Title 28?

7          THE COURT:  Correct.

8          So you all can take a look at that, and I will look at

9  it as well and see what follow-up I should do with her, if any.

10          Anything further then before we break for an hour?

11  Mr. Davis?

12          MR. DAVIS:  Nothing from Mr. Jensen.

13          MS. MIRELL:  No, Your Honor.

14          THE COURT:  All right.  Very well.  We will see

15  everyone back here at 1:45.

16          (A recess was taken at 12:47 p.m.)

17          THE COURTROOM DEPUTY:  We are back on the record in

18  Criminal Matter 21-6, United States of America versus Douglas

19  Austin Jensen.

20          THE COURT:  Good afternoon to everyone.

21          So here's how I thought we would proceed.  We have the

22  individual -- I guess it's -- let's refer to them.  We will

23  bring back juror No. 0851 and ask her some follow-up.  I will

24  hear from the parties on this, but my inclination is, if she

25  cannot articulate that her civil rights have been restored in

 1   some way or show proof of that, that we all agree -- that we

 2   all accept, then I will dismiss her for cause.

 3          Is that -- does either side want to offer any thoughts

 4   on that?

 5          MS. ALLEN:  Your Honor, this is not something I am

 6   familiar with, so please forgive that this is just what we

 7   could find out over the lunch hour.  But I am not clear

 8   entirely whether that -- if she went through that process,

 9   whether that would have had to have happened in the District of

10   Maryland or here where she now resides and where she is part of

11   the pool.

12          But we did find information that it appears she has a

13   case number, at least.  It's a federal case in the District of

14   Maryland from 1990.  We don't know the charges because it

15   wasn't up on Pacer, but there is at least a case number with

16   her name.

17          THE COURT:  Okay.  And she told us to the best of her

18   knowledge that it was a felony.

19          MS. ALLEN:  Just to confirm that it was a federal case

20   in the District of Maryland.

21          THE COURT:  In the District of Maryland.  So it's not

22   even clear whether there is a process, I guess, is your point.

23   It wasn't a condition under Maryland state law, which some

24   states including the District, have these procedures.  I don't

25   know whether there is such a procedure under federal law, and I

```
 1   don't think there is.  But regardless, we can cross that bridge
 2   if she tells us yes, I went through that process.  If she can't
 3   tell us that, then I just have to dismiss her.
 4          Any thoughts on that, Mr. Davis?
 5          MR. DAVIS:  I have no objection to that, Your Honor.
 6   I suspect her civil rights have not been restored.
 7          THE COURT:  Mr. Davis, I'm sorry, I cannot hear you.
 8          MR. DAVIS:  Sorry, it's the mask.  I suspect her civil
 9   rights have not been restored, so I don't think it's going to
10   be an issue.
11          THE COURT:  I agree.
12          Then we will bring back in quickly -- actually, before
13   we do that, we will bring back in -- I have been told by
14   Ms. Harris that juror 0021 has something she wants -- she had
15   overheard a conversation yesterday or something and wants to
16   disclose something further.  So we will bring her up and hear
17   what she has to say and go from there.
18          If you will recall, she had said she had heard
19   something out in the hallway.  It didn't strike any of us as
20   something that was disqualifying, but we will bring her back
21   and see what she wants to tell us.
22          Then we will do the cleanup for juror 0233, that
23   question that the government had wanted me to ask about why he
24   had not answered one of the questions affirmatively.  Assuming
25   whatever that nets out to be, I think what we will try to do --
```

128

1    logically, we only have to get 32 qualified jurors, but my
2    experience so far has been getting an extra one just because of
3    unknown circumstances that can come into play is to do 33, to
4    get to 33 qualified.
5         When we hit that point, we will stop.  I will walk
6    through with all of you kind of how the strikes -- again, the
7    mechanics of the strikes, we will go through that one more
8    time.  And then Ms. Harris will bring them in.  She will seat
9    some of them in the box, the first 14 in the box, the rest out
10   in the gallery.  We will go through the strikes process.  We
11   will have our jury.  We will square them, instruct them, and
12   then go from there.
13        But we will take a pause after we get to 33, and we
14   will kind of walk through just how that's going to work so
15   there's no confusion.
16        Any questions before we commence again?
17        All right.  Seeing none, let us bring in juror 0851.
18        (Prospective juror entered the courtroom.)
19        THE COURT:  Hi, ma'am.  You are juror 0851, correct?
20        A PROSPECTIVE JUROR:  Correct.
21        THE COURT:  All right.  Ma'am, here's what I -- we did
22   a little digging about the law.  And what I have to ask you is,
23   there are circumstances in which sometimes someone may go
24   through a process to have certain civil rights restored after
25   they are convicted of a felony.  In that circumstance, it's

 1    possible that you might be able to serve as a juror.  But if

 2    you haven't gone through that process, the law says you cannot

 3    serve.

 4           Have you gone through any sort of process that you

 5    know of to restore your civil rights after that conviction?

 6           A PROSPECTIVE JUROR:  No process.  I was just told

 7    that after a certain amount of time, that I could do it.

 8           THE COURT:  I'm sorry?

 9           A PROSPECTIVE JUROR:  After a certain amount of years,

10    they ask the questions, how many years has it been, and then

11    after that, you can do that.

12           THE COURT:  After that, you were led to believe you

13    could serve?

14           A PROSPECTIVE JUROR:  Correct.  They always ask it on

15    the questionnaire.

16           THE COURT:  Well, I am going to excuse you.  Thank you

17    for coming down and being so diligent about serving.

18           A PROSPECTIVE JUROR:  Absolutely.  Thank you.

19           (Prospective juror exited the courtroom.)

20           (Prospective juror entered the courtroom.)

21           THE COURT:  All right, ma'am.  You are juror No. 0021,

22    correct?

23           A PROSPECTIVE JUROR:  Yes.

24           THE COURT:  Okay.  I was told by the courtroom deputy

25    that you wanted to follow up on something you said yesterday

1    perhaps about something you heard in the hallway.

2            A PROSPECTIVE JUROR:  Actually, no.  So first I just

3    want to say I really support this process like a hundred

4    percent.  I drove 20 hours home over the weekend by myself to

5    make sure I could serve on the jury.  However, I wasn't really

6    asked some things yesterday so I didn't really answer.  And

7    after I thought about it, I'm like it could be a basis for a

8    mistrial or appeal for the defense.

9            THE COURT:  Tell us --

10           A PROSPECTIVE JUROR:  Unfortunately, I have a

11   confidentiality agreement about some very specific things, and

12   it's very specific, to some of this.  And so while I believe I

13   can be fair, totally fair, exactly what I said yesterday, the

14   spin and the perception would not be.  I was up all last night

15   like I didn't get asked --

16           THE COURT:  To be clear, it's not your decision to

17   make.  You need to tell us and explain to me what it is you

18   think makes you think --

19           A PROSPECTIVE JUROR:  I have a confidentiality

20   agreement about the specific work that is very specific to what

21   is the insurrection and the political climate that is involved

22   in that.

23           THE COURT:  You are working -- you have some work --

24           A PROSPECTIVE JUROR:  I can't -- I mean, you know, I

25   can't really -- let me think of a hypothetical.  I mean,

1    it's -- I have a -- I mean, I just --

2         THE COURT:  Right, the confidentiality thing, though,

3    has nothing -- I mean, that you are -- I guess you are saying

4    that means you can't describe what the work is in some way.  Is

5    that right?

6         A PROSPECTIVE JUROR:  Correct.  It's somewhat implied

7    with some of the information I talked about yesterday, but

8    there's deeper information and there's deeper things in there

9    that I just -- you know, it's part of the CA.

10        THE COURT:  It's, I'm sorry?

11        A PROSPECTIVE JUROR:  It's part of the confidentiality

12   agreement, so I didn't really --

13        THE COURT:  Right.

14        A PROSPECTIVE JUROR:  You know, and I wasn't asked.

15   And I was like there's no way I am going to get through voir

16   dire just given my background that you know of, so I was like

17   oh, there's no -- and after I left yesterday, I was like ah,

18   you know, there's just, you know, a Google search.

19        THE COURT:  So something that -- you are doing some

20   work subject to some kind of agreement that you can't describe

21   further --

22        A PROSPECTIVE JUROR:  Correct.

23        THE COURT:  -- but that you think makes it such that

24   you --

25        A PROSPECTIVE JUROR:  A hundred percent, like there's

```
 1    no doubt.  And I just -- I honestly wasn't asked.  And then I
 2    truly didn't think I would get through the voir dire process.
 3    So I was like okay.  So when I left yesterday, it just has been
 4    weighing on me.
 5              THE COURT:  All right.  Let me have the parties
 6    virtually approach.
 7              (The following was heard sidebar.)
 8              MR. DAVIS:  I would like to strike her.
 9              THE COURT:  And government?
10              MS. MIRELL:  I'm sorry, I didn't hear what Mr. Davis
11    said.
12              MR. DAVIS:  I would like to have her stricken for
13    cause.
14              MS. MIRELL:  No objection.
15              THE COURT:  All right.  That's what I will do.
16              (The following was heard in open court.)
17              THE COURT:  All right, ma'am.  We will excuse you.
18    And I appreciate you being diligent about this and thinking it
19    through and bringing whatever it is to our attention.
20              A PROSPECTIVE JUROR:  I really appreciate what all of
21    you guys are doing and would hate for me to be an issue that
22    could be cause for anything, so I appreciate that.  Thank you
23    very much.
24              THE COURT:  Absolutely.
25              (Prospective juror entered the courtroom.)
```

1          THE COURT:  And that's why we will get to 33.

2          (Prospective juror entered the courtroom.)

3          A PROSPECTIVE JUROR:  Hello.

4          THE COURT:  Hi, sir.  How are you?  First of all, let

5     me just put on the record that you are juror No. 0233, correct?

6          A PROSPECTIVE JUROR:  That is correct.

7          THE COURT:  Okay.  Sir, I just wanted to follow up on

8     one thing we discussed yesterday.  There was one of the -- and

9     I don't have your card in front of me, but I do know it was

10    only later in our discussion that we got to your former job as

11    a lobbyist.  And it dawned on me that, you know, one of the

12    questions was, do you, any member of your immediate family, or

13    close personal friend live or work near or have any special

14    familiarity with the immediate area of the U.S. Capitol?

15         I don't think you checked yes to that.  Given that you

16    were a lobbyist, it strikes me that maybe you did have a

17    familiarity.  Maybe that was a long time ago.

18         I guess my question is, was that an oversight, or did

19    you just not think you have any special familiarity with the

20    area given the amount of time that had passed?

21         A PROSPECTIVE JUROR:  I don't think I have a special

22    familiarity.  I remember you asking that question.  But I

23    don't -- you know, I went to the Hill, but I didn't have any

24    special -- you know, I don't know, like -- you know, I walked

25    around the Hill, but I don't know that that means -- I guess I

```
1    didn't think that it means that I had any kind of special
2    familiarity with it.  It was eight years ago.  And I don't live
3    or work anywhere near the Hill now.  So that's why I didn't
4    answer that question yes.
5            THE COURT:  Okay.  And when you -- how long did you
6    have that job for?
7            A PROSPECTIVE JUROR:  About just under 18 months.
8            THE COURT:  Oh, okay.  And during that 18 months, what
9    percentage of the time were you up, you know, up there
10   physically as opposed to back in the office, if you can
11   remember?
12           A PROSPECTIVE JUROR:  Probably a couple times a month
13   on average, I would go to the Hill.  I was mostly working -- my
14   office was downtown.
15           THE COURT:  So a couple of times a month for about 18
16   months, you were up near the Capitol?
17           A PROSPECTIVE JUROR:  Yes.  For my lobbying job, yes.
18           THE COURT:  Right.  Exactly.  All right.  Any
19   follow-up questions from either side?
20           (The following was heard sidebar.)
21           MS. MIRELL:  Your Honor, I think we want to know how
22   much of that was actually in the building, the Capitol building
23   itself.
24           THE COURT:  All right.  I will ask the question.
25           (The following was heard in open court.)
```

```
 1              THE COURT:  And, sir, how much -- of the times when
 2    you were up there on the Hill, how much of that time was spent
 3    in the Capitol building itself as opposed to, you know, the
 4    office buildings on either side?
 5              A PROSPECTIVE JUROR:  Never in the Capitol building.
 6    It would be one of the Senate office buildings or one of the
 7    House office buildings.  I never went to the actual Capitol for
 8    my lobbying job because you are meeting with members or staff
 9    in the office.
10              THE COURT:  Okay.  No further questions.  Thank you.
11    If you will go back to Courtroom 14, we will be wrapping up
12    this shortly.
13              That puts us at 28 by my count, netting that all out.
14              (Prospective juror exited the courtroom.)
15              THE COURT:  I think that's right.  No, we lost two.
16              (Prospective juror entered the courtroom.)
17              THE COURT:  All right, sir.  Thank you for bearing
18    with us during this process.  You are juror No. 1172?
19              A PROSPECTIVE JUROR:  That's correct.
20              THE COURT:  Okay.  All right.  So very well.  Let's --
21    first, you answered the question that you know someone else on
22    the panel.  Is that correct?
23              A PROSPECTIVE JUROR:  Yes.
24              THE COURT:  Just describe how you know that person.
25              A PROSPECTIVE JUROR:  I worked with her several years
```

136

1   ago and we periodically -- we do event support for

2   political-type things.  And so we periodically -- we have done

3   one thing together this year back around Memorial Day, and we

4   were together probably for a week working on an event there.

5           THE COURT:  Okay.  So I guess the question is,

6   obviously, if you were to be selected as a juror and if that

7   other person were to be, you would be in a group of people who

8   would be deliberating about the case.  And the question is, can

9   you be independent of that person?  Is your relationship such

10  that you would feel comfortable if that person felt one way,

11  you felt another way, that you would be able to express your

12  view and not be unduly swayed by whatever that person was

13  saying?

14          A PROSPECTIVE JUROR:  Yes.

15          THE COURT:  Okay.  You also checked the box for or

16  indicated a yes for someone you know being a victim, witness,

17  or convicted of a crime.  Do you know who that person is?

18          A PROSPECTIVE JUROR:  Yes.  So I answered yes to that

19  question because I know people who -- it came after the

20  question of do you know people who are involved with January 6

21  events.  And so I thought that I needed to also answer yes to

22  that they had been a part of a crime, if you will.

23          THE COURT:  Meaning somebody who was -- because you

24  answered the first -- the second question, someone who was

25  present at the Capitol on January 6.

```
 1              A PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  All right.  Then let's talk about that.

 3              Who do you know who was -- or not their name, but who

 4    are the person or persons you know who were present at the

 5    Capitol on that day?

 6              A PROSPECTIVE JUROR:  Yeah, so there's four

 7    individuals I would say that I am close with that were present

 8    that day.  The first is a senior aide to Speaker of the House.

 9    She was with the Speaker for the entire day.

10              The second is a senior aide to -- she was a senior

11    aide to the Vice President and was with her at the DNC when the

12    pipe bomb was found.

13              Third is another person who works for the Speaker.

14    She was not with the Speaker.  She was in the Capitol in the

15    Speaker's office that day.

16              And then lastly, another friend who works for a guy --

17    Congressman Timmons, and she was in one of the House office

18    buildings on January 6.

19              THE COURT:  All right.  Well, have you spoken -- all

20    those friends you are talking about, have you spoken with them

21    about their experiences on January 6?

22              A PROSPECTIVE JUROR:  Extensively, yes.

23              THE COURT:  And these are relatively close friends of

24    yours?

25              A PROSPECTIVE JUROR:  The first two are two of my
```

1    closest friends who I talk to weekly, if not more.

2            THE COURT:  All right.  So I mean, the question is,

3    given that -- and what did they tell you about their

4    experience?  Let's ask it that way.

5            A PROSPECTIVE JUROR:  They tell me about -- well, one

6    of my friends who works for the Speaker, her desk was the desk

7    that one of the people put their feet on and took pictures of

8    themselves sort of like inside of the offices.  And so we have

9    talked extensively about that and sort of her experience that's

10   gone on after that.

11           And the others, I mean, they have just told me they

12   had quite traumatic experiences, so we have talked about those.

13           THE COURT:  Well, so the question is, you have had

14   close friends who have had traumatic experiences connected to

15   that event.

16           A PROSPECTIVE JUROR:  Yes.

17           THE COURT:  And so, you know, the question is, can

18   you -- do you feel you are able to put that aside, that

19   connection and those conversations you have had with those

20   friends, and not let what you have -- your relationship with

21   those folks and what they have told you about that event, not

22   let that affect your ability to be a fair and impartial juror

23   in this case?  Do you think you can do that?

24           A PROSPECTIVE JUROR:  Yes.  I think I am a person of

25   integrity, and I understand the rule of law.  I understand your

139

```
 1   question, and I think I can, yes.

 2           THE COURT:  You also indicated that -- so question 11

 3   was capturing those people as well, the people who had been

 4   convicted, witnesses, or victims of a crime, that captures

 5   those people you just described to me?

 6           A PROSPECTIVE JUROR:  Yes.

 7           THE COURT:  All right.  You also indicated you know

 8   one of the people I listed as a witness or have heard of them.

 9   Is that Officer Goodman?

10           A PROSPECTIVE JUROR:  Yes.

11           THE COURT:  Okay.  And what do you know about Officer

12   Goodman?

13           A PROSPECTIVE JUROR:  Well, I have followed this -- I

14   mean, I have watched January 6 take place the day of and I have

15   followed it since.  So I know him as a hero who was given

16   awards and saved Mitt Romney and other prompt Senators from

17   going down the wrong passageway that day.

18           THE COURT:  Do you think you are able to put aside

19   whatever you have heard and whatever you know about Officer

20   Goodman and not have that color your view of this case?

21           A PROSPECTIVE JUROR:  I think so, yes.

22           THE COURT:  He's also -- obviously we are going to

23   have testimony from him and -- or at least the government has

24   indicated we will.  And you have heard this issue.  You

25   characterize him as a hero.  You are going to have to, though,
```

 1   consider his testimony as you would the testimony of any other

 2   witness and not give it more or less weight or credence than

 3   you would the testimony of anybody else you heard.  Do you

 4   think you are able to do that?

 5           A PROSPECTIVE JUROR:  I understand, and yes, I think I

 6   can.

 7           THE COURT:  You also indicated that you know someone

 8   who lives or works near the Capitol.  Are these the same people

 9   that we have been talking about who were there that day?

10           A PROSPECTIVE JUROR:  It is.  I also work in, like, a

11   government relations industry, so I work in the Hill a lot.  My

12   place of employment is about two blocks from the Capitol.  And

13   I have lived on the Hill for the 12 years that I have been in

14   D.C., so I consider myself that person as well.  I have worked

15   on the Hill and I have done many -- on many occasions, I have

16   worked at the Capitol, so yes, those friends, and I would

17   include myself in that.

18           THE COURT:  Were you in the office on January 6?

19           A PROSPECTIVE JUROR:  I was at my office until about

20   lunch, and I was told by our company security that I had to go

21   home.  But I live on 13th and Constitution.  So several times I

22   looked out my front door to make sure that my family was going

23   to be safe on that day so...

24           THE COURT:  From that distance, did you see or hear

25   anything related to the events of that day?

1        A PROSPECTIVE JUROR:  So there was quite a -- so

2   there's a Park on East Capitol.  RFK is at the end of one

3   street.  And many people park there and walk to the Capitol

4   down East Cap.  They walk down Lincoln Park.  That's close to

5   my house.  So that's the only time I saw these people that day.

6   But my house is about a block or two from that, so I never felt

7   that -- they never actually came to my street.  So no, I guess

8   the answer is no.

9        THE COURT:  Tell me what you -- you also indicated you

10  had watched video of what happened that day.  Tell me about,

11  you know, what you recall about the various -- at a high level

12  of generality, what do you remember about what you watched on

13  video about that day?

14       A PROSPECTIVE JUROR:  So I watched it live happen on

15  the day of, and I was horrified that -- I described it as one

16  of the foundational truths of my life changed that day, that,

17  you know, the Capitol wouldn't be breached.  And it was.  And

18  so that was quite -- that was a remarkable experience, watching

19  it live.

20       Since, I have -- I regularly -- I work in politics and

21  I work for a private company, but my job, as I mentioned, is

22  government relations focused on the U.S. government.  So I

23  watch a lot of what happens in Congress.  So I would say that

24  includes everything that's happened, all the investigations and

25  the hearings and all, so I followed all of that closely.

1           THE COURT:  Okay.  Do you recall any video about any

2   individual, a law enforcement officer ascending a set of stairs

3   and individuals following up the stairs behind the police

4   officer?

5           A PROSPECTIVE JUROR:  I don't think I recall that

6   specific thing, no.

7           THE COURT:  Okay.  Do you -- so again, the question is

8   you've watched a lot of the investigation.  You have seen a lot

9   of video.  You follow politics closely.  Do you think you can

10  set all of that aside and judge this case -- if you are chosen

11  as a juror, I would instruct you that you can only consider

12  this case, right, the evidence that's introduced in the case

13  and the law as I instruct you.  You can't consider anything

14  else including anything you have seen about January 6, the

15  investigation of January 6, or whatever feelings you have about

16  any of that.

17          Do you think you can put all that aside and be an

18  impartial juror and follow my instruction?

19          A PROSPECTIVE JUROR:  Yes, I do.  I acknowledge the

20  challenge, but yes, I do think I can do it.

21          THE COURT:  All right.  Let me have counsel at the

22  virtual bench, if you will.

23          (The following was heard sidebar.)

24          THE COURT:  I would like to hear if any of you have

25  any follow-up questions or if you think there's a basis to

1   excuse him.  I mean, I'm particularly concerned of all these

2   things about the relationships he has with people in the

3   Speaker's office.  He's got a lot of people that he says he's

4   relatively close to who lived through this.  And even though he

5   has said he can be fair, that's a pretty close relationship.

6   Mr. Davis?

7             MR. DAVIS:  Well, he's got proximity, and he has the

8   relationships.  Despite his answers, I think that we would be

9   better served by having someone with less baggage on this jury.

10            THE COURT:  Ms. Mirell?

11            MS. MIRELL:  No objection.

12            THE COURT:  All right.  Very well.

13            (The following was heard in open court.)

14            THE COURT:  All right, sir.  Thank you for coming

15   down.  We are going to excuse you from further service, but I

16   appreciate you being here and being willing to serve.  Thank

17   you.

18            A PROSPECTIVE JUROR:  Thank you.

19            (Prospective juror exited the courtroom.)

20            THE COURT:  Ms. Harris, what number do you have us at

21   in your count?

22            THE COURTROOM DEPUTY:  28.

23            THE COURT:  28.  Okay.

24            (Prospective juror entered the courtroom.)

25            THE COURT:  Sir, if you can remove your mask.  You are

```
1    juror 0007, correct?

2              A PROSPECTIVE JUROR:  Yes.

3              THE COURT:  All right.  You checked or you indicated a

4    positive response to question 20, that you have an extreme

5    hardship.  So what is your extreme hardship?

6              A PROSPECTIVE JUROR:  I will be attending Rosh

7    Hashanah services Monday and Tuesday of next week, Yom Kippur

8    services the weekend after.  As you know, the Jewish holidays

9    extend for a month.  I have tickets, and I will be attending.

10             THE COURT:  The latter holiday we aren't going to be

11   anywhere near.  The former holiday, we might be near, but I

12   don't think -- will you be unavailable Monday and Tuesday?

13             A PROSPECTIVE JUROR:  Yeah.

14             THE COURT:  Okay.  Let me go through some of the other

15   questions, and then I will talk with the lawyers about it.

16             Look, we are not going to make you be here on a day

17   that you have a religious observance.

18             A PROSPECTIVE JUROR:  Thank you.

19             THE COURT:  But we may, for some other reason, have to

20   not sit those days.  First of all, the trial may be done by

21   Friday.  If it's not, we might have to accommodate this, and it

22   might not just be you, I guess, is my point.  So let me come

23   back to that.

24             You indicated also -- well, you wrote question 13

25   down.  Question 13 was whether you would have a problem
```

1    considering the defendant innocent until proven guilty.  So why

2    do you think you would be unable to follow my instruction to do

3    that?

4              A PROSPECTIVE JUROR:  I was unsure whether to put that

5    or not.  And I put in relation to 6, just in terms of the

6    impartiality question, given my own politics, what I have seen

7    on the news, I wasn't sure whether to put yes or not.  But I

8    wanted to be safe than sorry, and given that information, I

9    decided to put it down.

10             THE COURT:  Okay.  So then let me ask the question of

11   you.  You know, question 13 -- we will come back to the other

12   questions, you asked.

13             Question 13 is, the defendant has entered a plea of

14   guilty (sic) to all the charges.  In a criminal case, a

15   defendant is presumed innocent unless and until the government

16   proves his guilt beyond a reasonable doubt.  Will you have any

17   difficulty accepting or applying this rule of law.

18             A PROSPECTIVE JUROR:  I see.

19             THE COURT:  Now, I understand we are going to go

20   through what you may have seen about January 6 and heard about

21   January 6, and people have their views on it one way or the

22   other.

23             A PROSPECTIVE JUROR:  Sure.

24             THE COURT:  The question is whether you can set all of

25   that aside and apply the legal rule, innocent until proven

1    guilty.

2          A PROSPECTIVE JUROR:  I understand.  I think I could.

3          THE COURT:  Okay.  You also answered question 10, you

4    know some lawyers or --

5          A PROSPECTIVE JUROR:  My father is a lawyer.

6          THE COURT:  What kind of law does he practice?

7          A PROSPECTIVE JUROR:  He was initially, I believe, in

8    trial, and then he moved to patent law.

9          THE COURT:  Did he ever do any criminal law that you

10   know of?

11         A PROSPECTIVE JUROR:  That would be his early years in

12   Los Angeles, and I don't know.

13         THE COURT:  You have never talked to him about any

14   work he's done in the criminal area?

15         A PROSPECTIVE JUROR:  No.

16         THE COURT:  Well, anything about your experience and

17   your relationship with him make you think you couldn't be a

18   fair juror here?

19         A PROSPECTIVE JUROR:  Not in this case.

20         THE COURT:  You also indicated, again -- well, we will

21   circle back to 6.

22         You also checked 4 and 5 as yeses.  That's watching

23   the video of what happened and following the investigation.

24   Give us a little sense of what you recall about video you have

25   seen and what you recall about, you know, how closely you

1    follow the investigation and what you have learned about

2    January 6 from that.

3         A PROSPECTIVE JUROR:  When it happened, I was watching

4    on the news, I was following it on Twitter, so I was watching

5    the videos of individuals storming through the Capitol.  I was

6    watching videos of the damage.  I continue to follow that on

7    Twitter as the events unfolded on the day of and afterwards as

8    more videos surfaced.  And I have been following, not in great

9    depth, but the trials that are going on and the convictions and

10   things of that nature.

11        THE COURT:  Okay.  So when you -- the video that you

12   have watched, do you recall seeing a video of a law enforcement

13   officer or police officer ascending a set of stairs and

14   individuals following that law enforcement officer up the

15   stairs?

16        A PROSPECTIVE JUROR:  I can't say for sure.

17        THE COURT:  Okay.  And then, again, you indicated --

18   you wrote question 6 down, and really question 6 is what I

19   would ask you about the videos and the news you have seen and

20   your feelings about them, and that is, you know, if you are

21   selected as a juror in this case, you are going to be asked to

22   put aside what you have seen about -- what video you might have

23   seen about the events of January 6, about what you know about

24   various investigations that have gone on and whatever your

25   personal feelings are about that and just decide this case

```
 1   based on the evidence in this courtroom only and the law as I
 2   instruct you?  Do you think you can do that?
 3           A PROSPECTIVE JUROR:  I think it would be hard, but I
 4   think I could do it.
 5           THE COURT:  All right.  Let me have the attorneys pick
 6   up the telephone.
 7           (The following was heard sidebar.)
 8           THE COURT:  Along the lines, we are making relatively
 9   good time today, and I'm kind of hopeful we may be able to get
10   through closings and maybe a witness.  So I am not as concerned
11   about the Jewish holiday issue with this gentleman.  Let me
12   hear from you on that and if either side thinks he should be
13   stricken for cause.
14           I think he answered all of the questions that he could
15   put those things aside, and I think we should -- I think I can
16   take him at his word.
17           Mr. Davis?
18           MR. DAVIS:  I would just like to ask, Your Honor,
19   since he mentioned he was on social media, I would ask that he
20   posted anything about January 6 on social media in the
21   aftermath of January 6.
22           THE COURT:  All right.  Government?
23           MS. MIRELL:  No objection to asking about that.  We
24   would also like to know what he does for a living.
25           THE COURT:  Right, of course.
```

```
 1              MS. MIRELL:  But I think, as for next week, we're
 2    probably looking at deliberations going into next week.
 3              THE COURT:  Maybe.
 4              MS. MIRELL:  That's just our expectation.  Maybe we
 5    can go real quick, but I don't know yet.
 6              THE COURT:  You know better than I do at this point,
 7    but okay.  But you wouldn't -- at this point you don't want to
 8    strike him for his unavailability on Monday and Tuesday?  In
 9    case the jury goes over, they just pick up their deliberations
10    on Wednesday if that happens.
11              MS. MIRELL:  I don't think we would object to striking
12    him based on unavailability.
13              MR. DAVIS:  I would go along with that.
14              THE COURT:  All right.  We will do that.
15              (The following was heard in open court.)
16              THE COURT:  All right, sir.  We are going to excuse
17    you from further service.  We really -- I really appreciate you
18    coming down here and being willing to serve.
19              A PROSPECTIVE JUROR:  Should I go to the jurors'
20    office?
21              THE COURT:  You can go right to the jurors' office,
22    yes.
23              (Prospective juror exited the courtroom.)
24              (Prospective juror entered the courtroom.)
25              THE COURT:  All right, sir.  Good afternoon.  Thank
```

1   you for bearing with us.

2           You are juror 1169, correct?

3           A PROSPECTIVE JUROR:  That's correct.

4           THE COURT:  If you can remove your mask.

5           Thank you.  You checked or indicated positive response

6   to questions 4 and 5, that you had watched some video of what

7   happened on January 6.

8           A PROSPECTIVE JUROR:  Yes, sir.

9           THE COURT:  And that you were following the

10  investigation into January 6.

11          A PROSPECTIVE JUROR:  Yes, sir.

12          THE COURT:  Can you tell us what you recall about the

13  video you've watched just in a general sense and how you

14  followed the investigation and what kind of things you learned

15  through that.

16          A PROSPECTIVE JUROR:  Well, the coverage, I guess, was

17  just chaos, but I have listened to every hearing so far.

18          THE COURT:  Okay.  You have listened to all the

19  hearings.  What about in terms of video, what do you remember

20  seeing in that regard?

21          A PROSPECTIVE JUROR:  I am kind of an odd ball.  I

22  don't have cable TV, so I haven't really seen a lot of video.

23          THE COURT:  Okay.  Do you recall seeing any video of a

24  police officer ascending a stairway, a set of stairs, and

25  individuals following after that police officer?

```
 1                A PROSPECTIVE JUROR:  I do believe I have.

 2                THE COURT:  Okay.  Anything else you remember about

 3     that video you might have seen?

 4                A PROSPECTIVE JUROR:  I didn't want to be that police

 5     officer.

 6                THE COURT:  I understand.  Sir, we are going to excuse

 7     you from further service.  But I want to thank you for coming

 8     down here and obeying the subpoena and being willing to serve.

 9     Thank you.

10                A PROSPECTIVE JUROR:  Thank you, Your Honor.

11                (Prospective juror exited the courtroom.)

12                THE COURT:  For the record, there is no -- just for

13     the record, there is no objection from either side to excusing

14     that gentleman.

15                (Prospective juror entered the courtroom.)

16                THE COURT:  Hi.

17                A PROSPECTIVE JUROR:  Hello.

18                THE COURT:  If you could remove your mask.  And you

19     are juror No. 0667, correct?

20                A PROSPECTIVE JUROR:  Yes.

21                THE COURT:  All right.  Thank you for being here and

22     hanging in there with us.

23                Ma'am, let's see.  First you indicated a positive

24     response to question 4, that you had watched some video of

25     January 6.  What do you recall about the video that you have
```

1  seen that day?

2          A PROSPECTIVE JUROR:  Well, I, on January 6, I saw

3  footage of people going to the Capitol and breaking a window

4  and going inside and just the media coverage of that day and

5  reporters inside the -- behind desks and stuff in the Capitol.

6          THE COURT:  Okay.  Do you recall any scene about a

7  police officer ascending a set of stairs and individuals

8  following after that law enforcement officer, that police

9  officer?

10          A PROSPECTIVE JUROR:  Yes, I have seen some clips of

11  that.

12          THE COURT:  Okay.  If you can get your mouth a little

13  closer to the microphone.

14          A PROSPECTIVE JUROR:  Oh, yes.  I have seen some clips

15  of that, yes.

16          THE COURT:  Okay.  Anything else you recall about that

17  little clip other than what I have just mentioned?

18          A PROSPECTIVE JUROR:  I think there's like a famous

19  photo there of him with his arms out and stuff.

20          THE COURT:  I'm sorry?

21          A PROSPECTIVE JUROR:  The police officer, but anything

22  else particular, not really.

23          THE COURT:  Okay.  Well, obviously I am going to

24  instruct you, if you happen to be picked on the jury, that you

25  couldn't consider anything that you had seen about the events

1    of that day and you would only be able to -- you would need to

2    set that aside and you would need to set whatever feelings you

3    have aside about the events of that day and just be able to

4    adjudicate this case based on the evidence that's been admitted

5    in this courtroom and the law as I instruct you.

6              Do you have any trouble -- would you have any trouble

7    following that instruction?

8              A PROSPECTIVE JUROR:  No.

9              THE COURT:  You also indicated you know some lawyers

10   or maybe you are a lawyer.  Which is it, or both?

11             A PROSPECTIVE JUROR:  I have -- one of my best friends

12   is a lawyer.

13             THE COURT:  Okay.  What kind of law does he or she

14   practice?

15             A PROSPECTIVE JUROR:  She, I think, does something

16   with contracts.

17             THE COURT:  Okay.  So when I ask if you talk with your

18   friend a lot about her work, my guess is not too much.

19             A PROSPECTIVE JUROR:  No, not really.

20             THE COURT:  Okay.  Do you know any lawyers who do any

21   criminal law either on the defense side or as a prosecutor?

22             A PROSPECTIVE JUROR:  No.

23             THE COURT:  All right.  What do you do for a living,

24   ma'am?

25             A PROSPECTIVE JUROR:  I am a graphic designer.

```
 1              THE COURT:  Okay.  Did you graduate from college?

 2              A PROSPECTIVE JUROR:  Yes.

 3              THE COURT:  What was your degree in?

 4              A PROSPECTIVE JUROR:  Art history.

 5              THE COURT:  Okay.  Any postgraduate degree?

 6              A PROSPECTIVE JUROR:  Uh-huh, master's in graphic

 7      design.

 8              THE COURT:  And give us a sense of the jobs you have

 9      had before your current job, if any.

10              A PROSPECTIVE JUROR:  I was a graphic designer at a

11      small agency in D.C., did a lot of various branding and website

12      design, social media design, just, you know, graphics.

13              THE COURT:  Okay.

14              A PROSPECTIVE JUROR:  Graphics.

15              THE COURT:  And moving on to your current job.

16              A PROSPECTIVE JUROR:  Yes.

17              THE COURT:  What are kinds of things you do in your

18      current job?

19              A PROSPECTIVE JUROR:  I do brand and marketing for my

20      organization.

21              THE COURT:  Okay.  What type of organization is it?

22              A PROSPECTIVE JUROR:  It's a -- like a professional

23      architecture association.

24              THE COURT:  Okay.  Perfect.  All right.  We are going

25      to have you wait in the courtroom next-door, Courtroom 14, and
```

1    we will call you back when we are ready to continue the next

2    step in the process.

3              A PROSPECTIVE JUROR:  All right.  Thank you.

4              THE COURT:  Thank you very much.

5              (Prospective juror exited the courtroom.)

6              (Prospective juror entered the courtroom.)

7              THE COURT:  All right.  Ma'am, if you can speak

8    directly into the microphone.  You are juror 1071?

9              A PROSPECTIVE JUROR:  Yes.

10             THE COURT:  All right.  Thank you so much for bearing

11   with us and being here yesterday and today.

12             Let's see.  You indicated positive question to -- a

13   positive answer to question 3, someone who -- you know someone

14   who lives or works near the Capitol.

15             A PROSPECTIVE JUROR:  Yes.

16             THE COURT:  Who is that person?

17             A PROSPECTIVE JUROR:  A close friend of mine.

18             THE COURT:  Was your close friend -- is it someone who

19   lives there or works there?

20             A PROSPECTIVE JUROR:  Lives.

21             THE COURT:  Okay.  And how close to the Capitol do

22   they live?

23             A PROSPECTIVE JUROR:  Near, in this general

24   neighborhood.

25             THE COURT:  Ma'am, I'm sorry --

```
 1            A PROSPECTIVE JUROR:  Oh, I'm sorry.  In this general
 2   neighborhood, near where we are right now, so about that close.
 3            THE COURT:  Okay.  And was your friend present at his
 4   or her home on January 6?
 5            A PROSPECTIVE JUROR:  Yes.
 6            THE COURT:  And did you talk to that person about
 7   their experience on January 6?
 8            A PROSPECTIVE JUROR:  Not in depth.
 9            THE COURT:  Okay.  And anything about -- well, what
10   did the person -- generally speaking, what did the person tell
11   you about their experience that day?
12            A PROSPECTIVE JUROR:  From what I recall, he saw what
13   was happening on the news and stayed indoors.
14            THE COURT:  Okay.  So he didn't have any experience
15   with what happened other than what he saw on TV?
16            A PROSPECTIVE JUROR:  Yes.
17            THE COURT:  Okay.  Anything about knowing that person
18   make you think you couldn't be a fair juror in this case?
19            A PROSPECTIVE JUROR:  No.
20            THE COURT:  You also indicated you had watched video
21   and followed the investigation of the events of that day.
22            A PROSPECTIVE JUROR:  Yes.
23            THE COURT:  So let me ask you to elaborate a little
24   bit on that.  What do you recall -- in terms of video, what do
25   you recall seeing either that day or afterwards?  And talk to
```

1  us about how you've -- how closely you have followed the

2  investigation and what you have learned from that in general.

3             A PROSPECTIVE JUROR:  I -- well, I think I have

4  followed it fairly closely.  I mean, I remember seeing video on

5  the day.  I mean, how much detail shall I go into here, just my

6  memory of everything I remember seeing or --

7             THE COURT:  Just a general characterization of what

8  you have seen.

9             A PROSPECTIVE JUROR:  I would say that I, as the

10 events of the day unfolded, I was looking at them on the

11 Washington Post where they had some video.

12            THE COURT:  I'm sorry.

13            A PROSPECTIVE JUROR:  You can't hear me?  I'm sorry.

14            As the events of the day unfolded, I watched what was

15 happening on the Washington Post throughout the day.

16            THE COURT:  Okay.  And what did you see happening?

17            A PROSPECTIVE JUROR:  People overrunning the Capitol

18 lawn, people breaking into the Capitol.  That's what I remember

19 seeing.  And then the various commentators talking about the

20 timing of the arrival of the National Guard, I think it was,

21 and the D.C. Metro Police.

22            THE COURT:  Okay.  And since then, have you seen a lot

23 of video of what happened that day?

24            A PROSPECTIVE JUROR:  Yes.

25            THE COURT:  Can you give us a general characterization

1    of that?

2           A PROSPECTIVE JUROR:  Yes.  Video of people on the

3    lawn in front of the Capitol, breaking into the Capitol,

4    attacking the Capitol Police, video of members of Congress in

5    the Capitol as this was happening, video of the noose near the

6    front steps of the Capitol, video of people breaking into the

7    Capitol.

8           THE COURT:  Do you recall seeing any video of a police

9    officer ascending a flight of stairs and other individuals

10   following after?

11          A PROSPECTIVE JUROR:  Yes.

12          THE COURT:  Do you recall anything else about that

13   video that comes to mind?

14          A PROSPECTIVE JUROR:  Well, I -- well, there is one

15   thin that I am thinking of where I think I -- I mean, if I

16   remember who you are referring to, I didn't see it in the

17   video, but I learned other things subsequently.  If I remember

18   correctly, there were people pursuing him on the stairs.

19          THE COURT:  All right.  And so my question then is,

20   before we get to what you followed by the investigation,

21   regarding all the video you have seen of that day, if you were

22   to be selected as a juror, I would instruct you that you have

23   to set aside anything you have seen that day and whatever

24   feelings you have about what you have seen that day and that

25   you can only base your deliberations and your consideration in

1    this case, you can only base them on the evidence that's

2    admitted in this courtroom and the law as I instruct you and

3    nothing else.  Can you follow that instruction?

4            A PROSPECTIVE JUROR:  Well, I mean, that's a

5    hypothetical.

6            THE COURT:  Well, it's not really a hypothetical

7    because if you were on the jury, you are actually going to have

8    to do that.

9            A PROSPECTIVE JUROR:  No, I know.

10           THE COURT:  I guess at the moment, it's hypothetical,

11   but --

12           A PROSPECTIVE JUROR:  Yeah, I mean, it's hard -- I

13   mean, it's hard to say.  You need a yes or no answer, I guess?

14           THE COURT:  Say it again.

15           A PROSPECTIVE JUROR:  You need a yes or no answer?

16           THE COURT:  Yes, because if you can do it, great.  If

17   you can't do it, you can't be on the jury.

18           A PROSPECTIVE JUROR:  Yeah, honestly I don't know that

19   I could.

20           THE COURT:  All right.  Any objection?

21           I see no objection to striking this juror.  So, ma'am,

22   we are going to excuse you from any further consideration of

23   being a juror in this case.  You may have to be a juror on

24   another case.  But thank you very much for coming down here.

25           A PROSPECTIVE JUROR:  Thank you.

1        THE COURT:  Absolutely.

2        (Prospective juror exited the courtroom.)

3        (Prospective juror entered the courtroom.)

4        A PROSPECTIVE JUROR:  Good afternoon, Your Honor.

5        THE COURT:  Good afternoon, sir.  Thank you for being

6   here.  You are juror 0842?

7        A PROSPECTIVE JUROR:  That's correct.

8        THE COURT:  Sir, let me ask you, you indicated

9   positive answers to two questions.  One, that you had watched

10  video associated with the January 6, and that you followed to

11  some degree the investigation.

12       So let's talk about the video first.  What do you

13  remember seeing on video about that day just in general?

14       A PROSPECTIVE JUROR:  Well, the riot --

15       THE COURT:  Sir, if I could have you --

16       A PROSPECTIVE JUROR:  I'm sorry.  The riot got

17  started, and there was a bunch of looting and climbing on the

18  walls of the Capitol and people getting hurt, a bunch of

19  devastating things going on.

20       THE COURT:  Okay.  Do you recall any scene in which a

21  law enforcement officer was ascending a flight of stairs and

22  other people following after that police officer?

23       A PROSPECTIVE JUROR:  I don't recall that, no.

24       THE COURT:  Okay.  Do you -- if you were to be picked

25  as a juror in this case, I would instruct you that you have to

1   set aside anything you had seen, any video you had seen about

2   that day, and only consider the evidence that's introduced in

3   this case and the law as I instruct you.  Do you have -- can

4   you follow that instruction, sir?

5           A PROSPECTIVE JUROR:  I would -- that was going

6   through my head while I was watching all that.  I think I could

7   be partial (sic).

8           THE COURT:  You think you could follow the

9   instruction?

10          A PROSPECTIVE JUROR:  Sure.

11          THE COURT:  All right.  And what about the

12  investigation?  You said you followed the investigation to some

13  degree.

14          A PROSPECTIVE JUROR:  To some degree.  It was to the

15  point where they were just going back and forth as far as how

16  it ensued and, yeah, just back and forth.

17          THE COURT:  Back and forth, to be clear, do you mean

18  the congressional hearings or some other thing?

19          A PROSPECTIVE JUROR:  That was it, yeah, correct.

20          THE COURT:  Say again.

21          A PROSPECTIVE JUROR:  They were -- what I was getting

22  out of it, they were investigating the way it was -- the way it

23  started.  And maybe that's going back and forth with this.  No,

24  it didn't jump off that like.  It was just more or less the

25  other way, so it was just partial about the way it was going

1    back and forth.

2          THE COURT:  Okay.  So what you remember hearing about

3    the investigation is people just kind of taking different sides

4    about how it started?

5          A PROSPECTIVE JUROR:  Correct.

6          THE COURT:  Once again, just like we are talking about

7    the video, anything you learn about the investigation, okay,

8    you are going to have to, if you were selected as a juror, you

9    would have to put that aside and, again, not only put what you

10   learned aside, but any personal feelings you have about what

11   you have seen, what you have heard about the investigation, put

12   that aside and only consider the evidence in this case.  Can

13   you do that?

14         A PROSPECTIVE JUROR:  Yes, I think I can do that.

15         THE COURT:  Okay.  Those are the only two questions

16   you answered positively.

17         Let me ask you this, sir.  Are you working these days?

18         A PROSPECTIVE JUROR:  Yes, I am.

19         THE COURT:  What is your job?

20         A PROSPECTIVE JUROR:  I am working at Amazon.

21         THE COURT:  Okay.  What do you do for them?

22         A PROSPECTIVE JUROR:  I work in the food section.

23         THE COURT:  Oh, okay.  The food, meaning?

24         A PROSPECTIVE JUROR:  Distribution, deliveries, and

25   everything.

```
 1                THE COURT:  Understood, okay.  How far did you go in
 2     school?
 3                A PROSPECTIVE JUROR:  I went to one year of college.
 4                THE COURT:  Okay.  And what -- can you give us a
 5     sense -- how long have you worked for Amazon?
 6                A PROSPECTIVE JUROR:  This will be my third year.  As
 7     a matter of fact, I was hired as soon as the pandemic started.
 8     Got right through the door.
 9                THE COURT:  What can you tell us about the jobs that
10     you have had throughout --
11                A PROSPECTIVE JUROR:  Previous?
12                THE COURT:  Yes, your previous employment.
13                A PROSPECTIVE JUROR:  Well, I was always a supervisor
14     for moving companies for about 25 years.
15                THE COURT:  A supervisor for moving companies?
16                A PROSPECTIVE JUROR:  Correct.  Various contracts for
17     the D.C. government offices, you know.
18                THE COURT:  Say that again.
19                A PROSPECTIVE JUROR:  Department of Education, you
20     know, everything around mainly in the area.
21                THE COURT:  Moving for those institutions?
22                A PROSPECTIVE JUROR:  Correct.
23                THE COURT:  Okay.  Any questions or anything either
24     side wants me to follow up on?
25                (The following was heard sidebar.)
```

1          MS. MIRELL:  Your Honor, I think you asked about this

2     back and forth, and I am not sure I heard or understood his

3     answer when he said -- I am not clear what he's saying.  Maybe

4     I need some clarification on that.

5          THE COURT:  I think he's referring to seeing people on

6     TV argue about this, but I can clarify that.

7          MS. MIRELL:  Thank you.

8          THE COURT:  All right.

9          (The following was heard in open court.)

10         THE COURT:  Sir, when we were chatting just a moment

11    ago about the investigation and you said you recall seeing, I

12    don't know, people going back and forth, I think was the phrase

13    you used, about how it started --

14         A PROSPECTIVE JUROR:  Right.

15         THE COURT:  -- tell me what you mean.  Is that -- tell

16    me what people are going back and forth.  People on TV that you

17    are watching or what --

18         A PROSPECTIVE JUROR:  Yeah, it was more like debating.

19    Yeah, more like a debate between, you know, one part would say

20    that it started this way and one part would say it started that

21    way.  Just the back and forth, that's what I meant.

22         THE COURT:  Is that something you are watching on TV?

23         A PROSPECTIVE JUROR:  Yeah, pretty much.  That's

24    what -- like CNN.

25         THE COURT:  Yes.

1              A PROSPECTIVE JUROR:  Yes, those channels like that.

2              THE COURT:  Sir, I am going to have you go back and

3     sit in Courtroom 14, and we are going to wrap up this process

4     really soon.

5              A PROSPECTIVE JUROR:  Okay.

6              THE COURT:  Thank you so much.

7              A PROSPECTIVE JUROR:  All right.

8              (Prospective juror exited the courtroom.)

9              (Prospective juror entered the courtroom.)

10             THE COURT:  All right, sir.  You are juror 0104,

11    correct?

12             A PROSPECTIVE JUROR:  That's correct.

13             THE COURT:  Thank you for bearing with us and being

14    here.

15             You first answered question 18 positively, which is

16    that you are taking some kind of medication.  Tell me why you

17    think -- was that something you just wanted to let us know just

18    in case, or do you really think it could affect your ability to

19    be a juror?

20             A PROSPECTIVE JUROR:  Just in case.  It won't affect

21    my ability to be a juror.

22             THE COURT:  All right.  Then we won't go into anything

23    further about that.

24             You also indicated a positive response to questions 4

25    and 5, which were that you had seen video of what happened on

1    January 6 and that you had followed the investigation to some

2    degree.

3            Why don't you tell us a little bit about the video you

4    can recall seeing and what you followed in terms of the

5    investigation.

6            A PROSPECTIVE JUROR:  Sure.  I watched the events

7    transpire live that day as the news was breaking and followed

8    the news of the day.  After that, just the news reports that

9    were occurring regularly, you know, throughout the weeks that

10   followed.  And then I have been watching the January 6 hearings

11   from the House Committee.  And yeah, I think that pretty much

12   sums up what I have seen related to January 6.

13           THE COURT:  Okay.  Do you recall any of the -- in any

14   of the video you have seen, do you recall any scene in which a

15   police officer is ascending a set of stairs and individuals are

16   following that person up the stairs?

17           A PROSPECTIVE JUROR:  I do recall that, yes.

18           THE COURT:  Okay.  So, look, the question I am going

19   to ask you is, you know, if you were chosen as a juror in this

20   case, I would instruct you to take whatever you have seen on TV

21   about January 6, whatever you learned about in the

22   investigation, and frankly, whatever feelings you might have

23   about all of that, put it aside, and only decide this case

24   based on the evidence in my courtroom and the law as I instruct

25   you.  Can you follow that instruction?

1          A PROSPECTIVE JUROR:  I can.

2          THE COURT:  You also indicate you know someone in law

3    enforcement or someone close to you.  Who is that person to

4    you?

5          A PROSPECTIVE JUROR:  It's me.  I was an attorney at

6    the justice department for five years.

7          THE COURT:  What kind of work did you do there?

8          A PROSPECTIVE JUROR:  I was at the Office of

9    Information Policy.  It's one of the senior leadership offices

10   at the justice department part of main justice.  My practice is

11   primarily around information law.  So I did mandatory

12   declassification reviews of classified information,

13   discretionary declassification reviews, Privacy Act work, and

14   Freedom of Information Act work.

15         THE COURT:  Did you ever do any -- I guess we will get

16   to this when we talk about other lawyers you might know, but

17   did you ever do any criminal work, either prosecutor or

18   defense?

19         A PROSPECTIVE JUROR:  When I was in law school, I

20   worked at the Innocence Project.  I did some post-conviction

21   relief work.  At the justice department, nothing criminal

22   related, but did some civil litigation with regard to criminal

23   discovery matters.

24         THE COURT:  Okay.  Can you go into that just a little

25   bit more.

1          A PROSPECTIVE JUROR:  I can.  So just a little bit

2    more, the National Association of Criminal Defense Lawyers was

3    suing the justice department as it related to some criminal

4    discovery practices.  And this was civil litigation, and I was

5    assisting the government in making sure that certain discovery

6    policies, practices, procedures, and manuals were held as

7    privileged.

8          THE COURT:  Okay.  You are a lawyer, so I presume you

9    know a lot of other lawyers.

10          A PROSPECTIVE JUROR:  I do.

11          THE COURT:  Are you close to anyone who does criminal

12    work, either side?

13          A PROSPECTIVE JUROR:  I don't know any of these

14    particular lawyers here.  I do still have a number of friends

15    and colleagues at the justice department, of course, both in

16    civil and criminal division, U.S. attorneys' offices, and a

17    number of attorneys, you know, practicing in various state

18    levels on both sides.

19          THE COURT:  Okay.  On both sides.  So both folks who

20    do prosecution and defense?

21          A PROSPECTIVE JUROR:  That's correct.

22          THE COURT:  Anything about those relationships make

23    you think you couldn't be a fair juror in this case?

24          A PROSPECTIVE JUROR:  No.

25          THE COURT:  You also indicated someone you know was a

1   victim, witness, or convicted of a crime.  Who is that person

2   or persons?

3            A PROSPECTIVE JUROR:  I got a few family members,

4   mostly small things.  My mom was mugged.  My, you know, sister

5   had some sexual violence committed against her.  So nothing

6   directly related to me, but a few things with family members.

7            THE COURT:  Do you have a feeling one way or the

8   other, to the extent some of the folks there were victims,

9   whether they were treated fairly by the justice system?

10            A PROSPECTIVE JUROR:  I believe, yeah, I believe the

11   victims were treated fairly.  Whether or not, you know, the

12   persons responsible were ultimately found or convicted or even

13   charged, I am not certain.  But yeah, I think, you know,

14   they -- the investigators did their best at lest to determine,

15   you know, what they could.

16            THE COURT:  Okay.  So let's talk about your career.

17   Where do you work now, sir?

18            A PROSPECTIVE JUROR:  I am in-house counsel at Meta

19   Platforms, formerly Facebook.

20            THE COURT:  Okay.  What types of things do you do

21   there?

22            A PROSPECTIVE JUROR:  I practice still kind of an

23   information and privacy type law focusing.  Again, like I said,

24   I'm in-house counsel, so I don't litigate, but I advise and

25   work with our outside counsel on a number of both civil

1    litigation matters as well as regulatory investigations

2    globally.

3                THE COURT:  What was your undergraduate degree in?

4                A PROSPECTIVE JUROR:  Political science and history.

5                THE COURT:  All right.  And can you just walk

6    through -- you mentioned your time at where you are now, your

7    time as DOJ.  Any other jobs post law school?

8                A PROSPECTIVE JUROR:  So post law school, yes,

9    additional -- I should say while I was in law school, I also

10   worked at the justice department, so I was an intern at the

11   justice department before I came back full-time, so I was part

12   of the --

13               (There was an interruption by the court reporter.)

14               A PROSPECTIVE JUROR:  Of course.

15               I was part of the summer legal internship program at

16   the justice department.  They refer to it as the SLIP program.

17   And that was 2013.

18               Then 2014, I was given a full-time offer called a

19   funnel offer to the attorney general honors program at DOJ in

20   2014.  Was there until 2019.  I did a brief stint in consulting

21   at Deloitte for about a year and a half, and then joined Meta

22   Platforms, formerly Facebook, about also a year and a half ago.

23               THE COURT:  All right.  Any -- hold on one second,

24   sir.

25               (The following was heard sidebar.)

```
 1            MS. MIRELL:  It sounds like he had left DOJ before
 2    2021, but he would have been with Deloitte then.  So the same
 3    question we asked of the Deloitte partner about whether he had
 4    any affiliation with any January 6 or through Deloitte.
 5            THE COURT:  Okay.
 6            MS. MIRELL:  As well as, with respect to Facebook, if
 7    he's been involved in any disputes or alternatively worked with
 8    the Department of Justice via his role at Facebook.
 9            THE COURT:  What was the last part, Ms. Mirell,
10    something about -- the very last thing you said.
11            MS. MIRELL:  Oh, sorry.  With respect to Facebook,
12    whether he's ever been involved in disputes, or alternatively
13    whether he's worked proactively with the Department of Justice
14    through his role at Facebook.
15            THE COURT:  Just in general or about January 6?
16            MS. MIRELL:  I think in general.  If he's generally
17    working -- I think Department of Justice has a longterm
18    relationship with Facebook.  If the answer to that is yes, we
19    should also probe specifically January 6.
20            THE COURT:  Right.  Okay.
21            (The following was heard in open court.)
22            THE COURT:  Just a couple of follow-up questions.
23            A PROSPECTIVE JUROR:  Sure.
24            THE COURT:  So with regard to your work at Deloitte,
25    do you know whether you have done -- whether you did any work
```

1  there related to a contract Deloitte has with the Department of

2  Justice that relates to January 6 prosecutions?

3          A PROSPECTIVE JUROR:  No.  That does not ring a bell

4  to me.  I don't believe I did.

5          THE COURT:  Okay.  And for your time at your current

6  job, does your job involve you working with the Department of

7  Justice on behalf of -- I know where you are, but working with

8  the Department of Justice?

9          A PROSPECTIVE JUROR:  Not directly; although, you

10  know, like any company, we receive third party subpoenas.  I do

11  not do that work directly, but they -- they are part of our --

12  the larger org that I am part of within --

13         THE COURT:  Okay.  But you don't do any work directly

14  with DOJ?

15         A PROSPECTIVE JUROR:  That's correct.

16         THE COURT:  And similarly, you wouldn't -- you haven't

17  worked on anything related to DOJ and January 6 at your current

18  job?

19         A PROSPECTIVE JUROR:  Right.  To the best of my

20  knowledge, I have not, no.

21         THE COURT:  Okay.  All right, sir.  I am going to have

22  you wait in Courtroom 14, and we are going to wrap up this

23  process very shortly.  Thank you.

24             (Prospective juror exited the courtroom.)

25             (Prospective juror entered the courtroom.)

```
 1              THE COURT:  Good afternoon.  You are juror 0241?

 2              A PROSPECTIVE JUROR:  Correct.

 3              THE COURT:  Sir, you answered questions 3 and 4

 4    positively, which are that you -- well, actually 3 and 4.  3 is

 5    that you know someone who lives or works near the Capitol.  Who

 6    is that person?

 7              A PROSPECTIVE JUROR:  One, I do, my sister, and

 8    brother-in-law.

 9              THE COURT:  Sir, if you can just speak closer into the

10    mic.  I know we need to move that closer, but I won't be able

11    to hear you unless you are much closer.

12              A PROSPECTIVE JUROR:  My sister and brother-in-law

13    work at the D.C. Superior Court.

14              THE COURT:  Okay.  All right.  So that's near-ish to

15    the Capitol, I suppose.

16              All right.  Have you talked to them about their

17    experiences on January 6?

18              A PROSPECTIVE JUROR:  In general, yes.

19              THE COURT:  Okay.  Did they -- by virtue of them being

20    in superior court, did they -- do you know whether they saw or

21    experienced anything special that other people wouldn't have

22    seen on TV?

23              A PROSPECTIVE JUROR:  I do not believe so.

24              THE COURT:  Okay.  Anything about the fact that they

25    were at superior court that day make you think you couldn't be
```

```
 1    a fair juror in a case like this?

 2            A PROSPECTIVE JUROR:  No.

 3            MS. ALLEN:  Your Honor, I'm sorry to interrupt.

 4            (The following was heard sidebar.)

 5            THE COURT:  Yes, Ms. Allen.

 6            MS. ALLEN:  I apologize.  It was very hard to hear,

 7    but I'm pretty sure he said I am, my sister, and

 8    brother-in-law.  And when he moved closer to the mic, he didn't

 9    repeat the I.  I think he said he personally was by the

10    Capitol.

11            THE COURT:  I will check.

12            (The following was heard in open court.)

13            THE COURT:  Sir, I may have jumped the gun here.  You

14    talked about those two people you know at superior court.  Did

15    you say you either live or work near the Capitol?

16            A PROSPECTIVE JUROR:  I work near the Capitol, yes.

17            THE COURT:  Okay.  Again --

18            A PROSPECTIVE JUROR:  I work near the Capitol.

19            THE COURT:  Okay.  You don't have to tell us sort of

20    exactly where, but can you give us a general sense of how

21    close?

22            A PROSPECTIVE JUROR:  9th and E.

23            THE COURT:  Okay.  And were you there that day, on

24    January 6, 2021?

25            A PROSPECTIVE JUROR:  I don't believe so.
```

1          THE COURT:  Okay.  Anything about -- you were not

2    there on that day.  Okay.

3          Anything about the fact that you live where you

4    indicated make you think you couldn't be a fair juror in a case

5    like this?

6          A PROSPECTIVE JUROR:  No.

7          THE COURT:  You also indicated that you had watched

8    some video of what happened that day.  And you indicated that

9    you follow the investigation into the events of that day in

10   some way.

11         Can you give us a sense of what you recall seeing on

12   video about that day and how you followed the investigation?

13         A PROSPECTIVE JUROR:  You know, initially when it came

14   out, the videos that mostly everyone saw on CNN or any news

15   station, and then as it progressed, within the last couple

16   weeks, seeing what has come about because of that day.  It's

17   not something that I watch every single day, but it is

18   something that I do periodically look at.

19         THE COURT:  Okay.  And when you say -- do you mean you

20   followed the congressional hearings or --

21         A PROSPECTIVE JUROR:  A little bit of that and news.

22         THE COURT:  And the news about other prosecutions

23   related to January 6?

24         A PROSPECTIVE JUROR:  Yes.

25         THE COURT:  Okay.  So, you know, if you are chosen as

1    a juror in this case, I would be instructing you that you can't

2    consider obviously anything about any videos you have seen of

3    that day or anything you learned about the investigation about

4    what went on that day.  You couldn't consider either one of

5    those things.  You would have to set them aside, and whatever

6    feelings or opinions you have about that, set that aside and

7    judge this case only on the evidence that's introduced in this

8    courtroom and the law as I instruct you.  Can you follow that

9    instruction?

10             A PROSPECTIVE JUROR:  Yes.

11             THE COURT:  You also, in terms of the video you

12   watched, do you recall watching a video of a police officer

13   ascending a set of stairs and individuals following up that set

14   of stairs, or is that not an image you recall?

15             A PROSPECTIVE JUROR:  I recall that.

16             THE COURT:  Okay.  Anything -- do you recall anything

17   else about that?

18             A PROSPECTIVE JUROR:  No, other than if it's what I

19   recall, looking back and steadily going forward, looking back,

20   and that was it.  That was the scene.  I'm not sure if that was

21   the scene that you are speaking of.

22             THE COURT:  Okay.  The officer looking back?

23             A PROSPECTIVE JUROR:  Right.

24             THE COURT:  Again, any problem disregarding that and

25   making sure that has nothing to do with your consideration of

```
 1   the evidence in this case?

 2           A PROSPECTIVE JUROR:  No.

 3           THE COURT:  You also indicated you know someone in law

 4   enforcement.  Who is that person?

 5           A PROSPECTIVE JUROR:  A close friend of mine no longer

 6   in law enforcement, Montgomery County, and also a couple of

 7   D.C. police officers.

 8           THE COURT:  And the first person you mentioned, also a

 9   police officer?

10           A PROSPECTIVE JUROR:  Correct.

11           THE COURT:  Okay.  And how close are these individuals

12   to you?

13           A PROSPECTIVE JUROR:  The one from Montgomery County

14   retired, one of my best friends.

15           THE COURT:  Okay.  Well, anything about -- I mean, I

16   am going to be instructing the jury again if you were to be --

17   if you were to be selected as a juror, that there may be

18   testimony of law enforcement officers in this case and that I

19   am going to be instructing you that the testimony of a law

20   enforcement officer should be treated the same as the testimony

21   of any other witness.  It shouldn't be given more weight or

22   less weight just because it's a law enforcement officer.

23           Do you have any reason to believe you wouldn't be able

24   to follow that instruction?

25           A PROSPECTIVE JUROR:  No.
```

```
 1                    THE COURT:  You also indicated that you know some
 2       lawyers who -- that you are close to some lawyers.  Who are
 3       those individuals?
 4                    A PROSPECTIVE JUROR:  My sister and brother-in-law are
 5       judges.
 6                    THE COURT:  Are judges?
 7                    A PROSPECTIVE JUROR:  Yes.
 8                    THE COURT:  In their years, did they ever do, either
 9       of them, ever do criminal law?
10                    A PROSPECTIVE JUROR:  Yes.
11                    THE COURT:  Okay.  Did they work on the prosecution
12       side?
13                    A PROSPECTIVE JUROR:  Yes, prosecution.
14                    THE COURT:  On the prosecution side.  Okay.  Anything
15       about your relationship to them that makes you think you
16       couldn't be fair to both sides in this case?
17                    A PROSPECTIVE JUROR:  No.
18                    THE COURT:  Sir, what do you do for a living?
19                    A PROSPECTIVE JUROR:  I work for the Department of
20       Justice, FBI.  I am a clinician for the employees' assisting
21       unit.
22                    THE COURT:  I'm sorry, could you --
23                    A PROSPECTIVE JUROR:  I am the clinician for the
24       employees' assistant unit with the FBI.
25                    THE COURT:  For the employees' assistance unit?
```

```
 1              A PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  A clinician, you said?

 3              A PROSPECTIVE JUROR:  Yes.

 4              THE COURT:  Is that a doctor?

 5              A PROSPECTIVE JUROR:  No, I am not a doctor.  I'm a

 6    licensed clinician, a licensed counselor.

 7              THE COURT:  A counselor.  Okay.  Thank you.  All

 8    right.  Very well.  So in a sense, you work for law enforcement

 9    in a certain capacity as well?

10              A PROSPECTIVE JUROR:  Yes.

11              THE COURT:  Okay.  How long have you had that position

12    for?

13              A PROSPECTIVE JUROR:  This particular one, three

14    years.

15              THE COURT:  How many?

16              A PROSPECTIVE JUROR:  Three years.

17              THE COURT:  Okay.  And can you give us your

18    educational background?

19              A PROSPECTIVE JUROR:  I have a bachelor's in

20    psychology, a master's in psychology, a post master's in

21    psychology, all counseling psych.

22              THE COURT:  Can you give us a sense of the other types

23    of jobs you have had, you know, between completing that

24    education and your current job.

25              A PROSPECTIVE JUROR:  All of them have been in the
```

```
1   mental health field, emergency services.

2         THE COURT:  Okay.  What do you mean by emergency

3   services?

4         A PROSPECTIVE JUROR:  For the district, doing

5   emergency evaluations, determining whether or not people were

6   in need of hospitalization, filling out the forms in order for

7   that to begin, for the process to begin, working for the

8   military as their psychological counselor, and now with the

9   bureau.

10        THE COURT:  Okay.  All right.  Any follow-ups for this

11  individual?

12        Sir, hold on one second.

13        (The following was heard sidebar.)

14        MS. MIRELL:  Judge, if we can just ask if he -- my

15  impression is that he works with the agents themselves as a

16  counselor.  So if he's worked with any agents specifically with

17  respect to January 6.

18        THE COURT:  That's a good question.  Okay.

19        (The following was heard in open court.)

20        THE COURT:  Sir, as part of your job, is among the

21  employees you serve FBI agents?

22        A PROSPECTIVE JUROR:  Yes.

23        THE COURT:  Have you worked with any agents related to

24  their experience on January 6?

25        A PROSPECTIVE JUROR:  Not that I recall, no.
```

1          THE COURT:  Okay.  All right, sir.  We are going to

2     have you wait in the room next-door, and we will be completing

3     this process shortly.  Thank you very much for bearing with us.

4          (Prospective juror exited the courtroom.)

5          (Prospective juror entered the courtroom.)

6          THE COURT:  All right.  You are juror 1134, correct?

7          A PROSPECTIVE JUROR:  Yes.

8          THE COURT:  All right.  Thank you for hanging in there

9     with us here.

10          Ma'am, you answered positively to watching -- to

11     questions 4, 5, and 6.  4 and 5 are that you have watched some

12     video of the events of January 6.  5 is whether -- and that you

13     followed the investigation to some degree.

14          Can you give us a sense, for the first two questions,

15     give us a sense of what video you have seen and recall seeing

16     and how you followed the investigation and what kinds of things

17     you have learned by following the investigation.

18          A PROSPECTIVE JUROR:  Sure.  Yeah, so I watched quite

19     a lot of news coverage following the event.  And there was a

20     lot of video coverage including people breaking windows,

21     people, you know, physically harming police officers with

22     batons, pushing, and shoving.  I heard a lot of screams and

23     chaos.

24          I also saw the footage of, you know, the footage of

25     the officers trying to move Mike Pence and some of the other

1    members of Congress kind of to safety while the rioters were

2    storming the Capitol.

3            And then as far as the, you know, the investigation,

4    the January 6 Committee, you know, I have watched a couple of

5    those hearings as well, and some of the, you know, the Josh

6    Hawley running behind the scenes video that everyone saw on

7    social media, you know, the fist in the air, the, you know -- I

8    think the imagery of just, you know, all of the people outside

9    of the Capitol and the chaos that was happening are the things

10   that stick out in my memory.

11           THE COURT:  Do you recall seeing any video of a police

12   officer sort of ascending a set of stairs and individuals

13   following behind that police officer?

14           A PROSPECTIVE JUROR:  I do remember, yes, one officer

15   trying to essentially, you know, deter the mob by leading them

16   up a staircase because he knew that congressmen were sheltered

17   nearby, so he kind of like created that diversion.  So I do

18   remember that.

19           THE COURT:  So the -- if you are selected as a juror

20   in this case, I am going to instruct you that whatever videos

21   you have seen of that day and whatever you have learned about

22   the investigation and, frankly, whatever feelings and opinions

23   you have about either of those topics, you have to set them

24   aside and judge this case only on the facts, the evidence

25   that's admitted in this case, and the law as I instruct you and

 1   nothing else.  Can you follow that instruction?

 2           A PROSPECTIVE JUROR:  I don't believe I can, which is

 3   why I -- I think your No. 6 was something to that effect.

 4           THE COURT:  Right.  We are going to get to that.  That

 5   is question 6, correct?  You don't believe you can?

 6           A PROSPECTIVE JUROR:  I don't because this was

 7   something that I feel so viscerally angry about and so

 8   disgusted by what these people did that I would have, I think,

 9   a hard time setting aside what I remember from that day.

10           THE COURT:  Okay.

11           A PROSPECTIVE JUROR:  I think in my mind, what they

12   did is treason, and they should be tried for treason.  And I

13   think the charges are light.  I'm not a lawyer, but that's what

14   my belief has been since day one of seeing this.

15           THE COURT:  We appreciate your honesty discussing this

16   here with us.

17           Any objection to excusing this juror?

18           Ma'am, you are excused.  You are going to have to go

19   back down to the juror office, and they may -- you may have to

20   serve on another jury, but Ms. Harris will tell you where to

21   go.  Thank you.

22           A PROSPECTIVE JUROR:  Thank you.

23           (Prospective juror exited the courtroom.)

24           (Prospective juror entered the courtroom.)

25           THE COURT:  Good afternoon.

```
 1              A PROSPECTIVE JUROR:  Good afternoon.

 2              THE COURT:  You are Juror 1174?

 3              A PROSPECTIVE JUROR:  I am.

 4              THE COURT:  All right.  Very well.  The first question

 5    you answered positively was that you or someone close to you

 6    was present at the Capitol on January 6.  Who is that person?

 7              A PROSPECTIVE JUROR:  My brother's wife.

 8              THE COURT:  Okay.  And have you discussed with your

 9    brother's wife her experience that day?

10              A PROSPECTIVE JUROR:  Absolutely.

11              THE COURT:  And what, in general, what can you say

12    about what she has expressed about her experience?

13              A PROSPECTIVE JUROR:  She was in -- she was on the

14    floor at the time.  She went to a secure location when Nancy

15    Pelosi -- and she expressed breast milk all over herself

16    because she didn't have her pump or any equipment.  It was a

17    traumatic experience.  And she works in the Capitol, but she

18    changed jobs to somewhere where she would not be on the floor

19    because it did affect her.

20              THE COURT:  Well, given your closeness to her and her

21    experience that day, do you think you can set aside what she's

22    told you and be a fair juror in this case?

23              A PROSPECTIVE JUROR:  I do.

24              THE COURT:  All right.  Let me look at -- you have

25    also indicated a positive answer to questions 3 and 4.  You
```

1    know someone who lives or works near the Capitol.  Is that her,

2    same person, or someone else?

3         A PROSPECTIVE JUROR:  She does live near the Capitol

4    as well as my brother and their children, and I also grew up in

5    the edge of Capitol Hill a block from Congressional Cemetery,

6    and my parents still live there.

7         THE COURT:  That's the far side of Capitol Hill?

8         A PROSPECTIVE JUROR:  It is.

9         THE COURT:  Okay.  So putting that aside, who were the

10   first people you mentioned?

11        A PROSPECTIVE JUROR:  So my brother and his wife who

12   also live on Capitol Hill, she is the one who was on the floor

13   on January 6.

14        THE COURT:  Okay.

15        A PROSPECTIVE JUROR:  And my parents currently live in

16   my childhood home near Congressional Cemetery.

17        THE COURT:  Your brother and his wife, how close do

18   they live to the Capitol building itself?

19        A PROSPECTIVE JUROR:  They are 13th, 14th Street

20   Southeast.

21        THE COURT:  Again, you know --

22        A PROSPECTIVE JUROR:  They are not in the shadow.

23        THE COURT:  They are not in the shadow of the Capitol.

24   All right.  Anything about knowing them and having that tie to

25   where you grew up make you think you can't be a fair juror

1    here?

2             A PROSPECTIVE JUROR:  No.

3             THE COURT:  You also indicated you had watched video

4    and followed the investigation of what happened that day.

5             A PROSPECTIVE JUROR:  So I haven't followed closely

6    the investigation of the actual cases or the people.  I watched

7    it live on TV.  I left my house, came back home hours later, it

8    was still going on, and have watched video since.

9             I am familiar, when you called the name of the officer

10   who was chased, I am familiar with that video and his name.

11   Although, I do not know him or didn't know him before the event

12   or anything.  Mainly social media stuff, but I have not

13   followed the prosecution, I'll say, of the defendants.

14            THE COURT:  You've got a lot of my questions in in one

15   answer.

16            A PROSPECTIVE JUROR:  Yeah.

17            THE COURT:  I guess the question is, given all the

18   things you have seen in terms of video of that day and given

19   what you've followed by the investigations, even if it's maybe

20   not that much, on top of your relationship with your friend,

21   who was there that day, you know, I am going to be asking -- if

22   you were on the jury, I would instruct you to take all that

23   stuff, set it aside, okay, and set aside your feelings about it

24   and only judge this case based on the evidence presented in

25   this courtroom and the law.  Are you able to follow that

1    instruction?

2         A PROSPECTIVE JUROR:  That's my only concern.  It

3    would be hard for me to -- like, I have seen that video.  I

4    have seen him being chased up the stairs.  I can't say that I

5    recognize the defendant's face from that video, but it would be

6    hard for me to, in my own mind, know that I hadn't seen that

7    and take it into consideration, sure.  I still believe in my

8    ability to be, you know, impartial and unbiased, but, I mean,

9    of course I wouldn't say something about it if I weren't told

10   to, but it would be hard for me to not think of that image of

11   that gentleman, the officer, being chased up those steps.

12        THE COURT:  All right.  Let me have the parties

13   approach, if you will.

14        (The following was heard sidebar.)

15        THE COURT:  I think my inclination is to strike her

16   for cause given the closeness of her relationship to someone

17   who had such a traumatic experience plus her sort of

18   characterization of what video she's going to see as a juror,

19   but let me hear from Mr. Davis.

20        MR. DAVIS:  I agree.

21        THE COURT:  Government?

22        MS. MIRELL:  Your Honor, I think -- I mean, she's

23   going to see that video again.

24        THE COURT:  Right.  It's not -- to be clear, we have

25   all -- we know people have expressed that they have seen that

1    video.  It's not that in and of itself.  But she's

2    characterizing it in a way, number one.  But it's more about,

3    to be honest, her also -- this experience her friend had that

4    sounds, you know, very memorable and negative that I think we

5    should just excuse her for cause.

6            MS. MIRELL:  All right.  We are not going to object.

7            THE COURT:  All right.  Very well.

8            (The following was heard in open court.)

9            THE COURT:  All right, ma'am.  We are going to excuse

10   you from any further consideration.  You have to go back to the

11   juror office, and you may end up serving on another trial.  But

12   thank you for coming down here.

13           A PROSPECTIVE JUROR:  Thank you.

14           (Prospective juror exited the courtroom.)

15           (Prospective juror entered the courtroom.)

16           A PROSPECTIVE JUROR:  How are you doing today?

17           THE COURT:  I am doing well.  Thank you for being

18   here.  You are juror 0759, correct?

19           A PROSPECTIVE JUROR:  That's correct.

20           THE COURT:  Sir, you answered questions 3 and 4

21   positively which suggests that you know someone who lives or

22   works near the Capitol for question 3.  Who is that person?

23           A PROSPECTIVE JUROR:  I lived on the corner of Second

24   Avenue and Constitution for about three years, so I walked

25   across the Capitol grounds every day just going to work.

```
 1              THE COURT:  Okay.  You don't -- it sounds like you
 2     don't live there anymore.
 3              A PROSPECTIVE JUROR:  No.  I am trying to remember the
 4     years.  I think it was 2014 to 2017 or '18.
 5              THE COURT:  Okay.  And so you didn't live or work near
 6     the Capitol on January 6?
 7              A PROSPECTIVE JUROR:  No.
 8              THE COURT:  And you -- whatever familiarity you might
 9     have is sort of the outside Capitol grounds as opposed to
10     inside the building?
11              A PROSPECTIVE JUROR:  Yes, that's correct.
12              THE COURT:  You also indicated question 4, that you
13     have watched video of that day.  Can you give us a sense of
14     what you recall in general about those videos you have seen?
15              A PROSPECTIVE JUROR:  Yeah, not too much the day of.
16     I watched news reports of kind of what was coming in, and then
17     those clips keep on replaying.  So I remember a window breaking
18     and people climbing up.  But other than that, I haven't really
19     followed too much about it.
20              THE COURT:  Okay.  If you are selected as a juror in
21     this case, I am going to have to ask -- I will instruct you to
22     set aside whatever you have seen about the video about that day
23     and, frankly, whatever feelings you might have about that whole
24     event, so to set those aside and just limit and decide this
25     case based on only the evidence that's admitted in this
```

1  courtroom and the law as I instruct you.  Can you follow that

2  instruction?

3          A PROSPECTIVE JUROR:  I believe I can.

4          THE COURT:  All right.  And you also indicated you

5  know someone in law enforcement.  Who is that person to you,

6  not their name.  I mean, who is that person to you?

7          A PROSPECTIVE JUROR:  Yeah, I think I might have

8  mis-answered that question.  I thought the armed forces were in

9  there, and my father served in the armed forces way back when.

10 But police service or any of that, none of that, no law

11 enforcement.

12         THE COURT:  Okay.  No law enforcement officer.

13         A PROSPECTIVE JUROR:  Sorry about that.

14         THE COURT:  That's all right.

15         Let me ask you, what kind of work do you do today?

16         A PROSPECTIVE JUROR:  I am a program developer so I

17 write back end code for a software company.

18         THE COURT:  Okay.  And what's your educational

19 background?

20         A PROSPECTIVE JUROR:  Four-year college degree from a

21 small town in the middle of Iowa.

22         THE COURT:  Okay.  And is that -- what is your degree

23 in?

24         A PROSPECTIVE JUROR:  Math and sociology.

25         THE COURT:  Okay.  And what types of jobs other than

 1   your current job, what other types of jobs have you had since

 2   college?

 3            A PROSPECTIVE JUROR:  I have worked in politics and

 4   campaigns and with progressive nonprofits for ten-ish years.

 5            THE COURT:  Okay.  Doing what kind of work for them?

 6            A PROSPECTIVE JUROR:  Oh, I started out as a field

 7   organizer, and then I have kind of slowly ramped up to helping

 8   with fundraising and reports, and then kind of the back end

 9   technical work of fundraising, so some reporting, some just

10   like server maintenance, and now I do more server

11   maintenance-esque things now.

12            THE COURT:  Do you still work -- is the job you have

13   now still related to politics, or is it about other things?

14            A PROSPECTIVE JUROR:  Yes and no, I guess, is the

15   honest answer.  Some of our clients are political.  Some of our

16   clients are not political.  So it would be tough to say.  I

17   would say that I spent four or five years working for the

18   Democratic National Committee doing credit card security and

19   working in their technology department doing server maintenance

20   and updates, which was -- is political, I guess, just from the

21   nature of the organization, right.  It was kind of -- it didn't

22   feel political at the time.

23            THE COURT:  Sure.

24            Okay.  Any follow-up from either side?

25            Sir, I am going to ask you to go to Courtroom 14, and

1   we are going to wrap up this process very shortly.  Thank you
2   for being here.
3           So we have now hit 33.  And so what -- let me just,
4   before Ms. Harris goes and we take a short break, what she will
5   do is -- well, let me -- what she will do is bring in the
6   jurors, seat them in the box, and then in the gallery in order.
7           So when I come back, when she has them all arranged,
8   we'll have them all there in order.  I will then ask both sides
9   for your strike sheets when I come back simultaneously, and we
10  will take those strike sheets.  Obviously defense gets ten.
11  Government gets six.  And then we will record all the strikes.
12          At that point you can strike from anywhere, in the box
13  or in the gallery, anywhere in the panel.  We will record them.
14  Ms. Harris will dismiss the jurors that are the subject of a
15  strike and she will replace in order into the box -- she will
16  make the replacements of anyone you have struck obviously
17  taking the jurors in order from outside.
18          At that point you will each then have one more strike
19  to use for your alternate strike.  You can either strike a
20  juror who's in a seat that is an alternate seat or essentially
21  jurors 15 or 16, the two of them that could, depending on how
22  you variously used your strikes, could become -- could be
23  replaced into the jury.  Use your strike.  Simultaneously I
24  will get them.  We will record them.  We will excuse the two.
25  And then we will have our jury.

```
 1              I will then talk to them a little bit about masking,
 2     and then I will swear them, instruct them, and we will proceed.
 3              Any questions from either side?
 4              All right.  Seeing none, we will take a short break
 5     and Ms. Harris will get me when we are ready to proceed.
 6              (A recess was taken at 3:45 p.m.)
 7              (Prospective jurors entered the courtroom.)
 8              THE COURTROOM DEPUTY:  Your Honor, we are back on the
 9     record in Criminal Matter 21-6, United States of America versus
10     Douglas Austin Jensen.
11              THE COURT:  All right.  So we are coming to the end of
12     our process here, ladies and gentlemen.  The first thing we are
13     going to do is dismiss a number of you, and Ms. Harris will
14     read off the juror numbers.  There are just a batch of you that
15     we know we can dismiss because we are going to have enough
16     jurors here to make -- to complete our jury.
17              So, Ms. Harris, will you instruct those number of
18     people that they are dismissed.
19              THE COURTROOM DEPUTY:  Yes.  When I call your number,
20     you may leave and swing by the jury office and let them know
21     that you have been excused from this trial.
22              0537, 0231, 1200, 0270, 0524, 0230, 0972, and 0336.
23     Thank you.
24              THE COURT:  And for the attorneys, that's on page 3 of
25     our sheet, those juror numbers that are 0537 through the end,
```

1    just so you understood what we just -- what Ms. Harris just

2    announced.

3            A PROSPECTIVE JUROR:  Okay.  Also, when I call your

4    number, you may collect your things and you may leave also.

5    You are excused.  And just stop by the jury office to get

6    further instructions from there.

7            0969, 1147, 0350, 0900, 0233, 0269, 0248, 0414, 0650,

8    0652, 0963, 0736, 0476, 0842, and 0104.

9            And now when I call your name, if you will please

10   collect your belongings and take the place of seat No. 3 here,

11   juror 0403.

12           THE COURT:  Ms. Harris, can you indicate where that

13   0403 is?

14           A PROSPECTIVE JUROR:  0403 is line 31.  Thank you.

15           THE COURT:  Very well, just for those scoring at home.

16           THE COURTROOM DEPUTY:  Huh?

17           THE COURT:  All right.  Thank you.

18           THE COURTROOM DEPUTY:  You're welcome.

19           Now, would juror No. 0605 grab your belongings and

20   take the place of seat 6 in the jury box.

21           Would juror No. 0153 please take the place of seat 9

22   here to my right.  0153 is line 33, seat 9.

23           Would juror No. 0811 please move into seat 12 in the

24   jury box.

25           THE COURT:  All right.  Counsel, we will take your

1  additional sheet.

2         THE COURTROOM DEPUTY:  Juror No. 0527, you may be

3  excused.

4         And in the place of seat 7, may I have 0262.

5         And last but not least, juror No. 0220, you are free

6  to leave.  You are excused.

7         And would juror No. 0667 please grab your things and

8  move to seat 11.

9         THE COURT:  All right.  Can I have counsel please

10  approach the virtual bench.

11         (The following was heard sidebar.)

12         THE COURT:  All right.  Is the government satisfied

13  with the jury as selected?

14         MS. ALLEN:  Yes, Your Honor.  Ms. Mirell's microphone

15  isn't working, but we are satisfied.

16         THE COURT:  Is the defense satisfied with the jury as

17  selected?

18         MR. DAVIS:  We are.

19         THE COURT:  All right.  Very well.

20         (The following was heard in open court.)

21         THE COURT:  All right.  Ms. Harris, you can dismiss

22  the remaining jurors.

23         THE COURTROOM DEPUTY:  All right.  Juror No. 0241 and

24  0759, you are excused.

25         THE COURT:  All right.  Ladies and gentlemen, this is

1    our jury.  First of all, I want to start by thanking you for

2    your willingness to serve and for putting up with our process

3    that's taken longer than I would have liked, but thank you.  It

4    may not seem it for this day and a half, but we do really

5    respect your time, and I am going to do my best to move things

6    along and to minimize the amount of time that you have to wait

7    in the future.  It will not be anything like the last day and a

8    half.

9         Ms. Harris will inform you once we break for the day

10   about procedures, how to access the courthouse and the like.

11   There's one thing I want to do with you before we go any

12   further that I think might make your lives a little more

13   comfortable over the next week, and that is this.  Ms. Harris

14   is going to be handing out some slips of paper and pencils, and

15   since the pandemic has been going on, I have done this and

16   taken a shot at it, and I will explain what we are going to do.

17        I am going to ask each of you to answer two questions

18   on that slip of paper with just a yes or a no.  And the two

19   questions are:  One, are you vaccinated?  And two, would you be

20   comfortable, would you be comfortable, if, not when you are in

21   the jury box like you are right now, but there will be times

22   when, first of all, when you deliberate eventually, two, there

23   will be breaks, some number of breaks when you will be, again,

24   in a jury room, or we will probably use another courtroom for

25   that, so you will have a little more spacing than you have now,

1    or three, when you eat lunch?  And if everyone answers yes, I

2    am vaccinated and, yes, I would be comfortable doing those

3    things with my mask off, if I get all of your slips back and

4    all of them say yes, yes, then I will instruct you that when

5    you are on your breaks, you can take the masks off.

6         Now, you can't take them off in the public areas of

7    the courthouse.  That's a rule I can't change.  But when you

8    are back in whatever room is serving as the jury room on a

9    break, at lunch, and deliberating, you will be able to take

10   them all off.

11        So no pressure on this either way.  You can all just

12   answer, one, yes or no, I am vaccinated, yes or no, I would be

13   comfortable not having my fellow jurors with the masks on.  And

14   again, if I get unanimity on this, if everyone agrees, then I

15   will allow it.  If someone objects or someone is not

16   vaccinated, then I won't allow it.

17        So if you could just write -- you know, give me a yes

18   or a no and a yes or a no.  If I get a hundred percent yeses,

19   then I will allow you all to do that during your breaks.  And

20   fold up your paper if you don't want anyone to see what your

21   answers are.  Obviously that's fine.

22        All right.  We will proceed with masks on.  There was

23   not unanimity, so we will -- I thought I would take that shot,

24   but we will proceed with masks on.  Obviously when you are

25   eating lunch for parts of that, you will have your masks off

1    just by virtue of having to eat.

2            All right.  The next thing we will do, I will ask

3    Ms. Harris to swear you all.

4            THE COURTROOM DEPUTY:  Will you please stand and raise

5    your right hand.

6            (The jury was sworn.)

7                              *  *  *  *  *

C E R T I F I C A T E


        I hereby certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.



4/30/23              s/ Tammy Nestor
                     Tammy Nestor, RMR, CRR
                     Official Court Reporter
                     333 Constitution Avenue NW
                     Washington, D.C. 20001
                     tammy_nestor@dcd.uscourts

A PROSPECTIVE
JUROR: [782]  2/12
2/24 3/4 3/12 4/2 4/13
4/18 4/21 4/25 5/8
5/13 5/17 5/22 5/24
6/2 6/14 6/25 7/3 7/6
7/11 7/15 7/20 7/23
8/1 8/4 8/8 8/11 8/15
8/19 8/24 9/1 9/5 9/7
9/12 9/20 10/4 10/10
10/14 10/18 10/20
10/23 11/2 11/10
11/12 11/16 11/21
11/23 12/4 12/8 12/10
12/13 12/16 12/24
13/3 13/6 13/10 13/19
13/25 14/10 14/21
14/24 15/1 15/11
15/19 15/21 15/24
16/4 16/7 16/13 16/18
16/21 17/1 17/5 17/10
17/19 17/22 18/4 18/16
18/9 18/13 18/18
18/23 19/8 19/12
19/17 19/21 19/24
20/2 20/4 20/7 20/9
20/11 20/14 20/16
20/20 20/23 21/3 21/5
21/13 21/19 22/2 22/6
22/9 22/13 22/16
22/21 22/25 23/3
23/13 23/16 23/22
24/3 24/6 24/9 24/16
24/23 25/5 25/7 25/10
25/14 25/16 25/20
26/1 26/11 26/22 27/9
27/20 28/5 28/8 28/12
28/14 28/23 29/1 29/5
29/7 29/13 29/17
29/21 29/23 30/1 30/4
30/8 30/14 30/17
30/20 30/25 31/7
31/14 31/18 31/24
32/10 32/22 33/5 33/9
33/13 33/17 33/25
34/23 35/12 35/16
35/20 35/22 36/1 36/4
36/7 36/17 37/3 37/12
37/17 38/6 38/20 39/7
39/10 40/8 40/12
40/19 41/1 41/9 41/20
41/25 42/7 42/10
42/13 42/18 42/21
42/25 43/3 43/8 43/13
43/21 43/25 44/3 44/7
44/9 44/13 44/15
44/18 44/20 44/23
45/10 45/13 45/16
45/23 45/25 46/7
46/12 46/16 46/22
46/25 47/3 47/5 47/9
47/13 47/17 47/24
48/3 48/9 48/19 49/15
49/18 49/20 50/10
50/14 50/20 50/25
51/4 51/17 51/24
52/21 53/5 53/8 53/10
54/19 54/22 54/24

56/11 56/15 56/21
57/3 57/25 58/8 59/6
59/20 59/25 60/19
61/2 61/13 61/18 62/7
62/10 62/14 62/16
62/19 62/22 63/1 63/7
63/11 63/18 63/22
64/7 64/12 64/14
64/18 64/22 65/12
65/14 65/19 65/22
66/16 66/22 67/4 67/6
67/10 67/15 67/23
68/2 68/6 68/9 68/11
68/14 68/19 68/22
69/4 69/7 69/9 69/14
69/16 69/19 69/23
70/1 70/5 70/11 71/3
71/12 71/17 71/21
72/1 72/3 72/9 73/4
74/11 74/17 74/21
75/1 75/5 75/8 75/14
75/24 76/3 76/6 76/9
76/14 76/23 77/12
77/19 78/1 78/15
78/19 78/23 78/25
79/3 79/7 79/9 79/17
81/9 81/16 81/20
81/24 82/1 82/5 82/15
82/19 82/22 82/25
83/4 83/13 84/4 84/7
84/9 84/11 84/13
84/16 84/19 84/22
85/1 85/5 85/9 85/11
85/13 85/15 85/18
85/20 85/23 86/1 86/4
86/6 86/9 86/11 86/13
86/15 86/17 86/19
86/22 86/25 87/2
87/11 87/17 87/23
88/7 88/9 88/20 89/3
89/7 89/9 89/13 89/16
89/20 90/8 90/11
90/15 90/21 91/9
91/13 91/18 91/21
92/1 92/4 92/8 92/10
92/14 92/16 92/18
92/22 92/25 93/3 93/6
93/8 93/10 93/13
94/15 94/18 94/23
96/8 96/13 96/17
96/20 96/23 96/25
97/2 97/4 97/8 97/12
97/14 97/16 97/19
97/22 97/24 98/6
98/10 98/17 98/21
99/3 99/6 99/10 99/20
99/23 101/1 101/6
101/10 101/12 101/15
101/18 101/23 102/2
102/8 102/13 102/17
103/2 103/9 103/19
103/22 104/3 104/12
104/16 104/23 105/2
105/8 105/13 105/18
105/22 106/4 106/10
106/15 106/17 108/10
109/3 109/7 110/15
110/17 110/20 111/3

112/5 112/8 112/11
112/13 112/19 112/25
113/4 113/6 113/9
113/11 113/13 113/17
113/21 114/1 114/4
114/8 114/10 114/12
114/16 115/5 115/20
116/18 116/20 117/9
117/11 117/16 118/3
118/17 119/9 119/12
119/15 119/17 119/22
119/24 120/1 120/6
120/12 120/16 120/18
120/22 120/25 121/4
121/14 121/16 121/18
121/20 121/24 122/1
122/3 122/5 122/7
122/9 122/14 122/18
122/21 123/14 124/1
128/20 129/6 129/9
129/14 129/18 129/23
130/2 130/10 130/19
130/24 131/6 131/11
131/14 131/22 131/25
132/20 133/3 133/6
133/21 134/7 134/12
134/17 135/15 135/19
135/23 135/25 136/14
136/18 137/1 137/6
137/22 137/25 138/5
138/16 138/24 139/6
139/10 139/13 139/21
140/5 140/10 140/19
141/1 141/14 142/5
142/19 143/18 144/2
144/6 144/13 144/18
145/4 145/18 145/23
146/2 146/5 146/7
146/11 146/15 146/19
147/3 147/16 148/3
149/19 150/3 150/8
150/11 150/16 150/21
151/1 151/4 151/10
151/17 151/20 152/2
152/10 152/14 152/18
152/21 153/8 153/11
153/15 153/19 153/22
153/25 154/2 154/4
154/6 154/10 154/14
154/16 154/19 154/22
155/3 155/9 155/15
155/17 155/20 155/23
156/1 156/5 156/8
156/12 156/16 156/19
156/22 157/3 157/9
157/13 157/17 157/24
158/2 158/11 158/14
159/4 159/9 159/12
159/15 159/18 159/25
160/4 160/7 160/14
160/16 160/23 161/5
161/10 161/14 161/19
161/21 162/5 162/14
162/18 162/20 162/22
162/24 163/3 163/6
163/11 163/13 163/16
163/18 163/22 164/14
164/18 164/23 165/1

165/20 166/6 166/17
167/1 167/5 167/8
167/19 168/1 168/10
168/13 168/21 168/24
169/3 169/10 169/18
169/22 170/4 170/8
170/14 171/23 172/3
172/9 172/15 172/19
173/2 173/7 173/12
173/18 173/23 174/2
174/16 174/18 174/22
174/25 175/6 175/13
175/21 175/24 176/10
176/15 176/18 176/23
177/2 177/5 177/10
177/13 177/25 178/4
178/7 178/10 178/13
178/17 178/19 178/23
179/1 179/3 179/5
179/10 179/13 179/16
179/19 179/25 180/4
180/22 180/25 181/7
181/18 182/14 183/2
183/6 183/11 183/22
184/1 184/3 184/7
184/10 184/13 184/23
185/3 185/8 185/11
185/15 185/19 185/22
186/2 186/5 186/16
187/2 188/13 188/16
188/19 188/23 189/3
189/7 189/11 189/15
190/3 190/7 190/13
190/16 190/20 190/24
191/3 191/6 191/14
194/3 194/14

MR. DAVIS: [26]  4/7
11/6 36/24 39/25 72/5
73/24 93/22 94/8
95/24 100/15 106/22
107/7 109/21 110/4
124/14 124/20 125/12
127/5 127/8 132/8
132/12 143/7 148/18
149/13 187/20 195/18

MS. ALLEN: [9]  4/6
109/22 110/7 125/3
126/5 126/19 174/3
174/6 195/14

MS. MIRELL: [44]
11/7 34/10 34/15 35/7
39/24 53/15 53/21
53/24 54/10 54/14
58/13 58/23 73/14
73/21 74/3 80/8 81/5
94/9 95/2 95/17 95/20
100/10 106/23 107/15
123/4 125/6 125/13
132/10 132/14 134/21
143/11 148/23 149/1
149/4 149/11 164/1
164/7 171/1 171/6
171/11 171/16 180/14
187/22 188/6

THE COURT: [903]
2/7 2/13 2/23 2/25 3/6
3/20 4/4 4/8 4/12 4/14
4/20 4/23 5/2 5/10

6/4 6/16 7/2 7/4 7/8
7/12 7/19 7/22 7/25
8/2 8/7 8/9 8/12 8/16
8/23 8/25 9/3 9/6 9/9
9/14 9/22 10/6 10/12
10/16 10/19 10/21
11/1 11/4 11/8 11/11
11/15 11/17 11/22
11/25 12/5 12/9 12/11
12/15 12/18 13/1 13/5
13/8 13/11 13/23 14/1
14/13 14/23 14/25
15/9 15/16 15/20
15/22 15/25 16/6
16/11 16/16 16/19
16/24 17/2 17/7 17/18
17/21 18/1 18/5 18/8
18/11 18/16 18/20
19/4 19/11 19/13
19/18 19/23 19/25
20/3 20/6 20/8 20/10
20/13 20/15 20/19
20/22 20/24 21/4 21/6
21/16 21/24 22/5 22/7
22/11 22/14 22/19
22/23 23/1 23/5 23/14
23/20 24/1 24/5 24/13
24/22 24/25 25/6 25/8
25/13 25/15 25/17
25/21 26/10 26/18
26/25 27/11 28/2 28/6
28/10 28/13 28/21
28/24 29/2 29/6 29/11
29/14 29/18 29/22
29/24 30/2 30/6 30/12
30/16 30/19 30/22
31/4 31/8 31/16 31/19
32/7 32/15 33/2 33/7
33/11 33/14 33/23
34/6 34/14 34/17 35/5
35/8 35/10 35/14
35/19 35/21 35/24
36/2 36/5 36/14 36/22
36/25 37/5 37/10
37/13 38/5 38/7 39/5
39/8 39/13 39/19 40/1
40/3 40/11 40/13
40/23 41/6 41/10
41/23 42/1 42/9 42/12
42/15 42/20 42/22
43/2 43/7 43/10 43/16
43/23 44/1 44/4 44/8
44/11 44/14 44/16
44/19 44/21 44/25
45/8 45/11 45/14
45/21 45/24 46/6 46/9
46/13 46/17 46/24
47/2 47/4 47/7 47/10
47/14 47/21 48/2 48/5
48/17 49/13 49/16
49/19 50/9 50/13
50/16 50/23 51/2
51/14 51/21 52/13
52/25 53/6 53/9 53/11
53/20 53/23 54/7
54/12 54/16 54/20
54/23 54/25 56/2 56/5
56/8 56/10 56/14

THE COURT:... [644]
56/19 57/1 57/13 58/4
58/10 58/18 58/25
59/16 59/22 60/2 60/5
60/17 60/20 61/8
61/14 61/19 62/8
62/11 62/15 62/17
62/21 62/24 63/5 63/9
63/16 63/20 64/4
64/10 64/13 64/15
64/19 65/5 65/13
65/16 65/21 66/4
66/17 66/23 67/5 67/8
68/4 68/8 68/10 68/12
68/15 68/20 69/1 69/6
69/8 69/13 69/15
69/17 69/21 69/24
70/3 70/6 70/25 71/4
71/14 71/19 71/24
72/2 72/4 72/6 73/11
73/19 73/22 73/25
74/4 74/6 74/12 74/15
74/18 74/23 75/2 75/7
75/10 75/15 75/25
76/4 76/7 76/12 76/15
77/1 77/17 77/22
78/5 78/17 78/22
78/24 79/1 79/4 79/8
79/14 79/19 80/2
80/20 81/6 81/8 81/10
81/18 81/23 81/25
82/2 82/6 82/16 82/20
82/23 83/2 83/5 83/14
84/5 84/8 84/10 84/12
84/14 84/17 84/21
84/24 85/2 85/6 85/10
85/12 85/14 85/17
85/19 85/21 85/24
86/2 86/5 86/7 86/10
86/12 86/14 86/16
86/18 86/20 86/23
87/1 87/7 87/15 87/21
87/25 88/6 88/8 88/10
89/1 89/4 89/8 89/10
89/14 89/18 89/22
90/9 90/14 90/18
90/22 91/11 91/15
91/19 91/23 92/2 92/5
92/9 92/12 92/15
92/17 92/20 92/23
93/1 93/5 93/7 93/9
93/11 93/14 93/18
94/3 94/11 94/16
94/20 94/24 95/11
95/19 95/21 95/25
96/2 96/12 96/15
96/18 96/21 96/24
97/1 97/3 97/6 97/10
97/13 97/15 97/17
97/21 97/23 98/2 98/9
98/11 98/16 98/18
98/25 99/4 99/8 99/12
99/22 99/24 100/2
100/14 100/16 100/18
101/4 101/7 101/11
101/14 101/16 101/20
101/24 102/6 102/9

103/10 103/20 103/24
104/10 104/13 104/21
104/24 105/4 105/12
105/15 105/19 106/2
106/7 106/11 106/16
106/18 107/19 108/5
108/17 109/4 109/8
109/10 109/18 110/2
110/5 110/8 110/13
110/16 110/18 110/21
111/4 111/12 111/17
111/22 112/6 112/9
112/12 112/17 112/20
113/1 113/5 113/8
113/10 113/12 113/14
113/18 113/23 114/2
114/7 114/9 114/11
114/13 114/22 115/3
115/6 116/3 116/19
116/21 117/10 117/12
117/25 118/13 118/22
119/10 119/14 119/16
119/19 119/23 119/25
120/4 120/8 120/15
120/17 120/19 120/24
121/2 121/6 121/15
121/17 121/19 121/22
121/25 122/2 122/4
122/6 122/8 122/10
122/17 122/19 122/23
123/8 123/10 123/18
124/2 124/4 124/18
124/24 125/4 125/7
125/14 125/20 126/17
126/21 127/7 127/11
128/19 128/21 129/8
129/12 129/16 129/21
129/24 130/9 130/16
130/23 131/2 131/10
131/13 131/19 131/23
132/5 132/9 132/15
132/17 132/24 133/1
133/4 133/7 134/5
134/8 134/15 134/18
134/24 135/1 135/10
135/15 135/17 135/20
135/24 136/5 136/15
136/23 137/2 137/19
137/23 138/2 138/13
138/17 139/2 139/7
139/11 139/18 139/22
140/7 140/18 140/24
141/9 142/1 142/7
142/21 142/24 143/10
143/12 143/14 143/20
143/23 143/25 144/3
144/10 144/14 144/19
145/10 145/19 145/24
146/3 146/6 146/9
146/13 146/16 146/20
147/11 147/17 148/5
148/8 148/22 148/25
149/3 149/6 149/14
149/16 149/21 149/25
150/4 150/9 150/12
150/18 150/23 151/2
151/6 151/12 151/16
151/18 151/21 152/6

152/23 153/9 153/13
153/17 153/20 153/23
154/1 154/3 154/5
154/8 154/13 154/15
154/17 154/21 154/24
155/4 155/7 155/10
155/16 155/18 155/21
155/25 156/3 156/6
156/9 156/14 156/17
156/20 156/23 157/7
157/12 157/16 157/22
157/25 158/8 158/12
158/19 159/6 159/10
159/14 159/16 159/20
160/1 160/5 160/8
160/15 160/20 160/24
161/8 161/11 161/17
161/20 162/2 162/6
162/15 162/19 162/21
162/23 163/1 163/4
163/9 163/12 163/15
163/18 163/21 163/23
164/5 164/8 164/10
164/15 164/22 164/25
165/2 165/6 165/10
165/13 165/22 166/13
166/18 167/2 167/7
167/15 167/24 168/8
168/11 168/19 168/22
168/25 169/7 169/16
169/20 170/3 170/5
170/23 171/5 171/9
171/15 171/20 171/22
171/24 172/5 172/13
172/16 172/21 173/1
173/3 173/9 173/14
173/19 173/24 174/5
174/11 174/13 174/17
174/19 174/23 175/1
175/7 175/19 175/22
175/25 176/11 176/16
176/22 176/24 177/3
177/8 177/11 177/15
178/1 178/6 178/8
178/11 178/14 178/18
178/22 178/25 179/2
179/4 179/7 179/11
179/15 179/17 179/22
180/2 180/10 180/18
180/20 180/23 181/1
181/6 181/8 182/11
182/19 183/4 183/10
183/15 183/25 184/2
184/4 184/8 184/11
184/20 184/24 185/7
185/9 185/14 185/17
185/21 185/23 186/3
186/14 186/17 187/12
187/15 187/21 187/24
188/7 188/9 188/17
188/20 189/1 189/5
189/8 189/12 189/20
190/4 190/12 190/14
190/18 190/22 190/25
191/5 191/12 191/23
193/11 193/24 194/12
194/15 194/17 194/25
195/9 195/12 195/16

THE COURTROOM
DEPUTY: [17]   2/2
31/10 37/8 45/7 60/16
79/24 109/17 110/3
125/17 143/22 193/8
193/19 194/16 194/18
195/2 195/23 198/4
THE DEFENDANT: [1]
2/17

'18 [1]   189/4
'84 [5]   21/20 22/3 22/7
22/9 22/11
'86 [5]   21/20 22/4 22/8
22/10 22/12
'90s [1]   108/15

0

0007 [1]   144/1
0021 [2]   127/14
129/21
006 [1]   1/3
0104 [2]   165/10 194/8
0153 [3]   25/13 194/21
194/22
0220 [1]   195/5
0230 [1]   193/22
0231 [1]   193/22
0233 [5]   31/16 80/8
127/22 133/5 194/7
0241 [2]   173/1 195/23
0248 [3]   45/7 45/8
194/7
0262 [2]   81/8 195/4
0269 [2]   40/11 194/7
0270 [1]   193/22
0271 [1]   4/13
0336 [1]   193/22
0350 [1]   194/7
0361 [2]   37/8 37/10
0403 [4]   11/16 194/11
194/13 194/14
0414 [4]   60/16 60/16
60/17 194/7
0429 [1]   98/16
0476 [2]   120/17 194/8
0524 [1]   193/22
0527 [1]   195/2
0537 [2]   193/22
193/25
0605 [2]   9/11 194/19
0650 [2]   64/12 194/7
0652 [3]   101/4 110/14
194/8
0667 [2]   151/19 195/7
0736 [2]   115/4 194/8
0759 [2]   188/18
195/24
0811 [3]   64/11 74/16
194/23
0842 [2]   160/6 194/8
0851 [6]   88/8 109/12
109/25 125/23 128/17
128/19
0900 [1]   194/7
0963 [3]   110/15
110/16 194/8
0969 [1]   194/7

1

10 [2]   98/24 146/3
1058 [1]   2/12
1071 [1]   155/8
11 [2]   139/2 195/8
11-1906 [1]   124/15
1134 [1]   181/6
1147 [1]   194/7
1169 [1]   150/2
1172 [1]   135/18
1174 [1]   184/2
11:28 [2]   79/21 79/23
11:35 [1]   79/22
12 [3]   33/18 140/13
194/23
1200 [2]   1/15 193/22
12:45 [1]   123/21
12:47 [1]   125/16
12th [1]   46/2
13 [5]   115/17 144/24
144/25 145/11 145/13
1350 [1]   1/18
13th [2]   140/21 185/19
14 [20]   25/5 25/6 31/5
37/1 45/3 59/23 64/5
74/7 79/15 88/1 98/12
109/5 114/23 123/24
128/9 135/11 154/25
165/3 172/22 191/25
14-month-old [1]   98/22
14th [1]   185/19
15 [2]   104/19 192/21
16 [2]   31/2 192/21
17 [1]   119/15
18 [4]   134/7 134/8
134/15 165/15
1865 [3]   124/25 125/3
125/4
1906 [1]   124/15
1985 [1]   72/14
1990 [4]   92/11 93/6
93/8 126/14
1991 [1]   72/19
1992 [2]   105/25
106/17
1998 [1]   72/19
1:45 [1]   125/15

2

20 [4]   1/6 68/9 130/4
144/4
20001 [2]   1/23 199/10
2001 [1]   73/7
20036 [1]   1/19
2012 [1]   48/10
2013 [2]   73/8 170/17
2014 [3]   170/18
170/20 189/4
2015 [2]   36/1 36/9
2017 [2]   73/9 189/4
2019 [2]   17/10 170/20
202 [1]   1/19
2020 [1]   35/2
2021 [5]   12/15 47/16
101/17 171/2 174/24
2022 [1]   1/6
21-006 [1]   1/3
21-6 [4]   2/3 79/25

**2**

21-6... [2] 125/18
193/9
222 [1] 1/12
22nd [5] 38/21 39/3
39/6 39/9 39/21
23 [1] 199/8
24 [2] 3/13 109/24
25 [2] 109/25 163/14
253 [1] 1/12
26 [1] 110/1
26th [4] 39/10 39/15
39/20 40/4
27 [7] 109/11 110/3
110/4 110/5 122/15
122/22 122/23
28 [5] 124/25 125/6
135/13 143/22 143/23

**3**

30 [2] 109/14 110/10
30,000-foot [1] 32/10
31 [1] 194/14
312 [1] 1/15
31st [1] 122/5
32 [1] 128/1
33 [6] 128/3 128/4
128/13 133/1 192/3
194/22
333 [2] 1/23 199/9
34 [1] 80/9
3:45 [1] 193/6

**4**

4/30/23 [1] 199/8
43rd [1] 109/25
4:45 [1] 100/11

**5**

5:00 [3] 99/8 100/5
100/9
5:00 job [1] 28/19
5:30 p.m [1] 98/23

**6**

60 [1] 26/8
6:00 [1] 99/18
6th [1] 45/20

**7**

7:00 [1] 99/21

**8**

8:00 a.m [1] 98/23
8:00 at [1] 99/17
8th [1] 101/12

**9**

90012 [1] 1/16
99513 [1] 1/13
9:00 to [1] 28/19
9:35 [1] 2/1
9th [2] 101/19 174/22

**A**

a.m [3] 2/1 79/23
98/23
ABA [1] 69/11
ability [6] 64/25 106/13

187/8
able [35] 3/25 6/7
13/24 14/20 21/7
32/17 37/15 47/11
64/21 66/12 66/14
67/21 74/24 78/15
83/25 100/8 103/18
107/1 107/17 111/25
115/19 115/20 121/13
129/1 136/11 138/18
139/18 140/4 148/9
153/1 153/3 173/10
177/23 186/25 197/9
about [350] 2/16 3/7
3/11 3/13 3/25 4/2
4/16 5/5 5/6 6/6 6/8
6/8 6/20 8/9 8/12 10/1
10/8 11/19 11/23
12/20 12/20 12/22
12/22 13/4 13/7 13/15
14/15 14/18 17/3 17/3
18/20 21/8 21/9 22/23
23/1 24/1 24/4 25/24
26/10 27/2 27/4 28/16
28/21 29/14 31/21
31/22 32/6 32/19 33/2
33/11 33/17 34/20
37/15 38/7 38/15
38/16 40/15 40/23
40/25 41/2 41/3 41/4
41/12 41/16 41/17
43/10 43/19 44/4
47/11 48/6 50/23
50/24 51/21 51/23
52/14 52/15 52/17
53/25 55/12 56/3
56/25 57/16 57/17
57/19 57/19 57/20
57/21 60/24 61/9
61/22 61/23 61/24
64/20 65/6 65/7 65/8
66/7 66/9 66/9 67/11
67/18 67/20 68/15
69/17 69/21 70/7
70/10 70/18 71/5 71/7
71/11 71/14 74/19
74/23 75/12 76/8 78/5
78/6 78/10 80/10
80/12 80/18 82/9
82/10 82/23 83/2 83/7
83/10 83/24 83/25
84/3 85/2 86/7 87/1
88/13 89/2 89/14
89/25 90/2 90/4 90/18
90/19 91/6 92/2 92/11
92/17 94/11 94/20
95/3 95/7 95/13 95/14
97/10 98/3 99/7 99/13
100/2 101/16 102/9
102/11 102/11 102/15
103/11 103/12 103/14
103/25 104/6 105/15
107/4 107/5 107/6
107/12 107/20 107/20
107/23 107/25 108/1
108/6 108/12 108/18
108/20 108/22 108/23
108/25 110/6 111/17

112/21 113/14 113/23
114/22 115/10 115/24
116/4 116/6 116/10
116/16 116/25 117/1
117/3 117/5 117/12
117/13 118/23 118/24
119/2 121/3 121/7
121/10 122/23 123/6
124/5 124/6 124/8
127/23 128/22 129/17
130/1 130/7 130/11
130/20 131/7 132/18
134/7 134/15 136/8
137/2 137/20 137/21
138/3 138/5 138/9
138/12 138/21 139/11
139/19 140/9 140/12
140/19 141/6 141/10
141/11 141/12 141/13
142/1 142/14 142/15
143/2 144/15 145/20
145/20 146/13 146/16
146/24 146/25 147/1
147/19 147/20 147/22
147/23 147/23 147/23
147/25 148/11 148/20
148/23 150/12 150/19
151/2 151/25 152/6
152/16 152/25 153/3
153/18 156/2 156/6
156/9 156/11 156/17
157/1 157/19 158/12
158/24 160/12 160/13
161/1 161/11 161/25
162/2 162/4 162/6
162/7 162/10 162/11
163/9 163/14 164/1
164/6 164/11 164/13
165/23 166/3 166/21
166/21 166/23 167/16
168/22 169/16 170/21
170/22 171/3 171/10
171/15 173/16 173/24
174/14 175/1 175/3
175/12 175/16 175/22
176/2 176/3 176/3
176/6 176/17 177/15
178/15 182/21 182/23
183/7 184/12 184/12
185/24 186/23 187/9
188/2 188/24 189/14
189/19 189/22 189/22
189/23 190/13 191/13
193/1 196/10
above [1] 199/5
above-entitled [1]
199/5
absolutely [9] 15/19
15/24 18/10 109/3
119/19 129/18 132/24
160/1 184/10
abuse [3] 104/5 105/23
105/24
accept [2] 123/4 126/2
accepting [2] 115/15
145/17
access [1] 196/10
accommodate [1]

according [4] 94/18
95/4 95/17 96/5
accountable [1] 41/4
accounts [2] 77/18
77/19
accurate [2] 87/24
199/4
acknowledge [2] 20/21
142/19
acquaintances [2]
105/12 105/13
acquit [1] 116/16
acquittal [2] 67/2 67/15
across [3] 79/11
105/23 188/25
act [3] 58/16 167/13
167/14
acting [1] 56/16
actions [3] 40/21 41/5
111/20
actively [1] 77/21
actual [2] 135/7 186/6
actually [22] 3/12 3/22
16/8 34/1 35/22 38/21
56/17 56/18 69/9
69/11 88/21 88/23
99/6 105/2 107/10
123/19 127/12 130/2
134/22 141/7 159/7
173/4
addition [1] 113/20
additional [5] 36/23
53/21 53/23 170/9
195/1
address [4] 13/21
38/24 38/25 94/7
adjudicate [2] 109/1
153/4
adjudicating [2] 41/13
108/2
adjudication [1] 108/19
adjust [1] 66/21
administrative [1]
44/13
admitted [16] 3/10 6/10
6/18 6/23 10/2 13/17
14/19 21/10 49/2 49/2
50/10 62/3 153/4
159/2 182/25 189/25
advantage [1] 50/12
advice [1] 87/23
advise [1] 169/24
advisory [1] 69/12
advocacy [1] 106/24
advocate [1] 104/4
affect [7] 8/17 64/24
65/18 138/22 165/18
165/20 184/19
affiliation [1] 171/4
affiliations [1] 55/5
affirmatively [3] 81/13
120/10 127/24
after [33] 13/1 18/14
26/21 30/25 41/8 49/4
49/7 63/11 63/13 72/9
89/8 96/15 102/18
111/15 123/5 124/16
128/13 128/24 129/5

129/9 129/11
129/12 130/7 131/17
136/19 138/10 144/8
150/25 152/8 158/10
160/22 166/8
aftermath [4] 64/23
77/2 77/6 148/21
afternoon [15] 110/13
110/13 110/14 114/24
115/3 120/15 120/16
123/25 125/20 149/25
160/4 160/5 173/1
183/25 184/1
afterward [1] 103/13
afterwards [4] 9/11
77/1 147/7 156/25
again [45] 14/13 14/16
14/19 15/17 31/6 40/4
59/11 60/8 68/4 70/10
70/21 75/13 83/10
83/24 84/1 85/23
90/14 112/20 113/15
113/23 117/6 118/23
119/3 120/24 121/17
122/8 125/2 128/6
128/16 142/7 146/20
147/17 159/14 161/20
162/6 162/9 163/18
169/23 174/17 176/24
177/16 185/21 187/23
196/23 197/14
against [3] 48/13 50/4
169/5
agency [1] 154/11
agent [1] 16/14
agents [4] 180/15
180/16 180/21 180/23
ago [14] 20/3 33/18
43/1 48/10 68/8 70/17
85/17 93/5 106/16
133/17 134/2 136/1
164/11 170/22
agree [6] 12/3 52/8
124/18 126/1 127/11
187/20
agreement [4] 130/11
130/20 131/12 131/20
agrees [1] 197/14
ah [1] 131/17
ahead [1] 81/6
aide [3] 137/8 137/10
137/11
air [1] 182/7
airline [1] 63/1
airport [2] 35/13 35/14
airports [1] 35/13
Alaska [1] 1/13
alerts [2] 111/3 111/6
all [289] 2/7 4/4 4/8
7/24 8/12 8/16 9/9
9/12 11/4 11/8 11/10
11/15 11/17 11/25
13/7 13/9 13/23 14/1
14/17 15/7 16/4 16/15
16/16 16/24 17/7
18/11 19/13 19/16
19/18 20/16 20/17
21/8 21/16 24/25
25/13 26/21 26/25

**A**

all... [252] 27/1 27/16
28/6 29/18 29/24 30/2
31/4 31/4 31/19 32/7
32/15 33/7 34/5 34/6
35/5 35/10 36/22
36/25 37/10 40/1 40/3
40/11 40/13 41/11
42/5 43/10 43/16
46/3 47/14 47/21
49/12 50/16 54/13
54/16 56/19 57/3
57/25 58/10 59/16
60/14 60/17 60/21
62/2 62/11 63/20 64/4
64/15 65/5 65/5 65/13
66/17 66/23 67/8
67/17 67/24 69/2 71/6
71/14 73/11 73/16
74/4 74/6 74/11 74/15
74/18 75/1 75/2 75/14
76/12 78/17 79/14
80/2 81/5 81/6 81/12
81/18 82/20 86/16
86/20 88/12 88/21
88/23 88/24 89/10
90/4 90/18 91/11
92/13 93/18 94/8
94/11 94/13 94/24
95/4 95/12 96/2 96/18
98/11 99/8 99/12
99/22 99/24 100/2
100/16 100/18 102/13
102/21 103/13 103/19
103/20 104/5 104/20
104/22 104/24 105/4
105/15 105/18 106/15
106/18 108/5 109/4
110/8 111/2 112/1
112/6 112/9 112/10
113/5 113/14 114/2
114/22 115/12 119/10
120/8 120/19 121/6
122/24 124/4 124/25
125/8 125/14 126/1
126/2 128/6 128/17
128/21 129/21 130/14
132/5 132/15 132/17
132/20 133/4 134/18
134/24 135/13 135/17
135/20 137/2 137/19
137/19 138/2 139/7
141/24 141/25 141/25
142/10 142/17 142/21
143/1 143/12 143/14
144/3 144/20 145/14
145/24 148/5 148/14
148/22 149/14 149/16
149/25 150/18 151/21
153/23 154/24 155/3
155/7 155/10 158/19
158/21 159/20 161/6
161/11 164/8 165/7
165/10 165/22 166/23
170/5 170/23 172/21
173/14 173/16 179/7
179/21 179/25 180/10
181/1 181/6 181/8

184/24 185/24 186/17
186/22 187/12 187/25
188/6 188/7 188/9
190/4 190/14 192/7
192/8 192/11 193/4
193/11 194/17 194/25
195/9 195/12 195/19
195/21 195/23 195/25
196/1 196/22 197/3
197/4 197/10 197/11
197/19 197/22 198/2
198/3
alleged [3]  49/6 55/14
116/7
Allen [3]  1/11 2/4
174/5
allow [2]  197/15
197/16 197/19
allowed [1]  51/10
allows [1]  124/15
along [3]  148/8 149/13
196/6
already [5]  38/5 38/6
115/23 115/25 123/15
also [102]  2/5 3/21 6/5
7/4 7/5 9/9 9/15 14/1
17/7 21/17 23/5 27/11
27/12 28/24 29/18
33/2 33/14 43/16
43/17 46/13 47/14
48/6 50/17 51/9 52/7
53/24 54/2 54/25 56/2
56/12 57/13 65/16
65/25 66/23 67/24
68/3 68/7 68/20 69/13
70/3 70/13 75/2 75/25
76/16 82/16 83/14
84/5 85/6 89/11 90/9
90/12 90/17 91/11
92/5 95/18 98/23
101/21 102/14 103/20
103/25 105/19 112/6
113/1 113/18 114/19
136/15 136/21 139/2
139/7 139/22 140/7
140/10 141/9 144/24
146/3 146/20 146/22
148/24 153/9 156/20
165/24 167/2 168/25
170/9 170/22 171/19
175/7 176/11 177/3
177/6 177/8 178/1
181/24 184/25 185/4
185/12 186/3 188/3
189/12 190/4 194/3
194/4
alternate [4]  67/7
99/14 192/19 192/20
alternatively [2]  171/7
171/12
although [4]  64/1 64/24
172/9 186/11
always [3]  120/4
129/14 163/13
am [138]  2/12 4/18
6/16 10/5 10/23 10/24
11/21 12/19 13/21
14/16 15/2 15/7 15/15

23/7 23/16 23/17 25/3
25/14 26/22 27/1 27/4
27/14 30/4 31/5 34/5
34/7 37/24 37/25
37/25 38/1 38/20
38/23 39/3 41/12
45/20 51/20 51/25
51/25 52/16 55/19
56/15 56/16 59/22
60/12 61/20 64/4
65/24 69/10 69/14
70/1 70/17 71/6 71/17
72/3 73/25 78/9 78/19
79/11 79/14 82/7
83/17 85/15 86/11
87/5 89/20 90/24
93/20 94/3 94/6 95/5
97/19 98/23 101/6
103/10 103/22 104/3
108/10 108/11 108/14
109/22 111/22 113/13
114/4 115/5 115/23
118/18 119/12 119/17
119/19 119/20 120/8
121/7 123/2 123/18
126/5 126/7 129/16
131/15 137/7 138/24
148/10 150/21 153/12
153/25 158/15 162/18
162/20 164/2 164/3
165/2 166/18 169/13
169/18 172/12 172/21
174/7 177/16 177/19
178/20 178/23 179/5
182/20 184/3 186/9
186/10 186/21 188/17
189/3 189/21 190/16
191/25 196/5 196/17
197/2 197/12
Amazon [2]  162/20
163/5
ambassadors [1]  37/20
AMERICA [1]  1/2 2/3
63/18 63/23 79/25
125/18 193/9
American [4]  3/18 3/19
3/23 37/21
Americans [1]  3/14
among [1]  180/20
amount [4]  129/7
129/9 133/20 196/6
Anchorage [1]  1/13
Angeles [2]  1/16
146/12
angiogenesis [1]  30/18
angry [1]  183/7
announced [1]  194/2
another [10]  49/24
116/22 122/17 136/11
137/13 137/16 159/24
183/20 188/11 196/24
answer [19]  10/8 27/21
37/14 64/17 80/19
130/6 134/4 136/21
141/8 155/13 159/13
159/15 164/3 171/18
184/25 186/15 191/15
196/17 197/12

64/16 74/18 75/2
80/14 81/12 103/25
110/21 115/8 116/22
117/13 120/20 127/24
135/21 136/18 136/24
146/3 148/14 162/16
165/15 173/3 181/10
184/5 188/20 190/8
answering [2]  61/10
110/19
answers [6]  60/21
101/7 143/8 160/9
197/1 197/21
anti [1]  3/19
anti-American [1]  3/19
anxiety [1]  100/11
any [188]  4/4 5/5 5/10
5/11 6/6 6/21 6/22
6/24 7/9 9/3 9/8 9/25
13/1 13/12 14/6 14/20
20/24 21/6 21/11
21/21 22/1 22/10
23/10 24/25 26/12
27/4 27/7 29/11 29/12
29/14 32/9 32/17
32/22 33/1 33/7 34/6
35/2 36/2 36/18 36/23
38/3 39/13 39/16
39/19 41/7 41/18
43/10 44/1 44/21
44/25 46/17 48/21
49/7 51/14 52/20
52/21 53/11 57/22
57/23 60/13 61/22
61/23 62/5 63/5 66/20
67/18 69/2 69/8 69/24
70/11 71/1 71/10
71/11 74/1 75/19
75/22 76/4 77/4 77/20
77/22 77/22 78/13
80/13 80/22 83/12
83/19 86/23 87/25
90/6 91/1 91/5 91/24
99/18 103/17 103/17
100/20 105/5 106/18
107/20 108/6 108/7
108/18 108/22 108/23
108/23 109/15 111/7
112/4 112/24 115/14
115/18 116/4 116/4
116/17 116/19 117/6
117/14 118/1 118/13
121/12 122/25 125/9
126/3 127/4 127/19
128/16 129/4 133/12
133/13 133/19 133/23
134/1 134/18 140/1
142/1 142/1 142/16
142/24 142/25 146/15
146/9 146/13 150/23
152/6 153/6 153/6
153/20 153/20 154/5
154/9 156/14 158/8
159/20 159/22 160/20
161/1 162/10 163/23
166/13 166/13 166/14
167/15 167/17 168/13
170/7 170/23 171/4

172/10 172/13 175/14
176/2 176/24 177/21
177/23 180/10 180/16
180/23 182/11 183/17
184/16 188/10 190/10
191/24 193/3 196/11
anybody [3]  32/24 33/7
140/3
anymore [2]  105/11
189/2
anyone [8]  8/2 11/4
47/19 80/12 91/23
168/11 192/16 197/20
anything [89]  5/6 5/25
6/19 6/19 15/13 19/4
22/23 23/1 28/21
29/14 33/11 37/24
38/12 41/16 41/16
43/10 44/4 47/10 50/7
57/15 61/21 61/24
64/20 67/11 67/20
68/15 69/21 74/23
75/12 83/2 85/2 86/7
90/18 90/19 92/2
94/20 95/23 98/8
101/20 101/24 102/5
102/6 102/9 102/11
104/13 105/15 107/13
108/21 111/17 111/23
112/17 113/14 113/23
116/1 118/20 125/10
132/22 140/25 142/13
142/14 146/16 148/20
151/2 152/16 152/21
152/25 156/9 156/17
158/12 158/23 161/1
162/7 163/23 165/22
168/22 172/17 173/21
173/24 175/1 175/3
176/2 176/3 176/16
176/16 177/15 178/14
185/24 186/12 196/7
anyway [1]  3/19
anywhere [6]  16/21
45/22 134/3 144/11
192/12 192/13
apartment [3]  38/21
39/3 39/6
apologies [1]  77/12
apologize [2]  47/20
174/6
appeal [1]  130/8
appeals [1]  42/13
appearance [1]  51/10
APPEARANCES [1]
1/10
appears [1]  126/12
appellate [1]  16/22
applications [1]  57/11
applies [2]  93/24
124/17
apply [3]  115/16
124/18 145/25
applying [2]  115/15
145/17
appreciate [6]  132/18
132/20 132/22 143/16
149/17 183/15

**A**

approach [4] 94/25
132/6 187/13 195/10
appropriate [1] 54/3
approximately [1]
72/20
Arab [1] 37/20
architecture [1] 154/23
are [245] 2/4 2/8 4/1
4/8 4/15 5/5 5/15 5/20
6/25 8/2 11/1 13/23
15/4 15/4 15/6 16/17
17/9 17/18 18/10 19/5
19/11 23/14 25/13
25/18 27/4 29/3 29/6
29/10 30/8 30/16
31/16 34/12 36/25
37/10 37/17 39/6
40/11 41/4 43/18
43/19 45/8 45/21
45/21 45/22 46/7
55/20 56/2 57/6 60/17
62/12 64/11 65/6
66/11 66/14 66/19
68/21 69/8 69/11
69/13 69/24 74/8
74/15 75/17 79/24
80/2 80/15 80/15 81/8
83/7 83/9 83/24 86/18
87/8 87/8 88/8 89/24
90/16 91/12 91/16
91/20 93/1 94/3 94/14
95/2 97/18 98/11
98/13 98/16 99/12
100/19 101/4 102/15
102/25 104/25 105/1
105/3 105/5 105/10
107/4 107/15 108/8
108/22 109/5 109/11
109/18 110/14 110/18
112/22 113/3 113/12
114/22 115/3 118/10
119/1 120/9 120/17
121/8 121/10 121/22
123/19 123/22 123/23
125/2 125/17 128/19
128/23 128/25 129/21
130/23 131/3 131/3
131/19 132/21 133/4
133/5 135/8 135/18
136/20 137/4 137/20
137/23 137/25 138/18
139/18 139/22 139/25
140/4 140/8 142/10
143/15 143/25 144/16
145/19 147/9 147/20
147/21 147/25 148/8
149/16 150/2 151/6
151/19 153/10 154/17
154/24 155/1 155/8
156/2 158/16 159/7
159/22 160/6 162/6
162/8 162/15 162/17
164/16 164/17 164/22
165/3 165/10 165/16
166/15 168/8 168/11
170/6 172/7 172/11
172/22 173/1 173/4
173/11 175/25 176/21

178/4 178/6 181/1
181/6 181/11 182/9
182/19 183/4 183/13
183/18 183/18 184/2
185/19 185/22 185/23
186/25 188/6 188/9
188/16 188/18 189/20
191/15 191/16 192/1
192/14 193/5 193/8
193/11 193/12 193/14
193/15 193/18 193/25
194/5 195/5 195/6
195/15 195/18 195/24
196/16 196/19 196/19
196/20 196/21 197/5
197/8 197/21 197/24
area [8] 24/21 71/22
84/25 101/19 133/14
133/20 146/14 163/20
areas [1] 197/6
aren't [1] 144/10
argue [1] 164/6
argument [4] 48/12
48/25 49/1 49/24
arguments [1] 70/14
armed [4] 24/24 42/14
190/8 190/9
arms [1] 152/19
army [2] 16/4 16/5
around [8] 15/3 17/24
18/24 66/19 133/25
136/3 163/20 167/11
arranged [1] 192/7
arrangement [2] 99/14
99/15
arrest [2] 97/4 97/5
arrested [4] 2/20 2/20
48/11 48/14
arrival [1] 157/20
arriving [1] 77/3
Art [1] 154/4
articulate [1] 125/25
arts [3] 78/20 78/25
79/12
as [215] 2/17 2/18 2/23
2/25 2/25 3/9 6/5 6/5
6/10 6/18 6/23 9/23
9/23 10/24 13/17
14/19 15/1 15/5 18/1
19/7 19/7 20/17 20/17
21/11 22/21 24/22
24/23 25/8 25/8 25/24
26/3 26/18 26/18 27/7
27/18 32/7 32/7 32/20
35/1 37/16 39/22
39/22 40/25 41/6 41/6
41/15 42/2 43/4 43/23
43/23 47/12 49/3
49/21 50/24 50/24
51/8 52/19 57/21
57/21 57/23 58/16
59/8 60/13 61/14
61/14 61/19 62/4 62/5
64/21 64/25 65/18
65/24 65/25 66/7 66/7
67/22 70/7 70/7 70/15
70/15 70/16 71/9 73/9
75/2 75/2 75/17 75/19

77/9 78/12 82/6 82/8
82/13 83/1 83/8 83/19
85/2 86/3 86/24 87/4
88/22 88/22 89/4 89/4
89/24 90/6 90/22 91/1
91/24 91/25 92/24
93/19 93/24 93/25
94/6 95/9 100/3 100/3
103/6 103/16 106/13
107/10 107/17 108/20
109/2 110/5 111/23
112/3 112/23 115/21
116/24 117/4 119/4
121/11 121/12 124/6
124/15 125/9 127/19
129/1 133/10 134/10
135/3 136/6 139/3
139/8 139/15 139/25
140/1 140/14 141/15
141/21 142/11 142/13
144/8 146/22 147/7
147/7 147/21 148/1
148/10 149/1 153/5
153/21 157/9 157/14
158/5 158/22 159/2
160/25 161/3 161/15
161/15 162/8 163/6
163/7 163/7 166/7
166/19 166/24 168/3
168/6 170/1 170/1
170/7 170/16 171/6
171/6 175/15 175/25
176/8 177/17 177/20
179/9 180/8 180/15
180/20 182/3 182/3
182/5 182/19 182/25
185/4 185/4 187/18
189/9 189/20 190/1
191/6 195/13 195/16
197/8
ascending [26] 3/2
9/18 14/7 20/25 26/20
26/23 41/7 51/15
61/16 71/1 77/23 82/3
89/5 89/17 102/25
111/14 118/14 142/2
147/13 150/24 152/7
158/9 160/21 166/15
176/13 182/12
aside [82] 3/6 3/8 4/3
6/7 9/25 10/1 12/20
13/13 13/14 13/15
14/18 15/17 21/7 21/9
21/10 27/5 27/16
32/18 32/18 38/10
41/11 52/16 52/17
52/23 59/8 59/13 62/2
65/10 65/10 71/7 71/8
78/9 78/10 80/23 82/8
82/11 82/11 83/10
83/25 89/25 90/4
103/13 103/14 108/21
108/24 109/1 111/25
112/2 112/22 116/8
116/25 117/2 117/3
117/6 119/2 121/9
121/10 138/18 139/18
142/10 142/17 145/25

153/3 158/23 161/1
162/9 162/10 162/12
166/23 176/5 176/6
182/24 183/9 184/21
185/9 186/23 186/23
189/22 189/24
ask [59] 12/19 14/21
19/5 25/3 27/14 34/14
36/25 37/15 39/15
46/3 50/17 54/8 58/19
58/21 58/25 61/8
61/20 62/13 64/13
64/20 67/2 71/6 75/10
80/18 89/18 93/14
94/24 95/3 95/13
95/14 105/1 107/12
108/21 109/10 124/8
124/8 125/23 127/23
128/22 129/10 129/14
134/24 138/4 145/10
147/19 148/18 148/19
153/17 156/23 160/8
162/17 166/19 180/14
189/21 190/15 191/25
192/8 196/17 198/2
asked [20] 6/6 9/23
34/10 34/12 47/25
54/2 61/20 76/4 80/10
80/12 89/23 124/6
130/6 130/15 131/14
132/1 145/12 147/21
164/1 171/3
asking [6] 78/9 107/16
117/20 133/22 148/23
186/21
assault [1] 85/16
assaulted [1] 85/25
assistance [1] 178/25
assistant [2] 72/12
178/24
assisting [2] 168/5
178/20
associated [1] 160/10
association [6] 62/23
62/25 63/2 63/14
154/23 168/2
assume [3] 104/24
104/25 115/17
assumes [1] 106/4
assuming [2] 109/12
127/24
Atlas [1] 78/20
atrocities [1] 71/23
attack [1] 20/12
attacking [1] 158/4
attempt [2] 40/22 52/4
attending [2] 144/6
144/9
attention [3] 70/23
100/12 132/19
attentive [1] 39/22
attorney [3] 29/7 167/5
170/19
Attorney's [4] 1/11 1/14
17/14 105/10
attorneys [5] 60/2 68/5
148/5 168/17 193/24
attorneys' [1] 168/16

35/17
AUSTIN [4] 1/5 2/3
125/19 193/10
Avenue [5] 1/12 1/18
1/23 188/24 199/9
average [1] 134/13
aviation [1] 64/2
awards [1] 139/16
aware [6] 66/3 66/11
107/3 107/4 108/10
108/12
away [4] 8/23 10/5
89/17 89/21

**B**

bachelor's [7] 30/14
30/17 35/20 56/11
62/19 114/10 179/19
back [65] 3/13 18/25
19/6 19/7 23/17 33/19
34/3 36/8 37/1 45/3
59/23 64/5 76/7 76/15
79/15 79/24 81/3 88/1
98/12 109/6 120/9
122/23 123/19 123/23
123/23 123/24 124/4
125/15 125/17 125/23
127/12 127/13 127/20
134/10 135/11 136/3
144/23 145/11 146/21
155/1 161/15 161/16
161/17 161/23 162/1
162/4 164/12 164/16
164/21 165/2 170/11
176/19 176/19 176/22
183/19 186/7 188/10
190/9 190/17 191/8
192/7 192/9 193/8
197/3 197/8
background [11] 18/17
21/21 23/3 30/13
70/16 72/2 107/21
108/6 131/16 179/18
190/19
backup [1] 54/11
baggage [1] 143/9
ball [1] 150/21
Baltimore [1] 1/19
bank [2] 93/4 94/13
banners [1] 118/19
bar [1] 65/3
base [2] 158/25 159/1
based [29] 13/16 14/18
15/20 27/5 27/9 27/16
32/20 38/11 38/11
65/10 71/8 78/11
82/12 83/11 90/5
103/15 109/1 112/2
112/23 116/11 117/3
117/7 121/11 148/1
149/12 153/4 166/24
186/24 189/25
basic [1] 5/11
basically [9] 22/22
24/19 24/20 26/14
27/13 27/15 36/20
39/11 82/25
basis [5] 60/6 60/7
60/10 130/7 142/25
batch [1] 193/14

batons [1] 181/22
be [210] 3/20 3/25 5/4
6/7 6/16 10/6 10/16
12/16 14/2 14/20
17/15 17/20 18/7 19/6
21/7 23/2 23/6 25/4
25/8 27/6 27/24 28/22
29/15 31/5 31/25
32/17 33/12 37/1
37/14 37/15 38/1 38/9
39/14 39/21 39/22
40/5 41/21 43/11
43/15 43/15 44/5 45/3
45/21 45/22 47/11
50/22 54/2 55/14
55/14 55/15 59/4
59/18 59/23 62/11
64/21 64/25 66/2
66/11 66/12 66/13
66/18 67/21 67/21
68/17 69/22 74/9
74/24 74/24 75/13
75/16 75/17 75/19
75/20 78/9 78/15
79/15 83/6 83/14
83/15 83/17 83/19
84/24 85/3 86/8 89/18
90/20 90/22 90/23
91/1 92/3 94/5 94/6
94/21 98/25 99/1 99/9
99/9 99/10 99/17
100/4 102/12 103/17
104/21 105/17 106/14
108/17 110/10 111/25
112/13 113/15 113/24
115/18 115/20 116/1
121/13 124/8 124/11
127/10 127/25 129/1
130/7 130/13 130/14
130/16 132/21 132/22
135/6 135/11 136/6
136/7 136/7 136/8
136/9 136/11 136/12
138/22 140/23 141/17
142/17 143/5 143/8
144/6 144/9 144/10
144/11 144/12 144/16
144/20 144/22 145/2
145/8 146/11 146/17
147/21 148/3 148/9
148/12 151/4 152/24
153/1 153/3 156/18
158/22 159/17 159/23
160/24 161/7 161/17
163/6 165/19 165/21
168/23 173/10 173/25
175/4 176/1 177/16
177/16 177/17 177/17
177/19 177/20 177/21
177/23 178/16 181/2
183/12 184/18 184/22
185/25 186/21 187/3
187/5 187/8 187/10
187/24 188/3 191/16
192/22 195/2 196/7
196/14 196/19 196/20
196/21 196/23 196/23
197/2 197/9 197/12

135/17 150/1 155/10
165/13 181/3
became [4] 72/12
72/25 73/10 117/18
because [46] 2/18
14/21 20/8 23/8 23/10
23/22 24/10 34/13
40/3 41/21 41/23
43/14 47/24 49/22
50/7 51/25 53/17 55/4
58/15 59/8 75/21
80/10 83/21 84/2 87/8
89/12 91/3 99/15
99/20 107/5 121/4
123/14 126/14 128/2
135/8 136/19 136/23
159/7 159/16 175/16
177/22 182/16 183/6
184/16 184/19 193/15
become [2] 72/14
192/22
been [70] 2/21 3/15
6/10 6/17 6/22 14/4
15/11 16/2 17/8 18/8
18/9 19/2 25/21 28/15
29/19 31/1 31/20
38/24 41/1 41/3 43/18
44/23 46/22 52/23
57/3 57/7 58/1 58/2
63/6 63/7 70/9 70/12
70/13 71/25 73/16
74/19 85/7 92/6 97/24
104/6 104/19 104/19
105/20 105/24 107/5
108/11 108/13 109/25
122/22 125/25 127/6
127/9 127/13 128/2
129/10 132/3 136/22
139/3 140/9 140/13
147/8 153/4 166/10
171/2 171/7 171/12
179/25 183/14 193/21
196/15
before [30] 1/8 9/23
12/25 13/1 13/1 16/2
18/20 30/23 46/17
54/20 54/25 81/1
92/11 94/13 109/10
109/13 116/1 116/24
120/5 122/19 125/10
127/12 128/16 154/9
158/20 170/11 171/1
186/11 192/4 196/11
began [1] 2/1
begin [4] 2/8 37/18
180/7 180/7
beginning [1] 10/7
behalf [1] 172/7
behind [6] 21/1 33/22
142/3 152/5 182/6
182/13
being [43] 11/11 13/23
16/13 18/10 19/7
25/17 28/17 28/18
40/6 41/4 48/20 49/17
51/4 51/5 58/7 58/7
64/6 64/10 77/5 79/16
88/10 100/8 104/14

129/17 132/18 136/16
143/16 143/16 149/18
151/8 151/21 155/11
159/23 160/5 165/13
173/19 187/4 187/11
188/17 192/2
beings [1] 65/6
belief [1] 183/14
believe [34] 3/21 41/19
47/18 47/24 51/9 55/8
55/13 58/2 59/1 59/9
59/13 62/7 62/10 65/2
75/24 76/2 80/14
84/16 93/6 112/14
129/12 130/12 146/7
151/1 169/10 169/10
172/4 173/23 174/25
177/23 183/2 183/5
187/7 190/3
believed [1] 48/13
bell [1] 172/3
belongings [2] 194/10
194/19
bench [6] 39/17 80/6
94/25 95/20 142/22
195/10
benefits [3] 114/4
114/19 114/20
best [13] 32/25 47/5
47/7 51/6 51/17 51/19
75/5 126/17 153/11
169/14 172/19 177/14
196/5
better [5] 27/15 64/2
110/6 143/9 149/6
between [9] 21/20 22/3
22/9 36/2 59/18 86/23
114/14 164/19 179/23
beyond [8] 32/13 42/3
45/18 115/14 116/14
116/23 119/7 145/16
bias [2] 33/1 55/6
biased [3] 51/25 54/1
55/1
Bill [1] 72/21
billing [4] 122/1 122/2
122/16 122/17
bio [1] 104/10
biology [2] 30/21 30/21
bit [15] 18/20 34/15
60/24 70/6 71/14 79/5
95/6 98/2 115/21
156/24 166/3 167/25
168/1 175/21 193/1
blah [5] 80/21 80/21
80/21 80/21 80/21
blind [1] 38/3
block [3] 102/4 141/6
185/5
blocks [5] 8/23 9/2
22/22 102/10 140/12
bomb [1] 137/12
book [2] 72/21 79/10
born [5] 75/20
both [16] 51/24 52/9
55/11 56/3 56/8 57/17
109/19 110/5 153/10
168/15 168/18 168/19

192/8
boutique [1] 36/17
box [10] 79/10 128/9
128/9 136/15 162/6
192/12 192/15 194/20
194/24 196/21
Brailsford [1] 114/19
brand [1] 154/19
branding [1] 154/11
breach [1] 38/2
breached [2] 51/5
141/17
break [13] 17/11 66/5
66/6 79/19 109/13
109/14 110/7 110/11
125/10 192/4 193/4
196/9 197/9
breaking [7] 152/3
157/18 158/3 158/6
166/7 181/20 189/17
breaks [5] 66/4 196/23
196/23 197/5 197/19
breast [1] 184/15
bridge [2] 124/11
127/1
brief [2] 30/22 170/20
bring [14] 2/10 22/4
64/5 80/2 109/10
116/5 125/23 127/12
127/13 127/16 127/20
128/8 128/17 192/5
bringing [1] 132/19
brings [1] 33/19
Brookings [2] 63/19
63/25
brother [12] 22/3 22/5
22/14 22/14 28/8
178/3 173/12 174/8
178/4 185/4 185/11
185/17
brother's [2] 184/7
184/9
brought [2] 15/3 28/15
Brown [1] 69/11
bucket [4] 42/16 42/17
43/20 92/9
build [1] 57/4
building [9] 11/21
24/18 26/6 134/22
134/22 135/3 135/5
185/18 189/10
buildings [4] 135/4
135/6 135/7 137/18
bunch [4] 26/4 118/4
160/17 160/18
burden [5] 42/2 116/12
116/13 117/5 119/7
bureau [1] 180/9
Burling [1] 104/16
business [2] 18/19
23/24

**C**

CA [1] 131/9
cable [1] 150/22
California [2] 1/16
63/12
call [7] 24/7 56/16 57/7
155/1 193/19 194/3

called [7] 24/11 72/11
72/22 104/4 106/5
170/18 186/9
came [2] 18/25 19/6
29/25 120/9 136/19
141/7 170/11 175/13
186/7
campaigns [1] 191/4
can [205] 2/15 3/6 3/8
4/14 4/15 6/20 6/14
6/17 6/22 10/8 10/12
10/18 10/19 10/21
11/17 12/2 12/20 13/8
13/9 14/13 14/21
15/22 15/23 17/24
19/7 19/13 19/14
19/25 25/9 25/15
25/23 27/10 27/15
27/20 27/25 28/4
29/15 30/22 32/16
34/14 38/10 38/24
39/14 39/20 41/11
41/13 41/14 41/19
45/2 46/11 53/22
57/22 58/13 58/19
58/20 58/21 58/21
59/2 60/20 60/24
61/21 62/5 62/8 62/10
63/5 63/9 65/9 65/9
65/12 65/23 65/25
66/7 66/19 66/21 68/5
68/17 71/11 71/12
74/7 74/9 75/24 76/19
78/13 79/4 80/5 81/3
81/10 81/14 82/13
82/15 84/4 85/3 86/8
88/16 89/18 91/9
91/24 93/25 94/1 94/4
96/4 98/3 98/18 99/14
99/15 100/3 107/12
107/24 108/19 108/21
108/24 108/25 109/4
110/9 110/18 110/23
111/4 111/5 114/13
115/16 116/8 116/10
116/10 116/19 116/20
116/25 117/6 117/10
117/14 119/2 119/4
122/10 123/6 124/5
124/11 125/8 127/1
128/3 129/11 130/13
134/10 136/8 138/17
138/23 139/1 140/6
142/9 142/11 142/17
142/20 143/5 143/25
145/24 148/2 148/15
149/5 149/21 150/4
150/12 152/12 155/7
157/25 158/25 159/1
159/3 159/16 161/3
162/12 162/14 163/4
163/9 164/6 166/4
166/25 167/1 167/24
168/1 170/5 173/9
174/20 175/11 176/8
179/17 179/22 180/14
181/14 183/1 183/2

**C**

can... [14] 183/5
184/11 184/21 189/13
190/1 190/3 192/12
192/19 193/15 194/12
195/9 195/21 197/5
197/11
can't [39] 3/21 3/22 4/3
4/21 4/24 6/18 6/21
20/8 20/18 23/2 27/8
28/22 33/12 44/5
57/15 57/22 58/21
61/21 69/22 75/13
90/14 97/21 108/2
113/15 127/2 130/24
130/25 131/4 131/20
142/13 147/16 157/13
159/17 159/17 176/1
185/25 187/4 197/6
197/7
candidate [3] 54/3 65/8
65/8
cannot [5] 38/2 89/19
125/25 127/7 129/2
Cap [1] 141/4
capable [1] 58/7
capacity [1] 179/9
Capitol [91] 3/16 7/14
7/22 8/25 12/6 12/11
12/13 13/14 20/12
26/5 26/15 26/19
32/13 35/1 40/20
47/16 47/23 51/5 51/5
51/6 51/10 55/10
76/25 77/13 80/11
80/13 80/17 81/21
89/21 101/9 101/14
101/19 102/4 102/10
102/11 111/20 112/16
117/22 120/21 121/5
123/16 133/14 134/16
134/22 135/3 135/5
135/7 136/25 137/5
137/14 140/8 140/12
140/16 141/2 141/3
141/17 147/5 152/3
152/5 155/14 155/21
157/17 157/18 158/3
158/3 158/4 158/5
158/6 158/7 160/18
173/5 173/15 174/10
174/15 174/16 174/18
182/2 182/9 184/6
184/17 185/1 185/3
185/5 185/7 185/12
185/18 185/23 188/22
188/25 189/6 189/9
captures [1] 139/4
capturing [1] 139/3
card [2] 133/9 191/18
care [5] 3/17 87/19
87/19 87/24 100/18
career [9] 18/21 18/22
24/14 57/2 63/21
71/15 72/7 104/18
169/16
Carolina [3] 13/20
16/14 16/17
case [121] 1/3 3/10

14/18 15/18 21/10
23/2 23/7 27/5 27/25
28/4 28/22 32/19
33/12 38/11 38/12
41/13 43/12 44/6
47/12 52/18 53/1 53/2
53/6 54/6 54/17 54/18
58/17 59/10 59/18
62/4 64/25 65/10 67/1
67/16 67/19 67/22
68/18 70/20 71/8 76/1
78/11 82/12 82/13
83/10 83/16 85/4 86/8
89/25 90/1 90/1 90/5
90/20 90/24 94/21
96/19 102/12 103/15
105/17 106/14 108/1
108/2 108/20 108/20
109/1 112/2 112/23
113/16 113/25 115/12
116/4 116/12 116/14
119/4 119/5 121/10
126/13 126/13 126/15
126/19 136/8 138/23
139/20 142/10 142/12
142/12 145/14 146/19
147/21 147/25 149/9
153/4 156/18 159/1
159/23 159/24 160/25
161/3 162/12 165/18
165/20 166/20 166/23
168/23 174/1 175/4
176/1 176/7 177/1
177/18 178/16 182/20
182/24 182/25 184/22
186/24 189/21 189/25
cases [4] 47/8 47/8
47/9 186/6
catch [3] 85/21 85/24
106/2
catchall [4] 37/14
64/16 64/17 64/18
category [2] 37/16
103/23
caught [1] 92/20
cause [11] 11/5 60/8
60/11 94/5 94/7 126/2
132/13 132/22 148/13
187/16 188/5
Cemetery [2] 185/5
185/16
Center [1] 78/20
central [1] 63/23
certain [10] 20/25 52/1
66/1 97/9 128/24
129/7 129/9 168/5
169/13 179/9
certainly [2] 69/5
102/17
certificate [1] 23/25
certify [1] 199/3
cessation [1] 59/7
cetera [4] 63/4 68/25
116/6 118/20
challenge [1] 116/3
142/20
chambers [1] 89/21
chance [2] 22/16 22/18

changed [8] 93/23 95/6
95/14 96/6 96/16
123/16 141/16 184/18
channel [7] 120/22
120/25 123/5 123/7
123/12 123/13 123/16
channels [1] 165/1
chaos [3] 150/17
181/23 182/9
characterization [3]
157/7 157/25 187/18
characterize [1] 139/25
characterizing [1]
188/2
charge [8] 15/6 17/23
93/3 121/16 121/18
121/20 121/24 121/25
charged [3] 95/9 108/8
169/13
charges [7] 14/25 15/1
74/22 115/12 126/14
145/14 183/13
chased [3] 186/10
187/4 187/11
chatting [1] 164/10
check [5] 94/1 100/19
100/21 100/23 174/11
checked [5] 2/23 7/4
7/12 27/11 40/13
43/16 65/13 89/11
89/11 124/20 133/15
136/15 144/3 146/22
150/5
chemistry [1] 18/18
chief [1] 90/17
child [5] 87/2 87/3
87/12 87/12 100/18
childhood [1] 185/16
children [1] 185/4
choice [1] 49/1
chosen [4] 89/24
142/10 166/19 175/25
Christopher [1] 1/17
2/5
circle [3] 76/7 76/15
146/21
circuit [1] 18/25
circumstance [1]
128/25
circumstances [3]
116/16 128/3 128/23
citizen [3] 15/2 24/20
55/19
city [2] 26/2 79/11
civic [2] 6/4 46/10
civil [16] 42/24 47/8
104/7 104/14 104/20
104/22 124/9 125/25
127/6 127/8 128/24
129/5 167/22 168/4
168/16 169/25
Clarence [1] 72/20
clarification [1] 164/4
clarify [4] 13/19 52/25
59/7 164/6
classified [1] 167/12
cleanup [1] 127/22
clear [10] 10/6 21/14

changed [8] 93/23 95/6
126/22 130/16 161/17
164/3 187/24
clients [3] 36/19
191/15 191/16
climate [1] 130/21
climbing [3] 76/25
160/17 189/18
clinician [4] 178/20
178/23 179/2 179/6
Clinton [1] 72/21
clip [1] 152/17
clips [8] 76/25 77/4
77/9 77/20 81/20
152/10 152/14 189/17
close [42] 7/13 8/3
21/17 21/25 29/2 29/3
29/9 29/20 33/15
37/19 43/21 47/22
67/25 68/3 68/7 68/16
69/6 69/7 69/8 69/24
70/2 87/9 105/5
133/13 137/7 137/23
138/14 141/4 143/4
143/5 155/17 155/18
155/21 156/2 167/3
168/11 174/21 177/5
177/11 178/2 184/5
185/17
closely [10] 31/25
40/24 76/24 111/1
141/25 142/9 146/25
157/1 157/4 186/5
closeness [2] 184/20
187/16
closer [7] 13/9 89/18
152/13 173/9 173/10
173/11 174/8
closest [2] 91/13 138/1
closings [1] 148/10
CNN [5] 61/3 111/3
111/6 164/24 175/14
cochairs [1] 69/11
code [4] 24/10 124/14
124/25 190/17
coexist [1] 49/7
colleagues [3] 105/13
113/21 168/15
collect [2] 194/4
194/10
college [22] 36/3 44/15
44/22 44/24 72/3 72/7
72/9 79/6 97/12 97/25
114/14 119/25 120/1
120/2 122/7 122/9
122/10 122/12 154/1
163/3 190/20 191/2
color [1] 139/20
COLUMBIA [2] 1/1
16/22
combination [1] 16/15
come [25] 3/13 6/4
17/24 27/21 32/25
46/10 60/13 73/16
81/3 93/18 93/22
98/12 105/23 109/6
123/23 123/23 123/23
124/4 124/11 128/3
144/22 145/11 175/16

comes [3] 4/23 26/17
158/13
comfortable [9] 13/22
13/23 15/7 136/10
196/13 196/20 196/20
197/2 197/13
coming [5] 4/9 11/8
11/11 40/6 40/20 74/6
91/21 129/17 143/14
149/18 151/7 159/24
188/12 189/16 193/11
commence [1] 128/16
comment [1] 96/7
commentators [1]
157/19
comments [1] 64/22
Commission [2] 104/18
119/13
committed [4] 92/21
106/3 106/5 169/5
committee [4] 69/12
166/11 182/4 191/18
communication [1]
63/23
communications [4]
30/5 30/6 62/22 103/6
community [3] 87/18
87/18 105/23
companies [5] 30/9
35/16 97/25 163/14
163/15
company [11] 30/5
30/7 31/1 31/2 56/17
113/22 114/6 140/20
141/21 172/10 190/17
compensation [1]
114/18
complete [7] 37/1 45/3
58/20 59/3 59/24
79/16 193/16
completed [2] 120/3
124/16
Completely [1] 30/1
completing [2] 179/23
181/2
component [1] 38/20
components [1] 37/17
computer [2] 56/23
57/4 57/5
computers [2] 57/9
57/10
concern [3] 100/11
107/9 187/2
concerned [3] 80/16
143/1 148/10
concerns [2] 80/10
100/13
condition [1] 126/23
conditions [8] 106/25
106/25 107/5 107/10
108/7 108/14 108/22
108/24
conduct [1] 35/17
conference [3] 39/17
39/17
confident [1] 119/2
confidentiality [5] 38/2
130/11 130/19 131/2
131/11

# C

confinement [1] 104/5
confirm [1] 126/19
confused [4] 10/24 47/24 48/3 115/21
confusion [1] 128/15
Congress [4] 65/2 141/23 158/4 182/1
congressional [7] 88/24 102/19 102/19 161/18 175/20 185/5 185/16
Congressman [2] 12/14 137/17
congressmen [1] 182/16
congressmen's [1] 118/6
connected [2] 42/7 138/14
Connecticut [1] 1/18
connecting [1] 57/6
connection [2] 73/20 138/19
connectivity [1] 57/9
consequences [3] 15/6 15/13 16/10
consider [28] 3/9 6/17 6/19 6/21 6/22 17/15 17/20 28/4 41/14 45/16 57/15 57/22 57/22 61/21 62/3 104/1 107/18 108/2 119/5 140/1 140/14 142/11 142/13 152/25 161/2 162/12 176/2 176/4
consideration [6] 55/16 158/25 159/22 176/25 187/7 188/10
considered [1] 49/3
considering [1] 145/1
conspiracy [3] 92/11 93/4 94/14
Constitution [4] 1/23 140/21 188/24 199/9
constitutional [1] 104/9
construed [1] 64/25
consulting [2] 19/3 170/20
consumer [3] 70/12 70/13 70/13
consumption [1] 77/16
content [1] 30/11
context [2] 13/21 50/11
continuation [1] 72/25
continue [7] 64/6 74/8 88/2 94/4 94/6 147/6 155/1
continued [3] 49/4 49/7 73/8
contract [2] 84/19 172/1
contractor [2] 56/16 56/17
contracts [3] 33/9 153/16 163/16
control [4] 37/21 52/7 52/10 55/22

conversation [1] 127/15
conversations [1] 138/19
conveying [1] 39/4
convicted [23] 17/8 29/19 48/7 48/9 48/14 49/11 50/14 53/2 67/25 68/13 74/20 85/7 92/6 92/11 92/12 92/15 93/2 105/20 128/25 136/17 139/4 169/1 169/12
conviction [4] 67/1 94/12 129/5 167/20
convictions [1] 147/9
corner [1] 188/23
correct [64] 2/24 13/25 31/17 31/18 37/11 37/12 39/7 40/11 40/12 45/9 50/19 53/7 54/22 55/19 59/20 60/18 62/9 64/11 67/10 73/21 74/17 76/2 88/9 92/14 92/16 93/21 94/15 101/5 101/10 101/23 102/8 112/10 113/8 125/7 128/19 128/20 129/14 129/22 131/6 131/22 133/5 133/6 135/19 135/22 144/1 150/2 150/3 151/19 160/7 161/19 162/5 163/16 163/22 165/11 165/12 168/21 172/15 173/2 177/10 181/6 183/5 188/18 188/19 189/11
corrections [2] 21/20 22/21
correctly [1] 158/18
corridor [1] 22/17
could [47] 4/12 7/16 8/13 8/18 8/19 8/21 24/7 36/5 50/6 50/7 51/19 55/13 64/25 65/17 65/21 68/4 68/25 87/7 87/7 87/10 88/10 91/8 99/19 102/12 106/13 112/13 126/7 129/7 129/13 130/5 130/7 132/22 146/2 148/4 148/14 151/18 159/19 160/15 161/6 161/8 165/18 169/15 178/22 192/21 192/22 192/22 197/17
couldn't [24] 7/9 14/11 14/11 20/10 43/11 51/17 75/22 87/9 90/20 92/3 94/21 102/5 105/16 113/24 118/10 124/20 146/17 152/25 156/18 168/23 173/25 175/4 176/4 178/16
counsel [8] 80/4 93/14 142/21 169/18 169/24 169/25 194/25 195/9

counselor [5] 87/4 179/6 179/7 180/8 180/16
count [3] 109/22 135/13 143/21
countries [1] 55/21
country [9] 32/2 3/24 13/3 55/5 55/20 117/19 117/20 117/21 118/9
County [4] 90/13 90/17 177/6 177/13
couple [16] 9/1 28/6 34/2 52/11 54/16 69/4 72/11 96/2 102/18 104/17 134/12 134/15 171/22 175/15 177/6 182/4
course [14] 23/24 54/10 54/12 57/2 60/5 60/12 66/1 66/14 75/16 88/22 148/25 168/15 170/14 187/9
courses [1] 120/1
court [51] 1/1 1/22 3/5 13/18 16/22 24/8 34/16 35/9 40/2 42/12 42/13 46/4 49/6 49/23 54/15 56/17 56/18 56/20 56/20 58/24 59/19 60/15 66/5 73/3 74/5 80/17 93/9 93/24 94/10 96/1 100/17 107/14 108/4 123/9 124/19 132/16 134/25 143/13 149/15 164/9 170/13 171/21 173/13 173/20 173/25 174/12 174/14 180/19 188/8 195/20 199/9
court's [1] 125/4
courthouse [2] 196/10 197/7
courtroom [117] 2/11 4/10 4/11 10/2 11/13 11/14 19/6 19/9 19/10 21/11 25/4 25/11 25/12 27/6 27/19 31/5 31/12 31/13 32/20 32/24 37/1 37/7 37/9 40/9 40/10 41/15 45/3 45/5 45/6 57/16 57/23 59/23 60/1 62/3 64/5 64/8 64/9 65/11 71/9 74/7 74/7 74/13 74/14 78/12 79/15 79/18 81/7 83/11 88/1 88/8 88/5 90/6 98/12 98/14 98/15 101/2 101/3 103/16 109/5 109/9 110/12 112/3 114/23 115/1 115/2 116/14 117/4 117/8 120/9 120/13 120/14 121/12 123/24 124/3 128/18 129/19 129/20 129/24 132/25 133/2 135/11 135/14 135/16 143/19

149/24 151/11 151/15 153/5 154/25 154/25 155/5 155/6 159/2 160/2 160/3 165/3 165/8 165/9 166/24 172/22 172/24 172/25 176/8 181/4 181/5 183/23 183/24 186/25 188/14 188/15 190/1 191/25 193/7 196/24
courts [2] 93/24 125/2
cousin [2] 68/2 68/6
cousins [2] 90/11 90/15
cover [1] 35/8
coverage [5] 2/19 150/16 152/4 181/19 181/20
Covington [1] 104/16
crazy [1] 118/5 118/12
crazy-looking [1] 118/5
create [1] 5/7
created [1] 182/17
credence [1] 140/2
credit [1] 191/18
crime [27] 17/9 29/19 33/15 48/7 68/1 74/20 85/7 85/14 92/7 92/10 92/13 92/15 92/17 92/21 93/2 93/2 95/6 95/10 105/20 106/3 106/5 116/6 116/7 136/17 136/22 139/4 169/1
crimes [1] 93/2
criminal [45] 1/3 2/2 16/22 17/2 29/12 33/8 42/24 44/1 47/8 47/9 48/1 53/2 53/6 67/1 69/3 69/18 79/25 84/20 84/22 84/23 84/25 91/24 94/17 104/20 104/22 105/5 106/8 106/13 113/8 115/12 116/4 125/18 145/14 146/9 146/14 153/21 167/17 167/21 167/22 168/2 168/3 168/11 168/16 178/9 193/9
critics [1] 70/14
cross [2] 124/11 127/1
CRR [2] 1/22 199/8
crushed [1] 26/6
curiosity [1] 70/18
curious [5] 34/12 53/18 54/1 54/5 95/5
current [19] 35/25 36/3 42/8 42/10 42/12 44/22 73/10 79/1 86/24 90/17 104/14 105/10 154/9 154/15 154/18 172/5 172/17 179/24 191/1
currently [6] 42/21 79/11 87/5 87/14 104/3 185/15
customer [2] 35/18

cut [1] 59/2
CVS [2] 19/1 92/18
cycle [2] 81/17 82/25

# D

D.C [28] 1/4 1/19 1/23 19/3 22/3 22/7 33/6 36/7 37/19 62/23 63/13 93/23 105/25 107/13 108/11 108/14 108/15 108/24 114/17 114/20 124/14 140/14 154/11 157/21 163/17 173/13 177/7 199/10
daily [1] 77/8
damage [1] 147/6
danger [1] 28/18
dangerous [1] 40/21
date [3] 38/22 38/25 39/14
dating [1] 43/4
daughter [1] 98/22
Davis [18] 1/17 1/18 1/18 2/5 73/22 93/21 95/23 100/14 109/20 110/5 124/13 125/11 127/4 127/7 132/10 143/6 148/17 187/19
dawned [1] 133/11
day [119] 1/8 2/16 2/16 2/16 2/17 3/1 3/8 6/20 8/10 8/13 8/14 8/15 8/17 9/4 9/10 12/17 12/18 12/23 14/4 14/5 14/14 25/23 27/3 28/16 28/16 33/20 35/23 35/23 38/1 40/18 47/23 50/24 51/12 52/14 52/16 52/18 61/25 65/8 66/1 70/8 71/5 75/8 76/24 78/6 81/17 81/19 81/21 83/1 88/21 89/4 101/21 101/22 101/24 116/17 117/14 118/23 118/24 121/3 136/3 137/5 137/8 137/9 137/15 139/14 139/17 140/9 140/23 140/25 141/5 141/10 141/13 141/15 141/16 144/16 147/7 152/1 152/4 153/1 153/3 156/11 156/21 156/25 157/5 157/10 157/14 157/15 157/23 158/21 158/23 158/24 160/13 161/2 166/7 166/8 173/25 174/23 175/2 175/8 175/9 175/12 175/16 175/17 176/3 176/4 182/21 183/9 183/14 184/9 184/21 186/4 186/18 186/21 188/25 189/13 189/15 189/22 196/4 196/7 196/9
day's [1] 78/9
daycare [2] 98/22 99/2
days [10] 5/5 5/22

D

days... [8] 99/13 99/19
99/20 100/24 102/18
102/20 144/20 162/17
dcd.uscourts [1]
199/10
dcd.uscourts.gov [1]
1/24
deal [3] 57/9 77/7 81/3
debate [1] 164/19
debating [1] 164/18
decide [10] 28/2 46/4
83/10 112/2 117/3
117/7 119/6 147/25
166/23 189/24
decided [2] 3/17 145/9
decision [6] 10/17
10/25 28/1 48/24
49/14 130/16
decisions [1] 10/15
declassification [2]
167/12 167/13
deep [1] 61/5
deeper [2] 131/8 131/8
defendant [10] 1/6
1/17 2/5 2/6 108/23
115/11 115/12 145/1
145/13 145/15
defendant's [1] 187/5
defendants [3] 107/4
108/23 186/13
defenders [1] 105/9
defense [16] 16/22
17/2 29/12 44/2 67/2
69/3 69/18 91/24
105/6 130/8 153/21
167/18 168/2 168/20
192/10 195/16
defer [1] 107/14
defied [1] 3/22
definitely [3] 33/25
43/13 59/20
defunct [1] 72/18
degree [26] 30/14
35/20 35/21 40/17
44/16 62/14 62/18
62/19 66/1 72/4 78/24
86/21 97/13 104/11
114/11 119/25 154/3
154/5 160/11 161/13
161/14 166/2 170/3
181/13 190/20 190/22
degrees [1] 86/17
deliberate [4] 52/3 67/8
67/12 196/22
deliberating [3] 62/4
136/8 197/9
deliberations [3] 149/2
149/9 158/25
deliveries [1] 162/24
Deloitte [6] 170/21
171/2 171/3 171/4
171/24 172/1
deluded [1] 3/16
delusional [1] 3/19
democracy [3] 3/18
3/23 27/23
democratic [2] 40/22
191/18

62/23 90/12 90/16
104/7 104/19 122/17
163/19 167/6 167/10
167/21 168/3 168/15
170/10 170/11 170/16
171/8 171/13 171/17
172/1 172/6 172/8
178/19 191/19
depending [2] 60/12
192/21
depth [2] 147/9 156/8
deputy [1] 129/24
describe [7] 19/25
20/10 34/11 117/15
131/4 131/20 135/24
described [3] 9/24
139/5 141/15
describing [1] 55/2
desecrated [1] 117/22
design [3] 154/7
154/12 154/12
designer [2] 153/25
154/10
desire [1] 55/24
desired [1] 55/24
desk [4] 8/6 24/18
138/6 138/6
desks [1] 152/5
despite [3] 15/16 83/23
143/8
detail [3] 50/21 51/12
157/5
details [4] 20/17 29/22
32/9 70/24
detained [1] 107/4
detention [2] 104/4
107/5
deter [1] 182/15
determine [1] 169/14
determining [1] 180/5
devastating [1] 160/19
developer [1] 190/16
developmental [2]
30/18 30/20
developments [1]
37/22
develops [1] 30/10
device [1] 103/6
did [122] 2/17 4/2 4/18
6/13 8/9 8/13 8/16
8/16 8/17 9/7 9/12
9/14 9/20 16/2 18/21
20/6 22/5 22/19 22/24
23/24 23/25 24/5
24/14 33/17 34/3 34/20
35/19 42/22 42/23
44/14 44/16 46/21
47/4 47/6 48/10 50/5
50/5 50/11 53/16
54/11 55/3 56/10
62/13 62/17 63/20
64/1 64/17 67/8 67/12
67/13 67/14 67/18
77/17 78/22 80/16
80/16 81/25 85/19
85/21 85/22 85/24
85/24 86/16 89/1 89/2
92/22 95/7 95/7 96/18

101/20 101/21 101/24
102/2 106/2 114/9
118/9 118/11 118/13
119/21 119/23 120/2
121/6 122/6 122/20
123/12 125/3 126/12
128/21 133/16 133/18
134/5 138/3 140/24
146/9 154/1 154/11
156/6 156/10 156/10
157/16 163/1 167/7
167/11 167/15 167/17
167/20 167/22 169/14
170/20 171/25 172/4
173/19 173/20 174/14
178/8 178/11 183/8
183/12 184/19
didn't [45] 3/17 9/3 9/7
9/12 21/20 21/21 34/2
35/1 36/18 37/15
46/20 48/14 49/7 50/3
50/6 59/14 61/8 63/23
64/20 77/20 80/24
98/8 98/21 102/6
102/21 121/19 124/22
127/19 130/6 130/15
131/12 132/2 132/10
133/23 134/1 134/3
151/4 156/14 158/16
161/24 174/8 184/16
186/11 189/5 191/21
difference [2] 17/15
18/2
different [15] 9/16
16/24 28/16 38/8
38/25 53/23 54/3 54/5
54/7 57/8 79/11
109/22 111/21 112/15
162/3
difficult [5] 27/24 39/22
41/21 65/24 91/7
difficulty [4] 6/12
115/14 115/18 145/17
digging [1] 128/22
diligent [2] 129/17
132/18
dire [3] 1/8 131/16
132/2
direct [1] 87/19
direction [3] 87/23
111/21 112/15
directly [5] 155/8 169/6
172/9 172/11 172/13
director [1] 30/5
directory [1] 56/16
disagree [1] 17/17
disagreed [1] 49/13
disassembling [1]
118/5
disclose [2] 80/16
127/16
disclosing [1] 73/25
discontent [1] 72/25
discovery [3] 167/23
168/4 168/5
discretionary [1]
167/13
discuss [7] 28/10

80/4 80/6 113/10
discussed [3] 69/20
133/8 184/8
discussing [1] 183/15
discussion [1] 133/10
disgusted [1] 183/8
disheartened [1]
118/23
disheartening [1]
117/22
dismiss [6] 126/2
127/3 192/14 193/13
193/15 195/21
dismissed [1] 193/18
disputes [2] 171/7
171/12
disqualifying [3] 66/2
66/10 127/20
disregarding [1] 176/24
disrupt [1] 118/8
distance [2] 107/1
140/24
distinction [2] 59/18
59/21
distress [3] 81/22
81/24 81/25
Distribution [1] 162/24
district [10] 1/1 1/1 1/9
17/14 126/9 126/13
126/20 126/21 126/24
180/4
disturbance [1] 51/7
disturbing [1] 52/8
dive [1] 61/5
diversion [1] 182/17
division [2] 104/8
168/16
divorce [1] 49/8
DNC [1] 137/11
do [329] 3/1 3/4 3/20
4/21 4/24 6/10 6/11
6/23 7/9 7/9 7/23 8/2
9/17 10/9 10/18 10/19
10/24 13/12 13/24
14/6 14/8 14/10 14/16
14/20 15/22 15/23
16/24 17/2 17/3 18/1
18/2 18/11 18/11
20/24 21/4 21/24
22/19 23/12 23/14
24/5 26/18 26/21 27/8
27/10 27/12 28/10
28/13 28/15
29/5 29/11 29/12
29/24 30/2 30/3 33/7
33/23 34/2 34/20 35/7
35/10 35/10 37/3
37/21 37/24 39/2
40/24 41/6 41/19 42/3
42/4 42/4 42/23 44/1
44/8 44/8 44/11 44/11
44/13 46/19 48/17
48/23 50/3 50/21
51/14 51/21 51/22
52/19 54/3 56/14
56/14 56/19 57/17
61/15 62/21 62/21
63/17 63/17 64/24

69/1 69/1 69/2 69/3
69/17 70/25 71/10
71/10 71/11 71/12
71/16 71/16 71/19
73/22 76/7 76/14
77/22 78/13 78/17
80/20 81/18 82/2
82/20 82/20 82/23
84/10 84/14 84/17
84/18 86/2 86/10
86/10 87/15 89/5
89/14 89/25 90/10
91/7 91/24 92/9 92/20
92/23 93/11 94/3 94/4
94/12 94/16 95/22
96/6 96/11 96/14 97/2
97/3 99/2 99/2 99/4
99/19 100/2 100/3
100/19 102/23 103/9
103/17 104/2 104/10
105/1 105/4 105/5
105/5 106/11 106/11
107/17 107/18 109/13
111/3 111/6 111/12
111/13 112/12 112/17
112/19 113/5 113/10
114/2 114/3 116/19
116/19 117/25 118/1
118/1 118/7 118/13
119/1 119/7 119/10
119/10 119/24 119/25
121/2 121/3 121/15
121/15 122/20 124/5
124/6 124/7 124/10
125/9 127/13 127/22
127/25 128/3 129/7
129/11 132/15 133/9
133/12 136/1 136/17
136/20 137/3 138/18
138/23 138/23 139/11
139/18 140/3 140/4
142/9 142/17 142/19
142/20 142/20 143/20
145/2 145/2 146/9
147/12 148/2 148/2
148/4 149/6 149/14
150/19 150/23 151/1
151/25 152/6 153/6
153/20 153/20 153/23
153/23 154/17 154/19
155/21 156/24 156/24
158/8 158/12 159/8
159/16 159/17 160/12
160/20 160/24 161/3
161/17 162/13 162/14
162/21 162/21 165/18
166/13 166/14 166/17
167/7 167/15 167/17
168/10 168/14 168/20
169/7 169/17 169/20
169/20 171/25 172/10
172/11 172/13 173/7
173/20 173/23 175/18
175/19 176/12 176/16
176/25 177/23 178/8
178/9 178/18 178/18
180/2 182/11 182/14

**D**

do... [18] 182/17
184/21 184/23 185/17
186/11 190/15 190/15
191/10 191/12 192/5
192/5 193/13 196/4
196/5 196/11 196/16
197/19 198/2
doctor [2] 179/4 179/5
doctor's [1] 23/18
doctorate [1] 18/19
Dodge [1] 116/1
does [31] 11/4 11/4
12/11 35/7 39/8 43/24
44/1 62/24 84/10
84/14 85/12 85/21
87/21 94/6 94/7
109/25 113/5 113/8
116/17 116/18 121/25
125/1 126/3 146/6
148/24 153/13 153/15
168/11 172/3 172/6
185/3
doesn't [2] 84/25
124/18
dog [2] 8/20 8/21
doing [18] 4/15 19/2
52/20 57/24 83/12
90/6 97/18 112/24
122/16 131/19 132/21
180/4 188/16 188/17
191/5 191/18 191/19
197/2
DOJ [14] 42/8 42/19
42/20 42/22 43/6 43/9
104/14 104/18 105/10
170/7 170/19 171/1
172/14 172/17
domestic [6] 37/21
48/10 48/16 53/16
64/1 64/1
don't [149] 5/1 5/3 5/3
5/13 5/13 5/17 5/25
5/25 7/7 7/11 7/22
8/22 9/5 10/6 10/10
10/10 10/11 10/12
10/14 10/14 10/21
10/23 11/2 11/2 15/2
15/3 17/23 19/4 20/21
21/14 22/10 23/10
23/25 26/12 27/9 32/2
32/3 32/3 32/4 32/9
32/11 32/13 32/22
32/23 32/23 32/24
32/25 34/6 34/23
34/24 34/25 35/23
36/11 36/12 36/13
38/17 39/17 40/17
46/4 46/10 46/18
46/20 48/21 52/8 53/3
54/8 55/9 55/12 55/12
55/18 56/21 56/21
58/4 58/5 58/18 58/19
58/21 59/16 60/6 60/7
60/10 62/7 66/1 66/10
67/17 69/1 69/19 71/3
71/15 73/22 73/24
76/12 77/4 78/2 80/14
80/17 83/4 87/25 91/5

99/16 99/17 100/5
102/3 105/2 107/9
107/12 107/13 110/2
112/10 113/19 123/16
124/17 126/14 126/24
127/1 127/9 133/9
133/15 133/21 133/23
133/24 133/25 134/2
142/5 144/12 146/12
149/5 149/7 149/11
150/22 159/18 160/23
164/12 166/3 168/13
169/24 172/4 172/13
174/19 174/25 183/2
183/5 183/6 189/1
189/2 197/20
done [15] 30/23 70/11
76/21 95/21 98/13
104/20 108/15 116/15
120/4 136/2 140/15
144/20 146/14 171/25
196/15
door [7] 25/3 31/10
37/5 140/22 154/25
163/8 181/2
doubt [14] 42/3 71/10
71/12 78/13 103/17
103/19 115/14 116/15
116/19 116/24 117/6
119/7 132/1 145/16
doubts [1] 71/11
DOUGLAS [5] 1/5 2/3
79/25 125/18 193/10
down [27] 4/9 4/23 6/4
7/15 7/17 11/9 11/11
31/15 40/6 74/6 95/16
102/4 116/22 117/13
129/17 139/17 141/4
141/4 143/15 144/25
145/9 147/18 149/18
151/8 159/24 183/19
188/12
downtown [1] 134/14
draft [1] 16/4
drinking [1] 74/22
drop [1] 17/23
drove [1] 130/4
drug [1] 87/4
dual [1] 15/2
DUI [2] 29/23 33/17
Dunlavey [1] 114/19
during [8] 43/3 49/1
49/5 50/25 107/10
134/8 135/18 197/19
duty [4] 6/4 12/2 12/24
46/10

**E**

each [3] 30/16 192/18
196/17
earlier [3] 82/6 111/8
112/21
early [1] 146/11
easily [2] 50/6 50/7
East [4] 101/19 102/4
141/2 141/4
Eastern [1] 101/13
eat [2] 197/1 198/1
eating [1] 197/25

edit [1] 72/22
edited [2] 72/24 73/7
editor [5] 70/17 72/12
72/12 72/15 72/19
editorial [1] 72/18
education [6] 30/11
86/24 95/22 97/11
163/19 179/24
educational [6] 18/17
30/9 30/12 72/2
179/18 190/19
effect [2] 65/2 183/3
effectively [1] 64/21
eight [3] 33/21 43/4
134/2
Eighth [2] 197/20 196/9
either [45] 2/9 3/16
3/19 11/4 16/14 17/8
29/3 29/12 36/23 38/2
42/3 53/11 69/24
83/20 84/1 87/8 91/2
91/23 91/24 95/22
105/6 105/20 106/19
110/8 113/2 122/25
124/23 126/3 134/19
135/4 148/12 151/13
153/21 156/25 163/23
167/17 168/12 174/15
176/4 178/8 182/23
191/24 192/19 193/3
197/11
elaborate [1] 156/23
Election [1] 119/13
electrical [1] 56/12
electronic [1] 124/22
eligible [1] 93/19
else [26] 5/6 6/19 10/3
27/7 27/19 38/19
41/15 42/15 65/11
99/15 101/25 111/17
112/17 113/19 119/6
135/21 140/3 142/14
151/2 152/16 152/22
158/12 159/3 176/17
183/1 185/2
emergency [3] 180/1
180/2 180/5
Emily [2] 1/11 2/4
emotional [3] 10/5 15/9
34/13
emotionally [2] 10/15
10/17
emphasize [1] 57/14
employed [1] 35/12
employees [1] 180/21
employees' [3] 178/20
178/24 178/25
employer [1] 73/10
employers [1] 46/9
employment [7] 12/21
33/6 80/17 85/2 95/21
140/12 163/12
end [11] 38/2 66/25
80/10 86/24 109/16
141/2 188/11 190/17
191/8 193/11 193/25
ending [2] 104/5
106/25

enforcement [47]
21/18 21/22 22/1 23/7
23/8 28/7 42/6 42/17
42/18 43/17 75/3
75/18 75/22 77/3
83/15 83/18 83/22
90/10 90/10 90/23
90/25 91/4 91/6
102/24 103/3 103/21
104/1 104/1 111/13
113/2 118/14 118/15
142/2 147/12 147/14
152/8 160/21 167/3
177/4 177/6 177/18
177/20 177/22 179/8
190/5 190/11 190/12
engineer [1] 56/16
57/7 57/8
engineering [1] 56/12
English [1] 62/20
enough [6] 15/25
55/12 55/13 87/9
114/2 193/15
ensued [1] 161/16
enter [1] 38/3
entered [37] 4/11
11/14 19/9 19/10
25/12 31/13 37/9
40/10 45/6 64/9 74/14
81/7 88/5 98/15 101/3
110/12 112/15 115/2
115/11 120/14 128/18
129/20 132/25 133/2
135/16 143/24 145/13
149/24 151/15 155/6
160/3 165/9 172/25
181/5 183/24 188/15
193/7
enters [1] 2/11
entire [1] 137/9
entirely [1] 126/8
entitled [1] 199/5
entrance [1] 26/5
entry [6] 121/16
121/18 121/20 121/23
121/24 121/25
environment [1] 56/25
Environmental [1]
43/25
episode [1] 26/8
equipment [1] 184/16
er [1] 3/3
especially [1] 5/4
esque [1] 191/11
Esquire [3] 1/11 1/14
1/17
essentially [4] 87/17
99/13 182/15 192/20
estate [1] 16/14
et [4] 63/4 68/25 116/6
118/20
et cetera [4] 63/4
68/25 116/6 118/20
Eugene [1] 89/12
Eurasia [1] 114/18
Europe [1] 15/3
European [1] 15/2
evaluations [1] 180/5

18/1 39/20
46/20 49/4 49/22
55/19 56/6 73/19
117/20 126/22 143/4
169/12 186/19
evening [1] 118/4
event [17] 13/2 32/1
33/20 51/7 63/25
76/18 76/24 81/22
115/22 119/3 136/1
136/4 138/15 138/21
181/19 186/11 189/24
events [25] 2/14 16/7
24/21 34/18 37/22
52/15 55/6 63/25
64/24 78/9 78/19
117/1 121/7 136/21
140/25 147/7 147/23
152/25 153/3 156/21
157/10 157/14 166/6
175/9 181/12
eventually [2] 72/12
196/22
ever [15] 14/8 26/19
33/7 44/1 69/17 116/1
118/13 146/9 167/15
167/17 171/12 178/8
178/9
every [5] 50/2 51/12
150/17 175/17 188/25
everybody [1] 4/23
everybody's [1] 16/14
everyone [11] 2/7 60/5
68/22 101/25 120/12
125/15 125/20 175/14
182/6 197/1 197/14
everything [9] 5/19
17/13 39/12 118/5
124/16 141/24 157/6
162/25 163/20
evidence [58] 3/9 3/10
6/10 6/17 10/2 13/16
13/17 14/19 15/20
21/10 27/6 27/18 28/3
32/20 38/11 38/12
41/14 52/3 52/18
52/23 55/17 57/22
58/9 59/12 59/14
59/14 62/3 65/11
66/13 66/13 71/8
78/11 82/12 83/11
90/5 100/12 103/15
109/1 112/2 112/23
116/11 116/13 117/4
117/7 119/5 121/11
142/12 148/1 153/4
159/1 161/2 162/12
166/24 176/7 177/1
182/24 186/24 189/25
ex [3] 48/12 53/5 53/6
ex-wife [3] 48/12 53/5
53/6
exact [2] 14/11 35/14
exactly [12] 14/11 18/6
49/2 49/20 50/5 56/4
56/7 56/9 59/17
130/13 134/18 174/20
example [7] 6/19 59/8
59/9 65/25 66/5 66/20

example... [1] 68/23
except [1] 97/8
excuse [15] 4/4 11/5
38/18 40/5 60/8
129/16 132/17 143/1
143/15 149/16 151/6
159/22 188/5 188/9
192/24
excused [7] 4/8 183/18
193/21 194/5 195/3
195/6 195/24
excusing [3] 39/19
151/13 183/17
executive [1] 72/14
exists [1] 124/10
exited [30] 4/10 11/13
25/11 31/12 37/7 40/9
45/5 60/1 64/8 74/13
79/18 88/4 98/14
101/2 109/9 115/1
120/13 124/3 129/19
135/14 143/19 149/23
151/11 155/5 160/2
165/8 172/24 181/4
183/23 188/14
expect [1] 77/5
expectation [1] 149/4
expected [1] 66/6
experience [29] 8/10
23/1 34/11 47/11 58/6
67/20 68/15 68/17
74/23 94/20 101/20
101/24 106/8 106/12
128/2 138/4 138/9
141/18 146/16 156/7
156/11 156/14 180/24
184/9 184/12 184/17
184/21 187/17 188/3
experienced [1] 173/21
experiences [4] 137/21
138/12 138/14 173/17
experiencing [1] 15/13
explain [4] 87/15
100/22 130/17 196/16
explore [1] 54/12
exposed [1] 37/25
exposing [1] 58/15
express [1] 136/11
expressed [4] 118/22
184/12 184/15 187/25
extend [2] 68/24 144/9
extends [1] 45/18
extensive [1] 24/21
extensively [2] 137/22
138/9
extent [4] 61/10 70/8
111/11 169/8
extra [1] 128/2
extreme [16] 4/16 5/7
6/1 6/2 11/19 11/20
12/1 45/14 45/14
45/16 46/11 50/20
98/19 100/6 144/4
144/5
extremely [2] 15/4
15/15
eye [1] 38/3
eyesight [1] 65/17

face [4] 4/14 12/3
19/14 187/5
Facebook [7] 169/19
170/22 171/6 171/8
171/11 171/14 171/18
fact [13] 3/7 13/13
19/19 38/14 40/4 52/2
59/13 59/15 68/16
70/16 163/7 173/24
175/3
factor [1] 95/8
facts [7] 27/25 28/2
95/7 95/13 98/3 98/4
182/24
failed [1] 80/19
fair [44] 3/21 3/23
15/25 20/4 23/2 28/22
29/15 33/12 34/5
43/11 44/5 49/19
66/14 67/21 68/17
69/22 74/24 75/13
85/3 86/8 90/20 92/3
94/21 96/5 102/12
105/17 106/7 106/14
107/21 108/3 113/16
113/24 130/13 130/13
138/22 143/5 146/18
156/18 168/23 174/1
175/4 178/16 184/22
185/25
fairly [18] 18/3 18/8
18/9 18/10 29/25 30/1
33/23 48/17 64/25
86/3 86/6 92/24 94/12
94/16 95/9 157/4
169/9 169/11
fall [3] 43/19 85/12
92/9
falls [2] 37/16 46/10
familiar [7] 15/4 78/2
78/4 108/14 126/6
186/9 186/10
familiarity [8] 80/13
80/22 133/14 133/17
133/19 133/22 134/2
189/8
family [14] 13/6 21/25
24/19 28/18 29/3 32/1
34/12 34/19 43/3
80/21 133/12 140/22
169/3 169/6
famous [1] 152/18
fantastic [1] 117/19
far [32] 2/25 6/5 9/23
20/17 26/18 32/7
35/19 41/6 43/23
44/14 50/24 56/10
61/14 62/13 66/7 70/7
75/2 78/22 86/16
88/22 89/4 97/11
114/9 119/21 119/23
122/6 128/2 150/17
161/15 163/1 182/3
185/7
farm [1] 16/15
fascinated [1] 34/4
fascinating [1] 34/1
father [8] 22/18 26/13

146/5 190/9
fatigue [2] 66/1 66/7
fault [2] 49/16 49/21
favorable [1] 57/18
FBI [4] 75/6 178/20
178/24 180/21
FEC [1] 120/5
federal [13] 17/13
56/20 56/22 93/24
104/17 113/6 119/13
124/17 124/19 124/24
126/13 126/19 126/25
feel [17] 7/6 10/23 18/8
33/23 48/17 57/18
65/9 78/15 85/21
92/23 110/6 116/16
117/3 136/10 138/18
183/7 191/22
feeling [1] 169/7
feelings [34] 6/8 9/25
13/15 14/17 15/17
23/11 27/4 32/18
41/11 41/17 61/23
62/1 65/6 78/10 90/4
91/6 103/14 108/25
112/1 116/5 116/6
117/2 121/9 142/15
147/20 147/25 153/2
158/24 162/10 166/22
176/6 182/22 186/23
189/23
feels [1] 86/2
feet [2] 8/6 138/7
fellow [4] 71/17 73/9
73/10 197/13
felon [1] 93/19
felony [4] 93/12 93/13
126/18 128/25
felt [6] 49/8 50/11 55/6
136/10 136/11 141/6
few [12] 27/12 27/13
28/14 29/1 79/10
80/10 95/3 99/13
99/19 111/11 169/3
169/6
field [3] 65/23 180/1
191/6
fight [2] 15/14 16/2
fights [5] 15/4 15/12
15/12 16/10 51/7
figure [1] 57/5
figures [1] 41/3
filling [1] 180/6
final [1] 107/11
financial [2] 5/6 36/19
find [4] 124/21 124/22
126/7 126/12
fine [6] 45/21 60/10
99/9 99/11 109/21
197/21
finish [5] 23/25 25/9
58/13 114/24 123/24
finished [3] 30/25
78/23 114/14
firm [3] 36/18 84/15
84/16
firms [1] 68/24
first [37] 2/13 11/19

43/17 48/20 53/22
67/2 74/19 75/8 82/20
92/12 94/12 95/4
101/8 112/9 115/23
122/16 128/9 130/2
133/4 135/21 136/24
137/8 137/25 144/20
151/23 160/12 165/15
177/8 181/14 184/4
185/10 193/12 196/1
196/22
fist [1] 182/7
five [8] 17/25 17/25
26/23 61/5 79/20
85/18 167/6 191/17
five-minute [1] 79/20
flag [2] 52/12 59/8
flesh [1] 16/1
flexibility [2] 100/5
100/8
flight [3] 26/20 158/9
160/21
flipping [2] 120/22
120/25
floor [3] 184/14 184/18
185/12
flow [1] 37/20
focused [2] 106/24
141/22
focuses [1] 104/5
focusing [2] 104/8
169/23
fold [1] 197/20
folks [13] 6/4 17/2 38/8
91/17 104/9 105/8
105/16 105/23 108/8
108/13 138/21 168/19
169/8
follow [80] 3/9 3/25 6/9
10/8 10/12 10/21
13/24 15/23 19/5
23/11 23/18 24/25
32/3 32/3 32/17 32/23
32/24 34/7 34/17
34/24 34/24 34/16
36/23 41/12 41/19
44/25 53/11 54/17
62/5 62/8 70/20 75/23
76/17 76/21 78/13
78/16 82/13 87/25
91/7 91/8 91/9 94/4
96/3 96/10 103/4
103/18 106/18 111/15
115/19 115/20 121/13
122/16 122/25 123/10
124/6 125/9 125/23
129/25 133/7 134/19
142/9 142/18 142/25
145/2 147/1 147/6
159/3 161/4 161/8
163/24 166/25 171/22
175/9 176/8 177/24
180/10 183/1 186/25
190/1 191/24
follow-up [18] 24/25
34/7 34/17 36/23
53/11 54/17 94/4
106/18 122/16 122/25

follow-ups [4] 44/25
87/25 96/3 180/10
followed [46] 2/13 2/19
3/7 25/25 26/5 31/23
40/16 40/24 50/18
60/23 70/4 71/5 76/22
77/24 78/7 88/17
88/18 88/20 88/22
110/23 110/25 111/2
111/2 139/13 139/15
141/25 150/14 156/21
157/1 157/4 158/20
160/10 161/12 166/1
166/4 166/7 166/10
175/12 175/20 181/13
181/16 186/4 186/5
186/13 186/19 189/19
following [94] 2/1 3/3
6/12 6/24 9/18 14/4
14/8 21/1 25/21 26/11
26/21 31/20 31/22
31/24 34/9 34/16 35/6
35/9 39/18 40/2 41/8
51/12 51/16 53/14
54/15 58/12 58/24
60/4 60/15 61/10
61/17 70/9 71/2 73/13
74/5 76/23 77/1 77/6
78/8 82/4 88/14 89/8
93/17 94/10 95/1 96/1
100/1 100/17 103/1
103/7 106/21 108/4
111/1 111/24 112/4
118/15 123/3 123/9
132/7 132/16 134/20
134/25 142/3 142/23
143/13 146/23 147/4
147/8 147/14 148/7
149/15 150/9 150/25
152/8 153/7 158/10
160/22 163/25 164/9
166/16 170/25 171/21
174/4 174/12 176/13
180/13 180/19 181/17
181/19 182/13 187/14
188/8 195/11 195/20
food [2] 162/22 162/23
foot [1] 32/10
footage [8] 26/9 111/8
117/25 118/3 123/6
152/3 181/24 181/24
forces [3] 42/14 190/8
190/9
foregoing [1] 199/3
foreign [2] 37/19 72/16
forge [1] 81/6
forgive [1] 126/6
forgiven [1] 49/10
former [4] 105/9
105/13 133/10 144/11
formerly [2] 169/19
170/22
forms [2] 104/5 180/6
forth [9] 161/15 161/16
161/17 161/23 162/1
164/2 164/12 164/16

**F**

forth... [1] 164/21
forward [4] 13/11
 109/19 119/17 176/19
found [2] 137/12
 169/12
foundation [4] 63/19
 72/23 72/24 114/18
foundational [1] 141/16
four [7] 5/5 61/4
 102/20 104/6 137/6
 190/20 191/17
Four-year [1] 190/20
frankly [5] 40/4 108/22
 166/22 182/22 189/23
fraud [5] 93/4 94/13
 95/11 98/3
free [1] 195/5
Freedom [1] 167/14
French [3] 13/6 13/7
 16/5
Friday [1] 144/21
friend [15] 7/13 43/3
 43/21 68/3 68/7 75/5
 133/13 137/16 153/18
 155/17 155/18 156/3
 177/5 186/20 188/3
friend's [1] 101/18
friends [21] 16/16
 21/25 29/3 29/9 75/6
 91/18 105/1 105/3
 105/5 105/11 117/20
 137/20 137/23 138/1
 138/6 138/14 138/20
 140/16 153/11 168/14
 177/14
front [6] 33/18 52/24
 133/9 140/22 158/3
 158/6
frustrating [1] 106/8
frustration [1] 106/12
full [2] 170/11 170/18
full-time [2] 170/11
 170/18
function [3] 67/22
 113/22 119/4
funded [1] 73/16
fundraising [2] 191/8
 191/9
funnel [1] 170/19
further [20] 34/7 38/17
 46/17 65/3 67/18 83/2
 109/6 123/6 125/10
 127/16 131/21 135/10
 143/15 149/17 151/7
 159/22 165/23 188/10
 194/6 196/12
furthest [1] 23/21
future [1] 196/7

**G**

gallery [3] 128/10
 192/6 192/13
garbage [1] 3/17
gathered [1] 20/14
gave [3] 51/9 52/2
 112/21
GED [2] 23/22 23/23
general [26] 31/21
 41/2 41/4 54/11 56/6
 81/14 81/21 81/23
 89/23 150/13 155/23
 156/1 157/2 157/7
 157/25 160/13 170/19
 171/15 171/16 173/18
 174/20 184/11 189/14
generality [1] 141/12
generalized [1] 63/22
generally [11] 2/15
 2/21 14/10 19/25
 24/16 25/23 25/24
 52/6 120/7 156/10
 171/16
generics [1] 77/9
genocide [1] 71/23
gentleman [4] 112/14
 148/11 151/14 187/11
gentlemen [2] 193/12
 195/25
George [1] 3/15
get [39] 3/23 4/25 5/2
 5/3 5/3 12/2 20/22
 36/13 44/16 48/2 49/9
 55/23 62/17 77/8 99/5
 99/15 109/13 109/14
 110/9 110/10 113/12
 128/1 128/4 128/13
 130/15 131/15 132/2
 133/1 148/9 152/12
 158/20 167/15 183/4
 192/24 193/5 194/5
 197/3 197/14 197/18
gets [3] 41/14 192/10
 192/11
getting [8] 10/24 17/11
 26/6 26/22 45/19
 128/2 160/18 161/21
give [48] 2/15 16/19
 18/16 21/21 23/9
 24/13 25/22 27/17
 30/22 36/5 40/17 57/1
 63/5 63/9 70/6 72/6
 76/19 79/4 81/14
 83/20 84/1 87/23
 88/16 90/25 91/2
 94/13 96/4 97/17 98/4
 102/15 106/20 110/24
 114/13 122/11 124/10
 140/2 146/24 154/8
 157/25 163/4 174/20
 175/11 179/17 179/22
 181/14 181/15 189/13
 197/17
given [28] 8/17 12/21
 39/15 39/20 40/4 71/4
 71/5 75/20 80/24
 100/3 100/18 104/24
 106/23 107/21 108/5
 131/16 133/15 133/20
 138/3 139/15 145/6
 145/8 170/18 177/21
 184/20 186/17 186/18
 187/16
gives [1] 102/11
global [1] 119/3
globally [1] 170/2
glued [1] 2/19

goes [14] 9/24 26/18
 32/8 41/6 43/23 50/24
 61/15 66/7 70/7 83/23
 99/21 110/9 149/9
 192/4
going [149] 2/1 5/15
 5/20 6/16 10/5 10/24
 12/2 12/19 14/2 14/16
 15/17 17/23 17/25
 17/25 19/5 23/6 23/7
 23/17 25/3 27/1 27/4
 27/14 31/5 32/12
 36/25 38/9 39/1 39/21
 41/12 45/21 45/22
 51/19 52/16 58/18
 58/19 59/2 59/4 59/22
 61/20 64/4 66/11
 66/18 71/6 74/1 74/8
 78/9 79/14 81/21 82/7
 83/7 83/9 83/14 83/17
 84/24 89/24 90/22
 90/23 90/24 94/3 94/4
 94/5 94/6 98/11 98/23
 98/25 100/5 100/10
 100/19 103/3 103/6
 103/10 104/21 107/11
 107/12 108/17 109/5
 111/22 112/22 114/8
 114/22 117/21 120/8
 120/9 121/8 123/2
 123/18 123/19 123/22
 123/23 127/9 128/14
 129/16 131/15 139/17
 139/22 139/25 140/22
 143/15 144/10 144/16
 145/19 147/9 147/21
 149/2 149/16 151/6
 152/3 152/4 152/23
 154/24 159/7 159/22
 160/19 161/5 161/15
 161/23 161/25 162/8
 164/12 164/16 165/2
 165/3 166/18 172/21
 172/22 176/19 177/16
 177/19 181/1 182/20
 183/4 183/18 186/8
 186/21 187/18 187/23
goal [1] 110/10

goings [1] 9/4
gone [7] 32/5 84/6
 113/22 129/2 129/4
 138/10 147/24
good [28] 2/7 11/23
 11/25 31/14 35/18
 45/22 48/19 64/2
 64/10 64/13 88/6 88/7
 105/4 110/13 110/14
 115/3 118/9 120/15
 120/16 125/20 148/9
 149/25 160/4 160/5
 173/1 180/18 183/25
 184/1
Goodman [20] 76/6
 76/8 82/18 82/21
 82/24 83/6 83/8 83/16
 83/23 83/25 89/12
 89/15 112/7 112/10
 112/12 112/18 112/22
 139/9 139/12 139/20
Goodman's [1] 84/1
Google [1] 131/18
Gosh [1] 105/22
got [21] 8/21 18/20
 23/18 34/3 35/24
 36/10 47/24 49/24
 50/7 56/15 56/24 72/7
 73/12 88/23 133/10
 143/3 143/7 160/16
 163/8 169/3 186/14
gotten [1] 115/25
governance [1] 64/3
government [22] 2/4
 18/3 64/2 64/3 80/4
 80/24 83/5 83/17
 115/13 127/23 132/9
 139/23 140/11 141/22
 141/22 145/15 148/22
 163/17 168/5 187/21
 192/11 195/12
government's [6] 42/2
 100/9 116/12 116/13
 117/5 119/6
governments [1] 55/22
governs [1] 125/4
grab [2] 194/19 195/7
grad [1] 63/12
grade [1] 23/23
graduate [4] 29/8 72/3
 120/2 154/1
graduated [6] 36/3
 43/22 44/15 97/12
 97/25 104/15
graduating [3] 44/22
 63/10 79/5
grand [4] 46/14 46/15
 66/24 67/3
granularity [1] 70/22
graphic [3] 153/25
 154/6 154/10
graphics [2] 154/12
 154/14
great [5] 21/16 37/3

189/21 191/25 192/1
 193/13 193/15 196/5
 196/14 196/15 196/16
 196/17
goings [1] 9/4
gone [7] 32/5 84/6
 113/22 129/2 129/4
 138/10 147/24
greater [4] 23/9 75/20
 83/20 91/2
grew [2] 185/4 185/25
Grisham [1] 17/5
ground [1] 73/23
grounds [2] 188/25
 189/9
group [4] 50/1 50/2
 112/14 136/7
groups [1] 55/23
guard [3] 24/22 24/23
 157/20
guess [34] 5/11 5/14
 5/19 7/3 9/10 12/19
 12/21 14/1 17/13 23/5
 24/6 39/14 89/22
 95/11 99/18 103/10
 105/9 108/11 125/22
 126/22 131/3 133/18
 133/25 136/5 141/7
 144/22 150/16 153/18
 159/10 159/13 167/15
 186/17 191/14 191/20
guidelines [2] 96/9
 96/10
guilt [2] 115/13 145/16
guilty [15] 48/22 58/3
 58/14 59/1 59/11
 59/13 96/19 96/20
 98/4 115/10 115/11
 115/22 145/1 145/14
 146/1
gun [1] 174/13
gunpoint [1] 106/1
guns [1] 15/3
guy [2] 3/18 8/4 8/6
 137/16
guys [1] 132/21
GWMFA [1] 114/20

**H**

had [119] 5/20 6/5
 14/3 16/2 22/17 23/18
 23/18 24/15 26/14
 27/11 27/13 31/1
 31/20 32/2 33/21 34/2
 35/24 36/19 43/17
 44/22 48/15 48/20
 48/25 49/23 50/1
 50/17 53/25 57/2 57/8
 58/6 63/10 70/3 72/6
 74/21 76/4 76/5 79/1
 79/5 80/12 80/13
 80/13 81/13 86/12
 86/23 90/11 92/6
 93/18 93/22 95/15
 96/9 96/10 96/11
 96/13 96/22 97/2 97/3
 97/7 97/18 97/23 98/6
 102/21 104/15 104/19
 109/22 109/24 110/3
 114/7 114/14 117/14
 117/14 119/14 120/20
 122/4 122/11 122/12
 122/13 122/21 123/15
 123/20 124/6 124/9
 126/9 127/14 127/18
 127/18 127/23 127/24
 133/20 134/1 136/22

had... [29] 138/12
138/13 138/14 138/19
139/3 140/20 141/10
150/6 151/24 152/25
154/9 156/20 157/11
160/9 161/1 161/1
163/10 165/25 166/1
169/5 171/1 171/3
175/7 179/11 179/23
186/3 187/17 188/3
191/1
hadn't [1] 187/6
half [9] 22/2 22/5 22/14
99/7 102/4 170/21
170/22 196/4 196/8
hallway [2] 127/19
130/1
hand [3] 88/24 100/5
198/5
handful [1] 105/3
handing [1] 196/14
handling [1] 36/15
hanging [2] 151/22
181/8
happen [5] 55/21
117/23 118/10 141/14
152/24
happened [54] 6/20
6/21 9/10 12/16 12/23
14/3 14/5 19/19 20/12
21/8 23/17 25/19
25/22 27/22 31/20
32/2 32/11 38/15
38/22 40/15 48/25
50/18 50/21 52/9
52/17 55/9 59/10
61/22 61/25 65/7
81/13 82/9 88/14
88/21 101/22 117/14
117/17 117/21 118/24
119/3 120/21 123/15
123/15 126/9 141/10
141/24 146/23 147/3
150/7 156/15 157/23
165/25 175/8 186/4
happening [10] 26/3
27/23 34/21 77/21
88/23 156/13 157/15
157/16 158/5 182/9
happens [2] 141/23
149/10
hard [8] 148/3 159/12
159/13 174/6 183/9
187/3 187/6 187/10
hardship [20] 4/16 4/17
5/7 6/1 6/2 11/19
11/20 11/24 11/25
12/1 45/12 45/14
45/15 46/5 46/11
98/19 98/20 100/7
144/5 144/5
harming [1] 181/21
Harris [20] 31/8 100/21
109/15 110/5 123/20
127/14 128/8 143/20
183/20 192/4 192/14
193/5 193/13 193/17
194/1 194/12 195/21

has [42] 37/21 37/24
38/23 44/23 47/25
56/18 57/3 60/6 60/8
74/19 83/5 85/7 93/23
95/5 95/14 96/6
100/21 104/19 105/20
107/5 115/11 117/21
126/12 127/14 127/17
128/2 129/10 131/3
132/3 139/23 143/2
143/5 143/7 145/13
171/17 172/1 175/16
176/25 183/14 184/12
192/7 196/15
Hashanah [1] 144/7
Hasn't [2] 75/7 75/8
hate [1] 132/21
Hava [2] 1/14 2/4
have [535] 2/8 2/19
2/21 3/12 3/15 4/16
5/4 5/10 5/11 5/15
5/20 5/22 6/7 6/8 6/12
6/19 6/24 7/6 7/8 7/9
9/16 9/25 10/1 11/24
11/25 12/22 13/12
13/15 14/4 14/15
14/18 15/2 15/3 15/9
15/11 15/12 15/12
16/2 16/7 16/8 16/10
16/16 17/8 17/14 18/3
18/8 18/9 18/18 18/19
19/2 19/4 19/14 19/19
21/7 21/9 21/14 21/19
21/21 22/10 23/10
23/25 24/15 25/21
27/2 27/11 27/13
27/14 27/24 30/14
30/23 30/23 31/1 31/2
31/5 32/10 32/16
32/16 32/19 32/19
32/22 34/6 35/8 35/20
35/24 38/5 38/8 38/12
38/15 38/15 38/25
39/2 39/10 39/11
39/11 39/13 39/17
39/22 40/5 40/16
40/24 41/1 41/11
41/16 41/17 43/18
43/21 44/21 45/12
45/17 45/17 46/3
46/22 47/15 48/20
48/23 48/23 49/7
49/10 49/21 50/6 50/7
50/21 51/20 52/14
52/14 52/17 52/20
52/21 52/22 52/22
52/23 53/21 55/5 55/6
55/17 56/11 56/12
56/22 57/2 57/7 57/8
57/15 57/16 57/17
57/18 57/20 57/21
58/1 58/2 58/13 59/3
59/13 59/16 59/22
60/2 60/13 60/21
60/22 60/22 60/23
61/14 61/22 61/22
61/23 61/24 63/6 63/7
63/10 63/14 64/4 65/5

66/4 66/5 66/12 69/4
69/9 69/19 70/9 70/12
70/13 70/14 70/17
70/25 71/4 71/5 71/7
71/11 71/12 71/15
71/24 71/25 72/6 72/8
73/16 73/19 74/7
76/21 76/22 76/22
78/6 78/6 78/7 78/8
78/10 78/13 79/1 79/5
79/8 79/15 80/9 80/22
81/12 82/7 82/8 82/9
82/10 82/11 82/16
83/7 83/7 83/9 83/24
84/2 86/12 86/17
88/18 90/1 90/2 90/3
90/4 90/15 91/5 93/25
96/16 96/17 97/18
97/23 97/24 98/11
98/19 98/22 99/2
99/15 99/24 100/4
100/11 100/12 100/15
100/19 100/21 100/23
100/24 101/25 103/11
103/12 103/14 103/17
104/6 104/15 104/20
104/25 105/1 105/2
105/5 105/24 106/22
107/7 107/22 107/23
107/23 107/24 107/25
108/1 108/6 108/10
108/11 108/13 108/15
108/18 108/21 108/21
108/25 109/4 109/25
110/4 110/5 110/21
111/1 111/23 111/23
111/25 112/1 112/22
113/22 114/7 114/14
114/22 115/9 115/14
115/18 115/24 115/24
115/25 116/1 116/3
116/9 116/15 116/19
117/1 117/2 117/22
118/1 118/8 118/11
118/22 118/24 119/1
119/14 119/25 120/4
120/8 121/7 121/8
121/9 121/10 122/4
122/11 122/13 122/22
123/18 123/20 124/8
124/15 125/21 125/25
126/9 126/9 126/24
127/3 127/5 127/6
127/9 127/13 128/1
128/11 128/22 128/24
129/4 130/10 130/19
130/23 131/1 132/5
132/12 133/9 133/13
133/16 133/19 133/21
133/23 134/6 136/2
137/19 137/20 138/8
138/11 138/12 138/13
138/14 138/19 138/20
138/21 139/8 139/13
139/14 139/14 139/19
139/20 139/23 139/24
139/25 140/9 140/13

140/15 141/20 142/8
142/14 142/15 142/21
142/24 143/20 144/4
144/9 144/17 144/19
144/21 144/25 145/6
145/16 145/20 145/21
146/13 146/24 147/1
147/8 147/12 147/19
147/22 147/22 147/24
148/5 150/17 150/18
150/22 151/1 151/3
151/25 152/10 152/14
152/17 153/3 153/6
153/6 153/11 154/8
154/25 156/14 157/1
157/2 157/3 157/8
157/22 158/21 158/22
158/23 158/24 158/24
159/7 159/23 160/15
160/25 161/3 162/8
162/9 162/10 162/11
162/11 163/5 163/10
165/2 166/10 166/12
166/14 166/20 166/22
168/14 169/7 171/2
171/25 172/20 172/21
173/16 173/21 174/13
174/19 176/2 176/5
176/6 177/23 179/11
179/19 179/23 179/25
180/23 181/2 181/11
181/15 181/17 182/4
182/21 182/21 182/23
182/23 183/8 183/18
183/19 184/8 184/16
184/24 186/8 186/12
186/18 187/3 187/4
187/12 187/24 187/25
187/25 188/10 189/9
189/13 189/14 189/21
189/22 189/23 190/7
191/1 191/3 191/7
191/12 192/3 192/8
192/16 192/18 192/25
193/15 193/21 195/4
195/9 196/3 196/6
196/15 196/25 196/25
197/25
haven't [15] 32/5 47/18
54/2 61/7 70/11 93/18
93/22 95/21 109/23
116/15 129/2 150/22
172/16 186/5 189/18
having [8] 40/15 75/12
76/16 88/13 143/9
185/24 197/13 198/1
Hawley [1] 182/6
he [92] 12/11 12/13
12/15 12/16 13/19
22/7 26/13 26/14
26/15 29/8 29/9 33/7
34/11 34/11 35/7
38/22 53/16 53/17
53/18 53/19 53/24
53/24 53/25 53/25
53/25 54/1 54/3 54/4
54/5 54/7 54/8 54/10
58/16 58/18 58/19

69/11 73/17 76/9
80/11 80/11 80/14
80/16 80/16 80/19
83/1 83/2 83/8 84/10
89/16 89/20 100/21
100/21 103/6 111/19
113/8 127/23 143/2
143/3 143/4 143/5
143/7 146/6 146/7
146/8 146/9 148/12
148/14 148/14 148/19
148/19 148/19 148/24
153/13 156/12 156/14
156/15 164/3 171/1
171/2 171/3 174/7
174/8 174/8 174/9
174/9 180/14 180/15
182/16 182/17
he's [20] 13/20 17/17
28/15 28/18 45/18
100/10 112/14 113/6
139/22 143/3 143/3
143/7 146/14 164/3
164/5 171/7 171/12
171/13 171/16 180/16
head [6] 12/4 16/22
78/4 97/16 107/16
161/6
health [7] 44/9 86/19
87/18 97/19 97/22
98/1 180/1
healthcare [1] 15/5
hear [27] 5/19 5/25
7/16 8/18 8/19 13/9
23/20 64/25 68/5
77/17 87/9 89/19
91/12 97/21 102/6
111/5 125/24 127/7
127/16 132/10 140/24
142/24 148/12 157/13
173/11 174/6 187/19
heard [87] 6/7 6/20 7/5
14/15 21/8 32/17 34/9
34/16 35/6 35/9 38/8
38/13 39/18 40/2
41/17 52/15 53/14
54/15 57/19 57/20
57/21 58/12 58/24
60/4 60/15 61/24
73/13 74/5 76/4 76/5
77/19 83/7 83/24 84/3
90/2 93/17 94/10 95/1
96/1 100/1 100/17
102/7 103/12 106/21
107/20 107/25 108/4
108/6 108/11 108/18
108/22 116/9 117/1
121/7 123/3 123/9
123/14 127/18 130/1
132/7 132/16 134/20
134/25 139/8 139/19
139/24 140/3 142/23
143/13 145/20 148/7
149/15 162/11 163/25
164/2 164/9 170/25
171/21 174/4 174/12
180/13 180/19 181/22
187/14 188/8 195/11

heard... [1] 195/20
hearing [4] 51/22
65/17 150/17 162/2
hearings [12] 77/13
77/17 88/24 89/1 89/3
102/19 141/25 150/19
161/18 166/10 175/20
182/5
held [5] 41/4 92/18
108/9 114/17 168/6
Hello [3] 98/16 133/3
151/17
help [1] 30/9
helped [1] 63/24
helping [1] 191/7
her [63] 39/19 39/20
39/22 48/13 48/13
49/4 49/6 49/10 50/4
53/7 74/24 80/5 85/2
85/2 85/19 85/22
95/13 95/14 95/21
106/23 106/24 107/16
107/21 124/9 124/10
124/21 124/22 125/9
125/23 125/25 126/2
126/16 126/17 127/3
127/6 127/8 127/16
127/20 132/8 132/12
135/25 137/11 138/6
138/9 153/18 156/4
169/5 184/9 184/12
184/16 184/19 184/20
184/20 185/1 187/15
187/16 187/17 188/3
188/3 188/5
here [69] 2/8 4/24 10/2
11/11 14/2 14/19
17/13 19/7 25/17
27/22 29/16 31/9
31/10 31/25 32/25
37/19 38/8 40/6 40/25
46/10 52/13 58/7 64/6
64/10 73/12 74/7
74/25 75/13 77/20
79/16 81/1 83/6 88/10
92/3 99/5 99/13
105/25 107/2 107/3
109/8 115/6 116/2
118/25 122/25 125/15
126/10 143/16 144/16
146/18 149/18 151/8
151/21 155/11 157/5
159/24 160/6 165/14
168/14 174/13 181/9
183/16 186/1 188/12
188/18 192/2 193/12
193/16 194/10 194/22
here's [5] 21/6 89/22
94/3 125/21 128/21
hereby [1] 199/3
Heritage [2] 72/23
72/24
hero [4] 83/1 83/9
139/15 139/25
herself [3] 107/1
107/17 184/15
Hi [6] 4/12 81/8 101/4

high [6] 32/8 41/2
60/25 70/6 120/2
141/11
high-level [3] 32/8
60/25 70/6
highlighting [1] 61/6
Hill [19] 13/14 36/8
77/13 80/11 80/13
80/17 101/14 102/10
133/23 133/25 134/3
134/13 135/2 140/11
140/13 140/15 185/5
185/7 185/12
him [58] 7/6 7/8 7/10
8/8 8/9 12/22 17/11
17/15 17/18 17/20
17/24 22/10 26/14
26/21 26/24 28/11
28/21 34/10 34/14
54/8 58/13 58/19
58/21 60/10 60/11
65/3 69/17 69/22
73/23 74/1 76/12
76/14 76/15 83/24
84/3 100/10 100/15
100/16 103/4 103/7
113/10 113/15 113/24
114/2 139/15 139/23
139/25 143/1 146/13
146/17 148/16 149/8
149/12 152/19 158/18
186/11 186/11 187/4
hired [4] 30/8 56/18
56/24 163/7
his [37] 8/6 8/9 12/21
18/10 26/13 28/10
28/16 28/16 28/17
34/11 34/12 53/18
69/18 80/10 80/16
103/5 103/5 103/5
111/19 113/10 113/21
113/23 115/13 140/1
143/8 145/16 146/11
148/16 149/8 152/19
156/3 164/2 171/8
171/14 185/11 185/17
186/10
history [4] 44/18 44/19
154/4 170/4
hit [4] 110/10 123/20
128/5 192/3
hold [9] 34/7 53/13
58/4 58/10 73/11
118/19 123/2 170/23
180/12
holiday [3] 144/10
144/11 148/11
holidays [1] 144/8
home [10] 8/22 68/3
68/7 101/17 130/4
140/21 156/4 185/16
186/7 194/15
homeless [2] 17/12
17/17
honest [4] 31/25 50/22
188/3 191/15
honestly [4] 32/5 34/4
132/1 159/18

Honor [42] 2/2 4/6 4/7
11/7 19/12 20/7 20/23
21/3 21/5 21/13 22/6
22/13 23/4 23/13
23/16 25/5 25/10
37/18 39/24 45/10
58/13 73/14 95/2
107/7 107/10 107/15
109/7 109/21 119/18
124/20 125/13 126/5
127/5 134/21 148/18
151/10 160/4 164/1
174/3 187/22 193/8
195/14
HONORABLE [1] 1/8
honors [3] 73/14 73/18
170/19
Hoover [6] 73/1 73/5
73/6 73/9 73/13 73/18
hope [4] 45/16 45/25
109/11 117/9
hoped [1] 123/21
hopeful [1] 148/9
hopefully [3] 74/8 88/2
114/23
horrified [1] 141/15
hospital [2] 16/9 19/2
hospitalization [1]
180/6
hour [6] 99/7 109/14
123/23 124/5 125/10
126/7
hours [6] 3/13 97/9
98/21 98/22 130/4
186/7
house [19] 11/21 17/11
17/12 17/24 28/15
28/18 97/4 97/5 97/7
101/19 135/7 137/8
137/17 141/5 141/6
166/11 169/18 169/24
186/7
housing [1] 24/19
how [85] 2/20 2/20
8/16 8/16 8/17 8/23
10/24 16/19 25/24
26/10 27/23 28/16
35/19 35/24 38/25
40/24 44/14 56/10
56/18 59/17 62/13
63/6 67/5 68/8 70/8
71/24 71/24 78/22
79/1 82/25 85/17
86/12 86/16 88/17
88/23 91/19 93/5
97/11 97/23 99/4
100/3 106/16 110/25
111/1 111/2 111/10
114/7 114/9 118/23
119/14 119/21 119/23
122/4 122/6 125/21
128/6 128/14 129/10
133/4 134/5 134/21
135/1 135/2 135/24
146/25 150/13 155/21
157/1 157/7 157/5
161/15 162/4 163/1
163/5 164/13 174/20

179/15 181/16 185/17
188/16 192/21 196/10
however [6] 29/25
31/22 49/3 55/9 67/6
130/5
HR [1] 114/17
huh [7] 9/20 76/3 97/3
103/9 122/3 154/6
194/16
human [5] 65/6 71/21
71/22 114/4 114/12
hundred [5] 15/24
93/20 130/3 131/25
198/14
hurt [1] 160/18
husband [2] 113/19
114/16
hypothetical [4] 130/25
159/5 159/6 159/10

I
I'll [1] 186/13
I'm [59] 4/21 6/14
10/15 10/18 12/1
15/13 18/10 18/14
20/6 20/21 22/11 34/4
36/12 36/12 39/3 42/9
42/10 42/17 42/25
48/21 53/16 53/18
54/1 54/5 56/24 64/12
65/21 69/9 81/23
84/23 86/1 87/7 91/14
93/7 97/21 102/20
115/21 117/18 121/19
127/7 129/8 130/7
131/10 132/10 143/1
148/9 152/20 155/25
156/1 157/12 157/13
160/16 169/24 174/3
174/7 176/20 178/22
179/5 183/13
I've [2] 17/16 116/9
idea [2] 38/25 107/16
image [4] 3/1 21/2
176/14 187/10
imagery [1] 182/8
images [6] 2/25 8/13
32/4 61/22 65/24 78/6
imagine [1] 119/19
immediate [5] 21/25
29/3 80/21 133/12
133/14
immediately [1] 102/18
impact [3] 26/7 28/17
106/13
impartial [4] 105/17
138/22 142/18 187/8
impartiality [1] 145/6
impeach [1] 65/3
impeachment [1] 72/21
implied [1] 131/6
implying [1] 20/21
impression [4] 21/21
52/2 52/5 180/15
incarceration [1] 96/22
incident [6] 19/21
33/22 49/4 49/5 50/3
52/4
incidents [2] 61/6

incited [1] 55/21
inciting [1] 55/18
inclination [2] 125/24
187/15
include [2] 57/16
140/17
includes [1] 141/24
including [7] 9/24 48/8
64/23 95/4 126/24
142/14 181/20
income [1] 5/20
incompetent [1] 17/20
independent [2] 70/11
136/9
indicate [3] 80/19
167/2 194/12
indicated [89] 2/14
4/16 6/5 6/11 7/5 7/12
9/9 9/15 12/5 14/1
16/1 16/11 17/7 21/17
25/18 27/12 28/24
29/18 31/19 33/2
33/14 34/17 37/13
40/14 42/2 42/5 43/18
45/12 46/13 47/14
50/17 60/21 65/16
66/23 67/24 68/20
70/3 75/25 76/16
80/11 82/7 82/16 83/5
83/8 83/17 84/5 85/6
88/12 89/11 90/9
90/23 91/11 92/5
98/19 101/7 101/21
102/14 103/20 105/19
112/6 113/1 113/18
136/16 139/2 139/7
139/24 140/7 141/9
144/3 144/24 146/20
147/17 150/5 151/23
153/9 155/12 156/20
160/8 165/24 168/25
175/4 175/7 175/8
177/3 178/1 184/25
186/3 189/12 190/4
indicating [2] 37/6 39/3
indictment [1] 14/22
individual [7] 4/5 61/15
77/24 102/23 125/22
142/2 180/11
individuals [31] 3/2
9/18 14/8 20/25 26/20
41/8 51/15 61/16
70/23 71/2 77/24 82/3
87/19 89/8 102/25
111/14 111/20 112/15
118/15 137/7 142/3
147/5 147/14 150/25
152/7 158/9 166/15
176/13 177/11 178/3
182/12
indoors [1] 156/13
industry [2] 63/2
140/11
infantry [4] 24/6 24/9
24/10 24/11
infiltrate [1] 55/23
inform [1] 196/9
information [14] 22/10

information... [13]
37/20 39/4 56/12
114/5 126/12 131/7
131/8 145/8 167/9
167/11 167/12 167/14
169/23
initially [2] 146/7
175/13
initiatives [1] 30/10
injured [1] 111/11
Innocence [1] 167/20
innocent [5] 115/10
115/13 145/1 145/15
145/25
inquire [2] 107/6 123/6
inquiring [1] 107/7
inside [11] 51/4 52/9
52/11 55/10 77/1
108/13 108/14 138/8
152/4 152/5 189/10
insidious [1] 15/5
install [1] 57/11
instead [1] 118/7
Institution [6] 63/19
73/1 73/5 73/7 73/9
73/15
institutions [2] 71/15
163/21
instruct [58] 6/10 6/18
6/23 13/17 14/16
14/19 15/17 21/11
23/7 27/1 27/4 27/7
27/18 32/21 41/13
41/15 52/16 52/19
57/14 57/23 61/21
62/4 71/9 78/12 82/7
82/13 89/24 90/6
103/10 103/16 109/2
111/22 112/3 112/23
117/4 121/8 121/12
128/11 142/11 142/13
148/2 152/24 153/5
158/22 159/2 160/25
161/3 166/20 166/24
176/8 182/20 182/25
186/22 189/21 190/1
193/2 193/17 197/4
instructing [7] 6/17
75/17 75/18 83/18
176/1 177/16 177/19
instruction [38] 6/12
6/24 10/9 10/13 10/16
10/22 13/24 15/23
15/23 23/11 32/17
41/19 62/6 75/23
78/14 78/16 82/14
91/7 91/8 91/10
103/18 112/4 112/21
115/19 115/21 121/13
142/18 145/2 153/7
159/3 161/4 161/9
166/25 176/9 177/24
183/1 187/1 190/2
instructions [12] 2/13
3/9 3/10 3/25 6/9
21/14 27/17 27/17
41/12 90/24 107/11
194/6

insurance [3] 97/19
97/22 98/1
insurrection [3] 111/7
111/10 130/21
integrity [2] 113/7
138/25
intensely [1] 61/7
Interest [2] 72/11
72/15
interested [1] 35/4
interests [1] 18/10
intern [1] 170/10
international [2] 18/25
104/4
internet [1] 3/17
internship [1] 170/15
interrupt [1] 174/3
interruption [4] 3/5
24/8 73/3 170/13
introduced [11] 27/6
27/19 41/14 52/19
66/13 71/9 82/12
112/3 142/12 161/2
176/7
intruders [1] 118/19
invasion [2] 68/3 68/7
investigated [1] 33/15
investigating [1]
161/22
investigation [72] 3/7
6/21 14/4 14/15 25/22
25/24 26/10 26/12
26/16 27/3 31/20 32/7
40/16 40/23 41/16
50/18 51/22 51/23
52/15 60/23 61/9
61/11 61/25 70/4 70/9
70/15 70/15 70/21
76/17 76/21 76/22
78/7 78/8 88/15 88/18
88/22 88/25 90/3
102/20 103/13 110/23
110/25 111/1 142/8
142/15 146/23 147/1
150/10 150/14 156/21
157/2 158/20 160/11
161/12 161/12 162/3
162/7 162/11 164/11
166/1 166/5 166/22
175/9 175/12 176/3
181/13 181/16 181/17
182/3 182/22 186/4
186/6
investigations [5]
111/24 141/24 147/24
170/1 186/19
investigator [2] 87/3
87/12
investigators [1]
169/14
investments [1] 18/15
involve [1] 172/6
involved [8] 14/22 16/9
36/13 85/15 130/21
136/20 171/7 171/12
involves [1] 15/14
involving [2] 53/3 53/7
Iowa [1] 190/21

3/10 3/14 5/5 5/11
6/12 8/4 8/25 9/15
9/22 10/5 10/8 11/20
11/25 12/6 12/21
14/13 14/16 14/24
15/6 15/8 15/14 16/12
17/13 17/14 17/22
21/1 21/18 23/8 26/25
27/7 27/18 27/18 28/8
29/7 29/20 29/20 30/6
30/12 32/15 33/3 33/5
33/16 35/14 35/18
35/21 38/9 38/20 39/1
39/5 39/15 39/16 40/4
41/10 42/1 42/15 43/2
43/21 45/8 45/14
45/19 45/19 48/19
49/23 50/19 52/13
54/20 55/14 55/19
55/21 56/25 59/9
59/11 59/17 59/20
61/11 62/3 65/9 66/6
66/13 66/14 66/18
68/1 68/1 68/6 68/22
69/10 69/25 70/16
71/4 71/10 72/4 72/15
72/16 72/18 74/17
74/20 75/4 75/6 75/9
76/5 78/24 80/6 80/18
80/25 82/12 82/17
84/6 84/6 85/7 87/24
89/10 89/12 89/25
90/25 91/4 91/14
91/16 91/16 92/7 92/7
92/7 93/19 93/21
94/14 95/12 97/13
98/20 99/18 99/18
101/8 101/11 101/19
102/2 102/10 102/25
103/3 103/17 103/21
103/24 105/21 107/16
107/17 107/18 108/17
108/18 109/11 109/12
109/13 109/15 109/15
109/19 110/13 110/22
111/14 112/7 114/19
115/12 115/16 116/8
116/22 117/21 118/20
119/1 122/23 124/4
124/25 125/4 125/24
126/3 126/5 126/6
126/10 126/15 126/22
126/22 126/25 127/1
128/3 128/22 130/17
130/20 130/21 130/21
131/4 131/4 132/19
133/6 133/18 135/22
136/5 136/8 136/9
136/17 137/8 137/10
137/13 138/2 138/13
138/17 139/9 140/10
140/12 141/2 141/6
141/8 141/21 142/7
144/5 144/22 145/15
145/15 145/24 146/5
147/18 147/20 151/12
151/13 153/10 151/12
153/18 154/21 155/16

162/3 162/19 164/15
164/22 165/15 166/15
166/19 167/3 167/10
169/1 171/18 173/4
173/6 175/17 176/14
177/4 179/4 180/15
180/20 181/12 183/2
183/5 183/12 184/6
185/1 185/8 185/12
186/17 187/15 188/22
189/9 190/5 190/6
190/22 190/22 191/12
191/13 191/14 191/20
192/5 192/5 192/20
193/13 194/13 194/14
194/22 195/12 195/16
195/25 196/13 196/14
197/8 197/15 199/3
ish [2] 173/14 191/4
isn't [2] 65/7 195/15
issue [6] 63/24 124/7
127/10 132/21 139/24
148/11
issues [9] 36/15 62/24
63/2 63/20 64/1 64/2
71/19 71/22 100/19
it [278] 2/18 4/3 5/4 7/9
7/16 8/16 8/17 11/23
11/25 13/4 13/7 15/13
16/21 17/12 17/25
19/23 20/3 20/8 20/10
20/16 20/18 20/21
20/22 21/4 21/15
22/16 22/18 22/24
23/25 23/25 24/7
24/11 25/25 26/3
26/22 27/14 27/15
27/21 27/23 27/25
29/20 29/25 31/22
31/23 31/24 32/2 32/6
33/19 33/19 33/25
34/1 34/13 34/24 35/1
35/3 36/10 36/10
36/11 37/24 38/22
39/10 39/21 41/2
41/20 41/23 42/23
42/25 45/16 46/4
46/15 48/10 48/11
48/12 48/20 49/13
49/19 50/3 50/4 50/7
51/9 52/3 53/3 53/8
54/4 57/20 61/7 61/9
62/2 62/4 62/8 63/18
63/22 63/25 65/23
65/25 66/3 66/11
66/18 66/25 67/3 68/3
68/6 68/7 68/12 69/2
74/8 75/15 76/23 77/1
77/2 78/1 78/12 79/20
79/21 79/21 80/6 80/9
80/24 81/4 81/16
82/10 83/10 85/15
85/22 85/24 88/2
88/21 88/21 88/23
89/23 91/7 92/19
93/13 93/23 94/1 94/7
94/13 95/20 96/17
96/25 99/4 99/6 99/16

102/1 104/5 106/11
106/16 108/7 109/24
110/9 110/13 111/2
111/2 111/9 116/18
117/16 117/17 117/18
117/22 117/23 120/23
120/24 120/25 121/5
123/11 123/14 124/8
124/12 124/18 125/1
125/1 125/9 126/12
126/14 126/18 126/19
126/23 127/19 129/7
129/10 129/14 130/7
130/7 130/17 131/23
132/3 132/18 132/19
133/9 133/11 133/16
134/1 134/2 134/2
135/6 136/19 138/4
139/15 140/2 140/10
141/14 141/15 141/17
141/19 142/20 144/15
144/21 145/9 145/21
147/3 147/4 148/3
148/4 153/10 154/21
155/18 157/4 157/20
156/18 159/14 159/16
159/17 161/14 161/16
161/19 161/22 161/22
161/22 161/24 161/24
161/25 161/25 162/4
164/13 164/18 164/20
164/20 165/18 165/20
166/23 168/3 170/16
171/1 174/6 175/13
175/15 175/17 176/20
177/21 184/16 184/19
185/8 186/7 186/7
186/23 186/23 187/2
187/5 187/7 187/9
187/10 188/2 189/1
189/4 189/19 191/13
191/16 191/21 191/21
196/3 196/4 196/7
196/16 197/15 197/16
it's [73] 5/8 6/4 8/24
9/11 11/23 12/1 14/2
17/14 17/19 18/6 18/6
20/4 23/10 24/20
28/16 28/19 30/20
31/2 39/21 42/2 46/1
46/2 46/10 55/14
56/19 56/22 56/22
63/1 64/13 66/2 66/10
79/20 84/19 91/22
95/11 99/7 99/16
100/6 100/6 107/21
116/23 116/24 117/24
123/21 124/14 125/22
126/13 126/21 127/8
127/9 128/25 130/12
130/16 131/1 131/6
131/9 131/10 131/11
144/21 154/22 159/6
159/10 159/12 159/13
167/5 167/9 175/16
176/18 177/22 186/19
187/24 188/1 188/2
its [6] 14/15 73/8

**I**

its... [4]  116/12 116/15
117/5 119/6
itself [7]  38/17 102/16
102/17 134/23 135/3
185/18 188/1

**J**

jail [9]  22/3 22/7 48/15
107/8 107/13 108/11
108/14 108/15 108/24
January [92]  2/15 3/16
6/8 6/20 7/14 12/15
12/22 13/15 19/20
21/8 25/19 31/21
31/25 34/11 34/18
37/22 40/16 43/4
47/16 50/19 55/3
55/10 57/16 60/24
61/3 61/23 64/23 70/4
76/11 76/17 77/23
81/14 82/10 88/14
88/21 90/2 101/17
102/15 102/17 103/11
107/3 108/8 108/23
110/23 111/23 111/24
117/1 120/21 121/7
122/5 123/6 123/11
136/20 136/25 137/18
137/21 139/14 140/18
142/14 142/15 145/20
145/21 147/2 147/23
148/20 148/21 150/7
150/10 151/25 152/2
156/4 156/7 160/10
166/1 166/10 166/12
166/21 171/4 171/15
171/19 172/2 172/17
173/17 174/24 175/23
180/17 180/24 181/12
182/4 184/6 185/13
189/6
January 31st [1]  122/5
January 6 [89]  2/15
3/16 6/8 6/20 7/14
12/15 12/22 13/15
19/20 21/8 25/19
31/21 31/25 34/11
34/18 37/22 40/16
43/4 47/16 50/19 55/3
55/10 57/16 60/24
61/3 64/23 70/4 76/11
76/17 77/23 81/14
82/10 88/14 88/21
90/2 101/17 102/15
102/17 103/11 107/3
108/8 108/23 110/23
111/23 111/24 117/1
121/7 123/6 123/11
136/20 136/25 137/18
137/21 139/14 140/18
142/14 142/15 145/20
145/21 147/2 147/23
148/20 148/21 150/7
150/10 151/25 152/2
156/4 156/7 160/10
166/1 166/10 166/12
166/21 171/4 171/15
171/19 172/2 172/17

180/17 180/24 181/12
182/4 184/6 185/13
189/6
JENSEN [8]  1/5 2/4
2/6 7/5 80/1 125/12
125/19 193/10
Jewish [2]  144/8
148/11
job [50]  4/22 4/24
28/16 28/19 35/14
35/25 36/3 44/22
44/23 46/2 46/3 56/15
63/6 63/7 63/10 72/8
79/2 79/8 86/12 86/24
87/1 87/15 97/23 98/9
104/14 113/10 113/23
114/7 114/15 114/21
119/14 122/4 122/12
122/21 133/10 134/6
134/17 135/8 141/21
154/9 154/15 154/18
162/19 172/6 172/6
172/18 179/24 180/20
191/1 191/12
jobs [29]  24/14 24/15
30/23 36/2 36/6 44/21
57/2 57/3 63/6 63/10
72/6 79/5 79/9 79/13
80/1 86/23 87/1
97/17 104/15 114/13
122/11 122/13 154/8
163/9 170/7 179/23
184/18 190/25 191/1
John [1]  17/5
joined [1]  170/21
Josh [1]  182/5
journal [2]  72/15 72/22
journalism [2]  62/16
62/19
journalist [1]  70/16
journalists [1]  7/20
judge [47]  1/9 10/1
14/18 15/18 21/10
27/5 27/16 32/19
33/18 34/2 34/10
38/10 42/8 42/11
42/12 43/9 48/13
48/22 49/2 49/2 49/16
49/21 49/21 50/4 50/6
50/11 52/18 53/15
53/18 54/20 65/10
68/23 71/8 78/11
82/11 90/4 103/15
106/23 112/22 116/11
119/3 121/10 142/10
176/7 180/14 182/24
186/24
judge's [1]  49/14
judges [2]  178/5 178/6
judges' [1]  43/14
judging [2]  13/16 28/4
judgment [1]  55/13
jump [1]  161/24
jumped [1]  174/13
juror [194]  2/11 2/12
4/10 4/11 4/12 10/25
11/5 11/13 11/14
11/15 19/9 19/10

25/12 25/13 28/22
29/16 31/12 31/13
31/16 33/12 37/7 37/8
37/9 37/10 37/16
39/22 40/9 40/10
40/11 43/11 44/5 45/1
45/5 45/6 45/7 47/12
58/7 58/16 60/1 60/8
60/13 60/16 60/17
62/5 64/8 64/9 64/11
64/21 65/18 67/21
67/22 68/18 69/22
74/13 74/14 74/15
74/24 75/13 75/17
79/18 80/8 80/9 80/18
81/7 81/8 82/8 85/3
86/8 88/4 88/5 88/8
89/24 90/20 92/3
94/21 98/14 98/15
98/16 101/2 101/3
101/4 102/12 105/17
106/14 106/14 108/20
109/9 109/12 109/24
110/12 110/14 113/16
113/24 115/1 115/2
115/3 119/4 120/13
120/14 120/17 121/11
124/3 124/6 124/7
124/15 125/23 127/14
127/22 128/17 128/18
128/19 129/1 129/19
129/20 129/21 132/25
133/2 133/5 135/14
135/16 135/18 136/6
138/22 142/11 142/18
143/19 143/24 144/1
146/18 147/21 149/23
149/24 150/2 151/11
151/15 151/19 155/5
155/6 155/8 156/18
158/22 159/21 159/23
159/23 160/2 160/3
160/6 160/25 162/8
165/8 165/9 165/10
165/19 165/21 166/19
168/23 172/24 172/25
173/1 174/1 175/4
176/1 177/17 181/4
181/5 181/6 182/19
183/17 183/19 183/23
183/24 184/2 184/22
185/25 187/18 188/11
188/14 188/15 188/18
189/20 192/20 193/14
193/25 194/11 194/19
194/21 194/23 195/2
195/5 195/7 195/23
jurors [12]  38/15 49/25
123/4 128/1 192/6
192/14 192/17 192/21
193/7 193/16 195/22
197/13
jurors' [2]  149/19
149/21
jury [52]  1/8 3/21 12/2
12/24 46/14 46/14
46/15 46/15 46/16
66/24 66/24 67/3 67/3

83/20 91/2 94/1 95/20
100/22 100/25 107/9
107/17 116/4 124/11
125/2 125/4 128/11
130/5 143/9 149/9
152/24 159/7 159/17
177/16 183/20 186/22
192/23 192/25 193/16
193/20 194/5 194/20
194/24 195/13 195/16
196/1 196/21 196/24
197/8 198/6
just [197]  2/10 2/15
2/21 4/18 4/21 9/23
9/24 9/25 10/9 11/19
12/11 13/8 15/18 16/1
16/3 19/13 22/18
22/23 22/25 23/5 23/8
23/10 24/13 27/2
27/10 27/25 28/15
28/18 29/6 32/8 32/20
33/20 34/15 35/3 36/5
38/10 38/11 38/11
38/18 38/22 39/4
40/18 46/1 48/12
48/15 50/5 50/11 51/2
52/7 52/18 52/23 53/1
54/8 54/16 55/11
56/15 56/24 56/24
58/6 58/25 59/7 59/7
59/15 60/6 61/2 61/3
61/6 62/11 62/13
65/21 66/10 68/4
70/10 72/7 77/4 77/8
77/15 77/17 77/19
79/4 80/9 80/15 81/11
81/14 81/16 81/20
83/3 87/7 87/8 89/2
89/18 91/5 91/18 95/2
95/6 96/6 98/2 99/13
99/19 102/4 104/4
105/12 109/1 109/10
109/18 109/23 111/11
111/19 112/20 113/21
115/21 115/24 117/3
117/18 117/18 118/10
118/20 119/3 121/5
122/12 122/15 122/23
123/10 123/16 126/6
126/19 127/3 128/2
128/14 129/6 130/2
131/1 131/9 131/16
131/18 132/1 132/3
133/5 133/7 133/19
134/7 135/24 138/11
139/5 144/22 145/5
147/25 148/18 149/4
149/9 150/13 150/17
151/12 152/4 152/17
153/3 154/12 157/5
157/7 160/13 161/15
161/16 161/24 161/25
162/3 162/6 164/10
164/21 165/17 165/17
165/20 166/8 167/24
168/1 170/5 171/15
171/22 173/9 177/22
180/14 182/8 188/5

189/24 191/9
191/20 192/3 193/14
194/1 194/1 194/1
194/5 194/15 196/18
197/11 197/17 198/1
justice [24]  43/5 43/7
94/17 104/7 104/19
106/8 106/13 167/6
167/10 167/10 167/21
168/3 168/15 169/9
170/10 170/11 170/16
171/8 171/13 171/17
172/2 172/7 172/8
178/20
justified [1]  55/10
55/11

**K**

keep [5]  17/23 17/24
17/25 77/7 189/17
keeping [4]  2/21 41/1
77/9 77/14
KELLY [1]  1/8
killed [2]  51/8 68/10
kind [40]  16/19 24/20
36/20 42/23 43/23
46/11 48/21 60/24
61/3 62/24 84/10
84/14 84/17 84/18
85/14 106/4 107/1
116/4 117/25 128/6
128/14 131/20 134/1
146/6 148/9 150/14
150/21 153/13 162/3
165/16 167/7 169/22
182/1 182/17 189/16
190/15 191/5 191/7
191/8 191/21
kinds [8]  28/13 28/19
32/8 60/25 79/13
122/13 154/17 181/16
Kippur [1]  144/7
knew [6]  17/9 47/15
47/22 112/7 123/15
182/16
knife [11]  14/22 15/4
15/8 15/11 15/12
15/14 15/14 16/2 16/9
16/10 49/25
knives [2]  15/4 15/10
know [295]  5/13 5/13
5/17 7/7 7/10 7/17
7/18 7/23 8/2 8/4 8/7
8/8 8/22 9/5 9/6 10/10
10/11 10/12 10/14
10/23 11/2 11/3 12/5
16/11 21/2 23/6 26/14
27/1 27/3 28/7 28/24
32/11 32/11 32/12
32/13 32/13 32/24
33/3 33/8 34/25 34/25
35/3 35/4 36/10 36/15
36/19 39/22 42/5 42/7
42/8 42/9 42/10 42/17
42/18 42/23 45/18
46/4 46/9 47/16 47/25
48/6 48/21 48/25 49/5
49/6 49/11 49/23 50/3
51/11 51/24 52/6 52/7
53/3 54/8 55/5 55/6

know... [219] 55/12
55/12 55/12 55/17
55/22 55/25 56/19
56/21 56/21 56/22
56/23 57/4 57/5 57/6
57/10 58/19 58/21
59/15 61/4 61/4 61/19
62/25 63/17 65/5 66/4
66/21 67/12 68/20
68/22 69/2 69/10
70/21 73/18 74/19
76/8 76/12 76/14 77/5
78/2 78/5 80/17 82/17
82/21 82/23 83/6 83/8
83/25 84/5 84/14
84/17 84/25 85/6
85/19 85/22 86/2
89/12 89/14 90/9
90/10 90/12 90/17
90/22 91/12 91/13
91/14 92/6 92/20
93/11 93/22 93/23
93/24 95/12 96/6
98/21 100/4 100/6
100/6 101/9 102/3
102/21 103/20 105/4
105/8 105/9 105/19
107/2 107/12 107/13
107/20 108/1 108/17
110/2 112/10 112/12
112/17 112/21 113/1
113/2 113/18 113/19
115/24 117/17 117/17
117/18 117/23 117/24
118/4 118/4 118/5
118/7 118/8 118/18
118/22 118/25 122/12
126/14 126/25 129/5
130/24 131/9 131/14
131/16 131/18 131/18
133/9 133/11 133/23
133/24 133/24 133/24
133/25 134/9 134/21
135/3 135/21 135/24
136/16 136/17 136/19
136/20 137/3 137/4
138/17 139/7 139/11
139/15 139/19 140/7
141/11 141/17 144/8
145/11 146/4 146/10
146/12 146/25 147/20
147/23 148/24 149/5
149/6 153/9 153/20
154/12 155/13 159/9
159/18 163/17 163/20
164/12 164/19 165/17
166/9 166/19 167/2
167/16 168/9 168/13
168/17 168/25 169/4
169/11 169/13 169/15
171/25 172/7 172/10
173/5 173/10 173/20
174/14 175/13 175/25
177/3 178/1 179/23
181/21 181/24 182/3
182/4 182/5 182/7
182/7 182/8 182/15
185/1 185/21 186/11

187/8 187/25 188/4
188/21 190/5 193/15
193/20 197/17
knowing [8] 53/18
70/10 70/23 74/23
75/3 76/1 156/17
185/24
knowledge [6] 32/25
37/25 47/7 98/6
126/18 172/20
known [1] 118/11
kudos [1] 12/1

L
labor [2] 33/5 33/9
ladies [2] 193/12
195/25
large [1] 26/7
larger [1] 172/12
last [17] 4/3 28/14
33/18 33/21 34/2
54/10 58/1 64/19 66/6
110/1 122/5 130/14
171/9 171/10 175/15
195/5 196/7
lastly [1] 137/16
later [3] 2/8 133/10
186/7
latest [2] 99/17 114/15
latter [1] 144/10
law [145] 3/11 3/25
6/10 6/18 6/23 10/3
13/16 13/17 13/20
14/19 15/20 16/19
16/23 16/25 21/11
21/18 21/21 21/25
23/6 23/8 27/6 27/18
28/3 28/7 28/8 29/9
32/20 33/3 38/11
41/15 42/5 42/17
42/18 43/17 43/22
43/22 43/24 43/25
44/1 52/19 55/12
57/23 62/4 68/24 71/9
74/21 75/3 75/18
75/22 77/2 78/12
82/13 83/11 83/15
83/18 83/22 84/6
84/15 84/16 84/25
90/6 90/9 90/10 90/23
90/25 91/4 91/6 93/23
94/18 95/4 95/5 95/14
95/15 95/17 96/5 96/6
96/16 102/24 103/3
103/16 103/21 103/25
104/1 104/15 104/20
105/5 105/25 109/2
111/13 112/3 112/23
113/2 115/15 115/16
117/4 118/14 118/15
121/12 126/23 126/25
128/22 129/2 138/15
142/2 142/13 145/17
146/6 146/8 146/9
147/12 147/14 148/1
152/8 153/5 153/13
153/21 159/2 160/21
161/3 166/24 167/2
167/11 167/19 169/23

173/8 173/12 174/8
176/8 177/3 177/6
177/18 177/19 177/22
178/4 178/9 179/8
182/25 186/25 190/1
190/5 190/10 190/12
lawfully [1] 3/10
lawn [2] 157/18 158/3
lawyer [18] 16/11
16/14 33/6 42/16
43/20 68/23 69/13
69/24 84/6 91/25
103/22 104/25 113/12
146/5 153/10 153/12
168/8 183/13
lawyers [33] 16/17
28/25 29/10 33/3
43/18 50/2 66/17
68/20 68/21 69/2 69/3
69/8 73/12 84/17
91/12 91/12 91/23
99/24 103/24 105/1
105/3 109/19 113/18
144/15 146/4 153/9
153/20 167/16 168/2
168/9 168/14 178/2
178/2
lays [1] 125/1
lead [3] 65/25 89/17
103/4
leadership [1] 167/9
leading [4] 89/21
111/20 112/14 182/15
lean [1] 13/11
learn [2] 32/5 162/7
learned [23] 48/11
48/16 52/22 52/23
52/25 56/17 57/18
58/8 59/8 76/22 78/8
88/18 111/1 111/24
147/1 150/14 157/2
158/17 162/10 166/21
176/3 181/17 182/21
learning [2] 31/21
56/24
lease [2] 39/8 39/20
least [7] 68/9 100/24
107/23 126/13 126/15
139/23 195/5
leave [3] 193/20 194/4
195/6
led [2] 32/12 129/12
left [7] 36/9 65/23
122/11 131/17 132/3
171/1 186/7
legal [5] 84/20 84/22
104/17 145/25 170/15
less [6] 84/1 84/2
140/2 143/9 161/24
177/22
lesser [4] 23/9 75/20
83/21 91/2
lesson [1] 48/16
lessons [1] 48/11
lest [1] 169/14
let [43] 37/13 39/15
45/11 50/17 57/20
58/25 60/2 62/13

94/24 99/16 99/24
105/1 109/10 115/9
120/9 120/19 128/17
130/25 132/5 133/4
138/20 138/22 142/21
144/14 144/22 145/10
148/5 148/11 156/23
160/8 162/17 165/17
184/24 187/12 187/19
190/15 192/3 192/5
193/20
let's [25] 7/4 8/12
11/19 31/9 39/5
39/16 46/13 53/20
71/14 74/18 75/25
79/19 79/20 81/6 92/5
106/11 110/8 125/22
135/20 137/2 138/4
151/23 155/12 160/12
169/16
letter [1] 39/2
level [6] 32/8 60/25
70/6 70/22 70/22
141/11
levels [1] 168/18
Levenson [1] 1/14
license [2] 33/20 34/3
licensed [2] 179/6
179/6
lie [1] 50/6
life [4] 49/4 49/6 49/12
141/16
light [1] 183/13
like [98] 7/6 7/15 7/17
7/20 8/24 9/1 10/23
10/24 20/17 23/23
24/17 26/2 26/23
32/10 32/23 33/12
34/3 34/11 34/23
35/23 36/10 36/19
37/18 49/13 50/1 50/1
50/20 51/12 54/4 55/7
56/5 56/23 56/24
58/14 61/9 63/2 66/18
72/21 77/14 78/3
78/15 81/21 84/19
86/2 86/8 91/21 91/22
94/21 96/10 97/4 97/8
99/18 100/8 102/12
106/25 107/6 109/12
109/24 111/2 111/9
118/11 122/1 130/3
130/7 130/15 131/15
131/16 131/17 131/25
132/3 132/8 132/12
133/24 138/8 140/10
142/24 148/18 148/24
152/18 154/22 161/24
162/6 164/18 164/19
164/24 165/1 169/23
171/1 172/10 174/1
175/5 182/17 187/3
189/1 191/10 196/7
196/10 196/21
liked [2] 2/8 196/3
limit [1] 189/24
limited [2] 65/19 65/22
Lincoln [1] 141/4

194/22
lines [1] 148/8
list [2] 68/25 80/9
listed [1] 139/8
listened [2] 150/17
150/18
literally [1] 49/24
litigate [1] 169/24
litigation [4] 104/8
167/22 168/4 170/1
little [32] 2/8 13/8 16/1
18/20 24/13 60/24
70/6 71/14 76/9 79/3
79/4 80/15 88/16 94/4
95/6 98/2 98/4 99/10
104/10 115/21 128/22
146/24 152/12 152/17
156/23 166/3 167/24
168/1 175/21 193/1
196/12 196/25
live [22] 27/22 39/9
68/25 101/12 118/9
133/13 134/2 140/21
141/14 141/19 155/22
166/7 174/15 175/3
185/3 185/6 185/12
185/15 185/18 186/7
189/2 189/5
lived [3] 140/13 143/4
188/23
lives [11] 12/6 101/9
118/8 140/8 155/14
155/19 155/20 173/5
185/1 188/21 196/12
living [16] 18/12 30/3
35/7 35/11 44/8 49/4
62/21 71/16 78/18
86/10 114/3 119/11
121/15 148/24 153/23
178/18
lobbying [4] 36/15
36/18 134/17 135/8
lobbyist [5] 36/9 36/14
80/11 133/11 133/16
location [1] 184/14
locations [2] 24/17
24/20
locked [2] 104/9
108/13
Loeb [1] 8/5
logically [1] 128/1
long [23] 20/3 34/2
35/24 63/6 68/8 71/24
71/24 79/1 85/17
86/12 93/5 93/25
97/23 99/4 106/16
110/10 114/7 119/14
122/4 133/17 134/5
163/5 179/11
longer [4] 13/19 100/8
177/5 196/3
longterm [1] 171/17
look [21] 27/25 28/2
28/3 52/23 55/5 55/11
56/5 57/5 58/8 59/12
59/14 64/22 117/21
124/7 125/1 125/8
125/8 144/16 166/18

**L**

look... [2] 175/18 184/24
looked [5] 59/10 102/4 106/5 109/24 140/22
looking [11] 49/9 51/25 55/2 57/10 118/5 119/17 149/2 157/10 176/19 176/19 176/22
looting [1] 160/17
Los [2] 1/16 146/12
losing [1] 4/19
lost [2] 109/23 135/15
lot [37] 2/18 3/12 4/2 5/8 7/17 26/2 26/3 26/6 28/19 32/13 35/3 37/21 38/8 38/15 40/20 40/21 54/4 57/11 104/25 105/1 105/2 105/22 105/23 140/11 141/23 142/8 142/8 143/3 150/22 153/18 154/11 157/22 168/9 181/19 181/20 181/22 186/14
love [2] 3/22 3/24
loved [1] 49/21
low [1] 87/8
lunch [15] 66/6 81/3 109/5 109/13 110/11 114/23 120/10 123/19 123/22 125/1 126/7 140/20 197/1 197/9 197/25
lying [1] 95/9

**M**

ma'am [42] 5/15 11/8 37/10 44/8 81/8 81/12 86/10 88/1 88/12 89/19 90/14 93/16 94/11 96/2 101/4 106/20 108/5 110/14 110/21 114/22 115/3 119/10 120/8 120/15 121/15 123/2 123/2 123/10 123/18 123/22 128/19 128/21 129/21 132/17 151/23 153/24 155/7 155/25 159/21 181/10 183/18 188/9
made [10] 26/7 34/21 37/15 52/4 59/17 59/21 64/20 64/23 96/7 117/23
magazine [1] 72/18
mail [1] 38/23
main [1] 167/10
mainly [6] 22/21 24/17 41/2 71/21 163/20 186/12
maintenance [3] 191/10 191/11 191/19
maintenance-esque [1] 191/11
majority [1] 104/18
make [48] 6/14 10/14 10/17 23/1 23/5 23/11 27/25 33/12 35/17
65/23 68/15 68/17 74/24 75/12 79/21 85/3 86/7 87/24 90/19 91/5 91/7 92/2 94/21 109/18 109/23 116/17 116/18 117/23 118/9 118/11 119/1 119/4 130/5 130/17 140/22 144/16 146/17 156/18 168/22 173/25 175/4 185/25 192/16 193/16 196/12
makes [14] 28/22 29/15 43/11 44/5 67/21 69/22 98/5 105/16 110/6 113/15 113/24 130/18 131/23 178/15
making [6] 10/25 57/10 118/7 148/8 168/5 176/25
manage [1] 66/8
manageable [1] 66/19
managed [1] 63/24
management [3] 23/24 87/5 114/12
manager [7] 78/20 87/5 87/14 114/5 114/17 114/19 114/20
managing [1] 72/12
mandatory [4] 96/12 96/13 96/21 167/11
Mann [1] 91/14
manuals [1] 168/6
many [15] 2/20 8/23 9/14 15/3 16/20 67/5 68/24 68/24 91/19 102/10 129/10 140/15 140/15 141/3 179/15
marked [1] 116/22
Market [1] 101/13
marketing [3] 30/10 30/11 154/19
married [1] 45/19
Maryland [7] 93/10 124/21 126/10 126/14 126/20 126/21 126/23
mask [15] 4/14 11/17 19/13 25/15 31/14 60/20 81/10 88/11 98/18 110/18 127/8 143/25 150/4 151/18 197/3
masking [1] 193/1
masks [5] 197/5 197/13 197/22 197/24 197/25
mass [1] 71/23
master's [8] 18/18 18/19 56/12 62/14 86/17 154/6 179/20 179/20
match [1] 110/7
Math [1] 190/24
matter [11] 2/3 39/23 73/18 79/25 102/1 116/16 116/17 125/18 163/7 193/9 199/5
70/19 167/23 170/1
may [41] 6/8 9/16 14/15 15/9 21/19 37/18 38/12 41/17 48/25 54/2 57/25 61/23 61/24 66/13 83/6 96/16 96/17 107/22 107/23 107/24 107/25 107/25 115/9 124/8 128/23 144/19 144/20 145/20 148/9 159/23 174/13 177/17 183/19 183/19 188/11 193/20 194/4 194/4 195/2 195/4 196/4
maybe [26] 9/14 13/11 38/19 47/19 48/3 51/6 51/7 51/7 52/10 52/11 53/22 57/19 61/4 68/1 81/2 85/18 124/21 133/16 133/17 148/10 149/3 149/4 153/10 161/23 164/3 186/19
McDonald's [1] 122/21
me [117] 3/23 5/9 5/17 10/4 12/3 15/7 17/23 19/5 23/14 23/20 24/1 26/7 27/21 29/21 33/22 34/1 34/2 35/1 36/10 37/13 38/18 38/23 39/15 39/16 39/19 39/21 45/11 46/18 46/19 46/20 49/8 49/9 49/24 50/17 50/23 52/24 56/16 57/7 57/20 58/25 60/2 62/13 64/15 65/24 66/18 67/2 67/13 69/1 78/17 91/15 92/8 92/17 93/14 94/14 94/24 97/10 99/16 99/24 101/16 103/22 104/2 105/1 109/10 109/24 110/6 115/9 115/18 117/12 117/18 117/20 117/23 119/22 120/19 124/6 127/23 130/17 130/25 132/4 132/5 132/21 133/5 133/9 133/11 133/16 138/5 138/11 139/5 141/9 141/10 142/21 144/14 144/22 145/10 148/5 148/11 156/23 157/13 160/8 162/17 163/24 164/15 164/16 165/16 167/5 169/6 172/4 184/24 187/3 187/6 187/10 187/12 187/19 190/15 192/3 192/5 193/5 197/17
mean [51] 5/10 12/19 12/20 12/24 34/25 38/15 51/19 55/3 55/19 56/2 56/5 57/7 66/11 66/13 66/17 80/20 87/22 91/14 91/16 94/25 95/11 100/3
119/24 121/25 122/12 123/14 130/24 130/25 131/1 131/3 138/2 138/11 139/14 143/1 157/4 157/5 158/15 159/4 159/12 159/13 161/17 164/15 175/19 177/15 180/2 187/8 187/22 190/6
meaning [2] 136/23 162/23
means [5] 55/10 87/16 131/4 133/25 134/1
meant [7] 53/18 54/1 54/8 55/7 95/5 95/14 164/21
mechanics [1] 128/7
mechanized [2] 24/10 24/11
media [16] 36/13 52/3 55/17 70/21 71/6 76/24 77/5 77/10 77/20 107/5 148/19 148/20 152/4 154/12 182/7 186/12
Medicaid [3] 87/5 87/14 87/20
medical [6] 30/4 30/5 30/6 65/17 87/19 121/18
medication [1] 165/16
MedStar [4] 121/21 121/22 122/15 122/19
meeting [2] 5/11 135/8
meets [1] 6/1
member [3] 80/3 80/25 133/12
members [7] 21/24 34/18 135/8 158/4 169/3 169/6 182/1
memorable [1] 188/4
Memorial [1] 136/3
memories [1] 33/19
memory [5] 20/1 54/21 118/1 157/6 182/10
mental [1] 180/1
mentally [4] 17/15 17/16 17/17 17/20
mention [1] 53/1
mentioned [15] 53/1 53/3 53/25 61/12 104/13 104/14 116/24 123/5 123/11 141/21 148/19 152/17 170/6 177/8 185/10
met [6] 47/19 69/4 116/12 116/13 117/5 119/6
Meta [2] 169/18 170/21
Metro [1] 157/21
Metropolitan [2] 90/12 90/16
mic [3] 13/8 173/10 174/8
microphone [9] 5/16 68/5 87/9 89/19 103/5 111/4 152/13 155/8
mid [1] 108/15
mid-'90s [1] 108/15
middle [1] 190/21
might [33] 6/19 10/1 12/3 13/15 27/2 32/18 32/19 37/14 37/15 57/18 57/18 59/18 64/20 69/4 82/10 83/24 95/8 98/19 99/10 112/1 121/10 129/1 144/11 144/21 144/22 147/22 151/3 166/22 167/16 189/8 189/23 190/7 196/12
Mike [1] 181/25
military [5] 23/24 24/2 24/3 24/14 180/8
milk [1] 184/15
mind [8] 26/4 26/17 76/20 91/21 118/18 158/13 183/11 187/6
mine [8] 29/9 29/9 48/13 50/4 75/5 121/13 155/17 177/15
minimize [1] 196/6
minimum [4] 96/10 96/12 96/13 96/22
minute [3] 79/20 79/21 111/9
minutes [2] 26/8 61/5
Mirell [4] 1/14 2/5 143/10 171/9
Mirell's [1] 195/14
mis [1] 190/8
mis-answered [1] 190/8
misdemeanor [5] 53/9 53/10 53/16 54/17 93/12
missed [1] 5/22
mission [1] 37/19
mistake [1] 48/10
mistakes [1] 117/23
mistrial [1] 130/8
misunderstand [2] 6/13 27/14
misunderstood [4] 21/19 47/17 47/18 47/19
Mitt [1] 139/16
mob [1] 182/15
molecular [1] 30/21
mom [1] 169/4
moment [8] 31/6 37/2 74/10 76/15 80/5 116/10 159/10 164/10
Monday [5] 39/15 40/4 144/7 144/12 149/8
money [2] 4/19 5/8
Montgomery [4] 90/13 90/17 177/6 177/13
month [7] 39/11 50/2 97/4 98/22 134/12 134/15 144/9
months [5] 24/4 46/1 134/7 134/8 134/16
more [32] 5/5 28/19 32/5 35/2 43/15 57/11

more... [26] 84/1 84/2
95/3 95/7 95/13 98/2
98/4 105/24 109/13
110/9 110/10 128/7
138/1 140/2 147/8
161/24 164/18 164/19
167/25 168/2 177/21
188/2 191/10 192/18
196/12 196/25
morning [5] 2/7 31/14
64/10 88/6 88/7
most [4] 13/3 46/9
51/13 111/8
mostly [8] 18/14 24/16
36/20 64/2 79/12
134/13 169/4 175/14
mother [2] 43/5 43/9
Mount [1] 106/1
mouth [1] 152/12
move [12] 4/20 13/8
38/22 39/3 39/14 40/3
74/1 173/10 181/25
194/23 195/8 196/5
move-in [3] 38/22
39/14 40/3
moved [10] 33/22 34/3
36/7 39/12 72/10
72/14 73/1 73/4 146/8
174/8
moving [7] 19/3 38/21
39/6 154/15 163/14
163/15 163/21
Mr. [17] 2/6 7/5 73/22
93/21 95/23 100/14
109/20 110/5 124/13
125/11 125/12 127/4
127/7 132/10 143/6
148/17 187/19
Mr. Davis [14] 73/22
93/21 95/23 100/14
109/20 110/5 124/13
125/11 127/4 127/7
132/10 143/6 148/17
187/19
Mr. Jensen [3] 2/6 7/5
125/12
Ms [3] 143/20 174/5
194/12
Ms. [21] 31/8 100/21
109/15 110/5 123/20
127/14 128/8 143/10
171/9 183/20 192/4
192/14 193/5 193/13
193/17 194/1 195/14
195/21 196/9 196/9
196/13 198/3
Ms. Harris [18] 31/8
100/21 109/15 110/5
123/20 127/14 128/8
183/20 192/4 192/14
193/5 193/13 193/17
194/1 195/21 196/9
196/13 198/3
Ms. Mirell [2] 143/10
171/9
Ms. Mirell's [1] 195/14
much [36] 3/24 20/14
25/9 45/2 51/12 51/13

97/24 98/13 100/3
107/10 114/25 118/17
120/11 121/4 122/24
124/2 132/23 134/22
135/1 135/2 153/18
155/4 155/10 157/5
159/24 164/23 165/6
166/11 173/11 181/3
186/20 189/15 189/19
mugged [1] 169/4
mugging [1] 16/8
municipal [1] 24/18
my [161] 2/13 3/9 3/10
3/25 4/21 5/11 6/9
7/25 9/15 9/22 10/5
10/8 10/16 10/21 12/8
12/10 13/6 13/24
14/13 20/11 21/6
22/22 23/3 23/22 26/4
26/25 27/21 28/8 29/7
29/8 30/25 32/5 32/17
32/25 33/5 33/20 34/3
36/20 38/3 38/9 41/12
41/19 43/3 43/22
44/23 45/18 46/7
48/11 48/12 48/16
48/20 49/11 49/22
52/13 52/22 53/5 57/3
58/9 59/7 59/11 59/15
62/3 64/24 64/24 65/1
65/23 68/2 68/6 69/10
70/16 73/10 73/14
73/18 73/18 74/21
75/5 77/12 77/15 78/4
83/11 84/7 84/24 85/9
89/22 99/18 99/21
104/18 104/21 109/11
109/12 110/10 113/4
114/16 115/19 115/24
117/20 118/18 124/4
125/24 128/1 131/16
133/18 134/13 134/17
135/8 135/13 137/25
138/6 140/11 140/19
140/22 140/22 141/5
141/6 141/7 141/16
141/21 142/18 144/22
145/2 145/6 146/5
153/11 153/18 154/19
157/5 158/19 161/6
163/6 165/21 166/24
167/10 169/4 169/4
172/19 173/7 173/12
174/7 177/14 178/4
180/14 182/10 183/11
183/14 184/7 185/4
185/6 185/11 185/15
185/16 186/7 186/14
187/2 187/6 187/7
187/15 190/9 194/22
196/5 197/3 197/13
myself [6] 36/12 36/13
89/3 130/4 140/14
140/17

N
name [8] 73/18 89/12
126/16 137/3 186/9
186/10 190/6 194/9

70/23 82/17 91/15
Nancy [2] 8/6 184/14
Nashville [1] 28/9
nasty [1] 15/6
national [6] 56/22
72/15 104/3 157/20
168/2 191/18
nature [7] 33/10 35/18
95/6 107/9 116/6
147/10 191/21
NBC [1] 118/4
near [27] 12/6 45/22
80/21 101/9 101/13
101/14 119/20 133/13
134/3 134/16 140/8
144/11 144/11 155/14
155/23 156/2 158/5
173/5 173/14 174/15
174/16 174/18 185/1
185/3 185/16 188/22
189/5
near-ish [1] 173/14
nearby [3] 7/16 12/12
182/17
nearly [1] 31/2
necessarily [5] 52/8
55/9 66/2 73/15 78/2
necessity [1] 5/11
need [21] 62/2 66/20
69/1 80/6 91/5 91/15
94/6 103/13 103/14
107/13 116/25 124/5
124/8 130/17 153/1
153/2 159/13 159/15
164/4 173/10 180/6
needed [1] 136/21
needs [1] 66/5
negative [1] 188/4
negotiations [1] 33/10
neighborhood [3]
104/17 155/24 156/2
neither [1] 60/8
nestor [5] 1/22 1/24
199/8 199/8 199/10
nets [1] 127/25
netting [1] 135/13
network [1] 57/7
networks [1] 57/4
never [10] 17/16 48/11
48/20 104/20 106/6
135/5 135/7 141/6
141/7 146/13
nevertheless [1]
117/24
new [15] 18/24 33/19
38/21 38/24 39/2 39/6
39/14 46/2 56/15 61/5
61/11 63/18 63/22
72/10 96/8
news [47] 20/16 31/22
32/4 32/24 34/24
34/14 50/25 51/13
52/2 52/3 54/5 54/9
70/12 72/17 77/1 77/7
77/8 77/15 78/8 81/16
82/10 82/25 83/24
88/22 89/2 102/3
108/6 108/12 117/16

121/1 123/11 123/17
145/7 147/4 147/19
156/13 166/7 166/8
166/8 175/14 175/21
175/22 181/19 189/16
newspaper [1] 63/12
newspapers [2] 71/6
108/12
next [16] 2/10 25/3
27/15 37/8 75/6 80/3
84/24 109/11 144/7
149/1 149/2 154/25
155/1 181/2 196/13
198/2
next-door [3] 25/3
154/25 181/2
night [3] 4/3 99/17
130/14
ninth [1] 23/23
no [165] 1/3 4/6 4/7
7/2 7/23 8/11 9/8 11/6
11/7 13/19 15/19 17/5
17/5 20/9 20/11 21/13
21/15 23/3 23/13
23/16 25/2 28/23 29/6
29/17 33/9 33/13
33/19 38/25 39/24
39/25 42/13 43/15
44/3 44/7 47/13 47/13
47/13 48/12 49/18
49/18 49/20 50/5 50/8
52/21 52/22 55/10
57/25 58/8 59/6 60/6
62/7 62/8 64/12 64/22
67/23 68/11 68/19
69/1 69/6 69/7 69/19
69/23 70/1 71/12
73/17 75/24 78/15
80/8 82/5 82/22 83/13
85/5 85/20 86/9 90/8
90/21 92/1 92/4 94/23
96/23 96/24 99/12
99/14 99/14 100/15
101/25 102/2 102/13
103/19 104/22 105/8
106/15 109/3 109/17
110/15 112/5 112/11
112/19 112/25 113/11
113/13 113/17 114/1
116/16 118/3 118/20
120/1 120/2 121/14
123/1 124/20 125/13
127/5 128/15 129/6
130/2 131/15 131/17
132/1 132/14 135/10
135/15 141/7 141/8
142/6 143/11 146/15
148/23 151/12 151/13
153/8 153/19 153/22
156/19 159/9 159/13
159/15 159/21 160/23
161/23 168/24 172/3
172/20 174/2 175/6
176/18 177/2 177/5
176/25 186/2 189/3
189/7 190/10 190/12
191/14 195/2 196/18

197/12 197/12 197/12
197/18 197/18
No. [27] 25/13 31/16
37/8 45/7 64/11 79/15
80/8 80/9 81/8 89/12
98/16 101/4 109/25
120/17 125/23 129/21
133/5 135/18 151/19
183/3 194/10 194/19
194/21 194/23 195/5
195/7 195/23
No. 0021 [1] 129/21
No. 0153 [2] 25/13
194/21
No. 0220 [1] 195/5
No. 0233 [3] 31/16
80/8 133/5
No. 0241 [1] 195/23
No. 0248 [1] 45/7
No. 0262 [1] 81/8
No. 0361 [1] 37/8
No. 0429 [1] 98/16
No. 0476 [1] 120/17
No. 0605 [1] 194/19
No. 0652 [1] 101/4
No. 0667 [2] 151/19
195/7
No. 0811 [2] 64/11
194/23
No. 0851 [2] 109/25
125/23
No. 1172 [1] 135/18
No. 14 [1] 79/15
No. 3 [1] 194/10
No. 34 [1] 80/9
No. 6 [1] 183/3
No. 8 [1] 89/12
nodding [3] 12/4 93/21
97/16
nomination [1] 72/20
non [1] 115/22
non-guilty [1] 115/22
none [6] 29/13 36/24
106/22 128/17 190/10
193/4
nonprofit [4] 44/10
44/12 104/4 114/18
nonprofits [1] 191/4
noose [1] 158/5
North [1] 1/15
Northwest [1] 1/18
not [166] 2/16 3/23 6/2
6/14 7/3 8/15 10/15
10/16 10/18 10/19
12/1 15/13 20/2 20/4
20/7 20/21 21/1 22/2
31/25 33/6 36/12
36/12 37/15 37/24
38/1 38/12 38/16
41/15 41/16 41/17
42/4 42/21 42/25
45/21 45/25 47/4 47/6
47/12 47/25 48/14
48/22 50/6 50/11
50/20 53/16 53/18
57/6 57/25 59/6 59/9
59/11 64/21 64/24
67/8 67/21 69/14
70/22 73/15 75/1

N
not... [107] 75/14
76/14 77/12 77/14
80/7 80/16 80/16
83/20 84/1 84/19 86/1
87/7 87/8 90/1 93/19
93/20 94/5 94/6 98/25
99/20 102/13 102/20
105/11 105/18 106/15
107/13 107/16 107/18
108/12 108/18 112/19
113/13 115/9 115/11
116/23 118/1 120/2
121/4 126/5 126/7
126/21 127/6 127/9
127/24 130/14 130/16
133/19 136/12 137/3
137/14 138/1 138/20
138/21 139/20 140/2
144/16 144/20 144/21
144/22 145/5 145/7
146/19 147/8 148/10
152/22 153/18 153/19
156/8 159/6 162/9
164/2 164/3 169/11
169/13 172/3 172/9
172/11 172/20 173/23
175/1 175/17 176/14
176/20 179/5 180/5
180/25 183/13 184/18
185/22 185/23 186/11
186/12 186/20 187/10
187/24 188/1 188/6
189/15 190/6 191/16
195/5 196/4 196/7
196/20 197/13 197/15
197/23
nothing [20] 2/9 10/3
27/7 27/19 41/15
65/11 75/11 84/20
84/21 84/22 94/23
95/24 119/5 125/12
131/3 159/3 167/21
169/5 176/25 183/1
notoriously [2] 15/5
115/9
November [1] 17/10
November 2019 [1]
17/10
now [46] 13/13 13/20
18/12 22/2 23/15
28/18 30/24 32/25
39/9 50/20 56/14
60/14 63/14 71/16
72/8 72/18 87/15
90/16 91/14 91/22
97/18 105/22 108/16
109/11 116/2 116/21
118/2 121/3 123/19
123/22 126/10 134/3
145/19 156/2 169/17
170/6 180/8 191/10
191/11 191/13 192/3
194/9 194/19 196/21
196/25 197/6
nowhere [1] 119/20
number [20] 4/12
11/15 14/7 41/8 51/15
110/6 119/5 123/20

168/14 168/17 169/25
188/2 193/13 193/17
193/19 194/4 196/23
numbers [2] 193/14
193/25
nutshell [2] 57/8 57/12
NW [2] 1/23 199/9

O
oath [2] 10/7 118/25
obey [1] 15/22
obeying [1] 151/8
object [4] 11/5 107/11
149/11 188/6
objection [14] 4/4 11/6
39/16 39/19 39/25
74/2 127/5 132/14
143/11 148/23 151/13
159/20 159/21 183/17
objections [1] 60/13
objects [1] 197/15
observance [1] 144/17
obviously [17] 4/23
28/17 38/8 55/4 66/11
66/19 75/11 108/18
110/9 136/6 139/22
152/23 176/2 192/10
192/16 197/21 197/24
occasions [2] 67/5
140/15
occurred [3] 19/22
19/23 111/10
occurring [1] 166/9
October [4] 45/17
45/22 98/24 98/24
October 1 [1] 98/24
October 10 [1] 98/24
October 6 [2] 45/17
45/22
odd [1] 150/21
off [15] 11/1 32/2
34/12 34/19 34/19
34/21 59/2 118/19
161/24 193/14 197/3
197/5 197/6 197/10
197/25
offer [3] 126/3 170/18
170/19
offic [1] 3/3
office [30] 1/11 1/14
12/17 12/18 17/14
38/3 65/4 73/2 73/6
94/1 100/22 118/6
134/10 134/14 135/4
135/6 135/7 135/9
137/15 137/17 140/18
140/19 143/3 149/20
149/21 167/8 183/19
188/11 193/20 194/5
officer [77] 3/2 9/17
9/19 14/7 14/8 20/25
21/1 22/22 23/9 23/10
26/19 28/9 41/7 51/15
61/16 71/1 75/19 76/6
76/8 77/23 82/3 82/4
82/18 82/21 82/23
83/6 83/7 83/16 83/18
83/23 83/25 84/1 89/5
89/14 90/25 91/4

111/14 112/7 112/10
112/12 112/18 112/21
118/14 118/15 139/9
139/11 139/19 142/2
142/4 147/13 147/13
147/14 150/24 150/25
151/5 152/7 152/8
152/9 152/21 158/9
160/21 160/22 166/15
176/12 176/22 177/9
177/20 177/22 182/12
182/13 182/14 186/9
187/11 190/12
officers [12] 23/7 26/6
51/18 76/10 83/16
90/24 111/11 118/18
177/7 177/18 181/21
181/25
offices [9] 52/11 56/23
79/10 105/10 118/7
138/8 163/17 167/9
168/16
official [3] 1/22 103/3
199/9
oh [11] 9/20 33/25
96/24 122/2 131/17
134/8 152/14 156/1
162/23 171/11 191/6
okay [292] 5/9 5/24 6/3
6/25 7/1 7/4 7/8 7/12
8/7 8/16 9/3 9/9 9/15
11/1 11/12 11/22
12/18 13/12 14/13
14/23 15/16 15/25
16/11 16/24 17/21
18/16 19/4 19/25 20/3
20/3 20/10 20/15 21/6
22/5 22/23 23/5 23/14
24/1 24/25 26/18
27/11 28/10 29/2
29/11 29/14 30/6
32/15 33/2 33/11 36/2
36/22 36/22 40/23
41/6 41/10 42/15
42/22 43/2 44/11
44/14 44/16 44/21
44/25 45/23 46/1 46/6
46/12 46/17 46/24
47/4 47/10 47/10 50/9
50/13 50/23 51/21
51/25 52/25 53/11
53/20 54/9 54/20
54/25 56/14 57/1 61/8
61/14 61/19 62/11
62/24 63/5 63/16
65/16 66/22 67/11
67/24 68/4 68/8 68/10
68/12 68/15 69/15
69/17 69/21 70/3
70/25 71/19 71/24
75/25 76/7 76/12
77/22 78/5 79/4 81/10
82/6 82/16 83/2 83/5
83/14 84/17 85/17
86/7 86/10 86/18
87/25 89/4 89/10
89/14 89/22 91/23
92/9 92/12 92/20

93/11 93/14 94/9
94/20 95/19 95/25
96/18 96/21 97/1 97/3
97/6 97/10 97/17 98/2
98/11 98/25 101/1
101/20 102/6 102/9
102/14 102/22 104/10
104/21 105/12 106/2
106/7 109/18 111/4
111/12 111/17 111/22
112/17 112/20 113/23
114/7 116/9 116/21
117/10 118/22 120/12
121/2 121/6 122/6
122/10 122/14 122/17
122/19 123/18 124/1
124/24 126/17 129/24
132/3 133/7 134/5
134/8 135/10 135/20
136/5 136/15 139/11
142/1 142/7 143/23
144/14 145/10 146/3
147/11 147/17 149/7
150/18 150/23 151/2
152/6 152/12 152/16
152/23 153/13 153/17
153/20 154/1 154/5
154/13 154/21 154/24
155/21 156/3 156/9
156/14 156/17 157/16
157/22 160/20 160/24
162/2 162/7 162/15
162/21 162/23 163/1
163/4 163/23 165/5
166/13 166/18 167/24
168/8 168/19 169/16
169/20 171/5 171/20
172/5 172/13 172/21
173/14 173/19 173/24
174/17 174/19 174/23
175/1 175/2 175/19
175/25 176/16 176/22
177/11 177/15 178/11
178/14 179/7 179/11
179/17 180/2 180/10
180/18 181/1 183/10
184/8 185/9 185/14
186/23 189/1 189/5
189/20 190/12 190/18
190/22 190/25 191/5
191/24 194/3
old [2] 98/22 117/19
once [4] 67/6 112/15
162/6 196/9
one [112] 8/4 14/9
14/21 14/25 15/1 16/8
26/5 26/13 29/7 30/23
34/7 37/20 37/23 40/5
47/2 47/4 47/5 48/4
52/1 52/25 53/2 53/6
53/13 55/1 55/2 57/19
57/20 58/10 59/4 60/3
60/6 60/6 60/9 61/23
63/24 67/9 67/12
67/20 69/7 70/1 73/11
75/5 75/16 76/1 76/10
78/3 80/5 81/3 82/17
89/16 89/20 90/24

103/2 103/25 106/20
107/14 110/1 112/7
115/10 119/5 122/7
122/9 122/10 123/2
123/4 123/10 124/5
124/6 127/24 128/2
128/7 133/8 133/8
133/11 135/6 135/6
136/3 136/10 137/17
138/5 138/7 139/8
141/2 141/15 145/21
153/11 158/14 160/9
163/3 164/19 164/20
167/9 169/7 170/23
173/7 176/4 177/13
177/14 179/13 180/12
182/14 183/14 185/12
186/14 188/2 192/18
196/11 196/19 197/12
ongoing [1] 17/14
only [60] 3/9 5/5 6/9
6/17 6/22 10/2 13/16
14/18 21/10 26/16
27/5 28/3 31/2 41/14
42/16 45/19 48/5 53/2
53/2 53/6 57/22 61/21
62/2 62/12 65/10
65/14 66/6 78/11
82/12 83/10 90/5
102/2 103/15 112/2
112/23 116/10 117/7
117/12 119/4 119/6
120/19 121/11 128/1
133/10 141/5 142/11
148/1 153/1 158/25
159/1 161/2 162/9
162/12 162/15 166/23
176/7 182/24 186/24
187/2 189/25
open [23] 34/16 35/9
35/17 40/2 54/15
58/24 60/15 74/5
94/10 96/1 100/17
108/4 123/9 132/16
134/25 143/13 149/15
164/9 171/21 174/12
180/19 188/8 195/20
opened [2] 73/2 73/6
opinion [8] 17/15 18/2
58/9 59/7 59/11 64/24
70/13 115/24
opinions [11] 14/17
21/9 32/19 41/17
50/21 52/17 71/7
82/11 112/1 176/6
182/22
opposed [3] 134/10
135/3 189/9
order [6] 82/8 180/6
192/6 192/8 192/15
192/17
orders [1] 23/18
ordinarily [1] 100/7
ordinary [1] 66/14
org [1] 172/12
organization [6] 87/6
87/14 106/24 154/20
154/21 191/21

**O**

organizer [1]  191/7
originally [1]  80/12
other [88]  5/19 8/13
12/19 14/9 24/14
24/14 26/8 28/6 36/2
36/6 38/20 40/5 43/19
44/21 44/22 45/24
45/25 48/5 52/25
56/20 56/23 57/2
57/17 57/21 59/4 60/9
61/16 61/20 61/24
63/6 63/9 67/20 69/25
75/16 75/20 79/5
80/25 81/3 83/16
83/19 84/15 89/23
91/1 91/6 96/2 99/14
99/19 100/5 101/24
102/7 104/15 108/23
111/8 116/17 117/6
117/12 118/6 118/8
122/11 124/7 136/7
139/16 140/1 144/14
144/19 145/11 145/22
152/17 156/15 158/9
158/17 160/22 161/18
161/25 167/16 168/9
169/8 170/7 173/21
175/22 176/18 177/21
179/22 181/25 189/18
190/25 191/1 191/13
others [4]  15/7 52/6
91/14 138/11
our [23]  2/10 18/15
27/23 42/1 42/1 79/19
80/9 123/4 128/11
132/19 133/10 140/20
149/4 169/25 172/11
191/15 191/15 192/25
193/12 193/16 193/23
196/1 196/2
out [46]  12/2 12/16
12/18 16/1 28/17
28/18 29/25 31/8
31/10 32/1 32/5 37/3
37/5 39/1 39/9 39/11
39/12 39/20 40/5 41/3
46/4 50/7 57/5 64/16
72/7 76/20 77/15
82/17 87/18 88/23
115/22 115/25 125/1
126/7 127/19 127/25
128/9 135/13 140/22
152/19 161/22 175/14
180/6 182/10 191/6
196/14
outcome [11]  46/18
55/24 55/24 58/5 58/5
58/15 58/20 59/3 59/6
59/9 59/12
outside [8]  57/15 57/15
108/11 118/7 169/25
182/8 189/9 192/17
over [16]  20/16 33/17
46/23 46/24 57/2 63/7
66/1 79/3 79/12 88/21
125/1 126/7 130/4
149/9 184/15 196/13
overall [3]  57/6 116/16

overheard [1]  127/15
overrunning [1]  157/17
overseas [1]  24/12
oversee [1]  30/10
oversight [1]  133/18
overview [5]  24/13
30/23 40/18 51/2 70/7
own [6]  65/1 116/5
116/5 116/6 145/6
187/6
owns [1]  16/15

**P**

p.m [3]  98/23 125/16
193/6
Pacer [1]  126/15
page [2]  72/18 193/24
paid [2]  5/3 49/11
pandemic [2]  163/7
196/15
panel [4]  80/3 80/25
135/22 192/13
panelist [3]  2/10 11/5
25/1
paper [3]  196/14
196/18 197/20
paralegal [3]  84/11
84/12 85/3
Pardon [1]  119/22
parents [2]  185/6
185/15
park [5]  8/20 8/25
141/2 141/3 141/4
part [22]  24/11 36/11
38/9 48/23 58/2 77/15
95/9 103/23 104/21
126/10 131/9 131/11
136/22 164/19 164/20
167/10 170/11 170/15
171/9 172/11 172/12
180/20
partial [2]  161/7 161/25
particular [12]  5/6 15/6
26/5 26/13 32/9 36/18
37/25 70/19 70/23
152/22 168/14 179/13
particularly [2]  70/1
143/1
parties [8]  19/4 39/16
60/12 81/1 94/24
125/24 132/5 187/12
partly [1]  73/14
partner [1]  171/3
partners [2]  68/24
87/18
parts [1]  197/25
party [3]  55/5 115/22
172/10
passageway [1]
139/17
passed [1]  133/20
passenger [2]  63/3
63/3
passport [1]  17/9
past [2]  100/5 122/13
patent [1]  146/8
Paul [1]  91/14
pause [2]  102/11
128/13

paying [2]  70/23
100/11
peaceful [1]  3/14
Pelosi [1]  184/15
Pelosi's [2]  8/6 118/6
penalties [1]  107/8
Pence [1]  181/25
pencils [1]  196/14
people [86]  2/20 3/15
3/20 3/22 4/25 5/2 5/3
7/17 7/23 9/14 26/2
26/24 27/12 27/13
28/7 29/2 29/4 32/12
35/1 40/20 41/4 43/15
43/18 43/19 44/5 51/4
51/5 51/10 52/7 52/10
55/18 75/10 76/5
76/25 76/25 81/21
87/17 89/21 103/4
103/6 105/9 108/13
113/1 113/3 116/5
118/5 118/23 136/7
136/19 136/20 138/7
139/3 139/3 139/5
139/8 140/8 141/3
141/5 143/2 143/3
145/21 152/3 157/17
157/18 158/2 158/6
158/18 160/18 160/22
162/3 164/5 164/12
164/16 164/16 173/21
174/14 180/5 181/20
181/21 182/8 183/8
185/10 186/6 187/25
189/18 193/18
people's [1]  118/8
percent [5]  15/24
93/20 130/4 131/25
197/18
percentage [1]  134/9
perception [1]  130/14
peremptory [1]  60/9
perfect [2]  81/11
154/24
Performing [1]  78/20
perhaps [5]  5/5 47/17
115/21 115/25 130/1
period [2]  26/16
102/16
periodically [1]  136/1
136/2 175/18
peripheral [2]  65/20
65/22
perpetrator [1]  68/12
person [62]  8/4 12/7
17/12 17/16 21/18
26/13 29/20 33/4
33/16 42/16 42/22
43/2 49/21 51/8 52/11
58/3 59/1 59/11 68/1
68/10 74/20 75/4
75/11 76/5 85/8 92/7
92/21 99/19 101/11
103/21 105/21 106/2
106/5 109/11 111/15
116/11 135/24 136/7
136/9 136/10 136/12
136/17 137/4 137/13

156/6 156/10 156/10
156/17 166/16 167/3
169/1 173/6 177/4
177/8 184/6 185/2
188/22 190/5 190/6
personal [16]  7/13
21/25 50/21 58/9 59/7
59/11 59/15 61/23
61/25 68/3 68/7
115/24 118/24 133/13
147/25 162/10
personally [11]  7/10
48/21 55/8 55/13 59/9
76/13 76/14 82/21
105/24 112/10 174/9
personnel [1]  24/10
persons [4]  105/21
137/4 169/2 169/12
Ph.D [3]  30/15 30/18
31/1
pharmaceutical [1]
30/9
Pharmaceuticals [1]
18/24
pharmacist [1]  18/14
pharmacy [3]  18/19
19/1 19/2
phone [1]  99/25
phones [1]  60/3
photo [1]  152/19
photographed [1]
49/11
photographer [1]  8/5
photos [1]  81/20
phrase [1]  164/12
phrased [2]  27/25
115/9
physically [3]  49/25
134/10 181/21
pick [8]  60/12 79/20
79/21 93/14 99/15
116/4 148/5 149/9
picked [3]  41/20
152/24 160/24
pickup [1]  99/2
picture [1]  8/5
pictures [1]  138/7
pipe [1]  137/12
place [16]  7/9 20/21
39/8 39/14 40/22 52/8
84/14 84/15 115/23
118/9 139/14 140/12
194/10 194/20 194/21
195/4
plaintiff [3]  1/3 1/11
67/2
plan [2]  125/2 125/5
planning [1]  23/17
plans [1]  45/17
plate [1]  36/20
Platforms [2]  169/19
170/22
play [1]  108/19 128/3
plea [2]  115/11 145/13
plead [1]  96/18
pleaded [1]  96/20
Pleasant [1]  106/1
please [13]  4/14 11/15

98/18 126/6 194/9
194/21 194/23 195/7
195/9 198/4
pled [1]  98/4
plus [1]  187/17
podcasts [1]  77/8
point [27]  5/12 14/6
24/2 38/23 49/10 52/9
55/1 55/2 59/17 66/20
70/22 94/19 95/5
95/18 96/9 99/18
100/12 118/7 118/11
126/22 128/5 144/22
149/6 149/7 161/15
192/12 192/18
points [2]  54/4 54/7
police [49]  3/2 9/17
9/18 14/7 14/8 20/24
21/1 23/10 26/19 28/9
41/7 51/10 51/14
51/18 52/6 52/10
61/16 71/1 77/23 82/3
82/4 89/5 90/12 90/16
90/17 102/24 106/6
111/14 118/17 142/3
147/13 150/24 150/25
151/4 152/7 152/8
152/21 157/21 158/4
158/8 160/22 166/15
176/12 177/7 177/9
181/21 182/11 182/13
190/10
policies [1]  168/6
policy [6]  64/1 72/16
72/22 73/5 73/7 167/9
political [12]  36/12
37/22 70/18 72/5 94/1
130/21 136/2 170/4
191/15 191/16 191/20
191/22
political-type [1]  136/2
politics [12]  32/3 32/23
34/23 35/23 35/23
36/8 36/9 141/20
142/9 145/6 191/3
191/13
PolySci [1]  35/22
pool [1]  126/11
poor [1]  49/1
portion [1]  102/24
position [3]  31/1
114/17 179/11
positions [1]  122/15
positive [13]  40/14
65/16 76/1 76/16
101/7 144/4 150/5
151/23 155/12 155/13
160/9 165/24 184/25
positively [9]  51/18
62/12 75/3 162/16
165/15 173/4 181/10
184/5 188/21
possibility [1]  107/2
possible [1]  129/1
possibly [1]  99/11
post [7]  61/6 157/11
167/20 170/7
170/8 179/20

**P**

post-conviction [1]
167/20
posted [1] 148/20
postgraduate [1] 154/5
potential [3] 38/15
107/3 107/8
power [1] 3/14
practical [1] 39/23
Practically [1] 68/22
practice [5] 43/24
146/6 153/14 167/10
169/22
practices [2] 168/4
168/6
practicing [2] 18/13
168/17
predates [1] 124/21
prejudicial [1] 65/1
preliminary [1] 2/9
presence [4] 14/22
15/7 15/14 102/9
present [14] 2/4 2/5
2/6 7/14 7/14 12/15
13/14 47/16 47/19
136/25 137/4 137/7
156/3 184/6
presented [9] 52/24
78/12 83/11 90/5
103/15 116/14 117/7
121/11 186/24
presenting [1] 71/23
President [2] 65/3
137/11
pressure [1] 197/11
presume [1] 168/8
presumed [2] 115/12
145/15
pretty [9] 51/12 51/13
74/9 76/24 97/24
143/5 164/23 166/11
174/7
prevent [1] 58/6
prevented [1] 57/16
previous [3] 123/4
163/11 163/12
previously [2] 46/14
66/24
price [1] 49/11
primarily [4] 46/8
105/14 108/12 167/11
prior [3] 80/10 80/17
104/6
prison [5] 106/25
106/25 107/2 107/3
107/16
privacy [2] 167/13
169/23
private [1] 141/21
privileged [1] 168/7
proactively [1] 171/13
probably [8] 9/1 51/19
66/8 99/16 134/12
136/4 149/2 196/24
probation [5] 48/15
96/25 97/2 97/3
124/16
probe [5] 34/15 53/22
107/1 107/22 171/19

21/11 21/15 32/22
49/8 52/20 52/22
65/17 66/18 83/12
99/1 99/1 100/15
107/7 109/3 109/15
112/24 144/25 176/24
problems [6] 6/24 7/2
57/24 90/6 112/4
procedure [1] 126/25
procedures [3] 126/24
168/6 196/10
proceed [5] 125/21
193/2 193/5 197/22
197/24
proceedings [2] 2/1
199/4
process [40] 2/22
13/21 13/22 18/4 25/9
34/1 34/4 37/2 40/22
45/4 59/24 64/6 65/24
74/8 79/16 88/2 98/13
114/24 120/11 123/24
124/9 126/8 126/22
127/2 128/10 128/24
129/2 129/4 129/6
130/3 132/2 135/18
155/2 165/3 172/23
180/7 181/3 192/1
193/12 196/2
processes [1] 58/16
professional [4] 15/5
107/21 108/5 154/22
professionally [1] 70/17
profile [1] 41/2
program [4] 170/15
170/16 170/19 190/16
progress [1] 14/16
progressed [1] 175/15
progressive [1] 191/4
project [2] 56/18
167/20
prompt [1] 139/16
proof [2] 39/2 126/1
properly [2] 57/6 57/11
prosecuted [1] 68/13
prosecuting [1] 17/18
prosecution [8] 29/12
44/2 105/6 168/20
178/11 178/13 178/14
186/13
prosecutions [3] 2/21
172/2 175/22
prosecutor [5] 69/25
91/25 113/6 153/21
167/17
prosecutors [2] 18/2
105/10
Prospective [65] 2/11
4/10 4/11 11/13 11/14
19/9 19/10 25/11
25/12 31/12 31/13
37/7 37/9 40/9 40/10
40/5 45/6 60/1 64/8
64/9 74/13 74/14
79/18 81/7 88/4 88/5
98/14 98/15 101/2
101/3 109/9 110/12
115/1 115/2 120/13

129/19 129/20 132/25
133/2 135/14 135/16
143/19 143/24 149/23
149/24 151/11 151/15
155/5 155/6 160/2
160/3 165/8 165/9
172/24 172/25 181/4
181/5 183/23 183/24
188/14 188/15 193/7
Protective [4] 87/3
87/4 87/12 87/13
proud [1] 3/15
prove [1] 42/2
proven [4] 59/19
115/10 145/1 145/25
proves [2] 115/13
145/16
provide [3] 87/19 87/23
87/24
proving [2] 116/13
116/14
provoke [2] 52/4 55/23
provoked [1] 55/14
proximity [1] 143/7
psych [1] 179/21
psychological [1] 180/8
psychology [5] 97/14
97/15 179/20 179/20
179/21
PTSD [1] 15/13
public [8] 44/9 70/21
72/11 86/19 105/9
111/10 113/7 197/6
publication [6] 72/11
72/13 73/1 73/1 73/5
73/8
published [3] 72/16
72/23 73/16
Pull [1] 31/14
pulled [1] 33/17
pump [1] 184/16
pursuing [1] 158/18
push [2] 38/24 39/20
pushing [1] 181/22
put [36] 15/17 33/21
36/20 46/4 48/15
48/20 49/19 57/20
60/7 60/14 99/16
103/13 103/14 106/11
107/16 108/7 111/25
111/25 116/8 121/8
121/9 133/5 138/7
138/18 139/18 142/17
145/4 145/5 145/7
145/9 147/22 148/15
162/9 162/9 162/11
166/23
puts [1] 135/13
putting [6] 13/12 13/14
13/15 80/23 185/9
196/2

**Q**

qualified [4] 109/11
109/12 128/1 128/4
qualify [2] 74/1 110/1
quarterly [2] 72/10
72/15
question [129] 2/23 3/6

7/25 9/15 9/22 9/23
12/21 13/21 14/3
14/13 14/20 17/22
20/4 21/6 21/20 21/22
21/24 26/25 27/12
27/14 27/15 27/21
29/15 32/15 34/17
37/14 38/9 39/5 41/10
47/18 47/18 47/20
47/21 47/25 48/6
48/19 52/13 54/2 54/9
54/10 58/22 61/9
61/19 62/5 62/8 64/16
64/18 64/19 65/7 65/9
66/9 68/16 68/17 71/4
71/10 74/19 78/5
80/12 80/14 80/19
80/20 81/12 84/24
85/3 86/8 89/11 89/22
95/12 103/24 104/22
107/19 108/17 115/11
115/16 116/8 116/21
116/22 116/23 116/24
117/12 117/13 120/19
127/23 133/18 133/22
134/4 134/24 135/21
136/5 136/8 136/19
136/20 136/24 138/2
138/13 138/17 139/1
139/2 142/7 144/4
144/24 144/25 145/6
145/10 145/11 145/13
145/24 146/3 147/18
147/18 151/24 155/12
155/13 158/19 165/5
166/18 171/3 180/18
183/5 184/4 186/17
188/22 189/12 190/8
questionnaire [1]
129/15
questions [48] 12/19
14/2 25/18 40/14
53/11 53/21 53/23
54/17 57/23 60/22
61/20 62/12 75/16
76/16 82/7 88/13
89/23 95/3 101/8
106/18 110/19 110/22
115/8 127/24 128/16
129/10 132/12 134/19
135/10 142/25 144/15
145/12 148/14 150/6
160/9 162/15 163/23
165/24 171/22 173/3
181/11 181/14 185/9
186/14 188/20 193/3
196/17 196/19
quick [3] 36/5 123/10
149/5
quickly [4] 65/24 74/9
94/2 127/12
quite [6] 42/25 69/11
138/12 141/1 141/18
181/18
quote [1] 95/15

**R**

radio [1] 123/15
rail [1] 36/19

80/24 198/4
raised [3] 60/6 60/8
117/18
rally [1] 32/12
ramped [1] 191/7
ran [1] 22/2
random [1] 81/20
ranges [1] 16/21
ranging [1] 70/18
rare [1] 99/16
rather [2] 100/4 107/17
Raymond [1] 69/10
reach [4] 46/21 67/14
67/14 67/18
reached [4] 46/19 47/1
47/2 67/12
reaction [1] 10/5 15/9
34/13
read [9] 14/22 17/5
52/15 71/5 82/17
103/12 111/7 125/2
193/14
reading [3] 51/22 61/5
61/11
ready [3] 80/2 155/1
193/5
real [4] 16/14 19/14
33/1 149/5
realized [1] 22/17
really [31] 17/23 20/2
20/5 20/7 22/10 32/3
34/5 34/24 36/11 52/1
52/4 55/25 120/10
121/4 130/3 130/5
130/6 130/25 131/12
132/20 147/18 149/17
149/17 150/22 152/22
153/19 159/6 165/4
165/18 189/18 196/4
realtime [1] 26/3
reason [18] 6/6 21/7
27/7 32/17 36/11
38/17 49/9 65/15
73/17 73/22 73/23
75/22 78/13 103/4
107/15 121/12 144/19
177/23
reasonable [7] 42/3
109/19 115/14 116/15
116/24 119/7 145/16
reasons [2] 35/3 46/7
recall [89] 2/16 2/25
3/1 9/17 14/6 14/8
20/24 25/23 25/24
26/12 31/21 32/9
40/25 41/7 47/5 51/6
51/14 51/17 51/18
51/21 51/22 51/25
52/1 60/25 61/2 61/4
61/15 63/17 70/7 70/9
71/1 71/3 76/19 77/22
78/2 80/18 81/15 82/2
83/4 88/16 88/17 89/5
102/22 102/23 103/2
110/24 111/12 111/13
111/17 117/15 118/1
118/3 118/13 121/2
121/3 127/18 141/11

recall... [32] 142/1
142/5 146/24 146/25
147/12 150/12 150/23
151/25 152/6 152/16
156/12 156/24 156/25
158/8 158/12 160/20
160/23 164/11 166/4
166/13 166/14 166/17
175/11 176/12 176/14
176/15 176/16 176/19
180/25 181/15 182/11
189/14
receive [3] 111/3 111/6
172/10
recent [1] 111/8
recently [2] 56/18
122/15
receptionist [1] 120/6
recess [5] 79/20 79/21
79/23 125/16 193/6
recognize [1] 187/5
recollection [1] 69/10
record [14] 48/1 48/21
60/5 60/7 60/14 79/24
125/17 133/5 151/12
151/13 192/11 192/13
192/24 193/9
refer [2] 125/22 170/16
reference [2] 16/12
53/17
referring [4] 17/9 21/22
158/16 164/5
refreshed [1] 69/10
regard [6] 55/7 56/1
65/1 150/20 167/22
171/24
regarding [1] 158/21
regardless [2] 58/9
127/1
regular [1] 66/4
regularly [4] 77/7 77/14
141/20 166/9
regulatory [1] 170/1
rehab [3] 87/4 87/5
87/13
related [11] 63/2
140/25 166/12 167/22
168/3 169/6 172/1
172/17 175/23 180/23
191/13
relates [1] 172/2
relation [1] 145/5
relations [2] 140/11
141/22
relationship [16] 28/21
33/11 44/4 69/21
75/12 91/17 105/16
113/15 136/9 138/20
143/5 146/17 171/18
178/15 186/20 187/16
relationships [7] 29/15
43/11 90/19 92/2
143/2 143/8 168/22
relatively [3] 137/23
143/4 148/8
release [5] 46/11 100/7
100/10 100/16 100/19
released [1] 111/10

relevant [2] 58/16
124/24
reliability [1] 63/3
relief [1] 167/21
religious [1] 144/17
relocated [1] 114/17
remaining [1] 195/22
remarkable [1] 141/18
remember [38] 20/8
20/17 21/2 21/4 26/7
26/19 26/21 27/20
40/18 40/19 40/21
50/23 51/1 51/2 76/23
77/4 81/18 103/8
118/18 118/21 121/3
133/22 134/11 141/12
150/19 151/2 157/4
157/6 157/18 158/16
158/17 160/13 162/2
182/14 182/18 183/9
189/3 189/17
remove [13] 4/14
11/17 19/13 25/15
60/20 65/3 81/10
88/11 98/18 110/18
143/25 150/4 151/18
render [1] 6/9
renewed [1] 33/20
repeat [3] 85/23 87/10
174/9
replace [1] 192/15
replaced [1] 192/23
replacements [1]
192/16
replaying [1] 189/17
report [1] 50/2
reported [3] 1/22 50/1
50/3
reporter [7] 1/22 3/5
24/8 66/5 73/3 170/13
199/9
reporters [1] 152/5
reporting [2] 70/12
191/9
reports [8] 38/3 38/14
38/14 89/2 108/12
166/8 189/16 191/8
rescued [1] 16/8
resides [1] 126/10
resonated [1] 55/25
resources [3] 57/10
114/5 114/12
respect [6] 53/15 80/8
171/6 171/11 180/17
196/5
responded [1] 62/12
responding [1] 76/10
response [7] 40/14
65/17 76/1 144/4
150/5 151/24 165/24
responsible [1] 169/12
rest [1] 128/9
Reston [1] 114/6
restore [1] 129/5
restored [5] 124/9
125/25 127/6 127/9
128/24
result [2] 66/25 67/18

35/15 35/17 79/9
retired [5] 3/15 23/16
33/5 90/16 177/14
retirement [1] 119/18
retrace [1] 14/11
Revco [1] 19/1
review [3] 72/23 73/5
73/7
reviewed [2] 53/25
70/14
reviewing [1] 54/1
reviews [2] 167/12
167/13
RFK [1] 141/2
right [258] 2/7 4/4 4/8
5/23 7/19 8/1 8/12 9/9
11/4 11/8 11/10 11/15
11/17 11/25 13/23
14/1 14/24 15/21
16/16 17/7 18/11
18/12 19/6 19/13
19/16 19/18 20/13
21/16 24/25 25/8
25/13 25/20 26/23
26/25 27/24 28/5 28/6
29/2 31/4 31/4 31/19
32/7 32/15 32/24 33/7
34/6 35/5 35/8 35/10
36/22 36/25 37/5
37/10 39/13 40/1 40/3
40/11 40/13 41/12
42/5 43/10 43/16
44/25 45/2 45/8 45/11
47/14 47/21 48/6 48/9
50/16 51/11 51/25
54/12 54/13 54/16
55/5 56/14 56/19
58/10 59/16 60/17
60/21 62/11 63/20
64/4 64/14 64/15 65/5
65/13 66/17 66/23
67/8 67/17 67/24
71/14 71/16 73/11
73/19 74/4 74/6 74/11
74/15 74/18 75/2
76/12 78/17 79/14
80/2 81/2 81/5 81/6
81/12 81/18 85/1
86/16 86/20 88/12
89/10 90/18 91/11
91/13 91/22 93/18
94/8 94/11 94/24
95/13 95/19 96/2
96/18 97/10 98/10
98/11 99/8 99/12
99/22 99/24 100/2
100/16 100/18 103/20
104/24 105/4 105/15
106/18 107/19 108/5
109/4 109/11 110/8
112/6 112/9 113/5
113/14 113/21 114/2
114/22 118/2 119/10
120/8 120/19 121/6
122/24 124/4 124/10
124/18 125/14 128/17
128/21 129/21 131/2

132/15 132/17 134/18
134/18 134/24 135/15
135/17 135/20 137/2
137/19 138/2 139/7
142/12 142/21 143/12
143/14 144/3 148/5
148/22 148/25 149/14
149/16 149/21 149/25
151/21 153/23 154/24
155/3 155/7 155/10
156/2 158/19 159/20
161/11 163/8 164/8
164/14 165/7 165/10
165/22 170/5 170/23
171/20 172/19 172/21
173/14 173/16 176/23
179/8 180/10 181/1
181/6 181/8 183/4
184/4 184/24 185/24
187/12 187/24 188/6
188/7 188/9 190/4
190/14 191/21 193/4
193/11 194/17 194/22
194/25 195/9 195/12
195/19 195/21 195/23
195/25 196/21 197/22
198/2 198/5
rights [10] 71/21 104/7
104/9 104/14 124/9
125/25 127/6 127/9
128/24 129/5
ring [1] 172/3
riot [2] 160/14 160/16
rioters [1] 182/1
riotous [1] 40/21
RMR [2] 1/22 199/8
robbed [1] 105/25
Roche [1] 18/23
role [3] 108/19 171/8
171/14
Romney [1] 139/16
room [5] 1/12 181/2
196/24 197/8 197/8
roommate [6] 29/8
84/7 84/8 85/9 85/10
85/12
roommates [1] 29/8
Rosh [1] 144/6
rough [1] 35/2
rule [6] 115/15 115/16
138/25 145/17 145/25
197/7
run [3] 39/9 57/11
93/25
running [4] 35/1 79/12
118/6 182/6
runs [1] 39/20

**S**

sad [2] 117/18 117/23
safe [2] 140/23 145/8
safer [1] 28/19
safety [2] 43/14 182/1
said [44] 3/18 8/13
8/18 24/1 27/10 32/2
32/4 32/23 34/4 34/11
34/19 36/10 50/6
50/10 53/16 53/24
54/3 54/7 54/25 55/1

36/24 66/10
91/21 95/4 95/17 96/4
96/6 96/14 112/9
123/12 127/18 129/25
130/13 132/11 143/5
161/12 164/3 164/11
169/23 171/10 174/7
174/9 179/2
salary [2] 5/1 5/2
same [16] 22/17 51/13
63/25 75/19 77/7
83/19 83/23 91/1
101/19 112/20 116/21
116/23 140/8 171/2
177/20 185/2
satisfied [3] 195/12
195/15 195/16
Saturday [1] 75/9
Saul [1] 8/5
saved [1] 139/16
saw [31] 3/8 9/23
14/14 26/7 26/9 27/22
27/22 32/4 34/25
40/17 51/8 52/6 52/7
52/9 52/10 52/10 55/8
55/25 102/3 102/7
118/17 118/17 123/11
141/5 152/2 156/12
156/15 173/20 175/14
181/24 182/6
say [57] 2/10 4/18 5/18
10/4 16/2 20/6 20/20
22/5 22/22 24/9 34/20
50/6 51/18 51/19
51/20 55/9 58/18
58/19 59/1 66/15
70/20 71/15 77/11
81/25 91/16 91/19
94/19 98/8 106/7
110/9 116/9 120/24
121/17 122/8 125/3
127/17 130/3 137/7
141/23 147/16 157/9
159/13 159/14 161/20
163/18 164/19 164/20
170/9 174/15 175/19
184/11 186/13 187/4
187/9 191/16 191/17
197/4
say 3 [1] 110/9
saying [10] 4/21 7/1
27/23 37/24 37/25
38/1 93/1 131/3
136/13 164/3
says [2] 129/2 143/3
scared [1] 8/21
scenario [1] 118/21
scene [13] 9/24 26/19
37/22 77/22 82/2
102/23 103/8 111/13
111/18 152/6 160/20
166/14 176/20 176/21
scenes [4] 9/16 26/4
76/20 182/6
schedule [1] 109/16
scheme [1] 98/7
school [27] 13/20
16/23 23/21 29/8 33/3
35/19 43/22 43/22

school... [19] 44/14
56/10 62/13 63/13
78/22 86/16 97/11
104/15 105/25 114/9
119/21 119/23 120/2
122/6 163/2 167/19
170/7 170/8 170/9
science [5] 30/17
44/18 44/19 72/5
170/4
scientific [1] 30/4
scoring [1] 194/15
screams [1] 181/22
screen [1] 66/21
search [1] 131/18
seat [11] 128/8 192/6
192/20 192/20 194/10
194/20 194/21 194/22
194/23 195/4 195/8
second [14] 27/21 34/7
53/13 58/11 60/3
73/12 93/16 106/20
123/2 136/24 137/10
170/23 180/12 188/23
secretarial [2] 120/4
120/7
secretarial-type [2]
120/4 120/7
secretary [1] 119/12
section [3] 104/8 113/7
162/22
secure [1] 184/14
security [7] 24/17
24/18 24/22 24/23
71/22 140/20 191/18
see [54] 2/19 6/25 7/4
9/3 9/7 9/7 9/21 16/6
17/21 19/14 19/18
22/19 31/19 32/4 35/4
39/5 39/13 41/2 41/3
43/16 46/13 53/20
64/15 73/22 73/23
74/18 75/25 77/5 89/2
92/5 93/21 94/5 96/15
97/6 102/5 102/5
102/6 107/24 117/20
121/6 122/2 125/9
125/14 127/21 140/24
145/18 151/23 155/12
157/16 158/16 159/21
187/18 187/23 197/20
seeing [59] 2/16 3/1
3/1 9/17 14/6 14/9
20/24 21/2 21/4 25/23
26/19 40/19 40/21
41/7 50/24 51/3 51/14
51/18 51/21 61/1
61/15 70/7 71/1 76/24
77/2 78/3 81/15 81/19
82/2 88/17 89/5
102/23 102/23 110/24
117/15 118/1 118/13
118/21 121/3 123/5
128/17 147/12 150/20
150/23 156/25 157/4
157/6 157/19 158/8
160/13 164/5 164/11
166/4 175/11 175/16
193/4
seeking [1] 77/15
seem [2] 61/4 196/4
seemed [1] 54/4
seems [1] 39/21
seen [88] 6/7 6/20 7/6
7/8 15/12 15/12 16/3
16/8 16/10 17/16 21/8
25/19 27/2 32/8 32/16
38/5 38/6 38/8 38/13
38/14 38/16 41/16
48/23 51/20 52/14
55/17 57/18 57/19
61/14 61/22 61/22
70/25 71/5 78/6 78/6
82/9 82/10 88/14
89/25 90/1 90/3
101/25 103/11 107/22
108/6 111/23 116/9
117/2 120/23 120/25
121/5 142/8 142/14
145/6 145/20 146/25
147/19 147/22 147/23
150/22 151/3 152/1
152/10 152/14 152/25
157/8 157/22 158/21
158/23 158/24 161/1
161/1 162/11 165/25
166/12 166/14 166/20
173/22 176/2 181/15
182/21 186/18 187/3
187/4 187/6 187/25
189/14 189/22
segment [1] 52/2
selected [13] 46/22
62/5 75/17 121/11
136/6 147/21 158/22
162/8 177/17 182/19
189/20 195/13 195/17
selection [2] 125/2
125/5
Self [1] 35/12
Self-employed [1]
35/12
semi [1] 77/7
semi-regularly [1] 77/7
Senate [1] 135/6
Senators [1] 139/16
send [2] 123/19 123/22
senior [5] 24/20 137/8
137/10 137/10 167/9
sense [37] 2/15 7/9
16/19 18/16 25/22
38/4 40/17 57/1 63/5
63/9 72/6 72/7 76/19
79/5 81/14 88/16
94/13 97/17 98/5
102/15 110/24 114/13
116/17 116/18 122/11
122/13 146/24 150/13
154/8 163/5 174/20
175/11 179/8 179/22
181/14 181/15 189/13
sensitive [1] 15/16
sensitivity [1] 15/16
sent [1] 39/2
sentence [10] 6/15
58/14 58/20 59/1 59/3
107/2 124/16
sentenced [1] 26/15
sentences [1] 107/8
sentencing [2] 96/8
96/10
separate [3] 103/25
107/17 107/24
September [1] 1/6
38/21
serious [1] 117/24
serve [21] 16/4 37/16
40/7 47/12 64/21 82/8
93/19 94/1 95/7
100/24 106/13 129/1
129/3 129/13 130/5
143/16 149/18 151/8
180/21 183/20 196/2
served [7] 46/14 66/24
90/11 90/15 93/25
143/9 190/9
server [3] 191/10
191/10 191/19
servers [1] 57/5
service [8] 35/18 40/6
63/3 79/13 143/15
149/17 151/7 190/10
services [10] 36/19
87/3 87/4 87/12 87/13
104/17 144/7 144/8
180/1 180/3
serving [5] 79/9 108/20
129/17 188/11 197/8
set [85] 3/6 3/8 4/3 6/7
9/18 10/1 10/5 12/20
14/7 14/18 20/25 21/7
21/8 21/9 26/23 27/5
27/16 32/18 32/18
38/10 38/23 41/7
41/11 51/15 52/16
52/17 52/23 59/8
59/13 61/16 62/2 65/9
65/10 71/1 71/2 71/6
71/7 77/24 77/25 78/9
78/10 82/3 82/8 82/11
82/11 83/10 83/25
89/6 89/25 90/4
102/25 108/21 108/24
108/25 111/14 112/22
116/25 117/2 117/2
117/6 118/14 119/2
124/22 142/2 142/10
145/24 147/13 150/24
152/7 153/2 153/2
158/23 161/1 166/15
176/5 176/6 176/13
176/13 182/12 182/23
184/21 186/23 186/23
189/22 189/24
setting [2] 9/25 183/9
seven [2] 79/21 117/19
seven-minute [1] 79/21
Seventh [1] 1/12
several [2] 135/25
140/21
sexual [4] 104/5
105/23 105/24 169/5
shadow [2] 185/22
185/23
she [81] 39/20 43/24
44/1 49/3 49/6 49/7
49/8 49/8 49/24 50/12
84/10 84/14 84/18
84/25 85/13 85/21
86/2 93/19 94/6 94/7
95/4 95/5 95/7 95/7
95/8 95/8 95/9 95/14
95/17 95/18 95/18
99/20 107/22 107/23
107/24 107/24 107/24
107/25 107/25 108/2
123/5 123/6 124/21
125/24 126/8 126/10
126/10 126/12 126/17
127/2 127/2 127/14
127/14 127/17 127/18
127/18 127/21 128/8
137/9 137/10 137/14
137/14 137/17 153/13
153/15 184/12 184/13
184/13 184/14 184/15
184/16 184/17 184/17
184/18 185/3 185/12
192/4 192/5 192/7
192/15 192/15
she's [14] 84/11 94/5
107/1 107/3 107/4
107/12 107/17 107/19
108/2 124/9 184/21
187/18 187/22 188/1
sheet [2] 193/25 195/1
sheets [2] 192/9
192/10
sheltered [1] 182/16
shelters [1] 24/19
shields [1] 118/19
short [2] 192/4 193/4
shortly [5] 79/16
135/12 172/23 181/3
192/1
shot [2] 196/16 197/23
should [20] 55/15
55/15 65/2 73/18
75/19 83/19 83/20
91/1 107/22 115/24
115/25 125/9 148/12
148/15 149/19 170/9
171/19 177/20 183/12
188/5
shouldn't [5] 23/9
75/20 91/2 104/25
177/21
shoving [1] 181/22
show [2] 102/3 126/1
showed [3] 51/9 52/3
106/6
shown [2] 55/17 65/25
sic [2] 145/14 161/7
sick [1] 23/18
side [36] 2/9 11/5 13/7
31/8 31/10 36/23
48/13 49/22 53/12
53/18 57/19 57/20
57/21 60/8 60/9 65/23
69/25 76/25 80/25
105/6 105/7 106/19
122/25 126/3 134/19
148/12 151/13
153/21 163/24 168/12
178/12 178/14 185/7
191/24 193/3
sidebar [22] 34/9 35/6
39/18 53/14 58/12
60/4 73/13 93/17 95/1
100/1 106/21 123/3
132/7 134/20 142/23
148/7 163/25 170/25
174/4 180/13 187/14
195/11
sides [12] 34/5 51/24
55/11 56/3 56/8 57/17
109/19 162/3 168/18
168/19 178/16 192/8
significant [2] 22/4
26/16
Silberman [1] 68/23
similar [3] 9/22 14/2
123/4
similarly [2] 83/15
172/16
simpler [1] 6/15
simply [4] 75/21 83/21
84/2 91/3
simultaneously [2]
192/9 192/23
since [30] 2/19 3/8
3/13 3/15 5/4 12/24
19/3 36/1 44/22 44/23
48/16 63/10 63/15
79/5 88/18 97/25
102/16 102/18 104/15
117/19 122/5 122/11
139/15 141/20 148/19
157/22 183/14 186/8
191/1 196/15
single [1] 175/17
sir [74] 12/5 16/18 17/1
18/11 19/5 19/11
19/16 19/18 23/14
25/3 25/13 25/17 30/2
31/4 31/16 31/19 34/7
34/17 35/10 36/25
40/8 45/8 45/11 50/17
52/13 53/13 54/16
56/10 58/11 58/25
59/22 60/17 60/20
64/4 65/21 69/6 73/12
74/6 74/15 78/17
79/14 98/16 100/18
133/4 133/7 135/1
135/17 143/14 143/25
149/16 149/25 150/8
150/11 151/6 160/5
160/8 160/15 161/4
162/17 164/10 165/2
165/10 169/17 170/24
172/21 173/3 173/9
174/13 178/18 180/12
180/20 181/1 188/20
191/25
sirens [2] 7/16 8/19
sister [8] 43/22 43/23
74/21 169/4 173/7
173/12 174/7 178/4
sit [4] 40/25 124/15
144/20 165/3

**S**

situation [7]  5/7 50/12
52/7 52/10 55/11
55/22 81/1
situations [2]  51/9 58/2
six [4]  26/24 63/8 72/1
192/11
slash [1]  92/24
slightly [1]  13/11
slip [2]  170/16 196/18
slips [2]  196/14 197/3
slowly [1]  191/7
small [5]  36/17 63/12
154/11 169/4 190/21
smell [2]  7/16 8/21
so [310]  3/6 3/18 3/21
3/24 3/24 5/14 5/22
6/16 6/25 7/11 7/16
7/16 7/20 8/22 9/15
9/22 10/7 10/24 13/9
13/23 14/2 14/13 15/6
15/13 16/5 16/16
16/24 17/10 17/13
17/17 17/24 18/15
19/14 22/5 22/18
24/10 24/20 26/1 26/3
26/8 26/18 26/25 27/9
27/14 28/6 28/14
28/15 29/7 30/8 30/10
30/25 32/5 32/15
32/25 33/19 33/21
34/7 34/25 36/13
36/19 37/16 38/14
38/16 38/22 39/3 39/5
40/6 41/6 41/10 41/19
43/10 43/18 45/18
45/22 46/1 46/2 46/7
46/10 47/10 47/19
48/14 49/8 50/3 50/10
50/14 50/17 51/11
51/12 52/9 54/3 55/5
55/25 56/1 56/24 57/4
57/8 59/15 61/20 62/7
63/2 63/23 65/1 65/13
65/19 66/7 66/24 67/8
67/17 68/5 69/17
70/12 70/14 70/17
70/20 71/4 71/10
72/19 74/9 74/18 76/7
77/7 77/14 78/5 79/12
80/4 80/17 82/6 83/6
83/24 84/24 87/9 89/4
89/22 90/11 90/18
90/18 91/5 94/11
95/11 95/13 96/9
96/11 96/21 97/25
98/19 98/22 99/1 99/8
99/18 101/14 101/19
102/6 103/10 104/1
104/3 104/22 105/23
106/7 107/6 107/11
108/2 108/17 108/20
109/11 109/22 111/3
111/5 111/8 111/22
112/9 113/2 113/8
113/23 114/16 115/9
115/16 115/17 115/23
116/1 116/3 117/6
117/17 117/22 118/17

123/16 123/21 123/22
124/2 124/4 124/10
124/11 124/25 125/8
125/21 126/6 126/21
127/9 127/16 128/2
128/14 129/17 130/2
130/6 130/12 131/12
131/16 131/19 132/3
132/3 132/22 134/3
134/15 135/20 136/2
136/5 136/18 136/21
137/6 138/2 138/8
138/12 138/13 138/17
139/2 139/15 139/21
140/11 140/14 140/16
140/21 140/23 141/1
141/1 141/5 141/6
141/7 141/14 141/18
141/22 141/23 141/25
142/7 144/5 144/22
145/1 145/10 147/4
147/11 148/10 150/17
150/22 153/17 155/10
156/2 156/14 156/23
158/19 159/21 160/12
161/25 162/2 165/6
166/18 167/11 168/1
168/8 168/19 169/5
169/16 169/24 170/8
170/10 170/11 171/2
171/24 173/14 173/23
174/25 175/25 179/8
180/16 181/18 182/17
182/17 182/19 183/7
183/7 185/9 185/11
186/5 188/24 189/5
189/17 189/24 190/16
191/9 191/16 192/3
192/3 192/7 193/11
193/17 194/1 196/25
197/11 197/17 197/23
social [14]  36/13 76/24
77/5 77/10 77/20
86/11 86/19 86/22
86/24 148/19 148/20
154/12 182/7 186/12
sociology [1]  190/24
software [1]  190/17
solely [1]  71/8
some [102]  2/14 3/2
3/2 4/25 5/2 5/3 12/19
14/3 16/16 19/19 24/1
26/8 26/20 28/24 33/3
33/19 34/18 40/15
40/16 42/25 50/21
51/5 51/7 52/2 55/8
55/15 56/20 61/5
61/11 61/19 64/2
64/22 66/12 68/20
70/22 82/2 82/6 83/16
84/15 88/14 91/12
94/13 95/13 96/6 96/8
96/16 103/4 105/3
105/8 105/9 113/1
116/9 116/9 120/1
120/20 125/23 126/1
126/23 128/9 130/6
130/11 130/12 130/23

131/20 144/14 144/19
146/4 150/6 151/24
152/10 152/14 153/9
157/11 160/11 161/12
161/14 161/18 164/4
165/16 166/1 167/20
167/22 168/3 169/5
169/8 175/8 175/10
178/1 178/2 181/11
181/13 181/25 182/5
191/9 191/9 191/15
191/15 196/14 196/23
somebody [4]  92/18
98/7 99/15 136/23
someone [58]  12/6
17/9 17/10 21/17
29/20 33/3 33/14 42/5
42/7 42/15 42/19
42/20 43/4 47/15
47/16 47/22 47/22
47/25 48/7 58/14
67/25 68/16 74/19
75/3 84/5 85/6 90/9
92/6 100/7 101/9
103/21 105/19 109/23
113/2 113/19 124/15
128/23 135/21 136/16
136/24 140/7 143/9
155/13 155/13 155/18
167/2 167/3 168/25
173/5 177/3 184/5
185/1 185/2 187/16
188/21 190/5 197/15
197/15
someone's [2]  8/20
29/19
something [45]  3/7
3/14 5/4 8/18 8/21
15/15 34/11 35/2 35/4
37/14 38/19 42/3 48/1
49/9 49/23 55/14 59/5
65/2 66/20 66/21 80/4
80/6 80/23 98/6 99/18
108/19 123/12 126/5
127/14 127/15 127/16
127/19 127/20 129/25
130/1 131/19 153/15
164/22 165/17 171/10
175/17 175/18 183/3
183/7 187/9
sometime [2]  97/6 97/7
sometimes [3]  111/7
116/5 128/23
somewhat [3]  65/23
101/14 131/6
somewhere [1]  184/18
son [7]  12/8 12/9 12/10
13/13 16/12 26/13
45/19
soon [12]  19/7 25/8
45/3 59/23 64/5 88/2
109/5 114/23 120/10
120/11 163/7 165/4
sorry [35]  14/2 20/6
22/11 23/20 42/9
42/10 42/17 43/8
65/21 69/9 81/23
84/23 87/7 89/20

109/22 121/19 127/7
127/8 129/8 131/10
132/10 145/8 152/20
155/25 156/1 157/12
157/13 160/16 171/11
174/3 178/22 190/13
sort [26]  26/2 26/24
27/24 28/15 30/20
42/16 50/1 55/15 70/8
70/10 77/2 77/4 77/8
94/13 103/1 116/23
119/1 119/2 122/20
129/4 138/8 138/9
174/19 182/12 187/17
189/9
sorts [3]  44/11 70/18
71/19
soul [1]  84/6
sounds [9]  49/13 61/9
66/18 78/2 78/3 78/4
171/1 188/4 189/1
source [1]  54/9
sources [1]  54/5
South [3]  13/20 16/13
16/17
Southeast [2]  101/12
185/20
spacing [1]  196/25
speak [4]  68/5 111/4
155/7 173/9
Speaker [5]  137/8
137/9 137/13 137/14
138/6
Speaker's [2]  137/15
143/3
speaking [7]  24/16
25/23 48/22 87/8
120/7 156/10 176/21
special [10]  24/21
80/13 80/22 104/8
133/13 133/19 133/21
133/24 134/1 173/21
specialist [1]  114/5
specialize [2]  36/18
63/24
specializes [1]  72/16
specific [10]  61/6
71/15 77/4 118/1
118/20 130/11 130/12
130/20 130/20 142/6
specifically [7]  77/15
78/3 80/18 106/24
107/6 171/19 180/16
specifics [1]  32/13
spending [1]  61/4
spent [2]  135/2 191/17
spin [1]  130/14
spoken [2]  137/19
137/20
sporadically [1]  51/11
sports [1]  34/24
spouse [2]  113/4 113/5
Spring [1]  1/15
square [1]  128/11
staff [1]  135/8
stage [3]  17/19 18/14
18/21
staircase [1]  182/16

189[41]  9/18 14/7
20/25 26/20 26/23
41/8 51/15 51/16
51/19 61/16 61/17
71/2 71/2 77/24 77/25
82/3 89/6 89/17
102/25 103/1 103/4
103/6 111/14 111/15
118/14 118/16 142/2
142/3 147/13 147/15
150/24 152/7 158/9
158/18 160/21 166/15
166/16 176/13 176/14
182/12 187/4
stairway [1]  150/24
stand [1]  198/4
Stanford [2]  73/2 73/5
start [7]  4/15 37/13
45/11 64/15 68/23
115/10 196/1
started [16]  31/1 34/18
46/2 59/1 63/13 75/7
75/8 116/1 160/17
161/23 162/4 163/7
164/13 164/20 164/20
191/6
starting [2]  75/6 100/11
state [4]  4/12 124/23
126/23 168/17
stated [1]  49/5
states [12]  1/1 1/2 1/9
1/11 1/14 2/3 56/23
79/25 124/25 125/18
126/24 193/9
stateside [1]  24/12
station [1]  175/15
status [1]  65/18
statute [2]  124/14
124/24
stay [3]  97/7 118/10
118/11
stayed [1]  156/13
steadily [1]  176/19
stenographer [1]  79/19
step [1]  155/2
steps [4]  3/2 39/13
158/6 187/11
stick [2]  76/20 182/10
still [13]  17/14 18/13
72/16 81/1 100/21
102/10 168/14 169/22
185/6 186/8 187/7
191/12 191/13
stint [1]  170/20
stop [5]  23/18 40/22
100/11 128/5 194/5
stopped [2]  24/15 36/9
store [1]  79/10
stores [2]  35/17 35/17
stories [4]  61/5 61/11
107/20 108/6
stormed [1]  3/16
storming [3]  40/20
147/5 182/2
story [5]  48/14 49/22
50/4 78/1 107/22
street [7]  1/15 78/21
79/12 102/5 141/3
141/7 185/19

**S**

streets [1]  28/17
stricken [2]  132/12
 148/13
strictly [1]  58/8
strike [15]  35/1 60/10
 73/23 127/19 132/8
 149/8 187/15 192/9
 192/10 192/12 192/15
 192/18 192/19 192/19
 192/23
strikes [7]  81/2 128/6
 128/7 128/10 133/16
 192/11 192/22
striking [2]  149/11
 159/21
strong [1]  91/5
struck [3]  94/5 94/6
 192/16
studied [2]  35/22 61/7
studies [1]  104/12
studying [1]  29/9
stuff [15]  7/21 20/17
 26/3 27/16 36/13
 36/21 49/12 51/6
 52/11 56/24 79/13
 152/5 152/19 186/12
 186/23
subject [5]  65/1 70/12
 70/14 131/20 192/14
subjectively [1]  48/22
subpoena [1]  151/8
subpoenas [1]  172/10
subsequent [1]  100/24
subsequently [1]
 158/17
subspecialty [1]  71/22
substance [1]  17/3
such [6]  70/24 117/19
 126/25 131/23 136/9
 187/17
sudden [1]  46/3
suggests [1]  188/21
suing [1]  91/5
Suite [2]  1/15 1/19
summary [3]  36/5
 60/25 70/10
summer [1]  170/15
sums [1]  166/12
Sunday [1]  45/19
super [1]  31/24
superior [5]  93/24
 173/13 173/20 173/25
 174/14
supervise [2]  87/17
 87/21
supervision [1]  124/16
supervisor [4]  87/2
 87/11 163/13 163/15
support [5]  59/14
 63/25 63/25 130/3
 136/1
supporters [1]  70/15
supporting [1]  108/13
suppose [1]  173/15
supposed [3]  18/6
 107/18 118/10
sure [53]  2/17 6/14
 6/16 9/14 10/15 10/18

 18/10 23/6 35/17
 42/25 51/4 51/20 53/9
 53/16 57/10 59/25
 72/9 74/3 76/23 79/7
 84/19 86/1 87/24 91/5
 91/9 91/14 93/20
 102/20 109/18 109/23
 114/16 119/1 119/4
 123/8 130/5 140/22
 145/7 145/23 147/16
 161/10 164/2 166/6
 168/5 171/23 174/7
 176/20 176/25 181/18
 187/7 191/23
surfaced [1]  147/8
surrounding [1]  38/1
survivers [1]  105/24
suspect [2]  127/6
 127/8
suspected [1]  59/18
sustainability [1]  63/3
swayed [1]  136/12
swear [2]  193/2 198/3
swing [1]  193/20
swipe [1]  111/8
switched [2]  19/1
 122/15
Switzerland [2]  18/24
 117/20
swore [1]  118/25
sworn [1]  198/6
system [20]  33/24 42/1
 42/1 48/18 56/17
 56/18 56/20 56/20
 56/23 57/4 57/6 57/7
 86/3 94/17 106/8
 106/13 124/21 124/22
 124/23 169/9
systems [1]  56/13

**T**

tables [1]  79/10
tabs [2]  2/21 41/2
tad [1]  34/15
take [31]  14/17 23/24
 38/10 62/2 66/5 79/19
 79/20 80/25 81/2 83/7
 83/9 99/5 125/1 125/8
 128/13 139/14 148/16
 166/20 186/22 187/7
 192/4 192/10 193/4
 194/10 194/20 194/21
 194/25 197/5 197/6
 197/9 197/23
taken [8]  39/13 55/15
 79/23 98/7 125/16
 193/6 196/3 196/16
taking [7]  40/22 51/6
 52/11 114/14 162/3
 165/16 192/17
talk [24]  5/15 8/9 8/12
 11/19 17/3 28/10 38/7
 38/16 69/17 71/14
 73/12 88/13 116/10
 124/5 137/2 138/1
 144/15 153/17 156/6
 156/25 160/12 167/16
 169/16 193/1
talked [11]  12/22 13/4

 138/9 138/12 146/13
 173/16 174/14
talkie [1]  103/5
talking [1]  5/5 28/16
 43/19 53/24 56/3
 99/13 102/15 103/5
 108/23 137/20 140/9
 157/19 162/6
tammy [5]  1/22 1/24
 199/8 199/8 199/10
tangentally [1]  73/17
tank [2]  71/17 71/25
tanks [2]  63/14 63/16
targeted [1]  43/15
tech [1]  57/3
technical [1]  191/9
technology [2]  114/5
 191/19
telephone [3]  93/15
 100/23 148/6
tell [50]  10/7 12/2
 14/11 18/20 23/14
 23/20 24/1 29/22 31/8
 31/21 34/21 46/18
 46/19 46/20 50/23
 58/4 58/5 59/16 60/24
 67/17 78/17 80/5 87/1
 91/15 92/17 97/10
 98/2 98/19 101/16
 104/2 115/18 117/12
 118/25 127/3 127/21
 130/9 130/17 138/3
 138/5 141/9 141/10
 150/12 156/10 163/9
 164/15 164/15 165/16
 166/3 174/19 183/20
telling [7]  4/1 4/15
 50/14 58/20 66/25
 67/13 94/14
tells [1]  127/2
ten [6]  24/4 86/13
 86/14 111/9 191/4
 192/10
ten-ish [1]  191/4
ten-minute [1]  111/9
terms [16]  14/14 14/14
 26/1 26/11 55/3 70/25
 76/20 77/6 90/2
 103/12 145/5 150/19
 156/24 166/4 176/11
 186/18
testified [5]  49/23
 49/25 53/19 54/23
 95/18
testimony [21]  23/6
 23/8 75/18 75/19
 75/21 83/15 83/18
 83/19 83/21 84/1
 90/23 90/25 91/1 91/3
 139/23 140/1 140/1
 140/3 177/18 177/19
than [19]  2/8 5/20 8/13
 24/14 44/22 75/21
 100/8 101/25 102/7
 140/2 145/8 149/6
 152/17 155/16 176/18
 189/18 190/25 196/3

 thank [82]  4/8 11/8
 11/11 19/7 19/8 19/16
 20/23 25/9 25/17 31/6
 31/11 37/3 40/6 40/8
 45/2 45/4 54/14 58/23
 59/25 64/6 64/7 64/10
 73/25 74/6 74/11
 74/12 74/15 79/16
 79/17 81/5 88/2 88/10
 88/12 98/13 100/25
 101/1 109/8 110/21
 114/24 115/6 115/6
 120/11 120/12 124/2
 129/16 129/18 132/22
 135/10 135/17 143/14
 143/16 143/18 144/18
 149/25 150/5 151/7
 151/9 151/10 151/21
 155/3 155/4 155/10
 159/24 159/25 160/5
 164/7 165/6 165/13
 172/23 179/7 181/3
 181/8 183/21 183/22
 188/12 188/13 188/17
 192/1 193/23 194/14
 194/17 196/3
thanking [1]  196/1
Thanks [2]  11/10 109/7
that [1014]  2/14 2/16
 2/16 2/16 2/17 3/1 3/7
 3/8 3/10 3/17 3/18
 4/15 4/18 5/6 5/7 5/7
 5/25 6/5 6/8 6/11 6/12
 6/12 6/17 6/20 6/22
 6/24 7/10 7/18 8/2 8/4
 8/5 8/7 8/10 8/12 8/14
 8/15 9/4 9/9 9/10 9/15
 9/16 9/16 9/18 9/21
 9/24 9/25 10/1 10/5
 10/9 10/12 10/18
 10/19 12/5 12/6 12/17
 12/18 12/23 13/9
 13/13 13/14 13/24
 14/4 14/5 14/8 14/9
 14/14 14/20 14/20
 14/22 14/24 15/2 15/3
 15/6 15/14 15/15
 15/16 15/22 15/23
 16/1 16/9 16/13 17/2
 17/6 17/7 19/15 19/19
 20/1 20/3 20/14 20/17
 20/17 20/21 20/21
 21/1 21/7 21/8 21/9
 21/12 21/14 21/17
 21/18 22/3 22/4 22/17
 22/20 22/23 23/1 23/8
 23/9 23/11 23/11
 23/20 24/6 24/9 24/21
 25/18 25/23 26/4 26/7
 26/7 26/13 26/14
 26/16 26/21 27/1 27/1
 27/3 27/4 27/6 27/8
 27/10 27/15 27/16
 28/22 28/24 29/15
 29/20 30/10 30/11
 30/11 30/11 31/7
 31/22 32/2 32/5 32/12
 32/12 32/14 32/23

 33/16 33/21 33/21
 34/12 34/15 34/20
 35/8 35/16 35/18
 36/13 36/20 37/5
 37/14 37/15 37/16
 37/20 37/25 38/1 38/1
 38/3 38/3 38/14 38/22
 38/22 39/3 39/4 39/14
 39/15 39/20 40/3 40/4
 40/16 40/18 40/21
 40/24 40/25 41/8
 41/13 41/13 41/14
 41/18 41/22 42/3 42/4
 42/16 42/16 43/2 43/4
 43/11 43/14 43/14
 43/19 44/5 44/12
 44/23 45/8 45/14
 45/18 45/22 46/10
 46/11 46/13 47/11
 47/14 47/15 47/15
 47/23 48/2 48/3 48/15
 48/19 48/23 48/23
 49/3 49/5 49/6 49/7
 49/8 49/12 49/25 50/1
 50/11 50/12 50/17
 50/19 50/24 51/8
 51/10 51/18 51/20
 51/20 52/1 52/2 52/4
 52/4 52/14 52/15
 52/18 52/20 53/9
 53/10 53/19 53/22
 53/25 54/2 54/8 54/12
 54/17 54/25 55/3 55/6
 55/7 55/7 55/8 55/9
 55/10 55/14 55/15
 55/18 55/21 55/24
 55/25 55/25 56/1 56/6
 56/17 57/14 57/14
 57/18 57/18 57/22
 57/24 58/1 58/6 58/21
 59/3 59/4 59/8 59/13
 59/14 59/20 60/8 60/9
 60/22 60/23 61/10
 61/17 61/21 61/23
 61/25 62/2 62/3 62/5
 62/8 63/6 63/7 63/13
 64/13 64/20 64/20
 65/2 65/7 65/8 65/12
 65/17 66/8 66/13
 66/14 66/19 66/21
 66/23 67/9 67/16
 67/19 67/20 67/21
 68/1 68/1 68/2 68/8
 68/15 68/16 68/17
 68/23 69/1 69/8 69/20
 70/1 70/3 70/8 70/10
 71/2 71/3 71/5 71/7
 71/7 71/11 71/12
 71/13 71/25 72/12
 72/16 72/18 73/15
 73/15 73/18 73/19
 73/19 73/23 74/17
 74/20 74/23 75/4
 75/11 75/12 75/16
 75/18 75/21 75/23
 76/9 76/17 77/24
 77/24 78/1 78/3 78/3
 78/3 78/6 78/13 78/14

that... [631] 78/16
80/11 80/14 80/16
80/16 80/18 80/19
80/24 80/25 80/25
81/13 81/15 81/17
81/19 82/4 82/7 82/11
82/12 82/13 82/16
82/17 82/18 83/3 83/5
83/9 83/10 83/12
83/18 83/20 83/21
83/23 84/5 84/6 84/24
84/25 85/6 85/8 85/17
85/23 86/7 86/12 87/1
87/9 87/10 87/15
87/21 87/24 87/24
88/15 88/19 89/4
89/10 89/12 89/16
89/16 89/20 90/4 90/4
90/7 90/11 90/19
90/25 91/2 91/6 91/7
91/8 91/11 91/12 92/5
92/7 92/7 92/21 93/2
93/5 93/9 93/11 93/19
93/21 94/11 94/18
94/20 95/4 95/5 95/8
95/10 95/12 95/15
95/17 96/5 96/7 96/9
96/11 96/14 96/15
96/19 96/22 97/23
97/24 98/5 98/7 98/7
98/20 99/1 99/9 99/10
100/7 100/12 100/22
101/11 101/20 101/21
101/21 101/22 101/24
101/25 102/11 102/11
102/22 102/24 103/2
103/3 103/8 103/11
103/13 103/13 103/14
103/17 103/18 103/21
103/23 103/24 104/7
104/20 104/21 104/24
105/16 105/19 105/21
106/4 106/4 106/5
106/7 106/12 106/12
107/5 107/6 107/8
107/11 107/14 107/18
107/22 107/22 107/23
107/24 107/25 108/1
108/1 108/2 108/10
108/15 108/18 108/19
108/24 108/25 108/25
108/25 109/15 109/15
109/19 109/23 109/25
110/6 111/2 111/9
111/11 111/15 111/17
111/18 111/19 111/22
111/25 112/1 112/4
112/6 112/7 112/7
112/9 112/14 112/22
112/24 113/15 113/24
114/7 115/8 115/15
115/16 115/18 115/22
115/25 115/25 116/8
116/15 116/17 116/19
117/13 117/14 117/17
117/18 118/9 118/15
118/21 118/23 118/24
119/1 119/2 119/4

120/20 121/3 121/8
121/8 121/10 121/13
121/25 122/4 123/11
123/20 124/8 124/9
124/10 124/11 124/15
124/17 125/1 125/2
125/8 125/25 126/1
126/1 126/1 126/3
126/4 126/6 126/8
126/8 126/9 126/12
126/18 126/19 127/1
127/2 127/3 127/4
127/5 127/13 127/14
127/20 127/22 127/23
127/25 128/3 128/5
128/7 128/25 129/1
129/2 129/4 129/5
129/7 129/7 129/11
129/11 129/12 129/25
130/20 130/21 130/22
131/3 131/4 131/5
131/9 131/16 131/19
131/20 131/23 131/23
132/21 132/22 133/5
133/6 133/10 133/11
133/15 133/15 133/16
133/17 133/18 133/20
133/22 133/25 133/25
134/1 134/1 134/4
134/6 134/8 134/22
135/2 135/13 135/13
135/21 135/22 135/24
136/6 136/9 136/10
136/10 136/11 136/12
136/17 136/18 136/21
136/22 137/2 137/5
137/7 137/7 137/8
137/15 138/3 138/4
138/7 138/9 138/10
138/15 138/18 138/18
138/21 138/22 138/23
139/2 139/4 139/9
139/17 139/20 140/4
140/7 140/9 140/9
140/13 140/14 140/17
140/20 140/22 140/23
140/24 140/25 141/5
141/6 141/7 141/10
141/13 141/15 141/16
141/16 141/18 141/18
141/23 141/25 142/5
142/10 142/11 142/16
142/17 143/3 143/8
144/4 144/17 144/23
145/3 145/4 145/8
145/25 146/9 146/11
147/2 147/6 147/9
147/10 147/11 147/14
147/20 147/24 147/25
148/2 148/12 148/14
148/19 148/23 149/10
149/13 149/14 150/6
150/9 150/15 150/20
150/25 151/3 151/4
151/14 151/24 151/25
152/1 152/4 152/8
152/8 152/11 152/15
152/16 152/24 152/25

153/7 155/16 156/2
156/6 156/11 156/17
156/21 156/24 156/25
157/2 157/9 157/23
158/1 158/12 158/13
158/15 158/21 158/22
158/23 158/24 158/24
159/3 159/8 159/18
160/9 160/10 160/13
160/22 160/23 160/25
161/2 161/4 161/5
161/6 161/19 161/24
162/9 162/12 162/13
162/14 163/9 163/18
164/4 164/6 164/15
164/16 164/20 164/20
164/22 165/1 165/16
165/17 165/23 165/25
166/1 166/7 166/8
166/8 166/9 166/11
166/16 166/17 166/23
166/25 167/3 167/24
168/5 169/1 170/17
171/18 172/2 172/3
172/11 172/12 173/4
173/5 173/6 173/10
173/21 173/24 173/25
174/23 175/2 175/3
175/7 175/8 175/8
175/9 175/12 175/14
175/16 175/17 175/18
175/21 176/1 176/3
176/4 176/6 176/6
176/8 176/13 176/14
176/15 176/17 176/20
176/20 176/20 176/21
176/24 176/25 177/4
177/17 177/18 177/19
177/24 178/1 178/2
178/15 179/4 179/11
179/23 180/7 180/15
180/25 181/11 181/12
182/6 182/9 182/10
182/13 182/16 182/17
182/18 182/20 182/21
183/1 183/3 183/4
183/4 183/7 183/8
183/9 184/5 184/6
184/9 184/21 185/1
185/9 185/24 186/4
186/10 186/18 186/20
186/21 186/22 186/25
187/3 187/4 187/5
187/6 187/6 187/10
187/11 187/23 187/25
187/25 188/1 188/3
188/4 188/21 188/22
189/12 189/13 189/18
189/22 189/23 190/1
190/5 190/6 190/8
190/10 190/10 190/13
190/22 191/17 192/12
192/14 192/18 192/20
192/21 193/14 193/18
193/21 193/25 194/12
196/6 196/12 196/13
196/18 196/25 197/4
197/19 197/23 197/25

that's [111]  3/25 5/2
6/2 6/10 6/17 7/24
7/25 10/2 10/4 11/23
12/1 13/17 20/20
21/10 21/22 24/11
25/20 26/16 28/3
31/18 33/15 33/18
34/24 36/11 38/12
38/16 38/17 39/11
42/1 46/4 47/21 48/5
49/12 52/18 52/24
53/8 54/9 55/7 56/2
58/15 60/10 60/14
61/8 61/9 64/13 65/13
65/14 65/14 69/16
76/2 80/23 92/8 96/9
96/11 103/15 105/6
106/24 107/9 108/3
109/21 111/11 112/2
113/19 115/23 116/3
116/13 117/7 118/8
119/1 128/14 132/15
133/1 134/3 135/15
135/19 138/9 141/4
141/5 141/24 142/12
143/5 146/22 149/4
150/3 153/4 157/18
159/1 159/4 160/7
161/2 161/23 164/21
164/23 165/12 168/21
172/15 173/14 176/7
180/18 182/25 183/13
185/7 187/2 188/19
189/11 189/25 190/14
193/24 196/3 197/7
197/21
theater [2]  78/25 79/12
theaters [1]  79/11
theft [1]  98/7
their [37]  3/18 4/24
4/25 5/2 17/3 17/4
29/5 41/5 43/5 43/5
43/7 75/11 81/2 91/15
116/5 116/5 116/6
116/14 118/19 118/19
118/24 137/3 137/21
138/3 138/7 145/21
149/9 156/7 156/11
169/14 173/16 178/8
180/8 180/24 185/4
190/6 191/19
them [66]  12/20 14/18
14/18 16/3 17/3 29/12
29/13 30/9 32/19 34/3
34/19 34/21 38/10
41/12 47/10 50/3
60/13 65/25 77/14
77/15 77/18 77/19
77/21 87/21 89/2
91/19 100/23 107/10
111/7 115/9 116/10
125/22 128/8 128/9
128/11 128/11 137/20
139/8 147/20 157/10
159/1 162/21 173/16
173/19 176/5 178/9
178/15 179/25 182/15
182/23 185/24 191/5

192/13 192/21 192/24
192/24 193/1 193/2
193/2 193/20 197/4
197/6 197/10
themselves [2]  138/8
180/15
then [100]  2/19 13/13
16/9 19/1 20/10 21/6
23/23 26/25 29/9
32/16 36/9 40/5 41/10
43/17 46/3 46/5 48/11
48/16 49/8 49/22
55/23 59/2 63/15
64/16 69/2 72/18
72/23 73/9 76/20 77/6
81/4 85/19 88/24
90/12 90/16 92/10
93/1 94/7 95/15 96/15
98/23 100/12 102/18
102/18 103/25 104/11
104/18 104/24 109/5
109/14 109/24 110/1
111/7 114/18 114/20
114/20 114/24 115/17
116/15 120/10 124/10
125/10 126/2 127/3
127/12 127/22 128/8
128/12 129/10 132/1
137/2 137/16 144/15
145/10 146/8 147/17
157/19 157/22 158/19
165/22 166/10 170/18
170/21 171/2 175/15
182/3 189/16 191/7
191/8 192/6 192/8
192/11 192/18 192/25
193/1 193/2 197/4
197/14 197/16 197/19
theories [1]  3/17
therapist [1]  87/13
there [130]  3/5 5/5
7/16 7/17 7/18 8/5
12/15 12/21 17/9
20/12 22/9 22/11
22/15 22/19 22/20
23/24 24/5 24/8 26/4
26/5 26/8 26/8 26/12
27/7 31/2 32/12 37/5
37/14 37/17 38/1
38/19 39/16 42/15
43/14 43/19 46/4
47/19 47/22 48/6 50/5
50/7 53/2 53/2 53/17
58/2 58/14 61/10
63/21 64/19 66/25
67/1 67/15 72/17
72/22 73/3 73/7 74/9
76/9 77/20 83/15
88/23 91/19 96/8
96/12 96/21 99/5
99/18 101/14 101/16
102/9 102/25 103/3
103/17 103/24 103/25
104/6 104/13 107/5
107/14 108/10 109/15
115/22 116/21 118/20
122/22 126/15 126/22
126/25 127/1 127/17

there... [40] 128/12
128/23 131/8 133/8
134/9 135/2 136/4
140/9 141/1 141/3
151/12 151/13 151/22
152/19 155/19 155/19
158/14 158/18 160/17
167/7 169/8 169/21
170/13 170/20 172/1
174/23 175/2 177/17
181/8 181/19 185/6
186/21 189/2 190/9
192/8 193/14 194/6
196/21 196/22 197/22
there's [30] 2/9 6/6
23/6 57/11 60/6 60/7
60/10 64/22 66/20
73/17 83/14 90/22
90/23 99/12 99/14
99/14 99/20 124/14
128/15 131/8 131/8
131/15 131/17 131/18
131/25 137/6 141/2
142/25 152/18 196/11
these [20] 16/7 26/3
26/12 41/11 55/20
61/11 66/18 70/18
82/6 91/17 110/19
126/24 137/23 140/8
141/5 143/1 162/17
168/13 177/11 183/8
thesis [2] 73/14 73/18
they [106] 2/20 3/17
3/18 3/19 5/1 8/21
16/24 17/15 17/18
17/19 24/10 29/6
30/16 32/2 36/20 42/3
42/4 42/23 42/23 46/9
47/8 47/9 48/23 50/2
51/9 55/22 55/23
55/24 56/16 56/22
57/6 57/10 60/13
60/13 63/16 64/24
67/13 72/25 75/10
77/21 84/18 85/21
85/24 86/18 87/18
87/24 90/16 91/16
92/20 92/22 96/9
96/10 96/11 96/13
96/14 97/2 97/3
100/22 102/1 106/2
106/4 106/6 112/15
116/15 117/22 121/5
124/15 124/22 128/25
129/10 129/14 136/22
138/3 138/5 138/11
138/11 138/21 141/4
141/7 149/9 155/22
157/11 161/15 161/21
161/22 169/9 169/14
169/15 170/16 172/11
172/11 173/19 173/20
173/20 173/24 178/8
178/11 183/11 183/12
183/19 185/18 185/19
185/22 185/23 187/25
193/18
thin [1] 158/15

36/18 39/21 51/13
52/25 56/22 67/18
102/2 103/2 116/23
131/2 133/8 136/3
142/6 161/18 171/10
193/12 196/11 198/2
things [67] 6/22 12/20
14/17 15/10 27/1 27/5
28/6 28/20 32/8 32/18
33/10 34/3 35/18 38/5
38/7 38/9 38/10 41/11
47/15 52/1 52/1 52/16
54/5 55/7 55/8 55/20
56/5 57/19 65/6 65/9
66/19 78/10 78/11
79/13 107/8 110/25
111/25 116/9 116/9
117/2 117/7 117/23
121/9 130/6 130/11
131/8 136/2 143/2
147/10 148/15 150/14
154/17 158/17 160/19
169/4 169/6 169/20
176/5 181/16 182/9
186/18 191/11 191/13
194/4 195/7 196/5
197/3
think [198] 2/18 5/4
5/25 6/11 6/11 6/11
6/24 7/8 7/9 7/11 8/18
9/12 10/21 13/3 13/12
15/22 15/23 18/1 18/2
23/2 26/1 27/9 27/9
27/13 27/20 28/22
29/24 33/12 34/10
34/20 37/15 38/17
39/19 41/20 41/21
43/11 44/5 46/10
47/11 48/5 52/19
53/17 55/1 55/15
55/18 58/15 58/18
60/6 60/7 60/10 63/14
63/16 64/20 66/2 66/7
66/10 66/18 67/21
69/19 69/22 71/10
71/17 71/25 73/25
74/24 75/13 75/22
78/1 80/9 80/9 80/12
80/15 83/10 90/19
91/8 91/22 91/24 92/3
93/3 93/19 93/23
94/12 94/16 94/21
95/3 96/5 99/4 99/16
99/17 100/2 100/3
100/10 100/20 100/23
102/20 103/22 103/23
105/16 106/11 106/12
107/6 107/9 107/10
107/15 107/21 107/22
108/3 111/9 111/19
113/15 113/24 115/8
117/10 117/25 119/7
123/5 123/12 123/20
124/7 124/10 124/14
124/17 127/1 127/9
127/25 130/18 130/18
130/25 131/23 132/2
133/15 133/19 133/21

138/23 138/24 139/1
139/18 139/21 140/4
140/5 142/5 142/9
142/17 142/20 142/25
143/8 144/12 145/2
146/2 146/17 148/2
148/3 148/4 148/14
148/15 148/15 149/1
149/11 152/18 153/15
156/18 157/3 157/20
158/15 161/6 161/8
162/14 164/1 164/5
164/12 165/17 165/18
166/11 168/23 169/13
171/16 171/17 173/25
174/9 175/4 178/15
182/8 183/3 183/8
183/11 183/13 184/21
185/25 187/10 187/15
187/22 188/4 189/4
190/7 196/12
thinking [5] 4/2 48/21
115/23 132/18 158/15
thinks [1] 148/12
third [5] 55/20 55/21
137/13 163/6 172/10
this [244] 2/2 3/9 3/13
3/22 3/24 4/3 4/4 6/18
6/23 10/1 10/2 10/24
11/5 11/5 13/16 13/18
14/18 16/5 16/12
17/24 18/1 18/21
21/10 23/2 23/7 24/25
25/1 25/9 26/8 26/23
27/5 27/6 27/12 27/16
27/19 28/4 28/22
30/25 31/1 32/19
32/20 32/24 33/12
37/4 37/24 38/11
38/12 38/22 39/21
41/13 41/14 42/12
43/12 44/6 44/25 45/3
45/18 46/2 47/12
49/10 49/23 50/17
52/18 53/3 54/2 54/2
54/6 55/5 55/18 55/19
57/16 57/20 57/23
58/16 58/25 59/9
59/11 59/24 62/4
63/10 64/6 64/25 65/8
65/10 65/11 66/12
66/18 67/22 68/18
69/2 71/8 71/9 74/8
78/11 78/12 79/16
81/2 82/12 83/16 85/4
86/8 88/2 89/24 89/25
90/1 90/5 90/5 90/20
90/24 93/18 93/22
94/4 94/22 95/3 98/3
98/13 99/13 99/16
99/25 100/2 100/4
100/25 102/12 103/15
103/16 105/17 106/11
106/14 108/1 108/2
108/7 108/19 108/20
109/1 109/6 110/1
111/9 112/2 112/3
112/22 113/12 113/16

116/11 116/12 116/14
117/4 117/8 117/19
118/9 119/3 119/5
120/10 121/10 121/12
122/12 123/24 125/24
126/5 126/6 130/3
130/12 132/18 135/12
135/18 136/3 138/23
139/13 139/20 139/24
142/10 142/12 143/4
143/9 144/21 145/17
146/19 147/21 147/25
148/1 148/11 149/6
149/7 153/4 153/5
155/23 156/1 156/18
158/5 159/1 159/2
159/21 159/23 160/25
161/3 161/23 162/12
162/17 163/6 164/1
164/6 164/20 165/3
166/19 166/23 167/16
168/4 168/23 172/22
174/1 175/5 176/1
176/7 176/7 177/1
177/18 178/16 179/13
180/10 181/3 182/20
182/24 182/25 183/6
183/14 183/15 183/17
184/22 186/24 186/25
188/3 189/21 189/24
189/25 192/1 193/21
195/25 196/4 196/13
196/15 197/11 197/14
Thomas [1] 72/20
those [85] 3/20 5/21
6/22 10/1 14/17 15/17
21/9 22/19 27/1 27/5
28/19 29/3 29/14 32/4
32/18 36/6 37/23 38/7
38/10 38/16 38/16
43/10 43/18 44/5 46/7
46/25 47/1 47/2 51/11
51/16 52/16 57/9
60/13 62/12 65/9
65/10 69/2 71/8 76/5
78/10 78/11 79/13
87/1 90/19 91/12
91/23 92/2 103/1
105/16 107/4 108/22
111/25 113/3 117/2
117/3 117/6 121/9
137/20 138/12 138/19
138/19 138/21 139/3
138/15 162/16 144/20
148/15 162/15 163/21
165/1 168/22 174/14
176/5 178/3 182/5
182/23 187/11 189/14
189/17 189/24 192/10
193/17 193/25 194/15
197/2
though [7] 49/4 55/19
57/13 105/24 131/2
139/25 143/4
thought [11] 3/12
21/22 22/4 95/8 96/4
124/4 125/21 130/7
136/21 190/8 197/23

127/4
threat [1] 49/3
threatened [1] 49/6
three [18] 16/15 24/3
26/23 46/22 46/24
52/22 58/1 58/1 61/4
63/12 102/20 104/6
109/13 124/17 179/13
179/16 188/24 197/1
through [41] 31/22
31/22 52/22 68/16
68/24 73/7 73/9 73/15
73/17 75/15 78/8
100/4 108/12 111/24
116/13 118/6 124/9
126/8 127/2 128/6
128/7 128/10 128/14
128/24 129/2 129/4
131/15 132/2 132/19
143/4 144/14 145/20
147/5 148/10 150/15
161/6 163/8 170/6
171/4 171/14 193/25
throughout [4] 63/21
157/15 163/10 166/9
tickets [2] 57/5 144/9
tie [1] 185/24
tight [1] 99/10
time [38] 12/14 13/1
16/8 22/3 26/16 27/15
31/6 33/18 43/1 43/4
43/14 48/11 48/15
48/20 72/20 72/24
80/24 96/5 102/16
110/10 128/8 129/7
133/17 133/20 134/9
135/2 141/5 148/9
170/6 170/7 170/11
170/18 172/5 183/9
184/14 191/22 196/5
196/6
timeline [1] 38/25
times [12] 46/22 46/24
61/6 61/12 72/17
72/19 111/8 134/12
134/15 135/1 140/21
196/21
timing [2] 39/15 157/20
Timmons [3] 12/14
13/20 137/17
TIMOTHY [1] 1/8
tired [1] 36/10
Title [1] 125/6
titles [1] 57/8
TJK [1] 1/3
today [13] 3/14 29/10
36/12 47/12 58/7
62/21 79/8 99/6
118/25 148/9 155/11
188/16 190/15
together [3] 49/5 136/3
136/4
told [15] 3/13 26/14
34/2 34/19 50/5 59/3
126/17 127/13 129/6
129/24 138/11 138/21
140/20 184/22 187/9
too [8] 22/15 61/10

too... [6] 87/8 104/11
110/9 153/18 189/15
189/19
took [9] 8/5 10/7 20/21
23/22 23/23 27/21
50/12 63/10 138/7
top [2] 49/24 186/20
topic [1] 95/3
topics [3] 37/23 53/23
182/23
totally [1] 130/13
touch [1] 37/18
tough [2] 15/6 191/16
toward [1] 75/3
town [3] 32/1 68/24
190/21
track [1] 109/23
trade [5] 62/23 62/24
63/1 63/14 104/18
trailing [2] 11/1 26/24
trained [1] 16/5
training [2] 28/15 48/16
transcription [1] 199/4
transfer [1] 3/14
transferred [2] 38/24
73/4
transitional [1] 24/19
transpire [1] 166/7
transplant [1] 122/16
traumatic [4] 138/12
138/14 184/17 187/17
travel [1] 45/17
traveling [1] 45/20
treason [2] 183/12
183/12
treated [20] 18/3 18/8
18/9 18/10 29/24
33/23 48/17 75/19
83/19 86/3 86/6 91/1
92/23 94/12 94/16
95/9 96/5 169/9
169/11 177/20
trial [41] 1/8 3/21 3/23
6/23 26/15 37/24
41/22 41/24 45/18
46/14 46/15 46/16
46/19 46/25 48/20
53/17 54/18 54/20
54/23 59/4 59/7 59/10
59/12 66/6 66/24 67/3
67/4 77/7 77/9 77/11
77/12 95/7 95/18
95/20 96/19 98/22
99/1 144/20 146/8
188/11 193/21
trials [5] 52/22 58/1
58/1 58/14 147/9
tried [2] 17/10 183/12
trouble [5] 5/11 9/25
13/12 153/6 153/6
troubleshooting [1]
57/4
true [3] 5/2 100/6
100/6
truly [2] 80/23 132/2
truth [3] 10/7 50/15
118/25
truthful [1] 10/8

try [4] 38/24 109/13
110/8 127/25
trying [14] 20/20 41/2
41/3 52/10 80/15
89/17 103/4 109/23
118/9 118/18 118/18
181/25 182/15 189/3
Tuesday [4] 46/2 144/7
144/12 149/8
turn [7] 32/2 34/12
34/19 34/19 34/21
38/2 123/13
turned [3] 121/4 123/6
123/12
turning [2] 41/3 123/5
TV [15] 3/8 8/14 32/2
34/12 34/20 34/22
102/7 150/22 156/15
164/6 164/16 164/22
166/20 173/22 186/7
tweeted [1] 65/2
Twice [1] 67/6
Twitter [3] 64/23 147/4
147/7
two [40] 5/22 22/20
22/24 22/25 29/9
37/17 43/18 44/5 46/1
46/3 46/7 46/25 47/1
47/2 47/10 47/15 48/5
62/12 72/24 86/17
90/11 90/15 91/22
114/8 115/8 135/15
137/25 137/25 140/12
141/6 160/9 162/15
174/14 181/14 192/21
192/24 196/17 196/18
196/19 196/22
tying [1] 52/6
type [9] 24/5 63/16
84/15 104/2 120/4
120/7 136/2 154/21
169/23
types [10] 16/24 29/11
36/14 57/1 63/20
110/25 169/20 179/22
190/25 191/1
Typically [1] 117/16

U
U.S [7] 17/13 18/25
55/19 105/10 133/14
141/22 168/16
uh [5] 9/20 76/3 103/9
122/3 154/6
uh-huh [5] 9/20 76/3
103/9 122/3 154/6
ultimately [1] 169/12
unable [2] 23/11 145/2
unanimity [2] 197/14
197/23
unavailability [1] 149/8
149/12
unavailable [1] 144/12
unbiased [1] 187/8
uncle [1] 29/7
unclear [1] 85/15
under [4] 85/12 126/23
126/25 134/7
underage [1] 74/21

undergraduate [5]
62/17 78/23 86/21
104/11 170/3
understand [17] 46/9
48/23 49/22 50/11
50/16 50/16 57/13
57/14 96/16 97/6
108/1 138/25 138/25
140/5 145/19 146/2
151/6
understanding [2]
20/11 32/11
understood [7] 13/5
20/19 21/14 30/22
163/1 164/2 194/1
underwriter [3] 97/20
97/22 98/1
unduly [1] 136/12
unemployed [1] 46/1
unfair [2] 49/17 55/8
unfold [2] 26/3 27/22
unfolded [3] 147/7
157/10 157/14
unfolding [2] 2/18 61/3
unfortunate [1] 33/20
33/21
unfortunately [2]
110/14 130/10
Union [1] 33/9
unit [4] 122/16 178/21
178/24 178/25
UNITED [10] 1/1 1/2
1/9 1/11 1/14 2/3
79/25 124/25 125/18
193/9
units [1] 24/20
university [3] 73/2 73/6
74/22
unknown [1] 128/3
unless [5] 19/14 66/17
115/13 145/15 173/11
unstable [3] 17/16
17/16 17/17
unsure [1] 145/4
until [14] 24/15 39/10
72/19 79/8 99/17
99/21 108/16 115/10
115/13 140/19 145/1
145/15 145/25 170/20
unusual [1] 69/16
up [93] 2/19 15/3 19/5
22/4 24/25 27/21 34/7
34/17 35/17 36/23
51/16 51/19 53/11
54/17 60/2 60/13
61/17 71/2 73/16 74/8
76/25 77/2 77/7 77/9
77/14 77/24 78/20
79/20 79/21 80/25
81/2 88/2 92/19 93/14
93/18 93/22 94/4
103/1 103/3 103/6
104/9 106/6 106/18
108/13 109/6 110/7
111/15 114/24 118/15
120/10 122/16 122/25
123/10 123/24 124/6
124/22 125/9 125/23

130/14 133/7 134/9
134/9 134/16 134/19
135/2 135/11 142/3
142/25 147/14 148/6
149/9 163/24 165/3
166/12 166/16 171/22
172/22 176/13 182/16
185/4 185/25 187/4
187/11 188/11 189/18
191/7 191/24 192/1
196/2 197/20
updates [3] 37/21
111/7 191/20
ups [4] 44/25 87/25
96/3 180/10
us [80] 2/15 2/18 4/1
4/15 16/19 18/16
18/20 24/13 25/22
29/22 30/22 31/21
36/5 40/17 57/1 58/4
58/5 58/20 59/3 59/16
60/24 63/5 63/9 66/11
66/25 67/17 70/6 72/6
76/19 79/4 81/14 87/1
88/16 94/13 96/4
97/17 98/2 98/4 98/19
102/15 106/20 110/24
114/13 115/17 122/11
126/17 127/2 127/3
127/19 127/21 128/17
130/9 130/17 135/13
135/18 143/20 146/24
150/1 150/12 151/22
154/8 155/11 157/1
157/25 163/4 163/9
165/13 165/17 166/3
174/19 174/20 175/11
179/17 179/22 181/3
181/9 181/14 181/15
183/16 189/13
use [6] 30/11 60/9 81/2
192/19 192/23 196/24
used [9] 21/18 24/10
42/19 42/20 49/1 49/3
49/25 164/13 192/22
usually [1] 75/10
utilities [1] 38/23

V
VA [1] 19/2
vacation [2] 98/23
98/25
vaccinated [4] 196/19
197/2 197/12 197/16
vaguely [2] 73/17 78/4
various [8] 79/9 97/25
141/11 147/24 154/11
157/19 163/16 168/17
variously [1] 192/22
venue [2] 78/19 79/12
verdict [10] 6/9 46/20
46/20 46/21 47/1
67/13 67/13 67/14
67/14 67/19
versus [5] 2/3 13/21
79/25 125/18 193/9
very [55] 8/3 10/6
21/14 25/9 30/2 31/4
32/8 32/10 34/1 34/2

45/2 48/19 48/20
58/10 59/22 63/22
67/17 73/11 76/9
79/14 88/3 88/10 94/1
98/13 109/5 114/25
115/9 117/24 117/24
120/11 120/11 125/14
130/11 130/12 130/20
132/23 135/20 143/12
155/4 159/24 171/10
172/23 174/6 179/8
181/3 184/4 188/4
188/7 192/1 194/15
195/19
via [3] 70/21 100/23
171/8
Vice [1] 137/11
victim [16] 16/8 17/8
18/1 29/19 33/14 48/7
67/25 74/19 85/7
85/13 86/3 92/6 92/24
105/20 136/16 169/1
victims [1] 139/4 169/8
169/11
video [134] 2/14 3/1
3/8 9/10 9/16 9/17
9/24 14/3 14/6 14/6
14/12 14/14 19/19
20/1 20/24 25/19
25/23 26/7 26/18 27/2
40/15 40/17 41/6 41/7
50/18 50/24 51/14
51/18 52/14 55/3
60/23 60/24 60/25
61/14 61/15 65/24
66/10 66/12 66/13
66/14 70/4 70/7 70/13
70/25 71/1 76/17
76/20 77/23 81/13
81/15 82/22 82/9 88/13
88/14 88/17 88/7 88/20
89/4 89/5 101/22
101/25 102/3 102/15
102/22 102/24 103/11
110/22 110/24 111/9
111/12 111/18 111/23
117/1 117/14 117/15
118/14 120/20 141/10
141/13 142/1 142/9
146/23 146/24 147/11
147/12 147/22 150/6
150/13 150/19 150/22
150/23 151/3 151/24
151/25 156/20 156/24
157/4 157/11 157/23
158/2 158/4 158/5
158/6 158/8 158/13
158/17 158/21 160/10
160/12 160/13 161/1
162/7 165/25 166/3
166/14 175/8 175/12
176/11 176/12 181/12
181/15 181/20 182/6
182/11 186/3 186/8
186/10 186/18 187/3
187/5 187/18 187/23
188/1 189/13 189/22
videos [14] 26/1 26/4

**V**

videos... [12] 51/5
53/25 54/1 90/3 147/5
147/6 147/8 147/19
175/14 176/2 182/20
189/14
view [6] 52/9 54/4 54/8
100/9 136/12 139/20
viewed [3] 83/1 83/3
83/8
views [9] 65/1 65/7
65/10 107/23 107/24
107/25 118/24 119/2
145/21
vigils [1] 108/11
violence [9] 9/8 34/13
48/10 48/16 53/16
55/18 55/21 55/23
169/5
Virginia [1] 114/6
virtual [2] 142/22
195/10
virtually [2] 94/25
132/6
virtue [2] 173/19 198/1
viscerally [1] 183/7
vision [1] 65/22
visiting [1] 32/1
visual [1] 65/23
voir [3] 1/8 131/15
132/2
voted [2] 59/15 59/17

**W**

wait [13] 45/2 59/23
64/5 74/7 74/9 80/5
98/12 109/4 114/23
154/25 172/22 181/2
196/6
waiting [1] 25/4
waived [1] 80/24
walk [5] 128/5 128/14
141/3 141/4 170/5
walked [3] 102/4
133/24 188/24
walkie [1] 103/5
walkie-talkie [1] 103/5
walking [1] 8/20
walls [1] 160/18
want [36] 3/20 5/17
5/19 10/4 10/6 10/7
17/24 21/21 29/5 32/3
32/4 34/21 35/16
41/21 41/23 46/18
46/19 52/25 53/1
57/13 58/4 58/5 60/7
95/3 100/3 109/18
124/25 126/3 130/3
134/21 149/7 151/4
151/7 196/1 196/11
197/20
wanted [12] 3/18 35/2
49/8 59/7 60/14 66/2
66/11 127/23 129/25
133/7 145/8 165/17
wanting [1] 35/4
wants [7] 2/9 60/9 80/4
127/14 127/15 127/21
163/24

was [422] 2/18 3/5
6/16 7/13 7/14 7/15
7/16 8/2 8/5 8/20 8/20
12/13 12/15 13/7
17/12 20/3 20/12
20/12 20/16 21/14
21/22 21/24 22/4
22/16 22/16 22/18
23/17 24/6 24/8 24/11
24/17 24/23 26/2 26/3
26/5 26/8 26/8 26/13
26/13 26/14 26/15
26/19 26/22 27/13
27/15 27/23 29/8 29/9
31/25 32/1 32/12
33/14 33/17 33/18
33/19 33/25 34/9
34/12 34/13 34/16
34/21 34/25 35/2 35/4
35/6 35/9 36/8 38/19
38/22 38/22 39/2
39/18 40/2 41/20
41/22 42/15 42/23
42/25 43/4 43/5 43/5
43/7 43/8 43/13 43/14
46/1 46/14 46/19
46/21 47/16 47/19
47/21 47/22 48/3 48/6
48/7 48/9 48/10 48/11
48/12 48/12 48/14
48/14 48/15 48/20
48/22 49/8 49/10
49/11 50/4 50/5 50/7
50/14 51/8 51/11 52/2
52/3 53/2 53/2 53/4
53/9 53/10 53/14
53/17 53/24 53/25
54/4 54/5 54/15 54/17
55/10 55/11 55/18
55/20 58/2 58/3 58/5
58/6 58/12 58/14
58/15 58/18 58/19
58/21 58/24 59/1 59/4
59/4 59/11 59/13
59/19 60/4 60/15 61/3
63/18 63/22 63/25
64/19 64/19 66/25
66/25 67/1 67/1 67/3
67/6 67/13 67/15
67/18 67/25 68/2 68/3
68/3 68/6 68/7 68/8
68/10 68/12 69/25
72/2 72/12 72/18
72/23 73/3 73/8 73/13
73/14 74/5 75/16 76/9
76/10 77/23 79/23
80/9 80/11 80/20
81/16 83/1 83/2 83/8
84/24 85/13 85/14
85/17 86/20 87/2 87/3
87/11 87/12 87/13
88/21 88/23 89/16
89/16 89/20 89/20
92/11 92/18 93/2 93/3
93/5 93/9 93/11 93/13
93/17 94/10 94/13
95/1 95/6 95/8 95/9
95/15 95/20 96/1

96/25 98/3 98/7 98/7
100/1 100/17 101/18
101/21 102/3 103/3
103/6 103/23 103/25
104/7 104/11 104/13
104/20 104/21 105/25
105/25 106/7 106/16
106/21 108/4 109/24
109/25 111/8 111/9
111/9 111/19 112/14
114/11 114/18 114/20
115/11 116/21 117/13
117/18 117/22 120/20
121/5 122/16 123/3
123/9 123/11 125/16
126/18 126/19 127/20
129/6 129/24 130/14
131/15 131/16 131/17
132/3 132/7 132/16
133/8 133/9 133/12
134/13 134/14 134/20
134/22 134/25 135/2
136/12 136/23 136/24
137/3 137/9 137/10
137/11 137/12 137/14
137/14 137/17 138/6
139/3 139/15 140/19
140/20 140/22 141/1
141/15 141/17 141/18
141/18 142/23 143/13
144/25 145/4 146/7
147/3 147/4 147/4
147/5 148/7 148/19
149/15 150/16 154/3
154/10 155/18 156/3
156/13 157/10 157/14
157/20 158/5 160/17
160/21 161/5 161/6
161/14 161/19 161/21
161/22 161/24 161/25
161/25 163/7 163/13
163/25 164/9 164/12
164/18 165/17 166/7
167/5 167/8 167/19
168/2 168/4 168/4
168/25 169/4 170/3
170/9 170/10 170/11
170/13 170/15 170/17
170/18 170/20 170/25
171/9 171/21 174/4
174/6 174/9 174/12
176/20 176/20 176/20
180/13 180/19 181/19
182/9 183/3 183/6
184/5 184/6 184/13
184/13 184/16 185/12
186/8 186/10 186/21
187/14 188/8 189/4
189/16 191/20 191/21
193/6 195/11 195/20
197/22 198/6
Washington [14] 1/4
1/19 1/23 3/15 61/6
71/18 72/14 72/17
72/19 73/2 73/6
157/11 157/15 199/10
Washington, [3] 37/19

Washington, D.C [3]
37/19 62/23 63/13
wasn't [13] 7/17 13/14
31/24 35/3 36/10
51/12 53/9 126/15
126/23 130/5 131/14
132/1 145/7
watch [14] 2/17 8/13
18/14 20/18 35/2
66/12 66/14 77/17
77/20 89/1 102/21
123/16 141/23 175/17
watched [44] 2/14 9/10
9/17 14/3 19/19 25/19
40/15 50/18 60/22
60/23 70/4 76/16
81/13 89/3 101/22
102/14 102/19 110/22
117/14 117/17 120/20
139/14 141/10 141/12
141/14 142/8 147/12
150/6 150/13 151/24
156/20 157/14 160/9
166/6 175/7 176/12
181/11 181/18 182/4
186/3 186/6 186/8
189/13 189/16
watching [25] 9/16
26/2 34/1 51/11 54/4
54/6 61/2 65/25 66/9
76/19 88/13 101/25
111/12 111/13 141/18
146/22 147/3 147/4
147/6 161/6 164/17
164/22 166/10 176/12
181/10
way [42] 14/9 22/1
27/24 31/7 32/5 36/8
37/4 40/5 49/19 57/20
59/4 61/24 67/20 69/2
81/3 83/3 91/6 96/6
96/16 99/16 106/11
108/7 109/19 110/8
126/1 131/4 131/15
136/10 136/11 138/4
145/21 161/22 161/22
161/25 161/25 164/20
164/21 169/7 175/10
188/2 190/9 197/11
we [284] 2/8 2/10 3/13
5/5 8/22 9/12 9/13
13/7 13/9 15/2 15/3
15/4 16/4 16/5 17/14
17/17 17/24 17/25
18/14 19/5 19/6 19/7
19/14 22/16 22/17
22/17 24/9 24/10 25/8
25/9 27/2 30/8 30/11
31/5 34/12 35/8 36/18
36/25 37/1 38/7 38/15
38/16 38/25 39/17
40/5 43/18 45/3 45/21
45/22 47/6 48/2 48/25
49/4 49/7 49/23 53/22
54/2 54/12 55/5 58/13
58/18 58/19 59/23
63/2 63/23 64/1 64/5
64/13 65/5 65/6 65/6

66/19 66/20 66/21
69/1 69/19 74/1 74/8
74/9 76/7 76/15 79/15
79/20 79/21 79/24
80/2 80/6 80/9 80/15
80/15 80/25 81/1 81/2
81/3 88/1 89/23 94/3
94/4 94/7 95/2 95/3
98/11 98/12 98/12
99/8 99/12 99/17
100/2 100/3 100/3
100/10 100/12 100/16
100/19 102/15 104/10
106/25 107/6 107/12
107/13 107/15 107/22
108/22 109/6 109/10
109/11 109/13 109/24
110/2 110/7 110/9
110/11 111/5 113/12
113/22 114/22 114/24
116/3 116/9 117/23
119/1 120/9 120/10
123/6 123/19 123/20
123/20 123/22 123/24
124/4 124/5 124/7
124/11 124/11 125/10
125/14 125/17 125/21
125/21 125/22 126/1
126/1 126/6 126/12
126/14 127/1 127/12
127/13 127/13 127/16
127/20 127/22 127/25
128/1 128/5 128/5
128/7 128/10 128/10
128/11 128/13 128/13
128/13 128/16 128/21
132/17 133/1 133/8
133/10 134/21 135/11
135/15 136/1 136/1
136/2 136/2 136/3
138/8 138/12 139/22
139/24 140/9 143/8
143/15 144/10 144/11
144/16 144/19 144/21
145/11 145/19 146/20
148/8 148/9 148/15
148/23 149/4 149/11
149/14 149/16 149/17
151/6 154/24 155/1
155/1 156/2 158/20
159/22 162/6 164/10
165/3 165/22 167/15
167/16 171/3 171/18
172/10 172/22 173/10
180/14 181/1 181/2
183/4 183/15 187/24
187/25 188/4 188/6
188/9 192/1 192/3
192/4 192/9 192/11
192/13 192/24 192/24
192/25 193/2 193/4
193/5 193/8 193/11
193/12 193/15 193/15
193/15 194/1 194/25
195/15 195/18 196/4
196/9 196/11 196/16
196/24 197/22 197/23
197/24 198/2

we'll [1] 192/8
we're [1] 149/1
website [2] 63/24
154/11
wedding [2] 45/17
45/19
Wednesday [1] 149/10
week [11] 46/3 66/7
75/6 99/1 99/13 100/4
136/4 144/7 149/1
149/2 196/13
weekend [2] 130/4
144/8
weekly [2] 72/17 138/1
weeks [2] 166/9
175/16
weighing [1] 132/4
weight [9] 23/9 75/20
83/21 84/2 84/2 91/3
140/2 177/21 177/22
weird [1] 8/22
welcome [3] 19/17
25/10 194/18
well [97] 2/17 2/18
2/23 4/23 5/8 7/15 9/6
12/18 15/2 15/9 15/11
16/4 16/13 16/21
28/14 29/11 30/2 31/4
34/6 39/5 39/15 39/16
47/15 48/5 50/25 51/8
54/7 55/4 57/3 57/21
58/10 59/22 65/5
67/11 67/17 69/11
70/15 73/11 75/10
77/1 77/9 79/14 87/9
95/11 99/24 101/8
103/24 104/25 107/22
107/23 110/6 112/20
115/9 115/17 118/22
122/14 125/9 125/14
129/16 135/20 137/19
138/5 138/13 139/3
139/13 140/14 143/7
143/12 144/24 146/16
146/20 150/16 152/2
152/23 156/9 157/3
158/14 158/14 159/4
159/6 160/14 163/13
170/1 171/6 173/4
177/15 179/8 179/9
182/5 184/4 184/20
185/4 188/7 188/17
192/5 194/15 195/19
went [26] 8/22 18/24
23/21 23/22 23/23
24/2 24/3 26/15 33/3
43/17 54/18 54/20
63/12 68/16 72/9
72/17 72/22 95/18
120/2 126/8 127/2
133/23 135/7 163/3
176/4 184/14
were [105] 2/18 2/20
2/20 3/13 3/16 3/19
7/14 16/5 26/4 26/4
26/6 26/20 29/24
33/23 34/5 34/18 36/6
36/14 36/15 36/15

40/14 40/22 41/23
47/7 47/9 48/17 53/1
55/1 55/1 55/2 55/2
55/8 58/14 59/2 61/10
62/4 63/16 63/23
77/21 92/12 92/15
92/23 93/1 94/12
94/16 96/4 96/8 101/8
101/16 101/16 102/1
103/7 104/9 105/9
108/8 111/11 111/20
115/22 118/23 120/5
122/24 129/12 133/16
134/9 134/16 135/2
136/4 136/6 136/7
137/4 137/7 140/9
140/18 150/9 158/18
158/21 159/7 160/24
161/15 161/21 161/22
162/8 164/10 165/25
166/9 166/19 168/6
169/8 169/9 169/11
169/12 173/25 174/23
175/1 177/16 177/17
180/5 182/1 182/16
185/9 186/22 190/8
weren't [1] 187/9
West [1] 1/12
what [364] 2/15 2/20
2/25 3/8 3/17 3/25
5/17 6/7 6/11 6/20
6/21 6/25 9/6 9/7 9/10
10/4 10/7 11/20 12/22
14/3 14/5 14/16 16/19
18/6 18/11 18/21
18/21 19/19 19/25
20/6 20/11 20/20 21/8
21/22 22/19 23/14
23/17 24/5 24/11
24/14 25/19 25/22
25/22 25/24 27/10
27/22 28/13 29/11
30/2 30/6 30/12 30/16
30/19 30/23 31/20
31/21 32/11 33/2
34/20 34/21 34/25
35/7 35/10 35/14
35/21 36/6 36/14
37/16 38/15 40/15
40/18 40/23 40/24
42/23 43/23 44/8
44/11 44/11 44/16
44/21 45/14 46/18
46/20 48/25 49/2 50/3
50/5 50/10 50/18
50/21 50/23 51/2
51/21 51/22 52/8 52/9
52/17 53/18 53/25
54/1 54/5 54/8 54/10
55/2 55/3 55/7 55/9
56/2 56/14 56/25 57/1
57/9 58/4 58/5 58/15
58/19 58/20 59/3
59/10 59/18 59/19
60/25 61/3 61/22
61/25 62/15 62/17
62/21 62/24 63/16
63/20 65/7 66/25

70/8 70/9 71/4 71/5
71/16 71/19 72/2 72/4
76/7 76/19 76/20
76/21 76/21 77/5 77/8
78/6 78/17 78/24
81/13 81/14 81/18
82/9 82/20 82/23
83/23 83/25 84/2
84/10 84/14 84/17
84/18 85/14 85/14
86/10 86/18 86/20
87/15 87/21 88/14
88/16 88/17 88/18
88/23 89/14 89/23
91/16 91/16 93/2 93/9
94/3 94/14 95/5 95/6
95/14 95/15 96/9
96/11 97/13 97/18
98/3 98/3 98/4 98/19
100/2 101/22 102/3
102/7 104/2 104/11
104/14 107/4 107/12
109/12 109/12 110/24
112/12 113/5 114/2
114/11 116/16 117/14
117/15 117/21 117/21
117/25 118/24 119/1
119/10 119/24 120/21
121/2 121/3 121/15
121/22 121/25 122/20
123/15 123/15 124/8
125/1 125/4 125/9
126/6 127/17 127/21
127/25 128/21 128/22
130/13 130/17 130/20
131/4 132/10 132/15
132/20 134/8 138/3
138/20 138/21 139/11
141/9 141/10 141/11
141/12 141/12 141/23
143/20 144/5 145/6
145/20 146/6 146/23
146/24 146/25 147/1
147/18 147/22 147/22
147/23 148/24 150/6
150/12 150/14 150/19
150/19 151/25 152/17
153/13 153/23 154/3
154/17 154/21 156/9
156/10 156/12 156/12
156/15 156/15 156/24
156/24 157/2 157/7
157/14 157/16 157/18
157/23 158/20 158/24
160/12 161/11 161/21
162/2 162/9 162/10
162/11 162/19 162/21
163/4 163/9 164/3
164/15 164/16 164/17
164/21 164/24 165/25
166/4 166/12 167/7
169/15 169/20 170/3
171/9 175/8 175/11
175/16 176/4 176/18
178/18 180/2 181/15
181/16 183/8 183/9
183/11 183/13 184/11
184/11 184/12 184/21

189/14 189/16 190/15
190/22 190/25 191/1
191/5 192/3 192/4
194/1 194/1 194/1
196/16 197/20
what's [8] 6/22 18/16
23/20 27/23 30/12
36/22 100/9 190/18
whatever [80] 6/8 9/23
9/25 12/22 13/15
14/14 14/15 14/17
21/7 21/9 25/3 27/2
27/3 27/3 27/18 32/16
32/16 32/18 36/20
41/11 52/13 52/14
52/17 57/16 57/17
57/20 57/21 65/8 71/7
78/7 78/7 78/10 82/9
82/10 82/11 83/7 83/8
83/9 89/25 90/1 90/1
90/2 90/3 90/3 103/11
103/12 103/14 107/24
107/25 108/18 108/25
112/1 112/21 116/25
117/1 117/3 119/3
121/6 121/7 121/9
127/25 132/19 136/12
139/19 139/19 142/15
147/24 153/2 158/23
166/20 166/21 166/22
176/5 182/20 182/21
182/22 189/8 189/22
189/23 197/8
when [72] 19/21 19/23
26/7 32/1 32/4 34/10
36/2 36/8 36/14 39/11
53/24 54/7 55/2 55/6
55/25 56/2 57/14
59/10 63/10 72/7
77/11 77/21 80/10
81/2 97/7 98/12 102/3
105/25 108/2 110/24
114/14 114/16 117/16
122/23 123/11 123/23
124/11 124/21 128/5
132/3 134/5 135/1
137/11 147/3 147/11
153/17 155/1 164/3
164/10 167/16 167/19
174/8 175/13 175/19
184/14 186/9 190/9
192/7 192/7 192/9
193/5 193/19 194/3
194/9 196/20 196/22
196/22 196/23 197/1
197/4 197/7 197/24
whenever [1] 116/3
where [45] 7/7 8/17
17/19 18/14 19/6 26/6
26/19 38/23 39/8
46/11 49/24 51/7 51/9
53/1 54/18 55/21
55/22 56/22 58/2
58/14 66/20 81/1 99/2
99/4 102/1 102/24
110/2 111/13 118/10
121/5 126/10 126/10
156/2 157/11 158/15

169/17 170/6
172/7 174/20 175/3
183/20 184/18 185/25
194/12
whether [80] 6/6 7/13
10/8 12/20 17/22
29/15 38/9 39/14 41/4
41/10 42/23 46/18
46/19 47/22 47/25
48/6 53/3 54/9 58/6
60/22 64/19 65/7 65/9
66/9 66/25 67/1 67/12
68/17 71/11 80/12
80/23 85/3 86/2 86/8
92/20 93/11 94/5 95/8
95/12 95/14 101/8
102/11 105/6 107/3
107/19 107/25 108/21
108/22 108/24 110/22
110/23 113/19 116/8
116/11 116/12 116/25
116/25 117/5 117/13
119/6 124/5 124/8
126/8 126/9 126/22
126/25 144/25 145/4
145/7 145/24 169/9
169/11 171/3 171/12
171/13 171/25 171/25
173/20 180/5 181/12
which [39] 3/19 7/13
25/18 27/13 27/17
27/17 40/14 46/14
49/1 64/24 65/23
72/15 72/23 72/24
73/8 77/23 85/12
88/13 92/9 95/22
101/8 102/10 107/18
108/7 110/6 110/22
114/19 116/22 126/23
128/23 153/10 160/20
165/15 165/25 166/14
173/4 183/2 188/21
191/20
while [8] 4/15 29/8
95/2 110/18 130/12
161/6 170/9 182/1
who [120] 3/16 3/22
4/23 7/14 7/23 8/2 8/5
8/5 12/6 12/6 16/17
17/9 21/18 29/2 29/3
29/6 29/20 33/3 33/3
33/15 38/15 42/19
42/20 42/22 43/2
43/15 43/21 45/19
47/16 47/19 48/7 66/5
68/1 68/1 68/2 68/6
68/21 69/3 69/24
74/20 75/3 76/5 84/6
85/7 85/21 85/24
85/24 90/10 90/15
91/12 91/16 92/7 92/7
92/21 99/19 101/11
101/19 103/21 104/9
105/1 105/3 105/5
105/5 105/8 105/10
105/21 105/23 106/2
108/8 108/13 109/25
112/3 113/2 136/7
136/17 136/19 136/20

231

**W**

who... [43] 136/23
136/24 137/3 137/3
137/3 137/4 137/13
137/16 138/1 138/6
138/14 139/3 139/15
140/8 140/9 143/4
153/20 155/13 155/14
155/16 155/18 158/16
167/3 168/11 168/19
169/1 173/5 173/5
177/4 178/2 178/2
184/6 185/1 185/9
185/11 185/12 186/10
186/21 187/17 188/21
188/22 190/5 190/6
who's [2] 41/3 192/20
whole [6] 34/1 34/4
57/11 118/20 118/21
189/23
why [32] 10/21 20/10
34/20 34/20 36/11
39/16 40/17 57/5
64/13 64/16 65/13
65/14 80/18 83/2
89/10 96/7 107/15
115/22 115/23 118/7
118/9 118/10 118/11
123/6 123/12 127/23
133/1 134/3 145/1
165/16 166/3 183/3
wide [1] 70/18
wife [8] 48/12 53/5
53/6 99/21 184/7
184/9 185/11 185/17
wife's [2] 68/2 68/6
will [152] 3/23 6/24
17/25 19/6 23/5 25/4
25/8 27/6 27/17 31/5
31/8 34/8 37/1 38/7
38/16 40/5 45/3 48/2
54/8 54/12 59/23 64/5
66/4 74/1 74/9 75/15
75/16 76/7 76/15 77/8
78/15 79/15 79/20
79/21 80/25 81/2 81/2
83/15 88/1 94/7 95/13
95/13 95/22 98/12
100/16 100/21 100/22
100/23 103/17 104/10
107/14 109/6 110/7
113/12 114/24 115/14
115/18 115/18 116/10
120/10 123/24 124/7
125/2 125/8 125/14
125/22 125/23 126/2
127/12 127/13 127/16
127/18 127/20 127/22
127/25 128/5 128/5
128/7 128/8 128/8
128/10 128/11 128/11
128/13 128/14 132/15
132/17 133/1 134/24
135/11 135/11 136/22
139/24 142/22 144/6
144/9 144/12 144/15
145/11 145/16 146/20
149/14 155/1 163/6
167/15 174/11 181/2

192/4 192/5 192/8
192/10 192/11 192/13
192/14 192/15 192/15
192/18 192/24 192/24
192/24 192/25 193/1
193/2 193/2 193/4
193/5 193/13 193/17
194/9 194/25 196/7
196/9 196/16 196/21
196/23 196/23 196/24
196/25 197/4 197/9
197/15 197/19 197/22
197/23 197/24 197/25
198/2 198/2 198/4
William [1] 12/14
willing [5] 40/7 80/18
143/16 149/18 151/8
willingness [1] 196/2
window [2] 152/3
189/17
windows [1] 181/20
wish [1] 48/22
within [2] 172/12
175/15
without [6] 5/20 58/15
58/20 66/24 67/13
74/1
witness [29] 17/8 25/1
29/19 33/15 48/7
67/25 74/20 75/20
75/21 75/21 82/17
82/17 83/6 83/20
83/21 83/22 85/7 91/2
91/3 91/3 92/6 92/24
105/20 136/16 139/8
140/2 148/10 169/1
177/21
witnessed [3] 92/10
92/13 92/17
witnesses [7] 48/12
50/5 50/8 76/1 83/17
112/7 139/4
Women's [1] 104/12
won't [12] 3/24 5/10
5/10 21/7 32/17 99/1
100/24 121/13 165/20
165/22 173/10 197/16
wondered [1] 96/7
word [5] 48/13 49/3
49/3 50/12 148/16
words [2] 49/1 57/17
work [107] 5/3 7/15
7/17 7/22 8/17 12/11
17/3 17/3 17/4 19/3
21/25 22/22 23/17
24/5 24/21 28/11
29/12 33/8 35/12
35/16 36/7 37/18
37/19 39/1 42/19
42/20 42/23 42/24
42/24 44/2 44/9 44/13
54/11 56/14 62/22
62/25 63/2 63/21 64/1
66/19 69/3 69/18
71/20 71/21 75/11
80/21 84/10 84/15
84/18 84/20 84/25
86/19 86/22 91/24

104/22 105/22 106/23
108/15 113/8 120/4
120/7 121/20 121/22
122/2 122/20 128/14
130/20 130/23 131/4
131/20 133/13 134/3
140/10 140/11 141/20
141/21 146/14 153/18
162/22 167/7 167/13
167/14 167/17 167/21
168/12 169/17 169/25
171/24 171/25 172/11
172/13 173/13 174/15
174/16 174/18 178/11
178/19 179/8 188/25
189/5 190/15 191/5
191/9 191/12
worked [42] 13/13
18/23 19/1 19/2 21/20
22/3 22/7 22/9 22/11
22/15 22/20 22/20 22/21
22/22 24/17 24/17
31/2 36/8 36/17 42/22
43/9 63/11 63/14
72/10 79/10 79/10
80/13 87/4 104/16
122/14 122/19 135/25
140/14 140/16 163/5
167/20 170/10 171/7
171/13 172/17 180/16
180/23 191/3
worker [2] 86/11 86/24
working [28] 12/13
16/9 22/17 23/15
23/19 24/15 24/18
24/18 24/19 24/22
63/13 79/11 101/18
104/7 107/13 122/22
130/23 134/13 136/4
162/17 162/20 171/17
172/6 172/7 180/7
191/17 191/19 195/15
works [22] 4/24 12/6
13/13 13/13 13/19
21/17 75/22 83/22
84/18 99/21 101/9
137/13 137/16 138/6
140/8 155/14 155/19
173/5 180/15 184/17
185/1 188/22
world [3] 18/24 55/20
55/21
worried [2] 43/13 43/14
would [122] 2/8 2/10
5/4 5/6 5/7 5/20 6/12
9/24 10/16 13/12
14/20 22/22 23/11
24/9 27/23 28/2 37/17
38/1 41/21 41/21
41/21 41/23 43/15
43/15 48/23 49/21
58/6 58/16 59/3 67/21
68/23 70/20 73/15
75/17 77/5 91/6 91/19
94/19 99/5 99/9 99/9
99/17 100/4 100/4
100/7 100/8 100/12
101/25 106/25 107/6

109/25 110/10 115/20
117/9 124/10 125/21
126/9 130/14 132/2
132/8 132/12 132/21
134/13 135/6 136/7
136/8 136/10 136/11
137/7 140/1 140/3
140/16 141/23 142/11
142/24 143/8 144/25
145/2 146/11 147/19
148/3 148/18 148/19
148/24 149/11 149/13
153/1 153/1 153/2
153/6 157/9 158/22
160/25 161/5 162/9
164/19 164/20 166/20
171/2 176/1 176/5
183/8 184/18 186/22
187/3 187/5 187/10
191/16 191/17 194/19
194/21 194/23 195/7
196/3 196/19 196/20
197/2 197/12 197/23
wouldn't [14] 6/7 47/11
49/16 49/20 51/20
52/21 74/24 116/1
141/17 149/7 172/16
173/21 177/23 187/9
wounds [1] 16/9
Wow [1] 119/16
wrap [7] 74/8 88/2
109/6 120/10 165/3
172/22 192/1
wrapped [1] 99/8
wrapping [2] 77/2
135/11
write [2] 190/17 197/17
writer [1] 70/17
written [1] 95/15
wrong [3] 55/14 112/13
139/17
wrote [5] 115/17
115/17 117/13 144/24
147/18

**Y**

yeah [47] 7/20 7/21 8/8
8/19 8/20 9/5 9/12
9/20 9/20 9/21 10/20
11/2 13/7 26/22 33/25
46/25 47/3 47/5 80/20
81/16 94/19 96/17
98/21 99/6 99/23
108/10 110/13 113/22
120/6 120/22 124/24
137/6 144/13 159/12
159/18 161/16 161/19
164/18 164/19 164/23
166/11 169/10 169/13
181/18 186/16 189/15
190/7
year [13] 35/2 79/3
111/9 122/5 122/7
122/9 122/10 136/3
163/3 163/6 170/21
170/22 190/20
Year's [1] 33/20
years [49] 17/25 17/25
22/20 22/24 22/25

231/8 32/14 31/2 33/18
33/21 43/5 46/23
46/24 48/10 63/8
63/12 68/9 70/16 72/1
72/11 72/24 85/18
86/13 86/14 104/6
104/17 104/19 114/8
117/19 119/15 122/15
122/22 122/23 124/17
129/9 129/10 134/2
135/25 140/13 146/11
163/14 167/6 178/8
179/14 179/16 188/24
189/4 191/4 191/17
Yep [1] 101/15
yes [188] 2/23 4/18
7/12 14/10 14/25
16/18 17/1 18/5 19/12
19/18 19/24 21/3 21/5
22/6 22/13 22/16 25/7
25/16 25/18 26/24
27/12 27/22 28/8
28/12 29/1 31/10
31/16 32/22 36/4
37/13 41/1 41/9 41/25
42/21 43/8 43/9 44/20
45/10 45/13 49/15
49/20 50/20 50/20
53/10 53/15 53/24
54/19 54/22 54/24
59/21 60/19 60/21
61/13 61/18 62/10
63/18 64/16 64/17
65/19 66/16 67/15
68/14 69/16 70/5 76/2
76/4 80/14 80/19 81/9
82/1 82/19 84/9 84/13
85/11 86/4 86/5 86/15
86/25 87/11 88/12
89/7 89/9 89/11 89/13
92/25 94/19 98/17
99/3 101/6 104/23
106/10 109/3 110/17
110/20 111/16 112/8
113/9 115/5 115/17
115/20 116/20 117/9
117/11 119/9 120/7
120/18 122/18 127/2
129/23 133/15 134/4
134/17 134/17 135/23
136/14 136/16 136/18
136/18 136/21 137/1
137/22 138/16 138/24
139/1 139/6 139/10
139/21 140/5 140/16
142/19 142/20 144/2
145/7 149/22 150/8
150/11 151/20 152/10
152/14 152/15 154/2
154/16 155/9 155/15
156/5 156/16 156/22
157/24 158/2 158/11
159/13 159/15 159/16
162/14 162/18 163/12
164/25 165/1 166/17
170/8 171/18 173/18
174/5 174/16 175/24
176/10 178/7 178/10
178/13 179/1 179/3

**Y**

yes... [17] 179/10
180/22 181/7 182/14
189/11 191/14 193/19
195/14 196/18 197/1
197/2 197/4 197/4
197/12 197/12 197/17
197/18
yeses [2] 146/22
197/18
yesterday [9] 127/15
129/25 130/6 130/13
131/7 131/17 132/3
133/8 155/11
yet [6] 49/6 75/7 75/8
75/11 93/19 149/5
Yom [1] 144/7
York [3] 61/5 61/12
72/10
you [1796] 2/13 2/13
2/14 2/15 2/15 2/23
2/25 3/1 3/6 3/7 3/8
3/8 3/20 3/24 3/24 4/1
4/8 4/8 4/12 4/14 4/15
4/15 4/16 4/16 4/20
5/3 5/3 5/10 5/10 5/15
5/17 5/20 5/20 6/5 6/5
6/6 6/7 6/8 6/10 6/11
6/11 6/11 6/12 6/13
6/14 6/17 6/17 6/18
6/18 6/19 6/21 6/22
6/23 6/23 6/24 6/25
7/4 7/4 7/5 7/8 7/8 7/9
7/9 7/9 7/10 7/12 7/12
7/13 7/17 7/22 7/25
8/2 8/2 8/7 8/9 8/12
8/13 8/13 8/13 8/17
8/17 8/17 8/18 9/3 9/6
9/9 9/10 9/14 9/15
9/16 9/17 9/22 9/23
9/23 9/24 9/24 10/1
10/4 10/6 10/6 10/8
10/12 10/12 10/14
10/16 10/19 10/21
10/21 11/1 11/8 11/11
11/17 12/1 12/2 12/3
12/5 12/5 12/19 12/20
12/22 12/24 13/8 13/9
13/12 13/12 13/15
13/17 13/23 14/1 14/3
14/4 14/6 14/8 14/11
14/14 14/15 14/16
14/17 14/20 14/20
14/22 15/9 15/17
15/22 15/22 15/23
15/23 16/1 16/1 16/2
16/2 16/2 16/11 16/11
16/16 17/3 17/7 17/8
17/9 17/9 18/1 18/2
18/3 18/8 18/8 18/11
18/20 18/21 19/5 19/6
19/7 19/7 19/8 19/11
19/13 19/14 19/16
19/18 19/19 19/25
20/6 20/8 20/10 20/23
20/24 21/1 21/2 21/4
21/7 21/7 21/9 21/11
21/17 21/17 21/24
22/5 22/11 22/19

23/6 23/7 23/9 23/10
23/11 23/12 23/14
23/14 23/21 24/1 24/2
24/5 24/7 24/14 24/15
24/15 25/3 25/4 25/8
25/9 25/13 25/15
25/17 25/18 25/19
25/21 25/23 25/24
25/25 26/14 26/18
26/21 26/25 27/1 27/2
27/3 27/4 27/7 27/7
27/10 27/11 27/12
27/15 27/17 27/18
27/24 28/2 28/2 28/3
28/4 28/6 28/10 28/10
28/13 28/22 28/22
28/24 28/24 29/2 29/5
29/6 29/15 29/15
29/18 29/20 29/20
29/24 29/24 30/2
30/22 30/23 30/23
31/5 31/6 31/6 31/8
31/11 31/16 31/19
31/20 31/21 31/22
31/25 32/8 32/11
32/12 32/13 32/16
32/16 32/16 32/17
32/18 32/19 32/21
33/2 33/2 33/8 33/12
33/12 33/14 33/15
33/23 33/23 34/7 34/8
34/10 34/17 34/18
34/19 34/19 34/20
34/20 34/21 34/25
34/25 35/3 35/4 35/10
35/19 35/24 35/24
36/2 36/5 36/10 36/14
36/15 36/15 36/15
36/15 36/19 36/25
37/1 37/3 37/5 37/10
37/13 37/15 37/15
38/5 38/5 38/9 38/10
38/12 38/18 39/4 39/8
39/13 39/22 40/5 40/6
40/6 40/8 40/11 40/13
40/13 40/16 40/17
40/17 40/18 40/24
40/24 40/25 41/6
41/10 41/11 41/13
41/13 41/14 41/15
41/16 41/17 41/19
41/19 41/23 41/23
42/5 42/5 42/9 42/16
42/23 43/2 43/11
43/11 43/16 43/17
44/5 44/5 44/8 44/11
44/14 44/16 44/22
45/2 45/2 45/3 45/4
45/8 45/11 45/12
45/16 45/18 45/21
46/11 46/13 46/13
46/17 46/18 46/19
46/19 46/20 46/21
47/11 47/11 47/14
47/14 47/15 47/15
47/22 47/22 47/25
47/25 48/6 48/6 48/17
48/17 48/25 49/5 49/6

49/23 50/2 50/17
50/17 50/17 50/22
50/23 51/2 51/11
51/14 51/21 51/22
51/24 52/6 52/7 52/13
52/14 52/14 52/16
52/19 53/1 53/1 53/3
53/3 53/7 54/14 54/17
54/18 54/20 54/23
54/25 54/25 55/1 55/1
55/1 55/2 55/2 55/3
55/4 55/6 55/12 55/17
55/22 55/25 56/2 56/2
56/5 56/5 56/10 56/14
56/19 56/23 57/2 57/4
57/5 57/6 57/10 57/13
57/14 57/14 57/14
57/15 57/16 57/17
57/18 57/18 57/20
57/21 57/21 57/22
57/23 58/4 58/5 58/6
58/6 58/23 58/25
58/25 59/2 59/2 59/2
59/3 59/9 59/15 59/16
59/19 59/17 59/18
59/22 59/23 59/25
60/17 60/20 60/21
60/22 60/22 60/23
60/24 60/25 61/3 61/4
61/8 61/10 61/12
61/14 61/15 61/19
61/20 61/21 61/21
61/21 61/22 61/22
61/23 61/24 62/2 62/4
62/5 62/8 62/12 62/13
62/17 62/21 62/25
63/5 63/6 63/9 63/10
63/10 63/17 63/17
63/21 64/4 64/5 64/6
64/7 64/10 64/11
64/16 64/17 64/20
64/20 65/5 65/7 65/9
65/9 65/13 65/16
65/21 66/2 66/4 66/10
66/10 66/10 66/11
66/14 66/21 66/23
66/23 67/8 67/12
67/12 67/14 67/18
67/21 67/21 67/24
67/25 68/1 68/4 68/4
68/5 68/16 68/16
68/17 68/17 68/20
68/20 68/25 69/2 69/6
69/8 69/13 69/17
69/22 69/22 69/24
70/3 70/3 70/7 70/8
70/9 70/21 70/25 71/1
71/4 71/5 71/6 71/7
71/9 71/10 71/10
71/11 71/15 71/16
71/19 71/24 71/25
72/6 72/7 72/8 72/21
73/19 73/22 73/25
74/6 74/7 74/9 74/10
74/11 74/12 74/15
74/15 74/18 74/19
74/24 74/24 75/2

75/17 75/22 75/25
76/4 76/5 76/8 76/12
76/16 76/19 76/19
76/21 76/21 76/22
77/5 77/5 77/8 77/11
77/17 77/22 78/5 78/6
78/6 78/7 78/7 78/9
78/10 78/13 78/13
78/17 78/22 79/1 79/4
79/5 79/8 79/15 79/15
79/16 79/17 80/5
80/10 80/12 80/20
80/24 81/5 81/8 81/10
81/12 81/13 81/14
81/14 81/18 81/25
82/2 82/7 82/7 82/8
82/9 82/10 82/11
82/13 82/13 82/16
82/16 82/20 82/20
82/23 83/6 83/6 83/7
83/8 83/8 83/9 83/9
83/18 83/24 83/24
83/25 84/2 84/5 84/5
84/14 84/17 84/25
85/3 85/3 85/6 85/6
85/19 85/22 86/2 86/7
86/8 86/10 86/12
86/16 86/23 87/7 87/8
87/8 87/10 87/15
87/21 88/1 88/1 88/2
88/8 88/10 88/11
88/12 88/12 88/16
88/16 88/17 88/17
88/18 89/1 89/2 89/5
89/10 89/11 89/11
89/12 89/14 89/18
89/19 89/23 89/24
89/24 90/1 90/2 90/3
90/4 90/6 90/9 90/9
90/10 90/19 90/19
90/22 90/25 91/5 91/7
91/7 91/8 91/11 91/11
91/15 91/16 91/19
91/24 92/3 92/3 92/5
92/6 92/7 92/9 92/12
92/13 92/15 92/17
92/20 92/23 92/23
93/1 93/1 93/11 93/22
93/25 93/25 94/12
94/12 94/14 94/16
94/16 94/21 94/21
95/15 95/23 96/4 96/4
96/4 96/4 96/5 96/6
96/7 96/15 96/18
96/19 96/22 97/7
97/11 97/17 97/18
97/23 98/3 98/4 98/12
98/12 98/13 98/16
98/18 98/18 98/19
99/2 99/4 99/5 99/8
99/14 99/15 100/4
100/6 100/19 100/19
100/22 100/23 100/24
100/25 101/1 101/4
101/7 101/9 101/16
101/17 101/20 101/21
101/21 101/21 101/24
102/6 102/7 102/11

102/12 102/14 102/14
102/22 102/23 103/8
103/10 103/11 103/12
103/13 103/14 103/14
103/16 103/17 103/17
103/20 103/20 103/25
104/1 104/2 104/13
104/14 104/15 104/15
104/22 104/24 104/25
105/1 105/4 105/4
105/5 105/16 105/16
105/19 105/19 106/9
106/11 106/12 107/2
107/20 108/1 108/6
108/17 108/18 108/21
108/21 108/21 108/24
108/25 108/25 109/2
109/4 109/5 109/8
110/14 110/18 110/18
110/21 110/21 110/22
110/23 110/23 110/24
110/25 110/25 111/1
111/2 111/4 111/5
111/12 111/13 111/17
111/22 111/23 111/23
111/25 112/1 112/3
112/6 112/6 112/7
112/10 112/12 112/17
112/21 112/21 112/22
112/23 113/1 113/1
113/2 113/2 113/10
113/12 113/15 113/15
113/18 113/18 113/24
113/24 114/2 114/7
114/9 114/13 114/14
114/14 114/23 114/25
115/3 115/6 115/6
115/8 115/14 115/16
115/17 115/17 115/18
115/18 115/22 115/23
115/24 115/25 116/1
116/8 116/15 116/16
116/19 116/19 116/22
116/22 116/25 116/25
117/1 117/2 117/3
117/4 117/6 117/10
117/10 117/13 117/13
117/14 117/15 117/15
117/17 117/17 117/18
117/24 117/25 118/1
118/1 118/4 118/4
118/5 118/7 118/8
118/8 118/10 118/10
118/11 118/13 118/13
118/18 118/22 118/22
118/23 118/25 118/25
119/1 119/2 119/4
119/7 119/7 119/10
119/14 119/21 119/23
119/24 119/25 120/4
120/5 120/8 120/9
120/10 120/11 120/12
120/17 120/20 120/20
121/2 121/2 121/3
121/6 121/7 121/8
121/8 121/8 121/9
121/9 121/10 121/12
121/12 121/15 121/22
121/22 122/2 122/4

**Y**

you... [692] 122/6
122/10 122/11 122/11
122/12 122/12 122/13
122/19 122/20 122/23
123/10 123/11 123/12
123/12 123/13 123/18
123/19 123/22 123/23
123/23 124/2 124/6
124/25 125/3 125/8
127/7 127/18 128/6
128/19 128/22 129/1
129/2 129/2 129/4
129/4 129/11 129/12
129/12 129/16 129/16
129/18 129/21 129/25
129/25 130/1 130/17
130/17 130/18 130/23
130/23 130/24 131/3
131/3 131/4 131/9
131/14 131/16 131/18
131/18 131/19 131/20
131/23 131/24 132/17
132/18 132/21 132/22
133/4 133/5 133/11
133/12 133/15 133/15
133/16 133/19 133/19
133/22 133/23 133/24
133/24 134/5 134/5
134/9 134/9 134/10
134/16 135/2 135/3
135/8 135/10 135/11
135/17 135/18 135/21
135/21 135/24 136/6
136/7 136/9 136/10
136/11 136/11 136/15
136/16 136/17 136/20
136/22 136/23 137/3
137/4 137/19 137/20
137/20 138/3 138/13
138/17 138/18 138/18
138/18 138/19 138/20
138/21 138/23 138/23
139/2 139/5 139/7
139/7 139/11 139/18
139/18 139/19 139/19
139/24 139/24 139/25
140/1 140/3 140/3
140/3 140/4 140/7
140/7 140/18 140/24
141/9 141/9 141/9
141/11 141/11 141/12
141/12 141/17 142/1
142/7 142/8 142/9
142/9 142/9 142/10
142/11 142/11 142/13
142/13 142/14 142/15
142/17 142/17 142/22
142/24 142/25 143/14
143/15 143/16 143/17
143/18 143/20 143/25
143/25 144/3 144/3
144/4 144/8 144/12
144/16 144/17 144/18
144/22 144/24 144/24
144/25 145/2 145/2
145/11 145/11 145/12
145/16 145/20 145/24
146/3 146/3 146/9

146/20 146/22 146/24
146/24 146/25 146/25
146/25 147/1 147/11
147/11 147/12 147/17
147/18 147/19 147/19
147/20 147/20 147/21
147/22 147/22 147/23
148/2 148/2 148/2
148/12 149/6 149/7
149/7 149/17 149/17
149/21 150/1 150/2
150/4 150/5 150/5
150/6 150/9 150/12
150/12 150/13 150/14
150/18 150/19 150/23
151/2 151/3 151/7
151/7 151/9 151/10
151/18 151/18 151/21
151/23 151/24 151/25
151/25 152/6 152/12
152/16 152/24 152/24
152/24 152/25 153/1
153/1 153/2 153/2
153/5 153/6 153/6
153/9 153/9 153/10
153/17 153/20 153/23
154/1 154/8 154/12
154/17 154/25 155/1
155/3 155/4 155/7
155/8 155/10 155/12
155/13 156/6 156/11
156/18 156/18 156/20
156/20 156/23 156/24
156/25 157/1 157/2
157/8 157/13 157/16
157/22 157/25 158/8
158/12 158/16 158/20
158/21 158/21 158/22
158/22 158/23 158/24
158/24 158/25 159/1
159/2 159/3 159/7
159/7 159/13 159/15
159/16 159/17 159/17
159/22 159/23 159/24
159/25 160/5 160/6
160/8 160/8 160/9
160/10 160/12 160/15
160/20 160/24 160/24
160/25 160/25 161/1
161/1 161/3 161/3
161/4 161/8 161/8
161/12 161/12 161/17
162/2 162/7 162/8
162/8 162/8 162/9
162/10 162/11 162/11
162/13 162/16 162/17
162/17 162/21 163/1
163/4 163/5 163/9
163/10 163/17 163/19
164/1 164/7 164/11
164/11 164/13 164/15
164/16 164/19 164/22
165/2 165/6 165/10
165/13 165/15 165/16
165/16 165/17 165/18
165/24 165/25 166/1
166/3 166/3 166/4
166/9 166/13 166/14

166/19 166/20 166/20
166/21 166/22 166/25
166/25 167/2 167/2
167/3 167/4 167/7
167/15 167/16 167/17
167/24 168/8 168/8
168/11 168/17 168/23
168/23 168/25 168/25
169/4 169/7 169/11
169/13 169/15 169/17
169/20 170/5 170/6
170/6 171/10 171/25
171/25 171/25 172/6
172/7 172/9 172/13
172/16 172/16 172/22
172/23 173/1 173/3
173/4 173/5 173/9
173/11 173/11 173/16
173/20 173/25 173/25
174/13 174/14 174/15
174/15 174/19 174/20
174/23 175/1 175/3
175/3 175/4 175/4
175/7 175/7 175/8
175/9 175/11 175/11
175/12 175/13 175/19
175/19 175/19 175/25
175/25 176/1 176/1
176/2 176/3 176/4
176/5 176/6 176/8
176/8 176/11 176/11
176/12 176/14 176/16
176/21 177/3 177/3
177/8 177/12 177/16
177/17 177/19 177/23
177/23 178/1 178/1
178/2 178/15 178/15
178/18 178/22 179/2
179/7 179/8 179/11
179/17 179/22 179/23
179/23 180/2 180/21
180/23 181/2 181/3
181/6 181/8 181/10
181/11 181/12 181/14
181/15 181/16 181/17
181/21 181/24 182/3
182/4 182/5 182/7
182/7 182/8 182/11
182/15 182/19 182/20
182/21 182/21 182/23
182/23 182/25 183/1
183/5 183/5 183/18
183/18 183/19 183/20
183/21 183/22 184/2
184/5 184/5 184/5
184/8 184/11 184/21
184/21 184/22 184/24
184/25 185/10 185/21
185/25 185/25 185/25
186/3 186/3 186/9
186/18 186/21 186/22
186/22 186/25 187/8
187/13 188/4 188/10
188/10 188/11 188/12
188/13 188/16 188/17
188/18 188/20 188/21
189/1 189/1 189/5
189/8 189/8 189/12

189/14 189/20 189/21
189/22 189/23 190/1
190/1 190/4 190/4
190/5 190/6 190/15
190/15 191/1 191/12
191/12 191/25 192/1
192/12 192/16 192/18
192/19 192/22 193/13
193/14 193/17 193/20
193/21 193/23 194/1
194/4 194/4 194/5
194/9 194/12 194/14
194/17 195/2 195/5
195/6 195/21 195/24
196/1 196/3 196/6
196/9 196/11 196/17
196/19 196/19 196/20
196/20 196/21 196/22
196/23 196/25 196/25
197/1 197/4 197/5
197/5 197/6 197/7
197/9 197/11 197/17
197/17 197/19 197/20
197/24 197/25 198/3
198/4

you're [6]  10/19 19/17
25/10 27/24 29/2
194/18

you've [11]  25/19 32/8
38/14 57/19 88/18
89/25 142/8 150/13
157/1 186/14 186/19

younger [1]  122/24

your [228]  2/2 4/6 4/7
4/12 4/14 4/20 5/6
5/11 8/17 10/8 11/7
11/17 11/19 11/20
12/2 12/9 13/13 13/21
16/12 18/16 18/21
18/21 18/22 19/12
19/13 19/14 20/1 20/7
20/23 21/3 21/5 21/13
21/13 21/24 22/5 22/6
22/13 22/14 22/14
23/3 23/13 23/16
24/13 25/5 25/10
25/15 27/4 28/21 29/3
30/12 31/6 34/19
35/14 35/24 36/3
37/18 39/8 39/24 40/3
41/17 43/23 44/4
44/16 44/22 45/10
46/10 47/7 53/6 54/21
57/2 58/13 59/17
60/20 61/10 61/25
62/17 63/21 65/18
69/21 71/15 72/2 72/4
72/7 73/14 76/20 77/8
78/24 79/1 80/21
81/10 84/8 85/10
85/12 86/20 86/23
86/24 86/24 88/11
91/16 93/25 95/2 97/7
97/10 97/13 98/9
98/18 100/18 102/9
104/10 104/11 104/13
105/15 106/13 107/7
107/10 107/15 108/5

109/16 109/21 110/18
113/5 113/14 113/19
114/11 114/14 115/21
117/2 117/21 118/11
119/2 119/18 124/20
125/13 126/5 126/22
127/5 129/5 130/16
133/9 133/10 133/12
134/21 136/9 136/11
138/20 138/22 138/25
139/20 143/21 143/25
144/5 146/16 146/17
147/20 147/24 148/18
150/4 151/10 151/18
152/12 153/17 154/3
154/9 154/15 154/17
155/18 156/3 158/25
158/25 160/4 162/19
163/12 164/1 165/18
169/16 170/3 170/6
170/6 171/24 172/5
172/5 172/6 172/17
174/3 176/25 178/15
179/17 179/24 180/20
183/3 183/15 184/8
184/20 185/17 186/20
186/20 186/23 187/22
190/18 190/22 191/1
192/9 192/19 192/22
192/23 193/8 193/19
194/3 194/4 194/9
194/10 194/19 194/25
195/7 195/14 196/2
196/5 196/12 197/3
197/5 197/19 197/20
197/20 197/25 198/5

yours [1]  137/24

yourself [3]  48/8 89/1
104/1

**Z**

Zealand [1]  18/25