```
1                    STATES UNITED DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
2
   UNITED STATES OF AMERICA,
3                                      Criminal Case
                     Plaintiff(s),     No. 21-006 (TJK)
4           v.
                                       Washington, D.C.
5  DOUGLAS AUSTIN JENSEN,

6                    Defendant(s).     September 21, 2022

7  ----------------------------------------------------------

8                    JURY TRIAL - DAY 3
                BEFORE THE HONORABLE TIMOTHY J. KELLY
9                    UNITED STATES DISTRICT JUDGE

10 APPEARANCES:

11 FOR THE PLAINTIFF(S):  Emily W. Allen, Esquire
                          United States Attorney's Office
12                        222 West Seventh Avenue
                          Room 253
13                        Anchorage, Alaska 99513

14                        Hava A. Levenson Mirell, Esquire
                          United States Attorney's Office
15                        312 North Spring Street
                          Suite 1200
16                        Los Angeles, California 90012

17
   FOR THE DEFENDANT(S):  Christopher M. Davis, Esquire
18                        Davis & Davis
                          1350 Connecticut Avenue Northwest
19                        Suite 202
                          Washington, D.C. 20036
20

21

22 REPORTED BY:           Tammy Nestor, RMR, CRR
                          Official Court Reporter
23                        333 Constitution Avenue NW
                          Washington, D.C. 20001
24                        tammy_nestor@dcd.uscourts.gov

25
```

```
1                          I-N-D-E-X

2
      WITNESS                DIRECT  CROSS  REDIRECT  RECROSS
3
4     THOMAS LOYD

5        BY MS. ALLEN            8

6        BY MR. DAVIS                  100

7     MARK GAZELLE

8        BY MS. MIRELL         109

9     EUGENE GOODMAN

10       BY MS. ALLEN          158              234

11       BY MR. DAVIS                  228

12    BRIAN MORGAN

13       BY MS. ALLEN          235

14

15    GOVERNMENT'S EXHIBITS                    PAGE

16       150.1                                 179

17       201 through 222 and 230 through 231    20

18       344                                    93

19       500                                    55

20       501                                    56

21       503, 504, 508, 526 and 531            190

22       507                                    89

23       508                                    88

24

25
```

| GOVERNMENT'S EXHIBITS | PAGE |
|---|---|
| 509 | 173 |
| 511 through 517 | 95 |
| 525 | 43 |
| 532 | 256 |
| 601A | 12 |
| 601B | 13 |
| 601C | 16 |
| 601D | 18 |
| 603 | 15 |
| 605 and 606 | 19 |
| 630 | 116 |
| 631 | 117 |
| 632 | 119 |
| 633 | 120 |
| 634 | 121 |
| 650 | 127 |
| 701 | 155 |

1    The following proceedings began at 9:26 a.m.:

2         THE COURTROOM DEPUTY:  We are on the record in

3    Criminal Matter 21-006, United States of America versus Douglas

4    Austin Jensen.

5         Present for the government are Emily Allen and Hava

6    Mirell.  Present for the defendant is Christopher Davis.  Also

7    present is the defendant, Mr. Jensen.

8         THE COURT:  All right.  Well, good morning to

9    everyone.  Are there any preliminary matters before we --

10   before I ask the government to call its first witness?

11        MS. ALLEN:  Good morning, Your Honor.  Just a couple

12   brief things.  First, we would like to have our case agent in

13   the courtroom.  He's going to be testifying, but he's also the

14   lead FBI agent.  He's been here throughout, Tyler Johnson.  I

15   believe there is an objection.

16        THE COURT:  Is there any objection?

17        MR. DAVIS:  Yes, Your Honor, there is an objection.

18   There's a paralegal at the table and two attorneys.  Do you

19   want me to stand?

20        THE COURT:  You don't have to stand as long as your

21   mouth is the close enough to the microphone that we can hear

22   you.

23        MR. DAVIS:  Certainly.  He's going to testify at the

24   end of the case.  He's a pretty critical witness.  He's going

25   to be testifying about the interview of Mr. Jensen when he

1    turned himself in.  For that reason, on behalf of Mr. Jensen, I

2    would lodge an objection.

3            THE COURT:  Government response?

4            MS. ALLEN:  Your Honor, he is going to testify, but

5    none of the evidence that we anticipate before his testimony

6    has anything to do with that interview.  And most of the rest

7    of his testimony is about pretty objective things like what he

8    found in the phone and Facebook records.  So I don't think

9    there's any reasonable fear that he would be influenced by

10   testimony that he sees and have a need to be sequestered.

11           THE COURT:  I do think out of an abundance of caution,

12   he's not someone you need.  Obviously, there are times when an

13   agent or someone else is needed for the government to assist

14   the government in putting on its case.  You do have assistance

15   here, a legal assistant.  And I think out of an abundance of

16   caution, I will exclude him under the rule on witnesses, on

17   Rule 615, because there is an objection.

18           MS. ALLEN:  Your Honor, can I be heard on the

19   assistance part?

20           THE COURT:  Sure.

21           MS. ALLEN:  Mr. Clements is quite occupied especially

22   in this case playing video and pulling up exhibits.  Has no

23   ability to work with our other witnesses.

24           Agent Johnson is here to understand where we are in

25   the order of things and help ensure that the next witness is

1    outside ready to go.  He's been updating witnesses about our

2    timing throughout the proceedings.  I think having someone

3    available to do that, he is the only person capable of doing

4    that at this point.

5              THE COURT:  Well, I mean, he can still, I think,

6    update those witnesses from out in the hallway or being

7    adjacent to the courtroom.  I mean, he won't know exactly how

8    far you have gotten with witness A or B,  but he will certainly

9    know, okay, witness A is now on the stand, we need to have

10   witness B ready to go.  And I think that can all be -- he can

11   manage that all from outside the courtroom.

12             I mean, I understand why it would be preferrable to

13   have him in here, but I think if there is an objection, the

14   safest thing for me to do is to exclude him.

15             MS. ALLEN:  Very well.  Thanks.

16             The second matter is we have a couple of large floor

17   plan exhibits that are blown up so that the jury can see them

18   better.  Can we set that easel up right there so it's near

19   where the witness is and the jury can see it?

20             THE COURT:  I don't know why -- if there's no

21   objection, that seems reasonable to me.

22             MR. DAVIS:  There's no objection, Your Honor.

23             THE COURT:  All right.

24             MS. ALLEN:  And then if you like, we can bring the

25   first witness in right now to save time or just call him once

```
 1   the jury is seated.

 2            THE COURT:  We can bring in the witness right now.

 3   That would be great.  Saving time -- and, yes, please,

 4   Ms. Mirell, yes.

 5            Sir, step right up there.  Have a seat.  Thank you,

 6   sir.

 7            Before we begin, let me just talk about -- let's talk

 8   for a moment about the easel.  Obviously we are balancing the

 9   ability of the witness to be able to reference it and the jury

10   to be able to see it.  Do you have concerns about whether, you

11   know, the jurors seated in the far seats, especially those on

12   the second row all the way at the end, are really going to be

13   able to see the exhibit?

14            MS. ALLEN:  We do, Your Honor.  There's not a great

15   perfect place for it.  We thought about putting it here, but

16   then the Court can't see it and it's difficult for the

17   defendant to see it as well.  That seemed to be the best

18   option.  We are open to any suggestion.

19            THE COURT:  Is it the kind of thing where -- I mean,

20   the witnesses aren't going to have to literally point to it,

21   correct?

22            MS. ALLEN:  No, they will.

23            THE COURT:  Oh, they will?

24            MS. ALLEN:  Yes.

25            THE COURT:  Well, that may be the only place.  We will
```

```
 1    just have to recognize that we may have to have a witness or

 2    two -- I mean a juror or two sort of be able to stand up or

 3    adjust their seating to be able to see.  But just be cognizant

 4    of that obviously when you are presenting.

 5              MS. ALLEN:  Okay.

 6              (The jury entered the courtroom at 9:34 a.m.)

 7              THE COURT:  All right.  You may be seated.

 8              Good morning, ladies and gentlemen.  We are here and

 9    ready for the government's first witness.  I have asked the

10    government to call their first witness.

11              MS. ALLEN:  Thank you, Your Honor.  The government

12    calls U.S. Capitol Police Inspector Thomas Loyd, who is already

13    prepared and sitting at the witness table.

14              THE COURT:  All right.

15              THE COURTROOM DEPUTY:  Please stand and raise your

16    right hand.

17                             THOMAS LOYD

18    Having been first duly sworn on oath, was examined and

19    testified as follows:

20                         DIRECT EXAMINATION

21    BY MS. ALLEN:

22    Q    Good morning, Inspector Loyd.

23    A    Good morning.

24    Q    Tell us where you work.

25    A    I work for the U.S. Capitol Police.
```

1    Q     What is the U.S. Capitol Police?

2    A     The U.S. Capitol Police primary mission is to protect the

3    Congress, protect the Legislative Branch of government.

4    Q     Where do you operate?

5    A     In the U.S. Capitol Building.

6    Q     Is that just one building, or is it an entire complex?

7    A     It's an entire complex.  I am responsible for the Capitol

8    Building, the Capitol Visitor Center, and the Capitol Square.

9    Q     How long have you been with the U.S. Capitol Police?

10   A     32 years.

11   Q     What is your role now?

12   A     I am still at the U.S. Capitol protecting the buildings,

13   the public, and the members of Congress.

14   Q     What is your rank?

15   A     Inspector.

16   Q     Where does inspector fall in the chain of command within

17   the Capitol Police?

18   A     You have the line officer, sergeant, lieutenant, captain,

19   inspector, deputy chief, assistant chief, and chief.  I am the

20   equivalent to, in some police departments they call it major.

21   We kept the traditional name, but I am a division commander

22   within the department.

23   Q     How many people are in the division that you command?  So

24   about how many people ultimately report to you?

25   A     It fluctuates.  Currently it's around 350.

1    Q    Okay.  Can we talk a little bit about the general security

2    procedures at the U.S. Capitol Building.  What are the

3    procedures for a member of the public who would like to visit

4    the Capitol?

5    A    We recently opened up the building to public tours, so you

6    can go online and sign up for a public tour and get in that

7    way, or if you are an invited guest by a staff member or member

8    of the Congress, it's called official business, you can get

9    into the building that way.

10   Q    So if you did not have an appointment, but you just wanted

11   to visit the Capitol, could you do that on January 6, 2021?

12   A    No.

13   Q    How come?

14   A    Two reasons.  The buildings were shut down to the public

15   completely because of the COVID pandemic, and also we had the

16   presidential ballot process on that particular day.

17   Q    Okay.  In general, suppose a person had an appointment

18   and, you know, were on a list, how would that person enter the

19   Capitol Building as the procedures were in place back in

20   January 2021 given COVID restrictions?

21   A    They would go through full security.  Similar to an

22   airport, you walk through a magnetometer to make sure there's

23   nothing nefarious on your body.  And any bags that you bring

24   with you would be searched with an x-ray machine.

25   Q    Would a Capitol Police officer at the entrance have to

1    confirm that the person did, indeed, have an appointment?

2    A    Yes.

3    Q    On January 6, you mentioned the building was not open to

4    the public.  And what about the grounds, the exterior of the

5    building, what was the situation on the grounds?

6    A    For the Capitol Square on the East Front, the East Plaza,

7    the paid portion of the plaza was segregated from the general

8    public with bike rack.  On the west side, north, south, the

9    west side, we originally had green snow fence to segregate the

10   inaugural stage on the West Front.  And late January 5 into the

11   morning of January 6, it was reinforced, the west side of the

12   square was reinforced with bike rack.

13   Q    You mentioned something about the inauguration.  Can I

14   back you up and ask you about that.  What does the setup for

15   the inauguration entail at the Capitol?

16   A    Every four years a stage is constructed on the West Front

17   starting in the fall before the inauguration.  And it's

18   basically a work site, and it's a work site until the day of

19   the inauguration.

20   Q    Okay.  Are they building structures and changing sort of

21   the landscape of the building for that?

22   A    Yes.  It's a full stage almost like an amphitheater with

23   seating on both sides and out in front with a press area.

24   Q    So in order to do that construction, do they block off

25   access to the grounds?

```
 1   A      On the West Front, yes.

 2   Q      And that was already well underway by January 6 of 2021?

 3   A      Yes.

 4          MS. ALLEN:  Could you please pull up Exhibit 601A.

 5   BY MS. ALLEN:

 6   Q      You should be able to see this on your screen in front of

 7   you.  Are you familiar with what this is?

 8   A      Yes.

 9          MS. ALLEN:  Your Honor, I would move to admit

10   Exhibit 601A and publish to the jury.

11          MR. DAVIS:  If I don't object, Your Honor, it means I

12   have no objection.

13          THE COURT:  All right.  Thank you for that.  Then it

14   shall be admitted and published to the jury.

15          (Government's 601A received in evidence.)

16   BY MS. ALLEN:

17   Q      Inspector Loyd, can you describe what we are looking at

18   here?

19   A      Yes.  This is a picture of the U.S. Capitol Square with

20   the building in the center, and the red outline is the outer

21   perimeter for the complex or the Capitol Square on January 6.

22   Q      And was the perimeter set up to designate that these

23   were -- this was a restricted area?

24   A      Correct.

25   Q      And was it a physical -- like a literal perimeter that was
```

1    set up?

2    A    Correct, with bike rack.

3         MS. ALLEN:  If we could pull up Exhibit 601B, please.

4    BY MS. ALLEN:

5    Q    Do you recognize 601B?

6    A    Yes.

7    Q    And can you tell us what that is?

8    A    That's a picture of the West Front with the inauguration

9    stage under construction.

10        MS. ALLEN:  Your Honor, I would move to admit and

11   publish 601B.

12        THE COURT:  It shall be admitted and published to the

13   jury.

14        (Government's 601B received in evidence.)

15   BY MS. ALLEN:

16   Q    Okay.  So this is the Capitol Building from the west side

17   with the structure being built for the inauguration?

18   A    Correct.

19   Q    Okay.  Can you point out a little bit about what's

20   different here than on a regular day where there's not the

21   inauguration structure getting set up?

22   A    The stage would be completely gone.  It would look a lot

23   different.  The stage is actually built on top of a fountain

24   there in the center that you cannot see.  And there would not

25   be any of the snow fence on the grassy area.

1    Q    All right.  Now I am going to try to see if I can use the

2    technology correctly.  Is it possible to draw on the screen?

3    A    (Indicating.)

4    Q    Is that something that everybody can see?

5         JURORS:  Yes.

6    BY MS. ALLEN:

7    Q    I just circled some metal scaffolding.  Is that part of

8    the inauguration setup with seating area?

9    A    Yes.

10   Q    Okay.  And on the left side, I am going to circle -- I am

11   going to do this all day.  Is that also set up as seating for

12   the inauguration?

13   A    Yes.

14   Q    And why does the one on the left look different than the

15   one on the right?

16   A    It's under construction.  The one on the left has the

17   white tarp over it to make it look more uniform.  They haven't

18   gotten that far on the south side, which is on the right.

19   Q    Okay.  So the white covering is really just an aesthetic

20   thing to make it look prettier?

21   A    Correct.

22   Q    Got it.  The stage area in the middle, that's kind of

23   where the inauguration proceedings happen, is that right?

24   A    Correct, yes.

25   Q    Can we quickly detour to the poster board behind you.

1           MS. ALLEN:  And also, if you could pull up

2    Exhibit 603.

3    BY MS. ALLEN:

4    Q    Do you recognize this as a diagram of the Capitol?

5    A    Yes.

6    Q    This is sort of like a 3D rendering of the building?

7    A    Yes.

8           MS. ALLEN:  I would move to admit Exhibit 603 and

9    publish to the jury, please.

10          THE COURT:  Admitted and permission to publish.

11          (Government's 603 received in evidence.)

12   BY MS. ALLEN:

13   Q    If you can all see on your screens, this is the same image

14   as what's blown up on that big poster board right there.

15          Is that right?

16   A    Yes.

17   Q    And this is -- is it your understanding this is something

18   created after the fact, after the events of January 6, to help

19   kind of reconstruct the area?

20   A    Yes.

21          MS. ALLEN:  Okay.  Take us back to Exhibit 601B,

22   please.

23   BY MS. ALLEN:

24   Q    Now, in the foreground of this picture, do you see that

25   green like sort of chicken-wire-looking stuff at the very, very

```
 1   bottom of the screen?

 2   A    Yes.  That's the snow fence.

 3   Q    That's snow fence?

 4   A    Yes.

 5   Q    Can you describe what snow fence is?

 6   A    It's a plastic netting used to segregate an area for a

 7   particular purpose.  It was used -- the last day we actually

 8   used it was on January 6.  We don't use it anymore.

 9   Q    About how tall is it?

10   A    About waist level, three or four feet.

11   Q    And you said there are also bike racks set up as barriers

12   around that perimeter, right?

13   A    Yes.

14        MS. ALLEN:  Can you pull up Exhibit 601C, please.

15   BY MS. ALLEN:

16   Q    Is this an image that you recognize?

17   A    Yes.

18   Q    Does this show what some of those bike racks look like?

19   A    Yes.

20        MS. ALLEN:  Your Honor, move to admit 601C and publish

21   to the jury.

22        THE COURT:  Admitted and permission to publish.

23        (Government's 601C received in evidence.)

24   BY MS. ALLEN:

25   Q    Are you familiar with the area that is shown in this
```

1    photo?

2    A    Yes.  That's on the West Front at the Peace Circle.

3    Q    Now, just to give this a try, I know it's not actually

4    depicted on the diagram behind you, but if you could sort of

5    point out where in space the Peace Circle would be.

6    A    (Indicating).  This is the Pennsylvania Avenue walkway

7    down here, and Peace Circle would be at the end of that

8    walkway.

9    Q    Great.  Thank you.

10        And these metal structures that look like a bicycle rack,

11   that's what you are talking about when you say bike racks?

12   A    Yes.

13   Q    That's a term used because it's a type of fencing that

14   sort of looks like a bike lock, correct?

15   A    Correct.

16   Q    Do those fences -- how do they operate?

17   A    In a perfect world, if it's done properly, they would be

18   linked together and form a perimeter to segregate a particular

19   area or groups of people for whatever need.

20   Q    So they have the capacity to lock together?

21   A    Yes.

22   Q    And then you can make it whatever shape you like?

23   A    Correct.

24   Q    Okay.  And were all of these probably locked together

25   ahead of January 6?

1    A     Not on the West Front, no.

2    Q     Okay.  On the bike rack on the left side of this picture,

3    there's a sign there.  Do you recognize that sign?

4    A     Yes.

5    Q     What is it?

6    A     It's a sign we use every four years to cordon off the

7    inaugural stage from the public.

8          MS. ALLEN:  And could you pull up Exhibit 601D,

9    please.  I will move to admit and publish 601D.

10         THE COURT:  Admitted and permission to publish.

11         (Government's 601D received in evidence.)

12   BY MS. ALLEN:

13   Q     Is this a closeup view of the same sign that you were just

14   talking about that you used to block off that area?

15   A     Yes.

16   Q     And this was posted along the fencing throughout the whole

17   perimeter of the Capitol on January 6?

18   A     Correct.

19   Q     All right.  So after 32 years working with the Capitol

20   Police, is it safe to say that you are pretty familiar with the

21   Capitol Building and grounds?

22   A     Yes.

23   Q     And do you actually work inside of the Capitol complex?

24   A     Yes.

25   Q     Have you reviewed the maps and diagrams that are marked as

1    Exhibit 605 and 606 in this case?

2              MS. ALLEN:  If we could show those to the witness as

3    well, 605 and 606, floor plans of the Capitol, first and second

4    floor.

5              THE WITNESS:  Yes.

6              MS. ALLEN:  I would move to admit and publish 605 and

7    606.

8              THE COURT:  Admitted and permission to publish.

9              (Government's 605 and 606 received in evidence.)

10   BY MS. ALLEN:

11   Q    Okay.  So just, for example, looking at the second floor

12   at 606, can you just briefly describe what this shows as the

13   layout of the interior of the Capitol Building?

14   A    Yes.  You have, in the very center, you have the Rotunda

15   that looks into the dome.  To the right is the north side of

16   the building with the Senate chamber.  To the left, you have

17   Statuary Hall which is the original hall of the House.  And to

18   the very left is the current House of Representatives, the

19   House chamber.

20   Q    Looking at the diagram behind you, you have one side on

21   this diagram, it's the side on the left is where the Senate

22   floor actually is, and then on the right-hand side, kind of up

23   toward the corner is where the House floor is, right?

24   A    Correct.

25   Q    Does the U.S. Capitol Police operate security cameras?

A     Yes.

Q     And do you know how that system works?

A     Yes.  There's cameras throughout the complex for security

reasons.  It's video only.  And everything is recorded.  Not

each individual camera is observed by a person 24 hours a day,

but the entire system records.

Q     Okay.  And when you say it's video only, meaning no sound,

right?

A     No sound.

Q     How are you familiar with the way the CCTV -- or I'll say

CCTV as shorthand for those security cameras.  How are you

familiar with how they operate?  Do you use them as part of

your job?

A     Yes, use them mostly in my background for administrative

investigations or security procedures.

Q     Great.

          MS. ALLEN:  Your Honor, I would like to admit

Exhibits 201 through 222 and also 230 and 231 and have

permission to publish those as we go.

          THE COURT:  All right.  Without objection, they shall

be admitted and permission to publish.

          (Government's 201 through 222 and 230 through 231

received in evidence.)

          MS. ALLEN:  Great.

BY MS. ALLEN:

Q     I want to move to January 6.  Were you at work that day?

A     Yes.

Q     And what was happening -- what was scheduled to happen at the Capitol Building that day?

A     We had the Presidential ballot certification process.

Q     Is that ballot certification process something that happens every four years?

A     Yes.

Q     What does it entail?  What happens in the building in the floors of both houses that day?

A     It involves the House, the Senate, and the Vice President. Prior to the 2020 election, it was mostly a ceremonial event. The Vice President would come, meet in the Senate chamber, and walk down with the entourage with the House chamber and they would certify the election.

      For this particular election, it was only the second time in our country's history that the Congress knew in advance that there would be formal objections that would trigger a process.

Q     So the proceedings, you understood there might be something that was slightly out of the past because of those objections?

A     Correct.

Q     You talked about a Joint Session and people moving back and forth across the building.  Is that -- why is that?

1   A     That's just the process.  The Vice President comes to the

2   Senate chamber.  They get -- they start their process, their

3   day there, and then at some point they make their way to the

4   House chamber to -- that's where it starts is the House

5   chamber.

6   Q     So the Senators and the Vice President physically go to

7   the House chamber with the members of Congress and all meet

8   together?

9   A     Correct.

10  Q     And then they walk back to the Senate side?

11  A     If it's necessary.  In prior years, it was mostly

12  ceremonial, so they would go to the House.  It would be

13  certified and would be done.

14        For January 6, there were formal objections that required,

15  once an objection was raised by a House member and a Senate

16  member, then that triggers a process, and the Senate would go

17  back to the Senate chamber to start their debate on that

18  particular objection.

19  Q     Were you expecting a crowd that day?

20  A     We were expecting a large crowd outside, yes.

21  Q     So you -- because of the -- did that have to do with the

22  notice of objections?

23  A     We were told in advance that there was going to be a third

24  MAGA rally.  We had two MAGA rallies in late 2020, tens of

25  thousands of people.  And on January 6, we were told out in the

1    field that this would be a third MAGA rally with tens of

2    thousands of people.

3    Q    Was that scheduled to be happening on the National Mall?

4    A    It starts on the National Mall, then it made its way to

5    the Capitol.

6    Q    Ultimately, yeah.  Okay.  Yeah.

7         Was Vice President Mike Pence actually visiting the

8    building for this joint session on January 6?

9    A    Yes.

10   Q    Did you interject with the Secret Service about that?

11   A    Yes.

12   Q    And, in fact, did Vice President Pence visit the building

13   as planned?

14   A    Yes.  He arrived between 12:30 and 12:40 in the afternoon.

15   Q    How do you know that?

16   A    Because I was there.

17   Q    How come?

18   A    Just to make sure his arrival, his stay, his departure

19   goes smoothly.  The Secret Service has a five-agent team

20   assigned to the Capitol Building.  So I work with them directly

21   for any visit involving Secret Service protection.  I'm with

22   them to make sure everything goes smoothly.

23   Q    He got there around 12:30, 12:40?

24   A    Yes.

25   Q    Did the session, the joint session, and the proceedings

1    where he was presiding in the Senate actually begin as

2    scheduled that day?

3    A    I believe so, yes.

4    Q    Where were you?

5    A    After I got the Vice President up to the Senate chamber, I

6    made my way around to the Ohio Clock area, about 12:45, and

7    then I received a phone call from Assistant Chief Thomas.

8    Q    Before we get to that phone call, I just want to orient us

9    as to where we were.  So you mentioned the Ohio Clock corridor?

10   A    Yes.

11   Q    What floor of the building is that on?

12   A    That's the second floor.

13            MS. ALLEN:  If you could pull up Exhibit 606 again.

14            Your Honor, could I approach toward the witness to

15   change the board?

16            THE COURT:  You may.

17   BY MS. ALLEN:

18   Q    So we've got Exhibit 606 up on your screens.  We also have

19   a larger version of it up there, so we can go back and forth

20   between video that will be on the screens and you can help us

21   orient where we are there.

22   A    Okay.

23   Q    Could you point out, and if you could -- actually, let's

24   do it on the screens first.  We will try this with you this

25   time.  Can you draw a mark to show where the Ohio Clock

1  corridor is?

2  A    That is not working.  Do you want me to go up here?

3  Q    It's not working?

4  A    No.

5  Q    All right.

6  A    The Ohio Clock area is right here (indicating).  This is

7  the Senate chamber, and this is the Ohio Clock area.

8         MS. ALLEN:  Is everyone having an okay time seeing

9  where he's pointing out?  I know it's hard for them as you go

10 back.

11        Thanks.

12 BY MS. ALLEN:

13 Q    Just in case, mine is working, so I will give that a

14 little circle.

15        THE COURTROOM DEPUTY:  If I could check his monitor

16 real quick to see why it's not working.

17        THE COURT:  Yes.

18        THE COURTROOM DEPUTY:  I will have John Cramer check

19 it.

20        THE COURT:  Thank you, Ms. Harris.

21        THE COURTROOM DEPUTY:  You're welcome.

22        MS. ALLEN:  Is it working now or not yet?

23        THE COURTROOM DEPUTY:  No.  I got it pulled up, but it

24 won't work for some reason.  I will call John during the break.

25        MS. ALLEN:  We have backup, no problem.

```
 1              THE COURT:  You can continue, Ms. Allen.

 2              MS. ALLEN:  Thank you.

 3   BY MS. ALLEN:

 4   Q    All right.  So you are in that hallway that's just outside

 5   the floor of the U.S. Senate?

 6   A    Yes.

 7   Q    And what entrances could take a person into that hallway?

 8   Is there more than one entrance to get to that area?

 9   A    To the Ohio Clock area or the Senate chamber?

10   Q    The Ohio Clock area.

11   A    Yes.  You can come from the east, which is -- this is the

12   Ohio Clock area.  You can come from the east this way.  You can

13   come from the south, from the area of the Rotunda, or you can

14   come from the west side, so west, east, or south.

15   Q    Got it.  And so that's a pretty open kind of ornate

16   hallway, just not a small corridor?

17   A    It's small, but yes, it's open.

18   Q    Okay.  And can you point out where the Senate floor is in

19   relation to the Ohio Clock corridor?

20   A    This is the Senate floor with all the little boxes of

21   actual seats, so that is the Senate floor.

22   Q    Is there a door that leads from that corridor into the

23   Senate floor?

24   A    Yes.  The main Senate door is right here (indicating).

25   Q    Right in the middle of that corridor?
```

```
1    A     Yes.

2    Q     Great.  You can take a seat.  Thanks.

3          So you were outside the Senate in the Ohio Clock corridor

4    after the Vice President arrived.  And what were you doing in

5    that hallway?

6    A     I was waiting to escort the Vice President, then the

7    Senate, and the entire ballot entourage from the Senate chamber

8    to the House chamber.

9    Q     Did you escort the group as you had been waiting for?

10   A     No.  I was called away before that.

11   Q     Let's talk about that phone call.  Who did you say called

12   you?

13   A     Approximately 12:45, Assistant Chief Thomas called me.

14   Q     What did you learn from that call?

15   A     He told me that there was a lot of people coming my way.

16   Q     What did you interpret that to mean?

17   A     I didn't -- I was a bit confused about that statement

18   because we knew a lot of people were coming on the outside of

19   the building on that particular day, and that's what I told

20   him.  But he ended the conversation by saying, Tom, you have a

21   lot of people coming your way.

22   Q     Did you get any updates after that first call at about

23   12:45?

24   A     No.  The first indication of trouble was 12:53 when the

25   initial breach was called out.
```

```
 1   Q    What was the tone of the voice of the assistant chief who
 2   called you at 12:45?
 3   A    Panicked.
 4   Q    Was that -- did that strike you as concerning?
 5   A    Yes.  The first time -- I've known him for 25 years.  That
 6   was the first time I have heard that voice, that particular
 7   tone in his voice.
 8   Q    Okay.  So a little bit later, you heard that there was an
 9   actual breach?
10   A    Yes.
11   Q    How did you learn that?
12   A    On the radio.
13   Q    Okay.  Where was the breach?
14   A    It was at Peace Circle.
15   Q    And is that the same area that we looked at a few minutes
16   ago where the bike racks with the "area closed" sign were?
17   A    Yes.
18   Q    All right.  So you heard that there was a breach at Peace
19   Circle.  What did you do?
20   A    I went into Senator McConnell's office, the Majority
21   Leader at the time, because his office had a bird's eye view of
22   the breach.  I went in there, looked out of the window, saw
23   that it was very bad, and then I made my way onto the West
24   Front, onto the stage.
25   Q    If you can point out where Senator McConnell's office is
```

1    where you went to look out the window.

2    A    You have the Senate chamber and the Ohio Clock.  This is

3    actually a suite.  Senator McConnell's office is a suite that

4    had a bird's eye view of the breach.

5    Q    Great.  You can sit back down.  Thank you.

6         You said you went downstairs and headed immediately

7    outside after you saw that?

8    A    Yes, through the Lower West Terrace door.

9         MS. ALLEN:  Okay.  Could you pull up Exhibit 603,

10   please.

11        Your Honor, if I have permission to go swap those two

12   boards out.

13        THE COURT:  Permission is granted.

14   BY MS. ALLEN:

15   Q    The outside of the building, you said you came out the

16   door to the Lower West Terrace?

17   A    Lower West Terrace door.

18   Q    All right.  If you could point out where that is on this

19   diagram.

20   A    The Lower West Terrace door is right here.  And when you

21   come out, it goes right onto the inaugural stage.

22   Q    Okay.  Perfect.  When you got outside on the inaugural

23   stage, what did you see?

24   A    I saw a major breach involving thousands of people.

25        MS. ALLEN:  Could we pull up Exhibit 230, please.

1          And this has already been admitted into evidence.

2    BY MS. ALLEN:

3    Q    I am going to start playing some of this video for you

4    now.  This is a composite video.  Have you reviewed this in

5    preparation for your testimony today?

6    A    Yes.

7    Q    This is composed of Capitol Police camera footage,

8    security camera footage, right?

9    A    Yes.

10   Q    So there's no sound on those videos, right?

11   A    No.

12   Q    Interspersed here, have you seen there's little maps or

13   markers to help understand where in space these cameras are

14   located?

15   A    Yes.

16        MS. ALLEN:  Okay.  If we could start playing from the

17   beginning.

18        (The videotape was played.)

19        MS. ALLEN:  We can pause right here.

20   BY MS. ALLEN:

21   Q    All right.  So down at the bottom of the screen, there's a

22   traffic circle with a monument right at the center.  Is that

23   the Peace Circle?

24   A    Yes, the one to the left is Peace Circle.

25   Q    Thank you.  Yeah, we are looking at two --

```
 1   A     The one to the right is Garfield Circle.

 2   Q     So the one on the left is where you saw the breach

 3   happening when you were in Senator McConnell's office?

 4   A     Yes.

 5         MS. ALLEN:  Okay.  Can you play, please.

 6         (The videotape was played.)

 7         MS. ALLEN:  All right.  If you can hit pause right

 8   there.

 9   BY MS. ALLEN:

10   Q     Now, this footage has a time marker up at the top.  Is

11   that something that is embedded through the CCTV system?

12   A     Yes.

13   Q     So we are looking right now at what was going on at

14   12:51 p.m.?

15   A     Correct.

16   Q     When you were in Senator McConnell's office, this had

17   already been breached so it didn't look quite the same as this?

18   A     No, it was completely different when I saw it.

19   Q     So a couple minutes before you saw outside, there were a

20   couple of rows of bike racks still in place?

21   A     Yes.

22   Q     And if you look just at the -- there's a crowd of people,

23   and then just past them, there's a -- looks like a structure

24   with signs on it.  Are you familiar with what that structure

25   was?
```

```
 1   A    Yes, the bike rack.

 2   Q    And then behind the bike rack, if you head up that small

 3   set of stairs, there's some people standing there?

 4   A    Yes.  Those are my officers.

 5   Q    Those are your officers with the Capitol Police?

 6   A    Yes.

 7   Q    And what were they doing there?

 8   A    Holding a police line at that particular point.

 9             MS. ALLEN:  Could you hit play.

10             (The videotape was played.)

11   BY MS. ALLEN:

12   Q    So this is just a couple minutes later.  Now we are

13   looking at 12:54 p.m., right?

14   A    Yes.

15   Q    Is this getting closer to what you saw out of Senator

16   McConnell's window?

17   A    Yes.

18   Q    At this point, have the people -- well, there's people in

19   the crowd, members of the public, where those officers used to

20   be, right?

21   A    Yes.  My officers are retreating back to the building, and

22   they are being pursued by the protesters.

23   Q    Did you learn that at least one of those officers was

24   injured when the crowd pressed through that line?

25   A    Yes.  Actually two.
```

1    Q      And what happened?

2    A      One, my one officer was knocked unconscious.  She regained

3    consciousness and fought the rest of the day.  But she

4    collapsed about 8:00 in the evening from a concussion and was

5    transported to the hospital.

6           Another officer there suffered a severe leg injury and

7    just recently came back to full duty.

8    Q      What happened that caused those injuries?

9    A      The protesters picked up the bike rack and forced the bike

10   rack into my officers.  The one officer was knocked

11   unconscious.  She was either knocked unconscious from the bike

12   rack or falling and hitting the rail or something else.  The

13   other officer who had the leg injury got her leg pinned under

14   the bike rack as the protesters were pushing forward.

15              MS. ALLEN:  Can you resume this clip.

16              (The videotape was played.)

17   BY MS. ALLEN:

18   Q    This is about three minutes after that.  Just to orient

19   us, the previous image was coming from a camera facing the

20   exact opposite direction, is that right?

21   A    Correct.

22   Q    And now we are looking at the Peace Circle from the view

23   that was similar to the view that you would have from Senator

24   McConnell's office?

25   A    Correct.  We are looking westbound now.

1  Q    Is this the way the scene looked when you looked out the

2  window?

3  A    Yes.

4  Q    Now, this, if you look to the left and the right -- let's

5  see if I can mark these areas.  Where I am marking with my

6  imaginary pen, those are the bike racks that are set up, right?

7  A    No.  That's actually snow fence.  The bike rack is on the

8  other side of the wall.

9  Q    Actually further out from that?

10 A    Yes.

11 Q    So these are -- you can see little white boxes along that

12 snow fence.  What is that?

13 A    That was the original perimeter on the West Front up until

14 January 5, the snow fence with the signs telling people to stay

15 out.

16 Q    Those little white signs are the ones we looked at earlier

17 that all say area closed?

18 A    Yes.

19 Q    Are any of these people on the lawn and moving up toward

20 the building, are any of them permitted to be there?

21 A    No.

22 Q    What are we looking at now?

23 A    This is the West Front at the bottom, the white bottom

24 portion is the main inauguration stage.  The structure in the

25 middle going straight up is actually the press area, or the

press would use cameras for the inauguration.  And the view of
the concrete where the line is currently is called the Lower
West Terrace.

Q    And so that structure in the middle, that's actually a
tower?

A    Yes.  It's a press riser, I believe is the proper term.

Q    Okay.  So we are looking basically from the Capitol
Building out onto the inauguration stage?

A    Correct.

Q    And if you could point out on the board behind you exactly
where that is.

A    This is the stage right here (indicating).  There's the
press riser right there, the stage, and this is the Lower West
Terrace.

Q    And that's the door, that little thing is the door you
walked out of?

A    Yes, that's the Lower West Terrace door.

Q    You can have a seat.  We will keep watching from here.

        (The videotape was played.)

BY MS. ALLEN:

Q    Do you recognize the person in the middle walking out
toward the inaugural stage?

A    Yes, that's me.

        (The videotape was played.)

        MS. ALLEN:  You can pause there, please.

```
1              Could you back up just to the last frame.
2     BY MS. ALLEN:
3     Q    Now, these people have -- we just watched what looked like
4     a breach of a line there because there was sort of a line of
5     people that nobody had crossed, and then all of a sudden,
6     people started crossing over that line?
7     A    Yes.  In the middle of the diagram, you can see it's a
8     black fence.  It's a ceremonial fence.  It's only brought out
9     for the inauguration.  And it's used to segregate the VIPs on
10    the Lower West Terrace during the inauguration.  So that's a
11    temporary fence that's brought out every four years.
12    Q    What happened to that fence?
13    A    It was completely dismantled.
14    Q    By who?
15    A    By the protesters.
16    Q    How did they do that?
17    A    They broke it apart, and the individual rods in the fence
18    were thrown at us.
19    Q    I'm sorry, the individual rods were --
20    A    Were thrown at us, thrown at the cops.
21    Q    They dismantled the fence and used those pieces against
22    the police?
23    A    Yes.
24    Q    Can you tell us a little bit about what you experienced
25    when you walked out?  We saw you walk out for the first time to
```

1   see what was happening in person.  What was it like?

2   A    Complete chaos.  At that particular moment, I locked down

3   the building so nobody could enter or leave and also called for

4   help.

5   Q    When you say you locked down the building, what does that

6   mean?

7   A    When you lock down the building, nobody can exit or enter.

8   Q    Did you issue like an order or make a communication over

9   the radio to do that?

10  A    Yes.

11  Q    Tell us a little bit about what the crowd sounded like and

12  how people were acting.

13  A    The crowd was very angry.  They hated the cops.  They

14  accused us of being traitors, protecting the criminals,

15  referring to the politicians in the building.

16  Q    You said you called for help in addition to locking down

17  the building.  Who did you call?  How did you do that?

18  A    I just put it over the radio, you know, send all available

19  units to the West Front because we were greatly outmanned.

20  Q    You were asking for more Capitol Police officers to come

21  out?

22  A    Yes.

23  Q    How long were you outside?

24  A    I was outside approximately an hour and ten minutes.

25  Q    Where were you during that time?

```
 1   A    I started off on the top of the stage.  And if you look to
 2   the bottom left, you see a handrailing.  That's actually a
 3   stairwell that goes down to the Lower West Terrace.  I made my
 4   way down that stairwell to the Lower West Terrace.
 5   Q    So you went down the stairs to the area where we see a lot
 6   of people with the flags walking there now?
 7   A    Yes.
 8   Q    Over the course of that hour, did more people fill in?
 9   A    Yes.  It was completely filled with protesters.
10   Q    Did you see protesters wearing gear?
11   A    Yes.
12   Q    What kind of gear?
13   A    Anywhere from gas masks to helmets, body armor, just a
14   little bit of everything.
15   Q    Did you interpret that as a sign of concern or danger?
16   A    Yes.
17   Q    Why?
18   A    That means you are prepared for battle.  If you are coming
19   up there with protective gear like that to include the gas
20   masks, you are intent on fighting.
21   Q    And how about weapons, did the protesters there or the
22   rioters there have weapons?
23   A    Yes.  Baseball bats, flagpoles were thrown at us.  The
24   temporary fence that you saw, that was thrown at us.  It was a
25   construction site, this area.  There was a full construction
```

1    team on the stage when the first breach was called out.  The

2    construction team fled, but they left their tools, so all their

3    tools, fire extinguishers, anything and everything was thrown

4    at us.

5    Q    So the rioters were actually using those weapons against

6    the police?

7    A    Yes.

8    Q    Did you see officers being injured while you were out

9    there for an hour and ten minutes?

10   A    Yes.

11          MS. ALLEN:  Could you pull up, please, Exhibit 231.

12   BY MS. ALLEN:

13   Q    Inspector Lloyd, can you describe again, this is that same

14   camera angle at a different time, is that right?

15   A    Yes.

16   Q    And have you reviewed sort of time lapse video of this

17   area from about 1:00 or a little before 1:00 to the time that

18   you left?

19   A    Yes.

20   Q    So this is a video that's sped up to like ten times the

21   speed of realtime?

22   A    Yes.

23   Q    Does that help give a sense of the size of the crowd and

24   what was going on when the police were interacting with the

25   crowd?

1   A      Yes.

2   Q      Can we play this until about 1 minute and 52 seconds in.

3           MR. DAVIS:  Your Honor, can we have that exhibit

4   identified by number?

5           MS. ALLEN:  I'm sorry, it's 231.

6           THE COURT:  I think it was identified, but 231.

7           (The videotape was played.)

8           MS. ALLEN:  Pause it right here.

9   BY MS. ALLEN:

10  Q      So, Inspector Lloyd, we saw people had filled in the

11  entire Lower West Terrace.

12  A      Yes.

13  Q      Lower West Terrace, is that is what you call it?

14  A      Yes.

15  Q      And then it looks like people dressed in police uniforms

16  have pushed a little bit of a gap there.  Is that what's going

17  on?

18  A      Yes.  In the yellow uniforms, that's the Metropolitan, the

19  D.C. Metropolitan Police coming to help us.

20  Q      So you got reinforcements from D.C.'s --

21  A      Metropolitan Police, yes.

22  Q      And were you and the Metropolitan Police working together

23  at that point?

24  A      Yes.  But very shortly after they got there, my officers

25  were so beaten up, they actually retreated to get first aid,

1    and Metropolitan eventually took over the Lower West Terrace.

2    Q    Okay.  Now, at this point are the officers attempting to

3    gain back some ground from the rioters?

4    A    Yes.

5    Q    And was there kind of some back and forth throughout the

6    whole time that you were outside?

7    A    Yes.

8         MS. ALLEN:  You can go ahead and keep playing, please.

9    Thanks.

10         (The videotape was played.)

11   BY MS. ALLEN:

12   Q    So around 2:10, is that about when you went back inside?

13   A    Yes.

14   Q    So you had been outside on the Lower West Terrace

15   throughout all of what we just saw?

16   A    Yes.

17   Q    There's times where you can see smoke in the air.  What

18   was that?

19   A    That would have been less than lethal munitions fired at

20   the crowd to push them back as far as we could.

21   Q    And do those have chemical irritants like pepper spray?

22   A    Yes.

23   Q    Did people in the crowd also have chemical irritants?

24   A    Yes.

25   Q    And so were officers being pepper-sprayed or being

1    bear-sprayed or being hit with wasp spray or whatever they had?

2    A    Yes.  Any spray you can think of, yes.

3    Q    How were you dressed that day?

4    A    I was normal class A uniform with a jacket.

5    Q    Something like what you are wearing now with a jacket on

6    top?

7    A    Yes.

8    Q    Most of your officers, were they dressed and ready for a

9    riot?

10   A    No.

11   Q    Did you, yourself, engage in sort of combat or fighting

12   with the crowd at that point?

13   A    Yes.

14   Q    Now, you are an inspector.  You told us you have something

15   like 350 people in your chain of command.  Is it something you

16   would normally do to engage in a battle like this?

17   A    No.

18   Q    At the same time you were fighting with rioters, was it

19   also your job to be coordinating where other officers were

20   being placed and getting help and reporting to your superiors

21   what was happening on the ground?

22   A    Yes.  As Metropolitan arrived, I got my officers off the

23   line because they were so badly beaten.  And then Metropolitan

24   took over the line, and I began working with the officers, the

25   Metropolitan officers, on the line.

```
 1    Q    So you stayed outside even when your officers had to go in
 2    for relief?
 3    A    Yes.
 4    Q    Have you come across video of yourself out there on the
 5    line?
 6    A    Yes.
 7    Q    And is that something that you found on the internet?
 8    A    Yes.
 9          MS. ALLEN:  Can we pull up Exhibit 525, please, and
10    pause right at the beginning.
11    BY MS. ALLEN:
12    Q    Is this the beginning of that video that shows you out on
13    the West Front that afternoon?
14    A    Yes.
15          MS. ALLEN:  We move to admit and publish Exhibit 525.
16          THE COURT:  Without objection, it shall be admitted
17    and permission to publish.
18          (Government's 525 received in evidence.)
19    BY MS. ALLEN:
20    Q    And is this video -- can you describe where this was
21    taking place?
22    A    Yes.  This is on the Lower West Terrace.  You have the
23    stage up to the left.  And I came down those stairs that you
24    saw from above, and you are on the concrete of the Lower West
25    Terrace.
```

1    Q    Just to be clear, and I will draw on this here, is that

2    the stage that you first walked out onto that we saw earlier?

3    A    Yes.

4         MS. ALLEN:  If you could play until about 12 seconds

5    in -- or actually, you can just play the whole thing.

6         (The videotape was played.)

7    BY MS. ALLEN:

8    Q    Inspector Lloyd, what were the rioters trying to do at

9    that point?

10   A    They were dismantling that temporary police line we

11   established.

12   Q    This is in the time lapse where the line was breaking down

13   and having to be reformed?

14   A    Correct.

15        MS. ALLEN:  Could you pull up that video again.  Just

16   pause it is somewhere around 12 seconds or so.

17        (The videotape was played.)

18   BY MS. ALLEN:

19   Q    Do you recognize yourself here?

20   A    Yes.

21   Q    Is that you right in the middle with the police cap on?

22   A    Yes.

23   Q    What's the name of that hat?

24   A    Class A hat.

25   Q    Class A hat?

1    A    Uh-huh.

2    Q    All right.  So that's you right in the mix with the

3    officers in yellow?

4    A    Yes, the Metropolitan officers.

5    Q    Okay.  So during your time outside, were you able to

6    communicate using your radio?

7    A    No.

8    Q    How come?

9    A    The radio, one problem was we were on different radio

10   channels, and it was just complete chaos.  I was assuming that

11   headquarters would take control of the radio system, but they

12   never did.

13   Q    Is it the case that it was just jammed like there were too

14   many people trying to talk on the radio?

15   A    Yes.  Everybody was calling for help.

16   Q    Occasionally could you hear on the radio, or was it --

17   A    I could hear individual priorities, you know, calls for

18   help throughout, but, you know, I was assuming headquarters was

19   running things from headquarters and was directing people.

20   Q    I see.  So is it -- if someone called out on their radio,

21   it was just kind of like by luck or chance who might be heard

22   and who was going to be covered up with other people trying to

23   talk at the same time?

24   A    Correct.

25   Q    At some point did you learn about what was happening on

1   the east side of the building?

2   A    Yes.  Shortly after this video, I received another call

3   from Assistant Chief Thomas who ordered me to leave the West

4   Front and go to the East Front because they had breached the

5   East Front also and there was no commander out there.  So he

6   ordered me to go there.

7   Q    All right.

8        MS. ALLEN:  Could you please pull up Exhibit 230 and

9   start it back up at around 1 minute and 40 seconds.

10       I'm pulling back up that video composite that we

11  looked at earlier.  If we could start playing, and then I will

12  ask you to pause when we get to the east side.

13       (The videotape was played.)

14  BY MS. ALLEN:

15  Q    So here's -- can you tell us where this is?

16  A    Yes.  This is the East Plaza.

17  Q    It's about 1:59 p.m.?

18  A    Yes.

19  Q    So about ten minutes before you left the West Side, give

20  or take?

21  A    Yes.

22  Q    Is there a police line set up here?  Is this where the

23  restricted area was demarked?

24  A    Yes.

25  Q    Where is that?

1    A    Right where the people are standing shoulder to shoulder.

2    Q    Okay.  So right past that, there's actually a bike rack?

3    A    Bike rack, yes.

4    Q    And in the restricted area, inside the restricted area,

5    there are what look like some police cars and there's a couple

6    of black limousines or something right by the stairs.  Do you

7    recognize what those are?

8    A    Yes.

9    Q    What are they?

10   A    The motorcade that's going off to the left, there's black

11   vehicles, and the tail hasn't moved yet, but they will follow,

12   that's the Vice Presidential motorcade.

13   Q    Were they scheduled, they meaning the motorcade, were they

14   scheduled to be moving at 2:00 that day?

15   A    No.

16   Q    So this is not according to their schedule?

17   A    No.

18   Q    At this point, was the Vice President inside one of those

19   cars?

20   A    No.

21   Q    Do you know why they were driving?

22   A    They were evacuating to relocate to a safer area.

23        MS. ALLEN:  If you could hit play, please.

24        (The videotape was played.)

25

BY MS. ALLEN:

Q     On sort of middle left of the screen, we just saw some
people walking past this big skylight in the ground.  Did you
see that?

A     Yes.

Q     What's that skylight?

A     The East Plaza has two skylights, the House and the
Senate, and it's basically to let light into the Capitol
Visitor Center, which is located below ground to give it light.

Q     Those people that are walking right next to that skylight,
are they supposed to be there?

A     No.

Q     In fact, that bike rack that you pointed out, did that
meet up?  Was that a consistent line before right before this
moment?

A     Yes.  It was breached at that point.

Q     So this is when that line was breached at about a little
before 2:00?

A     Yes.

          MS. ALLEN:  All right.  Keep playing.

          (The videotape was played.)

BY MS. ALLEN:

Q     Can you just describe where this camera is looking?

A     Yes.  That's on the East Front.  That's the center Rotunda
stairs.

1  Q    So this is basically like a closer-up view of what we just

2  saw?

3  A    Yes.

4  Q    And up at the top between those columns, what's that?

5  A    Those are my officers.

6  Q    Okay.  Those are all Capitol Police officers?

7  A    Yes.

8  Q    And then behind the officers in the middle, is there a set

9  of doors?

10 A    Yes.  That's the main Rotunda doors.

11 Q    Okay.  Are any of these people supposed to be where they

12 are right now?

13 A    No.

14 Q    Do you see what looks like a limousine or an SUV in the

15 middle of this frame?

16 A    Yeah.  That's our SWAT ballistic truck in the middle

17 there.

18 Q    Was that sort of overrun?

19 A    Yes.

20        MS. ALLEN:  All right.  If you could play the rest of

21 this.

22        (The videotape was played.)

23 BY MS. ALLEN:

24 Q    So 2:09 p.m. would have been right around the time that

25 you were called over to the east side, is that right?

A    Correct.

Q    Are you familiar with these two cameras?

A    Yes.

Q    And what are we looking at here?

A    This is the north side of the stage, and the steps go from the Lower West Terrace to the Upper West Terrace.

Q    Okay.

         MS. ALLEN:  Could you switch over to Exhibit 603 for a moment.

BY MS. ALLEN:

Q    Inspector Loyd, if you could approach the exhibit on the board and point out where that is.

A    This is the north side of the stage, and these are the steps that go from the Lower West Terrace to the Upper West Terrace.

Q    The scaffolding was set up.  That's a temporary thing set up for the inauguration?

A    Yes.

Q    Because of that scaffolding, did that create a narrow channel that's not usually there?

A    Correct.

Q    You can take a seat, and we will look at it up close.

         MS. ALLEN:  Is it possible to zoom in just on that area here.

BY MS. ALLEN:

Q    All right.  So just to make sure everybody can see, this is that little channel of staircase that you were just pointing out on that big board, is that right?

A    Yes.

Q    And then there's a little tiny channel that was created between those two scaffolding structures?

A    Yes.

Q    Was this an area that was under particular attack at this point around 2:00 p.m. on the west side?

A    Yes.

Q    Do you know why that is?

A    They breached the scaffolding, and you could hear people yelling.  The original intent was to try to tear it down, but they were not successful doing that.

Q    To tear down that entire scaffolding structure?

A    Yes.

Q    How tall is that?

A    50, 60 feet.  Estimate, that's an estimate.

Q    Sure.  Yeah.  As best you can estimate and recall?

A    Yes.

Q    Were there people actually inside the scaffolding and climbing on that structure?

A    Yes.

Q    And were they sort of shaking it to try and get it down?

1    A    Yes.

2    Q    Were there police officers there at the time?

3    A    Yes.

4    Q    Were those police officers at risk of being hurt by that?

5    A    Yes.

6    Q    Eventually were the rioters able to overcome the police

7    there?

8    A    Yes.

9    Q    What happened?

10   A    The crowd surged forward and, you know, it was a few of

11   our officers against hundreds of thousands of people.

12   Q    Was there another line of officers up here at the top of

13   the stairs?

14   A    Yes.  That was the final line that was breached before

15   they got to the side of the building.

16   Q    Okay.  So this area, this staircase, as you said, was sort

17   of a particular hot spot, is that a fair thing to say?

18   A    Yes.

19          MS. ALLEN:  All right.  If we could go back to where

20   we were on that video.

21          (The videotape was played.)

22   BY MS. ALLEN:

23   Q    First off, there's two frames here.  Why is that?

24   A    It's just a split camera angle, but it's the same

25   location.

1    Q    So these are two different cameras looking very near to

2    each other but not set up side by side so we could see the

3    action in both?

4    A    Correct.

5    Q    And right here, is that the channel between the

6    scaffolding and the bleacher seating?

7    A    Yes.

8    Q    So that's that little tiny narrow hallway?

9    A    Yes.

10   Q    Do you see an individual climbing up the wall on the right

11   side?

12   A    Yes.

13            MS. ALLEN:  All right.  If you can keep playing.

14            (The videotape was played.)

15   BY MS. ALLEN:

16   Q    As that individual was climbing the wall, you could see

17   people kind of running up the stairs?

18   A    Yes.

19   Q    What was happening then?

20   A    The crowd was surging towards the building.

21   Q    Is that when they were able to get through the police

22   line?

23   A    Yes.

24   Q    About how high up is the railing that that individual is

25   kneeling on right there?

1   A     Approximately 20, 25 feet.

2          MS. ALLEN:  All right.  If you can keep playing.

3          (The videotape was played.)

4   BY MS. ALLEN:

5   Q     You said earlier this is like a split camera?

6   A     Yes.

7   Q     So there's a little bit of overlap between where the two

8   cameras are filming?

9   A     Yes.

10  Q     So now you see that individual who just climbed up the

11  wall has now entered the frame on the camera on the left?

12  A     Yes.

13         MS. ALLEN:  Keep playing.

14         (The videotape was played.)

15  BY MS. ALLEN:

16  Q     Are you aware of other footage of the same events from

17  different angles?

18  A     Yes.

19         MS. ALLEN:  Can we pull up Exhibit 500, please.

20  BY MS. ALLEN:

21  Q     Are you familiar with this video?

22  A     Yes.  That's taken from the West Front.

23         MS. ALLEN:  I move to admit Exhibit 500 and publish to

24  the jury.

25         THE COURT:  Without objection, admitted and permission

 1  to publish.

 2          (Government's 500 received in evidence.)

 3          MS. ALLEN:  All right.  You can play that when you're

 4  ready.

 5          (The videotape was played.)

 6  BY MS. ALLEN:

 7  Q    All right.  You said this was taken from the West Front?

 8  A    Yes.

 9  Q    Would you point out on that floor plan or that map where

10  that is.

11  A    The West Front area is over here (indicating).

12  Q    So the photographer, whoever is filming this, is sort of

13  on the ground looking toward -- in that direction?

14  A    Yes, here (indicating).

15          THE COURT:  Members of the jury, if at any point you

16  need to be able to stand to see what the witness is pointing

17  at, you may do so.

18          MS. ALLEN:  Resume the video, please.

19          (The videotape was played.)

20          MS. ALLEN:  If you could pause and back up just a

21  couple of seconds.  Now forward by a frame or two.  That will

22  work.  Can you advance it frame by frame?

23  BY MS. ALLEN:

24  Q    Do you see that individual that was climbing up the wall

25  from this different angle now?

1    A    Yes.

2    Q    And is he sort of standing in front of that -- a big

3    planter?

4    A    Yes, flower pot.

5    Q    Okay.  And from yet another angle, have you seen video

6    footage of this exact same moment in time?

7    A    Yes.

8          MS. ALLEN:  Can we pull up Exhibit 501, please.

9    BY MS. ALLEN:

10   Q    Can you see that on your screen?

11   A    Yes.

12   Q    Is this a video you have reviewed?

13   A    Yes.

14   Q    And this is taken also from that same area of the West

15   Front at the same time?

16   A    Yes.  It's inside the scaffolding.

17         MS. ALLEN:  Move to admit and publish Exhibit 501.

18         THE COURT:  Admitted and permission to publish.

19         (Government's 501 received in evidence.)

20   BY MS. ALLEN:

21   Q    This is inside the scaffolding?

22   A    Yes.

23   Q    This is the area you said rioters were trying to break

24   down?

25   A    Yes.

1   Q     Is this designed and set up to bear the weight and be

2   occupied by people?

3   A     On top with the seating, the temporary seating, that's

4   part of the stage.

5   Q     So up at the top here, these?

6   A     Yes.  That's seating for the inauguration.

7   Q     So this is a very large structure?

8   A     Yes.

9   Q     And were there supposed to be people occupying it?

10  A     Not underneath, no.

11  Q     And this was covered with that white tarp that we saw in

12  that earlier photo?

13  A     Yes.

14  Q     Did people break through that tarp?

15  A     Yes.

16  Q     And were there police also attempting to prevent them from

17  getting inside that structure?

18  A     Yes.

19  Q     Inside the scaffolding structure, were there also stairs,

20  like was the scaffolding set up atop the stairs so that if you

21  did gain access to the scaffolding, you could go up the stairs?

22  A     Yes.

23  Q     From this angle where the camera is now, were there police

24  officers trying to create a line just behind this?

25  A     Yes.

1    Q    How long had they been there trying to do that?

2    A    I don't know the total length of time, but several

3    minutes.

4    Q    Okay.  And was -- right around this time, was that -- were

5    they overrun, and did that line break?

6    A    Yes.

7             MS. ALLEN:  All right.  If you could play this and

8    pause it about 19 seconds.

9             (The videotape was played.)

10   BY MS. ALLEN:

11   Q    Do you see here that same individual who just climbed that

12   wall?

13   A    Yes.

14   Q    I want to ask you, did you encounter this individual later

15   on that day?

16   A    Yes.

17   Q    And did you have a chance to observe him up close?

18   A    Yes.

19   Q    Do you see him in the courtroom today?

20   A    Yes.

21   Q    Could you point him out and identify him?

22   A    Yes.  Right over there (indicting), right over your right

23   shoulder.

24   Q    Can you identify something that he's wearing?

25   A    Black shirt.

```
1              MS. ALLEN:  Your Honor, if the record could reflect
2    that the witness has identified the defendant.
3              THE COURT:  Without objection.
4    BY MS. ALLEN:
5    Q    During the day, did you have a name or like a nickname
6    that you used to identify the defendant in your own mind?
7    A    Yeah.  I referred to him as the QAnon guy.
8    Q    Why is that?
9    A    Because of the Q on his shirt.
10             MS. ALLEN:  If we could back up a couple seconds and
11   resume this video.
12             (The videotape was played.)
13   BY MS. ALLEN:
14   Q    We are looking at a line of police officers, right?
15   A    Yes.
16   Q    And are they Capitol Police officers?
17   A    Yes.
18   Q    Do some of these people work for you?
19   A    They all do.
20   Q    Were these officers prepared for this riot that day?
21   A    No.
22   Q    Were they dressed in the appropriate gear that they would
23   need for a riot like this?
24   A    No.
25   Q    Did they have the right equipment that could protect
```

 1   themselves from the violence?

 2   A    Some of them had equipment at other locations, yes.

 3   Q    At other locations?

 4   A    Yes.

 5   Q    And how about these ones?

 6   A    I'm not sure individually.  We have a civil disturbance

 7   unit.  There's a certain percentage of people who are assigned

 8   to that that have the protective equipment.  I don't know,

 9   these individuals, if they did or did not based on the

10   individuals.

11   Q    Okay.  Were they -- were some of these individuals injured

12   that day?

13   A    Yes.

14              MS. ALLEN:  All right.  You can keep playing, please.

15              (The videotape was played.)

16              MS. ALLEN:  Can we go back to Exhibit 230 and pick it

17   up at five minutes.

18              (The videotape was played.)

19   BY MS. ALLEN:

20   Q    Inspector Lloyd, is this the surveillance camera from the

21   Capitol Police?

22   A    Yes.

23   Q    What are we looking at here?

24   A    You are looking at the Senate wing door.

25   Q    Is that an area, this area in the foreground, that we were

1    just looking at in the video that we just watched at

2    Exhibit 501?

3    A    Yes.

4    Q    And if you could just point out on the map now where we

5    are.

6    A    Protesters came up the steps.  This was the last police

7    line that you saw breached at the top of the steps.  And then

8    the protesters are making their way to the Senate wing doors,

9    actually hidden behind this corner.  But when you see these

10   pylons there, that's where the Senate wing door is.

11   Q    Thank you.

12        MS. ALLEN:  All right.  You can resume the video,

13   please.

14        (The videotape was played.)

15        MS. ALLEN:  Can you pull up Exhibit 203, please.

16   BY MS. ALLEN:

17   Q    Inspector Lloyd, are you familiar with this area?

18   A    Yes.

19   Q    Is this within the Capitol Building?

20   A    Yes.  That's the Senate wing door on the inside on the

21   first floor.

22        MS. ALLEN:  All right.  If you could please take us to

23   1 minute and 55 seconds.

24   BY MS. ALLEN:

25   Q    Before we start playing, this is -- was this the very

```
1    first area in the building, the very first entrance in the
2    building that was breached?
3    A    Yes.
4    Q    That happened at about -- well, it started about 2:11,
5    2:12, is~that right?
6    A    Approximately, yes.
7              MS. ALLEN:  If you could hit play, please.
8              (The videotape was played.)
9    BY MS. ALLEN:
10   Q    What was that object that was just thrown in?
11   A    That's a piece of lumber that was thrown through the
12   window.
13   Q    Do you know where that came from?
14   A    From the outside, one of the protesters.
15   Q    So there may be some construction -- from the construction
16   site?
17   A    Very possible as part of the construction from the
18   inaugural stage.
19             MS. ALLEN:  All right.  If you can keep going, please.
20             (The videotape was played.)
21   BY MS. ALLEN:
22   Q    Is this the very first breach of the Capitol, the first
23   person to enter?
24   A    Yes.
25             MS. ALLEN:  You can keep playing until about 3:19,
```

```
 1   please.
 2              (The videotape was played.)
 3   BY MS. ALLEN:
 4   Q    Inspector Lloyd, do you see the defendant in this frame
 5   here?
 6   A    Yes.
 7   Q    Is he the one who just entered through the window wearing
 8   that Q T-shirt?
 9   A    Yes.
10   Q    And that door that has the exit sign above it, that's what
11   you refer to as the Senate wing door?
12   A    Yes.  It's the emergency exit door.
13   Q    What is that person doing?
14   A    He's pushing from the inside to open it.
15   Q    Is that -- you said that's a fire door, an emergency door?
16   A    Emergency exit only door.
17   Q    Does it open easily?
18   A    Actually, it does.  If you just simply press on that bar,
19   it's a fire door, so if somebody presses on it for three to
20   five seconds, it will automatically open after, I think, 30
21   seconds.
22   Q    Okay.  It's just a matter of waiting that 30 seconds?
23   A    Correct.
24   Q    Did this -- did this individual or the other rioters
25   actually succeed in opening that door?
```

```
 1   A     Yes.

 2   Q     And did that allow more people to come in?

 3   A     Yes.

 4   Q     What happened when the door was opened?

 5   A     Additional people came into the building.

 6   Q     Before we start the video again, I am going to ask you to

 7   take a look at the map again.

 8              MS. ALLEN:  Your Honor, may I approach to swap those

 9   out?

10              THE COURT:  You may.

11              MS. ALLEN:  For the record, we have Exhibit 605 now up

12   on the board.

13   BY MS. ALLEN:

14   Q     And if you could, please point out for us where the Senate

15   wing door is, and from here, where the defendant went next.

16   A     Yes.  This is the West Front of the Capitol.  The

17   protesters came up those steps towards the Senate wing, and

18   this is the Senate wing door right here, this little opening

19   right here.

20   Q     Once he entered the building, do you know where he went?

21   A     Yes.  He went north toward the north door of the Capitol,

22   and then he made a right going east.

23   Q     Okay.  Can you keep sort of following that.

24   A     Yes.  Going north towards the north door, then he made a

25   right going east towards the Senate wing door.
```

1   Q     All right.  Thanks.

2         Did everybody follow that same path or once people started

3   accessing the building --

4   A     For the most part, yes.  The first people who made it into

5   the building went north towards the north door, and the rest

6   followed.

7   Q     So there was a group that went that way.  Did people

8   continue coming in to those doors?

9   A     Yes.

10  Q     Can you estimate about how many people started -- you

11  know, got access to the building that way?

12  A     Estimating dozens to hundreds.

13  Q     Did they eventually fan out and take different directions

14  in the building?

15  A     Yes.

16  Q     Did rioters, once they accessed the building, did other

17  people also find different doors that they could open to let

18  more people inside?

19  A     Yes.  Basically every door and every window on the first

20  floor was breached.

21  Q     Okay.  So once they got inside, they essentially went

22  everywhere?

23  A     Yeah.  You have free reign once you get in through a

24  broken door or broken window.

25  Q     Did any of the rioters in the building have permission to

1   be there?

2   A     No.

3   Q     And, again, we went through the security procedures that

4   you normally follow.  Were there any authorized visitors here?

5   A     Not who came in illegally, no.

6   Q     Once you ordered the lockdown, nobody is allowed to come

7   and go, is that right?

8   A     Correct.

9   Q     So did any of these people go through security checks?

10  A     No.

11  Q     And so does that mean that there would be no way for the

12  Capitol Police officers to know who might have a weapon?

13  A     Correct.  They were all unauthorized.

14  Q     Okay.  Did you see any weapons that day?

15  A     Yes.

16  Q     What kind?

17  A     Baseball bats, poles with nails that were embedded to the

18  top, and stuff like that.

19  Q     And to be clear, you are talking about weapons you saw

20  inside the Capitol Building?

21  A     Yes.

22         MS. ALLEN:  When the -- actually, if you could play

23  just a few more seconds here.

24         (The videotape was played.)

25

```
 1   BY MS. ALLEN:
 2   Q    So it looks like, as you described at the beginning, a lot
 3   of people headed off in the same direction that the defendant
 4   went, but then as more people started to come in --
 5   A    Yeah, some people did go south, yes.
 6   Q    And did this continue for quite a while longer?
 7   A    Several hours.
 8   Q    Several hours, you said?
 9   A    Several hours.
10   Q    I want to go back to your experience that day and where
11   you were.  So at about ten minutes after 2:00, you said you got
12   a phone call asking you to come from the West Front outside to
13   the East Front outside, right?
14   A    Yes.  Assistant Chief Thomas called me and ordered me to
15   leave the West Front and go take over command on the East
16   Front.
17   Q    And in order to get to the East Front, did you go through
18   the interior of the building?
19   A    Yes.
20   Q    To do that, did you go through the Rotunda?
21   A    I don't remember the exact route I went once I got in the
22   building.  I went in the Lower West Terrace door, eventually
23   got to the second floor where I heard that protesters had
24   breached the building and they were headed to the Senate
25   chamber.  So I rediverted and went towards the Senate chamber.
```

```
1   Q    You never made it to the east side because you got this
2   additional news when you got inside?
3   A    Correct.  The more imminent threat at that point was the
4   rioters heading to the Senate chamber.
5   Q    You said you had ordered the lockdown at around 1:00, is
6   that right?
7   A    Yes.
8   Q    And that was for the doors from the building that lead to
9   the outside?
10  A    Correct, the Capitol Building.
11  Q    Did Capitol Police officers take further security measures
12  after that with respect to the Senate floor and the House
13  floor?
14  A    Yes.
15  Q    What did they do?
16  A    My officers locked down the Senate chamber and the House
17  chamber as they are trained to do when there is a threat of
18  that particular course.
19  Q    So by about 2:10, when you heard that there was a problem
20  in the Senate, was it your understanding at least that those
21  doors had been locked?
22  A    Yes.  When I got there, I noticed that there was no
23  personnel outside the doors.  At each door leading to the House
24  and Senate chamber, it's a team.  You will have a police
25  officer and a door keeper, and that's their post on the
```

1    outside.  When you go into lockdown, those personnel will go

2    into the Senate or House chamber, and they lock themselves

3    inside.

4    Q    And you could tell that that had happened because --

5    A    Correct.

6            MS. ALLEN:  Can we pull up Exhibit 206 at about 2

7    minutes and 13 seconds in and just pause for a minute.

8    BY MS. ALLEN:

9    Q    We have talked before about the Ohio Clock corridor.  Do

10   you recognize this area?

11   A    Yes.  That is the Ohio Clock area.

12           MS. ALLEN:  Can everybody see this on your screen?

13           Great.

14   BY MS. ALLEN:

15   Q    How are we oriented?  Where is the camera facing?

16   A    The camera is actually facing northwest.  To the right of

17   the screen is the east side of the building.  To the left of

18   the screen is the west side.

19   Q    Okay.  And where is the door that --

20           MS. ALLEN:  Your Honor, can I approach?

21           THE COURT:  You may.

22   BY MS. ALLEN:

23   Q    So just to be clear, we are now up one level higher than

24   the Senate wing door, is that right?

25   A    Yes.

```
 1   Q    So we are upstairs.  And if you could point out on this --
 2   on that board where the camera is and what direction it's
 3   looking at.
 4   A    This is the Ohio Clock area that we are looking at, this
 5   is the east side, and this is the west side, and the camera is
 6   here looking west.
 7   Q    You pointed out earlier right in the center is the door to
 8   the Senate.
 9   A    This is the main door to the U.S. Senate.
10   Q    Behind the camera, there is a doorway that goes east?
11   A    Yes, it goes to the East Grand Staircase.
12   Q    That's the -- can you just again point out the East Grand
13   Staircase?
14   A    East Grand Staircase.
15   Q    And just next to that, is there an office suite, I'm
16   sorry, to the left of the East Grand Staircase?
17   A    Yes.  I believe it's the majority or minority wing.
18   Q    From the East Grand Staircase, I will keep taking us on
19   this tour.  To the right of the East Grand Staircase, what are
20   we seeing there?
21   A    You have an entrance, the east entrance, to the Senate
22   chamber.  I believe it's the republican entrance.  And if you
23   go even farther here, that's the entrance to the Senate lobby.
24   Q    You said the Senate lobby?
25   A    Yes.
```

1    Q    Okay.  What you call the Republican door, just across the

2    hall from that, there's a series of boxes on that map.  What

3    are those?

4    A    Those are elevators, a bank of six elevators, three on

5    each side.

6    Q    And do Senators use those elevators and then enter the

7    floor through that door?

8    A    Yes.

9    Q    Do you have to be Republican to do that?

10   A    No.

11   Q    That's for any party, any Senator can head in and out that

12   way?

13   A    Right.

14   Q    Is that a common entryway to the Senate floor for

15   Senators?

16   A    Yes.

17   Q    Why is that?

18   A    Because most of the Senators, if they are reporting to the

19   building, they report in on the east side.  They can either go

20   up the stairs to the second floor, or they come in the -- they

21   can either come in steps, the main steps on the Senate steps to

22   the second floor, that's one option, or if they come in the

23   first floor, they come in through the Senate carriage door,

24   which is the main entrance, and then they can hop on one of six

25   elevators up to the second floor.

1          MS. ALLEN:  Can everyone hear okay?

2          THE COURT:  Inspector Lloyd, just so you know,

3     obviously where you are standing now, you don't have a

4     microphone.  So you need to keep your voice very -- as loud as

5     you can when you step over to the diagram.

6          THE COURTROOM DEPUTY:  We are going to give him a lars

7     mic.

8          THE COURT:  That would be even better.

9          Ms. Allen, while we are at it, can you identify what

10    exhibit that is for the record that he's been pointing at?

11         MS. ALLEN:  Yes.  Thank you, Your Honor.  This is

12    Exhibit 606.  And the first floor that we were looking at

13    earlier is 605.  Sorry about that.

14    BY MS. ALLEN:

15    Q    So you were telling us about the elevator bank and the

16    reasons why the Senators use that particular entrance known as

17    the Republican door because that's where they often come into

18    the building, is that right?

19    A    That's correct.  This is the east side of the building.

20    The main plaza where they drive their cars up or walk from the

21    Senate office buildings.  These are the steps that lead up to

22    the second floor.  That is an option.  Most come in the Senate

23    carriage, which is underneath the steps to the first floor, and

24    then they take one of these six elevators up to the second

25    floor.

1   Q    Okay.  As best you know, is that how the Vice President

2   arrived that day?

3   A    Yes.

4   Q    And you were there and met the Vice President and his

5   detail when they arrived?

6   A    Yes.

7   Q    Can you point out where the Vice President has office

8   space in the Capitol?

9   A    Yes.  Behind the Senate chamber right off the Senate

10  lobby, this is the Vice President's ceremonial office.

11  Wherever the current Vice President is, he or she is given that

12  office space for their use while they are at the Capitol.

13  Q    And right across from that office space and just down

14  the -- or east of the Senate floor, on that map it looks like

15  there is a staircase.

16  A    Yes.

17  Q    Do you see that?

18       Where does that staircase go?

19  A    That staircase leads from the second floor down to the

20  first floor.

21  Q    Right to that exit at the carriageway entrance?

22  A    You can eventually get here.  The carriage entrance is

23  right here.  So you would go down that stairwell and make a

24  couple turns and eventually make your way to the Senate

25  carriage door.

1    Q    Perfect.  Okay.  I think we are ready to go back to

2    watching some video.

3    BY MS. ALLEN:

4    Q    So that's where we are location-wise, and this is video

5    starting at about 2:14 p.m., is that right?

6    A    Yes.

7    Q    So we just watched what was happening downstairs around

8    this time, and now this is just one flight up from the Senate

9    wing door, right?

10   A    Correct.

11         MS. ALLEN:  If you could hit play, please.

12         (The videotape was played.)

13   BY MS. ALLEN:

14   Q    Do you recognize the person in the screen?

15   A    Yes, that's me.

16   Q    Okay.  And you were talking on the phone?

17   A    Yes.

18   Q    Getting updates about what's happening around the

19   building?

20   A    Yes.

21         MS. ALLEN:  If you could keep playing.

22         (The videotape was played.)

23   BY MS. ALLEN:

24   Q    So did we see other Capitol Police officers in the hallway

25   during that segment?

1    A      Yes.

2    Q      And looking here, do you see additional Capitol Police

3    here?

4    A      Yes.

5    Q      And those are the people sort of standing around near

6    where you are?

7    A      Correct.

8    Q      There's other people here who are not wearing police

9    uniforms.  Do you see that?

10   A      Yes.

11   Q      Do you know what role those people play?

12   A      Based on the equipment they are wearing, they appear to be

13   reporters or photographers.

14   Q      Okay.  And why are there reporters and photographers in

15   the building?

16   A      There's a certain amount of passes that the Congress gives

17   out.  They give actually hard IDs like this to various press

18   organizations, and they are permitted into the building just

19   like any other staffer.

20   Q      So they actually work in the building, and they are

21   authorized as part of the staff of the building?

22   A      Yes, we consider them staff.

23   Q      At this point, you could see some people running in that

24   frame and some activity.  Could you hear the sounds of the riot

25   that was going on?

1    A     Yes.

2    Q     What did you hear?

3    A     Just a lot of yelling and screaming.

4    Q     Could you hear the sound of glass breaking?

5    A     No.

6    Q     Could you identify at this point, and we will get into

7    some more detail later, but by here, could you identify any

8    particular words or things people were saying or just the

9    sounds of people screaming and yelling?

10   A     Just muffled sounds at this point.  There were calls for

11   help from the police officers who were reporting the breach and

12   reporting the protesters heading to the Senate chamber.

13            MS. ALLEN:  If we could keep playing until about 3:23.

14            (The videotape was played.)

15   BY MS. ALLEN:

16   Q     Do you know the officer who just came in through the east

17   door?

18   A     Yes.  That's Officer Goodman.

19   Q     And what was he doing?

20   A     He was doing his best to defend the Senate chamber from

21   the protesters by himself.

22   Q     Do you see the defendant in this frame?

23   A     Yes, immediately to the right of him.

24   Q     What was he doing?

25   A     Leading the protesters into the Ohio Clock area.

1   Q    Was Officer Goodman, when he came in, was he looking back

2   to see what other officers were there for backup?

3   A    Yes.

4   Q    And what did you do when you saw that?

5   A    When I saw him enter with the protesters, I immediately

6   went to him and we set up a police line.

7   Q    So you immediately walked toward where Officer Goodman is

8   standing right now?

9   A    Yes.

10  Q    And toward the defendant?

11  A    Yes.

12  Q    Did you say anything?

13  A    I said stop, and you need to leave.

14  Q    Did the defendant comply with that?

15  A    No.

16  Q    Were there more people coming in after the defendant, more

17  rioters following after?

18  A    Yes.

19  Q    In the beginning, in this standoff, about how many rioters

20  came in after the defendant?

21  A    At least a dozen.

22       MS. ALLEN:  Can we turn to Exhibit 505.

23  BY MS. ALLEN:

24  Q    Are you familiar with this?  Just from looking at this

25  first frame, is this a video you have seen before?

1    A    Yes.

2    Q    Does this show in part what was happening in the Ohio

3    Clock corridor?

4    A    That's actually the East Grand Staircase leading up to the

5    Ohio Clock.

6    Q    And later on in this video, about a minute in, does it

7    enter the Ohio Clock corridor where you were at the time?

8    A    Yes.

9         MS. ALLEN:  I would move to admit Exhibit 505 and

10   publish to the jury.

11        THE COURT:  With no objection, it will be admitted and

12   published to the jury.

13        MS. ALLEN:  It we start at a minute and 55 seconds in.

14        (The videotape was played.)

15   BY MS. ALLEN:

16   Q    Inspector Lloyd, is that you in the center of this video?

17   A    Yes.

18        MS. ALLEN:  And could you back up to about 1 minute

19   and 6 seconds and pause it there.

20        If you could play a quick segment.

21        (The videotape was played.)

22   BY MS. ALLEN:

23   Q    Did you -- is that where you said, leave now?

24   A    Yes.

25   Q    And what did the defendant do in response to that?

1    A    He just stopped.

2    Q    Did he indicate that he was not going to leave?

3    A    He just came to a stop and put his hands on his hips.

4         MS. ALLEN:  If you could play the next couple seconds.

5         (The videotape was played.)

6    BY MS. ALLEN:

7    Q    You said his put his hands on his hips?

8    A    Uh-huh.

9    Q    How did you interpret his body language or his signaling

10   to you?

11   A    That he was standing his ground.

12        MR. DAVIS:  Objection to the characterization, Your

13   Honor.

14        THE COURT:  Overruled.

15        MS. ALLEN:  Can we go back to Exhibit 206 and take it

16   back up to 3 minutes, 23 seconds.

17   BY MS. ALLEN:

18   Q    So we are back to the view from the camera that we had

19   just seen earlier.  And once again, there is no sound in this

20   CCTV security footage, right?

21   A    Correct.

22   Q    And in reality, as someone who was there on the ground,

23   what did it sound like?

24   A    Complete chaos, just a lot of yelling and screaming.

25   Q    Okay.

1          MS. ALLEN:  Can we play until about 3 minutes and 53
2   seconds.
3          (The videotape was played.)
4   BY MS. ALLEN:
5   Q    Can you tell us what you were saying to the defendant and
6   what he was saying to you during this time?
7   A    Yes.  The defendant first asked me to surrender the
8   building to the mob so they could get Pence.  And I told him
9   no.
10          MR. DAVIS:  Objection.
11          (The following was heard sidebar.)
12          THE COURT:  What's the basis for the objection?
13          MR. DAVIS:  Unless Mr. Jensen actually said surrender
14   the building to the mob, I would object to the
15   characterization.
16          THE COURT:  Well, I think -- I believe he testified
17   that that's what he said.  You can qualify whether he said
18   those words or whether other words he said, but that's how the
19   witness interpreted them.  I think the distinction is, as long
20   as he clarifies what exact words they were, he can also say how
21   he interpreted those words, but he has to clarify whether those
22   are the exact words.
23          MS. ALLEN:  Just for clarification, Your Honor, is
24   there also an objection to the witness, himself, characterizing
25   what he experienced and using the word mob?

```
 1              THE COURT:  I think it was only the characterization
 2   of surrender the building and whether those were the precise
 3   words he used.
 4              Is that right, Mr. Davis?
 5              MR. DAVIS:  That is the objection, Your Honor.
 6              THE COURT:  And if he explains that that's the way he
 7   interpreted whatever words there were, you don't have objection
 8   to that, correct?
 9              MR. DAVIS:  That's correct.
10              THE COURT:  All right.
11              (The following was heard in open court.)
12   BY MS. ALLEN:
13   Q    So, Inspector Loyd, again, tell us what -- I asked you
14   what you said to the defendant and what the defendant said to
15   you.  And you said something to the effect of the defendant
16   said to surrender the building.
17   A    Correct.
18   Q    Can you tell us again what the defendant told you.
19   A    He wanted me to surrender the building to the mob so they
20   could get Vice President Pence.
21   Q    Now, can you try and tell us his exact words as best you
22   can recall them?
23   A    That's basically it.  He wanted me to surrender the
24   building because the mob wanted Vice President Pence.
25   Q    And that's your best recollection of what the defendant
```

```
1    told you, that he warranted you to surrender the building?

2             MR. DAVIS:  Objection, Your Honor.

3             THE WITNESS:  Yes.

4             THE COURT:  Well, the witness can testify as to

5    precisely -- Inspector, to the best of your recollection, what

6    were the words, the specific words, the defendant said to you

7    at that time?

8             THE WITNESS:  From my recollection, I remember two

9    sentences from the defendant.  The one, the first one, was he

10   wanted me to surrender the building because they didn't want to

11   hurt us, basically they wanted Vice President Pence.

12            THE COURT:  But those aren't the precise words you

13   recall?

14            THE WITNESS:  That's what I recall, those two

15   statements.  The second statement was, when I said no, we

16   weren't doing that, he wanted me to go lock up the Vice

17   President on their behalf.

18            THE COURT:  Again, what were the precise words you

19   recall the defendant using as best you can recall?

20            THE WITNESS:  He ordered me to go lock up the Vice

21   President.

22            THE COURT:  All right.  You may proceed.

23   BY MS. ALLEN:

24   Q    What was the defendant's tone of voice when he was talking

25   to you?
```

1   A     Pretty arrogant and cocky.

2   Q     Was he also talking to other officers?

3   A     I'm not aware.  I just remember our conversation.

4   Q     With respect to the rest of the group behind him, how was

5   the defendant behaving?

6   A     He appeared to be the leader of the mob at that point.

7           MR. DAVIS:  Objection.

8           THE COURT:  It's overruled as long as the witness

9   explains why he believed what he believed.

10  BY MS. ALLEN:

11  Q     What did the defendant do and the rest of the group do

12  that led you to believe he was the leader?

13  A     He came up, he was leading the rest of the protesters into

14  the Ohio Clock area.  He was obviously out in front.  He

15  appeared to be the leader.  I approached him, and he stopped

16  and the rest of the protesters stopped behind him.

17  Q     Did Mr. Jensen indicate that he was aware that there was a

18  growing group of people behind him?

19  A     Just from his body language and his tone of voice towards

20  me, he knew he had a lot more muscle behind him than I did.

21  Q     And what was that body language?

22  A     With his arms going off to the side using the hand

23  gestures with the arms.

24  Q     And what was the tone of voice?

25  A     Very arrogant and very cocky.

1   Q    What about the other people in this group behind him, how

2   were they acting?

3   A    They were very angry.  You see the one guy with all the

4   gear on had a baseball bat.  He was waving a baseball bat.

5   There was another gentleman with the white hood who was

6   reaching in and out of his bag.  There was a lot of danger to

7   observe in that small amount of time.

8   Q    What was the sound like?

9   A    Just loud, loud yelling and screaming.  It may not look it

10  there, but it's a very small corridor.

11  Q    What was your assessment of this situation as the person

12  in charge?

13  A    If I could stop him and establish a police line, we could

14  at least stabilize the situation at that point.

15  Q    Did you worry at that point for your officers' safety?

16  A    Yes.

17  Q    Why?

18  A    12:53 was the initial breach out on Peace Circle, and

19  officers were severely injured there.  And it was nothing but

20  retreat from the protesters the rest of the day.  During that

21  retreat, several police lines were broken.  The protesters

22  surged.  They surged to the Lower West Terrace, the Upper West

23  Terrace.  They broke into the building at the Senate wing door

24  and were heading to the Senate chamber where we had the entire

25  United States Senate and the Vice President.

1  Q    Was it your understanding at this point that the Senators

2  in that chamber were still there?

3  A    Yes.

4  Q    And the Vice President?

5  A    Yes.

6  Q    Did you expect backup from the National Guard or from

7  other police agencies that could help?

8  A    Yes, that was expected.

9  Q    At what time frame were you expecting that to happen?

10 A    I thought it was going to be immediate.  When I was on the

11 West Front, the Metropolitan Police officers, the ones you saw

12 in the yellow uniforms, was a bicycle unit.  They got there

13 very quickly, which saved us on the West Front.  There would

14 have been a lot more injuries if they hadn't gotten there when

15 they did.

16      My assistant chief called me to leave the West Front to go

17 to the east.  I asked him, I said, how long before the military

18 gets there to bail us out.  And he told me several hours.

19 Q    So by this point here at 2:15, your understanding was it

20 was going to be several hours until you had support from the

21 military?

22 A    Correct.

23      MS. ALLEN:  Can we back up a couple seconds on Exhibit

24 206 and resume that video.

25      (The videotape was played.)

BY MS. ALLEN:

Q    At this point what did you believe the defendant was
doing?

A    Just, you know, interacting with myself and the other
officers on the scene there.

Q    Did you feel that he had a goal, a purpose?

A    Based on the statements he gave me, yes.

Q    What was that?

A    The earlier statements I mentioned where he wanted me to
surrender the building, and when I told him no, then he ordered
me to go lock up the Vice President.

Q    Now, with respect to your police line, there's about how
many officers in this hallway right now?

A    With myself, approximately four.

Q    Okay.  And it looks like maybe one more coming in from the
back?

A    Oh, yes.  I didn't see him in the back, yes.

Q    Okay.  And is it fair to say there's a good number more
rioters than there are of you?

A    Yes.

Q    So your police line, you can't form like a full-on line?

A    No.

Q    Did it -- what was Mr. Jensen trying to do with respect to
your police line?

A    I'm not sure what he said to anybody else after he left

1   me.  Those two statements are basically what I remember

2   specifically.  What he said with any other officer, I really

3   don't know.

4   Q    Okay.

5        MS. ALLEN:  Could you resume the video until about 4

6   minutes and 20 seconds.

7        (The videotape was played.)

8   BY MS. ALLEN:

9   Q    Now, right there it looks like you picked up and called

10  something in to your radio.  Is that right?

11  A    Yes.

12  Q    And do you remember what you called in?

13  A    No.

14  Q    You also backed up a little bit.  Do you recall why?

15  A    So I could hear.

16  Q    Okay.  And when you backed up, how did the defendant

17  react?

18  A    He took a couple steps forward.

19        MS. ALLEN:  All right.  Can you back up a couple

20  seconds and keep playing until 4:37.

21        (The videotape was played.)

22  BY MS. ALLEN:

23  Q    You talked earlier about the defendant's body language.

24  What was the body language here that you could observe?

25  A    He's using his arms to wave the protesters forward.

```
 1   Q    Was he also saying anything?

 2   A    He was telling us to step back.  He wanted to push forward

 3   with the rest of the protesters, and he was ordering us to push

 4   back.

 5   Q    Okay.

 6        MS. ALLEN:  Can we pull up Exhibit 508, please, and

 7   just pause right at the very beginning.

 8   BY MS. ALLEN:

 9   Q    Inspector Loyd, have you seen this video before?

10   A    Yes.

11   Q    Was this taken in the Ohio Clock corridor right around

12   that moment?

13   A    Yes.

14        MS. ALLEN:  Your Honor, I would move to admit

15   Exhibit 508 and publish.

16        THE COURT:  That exhibit will be admitted and

17   permission to publish.

18        (Government's 508 received in evidence.)

19        (The videotape was played.)

20   BY MS. ALLEN:

21   Q    That's the body language that you recall --

22   A    Yes.

23   Q    -- the defendant making?

24        Okay.  So he was -- where was he with respect to the rest

25   of the crowd?
```

```
 1   A      He was in front.

 2   Q      Did the crowd follow?

 3   A      Yes.

 4          MS. ALLEN:  If we could pull up Exhibit 507, please.

 5   BY MS. ALLEN:

 6   Q      Taking a look at this, are you familiar with this video?

 7   A      Yes.

 8   Q      And is this another angle of the same -- of the Ohio Clock

 9   corridor taken around the same time?

10   A      Yes.

11   Q      And are you in this?

12   A      Yes.

13          MS. ALLEN:  Move to admit Exhibit 507 and publish to

14   the jury.

15          THE COURT:  Admitted, permission to publish.

16          (Government's 507 received in evidence.)

17   BY MS. ALLEN:

18   Q      Now, before we start, could you just point out where you

19   and the defendant are in this video?

20   A      Within a couple feet of each other.

21   Q      Do you recall what he is saying as this video starts?

22   A      Not exactly, but with the motion of the arms, you know,

23   the goal was us to back up as far as, you know, we were willing

24   to go.

25   Q      Okay.
```

1             MS. ALLEN:  If you could play the video, please.

2             (The videotape was played.)

3   BY MS. ALLEN:

4   Q    So the defendant was telling you at that point to go

5   arrest the Vice President?

6   A    Yes.

7   Q    Okay.  Did he also tell you, what's the point in stopping

8   us?

9   A    Yes.

10  Q    What was your response?

11  A    That's as far as you are going to go.

12            MS. ALLEN:  If we could turn back to Exhibit 206 and

13  start back up again at 4 minutes and 20 seconds.  And before

14  you hit play --

15  BY MS. ALLEN:

16  Q    All right.  So this is back to the scene -- same scene

17  from a different camera angle without any sound.  This standoff

18  kept going for a few more minutes while you were there; is that

19  right?

20  A    Yes.

21  Q    And at some point you left?

22  A    Yes.

23  Q    When and why?

24  A    Shortly after this, Deputy Chief Waldo came to this area,

25  and I had a discussion with him.  Even though it was pretty

chaotic, I was happy with what I saw.  The Senate and the Vice

President were locked in the Senate chamber, all the doors were

locked, and at that point nobody was actually breaking into the

chamber.  So I asked permission from him to leave there and go

check on the House chamber.

Q    What did he say?

A    He gave me permission to do that.

Q    You felt at that point that enough officers had come into

that hallway and it was staffed up enough that you could leave?

A    As best as we were going to get, and I was very concerned

that there was nobody down at the House chamber.

Q    Maybe more important exigency over there?

A    I'm sorry?

Q    I will withdraw that.  Sorry.

        MS. ALLEN:  If we could play this until about 6

minutes and 20 seconds.

        (The videotape was played.)

BY MS. ALLEN:

Q    Inspector Loyd, are you able to see yourself and the

defendant here?

A    Yes.

Q    I am just going to draw a circle, if you can confirm this

is where we are looking at.

        Where within that circle are you?

A    Right in the middle.

```
1    Q    And the defendant?

2    A    He's right next to me looking back motioning with what

3    appears to be his right hand.

4    Q    And he's kind of obstructed by a flagpole or some kind of

5    stick?

6    A    Yes.

7    Q    With that obstruction, it might be kind of hard to see,

8    but do you see a phone in his hand?

9    A    Yes, I do.

10   Q    Right around this moment, is that when you are looking

11   down because you've got a phone call coming in?

12        MS. ALLEN:  Maybe it will help to back it up like a

13   second or two and play it again.

14   BY MS. ALLEN:

15   Q    Does that help?  Could you see that?  What were you doing

16   right then?

17   A    I don't know who called me at that particular moment.

18   Q    Oh, but were you answering a telephone?

19   A    Yeah, answering the telephone, yes.

20        MS. ALLEN:  I want to pull up Exhibit 344, please.

21   BY MS. ALLEN:

22   Q    Do you recognize this photo?

23   A    Yes.

24   Q    Is this a photo taken in the Ohio Clock corridor at the

25   same time?
```

```
 1   A    Yes.

 2   Q    Is that you in the photo?

 3   A    Yes.

 4        MS. ALLEN:  Your Honor, I would move to admit and

 5   publish Exhibit 344.

 6        THE COURT:  Without objection, admitted and permission

 7   to publish.

 8        (Government's 344 received in evidence.)

 9   BY MS. ALLEN:

10   Q    Now, this is a very short two-second video.

11        MS. ALLEN:  If you could play that, please.

12        (The videotape was played.)

13   BY MS. ALLEN:

14   Q    So when you got the phone call, what did you do next?

15   A    Walked away.

16   Q    Okay.  Is this around the time that you asked permission

17   to walk over to the House side?

18   A    No.  Deputy Chief Waldo will come into the video, and I

19   went up to him face to face and asked him for permission.

20   Q    Got it.

21        MS. ALLEN:  If we can go back to 206 and start that

22   back up again, about 6:10 or so.

23        (The videotape was played.)

24        THE WITNESS:  That's Deputy Chief Waldo.  He just came

25   in the frame without his hat on.
```

BY MS. ALLEN:

Q    Can you point out where?

A    That's not working.  The white male without his hat, he just walked in.  He passed me as I am going by him.

Q    Somewhere over here (indicating)?

A    Yes.  He's to the right of that circle, white male, no hat on.

Q    Okay.  And that's you on your way out of the hallway?

A    Yes.  I went over there to take a phone call.  I believe after the phone call, I went and had a brief discussion with him asking for permission to go to the House chamber.

Q    Okay.  Now, you mentioned earlier some of the people in this hallway were reporters with access to be there, basically staff members?

A    Yes.

Q    And some of those reporters or people with permission were photographers and videographers?

A    Yes.

Q    And have you reviewed photos in preparation for this case that were taken by photographers there in the Ohio Clock corridor?

A    Yes.

Q    Were those marked as Government's Exhibits 511 through 517?

A    Yes.

1   Q    And each one of those photos, were they fair and accurate

2   pictures of what was going on in the Ohio Clock corridor?

3   A    Yes.

4        MS. ALLEN:  Move to admit 511 to 517 and publish them

5   as we go.

6        THE COURT:  Without objection, they shall be admitted

7   and permission to publish.

8        (Government's 511 through 517 received in evidence.)

9   BY MS. ALLEN:

10  Q    Inspector Loyd, you left the Ohio Clock corridor just

11  before 2:20, and you were on your way to the House side of the

12  building, is~that right?

13  A    Yes.

14  Q    To get there, did you pass through the Rotunda?

15  A    Yes.

16  Q    What did you see?

17  A    I just looked to the left and saw lots of people outside

18  the main Rotunda door.

19  Q    When you say lots of people, what --

20  A    I saw a couple officers backed up to the actual door and

21  lots of protesters behind them.

22  Q    And had they gotten through the doors into the building?

23  A    No, not at that time.

24  Q    Are you aware whether they did later?

25  A    Yes, they did.  They did.

1    Q    Okay.  How did you assess the whole situation at the

2    Capitol Building at that point?

3    A    Dire states.  You go back to your core mission, which is

4    to protect the Congress.  And with the Senate chamber lockdown,

5    we had a deputy chief there, Deputy Chief Waldo, overseeing

6    that.  And so I made may way over to the House chamber to be in

7    charge of the House of Representatives while they were locked

8    down.

9    Q    What did you find when you got there?

10   A    When I got there, my personnel had done what they were

11   trained to do.  They had gone inside, the door keepers and the

12   officers, and they had locked the doors and were sheltering in

13   place in the House chamber.

14   Q    At that point were rioters in the area of the House floor?

15   A    No.  When I first got to the House chamber, it was

16   relatively quiet for ten minutes before the rioters made their

17   way from the north side of the building to the south side.

18   Q    And did they eventually?

19   A    I'm sorry?

20   Q    Did the rioters eventually make their way to the south

21   side.

22   A    Yes.

23   Q    How many?

24   A    Hundreds.

25   Q    Were the member of Congress on the House side able to

1  evacuate before the rioters arrived there?

2  A     No.   I evacuated the House members as they were attempting

3  to break in to the east Speaker's lobby.   I took them out the

4  west side.

5  Q     Okay.   For some period of time, did the members of

6  Congress have to shelter in place --

7  A     Yes.

8  Q     -- while the rioters were right outside?

9  A     Yes.

10 Q     About how long, if you know, did it take for all of the

11 members of Congress and staff to be evacuated from the House

12 side?

13 A     Several minutes.   We had -- the first issue was, for that

14 particular day, there were members of Congress on the first and

15 second floor of the House chamber.   You had the main House

16 floor and you also had the gallery on the third floor, which is

17 usually reserved for the public.   But because of COVID and the

18 social distancing, we had House members on the third floor and

19 the galleries.

20 Q     And were they able to exit?

21 A     Yes.   I went in through the west side.   I went to the main

22 House floor evacuated the members who were on the main House

23 floor out the west Speaker's lobby.   And once they were safe,

24 back to the House office building, I went back to the third

25 floor and got the members out on the third floor via the same

1   route.

2   Q    During this whole event, would you identify who was in

3   control of the building?  I mean, throughout this period, was

4   it the Capitol Police?

5   A    Initially, no.  We -- when the riot first broke out, for

6   several hours the protesters had the run of the building.  They

7   were in charge.  It took several hours to get enough cops there

8   to start pushing them out.

9   Q    Now, I want to talk about the proceedings that were going

10  on that day and the impact that this had.  You said earlier the

11  joint session had actually begun before you -- or around the

12  time that you went outside it had started, is that right?

13  A    Correct.

14  Q    So the session was called and formally began?

15  A    Correct.

16  Q    At some point, was it stopped?

17  A    Yes.

18  Q    And when it stopped, did both Houses have to go into

19  recess?

20  A    Yes.

21  Q    Why was that?

22  A    Because there was a threat that was inside the building

23  forcing us to shelter in place in the respective chambers.

24  Q    You mentioned a minute ago that you helped to evacuate

25  people yourself.  Is that right?

A     I helped evacuate the House chamber.  My captain, Captain

Patton, led the evacuation of the Senate.

Q     When you were helping people evacuate, what was -- strike

that.

What time did you stay at the Capitol that night?

A     I was -- I left about 11:00 in the evening.

Q     Okay.  Throughout the day, you have talked already about a

couple of specific injuries of officers.  About how many

officers were injured that day if you know?

A     Only where I get this number from, the United States

Senate had a bipartisan investigation into the January 6.  It

was made up of the Senate Rules Committee and Senate Homeland

Security, and they published a report.  And in their report,

they estimated 140 injuries.

MS. ALLEN:  Your Honor, if I could just have one

moment.

THE COURT:  Madam Court Reporter, how are we doing?

THE COURT REPORTER:  I would like a break, please.

MS. ALLEN:  Thank you, Your Honor.  No further

questions.

THE COURT:  Let's take -- my hope would be then to --

I want to take a quick break for the court reporter.  So let's

take ten minutes, and we will come back.  And we will plan,

depending on what a good break point is, to take a lunch break,

you know, somewhere between 12:30, 12:45 depending on how long

1    the cross will take.  So we will stand in a ten-minute recess.

2         (A recess was taken at 12:04 p.m.)

3         THE COURTROOM DEPUTY:  Your Honor, we are back on the

4    record in Criminal Matter 21-6, United States of America versus

5    Douglas Austin Jensen.

6         THE COURT:  All right.  Welcome back, ladies and

7    gentlemen of the jury.  And we will proceed with

8    cross-examination.

9         MR. DAVIS:  Thank you, Your Honor.

10                        CROSS EXAMINATION

11   BY MR. DAVIS:

12   Q    Good afternoon, Inspector Loyd.

13   A    Good afternoon, counsel.

14   Q    I noticed you have a holster on your side.  Do you carry a

15   service weapon when you are at work?

16   A    Yes.

17   Q    And do your fellow officers that were in the Ohio Clock

18   room on January 6 when the crowd came into the clock room, were

19   they also in possession of their firearms?

20   A    Yes.

21   Q    They were never drawn, were they?

22   A    Not that I am aware of, no.

23   Q    Was the crowd told to back up?  Were hands placed on

24   weapons at any time?

25   A    Hands were placed on weapons by cops when they first came

1    in, yes.  Myself and my officers did place their hands on their

2    weapons, yes.

3    Q    But you didn't have to keep your hands on the weapons very

4    long, did you?

5    A    No.  They came off.

6    Q    Now, directing your attention back to -- we saw quite a

7    few videos earlier.  Directing your attention back to the

8    videos of the disturbances at the bike racks, do you recall

9    testifying about that?

10   A    At Peace Circle, correct.

11   Q    Correct.  You were actually physically present during the

12   disturbance down at Peace Circle?

13   A    No, I was not.

14   Q    So you were never present at the perimeter where the bike

15   racks were?

16   A    No.

17   Q    You saw those videos, correct?

18   A    Correct.

19   Q    And you testified about how various officers had been

20   injured and the bike racks had been disassembled and actually

21   used as projectiles against the officers, correct?

22   A    Correct.

23   Q    During your testimony, at no point was the video stopped

24   and were you able to identify Mr. Jensen in that crowd that

25   took down the bike racks, were you?

```
1    A    No.
2            MR. DAVIS:  If we could bring up Government's Exhibit
3    501, a still shot.
4    BY MR. DAVIS:
5    Q    Now, this is Mr. Jensen in this video, the man that scaled
6    the wall?
7    A    Yes, it appears to be.  He's got his back to us, but it
8    appears to be him.
9    Q    And earlier you testified that there was a contingent of
10   officers up here, correct?
11   A    Yes.
12   Q    By the time Mr. Jensen gets off the wall and gets through
13   the crowd and goes up, the contingent of officers had been
14   gone?
15   A    Pretty much they had been overwhelmed at that point.
16   Q    Jensen didn't participate in that process of overwhelming
17   them, correct?
18   A    Not that I recall, correct.
19           MR. DAVIS:  Madam clerk, how do I get rid of these --
20   there we go.
21   BY MR. DAVIS:
22   Q    When Mr. Jensen scaled the wall, we saw that video,
23   correct?
24   A    Yes.
25   Q    Did we see him scale with a group of people?
```

1    A    It appeared he was with himself.

2    Q    Now, directing your attention to the Ohio Clock room, we

3    saw a video of your interactions with Mr. Jensen.

4    A    Uh-huh.

5    Q    Do you recall that?

6    A    Yes.

7    Q    Did you ever see Mr. Jensen turn around and address

8    whoever was behind him?

9    A    I don't remember that specifically, no.

10   Q    And when we watched that video, we saw others in the crowd

11   waving people on behind him?

12   A    Yes.

13   Q    Did you ever see Mr. Jensen do that?

14   A    Not that I recall, no.

15   Q    As a matter of fact, he was pretty much laser focused on

16   you, correct?

17   A    Yes.  The only gesture I saw was when he was facing me

18   waving his arms forward.

19   Q    Now, are you absolutely certain what he was doing with his

20   arms when he was waving them?

21   A    From my shoes, on that particular day, it appeared he was

22   waving the protesters behind him to move up with him.

23   Q    That's the way it looked to you, correct?

24   A    Yes.

25   Q    It could have been him holding his -- well, you don't

```
 1   know, because you can't read his mind, what he's doing,
 2   correct?
 3   A    I did not get any impression he was attempting to hold
 4   them back.  It was a moving forward gesture.
 5   Q    Certainly, that's your conclusion from your interactions
 6   with him and having reviewed the videos after the event?
 7   A    Yes.
 8         MR. DAVIS:  If we could bring up Government's
 9   Exhibit 507, at 19 seconds, and if we could have sound track to
10   this.
11   BY MR. DAVIS:
12   Q    If you could listen to this carefully.
13         (The videotape was played.)
14         MR. DAVIS:  Thank you.
15   BY MR. DAVIS:
16   Q    He told you to go arrest Pence, right?
17   A    Yes.
18   Q    He didn't look particularly hostile when he said that; he
19   was asking you to go arrest him, right?
20   A    I took it more of as an order when I was standing there.
21   Q    And then he looked you right in the eye and he says, I
22   know you know, man, I know you know.
23         How did you interpret that?
24   A    I don't know what he meant by that.
25   Q    But it appeared that he thought you knew that you were
```

1  supposed to arrest Pence?

2  A    I don't know.

3  Q    There's no other possible explanation for that statement,

4  is there?

5              MS. ALLEN:  Objection.

6              THE COURT:  Sustained.

7  BY MR. DAVIS:

8  Q    Now, we heard others in the background screaming we're

9  mad, well, with a word thrown in there.  I will leave that out.

10  Where are they?  Give us the traitors.  Tell us where they are.

11  That's all coming from the crowd.  That didn't come from

12  Mr. Jensen.

13  A    Mr. Jensen -- there were two things from Mr. Jensen.  The

14  goal was to get to the Vice President.  The first was to

15  surrender the building to them, and they would handle it.  And

16  when I said no, he followed it up by saying you go lock up the

17  Vice President.

18  Q    Actually, we just heard it.  He said go arrest him.

19  A    In that particular clip.  That's a very small clip.  We

20  are there together for several minutes.

21  Q    What was captured and what we have heard is he tells you

22  to go arrest the Vice President, and he looks at you and he

23  says I know you know, man?

24  A    On that particular clip, yes.

25  Q    Thank you.

```
 1              THE COURT:  Any redirect from the government?

 2              MS. ALLEN:  Thank you, Your Honor.  I don't have any

 3   further questions for this witness.

 4              I did want to read a stipulation into the record

 5   relating somewhat to this testimony.  But as far as this

 6   witness, no further questions.

 7              THE COURT:  All right.  And this is a stipulation you

 8   have reached with Mr. Davis, correct?

 9              MS. ALLEN:  Yes.

10              THE COURT:  All right.

11              You may step down, Inspector.  Thank you for your

12   testimony.

13              THE WITNESS:  Thank you.

14              MS. ALLEN:  Can you pull up Exhibit 701, please.

15              THE COURT:  I have the document you filed as the

16   stipulation of the parties.  Which portions of that do you plan

17   to read now?

18              MS. ALLEN:  Okay.  I would like to read the first

19   sentence and then the first full paragraph on page 2 and the

20   federally protected function section on page 3.

21              THE COURT:  All right.  Is there any objection to this

22   at this time, Mr. Davis?

23              MR. DAVIS:  No, Your Honor.  This is a stipulation we

24   entered.

25              THE COURT:  Very well.  You may proceed.
```

1          MS. ALLEN:  Thank you.

2          Okay.  If you could zoom in to the first paragraph,

3     the stipulation of the parties.  I am just going to read this

4     into the record, and you guys can follow along on the screen

5     hopefully.  Can everybody see that?

6          Okay.  The United States of America by and through its

7     attorney, the United States Attorney for the District of

8     Columbia, and the defendant, Douglas Austin Jensen, by and

9     through his attorney agree and stipulate to the following.

10         And if you can pull up page 2, first full paragraph.

11         On January 6, 2021, the restricted area described

12    above and as depicted in Exhibit 601A, which for the record was

13    the first map admitted, the color GPS map, was a posted,

14    cordoned-off, or otherwise restricted area where the Vice

15    President and members of his immediate family were and would be

16    temporarily visiting and, therefore, constituted a restricted

17    building and grounds as that term is used in Count 4.

18         And if you could take us to page 3, please, and focus

19    in on the federally protected function.

20         A federally protected function as that term is used in

21    Count 1 includes the United States Capitol Police's protection

22    of the U.S. Capitol in the Capitol grounds and the United

23    States Secret Service's protection of the Vice President of the

24    United States and immediate family members of the Vice

25    President.  Thank you.

1        THE COURT:  All right.  Very well.  I think we talked

2   about going further, but I think it's a good time to break for

3   lunch given where we are.  So let's do that unless there's

4   objection from either side, which I doubt.  It would be first

5   for a party to object to going to lunch even a little earlier

6   than anticipated.

7        So we will take a lunch break.  It's 12:15.  We'll

8   come back at 1:15, and the government will call its next

9   witness.  Ms. Harris will let you all know how those procedures

10  go for the jurors for lunch, and we'll be back here at 1:15.

11        (A luncheon recess was taken at 12:18 p.m.)

12        (The jury entered the courtroom at 1:26 p.m.)

13        THE COURTROOM DEPUTY:  Your Honor, we are back on the

14  record in Criminal Matter 21-6, United States of America versus

15  Douglas Austin Jensen.

16        THE COURT:  All right.  Government, you may call your

17  next witness.

18        MS. MIRELL:  The government calls United States

19  Capitol Police Officer Mark Gazelle.

20                          MARK GAZELLE

21  Having been first duly sworn on oath, was examined and

22  testified as follows:

23        THE COURT:  All right, sir.  If you can remove your

24  mask while you are testifying.

25        THE WITNESS:  Sure.

```
 1              THE COURT:  You may proceed.
 2                       DIRECT EXAMINATION
 3   BY MS. MIRELL:
 4   Q    Good afternoon.
 5   A    Good afternoon.
 6   Q    Could you please introduce yourself to the jury.
 7   A    I am Officer Mark Gazelle.
 8   Q    Where do you work, Officer Gazelle?
 9   A    I work at the United States Capitol Police at the United
10   States Capitol.
11   Q    And what is the main job of the United States Capitol
12   Police?
13   A    Protection of the Congress and the Capitol complex.
14   Q    How long have you been an officer with Capitol Police?
15   A    32 years.
16   Q    And are you assigned to a particular division or section
17   within the Capitol Police?
18   A    Yes, to the Senate chamber section.
19   Q    What is the role of the Senate chamber section?
20   A    Its job is to protect the Senate and all the officers and
21   the Senators on the floor.
22   Q    And were you assigned to the Senate chamber section on
23   January 6, 2021?
24   A    I was.
25   Q    How long have you been specifically with the Senate
```

1    chamber section?

2    A    A little over 25 years.

3    Q    25 years?

4    A    Yes.

5    Q    Okay.  So fair to say that in your 25 years in the Senate

6    chamber section, you have learned a little bit about how

7    Congress works, right?

8    A    I have.

9    Q    Okay.  So how many houses of Congress do we have?

10   A    We have two houses.

11   Q    What are those?

12   A    The U.S. House of Representatives and the U.S. Senate.

13   Q    And are both houses located in the same building?

14   A    They are.

15   Q    What building is that?

16   A    That would be the U.S. Capitol.

17           MS. MIRELL:  Permission to approach, Your Honor, to

18   change boards?

19           THE COURT:  Permission granted.

20           MS. MIRELL:  For the record, I have put Exhibit 603 up

21   on the easel as a poster board.

22   BY MS. MIRELL:

23   Q    Is that the U.S. Capitol behind you?

24   A    It is.

25   Q    And can you describe the layout of the Capitol?  And while

1    you do that, I would ask Mr. Clement to pull up Exhibit 603 on

2    the jurors' computers as well.

3    A    So what we are looking at here is more of a west front

4    picture of the Capitol with the House of Representatives being

5    to my right, which is the south side of the building, and the

6    U.S. Senate being to my left, which is the north side of the

7    building.

8    Q    House on the south, Senate on the north, correct?

9    A    Correct.

10        THE COURT:  Ms. Mirell, hold on one second.  Is the

11   picture not coming up on your screens?

12        A JUROR:  No.

13        THE COURT:  In the back row.

14        Thank you, members of the jury.  That means you are

15   paying attention.

16        THE COURTROOM DEPUTY:  I can call John.

17        THE COURT:  Well --

18        MS. MIRELL:  Could we readjust potentially this TV

19   screen.

20        THE COURT:  Yes, we can do that for the moment, I

21   suppose.  It will make it --

22        MS. MIRELL:  Oh, it's back.

23        THE COURT:  Ms. Harris, you solved the problem.

24        THE COURTROOM DEPUTY:  I will definitely bring that to

25   John's attention.  It could be a short or something.

```
 1              THE COURT:  It could have been someone hit a wire or
 2    something like that.
 3              So we are back on track.  You may proceed, Ms. Mirell
 4    BY MS. MIRELL:
 5    Q    What is the title of the person in charge of the House of
 6    Representatives?
 7    A    That would be the Speaker of the House.
 8    Q    Who was the Speaker of the House on January 6?
 9    A    That would be Nancy Pelosi.
10    Q    What about the title of the person who is in charge or who
11    sets the agenda for the Senate?
12    A    That would be the Majority Leader.
13    Q    And who was the Senate Majority Leader on January 6?
14    A    That would be Mitch McConnell.
15    Q    Under the Constitution, is there an individual who
16    formally presides over the Senate?
17    A    The Vice President of the United States.
18    Q    So then the Vice President is also the President of the
19    Senate?
20    A    That is correct.
21    Q    Okay.  And who was the Vice President on January 6?
22    A    That would be Mike Pence.
23    Q    And who is responsible for protecting the Vice President
24    when he is inside the Capitol Building?
25    A    The United States Secret Service is responsible for the
```

1    Vice President's protection.

2    Q    Have you personally observed Secret Service inside the

3    Capitol Building protecting the Vice President?

4    A    I have.

5    Q    Does the Vice President have an office space at the U.S.

6    Capitol?

7    A    He does.

8         MS. MIRELL:  Permission to approach, Your Honor, and

9    put up the second poster board, Exhibit 607.  Permission to

10   approach, Your Honor?

11        THE COURT:  Permission is granted.

12        MS. MIRELL:  For the record, we have Exhibit 606

13   displayed both on the poster board and on the jurors' screens

14   hopefully.

15   BY MS. MIRELL:

16   Q    Did you identify for the jury -- well, first you said the

17   Vice President has an office space at the Capitol, correct?

18   A    Correct.

19   Q    And that's on the second floor of the Capitol, right?

20   A    Yes, it is.

21   Q    Can you identify for the jury where that office space is

22   on the map?

23   A    Should I stand up and point?  Would that be better?

24   Q    Yes, please.

25        THE COURT:  Sir, I am going to have to ask you, if you

```
 1    move away from the microphone, either counsel will have to
 2    provide you with a little mic, not your fault, that would be
 3    the best practice.
 4    BY MS. MIRELL:
 5    Q    Officer Gazelle, I think there is a mic right on your desk
 6    too.
 7    A    Thank you.
 8    Q    If you could stand towards the wall so that the defendant
 9    can also see the poster board.
10    A    Can you hear me through this?
11    Q    Yes.  Thank you.
12    A    Okay.  So the question was asked where is the Vice
13    President's office.
14         You would enter through this door (indicating), and
15    there's a room right here.  That is the Vice President's
16    personal space to the Capitol.
17    Q    Thank you, Officer Gazelle.
18         I have tried to follow along with your testimony.  Did I
19    mark it correctly about the Vice President office space?
20    A    Yes.
21    Q    Okay.  All right.  So you mentioned that you've worked for
22    Capitol Police for 32 years and specifically for the Senate for
23    25 years.  Could you tell us how many administrations you have
24    seen in your decades of service?
25    A    Six administrations.
```

```
 1    Q     Now with the current President, six?

 2    A     Correct.

 3    Q     And how many inaugurations have you participated in?

 4    A     Eight.

 5    Q     Eight, is that correct?

 6    A     Yes.

 7    Q     And how many Electoral College vote certifications have

 8    you witnessed?

 9    A     Five.

10    Q     Okay.  So now I would like to direct your attention to the

11    events of January 6, 2021.  Were you working that day?

12    A     I was.

13    Q     Were you working in the Senate that day?

14    A     I was.

15    Q     What was your job?

16    A     My job was to stay there and protect the Senate floor

17    while it's in operating mode.

18    Q     And what was scheduled to occur on January 6?

19    A     The counting of electoral ballots.

20    Q     The certification of the 2020 vote?

21    A     Yes.

22    Q     Okay.  And do you know if there's a document that actually

23    directs Congress to hold this certification proceeding?

24    A     Yes.

25    Q     What document is that?
```

```
1    A    The U.S. Constitution.

2    Q    Is there a specific amendment from the Constitution?

3    A    Amendment 12.

4         MS. MIRELL:  At this time I would ask Mr. Clements to

5    pull up Exhibit 630, and move to admit and publish Exhibit 630.

6         THE COURT:  Without objection, it will be admitted and

7    published to the jury.

8         (Government's 630 received in evidence.)

9         MS. MIRELL:  Can we please scroll to page 2.  Can we

10   zoom in on the highlighted text there.

11   BY MS. MIRELL:

12   Q    Officer Gazelle, I will ask you to read the first

13   highlighted sentence.

14   A    The electors shall meet in their respective states and

15   vote by ballot for President and Vice President.

16        MS. MIRELL:  If we could go back, if Ms. Allen could

17   teach me how to clear the screen, that would be lovely.

18        Mr. Clements, can you zoom in on the second

19   highlighted portion.

20   BY MS. MIRELL:

21   Q    Can you read that highlighted sentence.

22   A    The President of the Senate shall, in the presence of the

23   Senate and the House of Representatives, open all certificates,

24   and the votes shall then be counted.

25   Q    We just read about the President of the Senate.  Who was
```

```
 1   the President of the Senate on January 6?
 2   A    Mike Pence.
 3   Q    He was also Vice President at the time, right?
 4   A    Correct.
 5        MS. MIRELL:  Mr. Clement, can you pull up Exhibit 631,
 6   please.
 7        Move to admit and permission to publish this exhibit,
 8   Your Honor.
 9        THE COURT:  Without objection, it shall be admitted
10   and published to the jury.
11        (Government's 631 received in evidence.)
12   BY MS. MIRELL:
13   Q    Officer Gazelle, are there certain statutes that govern
14   the procedures about what's supposed to happen on January 6.
15   A    There are.
16   Q    I am directing your attention to one of those statutes
17   Title 3 United States Code, Section 15.  Are you familiar with
18   that statute?
19   A    I am.
20        MS. MIRELL:  Can we zoom in on the first highlighted
21   section.
22   BY MS. MIRELL:
23   Q    And I would ask you to read that highlighted section.
24   A    Congress shall be in session on the 6th day of January
25   succeeding every meeting of the electors.  The Senate and House
```

1   of Representatives shall meet in the hall of the House of

2   Representatives at the hour of 1:00 in the afternoon on that

3   day, and the President of the Senate shall be their presiding

4   officer.

5   Q    So this statute actually requires Congress to meet in

6   joint session, both chambers, correct?

7   A    Correct.

8   Q    And start exactly at 1:00, right?

9   A    Correct.

10  Q    Let's move down to the next highlighted section here.  And

11  you can read, Officer Gazelle.

12  A    When all objections so made to any vote or paper from a

13  state that shall have been received and read, the Senate shall

14  thereupon withdraw, and such objections shall be submitted to

15  the Senate for its decision.  And the Speaker of the House of

16  representative shall, in like manner, submit such objections to

17  the House of Representatives for its decision.

18  Q    So this statute actually provides for a mechanism for

19  taking up objections to the counting of the vote?

20  A    It does.

21  Q    Okay.  And we have read and talked a little bit about a

22  joint session.  Can you describe what a joint session is?

23  A    A joint session is where both houses can come together as

24  one body, and they meet in the House of Representatives because

25  it's the larger of the two chambers.

```
1    Q    So you've got to fit all the Senators and the Vice
2    President in, so you go to the bigger room.  Got it.
3         And it also directs -- the statute that we are looking to
4    Section 15 of title 3, directs the President of the Senate, in
5    this case Vice President Pence, to preside over the
6    certification, correct?
7    A    Correct.
8    Q    Okay.  And I think we just read that it requires the
9    Senate should withdraw from the joint session if there's an
10   objection, correct?
11   A    Correct.
12        MS. MIRELL:  Right.  At this time I am going to show
13   you Exhibit 632 and move to admit and publish this exhibit.
14        THE COURT:  Without objection, admitted, and it may be
15   published.
16        (Government's 632 received in evidence.)
17   BY MS. MIRELL:
18   Q    Now we are looking at another section of Title 3,
19   Section 16.  And I am going to ask you to read the highlighted
20   portion of this statute as well.
21   A    Such joint meeting shall not be dissolved until the count
22   of electoral votes shall be completed and the result declared.
23   And no recess shall be taken unless a question shall have
24   arisen in regard to counting any such votes or otherwise under
25   this subchapter.
```

1    Q    What does this mean that the joint session shouldn't be

2    dissolved?

3    A    It means they are going to continue this joint session

4    until there is a declared winner.

5    Q    Until they finish certifying the votes and declare a

6    winner of the election?

7    A    Yes.

8    Q    Are you aware if there is a statute that actually limits

9    the amount of time that can be spent debating these objections?

10   A    There is.

11        MS. MIRELL:  At this time I am going to ask

12   Mr. Clement to put up Exhibit 633, and I am going to move to

13   admit and publish.

14        THE COURT:  It shall be admitted and permission to

15   publish.

16        (Government's 633 received in evidence.)

17   BY MS. MIRELL:

18   Q    At this time I am going to have you read the entire

19   provision Title 3 here.

20   A    When the two houses separate to decide upon an objection

21   that may have been made to the counting of any electoral vote

22   or votes from any state or other question arising in the

23   matter, each Senator and Representative may speak to such

24   objection or question five minutes and not more than once, but

25   after such debate shall have lasted two hours, it shall be the

1   duty of the presiding officer of each house to put the main

2   question without further debate.

3   Q    Summarizing here, members of Congress only have five

4   minutes to voice their objections, right?

5   A    Correct.

6   Q    And they can only take up an objection for two hours total

7   here, right?

8   A    Correct.

9   Q    Last statute here, and I appreciate your civics lesson for

10  us, we are going to look at Exhibit 634.

11          MS. MIRELL:  And permission -- move to admit and

12  publish, Your Honor.

13          THE COURT:  Admitted without objection, and you may

14  publish it.

15          (Government's 634 received in evidence.)

16  BY MS. MIRELL:

17  Q    This the last statute I will have you read.  Thank you,

18  Officer Gazelle.  We will zoom in now.

19  A    While the two houses shall be in meeting as provided in

20  this chapter, the President of the Senate shall have power to

21  preserve order, and no debate shall be allowed and no question

22  shall be put by the presiding officer except to either house on

23  a motion to withdraw.

24  Q    So this has the President of the Senate, namely Vice

25  President Pence, has the power to preserve order over this

1    entire procedure?

2    A    Correct.

3    Q    Are you aware if there is a record of the official

4    proceedings before Congress?

5    A    Yes.

6    Q    What's that called?

7    A    It's called the Congressional Record.

8    Q    Okay.  That's obvious.  All right.  So let's talk a little

9    bit about the choreography of the day of January 6.  We have

10   just read in Exhibit 631, which was Section 15 of Title 3, that

11   if there are any objections to any of the Electoral College

12   vote certificates, that the Senate has to withdraw to its

13   chamber, the House withdraws to its chamber for debate and a

14   decision, correct?

15   A    Correct.

16   Q    I am going to bring back up Exhibit 606, which is already

17   still up on the easel thankfully.

18        Now, Officer Gazelle, you have mentioned that you had seen

19   a number of certification proceedings, correct?

20   A    Correct.

21   Q    I think that number was five, right?

22   A    That's right.

23   Q    Can you describe on this map and point out, and I will

24   follow along with you, how the Vice President and the Senators

25   get from their chamber to the House of Representatives for the

1    joint session?

2    A    Sure.  Do you want me to walk up to the map?

3    Q    Yes, please.

4    A    Okay.  So what happens is the presiding officer in this

5    case, which would be the Vice President of the United States,

6    goes to the dais and calls the Senate to order.  He will have

7    the Senate assemble.  They will line up at the main door of the

8    Senate.

9         Can you hear me okay?

10         THE COURT:  Yes.

11         THE WITNESS:  They will line up at the main door of

12   the Senate.  They will walk from the main doors of the Senate

13   down this Senate connecting corridor.  As they come down this

14   way, this is an open hallway from chair to chair.  But there is

15   a colonnade right here.  This colonnade has space in between

16   the columns so the Vice President and the Speaker can actually

17   see one another.  That's the route we are taking.

18         So they walk out this hallway, come down here, go

19   around the colonnade, into the Rotunda, through the Rotunda,

20   you pass Speaker Pelosi's suite of offices.  You come through

21   here.  This is Statuary Hall, the former of the House of

22   Representatives before they moved to the new chamber.  It's a

23   big open hallway, comes to another little neck between the new

24   chamber, and they would come here and they would wait to be

25   introduced by the Speaker of the House for the Senate to come

1    in, which then they would walk into the House of

2    Representatives and take their place.

3    BY MS. MIRELL:

4    Q    Thank you, Officer Gazelle.  You can return to the witness

5    podium.

6         And I tried to follow you, but can you just confirm that

7    the line that I have drawn straight across through the center

8    of Exhibit 606 is the path that the Senators take?

9    A    That is correct.

10   Q    The Vice President as well?

11   A    Yes.

12   Q    And I think you were describing something about how this

13   was an unobstructed hallway.  Can you clarify why you said --

14   or why it's unobstructed?

15   A    Well, it's unobstructed so the two houses can keep an eye

16   on each other is what they say.  But there is a -- it's a clear

17   hallway, so both houses can do their business.  Even though

18   they are separate bodies, they kind of try to work as one.

19   Q    So if, for example, the Speaker of the House was sitting

20   up on the dais with the doors open on the House side.

21             (There was an interruption by the court reporter.)

22   BY MS. MIRELL:

23   Q    Vice President Pence was on the Senate side presiding and

24   sitting there with the doors open, theoretically the building

25   was constructed so they could see one another?

1    A     That is correct.

2    Q     Got it.  Okay.

3          And I would like to pull up now -- let me clear this --

4    Exhibit 206A.  Officer Gazelle, do you recognize this hallway?

5    A     I do.

6    Q     What hallway is it?

7    A     It's referred to as the Ohio Clock corridor.

8          MS. MIRELL:  Move to admit and publish Exhibit 206A.

9          THE COURT:  I believe it's already admitted.

10         MS. MIRELL:  Perfect.

11         Is the jury seeing this?

12         A JUROR:  Yes.

13   BY MS. MIRELL:

14   Q     You mentioned that the Senators line up at a door before

15   they walk down that unobstructed hallway to the House.  Can you

16   identify on this -- you can tell me where to look, and I will

17   mark it for you where the door, the main entrance, to the

18   Senate chamber is?

19   A     Yes.  Towards the upper left-hand corner, you will see a

20   chair, and like a little brown -- that area right there, yes,

21   that's the main door to the Senate chamber.

22   Q     So when the Senators have to go over to the House of

23   Representatives at 1:00 p.m., that's where they line up?

24   A     That would be the door, yes.

25   Q     So would the presence of rioters inside this hallway

1   affect the ability of the Senators and the Vice President to

2   move out of this door and down the hallway?

3   A    Yes, it definitely would.

4   Q    And why is that?

5   A    We would not move them at this time because this is a

6   security violation.

7   Q    What do you mean by security violation?

8   A    We have unknown people gathered in this area with a strong

9   police presence would give us an indication that we are not

10  moving anybody at this time.

11  Q    So it would be unsafe for the Senators and the Vice

12  President to be moved at this time?

13  A    Very unsafe, yes.

14  Q    Okay.  So we have talked a little bit about the

15  choreography.

16       MS. MIRELL:  And we can take this down, Mr. Clements.

17  BY MS. MIRELL:

18  Q    And I am hoping to show you a little bit of video from how

19  the certification proceeding actually played out on January 6.

20  Before I do that, are you aware if there are cameras inside the

21  House and Senate chamber also?

22  A    Yes.

23  Q    And they record all the proceedings that happen on the

24  floor?

25  A    That is correct.

1    Q    Okay.  In fact, each chamber has its own recording studio,

2    right?

3    A    That's correct.

4    Q    Is that the footage that we ultimately see on C-SPAN?

5    A    It is.

6    Q    Prior to your testimony today, have you had an opportunity

7    to review a montage that contains footage from the Senate and

8    House recording studios?

9    A    I have.

10   Q    And that shows what was happening on the floor on

11   January 6?

12   A    It does.

13   Q    Just for the jury's sake, this is a nine-and-a-half-minute

14   video, and we are going to stop occasionally so Officer Gazelle

15   can narrate what's going on.

16        MS. MIRELL:  Mr. Clements is prepared.

17        I pulled up Exhibit 650, and I move to admit and

18   publish this, Your Honor.

19        THE COURT:  Without objection, it will be admitted,

20   and the jury may see it.

21        (Government's 650 received in evidence.)

22   BY MS. MIRELL:

23   Q    I am going to ask this to play until about the 13-second

24   time stamp.

25        (The videotape was played.)

1        MS. MIRELL:  Let's pause there.

2   BY MS. MIRELL:

3   Q    So here we are seeing blown-up text on the left-hand side.

4   Do you see that, officer Gazelle?

5   A    I do.

6   Q    What is that?

7   A    The House, you are talking about the part --

8   Q    The text under the -- that's, you know, exerted from that

9   document on the left.

10  A    Congressional record.

11  Q    So that's what we are talking about, the record of the

12  proceedings, the written record?

13  A    Correct.

14  Q    And so this excerpt is just from the congressional record

15  itself?

16  A    Yes.

17  Q    Okay.  And what chamber are we looking at here?

18  A    This is the House of Representatives.

19        MS. MIRELL:  Okay.  So I am going to ask Mr. Clement

20  to play until --

21  BY MS. MIRELL:

22  Q    I'm sorry.  What time is it approximately?

23  A    This is at 12:00 --

24  Q    Okay.

25  A    -- p.m.

```
 1              MS. MIRELL:  Let's play until 30 seconds.
 2              (The videotape was played.)
 3   BY MS. MIRELL:
 4   Q    So we just saw the House brought to order.  What time is
 5   the Senate being brought to order?
 6   A    That would be 12:30 p.m.
 7   Q    Do you recognize who is on the dais there bringing the
 8   Senate to order?
 9   Q    Maybe you can consult the congressional record.
10   A    Mr. Grassley.
11   Q    And that's not the Vice President, correct?
12   A    Correct, he's the President Pro Tem.
13   Q    What is the President Pro Tem?
14   A    He takes the place -- he's the acting presiding officer in
15   place of the Vice President.
16   Q    Okay.  So House is brought to order at noon, Senate
17   brought to order at 12:30.
18              MS. MIRELL:  Let's keep playing until 57 seconds.
19              (The videotape was played.)
20   BY MS. MIRELL:
21   Q    Who is that in the chair right there?
22   A    Senator Langford.
23   Q    What is he announcing?
24   A    He is letting the Senate know they are getting ready to
25   assemble and head on down for the joint --
```

1   Q     So to make the long walk across the Capitol to start the

2   joint session?

3   A     Correct.

4   Q     What time is it at this point?

5   A     12:51 p.m.

6   Q     So on schedule for a 1:00 p.m. start time?

7   A     Yes.

8          MS. MIRELL:  Let's keep playing until the 1:09 time

9   stamp here.

10         (The videotape was played.)

11  BY MS. MIRELL:

12  Q     Where are we now?

13  A     Back at the House of Representatives.

14  Q     Who is the woman in the purple dress up on the dais?

15  A     Speaker Nancy Pelosi.

16  Q     What is she doing at this point at 12:55 p.m.?

17  A     She's gathering the House to order.

18  Q     Is that so they can prepare to receive the Senate as part

19  of the joint session?

20         (There was an interruption by the court reporter.)

21         THE WITNESS:  Correct.

22  BY MS. MIRELL:

23  Q     Officer Gazelle, if you can pull the mic down a little

24  bit.  I am not necessarily hearing every response either.

25  Great.

```
 1              MS. MIRELL:  Let's play until 1:17 time stamp.
 2              (The videotape was played.)
 3   BY MS. MIRELL:
 4   Q    What are we looking at here?
 5   A    This is the main door of the Senate with the Vice
 6   President and the leadership of the Senate gathering at the
 7   door for their procession down to the House of Representatives.
 8   Q    And the Vice President, can you just say what color hair
 9   he has so I can identify it for you?
10   A    Yes.  He has white hair and a blue mask.
11   Q    Vice President right here?
12   A    Correct.
13   Q    And do you know this individual?
14   A    That's Senator Mitch McConnell.
15   Q    He's Senate Majority Leader?
16   A    At that time, yes.
17   Q    It's 12:56 here?
18   A    That's correct.
19   Q    What are they preparing to do?
20   A    Walk down to the House of Representatives.
21   Q    For the joint session, correct?
22   A    Correct.
23   Q    They are going to pass through the Ohio Clock corridor,
24   right?
25   A    That is correct.
```

```
1              MS. MIRELL:  Let's keep playing until the 1:36 time
2    stamp.
3              (The videotape was played.)
4              MS. MIRELL:  Stop there.
5    BY MS. MIRELL:
6    Q    So what's about to happen here?  It's about 12:59 p.m.
7    What are we about to see?
8    A    We are about to see the Senate arrive at the House of
9    Representatives.
10   Q    And who announces their arrival?
11   A    That would be the Speaker of the House.
12   Q    And is -- I'm sorry, what?
13   A    Let me retract that.  That would be the Sergeant at Arms.
14   Q    Who is the Sergeant at Arms?
15   A    He's the person that's ultimately charged in the
16   protection of the House of Representatives.
17   Q    Okay.  So the Sergeant at Arms is about to announce the
18   arrival of the Senate?
19   A    That's correct.
20             MS. MIRELL:  All right.  Let's play this until 2
21   minute and 2 second time stamp.
22             (The videotape was played.)
23             MS. MIRELL:  We can stop there.
24   BY MS. MIRELL:
25   Q    All right.  Center of your screen here, I have circled a
```

```
 1   brown leather box.  Do you know what's in those boxes, Officer
 2   Gazelle?
 3   A    I do.
 4   Q    What's in them?
 5   A    Those are the electoral ballot vote cards that will be
 6   counseled for the Vice President, President of the United
 7   States.
 8   Q    So the actual ballots?
 9   A    The actual ballots, yes.
10   Q    Got it.
11            MS. MIRELL:  All right.  If we can play until 2:18.
12            (The videotape was played.)
13   BY MS. MIRELL:
14   Q    Who do we see at this point in the center aisle?
15   A    Vice President Mike Pence.
16   Q    Anyone you recognize behind him?
17   A    Yes.  You have Senator Majority Leader Mitch McConnell.
18   Q    And so exactly at 1:00 they are walking into the House
19   floor at the joint session?
20   A    That is correct.
21            MS. MIRELL:  Let's continue playing until 3:38 here, I
22   believe.
23            (The videotape was played.)
24   BY MS. MIRELL:
25   Q    First of all, for the record, it's 1:14, correct?
```

1   A    Correct.

2   Q    Why did the houses have to withdraw at this point?

3   A    At this point there was an objection with one of the

4   ballots.  So as I read before, when there is an objection, they

5   retire to their two chambers and they go over the objection.

6   Q    Got it.  So that meant the Senate would then have to walk

7   back down the entire length of the Capitol to get back to their

8   chamber, back through the Ohio Clock corridor, back through

9   that main door, correct?

10  A    That's correct.

11  Q    And they would each separately take up their objections in

12  their respective houses.  That means House takes up its

13  objection, Senate takes us its objection separately, is that

14  correct?

15  A    That is correct.

16         MS. MIRELL:  Let's play until the 4:02 time stamp

17  here.

18         (The videotape was played.)

19  BY MS. MIRELL:

20  Q    At this point the Senate has left the House chamber,

21  correct?

22  A    That is correct.

23  Q    And the House is starting to take up its business again --

24  A    It is.

25  Q    -- of taking up that objection?

```
 1   A      Correct.

 2              MS. MIRELL:  Okay.  And let's play until 4:57 now.

 3              (The videotape was played.)

 4   BY MS. MIRELL:

 5   Q    At this point, the Senate has returned to its chamber,

 6   correct?

 7   A    That is correct.

 8   Q    It's about 1:30 that we see on the clock here?

 9   A    Yes, it is.

10   Q    And Vice President Pence is announcing the statute we have

11   all reviewed, correct?

12   A    That's correct.

13   Q    The time limits in section 17, right?

14   A    That's correct.

15   Q    All right.  And did the Vice President stay to preside

16   over the objection in the Senate?

17   A    At this point, yes.

18   Q    Did he -- at some point did he have to leave?

19   A    He did.

20   Q    What's your understanding of why he had to leave?

21   A    At this point there was commotion going on around the

22   chamber, and we knew we had several breaches into the building

23   at this point.

24   Q    And just for clarity, were you wearing a headset or an

25   earpiece that day?
```

1   A    Yes.  We all -- all police officers have radios.  And on

2   the radios and the suits we wear an earpiece.  And I keep my

3   radio on scan mode so I can monitor other channels as we are

4   doing our work so I can keep an eye on what's going on outside

5   the chamber.

6   Q    So at this point, at 1:30, you have your earpiece in,

7   correct?

8   A    That's correct.

9   Q    And you are listening to whatever is coming across the

10  radio?

11  A    I am.

12  Q    What are you hearing?

13  A    I have heard -- at this point I have heard several

14  breaches through the line that was outside of the building.

15  I'm hearing of windows being broken and breaches into the

16  building.

17  Q    And that's all coming through your radio?

18  A    That's correct.

19  Q    At some point did the Vice President leave the Senate

20  chamber?

21  A    Yes, he did.

22  Q    And as -- did you witness him leave the Senate chamber?

23  A    I did.

24  Q    Can you describe what happened?

25  A    It was one big fluid motion.  I came onto the Senate floor

1    because I knew we were facing a problem, and I saw him still

2    sitting in the chair, which I was a little shocked.  At this

3    point I saw him get up.  His Secret Service team meets him at

4    the door to his left.  Then Senator Grassley comes over, takes

5    the chair, grabs the gavel.  He gavels out the Senate into

6    recess.  Then his Dignitary Protection Team comes in, grabs

7    him.  He goes  off the floor, and then I walk up to the dais.

8    Q    That was a lot to process, and I think we are going to see

9    all that in person.  We are describing, though, one big fluid

10   motion.  At some point Vice President leaves to his Secret

11   Service, correct?

12   A    Correct.

13   Q    And if you could point out on Exhibit 606, which is

14   hanging behind you, which door he left through from the Senate

15   chamber.

16   A    So he leaves from the dais out this door right here

17   (indicating) and goes into the back part of the -- part of

18   Senate chamber.

19   Q    So the door closest to his ceremonial office?

20   A    That's correct.

21   Q    The door, I guess, east?

22   A    It would be on the east side, yes, northeast, correct.

23   Q    Got it.  Quickly -- and you can take your seat again.

24   Thank you, Officer Gazelle.

25        Quickly thereafter, Senator Grassley steps in, bangs the

```
 1   gavel, and puts them into recess?

 2   A    That's correct.

 3   Q    So let's watch that now.  If we could continue playing

 4   until 5:25.

 5             (The videotape was played.)

 6             MS. MIRELL:  Can we pause it there actually?

 7   BY MS. MIRELL:

 8   Q    Whose voice is that, do you recognize --

 9   A    Senator Grassley's voice.

10   Q    He's calling the Senate into recess?

11   A    That's correct.

12             MS. MIRELL:  Let's continue playing for 3 seconds.

13   BY MS. MIRELL:

14   Q    Who is that Senator that we were just watching a second

15   ago?

16   A    That was Senator Langford.

17   Q    What state is he from?

18   A    Oklahoma.

19   Q    And what was he doing at that point?

20   A    He was standing in front of the Senate giving his

21   five-minute speech on his objection or non-objection to the

22   vote.

23   Q    So he was giving his five minutes of objecting, correct?

24   A    That's correct.

25   Q    All right.  And could you hear at the very end of that
```

1   clip what his aide was saying to him?

2   A    That they were suspending the Senate right now due to

3   rioters.

4          MS. MIRELL:  Okay.  So let's go back actually a few

5   seconds to 5:22 and listen to it.

6          (The videotape was played.)

7   BY MS. MIRELL:

8   Q    So it sounds something with protesters are in the

9   building, is that what you heard?

10  A    That's correct.

11         MS. MIRELL:  Let's play until a couple more seconds

12  here.

13         (The videotape was played.)

14  BY MS. MIRELL:

15  Q    So we have stopped at about 5:31 on the time bar.  Do you

16  see yourself --

17  A    I do.

18  Q    -- at this point?

19       Can you narrate for me where you are, and I will mark it.

20  A    If you look at the left-hand side towards that blue panel

21  of the chair, I am the officer with the blue tie and the black

22  suit.

23  Q    Is that you I just circled?

24  A    That's me.

25  Q    And who is this on the dais?

```
 1    A     That's Senator Grassley.

 2    Q     And here, who are all these folks?

 3    A     That's the Dignitary Protection Team that's in charge of

 4    his security.

 5    Q     What is a Dignitary Protection Team?

 6    A     He is the President Pro Tem, so therefore, he's in the

 7    line of succession of the presidency, so we have 24-hour

 8    protection around him.

 9    Q     Got it.  And so the Dignitary Protection Team was running

10    up to go take him off the dais?

11    A     That is correct.

12    Q     And escort him to safety?

13    A     That is correct.

14    Q     Okay.  So I think you mentioned this previously, but once

15    Senator Grassley is escorted off the dais, what do you do?

16    A     At this point I walk up to the dais and take control of

17    the Senate floor.

18    Q     All right.  So let's watch that.

19          MS. MIRELL:  If we can play another 11 seconds here.

20          (The videotape was played.)

21    BY MS. MIRELL:

22    Q     Correct that you are, at this point, at the 5:42 time

23    stamp, you are the one on the dais, and I think we just saw you

24    hammer something.  What was that?

25    A     That was the gavel.
```

1    Q    So what did you do at this point once you took the steps
2    up to the dais?
3    A    So the prominentarian gave me the gavel because that's the
4    thing you slam on to get everybody's attention.  You slam it on
5    the desk to get everybody's attention.  And at this point I am
6    trying to control -- get the Senate under control.  There's a
7    lot of commotion, a lot of going on, people wondering why the
8    Vice President and Pro Tem out of there.
9    Q    So you personally banged the gavel?
10   A    Correct.
11   Q    To bring the -- or to get their attention, and you were
12   trying to communicate commands about what to do?
13   A    That's correct.
14   Q    And what are you telling them at that point?
15   A    At this point, we are telling them we are locking
16   ourselves inside the Senate chamber and that we were going to
17   stay in there.  And we are trying to find out if we can find
18   another place, if we are going to stay there or go to another
19   place.
20   Q    Okay.  In your 32 years of experience, have you ever
21   banged the gavel on top of the Senate dais while Senators are
22   on the floor?
23   A    Not until that day.
24   Q    Under what circumstances have to exist in order for you to
25   do that?

```
 1   A    That would be under extreme circumstances.  I mean,
 2   security violations are happening throughout the Capitol, so we
 3   knew we were going to have to lock down the chamber at this
 4   point.
 5   Q    I think the time we see here, the time that you assume the
 6   dais is about 2:14, correct?
 7   A    That's correct.
 8   Q    And about how long do you think that you were on the dais
 9   directing what was happening inside the Senate chamber?
10   A    Roughly 15 to 20 minutes.
11   Q    While you were there, could you hear what was happening
12   outside the Senate chamber?
13   A    Yes.
14   Q    Could you hear what was happening inside the Ohio Clock
15   corridor?
16   A    We just heard variations of the screaming, yelling, and
17   commotion throughout around the chamber.
18        MS. MIRELL:  So at this time, I would like to pull up
19   what's already been admitted as Exhibit 507.
20        We can just play it.  Can we just play a couple
21   seconds of that clip, maybe 15 seconds.
22        (The videotape was played.)
23        MS. MIRELL:  All right.  That's great.
24   BY MS. MIRELL:
25   Q    You are inside the Senate chamber right now, correct?
```

143

1    A    That's correct.

2    Q    And can you show us --

3         MS. MIRELL:  Maybe if we hit another clip so it's less

4    blurry, like another second or so.  Okay.

5    BY MS. MIRELL:

6    Q    Where are you, which -- are you behind this wall that we

7    see in the background of this still image?

8    A    That's correct.

9    Q    So the entire Senate is on the floor behind that wall?

10   A    That's correct.

11   Q    As those rioters are standing right outside and yelling?

12   A    That's correct.

13   Q    And you are hearing this going on?

14   A    Yes, we can hear them.

15   Q    And so what's the tenor, what's kind of -- what's the

16   feeling on the Senate floor at this point?

17   A    There's a lot of nervousness.  You can start to see

18   certain members looking with fear wondering what's going on.

19   Q    What's happening to the doors?

20   A    At this point the doors are being locked.

21   Q    And you are going into lockdown mode?

22   A    Going into lockdown mode, yes.

23   Q    I think you mentioned this earlier.  You are trying to

24   decide what the plan is going to be, whether to stay in place

25   or find shelter elsewhere?

1    A    Yeah.  At this point we were trying to communicate with

2    our headquarters to find out if there was an option for us to

3    stay or go.  And if we go, you know, how we are going to do

4    this.

5    Q    And there's quite a few elderly members of the Senate,

6    correct?

7    A    That's correct.

8    Q    Were you worried about them getting out of the Senate?

9    A    Yes.

10         MS. MIRELL:  Okay.  If we can return to Exhibit 650,

11   please, and if we can return to the 5:42 time stamp that I

12   think we were at.

13   BY MS. MIRELL:

14   Q    Did the Senators ultimately stay on the floor that day?

15   A    Yes.

16   Q    Did they stay the entire time past 2:30?

17   A    No, no.

18   Q    Where did they go?

19   A    We took them to another location within the Capitol.

20   Q    Okay.  What about -- and why is it that you took them

21   outside of the Senate chamber?

22   A    Because at this point, there were so many breaches, and

23   the doors that we have really weren't going to -- the outer

24   doors weren't holding.  We knew the inner doors weren't going

25   to hold.  So we needed to get the Senate out of there.

1    Q    We talked about the Senate, and you were on the Senate

2    floor.  What about the House, did they begin evacuating at the

3    same time as you?

4    A    They did not.

5    Q    Did they evacuate earlier, later?

6    A    Later.

7    Q    Okay.  So let's watch a little bit of the House evacuation

8    process.

9              (The videotape was played.)

10             MS. MIRELL:  Can we pause at this point.

11   BY MS. MIRELL:

12   Q    So I think at this point, it was 2:14 -- the House clip

13   started.  Was that speaker Pelosi on the dais?

14   A    It sounded like her voice at the beginning.

15   Q    Yeah.  And did she hand over the floor to one of

16   representatives for an objection?

17   A    She did.

18   Q    Okay.  What about at 2:16, is that Speaker Pelosi on the

19   dais anymore?

20   A    No, it's not.

21   Q    Who is that?

22   A    It is a Congressman.  It looks like maybe Mr. McGovern.

23   Q    Okay.  But it's not Speaker Pelosi?

24   A    That is correct.

25   Q    To your knowledge, where had Speaker Pelosi gone?

1    A    At this point, she would have been removed from the floor.

2    Q    Because of the breaches?

3    A    Correct.

4    Q    But the Senate is still in session at 2:16 p.m., correct?

5    A    The Senate --

6    Q    I'm sorry, the House is still in session at 2:16, correct?

7    A    The House is still in session.

8    Q    But the Senate is not?

9    A    That's correct.

10         MS. MIRELL:  Let's continue playing.

11         (The videotape was played.)

12   BY MS. MIRELL:

13   Q    So at some point, did you hear some shouting in that clip

14   there?

15   A    I did.

16   Q    Unclear where it's coming from, but some type of shouting?

17   A    That's correct.

18   Q    And if you look at the floor of the House, what are we

19   seeing now after we hear that shouting?

20   A    We are seeing people leave the floor.

21   Q    Okay.

22         MS. MIRELL:  Let's continue playing until 7:05.

23         (The videotape was played.)

24   BY MS. MIRELL:

25   Q    So at this point, what has happened?

```
 1    A    Watching these last couple videos, I saw Majority Leader
 2    Hoyer shuffled off the floor by his Dignitary Protection Team,
 3    and they just went to recess.
 4    Q    So a few Representatives are taken off the House floor?
 5    A    Yes.
 6    Q    Not all of them?
 7    A    It looked like it was just the leadership.
 8    Q    Okay.  And it's 2:18, and the House is being put into
 9    recess at this point, correct?
10    A    Correct.
11    Q    Did the House stay in recess?
12    A    No, they did not.
13    Q    They came back?
14    A    They did.
15    Q    Okay.  All right.  Let's look at that now.
16              MS. MIRELL:  If we can play until 7:31.
17              (The videotape was played.)
18    BY MS. MIRELL:
19    Q    On the clock here, we see it's 2:26 p.m., correct?
20    A    That's correct.
21    Q    So at this point, the Senate has been in recess and
22    starting its evacuation, correct?
23    A    That's correct.
24    Q    And rioters are in the building, correct?
25    A    That's correct.
```

```
 1   Q     The House is still in order, correct?
 2   A     That's correct.
 3              MS. MIRELL:  Okay.  Let's keep playing until 7:47.
 4              (The videotape was played.)
 5   BY MS. MIRELL:
 6   Q     All right.  So it's not until three minutes later at 2:29
 7   that the House is finally put in recess, correct?
 8   A     Correct.
 9   Q     All right.  So just to recap the timeline here with me,
10   Senate goes back to its chamber around 1:30, I think we
11   discussed, correct?
12   A     Correct.
13   Q     They take up an objection to the vote, correct?
14   A     Correct.
15   Q     VP -- Vice President Pence, he is escorted off the dais by
16   his Secret Service correct?
17   A     Correct.
18   Q     Senator Grassley, the Speaker -- sorry, the President
19   Pro Tem, I suppose, correct?
20   A     Correct.
21   Q     He assumes the dais and almost immediately puts the Senate
22   into recess, correct?
23   A     That's correct.
24   Q     And then you assume the dais, correct?
25   A     That's correct.
```

1    Q    You gavel them in, you call their attention, and you start

2    to formulate an evacuation plan, right?

3    A    That's correct.

4    Q    But while this is all happening, the House is still in

5    session, right?

6    A    That's correct.

7    Q    And the House is taking up its objection, correct?

8    A    Correct.

9    Q    And then at 2:14, they start taking up -- we see them pass

10   the objection to the Representative from Arizona, correct?

11   A    Correct.

12   Q    Then at some point between 2:14 and 2:16, Speaker Pelosi

13   is taken off the dais, correct?

14   A    That's correct.

15   Q    And we start to see other Representatives leave the floor,

16   right?

17   A    Yes.

18   Q    The leadership, I think is what you said?

19   A    Yes.

20   Q    Okay.  And we are -- that's when we hear the shout from

21   the gallery, correct?

22   A    Correct.

23   Q    All right.  And then the House is put into a temporary

24   recess at 2:58, right?

25   A    Correct.

1    Q    They came back from that recess about eight minutes later,

2    right, at 2:26?

3    A    They do.

4    Q    They continue taking up their work until 2:29, right?

5    A    That's correct.

6    Q    It's not until close to 2:30, over 15 minutes past when

7    the Senate recesses, that the House actually starts to recess,

8    right?

9    A    That's correct.

10   Q    Okay.  Thank you for that overview.

11         MS. MIRELL:  So let's continue playing until 7 minutes

12   and 54 seconds, and we are almost through.

13         (The videotape was played.)

14   BY MS. MIRELL:

15   Q    All right.  Both houses had been evacuated at this point,

16   correct?

17   A    Correct.

18   Q    And did they come back that day, the houses?

19   A    They did.

20   Q    What time did the Senate come back?

21   A    They came back a little after 8:00 p.m.

22   Q    What about the House?

23   A    They came back around 9:00 p.m.

24   Q    Why is it that it took them so long to come back into

25   session?

151

```
1    A    Well, we had to clear the Capitol, make sure it was safe

2    for the two bodies to come back to their chambers.  We had a

3    bunch of unknown individuals in the Capitol who never went

4    through security.

5        Later that day, we had two actual bomb threats to the RNC

6    and DNC, so we were spread kind of thin.  So we had to make

7    sure the Capitol was clear of any hazardous devices and any

8    personnel that didn't belong in there.

9    Q    Prior to bringing any members of Congress back, you had to

10   first clear the rioters?

11   A    Correct.

12   Q    Presumably you had to clean up the building or at least

13   the chambers where they would be, correct?

14   A    That's correct.

15   Q    And you also had to search for bombs and any other types

16   of explosive devices or weapons that may have been kept or left

17   inside the Capitol?

18   A    That is correct.

19   Q    Got it.

20        MS. MIRELL:  All right.  So let's continue playing

21   this video until 8:13.

22        (The videotape was played.)

23   BY MS. MIRELL:

24   Q    So that's the Vice President that we see back on the dais

25   now, correct?
```

```
 1    A    That's correct.

 2    Q    And it's about 8:06 p.m., right?

 3    A    Correct.

 4    Q    Are you aware if the Vice President stayed at the Capitol

 5    complex the entire time of this recess?

 6    A    Yes, he was.

 7              MS. MIRELL:  Okay.  Let's continue playing until 8:27.

 8              (The videotape was played.)

 9    BY MS. MIRELL:

10    Q    So is that Speaker Pelosi back on the dais now?

11    A    Yes, that's her.

12    Q    It's around 9:03, I guess, on the clock that we see in the

13    recording studio video, correct?

14    A    Correct.

15    Q    So the House came back about an hour after the Senate?

16    A    That's correct.

17    Q    Did Congress ultimately finish certifying the votes on

18    January 6?

19    A    No.  They worked through the night into the morning of

20    January 7.

21    Q    So about what time did they actually finish certifying the

22    votes the next day?

23    A    About 3:40 in the morning, a.m.

24              MS. MIRELL:  Let's play the video until the end here.

25              (The videotape was played.)
```

```
 1   BY MS. MIRELL:

 2   Q    It wasn't until 3:44 a.m. the next day on January 7 that

 3   the Joint Session actually dissolved, is that right?

 4   A    That's correct.

 5         MS. MIRELL:  We can take that exhibit down.

 6   BY MS. MIRELL:

 7   Q    Officer Gazelle, how late did you stay at the Capitol that

 8   day?

 9   A    Until about 4:30, 5:00 in the morning.

10   Q    What time did you show up for work on January 6?

11   A    8:30 a.m.

12   Q    And we heard some testimony from you about your directing

13   the evacuation of the Senate.  Once you had -- well, who was

14   the last person to leave the Senate floor?

15   A    That would be me.

16   Q    What did you do that day after helping evacuate the Senate

17   floor?

18   A    Like I said, I walked around the chamber a few times to

19   make sure we didn't leave anybody behind.  And after we

20   realized the chamber was completely empty of anybody, I ran and

21   caught up with the tail end of the Senate.

22   Q    I'm sorry, I didn't hear that.

23   A    I wound up catching up with the tail end of the Senate to

24   the next location.

25   Q    Once you had helped relocate the Senate, did you ever go
```

1    back into the Capitol Building?

2    A    Yes.  I had to go back several times to do extractions of

3    personnel that we could not locate that were not on the Senate

4    floor during the initial evacuation.

5    Q    You used the word extraction.  Can you tell us what you

6    mean by that.

7    A    We had to go into areas that were with -- hostile areas

8    basically, rioters, protesters, and had to go to rooms where

9    certain key personnel were hiding.

10   Q    Got it.  And you helped escort them out of the building?

11   A    Yes.

12   Q    Do you know about how many extractions you did?

13   A    I went on four extractions myself.

14   Q    Do you know if rioters ultimately entered the Senate

15   chamber on January 6?

16   A    They got onto the floor, yes.

17   Q    And what did they do on the floor?

18   A    They were rummaging through desks, standing on the dais,

19   taking pictures, just basically treating the chamber in a bad

20   way.

21            MS. MIRELL:  Can I have one moment, Your Honor?

22            THE COURT:  Yes.

23            MS. MIRELL:  No further questions.  I will pass the

24   witness.

25            THE COURT:  All right.  Is there any

1    cross-examination?

2          MR. DAVIS:  No cross-examination, Your Honor.

3          THE COURT:  All right.  Officer, you may step down.

4    Thank you for your testimony.

5          We have been going for about an hour, so maybe we will

6    take a quick break.

7          Ms. Mirell, go ahead.

8          MS. MIRELL:  I'm sorry to be the reason to hold up a

9    break, but before we do so, may I please read a brief

10   stipulation into the record?

11         THE COURT:  You may.  I assume this has been agreed

12   to -- it's part of the stipulation that's been agreed to?

13         MS. MIRELL:  Yes.

14         THE COURT:  You may proceed.

15         MS. MIRELL:  Officer Gazelle, we thank you for your

16   time.

17         And I think we actually have to move to admit

18   Exhibit 701, which is the stipulations.

19         THE COURT:  Without objection, it will be admitted.

20         (Government's 701 received in evidence.)

21         MS. MIRELL:  Okay.  And I am going to ask Mr. Clement

22   to please display them.  And if we could go to page 2, I will

23   just read, and the jury can follow along.

24         January 6 -- well, start with the United States of

25   America, by and through its attorney, the United States

Attorney for the District of Columbia, and the defendant,

Douglas Austin Jensen, by and through his attorney, agree and

stipulate to the following:

January 6, 2021, a Joint Session of the U.S. Congress

convened at the Capitol.  During the Joint Session, elected

members of the U.S. House of Representatives and the U.S.

Senate were meeting in both the House and Senate chambers, the

Capitol, to certify the vote count of the Electoral College of

the 2020 presidential election which had taken place on

Tuesday, November 3, 2020.

January 6, 2021, the House of Representatives began

its session at approximately 12:00 p.m.  The Senate began its

section at approximately 12:30 p.m.  And the two houses met

together at approximately 1:00 p.m. in the House of

Representatives chamber to begin the Joint Session.

Vice President Mike Pence was in the Capitol Building

and presiding over the Joint Session.  At approximately

1:15 p.m. the House and Senate adjourned to their separate

chambers for to two hours to resolve a particular objection.

At approximately 2:12 p.m., Vice President Pence

evacuated of the Senate chamber.  And approximately one minute

later, the Senator who had become the presiding officer in Vice

President Pence's absence declared that the Senate would stand

in recess.  Senators evacuated the Senate chamber.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who

was presiding over the House of Representatives, evacuated the House chamber.  And approximately 15 minutes later, the representative who had become the presiding officer in her absence declared that the House would stand in recess. Representative evacuated the House chamber.

The Joint Session was suspended.  The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m. respectively.  Congress's Joint Session continued until approximately 3:44 a.m. on January 7, 2021 when it completed the certification of the Electoral College vote.

The certification of the vote count of the Electoral College was an official proceeding, as that term is used in Count 2.  It also amounted to government business and official functions, as those terms are used in Count 5.

Finally, the certification of the vote count of the Electoral College was a session of Congress or either house of Congress and a hearing before or any deliberation of a committee of Congress or either house of Congress, as those terms are used in Count 6.

Thank you, Your Honor.

THE COURT:  All right.  Very well.  Let's stand in -- have a quick recess of ten minutes.  We will come back.  It's now 2:30.  We will come back at 2:40, and the government can call its next witness at that time.

(A recess was taken at 2:39 p.m.)

```
 1                    (The jury entered the courtroom at 2:45 p.m.)

 2             THE COURTROOM DEPUTY:  We are back on the record in

 3     Criminal Matter 21-6, United States of America versus Douglas

 4     Austin Jensen.

 5             THE COURT:  Ms. Allen, you may proceed.  Government,

 6     call its next witness.

 7             MS. ALLEN:  Thank you, Your Honor.  The government

 8     calls United States Capitol police Officer Eugene Goodman.

 9                            EUGENE GOODMAN

10     Having been first duly sworn on oath, was examined and

11     testified as follows:

12             THE COURTROOM DEPUTY:  Thank you.  You may be seated.

13             THE COURT:  If you can remove your mask, sir.  Thank

14     you.

15             You may proceed.

16             MS. ALLEN:  Thank you.

17                          DIRECT EXAMINATION

18     BY MS. ALLEN:

19     Q     Good afternoon, Officer Goodman.

20     A     Good afternoon.

21     Q     Can you tell us where you work.

22     A     United States Capitol Police.

23     Q     How long have you been with the Capitol Police?

24     A     15 years.

25     Q     What is your job there?
```

```
1   A    I serve as a police officer in the United States Senate.

2   Q    In the Senate?

3   A    Yes.

4   Q    Before you got to the Capitol Police, where did you work?

5   A    I was in the United States Army.

6   Q    How long did you serve in the United States Army?

7   A    Four years.

8   Q    Were you deployed as part of your work in the army?

9   A    Yes.  I got one combat deployment to Iraq.

10  Q    To Iraq?

11  A    Yes.

12  Q    After for years of service in the Army, you came here to

13  D.C.?

14  A    Yes, back home.  I'm from here, so yes.  I came to the

15  Capitol Police, yes.

16  Q    Back where you are from.  And then you started at the

17  Capitol Police right after the U.S. Army?

18  A    Yes.

19  Q    You said you work at the Senate?

20  A    Yes.

21  Q    What does that mean?

22  A    For me, as a Capitol police officer, it means securing the

23  Senate floor, the chamber inside and immediately around,

24  safeguarding Senators, staff, anybody who comes and has access

25  to the Senate chamber.
```

1  Q    Do you actually stand on the House floor when the Senate

2  is in session?

3  A    The Senate floor.

4  Q    I'm sorry, the Senate floor.

5  A    Yes, I do sit on the Senate floor, yes.

6  Q    Were you assigned to work on January 6, 2021?

7  A    Yes.

8  Q    What was planned to happen that day?

9  A    It was supposed to be a Joint Session of Congress for the

10 confirmation of the President of the United States.

11 Q    Okay.  And the Joint Session, were you -- did you have a

12 different assignment for the Joint Session than you normally

13 do?

14 A    Yes.  Because of the Joint Session and because of the

15 COVID protocols that we were in, my assignment for that day was

16 I was in uniform and I was actually assigned to the Rotunda for

17 that day.

18 Q    And what does that mean to be assigned to the Rotunda?

19 A    So my job that day was to safeguard the path of the

20 members traveling -- Senators and congressmen traveling back

21 and forth between both sides of the Capitol, the House and the

22 Senate side of the Capitol Building and also, during the Joint

23 Session, when the Vice President comes and they line up all the

24 Senators and they all collectively go over to the House, the

25 bigger side of the chamber.

1          So my job was to safeguard that route and make sure who

2    was in the area was supposed to be in the area, they actually

3    had business, and they actually had the proper ID to be in that

4    area, yes.

5    Q    Okay.  And were you physically in the Rotunda for a part

6    of the day?  Is that where you were assigned to physically

7    stand, in the Rotunda?

8    A    Yes.

9    Q    I'm sorry to say, we are having some audio problems with

10   the system.  If you could just move -- it's only working if

11   your mouth is really close to the microphone.

12   A    Okay.

13   Q    And also, you have a little lapel mic.

14   A    Okay.

15   Q    And I may ask you to turn around and point some things out

16   on the map behind you.  And when we get there, you don't have

17   to put it on.  It might be easier to hold it.  When you get up

18   there, you can hold it up to your mouth when your talking.

19   A    Okay.

20   Q    So you are physically stationed in the Rotunda, and

21   because it's a joint session, we have a lot of movement back

22   and forth across the building?

23   A    Yes.

24   Q    Leading up to that day, did you have notice or warning

25   about rallies or protests that were going to be happening?

1   A     Me, no, no idea.

2   Q     Were the grounds of the Capitol set up differently from

3   usual that day?

4   A     Yes.  During an inauguration year, what happens is, around

5   about the time of Labor Day, they will restrict the entire West

6   Front of the Capitol Building so that First Street side going

7   west towards the Mall is fenced in, so no access is granted to

8   the public at all on that side of the building.  And that

9   goes -- and that starts around about Labor Day all the way

10  until the inauguration is over.

11  Q     Okay.  How did your day on January 6 start out?  What time

12  did you get to work?

13  A     Really, really early.  It was still dark, maybe 4:30-ish,

14  5:00-ish.  I can't remember.  It was really, really early.  I

15  parked on the Washington Avenue Northwest side of the complex

16  in the vicinity of Union Station and --

17  Q     From there, did you go straight to the Capitol?

18  A     Not initially because I was there fairly early, so I kind

19  of sat in my car for a little bit and --

20  Q     When you were in your car, did you notice anything going

21  on?

22  A     Yes.  There were people coming from Union -- a lot of

23  people coming from Union Station, ralliers.  They had their

24  signs, the pro Trump signs, and all that.  They seemed to be

25  heading down the Mall.

1    Q    Did that seem any different to you than other protests

2    that you have seen, other large protests you have seen in the

3    city?

4    A    Yes.  Up until then, yes, it seemed different.  I've never

5    seen protesters out that early in the morning walking down the

6    Mall.

7    Q    Anything else unusual about it, just the time of day?

8    A    Just the time of day and the fact that they were just

9    walking down the Mall and seemed to be already riled up in

10   their cause.

11   Q    Okay.

12   A    Yeah.

13   Q    Did you go to the Capitol at some point?

14   A    Yes.  I did end up going into the building via the loading

15   dock of the Capitol Building, which is on that side of the

16   building, north side of the building, and got myself together,

17   put on the rest of my uniform, and got prepared for duty.

18   Q    Did you start your day as expected that day?

19   A    Yes.

20   Q    Were you actually in the Rotunda?

21   A    Yes.

22   Q    At some point during the day, did you come to understand

23   that something was going wrong?

24   A    At some point in the day, I can't remember exactly what

25   time, but I heard over the radio that the West Front had been

1    breached.

2    Q    And what did you do when you heard that?

3    A    Myself and the other officers that I was guarding the

4    Rotunda with, we go downstairs, the Lower West Terrace door

5    stairs, which would be the route that the President and Vice

6    President take as they are going to the inauguration.  So we go

7    down those stairs.  A few of them proceed outside.  I don't go

8    outside immediately.  I kind of stand in the doorway.

9    Q    Okay.  Can I ask you right here to point out where it was

10   that you went.  And if you could grab that microphone, and we

11   are looking at Exhibit 606.

12   A    Okay.  So --

13            MS. ALLEN:  May I approach, Your Honor?

14            THE COURT:  You may.

15            THE WITNESS:  So I'm in the Rotunda, which is here

16   (indicating).  And I go down these stairs here.  And there's a

17   second set of stairs just underneath there, and I go down those

18   stairs and out of the Lower West Terrace door, which is this

19   way.

20            MS. ALLEN:  Now, Your Honor, can I approach again to

21   swap out the boards?

22            THE COURT:  You may.

23   BY MS. ALLEN:

24   Q    Okay, Officer Goodman, do you see the area where you said

25   you went down to the doorway but not outside the door just yet?

165

1    A    Yes.  That would be this small little door here, the exit

2    to the Lower West --

3    Q    Great.  Okay.

4         MS. ALLEN:  And just for the record, that was

5    reference to Exhibit 603.

6    BY MS. ALLEN:

7    Q    When you got to that doorway, could you see outside?

8    A    Yes.  I could see clear down the Mall, yes.

9    Q    What did you see?

10   A    A lot of people spilling over the fence line that had been

11   established at First Street of the Capitol Building on the West

12   Front.

13   Q    So you knew that that area had been blocked off with

14   fencing, and now these people you were seeing were through that

15   fence?

16   A    Yes.

17   Q    Were you prepared at that point with the right equipment

18   to engage in what you would need to do?

19   A    As far as civil disturbance, no, I haven't been to the

20   civil disturbance unit for quite some years now, so I didn't

21   have riot gear, helmet, that kind of stuff.

22   Q    You said you were wearing your regular --

23   A    I was just wearing my regular uniform.

24   Q    Were there units with the Capitol Police that were in

25   what's sometimes referred to as hard gear?

1    A    Yeah.  And they had began to spill out and go outside and

2    form their lines, police lines, yes.

3    Q    And what is hard gear?

4    A    It's just protective gear looking similar to that of a

5    football uniform, if you will, that an NFL player would wear.

6    But it has helmet, shoulder protection, arm protection, leg

7    protection, also a gas mask to protect from tear gas.

8    Q    So you had none of those?

9    A    No, I had none of that.

10   Q    Were you asked to go outside anyway?

11   A    At one point, one of my coworkers, he comes up to the door

12   that a few of us was standing in and he said, we need you

13   guys's help.  And I go outside, and it was then that I was

14   handed over -- I'm assuming it would be the first person

15   because there was a secondary fence line that they had

16   established just at the base of the stage there.  And I am

17   assuming that person who crossed that police line and that

18   fence line was taken into custody because that's the guy I was

19   handed over, yes.

20   Q    And you were asked to handle that prisoner?

21   A    Yes.

22   Q    Or arrestee, however you refer to him?

23   A    Yes.

24   Q    What did you do?

25   A    I took him back up the inauguration stage, and I take him

```
 1    to the prisoner correction point which was established at the
 2    south side of the building, so the House Plaza.  So I take him
 3    over there to safeguard him, check-search him, and just wait
 4    for the police wagon to show up.
 5    Q    Okay.  So the prisoner was going to be transported --
 6    A    He was going to be transported, just have him prepared for
 7    transport.
 8    Q    So at least your assumption is that that was one of the
 9    first people to break the line?
10    A    Yes.
11    Q    And is that because before what you could see --
12    A    Actually, it's what I could see from where I was standing
13    because from the inauguration stage platform, it's maybe about
14    25 to 30 feet down from the actual ground level, so you can't
15    actually see over it unless you are standing over looking out
16    over it.  So I couldn't see --
17    Q    So your view was blocked?
18    A    So my view at that point of what was going on immediately
19    underneath the inauguration platform was blocked, yes.
20    Q    So as time went on, as you know, minutes and the hour
21    passed, was it possible to make any further arrests?
22    A    Officers began -- because at that point, I was still on
23    the House Plaza waiting for the wagon to show up.  So officers
24    began trickling around the corner slowly with prisoners that
25    they had had waiting on the -- still waiting on the wagon,
```

1   which was stuck in traffic from all the people that were

2   walking up the Mall.  So they -- I think maybe a half hour, 45

3   minutes maybe waiting on the wagon.

4   Q    And then once that group of prisoners was dealt with, was

5   it possible for the Capitol Police to make more arrests, or at

6   some point, did that become impossible?

7   A    Well, at that point, I don't know what's going on on the

8   West Front because I'm still on the House side of the building.

9   I can't see at all what was going on on the West Front.  It

10  wasn't until I go back around the corner once the wagon come

11  and I load my prisoners up that I go back onto the West Front

12  that I actually see what's going on.

13  Q    Let's talk about that.  If you wouldn't mind, if you could

14  approach that diagram.

15       And if you could stand on the opposite side just so

16  everyone can see.  Can you point out for us where you were

17  waiting for the prisoner transport and then how you came back

18  around to the West Front?

19  A    So I got my prisoner here on the inauguration platform

20  stage.  I took him up through here, walked him around the Upper

21  West Terrace around to the south side of the building and to

22  the House Plaza.  The wagon comes eventually.  I come back

23  around the corner and slowly but surely there are more officers

24  coming with more prisoners, and I tell them where to take them,

25  where the wagon is, and I come back to the stage here.

1    And then that's when I see a Capitol Police sergeant or

2    something -- Sergeant Lieutenant, I can't remember who he was.

3    But he told me, get in there.  And I said, get in where?  And

4    he says, in there.

5    And there's scaffolding, because of the stage, there's

6    scaffolding here, so I can't really see what's going on here

7    until I come downstairs and get in there.  And that's when I

8    see what's actually going on.  And it looked like medieval

9    times.  It was just fighting and punching and force clashing

10    against force.  That's when I pulled out my baton in one hand

11    and pepper spray in the other and got into the melee.

12   Q    You can take a seat.  Thank you.

13        All right.  So you are at that scaffolding now toward the

14   north side of the building?

15   A    Yes.

16   Q    And that's when you see what you said like medieval times?

17   A    Yes.

18   Q    It was a little hard to hear because, again, the audio

19   problems.  Can you describe again what you saw.

20   A    Like I said, it just looked like two big masses of

21   opposing forces just clashing up against one another.  It was

22   just a lot of fighting and punching and spraying and hitting

23   with batons and -- yeah.

24   Q    Did you engage in that?

25   A    Yeah, I did.  I got hit in the head with something.  It

1   looked like somebody threw -- I don't know if it was a piece of
2   fruit.  And I also got bear-sprayed in the face that day too on
3   that side of the building.
4   Q    You were inside of the scaffolding structure at that
5   point?
6   A    Yes.
7   Q    What was going on in there?
8   A    Fighting, punching, shoving, pushing, a lot of yelling,
9   screaming.
10  Q    And the Capitol Police were essentially trying to stop
11  riots from moving closer to --
12  A    Yeah, closer to the doors, yes.
13  Q    Was that successful?
14  A    No.  Up to a point, but then we got overran.
15  Q    Okay.  How did -- did you get overrun?
16  A    Yes.  At one point the Metropolitan Police shows up.  I
17  get sprayed by the individual, and then also Metropolitan
18  Police shows up and they started to deploy tear gas.  And the
19  kid -- the tear gas began to blow back on us, so I started to
20  take effects.
21  Q    And you have no gas mask?
22  A    No.
23  Q    At some point were you able to go inside and find some
24  relief?
25  A    Yes.  At one point in time, I, as more officers began to

```
1    come out and sort of reestablish the line and get into the
2    fight, I was able to kind of break contact and go inside to the
3    Crypt, which is the first floor level dead center of the
4    Capitol and where coworkers along with the Office of the
5    Lieutenant Physician had set up a triage area full of buckets
6    and water for us to rinse our faces off with and kind of clean
7    up.
8         And so that's what I did.  I rinsed my eyes out and threw
9    up in a bucket, did what I needed to do to get myself together,
10   and then I went back outside.
11   Q    So you just had a few minutes to rinse your face, throw
12   up, recover a little bit, and then you had to go back out?
13   A    Yes.
14   Q    And did you go back outside and engage further with the
15   rioters?
16   A    Yes.
17   Q    Were you back out in the same area that you had come from?
18   A    Yes.  Essentially, yes.
19   Q    And were you about -- if you could estimate, you know, the
20   numbers of people that you were engaging with and the numbers
21   of people that you saw?
22   A    I saw what looked like thousands to me, a lot of fighting,
23   a lot of up and down at that point, not necessarily on the line
24   because the line had been reestablished a little further ahead.
25        So at that point, I am just sort of running around the
```

1  scaffolding because people are climbing up and down the

2  scaffolding.  And so as they climb up, I would go up and try to

3  run them off or kind of backfill an established line as needed.

4  Q    Were the people in the scaffolding trying to accomplish

5  something?

6  A    They looked like they were trying to bust through our

7  police lines.

8  Q    At some point were you -- well, let me ask you this.  Have

9  you come across video that shows you engaging with the rioters

10  at this point in the day?

11  A    Yes.  Outside, yes.

12  Q    Was that video that was just posted on the internet?

13  A    Yes.  It was on YouTube, I believe.

14        MS. ALLEN:  Could we pull up Exhibit 509, please.

15  BY MS. ALLEN:

16  Q    Can you see that on your screen in front of you?

17  A    Yes.

18  Q    Is that the video that I was just asking about?

19  A    Yes.

20        MS. ALLEN:  Your Honor, I would move to admit

21  Exhibit 509 and publish to the jury.

22        THE COURT:  Without objection, it will be --

23        MR. DAVIS:  Subject to my earlier motions, Your Honor.

24        THE COURT:  Understood.  It will it be admitted and

25  published to the jury.

```
 1              (Government's 509 received in evidence.)

 2              MS. ALLEN:  If you could play the video, please.

 3              (The videotape was played.)

 4   BY MS. ALLEN:

 5   Q    Officer Goodman, do you recognize yourself in the video

 6   here?

 7   A    Yes.

 8   Q    Can you -- well, I will just mark, and you can tell me.

 9   Is that you?

10   A    Yes.

11   Q    Okay.  What's happening right there?

12   A    I got pepper-sprayed along with the other officers --

13   bear-sprayed.  That was actually bear spray.

14   Q    Did that cause an effect on you?

15   A    A lot of burning, yes, very, very, yes, very hot.

16   Q    Do you recognize the other police officers in this video?

17   A    One other, yes.

18   Q    And are they all -- do you recognize their uniforms as

19   being --

20   A    Yes.  Capitol Police officers, yes.

21   Q    What was happening between your group of officers and the

22   rioters at this point?

23   A    At that point, we were trying to do our best to keep them

24   back from proceeding any further, coming up the -- at that

25   point, they were coming up to the inauguration platform stage
```

```
 1   level, so we were trying our best to fend them off and keep
 2   them back.
 3            MS. ALLEN:  Could we pull up Exhibit 603.
 4   BY MS. ALLEN:
 5   Q    If you wouldn't mind, sorry to ask you to do this, could
 6   you go back to that -- can you point out --
 7            MS. ALLEN:  And if you could zoom in for the jury too.
 8   BY MS. ALLEN:
 9   Q    Can you point out where you were coming -- there's a
10   little sort of channel, narrow pathway that --
11   A    Yes, right in here (indicating).
12   Q    Okay.  And if you look on your screen, I am going to mark
13   a little area.  Is that the area that you were just -- we just
14   saw you in the video along with some other police officers?
15   A    Yes.
16   Q    And so you and the other officers are trying to form a
17   line, a barrier, here so that the rioters can't make it any
18   further up those stairs?
19   A    Yes.
20   Q    At the point that you were bear-sprayed, had the rioters
21   breached up to the second layer of stairs right there yet?
22   A    Beyond that point, that, I don't know, because there was
23   also fighting going on inside of that little -- underneath the
24   scaffolding, underneath that little -- you know, right through
25   that little area that you just highlighted.
```

```
1    Q    Right up here (indicating)?

2    A    Yes.  So there was fighting going on underneath there, so

3    I don't know if any others had proceeded any further.  And I

4    couldn't tell you about the opposite side of the stage either,

5    so I don't know.  At that area where we were, no, but further

6    along the line, I couldn't tell you.

7    Q    Okay.  So your ability to see everything that's going on

8    is obstructed by a lot of different --

9    A    Yes, a lot of different things, obstructed by the people,

10   all the people, and also the scaffolding, and the stage also.

11   Q    Right.  And not to mention bear spray in your face?

12   A    Yes.

13   Q    Were you able to go inside?

14   A    Yeah.  At one point, yeah.  I think I climbed up to the

15   top of the scaffolding to run somebody off, and at one point,

16   they began to shake the scaffolding and try to rock us off of

17   the scaffolding.  And a supervisor starts to kind of wave us in

18   and wave us down off of the scaffolding, and that's when I come

19   down and go inside.

20   Q    Did it feel like the structure of the scaffolding was

21   unsafe at that point?

22   A    Yes.  It was -- I could feel it swaying, yes.

23   Q    So at that point, you went inside.  That's the second time

24   you went inside?

25   A    That's the second time I went inside, yes.
```

```
 1    Q    Okay.  Where did you go the second time you went in?

 2    A    The second time I went inside, I went to the Rotunda, back

 3    to the Rotunda.  I heard something over the radio to the effect

 4    of breach of the Rotunda or something like that over the radio.

 5    Q    So when you got inside, you heard that there had been a

 6    breach of the Rotunda, and that's why you went to the Rotunda?

 7    A    That's why I went to the Rotunda.  At that point, I'm

 8    inside.  I can't see what's going on outside.  So all I had to

 9    rely on is my radio, which is, what I can hear, going crazy.

10    Q    Okay.  Tell us a little bit about that.  What was going

11    crazy on the radio?

12    A    Just a lot of officers just sort of trying to distribute

13    information, get out their -- sounds like they were just,

14    everybody each dealing with their own individual battle, so to

15    speak.  And they are all just trying to put out what they are

16    dealing with all at once, which is hard to do because only one

17    person can come off the airway at any given time.

18    Q    If everyone is calling for help at the same time, you can

19    only hear one of them?

20    A    You can only hear one person.

21    Q    You were able to hear somebody, though, on the radio say

22    Rotunda?

23    A    Yes.

24    Q    And that's why are you went there?

25    A    Yes.
```

1   Q     When you got there, what did you see?

2   A     I got to the Rotunda, and I look out the Rotunda doors

3   which face east, and I see officers with their backs to the

4   door.  They are outside with their backs to the door.  And they

5   are facing eastward, so they are facing the Supreme Court and

6   the Library of Congress.  And they just have a ton of people

7   just right on top of them.  They are not being struck.  They

8   are not being injured.

9         There's a bunch of rioters that are up on top of the

10  Rotunda stairs, which is also restricted on any given day.

11  That area is completely restricted to visitors anytime or any

12  given day of the year.

13  Q     So you saw basically a whole mob of people coming up the

14  stairs?

15  A     Yeah.  They were already up the stairs, and they were in

16  the faces of the officers, yes.

17  Q     Were they touching the officers?

18  A     I couldn't see them touching them.  I didn't see them

19  touching the officers, but they were in their faces yelling, of

20  course.

21  Q     Could you hear the yells?

22  A     No, not specifically.  I could hear the yells, but I

23  couldn't make out what anybody was saying, though, because the

24  door was closed.

25  Q     At that point, had anybody breached the Rotunda doors?

```
 1   A     No.
 2   Q     When you were in the Rotunda, did you get another update
 3   on your radio?
 4   A     Yeah.  I heard something to the effect of breach of the
 5   Senate over the radio.
 6   Q     Have you reviewed some of the radio recordings in
 7   preparation for your testimony today?
 8   A     Yes, yes.
 9   Q     And are they the same as you recall hearing them on
10   January 6?
11   A     Yes.
12   Q     Did those recordings also have some text added to them to
13   help follow along?
14   A     Yes.
15   Q     When you reviewed the text, did you notice that there was
16   one mistake?
17   A     Yes.
18   Q     So I think there's a moment in the transcript where it
19   says surge, S-U-R-G-E?
20   A     Yes.
21   Q     And it should have been?
22   A     CERT, which is the acronym for our SWAT team.  Containment
23   Emergency Response Team is what CERT stands for for us, yes.
24   Q     And other than that, the rest of the transcript --
25   A     Yes.
```

```
 1              MS. ALLEN:  If we could move to admit Government's
 2   Exhibit 151.1 (sic) and publish.
 3              THE COURT:  All right.  Without objection, it will be
 4   admitted and published to the jury.
 5              (Government's 150.1 received in evidence.)
 6              THE COURTROOM DEPUTY:  I'm sorry, one second.
 7              You said, what was the number again?
 8              MS. ALLEN:  150.1.
 9              And if you can play and pause it at about 41 seconds
10   in.
11              (The videotape was played.)
12   BY MS. ALLEN:
13   Q    Officer Goodman, is that what you heard on the radio?
14   A    Yes.
15   Q    The Capitol has been breached?
16   A    Yes.  The Senate breach, yes.
17   Q    You knew it was the Senate side from the transmissions?
18   A    Yes.
19   Q    When you heard that on the radio, what did you do?
20   A    I ran to the Senate side of the building from the Rotunda.
21   Q    When you got to the Senate side --
22              MS. ALLEN:  Well, actually, let me stop there.
23              If you could pull up Exhibit 207, please.  And if you
24   could stop right at the beginning there.
25              Your Honor, may I approach the easel?
```

```
 1          THE COURT:  You may.

 2   BY MS. ALLEN:

 3   Q    Okay.  So you were in the Rotunda, and you said you went

 4   to the Senate side.  If you could just --

 5   A    So this is the place where I see the officers pressed up

 6   against the door, right in this area here (indicting).  And

 7   when I hear breach of the Senate, I come out here and I proceed

 8   to run down the -- this is the second floor of the building at

 9   this point.  I run down to the side of the building, which is

10   the Senate.

11   Q    So you ran from the Rotunda over to the Ohio Clock

12   corridor?

13   A    Over to the Ohio Clock corridor, which is right here

14   (indicting).

15   Q    From there, which way did you go?

16   A    From here, I head -- I guess I would head back east.  So,

17   yeah, this is the East Front, so I head this way, down this

18   hall, pass by Senator Thune's office here.  I pass by his

19   office here, and I get to this point here, and this is where I

20   see people standing outside of the -- this would be the

21   Republican door of the Senate chamber here.

22   Q    I would like to ask you some questions about that.  And we

23   can take a look at the video too while you are going --

24   A    Okay.

25   Q    If you wouldn't mind taking a seat, and I will show you
```

1    Exhibit 207.

2        Is this a view on Capitol security camera footage down the

3    hallway that you just pointed out --

4    A    Yes.

5    Q    -- that you came down from the Rotunda?

6    A    Yes.

7    Q    Is this camera view taken from the Ohio Clock corridor?

8    A    Yes.  Yes.  Right here is the Ohio clock.

9    Q    This is why we are calling it that?

10   A    Yes.

11   Q    Okay.  So the very first breach of the building happened

12   at about 2:13 p.m., correct?

13   A    Yes.

14   Q    All right.  And now this video has a time stamp of 2:12

15   right here.  So you would have heard that radio communication

16   that we just heard right around the time of the first breach?

17   A    Yes.

18       MS. ALLEN:  So if you could fast-forward to about 1

19   minute and 35 seconds, and if you could play the video from

20   there.

21          (The videotape was played.)

22   BY MS. ALLEN:

23   Q    Do you recognize the person running down that hallway?

24   A    Yes.

25   Q    Who is that?

```
 1   A      That's me.
 2   Q      Do you recognize the person in the foreground?
 3   A      That's Senator Mitt Romney.
 4   Q      Did you pass by Senator Romney?
 5   A      Yes.
 6   Q      When you did, did you have the opportunity to communicate
 7   to him?
 8   A      Yes.  I told him, I think they are in the building; you
 9   need to get back inside the chamber.
10   Q      To the best of your knowledge, did he then get back
11   inside?
12   A      Yes, yes.
13          MS. ALLEN:  If we could play the rest of that video.
14          (The videotape was played.)
15   BY MS. ALLEN:
16   Q      So, Officer Goodman, there is no sound here obviously, but
17   at some point in the video, you were gesturing to Senator
18   Romney?
19   A      Yes.
20   Q      What was that gesture?
21   A      They are in the building; you need to get back in the
22   chamber.
23   Q      And you were speaking to him?
24   A      Yes, I was speaking to him, yes.
25   Q      Did you drop your hat as you were running?
```

```
 1   A     Yes.  There's a bust -- well, just across that flag there,
 2   that's Senator McConnell's office, Minority Leader's office at
 3   the time, so there's a bust right there, and I tried to throw
 4   it behind the bust.
 5   Q     To keep it safe?
 6   A     Yes.
 7   Q     Now, you headed -- when you got into the Ohio Clock
 8   corridor, you headed east, right?
 9   A     Yes, I headed east.
10   Q     How come you chose that direction?
11   A     Because that's the direction of the Senate door as well as
12   the upper Senate door, yes, from where I was coming from.
13   Q     So did you have in mind that you were trying to find --
14   A     Find where the breach was, where I heard this breach was,
15   yes.
16   Q     At this point in time right now, could you hear the
17   breach, did you know where it was?
18   A     No, I couldn't hear anything.
19   Q     You just knew Senate --
20   A     I just knew Senate.
21         MS. ALLEN:  And if you could pull up Exhibit 206,
22   please, start it at 1 minute and 47 seconds, and then pause.
23         (The videotape was played.)
24   BY MS. ALLEN:
25   Q     Do you recognize this area?
```

1    A    Yes.  That's the Ohio Clock corridor, and that's also

2    the -- what we call the Senate main door because it faces the

3    House side.

4    Q    Okay.  And I am going to circle something with my -- what

5    is that?

6    A    That's the Senate main door.

7    Q    I would ask you to do it, but our technology is not

8    working, so yours isn't working right now, unfortunately.

9         All right.  So you came from the hallway leading toward

10   the main Senate door?

11   A    Yes.

12        MS. ALLEN:  Okay.  If we could play this video and

13   pause at 1 minute 57 seconds.

14        (The videotape was played.)

15   BY MS. ALLEN:

16   Q    And that was you running through?

17   A    Yes.

18   Q    And behind you, is that Senator Romney?

19   A    Running back -- yeah, we are going inside the Senate

20   chamber there.

21   Q    So as you are running, so far we have seen you down the

22   hallway, and now here in the corridor, you were by yourself?

23   A    Yes.

24        MS. ALLEN:  Could you please pull up Exhibit 205 and

25   start it at 1 minute and 50 seconds.

```
 1              (The videotape was played.)

 2    BY MS. ALLEN:

 3    Q    So this is another security camera in the Capitol.  Can

 4    you give us an orientation?  And you can feel free to use the

 5    map to tell us where this camera is.

 6              THE COURT:  Officer, could you either pin it -- either

 7    pin it higher or just hold it up to your -- yeah, just hold it

 8    up to your mouth so folks can -- perfect.

 9              THE WITNESS:  Okay.  So that door there that's on the

10    screen would be -- so I came this way.  So that door would be

11    this door here.  This is the office of the Republican Senator

12    Thune.  And that staircase, that stair you see there, that

13    would be the east branch staircase.  That's what you see here.

14    And the people that you see back there are along this hallway

15    here, right here.

16              And this leads to the Republican cloak room, which is

17    right here.  And then down here, you have -- further in, you

18    have the Vice Presidential ceremonial office.  This is where

19    the Vice President would come and hang out.  And the Vice

20    President's staff office is right back here.

21    BY MS. ALLEN:

22    Q    So this is sort of a major traffic area?

23    A    Yes.  Yeah, because you have what we call the bank of six

24    elevators here.  And these are the closest elevators to the

25    tunnels in the basement that connect the tunnels to the Senate
```

```
 1    Office Buildings, the Russell, the Dirksen, and the Hart
 2    Building.  So every Senator, when they are coming to and from
 3    the floor, when they come to vote, they come up the main
 4    staircase and come in that way or take the tunnels across, up
 5    the elevators, and come in through this door.
 6    Q    So this is a high traffic area?
 7    A    That's the highest traffic area for that side right there.
 8    Q    Am I right, it's not just that it's high traffic, but it's
 9    trafficked by Senators?
10    A    Senators.
11    Q    The people you are supposed to protect?
12    A    Yes.
13    Q    So when you look at this camera angle, it's just off to
14    the corner, but it can kind of capture that -- that's the East
15    Grand Staircase, and then behind that is where you were just
16    talking about --
17    A    Yes.
18    Q    -- the bank of six elevators and --
19    A    Yes.  It would be just to the right, just past the
20    staircase.  Where you can see maybe the furthest person there,
21    if you go to the right of there is that bank of six elevators,
22    right there.
23    Q    And now earlier I kind of cut you off, but you were
24    saying, as you rounded this corner, you saw people here?
25    A    Yes.
```

1    Q    On your way as you were running --

2    A    Yes.

3    Q    -- to -- and who did you see there and what did you tell

4    them?

5    A    I saw people, and I saw other officers who were assigned

6    to that post because that's actual -- from my section, that's

7    actually the section that I am assigned to ordinarily.  And so

8    that's one of our post assignments, is the Republican door.  So

9    the officer who was responsible for guarding that door was

10   actually outside of that door along with various staff, Senate

11   doorkeepers who control access to the floor, and they were all

12   out there.

13   Q    So you saw a number of people out there?

14   A    Yes, a number of people out there.

15   Q    What did you tell them?

16   A    I tell them, I think they are in the building, you guys

17   need to go back inside the chamber, you guys need to go inside

18   the chamber.

19   Q    So the idea was, get everybody inside the chamber and lock

20   the doors?

21   A    Yes.  That's our security protocols.  When we are on what

22   we call a lockdown, it's everybody immediately in the vicinity

23   of the chamber, whether it be the House or the Senate,

24   everybody comes inside and we lock the doors, we lock everybody

25   in, lock ourselves in.

```
 1   Q     Except for you, right?

 2   A     Yes.

 3   Q     So you kept going?

 4   A     Yeah.  I go downstairs.  I go down that staircase that's

 5   right there, yes.

 6         MS. ALLEN:  Okay.  Now, if we could play this video

 7   from here until, let's see, about a little -- 2 minutes and 2

 8   seconds.

 9         (The videotape was played.)

10   BY MS. ALLEN:

11   Q     Was that you there who came around the corner and then you

12   stopped for a moment?

13   A     Yes.

14   Q     And that was when you were telling all the people there

15   that they should get inside and lock --

16   A     Yes.

17   Q     Do you see an individual standing at the foot of the

18   stairs --

19   A     Yes.

20   Q     -- wearing a business suit?

21         Okay.  We will get back to him.  I just want to point him

22   out.

23         Now, I want to back up and sort of talk about what's going

24   on simultaneously outside, where you weren't at at the time,

25   but what is happening at the same time as this.
```

1        In preparation for your testimony here today, have you

2   reviewed a number of videos that were taken on the internet or

3   posted to the internet?

4   A     Yes.

5   Q     Specifically, have you looked at Government's Exhibits

6   503, 504, 505, 508, 526, and 531?

7   A     Yes.

8   Q     And then some of them had like still shots that were taken

9   from those videos?

10  A     Yes.

11  Q     And are all of those videos accurately captured footage

12  from January 6?

13  A     Yes.

14        MS. ALLEN:  I would like to move to admit all of those

15  exhibits and publish them as we go.

16        THE COURT:  Could you repeat the numbers again,

17  Ms. Allen.

18        MS. ALLEN:  Yes.  503, 504, 505 I believe has been

19  admitted, 508, 526 and 531.  And then any letters that follow

20  those numbers are just still frames from those videos.

21        THE COURT:  All right.  So you are moving to admit all

22  of those exhibits plus any with an A or a number after it.  All

23  right.

24        Without objection, they will be admitted, and you may

25  publish them to the jury.

1              (Government's 503, 504, 508, 526 and 531 received in

2    evidence.)

3              MS. ALLEN:  Thank you.

4              Could you call up Exhibit 503.

5              (The videotape was played.)

6    BY MS. ALLEN:

7    Q    You have reviewed this video pretty recently?

8    A    Yes.

9    Q    And can you give us a little orientation of where this --

10   A    Okay.  So that is the West Front.  That's the inauguration

11   side.  So this upper platform where everybody is walking now

12   with the American flags, this is called the Upper West Terrace

13   and the Upper West Terrace doors in the vicinity along with the

14   Senate wing door.  And I am assuming that this camera, which

15   would be also technically the ground level or the first floor

16   level to the Capitol Building, is where everybody else is

17   walking.  And then the camera angle was coming from the second

18   floor of the building.

19   Q    Okay.

20   A    Yes.

21   Q    If you wouldn't mind pointing this out on the map where it

22   looks like, give or take, this camera was when it was taking

23   the shot.

24   A    All right.  So there's a balcony in the vicinity of the

25   Senate main door and the Majority Leader's office here.

1    There's a balcony here.  And so that's on the second floor.

2    And that's where it looks like that camera footage is coming

3    from, right here (indicating).

4    Q    Okay.  And is that directly above the Senate wing door?

5    A    Yes.

6    Q    And so when this footage was taken, that's just about the

7    same time that you were running through the hallway when you

8    saw Senator Mitt Romney, right?

9    A    Yes.

10   Q    So if you hadn't been running toward the breach but had

11   looked out the window, you probably would have seen something

12   like this?

13   A    I would have saw all of that, yes.

14   Q    And is this Upper West Terrace an area that you and the

15   other police officers who were outside earlier just a few

16   minutes earlier were trying to keep protected?

17   A    Yes.  And also that area is restricted any other given

18   day.  Even if we weren't in secure mode with regards to the

19   inauguration, that area is not open to the public at all.

20   Q    Okay.  When you were out on the West Front -- well,

21   actually, I asked you this.  You didn't have a view up these

22   stairs onto the West Terrace at that point?

23   A    No.

24         MS. ALLEN:  All right.  If we could play the video

25   from the beginning, please.

```
 1              (The videotape was played.)

 2    BY MS. ALLEN:

 3    Q    Officer Goodman, do you see an individual right here that

 4    I am circling?

 5    A    Yes.

 6    Q    And what does that individual appear to be wearing?

 7    A    Sweatshirt, hoodie.

 8    Q    Does it look like from the other footage that there's a Q

 9    on that T-shirt?

10    A    Yes.

11    Q    Officer Goodman, can you also see an individual here?

12    A    Yes.

13    Q    Carrying a Confederate flag?

14    A    Yes.

15    Q    Did you come across that individual shortly after this?

16    A    Yes.

17              MS. ALLEN:  If you can keep playing until the end,

18    please.

19              (The videotape was played.)

20              MS. ALLEN:  Can you call up Exhibit 523.

21    BY MS. ALLEN:

22    Q    While we are doing that, Officer Goodman --

23              MS. ALLEN:  I'm sorry, 523, please.  Sorry, 526.  My

24    fault.

25
```

```
 1   BY MS. ALLEN:
 2   Q    Okay.  Do you recall watching a series of videos taken by
 3   different cameras --
 4   A    Yes.
 5   Q    -- that were sort of combined together to where the times
 6   were matched up --
 7   A    Yes.
 8   Q    -- and you could see multiple frames at the same time?
 9   A    Yes.
10   Q    So in this compilation video, we are watching simultaneous
11   views, but it's all happening at the time that's listed at the
12   top of the screen?
13   A    Yes.
14   Q    Do you know who created this?
15   A    I'm assuming it was one of the rioters that was outside.
16   Q    And you are familiar with each of the content from that
17   separately?
18   A    Yes.
19   Q    If you could just orient us where this is on the Capitol
20   grounds.
21   A    This is the Upper West Terrace is what this part is
22   called.
23   Q    So, basically, give or take, the camera that was just
24   watched would have been somewhere up here probably?
25   A    Yes.
```

1   Q    So we are looking at the same area that was being filmed

2   from above?

3   A    Yes.

4        MS. ALLEN:  If you could play and pause it at about

5   1:24.

6        (The videotape was played.)

7   BY MS. ALLEN:

8   Q    Officer Goodman, the bottom screen that just popped up, is

9   that Capitol Police security camera footage?

10  A    Yes.

11  Q    And that's from the inside of the building --

12  A    Yes.

13  Q    -- just on the opposite side of this window that the

14  rioters --

15  A    Yes.

16  Q    -- is breaking?

17       MS. ALLEN:  All right.  If you could zoom in and play

18  until 1:38, please.

19       (The videotape was played.)

20  BY MS. ALLEN:

21  Q    Officer Goodman, do you see an individual right here?

22  A    Yes.

23  Q    Is that person wearing a black beanie and a gray hoodie

24  T-shirt --

25  A    Yes.

```
 1   Q    I'm sorry, gray hoodie sweatshirt with a black T-shirt on

 2   top?

 3   A    Yes.

 4   Q    Did you encounter him later that day?

 5   A    Yes.

 6              MS. ALLEN:  Okay.  If we could resume and pause at

 7   1:59, please.

 8              (The videotape was played.)

 9   BY MS. ALLEN:

10   Q    And, again, do you see that individual jumping through the

11   window right here?

12   A    Yes.

13   Q    And do you also see in this frame -- actually, if we could

14   just go for a couple more seconds here.

15              (The videotape was played.)

16   BY MS. ALLEN:

17   Q    Did you see that individual with the Confederate flag that

18   we saw earlier?

19   A    Yes.

20   Q    He's the one right here jumping through the window?

21   A    Yes.

22   Q    And in the bottom panel, can you see that same individual

23   with the beanie and the gray hoodie?

24   A    Yes.

25   Q    And that's the same person who has that Q T-shirt on,
```

1    right?

2    A    Yes.

3    Q    From this point in the video, we are going -- it's going

4    to add a couple different camera angles.  I would like to show

5    the whole thing without stopping and then back up and sort of

6    ask some questions as we go because there's a lot going on.

7    A    Right.

8    Q    But I would like to help get the sequence of events down

9    first before going back.

10         MS. ALLEN:  So if we can resume Exhibit 526 and play

11   until about 4:20.

12         (The videotape was played.)

13   BY MS. ALLEN:

14   Q    All right.  Now, before I ask you any questions about what

15   happened there, I want to pull up one more video of a similar

16   sort of series -- similar events.

17         MS. ALLEN:  If you could pull up Exhibit 531.

18         And this is another video taken by somebody in the

19   crowd.

20         (The videotape was played.)

21   BY MS. ALLEN:

22   Q    All right.  Officer Goodman, when you got down the stairs

23   after you rounded that corner, you saw the people outside the

24   six elevator bank and the door to the Senate, you paused for a

25   moment, you kept going down that set of stairs, this grand

1    staircase?

2    A    Yes.

3    Q    When you got to the bottom of the stairs, what did you

4    find there?

5    A    The individual with the Confederate flag was kind of

6    standing in the archway of that entrance.

7    Q    Can you describe that archway and the space that you were

8    in?

9    A    Very tight, closed in, limited movement, and -- yeah.

10           MS. ALLEN:  Could you pull up Exhibit 504A, please.

11   BY MS. ALLEN:

12   Q    This is maybe a couple seconds after that, after you had

13   arrived there, is that right?

14   A    Yes.

15   Q    So when you first got there, you saw just the individual

16   with the Confederate flag?

17   A    Yes.

18   Q    And just to get a sense of the space, this is the hallway

19   that you met him in, and then there's an even smaller doorway

20   separating?

21   A    Yes.

22   Q    Do any of the doors behind you open and lead anywhere that

23   will lead you out of the building?

24   A    So straight back, there's an elevator.  To the left of the

25   elevator, there is a door that that's the Senate dining room.

1    To the right there, you can't really see, but to the right is

2    the kitchen.  That's the backside of the -- that little area

3    where you saw them go in when they were initially -- when they

4    initially breached the building, they initially come in, this

5    area to the right, that's like a little snack shop somewhere.

6    Well, this side is the backside kitchen to that snack shop.

7    And there's a staircase that goes downward in the kitchen side

8    of that snack shop there.

9    Q    So you would have to go through the doors to the kitchen

10   into the kitchen?

11   A    And down the staircase.

12   Q    And is that a staircase that's used as an evacuation

13   route?

14   A    That's one of our evacuation routes.  If we are evacuating

15   the Senate, that staircase is used for that.

16   Q    And you were aware of that; that was in your mind at this

17   moment?

18   A    Yes, yes.

19   Q    Okay.  And other than that staircase, was there anyplace

20   else besides the stairway that you had just come down?

21   A    Outside of the Senate dining room, which is further back

22   and to the left, that's where the Senators eat, go to entertain

23   guests and have lunch.  It's a big dining hall.

24   Q    Did you have any idea whether there may be senators in the

25   dining room at that point?

```
 1   A      No.  I didn't, no.
 2   Q      Just behind your right shoulder in this picture, there is
 3   a person standing at the first step?
 4   A      Yes.
 5   Q      Do you recognize who that is?
 6   A      Yes.
 7   Q      Who is that?
 8   A      Igor Bobic.  He's a news reporter for the Huffington Post.
 9   Q      It looks like he's got a cell phone in his hand?
10   A      Yes.
11   Q      Was he filming video at that point?
12   A      Yes.
13   Q      Is that the video that was part of the compilation that we
14   just watched?
15   A      Yes.
16           THE COURT:  Officer, I am going to ask you to try to
17   wait until the question is fully asked before you answer.
18           THE WITNESS:  Okay.
19           THE COURT:  We got a court reporter here who is taking
20   down your answers.  I know it's hard.  Sometimes you know the
21   answer, you want to jump ahead, but let whoever is questioning
22   you complete the question, maybe wait a beat, and then you can
23   begin your answer.
24           THE WITNESS:  Yes.  Thank you.
25           THE COURT:  Thank you.
```

 1            MS. ALLEN:  May I approach and swap out the --

 2            THE COURT:  You may.

 3    BY MS. ALLEN:

 4    Q    Officer Goodman, could you point out on the big map on the

 5    board behind you --

 6            MS. ALLEN:  And, actually, if you wouldn't mind

 7    calling up Exhibit 605, which is the board as well so we can

 8    zoom in a little bit.

 9            If you could zoom in on the area where the East Grand

10    Staircase lets out.

11            THE WITNESS:  So came in here.

12            (There was an interruption by the court reporter.)

13            THE WITNESS:  Okay.  So starting at the Crypt, which

14    is the center of the Capitol Building, they would have came in

15    here, which is the Senate wing door, came around this point

16    here, and they would have --

17            THE COURT:  We couldn't hear you there at the end.

18            THE WITNESS:  Can you hear me now?

19            THE COURT:  Yes.

20            THE WITNESS:  Okay.  So starting here, the Senate wing

21    door is where I would have came in at.  It would have come

22    around this corner here, and they would have encountered me in

23    this area here.  This is the vicinity of the Senate dining room

24    and the kitchen where the staircase is that I was describing

25    here, and this is the East Grand Staircase here.

BY MS. ALLEN:

Q    Okay.  So if you can see from where you are at, you are

standing, give or take, somewhere around that area?

A    Yes.

Q    Okay.  And you said there's this kitchen here?

A    Here.  There's a staircase in there also.

Q    Maybe somewhere around here?

A    No.  It's like immediately as soon as you walk in that

kitchen, the staircase is kind of immediately to the left so...

Q    So somewhere right around here?

A    Yeah, right there.

Q    And that's the evacuation route that the Senators would be

taking?

A    That's what we were -- if we were evacuating the Senators,

that's where we would be leading them to to keep them out of

the eye of the main hallways to get to the tunnels or wherever

we needed to lead them to, yes.

Q    Got it.

        MS. ALLEN:  If you could go back to 504A, please.

BY MS. ALLEN:

Q    You testified earlier about how you were -- what kind of

gear you had that day and not being really appropriately

attired for being out on the West Front.  What kind of gear did

you have with you here at this moment?

A    Just my regular uniform, my duty belt which had my service

```
 1    weapon, baton, asp, pepper spray, handcuffs, yeah.
 2    Q    Did you have any pepper spray left?
 3    A    No, completely out.
 4    Q    How come?
 5    A    Because of the fighting on the West Front.
 6    Q    So you used it up and it was empty?
 7    A    Yes.
 8    Q    And did you have your baton in your hand right then?
 9    A    At that point, no.  I had dropped it.  When I came down
10    the stairs, it fell out of my belt.
11    Q    You did have your firearm with you?
12    A    Yes.
13    Q    You said the first man you encountered was at that moment
14    by himself?
15    A    Yes.
16    Q    And he had the Confederate flag?
17    A    Yes.
18    Q    What did he do?
19    A    Initially, because I walked right up on him and I told him
20    he needed to get out and he needed to back up, he took the base
21    end of his Confederate flag and started kind of jabbing it at
22    me to create space, I guess between him and I.
23    Q    He wanted to --
24    A    He wanted to proceed further, what looked like come
25    further, and I kind of pushed -- directed him back.  And I got
```

1    right up on him in his face and told him, you need to back up.

2    And he kind of jabbed, but then he backed up.

3    Q    He did eventually back up?

4    A    Yes.  And that's when the rest came, the rest of the

5    people came.

6    Q    When the rest of the people came, did you notice anyone

7    with -- other than a flagpole that they are using to jab at

8    you, did you notice any other weapons?

9    A    So there's a gentleman that had the big fur hat on with

10   the horns.  He had an American flag.  And at the top of the

11   flag, it was -- it looked like a sharpened spear.  And it

12   looked like it had been sharpened on the sides and to a point.

13   Q    Did that appear to be metal?

14   A    Yes.

15   Q    Did you comment to him?  Did you say anything?

16   A    Yes.  I told him he needed to back up and put it down.

17   Q    Did he do that?

18   A    No.

19   Q    Okay.  Did any of these -- backing up to the man with the

20   Confederate flag, did he say things to you?

21   A    Yes.  He yelled, where the F are they counting the votes,

22   what are you going to do, you are by yourself, things of that

23   nature.

24              MS. ALLEN:  Can you pull up Exhibit 504B, please.

25

BY MS. ALLEN:

Q    This is just a still frame from that same video that we watched a few moments ago.  It looks like you are pointing.

A    Yes.

Q    Do you recall who or what you were pointing --

A    I was pointing to the guy with the sharp spear.  You can't see him in this frame because he's kind of waving it and pointing it.  But he's standing behind them.  But I was pointing to him to put it down.  He was the only person I saw at that point with something that looks like a weapon.

Q    Okay.  And this is the guy with the horns?

A    Yes.

Q    So he didn't put it down.  Could you hear the people in the crowd saying things?

A    Yeah.  They were all saying various things.

Q    What were they saying?

A    Where are they counting the votes, where is the Vice President.  Others were saying, we are here for you, this is our country.

      And like I said, you had the other individuals saying, well, what are you going to do, you're by yourself.  Everybody was just yelling different random things.

Q    Was the fact that you were by yourself one of the things in the front of your mind at that point?

A    Yes.

1   Q    Did the crowd back up?

2   A    No.

3   Q    Did you tell them to?

4   A    Yes.

5   Q    And if you could take a look at Exhibit 531A, this came

6   from the video that we watched, Exhibit 531.  There was a

7   moment there where you could see the people behind this police

8   officer walking --

9   A    Yes.

10  Q    -- with some haste?

11  A    Yes.

12  Q    Do you know what they were doing?

13  A    They were escorting the Vice President out.

14  Q    And what makes you say that?  Did you see that happen, or

15  are you just aware that this is --

16  A    I am aware that that was what was going on.

17  Q    And at the time that you are seeing -- that you are down

18  there, could you actually see this --

19  A    I couldn't see that officer.  I know that officer, but I

20  don't -- yeah, I don't -- I couldn't see him -- them in front

21  of all the people that passed, I couldn't see past them.

22  Q    Okay.  Are you aware -- were you aware at the time of the

23  evacuation route on this side of the hallway?

24  A    No.  I was aware that they -- I wasn't aware -- I am aware

25  of the evacuation route for that side of the hallway, but I had

 1   no idea that was going on at the time because of the people

 2   that were in front of me.  I couldn't see past all the people.

 3   Q    Was part of the Capitol Police security plan that that

 4   area would be an evacuation route?

 5   A    At the time, I think they was just going on based on where

 6   the people were in the building at that point in time.  They

 7   had to just kind of adjust with the situation as it occurred.

 8   Q    Okay.

 9   A    So, yeah.

10   Q    Do you know, sitting here today, or did you know at the

11   time -- strike that.

12        Did you know at the time when the Vice President was

13   evacuated?

14   A    No.

15   Q    The reporter that was behind you, you mentioned Mr. Bobic?

16   A    Yes.

17   Q    He filmed video.  And have you watched that video before?

18   A    Yes.

19        MS. ALLEN:  If we could play Exhibit 505, please.

20        If you could start playing and pause it about 15

21   seconds in.

22        (The videotape was played.)

23   BY MS. ALLEN:

24   Q    On the way down the stairs, there was an object on the

25   floor when the cameraman got to the ground.  Did you see what

1   that was?

2   A    That was my baton.

3   Q    When he caught up with you, this is a few moments after

4   you had seen the man with the Confederate flag and then the

5   rest of the group had caught up to him, did somebody in that

6   crowd push their way through and come close to you?

7   A    Yes.

8   Q    Can you -- do you see him in this still frame right here?

9   A    Yes.

10  Q    And what's he wearing?

11  A    He's wearing a black shirt with a beanie hat, and he has

12  the, I guess, the gray hoodie underneath.

13  Q    Do you see him in the courtroom here today?

14  A    Yes.

15  Q    Can you point him out?

16  A    He's right there (indicating).

17  Q    Can you identify something that he's wearing?

18  A    That's Doug Jensen.

19       MS. ALLEN:  Your Honor, can the record reflect that

20  the witness has identified the defendant?

21       THE COURT:  Without objection, it will reflect.

22  BY MS. ALLEN:

23  Q    So by the time the reporter caught up to you, from this

24  image, it looks like you've got your hand on your waist.  What

25  were you doing there?

```
 1  A    Well, my hand is on my weapon, my gun, at that point, yes.
 2  Q    Okay.  Is that something that you do very often?
 3  A    Very often, no.
 4  Q    Is that something you do very rarely?
 5  A    Rarely do, yes.
 6  Q    Okay.  Is there something significant in just the act of
 7  placing your hand on your weapon?
 8  A    Yes, yes.
 9  Q    Why?
10  A    Because you're -- it's significant because you are giving
11  the impression -- giving the individuals the impression that
12  you are about to draw your gun.
13  Q    Okay.
14  A    Yeah, threatening.
15  Q    What are the circumstances under which you, as a Capitol
16  police officer, are permitted to use your weapon?
17  A    In situations where we can justify that deadly force is
18  authorized, so to prevent loss of life, limb.
19  Q    Do you have a lot of policies and procedures about the use
20  of deadly force?
21  A    Yes.
22  Q    Are you trained on that pretty regularly?
23  A    Yes.
24  Q    Is that a big part of your --
25  A    That's a big -- yeah, that's a big part of my training,
```

1    yes.

2    Q    At the moment here when you were putting your hand on your

3    gun, did you feel that those circumstances were potentially

4    present?

5    A    Yes.

6    Q    Why?

7    A    Because I had a large group of people yelling.  They are

8    angry.  I'm out numbered.  One guy has the, like I said, the

9    sharpened point on the flag, and I'm boxed in.  I have no out

10   other than the stairs from this point.

11   Q    Did you ever pull your gun out of its holster?

12   A    No.

13   Q    Did the rioters here notice that you had your hand on your

14   gun?

15   A    Yes.

16   Q    How do you know that?

17   A    Because one person that's yelling, don't do it.  Then

18   another individual was yelling, put it down.

19   Q    Okay.  Did you take notice of this -- of the defendant?

20   A    Yes.

21   Q    And did you address him specifically when he started

22   walking --

23   A    Yes.

24   Q    What did you say?

25   A    I told him he needed to back up.

```
 1    Q     What did he do?

 2    A     He said no.

 3    Q     He said no?

 4    A     Yes.

 5    Q     Is this while you had your hand on your gun?

 6    A     Yes.

 7    Q     Did you try further?

 8    A     Yes.  I told him that if they attacked me or if they

 9    charged, then I was going to shoot.

10    Q     What did he say to that?

11    A     He said do what you got to do, something to the effect of

12    do what you got to do.

13    Q     About how close was he to you?

14    A     Three, four feet maybe, pretty close.

15    Q     Did he continue getting closer?

16    A     Yes.  He kept inching closer, yes.

17    Q     How did you feel at this point?

18    A     Outnumbered.  It felt like they were going to rush me at

19    any time.

20    Q     How was the group acting?

21    A     Mixed.  You had some that were saying we are here for you.

22    Then you had others that were more aggressive, where the F are

23    they counting the votes, where is the Vice President.

24    Q     How was the defendant in particular acting?

25    A     Say again.
```

1    Q    Sorry.  How was the defendant in particular acting?

2    A    He just kept coming closer.  He kept coming closer.  He

3    kept accosting me.  As I told him to back up and stop, he

4    continued to come closer.

5    Q    Were you feeling threatened at this point?

6    A    Yeah.  I felt like they were going to rush at any time.

7    Q    Did Mr. Jensen's behavior add to that feeling?

8    A    Yes.  As he kept coming closer, yes.

9    Q    So he -- at some point was he ahead of the other rioters?

10   A    Yes.

11         MS. ALLEN:  If we could continue playing the video

12   from here.

13         (The videotape was played.)

14         MS. ALLEN:  Actually, sorry, if you could back up just

15   a few seconds.

16         If you can pause right here.

17   BY MS. ALLEN:

18   Q    You hear someone yelling back up?

19   A    Yes.  I was yelling back up.

20   Q    That was you?

21   A    Yes.

22   Q    And was Mr. Jensen answering?

23   A    Yes.  He was saying no.

24   Q    Okay.  And did you hear other people -- well, I will get

25   to that later.  Sorry.

1      You had to -- not only did you tell him to back up, but

2  did you also give nonverbal commands?

3  A    Yeah, pushed at him to back him up and create some sort of

4  space between he and I.

5  Q    Did that have any effect?

6  A    No.  He kept coming.

7  Q    At that point, you backed up?

8  A    Yes.

9  Q    How come?

10 A    Because they were starting to move in closer, and then

11 also I wanted to retrieve my baton, but I didn't want to the

12 turn my back to them to go get it either.

13 Q    Even after you had your baton in your hand, did you still

14 feel the need to back up?

15 A    Yes.

16 Q    What did you feel at the time would have happened if you

17 didn't back up?

18 A    That they would have just engulfed me and did whatever

19 they chose.  They would have just had their way.

20         MS. ALLEN:  If we could start Exhibit 505 back 15

21 seconds and then play to 55 seconds, please.

22         (The videotape was played.)

23         MS. ALLEN:  If you can pause right here, that would be

24 great.

25

BY MS. ALLEN:

Q    As you are running up the stairs, it looked at some point like you reached for something on your shoulder?

A    Yeah, my radio.

Q    Okay.  What did you do then?

A    I just yelled, second floor, they're on the second floor.

Q    Did you have any faith at that point that your radio call would get heard?

A    No, because the radio was so busy that day.

     MS. ALLEN:  Okay.  And, I'm sorry, if you could actually back up a little bit to maybe 25 seconds.

     That's good right there.

BY MS. ALLEN:

Q    Right after you picked up your baton, you actually showed -- displayed it to the rioters that you now had the baton, right?

A    Yes.

Q    Did that have any effect in slowing them down?

A    No.

Q    Actually, it looks like you went up the stairs with a little bit of speed?

A    Yes.

Q    And at some point, was Mr. Jensen running up the stairs following you?

A    Yes.

1   Q    You gestured with your baton and sort of indicated that

2   you might be prepared to strike him with it, is that right?

3   A    Yes.

4   Q    Did he stop at that point?

5   A    No, he didn't.

6   Q    Did he say anything to you that you recall?

7   A    At one point he says, I'll take it, I'll take it.

8   Q    And did you understand at the time that he was following

9   you, chasing you up the stairs, that there was also a large

10  group of people behind him coming up the stairs as well?

11  A    Yes.

12  Q    Could you hear them?

13  A    Yes.

14  Q    Could you hear specifically what some of them were saying?

15  A    Yes.

16  Q    Do you recall anything?

17  A    One individual yelled, he's only one, we are many.  I

18  heard somebody else yell, keep running motherf'er, a whole

19  bunch -- and then other just -- we have no weapons, just mixed

20  people just yelling mixed things.

21  Q    As you were coming up those stairs, did you understand

22  that you would be coming back up toward the main doors to the

23  Senate?

24  A    At least to the area where I would have last saw

25  individuals standing.

1          MS. ALLEN:  If you could, keep it paused, but scrub

2    forward to about 50 seconds or so.

3          Sorry a little before then.  Right about there, yeah.

4    BY MS. ALLEN:

5    Q    So this hallway, that's where you had seen the other

6    people and asked them to go inside the Senate floor and lock it

7    up, right?

8    A    Yes.

9    Q    Now, when you came back, this is just a minute or so

10   later, right?

11   A    Yes.

12   Q    Did you check again?

13   A    Yeah, I looked again.

14   Q    Did you have some concerns about what was going on down

15   that hallway?

16   A    I was hoping that they were in the chamber, that's why I

17   looked, or they were at least gone.

18   Q    So you were checking if the people that were there before

19   were still there?

20   A    Yes.

21   Q    Did it look clear?

22   A    Yeah, it looked.

23   Q    Okay.  When Mr. Jensen came up the stairs, did you again

24   try and stop him, physically touching him?

25   A    Yeah.  I pushed him to sort of create some space between

```
 1    he and I.
 2    Q    Okay.
 3    A    And tell him to back up.
 4              MS. ALLEN:  If we could play the rest of 505 to the
 5    end, please.
 6              (The videotape was played.)
 7    BY MS. ALLEN:
 8    Q    Officer Goodman, when you got to the Ohio Clock corridor,
 9    did you expect you would find other police officers there?
10    A    No.  Not at that spot, no.
11    Q    Did you, in fact, find them there?
12    A    Yes.
13    Q    How did you feel about that?
14    A    A sense of relief, I had backup.
15    Q    This person in the middle of the screen right here, do you
16    know who that is?
17    A    Yes.  That's Inspector Loyd.
18    Q    Did you hear him address the defendant when he got there?
19    A    Yes.
20    Q    What did you hear him say?
21    A    You guys need to leave right now.
22    Q    What did the defendant do?
23    A    They didn't leave.
24    Q    At this point, once you got into the hallway, what did you
25    do?
```

1    A    We formed a line right there and held them off as best we

2    could.  At that point they weren't fighting us, but we just

3    formed a line so they couldn't proceed any further than they

4    did from that point.

5    Q    Where were you on that line?

6    A    On that line, I'm -- in that picture, I'm far left.

7    Q    Okay.  Did you stay in that area for a little while?

8    A    For a little while, yes.

9    Q    Were you at that point engaging with the defendant?

10   A    At this point I am engaging with a different individual.

11   He's furthest to the left.

12   Q    So did other people come into that hallway?

13   A    Yes.

14   Q    Did other people kind of take your attention because you

15   were interacting with him?

16   A    Yes.

17   Q    When you first got to the Ohio Clock corridor, did you

18   hear Mr. Jensen say anything?

19   A    Just -- I don't recall hearing him say anything.  Once I

20   got in that area, no, I don't recall hearing him say anything.

21   Q    And you were far enough away --

22   A    I was far, yeah.

23        MS. ALLEN:  Can you pull up Exhibit 508, please.

24   BY MS. ALLEN:

25   Q    Okay.  Now, are you in this frame?

```
1   A    Yes.  I am far left.

2   Q    You are far left.  Do you see Inspector Loyd in this

3   frame?

4   A    Yes.  He's in the middle, the only other uniform.

5   Q    With the hat on?

6   A    Yeah, hat on.

7   Q    Do you see the defendant in this video?

8   A    Yes.

9   Q    Where is he?

10  A    He's just standing directly in front of Inspector Loyd.

11  Q    So he's all the way on the other side of the frame from

12  where you are?

13  A    Yes.

14            MS. ALLEN:  If we could play this video, please.

15            (The videotape was played.)

16  BY MS. ALLEN:

17  Q    I understand you were far enough away you may not have

18  heard what he was saying, but were you able to observe the

19  defendant's demeanor when he was in this hallway?

20  A    Yes, I was able to observe his demeanor.

21  Q    How was he acting?

22  A    He was forceful, trying to get us to back up our police

23  line that we were trying to -- you know, yelling.

24  Q    Were there other rioters at this point who stood out to

25  you?
```

```
 1   A    Yes.

 2   Q    Can you describe some of those people?

 3   A    Okay.  So I had the individual that sort of -- it's

 4   blurry, but it's the individual that's in the brownish vest.

 5   He's the individual that has the Confederate flag.  He's the

 6   one that jabbed at me with the Confederate flag.

 7   Q    What was he doing once you got to the hallway?

 8   A    Yelling, being -- just yelling, screaming, asking about

 9   where they're counting the votes, this is our America.  He was

10   some of the same -- using some of the same lines that a lot of

11   the others were using, yeah.

12   Q    Did you stay in the Ohio Clock corridor for a period of

13   time?

14   A    Yes.

15   Q    Did the rioters stay there as well?

16   A    Yes.

17   Q    And during the next several minutes, at some point was

18   there a cloud of smoke?

19   A    At one point in time, yeah, there was a cloud of smoke.

20   Q    What was the defendant's reaction to that when the cloud

21   of smoke went off?

22   A    His reaction, I don't know.  I couldn't see what his

23   reaction was.  I was trying to look beyond to see what the

24   commotion was with the cloud of smoke.

25   Q    So you couldn't see him at that point?
```

```
 1   A    I couldn't see him.  I wasn't looking at him to see him at
 2   that point.
 3   Q    Okay.  And I want to fast-forward then.  So you are in
 4   this corridor for several minutes.  I want to go up to about
 5   two minutes -- sorry, 2:52 p.m.
 6            MS. ALLEN:  And if you could pull up Exhibit 207,
 7   please.  If you can take us to about 4 minutes and 30 seconds.
 8   You can pause right there.
 9            (The videotape was played.)
10   BY MS. ALLEN:
11   Q    Do you see yourself in this video?
12   A    Yes.
13   Q    Because that's not working, I am just going to ask you, do
14   you recognize the person in that box?
15   A    Yes.
16   Q    Who is that?
17   A    That's me.
18   Q    Okay.  Do you recognize the person standing here kind of
19   looking like he's in your field of vision?
20   A    Yes.
21   Q    Who is that?
22   A    That's Doug Jensen.
23   Q    And he's not the one with the helmet?
24   A    Not the officer, but the guy standing in front of the
25   officer.
```

```
 1   Q     Okay.  That's a police officer right there?
 2   A     With the helmet on?
 3   Q     Yeah, yeah.
 4   A     Yes.
 5   Q     Tell me a little bit about what had happened in that sort
 6   of half hour, 40 minutes between when you got to the hallway
 7   and now?
 8   A     So we get to the hallway, we form our line, and verbal
 9   back and forth, us telling them to leave and to get out, them
10   not doing it or telling us no and shouting out their -- angrily
11   shouting out their rebuttals.  And at one point in time,
12   another group of rioters, they come up from behind us because
13   apparently they had came up the what would be the West Grand
14   Staircase which was behind us which sort of boxed us in between
15   the two groups.  And so we fall back and formed this line right
16   here, which is the main hallway that connects the two chambers
17   in the Rotunda.
18   Q     Is that same hallway that you ran down where you saw Mitt
19   Romney?
20   A     Yes.
21   Q     So now you are sort of backed up against there.  And it
22   looks like there are some officers in the background here?
23   A     Yes.
24   Q     What's happening back here?
25   A     Well, they are holding off a line, their police line.  I'm
```

1    guessing there are more rioters over here too, because where

2    the two American flags are right there was at the time, well,

3    still is, the Senate Minority Leader's office, Senator

4    McConnell.  So at the time, we were not sure if he was in there

5    or not.

6    Q    There were rioters trying to attack Senator McConnell's

7    office too?

8    A    Yes.

9    Q    So you and that line of officers is sort of back to back

10   trying to hold it off?

11   A    Yes.

12   Q    At some point Mr. Jensen comes back into this area where

13   you are, and it looks like you are pointing --

14   A    Yeah.

15   Q    -- is that right?

16        What were you doing right there?

17   A    Telling him to leave.

18   Q    You were telling Mr. Jensen to leave?

19   A    Yes.

20   Q    Did he do it?

21   A    No.

22        MS. ALLEN:  All right.  If we could pull up

23   Exhibit 206, please.

24        THE COURT:  Ms. Allen, how much more do you have on

25   direct with this officer?

```
 1              MS. ALLEN:  I have probably five minutes maybe.

 2              THE COURT:  All right.  Continue.

 3              MS. ALLEN:  All right.  If we could pull this up at 4

 4   minutes and 58 seconds, please.

 5   BY MS. ALLEN:

 6   Q    Before we play, can you identify the person that I have

 7   just circled?

 8   A    Yes.

 9   Q    Who is that?

10   A    That's Doug Jensen.

11              MS. ALLEN:  All right.  If you could play the video,

12   please.

13              (The videotape was played.)

14              If you could pause it right there.

15   BY MS. ALLEN:

16   Q    Were you able to see Mr. Jensen right then?

17   A    Yes.

18   Q    What was he doing.  He was grabbing a -- that's the Senate

19   main door, and he was grabbing a police hat off of one of the

20   chairs.

21   Q    So he's standing right next to the main door of the Senate

22   right there?

23   A    Yes.

24   Q    And he's taking a police hat?

25   A    Yes.
```

1    Q    And you saw that?

2    A    Yes.

3            MS. ALLEN:  If you could resume the video, please.

4            (The videotape was played.)

5            MS. ALLEN:  Pause it right there.

6    BY MS. ALLEN:

7    Q    Do you recognize this person right here?

8    A    Yes.

9    Q    Who is that?

10   A    That's me.

11   Q    All right.  You can keep playing, please.

12           (The videotape was played.)

13           MS. ALLEN:  You can pause it right here.

14   BY MS. ALLEN:

15   Q    Did you and your fellow officers have to actually escort

16   Mr. Jensen out before he would leave the building?

17   A    We have to make sure -- everybody has to get out, so yes.

18   Q    Officer Goodman, can you tell us a little bit about what

19   you did the rest of the day after -- this is shortly before

20   3:00.

21   A    Not too long after this video, at one point in time,

22   another high-ranking Capitol Police official walked into this

23   area here and tells us and me and, this officer here, that

24   there was a Senator kind of hiding out in one of her hideaways

25   in the basement level of the Capitol Building, so on the Senate

```
 1    side.  And we ran down and kind of formed a little makeshift
 2    security detail to get her out of that area using the
 3    evacuation routes that we know of, and to the tunnels, the
 4    Senate tunnels that connect to the office buildings.
 5        And then we started clearing various rooms starting with
 6    the more important rooms, the intel rooms, and then the --
 7    clearing the office buildings, leaders' office -- members --
 8    Senators' office buildings, like the leadership office,
 9    actually, in the Capitol Building itself, and then also
10    clearing the Senate chamber itself, because they had breached
11    the Senate chamber, so clearing that building itself and sort
12    of -- and they sort of began to slowly recede out of the
13    building.
14    Q    When you say clearing, do you mean clearing those areas of
15    rioters?
16    A    Yeah, of people, making sure they were no longer -- making
17    sure nobody was in the building or in these areas, the rioters,
18    yeah, and if they were, get them out of there.
19    Q    So you are actually engaging with people continuing after
20    this throughout the building?
21    A    Yes.
22    Q    And did you eventually get all of the rioters out of the
23    building?
24    A    Eventually, as more law enforcement help came from various
25    agencies, we was able to successfully get everybody out.
```

```
 1   Q    At that point, did you then have to clear the building for

 2   other threats?

 3   A    We had to -- yes.  We had to get the other assets in, like

 4   the bomb squad to do -- and everything else to do sweeps.  And

 5   the K9 dogs had to come in and do their sweeps, because we had

 6   gotten word they were going to come back in session.  So in

 7   order for them to do that, we have to sweep the building and

 8   make sure it's safe.

 9   Q    When you say they, you mean both the House and the Senate?

10   A    Both the House and the Senate, yes.

11   Q    Did that happen later that evening?

12   A    Yes.

13   Q    How late did you have to stay at work that night?

14   A    Past midnight.

15        MS. ALLEN:  Your Honor, if I could have one moment,

16   please.

17   BY MS. ALLEN:

18   Q    Just one other quick question about the Vice President.

19   Were you personally aware of where the Vice President was at

20   various times during that day?

21   A    I wasn't personally aware where he would specifically be.

22   I just know where his office is, and I know where he typically

23   goes when he comes to the building.

24   Q    Understood.  So -- but on the day of January 6, did you

25   have any -- did you see him or see where he was traveling to
```

```
 1   that day?

 2   A    No.

 3   Q    Do you have any -- other than things you've learned after

 4   the fact, do you know -- did you know when he was evacuated

 5   from the Senate?

 6   A    Yeah, after the fact, yes, I know, based on video.

 7   Q    But at the time --

 8   A    At the time I didn't know.  At the time I couldn't see or

 9   hear where he was or where he was going.

10        MS. ALLEN:  All right.  I have no further questions.

11   Thank you.

12        THE COURT:  All right.  We will take a ten-minute

13   recess.  Be back at 4:40 for cross of this witness.

14        (A recess was taken at 4:29 p.m.)

15        (The jury exited the courtroom at 4:29 p.m.)

16        (The jury entered the courtroom at 4:48 p.m.)

17        THE COURTROOM DEPUTY:  Your Honor, we are back on the

18   record in Criminal Matter 21-6, United States of America versus

19   Douglas Austin Jensen.

20        THE COURT:  All right.  Mr. Davis, you may proceed

21   with cross-examination.

22        MR. DAVIS:  Thank you, Your Honor.

23        I'm certain it's coincidental, but it's late and I am

24   the last person up again.

25        THE COURT:  Mr. Davis, you can have as long as you
```

1    need, within reason.

2         MR. DAVIS:   I promise everyone I will not take that

3    long.

4                        CROSS EXAMINATION

5    BY MR. DAVIS:

6    Q    Officer Goodman, how are you today?

7    A    I'm good.

8    Q    Mr. Jensen, the first time you observed him, to your

9    recollection, was when he was in the Capitol proper; is that an

10   accurate statement?

11   A    Yes.

12   Q    You did not see him on the scaffolding, correct?

13   A    No.

14   Q    And you did not see him in any of the videos, and I won't

15   replay them.  You've probably seen them a number of times and

16   we just saw them.  But we didn't see you identify Mr. Jensen in

17   any of the clashes with the Capitol Police officers and other

18   rioters, violent clashes?

19   A    No.

20   Q    We didn't see Mr. Jensen with a bat, correct?

21   A    Say again.

22   Q    We didn't see him with a bat, did we?

23   A    A bat as in a baseball bat?

24   Q    Exactly.

25   A    No.

1    Q    There were some individuals that had instruments like this

2    in their possession that you observed, correct?

3    A    Yes.

4    Q    Individuals -- you referenced a man that had a Confederate

5    flag that was jabbing you with it.  That was a long wooden

6    pole, something that could harm you, correct?

7    A    Yes.

8    Q    You also referenced someone, the fellow with the horns,

9    and he had, I think, what you described as a spear, something

10   with a sharp object on the end?

11   A    Yes.

12   Q    But Mr. Jensen, during your contact with him, didn't

13   display anything even remotely similar to those items, did he?

14   A    No.

15   Q    Mr. Jensen was armed with a Q T-shirt; is that a fair

16   assessment of what stood out about Mr. Jensen?

17   A    He was wearing a Q T-shirt, yes.

18   Q    Did you know anything about Q before that day?

19   A    No.

20   Q    But it looked a little odd, would it be fair to say?

21   A    Other than the Q, I paid no attention.  My focus was his

22   actions that day.

23   Q    You didn't see that it said follow the plan?

24   A    No.

25   Q    Where we go one, we go all?

```
 1   A    I didn't notice that, no.

 2   Q    But the Q stood out?

 3   A    Yes.

 4   Q    It's colorful.

 5        Now, in the videos that we saw, we didn't see Mr. Jensen

 6   turning around and communicating with any people that he was

 7   close to during these encounters, did we?

 8   A    I didn't see him.

 9   Q    And if we could play Government's Exhibit 505 at 47

10   seconds and play it for about three or four seconds.

11            (The videotape was played.)

12   BY MR. DAVIS:

13   Q    That's the one physical contact you had with Mr. Jensen on

14   January 6?

15   A    No.  There's another before that that was also played

16   before that.  It was, yeah, when I pushed.

17   Q    When you pushed him back?

18   A    Yes.  That's not the only --

19   Q    On either occasion, did Mr. Jensen raise a hand after

20   being pushed back?

21   A    Did he raise a hand?  No.

22   Q    He just kept walking forward, correct?

23   A    Yes.

24   Q    And when you indicated to him that you would shoot him, he

25   didn't raise a hand, did he?
```

1   A    No.  He said, you do what you have to do, something to

2   that effect.

3   Q    But nothing threatening?

4   A    Other than him moving forward, no.

5   Q    And verbally he demonstrated passive resistance?

6   A    Say again.

7   Q    He demonstrated passive resistance as opposed to physical

8   resistence?

9   A    Verbally, he said, no, I'm not leaving.  When I would tell

10  him to leave, he verbally said no.

11  Q    Let's break down what's going on in the Ohio Clock room

12  and after you ascend the stairs.  You are up there with

13  Mr. Jensen, and then the group comes in.  And during your

14  testimony, you referenced they were yelling things, they

15  were -- you felt threatened by "them" and "they."

16       Would it be fair to say that, collectively, you were

17  concerned because there was a group of people and they were

18  very loud and some of them were very threatening?

19  A    Yes.

20  Q    People were yelling at the top of their lungs things,

21  correct?

22  A    Yes.

23  Q    And we heard that in the videos, right?

24  A    Yes.

25  Q    Now, we didn't hear Mr. Jensen yelling at the top of his

1    lungs in those videos, though, did we?

2    A    At one point, you could hear him say, before you could see

3    him say, I'll take it, I'll take it, you could hear that.

4    Q    But in the Ohio Clock room, when everyone is standing in

5    there, we heard all of those fellows in there yelling things.

6    A    I can't hear him, no.

7    Q    Now, as he's ascending the stairs behind you, at any point

8    between when you start to go up the stairs until you get to the

9    Ohio Clock room, at any point do you try to direct him in a

10   certain direction?

11   A    Did I try to direct him as I am running up the steps?

12   Q    Do you try to lead him anywhere in particular?

13   A    I am going to find where I last saw -- I'm not leading him

14   anywhere.  I'm not leading them anywhere at this point.  I'm

15   going to where I last saw other officers, backup.

16   Q    Where was that?

17   A    Say again.

18   Q    Where was that?

19   A    That was in the vicinity of the Rotunda and Senator

20   McConnell's office.

21   Q    But you never -- you never indicated to Mr. Jensen that he

22   should come along --

23   A    No, I never did that.

24   Q    -- in that direction?

25   A    No.

233

| | |
|---|---|
| 1 | Q    You pointed out -- I think there was a still shot from one |
| 2 | of the videos where Mr. Jensen is picking up a hat presumably |
| 3 | that belonged to you? |
| 4 | A    No, it didn't belong to me.  It was another officer's hat. |
| 5 | Q    Another officer's hat.  And did you approach him about |
| 6 | that? |
| 7 | A    Yes. |
| 8 | Q    What did you ask him to do? |
| 9 | A    I didn't -- I tried to -- I took the hat from him -- tried |
| 10 | to take the hat from him.  He threw it back in the chair.  And |
| 11 | I told him he needed to leave. |
| 12 | Q    So he didn't offer resistance to give the hat? |
| 13 | A    No.  He just threw it back -- |
| 14 | Q    Did you tell him to put that down? |
| 15 | A    Say again. |
| 16 | Q    Did you tell him to leave that alone? |
| 17 | A    Yes -- no.  I told him to leave, he needs to leave. |
| 18 | Q    And then he was escorted out, correct? |
| 19 | A    Yes, along with the rest of the group. |
| 20 | Q    And he was not arrested that day, correct? |
| 21 | A    I don't know what happened with him outside of that. |
| 22 | Q    You didn't arrest him that day, correct? |
| 23 | A    No, I didn't. |
| 24 | MR. DAVIS:  I have no further questions.  Thank you. |
| 25 | THE COURT:  All right.  Any redirect? |

```
 1                      REDIRECT EXAMINATION
 2   BY MS. ALLEN:
 3   Q    Officer Goodman, Mr. Davis just said something.  I think
 4   he said that Mr. Jensen, the defendant, did, quote, nothing
 5   threatening.  And when you answered, it sounded like you had
 6   some disagreement with that or something else to say.
 7   A    Well, yeah, because he was -- as he didn't verbally
 8   threaten me, he was with a larger group and he was the one up
 9   front accosting me the most.  So that in and of itself is
10   threatening given the situation and the totality of everything
11   I had been through that day, yeah.
12             MS. ALLEN:  Thank you.
13             Thank you, Your Honor.
14             THE COURT:  All right.  Officer, you may step down.
15   Thank you for your testimony.
16             So we won't certainly be able to complete the next
17   witness, but I think if the government calls its next witness,
18   we can at least get some -- make some progress here today
19   before we wrap up.
20             So, government, please call your next witness.
21             MS. ALLEN:  Your Honor, the United States calls U.S.
22   Capitol police Officer Brian Morgan.
23                        BRIAN MORGAN
24   Having been first duly sworn on oath, was examined and
25   testified as follows:
```

```
 1              THE COURTROOM DEPUTY:  Thank you.  You may be seated.

 2              THE COURT:  You may proceed.

 3              MS. ALLEN:  Thank you, Your Honor.

 4                        DIRECT EXAMINATION

 5    BY MS. ALLEN:

 6    Q    Good evening, officer Morgan.

 7    A    Good evening, ma'am.

 8    Q    Can you tell us where you work.

 9    A    I work at the U.S. Capitol.

10    Q    What's your job there?

11    A    I work for the Senate chamber section of the Capitol

12    division.

13    Q    Are you a police officer with the U.S. Capitol Police?

14    A    Yes, I am.

15    Q    How long have you worked there?

16    A    Going on 16 years now.

17    Q    And what is the Senate chamber section?

18    A    We are a group of officers who our responsibility is first

19    and foremost to protect the Senator.  We protect the Senate as

20    an institution.  We make sure they are able to perform their

21    legislative duties without disturbances or disruptions.  We

22    monitor individuals who come in and out of the chamber daily.

23    We do enhanced screening to make sure those individuals such as

24    the public and guests and staff don't have weapons or

25    prohibited items.
```

1   Q    How long have you been assigned to the Senate chamber?

2   A    Approximately ten years.

3   Q    All right.  I am going to take us right to the morning of

4   January 6, 2021.  Were you at work that day?

5   A    Yes, ma'am.

6   Q    And was the Senate planning to be in session that day?

7   A    Yes, ma'am, they were.

8   Q    What was your assignment?

9   A    My assignment was around the chamber.  My first

10  assignment, I was -- when we came in session, I was at at that

11  time Minority Leader Schumer's office.

12  Q    Where is that?

13  A    That is on the west side second floor of the Capitol right

14  outside the main chamber.

15  Q    Officer Morgan, there is a map right to your right behind

16  you.

17  A    Okay.

18  Q    And there is a microphone right on the desk in front of

19  you.  That is like a handheld kind of microphone.  If you

20  wouldn't mind stepping down, there's a problem with the audio

21  today so the microphone.  It only works if you hold it two

22  inches from your mouth.

23  A    Right there?

24  Q    Yeah.  So if you wouldn't mind pointing out where that is.

25  A    Right here (indicating).

```
 1   Q     Okay.  And so that's where you were posted for the

 2   morning?

 3   A     To start the day, yes, ma'am.

 4   Q     Okay.

 5            THE COURT:  And, Officer, I'm sorry to interrupt,

 6   Ms. Allen, just where you are standing, the whole jury -- the

 7   jury has to be able to see where you are pointing.  So if there

 8   is a way to, either side, but to be all the way on one side

 9   when you are pointing it out so they can all see.

10   BY MS. ALLEN:

11   Q     I'm sorry, whose office did you say that was?

12   A     At the time it was Minority Leader Schumer.

13   Q     Is that still where Senator Schumer's office is today?

14   A     That is correct.

15   Q     What were you doing in Senator Schumer's office?

16   A     Every day our shift maintains protection outside of his

17   office, and that's also a door to the chambers.  So as I said

18   before, we monitor access of who goes in and out.  We monitor

19   access of who goes into Senator Schumer's office because he's

20   leadership, and we protect leadership as well.

21   Q     Got it.  Where -- at some point during the day, did you

22   learn that there had been an exterior breach of the Capitol?

23   A     Yes, I did, around 12:45.

24   Q     And you can have a seat.

25   A     Thank you.
```

1    Q    We are having a similar problem with these microphones, so

2    it would be great if you could pull it just toward you.

3         Backing up just a little bit, were you aware that the

4    grounds of the Capitol were secured that day?

5    A    Yes, ma'am.  They had been for some time because we

6    secured the area because of the building of the inaugural

7    platform for the inauguration.

8    Q    So you learned that that exterior perimeter had been

9    breached, you said, around 1:00?

10   A    Around 12:45, 1:00, yes.

11   Q    Around 12:45.  And were you in the area of Senator

12   Schumer's office when you heard that?

13   A    Yes, ma'am.

14   Q    What did you do in response to that news?

15   A    As an officer, you think worst case scenarios, what if

16   scenarios, what if this happened, what if that happened.  So I

17   immediately started thinking worst case scenario if there was

18   an attack.  At the time I think we were investigating bomb

19   threats around the Hill, so I was thinking to myself of my

20   emergency procedures and evacuation routes, different things

21   like that.

22   Q    Did you at some point later learn an update about what was

23   happening outside the Capitol?

24   A    Yes.  I had heard throughout the afternoon that there were

25   breaches of -- first it was exterior snow fence and then the

```
 1   bike racks and then they breached police lines and they were
 2   getting closer and closer to the building.
 3   Q    And you were able to hear that that was going on through
 4   your radio communications?
 5   A    Yes, ma'am.
 6   Q    Could you hear the activity going on outside from your
 7   position inside the Capitol?
 8   A    Yes, ma'am.  You could hear chanting and yelling and
 9   screaming.
10   Q    At some point could you actually -- did you actually learn
11   that the building was about to be breached, that there was a
12   risk of that?
13   A    Yes, ma'am.  Around 2:00, 2:15-ish, our Assistant Chief
14   Pitman came over the radio and ordered a lockdown of the
15   building.
16   Q    And what did you do in response to that?
17   A    We have different procedures that officers do.  We lock
18   certain doors and do things with leadership personnel and stuff
19   like that.
20   Q    Did you wind up on the third floor of the building around
21   that time?
22   A    Yes, ma'am.  I had -- we rotate positions every 45
23   minutes.  And I had actually rotated up to then Minority Whip
24   Dick Durbin's office.
25   Q    Is that upstairs one more level?
```

```
 1    A     On the third floor.

 2    Q     From where you were on the third floor, could you hear the

 3    sounds of a breach of the Capitol?

 4    A     Yes, ma'am.  So the West Grand Staircase, which I was

 5    located next to, is completely open, so you could hear

 6    everything going on.  If someone was having a conversation on

 7    the first floor at the West Grand Staircase, you could hear it.

 8    So that day, you could hear the glass shattering, you could

 9    hear yelling and screaming.  You could hear everything that

10    day.

11    Q     That's a big open marble staircase that echoes?

12    A     Yes, ma'am.

13    Q     In relation to the Senate wing door, and maybe -- I know

14    we are looking at the second floor and you were up on the third

15    floor, but if you could maybe point out where you were even if

16    it's one floor up on that exhibit.

17    A     One floor up, I was right here (indicating).  It's

18    basically the same layout, just one floor up.

19    Q     The same area where Senator Schumer's office, but one

20    level higher?

21    A     They are right above each other, yes, ma'am.

22    Q     And you could hear the sound of glass breaking from where

23    you were?

24    A     Yes, ma'am.

25    Q     Could you also hear other calls on the radio around that
```

time?

A     Yes, ma'am.  The radio was very frantic.  Officers were calling for help.  They set up triage centers for officers, things like that.

Q     You can have a seat.

A     Thank you.

Q     Did you hear a voice on the radio at some point call out for the second floor?

A     Yes, I did.  I heard Officer Eugene Goodman, who's assigned to my Senate chamber shift as well.  He had called out, second floor, and that's how I ended up running to the Ohio Clock corridor.  If it wasn't for that, I would have run down to the first floor to try to stem the flow of rioters coming in and just try to shore up the building the best I could.

Q     When you heard that call on the radio, how did you know it was Officer Goodman?

A     I have known Eugene going on ten years now.  Our lockers are right next to each other.  And we are buddies.  So I could -- when I heard his voice, I knew exactly who it was.

Q     How did he sound?

A     Frantic.  I know Eugene was in the service.  He served overseas, and I know he doesn't get frantic very often.  Not much rattles him, so I could hear it in his voice.

Q     You said that's what led you to the Ohio Clock corridor?

1    A     Yes, ma'am.

2          MS. ALLEN:  Can you pull up Exhibit 505, please and I

3    guess to about 20 seconds in.

4          If you could play that for just about five seconds.

5          (The videotape was played.)

6          MS. ALLEN:  Sorry.  I have my times wrong.  If you

7    could keep playing it, I will ask you when to stop.

8          (The videotape was played.)

9    BY MS. ALLEN:

10   Q     You heard -- are you familiar with that officer in that

11   video?

12   A     Yes, ma'am.  That's Officer Goodman.

13   Q     Did you hear him say right then, second floor?

14   A     Yes, ma'am.

15   Q     Is that what you heard over the radio?

16   A     Yes, ma'am.

17   Q     Can you tell us a little bit about how the radio was

18   operating that day?

19   A     So the Senate chamber has our own specific channel for our

20   chamber and then the House chamber, so officers are able to

21   talk back and forth.  We also have scannability, so we can hear

22   what's going on in and outside.

23   Q     And on that day, given what was happening all around you,

24   was it difficult to get a broadcast on the radio?

25   A     Yes, to an extent.

```
1   Q    Okay.  But you did happen to hear Officer Goodman right at
2   that moment?
3   A    Yes, uh-huh.  It came through on the main channel I was
4   on, which is the chamber channel, which pretty much throughout
5   the day was quiet in itself.
6   Q    Okay.  Right outside the Senate floor is that area we have
7   been calling the Ohio Clock corridor?
8   A    Yes, ma'am.
9   Q    That's where you went when you heard that call?
10  A    Yes, ma'am.
11  Q    Okay.  What did you see when you got there?
12  A    As I got there, I saw a makeshift police line with a
13  handful of officers, maybe eight to ten officers at the time.
14  There were rioters that were streaming into the hallway.  There
15  was probably at least a dozen there already, if not more.
16  Q    As you were approaching that area, could you hear those
17  rioters in that hallway?
18  A    Yes, ma'am.
19  Q    Could you hear anything in particular they were saying?
20  A    They were chanting.  Stop the steal was something very
21  popular I heard that day.
22       MS. ALLEN:  If we could pull up Exhibit 206A, please.
23  BY MS. ALLEN:
24  Q    This was 2:16 p.m. and 25 seconds.  And are you familiar
25  with this photo?
```

244

1    A    Yes, ma'am.

2    Q    Are you pictured in it?

3    A    Yes, ma'am, I am.

4    Q    And if I circle that individual off to the west side of

5    the hallway, do you recognize who that is?

6    A    That's myself.

7    Q    Okay.  Is this the moment that you walked into that

8    corridor?

9    A    Yes, ma'am.

10   Q    Is that also the first time this day that you've seen the

11   rioters face to face?

12   A    Yes, ma'am.

13         MS. ALLEN:  And if you could pull up Exhibit 206,

14   please, and play starting at 4 minutes and 24 seconds.

15         (The videotape was played.)

16   BY MS. ALLEN:

17   Q    Can you describe your experience.  As you walked up to

18   that police line and joined the line, what did you hear and see

19   and experience?

20   A    It was just mass chaos right now at this moment.  You see

21   these rioters streaming in here, and we are starting to form

22   our police line.  You hear a lot of screaming and yelling, four

23   letter words, being called traitors at the time, different

24   things like that.

25   Q    What was the tone like?

1   A      Anger.

2   Q      Did some of the rioters there stand out to you right away?

3   A      Yes, ma'am, they did.

4   Q      Who did you take notice of?

5   A      I took notice of a man with a Confederate flag.  I took

6   notice of a man with a 6-foot long spear with a bullhorn.  I

7   noticed a man in a black cap with a Q shirt.

8   Q      Those are the people who first stood out to you?

9   A      Yes, ma'am.

10   Q      You said you took note of a Confederate flag there.  What

11   about that stood out to you in particular?

12   A      That, A, it was large and, B, it upset me because I know

13   that the -- that hallway, specifically the Senate chamber, was

14   actually used as a union hospital during the Civil War, and I

15   know Soldiers died there and stuff like that, so I had a little

16   emotion about that so...

17   Q      Are you a history buff?

18   A      Yes, ma'am, I am.

19   Q      Pretty impressive, pretty neat place to work as someone

20   who is a student of history?

21   A      Yes, ma'am.

22   Q      You said you noticed one of the people was wearing -- that

23   stood out to you right away was wearing a black beanie and a Q

24   T-shirt?

25   A      With an American flag on it is the Q, yes, ma'am.

1   Q    Did you try immediately to take note of anyone who might

2   have weapons?

3   A    Yes, ma'am, we did, but we assumed that everyone in there

4   had a weapon because no one -- we have screening procedures in

5   order to enter our building so nobody has weapons.  So to me,

6   everyone had a weapon, whether it was visible or it could have

7   been very close under a sweatshirt or in a pants pocket,

8   something of that nature.

9   Q    Now, were you aware of what was going on just on the other

10  side of this wall inside the Senate floor?

11  A    At the time, I knew what was supposed to happen.  I had no

12  idea what was actually happening.

13  Q    Did you hear people in the crowd at around this time

14  communicating messages about what they wanted, why they were

15  there?

16  A    Yes.  They said things, like I mentioned, stop the steal.

17  We are here to stop the counting of the electoral ballots, the

18  certification of President Biden, things like that.

19  Q    Did you hear people referencing Vice President Mike Pence?

20  A    I did.

21  Q    What were they saying in particular about them?

22  A    Arrest Mike Pence.

23  Q    So back to the person you identified wearing a Q T-shirt,

24  Q man, what did you notice about him?  What was it about him

25  that made you target in on him right away?

```
 1    A    I noticed that he was angry.  He was flailing his arms,

 2   and he was one of the closest ones to the police line.

 3    Q    What was your impression of what he was trying to do?

 4    A    In my opinion, to stop the Senate from certifying the

 5   vote.

 6              MR. DAVIS:  Objection.

 7              THE COURT:  Sustained.

 8              MR. DAVIS:  I would ask that it be stricken.

 9              THE COURT:  That answer will be stricken.  And

10   obviously, counsel, you can ask him -- you can ask him -- well,

11   that answer will be stricken.  You may continue.

12   BY MS. ALLEN:

13    Q    Tell us a little bit about his body language and behavior

14   as he was in that hallway.

15    A    Like I said, flailing of the arms, almost like going back

16   like very angrily, just yelling, things of that nature.

17    Q    Did he say what he wanted?

18    A    He told me to arrest Mike Pence.

19    Q    How much time did you spend in close contact with him?

20    A    Several minutes, if not more.

21    Q    And about how close was he?

22    A    A matter of feet, maybe two feet, three feet.

23              MS. ALLEN:  Could you call up, please, Exhibit 513.

24              I believe this has been admitted already.

25
```

```
 1   BY MS. ALLEN:

 2   Q     Do you recognize this photo?

 3   A     Yes, ma'am.

 4   Q     And who is the officer standing right here?

 5   A     That is myself.

 6   Q     Okay.  Is this the individual you have been referring to

 7   as the person wearing the Q T-shirt?

 8   A     Yes, ma'am.

 9   Q     Do you see him in the courtroom today?

10   A     Yes, I do, ma'am.

11   Q     Could you please point him out.

12   A     (Indicating).  Right there, right over your right

13   shoulder.

14   Q     Is he wearing a black sweater?

15   A     Yes, ma'am.

16         MS. ALLEN:  Your Honor, could the record reflect the

17   witness has identified the defendant.

18         THE COURT:  Without objection, it shall reflect.

19         MS. ALLEN:  So if we could go back to Exhibit 206

20   starting at about 4:45, if you could play that until about five

21   minutes.

22         (The videotape was played.)

23   BY MS. ALLEN:

24   Q     Now, Officer Morgan, just to be clear, do you recognize

25   the person in that red box wearing a hat?
```

```
 1   A     Yes.  That's myself.

 2   Q     And then do you recognize the person standing -- the other

 3   person in that red box to your right?

 4   A     Yes.  That's Officer Gelfant.

 5   Q     Officer Gelfant?

 6   A     Yes, ma'am.

 7   Q     Now, right before this, it looked like you were reaching

 8   back in the area of your belt?

 9   A     Yes, ma'am.

10   Q     What were you doing?

11   A     I was going to grab my asp baton.

12   Q     Why?

13   A     I felt threatened.  I knew these people had weapons and I

14   knew that was a step up that I could do in case I had to go

15   hands on with somebody.  I had heard the radio and the things

16   that were happening to my fellow officers outside.  I saw

17   individuals walking around with police -- with our police

18   vests, with our shields, and with different police equipment.

19   So I had no idea to what extent these people had engaged or

20   hurt my fellow officers outside.

21   Q     To be clear, you saw people walking around with police

22   gear, vests, and shields who were not police officers?

23   A     That is correct.

24   Q     So those were rioters who you presumed had stolen them

25   from your -- from other officers?
```

1   A      Had overtaken them and perhaps hurt them, yes, to get

2   those items.

3   Q      And in this -- at this moment, in this area, you said you

4   took your baton out because you were feeling threatened?

5   A      Yes, ma'am.

6   Q      Can you describe your baton.  What is -- how does that

7   operate?

8   A      So it's one of my regular items I wear on my belt every

9   day.  It's called a collapsable baton.  So it's normally about

10  this long.  And when I intend to use it, I whip my wrist like

11  that and it comes out and extends to about this long

12  (indicating).

13  Q      So you extend it by kind of forcefully snapping it open?

14  A      Yes, ma'am.

15  Q      And is that what you were on your way to do right here?

16          MS. ALLEN:  If you could back up a couple seconds and

17  play until about 5:03.

18          (The videotape was played.)

19  BY MS. ALLEN:

20  Q      All right.  So we saw you doing a pretty quick movement

21  right there.

22  A      Yes, ma'am.

23  Q      Was that you extending your collapsable baton?

24  A      I was deploying it, yes, ma'am.

25  Q      Okay.  Now, can you point out where the defendant was

1  standing when you did that if you can see him here?

2  A    Yes, ma'am, I can.

3  Q    And if you could point out where he is -- you know what, I

4  will just because normally I would be able to ask you to do

5  this, but it's not working well today.

6       Can you identify the person inside the red box right

7  there?

8  A    Yes.  That is the rioter with the black skull cap and Q

9  shirt standing in front of our Inspector Loyd.

10 Q    I'm sorry.  Could you make sure the microphone is a little

11 closer.

12 A    Sorry.

13 Q    That's all right.  That's the defendant here, right?

14 A    Standing in front of our Inspector Loyd, yes, ma'am.

15 Q    That's what I was going to ask you.  That's Inspector

16 Loyd?

17 A    Yes, ma'am.

18 Q    Did he indicate that he saw you take your baton out?

19 A    Yes, ma'am.

20 Q    How did he do that?

21 A    He had looked at Officer Gelfant and said basically what's

22 this, why is he doing that, like --

23 Q    Did you answer?

24 A    No, I didn't answer.

25 Q    Did Officer Gelfant answer?

1    A    He tried to reason and say he's doing this because he

2    feels threatened and things like that.

3    Q    Did the defendant say anything more about that?  Did he

4    indicate that he wanted you to put it away?

5    A    He basically said that he would one up me if I kept it

6    deployed.

7    Q    What did you interpret that to mean?

8    A    That he would take my level force and then take one step

9    above that.  At the time I didn't know what that meant, a

10   bigger weapon that he might have had on him, I don't know.

11   Q    Okay.  So he saw you take out the baton?

12   A    Yes, ma'am.

13   Q    And he said, if you don't put that away -- can you

14   repeat -- can you say what the words that he used if you recall

15   them?

16   A    I will one up you.

17   Q    I'll one up you?

18   A    Uh-huh.

19   Q    And you assumed that meant he would have greater level of

20   force than you had?

21   A    Yes, ma'am.

22   Q    When the defendant said that, how did you respond?

23   A    At that time, I had still kept it out and I was just

24   monitoring the situation, monitoring him, and just seeing how

25   it played out.

1    Q    Was it one of your goals at this point to try and lower

2    the temperature or keep the room calm to try and settle things

3    down?

4    A    To deescalate, yes, ma'am.

5    Q    Is that something that you are trained to do?

6    A    It is, yes.

7    Q    Did you take steps to do that?

8    A    Yes.  I had a conversation with Officer Gelfant, and we

9    both agreed that it would be wise to put my baton away almost

10   as a peace offering, like I'm putting mine away, so you don't

11   have to take your out, you don't have to step anything up, and

12   we can just try to settle this situation.

13   Q    Your purpose in doing that was what?

14   A    To try to get the man in the black beanie to not present

15   use of force and try to deescalate the situation to calm him

16   down.

17   Q    All right.  Was it, therefore, important that he saw you

18   putting it away?

19   A    Yes, ma'am.

20   Q    So you tried to make sure that he could see it?

21   A    Yes, ma'am.

22   Q    How do you collapse the baton?

23   A    You have to do it against a hard surface.  So in this

24   case, my best scenario was the floor.  The floor is solid

25   marble.  I took a step back, while monitoring all the

1    individuals, I took a step back and I slammed it against the

2    ground and I put it back into my duty belt.

3    Q    Okay.  Would you mind demonstrating how you do that.

4    A    Yes, ma'am.  Unfortunately, I don't have it on me, but

5    this is what you would do.  You would just take a step back,

6    put it back (indicating), holster it.

7    Q    So you kind of have to smash it down -- not smash it, but

8    you have to hit the ground fairly forcefully to get it to

9    collapse?

10   A    Yes, ma'am.  You have to use a great deal of force to get

11   it.  It doesn't go away easy.

12   Q    You can have a seat because I think that microphone works

13   a little bit better, but I didn't hear the last thing you said.

14   A    I said, yes, you have to put some good force behind it

15   because it doesn't go down easy.

16   Q    All right.  So you and Officer Gelfant had a discussion

17   about whether and how you should do that?

18   A    Yes, ma'am.

19   Q    And did you decide to do it?

20   A    Yes, ma'am.

21        MS. ALLEN:  Okay.  Could we please go back to

22   Exhibit 206 and resume until about 6 minutes and 33 seconds in.

23        (The videotape was played.)

24   BY MS. ALLEN:

25   Q    All right.  Now, it looks like you ducked down a little

```
 1    bit.  Is that --
 2              MS. ALLEN:  Maybe you could back it up like a second
 3    and play it one second more.
 4              There we go.
 5              (The videotape was played.)
 6    BY MS. ALLEN:
 7    Q    In that video, did you see yourself moving?
 8    A    Yes, ma'am.
 9    Q    What were you doing?
10    A    I am taking a knee to be able to collapse my baton.
11              MS. ALLEN:  Okay.  You can pause right there.
12    BY MS. ALLEN:
13    Q    Did Officer Gelfant gesture towards the defendant after
14    you did that?
15    A    Yes.
16    Q    What did he do?
17    A    I'm sorry?
18    Q    What did he do?
19    A    He made a gesture like, okay, like he did that, so like
20    we're good now.
21    Q    Trying to sort of calm things down?
22    A    Yeah, uh-huh.
23    Q    Did the defendant acknowledge and notice that you had put
24    your baton away?
25    A    Yes.  He had commented that I didn't have to bow to him.
```

```
 1   Q    Did you see video that has sound taken by somebody in the
 2   crowd right here at the same time?
 3   A    I have.
 4            MS. ALLEN:  Can we pull up Exhibit 532, please.
 5            I don't believe this has been admitted, Your Honor.  I
 6   would move to admit and publish this exhibit.
 7            THE COURT:  Without objection, it's admitted and --
 8   532, yep, without objection, it's admitted and can be
 9   published.
10            (Government's 532 received in evidence.)
11            MS. ALLEN:  Could you take us to 1 minute and 39
12   seconds.
13   BY MS. ALLEN:
14   Q    And before we hit play, can you identify yourself here in
15   this video?
16   A    That is me in the Garrison hat with a black mask on.
17   Q    And you are holding what looks like a long, black object.
18   What is that?
19   A    That is my collapsable baton.
20   Q    When you did collapse it, did it have the effect you were
21   hoping for?
22   A    Yes, for a while.
23   Q    What did the defendant do in response?
24   A    He didn't up his level of force.
25   Q    Okay.  And that was the whole purpose?
```

```
 1   A     Yes.

 2   Q     Because he had told you earlier that he would up the level

 3   if you didn't?

 4   A     Correct.

 5   Q     Okay.

 6         MS. ALLEN:  Let's play this video, and if you could

 7   pause it at 4 minutes and 40 seconds.

 8         (The videotape was played.)

 9   BY MS. ALLEN:

10   Q     All right.  Officer Gelfant -- sorry, Officer Morgan,

11   that's Officer Gelfant, correct?

12   A     Correct.

13   Q     And he's the one who was interacting along with you with

14   the defendant about your baton?

15   A     Correct.

16   Q     In the video we just saw, he seemed to tell one of the

17   rioters that the lawmakers weren't there?

18   A     Correct.

19   Q     Was that true?

20   A     No, that wasn't.  To my knowledge, the Senate was still

21   behind the locked doors over what would be my left shoulder.  I

22   had no way to know if they had been evacuated or not yet.  So

23   that is true that the Senate could have been there at that

24   time.

25   Q     And so why do Officer Gelfant -- what would be the reason
```

```
 1   he would say something like that?

 2   A    To try to get them to leave.  If they weren't there, then

 3   he thought maybe, in my opinion, that they would leave.

 4   Q    Okay.  So that's sort of another effort -- another way of

 5   diffusing the situation?

 6   A    Yes, ma'am.

 7   Q    Did you hear the defendant speaking in that video we just

 8   watched?

 9   A    Yes, ma'am.

10   Q    And you could hear that at the time as you were face to

11   face with him?

12   A    Yes, ma'am.

13   Q    You heard him say, why can't we just storm in there?

14   A    Yes, ma'am.

15   Q    And did you hear him also say that that's the end game?

16   A    Yes, ma'am.

17   Q    And a couple of times, did you hear him mention the Vice

18   President?

19   A    Yes, ma'am.

20   Q    And telling you to arrest him?

21   A    Yes, ma'am.

22   Q    Now, at this point, Inspector Loyd has left this hallway,

23   is that right?

24   A    That is correct.

25   Q    And you kind of inserted yourself in a physical space that
```

1    he had been standing in?

2    A     Yes, ma'am.

3    Q     To kind of complete the line?

4    A     The police line, yeah.  I filled his gap.

5    Q     Did you and your fellow officers have different strategies

6    that you used to help diffuse the situation there?

7    A     Yes, ma'am, we do.  For instance, Officer Gelfant, his

8    strategy was to speak to the rioters to try to, I guess, listen

9    to what their needs were and try to calm them down.  My

10   strategy was not to engage them.  In my previous experiences

11   with rioters and just policing itself, the more you talk to

12   people, you might trigger them.  And if they get triggered,

13   then worse things can happen.

14   Q     So you prefer to stay pretty quiet?

15   A     Yes, ma'am.

16   Q     Now, just after this, do you recall an incident with a big

17   cloud of smoke in this room?

18   A     Yes, ma'am.  An individual came up to the side of the

19   corridor and sprayed a fire extinguisher at us.

20   Q     And did that cause a lot of commotion, a lot of people to

21   back up and change what they were doing?

22   A     Yes, ma'am.  Several of us, we were coughing.  I, myself,

23   was coughing.  I had -- my eyes had gotten teary from inhaling

24   it.  And we had backed up to create space between us and the

25   rioters.

```
 1    Q      Did the defendant also back up?

 2    A      He came forward.

 3    Q      Did he -- in doing that, did he have to go through that

 4    chemical cloud?

 5    A      Yes, ma'am, he did.

 6    Q      Did it appear to affect him?

 7    A      Not at all.

 8    Q      What was your interpretation of that?  How did that feel?

 9    A      I felt like I was in an episode of The Walking Dead where

10    he was just coming.  We were gagging, other rioters were

11    struggling and gagging and coughing, and he walked right

12    through the cloud like it was nothing.  I had a mask on.  I

13    know several other officers had masks on, and still it was no

14    help.

15           MS. ALLEN:  Can you pull up Exhibit 511, please.

16           And I believe this has already been admitted.

17    BY MS. ALLEN:

18    Q      Are you familiar with this photograph?

19    A      Yes, ma'am.

20    Q      Does this sort of fairly capture the scene you have just

21    described after the smoke had settled down a little bit?

22    A      Yes, ma'am.

23    Q      And the defendant is up in the front of this frame.  Where

24    are the rest of the rioters?

25    A      In the background behind him.
```

1    Q     And about how many feet would you say they are behind him?

2    A     I would say the closest one is maybe about 8 feet away,

3    and the rest of them are probably up to 12 to 20 feet away.

4    Q     When that happened, did the defendant seem to use that as

5    an opportunity to move forward?

6    A     Yes, ma'am.

7          MS. ALLEN:  If we could pull back to Exhibit 532, and

8    maybe back up a few seconds and play from 4:30.

9          That's perfect.

10         (The videotape was played.)

11   BY MS. ALLEN:

12   Q     Officer Morgan, at the end of this video, it looks like

13   you and the defendant are once again engaged face to face?

14   A     Yes, ma'am.

15   Q     And that you were speaking with each other?

16   A     Yes, ma'am.

17   Q     Do you recall what the defendant said and what you said?

18   A     What I said, yes.  I said to the defendant, pardon my

19   language, I said, what the fuck was that.  I was extremely

20   angry, and I felt like he had kind of broken the sort of almost

21   peace agreement that we had by the only one coming forward

22   toward our police line now.

23   Q     And why -- that peace agreement was the baton -- you

24   putting the baton away, is that right?

25   A     Yes, ma'am.

```
 1   Q     And why did you feel he had broken that agreement?

 2   A     Because he was the only one out of the group that came as

 3   close to us as he did.

 4   Q     So by advancing toward you --

 5   A     Yes.

 6   Q     -- when you had already put your baton away?

 7   A     Yes, ma'am.

 8   Q     Now, given your new positions, I want to just bring it a

 9   little bit -- down to the defendant's left and your right, is

10   that a doorway or a hallway?

11   A     It is a hallway, yes, that leads to the Rotunda.

12   Q     And that's the big hallway that goes from the Senate all

13   the way across to the House?

14   A     Exactly, to the House, yes, ma'am.

15   Q     And to the defendant's right and to your left, is there a

16   doorway there?

17   A     That is considered the main door into the Senate chamber.

18   Q     So from where you and the defendant were standing here,

19   could you see both of those, the hallway and the doorway both?

20   A     Very clearly, yes, ma'am.

21         MS. ALLEN:  Okay.  Now I would like to pull back up to

22   Exhibit 206.

23         THE COURT:  Ms. Allen, how much more do you have for

24   this witness?

25         MS. ALLEN:  I have quite a bit more, probably about a
```

 1   half hour.

 2          THE COURT:  All right.  Why don't we stop here.  It's

 3   a quarter to 6:00, and if you have that much more, I think

 4   it's -- it sounds like you were about to start up sort of a new

 5   topic.  So I think now is a good time to break for the evening.

 6   I do want to have some discussions with you all, the attorneys,

 7   before I let you all go.

 8          So I think we can -- so, first of all, Officer, if you

 9   could step down, we will pick up your testimony tomorrow.

10          And, Ms. Harris, if you can release the jurors.

11          So thank you all again for your service and for your

12   attentiveness here today.  We made some, I think, good

13   progress.  Ms. Harris will release you for the day.  We will

14   start again tomorrow at 9:00.  There may be -- I will ask you

15   to be here at 9:00.  There may be some things that the lawyers

16   and I have to deal with.  We will try to keep them to a minimum

17   outside your presence before we bring you in, but we will do

18   our best to start as soon as we can.  Thank you all.

19          (The jury exited the courtroom at 5:46 p.m.)

20          THE COURT:  Let's just give Ms. Harris one moment to

21   come back, but you all maybe seated.

22          All right.  Very well.  Ms. Harris has returned.  Let

23   me just run through, I think, some housekeeping matters.

24          First, Ms. Allen, do you happen to have a

25   representation just for the record for us about your opening

```
 1    and what -- I can see from your reaction you don't.  So that's
 2    all right.  If you would just try to, among all the other
 3    things you are doing tonight, remember to, if tomorrow morning
 4    we can put that on the record about what exhibits were in that,
 5    or if you want to just -- if there's something you want to just
 6    mark as a separate -- I don't know whether you have a slide
 7    show that you want to slap a sticker on and say this is an
 8    additional exhibit or however.  We just have to have, I think,
 9    that for the record to know what was in that.
10            MS. ALLEN:  That would be fine.  I can do that.  I can
11    also file something with the exhibit numbers.  But it might be
12    easier to put the PowerPoint in the record.
13            THE COURT:  I think whatever is easiest is fine with
14    me.  We wouldn't send it back with the jury, of course, but
15    just for the record, we would have something with an exhibit
16    number.  However you would like to do it is fine, especially
17    assuming Mr. Davis --
18            MR. DAVIS:  I have no problem with it.  I think that's
19    a good idea.
20            THE COURT:  However you want to handle it.
21            That's number one.
22            MS. ALLEN:  I apologize, Your Honor.
23            THE COURT:  All right.  Number two, I will take a look
24    tonight.  I know you all, I think, had agreed on all the
25    instructions, at least the substantive instructions, and then
```

1    you all had a list of jointly proposed instructions.

2         I eyeballed it at an earlier break, and it looks to me

3    like almost all of those things, the instructions, would be

4    appropriate.  Here's what I will do is we will put together a

5    proposed list of instructions and lay it all out and file it

6    sometime this evening.  If you all want to just take a look at

7    it and be prepared -- again, it doesn't look like you all have

8    a dispute about this, but if there is something you think I

9    should add or a particular instruction you think actually given

10   the way things turned out we don't need, we can chat about it

11   really quickly tomorrow.  But I am going to do my best to put

12   something on the docket tomorrow that will just reflect the

13   full text of the instructions that I think are appropriate.

14        Ms. Mirell.

15        MS. MIRELL:  Maybe to save a little time, in terms of

16   the government's request, having revisited this recently, we

17   would ask that the definition of knowingly be added to Count 1.

18   I believe we first define it with respect to a later charge,

19   but I think it's first used in Count 1 so every use thereafter

20   can refer back to Count 1.

21        I think our first proposed instruction 23B on page 10

22   of the parties' joint proposed instructions defines knowingly.

23   I think we would ask that that definition be moved up to

24   Count 1.

25        THE COURT:  To just be included in the proposed

1    instruction for 22A?

2          MS. MIRELL:  Correct.  And then, you know, in 23B, we

3    can just refer back to -- oh, sorry.  That's right, Ms. Allen

4    said 23B to 22B.

5          THE COURT:  Why wouldn't it -- I see, because that's

6    the definition section.

7          MS. MIRELL:  Right.

8          THE COURT:  Instead of moving it, is there any reason

9    we shouldn't just include it in both places?

10         MS. MIRELL:  We can certainly include it in both

11   places.  I'm just trying to save some of your breath by

12   repeating the definition of knowingly twice.

13         THE COURT:  I understand, but I think it would

14   probably be better to just include it in both places.  It's two

15   sentences.

16         Any objection to including that knowingly in, not only

17   in 23B, but in 22B?

18         MR. DAVIS:  No objection.

19         THE COURT:  All right.

20         MS. MIRELL:  The other note I have is, with respect to

21   proposed instruction No. 24A -- I'm sorry, I haven't conferred

22   with defense counsel about this yet, I didn't know we were

23   doing in this afternoon -- the last sentence, the fifth

24   element, the defendant acted with intent to commit another

25   felony, we say for purposes of this element, another felony

1    refers to the offense charged in Count 2, I would like to make

2    that the offenses charged in Counts 1 and 2.

3              THE COURT:  Where --

4              MS. MIRELL:  Page 17, proposed instruction.

5              THE COURT:  I'm there.

6              MS. MIRELL:  If you look at the indictment, it doesn't

7    limit us to Count 2.  It says, involved the intent to commit

8    another felony.  Both Counts 1 and Count 2 are felonies.

9              THE COURT:  All right.  Mr. Davis, do you either, A,

10   have a view on that or, B, want to at least think about it

11   overnight?  I know you're not -- Ms. Mirell was candid that

12   you --

13             MR. DAVIS:  I would like to take a look at it

14   overnight.  My gut feeling is I am not going to object.

15             THE COURT:  Given you are just hearing about it now,

16   that's perfectly reasonable, so we can think about it tomorrow.

17             MS. MIRELL:  If we insert that, I understand it

18   probably won't be inserted in tonight's version, but we ask

19   that it be an "or" rather than an "and," Counts 1 or 2.

20             THE COURT:  I will probably, just if I add it tonight,

21   I will just put it in brackets subject to our -- Mr. Davis's

22   thoughts tomorrow.

23             Okay.  Yeah, I didn't mean to spring all of this on

24   you.  I just thought why not get ahead of things.  The case

25   seems like it's moving.  Let's put it this way.  From our pace

1   the first half of the first day, we have increased our pace, so

2   I figured why not get out ahead of it.  So I will try to get

3   that on the docket tonight if I can.  And, again, we can

4   discuss further.

5         Also, just so you all know, in terms of the

6   instructions, what I do is give most of the instructions before

7   closings, in particular all the substantive -- all the

8   substantive instructions so that part of that is -- I think

9   it's helpful.  You all maybe can spend less time talking about

10  the element of this and the element of that.  They will have

11  just heard here are the elements of the crimes charged,

12  et cetera.

13        So I do most of it beforehand, and then I save a few

14  things like some of the more practical things like, you know,

15  selecting a foreperson and what do you do with your notes and

16  things like that until after closings so we, just as we send

17  them off, we give them kind of some of the more humdrum kind of

18  practical things that they should have top of mind when they

19  begin deliberating.

20        So all right.  So I will -- we will take a look at

21  that tonight.

22        The third thing I wand to raise was we did have a

23  situation where a juror has alerted me that he may be -- he has

24  recognized a member of the press in the courtroom as a neighbor

25  of his or her.  I don't think -- I don't think -- that doesn't

1    strike me -- they have not talked about the case or anything,

2    but the juror noticed this.  We can bring the juror in tomorrow

3    early and just say, you know -- and confirm that that's the

4    case, they haven't had any contact about it and that -- you

5    know, and ask the juror if they think that that would affect

6    their ability to deliberate on the case one way or the other.

7    It doesn't strike me as a problem, but let me hear from both

8    sides.

9            MR. DAVIS:  Your Honor, could we know which juror it

10   is?

11           THE COURT:  I do not know as I'm sitting here, but I

12   think Ms. Harris knows, so I can find out.  Why?

13           MR. DAVIS:  My gut feeling is Your Honor has

14   instructed them not to talk to anyone about the case.  And if

15   they were conscientious enough to send a note to the Court

16   indicating that they just noticed there's a reporter in the

17   courtroom that is living -- lives close by to them, my gut

18   feeling is they are pretty conscientious and they are not going

19   to do any talking.  Maybe we just remind the panel as a whole.

20           THE COURT:  I'm fine within that too.  Again, the

21   person specifically said there's been no contact.

22           MR. DAVIS:  I think that would be more than sufficient

23   to do it that way, do it as a group.

24           THE COURT:  All right.  What's the government's view?

25           MS. MIRELL:  I think it's worth probing individually

1   with that juror -- withdrawn.  Never mind.

2          THE COURT:  All right.  Withdrawn.  I will think about

3   it overnight.  Whatever we do we will do first thing tomorrow

4   or when we have the jury in here.  The only thing I can think

5   of, again, is whether this could have -- I don't know, the

6   nature of their relationship is such that it could have some

7   sort of effect on the person.  But in any event, all right, I

8   will think about that overnight and we will address it however

9   we address it first thing tomorrow.  I just wanted to get the

10  parties' thoughts on that.

11         And the last thing at least on my list is whether the

12  parties have talked about how we are going to handle or how --

13  have you all talked about, however it comes in via

14  cross-examination of one of the government's witnesses, about

15  the issue of Mr. Jensen's interview and how that's going to

16  play out in terms of whether the parties have talked about

17  the -- Mr. Davis's ability to elicit some of that from the

18  agent.

19         MR. DAVIS:  At the conclusion of yesterday's hearing,

20  I met with the prosecutors in the case, and I thought of one

21  thing that I thought may fall into that category --

22         THE COURT:  Mr. Davis, between the mask and you being

23  far from the microphone, I'm sorry, I can barely hear you, and

24  I know --

25         MR. DAVIS:  That's okay, Your Honor.

271

1          At the conclusion of yesterday's hearing, I met with

2    the two assistants in this case, and we discussed what I

3    perceived to be the one thing that could possibly come up in

4    line with what Your Honor is referring to and we were able to

5    resolve that overnight.

6          THE COURT:  Okay.

7          MR. DAVIS:  Unless there's something -- I have nothing

8    else that I suspect is going to come up, but maybe they feel

9    differently.

10         MS. ALLEN:  No, I think that's right.  I just want to

11   make sure it's clear that our understanding is there's two

12   issues here.  One is the rule of completeness, and one is

13   hearsay.  And as far as the hearsay goes, I believe we are on

14   the same page, that Mr. Davis is permitted to ask if Mr. Jensen

15   asked that question that he referenced in opening.  And as far

16   as we have discussed, that's the only substantive matter that

17   he plans to ask about.

18         Is that right?

19         MR. DAVIS:  That's all I see.

20         THE COURT:  All right.

21         MR. DAVIS:  Of course they could get up in one clip,

22   and I might want to ask more questions, but I don't think so.

23   We have been able to work things out.  I expect no surprises,

24   Judge.

25         THE COURT:  All right.

1          MS. ALLEN:  There was one issue of a rule of

2     completeness request Mr. Davis pointed out to us.  We accepted

3     it.  If we open the door and if that clip is played, we will

4     play a larger version of it.

5          THE COURT:  Okay.  And he would be able to ask the

6     question about the question regardless -- I mean, you are going

7     to put this agent on, I mean, and you will, in theory,

8     depending on what you do, it could be beyond the scope of

9     direct, I guess.  But is that something you are expecting to

10    just let him ask and elicit in terms of the scope of the

11    direct?  I mean, because he obviously could then try to put the

12    agent on in his own case, I mean, but I don't know whether you

13    are going to be asking about that interview at all.

14         MS. ALLEN:  Your Honor, I don't either exactly yet.

15    So can I think about that, whether we would have an objection

16    other than the hearsay objection.

17         THE COURT:  Right.

18         MS. ALLEN:  But I think that we acknowledge that, with

19    respect to that particular question, we will not object on

20    hearsay grounds.

21         THE COURT:  Right.  And my point would be -- I

22    understand the hearsay thing.  It's not hearsay.  We all agree.

23    It seems, even if you were to put that officer on the stand and

24    elicit things other than the interview, I just ask you to think

25    about whether you would enforce -- obviously, then it would be

```
 1   beyond the scope.  It could be perceived as being beyond the
 2   scope of direct, and Mr. Davis could be forced to recall the
 3   agent and put that on in his own case.  That seems like a waste
 4   of time.
 5        That just went through my mind as a potential hiccup
 6   too.  Think about that and, again, it sounds like we are on our
 7   way toward not having that be a significant stumbling block.
 8        MS. ALLEN:  Your Honor, that leads me to a question
 9   about timing.
10        THE COURT:  Uh-huh.
11        MS. ALLEN:  Tomorrow we very well may finish our case
12   in chief.  I would say it's possible mid to late afternoon.  We
13   don't know whether the defense will have evidence to present.
14   We will see whether that happens.  But if not, would Your Honor
15   be amenable to -- you know, say we break late afternoon, we
16   finish the evidence late afternoon, could we have the evening
17   to prepare for closings and present closing arguments on Friday
18   morning?
19        THE COURT:  You would always have the evening.  We
20   would never be here in the evening, Ms. Allen.
21        No.  Look, I think -- yes, absolutely.  I would
22   want -- I guess the reason I am raising the instructions is, in
23   a perfect world, what I would like to do is be able to do most
24   of the instructions tomorrow afternoon, if we got that far, to
25   do most of the instructions, and then release everyone so we
```

```
1   could just start fresh with closings Friday morning, my little
2   follow-up instructions, and sending them off.
3          If we get there, that would be fine, but I would want
4   to try to get those instructions to them tomorrow afternoon
5   then.  But, yes, if that timing works out, yes.
6          MS. ALLEN:  Thank you.
7          THE COURT:  All right.  So I will ask you all to be
8   here again tomorrow at 9:00.  We may have -- with the thought
9   that we will have a few things to talk about before we bring
10  the jury in, and then we will go from there.
11         Mr. Davis, anything further from you this evening?
12         MR. DAVIS:  I have nothing further, Your Honor.
13         THE COURT:  Ms. Allen, anything further from you this
14  evening?
15         MS. ALLEN:  One more thing, Your Honor.  We were not
16  expecting the case agent to be sequestered obviously, and so in
17  light of that, we may change the order of witnesses tomorrow so
18  that the agent could testify after Agent -- officer Morgan
19  finishes and, therefore, be able to stay in the courtroom the
20  rest of the day.
21         I just want to make sure if we do that, that he's then
22  going to be able to stay in the courtroom so that, you know --
23  or if there's going to be any request by the defense that he
24  continue to be sequestered after he's testified.
25         THE COURT:  I don't think there would be a basis for
```

1    that, but let me ask Mr. Davis.

2             MR. DAVIS:  No.

3             THE COURT:  So there you go.

4             MS. ALLEN:  Thank you.

5             THE COURT:  Very well.  We will see you all back here

6    at 9:00 tomorrow.  Have a good evening.

7             (The trial adjourned at 6:05 p.m.)

8                              - - -

9                      C E R T I F I C A T E

10

11        I hereby certify that the foregoing is an

12   accurate transcription of the proceedings in the

13   above-entitled matter.

14

15

16   10/9/22              s/ Tammy Nestor
                          Tammy Nestor, RMR, CRR
17                        Official Court Reporter
                          333 Constitution Avenue NW
18                        Washington, D.C. 20001
                          tammy_nestor@dcd.uscourts
19

20

21

22

23

24

25

276

A JUROR: [2]  111/12
125/12
JURORS: [1]  14/5
MR. DAVIS: [38]  4/17 4/23
6/22 12/11 40/3 79/12 80/10
80/13 81/5 81/9 82/2 83/7
100/9 102/2 102/19 104/8
104/14 106/23 155/2 172/23
227/22 228/2 233/24 247/6
247/8 264/18 266/18 267/13
269/9 269/13 269/22 270/19
270/25 271/7 271/19 271/21
274/12 275/2
MS. ALLEN: [207]  4/11 5/4
5/18 5/21 6/15 6/24 7/14
7/22 7/24 8/5 8/11 12/4 12/9
13/3 13/10 15/1 15/8 15/21
16/14 16/20 18/8 19/2 19/6
20/17 20/24 24/13 25/8
25/22 25/25 26/2 29/9 29/25
30/16 30/19 31/5 31/7 32/9
33/15 35/25 39/11 40/5 40/8
41/8 43/9 43/15 44/4 44/15
46/8 47/23 48/20 49/20 50/8
50/23 52/19 53/13 54/2
54/13 54/19 54/23 55/3
55/18 55/20 56/8 56/17 58/7
59/1 59/10 60/14 60/16
61/12 61/15 61/22 62/7
62/19 62/25 64/8 64/11
66/22 69/6 69/12 69/20 72/1
72/11 74/11 74/21 76/13
77/22 78/9 78/13 78/18 79/4
79/15 80/1 80/23 85/23 87/5
87/19 88/6 88/14 89/4 89/13
90/1 90/12 91/15 92/12
92/20 93/4 93/11 93/21 95/4
99/15 99/19 105/5 106/2
106/9 106/14 106/18 107/1
158/7 158/16 164/13 164/20
165/4 172/14 172/20 173/2
174/3 174/7 179/1 179/8
179/22 181/18 182/13
183/21 184/12 184/24 188/6
189/14 189/18 190/3 191/24
192/17 192/20 192/23 194/4
194/17 195/6 196/10 196/17
197/10 200/1 200/6 201/19
203/24 206/19 207/19
211/11 211/14 212/20
212/23 213/10 215/1 216/4
217/23 218/14 220/6 222/22
223/1 223/3 223/11 224/3
224/5 224/13 226/15 227/10
234/12 234/21 235/3 242/2
242/6 243/22 244/13 247/23
248/16 248/19 250/16
254/21 255/2 255/11 256/4
256/11 257/6 260/15 261/7
262/21 262/25 264/10
264/22 271/10 272/1 272/14
272/18 273/8 273/11 274/6
274/15 275/4
MS. MIRELL: [67]  108/18
110/17 110/20 111/18
111/22 113/8 113/12 116/4
116/9 116/16 117/5 117/20
119/12 120/11 121/11 125/8

128/19 129/1 129/18 130/8
131/1 132/1 132/4 132/20
132/23 133/11 133/21
134/16 135/2 138/6 138/12
139/4 139/11 140/19 142/18
142/23 143/3 144/10 145/10
146/10 146/22 147/16 148/3
150/11 151/20 152/7 152/24
153/5 154/21 154/23 155/8
155/13 155/15 155/21
265/15 266/2 266/7 266/10
266/20 267/4 267/6 267/17
269/25
THE COURT REPORTER:
[1]  99/18
THE COURT: [156]  4/8 4/16
4/20 5/3 5/11 5/20 6/5 6/20
6/23 7/2 7/19 7/23 7/25 8/7
8/14 12/13 13/12 15/10
16/22 18/10 19/8 20/20
24/16 25/17 25/20 26/1
29/13 40/6 43/16 54/25
55/15 56/18 59/3 64/10
69/21 72/2 72/8 78/11 79/14
80/12 80/16 81/1 81/6 81/10
82/4 82/12 82/18 82/22 83/8
88/16 89/15 93/6 95/6 99/17
99/21 100/6 105/6 106/1
106/7 106/10 106/15 106/21
106/25 108/1 108/16 108/23
109/1 110/19 111/10 111/13
111/17 111/20 111/23 112/1
113/11 113/25 116/6 117/9
119/14 120/14 121/13
123/10 125/9 127/19 154/22
154/25 155/3 155/11 155/14
155/19 157/21 158/5 158/13
164/14 164/22 172/22
172/24 179/3 180/1 185/6
189/16 189/21 199/16
199/19 199/25 200/2 200/17
200/19 207/21 222/24 223/2
227/12 227/20 227/25
233/25 234/14 235/2 237/5
247/7 247/9 248/18 256/7
262/23 263/2 263/20 264/13
264/20 264/23 265/25 266/5
266/8 266/13 266/19 267/3
267/5 267/9 267/15 267/20
269/11 269/20 269/24 270/2
270/22 271/6 271/20 271/25
272/5 272/17 272/21 273/10
273/19 274/7 274/13 274/25
275/3 275/5
THE COURTROOM
DEPUTY: [16]  4/2 8/15
25/15 25/18 25/21 25/23
72/6 100/3 108/13 111/16
111/24 158/2 158/12 179/6
227/17 235/1
THE WITNESS: [18]  19/5
82/3 82/8 82/14 82/20 93/24
106/13 108/25 123/11
130/21 164/15 185/9 199/18
199/24 200/11 200/13
200/18 200/20

0

006 [2]  1/3 4/3

10 [1]  265/21
10/9/22 [1]  275/16
11 [1]  140/19
11:00 in [1]  99/6
12 [4]  44/4 44/16 116/3
261/3
1200 [1]  1/15
12:00 [1]  128/23
12:00 p.m [1]  156/12
12:04 [1]  100/2
12:15 [1]  108/7
12:18 [1]  108/11
12:30 [4]  23/14 23/23 99/25
129/17
12:30 p.m [2]  129/6 156/13
12:40 [2]  23/14 23/23
12:45 [8]  24/6 27/13 27/23
28/2 99/25 237/23 238/10
238/11
12:51 p.m [2]  31/14 130/5
12:53 [2]  27/24 84/18
12:54 p.m [1]  32/13
12:55 p.m [1]  130/16
12:56 [1]  131/17
12:59 p.m [1]  132/6
13 [1]  69/7
13-second [1]  127/23
1350 [1]  1/18
140 [1]  99/14
15 [10]  117/17 119/4 122/10
142/10 142/21 150/6 157/2
158/24 206/20 212/20
150.1 [2]  179/5 179/8
151.1 [1]  179/2
16 [2]  119/19 235/16
17 [2]  135/13 267/4
19 [2]  58/8 104/9
1:00 [4]  68/5 118/8 238/9
238/10
1:00 in [1]  118/2
1:00 or [1]  39/17
1:00 p.m [3]  125/23 130/6
156/14
1:00 they [1]  133/18
1:00 to [1]  39/17
1:09 [1]  130/8
1:14 [1]  133/25
1:15 [2]  108/8 108/10
1:15 p.m [1]  156/18
1:17 [1]  131/1
1:24 [1]  194/5
1:26 [1]  108/12
1:30 [3]  135/8 136/6 148/10
1:36 [1]  132/1
1:38 [1]  194/18
1:59 [1]  195/7
1:59 p.m [1]  46/17

2

20 [6]  54/1 87/6 90/13 91/16
142/10 242/3
20 feet [1]  261/3
20001 [1]  1/23 275/18
20036 [1]  1/19
201 [2]  20/18 20/22
202 [1]  1/19
2020 [5]  21/13 22/24 115/20
156/9 156/10

276 of 317  11/10 10/20 12/2
107/11 109/23 115/11 156/4
156/11 157/9 160/6 236/4
2022 [1]  1/6
203 [1]  61/15
205 [1]  184/24
206 [11]  69/6 79/15 85/24
90/12 92/3 183/21 222/23
244/13 248/19 254/22
262/22
206A [3]  125/4 125/8 243/22
207 [3]  179/23 181/1 220/6
21 [1]  1/6
21-006 [2]  1/3 4/3
21-6 [4]  100/4 108/14 158/3
227/18
22 [1]  275/16
222 [3]  1/12 20/18 20/22
22A [1]  266/1
22B [2]  266/4 266/17
23 [1]  79/16
230 [5]  20/18 20/22 29/25
46/8 60/16
231 [5]  20/18 20/22 39/11
40/5 40/6
23B [4]  265/21 266/2 266/4
266/17
24 [2]  20/5 244/14
24-hour [1]  140/7
24A [1]  266/21
25 [8]  28/5 110/2 110/3
110/5 114/23 167/14 213/11
243/24
25 feet [1]  54/1
253 [1]  1/12
2:00 [4]  47/14 48/18 67/11
239/13
2:00 p.m [1]  51/10
2:09 p.m [1]  49/24
2:10 [2]  41/12 68/19
2:11 [1]  62/4
2:12 [2]  62/5 181/14
2:12 p.m [1]  156/20
2:13 p.m [1]  181/12
2:14 [4]  142/6 145/12 149/9
149/12
2:14 p.m [1]  74/5
2:15 [2]  85/19 156/25
2:15-ish [1]  239/13
2:16 [3]  145/18 146/6 149/12
2:16 p.m [2]  146/4 243/24
2:18 [2]  133/11 147/8
2:20 [1]  95/11
2:26 [1]  150/2
2:26 p.m [1]  147/19
2:29 [2]  148/6 150/4
2:30 [3]  144/16 150/6 157/23
2:39 [1]  157/25
2:40 [1]  157/23
2:45 [1]  158/1
2:52 p.m [1]  220/5
2:58 [1]  149/24

3

30 [4]  63/20 63/22 129/1
220/7
30 feet [1]  167/14
312 [1]  1/15
32 [5]  9/10 18/19 109/15
114/22 141/20

**3**
33 [1] 254/22
333 [2] 1/23 275/17
344 [3] 92/20 93/5 93/8
35 [1] 181/19
350 [2] 9/25 42/15
39 [1] 256/11
3:00 [1] 224/20
3:19 [1] 62/25
3:23 [1] 76/13
3:38 [1] 133/21
3:40 [1] 152/23
3:44 a.m [2] 153/2 157/9
3D [1] 15/6

**4**
40 [3] 46/9 221/6 257/7
41 [1] 179/9
45 [2] 168/2 239/22
47 [2] 183/22 230/9
4:02 [1] 134/16
4:20 [1] 196/11
4:29 [2] 227/14 227/15
4:30 [2] 153/9 261/8
4:30-ish [1] 162/13
4:37 [1] 87/20
4:40 [1] 227/13
4:45 [1] 248/20
4:48 [1] 227/16
4:57 [1] 135/2

**5**
50 [3] 51/19 184/25 215/2
500 [3] 54/19 54/23 55/2
501 [5] 56/8 56/17 56/19 61/2 102/3
503 [4] 189/6 189/18 190/1 190/4
504 [3] 189/6 189/18 190/1
504A [2] 197/10 201/19
504B [1] 203/24
505 [9] 77/22 78/9 189/6 189/18 206/19 212/20 216/4 230/9 242/2
507 [5] 89/4 89/13 89/16 104/9 142/19
508 [7] 88/6 88/15 88/18 189/6 189/19 190/1 217/23
509 [3] 172/14 172/21 173/1
511 [4] 94/23 95/4 95/8 260/15
513 [1] 247/23
517 [3] 94/24 95/4 95/8
52 [1] 40/2
523 [2] 192/20 192/23
525 [3] 43/9 43/15 43/18
526 [5] 189/6 189/19 190/1 192/23 196/10
53 [1] 80/1
531 [5] 189/6 189/19 190/1 196/17 205/6
531A [1] 205/5
532 [4] 256/4 256/8 256/10 261/7
54 [1] 150/12
55 [3] 61/23 78/13 212/21
57 [2] 129/18 184/13
58 [1] 223/4
5:00 in [1] 153/9

5:03 [1] 250/17
5:22 [1] 139/5
5:25 [1] 138/4
5:31 [1] 139/15
5:42 [2] 140/22 144/11
5:46 [1] 263/19

**6**
6-foot [1] 245/6
60 feet [1] 51/19
601A [4] 12/4 12/10 12/15 107/12
601B [5] 13/3 13/5 13/11 13/14 15/21
601C [3] 16/14 16/20 16/23
601D [3] 18/8 18/9 18/11
603 [9] 15/2 15/8 15/11 29/9 50/8 110/20 111/1 165/5 174/3
605 [7] 19/1 19/3 19/6 19/9 64/11 72/13 200/7
606 [13] 19/1 19/3 19/7 19/9 19/12 24/13 24/18 72/12 113/12 122/16 124/8 137/13 164/11
607 [1] 113/9
615 [1] 5/17
630 [3] 116/5 116/5 116/8
631 [3] 117/5 117/11 122/10
632 [2] 119/13 119/16
633 [2] 120/12 120/16
634 [2] 121/10 121/15
650 [3] 127/17 127/21 144/10
6:00 [1] 263/3
6:05 [1] 275/7
6:10 [1] 93/22
6th [1] 117/24

**7**
701 [3] 106/14 155/18 155/20
7:05 [1] 146/22
7:31 [1] 147/16
7:47 [1] 148/3

**8**
8:00 in [1] 33/4
8:00 p.m [1] 150/21
8:06 p.m [2] 152/2 157/7
8:13 [1] 151/21
8:27 [1] 152/7
8:30 a.m [1] 153/11

**9**
90012 [1] 1/16
99513 [1] 1/13
9:00 [3] 263/14 263/15 274/8
9:00 p.m [1] 150/23
9:00 tomorrow [1] 275/6
9:02 [1] 157/7
9:03 [1] 152/12
9:26 [1] 4/1
9:34 [1] 8/6

**A**
a.m [6] 4/1 8/6 152/23 153/2 153/11 157/9
ability [6] 5/23 7/9 126/1

able [35] 7/9 7/10 7/13 8/2 8/3 12/6 45/5 52/6 53/21 55/16 91/19 96/25 97/20 101/24 170/23 171/2 175/13 176/21 218/18 218/20 223/16 225/25 234/16 235/20 237/7 239/3 242/20 251/4 255/10 271/4 271/23 272/5 273/23 274/19 274/22
about [200] 4/25 5/7 6/1 7/7 7/8 7/10 7/15 9/24 10/1 11/4 11/13 11/14 13/19 16/9 16/10 17/11 18/14 21/24 23/10 24/6 27/11 27/17 27/22 33/4 33/18 36/24 37/11 38/21 39/17 40/2 41/12 44/4 45/25 46/17 46/19 48/17 53/24 58/8 60/5 62/4 62/4 62/25 65/10 66/19 67/11 68/19 69/6 69/9 72/13 72/15 74/5 74/18 76/13 77/19 78/6 78/18 80/1 84/1 86/12 87/5 87/23 91/15 93/22 97/10 98/9 99/6 99/7 99/8 101/9 101/19 108/2 110/6 112/10 114/19 116/25 117/14 118/21 122/9 124/12 126/14 127/23 128/7 128/11 132/6 132/6 132/7 132/8 132/17 135/8 139/15 141/12 142/6 142/8 144/8 144/20 145/1 145/2 145/18 150/1 150/22 152/2 152/15 152/21 152/23 153/9 153/12 154/12 155/5 161/25 162/5 162/9 163/7 167/13 168/13 171/19 172/18 175/4 176/10 179/9 180/22 181/12 181/18 186/16 188/7 188/23 191/6 194/4 196/11 196/14 201/21 206/20 208/12 208/19 210/13 215/2 215/3 215/14 216/13 219/8 220/4 220/7 221/5 224/18 226/18 229/16 229/18 230/10 233/5 238/22 239/11 242/3 242/4 242/17 245/11 245/16 246/14 246/21 246/24 246/24 247/13 247/21 248/20 248/20 250/9 250/11 250/17 252/3 254/17 254/22 257/14 261/1 261/2 262/25 263/4 263/25 264/4 265/8 265/10 266/22 267/10 267/15 267/16 268/9 269/1 269/4 269/14 270/2 270/8 270/12 270/13 270/14 270/16 271/17 272/6 272/13 272/15 272/25 273/6 273/9 274/9
above [8] 43/24 63/10 107/12 191/4 194/2 240/21 252/9 275/13
above-entitled [1] 275/13
absence [2] 156/23 157/4
absolutely [2] 103/19 273/21
abundance [2] 5/11 5/15
accepted [1] 272/2
access [9] 11/25 57/21 65/11

162/7 187/11 237/18 237/19
accessed [1] 65/16
accessing [1] 65/3
accomplish [1] 172/4
according [1] 47/16
accosting [2] 211/3 234/9
accurate [3] 95/1 228/10 275/12
accurately [1] 189/11
accused [1] 37/14
acknowledge [2] 255/23 272/18
acronym [1] 178/22
across [31] 21/25 43/4 71/1 73/13 124/7 130/1 136/9 161/22 172/9 183/1 186/4 192/15 262/13
act [1] 208/6
acted [1] 266/24
acting [7] 37/12 84/2 129/14 210/20 210/24 211/1 218/21
action [1] 53/3
actions [1] 229/22
activity [2] 75/24 239/6
actual [8] 26/21 28/9 95/20 133/8 133/9 151/5 167/14 187/6
actually [76] 13/23 16/7 17/3 18/23 19/22 23/7 24/1 24/23 29/3 32/25 34/7 34/9 34/25 35/4 38/2 39/5 40/25 44/5 47/2 51/22 61/9 63/18 63/25 66/22 69/16 75/17 75/20 78/4 80/13 91/3 98/11 101/11 101/20 105/18 115/22 118/5 118/18 120/8 123/16 126/19 138/6 139/4 150/7 152/21 153/3 155/17 160/1 160/16 161/2 161/3 163/20 167/12 167/15 168/12 169/8 173/13 179/22 187/7 187/10 191/21 195/13 200/6 205/18 211/14 213/11 213/4 213/20 224/15 225/9 225/19 239/10 239/10 239/23 245/14 246/12 265/9 267/20
add [4] 196/4 211/7 265/9 267/20
added [2] 178/12 265/17
addition [1] 37/16
additional [4] 64/5 68/2 75/2 264/8
address [5] 103/7 209/21 216/18 270/8 270/9
adjacent [1] 6/7
adjourned [2] 156/18 275/7
adjust [2] 8/3 206/7
administrations [2] 114/23 114/25
administrative [1] 20/14
admit [28] 12/9 13/10 15/8 16/20 18/9 19/6 20/17 43/15 54/23 56/17 78/9 88/14 89/13 93/4 95/4 116/5 117/7 119/13 120/13 121/11 125/8 127/17 155/17 172/20 179/1 189/14 189/21 256/6
admitted [35] 12/14 13/12

admitted... [33] 15/10 16/22
18/10 19/8 20/21 30/1 43/16
54/25 56/18 78/11 88/16
89/15 93/6 95/6 107/13
116/6 117/9 119/14 120/14
121/13 125/9 127/19 142/19
155/19 172/24 179/4 189/19
189/24 247/24 256/5 256/7
256/8 260/16
advance [3] 21/18 22/23
55/22
advancing [1] 262/4
aesthetic [1] 14/19
affect [3] 126/1 260/6 269/5
after [49] 15/18 15/18 18/19
24/5 27/4 27/22 29/7 33/18
40/24 46/2 63/20 67/11
68/12 77/16 77/17 77/20
86/25 90/24 94/10 104/6
120/25 146/19 150/21
152/15 153/16 153/19
159/12 159/17 189/22
192/15 196/23 197/12
197/12 207/3 212/13 213/14
224/19 224/21 225/19 227/3
227/6 230/19 231/12 255/13
259/16 260/21 268/16
274/18 274/24
afternoon [16] 23/14 43/13
100/12 100/13 109/4 109/5
118/2 158/19 158/20 238/24
266/23 273/12 273/15
273/16 273/24 274/4
again [40] 24/13 39/13 44/15
64/6 64/7 66/3 70/12 79/19
81/13 81/18 82/18 90/13
92/13 93/22 134/23 137/23
164/20 169/18 169/19 179/7
189/16 195/10 210/25
215/12 215/13 215/23
227/24 228/21 231/6 232/17
233/15 261/13 263/11
263/14 265/7 266/8 269/20
270/5 273/6 274/8
against [10] 36/21 39/5 52/11
101/21 169/10 169/21 180/6
221/21 253/23 254/1
agencies [2] 85/7 225/25
agenda [1] 112/11
agent [12] 4/12 4/14 5/13
5/24 23/19 270/18 272/7
272/12 273/3 274/16 274/18
274/18
aggressive [1] 210/22
ago [4] 28/16 98/24 138/15
204/3
agree [3] 107/9 156/2 272/22
agreed [4] 155/11 155/12
253/9 264/24
agreement [3] 261/21 261/23
262/1
ahead [8] 17/25 41/8 155/7
171/24 199/21 211/9 267/24
268/2
aid [1] 40/25
aide [1] 139/1
air [1] 41/17
airport [1] 10/22

airway [1] 146/14
aisle [1] 133/14
Alaska [1] 1/13
alerted [1] 268/23
all [193] 4/8 6/10 6/11 6/23
7/12 8/7 8/14 12/13 14/1
14/11 15/13 17/24 18/19
20/20 22/7 25/5 26/4 26/20
28/18 29/18 30/21 31/7
34/17 36/5 37/18 39/2 41/15
45/2 46/7 48/20 49/6 49/20
51/2 52/19 53/13 54/2 55/3
55/7 58/7 59/19 60/14 61/12
61/22 62/19 65/1 66/13
81/10 82/22 84/3 87/19
90/16 91/2 97/10 100/6
105/11 106/7 106/10 106/21
108/1 108/9 108/16 108/23
109/20 114/21 116/23
118/12 119/1 122/8 126/23
132/20 132/25 133/11
133/25 135/11 135/15 136/1
136/1 136/17 137/9 138/25
140/2 140/18 142/23 147/6
147/15 148/6 148/9 149/4
149/23 150/15 151/20
154/25 155/3 157/21 160/23
160/24 162/8 162/9 162/24
168/1 168/9 169/13 173/18
175/10 176/8 176/15 176/16
179/3 181/14 184/9 187/11
188/14 189/11 189/14
189/21 189/21 189/22
190/24 191/13 191/19
191/24 193/11 194/17
196/14 196/22 204/15
205/21 206/2 218/11 222/22
223/2 223/3 223/11 224/11
225/22 227/10 227/12
227/20 229/25 232/5 233/25
234/14 236/3 237/8 237/9
242/23 250/20 251/13
253/17 253/25 254/16
254/25 257/10 260/7 262/12
263/2 263/6 263/7 263/8
263/11 263/18 263/21
263/22 264/2 264/2 264/23
264/24 264/24 265/1 265/3
265/5 265/6 265/7 266/19
267/9 267/23 268/5 268/7
268/7 268/9 268/20 269/24
270/2 270/7 270/13 271/19
271/20 271/25 272/13
272/22 274/7 274/7 275/5
Allen [17] 1/11 2/5 2/10 2/13
4/5 26/1 72/9 116/16 158/5
189/17 222/24 237/6 262/23
263/24 266/3 273/20 274/13
allow [1] 64/2
allowed [2] 66/6 121/21
almost [7] 11/22 148/21
150/12 247/15 253/9 261/20
265/3
alone [1] 233/16
along [17] 18/16 34/11 107/4
114/18 122/24 155/23 171/4
173/12 174/14 175/6 178/13
185/14 187/10 190/13
232/22 233/19 257/13

31/17 99/7 122/16 125/9
142/19 163/9 177/15 243/15
247/24 260/16 262/6
also [61] 4/6 4/13 10/15
14/11 15/1 16/11 20/18
24/18 37/3 41/23 42/19 46/5
56/14 57/16 57/19 65/17
80/20 80/24 83/2 87/14 88/1
90/7 97/16 100/19 112/18
114/9 117/3 119/3 126/21
151/15 157/13 160/22
161/13 166/7 170/2 170/17
174/23 175/10 175/10
177/10 178/12 184/1 190/15
191/17 192/11 195/13 201/6
212/2 212/11 214/9 225/9
229/8 230/15 237/17 240/25
242/21 244/10 258/15 260/1
264/11 268/5
always [1] 273/19
am [57] 9/7 9/12 9/19 9/21
14/1 14/10 14/10 30/3 34/5
64/6 91/22 94/4 100/22
107/3 109/7 113/25 117/16
117/19 119/12 119/19
120/11 120/12 120/18
122/16 126/18 127/23
128/19 130/24 136/11
139/21 141/5 155/21 166/16
171/25 174/12 184/4 186/8
187/7 190/14 192/4 199/16
205/16 205/24 217/10 218/1
220/13 227/23 232/11
232/13 235/14 236/3 244/3
245/18 255/10 265/11
267/14 273/22
amenable [1] 273/15
amendment [2] 116/2 116/3
AMERICA [9] 1/2 4/3 100/4
107/6 108/14 155/25 158/3
219/9 227/18
American [4] 190/12 203/10
222/2 245/25
among [1] 264/2
amount [3] 75/16 84/7 120/9
amounted [1] 157/13
amphitheater [1] 11/22
Anchorage [1] 1/13
Angeles [1] 1/16
Anger [1] 245/1
angle [9] 39/14 52/24 55/25
56/5 57/23 89/8 90/17
186/13 190/17
angles [2] 54/17 196/4
angrily [2] 221/10 247/16
angry [5] 37/13 84/3 209/8
247/1 261/20
announce [1] 132/17
announces [1] 132/10
announcing [2] 129/23
135/10
another [31] 33/6 46/2 52/12
56/5 84/5 89/8 119/18
123/17 123/23 124/25
140/19 141/18 141/18 143/3
143/4 144/19 169/21 178/2
185/3 196/18 209/18 221/12
224/22 230/15 233/4 233/5

266/24 266/25
267/8
answer [8] 199/17 199/21
199/23 247/9 247/11 251/23
251/24 251/25
answered [1] 234/5
answering [3] 92/18 92/19
211/22
answers [1] 199/20
anticipate [1] 5/5
anticipated [1] 108/6
any [78] 4/9 4/16 5/9 7/18
10/23 13/25 23/21 27/22
34/19 34/20 42/2 49/11
55/15 65/25 66/4 66/9 66/14
71/11 71/11 75/19 76/7 87/2
90/17 100/24 104/3 106/1
106/2 106/21 118/12 119/24
120/21 120/22 122/11
122/11 151/7 151/7 151/9
151/15 154/25 157/17 163/1
167/21 173/24 174/17 175/3
175/3 176/17 177/10 177/11
189/19 189/22 191/17
196/14 197/22 198/24 202/2
203/8 203/19 210/19 211/6
212/5 213/7 213/18 217/3
226/25 227/3 228/14 228/17
230/6 232/7 232/9 233/25
266/8 266/16 269/4 269/19
270/7 274/23
anybody [7] 86/25 126/10
153/19 153/20 159/24
177/23 177/25
anymore [2] 16/8 145/19
anyone [4] 133/16 203/6
246/1 269/14
anyplace [1] 198/19
anything [25] 5/6 39/3 77/12
88/1 162/20 163/7 183/18
203/15 214/6 214/16 217/18
217/19 217/20 229/13
229/18 243/19 252/3 253/11
269/1 274/11 274/13
anytime [1] 177/11
anyway [1] 166/10
anywhere [5] 38/13 197/22
232/12 232/14 232/14
apart [1] 36/17
apologize [1] 264/22
apparently [1] 221/13
appear [4] 75/12 192/6
203/13 260/6
APPEARANCES [1] 1/10
appeared [5] 83/6 83/15
103/1 103/21 104/25
appears [3] 92/3 102/7 102/8
appointment [3] 10/10 10/17
11/1
appreciate [1] 121/9
approach [2] 24/14 50/11
64/8 69/20 110/17 113/8
113/10 164/13 164/20
168/14 179/25 200/1 233/5
approached [1] 83/15
approaching [1] 243/16
appropriate [3] 59/22 265/4
265/13
appropriately [1] 201/22

A
approximately [17]  27/13
37/24 54/1 62/6 86/14
128/22 156/12 156/13
156/14 156/17 156/20
156/21 156/25 157/2 157/7
157/9 236/2
archway [2]  197/6 197/7
are [317]  4/2 4/5 4/9 5/12
5/24 6/17 7/8 7/12 7/18 8/4
8/8 9/23 10/2 10/7 11/20
12/7 12/17 16/11 16/25
17/11 18/20 18/25 20/10
20/11 24/21 26/4 30/13
30/25 31/13 31/24 32/4 32/5
32/12 32/21 32/22 33/22
33/25 34/6 34/6 34/11 34/16
34/19 34/20 34/22 35/7
38/18 38/18 38/20 41/2 42/5
42/14 43/24 47/1 47/5 47/7
47/9 48/10 48/11 49/5 49/6
49/11 49/12 50/2 50/4 50/13
53/1 54/8 54/16 54/21 59/14
59/16 60/7 60/23 60/24 61/5
61/8 61/17 66/19 68/17
69/15 69/23 70/1 70/4 70/19
71/3 71/4 71/18 72/3 72/6
72/9 72/21 73/12 74/1 74/4
75/5 75/6 75/8 75/12 75/14
75/18 75/20 77/24 79/18
80/22 86/19 87/1 89/6 89/11
89/19 90/11 91/19 91/23
91/24 92/10 95/24 99/17
100/3 100/15 103/19 105/10
105/10 105/20 108/3 108/13
108/24 109/16 110/11
110/13 110/14 111/3 111/14
112/3 117/13 117/15 117/17
119/3 119/18 120/3 120/8
121/10 122/3 122/11 123/17
124/18 126/9 126/20 126/20
127/14 128/3 128/7 128/11
128/17 129/24 130/12 131/4
131/19 131/23 132/7 132/8
133/5 133/18 136/3 136/9
136/12 137/8 137/9 139/8
139/19 140/2 140/22 140/23
141/14 141/15 141/15
141/17 141/18 141/21 142/2
142/25 143/6 143/6 143/11
143/13 143/20 143/21
143/23 144/3 146/18 146/20
147/4 147/24 149/20 150/12
152/4 157/14 157/19 158/2
159/16 161/9 161/20 164/6
164/11 167/15 168/23
169/13 172/1 173/18 174/16
176/15 176/15 176/24 177/4
177/5 177/5 177/7 177/8
177/9 178/9 180/23 181/9
182/8 182/21 184/19 184/21
185/14 185/24 186/2 186/11
187/16 187/21 189/11
189/20 189/21 192/22
193/10 193/16 194/1 196/3
198/14 201/2 201/2 203/7
203/21 203/22 203/22 204/3
204/17 204/18 204/21
205/15 205/17 205/17

205/21 208/13 208/15
208/15 208/16 208/22 209/7
210/21 210/22 213/2 214/17
217/25 218/2 218/12 220/3
221/21 221/22 221/25 222/1
222/2 222/13 222/13 225/19
227/17 228/6 231/12 235/13
235/18 235/20 237/6 237/7
237/9 238/1 240/14 240/21
241/19 241/19 242/10
242/20 243/24 244/2 244/21
245/8 245/17 246/17 253/5
256/17 260/18 260/24 261/1
261/3 261/13 264/3 265/13
267/8 267/15 268/11 269/18
269/18 270/12 271/13 272/6
272/9 272/13 273/6
area [90]  11/23 12/23 13/25
14/8 14/22 15/19 16/6 16/25
17/19 18/14 24/6 25/6 25/7
26/8 26/9 26/10 26/12 26/13
28/15 28/16 34/17 34/25
38/5 38/25 39/17 46/23 47/4
47/4 47/22 50/24 51/9 52/16
55/11 56/14 56/23 60/25
60/25 61/17 62/1 69/10
69/11 70/4 76/25 83/14
90/24 96/14 107/11 107/14
125/20 126/8 161/2 161/2
161/4 164/24 165/13 171/5
171/17 174/13 174/13
174/25 175/5 177/11 180/6
183/25 185/22 186/6 186/7
191/14 191/17 191/19 194/1
198/2 198/5 200/9 200/23
201/3 206/4 214/24 217/7
217/20 222/12 224/23 225/2
238/6 238/11 240/19 243/6
243/16 249/8 250/3
areas [5]  34/5 154/7 154/7
225/14 225/17
aren't [2]  7/20 82/12
arguments [1]  273/17
arisen [1]  119/24
arising [1]  120/22
Arizona [1]  149/10
arm [1]  166/6
armed [1]  229/15
armor [1]  38/13
arms [11]  83/22 83/23 87/25
89/22 103/18 103/20 132/13
132/14 132/17 247/1 247/15
army [5]  159/5 159/6 159/8
159/12 159/17
around [60]  9/25 16/12 23/23
24/6 41/12 44/16 46/9 49/24
51/10 58/4 68/5 74/7 74/18
75/5 88/11 89/9 92/10 93/16
98/11 103/7 123/19 135/21
140/8 142/17 148/10 150/23
152/12 153/18 159/23
161/15 162/4 162/9 167/24
168/10 168/18 168/20
168/21 168/23 171/25
181/16 188/11 200/15
200/22 201/3 201/7 201/10
230/6 236/9 237/23 238/9
239/13 239/20 240/25

249/21
arrest [10]  90/5 104/16
104/19 105/1 105/18 105/22
233/22 246/22 247/18
258/20
arrested [1]  233/20
arrestee [1]  166/22
arrests [2]  167/21 168/5
arrival [3]  23/18 132/10
132/18
arrive [1]  132/8
arrived [7]  23/14 27/4 42/22
73/2 73/5 97/1 197/13
arrogant [2]  83/1 83/25
as [171]  4/20 4/20 7/17 8/19
10/19 14/11 15/4 15/14
16/11 18/25 19/2 19/12
20/11 20/12 20/19 23/13
24/1 24/9 25/9 27/9 28/4
31/17 33/14 38/15 41/20
41/20 42/22 51/20 52/16
53/16 59/7 62/17 63/11 67/2
67/4 68/17 72/4 72/4 72/16
73/1 75/21 79/22 80/19
80/20 81/21 82/4 82/19 83/8
83/8 84/11 89/21 89/23
89/23 90/11 90/11 91/10
91/10 94/4 94/23 95/5 97/2
101/21 103/15 104/20 106/5
106/5 106/15 107/12 107/17
107/20 108/22 110/21 111/2
118/23 119/20 121/19
123/13 124/10 124/18 125/7
130/18 134/4 136/3 136/22
142/19 143/11 145/3 157/12
157/14 157/18 158/11 159/1
159/8 159/22 163/18 164/6
165/19 165/19 165/25
167/20 167/20 170/25 172/2
172/3 173/18 178/9 182/25
183/11 183/11 184/21
186/24 187/1 188/25 189/15
196/6 198/12 200/7 201/8
201/8 206/7 208/15 211/3
211/8 213/2 214/10 214/21
217/1 219/15 225/24 227/25
227/25 228/23 229/9 231/7
232/7 232/11 234/7 234/25
235/19 235/23 237/17
237/20 238/15 241/10
243/12 243/16 244/17
245/14 245/19 247/14 248/7
253/10 258/10 261/4 262/2
262/3 263/18 263/18 264/6
268/16 268/24 269/7 269/11
269/19 269/23 271/13
271/13 271/15 271/16 273/1
273/5
ascend [1]  231/12
ascending [1]  232/7
ask [45]  4/10 11/14 46/12
58/14 64/6 111/1 113/25
116/4 116/12 117/23 119/19
120/11 127/23 128/19
155/21 161/15 164/9 172/8
174/5 180/22 184/7 196/6
196/14 199/16 220/13 233/8
242/7 247/8 247/10 247/10

259/4 263/11
265/23 267/18 269/5 271/14
271/17 271/22 272/5 272/10
272/24 274/7 275/1
asked [14]  8/9 80/7 81/13
85/17 91/4 93/16 93/19
114/12 166/10 166/20
191/21 199/17 215/6 271/15
asking [7]  37/20 67/12 94/11
104/19 172/18 219/8 272/13
asp [2]  202/1 249/11
assemble [2]  123/7 129/25
assess [1]  96/1
assessment [2]  84/11 229/16
assets [1]  226/3
assigned [12]  23/20 60/7
109/16 109/22 160/6 160/16
160/18 161/6 187/5 187/7
236/1 241/10
assignment [5]  160/12
160/15 236/8 236/9 236/10
assignments [1]  187/8
assist [1]  5/13
assistance [2]  5/14 5/19
assistant [9]  5/19 9/19 24/7
27/13 28/1 46/3 67/14 85/16
239/13
assistants [1]  271/2
assume [3]  142/5 148/24
155/11
assumed [2]  246/3 252/19
assumes [1]  148/21
assuming [7]  45/10 45/18
166/14 166/17 190/14
193/15 264/17
assumption [1]  167/8
atop [1]  57/20
attack [3]  51/9 222/6 238/18
attacked [1]  210/8
attempting [4]  41/2 57/16
97/2 104/3
attention [13]  101/6 101/7
103/2 111/15 111/25 115/10
117/16 141/4 141/5 141/11
149/1 217/14 229/21
attentiveness [1]  263/12
attired [1]  201/23
attorney [6]  107/7 107/7
107/9 155/25 156/1 156/2
Attorney's [2]  1/11 1/14
attorneys [2]  4/18 263/6
236/20
audio [3]  161/9 169/18
208/18
AUSTIN [8]  1/5 4/4 100/5
107/8 108/15 156/2 158/4
227/19
authorized [3]  66/4 75/21
208/18
automatically [1]  63/20
available [2]  6/3 37/18
Avenue [6]  1/12 1/18 1/23
17/6 162/15 275/17
aware [21]  54/16 83/3 83/17
95/24 100/22 120/8 122/3
126/20 152/4 198/16 205/15
205/16 205/22 205/22
205/24 205/24 205/24
226/19 226/21 238/3 246/9
away [19]  27/10 93/15 114/1

**A**

away... [16]  217/21 218/17
245/2 245/23 246/25 252/4
252/13 253/9 253/10 253/18
254/11 255/24 261/2 261/3
261/24 262/6

**B**

back [179]  10/19 11/14
15/21 21/24 22/10 22/17
24/19 25/10 29/5 32/21 33/7
36/1 41/3 41/5 41/12 41/20
46/9 46/10 52/19 55/20
59/10 60/16 67/10 74/1 77/1
78/18 79/15 79/16 79/18
85/23 86/16 86/17 87/19
88/2 88/4 89/23 90/12 90/13
90/16 92/2 92/12 93/21
93/22 96/3 97/24 97/24
99/23 100/3 100/6 100/23
101/6 101/7 102/7 104/4
108/8 108/10 108/13 111/13
111/22 112/3 116/16 122/16
130/13 134/7 134/7 134/8
134/8 137/17 139/4 147/13
148/10 150/1 150/18 150/20
150/21 150/23 150/24 151/2
151/9 151/24 152/10 152/15
154/1 154/2 157/22 157/23
158/2 159/14 159/16 160/20
161/21 166/25 168/10
168/11 168/17 168/22
168/25 170/19 171/10
171/12 171/14 171/17
173/24 174/2 174/6 176/2
180/16 182/9 182/10 182/21
184/19 185/14 185/20
187/17 188/21 188/23 196/5
196/9 197/24 198/21 201/19
202/20 202/25 203/1 203/3
203/16 205/1 209/25 211/3
211/14 211/18 211/19 212/1
212/3 212/12 212/14 212/17
212/20 213/11 214/22 215/9
216/3 218/22 221/9 221/15
221/24 222/9 222/9 222/12
226/6 227/13 227/17 230/17
230/20 233/10 233/13
242/21 246/23 247/15
248/19 249/8 250/16 253/25
254/1 254/2 254/5 254/6
254/21 255/2 259/21 260/1
261/7 261/8 262/21 263/21
264/14 265/20 266/3 275/5
backed [7]  87/14 87/16
95/20 203/2 212/7 221/21
259/24
backfill [1]  172/3
background [5]  20/14 105/8
143/7 221/22 260/25
backing [2]  203/19 238/3
backs [2]  177/3 177/4
backside [2]  198/2 198/6
backup [5]  25/25 77/2 85/6
216/14 232/15
bad [2]  28/23 154/19
badly [1]  42/23
bag [1]  84/6
bags [1]  10/23

balancing [1]  7/8
balcony [2]  190/24 191/1
ballistic [1]  49/16
ballot [6]  10/16 21/6 21/7
27/7 116/15 133/5
ballots [5]  115/19 133/8
133/9 134/4 246/17
banged [2]  141/9 141/21
bangs [1]  137/25
bank [6]  71/4 72/15 185/23
186/18 186/21 196/24
bar [2]  63/18 139/15
barely [1]  270/23
barrier [1]  174/17
barriers [1]  16/11
base [2]  166/16 202/20
baseball [5]  38/23 66/17 84/4
84/4 228/23
based [5]  60/9 75/12 86/7
206/5 227/6
basement [2]  185/25 224/25
basically [16]  11/18 35/7
48/8 49/1 65/19 81/23 82/11
87/1 94/13 154/8 154/19
177/13 193/23 240/18
251/21 252/5
basis [2]  80/12 274/25
bat [6]  84/4 84/4 228/20
228/22 228/23 228/23
baton [25]  169/10 202/1
202/8 207/2 212/11 212/13
213/14 213/16 214/1 249/11
250/4 250/6 250/9 250/23
251/18 252/11 253/9 253/22
255/10 255/24 256/19
257/14 261/23 261/24 262/6
batons [1]  169/23
bats [2]  38/23 66/17
battle [3]  38/18 42/16 176/14
be [211]  4/13 4/25 5/9 5/10
5/18 6/10 6/12 7/3 7/9 7/10
7/12 7/17 7/25 8/2 8/3 8/3
8/7 10/24 12/6 12/14 13/12
13/22 13/25 17/5 17/7 17/17
20/21 21/19 21/20 22/12
22/13 22/23 23/1 23/3 24/20
32/20 34/20 42/19 43/16
44/1 44/13 45/21 45/22
47/14 48/11 49/11 55/16
57/1 57/9 62/15 66/1 66/11
66/19 69/23 71/9 72/8 75/12
78/11 83/6 83/15 85/10
85/20 88/16 92/3 92/7 94/13
95/6 96/6 97/11 99/21 102/7
102/8 107/15 108/4 108/10
110/16 111/25 112/7 112/9
112/12 112/14 112/22
113/23 114/2 116/6 116/17
116/24 117/9 117/24 118/3
118/14 119/14 119/21
119/22 119/23 120/1 120/9
120/14 120/25 121/19
121/21 121/22 123/5 123/24
125/24 126/11 126/12
127/19 129/6 132/11 132/13
133/5 137/22 142/1 143/24
151/13 153/15 158/8 155/19
158/12 160/9 160/18 161/2

163/9 164/5 165/1 166/14
167/5 167/6 172/22 172/24
179/3 180/20 185/10 185/10
185/13 186/19 187/23
189/24 190/15 192/6 198/24
201/12 201/15 203/13 206/4
212/23 214/2 214/22 221/13
226/21 227/13 229/20
231/16 234/16 235/1 236/6
237/7 237/8 238/2 239/11
247/8 247/9 247/11 248/24
249/21 251/4 253/9 255/10
256/8 257/21 257/25 263/14
263/15 263/15 264/10
264/11 265/3 265/7 265/17
265/23 265/25 266/14
267/18 267/19 268/23
269/22 271/3 272/5 272/8
272/13 272/21 272/25 273/1
273/2 273/7 273/15 273/20
273/23 274/3 274/7 274/16
274/19 274/22 274/23
274/24 274/25
beanie [5]  194/23 195/23
207/11 245/23 253/14
bear [7]  42/1 57/1 170/2
173/13 173/13 174/20
175/11
bear-sprayed [4]  42/1 170/2
173/13 174/20
beat [1]  199/22
beaten [2]  40/25 42/23
because [84]  5/17 10/15
17/13 21/21 22/21 23/16
27/18 28/21 36/4 37/19
42/23 46/4 50/19 59/9 68/1
69/4 71/18 72/17 81/24
82/10 92/11 97/17 98/22
104/1 118/24 126/5 137/1
141/3 144/22 146/2 160/14
160/14 161/21 162/18
166/15 166/18 167/11
167/13 167/22 168/8 169/5
169/18 171/24 172/1 174/22
176/16 177/23 183/11 184/2
185/23 187/6 196/6 202/5
202/19 204/7 206/1 208/10
208/10 209/7 209/17 212/10
213/9 217/14 220/13 221/12
222/1 225/10 226/5 231/17
234/7 237/19 238/5 238/6
245/12 246/4 250/4 251/4
252/1 254/12 254/15 257/2
262/2 266/5 272/11
become [3]  156/22 157/3
168/6
been [64]  4/14 6/1 8/18 9/9
27/9 30/1 31/17 41/14 41/19
49/24 58/1 68/21 72/10
85/14 101/19 101/20 102/13
102/15 103/25 108/21
109/14 109/25 112/1 118/13
120/21 142/19 146/1 147/21
150/15 151/16 155/5 155/11
155/12 158/10 158/23
163/25 165/10 165/13
165/19 171/24 176/5 178/21
179/15 189/18 191/10

234/24 236/1 237/22 238/5
238/8 243/7 246/7 247/24
248/6 256/5 257/22 257/23
259/1 260/16 269/21 271/23
before [57]  1/8 4/9 4/10 5/5
5/7 11/17 24/8 27/10 31/19
39/17 46/19 48/14 48/14
48/18 52/14 61/25 64/6 69/9
77/25 85/17 88/9 89/18
90/13 95/11 96/16 97/1
98/11 122/4 123/22 125/14
126/20 134/4 155/9 157/17
159/4 167/11 196/9 196/14
199/17 206/17 215/3 215/18
223/6 224/16 224/19 229/18
230/15 230/16 232/22 234/19
237/18 249/7 256/14 263/7
263/17 268/6 274/9
beforehand [1]  268/13
began [12]  4/1 42/24 98/14
156/11 156/12 166/1 167/22
167/24 170/19 170/25
175/16 225/12
begin [5]  7/7 24/1 145/2
156/15 199/23 268/19
beginning [9]  30/17 43/10
43/12 67/2 77/19 88/7
145/14 179/24 191/25
begun [1]  98/11
behalf [2]  5/1 82/17
behaving [1]  83/5
behavior [2]  211/7 247/13
behind [44]  14/25 17/4 19/20
32/2 35/10 49/8 57/24 61/9
70/10 73/9 83/4 83/16 83/18
83/20 84/1 95/21 103/8
103/11 103/22 110/23
133/16 137/14 143/6 143/9
153/19 161/16 183/4 184/18
186/15 197/22 199/2 200/5
204/8 205/7 206/15 214/10
221/12 221/14 232/7 236/15
254/14 257/21 260/25 261/1
being [27]  6/6 13/17 32/22
37/14 39/8 41/25 41/25 42/1
42/20 52/4 111/4 111/6
129/5 136/15 143/20 147/8
173/19 177/7 177/8 194/1
201/22 201/23 219/8 230/20
244/23 270/22 273/1
believe [18]  4/15 24/3 35/6
70/17 70/22 80/16 83/12
86/2 94/9 125/9 133/22
172/13 189/18 247/24 256/5
260/16 265/18 271/13
believed [2]  83/9 83/9
belong [2]  151/8 233/4
belonged [1]  233/3
below [1]  48/9
belt [5]  201/25 202/10 249/8
250/8 254/2
besides [1]  198/20
best [18]  7/17 51/20 73/1
76/20 81/21 81/25 82/5
82/19 91/10 114/3 173/23
174/1 182/10 217/1 241/14
253/24 263/18 265/11
better [5]  6/18 72/8 113/23

better... [2] 254/13 266/14
between [20] 23/14 24/20
49/4 51/7 53/5 54/7 99/25
123/15 123/23 149/12
160/21 173/21 202/22 212/4
215/25 221/6 221/14 232/8
259/24 270/22
beyond [5] 174/22 219/23
272/8 273/1 273/1
bicycle [2] 17/10 85/12
Biden [1] 246/18
big [17] 15/14 48/3 51/4 56/2
123/23 136/25 137/9 169/20
198/23 200/4 203/9 208/24
208/25 208/25 240/11
259/16 262/12
bigger [3] 119/2 160/25
252/10
bike [26] 11/8 11/12 13/2
16/11 16/18 17/11 17/14
18/2 28/16 31/20 32/1 32/2
33/9 33/9 33/11 33/14 34/6
34/7 47/2 47/3 48/13 101/8
101/14 101/20 101/25 239/1
bipartisan [1] 99/11
bird's [2] 28/21 29/4
bit [33] 10/1 13/19 27/17
28/8 36/24 37/11 38/14
40/16 54/7 87/14 110/6
118/21 122/9 126/14 126/18
130/24 145/7 162/19 171/12
176/10 200/8 213/11 213/21
221/5 224/18 238/3 242/17
247/13 254/13 255/1 260/21
262/9 262/25
black [15] 36/8 47/6 47/10
58/25 139/21 194/23 195/1
207/11 245/7 245/23 248/14
251/8 253/14 256/16 256/17
bleacher [1] 53/6
block [3] 11/24 18/14 273/7
blocked [3] 165/13 167/17
167/19
blow [1] 170/19
blown [3] 6/17 15/14 128/3
blown-up [1] 128/3
blue [3] 131/10 139/20
139/21
blurry [2] 143/4 219/4
board [14] 14/25 15/14 24/15
35/10 50/12 51/4 64/12 70/2
110/21 113/9 113/13 114/9
200/5 200/7
boards [3] 29/12 110/18
164/21
Bobic [2] 199/8 206/15
bodies [2] 124/18 151/2
body [10] 10/23 38/13 79/9
83/19 83/21 87/23 87/24
88/21 118/24 247/13
bomb [3] 151/5 226/4 238/18
bombs [1] 151/15
both [22] 11/23 21/11 53/3
98/18 110/13 113/13 118/6
118/23 124/17 150/15 156/7
160/21 226/9 226/10 253/9
262/19 262/19 266/9 266/10
266/14 267/8 269/7

bottom [8] 34/24 34/24
34/34 38/2 194/8 195/22
197/3
bow [1] 255/25
box [5] 133/1 220/14 248/25
249/3 251/6
boxed [2] 209/9 221/14
boxes [4] 26/20 34/11 71/2
133/1
brackets [1] 267/21
branch [2] 9/3 185/13
breach [26] 27/25 28/9 28/13
28/18 28/22 29/4 29/24 31/2
36/4 39/1 62/22 76/11 84/18
176/4 176/6 178/4 179/16
180/7 181/11 181/16 183/14
183/14 183/17 191/10
237/22 240/3
breached [19] 31/17 46/4
48/16 48/17 51/13 52/14
61/7 62/2 65/20 67/24 164/1
174/21 177/25 179/15 198/4
225/10 238/9 239/1 239/11
breaches [6] 135/22 136/14
136/15 144/22 146/2 238/25
break [19] 25/24 56/23 57/14
58/5 97/3 99/18 99/22 99/24
99/24 108/2 108/7 155/6
155/9 167/9 171/2 231/11
263/5 265/2 273/15
breaking [5] 44/12 76/4 91/3
194/16 240/22
breath [1] 266/11
BRIAN [3] 2/12 234/22
234/23
brief [3] 4/12 94/10 155/9
briefly [1] 19/12
bring [12] 6/24 7/2 10/23
102/2 104/8 111/24 122/16
141/11 262/8 263/17 269/2
274/9
bringing [2] 129/7 151/9
broadcast [1] 242/24
broke [3] 36/17 84/23 98/5
broken [6] 65/24 65/24 84/21
136/15 261/20 262/1
brought [6] 36/8 36/11 129/4
129/5 129/16 129/17
brown [2] 125/20 133/1
brownish [1] 219/4
bucket [1] 171/9
buckets [1] 171/5
buddies [1] 241/19
buff [1] 245/17
building [146] 9/5 9/6 9/8
10/2 10/5 10/9 10/19 11/3
11/5 11/20 11/21 12/20
13/16 15/6 18/21 19/13
19/16 21/5 21/10 21/25 23/8
23/12 23/20 24/11 27/19
29/15 32/21 34/20 35/8 37/3
37/5 37/7 37/15 37/17 46/1
52/15 53/20 61/19 62/1 62/2
64/5 64/20 65/3 65/5 65/11
65/14 65/16 65/25 66/20
67/18 67/22 67/24 68/8
68/10 69/17 71/19 72/18
72/19 74/19 75/15 75/18
75/20 75/21 80/8 80/14 81/2

81/7 81/8 81/11 81/23 82/5
82/10 84/23 86/10 95/12
95/22 96/2 96/17 97/24 98/3
98/6 98/22 105/15 107/17
110/13 110/15 111/5 111/7
112/24 113/3 124/24 135/22
136/14 136/16 139/9 147/24
151/12 154/1 154/10 156/16
160/22 161/22 162/6 162/8
163/14 163/15 163/16
163/16 165/11 167/2 168/8
168/21 169/14 170/3 179/20
180/8 180/9 181/11 182/8
182/21 186/2 187/16 190/16
190/18 194/11 197/23 198/4
200/14 206/6 224/16 224/25
225/9 225/11 225/13 225/17
225/20 225/23 226/1 226/7
226/23 238/6 239/2 239/11
239/15 239/20 241/14 246/5
buildings [7] 9/12 10/14
72/21 186/1 225/4 225/7
225/8
built [2] 13/17 13/23
bullhorn [1] 245/6
bunch [3] 151/3 177/9
214/19
burning [1] 173/15
business [6] 10/8 124/17
134/23 157/13 161/3 188/20
bust [4] 172/6 183/1 183/3
183/4
busy [1] 213/9

C
C-SPAN [1] 127/4
California [1] 1/16
call [36] 4/10 6/25 8/10 9/20
24/7 24/8 25/24 27/11 27/14
27/22 37/17 40/13 46/2
67/12 71/12 92/11 93/14 94/9
94/10 108/8 108/16 111/16
149/1 157/24 158/6 184/2
185/23 187/22 190/4 192/20
213/7 234/20 241/7 241/16
243/9 247/23
called [25] 10/8 27/10 27/11
27/13 27/25 28/2 35/2 37/3
37/16 39/1 45/20 49/25
67/14 85/16 87/9 87/12
92/17 98/14 122/6 122/7
190/12 193/22 241/10
244/23 250/9
calling [7] 45/15 138/10
176/18 181/9 200/7 241/3
243/7
calls [9] 8/12 45/17 76/10
118/16 123/6 158/8 234/17
234/21 240/25
calm [4] 253/2 253/15 255/21
259/9
came [50] 29/15 33/7 43/23
61/6 62/13 64/5 64/17 66/5
76/16 77/1 77/20 79/3 83/13
90/24 93/24 100/18 100/25
101/5 136/25 147/13 150/1
150/21 150/23 152/15
159/12 159/14 168/17 181/5
184/9 185/10 188/11 200/11
200/14 200/15 200/21 202/9

201/4 203/6 205/5
215/9 215/23 221/13 225/24
236/10 239/14 243/3 259/18
260/2 262/2
camera [30] 20/5 30/7 30/8
33/19 39/14 48/23 52/24
54/5 54/11 57/23 60/20
59/15 69/16 70/2 70/5 70/10
79/18 90/17 181/2 181/7
185/3 185/5 186/13 190/14
190/17 190/22 191/2 193/23
194/9 196/4
cameraman [1] 206/25
cameras [10] 19/25 20/3
20/11 30/13 35/1 50/2 53/1
54/8 126/20 193/3
can [270] 4/21 5/18 6/5 6/10
6/16 6/17 6/18 6/19 6/24 7/2
10/1 10/6 10/8 11/13 12/17
13/13 13/19 14/1 14/4 14/25
15/13 16/5 16/14 17/22
19/12 24/19 24/20 24/25
26/1 26/11 26/12 26/12
26/13 26/18 27/2 28/25 29/5
30/19 31/5 31/7 33/15 34/5
34/11 35/18 35/25 36/7
36/24 37/7 39/10 40/2 40/3
41/8 41/17 42/2 43/9 43/20
44/5 46/15 48/23 50/22 51/2
51/20 53/13 54/2 54/19 55/3
55/22 56/8 56/10 58/24
60/14 60/16 61/12 61/15
62/19 62/25 64/23 65/10
69/6 69/12 69/20 70/12
71/11 71/19 71/21 71/24
72/1 72/5 72/9 73/7 73/22
77/22 79/15 80/1 80/5 80/17
80/20 81/18 81/21 81/22
82/4 82/19 85/23 87/19 88/6
91/22 93/21 94/2 106/14
107/4 107/5 107/10 108/23
110/25 111/16 111/20
113/21 114/9 114/10 116/9
116/19 116/18 116/21 117/5
117/20 118/11 118/22
118/23 120/9 121/6 122/23
123/9 123/16 124/4 124/6
124/13 124/15 124/17
125/15 125/16 126/16
127/15 129/9 130/18 130/23
131/8 131/9 132/23 133/11
136/3 136/4 136/24 137/23
138/6 139/19 140/19 141/17
142/20 142/20 143/2 143/14
143/17 144/10 144/11
145/10 147/16 153/5 154/5
154/21 155/23 157/23
158/13 158/21 161/18 164/9
164/20 168/16 168/16
169/12 169/19 172/16 173/8
173/8 174/6 174/9 176/9
176/17 176/18 176/20 179/9
180/23 185/3 185/4 185/8
186/14 186/20 190/9 192/11
192/17 192/20 195/22
196/10 197/7 199/22 200/7
200/18 201/2 203/24 207/8
207/15 207/17 207/19
208/17 211/16 212/23

can... [55] 217/23 219/2
220/7 220/8 223/6 224/11
224/13 224/18 227/25
234/18 235/8 237/9 237/24
241/5 242/2 242/17 242/21
244/17 247/10 247/10 250/6
250/25 251/1 251/2 251/6
252/13 252/14 253/12
254/12 255/11 256/4 256/8
256/14 259/13 260/15 263/8
263/10 263/18 264/1 264/4
264/10 264/10 265/10
265/20 266/3 266/10 267/16
268/3 268/3 268/9 269/2
269/12 270/4 270/23 272/15
can't [15] 7/16 86/21 104/1
162/14 163/24 167/14 168/9
169/2 169/6 174/17 176/8
198/1 204/6 232/6 258/13
candid [1] 267/11
cannot [1] 13/24
cap [3] 44/21 245/7 251/8
capable [1] 6/3
capacity [1] 17/20
Capitol [135] 8/12 8/25 9/1
9/2 9/5 9/7 9/8 9/8 9/9 9/12
9/17 10/2 10/4 10/11 10/19
10/25 11/6 11/15 12/19
12/21 13/16 15/4 18/17
18/19 18/21 18/23 19/3
19/13 19/25 21/5 23/5 23/20
30/7 32/5 35/7 37/20 48/8
49/6 59/16 60/21 61/19
62/22 64/16 64/21 66/12
66/20 68/10 68/11 73/8
73/12 74/24 75/2 96/2 98/4
99/5 107/21 107/22 107/22
108/19 109/9 109/10 109/11
109/13 109/14 109/17
110/16 110/23 110/25 111/4
112/24 113/3 113/6 113/17
113/19 114/16 114/22 130/1
134/7 142/2 144/19 151/1
151/3 151/7 151/17 152/4
153/7 154/1 156/5 156/8
156/16 158/8 158/22 158/23
159/4 159/15 159/17 159/22
160/21 160/22 162/2 162/6
162/17 163/13 163/15
165/11 165/24 168/5 169/1
170/10 171/4 173/20 179/15
181/2 185/3 190/16 193/19
194/9 200/14 206/3 208/15
224/22 224/25 225/9 228/9
228/17 234/22 235/9 235/11
235/13 236/13 237/22 238/4
238/23 239/7 240/3
captain [3] 9/18 99/1 99/1
capture [2] 186/14 260/20
captured [2] 105/21 189/11
car [2] 162/19 162/20
cards [1] 133/5
carefully [1] 104/12
carriage [4] 71/23 72/23
73/22 73/25
carriageway [1] 73/21
carry [1] 100/14
Carrying [1] 192/13

case [26] 1/3 4/12 4/24 5/14
5/22 19/1 25/13 45/13 94/19
119/5 123/5 238/15 238/17
249/14 253/24 267/24 269/1
269/4 269/6 269/14 270/20
271/2 272/12 273/3 273/11
274/16
catching [1] 153/23
category [1] 270/21
caught [4] 153/21 207/3
207/5 207/23
cause [3] 163/10 173/14
259/20
caused [1] 33/8
caution [2] 5/11 5/16
CCTV [4] 20/10 20/11 31/11
79/20
cell [1] 199/9
center [14] 9/18 12/20 13/24
19/14 30/22 48/9 48/24 70/7
78/16 124/7 132/25 133/14
171/3 200/14
centers [1] 241/3
ceremonial [6] 21/13 22/12
36/8 73/10 137/19 185/18
CERT [2] 178/22 178/23
certain [9] 60/7 75/16 103/19
117/13 143/18 154/9 227/23
232/10 239/18
certainly [5] 4/23 6/8 104/5
234/16 266/10
certificates [2] 116/23 122/12
certification [11] 21/6 21/7
115/20 115/23 119/6 122/19
126/19 157/10 157/11
157/15 246/18
certifications [1] 115/7
certified [1] 22/13
certify [3] 21/16 156/8 275/11
certifying [4] 120/5 152/17
152/21 247/4
cetera [1] 268/12
chain [2] 9/16 42/15
chair [8] 123/14 123/14
125/20 129/21 137/2 137/5
139/21 233/10
chairs [1] 223/20
chamber [107] 19/16 19/19
21/14 21/15 22/2 22/4 22/5
22/7 22/17 24/5 25/7 26/9
27/7 27/8 29/2 67/25 67/25
68/4 68/16 68/17 68/24 69/2
70/22 73/9 76/12 76/20
84/24 85/2 91/2 91/4 91/5
91/11 94/11 96/4 96/6 96/13
96/15 97/15 99/1 109/18
109/19 109/22 110/1 110/6
122/13 122/13 122/25
123/22 123/24 125/18
125/21 126/21 127/1 128/17
134/8 134/20 135/5 135/22
136/5 136/20 136/22 137/15
137/18 141/16 142/3 142/9
142/12 142/17 142/25
144/21 148/10 153/18
153/20 154/15 154/19
156/15 156/21 156/24 157/2
157/5 159/23 159/25 160/25

fired [3] 47/8 47/9 47/12
187/17 187/18 187/19
187/23 215/16 225/10
225/11 235/11 235/17
235/22 236/1 236/9 236/14
241/10 242/19 242/20
242/20 243/4 245/13 262/17
chambers [10] 98/23 118/6
118/25 134/5 151/2 151/13
156/7 156/19 221/16 237/17
chance [2] 45/21 58/17
change [4] 24/15 110/18
259/21 274/17
changing [1] 11/20
channel [8] 50/20 51/3 51/6
53/5 174/10 242/19 243/3
243/4
channels [2] 45/10 136/3
chanting [2] 239/8 243/20
chaos [4] 37/2 45/10 79/24
244/20
chaotic [1] 91/1
chapter [1] 121/20
characterization [3] 79/12
80/15 81/1
characterizing [1] 80/24
charge [7] 84/12 96/7 98/7
112/5 112/10 140/3 265/18
charged [5] 132/15 210/9
267/1 267/2 268/11
chasing [1] 214/9
chat [1] 265/10
check [5] 25/15 25/18 91/5
167/3 215/12
check-search [1] 167/3
checking [1] 215/18
checks [1] 66/9
chemical [3] 41/21 41/23
260/4
chicken [1] 15/25
chicken-wire-looking [1]
15/25
chief [16] 9/19 9/19 9/19
24/7 27/13 28/1 46/3 67/14
85/16 90/24 93/18 93/24
96/5 96/5 239/13 273/12
choreography [2] 122/9
126/15
chose [2] 183/10 212/19
Christopher [2] 1/17 4/6
circle [20] 14/10 17/2 17/5
17/7 25/14 28/14 28/19
30/22 30/23 30/24 31/1
33/22 84/18 91/22 91/24
94/6 101/10 101/12 184/4
244/4
circled [4] 14/7 132/25
139/23 223/7
circling [1] 192/4
circumstances [4] 141/24
142/1 208/15 209/3
city [1] 163/3
civics [1] 121/9
civil [4] 60/6 165/19 165/20
245/14
clarification [1] 80/23
clarifies [1] 80/20
clarify [2] 80/21 124/13
clarity [1] 135/24

clashing [2] 169/9 169/21
class [3] 42/4 44/24 44/25
clean [2] 151/12 171/6
clear [15] 44/1 66/19 69/23
116/17 124/16 125/3 151/1
151/7 151/10 165/8 215/21
226/1 248/24 249/21 271/11
clearing [6] 225/5 225/7
225/10 225/11 225/14
225/14
clearly [1] 262/20
Clement [5] 111/1 117/5
120/12 128/19 155/21
Clements [5] 5/21 116/4
116/18 126/16 127/16
clerk [1] 102/19
climb [1] 172/2
climbed [3] 54/10 58/11
175/14
climbing [5] 51/23 53/10
53/16 55/24 172/1
clip [11] 33/15 105/19 105/19
105/24 139/1 142/21 143/3
145/12 146/13 271/21 272/3
cloak [1] 185/16
clock [50] 24/6 24/9 24/25
25/6 25/7 26/9 26/10 26/12
26/19 27/3 29/2 69/9 69/11
70/4 76/25 78/3 78/5 78/7
83/14 88/11 89/8 92/24
94/20 95/2 95/10 100/17
100/18 103/2 125/7 131/23
134/8 135/8 142/14 147/19
152/12 180/11 180/13 181/7
181/8 183/7 184/1 216/8
217/17 219/12 231/11 232/4
232/9 241/12 241/25 243/7
close [4] 4/21 50/22 58/17
150/6 161/11 207/6 210/13
210/14 230/7 246/7 247/19
247/21 262/3 269/17
closed [4] 28/16 34/17
177/24 197/9
closer [14] 32/15 49/1 170/11
170/12 210/15 210/16 211/2
211/2 211/4 211/8 212/10
239/2 239/2 251/11
closer-up [1] 49/1
closest [4] 137/19 185/24
247/2 261/2
closeup [1] 18/13
closing [1] 273/17
closings [4] 268/7 268/16
273/17 274/1
cloud [7] 219/18 219/19
219/20 219/24 259/17 260/4
260/12
cocky [2] 83/1 83/25
Code [1] 117/17
cognizant [1] 8/3
coincidental [1] 227/23
collapsable [3] 250/9 250/23
256/19
collapse [4] 253/22 254/9
255/10 256/20
collapsed [1] 33/4
collectively [2] 160/24 231/16
College [6] 115/7 122/11

C
College... [4] 156/8 157/10 157/12 157/16
colonnade [3] 123/15 123/15 123/19
color [2] 107/13 131/8
colorful [1] 230/4
COLUMBIA [3] 1/1 107/8 156/1
columns [2] 49/4 123/16
combat [2] 42/11 159/9
combined [1] 193/5
come [73] 10/13 21/14 23/17 26/11 26/12 26/13 26/14 29/21 37/20 43/4 45/8 64/2 66/6 67/4 67/12 71/20 71/21 71/22 71/23 72/17 72/22 91/8 93/18 99/23 105/11 108/8 118/23 123/13 123/18 123/20 123/24 123/25 150/18 150/20 150/24 151/2 157/22 157/23 163/22 168/10 168/22 168/25 169/7 171/1 171/17 172/9 175/18 176/17 180/7 183/10 185/19 186/3 186/3 186/4 186/5 192/15 198/4 198/20 200/21 202/4 202/24 207/6 211/4 212/9 217/12 221/12 226/5 226/6 232/22 235/22 263/21 271/3 271/8
comes [14] 22/1 123/23 137/4 137/6 159/24 160/23 166/11 168/22 187/24 222/12 226/23 231/13 250/11 270/13
coming [36] 27/15 27/18 27/21 33/19 38/18 40/19 65/8 77/16 86/15 92/11 105/11 111/11 136/9 136/17 146/16 162/22 162/23 168/24 173/24 173/25 174/9 177/13 183/12 186/2 190/17 191/2 211/2 211/2 211/8 212/6 214/10 214/21 214/22 241/14 260/10 261/21
command [4] 9/16 9/23 42/15 67/15
commander [2] 9/21 46/5
commands [2] 141/12 212/2
comment [1] 203/15
commented [1] 255/25
commit [2] 266/24 267/7
committee [2] 99/12 157/18
common [1] 71/14
commotion [5] 135/21 141/7 142/17 219/24 259/20
communicate [4] 45/6 141/12 144/1 182/6
communicating [2] 230/6 246/14
communication [2] 37/8 181/15
communications [1] 239/4
compilation [2] 193/10 199/13
complete [6] 37/2 45/10 79/24 199/22 234/16 259/3
completed [2] 119/22 157/9

completely [1] 262/1
come... [the [1] 124/22
31/18 36/13 38/9 153/20
177/11 202/3 240/5
completeness [2] 271/12 272/2
complex [8] 9/6 9/7 12/21 18/23 20/3 109/13 152/5 162/15
comply [1] 77/14
composed [1] 30/7
composite [2] 30/4 46/10
computers [1] 111/2
concern [1] 38/15
concerned [2] 91/10 231/17
concerning [1] 28/4
concerns [2] 7/10 215/14
conclusion [3] 104/5 270/19 271/1
concrete [2] 35/2 43/24
concussion [1] 33/4
Confederate [13] 192/13 195/17 197/5 197/16 202/16 202/21 203/20 207/4 219/5 219/6 229/4 245/5 245/10
conferred [1] 266/21
confirm [4] 11/1 91/22 124/6 269/3
confirmation [1] 160/10
confused [1] 27/17
Congress [28] 9/3 9/13 10/8 21/18 22/7 75/16 96/4 96/25 97/6 97/11 97/14 109/13 110/7 110/9 115/23 117/24 118/5 121/3 122/4 151/9 152/17 156/4 157/16 157/17 157/18 157/18 160/9 177/6
Congress's [1] 157/8
congressional [4] 122/7 128/10 128/14 129/9
Congressman [1] 145/22
congressmen [1] 160/20
connect [2] 185/25 225/4
Connecticut [1] 1/18
connecting [1] 123/13
connects [1] 221/16
conscientious [2] 269/15 269/18
consciousness [1] 33/3
consider [1] 75/22
considered [1] 262/17
consistent [1] 48/14
constituted [1] 107/16
Constitution [5] 1/23 112/15 116/1 116/2 275/17
constructed [2] 11/16 124/25
construction [5] 11/24 13/9 14/16 38/25 38/25 39/2 62/15 62/15 62/17
consult [1] 129/9
contact [6] 171/2 229/12 230/13 247/19 269/4 269/21
Containment [1] 178/22
contains [1] 127/7
content [1] 193/16
contingent [2] 102/9 102/13
continue [18] 21/6 65/8 67/6 120/3 133/21 138/3 138/12 146/10 146/22 150/4 150/11 151/20 152/7 210/15 211/11

continued [2] 157/8 211/4
continuing [1] 225/19
control [6] 45/11 98/3 140/16 141/6 141/6 187/11
convened [1] 156/5
conversation [4] 27/20 83/3 240/6 253/8
coordinating [1] 42/19
cops [4] 36/20 37/13 98/7 100/25
cordon [1] 18/6
cordoned [1] 107/14
cordoned-off [1] 107/14
core [1] 96/3
corner [11] 19/23 61/9 125/19 167/24 168/10 168/23 186/14 186/24 188/11 196/23 200/22
correct [205] 7/21 12/24 13/2 13/18 14/21 14/24 17/14 17/15 17/23 18/18 19/24 21/23 22/9 31/15 33/21 33/25 35/9 44/14 45/24 50/1 50/21 53/4 63/23 66/8 66/13 68/3 68/10 69/5 72/19 74/10 75/7 79/21 81/8 81/9 81/17 85/22 98/13 98/15 101/10 101/11 101/17 101/18 101/21 101/22 102/10 102/17 102/18 102/23 103/16 103/23 104/2 106/8 111/8 111/9 112/20 113/17 113/18 115/2 115/5 117/4 118/6 118/7 118/9 119/6 119/7 119/10 119/11 121/5 121/8 122/2 122/14 122/15 122/19 122/20 124/9 125/1 126/25 127/3 128/13 129/11 129/12 130/3 130/21 131/12 131/18 131/21 131/22 131/25 132/19 133/20 133/25 134/1 134/9 134/10 134/14 134/15 134/21 134/22 135/1 135/6 135/7 135/11 135/12 135/14 136/7 136/8 136/18 137/11 137/12 137/20 137/22 138/2 138/11 138/23 138/24 139/10 140/11 140/13 140/22 141/10 141/13 142/6 142/7 142/25 143/1 143/8 143/10 143/12 144/6 144/7 145/24 146/3 146/4 146/6 146/9 146/17 147/9 147/10 147/19 147/20 147/22 147/23 147/24 147/25 148/1 148/2 148/7 148/8 148/11 148/12 148/13 148/14 148/16 148/18 148/19 148/20 148/22 148/23 148/24 148/25 149/3 149/6 149/7 149/8 149/10 149/11 149/13 149/14 149/21 149/22 149/25 150/5 150/9 150/16 150/17 151/11 151/13 151/14 151/18 151/25 152/1 152/3 152/13 152/14 152/16 153/4 181/12 228/12 228/20

coughing [3] 230/22 231/21
233/18 233/20 233/22
237/14 249/23 257/4 257/11
257/12 257/15 257/18
258/24 266/2
correction [1] 167/1
correctly [2] 14/2 114/19
corridor [37] 24/9 25/1 26/16 26/19 26/22 26/25 27/3 69/9 78/3 78/7 84/10 88/11 89/9 92/24 94/21 95/2 95/10 123/13 125/7 131/23 134/8 142/15 180/12 180/13 181/7 183/8 184/1 184/22 216/8 217/17 219/12 220/4 241/12 241/25 243/7 244/8 259/19 260/11
coughing [3] 259/22 259/23 260/11
could [229] 10/11 12/4 13/3 15/1 17/4 18/8 19/2 24/13 24/14 24/23 24/23 25/15 26/7 29/9 29/18 29/25 30/16 32/9 35/10 36/1 37/3 39/11 41/20 44/4 44/15 45/16 45/17 46/8 46/11 47/23 49/20 50/8 50/11 51/13 52/19 53/2 53/16 55/20 57/21 58/7 58/21 59/1 59/10 59/25 61/4 61/22 62/7 64/14 65/17 66/22 69/4 70/1 74/11 74/21 75/23 75/24 76/4 76/6 76/7 76/13 78/18 78/20 79/4 80/8 81/20 84/13 84/13 85/7 87/5 87/15 87/24 89/4 89/18 90/1 90/12 91/9 91/15 92/15 93/11 99/15 102/2 103/25 104/8 104/9 104/12 107/2 107/18 109/6 111/18 111/25 112/1 114/8 114/23 116/16 116/16 124/25 137/13 138/3 138/25 142/11 142/14 154/3 155/22 161/10 164/10 165/7 165/8 167/11 167/12 168/13 168/15 171/19 172/14 173/2 174/3 174/5 174/7 175/22 177/21 177/22 179/1 179/23 179/24 180/4 181/18 181/19 182/13 183/16 183/21 184/12 184/24 185/6 188/6 189/16 190/4 191/24 193/8 193/19 194/4 194/17 195/6 195/13 196/17 197/10 200/4 200/9 201/19 204/13 205/5 205/7 205/18 206/19 206/20 211/11 211/14 212/20 213/10 214/12 214/14 215/1 216/4 217/2 218/14 220/6 222/22 223/3 223/11 223/14 224/3 226/15 229/6 230/9 232/2 232/2 232/3 238/2 239/6 239/8 239/10 240/2 240/5 240/7 240/8 240/8 240/9 240/15 240/22 240/25 241/15 241/20 241/24 242/4 242/7 243/16 243/19 243/22 244/13 246/6 247/23 248/11 248/16 248/19 248/20 249/14 250/16 251/3 251/10 253/20 254/21 255/2 256/11

Case 1:21-cr-00028-APM Document 124 Filed 05/10/23 Page 284 of 317

**C**

could... [18] 257/6 257/23 258/10 261/7 262/19 263/9 269/9 270/5 270/6 271/3 271/21 272/8 272/11 273/1 273/2 273/16 274/1 274/18
couldn't [16] 167/16 175/4 175/6 177/18 177/23 183/18 200/17 205/19 205/20 205/21 206/2 217/3 219/22 219/25 220/1 227/8
counsel [4] 100/13 114/1 247/10 266/22
counseled [1] 133/6
count [16] 107/17 107/21 119/21 156/8 157/11 157/13 157/14 157/15 157/19 265/17 265/19 265/20 265/24 267/1 267/7 267/8
Count 1 [4] 265/17 265/19 265/20 265/24
Count 2 [4] 157/13 267/1 267/7 267/8
counted [1] 116/24
counting [9] 115/19 118/19 119/24 120/21 203/21 204/17 210/23 219/9 246/17
country [1] 204/19
country's [1] 21/18
Counts [3] 267/2 267/8 267/19
Counts 1 [3] 267/2 267/8 267/19
couple [24] 4/11 6/16 31/19 31/20 32/12 47/5 55/21 59/10 73/24 79/4 85/23 87/18 87/19 89/20 95/20 99/8 139/11 142/20 147/1 195/14 196/4 197/12 250/16 258/17
course [5] 38/8 68/18 177/20 264/14 271/21
court [13] 1/1 1/22 7/16 81/11 99/17 99/22 124/21 130/20 177/5 199/19 200/12 269/15 275/17
courtroom [16] 4/13 6/7 6/11 8/6 58/19 108/12 158/1 207/13 227/15 227/16 248/9 263/19 268/24 269/17 274/19 274/22
covered [2] 45/22 57/11
covering [1] 14/19
COVID [4] 10/15 10/20 97/17 160/15
coworkers [2] 166/11 171/4
Cramer [1] 25/18
crazy [2] 176/9 176/11
create [6] 50/19 57/24 202/22 212/3 215/25 259/24
created [3] 15/18 51/6 193/14
crimes [1] 268/11
Criminal [6] 1/3 4/3 100/4 108/14 158/3 227/18
criminals [1] 37/14
critical [1] 4/24
cross [10] 2/2 100/1 100/8 100/10 155/1 155/2 227/13

cross-examination [5] 100/8 155/1 155/2 227/21 270/14
crossed [2] 36/5 166/17
crossing [1] 36/6
crowd [28] 22/19 22/20 31/22 32/19 32/24 37/11 37/13 39/23 39/25 41/20 41/23 42/12 52/10 53/20 88/25 89/2 100/18 100/23 101/24 102/13 103/10 105/11 196/19 204/14 205/1 207/6 246/13 256/2
CRR [2] 1/22 275/16
Crypt [2] 171/3 200/13
current [3] 19/18 73/11 115/1
currently [2] 9/25 35/2
custody [1] 166/18
cut [1] 186/23

**D**

D.C [6] 1/4 1/19 1/23 40/19 159/13 275/18
D.C.'s [1] 40/20
daily [1] 235/22
dais [24] 123/6 124/20 129/7 130/14 137/7 137/16 139/25 140/10 140/15 140/16 140/23 141/2 141/21 142/6 142/8 145/13 145/19 148/15 148/21 148/24 149/13 151/24 152/10 154/18
danger [2] 38/15 84/6
dark [1] 162/13
Davis [20] 1/17 1/18 1/18 2/6 2/11 4/6 81/4 106/8 106/22 227/20 227/25 234/3 264/17 267/9 270/22 271/14 272/2 273/2 274/11 275/1
Davis's [2] 267/21 270/17
day [94] 1/8 10/16 11/18 13/20 14/11 16/7 20/5 21/2 21/5 21/11 22/3 22/19 24/2 27/19 33/3 42/3 47/14 58/15 59/5 59/20 60/12 66/14 67/10 73/2 84/20 97/14 98/10 99/7 99/9 103/21 115/11 115/13 117/24 118/3 122/9 135/25 141/23 144/14 150/18 151/5 152/22 153/2 153/8 153/16 160/8 160/15 160/17 160/19 161/6 161/24 162/3 162/5 162/9 162/11 163/7 163/8 163/18 163/18 163/22 163/24 170/2 172/10 177/10 177/12 191/18 195/4 201/22 213/9 224/19 226/20 226/24 227/1 229/18 229/22 233/20 233/22 234/11 236/4 236/6 237/3 237/16 237/21 238/4 240/8 240/10 242/18 242/23 243/5 243/21 244/10 250/9 263/13 268/1 274/20
dcd.uscourts [1] 275/18
dcd.uscourts.gov [1] 1/24
dead [2] 171/3 260/9
deadly [2] 208/17 208/20
deal [2] 254/10 263/16
dealing [2] 176/14 176/16
dealt [1] 168/4

defeated [5] 121/22 121/23 121/2 121/21 122/13
debating [1] 120/9
decades [1] 114/24
decide [3] 120/20 143/24 254/19
decision [3] 118/15 118/17 122/14
declare [1] 120/5
declared [4] 119/22 120/4 156/23 157/4
deescalate [2] 253/4 253/15
defend [1] 76/20
defendant [65] 1/6 1/17 4/6 4/7 7/17 59/2 59/6 63/4 64/15 67/3 76/22 77/10 77/14 77/16 77/20 78/25 80/5 80/7 81/14 81/14 81/15 81/18 81/25 82/6 82/9 82/19 83/5 83/11 86/2 87/16 88/23 89/19 90/4 91/20 92/1 107/8 114/8 156/1 207/20 209/19 210/24 211/1 216/18 216/22 217/9 218/7 234/4 248/17 250/25 251/13 252/3 252/22 255/13 255/23 256/23 261/4 261/13 261/17 261/18 262/18 266/24
defendant's [6] 82/24 87/23 218/19 219/20 262/9 262/15
defense [3] 266/22 273/13 274/23
define [1] 265/18
defines [1] 265/22
definitely [2] 111/24 126/3
definition [4] 265/17 265/23 266/6 266/12
deliberate [1] 269/6
deliberating [1] 268/19
deliberation [1] 157/17
demarked [1] 46/23
demeanor [2] 218/19 218/20
demonstrated [2] 231/5 231/7
demonstrating [1] 254/3
department [1] 9/22
departments [1] 9/20
departure [1] 23/18
depending [3] 99/24 99/25 272/8
depicted [2] 17/4 107/12
deploy [1] 170/18
deployed [2] 159/8 252/6
deploying [1] 250/24
deployment [1] 159/9
deputy [6] 9/19 90/24 93/18 93/24 96/5 96/5
describe [15] 12/17 16/5 19/12 39/13 43/20 48/23 110/25 118/22 122/23 136/24 169/19 197/7 219/2 244/17 250/6
described [6] 67/2 107/11 229/9 260/21
describing [3] 124/12 137/9 200/24
designate [1] 12/22
designed [1] 57/1

desks [1] 154/18
detail [3] 73/5 76/7 225/2
detour [1] 14/25
devices [2] 157/1 151/16
diagram [8] 15/4 17/4 19/20 19/21 29/9 36/7 72/5 168/14
diagrams [1] 18/25
Dick [1] 239/24
did [343] 10/10 11/1 22/21 23/10 23/12 23/25 27/9 27/11 27/14 27/16 27/22 28/4 28/11 28/19 29/23 32/23 36/16 37/8 37/17 37/17 38/8 38/10 38/15 38/21 39/8 41/23 42/11 45/12 45/25 48/3 48/13 50/19 57/14 57/21 58/5 58/14 58/17 59/5 59/25 60/9 60/9 63/24 63/24 64/2 65/2 65/7 65/13 65/16 65/16 65/25 66/9 66/14 67/5 67/6 67/17 67/20 68/11 68/15 74/24 76/2 77/4 77/12 77/14 78/23 78/25 79/2 79/9 79/23 83/11 83/17 83/20 84/15 85/6 85/15 86/2 86/6 86/23 87/16 89/2 90/7 91/6 93/14 95/14 95/16 95/24 95/25 95/25 96/1 96/9 96/18 96/20 97/5 97/10 98/18 99/5 101/1 101/4 102/25 103/7 103/13 104/3 104/23 106/4 113/16 114/18 134/2 135/15 135/18 135/18 135/19 136/19 136/21 136/22 136/23 141/1 144/14 144/16 144/18 145/2 145/4 145/5 145/15 145/17 146/13 146/15 147/11 147/12 147/14 150/10 150/19 150/20 152/17 152/21 153/7 153/10 153/16 153/25 154/12 154/17 159/4 159/6 160/11 161/24 162/11 162/12 162/17 162/20 163/1 163/13 163/14 163/18 163/22 164/2 165/9 166/24 168/6 169/24 169/25 170/15 170/15 171/8 171/9 171/14 173/14 175/20 176/1 177/1 178/2 178/12 178/15 179/19 180/15 182/4 182/6 182/6 182/10 182/25 183/13 183/17 187/3 187/3 187/15 192/15 195/4 195/17 197/3 198/24 201/23 202/2 202/8 202/11 202/18 203/3 203/6 203/8 203/13 203/15 203/15 203/17 203/19 203/20 205/1 205/3 205/14 206/10 206/12 206/25 207/5 209/3 209/11 209/13 209/19 209/21 209/24 210/1 210/7 210/10 210/15 210/17 211/7 211/24 212/1 212/2 212/5 212/13 212/16 212/18 213/5 213/7 213/18 214/4 214/6 214/8 214/21 215/12 215/14

did... [107] 215/21 215/23
216/9 216/11 216/13 216/18
216/20 216/22 216/24 217/14
217/7 217/12 217/14 217/17
219/12 219/15 222/20
224/15 224/19 225/22 226/1
226/11 226/13 226/24
226/25 227/4 228/12 228/14
228/22 229/13 229/18 230/7
230/19 230/21 230/25 232/1
232/11 232/23 233/5 233/8
233/14 233/16 234/4 237/11
237/21 237/23 238/14
238/22 239/10 239/16
239/20 241/7 241/9 241/16
241/21 242/13 243/1 243/11
244/18 245/2 245/3 245/4
246/1 246/3 246/13 246/19
246/20 246/24 247/17
247/19 251/1 251/18 251/20
251/23 251/25 252/3 252/3
252/7 252/22 253/7 254/19
255/7 255/13 255/14 255/16
255/18 255/19 255/23 256/1
256/20 256/20 256/23 258/7
258/15 258/17 259/5 259/20
260/1 260/3 260/3 260/5
260/6 260/8 261/4 262/1
262/3 268/22
didn't [45] 27/17 31/17 82/10
86/17 101/3 102/16 104/18
105/11 151/8 153/19 153/22
165/20 177/18 191/21 199/1
204/13 212/11 212/17 214/5
216/23 227/8 228/16 228/20
228/22 229/12 229/23 230/1
230/5 230/8 230/25 231/25
233/4 233/9 233/12 233/22
233/23 234/7 251/24 252/9
254/13 255/25 256/24 257/3
266/22 267/23
died [1] 245/15
different [26] 13/20 13/23
14/14 31/18 39/14 45/9 53/1
54/17 55/25 65/13 65/17
90/17 160/12 163/1 163/4
175/8 175/9 193/3 196/4
204/22 217/10 238/20
239/17 244/23 249/18 259/5
differently [2] 162/2 271/9
difficult [2] 7/16 242/24
diffuse [1] 259/6
diffusing [1] 258/5
Dignitary [5] 137/6 140/3
140/5 140/9 147/2
dining [5] 197/25 198/21
198/23 198/25 200/23
Dire [1] 96/3
direct [12] 2/2 8/20 109/2
115/10 158/17 222/25 232/9
232/11 235/4 272/9 272/11
273/2
directed [1] 202/25
directing [7] 45/19 101/6
101/7 103/2 117/16 142/9
153/12
direction [8] 33/20 55/13 67/3
70/2 183/10 183/11 232/10

directions [1] 65/13
directly [3] 23/20 191/4
218/10
directs [3] 115/23 119/3
119/4
Dirksen [1] 186/1
disagreement [1] 234/6
disassembled [1] 101/20
discuss [1] 268/4
discussed [3] 148/11 271/2
271/16
discussion [3] 90/25 94/10
254/16
discussions [1] 263/6
dismantled [2] 36/13 36/21
dismantling [1] 44/10
display [2] 155/22 229/13
displayed [2] 113/13 213/15
dispute [1] 265/8
disruptions [1] 235/21
dissolved [3] 119/21 120/2
153/3
distancing [1] 97/18
distinction [1] 80/19
distribute [1] 176/12
DISTRICT [5] 1/1 1/1 1/9
107/7 156/1
disturbance [4] 60/6 101/12
165/19 165/20
disturbances [2] 101/8
235/21
division [4] 9/21 9/23 109/16
235/12
DNC [1] 151/6
do [250] 4/18 5/6 5/11 5/14
6/3 6/14 7/10 7/14 9/4 10/11
11/24 11/24 13/5 14/11 15/4
15/24 17/16 17/16 18/3
18/23 20/2 20/12 22/21
23/15 24/24 25/2 28/19
35/21 36/16 37/9 37/17
41/21 42/16 44/8 44/19 47/6
42/17 49/14 51/12 53/10
55/17 55/24 58/1 58/11
58/19 59/18 59/19 62/13
63/4 64/20 67/20 68/15
68/17 69/9 71/6 71/9 71/9
73/17 74/14 75/2 75/9 75/11
76/16 76/22 77/4 78/25
83/11 83/11 86/23 87/12
87/14 89/21 91/7 92/8 92/9
92/22 93/14 96/11 100/14
100/17 101/8 102/19 103/5
103/13 106/16 108/3 109/8
110/9 111/1 111/20 115/22
123/2 124/17 125/4 125/5
126/7 126/20 128/4 128/5
129/7 131/13 131/19 133/1
133/3 133/14 138/8 139/15
139/17 140/15 140/15 141/1
141/12 141/25 142/8 144/3
150/3 153/16 154/2 154/12
154/14 154/17 155/9 160/1
160/5 160/13 164/2 164/24
165/18 166/24 171/9 173/5
173/16 173/18 173/23 174/5
176/16 179/19 181/23 182/2
183/25 184/7 188/17 192/3

195/13 197/22 199/5 202/18
203/17 203/22 204/5 204/21
205/12 206/10 207/8 207/13
208/2 208/4 208/5 208/19
209/16 209/17 210/1 210/11
210/11 210/12 210/12 213/5
214/16 216/15 216/22
216/25 218/2 218/7 220/11
220/13 220/18 222/20
222/24 224/7 225/14 226/4
226/4 226/5 226/7 227/3
227/4 231/1 231/1 232/9
232/12 233/8 235/23 238/14
239/16 239/17 239/18 244/5
247/3 248/2 248/9 248/10
248/24 249/2 249/14 250/15
251/4 251/20 253/5 253/7
253/22 253/23 254/3 254/5
254/17 254/19 255/16
255/18 256/23 257/25 259/7
259/16 261/17 262/23 263/6
263/17 263/24 264/10
264/16 265/4 265/11 267/9
268/6 268/13 268/15 268/15
269/11 269/19 269/23
269/23 270/3 270/3 272/8
273/23 273/23 273/25
274/21
dock [1] 163/15
docket [2] 265/12 268/3
document [4] 106/15 115/22
115/25 128/9
does [26] 9/16 11/14 14/14
16/18 19/25 21/10 37/5
39/23 63/17 63/18 66/11
73/18 78/2 78/6 92/15 113/5
113/7 118/20 120/1 127/12
159/21 160/18 192/6 192/8
250/6 260/20
doesn't [7] 241/23 254/11
254/15 265/7 267/6 268/25
269/7
dogs [1] 226/5
doing [35] 6/3 27/4 32/7
51/15 63/13 76/19 76/20
76/24 82/16 86/3 92/15
99/17 103/19 104/1 130/16
136/4 138/19 192/22 205/12
207/25 219/7 221/10 222/16
223/18 237/15 249/10
250/20 251/22 252/1 253/13
255/9 259/21 260/3 264/3
266/23
dome [1] 19/15
don't [50] 4/20 5/8 6/20
12/11 16/8 58/2 60/8 67/21
72/3 81/7 87/3 92/17 103/9
103/25 104/24 105/2 106/2
161/16 164/7 168/7 170/1
174/22 175/3 175/5 205/20
205/20 209/17 217/19
217/20 219/22 233/21
235/24 252/10 252/13
253/10 253/11 254/4 256/5
263/2 264/1 264/6 265/10
268/25 268/25 270/5 271/22
272/12 272/14 273/13
274/25

door [98] 26/22 26/24 29/8
29/16 29/17 29/20 35/15
35/15 35/17 60/24 61/10
61/20 63/10 63/11 63/12
63/15 63/15 63/16 63/19
64/21 64/24 64/25 65/5
65/19 65/24 67/22 68/23
68/25 69/19 69/24 70/7 70/9
71/1 71/7 71/23 72/17 73/25
74/9 76/17 84/23 95/18
123/11 125/14 125/17
125/21 125/24 126/2 131/5
131/7 134/9 137/4 137/14
137/16 137/19 137/21 164/4
164/18 164/25 165/1 166/11
177/4 177/4 177/24 180/6
180/21 183/11 183/12 184/2
184/6 184/10 185/9 185/10
185/11 186/5 187/8 187/9
187/10 190/14 190/25 191/4
196/24 197/25 200/15
200/21 223/19 223/21
237/17 240/13 262/17 272/3
doorkeepers [1] 187/11
doors [30] 49/9 49/10 61/8
65/8 65/17 68/8 68/21 68/23
91/2 95/22 96/12 123/12
124/20 124/24 143/19
143/20 144/23 144/24
144/24 170/12 177/2 177/25
187/20 187/24 190/13
197/22 198/9 214/22 239/18
257/21
doorway [8] 70/10 164/8
164/25 165/7 197/19 262/10
262/16 262/19
doubt [1] 108/4
Doug [3] 207/18 220/22
223/10
DOUGLAS [8] 1/5 4/3 100/5
107/8 108/15 156/2 158/3
227/19
down [97] 10/14 17/7 21/15
29/5 30/21 37/2 37/5 37/7
37/16 38/3 38/4 38/5 43/23
44/12 51/14 51/16 51/25
56/24 68/16 73/13 73/19
73/23 91/11 92/11 96/8
101/12 101/25 106/11
118/10 123/13 123/13
123/18 125/15 126/2 126/16
130/3 130/23 131/7 131/20
134/7 142/3 153/5 155/3
162/25 163/5 163/9 164/7
164/16 164/17 164/25 165/8
167/14 171/23 172/1 175/18
175/19 180/8 180/9 180/17
181/2 181/5 181/23 184/21
185/17 188/4 196/8 196/22
196/25 198/11 198/20
199/20 202/9 203/16 204/9
204/13 205/17 206/24
209/18 213/18 215/14
221/18 225/1 231/11 233/14
234/14 236/20 241/13 253/3
253/16 254/21 254/15 254/25

## D

down... [5] 255/21 259/9 260/21 262/9 263/9
downstairs [5] 29/6 74/7 164/4 169/7 188/4
downward [1] 198/7
dozen [2] 77/21 243/15
dozens [1] 65/12
draw [5] 14/2 24/25 44/1 91/22 208/12
drawn [2] 100/21 124/7
dress [1] 130/14
dressed [4] 40/15 42/3 42/8 59/22
drive [1] 72/20
driving [1] 47/21
drop [1] 182/25
dropped [1] 202/9
ducked [1] 254/25
due [1] 139/2
duly [4] 8/18 108/21 158/10 234/24
Durbin's [1] 239/24
during [23] 25/24 36/10 37/25 45/5 59/5 74/25 80/6 84/20 98/2 101/11 101/23 154/4 156/5 160/22 162/4 163/22 219/17 226/20 229/12 230/7 231/13 237/21 245/14
duties [1] 235/21
duty [5] 33/7 121/1 163/17 201/25 254/2

## E

each [16] 20/5 53/2 68/23 71/5 89/20 95/1 120/23 121/1 124/16 127/1 134/11 176/14 193/16 240/21 241/19 261/15
earlier [25] 34/16 44/2 46/11 54/5 57/12 70/7 72/13 79/19 86/9 87/23 94/12 98/10 101/7 102/9 108/5 143/23 145/5 172/23 186/23 191/15 191/16 195/18 201/21 257/2 265/2
early [5] 162/13 162/14 162/18 163/5 269/3
earpiece [3] 135/25 136/2 136/6
easel [5] 6/18 7/8 110/21 122/17 179/25
easier [2] 161/17 264/12
easiest [1] 264/13
easily [1] 63/17
east [47] 11/6 11/6 26/11 26/12 26/14 46/1 46/4 46/5 46/12 46/16 48/7 48/24 49/25 64/22 64/25 67/13 67/15 67/17 68/19 67/17 70/5 70/10 70/11 70/12 70/14 70/16 70/18 70/19 70/21 71/19 72/19 73/14 76/16 78/4 85/17 97/3 137/21 137/22 177/3 180/16 180/17 183/8 183/9 185/13 186/14 200/9 200/25
eastward [1] 177/5

eat [1] 198/22
echoes [1] 240/11
effect [10] 81/15 173/14 176/3 178/4 210/11 212/5 213/18 231/2 256/20 270/7
effects [1] 170/20
effort [1] 258/4
eight [4] 115/4 115/5 150/1 243/13
either [17] 33/11 71/19 71/21 108/4 114/1 121/22 130/24 157/16 157/18 175/4 185/6 185/6 212/12 230/19 237/8 267/9 272/14
elderly [1] 144/5
elected [1] 156/5
election [5] 21/13 21/16 21/17 120/6 156/9
electoral [11] 115/7 115/19 119/22 120/21 122/11 133/5 156/8 157/10 157/11 157/16 246/17
electors [2] 116/14 117/25
element [4] 266/24 266/25 268/10 268/10
elements [1] 268/11
elevator [4] 72/15 196/24 197/24 197/25
elevators [10] 71/4 71/4 71/6 71/25 72/24 185/24 185/24 186/5 186/18 186/21
elicit [3] 270/17 272/10 272/24
else [10] 5/13 33/12 86/25 163/7 190/16 198/20 214/18 226/4 234/6 271/8
elsewhere [1] 143/25
embedded [2] 31/11 66/17
emergency [5] 63/12 63/15 63/16 178/23 238/20
Emily [2] 1/11 4/5
emotion [1] 245/16
empty [2] 153/20 202/6
encounter [2] 58/14 195/4
encountered [2] 200/22 202/13
encounters [1] 230/7
end [15] 4/24 7/12 17/7 138/25 152/24 153/21 153/23 163/14 192/17 200/17 202/21 216/5 229/10 258/15 261/12
ended [2] 27/20 241/11
enforce [1] 272/25
enforcement [1] 225/24
engage [6] 42/11 42/16 165/18 169/24 171/14 259/10
engaged [2] 249/19 261/13
engaging [5] 171/20 172/9 217/9 217/10 225/19
engulfed [1] 212/18
enhanced [1] 235/23
enough [7] 4/21 91/8 91/9 98/7 217/21 218/17 269/15
ensure [1] 5/25
entail [2] 11/15 21/10
enter [9] 10/18 37/3 37/7

entered [9] 8/6 54/11 63/7 64/20 106/24 108/12 154/14 158/1 227/16
entertain [1] 198/22
entire [14] 9/6 9/7 20/6 27/7 40/11 51/16 84/24 120/18 122/1 134/7 143/9 144/16 152/5 162/5
entitled [1] 275/13
entourage [2] 21/15 27/7
entrance [13] 10/25 26/8 62/1 70/21 70/21 70/22 70/23 71/24 72/16 73/21 73/22 125/17 197/6
entrances [1] 26/7
entryway [1] 71/14
episode [1] 260/9
equipment [6] 59/25 60/2 60/8 75/12 165/17 249/18
equivalent [1] 9/20
escort [5] 27/6 27/9 140/12 154/10 224/15
escorted [3] 140/15 148/15 233/18
escorting [1] 205/13
especially [3] 5/21 7/11 264/16
Esquire [3] 1/11 1/14 1/17
essentially [3] 65/21 170/10 171/18
establish [1] 84/13
established [5] 44/11 165/11 166/16 167/1 172/3
estimate [5] 51/19 51/19 51/20 65/10 171/19
estimated [1] 99/14
Estimating [1] 65/12
et [1] 268/12
et cetera [1] 268/12
EUGENE [6] 2/9 158/8 158/9 241/9 241/18 241/22
evacuate [6] 97/1 98/24 99/1 99/3 145/5 153/16
evacuated [11] 97/2 97/11 97/22 150/15 156/21 156/24 157/1 157/5 206/13 227/4 257/22
evacuating [4] 47/22 145/2 198/14 201/14
evacuation [14] 99/2 145/7 147/22 149/2 153/13 154/4 198/12 198/14 201/12 205/23 205/25 206/4 225/3 238/20
even [12] 43/1 70/23 72/8 90/25 108/5 124/17 191/18 197/19 212/13 229/13 240/15 272/23
evening [13] 33/4 99/6 226/11 235/6 235/7 263/5 265/6 273/16 273/19 273/20 274/11 274/14 275/6
event [4] 21/13 98/2 104/6 270/7
events [5] 15/18 54/16 115/11 196/8 196/16
eventually [12] 41/1 52/6

246/5
ever [5] 103/7 103/13 141/20 153/25 209/11
every [13] 11/16 18/6 21/8 36/11 65/19 65/19 117/25 130/24 186/2 237/16 239/22 250/8 265/19
everybody [16] 14/4 45/15 51/2 65/2 69/12 107/5 176/14 187/19 187/22 187/24 187/24 190/11 190/16 204/21 224/17 225/25
everybody's [2] 141/4 141/5
everyone [10] 4/9 25/8 72/1 168/16 176/18 228/2 232/4 246/3 246/6 273/25
everything [9] 20/4 23/22 38/14 39/3 175/7 226/4 234/10 240/6 240/9
everywhere [1] 65/22
evidence [29] 5/5 12/15 13/14 15/11 16/23 18/11 19/9 20/23 30/1 43/18 55/2 56/19 88/18 89/16 93/8 95/8 116/8 117/11 119/16 120/16 121/15 127/21 155/20 173/1 179/5 190/2 256/10 273/13 273/16
exact [6] 33/20 56/6 67/21 80/20 80/22 81/21
exactly [10] 6/7 35/10 89/22 118/8 133/18 163/24 228/24 241/20 262/14 272/14
examination [12] 8/20 100/8 100/10 109/2 155/1 155/2 158/17 227/21 228/4 234/1 235/4 270/14
examined [4] 8/18 108/21 158/10 234/24
example [2] 19/11 124/19
except [2] 121/22 188/1
excerpt [1] 128/14
exclude [2] 5/16 6/14
exerted [1] 128/8
exhibit [111] 7/13 12/4 12/10 13/3 15/2 15/8 15/21 16/14 18/8 19/1 24/13 24/18 29/9 29/25 39/11 40/3 43/9 43/15 46/8 50/8 50/11 54/19 54/23 56/8 56/17 60/16 61/2 61/15 64/11 69/6 72/10 72/12 77/22 78/9 79/15 85/23 88/6 88/15 88/16 89/4 89/13 90/12 92/20 93/5 102/2 104/9 106/14 107/12 110/20 111/1 113/9 113/12 116/5 116/5 117/5 117/7 119/13 119/13 120/12 121/10 122/10 122/16 124/8 125/4 125/8 127/17 137/13 142/19 144/10 153/5 155/18 164/11 165/5 172/14 172/21 174/3 179/2 179/23 181/1 183/21 184/24 190/4 192/20 196/10 196/17 197/10 200/7 203/24 205/5 205/6 206/19 212/20

**E**

exhibit... [19] 217/23 220/6 222/23 230/9 240/16 242/2 243/22 244/13 247/23 248/19 254/22 256/4 256/6 260/15 261/7 262/22 264/8 264/11 264/15
Exhibit 206 [2] 222/23 254/22
Exhibit 501 [1] 61/2
Exhibit 507 [1] 104/9
Exhibit 508 [1] 88/15
Exhibit 509 [1] 172/21
Exhibit 601A [1] 12/10
Exhibit 603 [1] 15/2
Exhibit 701 [1] 155/18
exhibits [10] 2/15 3/1 5/22 6/17 20/18 94/23 189/5 189/15 189/22 264/4
Exhibits 201 [1] 20/18
exigency [1] 91/12
exist [1] 141/24
exit [7] 37/7 63/10 63/12 63/16 73/21 97/20 165/1
exited [2] 227/15 263/19
expect [3] 85/6 216/9 271/23
expected [2] 85/8 163/18
expecting [5] 22/19 22/20 85/9 272/9 274/16
experience [4] 67/10 141/20 244/17 244/19
experienced [2] 36/24 80/25
experiences [1] 259/10
explains [2] 81/6 83/9
explanation [1] 105/3
explosive [1] 151/16
extend [1] 250/13
extending [1] 250/23
extends [1] 250/11
extent [2] 242/25 249/19
exterior [4] 11/4 237/22 238/8 238/25
extinguisher [1] 259/19
extinguishers [1] 39/3
extraction [1] 154/5
extractions [3] 154/2 154/12 154/13
extreme [1] 142/1
extremely [1] 261/19
eye [6] 28/21 29/4 104/21 124/15 136/4 201/16
eyeballed [1] 265/2
eyes [2] 171/8 259/23

**F**

face [13] 93/19 93/19 170/2 171/11 175/11 177/3 203/1 244/11 244/11 258/10 258/11 261/13 261/13
Facebook [1] 5/8
faces [4] 17/6 177/16 177/19 184/2
facing [7] 33/19 69/15 69/16 103/17 137/1 177/5 177/5
fact [10] 15/18 23/12 48/13 103/15 127/1 163/8 204/23 216/11 227/4 227/6
fair [7] 52/17 86/18 95/1 110/5 229/15 229/20 231/16

early [3] 162/24 248/20 264/9
faith [1] 213/7
fall [4] 9/16 11/7 221/15 270/21
falling [1] 33/12
familiar [16] 12/7 16/25 18/20 20/10 20/12 31/24 50/2 54/21 61/17 77/24 89/6 117/17 193/16 242/10 243/24 260/18
family [2] 107/15 107/24
fan [1] 65/13
far [19] 6/8 7/11 14/18 41/20 89/23 90/11 106/5 165/19 184/21 217/6 217/21 217/22 218/1 218/2 218/17 270/23 271/13 271/15 273/24
farther [1] 70/23
fast [2] 181/18 220/3
fast-forward [1] 181/18 220/3
fault [2] 114/2 192/24
FBI [1] 4/14
fear [2] 5/9 143/18
federally [3] 106/20 107/19 107/20
feel [12] 86/6 175/20 175/22 185/4 209/3 210/17 212/14 212/16 216/13 260/8 262/1 271/8
feeling [7] 143/16 211/5 211/7 250/4 267/14 269/13 269/18
feels [1] 252/2
feet [12] 16/10 51/19 54/1 89/20 167/14 210/14 247/22 247/22 247/22 261/1 261/2 261/3
fell [1] 202/10
fellow [6] 100/17 224/15 229/8 249/16 249/20 259/5
fellows [1] 232/5
felonies [1] 267/8
felony [3] 266/25 266/25 267/8
felt [7] 91/8 210/18 211/6 231/15 249/13 260/9 261/20
fence [20] 11/9 13/25 16/2 16/3 16/5 34/7 34/12 34/14 36/8 36/8 36/11 36/12 36/17 36/21 38/24 165/10 165/15 166/15 166/18 238/25
fenced [1] 162/7
fences [1] 17/16
fencing [3] 17/13 18/16 165/14
fell [1] 174/1
few [19] 28/15 52/10 66/23 90/18 101/7 139/4 144/5 147/4 153/18 164/7 166/12 171/11 191/15 204/3 207/3 211/15 261/8 268/13 274/9
field [2] 23/1 220/19
fifth [1] 266/23
fight [1] 171/2
fighting [11] 38/20 42/11 42/18 169/9 169/22 170/8 171/22 174/23 175/2 202/5 217/2
figured [1] 268/2

filed [1] 106/15
fill [1] 38/8
filled [3] 38/9 40/10 259/4
filmed [2] 194/1 206/17
filming [3] 54/8 55/12 199/11
final [1] 52/14
finally [2] 148/7 157/15
find [14] 65/17 96/9 141/17 141/17 143/25 144/2 170/23 183/13 183/14 197/4 216/9 212/13 232/13 269/12
fine [5] 264/10 264/13 264/16 269/20 274/3
finish [5] 120/5 152/17 152/21 273/11 273/16
finishes [1] 274/19
fire [4] 39/3 63/15 63/19 259/19
firearm [1] 202/11
firearms [1] 100/19
fired [1] 41/19
first [81] 4/10 4/12 6/25 8/9 8/10 8/18 19/3 24/24 27/22 27/24 28/5 28/6 36/25 39/1 40/25 44/2 52/23 61/21 62/1 62/1 62/22 62/22 65/4 65/19 71/23 72/12 72/23 73/20 77/25 80/7 82/9 96/15 97/13 97/14 98/5 100/25 105/14 106/18 106/19 107/2 107/10 107/13 108/4 108/21 113/16 116/12 117/20 133/25 151/10 158/10 162/6 165/11 166/14 167/9 171/3 181/11 181/16 190/15 196/9 197/15 199/3 202/13 217/17 228/8 234/24 235/18 236/9 238/25 240/7 241/13 244/10 245/8 263/8 263/24 265/18 265/19 265/21 268/1 268/1 270/3 270/9
fit [7] 119/1
five [12] 23/19 60/17 63/20 115/9 120/24 121/3 122/21 138/21 138/23 223/1 242/4 248/20
five-agent [1] 23/19
five-minute [1] 138/21
flag [18] 183/1 192/13 195/17 197/5 197/16 202/16 202/21 203/10 203/11 203/20 207/4 209/9 219/5 219/6 229/5 245/5 245/10 245/25
flagpole [2] 92/4 203/7
flagpoles [1] 38/23
flags [3] 38/6 190/12 222/2
flailing [2] 247/1 247/15
fled [1] 39/2
flight [1] 74/8
floor [101] 6/16 19/3 19/4 19/11 19/22 19/23 24/11 24/12 26/5 26/18 26/20 26/21 26/23 55/9 61/21 65/20 67/23 68/12 68/13 71/7 71/14 71/20 71/22 72/23 71/25 72/12 72/22 72/23 72/23 73/14 73/19

filed [1] 106/15
97/16 97/18 97/22 97/23 97/25 97/25 109/21 113/19 115/16 126/24 127/10 133/19 136/25 137/7 140/17 141/22 143/9 143/16 144/14 145/2 145/15 146/1 146/18 146/20 147/2 147/4 149/15 153/14 153/17 154/4 154/16 160/4 160/5 171/3 180/8 186/3 187/11 190/15 190/18 191/1 206/25 213/6 213/6 215/6 236/13 239/20 240/1 240/2 240/7 240/14 240/15 240/16 240/17 240/18 241/8 241/11 241/13 242/13 243/6 246/10 253/24 253/24
floors [1] 21/11
flow [1] 241/13
flower [1] 56/4
fluctuates [1] 9/25
fluid [2] 136/25 137/9
focus [2] 107/18 229/21
focused [1] 103/15
folks [2] 140/2 185/8
follow [13] 47/11 65/2 66/4 89/2 107/4 114/18 122/24 124/6 155/23 178/13 189/19 229/23 274/2
follow-up [1] 274/2
followed [2] 65/6 105/16
following [9] 4/1 64/23 77/17 80/11 81/11 107/9 156/3 213/24 214/8
follows [4] 8/19 108/22 158/11 234/25
foot [2] 188/17 245/6
footage [14] 30/7 30/8 31/10 54/16 56/6 79/20 127/4 127/7 181/2 189/11 191/2 191/6 192/8 194/9
football [1] 166/5
force [10] 169/9 169/10 208/17 208/20 252/8 252/20 253/15 254/10 254/14 256/24
forced [2] 33/9 273/2
forceful [1] 218/22
forcefully [2] 250/13 254/8
forces [1] 169/21
forcing [1] 98/23
foregoing [1] 275/11
foreground [1] 15/24 60/25 182/2
foremost [1] 235/19
foreperson [1] 268/15
form [6] 17/18 86/21 166/2 174/16 221/8 244/21
formal [2] 21/19 22/14
formally [2] 98/14 112/16
formed [4] 217/1 217/3 221/15 225/1
former [1] 123/21
formulate [1] 149/2
forth [7] 21/25 24/19 41/5 160/21 161/22 221/9 242/21
forward [16] 33/14 52/10 55/21 87/18 87/25 88/2

**F**

forward... [10] 103/18 104/4 181/18 215/2 220/3 230/22 231/4 260/2 261/5 261/21
fought [1] 33/3
found [2] 5/8 43/7
fountain [1] 13/23
four [11] 11/16 16/10 18/6 21/8 36/11 86/14 154/13 159/7 210/14 230/10 244/22
frame [20] 36/1 49/15 54/11 55/21 55/22 55/22 63/4 75/24 76/22 77/25 85/9 93/25 195/13 204/2 204/7 207/8 217/25 218/3 218/11 260/23
frames [3] 52/23 189/20 193/8
frantic [3] 241/2 241/22 241/23
free [2] 65/23 185/4
fresh [1] 274/1
Friday [2] 273/17 274/1
front [59] 11/6 11/10 11/16 11/23 12/1 12/6 13/8 17/2 18/1 28/24 34/13 34/23 37/19 43/13 46/4 46/4 46/5 48/24 54/22 55/7 55/11 56/2 56/15 64/16 67/12 67/13 67/15 67/16 67/17 83/14 85/11 85/13 85/16 89/1 111/3 138/20 162/6 163/25 165/12 168/8 168/9 168/11 168/18 172/16 180/17 190/10 191/20 201/23 202/5 204/24 205/20 206/2 218/10 220/24 234/9 236/18 251/9 251/14 260/23
fruit [1] 170/2
fuck [1] 261/19
full [9] 10/21 11/22 33/7 38/25 86/21 106/19 107/10 171/5 265/13
full-on [1] 86/21
fully [1] 199/17
function [3] 106/20 107/19 107/20
functions [1] 157/14
fur [1] 203/9
further [27] 34/9 68/11 99/19 106/3 106/6 108/2 121/2 154/23 167/21 171/14 171/24 173/24 174/18 175/3 175/5 185/17 198/21 202/24 202/25 210/7 217/3 227/10 233/24 268/4 274/11 274/12 274/13
furthest [2] 186/20 217/11

**G**

gagging [2] 260/10 260/11
gain [2] 41/3 57/21
galleries [1] 97/19
gallery [2] 97/16 149/21
game [1] 258/15
gap [2] 40/16 259/4
Garfield [1] 31/1
Garrison [1] 256/16
gas [7] 38/13 38/19 166/7

gathered [1] 126/8
gathering [2] 130/17 131/6
gave [3] 86/7 91/7 141/3
gavel [7] 137/5 138/1 140/25 141/3 141/9 141/21 149/1
gavels [1] 137/5
GAZELLE [21] 2/7 108/19 108/20 109/7 109/8 114/5 114/17 116/12 117/13 118/11 121/18 122/18 124/4 125/4 127/14 128/4 130/23 133/2 137/24 153/7 155/15 249/22
gear [12] 38/10 38/12 38/19 59/22 84/4 165/21 165/25 166/3 166/4 201/22 201/23 249/22
Gelfant [11] 249/4 249/5 251/21 251/25 253/8 254/16 255/13 257/10 257/11 257/25 259/7
general [3] 10/1 10/17 11/7
gentleman [2] 84/5 203/9
gentlemen [2] 8/8 100/7
gesture [5] 103/17 104/4 182/20 255/13 255/19
gestured [1] 214/1
gestures [1] 83/23
gesturing [1] 182/17
get [83] 10/6 10/8 22/2 24/8 26/8 27/22 40/25 46/12 51/25 53/21 65/23 67/17 73/22 76/6 80/8 81/20 91/10 95/14 98/7 99/10 102/19 104/3 105/14 122/25 134/7 137/3 141/4 141/5 141/6 141/11 144/25 161/16 161/17 162/12 169/3 169/3 169/7 170/15 170/17 171/1 171/9 176/13 178/2 180/19 182/9 182/10 182/21 187/19 188/15 188/21 196/8 197/18 201/16 202/20 211/24 212/12 213/8 218/22 221/8 221/9 224/17 225/2 225/18 225/22 225/25 226/3 232/8 234/18 241/23 242/24 250/1 253/14 254/8 254/10 258/2 259/12 267/24 268/2 268/2 270/9 271/21 274/3 274/4
gets [3] 85/18 102/12 102/12
getting [9] 13/21 32/15 42/20 57/17 74/18 129/24 144/8 210/15 239/2
give [19] 17/3 25/13 39/23 46/19 48/9 72/6 75/17 105/10 126/9 185/4 190/9 190/22 193/23 201/3 212/2 233/12 263/20 268/6 268/17
given [12] 10/20 73/11 108/3 176/17 177/10 177/12 191/17 234/10 242/23 262/8 265/9 267/15
gives [1] 75/16
giving [4] 138/20 138/23 208/10 208/11
glass [3] 76/4 240/8 240/22
go [124] 6/1 6/10 10/6 10/21 20/19 22/6 22/12 22/16

43/1 46/4 46/6 50/5 50/14 52/19 57/21 60/16 66/7 66/9 67/5 67/10 67/15 67/17 67/20 69/1 69/1 70/23 71/19 73/18 73/23 74/1 79/15 82/16 82/20 85/16 86/11 89/24 90/4 90/11 91/4 93/21 94/11 95/5 96/3 98/18 102/20 104/16 104/19 105/16 105/18 105/22 108/10 116/16 119/22 123/18 125/22 134/5 139/4 140/10 141/18 144/3 144/3 144/18 153/25 154/2 154/7 154/8 155/7 155/22 160/24 162/17 163/13 164/4 164/6 164/7 164/16 164/17 166/1 166/10 166/13 168/10 168/11 170/23 171/2 171/12 171/14 172/2 174/6 175/13 175/19 176/1 180/15 186/21 187/17 187/17 188/4 188/14 189/15 195/14 196/6 198/3 198/9 198/22 201/19 212/12 215/6 220/4 229/25 229/25 232/8 248/19 249/14 254/1 254/15 254/21 255/4 260/3 261/24 270/4 270/13 275/3
goal [3] 86/6 89/23 105/14
goals [1] 253/1
goes [18] 23/19 23/22 29/21 38/3 70/10 70/11 102/13 123/6 137/7 137/17 148/10 162/9 198/7 226/23 237/18 237/19 262/12 271/13
going [138] 4/13 4/23 4/24 5/4 7/12 7/20 14/1 14/10 14/11 22/23 30/3 31/13 34/25 39/24 40/16 45/22 47/10 62/19 64/6 64/22 62/24 64/25 72/6 75/25 79/2 83/22 85/10 85/20 90/11 90/18 91/10 91/22 94/4 95/2 98/9 107/3 108/2 108/5 113/25 119/12 119/19 120/3 120/11 120/12 120/18 121/10 122/16 127/14 127/15 127/23 128/19 131/23 135/21 136/4 137/8 141/7 141/16 141/18 142/3 143/13 143/18 143/21 143/22 143/24 144/3 144/23 144/24 145/5 155/21 161/25 162/6 162/20 163/14 163/23 164/6 167/5 167/6 167/10 168/7 168/9 168/12 169/6 169/8 170/7 174/12 174/23 175/2 175/7 176/8 176/9 176/10 180/23 184/4 184/19 188/3 188/23 196/3 196/3 196/6 196/9 196/25 199/16 203/22 204/21 205/16 206/1 206/5 210/9 210/18 211/6 215/14 220/13 226/6 227/9 231/11 232/13 232/15 235/16 236/3 239/3 239/6 240/6 241/18 242/22 246/9 247/15 249/11 251/15

14 269/18
270/12 270/15 271/8 272/6 272/13 274/22 274/23
gone [5] 13/22 96/11 102/14 145/25 215/17
good [24] 4/8 4/11 8/8 8/22 8/23 86/18 99/24 100/12 100/13 108/2 109/4 109/5 158/19 158/20 213/12 228/7 235/6 235/7 254/14 255/20 263/5 263/12 264/19 275/6
GOODMAN [26] 2/9 76/18 77/1 77/7 158/8 158/9 158/19 164/24 173/5 179/13 182/16 192/3 192/11 192/22 194/8 194/21 196/22 200/4 216/8 224/18 228/6 234/3 241/9 241/17 242/12 243/1
got [77] 14/22 23/23 24/5 24/18 25/23 26/15 29/22 33/13 40/20 40/24 42/22 52/15 65/11 65/21 67/11 67/21 67/23 68/1 68/2 68/22 85/12 92/11 93/14 93/20 96/9 96/10 96/15 97/25 102/7 119/1 119/2 125/2 133/10 134/6 137/23 140/9 151/19 154/10 154/16 159/4 159/9 163/16 163/17 165/7 168/19 169/11 169/25 170/2 170/14 173/12 176/5 177/1 177/2 179/21 183/7 196/22 197/3 197/15 199/9 199/19 201/18 202/25 206/25 207/24 210/11 210/12 216/8 216/18 216/24 217/17 217/20 219/7 221/6 237/21 243/11 243/12 273/24
gotten [6] 6/8 14/18 85/14 95/22 226/6 259/23
govern [1] 117/13
government [18] 4/5 4/10 5/3 5/13 5/14 8/10 8/11 9/3 106/1 108/8 108/16 108/18 157/13 157/23 158/5 158/7 234/17 234/20
government's [37] 2/15 2/24 8/9 12/15 13/14 15/11 16/23 18/11 19/9 20/22 43/18 55/2 56/19 88/18 89/16 93/8 94/23 95/8 102/2 104/8 116/8 117/11 119/16 120/16 121/15 127/21 155/20 173/1 179/1 179/5 189/5 190/1 230/9 256/10 265/16 269/24 270/14
GPS [1] 107/13
grab [2] 164/10 249/11
grabbing [2] 223/18 223/19
grabs [2] 137/5 137/6
grand [14] 70/11 70/12 70/14 70/16 70/18 70/19 78/4 186/15 196/25 200/9 200/25 221/13 240/4 240/7
granted [4] 29/13 110/19 113/11 162/7
Grassley [6] 129/10 137/4 137/25 140/1 140/15 148/18
Grassley's [1] 138/9

grassy [1] 13/25
gray [4] 194/23 195/1 195/23
207/12
great [14] 7/3 7/14 17/9
20/16 20/24 27/2 29/5 69/13
130/25 142/23 165/3 212/24
238/2 254/10
greater [1] 252/19
greatly [1] 37/19
green [2] 11/9 15/25
ground [12] 41/3 42/21 48/3
48/9 55/13 79/11 79/22
167/14 190/15 206/25 254/2
254/8
grounds [10] 11/4 11/5 11/25
18/21 107/17 107/22 162/2
193/20 238/4 272/20
group [21] 27/9 65/7 83/4
83/11 83/18 84/1 102/25
168/4 173/21 207/5 209/7
210/20 214/10 221/12
231/13 231/17 233/19 234/8
235/18 262/2 269/23
groups [2] 17/19 221/15
growing [1] 83/18
Guard [1] 85/6
guarding [2] 164/3 187/9
guess [9] 137/21 152/12
180/16 202/22 207/12 242/3
259/8 272/9 273/22
guessing [1] 222/1
guest [1] 10/7
guests [2] 198/23 235/24
gun [6] 208/1 208/12 209/3
209/11 209/14 210/5
gut [3] 267/14 269/13 269/17
guy [7] 59/7 84/3 166/18
204/6 204/11 209/8 220/24
guys [4] 107/4 187/16 187/17
216/21
guys's [1] 166/13

H
had [176] 10/15 10/17 11/9
21/6 22/24 27/9 28/21 29/4
31/16 33/13 36/5 40/10
41/14 42/1 43/1 46/4 58/1
60/2 67/23 68/5 68/21 69/4
79/18 83/20 84/4 84/24
85/20 86/6 90/25 91/8 94/10
95/22 96/5 96/10 96/11
96/12 97/13 97/15 97/16
97/18 98/6 98/10 98/11
98/12 99/11 101/19 101/20
102/13 102/15 122/18 127/6
135/20 135/22 145/25
150/15 151/1 151/2 151/5
151/6 151/9 151/12 151/15
153/13 153/25 154/2 154/7
154/8 156/9 156/22 157/3
161/3 161/3 162/23 163/25
165/10 165/13 166/1 166/8
166/9 166/15 167/25 167/25
171/5 171/11 171/12 171/17
171/24 174/20 175/3 176/5
176/8 177/25 189/8 191/10
197/12 198/20 201/22
201/25 202/9 202/16 203/9
205/15 206/7 207/4 207/5
209/7 209/13 210/5 210/21
210/22 212/1 212/13 212/19
213/15 215/5 216/14 219/3
221/5 221/13 225/10 226/3
226/3 226/5 226/5 229/1
229/4 229/9 230/13 234/5
234/11 237/22 238/5 238/8
238/24 239/22 239/23
241/10 245/15 246/4 246/6
246/11 249/13 249/14
249/15 249/19 249/19
249/24 250/1 251/21 252/10
252/20 252/23 253/8 254/16
255/23 255/25 257/2 257/22
257/22 259/1 259/23 259/23
259/24 260/12 260/13
260/21 261/20 261/21 262/1
262/6 264/24 265/1 269/4
hadn't [2] 85/14 191/10
hair [2] 131/8 131/10
half [5] 127/13 168/2 221/6
263/1 268/1
hall [7] 19/17 19/17 71/2
118/1 123/21 180/18 198/23
hallway [50] 6/6 26/4 26/7
26/16 27/5 53/8 74/24 86/13
91/9 94/8 94/13 123/14
123/18 123/23 124/13
124/17 125/4 125/6 125/15
125/25 126/2 181/3 181/23
184/9 184/22 185/14 191/7
197/18 205/23 205/25 215/5
215/15 216/24 217/12
218/19 219/7 221/6 221/8
221/16 221/18 243/14
243/17 244/5 245/13 247/14
258/22 262/10 262/11
262/12 262/19
hallways [1] 201/16
hammer [1] 140/24
hand [22] 8/16 19/22 83/22
92/3 92/8 125/19 128/3
139/20 145/15 169/10 199/9
202/8 207/24 208/1 208/7
209/2 209/13 210/5 212/13
230/19 230/21 230/25
handcuffs [1] 202/1
handed [2] 166/14 166/19
handful [1] 243/13
handheld [1] 236/19
handle [4] 105/15 166/20
264/20 270/12
handrailing [1] 38/2
hands [7] 79/3 79/7 100/23
100/25 101/1 101/3 249/15
hang [1] 185/19
hanging [1] 137/14
happen [13] 14/23 21/4 85/9
117/14 126/23 132/6 160/8
205/14 226/11 243/1 246/11
259/13 263/24
happened [17] 33/1 33/8
36/12 52/9 62/4 64/4 69/4
136/24 146/25 181/11
196/15 212/16 221/5 233/21
238/16 238/16 261/4
happening [27] 21/4 23/3

74/7 74/18 78/2 127/10
142/2 142/9 142/11 142/14
143/19 149/4 161/25 173/11
173/21 188/25 193/11
221/24 238/23 242/23
246/12 249/16
happens [5] 21/8 21/10
123/4 162/4 273/14
happy [1] 91/1
hard [9] 25/9 75/17 92/7
165/25 166/3 169/18 176/16
199/20 253/23
harm [1] 229/6
Harris [8] 25/20 108/9 111/23
263/10 263/13 263/20
263/22 269/12
Hart [1] 186/1
has [49] 5/6 5/22 14/16
23/19 30/1 31/10 48/7 54/11
59/2 63/10 73/7 80/21
113/17 121/24 121/25
122/12 123/15 127/1 131/9
131/10 134/20 135/5 146/25
147/21 155/11 159/24 166/6
179/15 181/14 189/18
195/25 207/11 207/20 209/8
219/5 224/17 237/7 242/19
246/5 247/24 248/17 256/1
256/5 258/22 260/16 263/22
268/23 268/23 269/13
hasn't [1] 47/11
haste [1] 205/10
hat [21] 44/23 44/24 44/25
93/25 94/3 94/6 182/25
203/9 207/11 218/5 218/6
223/19 223/24 233/2 233/4
233/5 233/9 233/10 233/12
248/25 256/16
hated [1] 37/13
Hava [2] 1/14 4/5
have [283] 4/12 4/20 5/10
5/14 6/8 6/9 6/13 6/16 7/5
7/10 7/20 8/1 8/1 8/1 8/9 9/9
9/20 9/25 10/25 11/1 12/12
17/20 18/25 19/14 19/14
19/16 19/20 20/18 22/21
24/18 25/18 25/25 27/20
28/6 29/2 29/11 30/4 30/12
32/18 33/23 35/18 36/3
38/22 39/16 40/3 40/16
41/19 41/21 41/23 42/14
43/4 43/22 49/24 56/5 56/12
58/17 59/5 59/25 60/6 60/8
64/11 65/23 65/25 66/12
68/24 69/9 70/21 71/9 72/3
77/25 81/7 85/14 88/9 94/19
97/6 98/18 99/7 99/15
100/14 101/3 103/25 104/9
105/21 106/2 106/8 106/15
109/14 109/25 110/6 110/8
110/9 110/10 110/20 112/1
113/2 113/4 113/5 113/12
113/25 114/1 114/18 114/23
115/3 115/7 118/13 118/21
119/23 120/18 120/21
120/25 121/3 121/17 121/20
122/9 122/10 123/6 124/7
125/22 126/8 126/14 127/6

133/17 134/2
134/6 135/10 135/18 136/1
136/3 136/13 136/13 139/15
140/7 141/20 141/24 142/3
144/23 146/1 151/16 154/21
155/5 155/17 157/22 158/23
160/11 161/13 161/16
161/21 161/24 163/2 163/2
165/21 167/6 170/21 172/8
177/6 178/6 178/12 178/21
181/15 182/6 183/13 184/21
185/17 185/18 185/23 189/1
189/5 190/7 191/11 191/13
191/21 193/24 198/9 198/23
198/24 200/14 200/16
200/21 200/21 200/22
201/24 202/2 202/8 202/11
206/17 208/19 209/9 212/5
212/16 212/18 212/19 213/7
213/18 214/19 214/24
215/14 218/17 222/24 223/1
223/6 224/15 224/17 226/1
226/7 226/13 226/15 226/25
227/3 227/10 227/25 231/1
233/24 235/15 235/24 236/1
237/24 239/17 241/5 241/12
241/18 242/6 242/21 243/6
246/2 246/4 246/6 248/6
252/10 252/19 253/11
253/11 253/23 254/4 254/7
254/8 254/10 254/12 254/14
255/25 256/3 256/20 257/23
259/5 260/3 260/20 262/23
262/25 263/3 263/6 263/16
263/24 264/6 264/8 264/8
264/15 264/18 265/7 266/20
267/10 268/1 268/10 268/18
268/22 269/1 270/4 270/5
270/6 270/12 270/13 270/16
271/7 271/16 271/23 272/15
273/13 273/16 273/19 274/8
274/9 274/12 275/6
haven't [4] 14/17 165/19
266/21 269/4
having [13] 6/2 8/18 25/8
44/13 104/6 108/21 158/10
161/9 234/24 238/1 240/6
265/16 273/7
hazardous [1] 151/7
he [303] 4/25 5/4 5/7 5/9
5/10 6/3 6/5 6/7 6/8 6/10
23/14 23/23 24/1 27/15
27/20 46/5 56/2 63/7 64/20
64/20 64/21 64/22 64/24
73/11 76/19 76/20 76/24
77/1 77/1 79/1 79/2 79/2
79/3 79/11 80/6 80/16 80/17
80/17 80/18 80/20 80/20
80/21 80/21 80/25 81/3 81/6
81/6 81/19 81/23 82/1 82/9
82/16 82/20 82/24 83/2 83/6
83/9 83/9 83/12 83/13 83/13
83/14 83/14 83/15 83/17
83/20 83/20 84/4 85/18 86/6
86/7 86/9 86/16 86/25 86/25
87/2 87/18 88/1 88/2 88/2
88/3 88/24 88/24 89/1 89/21
90/7 91/6 91/7 93/24 94/3
94/4 103/1 103/15 103/17

he... [209]  103/19 103/20
103/21 104/3 104/16 104/18
104/18 104/18 104/21
104/21 104/24 104/25
105/16 105/18 105/21
105/22 105/22 112/24 113/7
117/3 123/6 129/14 129/23
129/24 131/9 131/10 135/18
135/18 135/19 135/20
136/21 137/5 137/7 137/14
137/16 138/17 138/19
138/20 138/23 140/6 148/15
148/21 152/6 166/11 166/12
167/6 169/2 169/3 169/4
182/10 199/11 202/16
202/18 202/20 202/20
202/20 202/23 202/24 203/2
203/2 203/3 203/10 203/16
203/17 203/20 203/21 204/9
204/13 206/17 207/3 207/10
207/11 209/21 209/25 210/1
210/2 210/3 210/10 210/11
210/13 210/15 210/16 211/2
211/2 211/2 211/3 211/8
211/9 211/9 211/23 212/4
212/6 214/4 214/5 214/6
214/7 214/8 216/1 216/18
218/9 218/18 218/19 218/21
218/22 219/7 219/9 222/4
222/20 223/18 223/18
223/19 224/16 226/21
226/22 226/23 226/25 227/4
227/9 227/9 228/9 229/9
229/13 229/17 230/6 230/21
230/22 230/24 230/25 231/1
231/5 231/7 231/9 231/10
232/21 233/10 233/11
233/12 233/13 233/17
233/18 233/20 234/4 234/7
234/7 234/8 234/8 241/10
241/21 241/22 241/23 247/1
247/1 247/2 247/3 247/14
247/17 247/17 247/18
247/21 248/14 251/3 251/18
251/18 251/20 251/21
251/22 252/1 252/1 252/3
252/4 252/5 252/5 252/8
252/10 252/11 252/13
252/14 252/19 253/17
253/20 255/16 255/18
255/19 255/19 255/25
256/24 257/2 257/2 257/16
258/1 258/3 259/1 260/2
260/3 260/3 260/5 260/10
260/11 261/20 262/1 262/2
262/3 268/23 268/23 271/15
271/17 272/5 272/11 274/23
he's [49]  4/13 4/13 4/14 4/23
4/24 4/24 5/12 6/1 25/9
58/24 63/14 72/10 87/25
92/2 92/4 94/6 102/7 104/1
129/12 129/14 131/15
132/15 138/10 140/6 195/20
199/8 199/9 204/7 204/8
207/11 207/16 207/17
214/17 217/11 218/4 218/10
218/11 219/5 219/5 220/19
220/23 223/21 223/24 232/7

274/24
head [6]  32/2 71/11 129/25
169/25 180/16 180/16
180/17
headed [6]  29/6 67/3 67/24
183/7 183/8 183/9
heading [4]  68/4 76/12 84/24
162/25
headquarters [4]  45/11 45/18
45/19 144/2
headset [1]  135/24
hear [73]  4/21 45/16 45/17
51/13 72/1 75/24 76/2 76/4
87/15 114/10 123/9 138/25
142/11 142/14 143/14
146/13 146/19 149/20
153/22 169/18 176/9 176/19
176/20 176/21 177/21
177/22 180/7 183/16 183/18
200/17 200/18 204/13
211/18 211/24 214/12
214/14 216/18 216/20
217/18 227/9 231/25 232/2
232/3 232/6 239/3 239/6
239/8 240/2 240/5 240/7
240/8 240/9 240/9 240/22
240/25 241/7 241/24 242/13
242/21 243/1 243/16 243/19
244/18 244/22 246/13
246/19 254/13 258/7 258/10
258/15 258/17 269/7 270/23
heard [44]  5/18 28/6 28/8
28/18 45/21 67/23 68/19
80/11 81/11 105/8 105/18
105/21 136/13 136/13 139/9
142/16 153/12 163/25 164/2
176/3 176/5 178/4 179/13
179/19 181/15 181/16
183/14 213/8 214/18 218/18
231/23 232/5 238/12 238/24
241/9 241/16 241/20 242/10
242/15 243/9 243/21 249/15
258/13 268/11
hearing [11]  130/24 136/12
136/15 143/13 157/17 178/9
217/19 217/20 267/15
270/19 271/1
hearsay [6]  271/13 271/13
272/16 272/20 272/22
272/22
held [1]  217/1
helmet [4]  165/21 166/6
220/23 221/2
helmets [1]  38/13
help [23]  5/25 15/18 24/20
30/13 37/4 37/16 39/23
40/19 42/20 45/15 45/18
76/11 85/7 92/12 92/15
166/13 176/18 178/13 196/8
225/24 241/3 259/6 260/14
helped [4]  98/24 99/1 153/25
154/10
helpful [1]  268/9
helping [2]  99/3 153/16
her [7]  33/13 145/14 152/11
157/3 224/24 225/2 268/25
here [185]  4/14 5/15 5/24
6/13 7/15 8/8 12/18 13/20

30/12 30/19 35/12 35/18
40/8 44/1 44/19 46/22 50/4
50/24 52/12 52/23 53/5
55/11 55/14 57/5 58/11
60/23 63/5 64/15 64/18
64/19 66/4 66/23 70/6 70/23
73/22 73/23 75/2 75/3 75/8
76/7 85/19 87/24 91/20 94/5
102/10 108/10 111/3 114/15
118/10 120/19 121/3 121/7
121/9 123/15 123/18 123/21
123/24 128/3 128/17 130/9
131/4 131/11 131/17 132/6
132/25 133/21 134/17 135/8
137/16 139/12 140/2 140/19
142/5 147/19 148/9 152/24
159/12 159/14 164/9 164/15
164/16 165/1 168/19 168/20
169/6 169/6 169/6 173/6
174/11 174/17 175/1 180/6
180/7 180/13 180/16 180/18
180/19 180/19 180/21 181/8
181/15 182/16 184/22
185/11 185/13 185/15
185/15 185/17 185/17
185/20 185/24 186/24 188/7
189/1 190/25 191/1 191/3
192/3 192/11 193/24 194/21
195/11 195/14 195/20
199/19 200/11 200/15
200/23 200/25 200/25 201/5
201/6 201/7 201/10 201/24
204/18 206/10 207/8 207/13
209/2 209/13 210/21 211/12
211/16 212/23 216/15
220/18 221/16 221/22
221/24 222/1 224/7 224/13
224/23 224/23 234/18
236/25 240/17 244/1
246/17 248/4 250/15 251/1
251/13 256/2 256/14 262/18
263/2 263/12 263/15 268/11
269/11 270/4 271/12 273/20
274/8 275/5
here's [2]  46/15 265/4
hereby [1]  275/11
hiccup [1]  273/5
hidden [1]  61/9
hideaways [1]  224/24
hiding [2]  154/9 224/24
high [4]  53/24 186/6 186/8
224/22
high-ranking [1]  224/22
higher [3]  69/23 185/7
240/20
highest [1]  186/7
highlighted [9]  116/10 116/13
116/19 116/21 117/20
117/23 118/10 119/19
174/25
Hill [1]  238/19
him [160]  5/16 6/13 6/14
6/25 27/20 28/5 58/17 58/19
58/21 58/21 59/7 72/6 76/23
77/5 77/6 80/8 83/4 83/15
83/20 83/20 84/1
84/13 85/17 86/10 86/17

94/11 102/8 102/25 103/8
103/11 103/22 103/22
103/25 104/6 104/19 105/18
133/16 136/22 137/1 137/3
137/3 137/7 139/1 140/8
140/10 140/12 166/22
166/25 166/25 167/2 167/3
167/3 167/6 168/20 168/20
182/7 182/8 182/23 182/24
188/21 188/21 195/4 197/19
202/19 202/19 202/22
202/25 203/1 203/1 203/15
203/16 204/7 204/9 205/20
207/5 207/8 207/13 207/15
209/21 209/25 210/8 211/3
212/1 212/3 212/3 214/2
214/10 215/24 215/24
215/25 216/3 216/18 216/20
217/15 217/19 217/20
219/25 220/1 220/1 220/1
222/17 226/25 228/8 228/12
228/14 228/22 229/12 230/8
230/7 230/24 230/24 231/4
231/10 232/2 232/3 232/6
232/9 232/11 232/12 232/13
233/5 233/8 233/9 233/10
233/11 233/14 233/16
233/21 233/23 233/22
241/24 242/13 246/24
246/24 246/25 247/10
247/10 247/19 248/9 248/11
251/1 252/10 252/24 253/15
255/25 258/11 258/13
258/15 258/17 258/20 260/6
260/25 261/1 272/10
himself [5]  5/1 76/21 80/24
103/1 202/14
hips [2]  79/3 79/7
his [70]  5/5 5/7 23/18 23/18
23/18 25/15 28/7 28/21 59/9
73/4 76/20 79/3 79/3 79/7
79/7 79/7 79/9 79/9 79/11
81/21 83/19 83/19 83/22
84/6 87/25 92/3 92/8 93/25
94/3 102/7 103/18 103/19
103/25 104/1 107/9 107/15
137/3 137/4 137/6 137/10
137/19 138/20 138/21
138/23 139/1 140/4 147/2
148/16 156/2 180/18 199/9
202/21 203/1 218/20 219/22
219/22 226/22 229/21
231/25 237/16 241/20
241/24 247/1 247/13 256/24
259/4 259/7 268/25 272/12
273/3
history [3]  21/18 245/17
245/20
hit [12]  31/7 32/9 42/1 47/23
62/7 74/11 90/14 112/1
143/3 169/25 254/8 256/14
hitting [2]  33/12 169/22
hold [11]  104/3 111/10
115/23 144/25 155/8 161/17
161/18 185/7 185/7 222/10
236/21
holding [5]  32/8 103/25
144/24 221/25 256/17

H
holster [3]  100/14 209/11
254/6
home [1]  159/14
Homeland [1]  99/12
Honor [66]  4/11 4/17 5/4
5/18 6/22 7/14 8/11 12/9
12/11 13/10 16/20 20/17
24/14 29/11 40/3 59/1 64/8
69/20 72/11 79/13 80/23
81/5 82/2 88/14 93/4 99/15
99/19 100/3 100/9 106/2
106/23 108/13 110/17 113/8
113/10 117/8 121/12 127/18
154/21 155/2 157/20 158/7
164/13 164/20 172/20
172/23 179/25 207/19
226/15 227/17 227/22
234/13 234/21 235/3 248/16
256/5 264/22 269/9 269/13
270/25 271/4 272/14 273/8
273/14 274/12 274/15
HONORABLE [1]  1/8
hood [1]  84/5
hoodie [5]  192/7 194/23
195/1 195/23 207/12
hop [1]  71/24
hope [1]  99/21
hopefully [2]  107/5 113/14
hoping [3]  126/18 215/16
256/21
horns [3]  203/10 204/11
229/8
hospital [2]  33/5 245/14
hostile [2]  104/18 154/7
hot [2]  52/17 173/15
hour [11]  37/24 38/8 39/9
118/2 140/7 152/15 155/5
167/20 168/2 221/6 263/1
hours [11]  20/5 67/7 67/8
67/9 85/18 85/20 98/6 98/7
120/25 121/6 156/19
house [120]  19/17 19/18
19/19 19/23 21/12 21/15
22/4 22/4 22/7 22/12 22/15
27/8 48/7 68/12 68/16 68/23
69/2 91/5 91/11 93/17 94/11
95/11 96/6 96/7 96/13 96/14
96/15 96/25 97/2 97/11
97/15 97/15 97/18 97/22
97/22 97/24 99/1 110/12
111/4 111/8 112/5 112/7
112/8 116/23 117/25 118/1
118/15 118/17 118/24 121/1
121/22 122/13 122/25
123/21 123/25 124/1 124/19
124/20 125/15 125/22
126/21 127/8 128/7 128/18
129/4 129/16 130/13 130/17
131/7 131/20 132/8 132/11
132/16 133/18 134/12
134/20 134/23 145/2 145/7
145/12 146/6 146/18 146/18
147/4 147/8 147/11 148/1
148/7 149/4 149/7 149/23
150/7 150/22 152/15 156/6
156/7 156/11 156/14 156/18
157/1 157/2 157/4 157/5
157/6 157/16 157/18 160/1

168/8 168/22 184/3 187/23
226/9 226/10 242/20 262/13
262/14
housekeeping [1]  263/23
houses [15]  21/11 98/18
110/9 110/10 110/13 118/23
120/20 121/19 124/15
124/17 134/2 134/12 150/15
150/18 156/13
how [104]  6/7 9/9 9/23 9/24
10/13 10/18 16/9 17/16 20/2
20/10 20/11 20/12 23/15
23/17 28/11 36/16 37/12
37/17 37/23 38/21 42/3 45/8
51/18 53/24 58/1 60/5 65/10
69/15 73/1 77/19 79/9 80/18
80/20 83/4 84/1 85/17 86/12
87/16 96/1 96/23 97/10 99/8
99/17 99/25 101/19 102/19
104/23 108/9 109/14 109/25
110/6 110/9 114/23 115/3
115/7 116/17 122/24 124/12
126/18 142/8 144/3 153/7
154/12 158/23 159/6 162/11
168/17 170/15 183/10
201/21 202/4 209/16 210/13
210/17 210/20 210/24 211/1
212/9 216/13 218/21 222/24
226/13 228/6 235/15 236/1
241/11 241/16 241/21
242/17 247/19 247/21 250/6
251/20 252/22 252/24
253/22 254/3 254/17 260/8
261/1 262/23 270/12 270/12
270/15
however [6]  166/22 264/8
264/16 264/20 270/8 270/13
Hoyer [1]  147/2
Huffington [1]  199/8
huh [7]  45/1 79/8 103/4
243/3 252/18 255/22 273/10
humdrum [1]  268/17
hundreds [3]  52/11 65/12
96/24
hurt [4]  52/4 82/11 249/20
250/1

I
I'll [6]  20/10 214/7 214/7
232/3 232/3 252/17
I'm [50]  23/21 36/19 40/5
46/10 60/6 70/15 83/3 86/25
91/13 96/19 128/22 132/12
136/15 146/6 153/22 155/8
159/14 160/4 161/9 164/15
166/14 168/8 176/7 179/6
192/23 193/15 195/1 209/8
209/9 213/10 217/6 217/6
221/25 227/23 228/7 231/9
232/13 232/14 232/14 237/5
237/11 251/10 253/10
255/17 266/11 266/21 267/5
269/11 269/20 270/23
I've [2]  28/5 163/4
I-N-D-E-X [1]  1/25
ID [1]  161/3
idea [7]  162/1 187/19 198/24
206/1 246/12 249/19 264/19
identified [6]  40/4 40/6 59/2

identify [17]  58/21 58/24 59/6
72/9 76/6 76/7 98/2 101/24
113/16 113/21 125/16 131/9
207/17 223/6 228/16 251/6
256/14
IDs [1]  75/17
Igor [1]  199/8
illegally [1]  66/5
image [5]  15/13 16/16 33/19
143/7 207/24
imaginary [1]  34/6
immediate [3]  85/10 107/15
107/24
immediately [13]  29/6 76/23
77/5 77/7 148/21 159/23
164/8 167/18 187/22 201/8
201/9 238/17 246/1
imminent [1]  68/3
impact [1]  98/10
important [3]  91/12 225/6
253/17
impossible [1]  168/6
impression [4]  104/3 208/11
208/11 247/3
impressive [1]  245/19
inaugural [7]  11/10 18/7
29/21 29/22 35/22 62/18
238/6
inauguration [28]  11/13
11/15 11/17 11/19 13/8
13/17 13/21 14/8 14/12
14/23 34/24 35/1 35/8 36/9
36/10 50/17 57/6 162/4
162/10 164/6 166/25 167/13
167/19 168/19 173/25
190/10 191/19 238/7
inaugurations [1]  115/3
inches [1]  236/22
inching [1]  210/16
incident [1]  259/16
include [4]  38/19 266/9
266/10 266/14
included [1]  265/25
includes [1]  107/21
including [1]  266/16
increased [1]  268/1
indeed [1]  11/1
indicate [4]  79/2 83/17
251/18 252/4
indicated [3]  214/1 230/24
232/21
indicating [21]  14/3 17/6 25/6
26/24 35/12 55/11 55/14
94/5 114/14 137/17 164/16
174/11 175/1 191/3 207/16
236/25 240/17 248/12
250/12 254/6 269/16
indication [2]  27/24 126/9
indicting [3]  58/22 180/6
180/14
indictment [1]  267/6
individual [36]  20/5 36/17
36/19 45/17 53/10 53/16
53/24 54/10 55/24 58/11
58/14 63/24 112/15 131/13
170/17 176/14 188/17 192/3
192/6 192/11 192/15 194/21
195/10 195/17 195/22 197/5

217/18 249/18 214/17
217/10 219/13 219/4 219/5
244/4 248/6 259/18
individually [2]  60/6 269/25
individuals [13]  60/9 60/10
60/11 151/3 204/20 208/11
214/25 229/1 229/4 235/22
235/23 249/17 254/1
influenced [1]  5/9
information [1]  176/13
inhaling [1]  259/23
initial [3]  27/25 84/18 154/4
initially [6]  98/5 162/18 198/3
198/4 198/4 202/19
injured [7]  32/24 39/8 60/11
84/19 99/9 101/20 177/8
injuries [4]  33/8 85/14 99/8
99/14
injury [2]  33/6 33/13
inner [1]  144/24
insert [1]  267/17
inserted [2]  258/25 267/18
inside [53]  18/23 41/12 47/4
47/18 51/22 56/16 56/21
57/17 57/19 61/20 63/14
65/18 65/21 66/20 68/2 69/3
96/11 98/22 112/24 113/2
125/25 126/20 141/16 142/9
142/14 142/25 151/17
159/23 170/4 170/23 171/2
174/23 175/13 175/19
175/23 175/24 175/25 176/2
176/5 176/8 182/9 182/11
184/19 187/17 187/17
187/19 187/24 188/15
194/11 215/6 239/7 246/10
251/6
inspector [30]  8/12 8/22 9/15
9/16 9/19 12/17 39/13 40/10
42/14 44/8 50/11 60/20
61/17 63/4 72/2 78/16 81/13
82/5 88/9 91/19 95/10
100/12 106/11 216/17 218/2
218/10 251/9 251/14 251/15
258/22
instance [1]  259/7
Instead [1]  266/8
institution [1]  235/20
instructed [1]  269/14
instruction [5]  265/9 265/21
266/1 266/21 267/4
instructions [15]  264/25
264/25 265/1 265/3 265/5
265/13 265/22 268/6 268/6
268/8 273/22 273/24 273/25
274/2 274/4
instruments [1]  229/1
intel [1]  225/6
intend [1]  250/10
intent [4]  38/20 51/14 266/24
267/7
interacting [4]  39/24 86/4
217/15 257/13
interactions [2]  103/3 104/5
interior [2]  19/13 67/18
interject [1]  23/10
internet [4]  43/7 172/12
189/2 189/3
interpret [5]  27/16 38/15 79/9

interpret... [2] 104/23 252/7
interpretation [1] 260/8
interpreted [3] 80/19 80/21
81/7
interrupt [1] 237/5
interruption [3] 124/21
130/20 200/12
Interspersed [1] 30/12
interview [5] 4/25 5/6 270/15
272/13 272/24
introduce [1] 109/6
introduced [1] 123/25
investigating [1] 238/18
investigation [1] 99/11
investigations [1] 20/15
invited [1] 10/7
involved [1] 267/7
involves [1] 21/12
involving [2] 23/21 29/24
Iraq [2] 159/9 159/10
irritants [2] 41/21 41/23
is [605] 4/6 4/7 4/15 4/16
4/17 4/21 5/4 5/7 5/13 5/17
5/21 5/24 5/25 6/3 6/9 6/13
6/14 6/16 6/19 7/1 7/19 8/12
9/1 9/2 9/6 9/6 9/11 9/14
11/16 12/7 12/19 12/20 13/7
13/16 13/23 14/2 14/4 14/7
14/11 14/18 14/19 14/23
15/6 15/13 15/15 15/17
15/17 15/17 16/5 16/9 16/16
16/25 17/6 18/5 18/13 18/20
19/15 19/17 19/18 19/21
19/22 19/23 19/23 20/4 20/5
21/7 21/25 21/25 22/4 24/11
25/1 25/2 25/6 25/6 25/7
25/8 25/13 25/22 26/8 26/11
26/11 26/18 26/20 26/21
26/22 26/24 28/15 28/25
29/2 29/3 29/13 29/18 29/20
30/4 30/7 30/22 30/24 31/1
31/2 31/10 31/11 32/12
32/15 33/18 33/20 34/1 34/7
34/12 34/23 34/24 34/25
35/2 35/2 35/6 35/11 35/12
35/13 35/15 39/13 39/14
39/20 40/13 40/13 40/16
41/12 42/15 43/7 43/12
43/20 43/22 44/1 44/12
44/16 44/21 45/13 45/20
46/15 46/16 46/22 46/22
46/25 47/16 48/9 48/17
48/23 49/1 49/8 49/25 50/5
50/12 50/13 50/23 51/3 51/4
51/12 51/18 52/17 52/23
53/5 53/21 53/24 53/24 54/5
55/10 55/11 55/12 55/12
55/16 56/2 56/12 56/14
56/21 56/23 57/1 57/7 57/23
59/8 60/20 60/25 61/10
61/19 61/25 62/5 62/22 63/7
63/13 63/15 64/15 64/16
64/18 66/6 66/7 68/5 68/17
69/11 69/15 69/16 69/17
69/18 69/19 69/24 70/2 70/4
70/5 70/5 70/5 70/7 70/9
70/10 70/15 71/14 71/17
71/24 72/10 72/11 72/13

72/14 72/1 72/22 73/3
73/1 73/10 73/11 73/11
73/15 73/22 74/4 74/5 74/8
77/7 77/25 78/16 78/23
79/19 80/19 80/23 81/4 81/5
86/18 87/10 89/8 89/21
90/16 90/18 91/23 92/10
92/24 93/2 93/10 93/16
95/12 96/3 97/16 98/12
98/25 99/24 102/5 105/4
105/21 106/7 106/21 106/23
107/17 107/20 109/11
109/19 109/20 110/15
110/23 110/24 111/3 111/5
111/6 111/10 112/5 112/10
112/15 112/18 112/20
112/23 112/24 113/2 113/5
113/11 113/20 113/21 114/5
114/12 114/15 115/5 115/25
116/2 118/22 118/23 120/4
120/8 120/10 122/3 122/16
123/4 123/14 123/14 123/21
124/8 124/9 124/16 124/16
125/1 125/6 125/11 125/18
126/4 126/5 126/25 127/4
127/5 127/13 127/16 128/6
128/14 128/18 128/22
128/23 129/4 129/7 129/13
129/16 129/21 129/23
129/24 130/4 130/14 130/16
130/18 131/5 131/25 132/12
132/14 132/17 133/20 134/4
134/13 134/15 134/22
134/23 134/24 135/7 135/9
135/10 136/9 137/13 138/8
138/14 138/17 139/9 139/23
139/25 140/5 140/6 140/11
140/13 140/15 142/6 143/9
143/24 144/20 145/18
145/21 145/22 145/24 146/4
146/6 146/7 146/8 147/8
148/1 148/7 148/15 149/4
149/4 149/7 149/13 149/18
149/23 150/24 151/18
152/10 153/3 154/25 155/18
157/12 158/25 160/2 161/6
161/11 162/4 162/7 162/7
162/10 163/15 164/15
164/18 166/3 167/8 167/11
168/25 171/3 172/18 173/9
174/13 175/8 176/9 176/9
176/16 176/18 177/10
177/11 178/22 178/23
179/13 180/5 180/8 180/9
180/13 180/17 180/19 181/2
181/7 181/8 181/9 181/25
182/16 184/5 184/7 184/18
185/3 185/5 185/11 185/16
185/18 185/20 185/22 186/6
186/15 186/21 187/8 188/25
190/10 190/11 190/12
190/16 190/16 191/2 191/4
191/14 191/17 191/19
193/19 193/21 193/21
193/21 194/8 194/16 194/23
196/18 197/12 197/13
197/18 197/25 198/1 198/6
198/12 198/15 198/21 199/2
199/5 199/7 199/13 199/17

200/15 200/21 200/23
200/24 200/25 201/9 204/2
204/11 204/17 204/18
205/15 207/3 208/1 208/2
208/4 208/6 208/17 208/24
210/5 210/23 214/2 215/9
216/16 218/9 219/9 220/16
220/21 221/16 221/18 222/3
222/9 222/15 223/9 224/9
224/19 226/22 228/9 229/15
232/4 233/2 234/9 235/17
235/18 236/12 236/13
236/15 236/18 236/19
236/24 237/8 237/13 237/13
237/14 239/25 240/5 242/15
243/4 243/6 244/5 244/7
244/10 245/20 245/25 248/4
248/5 248/6 248/14 249/23
250/6 250/15 251/3 251/8
251/10 251/22 253/5 253/6
253/24 254/5 255/1 256/16
256/18 256/19 257/23
258/23 258/24 260/23 261/2
261/24 262/9 262/11 262/15
262/17 263/5 264/7 264/13
264/13 264/16 265/4 265/8
266/8 266/20 267/14 268/6
268/8 269/10 269/13 269/17
269/18 270/5 270/6 270/11
271/4 271/8 271/11 271/12
271/12 271/14 271/18 272/3
272/9 273/22 273/23 275/11
ish [3] 162/13 162/14 239/13
isn't [1] 184/8
issue [4] 37/8 97/13 270/15
272/1
issues [1] 271/12
it [446] 6/12 6/19 7/9 7/10
7/15 7/15 7/16 7/17 7/19
7/20 9/6 9/20 9/25 11/11
12/11 12/13 12/25 13/12
13/22 14/2 14/17 14/17
14/20 14/22 15/17 16/7 16/8
16/8 16/9 17/22 18/5 18/20
21/10 21/12 21/13 21/17
22/4 22/11 22/12 23/4 23/4
24/19 24/24 25/19 25/22
25/23 25/23 26/15 28/14
28/23 29/21 31/17 31/18
31/18 31/24 36/13 36/17
37/1 37/18 38/9 38/24 40/6
40/8 40/13 40/15 42/15
42/18 43/16 44/16 45/10
45/13 45/13 45/16 45/20
45/21 46/9 48/9 48/16 50/22
50/23 51/14 51/25 51/25
52/10 55/22 57/9 58/8 60/16
62/4 63/10 63/14 63/17
63/18 63/19 63/20 65/4 67/2
68/1 68/20 70/11 72/9 73/14
78/6 78/11 78/13 78/19
79/15 79/23 81/1 81/23 84/9
84/9 84/19 85/1 85/10 85/19
86/15 86/18 86/23 87/9
90/25 91/9 92/7 92/12 92/12
92/13 93/20 96/15 97/10
98/4 98/7 98/12 98/16 98/18
99/11 102/7 102/7 103/1

103/18 102/23 103/25 104/4
104/20 104/25 105/15
105/16 105/18 108/4 110/24
111/21 111/21 111/25 112/1
113/20 114/19 116/6 117/9
118/20 119/2 119/3 119/8
119/14 120/3 120/14 120/25
121/14 125/2 125/6 125/17
126/3 126/11 127/5 127/12
127/19 127/20 128/22 130/4
131/9 133/10 134/6 134/24
135/9 136/25 137/22 137/23
138/6 139/5 139/8 139/19
140/9 141/4 142/20 144/20
145/12 145/14 145/22
145/22 147/7 147/7 150/24
150/24 151/1 151/19 153/2
154/10 155/19 157/9 157/13
159/22 160/9 161/17 161/17
161/17 161/18 162/13
162/14 163/4 163/7 164/9
166/6 166/13 166/14 167/15
167/16 167/21 168/5 168/9
169/8 169/9 169/18 169/20
169/21 169/25 170/1 172/13
172/22 172/24 172/24
174/17 175/20 175/22
175/22 178/18 178/21 179/3
179/9 179/17 181/9 183/4
183/5 183/17 183/22 184/2
184/7 184/25 185/6 185/7
185/7 185/7 186/14 186/19
187/23 189/22 190/21
194/4 199/9 200/21 201/18
202/6 202/6 202/9 202/10
202/21 203/11 203/11
203/11 203/12 203/16 204/3
204/7 204/8 204/9 204/13
206/7 206/20 207/21 207/24
209/17 209/18 210/18
212/12 213/2 213/15 213/20
214/2 214/7 214/7 215/1
215/6 215/21 215/22 221/10
221/21 222/10 222/13
222/20 223/14 224/5 224/13
229/5 229/20 229/20 229/23
230/10 230/16 231/16 232/3
232/3 233/4 233/4 233/10
233/13 234/5 236/21 236/21
237/9 237/12 237/21 238/2
238/2 238/25 240/7 241/12
241/16 241/20 241/24 242/7
242/24 243/3 244/2 244/20
245/12 245/12 245/25 246/6
246/6 246/24 247/8 248/18
249/7 250/10 250/11 250/13
250/13 250/24 252/4 252/5
252/23 252/25 253/1 253/6
253/9 253/17 253/18 253/20
253/23 254/1 254/2 254/4
254/6 254/6 254/7 254/7
254/8 254/11 254/11 254/14
254/15 254/19 254/25 255/2
255/3 256/20 256/20 257/7
259/24 260/6 260/12 260/13
261/12 262/8 262/11 263/4
264/11 264/14 264/16
264/18 264/20 265/2 265/2

I

it... [42] 265/5 265/5 265/7
265/7 265/10 265/18 266/5
266/8 266/9 266/10 266/13
266/14 267/6 267/7 267/10
267/13 267/15 267/16
267/17 267/19 267/20
267/21 267/25 268/2 268/13
269/4 269/7 269/9 269/23
269/23 270/3 270/6 270/8
270/9 270/13 272/3 272/4
272/8 272/23 272/25 273/1
273/6
it's [111] 6/18 7/16 9/7 9/25
10/8 11/17 11/18 11/22
14/16 16/6 17/3 17/13 17/17
18/6 19/21 20/4 20/7 22/11
25/3 25/9 25/16 26/17 26/17
35/6 36/7 36/8 36/8 36/9
40/5 46/17 48/8 52/24 52/24
56/16 63/12 63/19 63/22
68/24 70/2 70/17 70/22 83/8
84/10 108/2 108/7 111/22
115/17 118/25 122/7 123/22
124/14 124/15 124/16 125/7
125/9 131/17 132/6 133/25
135/8 143/3 145/20 145/23
146/16 147/8 147/19 148/6
150/6 152/2 152/12 155/12
157/22 161/10 161/21 166/4
167/12 167/13 186/8 186/8
186/8 186/13 187/22 193/11
196/3 198/23 199/20 201/8
208/10 219/3 219/4 226/8
227/23 227/23 230/4 240/16
240/17 250/8 250/9 250/9
251/5 256/7 256/8 263/2
263/4 265/19 266/14 267/25
268/9 269/25 271/11 272/22
273/12
items [4] 229/13 235/25
250/2 250/8
its [25] 4/10 5/14 23/4 107/6
108/8 109/20 118/15 118/17
122/12 122/13 127/1 134/12
134/13 134/23 135/5 147/22
148/10 149/7 155/25 156/12
156/12 157/24 158/6 209/11
234/17
itself [7] 128/15 225/9 225/10
225/11 234/9 243/5 259/11

J

jab [1] 203/7
jabbed [2] 203/2 219/6
jabbing [2] 202/21 229/5
jacket [2] 42/4 42/5
jammed [1] 45/13
January [47] 10/11 10/20
11/3 11/10 11/11 12/2 12/21
15/18 16/8 17/25 18/17 21/2
22/14 22/25 23/8 34/14
99/11 100/18 107/11 109/23
112/8 112/13 112/21 115/11
115/18 117/1 117/14 117/24
122/9 126/19 127/11 152/18
152/20 153/2 153/10 154/15
155/24 156/4 156/11 157/9
160/6 162/11 178/10 189/12

January 2021 [1] 10/20
January 5 [2] 11/10 34/14
January 6 [38] 10/11 11/3
11/11 12/2 12/21 16/8 17/25
18/17 21/2 22/14 22/25 23/8
100/18 107/11 109/23 112/8
112/13 112/21 115/11
115/18 117/1 117/14 122/9
126/19 127/11 152/18
153/10 154/15 155/24 156/4
156/11 160/6 162/11 178/10
189/12 226/24 230/14 236/4
January 7 [3] 152/20 153/2
157/9
JENSEN [51] 1/5 4/4 4/7
4/25 5/1 80/13 83/17 86/23
100/5 101/24 102/5 102/12
102/16 102/22 103/3 103/7
103/13 105/12 105/13
105/13 107/8 108/15 156/2
158/4 207/18 211/22 213/23
215/23 217/18 220/22
222/12 222/18 223/10
223/16 224/16 227/19 228/8
228/16 228/20 229/12
229/15 229/16 230/5 230/13
230/19 231/13 231/25
232/21 233/2 234/4 271/14
Jensen's [2] 211/7 270/15
job [10] 20/13 42/19 109/11
109/20 115/15 115/16
158/25 160/19 161/1 235/10
John [3] 25/18 25/24 111/16
John's [1] 111/25
Johnson [2] 4/14 5/24
joined [1] 244/18
joint [32] 21/24 23/8 23/25
98/11 118/6 118/22 118/22
118/23 119/9 119/21 120/1
120/3 123/1 129/25 130/2
130/19 131/21 133/19 153/3
156/4 156/5 156/15 156/17
157/6 157/8 160/9 160/11
160/12 160/14 160/22
161/21 265/22
jointly [1] 265/1
JUDGE [2] 1/9 271/24
jump [1] 199/21
jumping [2] 195/10 195/20
juror [7] 8/2 268/23 269/2
269/2 269/5 269/9 270/1
jurors [3] 7/11 108/10 263/10
jurors' [2] 111/2 113/13
jury [41] 1/8 6/17 6/19 7/1
7/9 8/6 12/10 12/14 13/13
15/9 16/21 54/24 55/15
78/10 78/12 89/14 100/7
108/12 109/6 111/14 113/16
113/21 116/7 117/10 125/11
127/20 155/23 158/1 172/21
172/25 174/7 179/4 189/25
227/15 227/16 237/6 237/7
263/19 264/14 270/4 274/10
jury's [1] 127/13
just [249] 4/11 6/25 7/7 8/1
8/3 9/6 10/10 14/7 14/19
17/3 18/13 19/11 19/12 22/1
23/18 24/8 25/13 26/4 26/16

33/18 36/1 36/3 37/18 38/13
41/15 44/1 44/5 44/15 45/10
45/13 45/21 48/2 48/23 49/1
50/23 51/2 51/3 52/24 54/10
55/20 57/24 58/11 61/1 61/1
61/4 62/10 63/7 63/18 63/22
66/23 69/7 69/23 70/12
70/15 71/1 72/2 73/13 74/7
74/8 75/18 76/3 76/8 76/10
76/16 77/24 79/1 79/3 79/19
79/24 80/23 83/3 83/19 84/9
86/4 88/7 89/18 91/22 93/24
94/4 95/10 95/17 99/15
105/18 107/3 116/25 119/8
122/10 124/6 127/13 128/14
129/4 131/8 135/24 138/14
139/23 140/23 142/16
142/20 142/20 147/3 147/7
148/9 154/19 155/23 161/10
163/7 163/8 163/8 164/17
164/25 165/4 165/23 166/4
166/16 167/3 167/6 168/15
169/9 169/20 169/21 169/22
171/11 171/25 172/12
172/18 173/8 174/13 174/13
174/25 176/12 176/12
176/13 176/15 177/6 177/7
180/4 181/3 181/16 183/1
183/19 183/20 185/7 185/7
186/8 186/13 186/15 186/19
186/19 188/21 189/20 191/6
191/15 193/19 193/23 194/8
194/13 195/14 197/15
197/18 198/20 199/2 199/14
201/25 204/2 204/22 205/15
206/5 206/7 208/6 211/2
211/14 212/18 212/19 213/6
214/19 214/19 214/20 215/9
217/2 217/19 218/10 219/8
220/13 223/7 226/18 226/22
228/16 230/22 233/13 234/3
237/6 238/2 238/3 240/18
241/14 242/4 244/20 246/9
247/16 248/24 251/4 252/23
252/24 253/12 254/5 257/16
258/7 258/13 259/11 259/16
260/10 260/20 262/8 263/20
263/23 263/25 264/2 264/5
264/5 264/8 264/15 265/6
265/12 265/25 266/3 266/9
266/11 266/14 267/15
267/20 267/21 267/24 268/5
268/11 268/16 269/3 269/16
269/19 270/9 271/10 272/10
272/24 273/5 274/1 274/21
justify [1] 208/17

K

K9 [1] 226/5
keep [35] 35/18 41/8 48/20
53/13 54/2 54/13 60/14
62/19 62/25 64/23 70/18
72/4 74/21 76/13 87/20
101/3 124/15 129/18 130/8
132/1 136/2 136/4 148/3
173/23 174/1 183/5 191/16
192/17 201/15 214/18 215/1
224/11 242/7 253/2 263/16
keeper [1] 68/25

KELLY [1] 1/8
kept [14] 9/21 90/18 151/16
188/3 196/25 210/16 211/2
211/2 211/3 211/8 212/6
230/22 252/5 252/23
key [1] 154/9
kid [1] 170/19
kind [46] 7/19 14/22 15/19
19/22 26/15 38/12 41/5
45/21 53/17 66/16 92/4 92/4
92/7 124/18 143/15 151/6
162/18 164/8 165/21 171/2
171/6 172/3 175/17 186/14
186/23 197/5 201/9 201/21
201/23 202/21 202/25 203/2
204/7 206/7 217/14 220/18
224/24 225/1 236/19 250/13
254/7 258/25 259/3 261/20
268/17 268/17
kitchen [8] 198/2 198/6 198/7
198/9 198/10 200/24 201/5
201/9
knee [1] 255/10
kneeling [1] 53/25
knew [16] 21/18 27/18 83/20
104/25 135/22 137/1 142/3
144/24 145/13 179/17
183/19 183/20 241/20
246/11 249/13 249/14
knocked [3] 33/2 33/10 33/11
know [110] 6/7 6/9 6/20 7/11
10/18 17/3 20/2 23/15 25/9
37/18 45/17 45/18 47/21
51/12 52/10 58/2 60/8 62/13
64/20 65/11 66/12 72/2 73/1
75/11 76/16 86/4 87/3 89/22
89/23 92/17 97/10 99/9
99/25 104/1 104/22 104/22
104/22 104/22 104/24 105/2
105/23 105/23 108/9 115/22
128/8 129/24 131/13 133/1
144/3 154/12 154/14 167/20
168/7 170/1 171/19 174/22
174/24 175/3 175/5 183/17
193/14 199/20 199/20
205/12 205/19 206/10
206/10 206/12 209/16
216/16 218/23 219/22 225/3
226/22 226/22 227/4 227/4
227/6 227/8 229/18 233/21
240/13 241/16 241/22
241/23 245/12 245/15 251/3
252/9 252/10 257/22 260/13
264/6 264/9 264/24 266/2
266/22 267/11 268/5 268/14
269/3 269/5 269/9 269/11
270/5 270/24 272/12 273/13
273/15 274/22
knowingly [4] 265/17 265/22
266/12 266/16
knowledge [3] 145/25 182/10
257/20
known [3] 28/5 72/16 241/18
knows [1] 269/12

L

Labor [2] 162/5 162/9
ladies [2] 8/8 100/6
landscape [1] 11/21

Langford [2]  129/22 138/16
language [8]  79/9 83/19
 83/21 87/23 87/24 88/21
 247/13 261/19
lapel [1]  161/13
lapse [2]  39/16 44/12
large [7]  6/16 22/20 57/7
 163/2 209/7 214/9 245/12
larger [4]  24/19 118/25 234/8
 272/4
lars [1]  72/6
laser [1]  103/15
last [14]  16/7 36/1 61/6
 121/9 121/17 147/1 153/14
 214/24 227/24 232/13
 232/15 254/13 266/23
 270/11
lasted [1]  120/25
late [8]  11/10 22/24 153/7
 226/13 227/23 273/12
 273/15 273/16
later [19]  28/8 32/12 58/14
 76/7 78/6 95/24 145/5 145/6
 148/6 150/1 151/5 156/22
 157/2 195/4 211/25 215/10
 226/11 238/22 265/18
law [1]  225/24
lawmakers [1]  257/17
lawn [1]  34/19
lawyers [1]  263/15
lay [1]  265/5
layer [1]  174/21
layout [3]  19/13 110/25
 240/18
lead [7]  4/14 68/8 72/21
 197/22 197/23 201/17
 232/12
leader [11]  28/21 83/6 83/12
 83/15 112/12 112/13 131/15
 133/17 147/1 236/11 237/12
Leader's [3]  183/2 190/25
 222/3
leaders' [1]  225/7
leadership [7]  131/6 147/7
 149/18 225/8 237/20 237/20
 239/18
leading [9]  68/23 76/25 78/4
 83/13 161/24 184/9 201/15
 232/13 232/14
leads [5]  26/22 73/19 185/16
 262/11 273/8
learn [7]  27/14 28/11 32/23
 45/25 237/22 238/22 239/10
learned [3]  110/6 227/3
 238/8
least [13]  32/23 68/20 77/21
 84/14 151/12 167/8 214/24
 215/17 234/18 243/15
 264/25 267/10 270/11
leather [1]  133/1
leave [31]  37/3 46/3 67/15
 77/13 78/23 79/2 85/16 91/4
 91/9 105/9 135/18 135/20
 136/19 136/22 146/20
 149/15 153/14 153/19
 216/21 216/23 221/9 222/17
 222/18 224/16 231/10
 233/11 233/16 233/17

leaves [2]  137/10 137/16
leaving [1]  231/9
led [3]  83/12 99/2 241/25
left [46]  14/10 14/14 14/16
 18/2 19/16 19/18 19/21
 30/24 31/2 34/4 38/2 39/2
 39/18 43/23 46/19 47/10
 48/2 54/11 69/17 70/16
 86/25 90/21 95/10 95/17
 99/6 111/6 125/19 128/3
 128/9 134/20 137/4 137/14
 139/20 151/16 197/24
 198/22 201/9 202/2 217/6
 217/11 218/1 218/2 257/21
 258/22 262/9 262/15
left-hand [3]  125/19 128/3
 139/20
leg [4]  33/6 33/13 33/13
 166/6
legal [1]  5/15
legislative [2]  9/3 235/21
length [2]  58/2 134/7
less [3]  41/19 143/3 268/9
lesson [1]  121/9
let [14]  7/7 48/8 65/17 108/9
 125/3 132/13 172/8 179/22
 199/21 263/7 263/22 269/7
 272/10 275/1
let's [40]  7/7 24/23 27/11
 34/4 99/21 99/22 108/3
 118/10 122/8 128/1 129/1
 129/18 130/8 131/1 132/1
 132/20 133/21 134/16 135/2
 138/3 138/12 139/4 139/11
 140/18 145/7 146/10 146/22
 147/15 148/3 150/11 151/20
 152/7 152/24 157/21 168/13
 188/7 231/11 257/6 263/20
 267/25
lethal [1]  41/19
lets [1]  200/10
letter [1]  244/23
letters [1]  189/19
letting [1]  129/24
level [14]  16/10 69/23 167/14
 171/3 174/1 190/15 190/16
 224/25 239/25 240/20 252/8
 252/19 256/24 257/2
Levenson [1]  1/14
Library [1]  177/6
lieutenant [2]  9/18 169/2
 171/5
life [1]  208/18
light [3]  48/8 48/9 274/17
like [141]  4/12 5/7 6/24 10/3
 11/22 12/25 15/6 15/25
 16/18 17/10 17/14 17/22
 20/17 31/23 36/3 37/1 37/8
 37/11 38/19 39/20 40/15
 41/21 42/5 42/15 42/16
 45/13 45/21 47/5 49/1 49/14
 54/5 57/20 59/5 59/23 66/18
 67/2 73/14 75/17 75/19
 79/23 84/8 86/15 86/21 87/9
 92/12 99/18 106/18 112/2
 115/10 118/16 125/3 125/20
 142/18 143/4 145/14 145/22
 147/7 153/18 169/8 169/16

leaned [1]  170/1
172/6 175/20 176/4 176/13
 180/22 189/8 189/14 190/22
 191/2 191/12 192/8 196/4
 196/8 198/5 199/9 201/8
 202/24 203/11 203/12 204/3
 204/10 204/20 207/24 209/8
 210/18 211/6 213/3 213/20
 220/19 221/22 222/13 225/8
 226/3 229/1 234/5 236/19
 238/21 239/19 241/4 244/24
 244/25 245/15 246/16
 246/18 247/15 247/15
 247/16 249/7 250/10 251/22
 252/2 253/10 254/25 255/2
 255/19 255/19 255/19
 256/17 258/1 260/9 260/12
 261/12 261/20 262/21 263/4
 264/16 265/3 265/7 267/1
 267/13 267/25 268/14
 268/14 268/16 273/3 273/6
 273/23
limb [1]  208/18
limit [1]  267/7
limited [1]  197/9
limits [2]  120/8 135/13
limousine [1]  49/14
limousines [1]  47/6
line [67]  9/18 32/8 32/24 35/2
 36/4 36/4 36/6 42/23 42/24
 42/25 43/5 44/10 44/12
 46/22 48/14 48/17 52/12
 52/14 53/22 57/24 58/5
 59/14 61/7 77/6 84/13 86/12
 86/21 86/21 86/24 123/7
 123/11 124/7 125/14 125/23
 136/14 140/7 160/23 165/10
 166/15 166/17 166/18 167/9
 171/1 171/23 171/24 172/3
 174/17 175/6 217/1 217/3
 217/5 217/6 218/23 221/8
 221/15 221/25 221/25 222/9
 243/12 244/18 244/18
 244/22 247/2 259/3 259/4
 261/22 271/4
lines [6]  84/21 166/2 166/2
 172/7 219/10 239/1
linked [1]  17/18
list [4]  10/18 265/1 265/5
 270/11
listed [1]  193/11
listen [3]  104/12 139/5 259/8
listening [1]  136/9
literal [1]  12/25
literally [1]  7/20
little [72]  10/1 13/19 25/14
 26/20 28/8 30/12 34/11
 34/16 35/15 36/24 37/11
 38/14 39/17 40/16 48/17
 51/3 51/6 53/8 54/7 64/18
 87/14 108/5 110/2 110/6
 114/2 118/21 122/8 123/23
 125/20 126/14 126/18
 130/23 137/2 145/7 150/21
 161/13 162/19 165/1 169/18
 171/12 171/24 174/10
 174/13 174/23 174/24
 174/25 176/10 188/7 190/9
 198/2 198/5 200/8 213/11

172/16 175/20 176/4 176/13
221/5 224/18 225/1 229/20
 238/3 242/17 245/15 247/13
 251/10 254/13 254/25
 260/21 262/9 265/15 274/1
lives [1]  269/17
living [1]  269/17
Lloyd [8]  39/13 40/10 44/8
 60/20 61/17 63/4 72/2 78/16
load [1]  168/11
loading [1]  163/14
lobby [5]  70/23 70/24 73/10
 97/3 97/23
locate [1]  154/3
located [4]  30/14 48/9 110/13
 240/5
location [4]  52/25 74/4
 144/19 153/24
location-wise [1]  74/4
locations [2]  60/2 60/3
lock [16]  17/14 17/20 37/7
 69/2 82/16 82/20 86/11
 105/16 142/3 187/19 187/24
 187/24 187/25 188/15 215/6
 239/17
lockdown [8]  66/6 68/5 69/1
 96/4 143/21 143/22 187/22
 239/14
locked [11]  17/24 37/2 37/5
 68/16 68/21 91/2 91/3 96/7
 96/12 143/20 257/21
lockers [1]  241/18
locking [2]  37/16 141/15
lodge [1]  5/2
long [27]  4/20 9/9 37/23 58/1
 80/19 83/8 85/17 97/10
 99/25 101/4 109/14 109/25
 130/1 142/8 150/24 158/23
 159/6 224/21 227/25 228/3
 229/5 235/15 236/1 245/6
 250/10 250/11 256/17
longer [2]  67/6 225/16
look [37]  13/22 14/14 14/17
 14/20 16/18 17/10 29/1
 31/17 31/22 34/4 38/1 47/5
 50/22 64/7 84/9 89/6 104/18
 121/10 125/16 139/20
 146/18 147/15 174/12 177/2
 180/23 186/13 192/8 205/5
 215/21 219/23 264/23 265/6
 265/7 267/6 267/13 268/20
 273/21
looked [28]  28/15 28/22 34/1
 34/1 34/16 36/3 46/11 95/17
 103/23 104/21 147/7 169/8
 169/20 170/1 171/22 172/6
 189/5 191/11 202/24 203/11
 203/12 213/2 215/13 215/17
 215/22 229/20 249/7 251/21
looking [42]  12/17 15/25
 19/11 19/20 30/25 31/13
 32/13 33/22 33/25 34/22
 35/7 48/23 50/4 53/1 55/13
 59/14 60/23 60/24 61/1 70/3
 70/4 70/6 72/12 75/2 77/1
 77/24 91/23 92/2 92/10
 111/3 119/3 119/18 128/17
 131/4 143/18 164/11 166/4
 167/15 194/1 220/1 220/19

looking... [1] 240/14
looks [24] 17/14 19/15 31/23
40/15 49/14 67/2 73/14
86/15 87/9 105/22 145/22
190/22 191/2 199/9 204/3
204/10 207/24 213/20
221/22 222/13 254/25
256/17 261/12 265/2
Los [1] 1/16
loss [1] 208/18
lot [32] 13/22 27/15 27/18
27/21 38/5 67/2 76/3 79/24
83/20 84/6 85/14 137/8
141/7 141/7 143/17 161/21
162/22 165/10 169/22 170/8
171/22 171/23 173/15 175/8
175/9 176/12 196/6 208/19
219/10 244/22 259/20
259/20
lots [3] 95/17 95/19 95/21
loud [4] 72/4 84/9 84/9
231/18
lovely [1] 116/17
lower [24] 29/8 29/16 29/17
29/20 35/2 35/13 35/17
36/10 38/3 38/4 40/11 40/13
41/1 41/14 43/22 43/24 50/6
50/14 67/22 84/22 164/4
164/18 165/2 253/1
LOYD [18] 2/4 8/12 8/17
8/22 12/17 50/11 81/13 88/9
91/19 95/10 100/12 216/17
218/2 218/10 251/9 251/14
251/16 258/22
luck [1] 45/21
lumber [1] 62/11
lunch [6] 99/24 108/3 108/5
108/7 108/10 198/23
luncheon [1] 108/11
lungs [2] 231/20 232/1

M

ma'am [78] 235/7 236/5
236/7 237/3 238/5 238/13
239/5 239/8 239/13 239/22
240/4 240/12 240/21 240/24
241/2 242/1 242/12 242/14
242/16 243/8 243/10 243/18
244/1 244/3 244/9 244/12
245/3 245/9 245/18 245/21
245/25 246/3 248/3 248/8
248/10 248/15 249/6 249/9
250/5 250/14 250/22 250/24
251/2 251/14 251/17 251/19
252/12 252/21 253/4 253/19
253/21 254/4 254/10 254/18
254/20 255/8 258/6 258/9
258/12 258/14 258/16
258/19 258/21 259/2 259/7
259/15 259/18 259/22 260/5
260/19 260/22 261/6 261/14
261/16 261/25 262/7 262/14
262/20
machine [1] 10/24
mad [1] 105/9
Madam [2] 99/17 102/19
made [16] 23/4 24/6 28/23
38/3 64/22 64/24 65/4 68/1

96/3 96/16 96/20 97/24
120/21 246/25 255/19
263/12
MAGA [3] 22/24 22/24 23/1
magnetometer [1] 10/22
main [33] 26/24 34/24 49/10
70/9 71/21 71/24 72/20
95/18 97/15 97/21 97/22
109/11 121/1 123/7 123/11
123/12 125/17 125/21 131/5
134/9 184/2 184/6 184/10
186/3 190/25 201/16 214/22
221/16 223/19 223/21
236/14 243/3 262/17
maintains [1] 237/16
major [3] 9/20 29/24 185/22
majority [8] 28/20 70/17
112/12 112/13 131/15
133/17 147/1 190/25
make [32] 10/22 14/17 14/20
17/22 22/3 23/18 23/22 37/8
51/2 73/23 73/24 96/20
111/21 130/1 151/1 151/6
153/19 161/1 167/21 168/5
174/17 177/23 224/17 226/8
234/18 235/20 235/23
251/10 253/20 267/1 271/11
274/21
makes [1] 205/14
makeshift [2] 225/1 243/12
making [4] 61/8 88/23
225/16 225/16
male [2] 94/3 94/6
Mall [8] 23/3 23/4 162/7
162/25 163/6 163/9 165/8
168/2
man [12] 102/5 104/22
105/23 202/13 203/19 207/4
229/4 245/5 245/6 245/7
246/24 253/14
manage [1] 6/11
manner [1] 118/16
many [16] 9/23 9/24 45/14
65/10 77/19 86/13 96/23
99/8 110/9 114/23 115/3
115/7 144/22 154/12 214/17
261/1
map [15] 55/9 61/4 64/7 71/2
73/14 107/13 107/13 113/22
122/23 123/2 161/16 185/5
190/21 200/4 236/15
maps [2] 18/25 30/12
marble [2] 240/11 253/25
mark [12] 2/7 24/25 34/5
108/19 108/20 109/7 114/19
125/17 139/19 173/8 174/12
264/6
marked [2] 18/25 94/23
marker [1] 31/10
markers [1] 30/13
marking [1] 34/5
mask [8] 108/24 131/10
158/13 166/7 170/21 256/16
260/12 270/22
masks [3] 38/13 38/20
260/13
mass [1] 244/20
masses [1] 169/20
matched [1] 193/6

matters [2] 4/9 263/23
100/4 103/15 108/14 120/23
158/3 227/18 247/22 271/16
275/13
may [53] 7/25 8/1 8/7 24/16
55/17 62/15 64/8 64/10
69/21 82/22 84/9 96/6
106/11 106/25 108/16 109/1
112/3 119/14 120/21 120/23
121/13 127/20 151/16 155/3
155/9 155/11 155/14 158/5
158/12 158/15 161/15
164/13 164/14 164/22
179/25 180/1 189/24 198/24
200/1 200/2 218/17 227/20
234/14 235/1 235/2 247/11
263/14 263/15 268/23
270/21 273/11 274/8 274/17
maybe [32] 86/15 91/12
92/12 129/9 142/21 143/3
145/22 155/5 162/13 167/13
168/2 168/3 186/20 197/12
199/22 201/7 210/14 213/11
223/1 240/13 240/15 243/13
247/22 255/2 258/3 261/2
261/8 263/21 265/15 268/9
269/19 271/8
McConnell [4] 112/14 131/14
133/17 222/4
McConnell's [10] 28/20 28/25
29/3 31/3 31/16 32/16 33/24
183/2 222/6 232/20
McGovern [1] 145/22
me [82] 4/19 6/14 6/21 7/7
25/2 27/13 27/15 35/23 46/3
46/6 67/14 67/14 74/15 80/7
81/19 81/23 82/10 82/16
82/20 83/20 85/16 85/18
86/7 86/9 86/11 87/1 91/7
92/2 92/17 94/4 103/17
114/10 116/17 123/2 123/9
125/3 125/16 132/13 139/19
139/24 141/3 148/9 153/15
159/22 162/1 169/3 171/22
172/8 173/8 179/22 182/1
200/18 200/22 202/22 206/2
210/8 210/18 211/3 212/18
219/6 220/17 221/5 224/10
224/23 233/4 234/8 234/9
245/12 246/5 247/18 252/5
254/4 256/16 263/23 264/14
265/2 268/23 269/1 269/7
269/7 273/8 275/1
mean [23] 6/5 6/7 6/12 7/19
8/2 27/16 37/6 66/11 98/3
120/1 126/7 142/1 154/6
159/21 160/18 215/14 226/9
252/7 267/23 272/6 272/7
272/11 272/12
meaning [2] 20/7 47/13
means [6] 12/11 38/18
111/14 120/3 134/12 159/22
meant [4] 104/24 134/6
252/9 252/19
measures [1] 68/11
mechanism [1] 118/18
medieval [2] 169/8 169/16
meet [7] 21/14 22/7 48/14

meeting [5] 117/25 119/21
121/19 156/7 157/7
meets [1] 137/3
melee [1] 102/19
member [7] 10/3 10/7 10/7
22/15 22/16 96/25 268/24
members [22] 9/13 22/7
32/19 55/15 94/14 97/2 97/5
97/11 97/14 97/18 97/22
97/25 107/15 107/24 111/14
121/3 143/18 144/5 151/9
156/6 160/20 225/7
mention [2] 175/11 258/17
mentioned [13] 11/3 11/13
24/9 86/9 94/12 98/24
114/21 122/18 125/14
140/14 143/23 206/15
246/16
messages [1] 246/14
met [5] 73/4 156/13 197/19
270/20 271/1
metal [3] 14/7 17/10 203/13
Metropolitan [12] 40/18
40/19 40/21 40/22 41/1
42/22 42/23 42/25 45/4
85/11 170/16 170/17
mic [5] 72/7 114/2 114/5
130/23 161/13
microphone [11] 4/21 72/4
114/1 161/11 164/10 236/18
251/10 251/10 251/10
254/12 270/23
microphones [1] 238/1
mid [1] 273/12
middle [14] 14/22 26/25
34/25 35/4 35/21 36/7 44/21
48/2 49/8 49/15 49/16 91/25
216/15 218/4
midnight [1] 226/14
might [11] 21/20 45/21 66/12
92/7 161/17 214/2 246/1
252/10 259/12 264/11
271/22
Mike [8] 23/7 112/22 117/2
133/15 156/16 246/19
246/22 247/18
military [2] 85/17 85/21
mind [16] 59/6 104/1 168/13
174/5 180/25 183/13 190/21
198/16 200/6 204/24 236/20
236/24 254/3 268/18 270/1
273/5
mine [2] 25/13 253/10
minimum [1] 263/16
minority [6] 70/17 183/2
222/3 236/11 237/12 239/23
minute [20] 40/2 46/9 61/23
69/7 78/6 78/13 78/18 98/24
100/1 127/13 132/21 138/21
156/21 181/19 183/22
184/13 184/25 215/9 227/12
256/11
minutes [49] 28/15 31/19
32/12 33/18 37/24 39/9
46/19 58/3 60/17 67/11 69/7
79/16 80/1 87/6 90/13 90/18
91/16 96/16 97/13 99/23
105/20 120/24 121/4 138/23

minutes... [25] 142/10 148/6
150/1 150/6 150/11 157/2
157/22 167/20 168/3 171/11
188/7 191/16 219/17 220/4
220/5 220/7 221/6 223/1
223/4 239/23 244/14 247/20
248/21 254/22 257/7
Mirell [9] 1/14 2/8 4/6 7/4
111/10 112/3 155/7 265/14
267/11
mission [2] 9/2 96/3
mistake [1] 178/16
Mitch [3] 112/14 131/14
133/17
Mitt [3] 182/3 191/8 221/18
mix [1] 45/2
mixed [3] 210/21 214/19
214/20
mob [7] 80/8 80/14 80/25
81/19 81/24 83/6 177/13
mode [5] 115/17 136/3
143/21 143/22 191/18
moment [25] 7/8 37/2 48/15
50/9 56/6 88/12 92/10 92/17
99/16 111/20 154/21 178/18
188/12 196/25 198/17
201/24 202/13 205/7 209/2
226/15 243/2 244/7 244/20
250/3 263/20
moments [2] 204/3 207/3
monitor [5] 25/15 136/3
235/22 237/18 237/18
monitoring [3] 252/24 252/24
253/25
montage [1] 127/7
monument [1] 30/22
more [47] 14/17 26/8 37/20
38/8 64/2 65/18 66/23 67/4
68/3 76/7 77/16 77/16 83/20
85/14 86/15 86/18 90/18
91/12 104/20 111/3 120/24
139/11 168/5 168/23 168/24
170/25 195/14 196/15
210/22 222/1 222/24 225/6
225/24 239/25 243/15
247/20 252/3 255/3 259/11
262/23 262/25 263/3 268/14
268/17 269/22 271/22
274/15
MORGAN [9] 2/12 234/22
234/23 235/6 236/15 248/24
257/10 261/12 274/18
morning [15] 4/8 4/11 8/8
8/22 8/23 11/11 152/19
152/23 153/9 163/5 236/3
237/2 264/3 273/18 274/1
most [10] 5/6 42/8 65/4
71/18 72/22 234/9 268/6
268/13 273/23 273/25
mostly [3] 20/14 21/13 22/11
motherf'er [1] 214/18
motion [4] 89/22 121/23
136/25 137/10
motioning [1] 92/2
motions [1] 172/23
motorcade [3] 47/10 47/12
47/13
mouth [5] 4/21 161/11

move [35] 12/9 13/10 15/8
16/20 18/9 19/6 21/2 43/15
54/23 56/17 78/9 88/14
89/13 93/4 95/4 103/22
114/1 116/5 117/7 118/10
119/13 120/12 121/11 125/8
126/2 126/5 127/17 155/17
161/10 172/20 179/1 189/14
212/10 256/6 261/5
moved [4] 47/11 123/22
126/12 265/23
movement [3] 161/21 197/9
250/20
moving [11] 21/24 34/19
47/14 104/4 126/10 170/11
189/21 231/4 255/7 266/8
267/25
MR [3] 2/6 2/11 127/16
Mr. [69] 4/7 4/25 5/1 5/21
80/13 81/4 83/17 86/23
101/24 102/5 102/12 102/22
103/3 103/7 103/13 105/12
105/13 105/13 106/8 106/22
111/1 116/4 116/18 117/5
120/12 126/16 128/19
129/10 145/22 155/21
206/15 211/7 211/22 213/23
215/23 217/18 222/12
222/18 223/16 224/16
227/20 227/25 228/8 228/16
228/20 229/12 229/15
229/16 230/5 230/13 230/19
231/13 231/25 232/21 233/2
234/3 234/4 264/17 267/9
267/21 270/15 270/17
270/22 271/14 271/14 272/2
273/2 274/11 275/1
Mr. Bobic [1] 206/15
Mr. Clement [5] 111/1 117/5
120/12 128/19 155/21
Mr. Clements [4] 5/21 116/4
116/18 126/16
Mr. Davis [14] 81/4 106/8
106/22 227/20 227/25 234/3
264/17 267/9 270/22 271/14
272/2 273/2 274/11 275/1
Mr. Davis's [2] 267/21
270/17
Mr. Grassley [1] 129/10
Mr. Jensen [39] 4/7 4/25 5/1
80/13 83/17 86/23 101/24
102/5 102/12 102/22 103/3
103/7 103/13 105/12 105/13
105/13 211/22 213/23
215/23 217/18 222/12
222/18 223/16 224/16 228/8
228/16 228/20 229/12
229/15 229/16 230/5 230/13
230/19 231/13 231/25
232/21 233/2 234/4 271/14
Mr. Jensen's [2] 211/7
270/15
Mr. McGovern [1] 145/22
MS [6] 2/5 2/8 2/10 2/13
263/22 267/11
Ms. [24] 7/4 25/20 26/1 72/9
108/9 111/10 111/23 112/3
116/16 155/7 158/5 189/17

263/13 263/20 263/24
265/14 266/3 269/12 273/20
274/13
Ms. Allen [12] 26/1 72/9
116/16 158/5 189/17 222/24
237/6 262/23 263/24 266/3
273/20 274/13
Ms. Harris [7] 25/20 108/9
111/23 263/10 263/13
263/20 269/12
Ms. Mirell [5] 7/4 111/10
112/3 155/7 265/14
much [8] 102/15 103/15
222/24 241/24 243/4 247/19
262/23 263/3
muffled [1] 76/10
multiple [1] 193/8
munitions [1] 41/19
muscle [1] 83/20
my [88] 20/14 24/6 27/15
28/23 32/4 32/21 33/2 33/10
34/5 38/3 40/24 42/22 49/5
68/16 82/8 85/16 96/10 99/1
99/21 101/1 103/21 111/5
111/6 115/16 136/2 160/15
160/19 161/1 162/19 163/17
165/23 166/11 167/18
168/11 168/19 169/10 171/8
172/23 176/9 184/4 187/6
192/23 201/25 201/25
201/25 202/10 207/2 208/1
208/1 208/1 208/25 212/11
212/12 213/4 229/21 236/9
236/9 238/19 241/10 242/6
247/4 249/11 249/16 249/20
250/8 250/8 250/10 252/8
253/9 253/24 254/2 255/10
256/19 257/20 257/21 258/3
259/9 259/10 259/23 261/18
265/11 267/14 269/13
269/17 270/11 272/21 273/5
274/1
myself [12] 86/4 86/14 101/1
154/13 163/16 164/3 171/9
238/19 244/6 248/5 249/1
259/22

N
nails [1] 66/17
name [39] 9/21 44/23 59/5
namely [1] 121/24
Nancy [3] 112/9 130/15
156/25
narrate [2] 127/15 139/19
narrow [2] 50/19 53/8 174/10
National [3] 23/3 23/4 85/6
nature [4] 203/23 246/8
247/16 270/6
near [3] 6/18 53/1 75/5
neat [1] 245/19
necessarily [2] 130/24
171/23
necessary [1] 22/11
neck [1] 123/23
need [19] 5/10 5/12 6/9
17/19 55/16 59/23 72/4
77/13 165/18 166/12 182/9
182/21 187/17 187/17 203/1
212/14 216/21 228/1 265/10

175/13 144/25
171/9 172/3 201/17 202/20
202/20 203/16 209/25
233/11
needs [2] 233/17 259/9
nefarious [1] 10/23
neighbor [1] 268/24
nervousness [1] 143/17
nestor [5] 1/22 1/24 275/16
275/16 275/18
netting [1] 16/6
never [11] 45/12 68/1 100/21
101/14 151/3 163/4 232/21
232/21 232/23 270/1 273/20
new [4] 123/22 123/23 262/8
263/4
news [3] 68/2 199/8 238/14
next [22] 5/25 48/10 64/15
70/15 79/4 92/2 93/14 108/8
108/17 118/10 152/22 153/2
153/24 157/24 158/6 219/17
223/21 234/16 234/17
234/20 240/5 241/19
NFL [1] 166/5
nickname [1] 59/5
night [3] 99/5 152/19 226/13
nine [1] 127/13
nine-and-a-half-minute [1]
127/13
no [156] 1/3 5/22 6/20 6/22
7/22 10/12 12/12 18/1 20/7
20/9 25/4 25/23 25/25 27/10
27/24 30/10 30/11 31/18
34/7 34/21 42/10 42/17 45/7
46/5 47/15 47/17 47/20
48/12 49/13 57/10 59/21
59/24 66/2 66/5 66/10 66/11
68/22 71/10 76/5 77/15
78/11 79/19 80/9 82/15
86/10 86/22 87/13 93/18
94/6 95/23 96/15 97/2 98/5
99/19 100/22 101/5 101/13
101/16 101/23 102/1 103/9
103/14 105/3 105/16 106/6
106/23 111/12 119/23
121/21 121/21 144/17
144/17 145/20 147/12
152/19 154/23 155/2 162/1
162/1 162/7 165/19 166/9
170/14 170/21 170/22 175/5
177/22 178/1 182/16 183/18
191/23 199/1 199/1 201/8
202/3 202/9 203/18 205/2
205/24 206/1 206/14 208/3
209/9 209/12 210/2 210/3
211/23 212/6 213/9 213/19
214/5 214/19 216/10 216/10
217/20 221/10 222/21
225/16 227/2 227/10 228/13
228/19 228/25 229/14
229/19 229/21 229/24 230/1
230/15 230/21 231/1 231/4
231/9 231/10 232/6 232/23
232/25 233/4 233/13 233/17
233/23 233/24 246/4 246/11
249/19 251/24 257/20
257/22 260/13 264/18
266/18 269/21 271/10
271/23 273/21 275/2

**N**

No. [1] 266/21
No. 24A [1] 266/21
nobody [8] 36/5 37/3 37/7 66/6 91/3 91/11 225/17 246/5
non [1] 138/21
non-objection [1] 138/21
none [3] 5/5 166/8 166/9
nonverbal [1] 212/2
noon [1] 129/16
normal [1] 42/4
normally [5] 42/16 66/4 160/12 250/9 251/4
north [16] 1/15 11/8 19/15 50/5 50/13 64/21 64/21 64/24 64/24 65/5 65/5 96/17 111/6 111/8 163/16 169/14
northeast [1] 137/22
northwest [3] 1/18 69/16 162/15
not [107] 5/12 7/14 10/10 11/3 13/20 13/24 17/3 18/1 20/4 25/2 25/3 25/16 25/22 26/16 47/16 50/20 51/15 53/2 57/10 60/6 60/9 66/5 75/8 79/2 83/3 84/9 86/25 89/22 94/3 95/23 100/22 101/13 102/18 103/14 104/3 111/11 114/2 119/21 120/24 126/5 126/9 129/11 130/24 141/23 145/4 145/20 145/23 146/8 147/6 147/12 148/6 150/6 154/3 154/3 162/18 164/25 171/23 175/11 177/7 177/8 177/22 184/7 186/8 191/19 201/22 212/1 216/10 218/17 220/13 220/23 220/24 221/10 222/4 222/5 224/21 228/2 228/12 228/14 230/18 231/9 232/13 232/14 233/20 241/23 243/15 247/20 249/22 251/5 253/14 254/7 257/22 259/10 260/7 266/16 267/11 267/14 267/24 268/2 269/1 269/11 269/14 269/18 272/19 272/22 273/7 273/14 274/15
note [4] 245/10 246/1 266/20 269/15
notes [1] 268/15
nothing [7] 10/23 84/19 231/3 234/4 260/12 271/7 274/12
notice [14] 22/22 161/24 162/20 178/15 203/6 203/8 209/13 209/19 230/1 245/4 245/5 245/6 246/24 255/23
noticed [7] 68/22 100/14 245/7 245/22 247/1 269/2 269/16
November [1] 156/10
November 3 [1] 156/10
now [104] 6/9 6/25 7/2 9/11 14/1 15/24 17/3 25/22 30/4 31/10 31/13 32/12 33/22 33/25 34/4 34/22 36/3 38/6 41/2 42/5 42/14 49/12 54/10 54/11 55/21 55/25 57/23

77/8 78/23 81/21 86/12 86/13 87/9 89/18 93/10 94/12 98/9 101/6 102/5 103/2 103/19 105/8 106/17 115/1 115/10 119/18 121/18 122/18 125/3 130/12 135/2 138/3 139/2 142/25 146/19 147/15 151/25 152/10 157/23 164/20 165/14 165/20 169/13 181/14 183/7 183/16 184/8 184/22 186/23 188/6 188/23 190/11 196/14 200/18 213/15 215/9 216/21 217/25 221/7 221/21 230/5 231/25 232/7 235/16 241/18 244/20 246/9 248/24 249/7 250/25 254/25 255/20 258/22 259/16 261/22 262/8 262/21 263/5 267/15
number [14] 40/4 86/18 99/10 122/19 122/21 179/7 187/13 187/14 189/2 189/22 228/15 264/16 264/21 264/23
numbered [1] 209/8
numbers [5] 171/20 171/20 189/16 189/20 264/11
NW [2] 1/23 275/17

**O**

oath [4] 8/18 108/21 158/10 234/24
object [9] 12/11 62/10 80/14 108/5 206/24 229/10 256/17 267/14 272/19
objecting [1] 138/23
objection [65] 4/15 4/16 4/17 5/2 5/17 6/13 6/21 6/22 12/12 20/20 22/15 22/18 43/16 54/25 59/3 78/11 79/12 80/10 80/12 80/24 81/5 81/7 82/2 83/7 93/6 95/6 105/5 106/21 108/4 116/6 117/9 119/10 119/14 120/20 120/24 121/6 121/13 127/19 134/3 134/4 134/5 134/13 134/13 134/25 135/16 138/21 138/21 145/16 148/13 149/7 149/10 155/19 156/19 172/22 179/3 189/24 207/21 247/6 248/18 256/7 256/8 266/16 266/18 272/15 272/16
objections [12] 21/19 21/22 22/14 22/22 118/12 118/14 118/16 118/19 120/9 121/4 122/11 134/11
objective [1] 5/7
observe [5] 58/17 84/7 87/24 218/18 218/20
observed [4] 20/5 113/2 228/8 229/2
obstructed [3] 92/4 175/8 175/9
obstruction [1] 92/7
obvious [1] 122/8
obviously [10] 5/12 7/8 8/4 72/3 83/14 182/16 247/10 272/11 272/25 274/16

occasion [2] 45/16 127/14
occasionally [2] 45/16 127/14
occupied [2] 5/21 57/2
occupying [1] 57/9
occur [1] 115/18
occurred [1] 206/7
odd [1] 229/20
off [38] 11/24 18/6 18/14 38/1 42/22 47/10 52/23 67/3 73/9 83/22 101/5 102/12 107/14 137/7 140/10 140/15 147/2 147/4 148/15 149/13 165/13 171/6 172/3 174/1 175/15 175/16 175/18 176/17 186/13 186/23 217/1 219/21 221/25 222/10 223/19 244/4 268/17 274/2
offense [1] 267/1
offenses [1] 267/2
offer [1] 233/12
offering [1] 253/10
office [50] 1/11 1/14 28/20 28/21 28/25 29/3 31/3 31/16 33/24 70/15 72/21 73/7 73/10 73/12 73/13 97/24 113/5 113/17 113/21 114/13 114/19 137/19 171/4 180/18 180/19 183/2 183/2 185/11 185/18 185/20 186/1 190/25 222/3 222/7 225/4 225/7 225/7 225/8 225/8 226/22 232/20 236/11 237/11 237/13 237/15 237/17 237/19 238/12 239/24 240/19
officer [102] 9/18 10/25 33/2 33/6 33/10 33/13 68/25 76/16 76/18 77/1 77/7 87/2 108/19 109/7 109/8 109/14 114/5 114/17 116/12 117/13 118/4 118/11 121/1 121/18 121/22 122/18 123/4 124/4 125/4 127/14 128/4 129/14 130/23 133/1 137/24 139/21 153/7 155/3 155/15 156/22 157/3 158/8 158/19 159/1 159/22 164/24 173/5 179/13 182/16 185/6 187/9 192/3 192/11 192/22 194/8 194/21 196/22 199/16 200/4 205/8 205/19 205/19 208/16 216/8 220/24 220/25 221/1 222/25 224/18 224/23 228/6 234/3 234/14 234/22 235/6 235/13 236/15 237/5 238/15 241/9 241/17 242/10 242/12 243/1 248/4 248/24 249/4 249/5 251/21 251/25 253/8 254/16 255/13 257/10 257/10 257/11 257/25 257/25 259/7 261/12 263/8 272/23 274/18
officer's [2] 233/4 233/5
officers [92] 32/4 32/5 32/19 32/21 32/23 33/10 37/20 39/8 40/24 41/2 41/25 42/8 42/19 42/22 42/24 42/25 43/1 45/3 45/4 49/5 49/6 49/8 52/2 52/4 52/11 52/12 57/24 59/14 59/16 59/20

76/11 77/2 83/2 84/19 85/11 86/5 86/13 91/8 95/20 96/12 99/8 99/9 100/17 101/1 101/19 101/21 102/10 102/13 109/20 136/1 164/3 167/22 167/23 168/23 170/25 173/12 173/16 173/20 173/21 174/14 174/16 176/12 177/3 177/16 177/17 177/19 180/5 187/5 191/15 216/9 221/22 222/9 224/15 228/17 232/15 235/18 239/17 241/2 241/3 242/20 243/13 243/13 249/16 249/20 249/22 249/25 259/5 260/13
officers' [1] 84/15
offices [1] 123/20
official [7] 1/22 10/8 122/3 157/12 157/13 224/22 275/17
often [4] 72/17 208/2 208/3 241/23
oh [5] 7/23 86/17 92/18 111/22 266/3
Ohio [46] 24/6 24/9 24/25 25/6 25/7 26/9 26/10 26/12 26/19 27/3 29/2 69/9 69/11 70/4 76/25 78/2 78/5 78/7 83/14 88/11 89/8 92/24 94/20 95/2 95/10 100/17 103/2 125/7 131/23 134/8 142/14 180/11 180/13 181/7 181/8 183/7 184/1 216/8 217/17 219/12 231/11 232/4 232/9 241/12 241/25 243/7
okay [181] 6/9 8/5 10/1 10/17 11/20 13/16 13/19 14/10 14/19 15/21 17/24 18/2 19/11 20/7 23/6 24/22 25/8 26/18 28/8 28/13 29/9 29/22 30/16 31/5 35/7 41/2 45/5 47/2 49/6 49/11 50/7 52/16 56/5 58/4 60/11 63/22 64/23 65/21 66/14 69/19 71/1 72/1 73/1 74/1 74/16 75/14 79/25 86/15 86/18 87/4 87/16 88/5 88/24 89/25 90/7 93/16 94/8 94/12 96/1 97/5 99/7 106/18 107/2 107/6 110/5 110/9 112/21 114/12 114/21 115/10 115/22 118/21 119/8 122/8 123/4 123/9 125/2 126/14 127/1 128/17 128/19 128/24 129/16 132/17 135/2 139/4 140/14 141/20 143/4 144/10 144/20 145/7 145/18 145/23 146/21 147/8 147/15 149/20 150/10 152/7 155/21 160/11 161/5 161/12 161/14 161/19 162/11 163/11 164/9 164/12 164/24 165/3 167/5 170/15 173/11 176/7 176/10 176/11 176/10 180/3 180/24 181/11 184/4 184/12 185/9 188/6 188/21 190/10 190/19 191/4 191/20 193/2 195/6 198/19 199/18

okay... [45]  200/13 200/20
201/2 201/5 203/19 204/11
205/22 206/8 208/2 208/6
208/13 209/19 211/24 213/5
213/10 215/23 216/2 217/7
217/25 219/3 220/3 220/18
221/1 236/17 237/1 237/4
243/1 243/6 243/11 244/7
248/6 250/25 252/11 254/3
254/21 255/11 255/19
256/25 257/5 258/4 262/21
267/23 270/25 271/6 272/5
Oklahoma [1]  138/18
once [23]  6/25 22/15 64/20
65/2 65/16 65/21 65/23 66/6
67/21 79/19 97/23 120/24
140/14 141/1 153/13 153/25
168/4 168/10 176/16 216/24
217/19 219/7 261/13
one [114]  9/6 14/14 14/15
14/16 19/20 26/8 30/24 31/1
31/2 32/23 33/2 33/2 33/10
45/9 47/18 62/14 63/7 69/23
71/22 71/24 72/24 74/8 82/9
82/9 84/3 86/15 95/1 99/15
111/10 117/16 118/24
123/17 124/18 124/25 134/3
136/25 137/9 140/23 145/15
154/21 156/21 159/9 166/11
166/11 167/8 169/10 169/21
170/16 170/25 173/17
175/14 175/15 176/16
176/19 176/20 178/16 179/6
187/8 193/15 195/20 196/15
198/14 204/23 209/8 209/17
214/7 214/17 214/17 219/6
219/19 220/23 221/11
223/19 224/21 224/24
226/15 226/18 229/25
230/13 232/2 233/1 234/8
237/8 239/25 240/16 240/17
240/18 240/19 245/22 246/4
247/2 250/8 252/5 252/8
252/16 252/17 253/1 255/3
257/13 257/16 261/2 261/21
262/2 263/20 264/21 269/6
270/14 270/20 271/3 271/12
271/12 271/21 272/1 274/15
ones [4]  34/16 60/5 85/11
247/2
online [1]  10/6
only [27]  6/3 7/25 20/4 20/7
21/17 36/8 63/16 81/1 99/10
103/17 121/3 121/6 161/10
176/16 176/19 176/20 204/9
212/1 214/17 218/4 230/18
236/21 261/21 262/2 266/16
270/4 271/16
open [20]  7/18 11/3 26/15
26/17 63/14 63/17 63/20
65/17 81/11 116/23 123/14
123/23 124/20 124/24
191/19 197/22 240/5 240/11
250/13 272/3
opened [2]  10/5 64/4
opening [4]  63/25 64/18
263/25 271/15
operate [5]  9/4 17/16 19/25

operating [2]  115/17 242/18
opinion [2]  247/4 258/3
opportunity [3]  127/6 182/6
261/5
opposed [1]  231/7
opposing [1]  169/21
opposite [4]  33/20 168/15
175/4 194/13
option [4]  7/18 71/22 72/22
144/2
order [19]  5/25 11/24 37/8
67/17 104/20 121/21 121/25
123/6 129/4 129/5 129/8
129/16 129/17 130/17
141/24 148/1 226/7 246/5
274/17
ordered [8]  46/3 46/6 66/6
67/14 68/5 82/20 86/10
239/14
ordering [1]  88/3
ordinarily [1]  187/7
organizations [1]  75/18
orient [4]  24/8 24/21 33/18
193/19
orientation [2]  185/4 190/9
oriented [1]  69/15
original [3]  19/17 34/13 51/14
originally [1]  11/9
ornate [1]  26/15
other [79]  5/23 33/13 34/8
42/19 45/22 53/2 54/16 60/2
60/3 63/24 65/16 74/24 75/8
75/19 77/2 80/18 83/2 84/1
85/7 86/4 87/2 89/20 105/3
120/22 124/16 136/3 149/15
151/15 163/1 163/2 164/3
169/11 173/12 173/16
173/17 174/14 174/16
178/24 187/5 191/15 191/17
192/8 198/19 203/7 203/8
204/20 209/10 211/9 211/24
214/19 215/5 216/9 217/12
217/14 218/4 218/11 218/24
226/2 226/3 226/18 227/3
228/17 229/21 231/4 232/15
240/21 240/25 241/19 246/9
249/2 249/25 260/10 260/13
261/15 264/2 266/20 269/6
272/16 272/24
others [6]  103/10 105/8
175/3 204/18 210/22 219/11
otherwise [2]  107/14 119/24
our [43]  4/12 5/23 6/1 21/18
49/16 52/11 83/3 136/4
144/2 171/6 172/6 173/23
174/1 178/22 184/7 187/8
187/21 198/14 204/19
218/22 219/9 221/8 235/18
237/16 239/13 241/18
242/19 242/19 244/22 246/5
249/17 249/18 251/9 251/14
261/22 263/18 265/21
267/21 267/25 268/1 271/11
273/6 273/11
ourselves [2]  141/16 187/25
out [170]  5/11 5/15 6/6 11/23
13/19 17/5 21/21 22/25
24/23 25/9 26/18 27/25

25/12 25/25 29/13 29/14
29/15 29/18 29/21 32/15
34/1 34/9 34/15 35/8 35/10
35/16 35/21 36/8 36/11
36/25 36/25 37/21 39/1 39/8
43/4 43/12 44/2 45/20 46/5
48/13 50/12 51/4 55/9 58/21
61/4 64/9 64/14 65/13 70/1
70/7 70/12 71/1 73/7 75/17
83/14 84/6 84/18 85/18
89/18 94/2 94/8 97/3 97/23
97/25 98/5 98/8 105/9
122/23 123/18 126/2 126/19
137/5 137/13 137/16 141/8
141/17 144/2 144/8 144/25
154/10 161/15 162/11 163/5
164/9 164/18 164/21 166/1
167/15 168/16 169/10 171/1
171/8 171/12 171/17 174/6
174/9 176/13 176/15 177/2
177/23 180/7 181/3 185/19
187/12 187/13 187/14
188/22 190/21 191/11
191/20 197/23 200/1 200/4
200/10 201/15 201/23 202/3
202/10 202/20 205/13
207/15 209/8 209/9 209/11
218/24 221/9 221/10 221/11
224/16 224/17 224/24 225/2
225/12 225/18 225/22
225/25 229/16 230/2 233/1
233/18 235/22 236/24 237/9
237/18 240/15 241/7 241/11
245/2 245/8 245/11 245/23
248/11 250/4 250/11 250/25
251/3 251/18 252/11 252/23
252/25 253/11 262/2 265/5
265/10 268/2 269/12 270/16
271/23 272/2 274/5
outer [2]  12/20 144/23
outline [1]  12/20
outmanned [1]  37/19
Outnumbered [1]  210/18
outside [59]  6/1 6/11 22/20
26/4 27/3 27/18 29/7 29/15
29/22 31/19 37/23 37/24
41/6 41/14 43/1 45/5 62/14
67/12 67/13 68/9 68/23 69/1
95/17 97/8 98/12 136/4
136/14 142/12 143/11
144/21 164/7 164/8 164/25
165/7 166/1 166/10 166/13
171/10 171/14 172/11 176/8
177/4 180/20 187/10 188/24
191/15 193/15 196/23
198/21 233/21 236/14
237/16 238/23 239/6 242/22
243/6 249/16 249/20 263/17
over [51]  14/17 36/6 37/8
37/18 38/8 41/1 42/24 49/25
50/8 55/11 58/22 58/22
67/15 72/5 91/12 93/17 94/5
94/9 96/6 110/2 112/16
119/5 121/25 125/22 134/5
135/16 137/4 145/15 150/6
156/17 157/1 160/24 162/10
163/25 165/10 166/14
166/19 167/13 167/15 167/15
167/16 176/3 176/4 178/5

3 222/1 239/14
242/15 248/12 257/21
overcome [1]  52/6
overlap [1]  54/7
overnight [5]  267/11 267/14
270/3 270/8 271/5
overran [1]  170/14
overruled [2]  79/14 83/8
overrun [3]  49/18 58/5
170/15
overseas [1]  241/23
overseeing [1]  96/5
overtaken [1]  250/1
overview [1]  150/10
overwhelmed [1]  102/15
overwhelming [1]  102/16
own [6]  59/6 127/1 176/14
242/19 272/12 273/3

**P**

p.m [39]  31/14 32/13 46/17
49/24 51/10 74/5 100/2
108/11 108/12 125/23
128/25 129/6 130/5 130/6
130/16 132/6 146/4 147/19
150/21 150/23 152/2 156/12
156/13 156/14 156/18
156/20 156/25 157/7 157/7
157/25 158/1 181/12 220/5
227/14 227/15 227/16
243/24 263/19 275/7
pace [2]  267/25 268/1
page [11]  2/15 3/1 106/19
106/20 107/10 107/18 116/9
155/22 265/21 267/4 271/14
paid [2]  11/7 229/21
pandemic [1]  10/15
panel [3]  139/20 195/22
269/19
Panicked [1]  28/3
pants [1]  246/7
paper [1]  118/12
paragraph [3]  106/19 107/2
107/10
paralegal [1]  4/18
pardon [1]  261/18
parked [1]  162/15
part [21]  5/19 14/7 20/12
57/4 62/17 65/4 75/21 78/2
128/7 130/18 137/17 137/17
155/12 159/8 161/5 193/21
199/13 206/3 208/24 208/25
268/8
participate [1]  102/16
participated [1]  115/3
particular [30]  10/16 16/7
17/18 21/17 22/18 27/19
28/6 32/8 37/2 51/9 52/17
68/18 72/16 76/8 92/17
97/14 103/21 105/19 105/24
109/16 156/19 210/24 211/1
232/12 243/19 245/11
246/21 265/9 268/7 272/19
particularly [1]  104/18
parties [4]  106/16 107/3
270/12 270/16
parties' [2]  265/22 270/10
party [2]  71/11 108/5
pass [8]  95/14 123/20 131/23
149/9 154/23 180/18 180/18

pass... [1] 182/4
passed [3] 94/4 167/21 205/21
passes [1] 75/16
passive [2] 231/5 231/7
past [10] 21/21 31/23 47/2 48/3 144/16 150/6 186/19 205/21 206/2 226/14
path [3] 65/2 124/8 160/19
pathway [1] 174/10
Patton [1] 99/2
pause [29] 30/19 31/7 35/25 40/8 43/10 44/16 46/12 55/20 58/8 69/7 78/19 88/7 128/1 138/6 145/10 179/9 183/22 184/13 194/4 195/6 206/20 211/16 212/23 220/8 223/14 224/5 224/13 255/11 257/7
paused [2] 196/24 215/1
paying [1] 111/15
peace [14] 17/2 17/5 17/7 28/14 28/18 30/23 30/24 33/22 84/18 101/10 101/12 253/10 261/21 261/23
Pelosi [9] 112/9 130/15 145/13 145/18 145/23 145/25 149/12 152/10 156/25
Pelosi's [1] 123/20
pen [1] 34/6
Pence [21] 23/7 23/12 80/8 81/20 81/24 82/11 104/16 105/1 112/22 117/2 119/5 121/25 124/23 133/15 135/10 148/15 156/16 156/20 246/19 246/22 247/18
Pence's [1] 156/23
Pennsylvania [1] 17/6
people [128] 9/23 9/24 17/19 21/24 22/25 23/2 27/15 27/18 27/21 29/24 31/22 32/3 32/18 32/18 34/14 34/19 36/3 36/5 36/6 37/12 38/6 38/8 40/10 40/15 41/23 42/15 45/14 45/19 45/22 47/1 48/3 48/10 49/11 51/13 51/22 52/11 53/17 57/2 57/9 57/14 59/18 60/7 64/2 64/5 65/2 65/4 65/7 65/10 65/17 65/18 66/9 67/3 67/4 67/5 75/5 75/8 75/11 75/23 76/8 76/9 77/16 83/18 84/1 94/12 94/16 95/17 95/19 98/25 99/3 102/25 103/11 126/8 141/7 146/20 162/22 162/23 165/10 165/14 167/9 168/1 171/20 171/21 172/1 172/4 175/9 175/10 177/6 177/13 180/20 185/14 186/11 186/24 187/5 187/13 187/14 188/14 196/23 203/5 203/6 204/13 205/7 205/21 206/1 206/2 206/6 209/7 211/24 214/10 214/20 215/6 215/18 217/12 217/14 219/2 225/16 225/19 230/6 231/17 231/20

245/13 249/16 249/24
249/13 249/19 249/21
259/12 259/20
pepper [6] 41/21 41/25 169/11 173/12 202/1 202/2
pepper-sprayed [2] 41/25 173/12
perceived [2] 271/3 273/1
percentage [1] 60/7
perfect [8] 7/15 17/17 29/22 74/1 125/10 185/8 261/9 273/23
perfectly [1] 267/16
perform [1] 235/20
perhaps [1] 250/1
perimeter [9] 12/21 12/22 12/25 16/12 17/18 18/17 34/13 101/14 238/8
period [3] 97/5 98/3 219/12
permission [30] 15/10 16/22 18/10 19/8 20/19 20/21 29/11 29/13 43/17 54/25 56/18 65/25 88/17 89/15 91/4 91/7 93/6 93/16 93/19 94/11 94/16 95/7 110/17 110/19 113/8 113/9 113/11 117/7 120/14 121/11
permitted [4] 34/20 75/18 208/16 271/14
person [43] 6/3 10/17 10/18 11/1 20/5 26/7 35/21 37/1 62/23 63/13 74/14 84/11 112/5 112/10 132/15 137/9 153/14 166/14 166/17 176/17 176/20 181/23 182/2 186/20 194/23 195/25 199/3 204/9 209/17 216/15 220/14 220/18 223/6 224/7 227/24 246/23 248/7 248/25 249/2 249/3 251/6 269/21 270/7
personal [1] 114/16
personally [4] 113/2 141/9 226/19 226/21
personnel [7] 68/23 69/1 96/10 151/8 154/3 154/9 239/18
phone [12] 5/8 24/7 24/8 27/11 67/12 74/16 92/8 92/11 93/14 94/9 94/10 199/9
photo [7] 17/1 57/12 92/22 92/24 93/2 243/25 248/2
photograph [1] 260/18
photographer [1] 55/12
photographers [4] 75/13 75/14 94/17 94/20
photos [2] 94/19 95/1
physical [4] 12/25 230/13 231/7 258/25
physically [6] 22/6 101/11 161/5 161/6 161/20 215/24
Physician [1] 171/5
pick [2] 60/16 263/9
picked [3] 33/9 87/9 213/14
picking [1] 233/2
picture [8] 12/19 13/8 15/24 18/2 111/4 111/11 199/2 217/6
pictured [1] 244/2

piece [2] 62/11 170/1
pieces [1] 36/21
pin [2] 185/6 185/7
pinned [1] 33/13
Pitman [1] 239/14
place [18] 7/15 7/25 10/19 31/20 43/21 96/13 97/6 98/23 101/1 124/2 129/14 129/15 141/18 141/19 143/24 156/9 180/5 245/19
placed [3] 42/20 100/23 100/25
places [3] 266/9 266/11 266/14
placing [1] 208/7
Plaintiff [2] 1/3 1/11
plan [8] 6/17 55/9 99/23 106/16 143/24 149/2 206/3 229/23
planned [2] 23/13 160/8
planning [1] 236/6
plans [2] 19/3 271/17
planter [1] 56/3
plastic [1] 16/6
platform [6] 167/13 167/19 168/19 173/25 190/11 232/7
play [63] 31/5 32/9 40/2 44/4 44/5 47/23 49/20 55/3 58/7 62/7 66/22 74/11 75/11 78/20 79/4 80/1 90/1 90/14 91/15 92/13 93/11 127/23 128/20 129/1 131/1 132/20 133/11 134/16 135/2 139/11 140/19 142/20 142/20 147/16 152/24 173/2 179/9 181/19 182/13 184/12 188/6 191/24 194/4 194/17 196/10 206/19 212/21 216/4 218/14 223/6 223/11 230/9 230/10 242/4 244/14 248/20 250/17 255/3 256/14 257/6 261/8 270/16 272/4
played [110] 30/18 31/6 32/10 33/16 35/19 35/24 40/7 41/10 44/6 44/17 46/13 47/24 48/21 49/22 52/21 53/14 54/3 54/14 55/5 55/19 58/9 59/12 60/15 60/18 61/14 62/8 62/20 63/2 66/24 74/12 74/22 76/14 78/14 78/21 79/5 80/3 85/25 87/7 87/21 88/19 90/2 91/17 93/12 93/23 104/13 126/19 127/25 129/2 129/19 130/10 131/2 132/3 132/22 133/12 133/23 134/18 135/3 138/5 139/6 139/13 140/20 142/22 145/9 146/11 146/23 147/17 148/4 150/13 151/22 152/8 152/25 173/3 179/11 181/21 182/14 183/23 184/14 185/1 188/9 190/5 192/1 192/19 194/6 194/19 195/8 195/15 196/12 196/20 206/22 211/13 212/22 216/6 218/15 220/9 223/13 224/4 224/12 230/11 230/15 242/5 242/8 244/15 248/22 250/18

261/10 272/3
player [1] 166/5
playing [32] 5/22 30/3 30/16 41/8 46/11 48/20 53/13 54/2 54/13 60/14 61/25 62/25 74/21 76/13 87/20 129/18 130/8 132/1 133/21 138/3 138/12 146/10 146/22 148/3 150/11 151/20 152/7 192/17 206/20 211/11 224/11 242/7
plaza [8] 11/6 11/7 46/16 48/7 72/20 167/2 167/23 168/22
please [79] 7/3 8/15 12/4 13/3 15/9 15/22 16/14 18/9 29/10 29/25 31/5 35/25 39/11 41/8 43/9 46/8 47/23 54/19 55/18 56/8 60/14 61/13 61/15 61/22 62/7 62/19 63/1 64/14 74/11 88/6 89/4 90/1 92/20 93/11 99/18 106/14 107/18 109/6 113/24 116/9 117/6 123/3 144/11 155/9 155/22 172/14 173/2 179/23 183/22 184/24 191/25 192/18 192/23 194/18 195/7 197/10 201/19 203/24 206/19 212/21 216/5 217/23 218/14 220/7 222/23 223/4 223/12 224/3 224/11 226/16 234/20 242/2 243/22 244/14 247/23 248/11 254/21 256/4 260/15
plus [1] 189/22
pocket [1] 246/7
podium [1] 124/5
point [186] 6/4 7/20 13/19 17/5 22/3 24/23 26/18 28/25 29/18 32/8 32/18 35/10 40/23 41/2 42/12 44/9 45/25 47/18 48/16 50/12 51/10 55/9 55/15 58/21 61/4 64/14 68/3 70/1 70/12 73/7 75/23 76/6 76/10 83/6 84/14 84/15 85/1 85/19 86/2 89/18 90/4 90/7 90/21 91/3 91/8 94/2 96/2 96/14 98/16 99/24 101/23 102/15 113/23 122/23 130/4 130/16 133/14 134/2 134/3 134/20 135/5 135/17 135/18 135/21 135/23 136/6 136/13 136/19 137/3 137/10 137/13 138/19 139/18 140/16 140/22 141/1 141/5 141/14 141/15 142/4 143/16 143/20 144/1 144/22 145/10 145/12 146/1 146/13 146/25 147/9 147/21 149/12 150/15 161/15 163/13 163/22 163/24 164/9 165/17 166/11 167/1 167/18 167/22 168/6 168/7 168/16 170/5 170/14 170/16 170/23 170/25 171/23 171/25 172/8 172/10 173/22 173/23 173/25 174/6 174/9 174/20 174/22 175/14 175/15 175/21 175/23 176/7 177/25

point... [58]  180/9 180/19
182/17 183/16 188/21
191/22 196/3 198/25 199/11
200/4 200/15 202/9 203/12
204/10 204/24 206/6 207/15
208/1 209/9 209/10 210/17
211/5 211/9 212/7 213/2
213/7 213/23 214/4 214/7
216/24 217/2 217/4 217/9
217/10 218/24 219/17
219/19 219/25 220/2 221/11
222/12 224/21 226/1 232/2
232/7 232/9 232/14 237/21
238/22 239/10 240/15 241/7
248/11 250/25 251/3 253/1
258/22 272/21
pointed [5]  48/13 70/7 181/3
233/1 272/2
pointing [14]  25/9 51/3 55/16
72/10 190/21 204/3 204/5
204/6 204/8 204/9 222/13
236/24 237/7 237/9
pole [1]  229/6
poles [1]  66/17
police [109]  8/12 8/25 9/1 9/2
9/9 9/17 9/20 10/25 18/20
19/25 30/7 32/5 32/8 36/22
37/20 39/6 39/24 40/15
40/19 40/21 40/22 44/10
44/21 46/22 47/5 49/6 52/2
52/4 52/6 53/21 57/16 57/23
59/14 59/16 60/21 61/6
66/12 68/11 68/24 74/24
75/2 75/8 76/11 77/6 84/13
84/21 85/7 85/11 86/12
86/21 86/24 98/4 108/19
109/9 109/12 109/14 109/17
114/22 126/9 136/1 158/8
158/22 158/23 159/1 159/4
159/15 159/17 159/22
165/24 166/2 166/17 167/4
168/5 169/1 170/10 170/16
170/18 172/7 173/16 173/20
174/14 191/15 194/9 205/7
206/3 208/16 216/9 218/22
221/1 221/25 223/19 223/24
224/22 228/17 234/22
235/13 235/13 239/1 243/12
244/18 244/22 247/2 249/17
249/17 249/18 249/21
249/22 259/4 261/22
Police's [1]  107/21
policies [1]  208/19
policing [1]  259/11
politicians [1]  37/15
popped [1]  194/8
popular [1]  243/21
portion [4]  11/7 34/24 116/19
119/20
portions [1]  106/16
position [1]  239/7
positions [2]  239/22 262/8
possession [2]  100/19 229/2
possible [7]  14/2 50/23 62/17
105/3 167/21 168/5 273/12
possibly [1]  271/3
post [4]  68/25 187/6 187/8
199/8

poster [5]  171/9 171/10
172/12 189/3 237/1
poster [6]  14/25 15/14
110/21 113/9 113/13 114/9
pot [1]  56/4
potential [1]  273/5
potentially [2]  111/18 209/3
power [2]  121/20 121/25
PowerPoint [1]  264/12
practical [2]  268/14 268/18
practice [1]  114/3
precise [3]  81/2 82/12 82/18
precisely [1]  82/5
prefer [1]  259/14
preferable [1]  6/12
preliminary [1]  4/9
preparation [4]  30/5 94/19
178/7 189/1
prepare [2]  130/18 273/17
prepared [9]  8/13 38/18
59/20 127/16 163/17 165/17
167/6 214/2 265/7
preparing [1]  131/19
presence [4]  116/22 125/25
126/9 263/17
present [9]  4/5 4/6 4/7
101/11 101/14 209/4 253/14
273/13 273/17
presenting [1]  8/4
preserve [2]  121/21 121/25
preside [2]  119/5 135/15
presidency [1]  140/7
President [97]  21/12 21/14
22/1 22/6 23/7 23/12 24/5
27/4 27/6 47/18 73/1 73/4
73/7 73/11 81/20 81/24
82/11 82/17 82/21 84/25
85/4 86/11 90/5 91/2 105/14
105/17 105/22 107/15
107/23 107/25 112/17
112/18 112/18 112/21
112/23 113/3 113/5 113/17
114/19 115/1 116/15 116/15
116/22 116/25 117/1 117/3
118/3 119/2 119/4 119/5
121/20 121/24 121/25
122/24 123/5 123/16 124/10
124/23 126/1 126/12 129/11
129/12 129/13 129/15 131/6
131/8 131/11 133/6 133/6
133/15 135/10 135/15
136/19 137/10 140/6 141/8
148/15 148/18 151/24 152/4
156/16 156/20 156/23
160/10 160/23 164/5 164/6
185/19 204/18 205/13
206/12 210/23 226/18
226/19 246/18 246/19
258/18
President's [5]  73/10 113/1
114/13 114/15 185/20
presidential [5]  10/16 21/6
47/12 156/9 185/18
presides [1]  112/16
presiding [11]  24/1 118/3
121/1 121/22 123/4 124/23
129/14 156/17 156/22 157/1
157/3
press [8]  11/23 34/25 35/1

pressed [2]  32/24 180/5
presses [1]  63/19
presumably [2]  151/12 233/2
presumed [1]  249/24
prettier [1]  14/20
pretty [17]  4/24 5/7 18/20
26/15 83/1 90/25 102/15
103/15 190/7 208/22 210/14
243/4 245/19 245/19 250/20
259/14 269/18
prevent [2]  57/16 208/18
previous [2]  33/19 259/10
previously [1]  140/14
primary [1]  9/2
prior [4]  21/13 22/11 127/6
151/9
priorities [1]  45/17
prisoner [5]  166/20 167/1
167/5 168/17 168/19
prisoners [4]  167/24 168/4
168/11 168/24
pro [6]  129/12 129/13 140/6
141/8 148/19 162/24
Pro Tem [1]  148/19
probably [11]  17/24 191/11
193/24 223/1 228/15 243/15
261/3 262/25 266/14 267/18
267/20
probing [1]  269/25
problem [9]  25/25 45/9 68/19
111/23 137/1 236/20 238/1
264/18 269/7
problems [2]  161/9 169/19
procedure [1]  122/1
procedures [11]  10/2 10/3
10/19 20/15 66/3 108/9
117/14 208/19 238/20
239/17 246/4
proceed [14]  82/22 100/7
106/25 109/1 112/3 155/14
158/5 158/15 164/7 180/7
202/24 217/3 227/20 235/2
proceeded [1]  175/3
proceeding [4]  115/23
126/19 157/12 173/24
proceedings [11]  4/1 6/2
14/23 21/20 23/25 98/9
122/4 122/19 126/23 128/12
275/12
process [10]  10/16 21/6 21/7
21/19 22/1 22/2 22/16
102/16 137/8 145/8
procession [1]  131/7
progress [3]  234/18 263/13
prohibited [1]  235/25
projectiles [1]  101/21
prominentarian [1]  141/3
promise [1]  228/2
proper [3]  35/6 161/3 228/9
properly [1]  17/17
proposed [7]  265/1 265/5
265/21 265/22 265/25
266/21 267/4
prosecutors [1]  270/20
protect [11]  9/2 9/3 59/25
96/4 109/20 115/16 166/7
186/11 235/19 235/19

protected [4]  106/20 107/19
107/20 191/16
protecting [9]  9/12 37/14
112/23 113/3
protection [16]  23/21 107/21
107/23 109/13 113/1 132/16
137/6 140/3 140/5 140/8
140/9 147/2 166/6 166/6
166/7 237/16
protective [3]  38/19 60/8
164/4
protesters [28]  32/22 33/9
33/14 36/15 38/9 38/10
38/21 61/6 61/8 62/14 64/17
67/23 76/12 76/21 76/25
77/5 83/13 83/16 84/20
84/21 87/25 88/3 95/21 98/6
103/22 139/8 154/8 163/5
protests [3]  161/25 163/1
163/2
protocols [2]  160/15 187/21
provide [1]  114/2
provided [1]  121/19
provides [1]  118/18
provision [1]  120/19
public [11]  9/13 10/3 10/5
10/6 10/14 11/4 11/8 18/7
32/19 97/17 162/8 191/19
235/24
publish [41]  12/10 13/11 15/9
15/10 16/20 16/22 18/9
18/10 19/6 19/8 20/19 20/21
43/15 43/17 54/23 55/1
56/17 56/18 78/10 88/15
88/17 89/13 89/15 93/5 93/7
95/4 95/7 116/5 117/7
119/13 120/13 120/15
121/12 121/14 125/8 127/18
172/21 179/2 189/15 189/25
256/6
published [10]  12/14 13/12
78/12 99/13 116/7 117/10
119/15 172/25 179/4 256/9
pull [49]  12/4 13/3 15/1 16/14
18/8 24/13 29/9 29/25 39/11
43/9 44/15 46/8 54/19 56/8
61/15 69/6 88/6 89/4 92/20
106/14 107/10 111/1 116/5
117/5 125/3 130/23 142/18
184/24 196/15 196/17
197/10 203/24 209/11
217/23 220/6 222/22 223/3
238/2 242/2 243/22 244/13
256/4 260/15 261/7 262/21
pulled [3]  25/23 127/17
169/10
pulling [2]  5/22 46/10
punching [3]  169/9 169/22
170/8
purple [1]  130/14
purpose [4]  16/7 86/6 253/13
256/25
purposes [1]  266/25
pursued [1]  32/22
push [4]  41/20 88/2 88/3
207/6
pushed [7]  40/16 202/25

**P**

pushed... [5] 212/3 215/25
230/16 230/17 230/20
pushing [4] 33/14 63/14 98/8
170/8
put [37] 37/18 79/3 79/7
110/20 113/9 120/12 121/1
121/22 147/8 148/7 149/23
161/17 163/17 176/15
203/16 204/9 204/13 209/18
233/14 252/4 252/13 253/9
254/2 254/6 254/14 255/23
262/6 264/4 264/12 265/4
265/11 267/21 267/25 272/7
272/11 272/23 273/3
puts [2] 138/1 148/21
putting [6] 5/14 7/15 209/2
253/10 253/18 261/24
pylons [1] 61/10

**Q**

QAnon [1] 59/7
qualify [1] 80/17
quarter [1] 263/3
question [14] 114/12 119/23
120/22 120/24 121/2 121/21
199/17 199/22 226/18
271/15 272/6 272/6 272/19
273/8
questioning [1] 199/21
questions [10] 99/20 106/3
106/6 154/23 180/22 196/6
196/14 227/10 233/24
271/22
quick [7] 25/16 78/20 99/22
155/6 157/22 226/18 250/20
quickly [5] 14/25 85/13
137/23 137/25 265/11
quiet [5] 96/16 243/5 259/14
quite [7] 5/21 31/17 67/6
101/6 144/5 165/20 262/25
quote [1] 234/4

**R**

rack [15] 11/8 11/12 13/2
17/10 18/2 32/1 32/2 33/9
33/10 33/12 33/14 34/7 47/2
47/3 48/13
racks [11] 16/11 16/18 17/11
28/16 31/20 34/6 101/8
101/15 101/20 101/25 239/1
radio [39] 28/12 37/9 37/18
45/6 45/9 45/9 45/11 45/14
45/16 45/20 87/10 136/3
136/10 136/17 163/25 176/3
176/4 176/9 176/11 176/21
178/3 178/5 178/6 179/13
179/19 181/15 213/4 213/7
213/9 239/4 239/14 240/25
241/2 241/7 241/16 242/15
242/17 242/24 249/15
radios [2] 136/1 136/2
rail [1] 33/12
railing [1] 53/24
raise [5] 8/15 230/19 230/21
230/25 268/22
raised [1] 22/15
raising [1] 273/22
ralliers [1] 162/23

rally [2] 22/24 23/1
ran [5] 153/20 179/20 180/11
221/18 225/1
random [1] 204/22
rank [1] 9/14
ranking [1] 224/22
rarely [2] 208/4 208/5
rather [1] 267/19
rattles [1] 241/24
ray [1] 10/24
reached [2] 106/8 213/3
reaching [2] 84/6 249/7
react [1] 87/17
reaction [4] 219/20 219/22
219/23 264/1
read [20] 104/1 106/4 106/17
106/18 107/3 116/12 116/21
116/25 117/23 118/11
118/13 118/21 119/8 119/19
120/18 121/17 122/10 134/4
155/9 155/23
readjust [1] 111/18
ready [7] 6/1 6/10 8/9 42/8
55/4 74/1 129/24
real [1] 25/16
reality [1] 79/22
realized [1] 153/20
really [13] 7/12 14/19 87/2
144/23 161/11 162/13
162/13 162/14 162/14 169/6
198/1 201/22 265/11
realtime [1] 39/21
reason [8] 5/1 25/24 155/8
228/1 252/1 257/25 266/8
273/22
reasonable [3] 5/9 6/21
267/16
reasons [3] 10/14 20/4 72/16
rebuttals [1] 221/11
recall [24] 51/20 81/22 82/13
82/14 82/19 82/19 87/14
88/21 89/21 101/8 102/18
103/5 103/14 178/9 193/2
204/5 214/6 214/16 217/19
217/20 252/14 259/16
261/17 273/2
recap [1] 148/9
recede [1] 225/12
receive [1] 130/18
received [28] 12/15 13/14
15/11 16/23 18/11 19/9
20/23 24/7 43/18 46/2 55/2
56/19 88/18 89/16 93/8 95/8
116/8 117/11 118/13 119/16
120/16 121/15 127/21
155/20 173/1 179/5 190/1
256/10
recently [4] 10/5 33/7 190/7
265/16
recess [24] 98/19 100/1
100/2 108/11 119/23 137/6
138/1 138/10 147/3 147/9
147/11 147/21 148/7 148/22
149/24 150/1 150/7 152/5
156/24 157/4 157/22 157/25
227/13 227/14
recesses [1] 150/7
recognize [29] 8/1 13/5 15/4

69/10 74/14 92/22 125/4
129/7 133/16 138/8 173/5
173/16 173/18 181/23 182/2
183/25 199/5 220/14 220/18
224/7 244/5 248/2 248/24
249/2
recognized [1] 268/24
recollection [4] 81/25 82/5
82/8 228/9
reconstruct [1] 15/19
record [31] 4/2 59/1 64/11
72/10 100/4 106/4 107/4
107/12 108/14 110/20
113/12 122/3 122/7 126/23
128/10 128/11 128/12
128/14 129/9 133/25 155/10
158/2 165/4 207/19 227/18
248/16 263/25 264/4 264/9
264/12 264/15
recorded [1] 20/4
recording [3] 127/1 127/8
152/13
recordings [2] 178/6 178/12
records [2] 5/8 20/6
recover [1] 171/12
RECROSS [1] 2/2
red [4] 12/20 248/25 249/3
251/6
redirect [4] 2/2 106/1 233/25
234/1
rediverted [1] 67/25
reestablish [1] 171/1
reestablished [1] 171/24
refer [4] 63/11 166/22 265/20
266/3
reference [2] 7/9 165/5
referenced [4] 229/4 229/8
231/14 271/15
referencing [1] 246/19
referred [3] 59/7 125/7
165/25
referring [3] 37/15 248/6
271/4
refers [1] 267/1
reflect [6] 59/1 207/19
207/21 248/16 248/18
265/12
reformed [1] 44/13
regained [1] 33/2
regard [1] 119/24
regardless [1] 272/6
regards [1] 191/18
regular [5] 13/20 165/22
165/23 201/25 250/8
regularly [1] 208/22
reign [1] 65/23
reinforced [2] 11/11 11/12
reinforcements [1] 40/20
relating [1] 106/5
relation [2] 26/19 240/13
relationship [1] 270/6
relatively [1] 96/16
release [3] 263/10 263/13
273/25
relief [3] 43/2 170/24 216/14
relocate [2] 47/22 153/25
rely [1] 176/9
remember [10] 67/21 82/8

162/14 163/24 169/2 264/3
remind [1] 269/19
remotely [1] 229/13
remove [2] 108/23 158/13
removed [1] 146/1
rendering [1] 15/6
repeat [2] 189/16 252/14
repeating [1] 266/12
replay [1] 228/15
report [4] 9/24 71/19 99/13
99/13
REPORTED [1] 1/22
reporter [12] 1/22 99/17
99/22 124/21 130/20 199/8
199/19 200/12 206/15
207/23 269/16 275/17
reporters [4] 75/13 75/14
94/13 94/16
reporting [4] 42/20 71/18
76/11 76/12
representation [1] 263/25
representative [5] 118/16
120/23 149/10 157/3 157/5
representatives [27] 19/18
96/7 110/12 111/4 112/6
116/23 118/1 118/2 118/17
118/24 122/25 123/22 124/2
125/23 128/18 130/13 131/7
131/20 132/9 132/16 145/16
147/4 149/15 156/6 156/11
156/15 157/1
republican [8] 70/22 71/1
71/9 72/17 180/21 185/11
185/16 187/8
request [3] 265/16 272/2
274/23
required [1] 22/14
requires [2] 118/5 119/8
reserved [1] 97/17
resistance [3] 231/5 231/7
233/12
resistence [1] 231/8
resolve [2] 156/19 271/5
respect [8] 68/12 83/4 86/12
86/23 88/24 265/18 266/20
272/19
respective [3] 98/23 116/14
134/12
respectively [1] 157/8
respond [1] 252/22
response [8] 5/3 78/25 90/10
130/24 178/23 238/14
239/16 256/23
responsibility [1] 235/18
responsible [4] 9/7 112/23
112/25 187/9
rest [24] 5/6 33/3 49/20 65/5
83/4 83/11 83/13 83/16
84/20 88/3 88/24 163/17
178/24 182/13 203/4 203/4
203/6 207/5 216/4 224/19
233/19 260/24 261/3 274/20
restrict [1] 162/5
restricted [10] 12/23 46/23
47/4 47/4 107/11 107/14
107/16 177/10 177/11
177/17
restrictions [1] 10/20

R

result [1] 119/22
resume [10] 33/15 55/18
59/11 61/12 85/24 87/5
195/6 196/10 224/3 254/22
resumed [1] 157/7
retire [1] 134/5
retract [1] 132/13
retreat [2] 84/20 84/21
retreated [1] 40/25
retreating [1] 32/21
retrieve [1] 212/11
return [3] 124/4 144/10
144/11
returned [2] 135/5 263/22
review [1] 127/7
reviewed [11] 18/25 30/4
39/16 56/12 94/19 104/6
135/11 178/6 178/15 189/2
190/7
revisited [1] 265/16
rid [1] 102/19
right [348] 4/8 6/18 6/23 6/25
7/2 7/5 8/7 8/14 8/16 12/13
14/1 14/5 14/18 14/23
15/14 15/15 16/12 18/19
19/15 19/22 19/23 20/8
20/20 25/5 25/6 26/4 26/24
26/25 28/18 29/18 29/20
29/21 30/8 30/10 30/19
30/21 30/22 31/1 31/7 31/7
31/13 32/13 32/20 33/20
34/4 34/6 35/12 35/13 39/14
40/8 43/10 44/21 45/2 45/2
46/7 47/1 47/2 47/6 48/10
48/14 48/20 49/12 49/20
49/24 49/25 51/2 51/4 52/19
53/5 53/10 53/13 53/25 54/2
55/3 55/7 58/4 58/7 58/22
58/22 58/22 59/14 59/25
60/14 61/12 61/22 62/5
62/19 64/18 64/19 64/22
64/25 65/1 66/7 67/13 68/6
69/16 69/24 70/7 70/19
71/13 72/18 73/9 73/13
73/21 73/23 74/5 74/9 76/23
77/8 79/20 81/4 81/10 82/22
86/13 87/9 87/10 87/19 88/7
88/11 90/16 90/19 91/25
92/2 92/3 92/10 92/16 94/6
95/12 97/8 98/12 98/25
100/6 104/16 104/19 104/21
106/7 106/10 106/21 108/1
108/16 108/23 110/7 111/5
113/19 114/5 114/15 114/21
117/3 118/8 119/12 121/4
121/7 122/8 122/21 122/22
123/15 125/20 127/2 129/21
131/11 131/24 132/20
132/25 133/11 135/13
135/15 137/16 138/25 139/2
140/18 142/23 142/25
143/11 147/15 148/6 148/9
149/2 149/5 149/16 149/23
149/24 150/2 150/4 150/8
150/15 151/20 152/2 153/3
154/25 155/3 157/21 159/17
164/9 165/17 169/13 173/11
174/11 174/21 174/24 175/1

180/6 180/13 181/8 181/14
181/15 181/16 183/3 183/8
183/16 184/8 184/9 185/15
185/17 185/20 186/7 186/8
186/19 186/21 186/22 188/1
188/5 189/21 189/23 190/24
191/3 191/8 191/24 192/3
194/17 194/21 195/11
195/20 196/1 196/7 196/14
196/22 197/13 198/1 198/1
198/5 199/2 201/10 201/11
202/8 202/19 203/1 207/8
207/16 211/16 212/23
213/12 213/14 213/16 214/2
215/3 215/7 215/10 216/15
216/21 217/1 220/8 221/1
221/15 222/2 222/15 222/16
222/22 223/2 223/3 223/11
223/14 223/16 223/21
223/22 224/5 224/7 224/11
224/13 227/10 227/12
227/20 231/23 233/25
234/14 236/3 236/3 236/13
236/15 236/15 236/18
236/23 236/25 240/17
240/21 241/19 242/13 243/1
243/6 244/20 245/2 245/23
246/25 248/4 248/12 248/12
248/12 249/3 249/7 250/15
250/20 250/21 251/6 251/13
251/23 253/17 254/16
254/25 255/11 256/2 257/10
258/23 260/11 261/24 262/9
262/15 263/2 263/22 264/2
264/23 266/3 266/7 266/19
267/9 268/20 269/24 270/2
270/7 271/10 271/18 271/20
271/25 272/17 272/21 274/7
right-hand [1] 19/22
riled [1] 163/9
rinse [2] 171/6 171/11
rinsed [1] 171/8
riot [6] 42/9 59/20 59/23
75/24 98/5 165/21
rioter [1] 251/8
rioters [59] 38/22 39/5 41/3
42/18 44/8 52/6 56/23 63/24
65/16 65/25 68/4 77/17
77/19 86/19 96/14 96/16
96/20 97/1 97/8 125/25
139/3 143/11 147/24 151/10
154/8 154/14 171/15 172/9
173/22 174/17 174/20 177/9
193/15 194/14 209/13 211/9
213/15 218/24 219/15
221/12 222/1 222/6 225/15
225/17 225/22 228/18
241/13 243/14 243/17
244/11 244/21 245/2 249/24
257/17 259/8 259/11 259/25
260/10 260/24
riots [1] 170/11
riser [2] 35/6 35/13
risk [2] 52/4 239/12
RMR [2] 1/22 275/16
RNC [1] 151/5
rock [1] 175/16
rods [2] 36/17 36/19

rofer [1] 95/16
Romney [6] 182/3 182/4
182/18 184/18 191/8 221/19
room [16] 1/12 100/18
100/18 103/2 114/15 119/2
185/16 197/25 198/21
198/25 200/23 231/11 232/4
232/9 253/2 259/17
rooms [4] 154/8 225/5 225/6
225/6
rotate [1] 239/22
rotated [1] 239/23
Rotunda [36] 19/14 26/13
48/24 49/10 67/20 95/14
95/18 123/19 123/19 160/16
160/18 161/5 161/7 161/20
163/20 164/4 164/15 176/2
176/3 176/4 176/6 176/6
176/7 176/22 177/2 177/2
177/10 177/25 178/2 179/20
180/3 180/11 181/5 221/17
232/19 262/11
Roughly [1] 142/10
rounded [2] 186/24 196/23
route [10] 67/21 98/1 123/17
161/1 164/5 198/13 201/12
205/23 205/25 206/4
routes [3] 198/14 225/3
238/20
row [2] 7/12 111/13
rows [1] 31/20
rule [4] 5/16 5/17 271/12
272/1
Rules [1] 99/12
rummaging [1] 154/18
run [7] 98/6 172/3 175/15
180/8 180/9 241/12 263/23
running [18] 45/19 53/17
75/23 140/9 171/25 181/23
182/25 184/16 184/19
184/21 187/1 191/7 191/10
213/2 213/23 214/18 232/11
241/11
rush [2] 210/18 211/6
Russell [1] 186/1

S

S-U-R-G-E [1] 178/19
safe [5] 18/20 97/23 151/1
183/5 226/8
safeguard [3] 160/19 161/1
167/3
safeguarding [1] 159/24
safer [1] 47/22
safest [1] 6/14
safety [2] 84/15 140/12
said [80] 16/11 29/6 29/15
37/16 52/16 54/5 55/7 56/23
63/15 67/8 67/11 68/5 70/24
77/13 78/23 79/7 80/13
80/17 80/17 80/18 81/14
81/14 81/15 81/16 82/6
82/15 85/17 86/25 87/2
98/10 104/18 105/16 105/18
113/16 124/13 149/18
153/18 159/19 164/24
165/22 166/12 169/3 169/16
169/20 179/7 180/3 201/5
202/13 204/20 209/8 210/2
210/3 210/11 229/23 231/1

234/3 234/4
237/17 238/9 241/25 245/10
242/22 246/16 247/15 250/3
251/21 252/5 252/13 252/22
254/13 254/14 261/17
261/17 261/18 261/18
261/19 266/4 269/21
sake [1] 127/13
same [39] 15/13 18/13 28/15
31/17 39/13 42/18 45/23
52/24 54/16 56/6 56/14
56/15 58/11 65/2 67/3 89/8
89/9 90/16 92/25 97/25
110/13 145/3 171/17 176/18
178/9 188/25 191/7 193/8
194/1 195/22 195/25 204/2
219/10 219/10 221/18
240/18 240/19 256/2 271/14
sat [1] 162/19
save [4] 6/25 265/15 266/11
268/13
saved [1] 85/13
Saving [1] 7/3
saw [66] 28/22 29/7 29/24
31/2 31/18 31/19 32/15
36/25 38/24 40/10 41/15
43/24 44/2 48/2 49/2 57/11
61/7 66/19 77/4 77/5 85/11
91/1 95/17 95/20 101/6
101/17 102/22 103/3 103/10
103/17 129/4 137/1 137/3
140/23 147/1 169/19 171/21
171/22 174/14 177/13
186/24 187/5 187/5 187/13
191/8 191/13 195/18 196/23
197/15 198/3 204/9 214/24
221/18 224/1 228/16 230/5
232/13 232/15 243/12
249/16 249/21 250/20
251/18 252/11 253/17
257/16
say [56] 17/11 18/20 20/7
20/10 27/11 34/17 37/5
52/17 77/12 80/20 86/18
91/6 95/19 110/5 124/16
131/8 161/9 176/21 203/15
203/20 205/14 209/24
210/10 210/25 214/6 216/20
217/18 217/19 217/20
225/14 226/9 228/21 229/20
231/6 231/16 232/2 232/3
232/17 233/15 234/6 237/11
242/13 247/17 252/1 252/3
252/14 258/1 258/13 258/15
261/1 261/2 264/7 266/25
269/3 273/12 273/15
saying [21] 27/20 76/8 80/5
80/6 88/1 89/21 105/16
139/1 177/23 186/24 204/14
204/15 204/16 204/18
204/20 210/21 211/23
214/14 218/18 243/19
246/21
says [6] 104/21 105/23 169/4
178/19 214/7 267/7
scaffolding [28] 14/7 50/16
50/19 51/7 51/9 51/16 51/16
51/22 53/6 56/16 56/21
57/19 57/20 57/21 169/5

scaffolding... [14] 169/6
169/13 170/4 172/1 172/2
172/4 174/24 175/10 175/15
175/16 175/17 175/18
175/20 228/12
scale [1] 102/25
scaled [2] 102/5 102/22
scan [1] 136/3
scannability [1] 242/21
scenario [2] 238/17 253/24
scenarios [2] 238/15 238/16
scene [5] 34/1 86/5 90/16
90/16 260/20
schedule [2] 47/16 130/6
scheduled [6] 21/4 23/3 24/2
47/13 47/14 115/18
Schumer [1] 237/12
Schumer's [6] 236/11 237/13
237/15 237/19 238/12
240/19
scope [4] 272/8 272/10 273/1
273/2
screaming [11] 76/3 76/9
79/24 84/9 105/8 142/16
170/9 219/8 239/9 240/9
244/22
screen [20] 12/6 14/2 16/1
30/21 48/2 56/10 69/12
69/17 69/18 74/14 107/4
111/19 116/17 132/25
172/16 174/12 185/10
193/12 194/8 216/15
screening [2] 235/23 246/4
screens [6] 15/13 24/18
24/20 24/24 111/11 113/13
scroll [1] 116/9
scrub [1] 215/1
search [2] 151/15 167/3
searched [1] 10/24
seat [10] 7/5 27/2 35/18
50/22 137/23 169/12 180/25
237/24 241/5 254/12
seated [6] 7/1 7/11 8/7
158/12 235/1 263/21
seating [8] 8/3 11/23 14/8
14/11 53/6 57/3 57/3 57/6
seats [2] 7/11 26/21
second [44] 6/16 7/12 19/3
19/11 21/17 24/12 67/23
71/20 71/22 71/25 72/22
72/24 73/19 82/15 92/13
93/10 97/15 111/10 113/9
113/19 116/18 127/23
132/21 138/14 143/4 164/17
174/21 175/23 175/25 176/1
176/2 179/6 180/8 190/17
191/1 213/6 213/6 236/13
240/14 241/8 241/11 242/13
255/2 255/3
secondary [1] 166/15
seconds [60] 40/2 44/4 44/16
46/9 55/21 58/8 59/10 61/23
63/20 63/21 63/22 66/23
69/7 78/13 78/19 79/4 79/16
80/2 85/23 87/6 87/20 90/13
91/16 104/9 129/1 129/18
138/12 139/5 139/11 140/19
142/21 142/21 150/12 179/9

184/25 188/8 195/14 197/12
206/21 211/15 212/21
212/21 213/11 215/2 220/7
223/4 230/10 230/10 242/3
242/4 243/24 244/14 250/16
254/22 256/12 257/7 261/8
Secret [9] 23/10 23/19 23/21
107/23 112/25 113/2 137/3
137/10 148/16
section [22] 106/20 109/16
109/18 109/19 109/22 110/1
110/6 117/17 117/21 117/23
118/10 119/4 119/18 119/19
122/10 135/13 156/13 187/6
187/7 235/11 235/17 266/6
Section 16 [1] 119/19
secure [1] 191/18
secured [2] 238/4 238/6
securing [1] 159/22
security [23] 10/1 10/21
19/25 20/3 20/11 20/15 30/8
66/3 66/9 68/11 79/20 99/13
126/6 126/7 140/4 142/2
151/4 181/2 185/3 187/21
194/9 206/3 225/2
see [169] 6/17 6/19 7/10
7/13 7/16 7/17 8/3 12/6
13/24 14/1 14/4 15/13 15/24
25/16 29/23 34/5 34/11 36/7
37/1 38/2 38/5 38/10 39/8
41/17 45/20 48/4 49/14 51/2
53/2 53/10 53/16 54/10
55/16 55/24 56/10 58/11
58/19 61/9 63/4 66/14 69/12
73/17 74/24 75/2 75/9 75/23
76/22 77/2 84/3 86/17 91/19
92/7 92/8 92/15 95/16
102/25 103/7 103/13 107/5
114/9 123/17 124/25 125/19
127/4 127/20 128/4 132/7
132/8 133/14 135/8 137/8
139/16 142/5 143/7 143/17
147/19 149/9 149/15 151/24
152/12 164/24 165/7 165/8
165/9 167/11 167/12 167/15
167/16 168/9 168/12 168/16
169/1 169/6 169/8 169/16
172/16 175/7 176/8 177/1
177/3 177/18 177/18 180/5
180/20 185/12 185/13
185/14 186/20 187/3 188/7
188/17 192/3 192/11 193/8
194/21 195/10 195/13
195/17 195/22 198/1 201/2
204/7 205/7 205/14 205/18
205/19 205/20 205/21 206/2
206/25 207/8 207/13 218/2
218/7 219/22 219/23 219/25
220/1 220/1 220/11 223/16
226/25 226/25 227/8 228/12
228/14 228/16 228/20
228/22 229/23 230/5 230/8
232/2 237/7 237/9 243/11
244/18 244/20 248/9 251/1
253/20 255/7 256/1 262/19
264/1 266/5 271/19 273/14
275/5
seeing [9] 25/8 70/20 125/11

205/17 252/24
seem [3] 163/1 261/4
seemed [5] 7/17 162/24
163/4 163/9 257/6
seems [4] 6/21 267/25
272/23 273/3
seen [16] 30/12 56/5 77/25
79/19 88/9 114/24 122/18
163/2 163/2 163/5 184/21
191/11 207/4 215/5 228/15
244/10
sees [1] 5/10
segment [2] 74/25 78/20
segregate [4] 11/9 16/6
17/18 36/9
segregated [1] 11/7
selecting [1] 268/15
Senate [242] 19/16 19/21
21/12 21/14 22/2 22/10
22/15 22/16 22/17 24/1 24/5
25/7 26/5 26/9 26/18 26/20
26/21 26/23 26/24 27/3 27/7
27/7 29/2 48/8 60/24 61/8
61/10 61/20 63/11 64/14
64/17 64/18 64/25 67/24
67/25 68/4 68/12 68/16
68/20 68/24 69/2 69/24 70/8
70/9 70/21 70/23 70/24
71/14 71/21 71/23 72/21
72/22 73/9 73/9 73/14 73/24
74/8 76/12 76/20 84/23
84/24 84/25 91/1 91/2 96/4
99/2 99/11 99/12 99/12
109/18 109/19 109/20
109/22 109/25 110/5 110/12
111/6 111/8 112/11 112/13
112/16 112/19 114/22
115/13 115/16 116/22
116/23 116/25 117/1 117/25
118/3 118/13 118/15 119/4
119/9 121/20 121/24 122/12
123/6 123/7 123/8 123/12
123/12 123/13 123/25
124/23 125/18 125/21
126/21 127/7 129/5 129/8
129/16 129/24 130/18 131/5
131/6 131/15 132/8 132/18
134/6 134/13 134/20 135/5
135/16 136/19 136/22
136/25 137/5 137/14 137/18
138/10 138/20 139/2 140/17
141/6 141/16 141/21 142/9
142/12 142/25 143/9 143/16
144/5 144/8 144/21 144/25
145/1 145/1 146/4 146/5
146/8 147/21 148/10 148/21
150/7 150/20 152/15 153/13
153/14 153/16 153/21
153/23 153/25 154/3 154/14
156/7 156/7 156/12 156/18
156/21 156/23 156/24 157/6
159/1 159/2 159/19 159/23
159/25 160/1 160/3 160/4
160/5 160/22 178/5 179/16
179/17 179/20 179/21 180/4
180/7 180/10 180/21 183/11
183/12 183/19 183/20 184/2
184/6 184/10 184/19 185/25

190/25 191/4 196/24 197/25
198/15 198/21 200/15
200/20 200/23 214/23 215/6
222/3 223/18 223/21 224/25
225/4 225/10 225/11 226/9
226/10 227/5 235/11 235/17
235/19 236/1 236/6 240/13
241/10 242/19 243/6 245/13
246/10 247/4 257/20 257/23
262/12 262/17
Senator [40] 28/20 28/25
29/3 31/3 31/16 32/15 33/23
71/11 120/23 129/22 131/14
133/17 137/4 137/25 138/9
138/14 138/16 140/1 140/15
148/18 156/22 180/18 182/3
182/4 182/17 183/2 184/18
185/11 186/2 191/8 222/3
222/6 224/24 232/19 235/19
237/13 237/15 237/19
238/11 240/19
senators [26] 22/6 71/6
71/15 71/18 72/16 85/1
109/21 119/1 122/24 124/8
125/14 125/22 126/1 126/11
149/21 144/14 156/24
159/24 160/20 160/24 186/9
186/10 198/22 198/24
201/12 201/14
Senators' [1] 225/8
send [4] 37/18 264/14
268/16 269/15
sending [1] 274/2
sense [3] 39/23 197/18
216/14
sentence [4] 106/19 116/13
116/21 266/23
sentences [2] 82/9 266/15
separate [4] 120/20 124/18
156/18 264/6
separately [3] 134/11 134/13
193/17
separating [1] 197/20
September [1] 1/6
sequence [1] 196/8
sequestered [5] 5/10 274/16
274/24
sergeant [6] 9/18 132/13
132/14 132/17 169/1 169/2
series [3] 71/2 193/2 196/16
serve [2] 159/1 159/6
served [1] 241/22
service [14] 23/10 23/19
23/21 100/15 112/25 113/2
114/24 137/3 137/11 148/16
159/12 201/25 241/22
263/11
Service's [1] 107/23
session [43] 21/24 23/8
23/25 23/25 98/11 98/14
117/24 118/6 118/22 118/22
118/23 119/9 120/1 120/3
123/1 130/2 130/19 131/21
133/19 146/4 146/6 146/7
149/5 150/25 153/3 156/4
156/5 156/12 156/15 156/17
157/6 157/8 157/16 160/2
160/9 160/11 160/12 160/14

session... [5] 160/23 161/21
  226/6 236/6 236/10
set [21] 6/18 12/22 13/1
  13/21 14/11 16/11 32/3 34/6
  46/22 49/8 50/16 50/16 53/2
  57/1 57/20 77/6 162/2
  164/17 171/5 196/25 241/3
sets [1] 112/11
settle [2] 253/2 253/12
settled [1] 260/21
setup [2] 11/14 14/8
Seventh [1] 1/12
several [19] 58/2 67/7 67/8
  67/9 84/21 85/18 85/20
  97/13 98/6 98/7 105/20
  135/22 136/13 154/2 219/17
  220/4 247/20 259/22 260/13
severe [1] 33/6
severely [1] 84/19
shake [1] 175/16
shaking [1] 51/25
shall [28] 12/14 13/12 20/20
  43/16 95/6 116/14 116/22
  116/24 117/9 117/24 118/1
  118/3 118/13 118/13 118/14
  118/16 119/21 119/22
  119/23 119/23 120/14
  120/25 120/25 121/19
  121/20 121/21 121/22
  248/18
shape [1] 17/22
sharp [2] 204/6 229/10
sharpened [3] 203/11 203/12
  209/9
shattering [1] 240/8
she [8] 33/2 33/3 33/11
  73/11 130/16 145/15 145/17
  146/1
She's [1] 130/17
shelter [3] 97/6 98/23 143/25
sheltering [1] 96/12
shields [2] 249/18 249/22
shift [2] 237/16 241/10
shirt [15] 58/25 59/9 63/8
  192/9 194/24 195/1 195/25
  207/11 229/15 229/17 245/7
  245/24 246/23 248/7 251/9
shocked [1] 137/2
shoes [1] 103/21
shoot [2] 210/9 230/24
shop [3] 198/5 198/6 198/8
shore [1] 241/14
short [2] 93/10 111/25
shorthand [1] 20/11
shortly [5] 40/24 46/2 90/24
  192/15 224/19
shot [3] 102/3 190/23 233/1
shots [1] 189/8
should [9] 12/6 113/23 119/9
  178/21 188/15 232/22
  254/17 265/9 268/18
shoulder [8] 47/1 47/1 58/23
  166/6 199/2 213/3 248/13
  257/21
shouldn't [2] 120/1 266/9
shout [1] 149/20
shouting [5] 146/13 146/16
  146/19 221/10 221/11

show [13] 16/18 19/2 24/25
  78/2 119/12 126/18 143/2
  153/10 167/4 167/23 180/25
  196/4 264/7
showed [1] 213/15
shown [1] 16/25
shows [6] 19/12 43/12
  127/10 170/16 170/18 172/9
shuffled [1] 147/2
shut [1] 10/14
sic [1] 179/2
side [87] 11/8 11/9 11/11
  13/16 14/10 14/18 18/2
  19/15 19/20 19/21 19/22
  22/10 26/14 34/8 46/1 46/12
  46/19 49/25 50/5 50/13
  51/10 52/15 53/2 53/2 53/11
  68/1 69/17 69/18 70/5 70/5
  71/5 71/19 72/19 83/22
  93/17 95/11 96/17 96/17
  96/21 96/25 97/4 97/12
  97/21 100/14 108/4 111/5
  111/6 124/20 124/23 128/3
  137/22 139/20 160/22
  160/25 162/6 162/8 162/15
  163/15 163/16 167/2 168/8
  168/15 168/21 169/14 170/3
  175/4 179/17 179/20 179/21
  180/4 180/9 184/3 186/7
  190/11 194/13 198/6 198/7
  205/23 205/25 218/11 225/1
  236/13 237/8 237/8 244/4
  246/10 259/18
sidebar [1] 80/11
sides [4] 11/23 160/21
  203/12 269/8
sign [8] 10/6 18/3 18/3 18/6
  18/13 28/16 38/15 63/10
signaling [1] 79/9
significant [3] 208/6 208/10
  273/7
signs [5] 31/24 34/14 34/16
  162/24 162/24
similar [7] 10/21 33/23 164/4
  196/15 196/16 229/13 238/1
simply [1] 63/18
simultaneous [1] 193/10
simultaneously [1] 188/24
sir [5] 7/5 7/6 108/23 113/25
  158/13
sit [2] 29/5 160/5
site [4] 11/18 11/18 38/25
  62/16
sitting [6] 8/13 124/19 124/24
  137/2 206/10 269/11
situation [12] 11/5 84/11
  84/14 96/1 206/7 234/10
  252/24 253/12 253/15 258/5
  259/6 268/23
situations [1] 208/17
six [9] 71/4 71/24 72/24
  114/25 115/1 185/23 186/18
  186/21 196/24
size [1] 39/23
skull [1] 251/8
skylight [3] 48/3 48/6 48/10
skylights [1] 48/7
slam [2] 141/4 141/4

slammed [1] 270/9
slap [1] 264/7
slide [1] 264/6
slightly [1] 21/21
slowing [1] 213/18
slowly [3] 167/24 168/23
  225/12
small [7] 26/16 26/17 32/2
  84/7 84/10 105/19 165/1
smaller [1] 197/19
smash [2] 254/7 254/7
smoke [7] 41/17 219/18
  219/19 219/21 219/24
  259/17 260/21
smoothly [2] 23/19 23/22
snack [3] 198/5 198/6 198/8
snapping [1] 250/13
snow [9] 11/9 13/25 16/2
  16/3 16/5 34/7 34/12 34/14
  238/25
so [405] 5/8 6/17 6/18 9/23
  10/5 10/10 11/24 13/16
  14/19 17/20 18/19 19/11
  21/20 22/6 22/12 22/21
  23/20 24/3 24/9 24/18 24/19
  25/13 26/4 26/14 26/15
  26/21 27/3 28/8 28/18 30/10
  30/21 31/2 31/13 31/17
  31/19 32/12 34/11 35/4 35/7
  36/10 37/3 38/5 39/2 39/5
  39/20 40/10 40/20 40/25
  41/12 41/14 41/25 42/23
  43/1 44/16 45/2 45/5 45/20
  46/5 46/15 46/19 47/2 47/16
  48/17 49/1 49/24 51/2 52/16
  53/1 53/2 53/8 54/7 54/10
  55/12 55/17 57/5 57/7 57/20
  62/15 63/19 65/7 65/21 66/9
  66/11 67/2 67/11 67/25
  68/19 69/23 70/1 72/2 72/4
  72/15 73/23 74/4 74/7 74/24
  75/20 77/7 79/18 80/8 81/13
  81/19 85/19 86/21 87/15
  88/24 90/4 90/16 91/4 93/14
  93/22 96/6 98/14 99/22
  100/1 101/14 108/3 108/7
  110/5 110/9 111/3 112/3
  112/18 114/8 114/12 114/21
  115/10 118/5 118/12 118/18
  119/1 119/2 121/24 122/8
  123/4 123/16 123/18 124/15
  124/17 124/19 124/25
  125/22 125/25 126/11
  126/14 127/14 128/3 128/11
  128/14 128/19 129/4 129/16
  130/1 130/6 130/18 131/9
  132/6 132/17 133/8 133/18
  134/4 134/6 136/3 136/4
  136/6 137/16 137/19 138/3
  138/23 139/4 139/8 139/15
  140/6 140/7 140/9 140/14
  140/18 141/1 141/3 141/9
  142/12 142/18 143/3 143/4
  143/9 143/15 144/22 144/25
  145/7 145/12 146/13 146/25
  147/4 147/21 148/6 148/9
  150/11 150/24 151/6 151/6
  151/20 151/24 152/10
  152/15 152/21 155/5 155/9

slam [1] 264/7
162/6 162/7 162/18 164/6
164/12 164/15 165/13
165/20 166/8 167/2 167/2
167/5 167/8 167/14 167/16
167/17 167/18 167/20
167/23 168/2 168/15 168/19
169/6 169/13 170/19 171/8
171/11 171/25 172/2 174/1
174/16 174/17 175/2 175/2
175/5 175/7 175/23 176/5
176/8 176/14 177/5 177/13
178/18 180/3 180/5 180/11
180/16 180/17 181/11
181/15 181/18 182/16 183/3
183/13 184/8 184/9 184/21
184/21 185/3 185/8 185/9
185/10 185/10 185/22 186/2
186/6 186/13 187/7 187/8
187/13 187/19 188/3 189/21
190/10 190/11 190/24 191/1
191/6 191/10 193/10 193/23
194/1 196/10 197/15 197/24
198/9 200/7 200/11 200/13
200/20 201/2 201/9 201/10
202/6 203/9 204/13 206/9
207/23 208/18 211/9 213/9
215/2 215/5 215/9 215/18
217/3 217/12 218/11 219/3
219/25 220/3 221/8 221/15
221/21 222/4 222/9 223/21
224/17 224/25 225/11
225/19 226/6 226/24 233/12
234/9 234/16 234/20 236/21
236/24 237/1 237/7 237/9
237/17 238/1 238/8 238/16
238/19 240/4 240/5 240/8
241/19 241/24 242/19
242/20 242/21 245/15
245/16 246/5 246/5 246/23
248/19 249/19 249/24 250/8
250/9 250/13 250/20 252/11
253/10 253/20 253/23 254/7
257/25 258/4 259/14 262/4
262/18 263/5 263/8 263/8
263/11 264/1 265/19 267/16
268/1 268/2 268/5 268/8
268/13 268/16 268/20
268/20 269/12 271/22
272/15 273/25 274/7 274/16
274/17 274/22 275/3
social [1] 97/18
Soldiers [1] 245/15
solid [1] 253/24
solved [1] 111/23
some [88] 9/20 14/7 16/18
22/3 25/24 30/3 32/3 41/3
41/5 45/25 47/5 48/2 59/18
60/2 60/11 62/15 67/5 74/2
75/23 75/24 76/7 90/21 92/4
94/12 94/16 97/5 98/16
135/18 136/19 137/10
146/13 146/13 146/16
153/12 153/12 161/9 161/15
163/13 163/22 163/24
165/20 168/6 170/23 170/23
172/8 174/14 178/6 178/12
180/22 182/17 189/8 196/6

some... [36]  205/10 210/21
211/9 212/3 213/2 213/23
214/14 215/14 215/25 219/2
219/10 219/10 219/17
221/22 222/12 229/1 231/18
234/6 234/18 234/18 237/21
238/5 238/22 239/10 241/7
245/2 254/14 263/6 263/12
263/15 263/23 266/11
268/14 268/17 270/6 270/17
somebody [9]  63/19 170/1
175/15 176/21 196/18 207/5
214/18 249/15 256/1
someone [10]  5/12 5/13 6/2
45/20 79/22 112/1 211/18
229/8 240/6 245/19
something [52]  11/13 14/4
15/17 21/7 21/21 31/11
33/12 42/5 42/14 42/15 43/7
47/6 58/24 81/15 87/10
111/25 112/2 124/12 139/8
140/24 163/23 169/2 169/25
172/5 176/3 176/4 178/4
184/4 191/11 204/10 207/17
208/2 208/4 208/6 210/11
213/3 229/6 229/9 231/1
234/3 234/6 243/20 246/8
253/5 258/1 264/5 264/11
264/15 265/8 265/12 271/7
272/9
sometime [1]  265/6
sometimes [2]  165/25 199/20
somewhat [1]  106/5
somewhere [8]  44/16 94/5
99/25 193/24 198/5 201/3
201/7 201/10
soon [2]  201/8 263/18
sorry [36]  36/19 40/5 70/16
72/13 91/13 91/14 96/19
128/22 132/12 146/6 148/18
153/22 155/8 160/4 161/9
174/5 179/6 192/23 192/23
195/1 211/1 211/14 211/25
213/10 215/3 220/5 237/5
237/11 242/6 251/10 251/12
255/17 257/10 266/3 266/21
270/23
sort [42]  8/2 11/20 15/6
15/25 17/4 17/14 36/4 39/16
42/11 48/2 49/18 51/25
52/16 55/12 56/2 64/23 75/5
171/1 171/25 174/10 176/12
185/22 188/23 193/5 196/5
196/16 212/3 214/1 215/25
219/3 221/5 221/14 221/21
222/9 225/11 225/12 255/21
258/4 260/20 261/20 263/4
270/7
sound [13]  20/7 20/9 30/10
76/4 79/19 79/23 84/8 90/17
104/9 182/16 240/22 241/21
256/1
sounded [3]  37/11 145/14
234/5
sounds [8]  75/24 76/9 76/10
139/8 176/13 240/3 263/4
273/6
south [11]  11/8 14/18 26/13

111/1 111/8 167/2 168/21
space [18]  17/5 30/13 73/8
73/12 73/13 113/5 113/17
113/21 114/16 114/19
123/15 197/7 197/18 202/22
212/4 215/25 258/25 259/24
SPAN [2]  127/4
speak [3]  120/23 176/15
259/8
speaker [17]  112/7 112/8
118/15 123/16 123/20
123/25 124/19 130/15
132/11 145/13 145/18
145/23 145/25 148/18
149/12 152/10 156/25
Speaker's [2]  97/3 97/23
speaking [4]  182/23 182/24
258/7 261/15
spear [4]  203/11 204/6 229/9
245/6
specific [4]  82/6 99/8 116/2
242/19
specifically [11]  87/2 103/9
109/25 114/22 177/22 189/5
209/21 214/14 226/21
245/13 269/21
sped [1]  39/20
speech [1]  138/21
speed [2]  39/21 213/21
spend [2]  247/19 268/9
spent [1]  120/9
spill [1]  166/1
spilling [1]  165/10
split [2]  52/24 54/5
spot [2]  52/17 216/10
spray [8]  41/21 42/1 42/2
169/11 173/13 175/11 202/1
202/2
sprayed [8]  41/25 42/1 170/2
170/17 173/12 173/13
174/20 259/19
spraying [1]  169/22
spread [1]  151/6
spring [2]  1/15 267/23
squad [1]  226/4
square [5]  9/8 11/6 11/12
12/19 12/21
stabilize [1]  84/14
staff [9]  10/7 75/21 75/22
94/14 97/11 159/24 185/20
187/10 235/24
staffed [1]  91/9
staffer [1]  75/19
stage [33]  11/10 11/16 11/22
13/9 13/22 13/23 14/22 18/7
28/24 29/21 29/23 34/24
35/8 35/12 35/13 35/22 38/1
39/1 43/23 44/2 50/5 50/13
57/4 62/18 166/16 166/25
167/13 168/20 168/25 169/5
173/25 175/4 175/10
stair [1]  185/12
staircase [33]  51/3 52/16
70/11 70/13 70/14 70/16
70/18 70/19 73/15 73/18
73/19 78/4 185/12 185/13
186/4 186/15 186/20 188/4
197/1 198/7 198/11 198/12

200/24 200/25 201/6 201/9
221/14 240/4 240/7 240/11
stairs [39]  32/3 38/5 43/23
47/6 48/25 52/13 53/17
57/19 57/20 57/21 71/20
164/5 164/7 164/16 164/17
164/18 174/18 174/21
177/10 177/14 177/15
188/18 191/22 196/22
196/25 197/3 202/10 206/24
209/10 213/2 213/20 213/23
214/9 214/10 214/21 215/23
231/12 232/7 232/8
stairway [1]  198/20
stairwell [3]  38/3 38/4 73/23
stamp [9]  127/24 130/9
131/1 132/2 132/21 134/16
140/23 144/11 181/14
stand [18]  4/19 4/20 6/9 8/2
8/15 55/16 100/1 113/23
114/8 156/23 157/4 157/21
160/1 161/7 164/8 168/15
245/2 272/23
standing [34]  32/3 47/1 56/2
72/3 75/5 77/8 79/11 104/20
138/20 143/11 154/18
166/12 167/12 167/15
180/20 188/17 197/6 199/3
201/3 204/8 214/25 218/10
220/18 220/24 223/21 232/4
237/6 248/4 249/2 251/1
251/9 251/14 259/1 262/18
standoff [2]  77/19 90/17
stands [1]  178/23
start [33]  22/2 22/17 30/3
30/16 46/9 46/11 61/25 64/6
78/13 89/18 90/13 93/21
98/8 118/8 130/1 130/6
143/17 149/1 149/9 149/15
155/24 162/11 163/18
183/22 184/25 206/20
212/20 232/8 237/3 263/4
263/14 263/18 274/1
started [16]  36/6 38/1 62/4
65/2 65/10 67/4 98/12
145/13 159/16 170/18
170/19 202/21 209/21 225/5
238/17
starting [11]  11/17 74/5
134/23 147/22 200/13
200/20 212/10 225/5 244/14
244/21 248/20
starts [6]  22/4 23/4 89/21
150/7 162/9 175/17
state [3]  118/13 120/22
138/17
statement [4]  27/17 82/15
105/3 228/10
statements [4]  82/15 86/7
86/9 87/1
states [37]  1/1 1/2 1/9 1/11
1/14 4/3 84/25 96/3 99/10
100/4 107/6 107/7 107/21
107/23 107/24 108/14
108/18 109/9 109/10 109/11
112/17 112/25 116/14
117/17 123/5 133/7 155/24
155/25 158/3 158/8 158/22

159/6 160/10
227/18 234/21
Station [2]  162/16 162/23
stationed [1]  161/20
Statuary [2]  19/17 123/21
statute [9]  117/18 118/5
118/18 119/3 119/20 120/8
121/9 121/17 135/10
statutes [2]  117/13 117/16
stay [20]  23/18 34/14 99/5
115/16 135/15 141/17
141/18 143/24 144/3 144/14
144/16 147/11 153/7 217/7
219/12 219/15 226/13
259/14 274/19 274/22
stayed [2]  43/1 152/4
steal [2]  243/20 246/16
stem [1]  241/13
step [14]  7/5 72/5 88/2
106/11 155/3 199/3 234/14
249/14 252/8 253/11 253/25
254/1 254/5 263/9
stepping [1]  236/20
steps [15]  50/5 50/14 61/6
61/7 64/17 71/21 71/21
71/21 72/21 72/23 87/18
137/25 141/1 232/11 253/7
stick [1]  92/5
sticker [1]  264/7
still [29]  6/5 9/12 31/20 85/2
102/3 122/17 137/1 143/7
146/4 146/6 146/7 148/1
149/4 162/13 167/22 167/25
168/8 189/8 189/20 204/2
207/8 212/13 215/19 222/3
233/1 237/13 252/23 257/20
260/13
stipulate [2]  107/9 156/3
stipulation [7]  106/4 106/7
106/16 106/23 107/3 155/10
155/12
stipulations [1]  155/18
stolen [1]  249/24
stood [6]  218/24 229/16
230/2 245/8 245/11 245/23
stop [18]  77/13 79/3 84/13
127/14 132/4 132/23 170/10
179/22 179/24 211/3 214/4
215/24 242/7 243/20 246/16
246/17 247/4 263/2
stopped [8]  79/1 83/15 83/16
98/16 98/18 101/23 139/15
188/12
stopping [2]  90/7 196/5
storm [1]  258/13
straight [4]  34/25 124/7
162/17 197/24
strategies [1]  259/5
strategy [2]  259/8 259/10
streaming [2]  243/14 244/21
Street [3]  1/15 162/6 165/11
stricken [3]  247/8 247/9
247/11
strike [6]  28/4 99/3 206/11
214/2 269/1 269/7
strong [1]  126/8
struck [1]  177/7
structure [13]  13/17 13/21
31/23 31/24 34/24 35/4

structure... [7]  51/16 51/23
57/7 57/17 57/19 170/4
175/20
structures [3]  11/20 17/10
51/7
struggling [1]  260/11
stuck [1]  168/1
student [1]  245/20
studio [2]  127/1 152/13
studios [1]  127/8
stuff [5]  15/25 66/18 165/21
239/18 245/15
stumbling [1]  273/7
subchapter [1]  119/25
subject [2]  172/23 267/21
submit [1]  118/16
submitted [1]  118/14
substantive [4]  264/25 268/7
268/8 271/16
succeed [1]  63/25
succeeding [1]  117/25
successful [2]  51/15 170/13
successfully [1]  225/25
succession [1]  140/7
such [8]  118/14 118/16
119/21 119/24 120/23
120/25 235/23 270/6
sudden [1]  36/5
suffered [1]  33/6
sufficient [1]  269/22
suggestion [1]  7/18
suit [2]  139/22 188/20
suite [6]  1/15 1/19 29/3 29/3
70/15 123/20
suits [1]  136/2
Summarizing [1]  121/3
superiors [1]  42/20
supervisor [1]  175/17
support [1]  85/20
suppose [3]  10/17 111/21
148/19
supposed [9]  48/11 49/11
57/9 105/1 117/14 160/9
161/2 186/11 246/11
Supreme [1]  177/5
sure [25]  5/20 10/22 23/18
23/22 51/2 51/20 60/6 86/25
108/25 123/2 151/1 151/7
153/19 161/1 222/4 224/17
225/16 225/17 226/8 235/20
235/23 251/10 253/20
271/11 274/21
surely [1]  168/23
surface [1]  253/23
surge [1]  178/19
surged [3]  52/10 84/22 84/22
surging [1]  53/20
surprises [1]  271/23
surrender [10]  80/7 80/13
81/2 81/16 81/19 81/23 82/1
82/10 86/10 105/15
surveillance [1]  60/20
suspect [1]  271/8
suspended [1]  157/6
suspending [1]  139/12
Sustained [2]  105/6 247/7
SUV [1]  49/14
swap [4]  29/11 64/8 164/21

SWAT [2]  49/16 178/22
swaying [1]  175/22
sweater [1]  248/14
sweatshirt [3]  192/7 195/1
246/7
sweep [1]  226/7
sweeps [2]  226/4 226/5
switch [1]  50/8
sworn [4]  8/18 108/21
158/10 234/24
system [5]  20/2 20/6 31/11
45/11 161/10

T
T-shirt [10]  63/8 192/9
194/24 195/1 195/25 229/15
229/17 245/24 246/23 248/7
table [2]  4/18 8/13
tail [3]  47/11 153/21 153/23
take [71]  15/21 26/7 27/2
45/11 46/20 50/22 61/22
64/7 65/13 67/15 68/11
72/24 79/15 94/9 97/10
99/21 99/22 99/23 99/24
100/1 107/18 108/7 121/6
124/2 124/8 126/16 134/11
134/23 137/23 140/10
140/16 148/13 153/15 156/5
164/6 166/25 167/2 168/24
169/12 170/20 180/23 186/4
190/22 193/23 201/3 205/5
209/19 214/7 214/7 217/14
220/7 227/12 228/2 232/3
232/3 233/10 236/3 245/4
246/1 251/18 252/8 252/8
252/11 253/7 253/11 254/5
256/11 264/23 265/6 267/13
268/20
taken [23]  54/22 55/7 56/14
88/11 89/9 92/24 94/20
100/2 108/11 119/23 147/4
149/13 156/9 157/25 166/18
181/7 189/2 189/8 191/6
193/2 196/18 227/14 256/1
takes [4]  129/14 134/12
134/13 137/4
taking [16]  43/21 70/18 89/6
118/19 123/17 134/25 149/7
149/9 150/4 154/19 180/25
190/22 199/19 201/13
223/24 255/10
talk [14]  7/7 7/7 10/1 27/11
45/14 45/23 98/9 122/8
168/13 188/23 242/21
259/11 269/14 274/9
talked [12]  21/24 69/9 87/23
99/7 108/1 118/21 126/14
145/1 269/1 270/12 270/13
270/16
talking [12]  17/11 18/14
66/19 74/16 82/24 83/2
128/7 128/11 161/18 186/16
268/9 269/19
tall [2]  16/9 51/18
tammy [5]  1/22 1/24 275/16
275/16 275/18
target [1]  246/25
tarp [3]  14/17 57/11 57/14
teach [1]  116/17

teamed [2] 58/19/23 130/32
68/24 137/3 137/6 140/3
140/5 140/9 147/2 178/22
178/23
tear [5]  51/14 51/16 166/7
170/18 170/19
teary [1]  259/23
technically [1]  190/15
technology [2]  14/2 184/7
telephone [2]  92/18 92/19
tell [37]  8/24 13/7 36/24
37/11 46/15 69/4 80/5 81/13
81/18 81/21 90/7 105/10
114/23 125/16 154/5 158/21
168/24 173/8 175/6 175/6
176/10 185/5 187/3 187/15
187/16 205/3 212/1 216/3
221/5 224/18 231/9 233/14
233/16 235/8 242/17 247/13
257/16
telling [12]  34/14 72/15 88/2
90/4 141/14 141/15 188/14
221/9 221/10 222/17 222/18
258/20
tells [2]  105/21 224/23
Tem [5]  129/12 129/13 140/6
141/8 148/19
temperature [1]  253/2
temporarily [1]  107/16
temporary [6]  36/11 38/24
44/10 50/16 57/3 149/23
ten [13]  37/24 39/9 39/20
46/19 67/11 96/16 99/23
100/1 157/22 227/12 236/2
241/18 243/13
ten-minute [2]  100/1 227/12
tenor [1]  143/15
tens [2]  22/24 23/1
term [5]  17/13 35/6 107/17
107/20 157/12
terms [6]  157/14 157/19
265/15 268/5 270/16 272/10
Terrace [31]  29/8 29/16
29/17 29/20 35/3 35/14
35/17 36/10 38/3 38/4 40/11
40/13 41/1 41/14 43/22
43/25 50/6 50/6 50/14 50/15
67/22 84/22 84/23 164/4
164/18 168/21 190/12
190/13 191/14 191/22
193/21
testified [9]  8/19 80/16
101/19 102/9 108/22 158/11
201/21 234/25 274/24
testify [4]  4/23 5/4 82/4
274/18
testifying [4]  4/13 4/25 101/9
108/24
testimony [16]  5/5 5/7 5/10
30/5 101/23 106/5 106/12
114/18 127/6 153/12 155/4
178/7 189/1 231/14 234/15
263/9
text [6]  116/10 128/3 128/8
178/12 178/15 265/13
than [24]  13/20 14/14 26/8
41/19 69/23 83/20 86/19
108/6 120/24 160/12 163/1
178/24 198/19 203/7 209/10

terry [2] 58/13 229/21 231/4
252/20 267/19 269/22
272/16 272/24
thank [52]  7/5 8/11 12/13
17/9 25/20 26/2 29/5 30/25
61/11 72/11 99/19 100/9
104/14 105/25 106/2 106/11
106/13 107/1 107/25 111/14
114/7 114/11 114/17 121/17
124/4 137/24 150/10 155/4
155/15 157/20 158/7 158/12
158/13 158/16 169/12 190/3
199/24 199/25 227/11
227/22 233/24 234/12
234/13 234/15 235/1 235/3
237/25 241/6 263/11 263/18
274/6 275/4
thankfully [1]  122/17
Thanks [5]  6/15 25/11 27/2
41/9 65/1
that [1240]  4/21 5/1 5/5 5/6
5/9 5/10 5/25 6/3 6/4 6/10
6/11 6/17 6/17 6/18 6/21 7/3
7/17 7/25 8/1 8/4 9/6 9/23
10/6 10/9 10/11 10/16 10/18
10/23 11/1 11/14 11/21
11/24 12/2 12/13 12/22
12/25 13/7 13/24 14/4 14/4
14/7 14/11 14/18 14/23
15/14 15/15 15/24 16/12
16/16 16/25 17/7 17/10
17/13 18/3 18/13 18/14
18/14 18/20 18/25 19/15
20/2 21/2 21/5 21/7 21/7
21/11 21/18 21/18 21/19
21/21 21/25 21/25 22/14
22/16 22/17 22/19 22/21
22/23 23/1 23/3 23/10 23/15
24/2 24/8 24/11 24/20 25/2
25/13 26/4 26/7 26/8 26/21
26/22 26/22 26/25 27/5
27/10 27/11 27/14 27/15
27/16 27/17 27/19 27/22
28/4 28/4 28/5 28/6 28/6
28/8 28/11 28/15 28/15
28/18 28/23 29/3 29/7 29/18
30/22 31/11 31/11 31/24
32/2 32/8 32/23 32/24 33/8
33/18 33/20 33/23 33/23
34/6 34/9 34/11 34/12 34/13
34/17 35/4 35/11 35/15 36/5
36/6 36/12 36/16 37/2 37/5
37/9 37/17 37/25 38/3 38/4
38/8 38/15 38/18 38/19
38/24 38/24 39/13 39/14
39/17 39/23 40/3 40/13
40/16 40/23 41/6 41/12
41/18 41/19 42/3 42/12 43/7
43/7 43/12 43/12 43/13
43/23 44/1 44/2 44/2 44/9
44/10 44/15 44/21 44/23
45/10 45/13 46/10 46/10
46/25 47/2 47/14 48/4 48/6
48/10 48/10 48/13 48/13
48/13 48/14 48/16 48/17
49/4 49/18 49/24 49/25
50/12 50/16 50/19 50/19
50/23 51/3 51/3 51/4 51/4
51/6 51/9 51/12 51/15 51/16

that... [1020]   51/18 51/23
52/4 52/14 52/14 52/17
52/20 52/23 53/5 53/8 53/16
53/21 53/24 53/24 54/10
55/3 55/9 55/9 55/10 55/13
55/21 55/24 55/24 56/2
56/10 56/14 57/11 57/11
57/12 57/14 57/17 57/20
58/1 58/4 58/5 58/11 58/11
58/15 58/24 59/2 59/6 59/8
59/20 59/22 59/25 60/8 60/8
60/12 60/25 60/25 61/1 61/7
62/2 62/4 62/5 62/10 62/10
62/11 62/13 63/8 63/10
63/10 63/13 63/15 63/18
63/22 63/25 64/2 64/23 65/2
65/7 65/7 65/11 65/17 66/3
66/7 66/11 66/11 66/14
66/17 66/18 67/3 67/10
67/20 67/23 68/3 68/6 68/8
68/8 68/12 68/18 68/19
68/20 68/22 69/4 69/4 69/11
69/19 69/24 70/2 70/4 70/10
70/15 71/2 71/2 71/7 71/9
71/11 71/14 71/17 72/8
72/10 72/10 72/12 72/13
72/16 72/18 72/21 72/22
73/1 73/2 73/11 73/13 73/14
73/17 73/18 73/19 73/21
73/23 74/5 74/25 75/9 75/16
75/23 75/25 77/4 77/14
78/16 78/23 78/25 79/2
79/11 79/18 80/17 81/4 81/5
81/6 81/8 82/1 82/7 82/16
83/6 83/12 83/17 83/17
83/21 84/7 84/14 84/15
84/20 85/1 85/2 85/7 85/8
85/9 85/24 86/6 86/8 87/10
87/24 88/12 88/16 88/21
90/4 90/18 91/3 91/7 91/8
91/8 91/9 91/9 91/11 91/14
91/24 92/7 92/10 92/15
92/15 92/17 93/2 93/11
93/16 93/21 94/6 94/20
95/12 95/23 96/2 96/6 96/14
97/13 98/9 98/10 98/10
98/12 98/12 98/21 98/22
98/24 98/25 99/4 99/5 99/9
100/17 100/22 101/9 101/24
101/24 102/5 102/9 102/15
102/16 102/18 102/22 103/5
103/9 103/10 103/13 103/14
103/21 104/18 104/23
104/24 104/25 104/25 105/3
105/9 105/11 105/19 105/24
106/16 107/5 107/17 107/20
108/3 110/5 110/15 110/16
110/23 111/1 111/14 111/20
111/24 112/2 112/7 112/9
112/12 112/14 112/20
112/22 113/21 113/23 114/2
114/8 114/15 114/21 115/5
115/11 115/13 115/22
115/25 116/17 116/21
117/13 117/18 117/23 118/2
118/13 119/3 119/8 120/1
120/8 120/9 120/21 122/6
122/10 122/12 122/18

124/9 125/1 125/14 125/15
125/20 125/24 126/4 126/9
126/20 126/23 126/25 127/4
127/4 127/7 127/10 128/4
128/6 128/8 129/6 129/21
130/18 131/16 131/25
132/11 132/13 132/13 133/5
133/20 134/6 134/9 134/12
134/13 134/15 134/22
134/25 135/7 135/8 135/25
136/14 137/8 137/13 138/8
138/8 138/14 138/14 138/16
138/19 138/25 139/2 139/9
139/20 139/23 140/11
140/13 140/18 140/22
140/24 140/25 141/14
141/16 141/23 141/25 142/1
142/5 142/8 142/21 143/6
143/9 144/11 144/14 144/20
144/23 145/13 145/18
145/21 145/24 146/13
146/19 147/15 148/7 150/1
150/7 150/10 150/18 150/24
151/5 151/8 151/16 151/18
151/24 152/10 152/12 153/2
153/3 153/5 153/7 153/15
153/16 153/22 154/3 154/3
154/6 154/7 156/23 157/4
157/12 157/24 159/21 160/8
160/15 160/15 160/17
160/18 160/19 161/1 161/3
161/6 161/24 161/25 162/3
162/6 162/8 162/8 162/9
162/24 163/1 163/2 163/5
163/8 163/15 163/18 163/23
163/25 164/2 164/3 164/5
164/10 164/10 165/1 165/4
165/7 165/10 165/13 165/13
165/14 165/17 165/21
165/24 166/4 166/5 166/9
166/12 166/13 166/15
166/17 166/17 166/17
166/20 167/8 167/8 167/11
167/18 167/22 167/24 168/1
168/4 168/6 168/7 168/11
168/12 168/13 168/14
169/13 169/24 170/2 170/3
170/4 170/13 171/17 171/20
171/21 171/23 171/25 172/9
172/12 172/12 172/16
172/18 172/18 173/9 173/13
173/14 173/23 173/24 174/6
174/10 174/13 174/13
174/17 174/20 174/22
174/22 174/23 174/24
174/25 174/25 175/5 175/21
175/23 176/4 176/5 176/7
176/10 177/9 177/11 177/25
178/15 178/24 179/13
179/19 180/22 181/3 181/5
181/9 181/15 181/16 181/23
181/25 182/13 182/20 183/1
183/10 183/13 184/5 184/16
184/18 185/9 185/10 185/12
185/12 185/12 185/14
185/25 186/4 186/7 186/8
186/14 186/15 186/21 187/6
187/7 187/9 187/10 188/4

189/8 189/19 190/10 190/14
191/2 191/4 191/7 191/13
191/14 191/17 191/19
191/22 192/3 192/6 192/8
192/9 192/15 192/22 193/5
193/15 193/16 193/23 194/1
194/8 194/9 194/13 194/23
195/4 195/10 195/17 195/17
195/22 195/25 196/23
196/25 197/6 197/7 197/7
197/12 197/13 197/19
197/22 197/25 198/2 198/6
198/7 198/8 198/12 198/15
198/15 198/16 198/16
198/19 198/20 198/25 199/5
199/7 199/11 199/13 199/13
199/13 200/24 201/3 201/8
201/12 201/22 202/9 202/13
203/7 203/9 203/13 203/17
203/22 204/2 204/2 204/10
204/10 204/23 204/24 205/6
205/14 205/14 205/15
205/16 205/16 205/17
205/17 205/19 205/19
205/21 205/24 205/25 206/1
206/2 206/3 206/3 206/6
206/11 206/15 206/17 207/1
207/2 207/5 207/17 207/19
208/1 208/2 208/2 208/4
208/11 208/17 208/22
208/24 209/3 209/13 209/16
210/8 210/10 210/21 210/22
211/7 211/20 211/25 212/5
212/7 212/18 212/23 213/7
213/7 213/9 213/15 213/18
214/1 214/2 214/4 214/6
214/8 214/9 214/22 215/15
215/16 215/18 216/10
216/13 216/16 217/2 217/4
217/5 217/6 217/6 217/7
217/9 217/12 217/20 218/23
219/3 219/5 219/6 219/10
219/20 219/25 220/2 220/14
220/16 220/21 221/5 221/16
221/18 221/18 222/9 222/15
223/6 223/9 224/1 224/9
224/23 225/2 225/3 225/4
225/11 226/1 226/7 226/11
226/11 226/13 226/20 227/1
228/2 228/9 229/1 229/2
229/4 229/5 229/5 229/6
229/15 229/18 229/22
229/23 230/1 230/5 230/6
230/15 230/15 230/16
230/24 231/2 231/16 231/23
232/3 232/16 232/18 232/19
232/21 232/23 232/24 233/3
233/6 233/14 233/16 233/20
233/21 233/22 234/4 234/6
234/9 234/11 236/4 236/6
236/10 236/12 236/13
236/19 236/24 237/11
237/13 237/14 237/22 238/3
238/4 238/8 238/8 238/12
238/14 238/16 238/21
238/24 239/3 239/3 239/11
239/11 239/12 239/16
239/17 239/19 239/21

240/8 240/9 240/11
240/16 240/25 241/4 241/12
241/16 242/4 242/10 242/10
242/15 242/18 242/23 243/2
243/6 243/9 243/14 243/16
243/17 243/21 244/4 244/5
244/7 244/7 244/10 244/10
244/18 244/24 245/11
245/12 245/13 245/13
245/15 245/16 245/22 246/3
246/8 246/18 246/25 247/1
247/8 247/9 247/11 247/14
247/16 248/5 248/20 248/25
249/3 249/14 249/14 249/16
249/23 250/6 250/11 250/15
250/23 251/1 251/8 251/18
251/20 251/22 252/2 252/3
252/4 252/5 252/7 252/8
252/9 252/9 252/10 252/13
252/14 252/19 252/22
252/23 253/5 253/5 253/7
254/3 254/12 254/17 255/1
255/7 255/14 255/19 255/23
255/25 256/1 256/16 256/18
256/19 256/25 257/2 257/17
257/19 257/20 257/23
257/23 257/23 258/1 258/3
258/10 258/10 258/15 258/23
258/24 258/25 259/6 259/20
260/3 260/3 260/8 260/8
261/4 261/4 261/15 261/19
261/21 261/23 261/24 262/1
262/2 262/10 262/11 262/12
262/17 263/3 263/15 264/4
264/4 264/7 264/9 264/9
264/10 264/10 265/12
265/13 265/17 265/23
265/23 266/16 267/2 267/10
267/11 267/17 267/19 268/3
268/18 268/21 268/23
268/25 269/3 269/4 269/5
269/5 269/16 269/17 269/20
269/22 269/23 270/1 270/6
270/10 270/10 270/17 270/21
270/21 271/3 271/5 271/8
271/11 271/14 271/15
271/15 271/16 271/18 272/3
272/9 272/13 272/15 272/18
272/18 272/19 272/23 273/3
273/3 273/5 273/6 273/7
273/8 273/14 273/24 274/3
274/5 274/9 274/17 274/18
274/21 274/21 274/22
274/23 275/1 275/11
that's [223]   13/8 14/22 16/2
16/3 17/2 17/11 17/13 22/1
22/4 24/12 26/4 26/15 27/19
34/7 35/4 35/15 35/17 35/23
36/10 36/11 38/2 39/20
40/18 45/2 47/10 47/12
48/24 48/24 49/10 49/16
50/16 50/20 51/19 53/8
54/22 57/3 57/6 61/10 61/20
62/11 63/10 63/15 68/25
70/12 70/23 71/11 71/22
72/17 72/19 74/4 74/15
76/18 78/4 80/17 80/18 81/6

that's... [167]  81/9 81/23
81/25 82/14 88/21 90/11
93/24 94/3 94/8 103/23
104/5 105/11 105/19 113/19
122/8 122/22 123/17 125/21
125/23 127/3 128/8 128/11
129/11 131/14 131/18
132/15 132/19 134/10
135/12 135/14 136/8 136/17
136/18 137/20 138/2 138/11
138/24 139/10 139/24 140/1
140/3 140/3 141/3 141/13
142/7 142/23 143/1 143/8
143/10 143/12 144/7 146/9
146/17 147/20 147/23
147/25 148/2 148/23 148/25
149/3 149/6 149/14 149/20
150/5 150/9 151/14 151/24
152/1 152/11 152/16 153/4
155/12 166/18 169/1 169/7
169/10 169/16 171/8 175/7
175/18 175/23 175/25 176/6
176/7 176/24 182/1 182/3
183/2 183/11 184/1 184/1
184/6 185/9 185/13 186/7
186/14 187/6 187/6 187/8
187/21 188/4 190/10 191/1
191/2 191/6 193/11 194/11
195/25 197/25 198/2 198/5
198/12 198/14 198/22
201/12 201/14 201/15 203/4
207/18 208/25 208/25
209/17 213/12 215/5 215/16
216/17 219/4 220/13 220/17
220/22 221/1 223/10 223/18
224/10 230/13 230/18 237/1
237/17 240/11 241/11
241/25 242/12 243/9 244/6
249/1 249/4 251/13 251/13
251/15 251/15 257/11 258/4
258/15 261/9 262/12 264/1
264/18 264/21 266/3 266/5
267/16 269/3 270/15 270/25
271/10 271/16 271/19
their [59]  8/3 8/10 22/2 22/2
22/3 22/17 39/2 39/2 45/20
47/16 61/8 68/25 72/20
73/12 82/17 96/16 96/20
99/13 100/19 101/1 101/1
116/14 118/3 121/4 122/25
124/2 124/17 131/7 132/10
134/5 134/7 134/11 134/12
141/11 149/1 150/4 151/2
156/18 162/23 163/10 166/2
173/18 176/13 176/14 177/3
177/4 177/19 207/6 212/19
221/10 221/11 221/25 226/5
229/2 231/20 235/20 259/9
269/6 270/6
them [99]  6/17 20/12 20/14
23/20 23/22 25/9 31/23
34/20 41/20 57/16 60/2
75/22 80/19 81/22 95/4
95/21 97/3 98/8 102/17
103/20 104/4 105/15 126/5
133/4 138/1 141/14 141/15
143/14 144/8 144/19 144/20
147/6 149/1 149/9 150/24

168/24 172/3 173/23 174/1
174/2 176/19 177/7 177/18
177/18 177/18 178/9 178/12
187/4 187/15 187/16 189/8
189/15 189/25 198/3 201/15
201/15 201/17 204/8 205/3
205/20 205/21 212/12
213/18 214/12 214/14 215/6
216/11 217/1 221/9 221/9
225/18 226/7 228/15 228/15
228/16 231/15 231/18
232/14 246/21 249/24 250/1
250/1 252/15 258/2 259/9
259/10 259/12 261/3 263/16
268/17 268/17 269/14
269/17 274/2 274/4
themselves [2]  60/1 69/2
then [102]  6/24 7/16 12/13
17/22 19/22 22/3 22/10
22/16 23/4 24/7 27/6 28/23
31/23 32/2 36/5 40/15 42/23
46/11 49/8 51/6 53/19 61/7
64/22 64/24 67/4 71/6 71/24
72/24 86/10 92/16 99/21
104/21 106/19 112/18
116/24 124/1 134/6 137/4
137/6 137/7 148/24 149/9
149/12 149/23 159/16 163/4
166/13 168/4 168/17 169/1
170/14 170/17 171/10
171/12 182/10 183/22
185/17 186/15 188/11 189/8
189/19 190/17 196/5 197/19
199/22 202/8 203/2 207/4
209/17 210/9 210/22 212/10
212/21 213/5 214/19 215/3
220/3 223/16 225/5 225/6
225/9 226/1 231/13 233/18
238/25 239/1 239/23 242/13
242/20 249/2 252/8 258/2
259/13 264/25 266/2 268/13
272/11 272/25 273/25 274/5
274/10 274/21
theoretically [1]  124/24
theory [1]  272/7
there [312]  4/9 4/15 4/16
4/17 5/12 5/17 6/13 6/18 7/5
13/24 13/24 15/14 16/11
18/3 21/19 21/20 22/3 22/14
22/23 23/16 23/23 24/19
24/21 26/8 26/22 27/15 28/8
28/18 28/22 31/8 31/19 32/3
32/7 33/6 34/20 35/13 35/25
36/4 36/4 38/6 38/19 38/21
38/22 38/25 39/9 40/16
40/24 41/5 43/4 45/13 46/5
46/5 46/6 46/22 47/5 48/11
49/8 49/17 50/20 51/22 52/2
52/2 52/7 52/12 53/25 57/9
57/16 57/19 57/23 58/1
58/22 61/10 62/15 65/7 66/1
66/4 66/11 68/17 68/19
68/22 68/22 70/10 70/15
70/20 73/4 73/15 75/14
76/10 77/2 77/16 78/19
79/19 79/22 80/24 81/7
83/17 84/5 84/6 84/10 84/19
85/2 85/12 85/13 85/14

91/4 91/11 91/12 94/9 94/13
94/20 95/14 96/5 96/9 96/10
97/1 97/14 98/7 98/22 102/9
102/20 104/20 105/4 105/9
105/13 105/20 106/21
112/15 114/5 115/16 116/2
116/10 117/13 117/15 120/4
120/8 120/10 122/3 122/11
123/14 124/16 124/21
124/24 125/20 126/20 128/1
129/7 129/21 130/20 132/4
132/23 134/3 134/4 135/21
138/6 141/8 141/17 141/18
142/11 144/2 144/22 144/25
146/14 151/8 154/25 158/25
161/16 161/18 162/17
162/18 162/22 164/17
165/24 166/15 166/16 167/3
168/23 169/3 169/4 169/7
170/7 173/11 174/21 174/22
175/2 175/2 176/5 176/24
177/1 178/15 179/22 179/24
180/15 181/20 182/16 183/1
183/3 184/20 185/9 185/12
185/14 186/7 186/20 186/21
186/22 187/3 187/12 187/13
187/14 188/5 188/11 188/14
196/15 197/4 197/13 197/15
197/25 198/1 198/8 198/19
198/24 199/2 200/12 200/17
201/6 201/11 205/6 205/7
205/18 206/24 207/16
207/25 208/6 213/12 214/9
215/3 215/18 215/19 216/9
216/11 216/18 217/1 218/24
219/15 219/18 219/19 220/8
221/1 221/21 221/22 222/1
222/2 222/4 222/6 222/16
223/14 223/22 224/5 224/24
225/18 229/1 231/12 231/17
232/5 232/5 233/1 235/10
235/15 236/15 236/18
236/23 237/7 237/22 238/17
238/24 239/11 243/11
243/12 243/14 243/14
243/15 245/2 245/10 245/15
246/3 246/15 248/12 250/21
251/7 255/4 255/11 257/17
257/23 258/2 258/13 259/6
262/15 262/16 263/14
263/15 265/8 266/8 267/5
272/1 274/3 274/10 274/25
275/3
there's [64]  4/18 5/9 6/20
6/22 7/14 10/22 13/20 18/3
20/3 30/10 30/12 30/21
35/12 41/17 47/2 47/5 47/10
51/6 52/23 54/7 60/7 71/2
75/8 75/16 86/12 86/18
105/3 108/3 114/15 115/22
119/9 141/6 143/17 144/5
164/16 169/5 169/5 174/9
177/9 178/18 183/1 183/3
190/24 191/1 192/8 196/6
197/19 197/24 198/7 201/5
201/6 203/9 230/15 236/20
264/5 269/16 269/21 271/7

thereafter [2]  137/25 265/19
therefore [4]  107/16 140/6
253/17 274/19
thereupon [1]  118/14
these [37]  12/22 17/10 17/24
30/13 34/5 34/11 34/19 36/3
49/11 50/22 50/13 53/1 57/5
59/18 59/20 60/5 60/9 60/11
61/9 66/9 72/21 72/24
102/19 120/9 140/2 147/1
164/16 165/14 185/24
191/21 203/19 225/17 230/7
238/1 244/21 249/13 249/19
they [299]  7/22 7/23 9/20
10/21 11/20 11/24 14/17
17/16 17/17 17/20 20/12
20/20 21/15 22/2 22/2 22/3
36/16 36/17 36/21 37/13
37/13 39/2 40/24 40/25 42/1
42/8 42/23 44/10 45/11 46/4
47/9 47/11 47/13 47/13
47/13 47/21 47/22 48/11
49/11 51/13 51/15 51/25
52/15 53/21 58/1 58/5 59/16
59/19 59/22 59/22 59/25
60/9 60/11 65/13 65/16
65/17 65/21 65/21 66/13
67/24 68/15 68/17 69/2
71/18 71/19 71/19 71/20
71/20 71/22 71/23 71/24
72/17 72/20 72/24 73/5
73/12 75/12 75/12 75/17
75/18 75/20 75/20 80/8
80/20 81/19 82/10 82/11
84/2 84/3 84/22 84/23 85/12
85/14 85/15 95/1 95/6 95/22
95/24 95/25 95/25 96/7
96/10 96/11 96/12 96/18
97/2 97/20 97/23 98/6 99/13
99/14 100/19 100/21 100/21
100/25 101/5 102/15 105/10
105/10 105/15 110/14
118/24 120/3 120/5 121/6
123/7 123/11 123/12 123/13
123/18 123/22 123/24
123/24 124/1 124/16 124/18
124/18 124/25 125/15
125/23 126/23 129/24
130/18 131/19 131/23
133/18 134/4 134/5 134/11
139/2 144/16 144/18 145/2
145/4 145/5 147/3 147/12
147/13 147/14 148/13 149/9
150/1 150/3 150/4 150/18
150/19 150/21 150/23
151/13 152/19 152/21
154/16 154/17 154/18
160/23 160/24 161/2 161/3
162/5 162/23 162/24 163/8
164/6 166/1 166/15 167/25
168/2 170/18 172/2 172/6
172/6 173/18 173/25 175/16
176/13 176/15 176/15 177/4
177/4 177/5 177/6 177/7
177/7 177/15 177/15 177/17
177/19 178/9 182/8 182/21
186/2 186/3 186/3 187/11

they... [81] 187/16 188/15
189/24 198/3 198/3 198/4
200/14 200/16 200/22 203/7
203/21 204/15 204/16
204/17 205/12 205/13
205/24 206/5 206/6 209/7
210/8 210/8 210/18 210/23
211/6 212/10 212/18 212/19
212/19 215/16 215/17
216/23 217/2 217/3 217/3
221/12 221/13 221/25
225/10 225/12 225/16
225/18 226/6 226/9 231/14
231/14 231/15 231/17
235/20 236/7 237/9 238/5
239/1 239/1 240/21 241/3
243/19 243/20 245/3 246/14
246/14 246/16 246/21
257/22 258/2 258/3 259/12
259/21 261/1 268/10 268/18
268/18 269/1 269/4 269/5
269/15 269/16 269/18
269/18 271/8 271/21
they're [2] 213/6 219/9
thin [1] 151/6
thing [19] 6/14 7/19 14/20
35/15 44/5 50/16 52/17
141/4 196/5 254/13 268/22
270/3 270/4 270/9 270/11
270/21 271/3 272/22 274/15
things [43] 4/12 5/7 5/25
45/19 76/8 105/13 161/15
175/9 203/20 203/22 204/14
204/15 204/22 204/23
214/20 227/3 231/14 231/20
232/5 238/20 239/18 241/4
244/24 246/16 246/18
247/16 249/15 252/2 253/2
255/21 259/13 263/15 264/3
265/3 265/10 267/24 268/14
268/14 268/16 268/18
271/23 272/24 274/9
think [80] 5/1 5/11 5/15 6/2
6/5 6/10 6/13 40/6 42/2
63/20 74/1 80/16 80/19 81/1
108/1 108/2 114/5 119/8
122/21 124/12 137/8 140/14
140/23 142/5 142/8 143/23
144/12 145/12 148/10
149/18 155/17 168/2 175/14
178/18 182/8 187/16 206/5
229/9 233/1 234/3 234/17
238/15 238/18 254/12 263/3
263/5 263/8 263/12 263/23
264/8 264/13 264/18 264/24
265/8 265/9 265/13 265/19
265/21 265/23 266/13
267/10 267/16 268/8 268/25
268/25 269/5 269/12 269/22
269/25 270/2 270/4 270/8
271/10 271/22 272/15
272/18 272/24 273/6 273/21
274/25
thinking [2] 238/17 238/19
third [11] 22/23 23/1 97/16
97/18 97/24 97/25 239/20
240/1 240/2 240/14 268/22
this [465] 5/22 6/4 12/6 12/7

15/14 15/6 15/13 15/17 15/17
15/24 16/16 16/18 16/25
17/3 17/6 18/2 18/13 18/16
19/1 19/12 19/21 21/17 23/1
23/8 24/24 24/24 25/6 25/7
26/11 26/12 26/20 29/2
29/18 30/1 30/3 30/4 30/4
30/7 31/10 31/16 31/17
32/12 32/15 32/18 33/15
33/18 34/1 34/4 34/23 35/12
35/13 38/25 39/13 39/16
39/20 40/2 41/2 42/16 43/12
43/20 43/20 43/22 44/1
44/12 46/2 46/15 46/16
46/22 47/16 47/18 48/3
48/14 48/17 48/23 49/1
49/15 49/21 50/5 50/13 51/2
51/9 51/9 52/16 52/16 54/5
54/21 55/7 55/12 55/25 56/6
56/12 56/14 56/21 56/23
57/1 57/7 57/11 57/23 57/24
58/4 58/7 58/14 59/11 59/20
59/23 60/20 60/25 61/6 61/9
61/17 61/19 61/25 61/25
62/22 63/4 63/24 63/24
64/16 64/18 64/18 67/6 68/1
69/10 69/12 70/1 70/4 70/4
70/5 70/9 70/19 72/11 72/19
73/10 74/4 74/8 74/8 75/17
75/23 76/6 76/10 76/22
77/19 77/24 77/24 77/25
78/2 78/6 78/16 79/19 80/6
84/1 84/11 85/1 85/19 86/2
86/13 88/9 88/11 89/6 89/6
89/8 89/11 89/19 89/21
90/16 90/17 90/24 90/24
91/15 91/22 92/10 92/22
92/24 93/10 93/16 94/13
94/19 98/2 98/3 98/10 99/10
102/5 102/5 104/10 104/12
106/3 106/5 106/5 106/7
106/21 106/22 106/23 107/3
111/18 114/10 114/14
115/23 116/4 117/7 118/5
118/18 119/5 119/12 119/13
119/20 119/25 120/1 120/3
120/11 120/18 121/17
121/20 121/24 121/25
122/23 123/4 123/13 123/13
123/14 123/15 123/18
123/21 124/12 125/3 125/4
125/11 125/16 125/25 126/2
126/5 126/5 126/8 126/10
126/12 126/16 127/13
127/18 127/23 128/14
128/18 128/23 130/4 130/16
131/5 131/13 132/20 133/14
134/2 134/3 134/20 135/5
135/17 135/21 135/23 136/6
136/13 137/2 137/16 139/18
139/25 140/14 140/16
140/22 141/1 141/5 141/15
142/3 142/18 143/6 143/7
143/13 143/16 143/20
143/23 144/1 144/4 144/22
145/10 145/12 146/1 146/25
147/9 147/21 149/4 150/15
151/21 152/5 155/11 164/18

173/22 174/5 180/5 180/6
180/8 180/9 180/17 180/17
180/17 180/19 180/19
180/20 181/2 181/7 181/9
181/14 183/14 183/16
183/25 184/12 185/3 185/5
185/10 185/11 185/11
185/14 185/16 185/18
185/22 186/5 186/6 186/13
186/24 188/6 188/25 190/7
190/9 190/11 190/12 190/14
190/21 190/22 191/6 191/12
191/14 191/21 192/15
193/10 193/14 193/19
193/21 193/21 194/13
195/13 196/3 196/18 196/25
197/12 197/18 198/4 198/6
198/16 199/2 200/15 200/22
200/23 200/23 200/25 201/5
201/24 204/2 204/7 204/11
204/18 205/5 205/7 205/15
205/18 205/23 207/3 207/8
207/23 209/10 209/19 210/5
210/17 211/5 215/5 215/9
216/15 216/24 217/10
217/25 218/2 218/7 218/14
218/19 218/24 219/9 220/4
220/11 221/15 222/12
222/25 223/3 224/7 224/19
224/21 224/22 224/23
225/20 227/13 229/1 232/14
238/16 243/24 243/25 244/7
244/10 244/20 246/10
246/13 247/24 248/2 248/6
249/7 250/3 250/3 250/3
250/10 250/11 251/5 251/22
252/1 253/1 253/12 253/23
254/5 256/5 256/6 256/15
257/6 258/22 258/22 259/16
259/17 260/16 260/18
260/20 260/23 261/12
262/24 264/7 265/6 265/8
265/16 266/22 266/23
266/25 267/23 267/25
268/10 269/2 270/5 271/2
272/7 274/11 274/13
THOMAS [7] 2/4 8/12 8/17
24/7 27/13 46/3 67/14
those [84] 6/6 7/11 16/18
17/16 19/2 20/11 20/19
21/21 29/11 30/10 32/4 32/5
32/19 32/23 33/8 34/6 34/16
36/21 39/5 41/21 43/23 47/7
47/18 48/10 49/4 49/5 49/6
51/7 52/4 64/8 64/17 65/8
68/20 69/1 71/3 71/4 71/6
75/5 75/11 80/18 80/21
80/21 81/2 82/12 82/14 87/1
94/16 94/23 95/1 101/17
108/9 110/11 117/16 133/1
133/5 143/11 157/14 157/18
164/7 164/17 166/8 174/18
178/12 189/9 189/11 189/14
189/20 189/20 189/22 209/3
214/21 219/2 225/14 229/13
232/1 232/5 235/23 243/16
245/8 249/24 250/2 262/19
265/3 274/4

137/9 176/21 177/23 232/1
thought [8] 7/15 85/10
104/25 258/3 267/24 270/20
270/21 274/8
thoughts [2] 267/22 270/10
thousands [5] 22/25 23/2
29/24 52/11 171/22
threat [3] 68/3 68/17 98/22
threaten [1] 234/8
threatened [5] 211/5 231/15
249/13 250/4 252/2
threatening [5] 208/14 231/3
231/18 234/5 234/10
threats [3] 151/5 226/2
238/19
three [8] 16/10 33/18 63/19
71/4 148/6 210/14 230/10
247/22
threw [4] 170/1 171/8 233/10
233/13
through [63] 10/21 10/22
20/18 20/22 20/22 29/8
31/11 32/24 53/21 57/14
62/11 63/7 65/23 66/3 66/9
67/17 67/20 71/7 71/23
76/16 94/23 95/8 95/14
95/22 97/21 102/12 107/6
107/9 114/10 114/14 123/19
123/20 124/7 131/23 134/8
134/8 136/14 136/17 137/14
150/12 151/4 152/19 154/18
155/25 156/2 165/14 168/20
172/6 174/24 184/16 186/5
191/7 195/10 195/20 198/9
207/6 234/11 239/3 243/3
260/3 260/12 263/23 273/5
throughout [14] 4/14 6/2
18/16 20/3 41/5 41/15 45/18
98/3 99/7 142/2 142/17
225/20 238/24 243/4
throw [2] 171/11 183/3
thrown [9] 36/18 36/20 36/20
38/23 38/24 39/3 62/10
62/11 105/9
Thune [1] 185/12
Thune's [1] 180/18
tie [1] 139/21
tight [1] 197/9
time [142] 6/25 7/3 21/17
24/25 25/8 28/5 28/6 28/21
31/10 36/25 37/25 39/14
39/16 39/17 41/6 42/18
44/12 45/5 45/23 49/24 52/2
56/6 56/15 58/2 58/4 74/8
89/9 92/25 93/16 95/23 97/5
98/12 99/5 100/24 102/12
106/22 108/2 116/4 117/3
119/12 120/9 120/11 120/18
126/5 126/10 126/12 127/24
128/22 129/4 130/4 130/6
130/8 131/1 131/16 132/1
132/21 134/16 135/13
139/15 140/22 142/5 142/5
142/18 144/11 144/16 145/3
150/20 152/5 152/21 153/10
155/16 157/24 162/5 162/11
163/7 163/8 163/25 167/20

time... [59]  170/25 175/23
175/25 176/1 176/2 176/17
176/18 181/14 181/16 183/3
183/16 188/24 188/25 191/7
193/8 193/11 205/17 205/22
206/1 206/5 206/6 206/11
206/12 207/23 210/19 211/6
212/16 214/8 219/13 219/19
221/11 222/2 222/4 224/21
227/7 227/8 227/8 228/8
236/11 237/12 238/5 238/18
239/21 241/1 243/13 244/10
244/23 246/11 246/13
247/19 252/9 252/23 256/2
257/24 258/10 263/5 265/15
268/9 273/4
timeline [1]  148/9
times [12]  5/12 39/20 41/17
153/18 154/2 169/9 169/16
193/5 226/20 228/15 242/6
258/17
timing [3]  6/2 273/9 274/5
TIMOTHY [1]  1/8
tiny [2]  51/6 53/8
title [7]  112/5 112/10 117/17
119/4 119/18 120/19 122/10
TJK [1]  1/3
today [14]  30/5 58/19 127/6
178/7 189/1 206/10 207/13
228/6 234/18 236/21 237/13
248/9 251/5 263/12
together [12]  17/18 17/20
17/24 22/8 40/22 105/20
118/23 156/14 163/16 171/9
193/5 265/4
told [24]  22/23 22/25 27/15
27/19 42/14 80/8 81/18 82/1
85/18 86/10 100/23 104/16
169/3 182/8 202/19 203/1
203/16 209/25 210/8 211/3
233/11 233/17 247/18 257/2
Tom [1]  27/20
tomorrow [11]  263/9 263/14
264/3 265/11 265/12 267/16
267/22 269/2 270/3 270/9
273/11 273/24 274/4 274/8
274/17 275/6
ton [1]  177/6
tone [6]  28/1 28/7 82/24
83/19 83/24 244/25
tonight [5]  264/3 264/24
267/20 268/3 268/21
tonight's [1]  267/18
too [10]  45/13 114/6 170/2
174/7 180/23 222/1 222/7
224/21 269/20 273/6
took [21]  41/1 42/24 87/18
97/3 98/7 101/25 104/20
141/1 144/19 144/20 150/24
166/25 168/20 202/20 233/9
245/5 245/5 245/10 250/4
253/25 254/1
tools [2]  39/2 39/3
top [20]  13/23 31/10 38/1
42/6 49/4 52/12 57/3 57/5
61/7 66/18 141/21 175/15
177/7 177/9 193/12 195/2
203/10 231/20 231/25

topic [1]  263/5
total [2]  58/2 121/6
totality [1]  234/10
touching [4]  177/17 177/18
177/19 215/24
tour [2]  10/6 70/19
tours [1]  10/5
toward [16]  19/23 24/14
34/19 35/22 55/13 64/21
77/7 77/10 169/13 184/9
191/10 214/22 238/2 261/22
262/4 273/7
towards [12]  53/20 64/17
64/24 64/25 65/5 67/25
83/19 114/8 125/19 139/20
162/7 255/13
tower [1]  35/5
track [2]  104/9 112/3
traditional [1]  9/21
traffic [6]  30/22 168/1 185/22
186/6 186/7 186/8
trafficked [1]  186/9
trained [4]  68/17 96/11
208/22 253/5
training [1]  208/25
traitors [3]  37/14 105/10
244/23
transcript [2]  178/18 178/24
transcription [1]  275/12
transmissions [1]  179/17
transport [2]  167/7 168/17
transported [3]  33/5 167/5
167/6
traveling [3]  160/20 160/20
226/25
treating [1]  154/19
triage [2]  171/5 241/3
trial [2]  1/8 275/7
trickling [1]  167/24
tried [7]  114/18 124/6 183/3
233/9 233/9 252/1 253/20
trigger [2]  21/19 259/12
triggered [1]  259/12
triggers [1]  22/16
trouble [1]  27/24
truck [1]  49/16
true [2]  257/19 257/23
Trump [1]  162/24
try [31]  14/1 17/3 24/24
51/14 51/25 81/21 124/18
172/2 175/16 199/16 210/7
215/24 232/9 232/11 232/12
241/13 241/14 246/1 253/1
253/2 253/12 253/14 253/15
253/2 259/8 259/9 263/16
264/2 268/2 272/11 274/4
trying [30]  44/8 45/14 45/22
56/23 57/24 58/1 86/23
141/6 141/12 141/17 143/23
144/1 170/10 172/4 172/6
173/23 174/1 174/16 176/12
176/15 183/13 191/16
218/22 218/23 219/23 222/6
222/10 247/3 255/21 266/11
Tuesday [1]  156/10
tunnels [6]  185/25 185/25
186/4 201/16 225/3 225/4
turn [5]  77/22 90/12 103/7

turned [2]  5/1 265/10
turning [1]  230/6
turns [1]  73/24
TV [1]  111/18
twice [1]  266/12
two [44]  4/18 8/2 8/2 10/14
22/24 29/11 30/25 32/25
48/7 50/2 51/7 52/23 53/1
54/7 55/21 82/8 82/14 87/1
92/13 93/10 105/13 110/10
118/25 120/20 120/25 121/6
121/19 124/15 134/5 151/2
151/5 156/13 156/19 169/20
220/5 221/15 221/16 222/2
236/21 247/22 264/23
266/14 271/2 271/11
two-second [1]  93/10
Tyler [1]  4/14
type [2]  17/13 146/16
types [1]  151/15
typically [1]  226/22

U
U.S [27]  8/12 8/25 9/1 9/2
9/5 9/9 9/12 10/2 12/19
19/25 26/5 70/9 107/22
110/12 110/12 110/16
110/23 111/6 113/5 116/1
156/4 156/6 156/6 159/17
234/21 235/9 235/13
uh [7]  45/1 79/8 103/4 243/3
252/18 255/22 273/10
uh-huh [7]  45/1 79/8 103/4
243/3 252/18 255/22 273/10
ultimately [7]  9/24 23/6 127/4
132/15 144/14 152/17
154/14
unauthorized [1]  66/13
Unclear [1]  146/16
unconscious [3]  33/2 33/11
33/11
under [13]  5/16 13/9 14/16
33/13 51/9 112/15 119/24
128/8 141/6 141/24 142/1
208/15 246/7
underneath [8]  57/10 72/23
164/17 167/19 174/23
174/24 175/2 207/12
understand [10]  5/24 6/12
30/13 163/22 214/8 214/21
218/17 266/13 267/17
272/22
understanding [6]  15/17
68/20 85/1 85/19 135/20
271/11
understood [3]  21/20 172/24
226/24
underway [1]  12/2
unfortunately [2]  184/8 254/4
uniform [8]  14/17 42/4
160/16 163/17 165/23 166/5
201/25 218/4
uniforms [5]  40/15 40/18
75/9 85/12 173/18
union [4]  162/16 162/22
162/23 245/14
unit [3]  60/7 85/12 165/20
UNITED [35]  1/1 1/2 1/9 1/11
1/14 4/3 84/25 99/10 100/4

107/24 107/21 107/22
107/24 108/14 108/18 108/9
109/9 109/11 112/17 112/25
117/17 123/5 133/6 155/24
155/25 158/3 158/8 158/22
159/1 159/5 159/6 160/10
227/18 234/21
units [2]  37/19 165/24
unknown [2]  126/8 151/3
unless [5]  80/13 108/3
119/23 167/15 271/7
unobstructed [4]  124/13
124/14 124/15 125/15
unsafe [3]  126/11 126/13
175/21
until [56]  11/18 34/13 40/2
44/4 62/25 76/13 80/1 85/20
87/5 87/20 91/15 119/21
120/4 120/5 127/23 128/20
129/1 129/18 130/8 131/1
132/1 132/20 133/11 133/21
141/23 146/22 147/16 148/3
148/6 150/4 150/6 150/11
151/21 152/7 152/24 153/2
153/9 157/8 162/10 163/4
168/10 169/7 188/7 192/17
194/18 196/11 199/17 232/8
248/20 250/17 254/22
268/16
unusual [1]  163/7
up [310]  5/22 6/17 6/18 7/5
8/2 10/5 10/6 11/14 12/4
12/22 13/1 13/3 13/21 14/11
15/1 15/14 16/11 16/14 18/8
24/19 25/2 25/23 29/9 29/25
31/10 32/2 33/9 34/6 34/13
34/19 34/25 36/1 38/19
39/11 39/20 40/25 43/9
43/23 44/15 45/22 46/8 46/9
46/10 46/22 48/14 49/1 49/4
50/16 50/17 50/22 52/12
53/2 53/10 53/17 53/24
54/10 54/19 55/20 55/24
56/8 57/1 57/5 57/20 57/21
58/17 59/10 60/17 61/6
61/15 64/11 64/17 69/6
69/23 71/20 71/25 72/20
72/21 72/24 74/8 77/6 78/4
78/18 79/16 82/16 82/20
83/13 85/23 86/11 87/9
87/14 87/16 87/19 88/6 89/4
89/23 90/13 91/9 92/12
92/20 93/19 93/22 95/20
99/12 100/23 102/2 102/10
102/13 103/22 104/8 105/16
105/16 106/14 107/10
110/20 111/1 111/11 113/9
113/23 116/5 117/5 118/19
120/12 121/6 122/16 122/17
123/2 123/7 123/11 124/20
125/15 125/14 125/23 127/17
128/3 130/14 134/11 134/12
134/23 134/25 137/3 137/7
140/10 140/16 141/2 142/18
143/18 149/7 149/9 150/4
151/12 153/10 153/21
153/23 153/23 155/8 160/23

up... [150] 161/17 161/18
161/24 162/2 163/4 163/9
163/14 166/11 166/25 167/4
167/23 168/2 168/11 168/20
169/21 170/14 170/16
170/18 171/5 171/7 171/9
171/12 171/23 172/1 172/2
172/2 172/14 173/24 173/25
174/3 174/18 174/21 175/1
175/14 177/9 177/13 177/15
179/23 180/5 183/21 184/24
185/7 185/8 186/3 186/4
188/23 190/4 191/21 192/20
193/6 193/24 194/8 196/5
196/15 196/17 197/10 200/7
202/6 202/19 202/20 203/1
203/1 203/2 203/3 203/16
203/19 203/24 205/1 207/3
207/5 207/23 209/25 211/3
211/14 211/18 211/19 212/1
212/3 212/7 212/14 212/17
213/2 213/11 213/14 213/20
213/23 214/9 214/10 214/21
214/22 215/7 215/23 216/3
217/23 218/22 220/4 220/6
221/12 221/13 221/21
222/22 223/3 227/24 231/12
232/8 232/11 233/2 234/8
234/19 238/3 239/20 239/23
240/14 240/16 240/17
240/18 241/3 241/11 241/14
242/2 243/22 244/13 244/17
247/23 249/14 250/16 252/5
252/16 252/17 253/11 255/2
256/4 256/24 257/2 259/18
259/21 259/24 260/1 260/15
260/23 261/3 261/8 262/21
263/4 263/9 265/23 271/3
271/8 271/21 274/2
update [3]  6/6 178/2 238/22
updates [2]  27/22 74/18
updating [1]  6/1
upon [1]  120/20
upper [11]  50/6 50/14 84/22
125/19 168/20 183/12
190/11 190/12 190/13
191/14 193/21
upset [1]  245/12
upstairs [2]  70/1 239/25
us [80]  8/24 13/7 15/21 24/8
24/20 33/19 36/18 36/20
36/24 37/11 37/14 38/23
38/24 39/4 40/19 42/14
46/15 61/22 64/14 70/18
72/15 80/5 81/13 81/18
81/21 82/11 85/13 85/18
88/2 88/3 89/23 90/8 98/23
102/7 105/10 105/10 107/18
114/23 121/10 126/9 134/13
143/2 144/2 154/5 158/21
166/12 168/16 170/19 171/6
175/16 175/17 175/18
176/10 178/23 185/4 185/5
190/9 193/19 217/2 218/22
220/7 221/9 221/10 221/12
221/14 221/14 224/18
224/23 235/8 236/3 242/17
247/13 256/11 259/19

use [17]  14/1 16/8 18/6
20/12 20/14 35/1 71/6 72/16
73/12 185/4 208/16 208/19
250/10 253/15 254/10 261/4
265/19
used [24]  16/6 16/7 16/8
17/13 18/14 32/19 36/9
36/21 59/6 81/3 101/21
107/17 107/20 154/5 157/12
157/14 157/19 198/12
198/15 202/6 245/14 252/14
259/6 265/19
using [10]  39/5 45/6 80/25
82/19 83/22 87/25 203/7
219/10 219/11 225/2
usual [1]  162/3
usually [2]  50/20 97/17

V
variations [1]  142/16
various [7]  75/17 101/19
187/10 204/15 225/5 225/24
226/20
vehicles [1]  47/11
verbal [1]  221/8
verbally [4]  231/5 231/9
231/10 234/7
version [3]  24/19 267/18
272/4
versus [5]  4/3 100/4 108/14
158/3 227/18
very [49]  6/15 15/25 15/25
19/14 19/18 28/23 37/13
40/24 53/1 57/7 61/25 62/1
62/17 62/22 72/4 83/25
83/25 84/3 84/10 85/13 88/7
91/10 93/10 101/3 105/19
106/25 108/1 126/13 138/25
157/21 173/15 173/15
173/15 181/11 197/9 208/2
208/3 208/4 231/18 231/18
242/1 241/23 243/20 246/7
247/16 262/20 263/22
273/11 275/5
vest [1]  219/4
vests [2]  249/18 249/22
via [3]  97/25 163/14 270/13
Vice [86]  21/12 21/14 22/1
22/6 23/7 23/12 24/5 27/4
27/6 47/12 47/18 73/1 73/4
73/7 73/10 73/11 81/20
81/24 82/11 82/16 82/20
84/25 85/4 86/11 90/5 91/1
105/14 105/17 105/22
107/14 107/23 107/24
112/17 112/18 112/21
112/23 113/1 113/3 113/5
113/17 114/12 114/15
114/19 116/15 117/3 119/1
119/5 121/24 122/24 123/5
123/16 124/10 124/23 126/1
126/11 129/11 129/15 131/5
131/8 131/11 133/6 133/15
135/10 135/15 136/19
137/10 141/8 148/15 151/24
152/4 156/16 156/20 156/22
160/23 164/5 185/18 185/19
185/19 204/17 205/13

267/7 272/2
vicinity [5]  162/16 187/22
190/13 190/24 200/23
232/19
video [89]  5/22 20/4 20/7
24/20 30/3 30/4 39/16 39/20
43/4 43/12 43/20 44/15 46/2
46/10 52/20 54/21 55/18
56/5 56/12 59/11 61/1 61/12
64/6 74/2 74/4 77/25 78/6
78/16 85/24 87/5 88/9 89/6
89/19 89/21 90/1 93/10
93/18 101/23 102/5 102/22
103/3 103/10 126/18 127/14
151/21 152/13 152/24 172/9
172/12 172/18 173/2 173/5
173/16 174/14 180/23
181/14 181/19 182/13
182/17 184/12 188/6 190/7
191/24 193/10 196/3 196/15
196/18 199/11 199/13 204/2
205/6 206/17 206/17 211/11
218/7 218/14 220/11 223/11
224/3 224/21 227/6 242/11
255/7 256/1 256/15 257/6
257/16 258/7 261/12
videographers [1]  94/17
videos [16]  30/10 101/7
101/8 101/17 104/6 147/1
189/2 189/9 189/11 189/20
193/2 228/14 230/5 231/23
232/1 233/2
videotape [106]  30/18 31/6
32/10 33/16 35/19 35/24
40/7 41/10 44/6 44/17 46/13
47/24 48/21 49/22 52/21
53/14 54/3 54/14 55/5 55/19
58/9 59/12 60/15 60/18
61/14 62/8 62/20 63/2 66/24
74/12 74/22 76/14 78/14
78/21 79/5 80/3 85/25 87/7
87/21 88/19 90/2 91/17
93/12 93/23 104/13 127/25
129/2 129/19 130/10 131/2
132/3 132/22 133/12 133/23
134/18 135/3 138/5 139/6
139/13 140/20 142/22 145/9
146/11 146/23 147/17 148/4
150/13 151/22 152/8 152/25
173/3 179/11 181/21 182/14
183/23 184/14 185/1 188/9
190/5 192/1 192/19 194/6
194/19 195/8 195/15 196/12
196/20 206/22 211/13
212/22 216/6 218/15 220/9
223/13 224/4 224/12 230/11
242/5 242/8 244/15 248/22
250/18 254/23 255/5 257/8
261/10
view [15]  18/13 28/21 29/4
33/22 33/23 35/1 49/1 79/18
167/17 167/18 181/2 181/7
191/21 267/10 269/24
views [1]  193/11
violation [2]  126/6 126/7
violations [1]  142/2
violence [1]  60/1
violent [1]  228/18

visible [1]  246/6
vision [2]  220/19
visit [4]  10/3 10/11 23/12
23/21
visiting [2]  23/7 107/16
Visitor [2]  9/8 48/9
visitors [2]  164/4 177/11
voice [16]  28/1 28/6 28/7
72/4 82/24 83/19 83/24
121/4 138/8 138/9 145/14
241/7 241/20 241/24
vote [16]  115/7 115/20
116/15 118/12 118/19
120/21 122/12 133/5 138/22
148/13 156/8 157/10 157/11
157/15 186/3 247/5
votes [11]  116/24 119/22
119/24 120/5 120/22 152/17
152/22 203/21 204/17
210/23 219/9
VP [1]  148/15

W
wagon [7]  167/4 167/23
167/25 168/3 168/10 168/22
168/25
waist [2]  16/10 207/24
wait [4]  123/24 167/3 199/17
199/22
waiting [8]  27/6 27/9 63/22
167/23 167/25 167/25 168/3
168/17
Waldo [4]  90/24 93/18 93/24
96/5
walk [17]  10/22 21/15 22/10
36/25 72/20 93/17 123/2
123/12 123/18 124/1 125/15
130/1 131/20 134/6 137/7
140/16 201/8
walked [13]  35/16 36/25 44/2
77/7 93/15 94/4 153/18
168/20 202/19 224/22 244/7
244/11 260/11
walking [16]  35/21 38/6 48/3
48/10 133/18 163/5 163/9
168/2 190/11 190/17 205/8
209/22 230/22 249/17
249/21 260/9
walkway [2]  17/6 17/8
wall [13]  34/8 53/10 53/16
54/11 55/24 58/12 102/6
102/12 102/22 114/8 143/6
143/9 246/10
wand [1]  268/22
want [32]  4/19 21/2 24/8
25/2 58/14 67/10 82/10
92/20 98/9 99/22 106/4
123/2 188/21 188/23 196/15
199/21 212/11 220/3 220/4
262/8 263/6 264/5 264/5
264/7 264/20 265/6 267/10
271/10 271/22 273/22 274/3
274/21
wanted [16]  10/10 81/19
81/23 81/24 82/10 82/11
82/16 86/9 88/2 202/23
202/24 212/11 246/14
247/17 252/4 270/9
War [1]  245/14

**W**

warning [1]  161/24
warranted [1]  82/1
was [639]  8/18 11/3 11/5
11/7 11/11 11/12 12/2 12/22
12/23 12/25 12/25 16/7 16/8
18/16 21/4 21/4 21/13 21/17
21/21 22/11 22/15 22/23
23/3 23/7 23/16 24/1 27/6
27/10 27/15 27/17 27/24
27/25 28/1 28/4 28/6 28/8
28/13 28/14 28/18 28/23
30/18 31/6 31/13 31/18
31/25 32/10 32/23 33/2 33/4
33/10 33/11 33/16 33/19
33/23 34/13 35/19 35/24
36/4 36/13 37/1 37/1 37/13
37/24 38/9 38/24 38/24
38/25 39/1 39/3 39/24 40/6
40/7 41/5 41/10 41/18 42/4
42/18 42/21 43/20 44/6
44/12 44/17 45/9 45/10
45/10 45/13 45/15 45/16
45/18 45/18 45/19 45/21
45/22 45/25 46/5 46/13
46/23 47/18 47/24 48/14
48/16 48/17 48/21 49/18
49/22 50/16 51/6 51/9 51/9
51/14 52/10 52/12 52/14
52/14 52/16 52/21 53/14
53/16 53/19 53/20 54/3
54/14 55/5 55/7 55/19 55/24
57/11 57/20 58/4 58/4 58/9
59/12 60/15 60/18 61/6
61/14 61/25 62/2 62/8 62/10
62/10 62/11 62/20 63/2 64/4
65/7 65/20 66/24 68/3 68/8
68/19 68/20 68/22 74/7
74/12 74/22 75/25 76/14
76/19 76/20 76/24 77/1 77/1
78/2 78/14 78/21 79/2 79/5
79/11 79/22 80/3 80/6 80/11
81/1 81/11 82/9 82/15 82/24
82/24 83/2 83/4 83/12 83/13
83/14 83/17 83/17 83/21
83/24 84/4 84/5 84/5 84/6
84/8 84/11 84/18 84/19 85/1
85/8 85/10 85/10 85/12
85/19 85/20 85/25 86/2 86/8
86/23 87/7 87/21 87/24 88/1
88/2 88/3 88/11 88/19 88/24
88/24 89/1 89/23 90/2 90/4
90/10 90/25 91/1 91/3 91/9
91/10 91/11 91/17 93/12
93/23 95/2 96/15 97/13 98/2
98/3 98/14 98/16 98/21
98/22 98/22 99/3 99/6 99/12
100/2 100/23 101/13 101/23
102/9 103/1 103/8 103/15
103/17 103/17 103/19
103/20 103/21 104/3 104/4
104/13 104/19 104/20
105/14 105/14 105/21
107/12 107/13 108/11
108/21 109/24 112/8 112/13
112/21 114/12 115/12
115/14 115/15 115/16
115/18 116/25 117/3 122/10
122/21 124/13 124/19

127/10 127/25 129/2 129/19
130/10 130/20 131/2 132/3
132/22 133/12 133/23 134/3
134/18 135/3 135/21 136/14
136/25 137/2 137/8 138/5
138/16 138/19 138/20
138/23 139/1 139/6 139/13
140/9 140/20 140/24 140/25
142/9 142/11 142/14 142/22
144/2 145/9 145/12 145/13
146/11 146/23 147/7 147/17
148/4 150/13 151/1 151/7
151/22 152/6 152/8 152/25
153/13 153/20 156/16 157/1
157/6 157/12 157/16 157/25
158/10 159/5 160/8 160/9
160/15 160/16 160/16
160/19 161/1 161/2 161/2
162/13 162/14 162/18
163/23 164/3 164/9 165/4
165/23 166/12 166/13
166/13 166/15 166/18
166/18 167/1 167/5 167/6
167/8 167/12 167/17 167/18
167/19 167/21 167/22 168/1
168/4 168/4 168/9 169/2
169/9 169/18 169/21 170/1
170/7 170/13 171/2 172/12
172/12 172/13 172/18 173/3
173/13 173/21 174/22 175/2
175/20 175/22 176/10
177/23 177/24 178/15 179/7
179/11 179/17 181/21
182/14 182/20 182/24
183/12 183/14 183/14
183/17 183/23 184/14
184/16 185/1 187/9 187/9
187/19 188/9 188/11 188/14
190/5 190/17 190/22 190/22
191/6 192/1 192/19 193/15
193/15 193/23 194/1 194/6
194/19 195/8 195/15 196/12
196/20 197/5 198/16 198/19
199/11 199/13 200/12
200/24 202/6 202/13 203/11
204/6 204/8 204/9 204/22
204/23 205/6 205/16 205/16
205/24 206/1 206/3 206/5
206/12 206/15 206/22
206/24 207/1 207/2 209/18
210/9 210/13 210/20 210/24
211/1 211/9 211/13 211/19
211/20 211/22 211/23
212/22 213/9 213/23 214/8
214/9 215/14 215/16 216/6
217/22 218/15 218/18
218/19 218/20 218/21
218/22 219/7 219/9 219/17
219/19 219/20 219/23
219/23 219/24 220/9 221/14
222/2 222/4 223/13 223/18
223/18 223/19 224/4 224/12
224/24 225/17 225/25
226/19 226/25 227/4 227/9
227/9 227/14 228/9 228/9
229/5 229/5 229/15 229/17
229/21 230/6 230/11 230/15
230/16 231/17 232/16

233/18 233/20 234/7 234/8
234/8 234/24 236/6 236/8
236/9 236/10 236/10 237/11
237/12 238/17 238/19
238/22 238/25 239/3 239/11
239/11 240/4 240/6 240/17
241/2 241/17 241/20 241/22
242/5 242/8 242/17 242/23
242/24 243/3 243/5 243/15
243/20 243/24 244/15
244/20 244/25 245/12
245/13 245/22 245/23 246/6
246/9 246/11 246/12 246/24
247/1 247/1 247/2 247/3
247/3 247/14 247/21 248/22
249/11 249/14 250/18
250/23 250/24 250/25
251/15 252/23 253/1 253/13
253/17 253/24 254/23 255/5
256/25 257/8 257/13 257/19
257/20 259/8 259/10 259/23
260/8 260/9 260/10 260/12
260/13 261/10 261/19
261/19 261/23 262/2 264/9
267/11 268/22 272/1
Washington [5]  1/4 1/19 1/23
162/15 275/18
wasn't [7]  153/2 168/10
205/24 220/1 226/21 241/12
257/20
wasp [1]  42/1
waste [1]  273/3
watch [3]  138/3 140/18 145/7
watched [10]  36/3 61/1 74/7
103/10 193/24 199/14 204/3
205/6 206/17 258/8
watching [6]  35/18 74/2
138/14 147/1 193/2 193/10
water [1]  171/6
wave [3]  87/25 175/17
175/18
waving [6]  84/4 103/11
103/18 103/20 103/22 204/7
way [50]  7/12 10/7 10/9
20/10 22/3 23/4 24/6 26/12
27/15 27/21 28/23 34/1 38/4
61/8 65/7 65/11 66/11 71/12
73/24 81/6 94/8 95/11 96/6
96/17 96/20 103/23 123/14
154/20 162/9 164/19 180/15
180/17 185/10 186/4 187/1
206/24 207/6 212/19 218/11
237/8 237/8 250/15 257/22
258/4 262/13 265/10 267/25
269/6 269/23 273/7
we [500]  4/2 4/9 4/12 4/21
5/5 5/24 6/9 6/16 6/18 6/24
7/2 7/7 7/8 7/14 7/15 7/18
7/25 8/1 8/8 9/21 10/1 10/5
10/15 11/9 12/17 13/3 14/25
16/7 16/8 18/6 19/2 20/19
21/6 22/20 22/23 22/24
22/25 24/8 24/9 24/18 24/19
24/21 24/24 25/25 27/18
28/15 29/25 30/16 30/19
30/25 31/13 32/12 33/22
33/25 34/16 34/22 35/7
35/18 36/3 36/25 37/19 38/5

43/9 43/15 44/2 44/10 45/9
46/10 46/11 46/12 48/2 49/1
50/4 50/22 52/19 52/20 53/2
54/19 56/8 57/11 59/10
59/14 60/6 60/16 60/23
60/25 61/1 61/4 61/25 64/6
64/11 66/3 69/6 69/9 69/15
69/23 70/4 70/20 72/6
72/9 72/12 74/1 74/4 74/7
74/24 75/22 76/6 76/13 77/6
77/22 78/13 79/15 79/18
79/18 80/1 82/15 84/11
84/24 85/23 88/6 89/4 89/18
89/23 90/12 91/10 91/15
91/23 92/1 95/5 96/5 97/13
97/18 98/5 99/17 99/23
99/23 100/1 100/3 100/7
101/6 102/2 102/20 102/22
102/25 103/2 103/10 103/10
104/8 104/9 105/8 105/18
105/19 105/21 106/23 108/1
108/3 108/7 108/13 110/9
110/10 111/3 111/18 111/20
112/3 113/12 116/9 116/9
116/16 116/25 117/20
118/21 119/3 119/8 119/18
121/10 121/18 122/9 123/17
126/5 126/8 126/9 126/14
126/16 127/4 127/14 128/3
128/11 128/17 129/4 130/12
131/4 132/7 132/8 132/23
133/11 133/14 135/8 135/10
135/22 135/22 136/1 136/2
136/3 137/1 137/8 137/9
138/3 138/6 138/14 139/15
140/7 140/19 140/23 141/15
141/15 141/16 141/17
141/17 141/18 142/2 142/3
142/5 142/16 142/20 142/20
143/3 143/6 143/14 144/1
144/3 144/3 144/10 144/11
144/12 144/19 144/23
144/24 144/25 145/1 145/10
146/18 146/19 146/20
147/16 147/19 148/10 149/9
149/15 149/20 149/20
150/12 151/1 151/2 151/5
151/6 151/6 151/24 152/12
153/5 153/12 153/19 153/19
154/3 154/7 155/5 155/5
155/9 155/15 155/17 155/22
157/22 157/23 158/2 160/15
161/9 161/16 161/21 164/4
164/6 164/10 166/12 170/14
172/14 173/23 174/1 174/3
174/13 175/5 179/1 180/22
181/9 181/16 182/13 184/2
184/12 184/19 184/21
185/23 187/21 187/22
187/24 187/24 188/6 188/21
189/15 191/18 191/24
192/22 193/10 194/1 195/6
195/13 195/18 196/3 196/6
196/10 198/14 199/12
199/19 200/7 200/17 201/14
201/14 201/15 201/17 204/2
204/18 205/6 206/19 208/17
210/21 211/11 212/20

313

we... [161] 214/17 214/19
216/4 217/1 217/1 217/2
218/14 218/23 221/8 221/8
221/15 222/4 222/22 223/3
223/6 224/17 225/1 225/3
225/5 225/25 226/3 226/3
226/5 226/7 227/12 227/17
228/16 228/16 228/20
228/22 228/22 229/25
229/25 230/5 230/5 230/7
230/9 231/23 231/25 232/1
232/5 234/16 234/18 234/19
235/18 235/19 235/20
235/21 235/23 236/10
237/18 237/18 237/20 238/1
238/5 238/18 239/17 239/17
239/22 240/14 241/19
242/21 242/21 243/6 243/22
244/21 246/3 246/3 246/4
246/17 248/19 250/20 253/8
253/12 254/21 255/4 256/4
256/14 257/16 258/7 258/13
259/7 259/22 259/24 260/10
261/7 261/21 263/2 263/8
263/9 263/12 263/13 263/16
263/17 263/17 263/18 264/4
264/8 264/14 264/15 265/4
265/10 265/10 265/16
265/18 265/23 266/2 266/9
266/10 266/22 266/25
267/16 267/17 267/18 268/1
268/3 268/16 268/16 268/17
268/20 268/22 269/2 269/9
269/19 270/3 270/3 270/4
270/8 270/9 270/12 271/2
271/4 271/13 271/16 271/23
272/2 272/3 272/3 272/15
272/18 272/19 272/22 273/6
273/11 273/12 273/14
273/15 273/15 273/16
273/19 273/24 273/25 274/3
274/8 274/9 274/9 274/10
274/15 274/17 274/21 275/5
we'll [2] 108/7 108/10
we're [2] 105/8 255/20
we've [1] 24/18
weapon [10] 66/12 100/15
202/1 204/10 208/1 208/7
208/16 246/4 246/6 252/10
weapons [16] 38/21 38/22
39/5 66/14 66/19 100/24
100/25 101/2 101/3 151/16
203/8 214/19 235/24 246/2
246/5 249/13
wear [3] 136/2 166/5 250/8
wearing [22] 38/10 42/5
58/24 63/7 75/8 75/12
135/24 165/22 165/23
188/20 192/6 194/23 207/10
207/11 207/17 229/17
245/22 245/23 246/23 248/7
248/14 248/25
weight [1] 57/1
welcome [2] 25/21 100/6
well [49] 4/8 6/5 6/15 7/17
7/25 12/2 19/3 32/18 62/4
80/16 82/4 103/25 105/9
106/25 108/1 111/2 111/17

124/15 151/1 153/13 155/24
157/21 168/7 172/8 173/8
179/22 183/1 183/11 191/20
198/6 200/7 204/21 208/1
211/24 214/10 219/15
221/25 222/2 234/7 237/20
241/10 247/10 251/5 263/22
273/11 275/5
went [46] 28/20 28/22 29/1
29/6 38/5 41/12 64/15 64/20
64/21 65/5 65/7 65/21 66/3
67/4 67/21 67/22 67/25 77/6
93/19 94/9 94/10 97/21
97/21 97/24 98/12 147/3
151/3 154/13 164/10 164/25
167/20 171/10 175/23
175/24 175/25 176/1 176/2
176/2 176/6 176/7 176/24
180/3 213/20 219/21 243/9
273/5
were [339] 10/14 10/18
10/19 12/23 17/24 18/13
21/2 22/14 22/19 22/20
22/23 22/25 24/4 24/9 27/3
27/4 27/18 28/16 31/3 31/16
31/19 32/7 33/14 36/18
36/19 36/20 37/12 37/19
37/20 37/23 37/25 38/23
39/5 39/8 39/24 40/22 40/25
41/6 41/25 42/3 42/8 42/18
42/19 42/23 44/8 44/10 45/5
45/9 45/13 47/13 47/13
47/21 47/22 49/25 51/3
51/15 51/22 51/25 52/2 52/4
52/6 52/20 53/21 56/23 57/9
57/16 57/19 57/23 58/4
59/20 59/22 60/11 60/11
60/25 66/4 66/13 66/17
67/11 67/24 72/12 72/15
73/4 74/16 76/8 76/10 76/11
77/2 77/16 78/7 80/5 80/20
81/2 81/7 82/6 82/18 84/2
84/3 84/19 84/21 84/24 85/2
85/9 89/23 90/18 91/2 91/2
91/10 92/15 92/18 94/13
94/16 94/20 94/23 95/1
95/11 96/7 96/10 96/12
96/14 96/25 97/2 97/8 97/14
97/20 97/22 97/23 98/7 98/9
99/3 99/9 100/17 100/18
100/21 100/21 100/23
100/25 101/11 101/14
101/15 101/24 101/25
104/25 105/13 107/15
109/22 115/11 115/13
124/12 135/24 137/1 138/14
139/2 141/11 141/16 142/3
142/8 142/11 144/1 144/8
144/12 144/22 145/1 151/6
154/3 154/7 154/9 154/18
156/7 159/8 160/6 160/11
160/15 161/5 161/6 161/25
162/2 162/20 162/22 163/8
163/20 165/14 165/14
165/17 165/22 165/24
165/24 166/10 166/20 168/1
168/16 170/4 170/10 170/23
171/17 171/19 171/20 172/4

174/1 174/9 174/13 174/20
175/5 175/13 176/13 176/21
177/15 177/15 177/17
177/19 178/2 180/3 182/17
182/23 182/25 183/13
184/22 186/15 186/23 187/1
187/5 187/11 188/14 189/2
189/8 191/7 191/15 191/16
191/20 193/5 193/6 197/7
198/3 198/16 201/14 201/14
201/21 204/5 204/15 204/16
204/18 204/23 205/12
205/13 205/22 206/2 206/6
207/25 209/2 209/3 210/18
210/21 210/22 211/5 211/6
212/10 214/14 214/21
215/16 215/17 215/18
215/18 215/19 217/5 217/9
217/15 217/21 218/17
218/18 218/23 218/24
219/11 222/4 222/6 222/16
222/18 223/16 225/16
225/18 226/6 226/19 229/1
231/14 231/15 231/16
231/17 231/18 231/20 236/4
236/7 237/1 237/15 238/3
238/4 238/11 238/18 238/24
239/1 239/3 240/2 240/14
240/15 240/23 241/2 243/14
243/14 243/16 243/19
243/20 246/9 246/14 246/21
249/7 249/10 249/16 249/22
249/24 250/4 250/15 255/9
256/20 258/10 259/9 259/21
259/22 260/10 260/10
261/15 262/18 263/4 264/4
266/22 269/15 271/4 272/23
274/15
weren't [9] 82/16 144/23
144/24 144/24 188/24
191/18 217/2 257/17 258/2
west [87] 1/12 11/8 11/9
11/10 11/11 11/16 12/1 13/8
13/16 17/2 18/1 26/14 26/14
28/23 29/8 29/16 29/17
29/20 34/13 34/23 35/3
35/13 35/17 36/10 37/19
38/3 38/4 40/11 40/13 41/1
41/14 43/13 43/22 43/24
46/3 46/19 50/6 50/6 50/14
50/14 51/10 54/22 55/7
55/11 56/14 64/16 67/12
67/15 67/22 69/18 70/5 70/6
84/22 84/22 85/11 85/13
85/16 97/4 97/21 97/23
111/3 162/5 162/7 163/25
164/4 164/18 165/2 165/11
168/8 168/9 168/11 168/18
168/21 190/10 190/12
190/13 191/14 191/20
191/22 193/21 201/23 202/5
221/13 236/13 240/4 240/7
244/4
westbound [1] 33/25
what [344] 5/7 9/1 9/11 9/14
10/2 11/4 11/5 11/14 12/7
12/17 13/7 16/5 16/18 17/11
18/5 19/12 21/4 21/4 21/10

27/16 27/19 28/1 28/19
29/23 31/13 31/24 32/7
32/15 33/1 33/8 34/12 34/22
36/3 36/12 36/24 37/1 37/1
37/5 37/11 38/12 39/24
40/13 41/15 41/17 42/5
42/21 44/8 45/25 47/5 47/7
47/9 49/1 49/14 50/4 52/9
53/19 55/16 60/23 62/10
63/10 63/13 64/4 66/16
68/15 70/2 70/19 71/1 71/2
72/9 74/7 75/11 76/2 76/19
76/24 77/2 77/4 78/2 78/25
79/23 80/5 80/6 80/17 80/20
80/25 81/13 81/14 81/14
81/18 81/25 82/5 82/14
82/18 82/24 83/9 83/11
83/21 83/24 84/1 84/8 84/11
85/9 86/2 86/8 86/23 86/25
87/1 87/2 87/12 87/24 89/21
90/10 91/1 91/6 92/2 92/15
93/14 95/2 95/16 95/19 96/9
96/10 99/3 99/5 99/24
103/19 104/1 104/24 105/21
105/21 109/11 109/19
110/11 110/15 111/3 112/5
112/10 115/15 115/18
115/25 118/22 120/1 123/4
124/16 125/6 126/7 127/10
128/6 128/11 128/17 128/22
129/4 129/13 129/23 130/4
130/16 131/4 131/8 131/19
132/7 132/12 136/12 136/24
138/17 138/19 139/1 139/9
140/5 140/15 140/24 141/1
141/12 141/14 141/24 142/9
142/11 142/14 143/24
144/20 145/2 145/18 146/18
146/25 149/18 150/20
150/22 152/21 153/10
153/16 154/5 154/17 158/25
159/21 160/8 160/18 162/4
162/11 163/24 164/2 165/9
165/18 166/3 166/24 167/11
167/12 167/18 168/9 169/16
169/19 170/7 171/8 171/9
171/22 173/21 176/9 176/10
176/15 177/1 177/23 178/23
179/7 179/13 179/19 182/20
184/2 184/4 185/13 185/23
187/3 187/15 187/21 188/25
192/6 193/21 196/14 197/3
201/14 201/21 201/23
202/18 202/24 203/22 204/5
204/16 204/21 205/12
205/14 205/16 206/25
207/24 208/15 209/24 210/1
210/10 210/11 210/12
212/16 213/5 214/14 215/14
216/20 216/22 216/24
218/18 219/7 219/20 219/22
219/23 221/5 221/13 222/16
223/18 224/18 229/9 229/16
231/1 233/8 233/21 235/17
236/8 237/15 238/14 238/15
238/16 238/16 238/22
239/16 241/25 242/15
242/23 243/11 244/18

what... [48] 244/25 245/10
246/9 246/11 246/12 246/14
246/21 246/24 246/24 247/3
247/3 247/17 249/10 249/19
250/6 250/15 251/3 251/15
252/7 252/9 252/14 253/13
254/5 255/9 255/16 255/18
256/17 256/18 256/23
257/21 257/25 259/9 259/21
260/8 261/17 261/17 261/18
261/19 264/1 264/4 264/9
265/4 268/6 268/15 271/2
271/4 272/8 273/23
what's [38] 13/19 15/14
40/16 44/23 48/6 49/4 74/18
80/12 90/7 117/14 122/6
127/15 132/6 133/1 133/4
135/20 136/4 142/19 143/15
143/15 143/15 143/18
143/19 165/25 168/7 168/12
169/6 169/8 173/11 176/8
188/23 207/10 221/24
231/11 235/10 242/22
251/21 269/24
whatever [8]  17/19 17/22
42/1 81/7 136/9 212/18
264/13 270/3
when [151]  4/25 5/12 8/4
17/11 20/7 27/24 29/20
29/22 31/3 31/16 31/18
32/24 34/1 36/25 37/5 37/7
39/1 39/24 41/12 43/1 46/12
48/17 53/21 55/3 61/9 64/4
66/22 68/2 68/17 68/19
68/22 69/1 72/5 73/5 77/1
77/4 77/5 82/15 82/24 85/10
85/14 86/10 87/16 90/23
92/10 93/14 95/19 96/9
96/10 96/15 98/5 98/18 99/3
100/15 100/18 100/25
102/22 103/10 103/17
103/20 104/18 104/20
105/16 112/24 118/12
120/20 125/22 134/4 149/20
150/6 157/9 160/1 160/23
161/16 161/17 161/18
162/20 164/2 165/7 169/1
169/7 169/10 169/16 175/18
176/5 177/1 178/2 178/15
179/19 179/21 180/7 182/6
183/7 186/2 186/3 186/13
187/21 188/14 190/22 191/6
191/7 191/20 196/22 197/3
197/15 198/3 198/3 202/9
203/4 203/6 206/12 206/25
207/3 209/2 209/21 215/9
215/23 216/8 216/18 217/17
218/19 219/20 221/6 225/14
226/9 226/23 227/4 228/9
230/16 230/17 230/24 231/9
232/4 232/8 234/5 236/10
237/9 238/12 241/16 241/20
242/7 243/9 243/11 250/10
251/1 252/22 256/20 261/4
262/6 268/18 270/4
where [187]  5/24 6/19 7/19
8/24 9/4 9/16 13/20 14/23
17/5 19/21 19/23 22/4 24/1

24/14 24/9 24/22 25/19
26/18 28/13 28/16 28/25
29/1 29/18 30/13 31/2 32/19
34/5 35/2 35/11 37/25 38/5
41/17 42/19 43/20 44/12
46/15 46/22 46/25 47/1
48/23 49/11 50/12 52/19
54/7 55/9 57/23 61/4 61/10
62/13 64/14 64/15 64/20
67/10 67/23 69/15 69/19
70/2 72/3 72/17 72/20 73/7
73/18 74/4 75/6 77/7 78/7
78/23 84/24 86/9 88/24
89/18 91/23 91/24 94/2
99/10 101/14 105/10 105/10
107/14 108/3 109/8 113/21
114/12 118/23 125/16
125/17 125/23 130/12
139/19 143/6 144/18 145/25
146/16 151/13 154/8 158/21
159/4 159/16 161/6 164/9
164/24 167/12 168/16
168/24 168/25 169/3 171/4
174/9 175/5 176/1 178/18
180/5 180/19 183/12 183/14
183/14 183/17 185/5 185/18
186/15 186/20 188/24 190/9
190/11 190/16 190/21 191/2
193/5 193/19 198/3 198/22
200/9 200/21 200/24 201/2
201/15 203/21 204/17
204/17 205/7 206/5 208/17
210/22 210/23 214/24 215/5
217/5 218/9 218/12 219/9
221/18 222/1 222/12 226/19
226/21 226/22 226/22
226/25 227/9 227/9 229/25
232/13 232/15 232/16
232/23 232/3 235/8 236/12
236/24 237/1 237/6 237/7
237/13 237/21 240/2 240/15
240/19 240/22 243/9 250/25
251/3 260/9 260/23 262/18
267/3 268/23
wherever [2]  73/11 201/16
whether [20]  7/10 80/17
80/18 80/21 81/2 95/24
143/24 187/23 198/24 246/6
254/17 264/6 270/5 270/11
270/16 272/12 272/15
272/25 273/13 273/14
which [54]  14/18 19/17 26/11
48/9 71/24 72/23 85/13 96/3
97/16 106/16 107/12 108/4
111/5 111/6 122/10 122/16
123/5 124/1 137/2 137/13
137/14 143/6 155/18 156/9
163/15 164/5 164/15 164/18
167/1 168/1 171/3 176/9
176/16 177/3 177/10 178/22
180/9 180/13 180/15 185/16
190/14 198/21 200/7 200/13
200/15 201/25 208/15
221/14 221/14 221/16 240/4
243/4 243/4 269/9
while [21]  39/8 67/6 72/9
73/12 90/18 96/7 97/8
224/18 110/25 115/17
121/19 141/21 142/11 149/4

whip [2]  239/23 250/10
white [10]  14/17 14/19 34/11
34/16 34/23 57/11 84/5 94/3
94/6 131/10
who [85]  8/12 10/3 27/11
28/1 33/13 36/14 37/17
45/21 45/22 46/3 54/10
58/11 60/7 63/7 65/4 66/5
66/12 75/8 76/11 76/16
79/22 84/5 92/17 97/22 98/2
112/8 112/10 112/10 112/13
112/15 112/21 112/23
116/25 129/7 129/21 130/14
132/10 132/14 133/14
138/14 139/25 140/2 145/21
151/3 153/13 156/22 156/25
157/3 159/24 161/1 166/17
169/2 181/25 187/3 187/5
187/9 187/11 188/11 191/15
193/14 195/25 199/5 199/7
199/19 204/5 216/16 218/24
220/16 220/21 223/9 224/9
235/18 235/22 237/18
237/19 241/20 244/5 245/4
245/8 245/20 246/1 248/4
249/22 249/24 257/13
who's [1]  241/9
whoever [3]  55/12 103/8
199/21
whole [11]  18/16 41/6 44/5
96/1 98/2 177/13 196/5
214/18 237/6 256/25 269/19
whose [2]  138/8 237/11
why [45]  6/12 6/20 14/14
21/25 25/16 38/17 47/21
51/12 52/23 59/8 71/17
72/16 75/14 83/9 84/17
87/14 90/23 98/21 124/13
124/14 126/4 134/2 135/20
141/7 144/20 150/24 176/6
176/7 176/24 181/9 208/9
209/6 215/16 246/14 249/12
251/22 257/25 258/13
261/23 262/1 263/2 266/5
267/24 268/2 269/12
will [107]  5/16 6/8 7/22 7/23
13/9 19/24 20 24/24 25/13
25/18 25/24 35/18 44/1
46/11 47/11 50/22 55/21
63/20 68/24 69/1 70/18 76/6
78/11 88/16 91/14 92/12
93/18 99/23 99/23 100/1
100/1 100/7 105/9 108/7
108/8 108/9 111/21 111/24
114/1 116/6 116/12 121/17
121/18 122/23 123/6 123/7
123/11 123/12 125/16
125/19 127/19 133/5 139/19
154/23 155/5 155/19 155/22
157/22 157/23 162/5 166/5
172/22 172/24 173/8 179/3
180/25 188/21 189/24
197/23 207/21 211/24
227/12 228/2 242/7 247/9
247/11 251/4 252/16 263/9
263/13 263/13 263/14
263/16 263/17 264/23 265/4

willing [1]  89/23
wind [1]  239/20
window [12]  28/22 29/1
32/16 34/2 62/12 63/7 65/19
65/24 191/11 194/13 195/11
195/20
windows [1]  136/15
wing [18]  60/24 61/8 61/10
61/20 63/11 64/15 64/17
64/18 64/25 69/24 70/17
74/9 84/23 190/14 191/4
200/15 200/20 240/13
winner [2]  120/4 120/6
wire [2]  15/25 112/1
wise [2]  74/4 253/9
withdraw [6]  91/14 118/14
119/9 121/23 122/12 134/2
withdrawn [2]  270/1 270/2
withdraws [1]  122/13
within [9]  9/16 9/22 61/19
89/20 91/24 109/17 144/19
228/1 269/20
without [25]  20/20 43/16
54/25 59/3 90/17 93/6 93/25
94/3 95/6 116/6 117/9
119/14 121/2 121/13 127/19
155/19 172/22 179/3 189/24
196/5 207/21 235/21 248/18
256/7 256/8
witness [39]  2/2 4/10 4/24
5/25 6/8 6/9 6/10 6/19 6/25
7/2 7/9 8/1 8/9 8/10 8/13
19/2 24/14 55/16 59/2 80/19
80/24 82/4 83/8 106/3 106/6
108/9 108/17 124/4 136/22
154/24 157/24 158/6 207/20
227/13 234/17 234/17
234/20 248/17 262/24
witnessed [1]  115/8
witnesses [7]  5/16 5/23 6/1
6/6 7/20 270/14 274/17
woman [1]  130/14
won't [5]  6/7 25/24 228/14
234/16 267/18
wondering [2]  141/7 143/18
wooden [1]  229/5
word [4]  80/25 105/9 154/5
226/6
words [15]  76/8 80/18 80/18
80/20 80/21 80/22 81/3 81/7
81/21 82/6 82/6 82/12 82/18
244/23 252/14
work [32]  5/23 8/24 8/25
11/18 11/18 18/23 21/2
23/20 25/24 55/22 59/18
75/20 100/15 109/8 109/9
124/18 136/4 150/4 153/10
158/21 159/4 159/8 159/19
160/6 162/12 226/13 235/8
235/9 235/11 236/4 245/19
271/23
worked [3]  114/21 152/19
235/15

working [16]  18/19 25/2 25/3
25/13 25/16 25/22 40/22
42/24 94/3 115/11 115/13
161/10 184/8 184/8 220/13
251/5
works [5]  20/2 110/7 236/21
254/12 274/5
world [2]  17/17 273/23
worried [1]  144/8
worry [1]  84/15
worse [1]  259/13
worst [2]  238/15 238/17
worth [1]  269/25
would [185]  4/12 5/2 5/9 6/12
7/3 10/3 10/18 10/21 10/24
10/25 12/9 13/10 13/22
13/22 13/24 15/8 17/5 17/7
17/17 19/6 20/17 21/14
21/16 21/19 21/19 22/12
22/12 22/13 22/16 23/1
33/23 35/1 41/19 42/16
45/11 49/24 55/9 59/22
66/11 72/8 73/23 78/9 80/14
85/13 88/14 93/4 98/2 99/18
99/21 105/15 106/18 107/15
108/4 110/16 111/1 112/7
112/9 112/12 112/14 112/22
113/23 114/2 114/14 115/10
116/4 116/17 117/23 123/5
123/24 123/24 124/1 125/3
125/24 125/25 126/3 126/5
126/9 126/11 129/6 132/11
132/13 134/6 134/11 137/22
142/1 142/18 146/1 151/13
153/15 156/23 157/4 164/5
165/1 165/18 166/5 166/14
172/2 172/20 180/16 180/20
180/22 181/15 184/7 185/10
185/10 185/13 185/19
186/19 189/14 190/15
191/11 191/13 193/24 196/4
196/8 198/9 200/14 200/16
200/21 200/21 200/22
201/12 201/15 206/4 212/16
212/18 212/19 212/23 213/8
214/22 214/24 216/9 221/13
224/16 226/21 229/20
230/24 231/9 231/16 238/2
241/12 247/8 251/4 252/5
252/8 252/19 253/9 254/3
254/5 254/5 256/6 257/2
257/21 257/25 258/1 258/3
261/1 261/2 262/21 264/2
264/10 264/15 264/16 265/3
265/17 265/23 266/13 267/1
267/13 269/5 269/22 272/5
272/15 272/21 272/25
272/25 273/12 273/14
273/19 273/20 273/21
273/23 274/3 274/3 274/25
wouldn't [9]  168/13 174/5
180/25 190/21 200/6 236/20
236/24 264/14 266/5
wound [1]  153/23
wrap [1]  234/19
wrist [1]  250/10
written [1]  128/12
wrong [2]  163/23 242/6

x-ray [1]  10/24

Y

yeah [57]  23/6 23/6 30/25
49/16 51/20 59/7 65/23 67/5
92/19 144/1 145/15 163/12
166/1 169/23 169/25 170/12
175/14 175/14 177/15 178/4
180/17 184/19 185/7 185/23
188/4 197/9 201/11 202/1
204/15 205/20 206/9 208/14
208/25 211/6 212/3 213/4
215/3 215/13 215/22 215/25
217/22 218/6 219/11 219/19
221/3 221/3 222/14 225/16
225/18 227/6 230/16 234/7
234/11 236/24 255/22 259/4
267/23
year [2]  162/4 177/12
years [22]  9/10 11/16 18/6
18/19 21/8 22/11 28/5 36/11
109/15 110/2 110/3 110/5
114/22 114/23 141/20
158/24 159/7 159/12 165/20
235/16 236/2 241/18
yell [1]  214/18
yelled [3]  203/21 213/6
214/17
yelling [27]  51/14 76/3 76/9
79/24 84/9 142/16 143/11
170/8 177/19 204/22 209/7
209/17 209/18 211/18
211/19 214/20 218/23 219/8
219/8 231/14 231/20 231/25
232/5 239/8 240/9 244/22
247/16
yellow [3]  40/18 45/3 85/12
yells [2]  177/21 177/22
yep [1]  256/8
yes [718]  4/17 7/3 7/4 7/24
11/2 11/22 12/1 12/3 12/8
12/19 13/6 14/5 14/9 14/13
14/24 15/5 15/7 15/16 15/20
16/2 16/4 16/13 16/17 16/19
17/2 17/12 17/21 18/4 18/15
18/22 18/24 19/5 19/14 20/1
20/3 20/14 21/3 21/9 22/20
23/9 23/11 23/14 23/24 24/3
24/10 25/17 26/6 26/11
26/17 26/24 27/1 28/5 28/10
28/17 29/8 30/6 30/9 30/15
30/24 31/4 31/12 31/21 32/1
32/4 32/6 32/14 32/17 32/21
32/25 34/3 34/10 34/18 35/6
35/17 35/23 36/7 36/23
37/10 37/22 38/7 38/9 38/11
38/16 38/23 39/7 39/10
39/15 39/19 39/22 40/1
40/12 40/14 40/18 40/21
40/24 41/4 41/7 41/13 41/16
41/22 41/24 42/2 42/2 42/7
42/13 42/22 43/3 43/6 43/8
43/14 43/22 44/3 44/20
44/22 45/4 45/15 46/2 46/16
46/18 46/21 46/24 47/3 47/8
48/5 48/16 48/19 48/24 49/3
49/7 49/10 49/19 50/3 50/18
51/5 51/8 51/11 51/17 51/21

52/14 52/18 53/7 53/9 53/12
53/18 53/23 54/6 54/9 54/12
54/18 54/22 55/8 55/14 56/1
56/4 56/7 56/11 56/13 56/16
56/22 56/25 57/6 57/8 57/13
57/15 57/18 57/22 57/25
58/6 58/13 58/16 58/18
58/20 58/22 59/15 59/17
60/2 60/4 60/13 60/22 61/3
61/18 61/20 62/3 62/6 62/24
63/6 63/9 63/12 64/1 64/3
64/16 64/21 64/24 65/4 65/9
65/15 65/19 66/15 66/21
67/5 67/14 67/19 68/7 68/14
68/22 69/11 69/25 70/11
70/17 70/25 71/8 71/16
72/11 73/3 73/6 73/9 73/16
74/6 74/15 74/17 74/20 75/1
75/4 75/10 75/22 76/1 76/18
76/23 77/3 77/9 77/11 77/18
78/1 78/8 78/17 78/24 80/7
82/3 84/16 85/3 85/5 85/8
86/7 86/17 86/17 86/20
87/11 88/10 88/13 88/22
89/3 89/7 89/10 89/12 90/6
90/9 90/20 90/22 91/21 92/6
92/9 92/19 92/23 93/1 93/3
94/6 94/9 94/15 94/18 94/22
94/25 95/3 95/13 95/15
95/25 96/22 97/7 97/9 97/21
98/17 98/20 100/16 100/20
101/1 101/2 102/7 102/11
102/24 103/6 103/12 103/17
103/24 104/7 104/17 105/24
106/9 109/18 110/4 111/20
113/20 113/24 114/11
114/20 115/6 115/21 115/24
120/7 122/5 123/3 123/10
124/11 125/12 125/19
125/20 125/24 126/3 126/13
126/22 128/16 130/7 131/10
131/16 133/9 133/17 135/9
135/17 136/1 136/21 137/22
142/13 143/14 143/22 144/9
144/15 147/5 149/17 149/19
152/6 152/11 154/2 154/11
154/16 154/22 155/13 159/3
159/9 159/11 159/14 159/14
159/15 159/18 159/20 160/5
160/5 160/7 160/14 161/4
161/8 161/23 162/4 162/22
163/4 163/4 163/14 163/19
163/21 165/1 165/8 165/8
165/16 166/2 166/19 166/21
166/23 167/10 167/19
169/15 169/17 170/6 170/12
170/16 170/25 171/13
171/16 171/18 171/18
172/11 172/11 172/13
172/17 172/19 173/7 173/10
173/15 173/15 173/17
173/20 173/20 174/11
174/15 174/19 175/2 175/9
175/12 175/22 175/22
175/25 176/23 176/25
177/16 178/8 178/8 178/11
178/14 178/17 178/20
178/23 178/25 179/14

181/6 181/8 181/8 181/10
181/13 181/17 181/24 182/5
182/8 182/12 182/12 182/19
182/24 182/24 183/1 183/6
183/9 183/12 183/15 184/1
184/11 184/17 184/23
185/23 186/12 186/17
186/19 186/25 187/2 187/14
187/21 188/2 188/5 188/13
188/16 188/19 189/4 189/7
189/10 189/13 189/18 190/8
190/20 191/5 191/9 191/13
191/17 192/5 192/10 192/12
192/14 192/16 193/4 193/7
193/9 193/13 193/18 193/25
194/3 194/10 194/12 194/15
194/22 194/25 195/3 195/5
195/12 195/19 195/21
195/24 196/2 197/2 197/14
197/17 197/21 198/18
198/18 199/4 199/6 199/10
199/12 199/15 199/24
200/19 201/4 201/17 202/7
202/12 202/15 202/17 203/4
203/14 203/16 203/21 204/4
204/12 204/25 205/4 205/9
205/11 206/16 206/18 207/7
207/9 207/14 208/1 208/5
208/8 208/8 208/21 208/23
209/1 209/5 209/15 209/20
209/23 210/4 210/6 210/8
210/16 210/16 211/8 211/8
211/10 211/19 211/21
211/23 212/8 212/15 213/17
213/22 213/25 214/3 214/11
214/13 214/15 215/8 215/11
215/20 216/12 216/17
216/19 217/8 217/13 217/16
218/1 218/4 218/8 218/13
218/20 219/1 219/14 219/16
220/12 220/15 220/20 221/4
221/20 221/23 222/8 222/11
222/19 223/8 223/17 223/23
223/25 224/2 224/8 224/17
225/21 226/3 226/10 226/12
227/6 228/11 229/3 229/7
229/11 229/17 230/3 230/18
230/23 231/19 231/22
231/24 233/7 233/17 233/19
235/14 236/5 236/7 237/3
237/23 238/5 238/10 238/13
238/24 239/5 239/8 239/13
239/22 240/4 240/12 240/21
240/24 241/2 241/9 242/1
242/12 242/14 242/16
242/25 243/3 243/8 243/10
243/18 244/1 244/3 244/9
244/12 245/3 245/9 245/18
245/21 245/25 246/3 246/16
248/3 248/8 248/10 248/15
249/1 249/4 249/6 249/9
250/1 250/5 250/14 250/22
250/24 251/2 251/8 251/14
251/17 251/19 252/12
252/21 253/4 253/6 253/8
253/19 253/21 254/4 254/10
254/14 254/18 254/20 255/8
255/15 255/24 256/22 257/1

**Y**

yes... [28] 258/6 258/9
258/12 258/14 258/16
258/19 258/21 259/2 259/7
259/15 259/18 259/22 260/5
260/19 260/22 261/6 261/14
261/16 261/18 261/25 262/5
262/7 262/11 262/14 262/20
273/21 274/5 274/5
yesterday's [2] 270/19 271/1
yet [8] 25/22 47/11 56/5
164/25 174/21 257/22
266/22 272/14
you [1600] 4/18 4/20 4/22
5/12 5/14 6/8 6/24 7/5 7/10
7/10 8/4 8/7 8/11 8/24 9/4
9/9 9/18 9/23 9/24 10/5 10/7
10/8 10/10 10/10 10/11
10/18 10/22 10/23 10/24
11/3 11/13 11/14 11/14 12/4
12/6 12/7 12/7 12/13 12/17
13/5 13/7 13/19 13/24 14/25
15/1 15/4 15/13 15/24 16/5
16/11 16/14 16/16 16/25
17/4 17/4 17/9 17/11 17/11
17/22 17/22 18/3 18/8 18/13
18/14 18/20 18/23 18/25
19/12 19/14 19/14 19/16
19/20 19/20 20/2 20/7 20/10
20/11 20/12 21/2 21/20
21/24 22/19 22/21 23/10
23/15 24/4 24/9 24/13 24/16
24/20 24/23 24/23 24/24
24/25 25/2 25/9 25/20 26/1
26/2 26/4 26/11 26/12 26/12
26/13 26/18 27/2 27/3 27/4
27/9 27/9 27/11 27/12 27/14
27/16 27/20 27/22 28/2 28/4
28/8 28/11 28/18 28/19
28/25 29/1 29/2 29/5 29/5
29/6 29/6 29/7 29/9 29/15
29/15 29/18 29/20 29/22
29/23 30/3 30/4 30/12 30/25
31/2 31/3 31/5 31/7 31/16
31/19 31/22 31/24 32/2 32/9
32/15 32/23 33/15 33/23
34/1 34/4 34/11 35/10 35/10
35/15 35/18 35/21 35/25
36/1 36/7 36/24 36/24 36/25
36/25 37/5 37/5 37/7 37/8
37/16 37/16 37/17 37/17
37/18 37/20 37/23 37/25
38/1 38/2 38/5 38/10 38/15
38/18 38/18 38/20 38/24
39/8 39/8 39/11 39/13 39/16
39/18 40/13 40/20 40/22
41/6 41/8 41/12 41/14 41/17
42/2 42/3 42/5 42/11 42/14
42/14 42/14 42/15 42/18
43/1 43/4 43/7 43/12 43/20
43/22 43/23 43/24 44/2 44/4
44/5 44/15 44/19 44/21 45/2
45/5 45/16 45/17 45/18
45/25 46/8 46/12 46/15
46/19 47/6 47/21 47/23 48/3
48/13 48/23 49/14 49/20
49/25 50/2 50/8 50/11 50/22
51/3 51/12 51/13 51/20
52/10 52/16 53/10 53/13

53/16 54/23 54/25 54/25
54/11 55/3 55/7 55/9 55/15
55/17 55/20 55/22 55/24
56/5 56/10 56/12 56/23
57/20 57/21 58/7 58/11
58/14 58/14 58/17 58/19
58/21 58/24 59/5 59/6 59/18
60/14 60/24 61/6 61/7 61/9
61/11 61/12 61/15 61/17
61/22 62/7 62/13 62/19
62/25 63/4 63/11 63/15
63/18 64/6 64/10 64/14
64/20 64/23 65/10 65/10
65/23 65/23 66/4 66/6 66/14
66/19 66/19 66/22 67/2 67/8
67/11 67/11 67/11 67/12
67/17 67/20 68/1 68/1 68/2
68/5 68/5 68/19 68/24 69/1
69/4 69/10 69/21 70/1 70/7
70/12 70/21 70/22 70/24
71/1 71/9 72/2 72/3 72/3
72/4 72/5 72/5 72/9 72/11
72/15 73/1 73/4 73/7 73/17
73/22 73/23 74/11 74/14
74/16 74/21 75/2 75/6 75/9
75/11 75/23 75/24 76/2 76/4
76/6 76/7 76/16 76/22 77/4
77/4 77/7 77/12 77/13 77/24
77/25 78/7 78/16 78/18
78/20 78/23 78/23 79/4 79/7
79/9 79/10 80/5 80/5 80/6
80/17 81/7 81/13 81/14
81/15 81/15 81/18 81/18
81/21 81/21 82/1 82/1 82/6
82/12 82/18 82/19 82/22
82/25 83/12 84/3 84/15 85/6
85/9 85/11 85/20 86/2 86/4
86/6 86/19 86/21 87/5 87/9
87/12 87/12 87/14 87/14
87/16 87/19 87/23 87/24
88/9 88/21 89/6 89/11 89/18
89/18 89/21 89/22 89/23
90/1 90/4 90/7 90/11 90/14
90/18 90/21 91/8 91/9 91/19
91/22 91/24 92/8 92/10
92/15 92/15 92/18 92/22
93/2 93/11 93/14 93/14
93/16 94/2 94/8 94/12 94/19
95/10 95/11 95/14 95/16
95/19 95/24 96/1 96/3 96/9
96/9 97/10 97/15 97/16 98/2
98/10 98/11 98/12 98/24
98/24 99/3 99/5 99/7 99/9
99/19 99/25 100/9 100/14
100/14 100/15 101/3 101/4
101/8 101/11 101/14 101/17
101/19 101/24 101/25 102/9
103/5 103/7 103/13 103/16
103/19 103/23 103/25 104/1
104/12 104/14 104/16
104/19 104/21 104/22
104/22 104/23 104/25
105/22 105/23 105/25 106/2
106/7 106/11 106/11 106/13
106/14 106/15 106/16
106/25 107/1 107/2 107/4
107/10 107/18 107/25 108/9
108/16 108/23 108/24 109/1

109/12 109/25 110/6 110/23
110/25 111/1 111/14 111/14
111/23 112/3 112/2 113/16
113/16 113/21 113/25
113/25 114/2 114/7 114/8
114/10 114/11 114/14
114/17 114/21 114/23
114/23 115/3 115/8 115/11
115/13 115/22 116/12
116/18 116/21 117/5 117/17
117/23 118/11 118/22 119/2
119/13 119/19 120/8 120/18
121/13 121/17 121/17 122/3
122/18 122/18 122/23
122/24 123/2 123/9 123/20
123/20 124/4 124/4 124/6
124/6 124/12 124/13 124/13
125/4 125/14 125/15 125/16
125/17 125/19 126/7 126/18
126/20 127/6 128/4 128/7
128/8 129/7 129/9 130/23
131/8 131/9 131/13 133/1
133/16 133/17 135/24 136/6
136/9 136/12 136/22 136/24
137/13 137/14 137/23
137/24 138/8 138/25 139/9
139/15 139/19 139/19
139/20 139/23 140/14
140/15 140/22 140/23
140/23 141/1 141/1 141/4
141/4 141/9 141/11 141/14
141/20 141/24 142/5 142/8
142/8 142/11 142/11 142/14
142/25 143/2 143/6 143/6
143/13 143/17 143/21
143/23 143/23 144/3 144/8
144/20 145/1 145/3 146/13
146/18 148/24 149/1 149/1
149/1 149/18 150/10 151/9
151/12 151/15 152/4 153/7
153/10 153/12 153/13
153/16 153/25 153/25 154/5
154/5 154/5 154/10 154/12
154/12 154/14 155/3 155/4
155/11 155/14 155/15
157/20 158/5 158/7 158/12
158/12 158/13 158/14
158/15 158/16 158/21
158/21 158/23 159/4 159/4
159/6 159/8 159/12 159/16
159/16 159/19 159/19 160/1
160/6 160/11 160/11 160/12
161/5 161/6 161/10 161/13
161/15 161/16 161/16
161/17 161/18 161/20
161/24 162/12 162/17
162/20 162/20 163/1 163/2
163/2 163/13 163/18 163/20
163/22 164/2 164/2 164/9
164/10 164/10 164/14
164/22 164/24 164/24
164/25 165/7 165/7 165/9
165/13 165/14 165/17
165/18 165/22 165/22 166/5
166/8 166/10 166/12 166/20
166/22 166/24 167/11
167/14 167/15 167/20
168/13 168/13 168/15

168/16 168/17
169/12 169/12 169/13
169/16 169/16 169/19
169/19 169/24 170/4 170/15
170/21 170/23 171/11
171/12 171/14 171/17
171/17 171/19 171/19
171/19 171/20 171/21 172/8
172/8 172/9 172/9 172/16
172/16 173/2 173/5 173/8
173/8 173/9 173/14 173/16
173/18 174/5 174/5 174/6
174/6 174/7 174/9 174/9
174/12 174/13 174/14
174/16 174/20 174/24
174/25 175/4 175/6 175/13
175/23 175/24 176/1 176/1
176/5 176/5 176/6 176/18
176/20 176/21 176/24 177/1
177/1 177/13 177/21 178/2
178/2 178/6 178/9 178/15
178/15 179/7 179/9 179/13
179/17 179/19 179/19
179/21 179/23 179/23 180/1
180/3 180/3 180/3 180/4
180/11 180/15 180/22
180/23 180/25 180/25 181/3
181/5 181/15 181/18 181/19
181/23 182/2 182/4 182/6
182/6 182/8 182/17 182/21
182/23 182/25 182/25 183/7
183/7 183/8 183/10 183/13
183/13 183/16 183/17
183/19 183/21 183/25 184/7
184/9 184/16 184/18 184/21
184/21 184/22 184/24 185/4
185/4 185/6 185/12 185/13
185/14 185/17 185/17
185/23 186/11 186/13
186/15 186/20 186/21
186/24 187/1 187/3 187/3
187/13 187/15 187/16
187/17 188/1 188/3 188/11
188/11 188/14 188/17
188/24 189/1 189/5 189/16
189/21 189/24 190/3 190/4
190/7 190/9 190/21 191/7
191/7 191/10 191/11 191/14
191/20 191/21 191/21 192/3
192/11 192/15 192/17
192/20 193/2 193/8 193/14
193/16 193/19 194/4 194/17
194/21 195/4 195/10 195/13
195/17 195/22 196/14
196/17 196/22 196/23
196/23 196/24 196/25 197/3
197/3 197/7 197/7 197/10
197/12 197/15 197/15
197/19 197/22 197/23 198/1
198/3 198/9 198/16 198/20
198/24 199/5 199/16 199/17
199/20 199/21 199/22
199/22 199/24 199/25 200/2
200/4 200/5 200/6 200/9
200/17 200/18 201/2 201/2
201/2 201/5 201/8 201/19
201/22 201/21 201/22
201/24 201/24 202/2 202/6

Case 1:21-cr-00008-IMK   Document 312-24   Filed 05/16/23   Page 357 of 361   PageID #: 261

**Y**

you... [535] 202/8 202/11
202/11 202/13 202/13 203/1
203/6 203/8 203/8 203/15
203/15 203/20 203/22
203/22 203/24 204/3 204/5
204/5 204/6 204/13 204/18
204/20 204/21 204/23 205/3
205/5 205/7 205/12 205/14
205/14 205/15 205/17
205/17 205/18 205/22
205/22 206/10 206/10
206/12 206/15 206/15
206/17 206/20 206/25 207/3
207/4 207/6 207/8 207/8
207/13 207/15 207/17
207/23 207/25 208/2 208/4
208/10 208/12 208/15
208/19 208/22 209/2 209/3
209/11 209/13 209/16
209/19 209/21 209/24 210/5
210/7 210/11 210/12 210/13
210/17 210/21 210/21
210/22 211/5 211/14 211/16
211/18 211/20 211/24 212/1
212/1 212/2 212/7 212/13
212/13 212/16 212/16
212/23 213/2 213/3 213/5
213/7 213/10 213/14 213/14
213/15 213/20 213/24 214/1
214/2 214/6 214/6 214/8
214/9 214/9 214/12 214/14
214/16 214/21 214/21
214/22 215/1 215/5 215/9
215/12 215/14 215/18
215/23 216/8 216/9 216/9
216/11 216/13 216/15
216/18 216/20 216/21
216/24 216/24 217/5 217/7
217/9 217/14 217/17 217/17
217/21 217/23 217/25 218/2
218/2 218/7 218/12 218/17
218/17 218/18 218/23
218/25 219/2 219/7 219/12
219/25 220/3 220/6 220/7
220/8 220/11 220/13 220/14
220/18 221/6 221/18 221/18
221/21 222/9 222/13 222/13
222/16 222/18 222/24 223/6
223/11 223/14 223/16 224/1
224/3 224/7 224/11 224/13
224/15 224/18 224/19
225/14 225/14 225/19
225/22 226/1 226/9 226/9
226/13 226/19 226/24
226/25 227/3 227/4 227/4
227/11 227/20 227/22
227/25 227/25 228/6 228/8
228/12 228/14 228/16 229/2
229/4 229/5 229/6 229/8
229/9 229/18 229/23 230/13
230/17 230/24 230/24 231/1
231/1 231/12 231/12 231/14
231/15 231/16 232/2 232/2
232/3 232/7 232/8 232/8
232/9 232/12 232/21 232/21
233/1 233/3 233/5 233/8
233/14 233/16 233/22
233/24 234/5 234/5 234/12

235/1 235/2 235/3 235/8
235/8 235/13 235/15 236/1
236/4 236/16 236/19 236/19
236/21 236/24 237/1 237/6
237/7 237/9 237/11 237/15
237/21 237/24 237/25 238/2
238/2 238/3 238/8 238/9
238/11 238/12 238/14
238/15 238/22 239/3 239/6
239/8 239/10 239/10 239/16
239/20 240/2 240/2 240/5
240/7 240/8 240/8 240/9
240/14 240/15 240/15
240/22 240/23 240/25 241/5
241/6 241/7 241/16 241/16
241/25 241/25 242/2 242/4
242/6 242/7 242/10 242/10
242/13 242/15 242/17
242/23 243/1 243/9 243/9
243/11 243/11 243/16
243/16 243/19 243/24 244/2
244/5 244/7 244/13 244/17
244/17 244/18 244/20
244/22 245/2 245/4 245/8
245/10 245/10 245/11
245/17 245/22 245/22
245/23 246/1 246/9 246/13
246/19 246/23 246/24
246/25 247/10 247/10
247/11 247/19 247/23 248/2
248/6 248/9 248/11 248/20
248/24 249/2 249/7 249/10
249/21 249/24 250/3 250/3
250/4 250/6 250/13 250/15
250/16 250/20 250/23
250/25 251/1 251/1 251/3
251/3 251/4 251/6 251/10
251/15 251/18 251/23 252/4
252/7 252/11 252/13 252/13
252/14 252/14 252/16
252/17 252/19 252/20
252/22 253/5 253/7 253/10
253/11 253/17 253/20
253/22 253/23 254/3 254/3
254/5 254/5 254/7 254/8
254/10 254/12 254/13
254/14 254/16 254/17
254/19 254/25 255/2 255/7
255/9 255/11 255/14 255/23
256/1 256/11 256/14 256/17
256/20 256/20 257/2 257/3
257/6 257/13 258/7 258/10
258/10 258/13 258/15
258/17 258/20 258/25 259/5
259/6 259/11 259/12 259/14
259/16 260/15 260/18
260/20 261/1 261/13 261/15
261/17 261/17 261/23 262/1
262/4 262/6 262/18 262/19
262/23 263/3 263/4 263/6
263/7 263/8 263/10 263/11
263/13 263/14 263/17
263/18 263/21 263/24 264/1
264/2 264/3 264/5 264/5
264/6 264/7 264/16 264/20
264/24 265/1 265/6 265/7
265/8 265/9 266/2 267/6
267/9 267/12 267/15 267/24

269/3 269/4 270/13 270/22
270/23 272/6 272/7 272/8
272/9 272/12 272/23 272/24
272/25 273/15 273/19 274/6
274/7 274/11 274/13 274/22
275/3 275/4 275/5

you're [5]  25/21 55/3 204/21
208/10 267/11

you've [7]  92/11 114/21
119/1 207/24 227/3 228/15
244/10

your [240]  4/11 4/17 4/20 5/4
5/18 6/22 7/14 8/11 8/15
9/11 9/14 10/23 12/6 12/9
12/11 13/10 15/13 15/17
16/20 20/13 20/17 24/14
24/18 27/21 29/11 30/5 32/5
40/3 42/8 42/15 42/19 42/20
43/1 45/5 45/6 56/10 58/22
59/1 59/6 64/8 67/10 68/20
69/12 69/20 72/4 72/11
73/24 79/12 80/23 81/5
81/25 82/2 82/5 84/11 84/15
85/1 85/19 86/12 86/21
86/24 87/10 88/14 90/10
93/4 94/8 95/11 96/3 99/15
99/19 100/3 100/9 100/14
100/17 101/3 101/6 101/7
101/23 103/2 103/3 104/5
104/5 106/2 106/11 106/23
108/13 108/16 108/23 110/5
110/17 111/11 113/8 113/10
114/2 114/5 114/18 114/24
115/10 115/15 117/8 117/16
121/9 121/12 127/6 127/18
132/25 135/20 136/6 136/17
137/23 141/20 145/25
153/12 154/21 155/2 155/4
155/15 157/20 158/7 158/13
158/25 159/8 161/11 161/18
161/18 162/11 162/20
163/18 164/13 164/20
165/22 167/8 167/17 171/11
172/16 172/20 172/23
173/21 174/12 175/7 175/11
178/3 178/7 179/25 182/10
182/25 185/7 185/8 187/1
189/1 198/16 199/2 199/20
199/23 202/8 202/8 202/11
204/24 207/19 207/24
207/24 208/7 208/7 208/12
208/16 208/24 209/2 209/2
209/11 209/13 209/13 210/5
210/5 212/13 212/13 213/3
213/7 213/14 214/1 217/14
220/19 224/15 226/15
227/17 227/22 228/8 229/12
231/13 234/13 234/15
234/20 234/21 235/3 235/10
236/8 236/15 236/22 239/4
239/6 244/17 247/3 248/12
248/16 249/3 249/8 249/25
250/4 250/6 250/15 250/23
251/18 253/1 253/11 253/13
255/24 256/5 257/14 259/5
260/8 262/6 262/8 262/9
262/15 263/9 263/11 263/11
263/17 263/25 264/1 264/22

270/25 271/4 272/14 273/8
273/14 274/12 274/15
yours [1]  184/8
yourself [16]  42/11 43/4
44/19 91/19 98/25 109/6
139/16 173/5 184/22 203/22
204/21 204/23 220/11 255/7
256/14 258/25
YouTube [1]  172/13

**Z**

zoom [10]  50/23 107/2
116/10 116/18 117/20
121/18 174/7 194/17 200/8
200/9