```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2
     UNITED STATES OF AMERICA,
 3                                      Criminal Case
                      Plaintiff(s),     No. 21-006 (TJK)
 4           v.
                                        Washington, D.C.
 5   DOUGLAS AUSTIN JENSEN,

 6                    Defendant(s).     September 22, 2022

 7   ----------------------------------------------------------

 8                       JURY TRIAL - DAY 4
                   BEFORE THE HONORABLE TIMOTHY J. KELLY
 9                    UNITED STATES DISTRICT JUDGE

10   APPEARANCES:

11   FOR THE PLAINTIFF(S):  Emily W. Allen, Esquire
                            United States Attorney's Office
12                          222 West Seventh Avenue
                            Room 253
13                          Anchorage, Alaska 99513

14                          Hava A. Levenson Mirell, Esquire
                            United States Attorney's Office
15                          312 North Spring Street
                            Suite 1200
16                          Los Angeles, California 90012

17
     FOR THE DEFENDANT(S):  Christopher M. Davis, Esquire
18                          Davis & Davis
                            1350 Connecticut Avenue Northwest
19                          Suite 202
                            Washington, D.C. 20036
20

21

22   REPORTED BY:           Tammy Nestor, RMR, CRR
                            Official Court Reporter
23                          333 Constitution Avenue NW
                            Washington, D.C. 20001
24                          tammy_nestor@dcd.uscourts.gov

25
```

```
1                              I-N-D-E-X

2
    WITNESS                 DIRECT   CROSS   REDIRECT   RECROSS
3

4   BRAN MORGAN

5      BY MS. ALLEN            13                55

6      BY MR. DAVIS                    46

7   TYLER JOHNSON

8      BY MS. MIRELL           55

9      BY MR. DAVIS                   157

10  ELIZABETH GLAVEY

11     BY MS. MIRELL          168

12  PAUL WEISS

13     BY MS. MIRELL          188

14     BY MR. DAVIS                   229

15

16  GOVERNMENT'S EXHIBITS                            PAGE

17     103                                             34

18     104                                            226

19     106                                            224

20     310                                            106

21     311                                            106

22     312                                            102

23     313 and 314                                    100

24

25
```

| | GOVERNMENT'S EXHIBITS | PAGE |
|---|---|---|
| 1 | | |
| 2 | 321 | 91 |
| 3 | 322 | 66 |
| 4 | 323 | 116 |
| 5 | 324 | 115 |
| 6 | 331A | 61 |
| 7 | 331, 331A, 332 and 332A | 69 |
| 8 | 332A | 64 |
| 9 | 333A | 69 |
| 10 | 334 and 334A | 70 |
| 11 | 335 and 335A | 72 |
| 12 | 336 and 336A | 73 |
| 13 | 338 and 338A | 74 |
| 14 | 339 | 75 |
| 15 | 341 | 117 |
| 16 | 342 | 77 |
| 17 | 343 | 78 |
| 18 | 345 and 345A | 80 |
| 19 | 346 and 346A | 81 |
| 20 | 347 and 347A | 81 |
| 21 | 348 and 348A | 83 |
| 22 | 349 and 349A | 83 |
| 23 | 352 and 352A | 88 |
| 24 | | |
| 25 | | |

| | GOVERNMENT'S EXHIBITS | PAGE |
|---|---|---|
| 1 | | |
| 2 | 353 and 353A | 89 |
| 3 | 380 | 108 |
| 4 | 381 | 113 |
| 5 | 383 | 94 |
| 6 | 502 | 44 |
| 7 | 506 | 45 |
| 8 | 523 | 23 |
| 9 | 524 | 20 |
| 10 | 528 | 183 |
| 11 | 551 and 551A | 87 |
| 12 | 554 and 555 | 210 |
| 13 | 580 | 63 |
| 14 | 608 | 39 |
| 15 | 620 | 172 |
| 16 | 621 | 119 |
| 17 | 622 | 121 |
| 18 | 623 | 122 |
| 19 | 624 | 125 |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

1   The following proceedings began at 9:22 p.m.:

2          THE COURTROOM DEPUTY:  Your Honor, this is Criminal

3   Matter 21-6, United States of America versus Douglas Austin

4   Jensen.  Present for the government are Emily Allen and Hava

5   Mirell.  Present for the defendant is Christopher Davis.  Also

6   present is the defendant, Mr. Jensen.

7          THE COURT:  All right.  Good morning to everyone.

8   Just a few things on my to-do list here before we bring in the

9   jury and continue.

10         I believe I had Ms. Harris or my law clerk give you

11  first a copy of a verdict form.  It is -- did we do that?

12         Yes?  All right.

13         The verdict form, Ms. Harris, did we do that?

14         THE COURTROOM DEPUTY:  Yes, we did.

15         THE COURT:  All right.  I wasn't sure I saw some

16  furrowed brows out there.

17         The verdict form is the exact same.  There's no

18  substantive change.  I just put a caption on it that I use and

19  I think just sort of set things out in a way that I thought was

20  a little clearer and easier to follow.

21         So I just want to give you all notice of that, that we

22  plan to use that unless there is some objection.

23         Any objection from the government to that that you can

24  see?

25         MS. MIRELL:  No, Your Honor.

```
 1              THE COURT:  All right.  Mr. Davis?
 2              MR. DAVIS:  No, Your Honor.
 3              THE COURT:  Okay.  Second, after thinking about it and
 4    confirming that the information we got from the juror was that
 5    they hadn't had any discussion about the case with this person
 6    they may have seen in the gallery, and with the positions of
 7    both sides, I will -- I think the way to do it is, I don't
 8    think there's any reason to have any further inquiry.  It would
 9    be no different, frankly, if the person just said I saw someone
10    I knew in the courthouse or I saw someone I knew regardless of
11    what the person's position was.
12              I will remind the jurors when they come in today, I
13    probably should have done that before they left yesterday, but
14    remind them again about their duty along those lines, and we
15    will leave it at that with regard to that issue.
16              And last, the jury instructions.  Now, I don't -- we
17    got it on the docket late last night, and I certainly don't
18    expect the parties to be -- to have looked at it, but I did
19    want to just -- what I thought you would do is just quickly
20    tick through with you all where we have brackets in what was
21    handed out, what was docketed last night, and what I think we
22    handed out to you a copy of today so that perhaps we will have
23    a long lunch or something like that and you all can look
24    through it and we can talk about what your positions are on the
25    other side of all that.
```

1          I don't think there's anything terribly contentious

2    here, but there were a few things I wanted to point out to you

3    where there seemed to be potentially an open issue for you all

4    and me to decide.

5          So let me just tick through those things now, and you

6    can mark up your copy.  And, again, you can take a look at

7    this, my thought is, maybe over a long lunch, and we can talk

8    about it this afternoon.

9          For instruction 4, function of the jury, there's some

10   bracketed language there.  I noticed the parties had agreed on

11   the 2021 red book.  And as fate would have it, we have

12   accessed, whether being electronic versions or hard copy

13   versions, of 2019 and 2022, but not 2021, strangely enough.

14         So the bracketed language, just so you all understand,

15   the bracketed language in the legal system slash in the system

16   of justice, in the legal system is language from 2022, in our

17   system of justice is from 2019.  I don't really care which one

18   we use, but I just lay that out for the parties to let me know

19   if you have a thought one way or the other.

20         Similarly, the rest of the language in this

21   instruction that's in brackets or any other personal

22   characteristics or -- and you should decide the case without

23   prejudice, fear, sympathy, favoritism, or consideration of

24   public opinion are all what appear to be phrases that were

25   added in 2022.

1          So those last two, or any personal characteristic, and

2     then you should decide the case, 2022 adds.  I couldn't tell

3     whether they were in 2021 because we didn't have them easily

4     accessible.

5          Again, I don't care whether -- I don't care whether we

6     add it or not, but I will just ask the parties to take a look

7     at that and let me know what you think.

8          So that's No. 4.

9          The next thing similarly in No. 15, credibility of

10    witnesses, there is bracketed language there that says, as I

11    instructed you at the beginning of trial and again just now,

12    you should evaluate the credibility of witnesses free from

13    prejudice and biases.

14         Again, that appears to me to be an add from 2022 or at

15    least I couldn't tell whether it was in 2021 or not.  And,

16    again, I certainly would be fine including that.  I just ask

17    the parties to let me know what your positions are on that.

18         Obviously for 17, we will cross that bridge when we

19    come to it about whether right of defendant not to testify or

20    defendant as witness, whichever is appropriate.

21         Then 19, transcripts of recordings, I think the

22    instruction says tape recordings, and we changed it to video

23    recordings.  You know, I don't know how many -- the other

24    question is are we really going to have transcripts admitted

25    here.  I know some of the video had sort of language at the

1    bottom that appeared to be sort of a transcript.

2          So I will just ask you all to take a look at this one,

3    A, whether we need it at all and, B, whether the changes to

4    just say video instead of tape recordings makes sense.

5          21, aiding and abetting.  This is kind of the only, I

6    would say, semi sort of thing I am going to mention here which

7    is I suppose semi-substantive.  It wasn't clear to me.  If we

8    have an aiding and abetting instruction as part of the 1512

9    instruction, as the parties had suggested, I don't know whether

10   we need a separate standalone aiding and abetting instruction

11   at all.  And some of the bracketed language there we adapted

12   because, again, it seems like this normally goes hand in hand

13   with a set of substantive instructions.

14         So take a look at this one and see whether you think

15   we need it at all because, again, you have covered aiding and

16   abetting later on with the instructions you gave me concerning

17   1815 charge.

18         Let's see.  Page 29 of the document I handed out,

19   which is part of obstruction of official proceeding, on

20   page 29, you will see in the middle of the page there's

21   bracketed language that says obstruction of an official

22   proceeding.  That's our correction.  I think you all were

23   copying and pasting and had another different charge in there.

24   So that's our catch for you all to just make sure we are right

25   about that.

1        Page 32, instruction No. 24, on the assault, we still

2   have the outstanding issue of Count 1 or Count 2.  I put those

3   in brackets, again, because Mr. Davis was going to get back to

4   us about any objection to that.

5        And then with regard to the lesser included offenses,

6   take a look at the bracketed language on page 34 and page 37.

7   It's not verbatim from what you all had proposed.  We just sort

8   of tried to set up the logical flow of how the jury should

9   think about a lesser included offense.

10       So, again, that language is on page 34 and on page 37,

11  the lesser included offense language.

12       And I think that is it with the exception of the very

13  last instruction is the instruction you all agreed on on

14  Exhibit 383.  I think -- I guess the question is whether you

15  think I should give it -- whether, Mr. Davis, you prefer that I

16  give it at the time the evidence comes in as well as as part of

17  their instructions that I instruct them at the end of the case,

18  you know, how you want that done.

19       And that's it on jury instructions.

20       I suppose the only other thing would be, Mr. Davis, we

21  also -- I admitted those -- the first motion that the

22  government filed, I think it was last week, on Exhibits 509 and

23  525, the conduct -- the exhibits that depicted Officer Goodman

24  being sprayed and I believe it was also Inspector Loyd, I

25  admitted those.  You should just think about whether you think

```
 1    there is a limiting instruction that you want for that evidence
 2    also.  I think it's pretty obvious that that conduct your
 3    client didn't undertake, but I just throw it out there if you
 4    think a limiting instruction for those exhibits is something
 5    you want me to give as well.
 6           Any questions on all of that?  I know I tried to not
 7    speed through it that quickly, but those are what I see as the
 8    sort of open issues.  Again, most of them, not terribly
 9    substantive, but -- and I thought we could talk about it after
10    maybe a lunch break of 90 minutes instead of 60 minutes, give
11    you all a chance to talk to each other, huddle up within your
12    teams and across teams and figure out if you all have -- what
13    your positions are and if you have joint positions on any of
14    those open issues.
15           Either side want to raise anything with me about that
16    or anything else before we bring in the jury?
17           MR. DAVIS:  Court's indulgence.
18           There were a couple issues United States alerted me to
19    this morning --
20           (There was an interruption by the court reporter.)
21           THE COURT:  Yeah, Mr. Davis, I'm sorry.
22           MR. DAVIS:  After consulting with them, they want to
23    deal with this at lunch so that we don't keep the jury waiting.
24           THE COURT:  You mean instructions issues?
25           MR. DAVIS:  Yes.
```

1          THE COURT:  Absolutely.  So additional issues than I

2     have raised, we will try to account for that by giving a longer

3     lunch break today.

4          If there's nothing further, Ms. Harris, we can bring

5     in the jury.

6          MS. ALLEN:  Your Honor, can I get the witness on the

7     stand at the same time?

8          THE COURT:  Yes, you may.

9          (The jury entered the courtroom at 9:38 a.m.)

10         THE COURT:  All right.  You all may be seated.  Good

11    morning, ladies and gentlemen.  I will repeat my instructions

12    to you that I have given you numerous times in the past not to

13    discuss the case with anyone and to go ahead and avoid any

14    media that you might come across in the next few days until the

15    case is complete.

16         And with that, I will ask the government to resume its

17    examination of this witness.

18         MS. ALLEN:  Thank you, Your Honor.

19         Ms. Harris, I think we could use a bit of tech

20    support.

21         We have Government's Exhibit 511 up on the screen for

22    the record.

23                          BRIAN MORGAN

24    Having been previously duly sworn on oath, was further examined

25    and testified as follows:

```
1                    DIRECT EXAMINATION (Resumed)

2    BY MS. ALLEN:

3    Q    Good morning, Officer Morgan.  How are you today?

4    A    Good morning, ma'am.  Good.  Thank you.

5    Q    When we left off last night, we were talking about an

6    incident that occurred in the Ohio Clock corridor.  And I think

7    you described it as something out of an episode of The Walking

8    Dead, is~that right?  Is that what you said yesterday?

9    A    Yes, that's correct.

10   Q    Just to recap a little bit, before this incident happened,

11   you had collapsed your baton as a show of -- as a demonstration

12   or sort of token of an effort to deescalate the situation with

13   the defendant?

14   A    That's correct.

15   Q    And then shortly after this is when this explosion

16   happened, right?

17   A    Yes, ma'am.

18   Q    And you testified yesterday, right after this, we saw you

19   and the defendant interacting at a different spot in the

20   corridor and you described something about a peace agreement,

21   that you thought that he had broken your peace agreement?

22   A    That's correct.

23   Q    Can you just describe that a little bit again today.

24   A    Yes.  After I put my baton away, I thought we had a show

25   of, I will put this away, you do that.  And then after the
```

incident with the fire extinguisher, he started coming forward,
like I described as an episode of The Walking Dead.  Everyone
else was sitting there gagging, coughing.  I had tears coming
out of my eyes.  I had a mask on and everything.  And he just
walked through the fire extinguisher residue as if it was
nothing and started coming towards us.  He was one of the only
ones who came right towards us aggressively.  And I, excuse my
language, I said, what the fuck was that.  And he just smirked
and did a half smile and shrugged his shoulders.

Q     Now, at the point where that happened, where he smirked
and shrugged his shoulders, you had moved locations down the
hall, right?

A     Correct, ma'am, 8 to 10 feet from where we were.

Q     What was your line of sight from your vantage point in
terms of the Capitol?

A     My vantage point was now of the hallway to the right of
me.  You could see down all the way to the House side including
the Rotunda and also to the back of me the Ohio Clock door,
which is the main door into the Senate chamber.

Q     At that point, did you have any knowledge, any way of
knowing whether the Senators were safe?

A     Not at all, not at that moment.

Q     To the best of your knowledge, they had been in session
shortly before all this happened?

A     Yes, they were.

1    Q    Were you concerned about their safety?

2    A    Very much so.

3         MS. ALLEN:  If we could go back to Exhibit 532 and

4    start that video again, 4 minutes and 30 seconds.

5    BY MS. ALLEN:

6    Q    We reviewed this yesterday with you.  Just because it's

7    been overnight and we were kind of in the middle of talking

8    about it, I want to play it again one more time.

9         (The videotape was played.)

10   BY MS. ALLEN:

11   Q    Officer Goodman -- sorry.  Officer Morgan, have you seen

12   footage of this from the overhead angle taken from security

13   camera?

14   A    Yes, ma'am.

15        MS. ALLEN:  If we could pull up Exhibit 206, please,

16   and begin at 9:09.

17        (The videotape was played.)

18   BY MS. ALLEN:

19   Q    Now, this is just the same incident we just watched from

20   kind of above in that silent footage, right?

21   A    Yes, ma'am.

22        MS. ALLEN:  If we could play this and pause it at

23   9:25, please.

24        (The videotape was played.)

25

1   BY MS. ALLEN:

2   Q    Do you see an individual who just walked in the door from

3   below?  So I will mark it on my screen.  From here, who just

4   walked in, this individual right here?

5   A    Yes, ma'am.

6   Q    And that person's carrying what appears to be a shoulder

7   bag?

8   A    Yes, ma'am.

9   Q    Have you seen also something that appears to be in that

10  person's right hand?

11  A    Yes, ma'am.  It appears he's carrying something.

12       MS. ALLEN:  Okay.  If you could keep playing and pause

13  it a couple seconds from now.

14       (The videotape was played.)

15  BY MS. ALLEN:

16  Q    Can you identify what that object is?

17  A    A fire extinguisher, ma'am.

18  Q    Okay.

19       MS. ALLEN:  If you can keep playing and pause at

20  10:07, please.

21       (The videotape was played.)

22  BY MS. ALLEN:

23  Q    So now about how far out in front of the rest of the crowd

24  did the defendant place himself when that happened?

25  A    At least a good 10 feet.

1    Q    Were there -- how did the other members of the mob react

2    to that?

3    A    Most of them still stood back to where our original line

4    was.  They didn't go past where we originally were.

5    Q    So for some period of time after this, did the situation

6    in the Ohio Clock corridor settle down a little bit?

7    A    For a little while, yes.

8    Q    Did the number of rioters in that area change?

9    A    Yes.  We had some leave and then some streamed in and

10   left, so it was pretty fluid.

11   Q    Did the defendant leave?

12   A    No, not right away.

13   Q    Did you stay in that hallway for a little while after

14   this?

15   A    For the time being, yes.

16   Q    And a few minutes later, so this is about 2:22 p.m., so 25

17   or so minutes later, at 2:48 p.m., do you recall there being

18   another incident where there was a breach coming through or

19   potential breach coming through from the Rotunda?

20   A    Yes, ma'am.  From our vantage point, right there in the

21   hallway, you could see a very large crowd fighting Metropolitan

22   officers who were trying to block off the hallway by Leader

23   McConnell's office, what we call the little Rotunda, and you

24   could see them from our vantage point that it was an ongoing

25   fight among them.

1    Q    Was it your understanding from being in this hallway that

2    before that, the Rotunda had been occupied by rioters?

3    A    It had been, yes, it had been occupied.

4    Q    Okay.  And so people from the Rotunda were actually coming

5    Closer to the Ohio Clock corridor?

6    A    Yes, ma'am.

7    Q    Could you see the rioters from where you were?

8    A    Yes, ma'am.

9    Q    And at some point was there a risk or a fear that they

10   might break through and get into the Ohio Clock corridor where

11   you were?

12   A    Absolutely.  Their numbers were much greater than the

13   Metropolitan officers that were staged there.

14   Q    Okay.  Have you reviewed video that someone from the

15   opposite side -- before we do that, if you wouldn't mind taking

16   that microphone and pointing out for us where this was

17   occurring.

18        If you could point out where the rioters were coming from

19   and --

20             (There was an interruption by the court reporter.)

21   BY MS. ALLEN:

22   Q    -- where the rioters were coming from and then where the

23   MPD officers were trying to stop them.

24             THE WITNESS:  It started here in the Rotunda --

25             MS. ALLEN:  Your Honor, can I approach the witness?

```
 1              THE COURT:  You may.
 2   BY MS. ALLEN:
 3   Q     Okay.
 4   A     So they started here in the Rotunda.  They came through
 5   what we call here as the little Rotunda.  They made their way
 6   past the old Senate chamber.  Right here is Leader McConnell's
 7   office.  They were staged right outside Leader McConnell's
 8   office in the hallway as they streamed from the Rotunda.
 9   Q     So the rioters were essentially just at the point where
10   they would have been blocked from getting to Mitch McConnell's
11   office space?
12   A     Yes, that's correct.
13   Q     Who were the people blocking that path or attempting to
14   block that path?
15   A     Metropolitan officers.
16   Q     Okay.  Could you see from where you were the Metropolitan
17   officers gathering and trying to form that line?
18   A     Yes, ma'am.
19   Q     And then could you see the rioters behind them?
20   A     Yes, ma'am.  They were very -- there was a lot.
21   Q     Could you hear what was happening?
22   A     Yes.  From where we were, yes, you could hear the yelling,
23   the chanting, the screams, yes.
24   Q     What was the tone of that encounter?
25   A     Very aggressive, very volatile, very violent.
```

1    Q    If you could take a seat, thank you.

2        All right.  Have you reviewed video taken by someone in

3    the crowd who was on the other side of Mitch McConnell's

4    offices when that was happening?

5    A    Yes, ma'am.

6         MS. ALLEN:  At this point I would like to introduce

7    and publish Exhibit 524.

8         THE COURT:  Without objection, it will be admitted and

9    published.

10        (Government's 524 received in evidence.)

11   BY MS. ALLEN:

12   Q    Before we play this, are the -- do you recognize the

13   officers with helmets facing the camera as officers with the

14   D.C. Metropolitan Police Department?

15   A    Yes, they are.

16   Q    And these are the same people you saw there that day at

17   about 2:48 p.m.?

18   A    Yes, ma'am.

19   Q    Was the sound in this video consistent with what you could

20   hear from your vantage point?

21   A    Very much so, the exact.

22   Q    Can you describe for me -- this appears to be a door.  Can

23   you tell us what that is?

24   A    That is the Ohio Clock door, the main door into the Senate

25   chamber.

```
 1   Q    Okay.  And then so that's the door of the Senate chamber.
 2   That's on the far side of the Ohio Clock corridor from where
 3   this camera is looking, right?
 4   A    Yes, ma'am.
 5   Q    And so do you see a couple of very small -- well, sort of
 6   blurry individuals here?
 7   A    Yes, ma'am.
 8   Q    Given the layout of the building, where would those people
 9   have been standing?
10   A    Right in front of the Ohio Clock door.
11   Q    Okay.  Sort of right in the middle of that corridor?
12   A    Right in the middle, yes, ma'am.
13        MS. ALLEN:  All right.  If you could play the video
14   and pause it at 41 seconds, please.
15        (The videotape was played.)
16   BY MS. ALLEN:
17   Q    Officer Morgan, could you hear what the rioters were
18   chanting?
19   A    Yes, ma'am.
20   Q    And what were they chanting?
21   A    Fuck McConnell.
22   Q    Based on what they were saying, did -- was it your
23   understanding that they knew they were very, very close to the
24   vicinity of Mitch McConnell's offices?
25   A    His door is 10 to 15 feet away, and the doors right to
```

1    their left of where they are are his main staff offices

2    actually, so yes.

3    Q    So they -- was it your understanding that they would have

4    known that as well?

5    A    Yes.  There's also a big sign on his door that says Mitch

6    McConnell.

7              MS. ALLEN:  All right.  Could we resume playing until

8    about 1 minute and 8 seconds, please.

9              (The videotape was played.)

10   BY MS. ALLEN:

11   Q    Did you hear some of the rioters yelling push?

12   A    Yes, ma'am.

13   Q    And from where you were across the Metropolitan Police

14   line, were you concerned that this push could lead toward where

15   you were?

16   A    Extremely concerned.  I could see the numbers were very

17   vast, and I knew that we, if they had broken through the

18   Metropolitan officers there, that we wouldn't have the numbers

19   to stop them.  And that was of grave concern because at that

20   time I still don't know if the Senators had been evacuated or

21   not.

22             MS. ALLEN:  I want to pull you up an Exhibit 523.

23   BY MS. ALLEN:

24   Q    Looking at this, this is four different screens shown all

25   together, is that right?

```
 1   A     Yes, ma'am.

 2   Q     Have you reviewed this in preparation for your testimony

 3   today?

 4   A     Yes, ma'am.

 5   Q     And can you just describe very briefly what --

 6          MS. ALLEN:  Actually, before you do that, I would move

 7   to publish -- to admit it and publish it to the jury.

 8          THE COURT:  Without objection, it will be admitted and

 9   permission to publish.

10          (Government's 523 received in evidence.)

11   BY MS. ALLEN:

12   Q     Now that the jury can see that on their screens as well,

13   if you could briefly describe what's going on here.

14   A     So me and several other officers are still in the middle

15   of the Ohio Clock corridor, and this is right to our right,

16   probably a good maybe 20 yards down the hallway, and we are

17   sitting there.  Not only are we trying to maintain the rioters

18   that are still in our hallway, but we are keeping tabs on those

19   coming from the Rotunda as well.

20   Q     Okay.  Does this video in the bottom left and then the two

21   right-hand frames, are those Capitol Police surveillance camera

22   angles that all show different angles of the Ohio Clock

23   corridor?

24   A     Yes, ma'am.

25   Q     And are these synced up so they are playing at the exact
```

1    same time?

2    A    Yes, ma'am.

3    Q    And are those three videos synced up to play at the same

4    time as the video that we just watched?

5    A    Yes, ma'am.

6    Q    Okay.  So from this, with this playing, you can sort of

7    see what was happening in the Ohio Clock corridor at the same

8    time that was happening just down the hall?

9    A    Yes, ma'am.

10   Q    Now, we haven't seen yet the camera angle on the bottom

11   right-hand side.  Can you describe where that camera is and

12   where it's pointing?

13   A    Yes.  That is in the extreme west side of the hallway, and

14   that's looking towards the east and -- or looking towards the

15   east end of the Ohio Clock corridor.

16   Q    When you very first walked into the Ohio Clock corridor,

17   we saw that footage yesterday?

18   A    Yes, ma'am.

19   Q    You were kind of coming in from this direction, is that

20   right?

21   A    Yes, ma'am.  I would have passed right under it.

22   Q    And Officer Goodman and the defendant came in through this

23   way, right?

24   A    That is correct.

25   Q    Okay, just to orient everybody.

1      Now, on the bottom left-hand screen, do you see an

2   individual with a green circle?

3   A    Yes, ma'am.

4   Q    Do you recognize who that person is from your review of

5   all -- this video in particular and other footage?

6   A    Yes, ma'am.

7   Q    Who is that?

8   A    The defendant.

9   Q    And while this was happening, were you also in the Ohio

10   Clock corridor?

11   A    Yes, ma'am.

12          MS. ALLEN:  Okay.  If we can play this from the

13   beginning, this video does have sound as well.

14          (The videotape was played.)

15   BY MS. ALLEN:

16   Q    So the audio in this video comes from what source?  Is

17   that from the video in the top left providing the audio here?

18   A    Yes, ma'am.

19          MS. ALLEN:  Okay.  So if we can play this and pause it

20   at 45 seconds, please.

21          (The videotape was played.)

22   BY MS. ALLEN:

23   Q    So were the rioters in the -- well, let me back up.

24          You and your other officers in the Ohio Clock corridor,

25   did you respond in any way to what was going on?  I mean, did

1   this change the tone of what was happening in the Ohio Clock

2   corridor?

3   A   Yes, it did.  We did the best we could with what numbers

4   we had.  Our numbers had shrunk at this point, so we just tried

5   to maintain a presence in the line the best we could at that

6   moment.

7   Q   When you say your numbers, you are referring to the police

8   officers, right?

9   A   Yes, ma'am.

10  Q   What about the numbers of rioters?

11  A   It had declined since I had first gotten there, but like I

12  said, it was fluid, they were coming and going.

13  Q   Did you see people coming from other directions besides

14  the door where the defendant came through?

15  A   Yes.  Several came -- there's another hallway back from

16  where the defendant came, and several streamed in from there

17  too, and that comes from the Rotunda.

18  Q   So that would have been from behind the line that you and

19  your other officers had made in the beginning?

20  A   That's in the front.  Eventually they would come up from

21  behind where Senator Schumer's office is.

22          MS. ALLEN:  All right.  If we could resume the video

23  and stop at 1:09, please.

24          (The videotape was played.)

25

1    BY MS. ALLEN:

2    Q      At this point, did the defendant change his position and

3    move toward the rioters that were chanting?

4    A      Yes.

5    Q      Were you and your other officers -- was your attention --

6    did your attention focus have to change?

7    A      Very much so.

8    Q      What were you focused on?

9    A      So now we were surrounded basically.  We had rioters in

10   front of us.  Now we had rioters in the back of us.  And then

11   we had a real threat coming down the hallway to our right.  So

12   my first thought, now that there were more rioters coming up

13   behind us, was leadership office of Senator Schumer.  And I

14   went to the -- my focus changed to make sure that him and his

15   staff were safe and secure and that there was nobody going

16   towards a possible evacuation route of the Senators.

17           MS. ALLEN:  Can you play the next ten seconds and

18   pause at 1:19, please.

19           (The videotape was played.)

20   BY MS. ALLEN:

21   Q      Focusing on the defendant in that short piece, could you

22   see what he was doing?

23   A      It looked like he was motioning towards the rioters coming

24   from the Rotunda.

25   Q      And what kind of motion did --

1    A    Like a cheering, jovial, like cheering them on almost.

2         MS. ALLEN:  If we could resume and pause at 1:24.

3         (The videotape was played.)

4    BY MS. ALLEN:

5    Q    Now, were you able to recognize the defendant at this

6    point in the box in the upper right?

7    A    Yes, ma'am.

8    Q    Do you recognize the officer who is right in front of him?

9    A    Officer Goodman.

10   Q    What was Officer Goodman doing here?

11   A    He was attempting to block the hallway so the rioters in

12   the Ohio Clock corridor where Officer Goodman is wouldn't come

13   up behind the Metropolitan officers, trying to stem the flow

14   from the rioters coming from the Rotunda.

15   Q    So back-to-back lines with the Metropolitan officers?

16   A    Correct.

17   Q    Do you see yourself in the lower right corner?

18   A    I do.

19   Q    Okay.  And is that you right there (indicating)?

20   A    Yes, ma'am.

21   Q    What were you doing?

22   A    That's when I realized that behind us, the rioters were

23   coming from, and that's when I was going to check on the safety

24   and security of Senator Schumer and his staff and the

25   evacuation route for the Senators.

```
 1   Q    So you had actually seen rioters coming from that
 2   direction?
 3   A    Yes, ma'am.
 4   Q    So you were going to make sure it's safe?
 5   A    Yes, ma'am.
 6   Q    Did the defendant head that direction sometime after you
 7   did?
 8   A    Eventually, yes, ma'am.
 9          MS. ALLEN:  If we could play this to the end, please.
10          (The videotape was played.)
11   BY MS. ALLEN:
12   Q    Officer Morgan, based on your review of that video on the
13   top left, what is your understanding of what was happening to
14   those rioters?
15   A    At that time Metropolitan Police had deployed pepper spray
16   to try to get them to disburse.
17   Q    And do you see the defendant in the lower right-hand frame
18   walking toward Senator Schumer's office?
19   A    Yes, ma'am.
20   Q    And that's where you had gone as well, right?
21   A    Yes, ma'am.
22   Q    So I want to ask you a little bit about that area, Senator
23   Schumer's office.  When you were there, did you encounter other
24   Metropolitan Police officers?
25   A    Yes.  We tried to form a line right there at the stairs to
```

```
 1   prevent anyone from going down the hallway further.

 2   Q    Okay.  Did you also encounter rioters there?

 3   A    Yes, several.

 4   Q    What kind of encounter did you have?

 5   A    Very violent, volatile, had a heated exchange with several

 6   of them, so they made verbal attempts to try to push by us to

 7   try to persuade us to come with them and join in their cause.

 8   Q    What was the -- what was your feeling about those rioters

 9   who were trying to push past you?

10   A    I was very angry.  I was just trying to -- keep trying to

11   deescalate the situation because I knew we were extremely

12   outnumbered.  These people had broken into our building.  I

13   didn't know what weapons they had on them.  They could have had

14   anything, bombs, guns, knives.  I don't know at this point.  So

15   I'm trying to keep everything as calm as I can.  I am trying to

16   stay calm professionally, but it was tough because I was angry,

17   upset, and just trying to keep it calm.

18   Q    Well, we do have some video of that happening, right?  Are

19   you aware whether one of the officers there had a camera, body

20   worn camera, on?

21            MR. DAVIS:  Objection.

22            THE COURT:  Approach.

23            (The following was heard sidebar.)

24            MR. DAVIS:  I think it's leading.  I mean, she's

25   asking him if he is aware, and then she's telling what the
```

1    officers did.  And he said yes.  And she is basically giving

2    him the answer.

3                  THE COURT:  As to leading, the objection is sustained.

4                  (The following was heard in open court.)

5                  THE COURT:  Objection sustained.

6    BY MS. ALLEN:

7    Q    Officer Morgan, do you wear body worn cameras as part of

8    your job?

9    A    I do not.

10   Q    Are you aware whether Metropolitan Police Department

11   officers do?

12   A    Yes, they do.

13   Q    Who -- what other officers were in that hallway with you?

14   A    There was several Metropolitan officers in that hallway

15   with me right outside Senator Schumer's office.

16   Q    And do you know whether those officers were wearing

17   cameras that day?

18   A    Yes, they were.

19   Q    How do you know that?

20   A    I was standing right next to them, and they are easy to

21   spot.  And I have friends in the department, and I know most of

22   them are required to wear them.

23   Q    Have you seen some of the footage taken by one of those

24   officers' cameras?

25   A    Yes, ma'am.

1          MS. ALLEN:  Let's pull up Exhibit 209, please.

2    BY MS. ALLEN:

3    Q    Can you tell us where this camera -- this is a -- what

4    kind of security camera is this?

5    A    This is one of our USCP cameras.  This is actually facing

6    down the hallway.  The stairwell I ran down is right there to

7    the left.  If you go down another ten yards, Senator Schumer's

8    door is on the left.  Another door to the Senate chamber is on

9    the right.  And without going into too many specifics, the

10   evacuation route for the Senators is down the hallway.

11   Q    Okay.  If you wouldn't mind pointing out for us on that

12   map and taking the microphone again where we are right now at

13   2:48 p.m.

14   A    Okay.  At the time the Metropolitan officers and I were

15   staged right out here above what we call as the West Grand

16   Staircase, the same stairs I had ran down in the beginning, and

17   we staged ourselves right here.  This is Senator Schumer's

18   office.  This is the another door leading into the Senate

19   chamber, and the evacuation route is down here.

20   Q    Great.  So the staircase on the east -- I'm sorry, the

21   west stairs, that's the staircase you were testifying about

22   yesterday, the marble staircase with echoes?

23   A    Yes, ma'am, that's correct.

24   Q    And if you take a look at the screen here, I am going to

25   point out, do you see that structure right there?

```
1    A     Yes, ma'am.

2    Q     What is that?

3    A     The West Grand Staircase.

4    Q     All right.  And these people in uniform, do you recognize

5    what agency they might be with?

6    A     Yes, they are with Metropolitan.  Their helmets were

7    labeled as well as their jackets.

8    Q     Okay.

9              MS. ALLEN:  If we could play Exhibit 209 starting at 2

10   minutes and 28 seconds, please, and just play until about 2:31.

11             (The videotape was played.)

12   BY MS. ALLEN:

13   Q     Do you recognize the individual who just walked into the

14   frame?

15   A     Yes.  That's the defendant.

16             MS. ALLEN:  If we can continue until about 3 minutes

17   and 17 seconds.

18             (The videotape was played.)

19   BY MS. ALLEN:

20   Q     I forgot to ask you this.  Do you recognize this police

21   officer wearing a hat right there?

22   A     That is myself.

23             MS. ALLEN:  If you could keep playing, please.

24             (The videotape was played.)

25
```

BY MS. ALLEN:

Q    Officer Morgan, who did you primarily have your attention focused on at this point?

A    At this point, primarily the rioter with the backpack with the green jacket, he was right in front of me in my face for a portion.

Q    What was that rioter saying to you?

A    He was just screaming saying why did we let them away -- excuse me, why did we let them get away with this, that they are traitors, we are traitors, that they back us and we should come onto their side and let them through.

Q    All right.  Have you reviewed some of the body worn camera that we were just talking about?

A    Yes, ma'am.

        MS. ALLEN:  If you could pull up Exhibit 103, please, and just pause at the beginning.

BY MS. ALLEN:

Q    Do you recognize this as some of that footage?

A    Yes, ma'am.

        MS. ALLEN:  Move to admit Exhibit 103 and publish to the jury.

        THE COURT:  It will be admitted and permission to publish.

        (Government's 103 received in evidence.)

1   BY MS. ALLEN:

2   Q     This video, does this include audio?

3   A     Yes, ma'am.

4   Q     And have you reviewed a transcript that was prepared to

5   help understand what the defendant here was saying?

6   A     Yes, ma'am.

7   Q     And in your review of that, was that transcript accurate?

8   A     Yes, ma'am.

9          MS. ALLEN:  All right.  At this point I would like to

10  play Exhibit 103, please.

11          (The videotape was played.)

12  BY MS. ALLEN:

13  Q     Did you hear the defendant there say he thinks you have to

14  force the police officers out of the way?

15  A     Yes, ma'am.

16  Q     And did you hear him say he was trying to get through so

17  he could go up those stairs?

18  A     Yes, ma'am.

19  Q     All right.  From here, have you seen footage showing where

20  the defendant went?

21  A     Yes, ma'am.

22  Q     Where did he go?

23  A     Down to the carriage door.  It's an exit and entrance to

24  the Senate.

25  Q     Did you encounter him again in the vicinity of the Ohio

1    Clock corridor?

2    A    I don't believe so.

3    Q    Let me see if showing some footage might help refresh your

4    memory.  If you take a look at Exhibit 210.

5           MS. ALLEN:  And if we could pull up 2 minutes and 58

6    seconds.

7    BY MS. ALLEN:

8    Q    And before we play, if I could just ask you, after that

9    incident we just watched near Senator Schumer's office, did you

10   leave that area and go back to the Ohio Clock corridor?

11   A    Yes, ma'am.

12   Q    And what was the situation in the hallway at that point?

13   A    Chaotic.  There were residue spray of pepper spray

14   everywhere, so you're fighting through that stuff.  There were

15   officers mingled with rioters, and it was just complete chaos.

16   Q    Were you making efforts at that point by about 2:54, 2:55

17   to remove rioters from that hallway?

18   A    Yes, ma'am.

19   Q    And were you and your other officers actually having a

20   little bit more success in escorting people out?

21   A    Yes.  We were trying to get as many out as we could to

22   secure the building.

23   Q    Taking a look at this still from Exhibit 210, can you

24   describe where that is?

25   A    Right now we are on the east side.  This is the East Grand

1    Staircase here in the far end of the picture.  That's right

2    next to at the time the current Majority Whip's office, John

3    Thune.

4    Q    So this is kind of the opposite side of the Ohio Clock

5    corridor from where you had just been, Senator Schumer's

6    office?

7    A    Yes, ma'am.

8    Q    And now this is the East Grand Staircase?

9    A    Yes, ma'am.

10   Q    Do you recognize this person here?

11   A    Yes.  That is myself.

12   Q    Okay.  At the bottom of the stairs here, do you see an

13   individual with a black Q T-shirt?

14   A    That is the defendant.

15        MS. ALLEN:  If we could play this until about 3:07.

16        (The videotape was played.)

17   BY MS. ALLEN:

18   Q    Where was the defendant heading when he went down those

19   stairs?

20   A    Down the first floor.

21   Q    And does the landing of these stairs take you close to an

22   exit?

23   A    Yes, at the bottom.

24   Q    Okay.  And what do you use for that doorway down at the

25   exit there?

```
 1   A     I'm sorry, repeat.

 2   Q     Does that doorway, the exit on the first floor, have a

 3   name?

 4   A     Yes, the Senate carriage.

 5   Q     Okay.

 6         MS. ALLEN:  If we could pull up Exhibit 213, please,

 7   and start it at 3 minutes.

 8   BY MS. ALLEN:

 9   Q     Before we play, do you recognize this doorway?

10   A     Yes.  That is the doorway to the Senate carriage.

11   Q     And this is back on the first floor?

12   A     Yes, ma'am.

13   Q     Why is it referred to as the Senate carriage door?

14   A     Back in the day before cars, members used to be dropped

15   off with their horse and carriage right here, and they would

16   just walk in.

17   Q     So this is kind of like a driveway, like it comes out --

18   it leads out to a driveway?

19   A     Yes, ma'am.

20   Q     Is that covered?

21   A     Yes, ma'am, it is.  It is covered by a staircase that goes

22   above.

23   Q     So you can climb the stairs from the ground outside, you

24   can climb the stairs up to the second floor?

25   A     Yes, ma'am.
```

```
 1   Q     And then could you also go around by car to this little
 2   entrance?
 3   A     Yes, or by foot.
 4   Q     Or by carriage?
 5   A     Yes, ma'am.
 6           MS. ALLEN:  If we can play from here until about 3:16.
 7           (The videotape was played.)
 8   BY MS. ALLEN:
 9   Q     Can you tell us what you just saw happening?
10   A     I just saw the defendant exist the building.
11   Q     All right.  So that's about 2:56 p.m.?
12   A     Yes, ma'am.
13           MS. ALLEN:  Could we pull up exhibit 608, please.
14           And I move to admit and publish Exhibit 608.
15           THE COURT:  I don't have 608.  Do I have 608 on our
16   exhibit list?
17           THE COURTROOM DEPUTY:  I don't have it either, Your
18   Honor.
19           MS. ALLEN:  Your Honor, this might be one that was
20   included last week.
21           THE COURT:  All right.  Is there any objection?
22           MR. DAVIS:  No objection.
23           THE COURT:  All right.  It will be admitted and
24   permission to publish.
25           (Government's 608 received in evidence.)
```

1    BY MS. ALLEN:

2    Q    Officer Morgan, can you tell us what we are looking at

3    here?

4    A    You are looking at the East Side Senate Grand Staircase.

5    These stairs, if you go up them, lead right into the hallway

6    into the Senate chamber.

7    Q    So these are the stairs that lead into the Senate chamber?

8    A    Yes, ma'am.

9    Q    Okay.  And what is this area right here?

10   A    That is the driveway into the carriageway.

11   Q    Okay.  So that's like a covered driveway?

12   A    Yes, ma'am.

13   Q    And is it open all the way through so you could drive in

14   from this side, drive under the stairs, and then exit over on

15   this side?

16   A    Yes, ma'am.

17   Q    Or vice versa?

18   A    Yes, ma'am.

19   Q    Okay.  And just to give us an orientation here, this is

20   the Senate side of the building here that we have been talking

21   about, right?

22   A    Yes, ma'am.

23   Q    What is this area of the Capitol?

24   A    Those are stairs that lead up to the Rotunda.

25   Q    Okay.  And right here, is there a doorway?

1    A    Yes, ma'am.

2    Q    What is that doorway called?  Does it have a name?

3    A    We call it the Rotunda door.

4    Q    Okay.  So, again, this is the east side of the building?

5    A    Yes, it is.

6    Q    Okay.  I want to talk a little bit about the rest of the

7    day that you had while you were working on January 6.

8         So this was about 2:56 p.m.  From where we left off the

9    last we saw you was on the east stairs at the top of the stairs

10   as we saw the defendant going down the stairs, right?

11   A    Yes, ma'am.

12   Q    From where you were there, could you see the Senate floor

13   at some point later that afternoon?

14   A    Yes, I could.

15   Q    And what did you see?

16   A    In all the chaos, I had actually seen at least ten rioters

17   that were actually -- had gone onto the Senate floor, and they

18   had opened the doors around the chamber so others could go in,

19   so you had a straight view right in.

20   Q    You saw the rioters on the Senate floor that afternoon?

21   A    Yes, I did.

22   Q    What were they doing?

23   A    They were pillaging through desks.  They were chanting.

24   We have police materials in there, and they were going through

25   those.  They were going through safety bags that we have.  They

1    were pillaging through them.  They were standing on the dais

2    writing things down that I later saw that was addressed to Vice

3    President Pence and different things like that.

4    Q    Did you at some point go onto the Senate floor that

5    afternoon?

6    A    Yes, I did.

7    Q    What were you doing there?

8    A    So once they were cleared out, I went in.  I had to get

9    keys retrieve keys, to lock all the doors first off, and we

10   were sweeping the chamber itself.  We didn't know if there were

11   any bombs left in there.  We didn't know if there were any

12   weapons, anything that could hurt any Senators and staff, so we

13   and some officers did a full sweep of the chamber itself and

14   started locking it down.

15   Q    Were you able to secure the Senate floor such that the

16   proceedings later on could resume?

17   A    Eventually we did, yes.

18   Q    About how long did that take?

19   A    Several hours.

20   Q    In addition to doing that, you were also -- did you do any

21   other tasks that afternoon, did you have other duties?

22   A    Yes, I did.  We were constantly getting distress calls

23   from Capitol staff that were actually locked in their offices,

24   and they heard riots outside their offices or rioters were in

25   their offices.  So I went and escorted these staffers to

1    safety, safe location in the House office buildings that we

2    deemed safe.

3        I encountered a rioter trying to beat down a door into a

4    back kitchen on the first floor that was occupied by a

5    custodian, and he was trying to get to the custodian.  He was

6    yelling obscenities, saying where's my mom at, where did you

7    take my mom.  I got him away from the custodian.  I told the

8    custodian to barricade the door and don't answer the door

9    unless we say police.

10       Amongst other things, unfortunately at the time we only

11   had a certain amount of keys to the chamber, so I was running

12   different places to try to find keys to lock up the chamber so

13   no one else could get in that day.

14   Q    Were you able to safely secure the building eventually?

15   A    Eventually.

16   Q    About how many officers, if you could estimate, had to

17   come and assist in that effort?

18   A    Hundreds, if not thousands.  We had officers from all the

19   local jurisdictions that eventually came.  We had eventually

20   the National Guard that came several hours later.  And I saw

21   officers as far away as New Jersey State Police.  So we had

22   response from all of our local brethren.

23   Q    Now, before I end here, I want to go back to something you

24   talked about yesterday.  When you were up on the third floor at

25   about 2:00, a little after 2:00, you said you could hear the

```
1    sounds because you were near that staircase, and the sounds

2    could echo up to the third floor when the rioters were breaking

3    the windows?

4    A    Yes, ma'am.

5            MS. ALLEN:  I would ask to pull up Exhibit 502,

6    please.  If you could pause right at the beginning.

7    BY MS. ALLEN:

8    Q    Are you familiar with this video?

9    A    Yes, ma'am.

10           MS. ALLEN:  Move to admit and publish Exhibit 502.

11           THE COURT:  Admitted and permission to publish.

12           (Government's 502 received in evidence.)

13           MS. ALLEN:  Let's play the video, please.

14           (The videotape was played.)

15   BY MS. ALLEN:

16   Q    Officer Morgan, you saw the rioters smashing at the

17   windows there?

18   A    Yes, ma'am.

19   Q    Is that the sound that you heard when you were working

20   that day?

21   A    Yes, ma'am, it is.

22   Q    And could you hear the sounds of these rioters here once

23   they got in the building from where you were?

24   A    Very much so.

25           MS. ALLEN:  Can we pull up Exhibit 506, please.
```

1    BY MS. ALLEN:

2    Q    Are you familiar with the video that we are looking at

3    right here?

4    A    I am.

5    Q    What does that show?

6    A    That is Officer Goodman attempting to stop the rioters

7    coming up the stairs.

8         MS. ALLEN:  Move to admit and publish Exhibit 506.

9         THE COURT:  Admitted and permission to publish.

10        (Government's 506 received in evidence.)

11        MS. ALLEN:  Could you please play the video.

12        (The videotape was played.)

13   BY MS. ALLEN:

14   Q    Now, Officer Morgan, can you tell us where that was

15   filmed?

16   A    Yes, ma'am.  So that was actually filmed in between the

17   second and third floor of the East Grand Staircase right here

18   (indicating).  So there is a landing and stairs up, so that was

19   filmed partially probably about halfway up the stairs before

20   you reached the third floor if this was the third floor and

21   that was looking down right here.

22   Q    And where were you when this incident was happening?

23   A    I was still on the third floor and about to come down.

24   Q    This was right before you encountered the group in the

25   Ohio Clock corridor?

```
 1   A     That's correct.

 2   Q     Okay.  Thanks.  You can take a seat.  Thank you.

 3         You saw a number of individuals climbing those stairs

 4   after Officer Goodman and the defendant, right?

 5   A     Yes, ma'am.

 6   Q     Did you encounter many of those individuals later?

 7   A     Yes, ma'am.

 8             MS. ALLEN:  Your Honor, if could just have one moment.

 9             No further questions, Your Honor.  Thank you.

10             THE COURT:  All right.  Cross-examination.

11                         CROSS EXAMINATION

12   BY MR. DAVIS:

13   Q     Hello, sir.  Officer Morgan, you have been a Capitol

14   police officer for 16 years?

15   A     Almost 16, yes, sir.

16   Q     And were you law enforcement prior to that?

17   A     No.  I graduated college, and several months after

18   college, I got this job.

19   Q     You went straight in Capitol Police from college?

20   A     I did, yes, sir.

21   Q     Now, you have testified at a couple of trials related to

22   January 6 so far, correct?

23   A     I have.

24   Q     And would it be fair to say you had an opportunity to meet

25   with prosecutors from all those cases including this and go
```

1    over the questions that would be asked and the answers that

2    would be given, correct?

3    A    Yes, sir.

4    Q    And you had adequate opportunity to review the videos that

5    had been created on that day, correct?

6    A    For the most part, yes.

7    Q    Capitol Police did not have body camera but MPD did, and

8    we saw some of those, correct?

9    A    That's correct.

10   Q    Some other individuals were filming, and there was

11   actually audio tracks to that, correct?

12   A    Yes, ma'am -- or sir.

13   Q    Do you know where those came from?  I mean, were they

14   primarily from people's cell phones, were they from reporters,

15   or do you know?

16   A    I believe most of those came from the rioters filming.

17   There were press photographers there, but they weren't

18   recording.  They know they can't record.  They can only take

19   photos.

20   Q    Reporters in the building?

21   A    Reporters can record, but the photographers you had

22   mentioned can't.

23   Q    We saw the video in which you described Mr. Jensen as the

24   walking dead?

25   A    Yes, sir.

Q    That's the video -- and we also saw where that smoke came

from.  In retrospect, you now know that it came from a fire

extinguisher?

A    Correct.

Q    That was one of the men that was behind the crowd behind

Mr. Jensen?

A    That's correct.

Q    At the time, no one knew what that was, though, correct?

A    No, not at the time.

Q    And you and your fellow officers stepped back because you

didn't want to be in that, correct?

A    We were affected by it, correct.  And we need to create

space between us and the rioters.  Like I said, I had coughed

and I had taken my eyes off them.  I was teary eyed.  And law

enforcement, if you encounter something like that, you want to

create space so in case something happened, you have time to

react.

Q    Mr. Jensen emerged from the cloud of smoke in front of

you?

A    Yes, sir.

Q    And he literally, the pictures captured that, he literally

walks out of the smoke, correct?

A    Yes, sir.

Q    He didn't back up, did he?

A    No, sir.

1   Q    He did get out of the smoke, correct?

2   A    Yes, sir.

3   Q    That was instructions the Capitol Police officers gave

4   everyone because they did not know what that smoke was?

5   A    That's correct.

6   Q    Now, I want to show you a short clip from 206,

7   Government's Exhibit 206, at 4:59.

8        I am going to circle on the screen here, is that you,

9   where I have circled, within that circle?

10  A    Yes, sir.

11  Q    And that would be Mr. Jensen, correct?

12  A    That's correct.

13        MR. DAVIS:  If we could play that clip for a minute.

14  Let me clear the screen.

15        A JUROR:  The monitor isn't working.

16        THE COURT:  Which monitor isn't working?  The one in

17  the back?

18        Okay.  It's working now.

19        MR. DAVIS:  If we could play that video for a moment.

20        (The videotape was played.)

21  BY MR. DAVIS:

22  Q    At what point do you pull your baton out here?

23  A    Right towards the end of this video here.

24        MR. DAVIS:  If we could continue playing it.

25

1    BY MR. DAVIS:

2    Q    When you see the point where you pull out your baton,

3    please let us know.

4    A    It's already out.  It's already displayed.

5    Q    It's already out?

6    A    Yes.  It's in my right hand.

7    Q    At the time you pulled the baton out, Mr. Jensen is to

8    your left -- well, to your right, but he's on his left of you,

9    correct?

10   A    He's right in front of me.

11   Q    Now, did any of the other officers pull out their batons

12   at that point in time?

13   A    Not to my knowledge.

14   Q    Mr. Jensen seems to be separated from the crowd to some

15   extent, correct?

16   A    There's several other rioters around him.

17   Q    And they are looking back at the other people, and we see

18   the fellow with the long beard, we see a guy in a red shirt.

19   We see this fellow here (indicating), but Mr. Jensen seems to

20   be kind of by himself.  When you pulled that baton out, does he

21   ask you why you are doing that or does he ask others?

22   A    To Officer Gelfant and I.

23   Q    Officer Gelfant?

24   A    Yes, sir.

25   Q    And who answers them?

1    A    Officer Gelfant.

2    Q    What does he tell him?

3    A    He basically explains, that's Officer Morgan's decision.

4    If he feels he should do that, he should do that.

5    Q    Did Officer Gelfant pull out his baton?

6    A    He did not.

7    Q    Did any of the other officers pull out their batons?

8    A    Not to my knowledge.

9    Q    Did anyone remove their weapons from their holsters?

10   A    Not to my knowledge.

11   Q    And everyone was armed there, correct?

12   A    Yes.

13   Q    So to your knowledge, you are the only one that pulled out

14   your baton during this encounter?

15   A    I did.

16   Q    Is there a reason why you pulled it out and the others

17   didn't that you know of?

18   A    As I explained before, we all have different strategies.

19   I felt threatened by the crowd because of everything I had

20   heard on the radio.  Like I had said, there's a rioter in the

21   back with a police shield, with a police vest.  There's a

22   rioter with a six-foot spear.  There were different weapons.

23   That was my decision as an officer to deploy my baton in case

24   we were attacked.

25        These people had not gone through security, so we didn't

1    know what they had on them.  And that was -- the totality of

2    the circumstances, as an officer, I put all that together, and

3    that was my decision to pull it out.

4    Q    Certainly.  So it was collectively the crowd that gave you

5    concern?

6    A    Not only the crowd, but the stuff I had been hearing on

7    the radio, injured officers, triage centers being set up for

8    officers outside.  Several officers who had passed me appeared

9    to be injured.  And I was -- I felt threatened, so that's why I

10   did it.

11   Q    And as you have told us, you were the only one that pulled

12   out your baton at that point in time?

13   A    Yes.

14   Q    Were you angry at the time you pulled out your baton?

15   A    I was more worried for the Senators and my fellow

16   colleagues.

17   Q    Now, Officer Gelfant, he has a different approach, as you

18   described, correct?

19   A    Yes.

20   Q    And what was his approach that you observed?

21   A    His approach was talking to the rioters to try to calm

22   them down.  As I had said yesterday, my approach was to not

23   engage with them, because in past experiences, if you engage

24   with people, especially people who are already angry and

25   volatile, then that could just amp up the situation.

```
1    Q    And after Officer Gelfant talked to Mr. Jensen, what did

2    you do with your baton?

3    A    I eventually stepped back and collapsed it and holstered

4    it.

5    Q    Now, during the course of your encounter with Mr. Jensen

6    when you took out your baton, did he have anything in his

7    hands?

8    A    Not to my knowledge.

9    Q    An audio captured -- audio was captured in many of the

10   videos that we viewed, correct?

11   A    Correct.

12   Q    Because the individuals that were in the crowd, would it

13   be fair to say that they were filming almost all the time?

14   A    Pretty much.

15   Q    We saw the video of the crowd, a crowd of men that were

16   maybe women too, but a crowd that were shoulder to shoulder and

17   yelling not very nice things about Senator McConnell.

18   Mr. Jensen was not in that group, was he?

19   A    No, he wasn't.

20   Q    And that group was held by back by a line of MPD officers?

21   A    Yes, it was.

22   Q    Did that line ever break, or was the crowd disbursed when

23   pepper spray was deployed?

24   A    They were disbursed.

25   Q    Now, after the encounter in the Ohio Clock corridor of --
```

```
 1    by the way, when you are dealing with Mr. Jensen, is he dealing

 2    with anyone else?  I mean, is he talking with anyone else other

 3    than Officer Gelfant and you?

 4    A    Inspector Loyd, the gentleman there with the gold plating

 5    on his hat.

 6    Q    So he's engaging with the officers, correct?

 7    A    Yes.

 8    Q    And how many times did he tell you you should be arresting

 9    Mike Pence?

10    A    Several.

11    Q    Did you ever respond to that?

12    A    No.

13    Q    Did anyone respond to that?

14    A    Officer Gelfant might have, but I don't remember.  I don't

15    recall.

16              MR. DAVIS:  I have no further questions.

17              Court's indulgence.

18    BY MR. DAVIS:

19    Q    You indicated that when -- I have one more question.

20         You indicated that when you took out your baton,

21    Mr. Jensen said he would one up you?

22    A    Yes.

23    Q    Was that captured on audio?

24    A    To my knowledge, no.

25              MR. DAVIS:  I have no further questions.
```

```
 1              THE COURT:  All right.  Any redirect?
 2                        REDIRECT EXAMINATION
 3   BY MS. ALLEN:
 4   Q    Just in case there's any confusion, because the videos,
 5   some of them are pretty small, were you wearing a face mask on
 6   January 6?
 7   A    Yes, I was, the entire time.
 8   Q    What color was it?
 9   A    Black.
10   Q    Okay.
11          MS. ALLEN:  That's all.  Thank you, Your Honor.
12          THE COURT:  All right, Officer.  You may step down.
13   Thank you for your testimony.
14          The government can call its next witness.
15          MS. MIRELL:  The government calls FBI Special Agent
16   Tyler Johnson.
17                           TYLER JOHNSON
18   Having been first duly sworn on oath, was examined and
19   testified as follows:
20          THE COURT:  You may proceed.
21                        DIRECT EXAMINATION
22   BY MS. MIRELL:
23   Q    Good morning, Agent Johnson.
24   A    Good morning.
25   Q    Tell us who you are and where you work.
```

```
 1   A    I am Special Agent Tyler Johnson.  I work for the Federal

 2   Bureau of Investigation.

 3   Q    Do you work for a particular division of the FBI?

 4   A    I do, yes.

 5   Q    Which one?

 6   A    I work for the Omaha Division at the Des Moines Resident

 7   Agency.

 8   Q    So you are physically based in Des Moines?

 9   A    Yes.

10   Q    How long have you worked as a special agent with the FBI?

11   A    Since October of 2019.

12   Q    And what is your assignment at the FBI?

13   A    I am assigned to the joint terrorism task force.

14   Q    What does the joint terrorism task force do?

15   A    We are tasked with investigating matters of domestic and

16   international terrorism.

17   Q    Have you been with the joint terrorism task force since

18   you joined the FBI?

19   A    Since I went to the field, yes.

20   Q    Was that your assignment in January of 2021?

21   A    Yes, it was.

22   Q    Did you have occasion to learn the name Doug Jensen?

23   A    Yes.

24   Q    How did you learn that name?

25   A    I received information in an email regarding Mr. Jensen.
```

1   Q    What specifically, what kind of information was in that

2   email?

3   A    It was a news article.

4   Q    From whom?

5   A    From KCCI News.

6   Q    What is KCCI News?

7   A    KCCI News is a local news agency in Des Moines, Iowa.

8   Q    And what did the article say?

9   A    It identified Mr. Jensen.

10  Q    And what did it identify him having done?

11  A    It identified Mr. Jensen as being present at the United

12  States Capitol on January 6.

13  Q    And did the article indicate where Mr. Jensen resided?

14  A    It did.

15  Q    Where?

16  A    It indicated he resided in Des Moines, Iowa.

17  Q    Did you eventually come to meet Doug Jensen in person?

18  A    Yes.

19  Q    When was that?

20  A    That was January 8, 2021.

21  Q    And did you interview him that day?

22  A    Yes.

23  Q    Where did that interview occur?

24  A    At the Des Moines police department.

25  Q    Did you ultimately arrest Doug Jensen Doug January 8, that

1    same day?

2    A    Yes, I did.

3    Q    Since arresting the defendant, what has your role been in

4    this case?

5    A    I have been assigned as a case agent to the investigation.

6    Q    What's the role of a case agent?

7    A    I am the lead investigator.

8    Q    So that means you are responsible for what?

9    A    For investigating Mr. Jensen.

10   Q    And presumably collecting evidence?

11   A    Yes.

12   Q    And doing some research about the defendant?

13   A    Yes.

14   Q    Looking at social media, phone records, et cetera?

15   A    Yes.

16   Q    Okay.  So as part of your investigation into Jensen, then

17   you reviewed his social media?

18   A    Yes.

19   Q    What social media platforms did you review?

20   A    Facebook, Twitter, Parlor, TikTok.

21   Q    Are you aware if the defendant had a cell phone with him

22   on January 6?

23   A    Yes.

24   Q    What type of phone was that?

25   A    It was an iPhone.

1  Q    As part of your investigation, have you had an occasion to

2  review the contents of the defendant's iPhone?

3  A    Yes, I have.

4  Q    And when you were reviewing the contents of the phone,

5  were you reviewing it on the physical device?

6  A    No, I was not.

7  Q    How were you reviewing those contents?

8  A    I was reviewing those contents on a platform that the FBI

9  has access to.

10 Q    By platform, do you mean software?

11 A    Software, yes.

12 Q    And how do you review the contents of a phone through this

13 software, very, very fundamentally, basically?

14 A    On a computer.

15 Q    No, a little bit more than that.  I mean, how do you get

16 the data from the phone?

17 A    The data was extracted from the phone making a digital

18 copy of its contents.

19 Q    So then you used the software to review that digital copy

20 of what's extracted from the phone?

21 A    Yes, that's correct.

22 Q    And does that software -- does it enable you to see

23 metadata on the phone?

24 A    Yes, it does.

25 Q    For example, it can tell you what time and where a

1    photograph was taken?

2    A    Yes.

3    Q    Okay.  So what kind of evidence did you find in the

4    defendant's phone regarding his participation in the events of

5    January 6?

6    A    Text messages, photos, and videos.

7    Q    And what did those texts, for example, describe?

8    A    They described his intention to travel to Washington, D.C.

9    and his actions on January 6.

10   Q    And the photos and videos, what did those show?

11   A    They showed Mr. Jensen in Washington, D.C. on January 6.

12   Q    Okay.  So let's start with the photos.  You mentioned

13   finding those photos on the phone.  Did you find still photos?

14   A    Still photos and live photos.

15   Q    Okay.  Can you briefly describe what a live photo is?

16   A    Yes.  A live photo is on iPhones where you capture a

17   photo, but in that photo, it records a short approximately

18   two-second video.

19   Q    So it's almost like a moving picture, a two-second here's

20   what's happening in this instance?

21   A    Yes.

22   Q    Kind of like Harry Potter?

23   A    Yes.

24   Q    And does the live photo also record sound?

25   A    Yes, it does.

```
 1   Q    Okay.  And do you take a live photo in the same way that
 2   you would take -- first of all, are you an iPhone user?
 3   A    I do have an iPhone yes.
 4   Q    Can you take a live photo in the same way that you would
 5   take any ordinary photo?
 6   A    Yes.
 7   Q    So I want to start now and talk a little bit about how the
 8   defendant started his day on January 6.  Are you aware if there
 9   was a rally being held in Washington, D.C. on January 6?
10   A    Yes.
11   Q    Who was that rally for?
12   A    Former President Donald Trump.
13   Q    Where was that rally being held?
14   A    It was being held at the Ellipse.
15   Q    Is that near the White House?
16   A    It is, yes.
17   Q    In between the White House and the Washington Monument?
18   A    Yes.
19   Q    Did the defendant take any photos at the rally?
20   A    Yes.
21        MS. MIRELL:  Okay.  At this time, move to admit and
22   publish Exhibit 331A.
23        THE COURT:  It will be admitted and permission to
24   publish.
25        (Government's 331A received in evidence.)
```

```
 1   BY MS. MIRELL:

 2   Q    So before we talk about this photo, Agent Johnson, are you

 3   familiar with the naming conventions for the government's

 4   exhibits in this case?

 5   A    Yes, I am.

 6   Q    And specifically for the media, the videos, et cetera?

 7   A    Yes, I am.

 8   Q    And so what does the letter A mean if it follows

 9   government's exhibit number?

10   A    That means it is excerpt or a screen shot of the original

11   exhibit, 331.

12   Q    So then is Exhibit 331, in this case, is it a live photo

13   or a video, short video?

14   A    Yes.

15   Q    Okay.  And do you see the yellow lettering here in the top

16   left-hand corner of this photo?

17   A    Yes.

18   Q    And what is that?

19   A    That is a date and time stamp.

20   Q    And is that the date and time that this photograph was

21   taken according to the phone?

22   A    Yes.

23   Q    So for all of the, you know, photo exhibits that we are

24   going to review, have you personally compared the date and time

25   stamps of those photos to the metadata in the phone to ensure
```

1   they are accurate?

2   A     Yes, I have.

3   Q     What time zone are we showing on this?

4   A     This is Eastern.

5   Q     Okay.  So based on your investigation into the events of

6   January 6, what did you understand -- first of all, I should

7   ask you, what does this photograph show?

8   A     This photograph shows Mr. Jensen taking a selfie at the

9   Washington Monument.

10  Q     Based on your investigation into January 6, what did you

11  understand to be happening around the Washington Monument at

12  the time indicated here, at 11:47 a.m.?

13  A     That was the rally that was occurring for Former President

14  Donald Trump.

15  Q     As part of your investigation, have you also found any

16  open source photographs, by that I mean photographs from the

17  internet, showing the defendant at the rally?

18  A     Yes.

19        MS. MIRELL:  At this time I would move to admit and

20  publish Exhibit 580.

21        THE COURT:  It will be admitted and permission to

22  publish.

23        (Government's 580 received in evidence.)

24  BY MS. MIRELL:

25  Q     Can you identify who we see in the yellow circle on this

```
 1   exhibit.

 2   A     Yes.

 3   Q     Who is that?

 4   A     Douglas Jensen.

 5   Q     In the top left corner, do you see a building there?

 6   A     I do.

 7   Q     Do you recognize that building?

 8   A     I do.

 9   Q     What is that?

10   A     The African-American History Museum.

11   Q     Where did the defendant go from this rally?

12   A     From the rally, he went to the United States Capitol.

13         MS. MIRELL:  All right.  So let's pull up Exhibit

14   332A.

15         And permission -- or move to admit and permission to

16   publish, Your Honor.

17         THE COURT:  It will be admitted and permission to

18   publish.

19         (Government's 332A received in evidence.)

20   BY MS. MIRELL:

21   Q   Agent Johnson, first of all, what time was this photograph

22   taken by the defendant?

23   A     This photograph was taken at approximately 2:01 p.m.

24   Q     And what are we looking at here?

25   A     In this photograph, you see the West Front of the United
```

1    States Capitol, in the background, people walking that

2    direction, and people standing on top of the Peace Monument.

3          MS. MIRELL:  Okay.  So just so we can help orient the

4    jury a little bit here, I am going to ask Mr. Clements to pull

5    up Exhibit 601A, which has already been admitted.

6    BY MS. MIRELL:

7    Q    Unfortunately, I don't think your marker is working, but

8    you indicated that was the Peace Monument?

9    A    Yes.

10   Q    So we are looking at right here (indicating)?

11   A    Yes.

12   Q    And he would have been facing -- looking at the West Front

13   of the Capitol?

14   A    Yes.

15   Q    So the photo would have been taken from that angle?

16   A    Yes.

17   Q    Thank you, Agent Johnson.

18         MS. MIRELL:  We can take that exhibit down.

19   BY MS. MIRELL:

20   Q    What's your understanding of how the defendant got from

21   the rally at the Ellipse to that Peace Circle?

22   A    It's my understanding he walked.

23   Q    How do you know he walked?

24   A    Based on messages and photographs.

25   Q    That he was sending to whom?

1    A    Contacts in his phone.

2    Q    And at the time that he was walking and sending and

3    receiving text messages, did he receive text messages about

4    what was going on inside the Capitol?

5    A    Yes, he did.

6    Q    Is he receiving specific texts about the certification

7    process that's going on?

8    A    Yes.

9         MS. MIRELL:  Okay.  At this time I would like to pull

10   up Exhibit 322.

11        Move to admit and permission publish.

12        THE COURT:  It will be admitted and permission to

13   publish.

14        (Government's 322 received in evidence.)

15   BY MS. MIRELL:

16   Q    So before we get into the content of this, you mentioned

17   reviewing the contents of a phone on some software, correct?

18   A    Yes.

19   Q    Is this what it looks like when you are reviewing it on

20   the software?

21   A    No, it does not.

22   Q    So has it been reproduced here in a more readable format

23   so you can better understand the flow of the conversation?

24   A    Yes.

25   Q    As you did with the photos, did you also ensure that the

1    content and metadata from these text messages and other text

2    messages that we will see, that those are accurate when you

3    compared them back to the data from the phone?

4    A    Yes.

5    Q    Okay.  So who is this text conversation with?

6    A    This is a text exchange between Douglas Jensen and a

7    contact Wyatt Woods.

8    Q    And it actually starts on January 6, is that correct?

9    A    Yes.

10   Q    So what does the defendant say in response to Wood's text,

11   What's your prediction for the Georgia runoff vote tomorrow.

12   Coin toss is my guess.

13   A    He responds, A turd burger just to enrage us to light

14   everything up for the 6th.

15   Q    Then we see the thread picks back up on January 6.  And it

16   looks like at 1:10:57 p.m., is that Eastern Standard time?

17   A    Yes.

18   Q    At 1:10, Woods texted Jensen, It's over.  Pence did

19   nothing.  Passed the vote.

20        How does the defendant respond?

21   A    LMAO, I'm here.  Who the fuck told you that.

22   Q    What does LMAO stand for?

23   A    It stands for laugh have my ass off.

24   Q    What does the defendant say next at 1:35 p.m.?

25   A    We are headed to the White House.

```
 1    Q    Was the defendant actually headed to the White House at

 2    that point?

 3    A    No.

 4    Q    Where was he headed to?

 5    A    He was headed to the United States Capitol.

 6    Q    Did he later correct that in a different text message?

 7    A    Yes.

 8    Q    So looking at page 2 of this exhibit now, it looks like at

 9    1:38, Wyatt Woods texts, CNN, Pence banged the gavel.  Joint

10    Session certified.  All electoral votes as is.

11         How does the defendant respond?

12    A    That's all about to change with emoji of a winky face.

13    Q    Okay.  And does the defendant then send some photographs?

14    A    Yes.

15    Q    Let's look at some blown-up versions of those photographs.

16         MS. MIRELL:  Let's also look at page 4, Mr. Clements.

17    BY MS. MIRELL:

18    Q    Do you recognize where these photographs were taken?

19    A    Yes.

20    Q    And you've also looked the GPS data for these photographs?

21    A    Yes.

22    Q    Where were they taken?

23    A    They were taken in the area of the Smithsonian Museum of

24    Natural History.

25    Q    And what street is that, if you can recall?
```

1   A     That's on Constitution.

2   Q     Okay.  I now want to talk about the defendant's conduct on

3   the actual Capitol grounds.

4              MS. MIRELL:  So if we could pull up Exhibit 333A.

5              And move to admit and permission to publish.

6              THE COURT:  It will be admitted and permission to

7   publish.

8              (Government's 333A received in evidence.)

9              MS. MIRELL:  And I should mention, Your Honor, that

10  with respect to the Exhibit 333A, we would seek to admit the

11  underlying video, for example 333.  Same goes for Exhibit 332

12  and 331.

13             THE COURT:  Without objection, they will be admitted

14  and also permission to publish.

15             (Government's 331, 331A, 332 and 332A received in

16  evidence.)

17  BY MS. MIRELL:

18  Q     Turning now to 333A, do you recall the defendant texting

19  Wyatt Woods, We broke the fence down at the White House?

20  A     Yes.

21  Q     What is this a photograph of?

22  A     This is a photo of a bike rack that's knocked over.

23  Q     What time was this photograph taken by the defendant?

24  A     Approximately 2:02 p.m.

25  Q     Based on your investigation of the day, are you aware how

1    bike racks were used at the Capitol?

2    A    Yes.

3    Q    How were they used?

4    A    They were used as fencing around the perimeter of the

5    United States Capitol.

6    Q    Okay.  Did the defendant eventually move closer to the

7    Capitol than the Peace Circle?

8    A    Yes.

9         MS. MIRELL:  I am going to pull up Exhibit 334A.

10        And move to admit Exhibit 334 and 334A and publish.

11        THE COURT:  Permission granted, and it will be

12   admitted and permission to publish.

13        (Government's 334 and 334A received in evidence.)

14   BY MS. MIRELL:

15   Q    So Agent Johnson, what are we looking at here?

16   A    This is a photograph looking east towards the West Front

17   of the United States Capitol.

18   Q    Okay.  Just to be clear, this is the West Front of the

19   Capitol, right?

20   A    Yes.

21   Q    And what's over here?

22   A    That is the scaffolding that was put in place for

23   January 6.

24   Q    And what's this structure here?

25   A    That is the northwest steps.

1    Q    Okay.  And kind of in the center of this -- let me clear

2    that.

3         In the center of this photograph, we see, I think, some

4    white smoke.  Do you see that?

5    A    Yes.

6    Q    Based on your investigation into the events of the day, do

7    you have an understanding of what that white smoke could be?

8    A    Yes.

9    Q    What do you believe it to be?

10   A    I believe it to be chemical irritants, things such as

11   pepper spray and bear spray.

12   Q    And in your experience in law enforcement, what is pepper

13   spray usually used for?

14   A    To disburse crowds.

15   Q    Did the defendant take any other photographs still or live

16   or video from this area?

17   A    Yes.

18   Q    And did they capture some of the noises in this area at

19   the time?

20   A    Yes.

21   Q    So this is, I guess, a good opportunity to see what a live

22   photograph looks like.

23             MS. MIRELL:  Let's pull up Exhibit 335.

24             Move to admit 335 and 335A.

25             THE COURT:  They will be admitted and permission to

```
 1   publish.
 2              (Government's 335 and 335A received in evidence.)
 3              (The videotape was played.)
 4   BY MS. MIRELL:
 5   Q    So that moved really quick.  I think it was a second and a
 6   half.  So let's try to hear it again.
 7              (The videotape was played.)
 8   BY MS. MIRELL:
 9   Q    Do you hear what's being shouted by a member of the crowd
10   there?
11   A    Yes.
12   Q    What was that?
13   A    It sounds like traitors.
14   Q    Fair to say you have reviewed quite a bit of footage from
15   January 6, right?
16   A    Yes.
17   Q    Who are rioters generally shouting traitors at?
18   A    Law enforcement.
19   Q    What is your understanding of why rioters were calling law
20   enforcement traitors on January 6?
21   A    My understanding, because they were protecting the United
22   States Capitol.
23              MS. MIRELL:  Let's pull up Exhibit 336.
24              Move to admit 336 and A if there is an A there,
25   permission to publish.
```

```
 1              THE COURT:  There is, and they will be admitted and
 2   permission to publish.
 3              (Government's 336 and 336A received in evidence.)
 4              MS. MIRELL:  I will ask Mr. Clements to play this
 5   short video.
 6              (The videotape was played.)
 7   BY MS. MIRELL:
 8   Q    Could you hear what was being said in that first half of
 9   the video?
10   A    Yes.
11   Q    What was being said?
12   A    Lock them up.
13   Q    Who do you think the them in that sentence is referring
14   to?
15   A    Referring to Congress.
16   Q    Members of Congress?
17   A    Yes.
18   Q    And did you hear a bang at the end of that video?
19              MS. MIRELL:  Let's play it again.
20              (The videotape was played.)
21              THE WITNESS:  I do, yes.
22   BY MS. MIRELL:
23   Q    Did the defendant advance even closer to the Capitol from
24   this point?
25   A    Yes.
```

```
 1   Q    Did the defendant encounter any police as he got closer to
 2   the Capitol?
 3   A    Yes.
 4            MS. MIRELL:  Pulling up Exhibit 33A.
 5            Move admit 330 -- I'm sorry 338 and 338A.  Move to
 6   admit 338 and 338A and permission to publish.
 7            THE COURT:  They will be admitted and permission to
 8   publish.
 9            (Government's 338 and 338A received in evidence.)
10   BY MS. MIRELL:
11   Q    Agent Johnson, what is this photograph?
12   A    This photograph shows a law enforcement officer in riot
13   gear.
14   Q    What time did the defendant take this photograph?
15   A    This is at approximately 2:06 p.m.
16   Q    What is this officer wearing on his face?
17   A    It's a gas mask.
18   Q    And if you see this officer behind him here --
19   A    Yes.
20   Q    -- is that officer wearing riot gear?
21   A    No.
22   Q    Does that officer have a gas mask?
23   A    No.
24   Q    Does that officer have kind of the hard protective gear
25   that we see this officer wearing?
```

1    A    No.

2    Q    All right.  Did the defendant take any videos of these

3    police officers that we are seeing in 338A?

4    A    Yes.

5                MS. MIRELL:  Let's go to that video.

6                Government moves to admit Exhibit 339 and publish.

7                THE COURT:  It will be admitted and permission to

8    publish.

9                (Government's 339 received in evidence.)

10               MS. MIRELL:  If we could play the video, please.

11               (The videotape was played.)

12   BY MS. MIRELL:

13   Q    Fair to say from this video, the defendant is at the front

14   line with the officers there?

15   A    Yes.

16   Q    And did you recognize the defendant's voice in that video?

17   A    Yes.

18   Q    Was he one of the individuals shouting USA?

19   A    Yes.

20   Q    All right.  So let's go back to reorienting ourselves

21   here.

22               MS. MIRELL:  If we could pull up Exhibit 601A, the

23   point where the defendant took that video of the officers in

24   their gas masks -- well, some in gas masks.

25

1    BY MS. MIRELL:

2    Q    Where are we at that point -- or where is the defendant?

3         If you can describe it to me, I can mark it for you.

4    A    On the west side of the Capitol, there's some writing that

5    says Senate Press Gallery.  If you go just down from there --

6    Q    Fair to say it's right here (indicating)?

7    A    Yes.

8    Q    So facing kind of that wall?

9    A    Yes.

10   Q    Okay.  And you indicated facing the northwest stairs, I

11   think is what you called them?

12   A    Yes.

13   Q    And that area, that's within the restricted perimeter from

14   January 6, correct?

15   A    Yes.

16   Q    Did the defendant get any closer to the retaining walls

17   that those officers were protecting?

18   A    Yes.

19   Q    Did he actually touch the wall?

20   A    Yes.

21   Q    Did he actually climb the wall?

22   A    Yes.

23   Q    Did the defendant take any videos once he had climbed the

24   wall and was standing on top of the staircase banister?

25   A    Yes.

1              mr. m:  Let's pull up that video now.

2              So move to admit Exhibit 342 and publish.

3              THE COURT:  It will be admitted and permission to

4    publish.

5              (Government's 342 received in evidence.)

6              MS. MIRELL:  Mr. Clements, can you please --

7              (The videotape was played.)

8              MS. MIRELL:  Can we play that one more time just real

9    quick.

10             (The videotape was played.)

11   BY MS. MIRELL:

12   Q    You've previously spoken to the defendant before, correct?

13   A    Yes.

14   Q    So you recognize his voice?

15   A    Yes.

16   Q    Do you recognize the voice of the person saying, Storm the

17   White House.  That's what we do?

18   A    Yes.

19   Q    Who's that?

20   A    Doug Jensen.

21   Q    Was he actually at the White House?

22   A    No.

23   Q    Where was he?

24   A    The United States Capitol.

25   Q    And did the defendant take any other videos from atop the

```
 1   staircase there?
 2   A     Yes.
 3              MS. MIRELL:  Let's pull up Exhibit 343.
 4              Move to admit Exhibit 343 and publish.
 5              THE COURT:  Permission is granted.  The exhibit will
 6   be admitted and permission to publish.
 7              (Government's 343 received in evidence.)
 8              (The videotape was played.)
 9   BY MS. MIRELL:
10   Q     Could you understand what the defendant was saying at that
11   point?
12   A     I do not.
13   Q     Okay.  So after climbing up the retaining wall of the
14   stairs and then walking up the banister, how did the defendant
15   enter the Capitol Building?
16   A     He entered through a broken window.
17   Q     And once he entered through a broken window, where did he
18   go next?
19   A     He proceeded down the hallway.
20   Q     And who did he encounter down that hallway?
21   A     He encountered United States Capitol Police Officer Eugene
22   Goodman.
23   Q     Where did he chase Officer Goodman to?
24              MR. DAVIS:  Objection to the characterization.
25              THE COURT:  Sustained.
```

1    BY MS. MIRELL:

2    Q    Where did the defendant go after first encountering

3    Officer Goodman?

4    A    He chased Officer Goodman up a flight of stairs to the

5    Ohio Clock corridor.

6    Q    Okay.  And I think we have seen some footage of that, but

7    did the defendant take any pictures on his cell phone while he

8    was inside the Ohio Clock corridor?

9    A    Yes.

10          MS. MIRELL:  Okay.  Pull up Exhibit 344.

11          Move to admit and publish.

12          THE COURT:  I think 344 is already admitted.

13          MS. MIRELL:  Great.  Already admitted.

14          Let's publish to the jury then.  If we could play -- I

15   believe this is a live photo.

16          (The videotape was played.)

17   BY MS. MIRELL:

18   Q    Do you recognize any of the officers in this video?

19   A    Yes.

20   Q    Okay.  So I draw an arrow.  Who is this officer with a

21   black face mask?

22   A    That is United States Capitol Police Officer Brian Morgan.

23   Q    The officer who currently has his back turned to us with a

24   police cap as well, do you recognize that person?

25   A    Yes.

```
1    Q    Who is that?

2    A    That is United States Capitol Police Inspector Thomas

3    Loyd.

4              MS. MIRELL:  Okay.  And let's pull up Exhibit 345A.

5              Move to admit Exhibit 345 and 345A?

6              THE COURT:  It will be admitted and permission to

7    publish.

8              (Government's 345 and 345A received in evidence.)

9    BY MS. MIRELL:

10   Q    Agent Johnson, what are we looking at here?

11   A    This is a photograph taken by Mr. Jensen inside the Ohio

12   Clock corridor.

13   Q    And do you recognize if this is a rioter or a law

14   enforcement officer?

15   A    A law enforcement officer.

16   Q    And who is he addressing?

17   A    One of the protesters.

18   Q    And how about these individuals holding the cameras, what

19   do you recognize them to be?

20   A    I recognize those as members of the media.

21   Q    So is it fair to say that the defendant is now beyond a

22   police line?

23   A    Yes.

24   Q    And beyond a press line?

25   A    Yes.
```

```
1    Q    Okay.
2              MS. MIRELL:  Let's clear this.
3    BY MS. MIRELL:
4    Q    Did the defendant take any other photographs of the police
5    inside the Ohio Clock corridor?
6    A    Yes.
7              MS. MIRELL:  Okay.  Let's pull up Exhibit 346A.
8              Moves to admit 346, 346A and permission to publish.
9              THE COURT:  They will be admitted and permission
10   publish.
11             (Government's 346 and 346A received in evidence.)
12   BY MS. MIRELL:
13   Q    What time did the defendant take this photograph?
14   A    This is approximately 2:26 p.m.
15   Q    All right.  And, sorry, I asked you if this was about
16   police, but is this a police officer?
17   A    No.
18   Q    Who is this?
19   A    This is another rioter inside the Ohio Clock corridor.
20             MS. MIRELL:  All right.  So let's pull up then
21   Exhibit 347A.
22             And move to admit Exhibits 347 and 347A.
23             THE COURT:  Admitted and permission to publish.
24             (Government's 347 and 347A received in evidence.)
25
```

1    BY MS. MIRELL:

2    Q    Agent Johnson, what are we looking at here?

3    A    This is a photograph Mr. Jensen took of police officers in

4    the Ohio Clock corridor.

5    Q    What time was this photograph taken by the defendant?

6    A    Approximately 2:32 p.m.

7    Q    And so the standoff in the Ohio Clock corridor, do you

8    know generally what time that started?

9    A    Yes.

10   Q    What time?

11   A    Approximately 2:16 p.m.

12   Q    So these officers would have been there for presumably 15,

13   16 minutes at least?

14   A    Yes.

15   Q    And what time -- do you know if the Capitol was breached

16   earlier, significantly earlier, than that?

17   A    Yes.

18   Q    Okay.  So officers have been on duty for quite some time

19   at that point?

20   A    Yes.

21   Q    Did there come a time where the defendant and other

22   rioters stole a Capitol police officer's police cap to take

23   pictures?

24   A    Yes.

25              MS. MIRELL:  Let's look at those.  So if we pull up

1  Exhibit 348A.

2         Move to admit Exhibits 348 and 348A.

3         THE COURT:  They will be admitted and permission to

4  publish.

5         (Government's 348 and 348A received in evidence.)

6         MS. MIRELL:  Thank you, Your Honor.

7  BY MS. MIRELL:

8  Q    So, Agent Johnson, what are we looking at here?

9  A    This is a photograph Mr. Jensen took of another rioter

10  with a police officer's hat.

11         MS. MIRELL:  And let's pull up Exhibit 349A.

12         Move to admit Exhibits 349 and 349A and permission to

13  publish.

14         THE COURT:  They will be admitted and permission to

15  publish.

16         (Government's 349 and 349A received in evidence.)

17  BY MS. MIRELL:

18  Q    What are we looking at here?

19  A    This is a selfie Mr. Jensen took of himself with a police

20  officer's hat.

21  Q    Do you have an understanding of why this photograph

22  appears so blurry, Agent Johnson?

23  A    Yes.

24  Q    Why is that?

25  A    Mr. Jensen was confronted when taking this photograph.

1    Q    Who was he confronted by?

2    A    He was confronted by United States Capitol Police Officer

3    Eugene Goodman.

4    Q    What was Officer Goodman trying to do?

5    A    He was trying to --

6         MR. DAVIS:  Objection, Your Honor, unless he has

7    personal knowledge or unless he's observing it and can tell

8    from the video.

9         THE COURT:  Sustained.

10   BY MS. MIRELL:

11   Q    Agent Johnson, have you reviewed surveillance footage from

12   inside the United States Capitol on January 6?

13   A    Yes, I have.

14   Q    Have you found this incident where the defendant appears

15   to be taking a selfie with a police cap?

16   A    Yes, I have.

17   Q    And have you reviewed that footage to see who else is

18   involved and who else you can recognize in that footage?

19   A    Yes.

20   Q    So in reviewing --

21        (There was an interruption by the court reporter.)

22   BY MS. MIRELL:

23   Q    At this point, when you were reviewing the footage, did

24   you see what Officer Goodman was doing as he approached the

25   defendant in the surveillance footage?

1  A     Yes.

2  Q     What was he doing?

3  A     He approaches Mr. Jensen to take the hat from him.

4          MS. MIRELL:  Okay.  So let's pull up Exhibit 206F,

5  which I believe has already been admitted.

6  BY MS. MIRELL:

7  Q     So if you look in the left-hand corner here, is this the

8  moment, at 2:53, that you are describing where Officer Goodman

9  is running up to the defendant?

10 A     Yes, it is.

11 Q     As the defendant is trying to take the selfie with the

12 photo (sic)?

13 A     Yes.

14 Q     With the police cap, I should say.

15 A     Yes.

16 Q     Thank you.

17         MS. MIRELL:  We can take that down.

18 BY MS. MIRELL:

19 Q     Okay.

20         THE COURT:  Ms. Mirell, I would like to give the court

21 reporter a short break if that's okay.

22         MS. MIRELL:  I would too.

23         THE COURT:  All right.  She's been going a while.

24         So let's take a ten-minute break.  It's now -- well,

25 almost 11:10 -- it's almost 11:20.  Let's come back at 11:30,

1    and we will resume with this witness.

2              (A recess was taken at 11:18 a.m.)

3              (A juror entered the courtroom at 11:37 a.m.)

4              THE COURTROOM DEPUTY:  Your Honor, we are back on the

5    record in Criminal Matter 21-6, United States of America versus

6    Douglas Austin Jensen.

7              THE COURT:  Ms. Mirell, you may resume.

8    BY MS. MIRELL:

9    Q    Agent Johnson, I think we left off seeing the defendant

10   with the selfie with the police officer hat as Officer Goodman

11   was running over, correct?

12   A    Yes.

13   Q    Did the defendant ultimately leave the Capitol soon after

14   that photo?

15   A    Yes.

16   Q    And do you recall what side he exited through?

17   A    The east side.

18   Q    Do you remember the name of that door?

19   A    It's the carriage doors.

20   Q    And did the defendant reenter the building after his first

21   exit?

22   A    Yes.

23   Q    Do you know what door he reentered through?

24   A    Near the Rotunda.

25   Q    Okay.  And what side of the Capitol would that have been

1   on?

2   A    It's on the east side.

3          MS. MIRELL:  Okay.  Let's pull up Exhibit 551A.

4          Move to admit Exhibit 551 and 551A.

5          THE COURT:  They will be admitted.

6          MS. MIRELL:  Permission to publish.

7          THE COURT:  They will be admitted and permission to

8   publish.

9          (Government's 551 and 551A received in evidence.)

10  BY MS. MIRELL:

11  Q    Agent Johnson, do you recognize the individual here?

12  A    Yes.

13  Q    Who is that?

14  A    That's Douglas Jensen.

15  Q    And can you describe the state of the windows that we are

16  seeing in this door?

17  A    They are broken.

18  Q    Okay.  And do you know what lays beyond this door based on

19  your review of this footage as well as other footage from

20  January 6?

21  A    The area of the Rotunda.

22  Q    Okay.  And did the defendant take a photograph on his

23  phone from this window?

24  A    Yes.

25          MS. MIRELL:  Let's pull up Exhibit 352A.

1          Move to admit Exhibits 352 and 352A and permission to

2    publish.

3          THE COURT:  They will be admitted and permission to

4    publish.

5          (Government's 352 and 352A received in evidence.)

6    BY MS. MIRELL:

7    Q    Agent Johnson, first of all, what time was this photograph

8    taken by the defendant?

9    A    Approximately 3:10 p.m.

10   Q    And is that shattered window glass we are seeing around

11   the edges there?

12   A    Yes.

13   Q    Do you recognize the individuals kind of right by the door

14   who appear to be in black and blue?

15   A    I do.

16   Q    Who are they?

17   A    Those are police officers.

18   Q    And if you look closely, although there is a bit of a

19   glare on the photo, do you recognize this doorway here?

20   A    Yes.

21   Q    What is that the doorway to?

22   A    To the Rotunda.

23   Q    And are you aware if the defendant ultimately entered this

24   steel door with the shattered glass that we are seeing?

25   A    Yes.

1    Q    In between the steel door and the Rotunda, there appears

2    to be some space like a foyer?

3    A    Yes.

4    Q    Did the defendant take any photos inside that foyer to

5    your knowledge?

6    A    No.

7    Q    Did he take any photos inside the Rotunda to your

8    knowledge?

9    A    No.

10   Q    Based on your review of the surveillance footage in this

11   case, do you have an understanding of when the defendant

12   finally left the Capitol Building after making a second entry?

13   A    Yes.

14   Q    What time was that?

15   A    It was approximately 3:30 p.m.

16   Q    Did the defendant take any photos once he had existed the

17   Capitol Building?

18   A    Yes.

19         MS. MIRELL:  All right.  Let's put up Exhibit 353A.

20         Move to admit Exhibits 353 and 353A.

21         THE COURT:  They will be admitted and permission to

22   publish.

23         (Government's 353 and 353A received in evidence.)

24   BY MS. MIRELL:

25   Q    So this photograph looks like it was taken at 3:46 p.m.,

1   is that right?

2   A    Yes.

3   Q    Just as the defendant had left?

4   A    Yes.

5   Q    What does this photograph show?

6   A    It shows a set of doors.

7   Q    What does it say on the doors?

8   A    It says, murder the media.

9   Q    What about this, these white plastic things on the door

10  handle, do you recognize those?

11  A    Yes.

12  Q    What are those?

13  A    I recognize those as Quick Cuffs.

14  Q    What are Quick Cuffs?

15  A    They are essentially a zip tie handcuff.

16  Q    And in your experience as a law enforcement officer, when

17  are Quick Cuffs usually used?

18  A    During mass arrests when there is not enough regular

19  handcuffs.

20  Q    All right.  I want to transition now to a new topic.

21           MS. MIRELL:  We can take this down, Mr. Clements.

22  Thank you.

23  BY MS. MIRELL:

24  Q    Of the defendant's mind-set in the days leading up to

25  January 6, do you have a sense of whether the defendant was

```
 1   made aware of the possibility for violence on January 6?
 2   A    Yes.
 3   Q    Okay.  And how are you aware of that?
 4   A    Based on text messages.
 5           MS. MIRELL:  All right.  At this point I would like to
 6   pull up Exhibit 321.
 7           Move to admit and publish.
 8           THE COURT:  Without objection, it will be admitted and
 9   permission to publish.
10           (Government's 321 received in evidence.)
11   BY MS. MIRELL:
12   Q    What are we looking at here?
13   A    This is a text message exchange between Douglas Jensen and
14   a contact Andy Hildreth.
15   BY MS. MIRELL:
16   Q    On January 6, Hildreth writes -- or, I'm sorry, on
17   January 4, the defendant writes, I am leaving tomorrow about
18   5:00.
19        How does -- and Andy Hildreth writes, God, I wish I could
20   go.
21        How does the defendant respond to that?
22   A    He responds by sending a photograph.
23   Q    What's in that photograph?
24   A    In that photograph is a letter.
25   Q    So let's actually take a closer look at that letter.
```

1          MS. MIRELL:  So if we could scroll to page 2 of this

2    exhibit.

3    BY MS. MIRELL:

4    Q     And, Agent Johnson, who wrote this letter?

5    A     D.C. Mayor Bowser.

6    Q     What date?

7    A     December 31, 2020.

8    Q     Who is it addressed to?

9    A     It is addressed to the commanding general of the D.C.

10   National Guard.

11         MS. MIRELL:  Mr. Clements, if you could zoom in on the

12   first paragraph there.

13   BY MS. MIRELL:

14   Q     I would ask Agent Johnson to read just the first paragraph

15   with as you know.

16   A     As you know, First Amendment demonstrations permitted by

17   the National Park Service are scheduled to occur in the

18   District of Columbia on Tuesday, January 5, 2021 and Wednesday

19   January 6, 2021.  As a result, district government requests

20   D.C. National Guard support as these demonstrations will follow

21   similar events on November 14, 2020 and December 12, 2020 which

22   resulted in a large influx of participants, violence, and

23   criminal activity.

24   Q     Based on your investigation in this case, are you aware of

25   what incidents Mayor Bowser is referring to that occurred in

1    D.C. on November 14 and December 12, 2020?

2    A    Yes.

3    Q    What were those?

4    A    They were the Million MAGA March.

5    Q    To your knowledge, did those marches involve violence?

6    A    Yes.

7    Q    To be clear, this is the letter that the defendant sent to

8    his contact, correct?

9    A    Yes.

10   Q    And based --

11        MS. MIRELL:  We can take that down, please.  Thank

12   you.

13   BY MS. MIRELL:

14   Q    Based on your review of the text messages -- I'm sorry.

15        You mentioned that, in addition to reviewing defendant's

16   phone, you also reviewed some social media records, correct?

17   A    Yes.

18   Q    Did you review some Facebook records?

19   A    I did.

20   Q    Okay.  And based on your review of those Facebook records,

21   do you have a sense of whether the defendant was aware of the

22   possibility that some people would be bringing firearms to

23   Washington, D.C. for January 6?

24   A    Yes.

25        MS. MIRELL:  I would like to pull up Exhibit 383.

1              And move to admit and permission to publish, Your

2    Honor.

3              THE COURT:  It shall be admitted and permission to

4    publish.

5              (Government's 383 received in evidence.)

6    BY MS. MIRELL:

7    Q    So, Agent Johnson, can you briefly describe what Facebook

8    Messenger is?

9    A    Facebook Messenger is a function of Facebook where

10   essentially you can communicate with contacts like you would in

11   a text message.

12   Q    It's just like texting them on your cell phone?

13   A    Yes.

14   Q    And this exhibit that we are looking at here, is this how

15   the text message -- or the conversation appeared when you were

16   reviewing the Facebook records?

17   A    No.

18   Q    So fair to say that the content has been reformatted to

19   make it a more readable format?

20   A    Yes.

21   Q    But as you did with the photos and the texts -- we lost

22   it.  We will get it back.

23        As you did with the photos and the texts, did you compare

24   this exhibit to the metadata from the Facebook records to

25   ensure its accuracy?

1    A    Yes, I did.

2    Q    Okay.  And one last question.  The time stamps here, have

3    they been converted to a specific time zone?

4    A    Yes, they have.

5    Q    What time zone?

6    A    Eastern.

7    Q    Even though some of them may have been sent in Iowa, which

8    is Central Standard time, correct?

9    A    Correct.

10   Q    All right.  So on December 26, 2020, what did the

11   defendant message his contact Kurtis Kurschinski on Facebook?

12   A    I am going to D.C. on the 6th.  I better find you there.

13   Q    It looks like Kurtis responds about six minutes later, I'm

14   trying to arrange a convoy of sorts, three miles apart, don't

15   need something like what happened up north.

16        What does the defendant say in response?

17   A    You can ride with me if you want.  I'm taking the GMC

18   Acadia and have three so far.  We have room for seven.

19   Q    Kurtis says, I might take you up on that.  Worried my CCL

20   isn't good in D.C.

21        Agent Johnson, what does CCL stand for?

22   A    It stands for a concealed carry license.

23   Q    What is a concealed carry license?

24   A    It authorizes the holder to carry a concealed firearm.

25   Q    So let's say I have a concealed carry license in Iowa.

```
 1   Does that allow me to carry a concealed firearm on my person in
 2   Washington, D.C.?
 3   A    No.
 4   Q    Why is that?
 5   A    Each state has their own laws and reciprocity agreements.
 6   Q    So some states could have stricter regulations about what
 7   you must do in order --
 8           MR. DAVIS:  Objection.
 9           MS. MIRELL:  Withdrawn.
10   BY MS. MIRELL:
11   Q    So it's not like a driver's license then?
12   A    Yes.
13   Q    Okay.  So then if we go down to the next page, page 2 of
14   this exhibit, then Jensen replies, So what.
15        And we see Kurtis message, And an AR.  That's the reason
16   for the caravan.
17        Based on your experience as a law enforcement officer,
18   what do you understand AR to mean?
19   A    I understand it to mean an assault rifle.
20   Q    So based on this text, what is your understanding of why
21   Kurtis is proposing this idea for a caravan?
22   A    My understanding is it's proposed so that multiple people
23   can travel to D.C., and if one of them is stopped by law
24   enforcement, only one theoretically would be apprehended.
25   Q    And stopped carrying an assault rifle, for example?
```

1    A    Yes.

2    Q    So the defendant replied to this about 15 minutes later

3    saying, It's time, dot, dot, dot.

4         And Kurtis writes, Everyone packing heavy, question mark.

5         What do you understand the phrase packing heavy to mean?

6    A    I understand it that they are packing larger firearms.

7    Q    Including assault rifles, for example?

8    A    Yes.

9    Q    How did the defendant respond?

10   A    No, but locked and loaded.

11   Q    What do you understand the phrase locked and loaded to

12   mean?

13   A    I understand the phrase of locked and loaded referring to

14   a firearm being loaded and ready to function.

15   Q    Okay.  If we scroll to the next page, Kurtis asks the

16   defendant, Pistols, question mark.

17        How does the defendant respond?

18   A    Yes.

19   Q    Kurtis responds, Man, that's not enough.

20        What does the defendant say next?

21   A    There's going to be millions of us.

22   Q    So, and I will just read the part of Kurtis from here on

23   out if you could read the defendant.

24        So several vehicles with walkies -- I'm sorry.  Oh, yeah,

25   but have to get there.

```
 1    A     That won't be a problem.

 2    Q     Several vehicles with walkies.  They can only get one.

 3    A     Okay.  Just let me know what you want to do.  I can get

 4    walkies, but there will be so many patriots, and the military

 5    will be protecting us.  Also have the armor of God.  I will be

 6    getting a room also to stack up in.

 7    Q     Cool.  I will let you know because I will be able to get a

 8    few more cars.

 9          And the defendant gives a thumbs up?

10    A     Yes.

11    Q     Okay.  So there again they are talking about a caravan,

12    correct?

13    A     Yes.

14    Q     What's your understanding of this reference to walkies?

15    A     My understanding of that reference is to walkie-talkies.

16    Q     And is that so that they can use to communicate with one

17    another?

18    A     Yes.

19    Q     Where the defendant is talking about patriots and the

20    military will be protecting us and the armor of God, do you

21    have an understanding of what day the defendant is talking

22    about there?

23    A     Yes.

24    Q     What day is that?

25    A     January 6.
```

1          MS. MIRELL:  So if we scroll down to the next page.

2     BY MS. MIRELL:

3     Q    So at some point on December 28, Kurtis tells Jensen that

4     he's fighting the heartland virus and that he wouldn't make a

5     good travel mate but he was planning on driving with people

6     ahead of him.

7          What do you understand the heartland virus to be here?

8     A    I understand it to be a reference to COVID-19.

9     Q    Right.  And skip down a couple pages here.  So it looks

10    like on December 29, they pick up their conversation about

11    caravaning to D.C., correct?

12    A    Yes.

13    Q    And at 11:54 a.m., in the middle of the page there, Kurtis

14    writes presumably, No worries.  I am going heavy.  Anyone need

15    a rifle and ammo.

16         How does the defendant respond?

17    A    Possibly.  I will let you know.

18    Q    Are you aware if the defendant brought any firearms to

19    Washington, D.C.?

20    A    No.

21         MS. MIRELL:  At this time we would ask that the Court

22    read the limiting instruction.

23         THE COURT:  Very well.  Ladies and gentlemen of the

24    jury, Government's Exhibit 383 has been admitted into evidence,

25    and it's up to you to decide whether to accept that evidence.

```
 1    The evidence is admitted for a limited purpose.  You may
 2    consider this evidence solely for the purpose of determining
 3    whether the government has proven beyond a reasonable doubt
 4    that the defendant had the requisite intent on January 6, 2021.
 5    You may not use this evidence for any other purpose.
 6         This evidence is not offered to prove that the
 7    defendant brought firearms to Washington, D.C. on January 6,
 8    2021, and the government does not contend that he did so.
 9         You may proceed.
10         MS. MIRELL:  Thank you, Your Honor.
11    BY MS. MIRELL:
12    Q    Did the FBI ultimately collect a knife that the defendant
13    brought with him on January 6?
14    A    Yes.
15    Q    And did he -- did the FBI collect the knife after he had
16    been arrested?
17    A    Yes.
18         MS. MIRELL:  At this time I would like to show you
19    Exhibits 313 and 314.
20         And move to admit and permission to publish?
21         THE COURT:  They will be admitted and permission to
22    publish granted.
23         (Government's 313 and 314 received in evidence.)
24    BY MS. MIRELL:
25    Q    So taking a look at Exhibit 313, what are we looking at
```

1    here, Agent Johnson?

2    A    This is a knife Mr. Jensen had.

3    Q    About how long is this knife?

4    A    The blade is approximately 3 inches long.

5    Q    And the knife in total?

6    A    Just over 7 inches.

7         MS. MIRELL:  All right.  If we could pull up

8    Exhibit 314 as well.

9    BY MS. MIRELL:

10   Q    So how big is the knife when it's folded up?

11   A    Approximately 4 and a half inches.

12   Q    Small enough to fit in a pocket?

13   A    Yes.

14        MS. MIRELL:  Permission to approach, Your Honor?

15        THE COURT:  Permission is granted.

16   BY MS. MIRELL:

17   Q    Agent Johnson, do you have a set of gloves in front of

18   you?

19   A    I do, yes.

20   Q    Can you put those gloves on for me, please.

21        You mentioned that the FBI seized the defendant's knife,

22   correct?

23   A    Yes.

24        MS. MIRELL:  Government --

25

1   BY MS. MIRELL:

2   Q    Is that the knife in the evidence package in front of you?

3   A    Yes.

4   Q    Okay.

5         MS. MIRELL:  Government moves to admit and publish

6   Exhibit 312, physically display 312.

7         THE COURT:  Without objection, it will be admitted and

8   the government may briefly display it.

9         (Government's 312 received in evidence.)

10  BY MS. MIRELL:

11  Q    All right.  If you could put your gloves on -- oh, I see

12  you are doing that.  Did they rip?

13  A    No.

14  Q    Okay.  And if you could unseal the evidence package for

15  us.

16        MS. MIRELL:  Your Honor, can I ask permission for the

17  witness to physically walk the knife in front of the jury?

18        MR. DAVIS:  I'm sorry, Your Honor, I missed that.  I

19  was speaking to the defendant.

20        THE COURT:  It's all right.  Would you repeat your

21  request, Ms. Mirell.

22        MS. MIRELL:  Seeking permission to have the agent

23  physically show --

24        MR. DAVIS:  Oh, that's fine.

25        THE COURT:  Without objection, the agent may do so.

```
1    BY MS. MIRELL:

2    Q     If you can unfold the knife so we can see the blade and

3    walk it in front of the jury, please.

4    A     (Witness complying.)

5    Q     Thank you, Agent Johnson.  You can put that back in the

6    evidence container for now.

7          Is that the same knife we saw in Exhibits 313 and 314?

8    A     Yes.

9    Q     In your experience as a law enforcement officer, is this

10   knife that you were holding capable of inflicting serious

11   bodily injury?

12                MR. DAVIS:  Objection.

13                THE COURT:  Let's have the lawyers approach, please.

14                (The following was heard sidebar.)

15                THE COURT:  Is your objection that she hasn't laid the

16   foundation for his experience in this area?

17                MR. DAVIS:  I don't think he's an expert.  I mean,

18   when she's asking him to tell the jury in his professional

19   opinion this meets the element this is a dangerous weapon, it

20   is my understanding it's for the jury to decide that question

21   not for him to opine on it.  This is not something that

22   requires expert testimony, and he hasn't been qualified as an

23   expert.

24                THE COURT:  Right.  He's not been qualified an expert.

25   I mean, query whether the government really needs him to answer
```

 1  this question, but if -- Ms. Mirell, do you --

 2          MS. MIRELL:  I have no problem withdrawing the

 3  question.

 4          THE COURT:  Let's just withdraw the question and move

 5  on.

 6          (The following was heard in open court.)

 7          THE COURT:  The objection is sustained.

 8  BY MS. MIRELL:

 9  Q    And you said that that knife has a three-inch blade,

10  correct?

11  A    Yes.

12          MS. MIRELL:  All right.  So at this time, I would like

13  to read into the record one of the stipulations that the

14  parties have entered in this case.

15          THE COURT:  All right.  That has already been admitted

16  as evidence?

17          MS. MIRELL:  Yes.  That would be Exhibit 701.  Let's

18  start on the first page, Mr. Clements, actually.

19          So it stays, The United States of America by and

20  through its attorney, the United States Attorney for the

21  District of Columbia, and the defendant, Douglas Austin Jensen,

22  by and through his attorney, agree and stipulate to the

23  following.

24          And if we can scroll to page 7, please.

25          THE COURT:  Ms. Mirell, can you just --

1          MS. MIRELL:  Slow down.

2          THE COURT:  Yes.

3          MS. MIRELL:  I'm sorry.  Too excited.

4          All right.  Throughout the day, on January 6, 2021,

5     Doug Jensen had in his possession a pocket knife.  He brought

6     the same knife to the Des Moines Police Department on

7     January 8, 2021.  This knife was later obtained by the FBI and

8     secured in evidence storage as item No. 1B2 designated

9     Exhibit 312.

10         The photographs marked as Exhibits 313 and 314 are

11    true and accurate depictions of Exhibit 312, the knife in Doug

12    Jensen's possession on January 6 and 8, 2021.

13         Okay.  We can take that down.

14    BY MS. MIRELL:

15    Q    So while we are on the topic of items seized from the

16    defendant, did the FBI also seize the Q shirt that the

17    defendant was seen wearing on January 6?

18    A    Yes.

19    Q    Okay.  And at this time I would like to pull up

20    Exhibit 311.  Do you have another set of gloves?

21    A    Yes.

22    Q    Do you mind putting on the second set of gloves while we

23    talk.

24         MS. MIRELL:  Move to admit Exhibit 311 and publish.

25         THE COURT:  It will be admitted and permission to

```
 1   publish.
 2           (Government's 311 received in evidence.)
 3   BY MS. MIRELL:
 4   Q    If you could do two things at once here, Agent Johnson, is
 5   this a photograph of the shirt that the defendant was seen
 6   wearing on January 6?
 7   A    Yes.
 8   Q    Was the defendant wearing this shirt when you arrested him
 9   on January 8?
10   A    Yes.
11   Q    Did you take this photograph?
12   A    Yes.
13           MS. MIRELL:  All right.  Government also moves to
14   admit and to physically publish to the jury Exhibit 310.
15           THE COURT:  It will be admitted and permission to
16   publish.
17           (Government's 310 received in evidence.)
18           MS. MIRELL:  Permission to approach, Your Honor?
19           THE COURT:  Permission is granted.
20   BY MS. MIRELL:
21   Q    Agent Johnson, at this time I would ask you to break open
22   the seal on the evidence package for Exhibit 310.  And as you
23   did with the knife, I am going to ask that you physically
24   display the shirt to the jury.
25           MS. MIRELL:  For the record, Agent Johnson has
```

1   physically displayed Exhibit 310 to the jury.

2        At this time I would like to bring back up the

3   stipulations that have already been admitted, and if we could

4   go to page 8 of Exhibit No. 701.

5        That's fine.  I can do it manually.

6        That's fine.  I'll just read it since I have it in my

7   notes here.

8        It says On page 8, if we try to pull it up, On

9   January 6, 2021, Doug Jensen wore a black T-shirt, the words

10  trust the plan atop a picture of the letter Q and an eagle.

11  This T-shirt was later obtained by the FBI and secured in

12  evidence storage as item No. 1V1 designated Exhibit 310.

13       The photograph marked as Exhibit 311 is a true and

14  accurate depiction of Exhibit 310, the shirt worn by Doug

15  Jensen on January 6, 2021.

16  BY MS. MIRELL:

17  Q   All right.  So let's go back a little bit.  I think we

18  were discussing the defendant's mind-set in the days leading up

19  to January 6.

20       Did the defendant discuss his political beliefs on his

21  social media?

22  A   Yes.

23  Q   And did he post about that?

24  A   Yes.

25       MS. MIRELL:  So let's pull up Exhibit 380.

```
 1              Move to admit and publish to the jury.
 2              THE COURT:  All right.  Without objection, it will be
 3    admitted and permission to publish.
 4              (Government's 380 received in evidence.)
 5    BY MS. MIRELL:
 6    Q    Agent Johnson, what are we looking at here?
 7    A    This is a screen shot of Mr. Jensen's Facebook profile,
 8    specifically the mobile uploads portion of his profile.
 9    Q    Do you know if the FBI took this screen shot?
10    A    Yes.
11    Q    Do you know about what time the FBI would have taken this
12    screen shot?
13    A    January 7, January 8 time frame.
14    Q    So was this publicly visible on his Facebook page on that
15    date?
16    A    Yes.
17    Q    Such that the FBI could have taken the screen shot?
18    A    Yes.
19    Q    All right.  And have you also consulted Facebook records
20    to actually identify what mobile uploads the defendant had
21    here?
22    A    Yes.
23    Q    All right.  So we actually -- you know, I think this is a
24    little small, so we have tried to blow up some of the posts
25    here.
```

1        So if we scroll down to the next page, first of all, what

2   do the time stamps in the top left of this photo indicate?

3   A    They indicate the date and time that the photographs were

4   uploaded to Facebook.

5   Q    And that's based on your comparison of the photograph to

6   the Facebook records that you have reviewed?

7   A    Yes.

8   Q    So looking at this, what did the defendant upload to his

9   Facebook page on December 23, 2020?

10  A    He uploaded a flyer referencing the January 6 march for

11  Trump.

12  Q    And it says here, Be there, will be wild.  Right?

13  A    Yes.

14  Q    So if we go to the next page, how about on December 29,

15  what did the defendant upload to his Facebook page?

16  A    He uploaded a photograph of a pie chart.

17  Q    According to the pie chart, what is he principally worried

18  about?

19  A    Losing constitutional rights.

20  Q    What is he not worried about?

21  A    COVID-19.

22  Q    Okay.  How about the next one, on January 3, 2021, three

23  days before the rally, what is the defendant uploading?

24  A    This is a tweet from Twitter.

25  Q    And who tweeted this?

```
1    A    @StormIsUponUs.

2    Q    And what does the tweet say?

3    A    It says, Donald J. Trump ran for President backed by the

4    military and we, the people, to overthrow a government that had

5    become compromised by hostile foreign enemies.  The corrupt

6    Republican swamp has been sucking up to him simply to gain

7    favor with you, the American people.  We have zero allegiance

8    to party, only to Trump and the republic he came to save.

9    Q    Did the defendant upload any tweets from President Trump?

10   A    Yes.

11        MS. MIRELL:  Let's look at the next page.

12   BY MS. MIRELL:

13   Q    What are we looking at here?

14   A    This is a tweet uploaded by Mr. Jensen.

15   Q    Who is the original tweet from?

16   A    @RealDonaldTrump.

17   Q    When was this tweeted by RealDonaldTrump, if you look?

18   A    On January 1, 2021.

19   Q    Okay.  What does it say?

20   A    It says, The big protest rally in Washington, D.C. will

21   take place at 11:00 a.m. on January 6.  Local details to

22   follow.  Stop the steal.

23   Q    Did the defendant post any other tweets from any other

24   police stations about what was supposed to happen on January 6?

25   A    Yes.
```

1   Q    Let's look at the next page.  First of all, who is Josh

2   Hawley?

3   A    Congressman from Missouri.

4   Q    Is he a Senator?

5   A    Senator.

6   Q    And what did Josh Hawley tweet?

7   A    Millions of voters concerned about election integrity

8   deserve to be heard.  I will object on January 6 on their

9   behalf.

10  Q    Then it looks like Walmart responds to that.  How does

11  Walmart respond?

12  A    It says, Go ahead.  Get your two-hour debate, hashtag sore

13  loser.

14  Q    Your understanding of this tweet, based on your research

15  and investigation of this case, is Hawley is talking about

16  objecting to the vote on January 6, correct?

17  A    Yes.

18  Q    Looking at the next mobile upload from January 3, do you

19  recognize whose face is in this storm cloud?

20  A    Yes.

21  Q    Who is that?

22  A    Former President Donald Trump.

23  Q    What about, next page, on January 4, is this the same

24  letter that we saw from Mayor Bowser in Exhibit 321, the text

25  with Andy Hildreth?

1   A     Yes.

2   Q     So finally we get to January 7.  And what is the defendant

3   posting to his Facebook the morning of January 7?

4   A     The selfie he took of himself in front of the Washington

5   Monument.

6   Q     Did he post any other photos?

7   A     Yes.

8         MS. MIRELL:  Let's go to the next page here.

9   BY MS. MIRELL:

10  Q     Where is this?

11  A     Again, the Washington Monument.

12        MS. MIRELL:  And the next page, please.

13  BY MS. MIRELL:

14  Q     And what generally do you understand to be happening in

15  this photo?

16  A     Taken in the area of the rally that day.

17  Q     So looked at what defendant has --

18        MS. MIRELL:  We can take that down, please.  Thank

19  you.

20  BY MS. MIRELL:

21  Q     Locked at what the defendant posted on the morning of

22  January 6 -- the morning after January 6, I should say, and I

23  think that's actually a good segue into his mentality in the

24  immediate aftermath of the events of January 6.

25        So did he upload anything to Twitter indicating that he

```
 1   had been at the Capitol on January 6?

 2   A    Yes.

 3              MS. MIRELL:  I would like to pull up Exhibit 381.

 4              And move to admit and publish, Your Honor.

 5              THE COURT:  Without objection, it will be admitted and

 6   permission to publish.

 7              (Government's 381 received in evidence.)

 8   BY MS. MIRELL:

 9   Q    Agent Johnson, what are we looking at here?

10   A    Again, this is a screen shot of Mr. Jensen's Twitter page.

11   Q    Was this screen shot taken by the FBI?

12   A    Yes.

13   Q    And so this would have been publicly available?

14   A    Yes.

15   Q    Okay.  And just to understand the Twitter feed, is it your

16   understanding that from top to bottom, it goes most recent to

17   oldest?

18   A    Yes.

19              MS. MIRELL:  Okay.  So let's start at the bottom, the

20   oldest post here that we can see, if we can zoom in there.

21   BY MS. MIRELL:

22   Q    So do you recognize the defendant in this photo?

23   A    Yes, I do.

24   Q    He's the one in the black beanie?

25   A    Yes.
```

1    Q    Do you recognize this individual here with the police cap?

2    A    Yes.

3    Q    Who do you recognize that to be?

4    A    I recognize that to be U.S. Capitol Police Inspector

5    Thomas Loyd.

6    Q    So how did the defendant caption this photograph of

7    himself with Inspector Loyd?

8    A    Me, dot, dot, dot.

9         MS. MIRELL:  Can we scroll out of this.

10        Let's go to the newest post.

11   BY MS. MIRELL:

12   Q    Did he repost that again on his Twitter?

13   A    Yes.

14   Q    How did he caption the photo this time?

15   A    You like my shirt, question mark.

16   Q    And presumably he's referring to the shirt that we saw as

17   Exhibit 10, the one you physically displayed, correct?

18   A    Yes.

19   Q    All right.  Did Jensen communicate with any friends about

20   his participation in the events of January 6?

21   A    Yes.

22        MS. MIRELL:  Let's pull up Exhibit 324.

23        And move to admit and publish, Your Honor.

24        THE COURT:  Without objection, it will be admitted and

25   permission to publish.

115

```
 1              (Government's 324 received in evidence.)
 2    BY MS. MIRELL:
 3    Q    All right.  So this appears to be a text thread between
 4    Doug Jensen and a contact named Rob, right?
 5    A    Yes.
 6    Q    And on January 7, we see Jensen texts, You want the
 7    G-rated version.  Correct?
 8    A    Yes.
 9    Q    How does Rob respond?
10    A    Are you in jail, question mark.
11    Q    What does the defendant say after that?
12    A    I'll be at work Friday.  The news is lying.  I am a hero
13    to the military and Capitol Police.
14    Q    Just to be clear, this is 7:54 in the morning, right after
15    January 6, correct?
16    A    Yes.
17    Q    Eastern Standard time?
18    A    Yes.
19    Q    What about his wife, did the defendant send any text
20    messages to her about what he had done on January 6?
21    A    Yes.
22              MS. MIRELL:  All right.  So pulling up Exhibit 323.
23              Move to admit and publish, Your Honor.
24              THE COURT:  Without objection, it will be admitted and
25    permission to publish.
```

```
 1              (Government's 323 received in evidence.)
 2   BY MS. MIRELL:
 3   Q    Looks like, based on this first page, Agent Johnson, the
 4   defendant is texting his wife photographs from near the rally
 5   or from his walk, right?
 6   A    Yes.
 7   Q    So let's zoom in on a couple of those photos on the next
 8   page.  This is on January 6 at 11:40, is that right?
 9   A    Yes.
10   Q    It would have been around the time of the rally?
11   A    Yes.
12        MS. MIRELL:  So if we can scroll down again.
13        Okay.  One more.  Okay.
14   BY MS. MIRELL:
15   Q    And this other photograph here, the one at 1:2012 p.m.,
16   what kind of photograph is that?
17   A    It's a panoramic photo.
18   Q    Okay.  So that's why it looks a little distorted?
19   A    Yes.
20        MS. MIRELL:  Okay.  So let's keep going down there.
21   BY MS. MIRELL:
22   Q    So how does defendant's wife respond to these photos?
23   A    A thumbs up emoji, mask, exclamation point, LOL, hotel
24   taken care of.
25        MS. MIRELL:  Okay.  If we can go down the page.
```

1    BY MS. MIRELL:

2    Q    And then it looks like on January 6, April Jensen texts

3    the defendant, Ugh, at the Capitol Building.

4         And then the defendant responds with two media files.

5    That first media file, do you recognize that video?

6    A    Yes.

7    Q    Is that the video we reviewed of the police officers

8    standing near the northwest steps?

9    A    Yes.

10   Q    And how about the second video at 2:16, what is that?

11   A    That is another media file of Mr. Jensen near the

12   northwest steps.

13           MS. MIRELL:  Okay.  So let's actually pull up that

14   video.  I don't think we have reviewed it yet.

15           Government moves to admit Exhibit 341 and publish?

16           THE COURT:  Without objection, it shall be admitted

17   and permission to publish.

18           (Government's 341 received in evidence.)

19           MS. MIRELL:  You can play that video through.

20           (The videotape was played.)

21           MS. MIRELL:  If we can go back to Exhibit 323, the

22   text conversation with his wife.

23   BY MS. MIRELL:

24   Q    All right.  So we see that it looks like April responds

25   with a rolling her eyes emoji and asks, the White House or

1    Capitol Hill, and says, Get the fuck out of that now.  Right?

2    A    Yes.

3    Q    Does the defendant ultimately confirm where he was to his

4    wife?

5    A    Yes.

6         MS. MIRELL:  So if we scroll down to the next page.

7    BY MS. MIRELL:

8    Q    What does the defendant say?

9    A    It was Capitol.

10        MS. MIRELL:  Okay.  If we scroll back up, actually,

11   quickly.

12        One more.

13   BY MS. MIRELL:

14   Q    Okay.  So if you look at the texts that the defendant

15   sent, there's a time stamp here of 2:15 and 2:16 p.m. on

16   January 6, correct?

17   A    Yes.

18   Q    You have indicated that you have reviewed surveillance

19   footage, right?

20   A    Yes.

21   Q    Do you have an understanding of where the defendant was at

22   those times?

23   A    Inside the U.S. Capitol and in the Ohio Clock corridor.

24   Q    And when you were reviewing that surveillance footage at

25   2:15 and 2:16 p.m., did it look like the defendant was using or

1    holding up his phone at that time?

2    A    No.

3    Q    So what's your understanding of how those time stamps

4    could have been 2:15 and 2:16 p.m.?

5    A    My understanding is that bad reception.  The videos and

6    media files did not send.

7    Q    All right.  Thanks for that clarification.

8         So now I want to briefly direct your attention to a

9    different topic, which is the impact that the events of

10   January 6 had here on Washington, D.C.

11        Are you aware if a curfew was imposed in D.C. as a result

12   of what had happened at the Capitol?

13   A    Yes.

14            MS. MIRELL:  Let's pull up Exhibit 21 (sic).

15            Move to admit and publish, Your Honor.

16            THE COURT:  I'm sorry, what is the Exhibit number?

17            MS. MIRELL:  621.

18            THE COURT:  All right.  Without objection, it will be

19   admitted and permission to publish.

20            (Government's 621 received in evidence.)

21            MS. MIRELL:  If we could scroll to the bottom of

22   page 3, Mr. Clements, and if we could highlight that number one

23   down there under II, Measures ordered.

24   BY MS. MIRELL:

25   Q    Can you read that for me, Agent Johnson?

1    A    A curfew is hereby ordered commencing at 6:00 p.m. on

2    Wednesday, January 6, 2021 and ending at 6:00 a.m. on Thursday,

3    January 7, 2021.  The curfew shall apply citywide.

4    Q    Thank you.  If we look further down at paragraph or III

5    there under enforcement, it looks likes a violation of this

6    could have resulted in a fine of $300, is~that right?

7    A    Yes.

8    Q    Or imprisonment for not more than ten days, right?

9    A    Yes.

10   Q    Okay.  Did that curfew, to your knowledge, also apply to

11   businesses?

12   A    Yes.

13   Q    Did it apply to grocery stores?

14   A    Yes.

15   Q    Are you familiar with the Safeway grocery stores?

16   A    Yes, I am.

17   Q    Who is the parent company for Safeway?

18   A    Albertsons.

19   Q    Do you know how many Safeway grocery stores there are in

20   Washington, D.C.?

21   A    14.

22   Q    Are you aware if those Safeway grocery stores had to close

23   early as a result of this curfew order that we are looking at?

24   A    Yes, we did.

25   Q    How did Albertsons communicate this closure order to all

1    of its D.C. stores?

2    A    Via email.

3         MS. MIRELL:  Pulling up Exhibit 622.

4         Move to admit and publish, Your Honor.

5         THE COURT:  Without objection, it shall be admitted

6    and permission to publish.

7         (Government's 622 received in evidence.)

8    BY MS. MIRELL:

9    Q    So do you know what this is, Agent Johnson?

10   A    Yes.

11   Q    What is this?

12   A    This is the email notification to the D.C. store managers

13   of Safeway.

14        MS. MIRELL:  Great.  And can we look at the subject

15   line here, Mr. Clements.

16   BY MS. MIRELL:

17   Q    What is the subject of this email?

18   A    Washington, D.C. curfew tonight, 1/6/21, 6:00 p.m. to

19   6:00 a.m., capitol locked down.

20   Q    If we can zoom back out and say -- can you read what it

21   says starting at, all D.C. stores will close at 4:00 p.m.?

22   A    All D.C. stores will close at 4:00 p.m. with plans to

23   reopen at 6:00 a.m. to 7:00 a.m.  Night crews will not be in

24   place.

25   Q    Are you aware if Safeway lost any revenue as a result of

```
 1   having to close early on January 6?

 2   A    Yes.

 3   Q    And have you reviewed the daily sales reports from Safeway

 4   slowing that loss of revenue?

 5   A    Yes.

 6        MS. MIRELL:  All right.  I would like to pull up

 7   Exhibit 623.

 8            If we could move to admit and publish, Your Honor.

 9            THE COURT:  Admitted and permission to publish.

10            (Government's 623 received in evidence.)

11   BY MS. MIRELL:

12   Q    So are these the daily sales reports that you reviewed?

13   A    Yes.

14   Q    And these are just for Washington, D.C. stores, correct?

15   A    Yes.

16        MS. MIRELL:  So let's scroll to page 2 here.  I'd ask

17   Mr. Clements to kind of enlarge the table we have.

18   BY MS. MIRELL:

19   Q    So, first of all, what date is this sales report from?

20   A    This is from January 6, 2021.

21   Q    So just to help the jury understand what we are looking at

22   here, under the column where it says -- well, under the general

23   branch of sales to public here, under the column where it says

24   projected ID, what's your understanding of the projected ID

25   percentage?
```

1  A    My understanding is that is what they project to generate

2  in revenue.

3  Q    And is that in comparison to the same time last year?

4  A    Yes.

5  Q    Okay.  And if we are looking at actual ID, now, what is

6  the actual ID percentage?

7  A    The actual ID is the revenue on that day.

8  Q    So what the store actually did for that day?

9  A    Yes.

10  Q    In comparison to the year prior, 2020?

11  A    Yes.

12  Q    So let's just take as an example, the Piney Branch store,

13  which is the first row that we have here.  Do you see where it

14  says No. 1276, Piney Branch?

15  A    I do.

16  Q    Looking at the projected ID for Piney Branch, it looks

17  like it was supposed to do 14.45 percent more in sales than it

18  had in 2020, correct?

19  A    Yes.

20  Q    But looking at the actual ID, it actually did

21  13.81 percent less in sales on January 6 than it had done on

22  January 6 of 2020, right?

23  A    Yes.

24  Q    So looking to the far right column here, where it says ID

25  versus projected, so that tells us that overall, Piney Branch

1   did 28.26 percent less in sales than it expected to on

2   January 6, 2021 --

3   A    Yes.

4   Q    -- is that right?

5        And so what is your understanding of why a number is in

6   red in these spreadsheets?

7   A    That they lost revenue.

8   Q    And so red, not good, right?

9   A    Yes.

10  Q    All right.  And so if all of these numbers are in red

11  except for, I guess, just Capitol Hill, that means all of those

12  stores in D.C. lost revenue that day?

13  A    Yes.

14  Q    Or did worse than they expected to do?

15  A    Yes.

16  Q    Let's take as a comparison the day prior, which is

17  January 5.

18            MS. MIRELL:  And if we could go back to page 1.

19  BY MS. MIRELL:

20  Q    So we only have to look really here at the ID versus

21  projected, but fair to say that not all of those numbers are in

22  red?

23  A    Yes.

24  Q    So not all stores did worse than expected on January 5?

25  A    Correct.

1  Q    All right.  And are you aware if Safeway operates across

2  state lines?

3  A    Yes.

4           MS. MIRELL:  Okay.  Pulling up Exhibit 624.

5           And I move to admit and publish, Your Honor.

6           THE COURT:  Admitted and permission to publish.

7           (Government's 624 received in evidence.)

8           MS. MIRELL:  If we can scroll to the top left-hand

9  corner where it says warehouse shipments, that's it.

10 BY MS. MIRELL:

11 Q    Agent Johnson, according to this business record, where

12 did the D.C. Safeway stores get their shipments from?

13 A    Lancaster, Pennsylvania.

14 Q    Okay.

15          MS. MIRELL:  One moment, Your Honor.

16          No further questions at this time?

17          THE COURT:  All right.  Cross-examination.

18          MR. DAVIS:  Your Honor, may we have a sidebar for one

19 moment?

20          THE COURT:  Yes, sir

21          (The following was heard sidebar.)

22          MR. DAVIS:  So that I don't surprise anyone, I believe

23 the government has opened up what the defendant expected to

24 happen when he came to D.C. by going through the text messages

25 and showing his mind-set before he came and what he expected to

1   happen.  So I think I'm entitled to ask this agent what the

2   defendant indicated he expected to occur which the defendant

3   expected show time.  He expected arrests.  He expected military

4   to take control.  That's the first thing.

5         THE COURT:  Meaning as part of his interview, you are

6   referencing?  Mr. Davis, to be clear, you want to elicit what

7   he said about his expectation that day in his interview?

8         MR. DAVIS:  Yes, because they then -- they have

9   introduced what his expectations were, specifically what he

10  expected in the form of text messages in advance of coming to

11  D.C.  So I think that this is appropriate response.

12        THE COURT:  All right.  What's the government's view

13  of that?

14        MS. MIRELL:  Your Honor, that's not how opening the

15  door works.  The conversation was based solely on the text

16  messages.  What Mr. Davis is trying to elicit is plainly

17  hearsay.  The government didn't get into the content of any

18  interview.

19        THE COURT:  All right.  Let's do this.  Mr. Davis,

20  what are the other issues you wanted to raise?

21        MR. DAVIS:  That's pretty much it.  Also, I ask that

22  they also inquired about his political beliefs.  He indicated

23  he expressed his political beliefs to the agent when he was in

24  there.  He explained to them how he was a longtime Democrat,

25  voted for Obama, and then started reading all this business on

```
 1    the internet every night, and that's how he got to where he is.
 2              MS. MIRELL:  Your Honor, if I may respond?
 3              THE COURT:  Sure.
 4              MS. MIRELL:  That too is hearsay.  If the defendant
 5    wants to describe his political beliefs and his mind-set on
 6    January 6, he's more than welcome to take the stand and do
 7    that.  What Mr. Davis is trying to do is get in his statements,
 8    which is hearsay.
 9              THE COURT:  Okay.  Let's do this.  Given where we are,
10    it's 12:30 anyway, let's go ahead and take a break and take our
11    longer lunch break that we thought we would take.  I will send
12    them to lunch, and we can chat a little bit more about this in
13    open court outside the presence of the jury.  And I will take
14    the lunch hour to think about what you've argued to me.
15              Any objection to proceeding that way?
16              MR. DAVIS:  No objection.
17              MS. MIRELL:  No, Your Honor.
18              THE COURT:  All right.  I will go ahead and do that.
19              (The following was heard in open court.)
20              THE COURT:  All right.  Ladies and gentlemen, we are
21    going to break a little bit earlier than we have for lunch, I
22    think a little earlier than we have in past days.  So we are
23    going to break for lunch now.
24              Agent, you can step down from the stand.  And we are
25    going to take -- also, because I have to talk to the lawyers
```

1    about some unrelated things or things that only we need to talk

2    about, I am going to give you a little bit extra time.  So we

3    are going to break now and come back at 2:00.  So you will

4    have, not an hour, but an hour and a half to try to give you

5    all an extra break so you don't have to wait around here for us

6    while we talk about certain things.

7           So, again, you all remember the instructions.  No

8    talking to anyone about the case.  Please avoid any news

9    sources or things like that.  And we will see you back here at

10   2:00.  And Ms. Harris will escort you out now.

11         (The jury exited the courtroom at 12:28 p.m.)

12         THE COURT:  All right.  Everyone may be seated.  While

13   we have this quick discussion, Mr. Davis, would you like us to

14   excuse Agent Johnson?

15         MR. DAVIS:  I would, Your Honor.

16         THE COURT:  All right.

17         (The witness exited the courtroom.)

18         THE COURT:  The two points, before we circle back to

19   this, the parties are going to also over the lunch break talk

20   jury instructions a little bit, you know, within each team and

21   between each team to see if we can get to a place where we are

22   all comfortable.

23         Any reason to think you won't be able to use the lunch

24   hour to do that and make progress on that?

25         MS. MIRELL:  Just some clarification, Your Honor.  Are

1    we going to be doing that at the beginning half of the lunch

2    hour or coming back early?

3            THE COURT:  Say again.

4            MS. MIRELL:  Are we going to be discussing with the

5    Court at the beginning of the lunch hour or coming back --

6            THE COURT:  I guess it depends.  I was going to give

7    you that extra time, if you needed, to sort of talk amongst

8    yourselves.

9            MS. MIRELL:  We spoke this morning with defense

10   counsel, so I think we are prepared now if the Court would like

11   to proceed.

12           THE COURT:  Sure.

13           MS. MIRELL:  We are amenable to your --

14           THE COURT:  Then we have to hit both this and the

15   issue of the cross-examination, so it doesn't matter to me

16   which order we do it.

17           We can talk about the jury instructions first if the

18   parties think they are on the same -- or at least, let's put it

19   this way.  You are on the same page, or you can at least tee up

20   what I have to decide.  Let's talk about that now.

21           MS. MIRELL:  Nay I be seated when I --

22           THE COURT:  Yes.

23           MS. MIRELL:  Okay.  Thank you, Your Honor.

24           THE COURT:  So how do you want -- do you want to go

25   through each of the points I raised this morning and talk about

 1   what the parties think?

 2          MS. MIRELL:  Sure.

 3          THE COURT:  Okay.  Please.

 4          MS. MIRELL:  So as for No. 4, the function of the

 5   jury, I don't think we take a position necessarily.

 6          THE COURT:  Are you speaking for --

 7          MS. MIRELL:  The government.

 8          THE COURT:  Only the government.

 9          Mr. Jensen, Mr. Davis, do you have a view on this

10   function of the jury, some of the bracketed language?

11          MR. DAVIS:  We can keep the bracketed language in,

12   it's fine.

13          THE COURT:  Okay.  I will keep the two bracketed

14   languages, and then we will do in the legal system instead of

15   in our system of justice.  I don't know what the difference is,

16   but we will go with the most updated version.  Fair enough?

17          I think the next issue we had was --

18          MR. DAVIS:  15.

19          THE COURT:  What's the government's view about that

20   bracketed language?

21          MS. MIRELL:  If we are going with the most recent

22   iteration of the red book, we will do that.

23          THE COURT:  We will keep it.  All right.  No. 19, page

24   20.

25          MS. MIRELL:  Your Honor, can we take a step back there

1   and actually address No. 18?

2        THE COURT:  Yes.

3        MS. MIRELL:  It's not clear at this point what, if

4   any, statements from the defendant are going to be admitted

5   into evidence.

6        THE COURT:  Well, many statements already have, right?

7   I mean, we have video of him saying things that day that have

8   been admitted.

9        MS. MIRELL:  I believe the instruction talks about you

10  may consider all the conversations between him and the police,

11  and I believe that can be confusing because -- I believe the

12  evidence contains statements to the police, but this

13  instruction might suggest also statements to FBI, for example.

14       THE COURT:  It might.  We don't know --

15       MS. MIRELL:  It looks like the instruction is designed

16  for an interview.

17       THE COURT:  I agree with that.

18       MS. MIRELL:  So it could be misleading in that sense.

19       THE COURT:  Mr. Davis, what do you -- I mean,

20  obviously, this is -- let's -- why don't we stick a pin in this

21  only because if I allow Mr. Davis to elicit statements from his

22  interview, then it would be more appropriate.  So let's come

23  back to this one.

24       MR. DAVIS:  The next one is 19.

25       THE COURT:  Yeah, right.  The next one is 19.

1          MR. DAVIS:  We can just put digital recordings.  That

2     would -- I mean --

3          MS. MIRELL:  Our propose that it would be video and

4     audio, which may just be captured by digital.

5          MR. DAVIS:  That's fine.  I have no problems with

6     that.

7          THE COURT:  Okay.  We will say video and audio.

8          And where I say, right, videos, we'll say video and

9     audio recordings.

10          Okay.  21, aiding and abetting.  Do we need this?

11          MS. MIRELL:  Your Honor, this raises a slightly

12     different issue.  I don't know if we need it as an independent

13     instruction if we are going to incorporate it directly into

14     Count 2, but the government is seeking to add an aiding and

15     abetting instruction here to Count 3.  My understanding is that

16     defense counsel would object to this.  But, as Your Honor is

17     aware, an aider and abettor charge is implicit in all

18     indictments for substantive offenses, so it does not need to be

19     specifically pleaded for a conviction to be sustained under

20     aiding and abetting.  And that is the Dodd case, 43 F.3d 762,

21     note 5.  There is also United States v. Salazar, 983 F.2d --

22          (There was an interruption by the court reporter.)

23          THE COURT:  Yeah, there's no way she could possibly

24     type your --

25          MS. MIRELL:  I'm sorry.

 1            United States v. Salazar, 983 F.2d 778.  Pin cite is

 2     782, Seventh Circuit, 1993.

 3            There is several other cases that I can continue

 4     citing to the Court.

 5            THE COURT:  No, I am aware of that line of cases.  And

 6     I think you are right, in general, that you don't need to plead

 7     it.

 8            Mr. Davis, what is your --

 9            And so you want to add this to which count?

10            MS. MIRELL:  It would be Count 3, the assault.

11            THE COURT:  Again, I would integrate it the way we

12     have with --

13            MS. MIRELL:  Precisely.

14            THE COURT:  -- with the other counts instead of it

15     being some kind of awkward standalone instruction.

16            Mr. Davis, what is your view on this?  I've looked at

17     that case law.  I don't think they need to plead it.

18            MR. DAVIS:  They don't need to plead it.  At first I

19     was thinking that, but then I checked between this morning and

20     now, and they don't need to plead it.

21            THE COURT:  Okay.

22            MR. DAVIS:  Here's the problem I have with that.  I

23     mean, the evidence as disclosed to me throughout the case was

24     that Mr. Jensen assaulted Eugene Goodman.  And now, as we get

25     into trial, as the United States is eliciting testimony about

1    other people being rowdy in the hall or someone -- I think

2    there was a Confederate flag guy sticking Eugene Goodman with a

3    pole, I don't think there's any evidence to support Mr. Jensen

4    has anything to do with that.

5         So I think the problem is there's no evidence to

6    support an aiding and abetting instruction.  And the easiest

7    way to realize that is ask yourself, well, who's the principal

8    for Count 3 that he's aiding and abetting.

9         What I think is going to happen is we are going to

10   send the jury down a rabbit hole and they are going to think

11   that Mr. Jensen's responsible for everything that everybody did

12   on the Capitol on January 6 at worst.

13        And the next level of that analysis would be, who did

14   he aid and abet to assault Officer Goodman.  This testimony was

15   specifically that Mr. Jensen had nothing to do with that other

16   guy that Jensen -- I deliberately elicited from everyone who

17   has testified that Jensen was on his own and just kind of oddly

18   on his own and moving in his own direction.  I don't think it's

19   supported by the evidence.  I don't think there is any

20   evidence.

21        THE COURT:  How would you distinguish that from the

22   aiding and abetting the obstruction?

23        MR. DAVIS:  Well, because the obstruction, you've got

24   a group of people and they are all there and some of the people

25   in the crowd are yelling traitors, traitors, go arrest them --

1   not go arrest them.  They are telling them, give them to us.

2   They are trying to block the count.

3           Mr. Jensen is telling them to go arrest him.  I guess

4   there is an argument there that when he tells them to go arrest

5   him, independent of the other elements, that he is, in fact,

6   trying to block the count.  But there are other elements, but I

7   am not --

8           THE COURT:  That's as to him.  I guess my point is you

9   haven't objected to an aiding and abetting instruction for

10  obstruction.  In other words, so he could be, based on what the

11  parties had submitted to me, you agreed that in theory they

12  should be instructed as to aiding and abetting obstruction.

13          The assault is not -- I mean it's limited to Officer

14  Goodman.  It can't be any other officer, of course.  But other

15  than that, isn't it conceptually not that different?  In other

16  words, you know, couldn't they find that he aided and

17  abetted -- you know, I heard the evidence too.  I think -- let

18  me put it this way.  Conceptually, I don't think it's beyond --

19  I would have to look at it, I guess.  Let me put it this way.

20  I guess it is a question of does the evidence support it.

21  Conceptually, of course, that could have happened if he -- you

22  know, again, this isn't the evidence, but if he had urged

23  someone on to go do some kind of assault or --

24          MR. DAVIS:  There's evidence, according to the

25  testimony, that he waved his hands advancing people.  There is

1    no evidence that he assisted in aiding and abetting anyone in

2    assaulting Goodman.  I didn't object to it at the time, but I

3    didn't know they were going to come from this direction.  This

4    Confederate flag guy, there's no evidence that he had anything

5    to do with him, and he's the only other one that assaulted

6    Goodman.

7            THE COURT:  Let me ask, from the government's

8    perspective, what's the evidence from which the jury could

9    convict him of aiding and abetting an assault?

10           MS. MIRELL:  Your Honor, I think fundamentally the

11   rioters are aiding and abetting one another, but it's not just

12   this assault, there's also five other verbs in that statute.

13   The defendant could have aided and abetted others in

14   obstructing, opposing, impeding, resisting Officer Goodman

15   through that gesture, for example, the encouragement of moving

16   forward.

17           THE COURT:  Sure.  And you still have forcibly -- I

18   mean --

19           MS. MIRELL:  Sure, but --

20           THE COURT:  You know --

21           MR. DAVIS:  I think it's errable.  I think it's an

22   all-encompassing instruction to hold him accountable for

23   everyone that's there.  I think with the obstruction count,

24   it's a little bit different because everybody is kind of

25   participating in their own way to doing that.

1          But with the assault, this is personal, this is

2     forcible, and I don't think it's there because he is not

3     connected with the others in that sense.

4          THE COURT:  All right.  I will think about that, but I

5     understand the parties' disagreements.

6          Okay.  So 21, the question is whether we agree it

7     shouldn't be a standalone instruction.  The difference is

8     whether it should just also be incorporated into Count 3 the

9     way it's incorporated into the obstruction count.  I will look

10    at that.

11         Let's see.  What's the next -- I think I pointed out

12    on page 29, you all agree, that that's a correction that needs

13    to be made in terms of obstruction being listed there.

14         MS. MIRELL:  Your Honor, I guess if we can step back,

15    did we already pass 22?

16         THE COURT:  I guess we -- well, 22 was the next one

17    after aiding and abetting, so no, we can deal with that.

18         MS. MIRELL:  Okay.  I think we would ask the Court to

19    insert an instruction similar to what's inserted after the 1512

20    count here, which is to clarify that there is two ways here to

21    find a defendant guilty.  One -- and so we could kind of crib

22    the language which is at the end of instruction 23 under the

23    two asterisks, a defendant may be found guilty of the offense

24    charged in Count 2, and just clarifying that a defendant may be

25    found guilty either of obstructing Officer Goodman during a

1    civil disorder or attempting to obstruct Officer Goodman during

2    a civil disorder, that those are two ways of committing this

3    offense, and that they only have to find one.

4              THE COURT:  Any objection to that?

5              MR. DAVIS:  I think it confuses -- I think the

6    instruction covers it.

7              THE COURT:  It strikes me that it's, in fact, sort of

8    clarifying, but I will take a look.  So it's the language on

9    page 31, whether something similar should be added to 22, so

10   basically on page 26?

11             MS. MIRELL:  Correct.  And I am -- yeah.

12             THE COURT:  All right.  I think the next thing we get

13   to is 24, which is the Count 1 or Count 2 discussion we had at

14   the end of yesterday, page 32, instruction No. 24.

15             Mr. Davis, did you -- you were going to think about

16   that overnight about whether there was any -- you had any

17   objection to the government including Count 1 or Count 2 there.

18   I looked into it.  I don't, as far as -- well, I don't know

19   what the objection would be as far as I looked at it.

20             MR. DAVIS:  I don't have an objection.

21             MS. MIRELL:  Your Honor, with respect to that element,

22   the fifth, we have a minor proposed revision to it which we

23   would request for purposes of this element, another felony

24   refers to either the offense charged in Count 1 or the offense

25   charged in Count 2.

```
 1              THE COURT:  Any objection to that?

 2              MR. DAVIS:  No objection.

 3              THE COURT:  Okay.  Any objection to the kind of

 4    prefatory language that we added on pages 34 and 37 that sort

 5    of sets up the I am going to now instruct you on the lesser

 6    included charge of this offense?

 7              MS. MIRELL:  I'm sorry, Your Honor, can you repeat

 8    that.

 9              THE COURT:  Yes.  So the next thing we have is this

10    prefatory language we have added to the lesser included

11    offenses.

12              MS. MIRELL:  We are fine with that.

13              THE COURT:  No objection there?

14              MS. MIRELL:  No.

15              THE COURT:  Mr. Davis?

16              MR. DAVIS:  Your Honor, I was speaking to Mr. Jensen.

17    I missed what you just said.

18              THE COURT:  Sure.  So the next two things I was hoping

19    to get the parties' take on is the prefatory language we have

20    added to the lesser included offense instruction on -- for

21    instructions 25 and 26, and they are just I am now going to

22    instruct you on the lesser included offense of this charge.

23              MR. DAVIS:  That's fine.

24              THE COURT:  All right.  And then, I guess, do the

25    parties agree as far as the instruction I already -- the
```

1    limiting instruction on 383, do you all want me to repeat that

2    as part of these instructions or not mention it again?

3            Mr. Davis, whatever your pleasure is.

4            MR. DAVIS:  You know, we had that stipulation in

5    there.  I think it's fine just we did it right afterwards.

6            THE COURT:  No instruction?  No further instruction?

7            MR. DAVIS:  I think it will flag it and draw attention

8    to it.

9            THE COURT:  Fair enough.  So we will exclude that.

10           All right.  So I think then -- oh, something else?

11           MS. MIRELL:  Your Honor, forgive me.  I don't know the

12   actual red book provision, but I believe there is an

13   instruction about preparation of witnesses.  I think Mr. Davis

14   got into that with Officer Morgan.  We would ask the Court to

15   add that instruction.

16           MR. DAVIS:  I have no objection.

17           THE COURT:  All right.  We will look at that.

18           So preparation of witnesses.  And then as far as just

19   limiting this to disagreements at this point, things for me to

20   work through, we are looking at -- well, statements of the

21   defendant which relates to our second thing we will have to

22   discuss and --

23           MR. DAVIS:  I can tee that up a little better, Your

24   Honor.  They put on evidence of what his politics were.

25           THE COURT:  No, no.  We will talk about that in one

1   moment.  I just want to get a list of things I need to deal

2   with on the instruction to make sure.

3          And then the aiding and abetting, Count 3, and whether

4   that can extend -- whether we add that to Count 3.

5          MS. MIRELL:  Just for efficiency purposes, if the

6   Court determines that it's going to add that to Count 3, the

7   aiding and abetting, we would ask for a similar instruction as

8   we are asking for at the end of Count 1, which is the either --

9   there's two ways of finding guilt here, but we will leave that

10  to the Court's discretion.

11         THE COURT:  All right.  And then so 18, 21 requires

12  some, and then the question of whether to add, again, the

13  language from page 31 to page 26.  So I guess that's still part

14  of aiding and abetting.  And I think that's it.  Those are the

15  only outstanding things.

16         Okay.  All right.  So we will spend some time with

17  that.  If I can -- if we can get all the way -- I mean, my hope

18  was going to be able to substantively instruct them today

19  before closings tomorrow, but maybe we won't even -- you know,

20  maybe we will need the night to make sure we get all this

21  right, and I will begin with that and then closings and then

22  send them off to the races.

23         Okay.  So on the issue of cross, Ms. Allen, why don't

24  you -- or whoever from the government wants to address this,

25  tell me why that's not how opening the door works.  Let me turn

```
 1    it over to you.

 2          MS. ALLEN:  Thank you, Your Honor.  Look, the United

 3    States has presented evidence of the defendant's state of mind

 4    in every piece of evidence that we have presented at this

 5    trial.  That's the whole reason we are here.  That's the only

 6    dispute.  So every video of the defendant at the Capitol where

 7    he makes a comment and says something, every text message that

 8    he sent to a friend or family member that has an indication of

 9    where his mind is at at that time, that's all we've done in

10    presenting evidence today.

11          THE COURT:  You have the burden of proof to prove his

12    intent.

13          MS. ALLEN:  Exactly.  And we are going to meet that

14    burden of proof with evidence of, you know, the video and audio

15    of what he did that day is just as much his statements as

16    anything else.  His text messages, his Facebook posts, all of

17    these are just evidence that go to his state of mind.

18          The fact that some of these videos and Facebook posts

19    and text messages are connected to the substance of statements

20    that he made to the FBI after he committed the offense in that

21    voluntary interview in no ways opens the door.

22          I think what Mr. Davis is kind of trying to analogize

23    is opening the door to the content or the substance of a

24    particular line of questioning.  So can we talk about the fact

25    that he brought guns the Capitol, you know, in limited ways.
```

1    That's a very different analysis than how can we prove that

2    evidence.

3           So, sure, the door is wide open for Mr. Davis to

4    present evidence of the defendant's state of mind.  And he

5    absolutely is welcome to do that in whatever way he wants.

6    That's proper.  But that doesn't get him around the rules of

7    evidence.  What he's trying to now do is present hearsay to the

8    jury.  He has other options to do that.  The door has been open

9    to him the entire time.

10          THE COURT:  All right.  Very well.  Your point is he

11   has to have -- it's got to either not be hearsay or a hearsay

12   exception.  I accept that.  That's, as you say, an analytically

13   different question than opening the door, closing the door, and

14   all the rest.

15          Mr. Davis, why isn't this hearsay or what exception

16   are you putting it -- what exception are you claiming?

17          MR. DAVIS:  I think fundamentally the definition of

18   hearsay is an out-of-court statement offered for the truth of

19   the matter asserted.  And nothing is being offered for the

20   truth of the matter asserted, just like they offered the

21   evidence about the guns and the caravans, and they didn't offer

22   that for the truth of the matter asserted.

23          I'm not offering -- I'm not eliciting anything about

24   what he told the agents to prove that that's the truth of the

25   matter asserted.  I'm trying to counter their pointing out that

1    his state of mind was that he came here for Trump to burn down

2    the city and came with guns and caravans and automatic rifles

3    even though they stand off to the side and say we are really

4    not saying that.

5           I think I'm entitled to point out what his state of

6    mind was when he came here.  He got -- he came here because he

7    believed this stuff.

8           THE COURT:  Well, it is -- I mean, we are kind of --

9    you raised the issue of it not being for the truth, but there

10   is a separate hearsay exception for then-existing state of

11   mind.

12          Ms. Allen, why doesn't it fall -- why doesn't it fall

13   within that hearsay exception, right?  There is a hearsay

14   exception for the defendant's then-existing state of mind.

15          MR. DAVIS:  I think also -- I don't mean to interrupt

16   Ms. Allen.  But I think also with respect to the guns and the

17   caravan, the whole intention of that -- the whole purpose of

18   that evidence was to establish that he had a violent state of

19   mind.  And that's just contrary to what his state of mind was.

20   He came for show time.  He wasn't coming here to violently

21   overthrow the government.  He came here because he believed

22   that the government was going to be overthrown by the military,

23   and the corrupt political figures were going to be arrested.  I

24   mean, as bizarre as it is, that's what he told them, and

25   honestly that's what he believed.

1          THE COURT:  Ms. Allen, why isn't it subject to that

2     hearsay exception?

3          MS. ALLEN:  Because Mr. Davis is trying to use

4     Mr. Jensen's statements in the January 8 interview for their

5     truth.  He's trying to use those statements to tell the jury

6     that this is what the defendant said and believed at the time

7     that he made those statements and that that's what he said and

8     believed on January 6.

9          THE COURT:  But even if they are for the truth, I

10    mean, if they are for the truth of his state of mind, doesn't

11    that hearsay exception allow that?

12         MS. ALLEN:  Absolutely not.  A defendant -- a suspect

13    who is being questioned by the FBI about potential crimes that

14    they have committed who makes -- say that person comes to the

15    FBI and says a whole bunch of things about their state of mind,

16    none of which are true, and exculpates themselves in an

17    interview, and then they want to come back later and say, well,

18    look, I told the FBI what my state of mind was.  I told the FBI

19    that I never meant to commit this crime.  I told the FBI what

20    my intentions were.  And now I want to play the tape of that

21    interview.  It would happen on almost every case, and it can't

22    possibly be the law.

23         THE COURT:  So I agree with you instinctually for

24    exactly the reason that you just laid out, because it would be

25    that way.  But on the other hand, you look at the hearsay

```
1    exceptions, and maybe I'm missing something, but it does say,
2    you know, the following are not excluded, this is Rule 803.3,
3    are not excluded by the rules against hearsay regardless of
4    whether the defendant is available as a witness.
5           So, 3, a statement of the declarant's then-existing
6    state of mind such as motive, intent, plan or bah, bah, bah,
7    bah, bah.  So I, you know, I am going to think about this, but
8    I think the question is why wouldn't it come in then?  And
9    maybe you are going to tell me that, look, the defendant
10   voluntarily coming in and giving a statement to law enforcement
11   is not really -- I don't know.  I think that's the question.
12   And I agree with you, though, instinctively it would happen all
13   the time.  I hear what you are saying.
14          MS. ALLEN:  His statements that he made on January 6
15   that he -- where he's involved in the offense, those are
16   potentially -- depends what they are, but I could see a
17   situation where we might not want to introduce that as
18   evidence.  The defense says, no, this is not for the truth,
19   this is for his state of mind.  You know, he's helping a police
20   officer get up from the ground on January 6 and makes a
21   comment.  And we don't like it.  And he wants to play it.
22   That's a different story.
23          What happened here is two days later.  He knows he's
24   on the front page of the newspapers.  He's a national news
25   story.  He's the poster boy of January 6.  So he decides to
```

1    walk himself to the police station.  He takes the initiative

2    and says, I am going to go talk to the police and I'm going to

3    tell them what I feel like telling them, and then he does so,

4    he proceeds to sort of launch into a narrative for two and a

5    half hours of talking about what he chooses to tell them.  And

6    all of that is in hindsight knowing that he is the subject of a

7    very large investigation and wanted by the FBI.

8         So it's a very different scenario, and he has every

9    motive to twist the truth, to lie, to filter his -- what he's

10   telling them was his state of mind into something that it

11   wasn't.

12        THE COURT:  Yes, I agree with you.

13        All right.  Look, I would say this.  I would have

14   thought -- let's put it this way.  We will come back at 2:00.

15   If the government wants to, over the break, give me any cases

16   you find or any authority -- either side.  I don't know why I'm

17   saying just the government.  If either side wants to provide me

18   with additional authority on this point, we will come back at

19   2:00, and hopefully I will be able to make a decision by then.

20        MR. DAVIS:  Your Honor, may I briefly respond to the

21   preplanning?

22        THE COURT:  Yes.

23        MR. DAVIS:  If this was a preplanned trip to give the

24   authorities helpful information about himself, it failed

25   terribly because what he did was he walked in, he told them he

```
 1   had a knife at the Capitol.  They didn't even know that.  He

 2   had his Q shirt on.  He told them his life history right down

 3   to the beginning when he was four years old.  Him preplanning

 4   anything is beyond laughable.

 5              THE COURT:  Yeah, but I don't think that's even

 6   really -- it can't be -- let me put it this way.

 7              MR. DAVIS:  No, but I just heard that.  And sitting

 8   over here at defense table, when I hear that he preplanned

 9   something, I have to respond somehow some way.

10              THE COURT:  Fair enough.  I don't think there's any

11   way that the applicability of that hearsay exception can turn

12   on some sort of analysis about whether he planned it or not.

13   So I take your point, but I don't think it really says anything

14   either way about any of that, about whether this hearsay

15   exception applies here.

16              Just to be clear also to put a little meat on the

17   bones, Mr. Davis, you think the kind of things you want to

18   elicit fall into two buckets; one, what -- I don't know, what

19   he intended that day is what we have been talking about, and

20   that's what you think you are entitled to elicit, anything that

21   he shows his intent on that day.

22              MR. DAVIS:  Well, those two --

23              THE COURT:  And then the second piece was some sort of

24   like, I don't know, his politics.  I'm not sure.  That seems to

25   me a greater stretch.
```

 1          MR. DAVIS:  But I kind of need something to put in the

 2     context -- I mean, the posted -- what they argue -- not argue,

 3     what they elicited from the agent in their questioning was that

 4     he was this radical supporter of the former President and he

 5     came here for violence.  And I think that they are entitled to

 6     hear a little bit more here.  I mean, if they can go into his

 7     politics through that way, I think it's fair to round out the

 8     picture.

 9          THE COURT:  Well, let's put it this way.  The rules of

10     evidence and the way they apply aren't always fair.  I mean,

11     they are hopefully overall aiming toward truth, but they apply

12     how they apply.  And I can definitely see an exception for

13     state of mind.  I don't see one for politics.  So that strikes

14     me as a much greater stretch.  I think we are talking about the

15     intent, one.

16          So over the lunch break, if either side has anything

17     and you can email it to chambers, I will take a look at it.

18     And we will come back at 2:00.

19          Yes, Ms. Allen.

20          Everyone hold on one second.

21          MS. ALLEN:  To assist that effort, if Mr. Davis could

22     articulate what particular statements Mr. Jensen made that he

23     thinks are admissible.

24          MR. DAVIS:  These are kind of similar to what we had

25     been talking about before, that Mr. Jensen -- I'm thinking

1    back.  We had discussed these in the beginning about --

2            THE COURT:  Mr. Davis, if you can be close to --

3    perfect.

4            MR. DAVIS:  The Court's indulgence.

5            This kind of ties into when he asked if Mike Pence had

6    about arrested demonstrating his state of mind going into the

7    fact he told them he came to Washington because he expected a

8    special message from the rally and that he expected show time,

9    and that shows his state of mind.

10           THE COURT:  Okay.  We already -- we have established

11   that you can, and I don't think the government objects to this,

12   elicit the question, right?

13           MS. ALLEN:  That particular question, yes.

14           THE COURT:  Right.  Or any question in theory, I

15   suppose.  Maybe we would get into relevance or other things.

16   But the question you have talked about is not hearsay, and the

17   government agrees you can elicit did he ask you whether Vice

18   President Pence had been arrested.  It would help over the

19   break if you can nail down with more precision actually what

20   statements or statement or maybe it is just this point about I

21   expected show time or something.

22           MR. DAVIS:  That is -- I apologize, Your Honor.

23           THE COURT:  Go ahead.

24           MR. DAVIS:  That is the point.  I am not going to go

25   line for line in the interview.  I am just going to ask you if

```
 1   he expected show time, and if he told you what show time was.
 2   Mike Pence was to be arrested.
 3            THE COURT:  This is clarifying.  So in substance what
 4   you want to ask the agent is did he tell you what he was there
 5   for or what he expected.  You would be leading him, so did he
 6   tell you that you expect -- he expected Vice President Pence to
 7   be arrested.
 8            MR. DAVIS:  That's pretty much it.  I mean, I am not
 9   going to go on and on for days on end on this.
10            THE COURT:  I don't even know if the government --
11   you -- let me put it this way.  I will also have the parties
12   talk over lunch about this.  If that's all they want to elicit,
13   that's --
14            MS. ALLEN:  I want to make sure it's clear because
15   this is difficult to deal with with the jury here and on the
16   fly.
17            THE COURT:  I totally agree with you.
18            MS. ALLEN:  I understand Mr. Davis is going to ask the
19   agent or, you know, lead the agent, Mr. Jensen told you -- or
20   Mr. Jensen asked you whether the Vice President had been
21   arrested yet, something to that effect, right?
22            MR. DAVIS:  I am going to ask him that, yes.
23            MS. ALLEN:  And the second thing now you would like to
24   add is did he tell you that he expected the Vice President to
25   be arrested that day?
```

```
 1              MR. DAVIS:  Did he tell you he expected that this was
 2   show time.
 3              THE COURT:  Okay.  And then what did he explain show
 4   time to be.
 5              MR. DAVIS:  Yes.
 6              THE COURT:  All right.  So I am going to go back and
 7   look at this.  And if those are the two things, I, you know,
 8   ask the government to -- the parties to talk and see if that's
 9   even something the government --
10              MS. ALLEN:  We can certainly talk with Mr. Davis over
11   the break.
12              THE COURT:  Yeah.  That strikes me as something the
13   government, frankly, just might not object to.
14              All right.  We will see everyone at 2:00.
15              Is there anything further, Mr. Davis?
16              MR. DAVIS:  Nothing further, Your Honor.
17              THE COURT:  All right.  See everyone at 2:00.
18              (A recess was taken at 1:06 p.m.)
19              THE COURTROOM DEPUTY:  Your Honor, we are back on the
20   record in Criminal Matter 21-6, United States of America versus
21   Douglas Austin Jensen.
22              THE COURT:  Good afternoon to everyone.  I did do some
23   research on my own.  I got the government's email just as I was
24   preparing to come here.  And I think the government is right on
25   this, that -- and really I just wanted to -- I think it
```

```
 1    turns -- for the record, Ms. Mirell sent an email with a case,
 2    United States versus Slatten, 395 F.Supp 3.d 45 at 87, a DDC
 3    case from 2019 that indicates that although Rule 803.3, which
 4    is the hearsay exception we were talking about, permits a
 5    statement of the declarant's then-existing state of mind,
 6    underline then existing, I think -- the case doesn't.  I am
 7    doing that.  -- it excludes a statement of memory or belief to
 8    prove the fact remembered or believed.
 9          I think in the end, as that case may well reflect, if
10    you look at that hearsay exception, and certainly this comports
11    with my instinct and sort of why, as Ms. Allen mentioned
12    earlier, this would come up in every case in which a defendant
13    gave a post statement to law enforcement after the crime, that
14    803.3 only allows then-existing mental or emotional --
15    then-existing mental or emotional or physical condition,
16    then-existing state of mind.  That is different than what the
17    defendant intended or his intent on January 6.
18          So I don't think it allows him to elicit -- I don't
19    think it's a hearsay exception that allows him to elicit his
20    own statements to law enforcement about his state of mind.  It
21    would have to be on that day as opposed to January 6.  So I
22    don't think it allows him to get in the statements he would
23    like to get in here.
24          As we indicated, a question is not hearsay.  And so I
25    think that, as we have talked about from the beginning, is fair
```

1    game.  But I don't think this hearsay exception allows the

2    defendant to elicit the kinds of statements that he's indicated

3    he would like to hear.

4            Mr. Davis, did you want to say something?

5            MR. DAVIS:  I didn't get the email, but that's okay.

6            THE COURT:  Oh, I saw that you --

7            MR. DAVIS:  I didn't.  I wasn't checking emails over

8    lunch.  I was working on cross.  803.3 is what I was talking

9    about.  And our argument was that it goes to his state of mind

10   literally at the time of the event and that it bears on his

11   lack of criminal intent, it bears on the fact that he

12   intentionally engaged in some of this conduct with the

13   objective that the United States has charged him with trying to

14   reach, and that's pretty much it.  That's all I wanted to put

15   on the record.

16           THE COURT:  I think it turns on the phrase

17   then-existing and that, because this happened after the event,

18   it cannot -- it could, in theory, talk about his state of mind

19   two days after the event, but that wouldn't be relevant.  You

20   want to use it to show his state of mind on January 6, and I

21   don't think he can do that.

22           MR. DAVIS:  No.  He's staying on January 7 when he's

23   interviewing with the agent, but he's telling the agent that

24   that is why he came to Washington on January 6.  That's what

25   he's -- that's what he is stating.

```
 1            Just so I understand, can I ask the agent -- I don't
 2     want to do this in front of the jury -- can I ask him if he
 3     explained why he came to D.C., and he can say yes.  I am going
 4     to ask him if he's familiar with the term the storm.  And I
 5     will ask him what he knows about the storm, and I can move on.
 6            THE COURT:  Well, you can, I guess, ask the agent what
 7     the agent might know, but I don't think you can elicit --
 8     unless there is a hearsay exception or the statement is not
 9     hearsay, I mean, or, you know, like a question.  I think other
10     than that, you cannot elicit --
11            MR. DAVIS:  I can't elicit what the defendant said?
12            THE COURT:  Correct.
13            MR. DAVIS:  I understand Your Honor's ruling.  And I
14     will work within that.
15            THE COURT:  I looked at it closely, and I think this
16     is what the law requires.
17            So with that, let me just also mention, how much more
18     testimony does the government think it will be presenting?
19            MS. MIRELL:  We have two more witnesses who are -- the
20     next witness is Secret Service, fairly short.  Our last witness
21     is MPD officer --
22            (There was an interruption by the court reporter.)
23            THE COURT:  Yes.  Sorry, Ms, Mirell.  Thank you.
24            MS. MIRELL:  The next witness is Secret Service.  We
25     anticipate her testimony will be fairly short.  The last
```

```
1    witness is an MPD officer who encountered the defendant inside
2    the Rotunda.  I expect that would probably last an hour since
3    we have to get in all the footage from the east side of the
4    Capitol at that point.
5              THE COURT:  Given all of that, I think we -- obviously
6    we will see what the defense case looks like.  We will get
7    through all of that.  I think that probably my goal of trying
8    to get them instructed today we probably won't hit.  We have
9    made a lot of the changes to the instructions.  My goal then
10   would be to at least get you all of that either at a break or
11   when we leave for the day with a redline to what you got last
12   night, and then we can take that up first thing if there's
13   still some things to be worked out.  I think we are getting
14   close to where we will be ready.
15             Anything further then before we bring the jury in?
16             MR. DAVIS:  We have all been very conscientious about
17   jumping out of our seats in front of the jury.  Just so I
18   completely understand, I am going to ask the agent if he asked
19   him if Pence had been arrested.  I think Your Honor indicated I
20   can do that.
21             THE COURT:  Yes.
22             MR. DAVIS:  Again, I just want to have everybody --
23             THE COURT:  Understand.  I think the government from
24   the beginning has conceded that that is -- it's not hearsay, so
25   you may ask that question.
```

```
1              Anything further, Mr. Davis?

2              MR. DAVIS:  That's all I got.

3              THE COURT:  Ms. Allen?

4              MS. ALLEN:  No.

5              THE COURT:  All right.  Ms. Harris, will you bring in

6   the jury, please.

7              (The jury entered the courtroom at 2:18 p.m.)

8              THE COURT:  Welcome back, ladies and gentlemen of the

9   jury.  And we will resume with the cross-examination of Agent

10  Johnson.

11                      CROSS EXAMINATION

12  BY MR. DAVIS:

13  Q    Good afternoon, Agent Johnson.

14  A    Good afternoon, sir.

15  Q    Mr. Jensen walked to the Metropolitan Police Station in

16  Des Moines the day that you met with him January 7, correct?

17  A    On January 8?

18  Q    January 8, yes.

19  A    On January 8, the day of, I did not know how Mr. Jensen

20  got to the police department.

21  Q    When you arrived at the police station, he was already

22  there, correct?

23  A    Yes.

24  Q    Do you know if he had been picked up or whether he came in

25  on his own?
```

```
1              MS. MIRELL:  Objection.

2              THE COURT:  He can answer the question whether he

3      knows.  All right.  We will approach.

4              (The following was heard sidebar.)

5              THE COURT:  What's the objection?

6              MS. MIRELL:  The only reason that he would know this

7      information is based on statements that the defendant provided.

8              THE COURT:  Well, is that the case?  I mean, what --

9      Mr. Davis, what -- maybe that's right, I guess, but is there

10     really any harm in him -- he may have learned -- well, that's

11     true.  That's true.  Mr. Davis, what is your response to that?

12             MR. DAVIS:  I am leading into the fact that it was

13     voluntary.

14             THE COURT:  I mean, he can ask did he -- as far as you

15     know, did he come on his own or was he brought there some other

16     way.

17             Is the government going to object to that?

18             MS. MIRELL:  No.

19             THE COURT:  All right.  Very well.

20             (The following was heard in open court.)

21             THE COURT:  The objection is sustained.

22     BY MR. DAVIS:

23     Q    On January 8, when you met with Mr. Jensen at the MPD

24     station, you hadn't -- you did not have an arrest warrant for

25     him at that time, did you?
```

```
 1   A      No, I did not.

 2   Q      And to your knowledge, did anyone have an arrest warrant

 3   for him at that time?

 4   A      No.

 5   Q      And to your knowledge, did anyone pick him up and bring

 6   him to the MPD station?

 7   A      Not to my knowledge.

 8   Q      But he was there?

 9   A      Yes.

10   Q      Was he cooperative?

11   A      Mr. Jensen was -- he was not verbally combative or

12   anything to that nature with us.

13   Q      And going back to my question, was he cooperative?

14   A      Could you describe --

15   Q      You asked him a question.  Did he answer?

16   A      Yes.

17   Q      Did he offer information?

18   A      He did.

19   Q      Did he give you his phone?

20   A      Yes.

21   Q      Did he allow you to search it?

22   A      Yes.

23   Q      Did he identify his social media --

24   A      Yes.

25   Q      -- accounts?
```

```
 1   A     Yes.

 2   Q     Did he offer the passwords?

 3             MS. MIRELL:  Objection.

 4             THE COURT:  Sustained.

 5             MR. DAVIS:  I am not asking -- certainly.  I will move

 6   on.

 7   BY MR. DAVIS:

 8   Q     Were you able to access those social media accounts?

 9   A     As a part of -- on January 8?

10   Q     Well, not on January 8, but after you obtained the social

11   media accounts, were you able to access them?

12   A     Facebook, yes.

13   Q     How about Twitter?

14   A     Twitter, through the publicly available pieces of Twitter,

15   yes.

16   Q     And the information he gave you, was it accurate, were

17   those his accounts?

18             MS. MIRELL:  Objection.

19             THE COURT:  Sustained.

20   BY MR. DAVIS:

21   Q     How did you find Mr. Jensen's demeanor on the day that he

22   was there?

23   A     The day of January 8 at the Des Moines Police Department?

24   Q     That's correct.  That's the only contact you had with him,

25   correct?
```

1   A      Correct.

2   Q      So that would be the day.

3   A      His demeanor, I would describe him as coherent.

4   Q      And that would be the sum characterization of his

5   demeanor?

6   A      Coherent, noncombative with myself verbally.

7   Q      Now, later that day, you arrested him, correct?

8   A      Yes, I did.

9   Q      At his home, correct?

10  A      Yes.

11  Q      And you identified the pocketknife to the jury earlier

12  this morning, correct?

13  A      Yes.

14  Q      And did you seize that pocketknife when you arrested him?

15  A      No.

16  Q      Did he have that pocketknife on him when he came to the

17  station if you know?

18  A      When I got to the police department, it was made aware to

19  me that he had that pocket knife with him, yes.

20  Q      Now, you are the case agent for his case, correct?

21  A      Yes.

22  Q      And as case agent, that means you gather all the evidence?

23  A      I don't personally in some instances --

24  Q      Coordinate the gathering of the evidence?

25  A      Yes.

```
 1    Q    Coordinate the review of the videos?

 2    A    Yes.

 3    Q    Coordinate the interview of witnesses?

 4    A    In conjunction with my partners.

 5    Q    And you did that with Mr. Jensen, correct?

 6    A    To what extent, sir?

 7    Q    Well, probably pretty extensively since he's been charged

 8    in a multi-count indictment.  I mean, you checked out his

 9    story, correct?

10    A    Could you clarify your question.  I think --

11    Q    Certainly.

12    A    The question of did I coordinate prior to the interview.

13    Q    Did you coordinate the interviews of witnesses in his

14    case?  Did you identify people that perhaps should be

15    interviewed?

16    A    Yes, in conjunction with my partners.

17    Q    Did you interview the person he came to Washington with?

18    A    I did not personally, no.

19    Q    But you are aware of testimony because you are the case

20    agent, correct?

21    A    Yes.

22    Q    Now, when you gather up all the evidence and when all --

23    and you coordinate the interviews of the witnesses, then you

24    present it to the U.S. Attorney's office, correct?

25    A    Yes.
```

1    Q    And then that's how the process begins, correct?

2    A    Could you clarify the process?

3    Q    The criminal process, the case against Mr. Jensen, you

4    gather the evidence, you interview the witnesses, you present

5    it to the U.S. Attorney's, then the case moves forward?

6    A    Yes.

7    Q    How many years have you been with the FBI?

8    A    Since 2019.

9    Q    And where were you before you joined the FBI?

10   A    I was -- where was I physically located?

11   Q    Well, occupational-wise.

12   A    I worked in Denver.

13   Q    What did you do in Denver?

14   A    I worked in the field of counterterrorism.

15   Q    With which agency?

16   A    Not an agency.  It was a nonprofit organization that

17   focused on terrorism issues.

18   Q    Investigative law enforcement type agency?

19   A    Not investigative, no.

20   Q    Did you have military training that led you in that

21   direction?

22   A    In what sense?

23   Q    That's generally when one thinks of nonprofits, they think

24   of things that -- well, I don't know.  I don't know much about

25   this area, so I will move on.

1          Now, you interviewed Mr. Jensen for well over two hours on

2     January 8, correct?

3     A    As I recall, throughout the course of the interview, it

4     was over two hours, yes.

5     Q    And at midpoint in the interview, you took a break,

6     correct?

7     A    Yes.

8     Q    And you allowed Mr. Jensen to go out and smoke a

9     cigarette, correct?

10    A    Yes.

11    Q    And during that break, did you contact Washington and

12    start the process to arrange to have a warrant issued for his

13    arrest?

14    A    I personally did not, no.

15    Q    Did someone do that under your -- that was working with

16    you --

17    A    Yes.

18    Q    -- on the case?

19    A    Yes, my colleagues.

20    Q    And this two-hour interview was videotaped, correct?

21    A    Yes.

22    Q    And this was the first opportunity to interact with the

23    individual that is now charged here, correct?

24    A    Yes.

25    Q    So you really interacted with him, correct?

```
 1    A      I interviewed Mr. Jensen.

 2    Q      Extensively?

 3    A      Could you give me a description of your definition of

 4    extensively.

 5    Q      Two hours worth of interview?

 6    A      Yes.

 7    Q      And on direct examination, you identified some text

 8    messages to give the jury an idea what Mr. Jensen was thinking

 9    like before he came to Washington, correct?

10    A      Yes, there were text messages that I --

11    Q      Are you familiar with the concept or the term the storm as

12    it is applies to January 6?

13    A      At a high level.

14    Q      Could you tell us what your understanding of it is.

15    A      My understanding of it is purely the reference that that

16    phrase had with the events of January 6.

17    Q      And does your understanding go beyond that or no?  Do you

18    understand what it means, your understanding?

19    A      Not too far deeper beyond that.  I have not spent

20    extensive time looking into the meanings behind all of --

21    Q      So in reference to the storm, your understanding is it had

22    something to do with January 6, but beyond that, you don't know

23    anything else, correct?

24    A      I know there is reference to it with QAnon, but beyond --

25    Q      Do you know how it's referenced with QAnon?
```

```
1    A     I do not.

2    Q     Mr. Jensen had a Q T-shirt on when he came to MPD that

3    day, correct -- or strike that.

4          Mr. Jensen had a Q T-shirt on when you arrested him at the

5    end of the day?

6    A     Yes.

7    Q     And Q is QAnon, correct?

8    A     That's my understanding, yes.

9    Q     Do you know what the all for one or one for all or

10   whatever that saying is on the shirt, do you know what that

11   means?

12   A     I've heard of it, but I do not know the meaning of it.

13   Q     Do you know what the plan is?

14   A     I do not.

15   Q     Do you have any idea if the term storm has anything to do

16   with the plan?

17   A     I don't know.

18   Q     You also identified a letter from Mayor Bowser, Muriel

19   Bowser, on Mr. Jensen's -- I believe it was social media?

20   A     Text message as well.

21   Q     And that was a letter discussing the National Guard and

22   how they were being called out for January 6, correct?

23   A     The request from Mayor Bowser for those individuals to

24   come, yes.

25   Q     And it referenced violent clashes or violence that
```

1    occurred on December 12 through December 14, correct?

2    A    Yes.

3    Q    Do you know what that's in reference to?

4    A    In general, yes, I do.

5    Q    Would it be fair to say it was in reference to clashes of

6    people that came to Washington D.C. and they clashed with

7    others who had different beliefs than them?

8    A    Yes, that is my understanding.

9    Q    So there was violence in the streets?

10   A    Yes.

11   Q    Mr. Jensen also texted that the military was proud of him.

12   Did you ever come to an understanding what he meant by that?

13   A    Not that I recall.

14   Q    Do you still have that two-hour videotape of the interview

15   with him?

16   A    Do I still have it?

17   Q    Does it still exist?

18   A    Yes, it does exist.

19              MR. DAVIS:  Thank you.  I have no further questions.

20              THE COURT:  Any redirect?

21              MS. MIRELL:  No, Your Honor.

22              THE COURT:  All right.  Agent, you may step down.

23   Thank you for your testimony.

24              THE WITNESS:  Thank you, Your Honor.

25              THE COURT:  The government may call its next witness.

```
 1              MS. MIRELL:  Your Honor, permission to have Agent

 2   Johnson stay in the courtroom.

 3              THE COURT:  As per our prior discussion, that is

 4   granted.

 5              MS. MIRELL:  The government calls United States Secret

 6   Service Agent Elizabeth Glavey.

 7                          ELIZABETH GLAVEY

 8   Having been first duly sworn on oath, was examined and

 9   testified as follows:

10              THE COURT:  You may proceed.

11                        DIRECT EXAMINATION

12   BY MS. MIRELL:

13   Q    Good afternoon.

14   A    Good afternoon.

15   Q    You can take your mask off if you feel comfortable.

16        Can you please tell the jury who you are and where you

17   work.

18   A    I am Elizabeth Glavey.  I work for the Secret Service.

19   Q    And what is your role at the Secret Service, what is your

20   title?

21   A    Special agent.

22   Q    And how long have you worked with the Secret Service?

23   A    13 years.

24   Q    And you have been a special agent that whole time?

25   A    Yes.
```

```
 1   Q     What is the mission of Secret Service?

 2   A     It's a dual mission of protection and investigations.

 3   Q     Who do you protect?

 4   A     The President, Vice President, and their immediate

 5   families.

 6   Q     And is Secret Service part of an executive department in

 7   the United States government?

 8   A     Yes, it is.

 9   Q     Which department is that?

10   A     The Department of Homeland Security.

11   Q     What is your current position with the Secret Service?

12   A     I am an instructor at our training center.

13   Q     What do you instruct on?

14   A     I teach protection.

15   Q     What was your position in January of 2021?

16   A     I was an agent on the Vice President's detail.

17   Q     How long had you been on the Vice President's detail as of

18   January of 2021?

19   A     Three years.

20   Q     And were you any type of agent, or were you a particular

21   type of agent on the Vice President's detail.

22         Were you a lead agent, were you a site agent or --

23   A     On that day, I was the site agent.

24   Q     Okay.  So on January 6 specifically, you were a site

25   agent?
```

1    A    Yes.

2    Q    What is a site agent?

3    A    The site agent typically is someone who would prepare for

4    the visit of the protectee coming to a venue, and they are

5    responsible for getting the protectee everywhere they need to

6    go, whether planned or unplanned.

7    Q    So you were ultimately responsible for the Vice

8    President -- and it was Mike Pence at the time, correct?

9    A    Correct.

10   Q    So Vice President Pence's movements and his security that

11   day, that was your responsibility?

12   A    Correct.

13   Q    And for planning his visit to the Capitol?

14   A    Yes.

15   Q    Okay.  So let us talk a little bit about your

16   responsibilities, a little further about that, and your

17   itinerary that day.

18        When did you start preparing for the Vice President's

19   visit to the Capitol?

20   A    The day prior, January 5.

21   Q    And what did you do to prepare?

22   A    I was in contact with our liaison division, and I provided

23   the information they needed to complete the head of state

24   notification.

25   Q    Can you describe to the jury what the liaison division is.

1    A    The liaison division is a division of the Secret Service

2    that works at the Capitol.  The Capitol is a unique building in

3    the sense they do the security plan.  We do not do the security

4    plan for there.  So they are the expert on the layout of the

5    building and the procedures for having our protectees visit the

6    Capitol and for knowing their way around the building.

7    Q    So you are communicating with kind of the subject matter

8    experts about how to keep the Vice President safe at the

9    Capitol?

10   A    Correct.

11   Q    And his movements within the Capitol too?

12   A    Correct.

13   Q    So what type of information are you communicating with the

14   liaison division at the Capitol?

15   A    For that visit, I was communicating who was attending on

16   January 6 as well as who would be working on the Secret Service

17   side that would need access to the Capitol.

18   Q    And would you also be communicating, for example, arrival

19   times and departure times and schedules like that?

20   A    Correct.

21   Q    And what does the liaison, to your knowledge, what does

22   the liaison division do then with the information you provided?

23   A    They notify all personnel at the Capitol that need to know

24   the movements of the Vice President.

25   Q    And does that personnel include, for example, Capitol

```
 1   Police?

 2   A    Yes.

 3   Q    And the sergeant-at-arms too?

 4   A    Yes.

 5   Q    I'm going to pull up now -- you mentioned head of state

 6   notification, so I am going to pull up now Exhibit 620.

 7        MS. MIRELL:  Move to admit and publish, Your Honor.

 8        THE COURT:  Without objection, it will be admitted and

 9   you may publish it.

10        (Government's 620 received in evidence.)

11        MS. MIRELL:  If we could just zoom in on this exhibit

12   for a moment since it looks a little small on my screen.

13   BY MS. MIRELL:

14   Q    Special Agent Glavey, what are we looking at here?

15        MS. MIRELL:  It's not showing in the back row.  One

16   moment.

17        THE COURT:  Is that true?  Are we having trouble with

18   the monitor again?

19        A JUROR:  Yes.

20        THE COURT:  We are literally at the point where it's

21   like jiggle the wire, and that will fix it.  I don't know who

22   has done that before.  Ms. Harris, was that you?

23        MS. MIRELL:  We can throw it on the ELMO too possibly,

24   but we will need video for this witness.

25        She's magic.
```

BY MS. MIRELL:

Q      Special Agent Glavey, I think I was in the middle of asking you what we are looking at here in the Exhibit 620.

A      The head of state notification.

Q      And who is this addressed to?  I know we have some redactions here, but generally who is this email being sent to?

A      The Capitol Police and House and Senate.

Q      The people you said who need to be informed of the security plan?

A      Yes.

Q      And do you recognize the name Lanelle Hawa?

A      I do.

Q      Who is that?

A      That was my liaison counterpart.

Q      So an agent who works inside the Capitol for Secret Service?

A      Correct.  Secret Service agent, yes.

Q      Let's go to page 2, which is the attachment to this email.

       Okay.  So starting here, according to the head of state --
first of all, when do you prepare these worksheets?

A      At least one day before.

Q      And for types of visits like this, for the January 6 certification?

A      Correct.  For a formal visit, correct.

Q      And according to this worksheet, who -- we see the names

1    Vice President Michael Pence, Mrs. Pence, and Charlotte Pence.

2    Is it your understanding that Mrs. Pence and Charlotte Pence

3    are also under the protection of Secret Service?

4    A    Yes.

5    Q    So they are considered protectees, fancy word?

6    A    Correct.  Protectees, yes.

7    Q    And if we look down where it says -- I am going to try to

8    use -- unfortunately your screen doesn't have the touch

9    capacity, but mine does.

10         So we saw the name Lani Hawa.  That was the person who

11   sent the email who you indicated was the liaison.

12         USS as a VPD lead agent.  First of all, what does VPD

13   stand for?

14   A    Vice President detail.

15   Q    That was you that day, correct?

16   A    Correct.

17             MS. MIRELL:  If we can zoom in now on the itinerary.

18   BY MS. MIRELL:

19   Q    So according to this itinerary, what time was the Vice

20   President and his wife and daughter supposed to arrive at the

21   Capitol?

22   A    12:30 p.m.

23   Q    Where it says, via MC to Senate carriage, first of all,

24   what does MC mean?

25   A    Motorcade.

1   Q    They were supposed to arrive at the Senate carriage door?

2   A    Correct.

3   Q    Is that on the east side of the Capitol?

4   A    Yes.

5   Q    And then from there, it looks like the Vice President was

6   destined for an office presumably, correct?

7   A    Correct.

8   Q    And can you just describe where he was supposed to go

9   after S-214.

10  A    To the House Chamber.

11  Q    Why was that?

12  A    To certify the vote.

13  Q    And we see a departure time for the House Chamber at 12:45

14  and arrival time at 12:55, but then we see a bump of TBDs here

15  going back and forth from the House and Senate.  What is your

16  understanding of why that was to be determined?

17  A    It was to be determined because we did not know how long

18  the certification would take place due to objections.

19  Q    So it was your understanding that day that there would be

20  objections?

21  A    Correct.

22  Q    And that would require the Vice President to leave the

23  House Chamber and go to the Senate?

24  A    Yes.

25  Q    And go back to the House presumably?

1    A     Yes.

2    Q     And you couldn't predict what time that would be?

3    A     Correct.

4    Q     Fair to say, looking at this itinerary, the Vice President

5    and other protectees that day were only supposed to be in

6    S-214, the House floor, or the Senate Chamber, correct?

7    A     Correct.

8          MS. MIRELL:  We can take that down.  I'm sorry,

9    actually one more thing.  If we can pull up the red asterisks

10   at the bottom here.

11   BY MS. MIRELL:

12   Q     It says, please anticipate multiple movements by the Vice

13   President between the House Chamber, S-214, and the Senate

14   Chamber prior to departure.  What is your understanding of the

15   significance of that asterisk there?

16   A     It just verified that we would have several movements

17   throughout the Capitol.

18   Q     Okay.  So I want to direct your attention now to the day's

19   events of January 6.  When did you begin your workday?

20   A     Around 8:00, 8:30.

21   Q     And where did you go first?

22   A     I went to the Vice President's residence first.

23   Q     Then where did you go?

24   A     Then I went to the Capitol.

25   Q     Do you remember what time you got to the Capitol?

1    A    Somewhere around 10:00 maybe.

2    Q    Okay.  What did you do when you first got to the Capitol?

3    A    I met with Lanelle Hawa.

4    Q    The liaison division?

5    A    Correct.

6    Q    And in those meetings, did you discuss any sort of

7    emergency plan for the Vice President, for example?

8    A    Yes, we did.

9    Q    What is that plan called generally?

10   A    Emergency action.

11   Q    Okay.  And what's the purpose of an emergency action plan?

12   A    It was just to make myself aware of where we would go in

13   the event of an emergency since it wasn't the building that I

14   work in every day so just to familiarize myself of where I

15   would need to go.

16   Q    Understood.

17        What time did the Vice President arrive at the Capitol on

18   January 6?

19   A    A little after 12:00.

20   Q    Did you meet him when he arrived?

21   A    I did.

22   Q    Where did he arrive?

23   A    The Senate carriage entrance.

24   Q    When he arrived, did you also meet with the other agents

25   who arrived with him?

```
1    A    I did.  When the agents arrived, I distributed the visiter
2    passes to the individuals that would go inside the Capitol.
3    Q    Why did you have to distribute visiter passes?
4    A    Because we are required to wear access badges when we go
5    inside to identify who we are.
6    Q    Got it.
7         And after entering the Capitol, where did the Vice
8    President go first?
9    A    To his office.
10   Q    That's his ceremonial office near the Senate Chamber?
11   A    Yes.
12   Q    Did you accompany the Vice President there?
13   A    Yes, to the region, not in --
14   Q    Not --
15   A    -- his office.
16   Q    Got it.
17        And where did the Vice President go next after his office?
18   A    He proceeded to the House Chamber.
19   Q    From the Senate?
20   A    Correct.
21   Q    And did you accompany the Vice President to the House
22   Chamber?
23   A    Yes.
24   Q    At some point, did the proceedings in the House adjourn?
25   A    They did.
```

```
 1   Q     And that was to take up an objection?

 2   A     Yes.

 3   Q     And, presumably, then the Vice President had to return to

 4   the Senate Chamber to preside over the objection, right?

 5   A     Correct.

 6   Q     And the Vice President's office is all the way on the

 7   other side of the building at that point, right?

 8   A     Yes.

 9   Q     Did you accompany him?

10   A     I did.  I was outside the chamber.

11   Q     And you accompanied him from the House to the Senate side?

12   A     Yes.

13   Q     Once you had accompanied the Vice President to the Senate

14   side of the building, what did you start hearing?

15   A     I could hear the crowds outside, and then I walked over to

16   the windows and I saw crowds outside.

17   Q     So you first heard the crowds, then you walked,

18   presumably, around the Senate Chamber towards a window that you

19   could see the crowd.  Do you remember if you were facing west

20   or east?

21   A     I do not remember.

22   Q     Okay.  And could you see the crowds coming onto the

23   Capitol grounds?

24   A     Yes.

25   Q     What did you do at that point?
```

1    A    At that point the one supervisor asked me to walk the

2    route for our relocation area.

3    Q    What do you mean by walk the route?

4    A    I had to walk the route to familiarize myself, make sure I

5    knew where to take us as well as it was an opportunity to

6    ensure that the route was clear of any individuals.

7    Q    So this was the emergency evacuation route?

8    A    Correct.

9    Q    As you were checking this evacuation route to ensure that

10    it was clear, did you hear anything?

11    A    No, not on the way down.  On the way back.

12    Q    What did you hear on the way back?

13    A    When I was coming back from walking the route, when I was

14    coming up to the first floor, I heard the glass smash, and then

15    I heard the public entering the building.

16    Q    Did you hear shouting?

17    A    Yes, yelling.

18    Q    Could you tell what they were saying?

19    A    No, ma'am.

20    Q    Okay.  Once you heard that glass shattering and people

21    entering the building, the people you had seen outside, what

22    did you do next?

23    A    I proceeded to the stairwell, and at that point I ran into

24    one of the supervisors working and I started relaying what I

25    was seeing on the first floor.

```
 1   Q     Understood.  So you said you proceeded to a stairwell.

 2   And so I am going to ask if you can maybe help orient us to

 3   which stairwell you are referring to.

 4   A     Sure.

 5   Q     So I have pulled up Exhibit 606 here.

 6         MS. MIRELL:  If we can zoom in on the south side, the

 7   right side of the frame.

 8   BY MS. MIRELL:

 9   Q     So fair to say that the ceremonial office is somewhere

10   around here (indicating)?

11   A     Yes.

12   Q     And do you see a staircase near that office?

13   A     Yes, right in front of it.

14   Q     Is this the staircase you are referring to?

15   A     Yes, ma'am.

16   Q     Okay.  And you were standing at the bottom of that

17   staircase?

18   A     Yes.

19   Q     Okay.  So if we can pull up Exhibit 605.  And I will clear

20   this just so we can see exactly where you were.

21         To be clear, were you on the first floor?

22   A     Yes.

23         MS. MIRELL:  Okay.  So if we can zoom in on that same

24   north side.

25
```

BY MS. MIRELL:

Q    All right.  Is this the same staircase that we indicated above?

A    Yes.

Q    Okay.  So fair to say that you were standing somewhere around here (indicating)?

A    Yes.  The majority of my time was spent right at the bottom of those stairs.

Q    And what were you doing from the bottom of those stairs again?

A    I was communicating to the supervisor what I was seeing as far as when public was coming in and when it was clear of public.

Q    And were you making any radio calls that day?

A    I did.  Some was on the radio.  Some was just speaking to the supervisor directly.

Q    And was the supervisor directly up the staircase?

A    Yes.

Q    So you could talk through the stairwell, for example?

A    He was on the landing, so I could talk to him directly.

Q    Okay.

A    And then if he proceeded up the stairs, I talked on the radio.

Q    To be fair, you were communicating what you were seeing and whether it was safe to evacuate the Vice President?

```
1    A    Yes.

2    Q    Okay.  Prior to your testimony today, have you had an

3    opportunity to review a video that contains some radio

4    transmissions from January 6?

5    A    Yes.

6    Q    And have you confirmed that the female voice that we hear

7    in that video -- do you know who it belongs to?

8    A    Yes.

9    Q    Whose voice is it?

10   A    It's my voice.

11   Q    Okay.  And you stated that you were standing at the bottom

12   of the staircase.  So this video that you have reviewed, it

13   contains imagery and video of rioters that day, correct?

14   A    Correct.

15   Q    So you wouldn't have seen the rioters from your vantage

16   point or what they were engaged in in that video?

17   A    No.

18   Q    You can only speak to that those were your actual radio

19   transmissions, correct?

20   A    Correct.

21        MS. MIRELL:  At this time I would like to admit

22   Exhibit 528 and permission to publish.

23        THE COURT:  All right.  Without objection, it will be

24   admitted and permission to publish.

25        (Government's 528 received in evidence.)
```

 1              MS. MIRELL:  We are going to play this video in its

 2   entirety.

 3              (The videotape was played.)

 4   BY MS. MIRELL:

 5   Q    Immediately after this point, Special Agent Glavey, what

 6   did Secret Service do as we see the door open here?

 7   A    We relocated the Vice President and his family.

 8              MS. MIRELL:  I would like to pull up Exhibit 222.

 9   Move to admit and permission to publish?

10              THE COURT:  It's already admitted.

11              MS. MIRELL:  Perfect.

12              If we can play the first few seconds of the video here

13   and pause at 13, please.

14              (The videotape was played.)

15              MS. MIRELL:  We can pause right there.

16   BY MS. MIRELL:

17   Q    Do you recognize anyone at the 13 second timestamp?

18   A    Yes.

19   Q    Who do you recognize?

20   A    I recognize all of them, but the Vice President, Michael

21   Pence, is the individual with the white hair.

22   Q    I will circle him for you.  And who's directly in front of

23   Vice President Pence?

24   A    His daughter, Charlotte Pence.

25   Q    Who is directly in front of Charlotte?

185

1    A    The Second Lady, Karen Pence.

2    Q    That's Vice President Pence's wife?

3    A    Correct.

4    Q    They were all protectees that day?

5    A    Yes, ma'am.

6    Q    So you would have been standing just at the bottom of the

7    stairs that they were headed down, correct?

8    A    Correct.

9    Q    So eventually you meet Vice President Pence, his wife, and

10   his daughter at the bottom of the stairs, correct?

11   A    Yes.

12   Q    Where did the Vice President go next?

13   A    To a previously determined location.

14   Q    And was that previously determined secure location, was it

15   inside the Capitol?

16   A    Yes, it was.

17   Q    Did you accompany him there?

18   A    I did.

19   Q    Is it fair to say that it was not part of Secret Service's

20   planned itinerary to have to escort the Vice President outside

21   his Senate office to a secure location amidst rioters?

22   A    Correct.

23   Q    About how long did the VP stay at the Capitol or did the

24   Vice President stay at the Capitol -- or stay in the secure

25   location?  I'm sorry.

```
 1   A     A couple hours.

 2   Q     Did you stay with him?

 3   A     I did.

 4   Q     At some point did the Vice President return to the Senate

 5   Chamber?

 6   A     Yes.

 7   Q     Did he ultimately return to the House Chamber to preside

 8   over the certification?

 9   A     Yes, he did.

10   Q     Do you recall what time it was that the Vice President

11   went back to the Senate Chamber?

12   A     I would say maybe 8:00-ish.

13   Q     Okay.  And at that point, had the Secret Service brought

14   in more agents in order to actually ensure the Vice President's

15   safety, or had they brought in more agents?

16   A     Yes.

17   Q     And what was the purpose of bringing in more agents?

18   A     For the extra security.

19   Q     Do you recall what time the Vice President actually left

20   the Capitol -- first of all, did he leave the Capitol on

21   January 6 after he arrived?

22   A     Well, it was the 7th at that point.

23   Q     So he stayed at the Capitol from basically 12-ish onward

24   all the way through the 7th, is that right?

25   A     Yes.
```

1   Q    Do you know what time he left on the 7th?

2   A    Between 3:00, 4:00 in the morning.

3   Q    Okay.  So just to be clear, about 12-ish to, at least on

4   January 6, to 3:00 or 4:00 on January 7, the Vice President

5   never left the U.S. Capitol Building, correct?

6   A    Correct.

7   Q    Now, you have been with Secret Service, you said, for

8   about 13 years.  And as of January 6, you had been on the

9   detail, the Vice President's detail, for about three years, is

10  that right?

11  A    Yes.

12  Q    So in your 13 years of experience, can you recall any

13  incident in which one of your protectees came this close to

14  danger?

15  A    No.

16         MS. MIRELL:  No further questions.

17         THE COURT:  Any cross-examination for this witness?

18         MR. DAVIS:  No, Your Honor.  Thank you.

19         THE COURT:  All right.  You may step down.  Thank you

20  very much for your testimony.

21         THE WITNESS:  Thank you.

22         THE COURT:  The government may call its next witness.

23         MS. MIRELL:  The government calls Metropolitan Police

24  Department officer Paul Weiss.

25                        PAUL WEISS

1    Having been first duly sworn on oath, was examined and

2    testified as follows:

3                      DIRECT EXAMINATION

4    BY MS. MIRELL:

5    Q    You can take your mask off if you are comfortable.

6    A    Okay.

7    Q    Good afternoon.

8    A    Good afternoon.

9    Q    Please tell the jury who you are and where you work.

10   A    I am Officer Paul Weiss.  I work with the Metropolitan

11   Police Department in our Professional Development Bureau.

12   Q    How long have you worked as a Metropolitan Police

13   Department officer?

14   A    About four and a half years.

15   Q    And what's your current assignment?

16   A    I am an academy instructor at our police academy.

17   Q    What do you instruct on?

18   A    I teach everything from report writing, basic

19   investigative skills, traffic law, D.C. code, all over.

20   Q    So you are an MPD officer on January 6, 2021?

21   A    I was, yes.

22   Q    What was your assignment on January 6?

23   A    I was on a civil disturbant deployment.

24   Q    And is that abbreviated as CDU?

25   A    Yes, CDU.

1   Q    And what is the purpose of a CDU?  What's the mission of a

2   CDU?

3   A    CDU is activated when there is First Amendment

4   demonstrations taking place.

5   Q    How long had you been with that CDU unit as of January 6?

6   A    CDU-61, I was with them for almost three years.

7   Q    So fair to say that as a member of MPD's CDU unit, you had

8   seen a fair number of First Amendment demonstrations prior to

9   January 6?

10  A    Yes.

11  Q    More than 20?

12  A    Yes.

13  Q    Okay.  So when did you start your day on January 6?

14  A    Where?

15  Q    When?

16  A    When.  It was around about 7:00, 8:00 in the morning.

17  Q    Where did you start it?

18  A    I was protecting a hotel.

19  Q    Why were you protecting a hotel?

20  A    This particular hotel had closed down an operation for

21  January 6 due to the possible protesting and violence that

22  could occur.

23  Q    So the hotel refused to host people?

24  A    Yes.

25  Q    Okay.  And what happened as a result of the hotel closing

1    down?  Why did they need an officer presence outside?

2    A    Because they were receiving threats.

3    Q    And at some point that day, were you called to respond to

4    the Capitol?

5    A    Yes.

6    Q    Do you recall about what time that was?

7    A    I do not.

8    Q    Okay.  What were you told in that call?

9    A    I remember I was sitting in my police car and our sergeant

10   came up to the police car and said, are you listening on the

11   radio.  And I turned on my radio, and it was officers on the

12   radio saying that they needed additional units, all police

13   officers at the Capitol, because there was not enough of them

14   and there was some sort of commotion going on.

15   Q    And so that's what you responded to?

16   A    Uh-huh, yes.

17   Q    How did you get from the hotel to the Capitol?

18   A    I ran.

19   Q    About how far was that?

20   A    Almost two miles.

21   Q    And what type of gear were you wearing that day?

22   A    I was wearing my full police uniform as well as my civil

23   disturbance gear.

24   Q    What does your civil disturbance gear have?

25   A    I was wearing a gas mask, ballistics helmet, ballistics

1   Bulletproof vest, I had a riot baton, gloves.

2   Q    And your gun presumably?

3   A    My gun, my --

4   Q    Okay.

5   A    -- issued gun.

6   Q    Do you remember what time you would have arrived at the

7   Capitol?

8   A    Around 2:00, 1:30, 2:00.

9   Q    And what did you see when you first got to the Capitol?

10  A    As I was approaching the Capitol, I remember seeing a very

11  large crowd running towards the Capitol along with police

12  officers, and I remember tons of traffic and kind of just

13  commotion, not really sure what was going on yet because I

14  couldn't really see.  But I could hear that there was commotion

15  and people getting closer towards the Capitol.

16  Q    As you got closer to the Capitol, could you hear anything

17  in particular?

18  A    Yes.  As I got closer to the Capitol, I started to hear on

19  my police radio that they needed additional units inside the

20  Capitol because there were people coming into the Capitol.

21  Q    Okay.  And could you smell anything as you were getting

22  closer to the Capitol?

23  A    Oh, yes.

24  Q    What could you smell?

25  A    There was a lot pepper spray.

1    Q    Uh-huh.

2    A    I remember smelling pepper spray.

3    Q    Even through your mask?

4    A    Yeah.

5    Q    Okay.  And I just want to take a step back here.  As a

6    member of MPD, do you regularly patrol Capitol grounds?

7    A    No.  I spent my career in the Southeast District.

8    Q    Had you ever been to the Capitol prior to January 6?

9    A    That was my first time.

10   Q    Is it fair to say you were not familiar with the Capitol

11   grounds or the building?

12   A    No, ma'am.

13   Q    Do you remember where you went when you first got to the

14   Capitol?

15   A    Yes.  I went outside --

16   Q    Actually.  Let me put up a map and see if this helps

17   orient us.

18        MS. MIRELL:  Let's put up Exhibit 603.

19   BY MS. MIRELL:

20   Q    Are you seeing that on your screen, Officer Weiss?

21   A    Yes.

22   Q    Unfortunately your touch doesn't work, but mine does, so

23   if you could narrate to me kind of where you started.

24   A    Where I started?

25   Q    Yes.

1   A    If you see on the left-hand side the ramp sidewalk.

2   Q    This (indicting)?

3   A    Yes.

4   Q    Okay.

5   A    So right at that was a wall.

6   Q    Here?

7   A    Yes.  There was a barrier there that was keeping foot

8   traffic from going up that ramp.  So I had -- I was pulled over

9   the wall.

10  Q    Okay.

11  A    Like lunged over by other police officers so we could get

12  over the barrier.

13  Q    Where did you go next?

14  A    Once I got lunged over the wall, I then ran east -- west,

15  yeah.

16  Q    West?

17  A    West, and then made a left and went all the way down to

18  where those stairs are, right at that door.

19  Q    Like towards the top of the inauguration --

20  A    Yeah, right where the scaffolding was.

21  Q    Does that accurately reflect your path?

22  A    Yes.

23  Q    And once you got to that point, what did you do?

24  A    At that point we were put into different teams.

25  Q    And what was your team responsible for?

1    A     I was on the clearing team.

2    Q     What was the job of the clearing team?

3    A     The clearing team was responsible for going inside of the

4    Capitol and removing anyone who was not supposed to be inside.

5    Q     Got it.

6          And so presumably then you entered the Capitol Building?

7    A     Yes.

8    Q     And what did you do first?

9    A     As I was entering, I was immediately introduced with one

10   of my fellow partners that I patrolled with, actually, Josh,

11   who had been doused with bear pepper spray.  So as I was coming

12   in, officers were carrying him out.  And they just threw him to

13   me, so I was never able to make it in.  At that time I brought

14   him outside.

15   Q     What did you do with him outside?

16   A     I poured water on him.

17   Q     And do you remember about how long you stayed with him?

18   A     At least three minutes, two or three minutes.

19   Q     And so eventually you leave your friend Josh outside

20   presumably?

21   A     Yes.

22   Q     And to recover from being pepper-sprayed?

23   A     Yes.

24   Q     And then where did you go?

25   A     I went back inside.

195

1    Q    And what happened when you went back inside?

2    A    I was with a teammate, and we start preparing to clear

3    rooms.  But when we got inside, it was like a bar fight.  It

4    was just -- I like couldn't -- it was just commotion, fighting.

5    Q    So let me orient us.  So you went inside.  Did you go up

6    some stairs?

7    A    Yes, sorry, I went upstairs.

8    Q    So you walk in this entrance that we see here, you go up

9    some stairs?

10   A    Yes.

11   Q    And what you are describing as a bar fight is which room?

12   A    The Rotunda.

13   Q    Okay.  And your job was to clear that Rotunda?

14   A    Yes.

15   Q    Why did you describe it as a bar fight?

16   A    Because it looked like a bar fight.  It was just people

17   fighting and screaming and arguing and yelling and police --

18   people fighting the police, and there was no control.

19   Q    Yeah.  And what did it smell like?

20   A    It was doused in pepper spray.

21   Q    What was going through your head as you walked into the

22   Rotunda?

23   A    What is going on.  Am I going to be -- like, I thought, am

24   I going to live, is there a bomb.

25   Q    Got it.  Do you remember how long you spent inside that

1    Rotunda that day?

2    A     I was in the Rotunda for about an hour.

3    Q     And was it just MPD officers inside the Rotunda or were

4    there other types of officers?

5    A     There were other types of officers.

6    Q     And do you remember what agencies those officers were

7    from?

8    A     Capitol Police, Secret Service police, Virginia, I

9    remember seeing Montgomery County police, hundreds.

10   Q     A lot from a lot of different agencies?

11   A     Yes.

12   Q     What was law enforcement's plan for the Rotunda as you

13   understood it?

14   A     It was to remove everybody from the Rotunda.

15   Q     And how were they going to get them out?

16   A     We were going to put them -- we were going to remove them

17   using the opposite side of the door.

18   Q     So you entered here through the west side, and your goal

19   was to push them to the opposite side?

20   A     Uh-huh.

21   Q     To the east door?

22   A     Yes.

23   Q     And to funnel them all through that east door?

24   A     Yes.

25   Q     Okay.  Now, as you were trying to get these rioters out,

```
 1    were they complying with your commands?

 2    A     No.

 3    Q     Were they pushing back?

 4    A     Yes.

 5    Q     Were they fighting you?

 6    A     Yes.

 7    Q     Did you sustain any injuries while you were trying to

 8    clear rioters from the Rotunda?

 9    A     Yes.

10    Q     Can you describe what injury you sustained?

11    A     My right hip was injured that day.

12    Q     Hip you said?

13    A     My right hip.

14    Q     How was your right hip injured?

15    A     I was pinned up against the corner of a statue.

16    Q     How long did it take to recover from that injury?

17    A     Almost six weeks.

18    Q     Did police eventually succeed in clearing rioters from the

19    Rotunda?

20    A     Yes.

21    Q     Was there a lot of back and forth before that happened?

22    A     Yes.

23    Q     Okay.  So before your testimony today, you had an

24    opportunity to review some of the Capitol Police surveillance

25    footage from inside the Capitol that depicts what was happening
```

```
 1   in and near the Rotunda that day?

 2   A    Yes.

 3   Q    And I am going to pull up Exhibit 551 first.  Have you

 4   also had the opportunity to review some open source footage or

 5   footage from the internet that shows what was happening near

 6   the east Rotunda doors that day?

 7   A    Yes.

 8            MS. MIRELL:  Okay.  So I want to play the first

 9   five --

10            Move to admit Exhibit 551 and permission to publish.

11            THE COURTROOM DEPUTY:  It's already in.

12            MS. MIRELL:  Already in?  Great.

13            I would like to play the first five seconds of this

14   exhibit.

15            (The videotape was played.)

16   BY MS. MIRELL:

17   Q    So it sounds like there are some alarms blaring in this

18   video.  Do you recognize that sound?

19   A    Yes.

20   Q    Did you hear that sound on January 6?

21   A    Yes.

22   Q    And do you know where that alarm is coming from?

23   A    No.

24   Q    Can you describe for the jury where you would have been at

25   this point in time, generally speaking?
```

```
 1   A    Yes.  I was inside the Rotunda.

 2   Q    And so do you recognize this doorframe I just outlined?

 3   A    Yes.

 4   Q    Where does that door lead to?

 5   A    The Rotunda.

 6   Q    And you are inside that doorway?

 7   A    Yes.

 8        MS. MIRELL:  Let's continue playing until 30 seconds.

 9        (The videotape was played.)

10   BY MS. MIRELL:

11   Q    Okay.  So let's stop at the 30-second time mark.  Do you

12   see an officer in this blue jacket?

13   A    Yes.

14   Q    Do you know what agency he's with?

15   A    Capitol Police.

16   Q    How do you know that?

17   A    Because of his patch.

18   Q    And aside from, I guess, a bike helmet, does he appear to

19   be wearing any type of protective gear?

20   A    Nope.

21        MS. MIRELL:  Let's continue playing until the 1:11

22   time mark here.

23        (The videotape was played.)

24   BY MS. MIRELL:

25   Q    Do you see an individual in a black beanie on your screen?
```

```
 1  A    Yes.

 2  Q    Do you recognize that individual?

 3  A    Yes.

 4  Q    How do you recognize him?

 5  A    The black beanie.

 6  Q    Did you see him that day?

 7  A    Oh, yes.

 8  Q    Where did you see him?

 9  A    In the Rotunda.

10  Q    We will get back to him later, but I suppose for now we

11  will just call him the black beanie guy.

12  A    Okay.

13          MS. MIRELL:  If we can continue playing for about 30

14  more seconds.

15          (The videotape was played.)

16  BY MS. MIRELL:

17  Q    At this point the police closed the door, and it looks

18  like they could be trapping some people inside.  Was this part

19  of a plan, to your knowledge, to keep these doors shut?

20  A    Yes.

21  Q    What was the plan?

22  A    The plan right now was to get people that were inside --

23  we were thinking about doing an arrest.

24  Q    So you wanted -- you wanted to seal off the doors here?

25  A    Yes.
```

```
 1    Q     And keep whoever was inside inside?

 2    A     Yes.

 3    Q     And your thought was maybe we arrest all of them?

 4    A     Yes.  There was thought that we would create an arrest.

 5    Q     The purpose of closing these doors was just to contain --

 6    A     Yes.

 7    Q     To limit the number of people inside?

 8    A     Yes.

 9          MS. MIRELL:  If we could continue playing another

10    minute of this exhibit, please.

11          (The videotape was played.)

12    BY MS. MIRELL:

13    Q     Okay.  We stopped at 2:27.  Did you see the man in the

14    black beanie at the end banging on the window?

15    A     Yes.

16    Q     Could you hear what he was saying or chanting?

17    A     No.

18          MS. MIRELL:  If we could scroll back about five

19    seconds, maybe if we turn up the volume a little bit.

20          (The videotape was played.)

21    BY MS. MIRELL:

22    Q     Okay.  Could you hear what he was saying?

23    A     Open the door.

24          MS. MIRELL:  Okay.  Let's play this exhibit till the

25    end.
```

```
 1              (The videotape was played.)
 2   BY MS. MIRELL:
 3   Q    Officer Weiss, is it fair to say that officers were not
 4   able to keep those doors closed?
 5   A    Yes.
 6   Q    And that they were not able to actually stem the tide of
 7   rioters at that point, right?
 8   A    Yes.
 9   Q    So you have mentioned that you had also reviewed some
10   Capitol Police surveilled footage from that day, correct?
11   A    Yes.
12        MS. MIRELL:  I would like to pull up Exhibit 214 if we
13   could start actually at the two-minute time mark here.
14   BY MS. MIRELL:
15   Q    Can you explain to the jury kind of what angle we are
16   looking at here?
17   A    Yeah.  So we are looking at a camera that is pointing down
18   over -- so the Rotunda would be behind the camera.
19   Q    Okay.  So you would be down in here?
20   A    Correct.
21   Q    Okay.  And this is -- this area here, is that the door we
22   were just looking at in Exhibit 551?
23   A    Yes.
24   Q    Just looking at it from the other angle, right?
25   A    Yes.
```

```
 1   Q    Okay.  And do you recognize one more thing, this person?

 2   A    Yes.

 3   Q    Is that the officer in the blue jacket that we pointed

 4   out?

 5   A    Yes.

 6             MS. MIRELL:  Okay.  If we could play about 20 seconds

 7   of this.

 8             (The videotape was played.)

 9             MS. MIRELL:  We can play till 3:08.

10             (The videotape was played.)

11             MS. MIRELL:  All right.  Can we stop here, actually.

12   BY MS. MIRELL:

13   Q    Looking at this window, do you recognize anyone in that

14   window?

15   A    Yes.

16   Q    Is that the man in the black beanie?

17   A    Yes.

18   Q    All right.  We can continue playing.

19             (The videotape was played.)

20             MS. MIRELL:  We can continue playing until 3:28.

21             (The videotape was played.)

22   BY MS. MIRELL:

23   Q    If you look closely at this window, do you see what the

24   man in the black beanie is holding in his hands?

25   A    No.
```

1              MS. MIRELL:  Okay.  If we continue playing maybe for a

2    few more seconds.

3    BY MS. MIRELL:

4    Q    Can you see now?

5    A    Yes.

6    Q    What is that?

7    A    A cell phone.

8              MS. MIRELL:  So let's play it for about 30 more

9    seconds.

10             (The videotape was played.)

11   BY MS. MIRELL:

12   Q    What's happened at this point?

13   A    The door was breached.

14   Q    By one of the rioters?

15   A    Yes.

16             MS. MIRELL:  Let's play for another 12 seconds.

17             (The videotape was played.)

18   BY MS. MIRELL:

19   Q    Do you see the man in the black beanie?

20   A    Yes.

21   Q    Can you generally tell me where he is?

22   A    To the right hand of the doorframe.

23   Q    Is that him (indicating)?

24   A    Yes.

25             MS. MIRELL:  If we could skip ahead about six minutes

1    to the 10:06 time stamp.

2             Excellent.

3    BY MS. MIRELL:

4    Q    Do you see the man in the black beanie here?

5    A    Yes.

6    Q    And where is he now?

7    A    To the right standing behind that Capitol Police officer.

8    Q    Right here (indicating)?

9    A    Yes.

10   Q    And looking at the bottom of the screen, it's a little

11   obscured by the time bar.

12           Oh, great.  Can you see what's happening down here

13   (indicating)?

14   A    Yes.

15   Q    What's happening?

16   A    It looks like this man has been pepper-sprayed.

17   Q    This man has been pepper-sprayed?

18   A    Yeah.

19   Q    And they are trying to treat him?

20   A    They are trying to help him.

21   Q    And your experience was there was lots of pepper spray in

22   and near the Rotunda?

23   A    A lot.

24           MS. MIRELL:  So let's play until 10:22.

25           (The videotape was played.)

BY MS. MIRELL:

Q    If you can try and follow the man in the black beanie, at this point is the man in the black beanie moving forward through the crowd?

A    Yes.

Q    And can you just generally tell me which side of the screen he's on?

A    He's on the right-hand side by the guy wearing a red hat.

Q    Like that (indicting)?

A    Yes.

Q    All right.  Have you reviewed additional surveillance footage that shows this breach we have been discussing from another angle?

A    Yes.

        MS. MIRELL:  Pull up Exhibit 215.2.  And I just want to play the first five seconds.

        (The videotape was played.)

BY MS. MIRELL:

Q    So here we are.  Officer Weiss, is this surveillance footage that you reviewed but just sped up?

A    Yes.

Q    And can you briefly describe for the jury the angle that we are looking at here?

A    Yes.  We are now looking at the opposite angle.

Q    Okay.  So now the Rotunda is ahead of us here?

1    A     Yes.

2    Q     And you are in here somewhere?

3    A     Yes.

4    Q     Got it.  And behind us here, that's the door that's been

5    breached?

6    A     Yes.

7    Q     Got it.

8            MS. MIRELL:  All right.  So let's play until the 40

9    second time mark.

10           (The videotape was played.)

11           MS. MIRELL:  If we pause here.

12   BY MS. MIRELL:

13   Q     Do you recognize the individual in the green circle?

14   A     Yes.

15   Q     Who is that?

16   A     The man in the black beanie.

17   Q     All right.  And what's going on inside the Rotunda here at

18   this point, same bar fight?

19   A     Same fight.

20   Q     So let's follow this green circle for a little bit.

21           MS. MIRELL:  And if we could keep playing until 1:26.

22           (The videotape was played.)

23   BY MS. MIRELL:

24   Q     So we have just seen an influx of people coming in through

25   that door, right?

1    A    Yes.

2    Q    We saw generally through this time period people were

3    leaving the Rotunda?

4    A    Yes.

5    Q    So was your experience that day just a back and forth of

6    people being pushed out and coming back in?

7    A    Yes.

8         MS. MIRELL:  All right.  Let's play until 1:53.

9         (The videotape was played.)

10   BY MS. MIRELL:

11   Q    So do you see the green circle highlighting the man in the

12   black beanie here?

13   A    Yes.

14   Q    At this point, do you recall what the demeanor of the

15   crowds would have been around 3:23 p.m.?

16   A    Aggressive.

17   Q    Okay.  And in order to get to that point right there in

18   the middle, would the defendant had to have pushed his way

19   through a crowd?

20   A    Yes.

21        MS. MIRELL:  Let's keep playing.

22        (The videotape was played.)

23   BY MS. MIRELL:

24   Q    So fair to say that in order to get to the threshold of

25   the Rotunda, the individual in the black beanie wouldn't have

1    just had to push through the crowd, but would have had to push

2    through these individuals right here, right?

3    A    Yes.

4    Q    And who do you recognize that to be?

5    A    Civil disturbance officers.

6         MS. MIRELL:  If we can continue playing.

7         (The videotape was played.)

8    BY MS. MIRELL:

9    Q    So it's about 3:24 on the time.  On the left-hand corner,

10   we see the door close.  Fair to say that the doors kind of

11   remained closed from that point on?

12   A    Yes.

13   Q    What is your understanding where the man in the black

14   beanie is at that point?

15   A    Inside the Rotunda.

16   Q    So he's managed to make his way from the bottom of the

17   screen through the door and inside the Rotunda?

18   A    Yes.

19   Q    And all of those officers there, to your knowledge, what

20   were they telling the rioters to do?

21   A    To exit the Capitol.

22   Q    And was to exit the Capitol into the Rotunda or to exit

23   outside the door at the bottom of the screen?

24   A    To exit at the door at the bottom of the screen.

25   Q    And can you describe if it was loud in the foyer here that

```
 1   we are looking at?
 2   A    Yes, it was loud.
 3   Q    And there were alarms blaring?
 4   A    Yes.
 5   Q    And there were police trying to kick the rioters out,
 6   right?
 7   A    Yes.
 8   Q    And prior to your testimony today have you had the
 9   opportunity to review any other videos that actually contained
10   audio of what was happening inside this foyer?
11   A    Yes.
12        MS. MIRELL:  Okay.  And at this time I am going to
13   move to admit Exhibit 554 and 555.  Permission to publish
14   Exhibit 555?
15        THE COURT:  554 and 555 shall be admitted and you may
16   publish them to the jury.
17        (Government's 554 and 555 received in evidence.)
18   BY MS. MIRELL:
19   Q    Before we start, prior to your testimony today, have you
20   had an opportunity to review this exhibit?
21   A    Yes.
22   Q    And the video that we are seeing on the left, is that the
23   same video that we just reviewed?
24   A    Yes.
25   Q    But in normal time, right?
```

```
 1   A    Yes.
 2   Q    And the video on the right, is that the video that
 3   contains audio that you just described of the foyer?
 4   A    Yes.
 5   Q    And as far as you are aware, these are matched up in terms
 6   of time, so what's occurring on the right-hand screen you can
 7   see occurring on the left-hand screen with the time stamp,
 8   correct?
 9   A    Yes.
10        MS. MIRELL:  If we could play the first minute of this
11   exhibit.
12        (The videotape was played.)
13   BY MS. MIRELL:
14   Q    Can you describe where you are at this point in the video?
15   A    Inside the Rotunda.
16   Q    And could you hear the alarms blaring and the rioters
17   shouting from where you were?
18   A    Yes.
19   Q    Could you hear them shouting, Fight for Trump?
20   A    Yes.
21   Q    And do you hear someone saying, I'm sorry, officer, I
22   don't hate you, officer?  Based on your experience that day,
23   why would a rioter be apologizing under these circumstances?
24   A    Because they were fighting us.
25   Q    And were they disobeying you?
```

```
 1   A     Yes.
 2              MS. MIRELL:  Okay.  Let's play for another 21 seconds
 3   here.
 4              (The videotape was played.)
 5              MS. MIRELL:  A little more.  Pause.  Back one frame.
 6              One more.  One more.  One more.  Okay.  I can't
 7   believe we got that.
 8              (The videotape was played.)
 9   BY MS. MIRELL:
10   Q     All right.  Do you recognize this individual here?
11   A     Yes.
12   Q     Who is that?
13   A     The man in the black beanie.
14              MS. MIRELL:  Okay.  Let return and play until 1:52.
15              (The videotape was played.)
16   BY MS. MIRELL:
17   Q     Could you hear what the rioters were shouting at that
18   point?
19   A     It's hard to tell.
20   Q     Did you hear them say, Wear them down?
21   A     Wear them down.
22   Q     Did you hear them say, Keep going?
23   A     Yes.
24   Q     At that point, how long had you been battling with
25   rioters?
```

1    A    Hours.

2    Q    And what about your fellow officers?

3    A    As well, hours.

4    Q    Presumably, no matter what amount of time it was, did it

5    feel a lot longer?

6    A    Yes.

7          MS. MIRELL:  So let's play this video until the 2:20

8    time mark.

9          (The videotape was played.)

10   BY MS. MIRELL:

11   Q    So at this point, you guys are closing the doors at least

12   as we see on the left side and you managed to keep those closed

13   at around 3:24?

14   A    Yes.

15   Q    I want to talk a little bit about your experience now

16   inside the Rotunda and specifically about the man in the black

17   beanie.

18          THE COURT:  Ms. Mirell, we have been going about an

19   hour and a half, so I want to give everyone a break here.  So

20   let's be in recess for ten minutes, and we will come back and

21   you can continue your examination.

22          (A recess was taken at 3:35 p.m.)

23          (The jury entered the courtroom at 3:51 p.m.)

24          THE COURTROOM DEPUTY:  We are back on the record in

25   Criminal Matter 21-6, United States of America versus Douglas

214

1    Austin Jensen.

2          THE COURT:  All right.  Ms. Mirell, you may proceed.

3    BY MS. MIRELL:

4    Q    All right.  Officer Weiss, I think when we broke, we were

5    about to start discussing your experience inside the Rotunda

6    and your interactions with the man in the black beanie.

7          So we know that officers managed to close the door around

8    3:24, is that correct?

9    A    Yes.

10   Q    And what happened at that point once the doors were

11   closed?

12   A    We were trying to get the people that were still inside

13   the Rotunda out a different exit.

14   Q    Okay.  Let's watch some footage of that.

15          MS. MIRELL:  If we could pull up Exhibit 218.

16          If we could scroll to 2:36.

17          The time on this is now 3:24 p.m.  And if we can just

18   play this for a few seconds.

19          (The videotape was played.)

20   BY MS. MIRELL:

21   Q    At this point, it looks like we are seeing kind of the

22   last bit of rioters entering the Rotunda, is that correct?

23   A    Yes.

24          MS. MIRELL:  And if we can forward to 4:35 on this

25   video, if we could play for a few seconds here.

BY MS. MIRELL:

Q     What's happening now?

A     We are now telling the protesters inside that they need to exit a different door.

Q     And that is the door south?

A     Yes.

Q     Okay.  Right here, the south?

A     Yes.

        MS. MIRELL:  All right.  And if we could scroll to about 6 minutes into this video.  If we could play just for a few seconds

        (The videotape was played.)

BY MS. MIRELL:

Q     So fair to say by about 3:28 p.m., officers had succeeded in clearing the Rotunda of rioters?

A     Yes.

        MS. MIRELL:  Okay.  If we could pull up Exhibit 217 now.  If we can scroll to 2:40 again.  If we could just play for a few seconds.

        (The videotape was played.)

BY MS. MIRELL:

Q     Okay.  Is this just another angle of what we see with the last bit of riots coming inside the Rotunda?

A     Yes.

Q     And this camera is facing north --

```
 1   A     Yes.

 2   Q     -- correct?

 3         MS. MIRELL:  Okay.  And if we could -- great -- jump

 4   to 4:45 and just play for a few seconds.

 5         (The videotape was played.)

 6   BY MS. MIRELL:

 7   Q     If we look at the bottom of the screen, the bottom

 8   right-hand side, is it fair to say that some rioters had their

 9   hands up as they were leaving the Rotunda?

10   A     Yes.

11   Q     Were they instructed to put their hands up?

12   A     Yes.

13         MS. MIRELL:  Okay.  And if we could go to 5:20 here.

14   If we could just start at 5 minutes in and play for about 20

15   seconds, 5:10.

16         (The videotape was played.)

17   BY MS. MIRELL:

18   Q     If we pause right here, if you look on the right-hand --

19   that's not a great place to pause, but if you look at the

20   right-hand side, do you recognize anyone?

21   A     Yes.

22   Q     Who do you recognize?

23   A     The man in the black beanie.

24   Q     Can you direct me to where you see him?

25   A     He's on the right-hand side, right in front of the
```

```
1    statue's head.

2    Q    Right here (indicating)?

3    A    Yes.

4         MS. MIRELL:  All right.  And if we can play until

5    5:20.

6         (The videotape was played.)

7         MS. MIRELL:  Actually, can we play a few more seconds,

8    just a few more.

9         (The videotape was played.)

10        MS. MIRELL:  Okay.  Pause

11   BY MS. MIRELL:

12   Q    Do you see yourself in this screen shot at 3:27:25?

13   A    Yes.

14   Q    Where are you?

15   A    I'm down here on the right-hand corner directly in front

16   of the individual in the army green.

17   Q    How can you tell that this is you?

18   A    I have a mourning band on my badge.

19   Q    I'm sorry, I didn't hear you.

20   A    A mourning band, a thin blue line band.

21   Q    Is that here?

22   A    No.

23   Q    I'm sorry.  This thing?

24   A    Yes.

25   Q    So let me clear that so everyone can see.
```

1      So your badge has a blue line on it?

2   A   Yes.

3   Q   And you called it a mourning badge?

4   A   It's a morning band, yes.

5   Q   For a fallen officer?

6   A   Yes.

7          MS. MIRELL:  If we can play -- go back to 5:20 and

8   just look closely at the left side of the black beanie man's

9   kind of body language.  So let's start at 5:20 and close around

10  5:22.

11         (The videotape was played.)

12  BY MS. MIRELL:

13  Q   Would you say that the defendant was resisting police

14  officers at that point?

15  A   Yes.

16  Q   So you previously told us that you personally interacted

17  with the man in the black inside the Rotunda, is that correct?

18  A   Yes.

19  Q   Were you wearing a body worn camera during this

20  interaction?

21  A   Yes.

22  Q   Can you describe to the jury what a body worn camera is

23  and where it sits.

24  A   Yes.  A body worn camera is a camera that is affixed to

25  the front of our chest that records audio and visual of

1    everything we do.

2    Q    And about what size is this camera?

3    A    About the size of a cell phone, a small cell phone.

4    Q    And before coming to testify today, have you had an

5    opportunity to review some of your body worn camera from

6    January 6?

7    A    Yes.

8    Q    Does it fairly and accurately depict what you saw and

9    experienced inside the Rotunda that day?

10   A    Yes.

11           MS. MIRELL:  Okay.  I would like to pull up

12   Exhibit 107.

13           Move to admit and permission to publish, Your Honor.

14           THE COURT:  It shall be admitted and permission to

15   publish.

16           MS. MIRELL:  Let's play the first five seconds.

17           (The videotape was played.)

18   BY MS. MIRELL:

19   Q    So did you hear rioters say, We've got people pushing us?

20   A    Yes.

21   Q    How did you respond?

22   A    That I understand that, but that we have people pushing us

23   too.

24           MS. MIRELL:  Okay.  Let's play for another 40 seconds.

25           (The videotape was played.)

```
 1   BY MS. MIRELL:
 2   Q    At this point it seems like you are kind of standing there
 3   quietly, and the police are not talking too much, right?
 4   A    Yes.
 5   Q    What's going on at this point?
 6   A    We are filing individuals out the --
 7   Q    Are you receiving any commands at this point?
 8   A    Sorry?
 9   Q    Are you receiving any instructions or commands at this
10   point?
11   A    Yes.
12   Q    How are you receiving those commands?
13   A    Via my earpiece.
14   Q    And so what's the point of using the earpiece in these
15   situations?
16   A    We use the earpieces so that the protesters cannot hear
17   the commands that the officials are giving us.
18   Q    What were the commands coming in through your earpiece
19   originally as you guys finally sealed the door?  What was your
20   original plan?
21   A    To make an arrest.
22   Q    And how were you going to arrest all these folks?
23   A    We were going to have them sit down.
24   Q    And did you have Flex Cuffs?
25   A    We didn't have enough.
```

```
 1   Q    And so did the plan change?

 2   A    Yes.

 3   Q    What did the new plan become?

 4   A    Remove them.

 5   Q    And that's where you see them filing out through that

 6   south door?

 7   A    Correct.

 8             MS. MIRELL:  Okay.  Let's play until 1:08.

 9             (The videotape was played.)

10   BY MS. MIRELL:

11   Q    At some point we hear you becoming a bit more audible,

12   right?

13   A    Yes.

14   Q    At that point had you gotten the command to start pushing

15   the rioters out of the Rotunda?

16   A    Yes.

17             MS. MIRELL:  Let's play until 1:20.

18             (The videotape was played.)

19   BY MS. MIRELL:

20   Q    Do you recognize this man in the black shirt and the black

21   beanie?

22   A    Yes.

23   Q    Black beanie man?

24   A    Yes.

25             MS. MIRELL:  Okay.  Let's play until 1:30.
```

1              (The videotape was played.)

2    BY MS. MIRELL:

3    Q    All right.  Is it fair to say the man in the black beanie

4    here is dragging his feet or not moving quickly?

5    A    Yes.

6    Q    And are you pushing him at this point?

7    A    Yes.

8    Q    And why are you pushing him?

9    A    Because he shoved me.

10   Q    And that's what we see when he backed into you?

11   A    Yes.

12   Q    Okay.  And so his shoulder makes contact with your chest?

13   A    Yes.

14        MS. MIRELL:  Okay.  Let's keep playing until 1:53.

15        (The videotape was played.)

16   BY MS. MIRELL:

17   Q    All right.  I mean, if we could scroll back just a little

18   bit, that man screaming, The Constitution, do you recognize

19   that to be the man in the black beanie?

20   A    Yes.

21   Q    And is that you pulling on his shirt and pushing him

22   outside?

23   A    Sorry?

24   Q    If we scroll back a few seconds, are you pulling on him

25   and pushing him outside is the question.

```
1    A    Yes.

2    Q    Okay.  And as you are doing this, as you are encountering

3    the man in the black beanie, are you shouting anything?

4    A    Yes.

5    Q    What are you shouting?

6    A    I'm saying, Let's go.  Let's go.

7    Q    And are your officers also shouting commands to leave?

8    A    Yes.

9              MS. MIRELL:  Let's play until the end here.

10             (The videotape was played.)

11   BY MS. MIRELL:

12   Q    So fair to say that the defendant -- I'm sorry, the man in

13   the black beanie, that he was one of the last people to leave

14   the Rotunda?

15   A    Yes.

16   Q    Okay.  So your body worn camera footage that we just

17   reviewed, we saw a couple other officers helping to escort this

18   individual outside the Rotunda.  Were those also MPD officers?

19   A    Yes.

20   Q    And to your knowledge, would those MPD officers have been

21   wearing body worn cameras as well?

22   A    Yes.

23   Q    Have you had an opportunity to review those other

24   officers' body worn camera footage from January 6?

25   A    Yes.
```

```
 1   Q    Do they fairly and accurately reflect your experience and
 2   what you saw inside the Rotunda on January 6?
 3   A    Yes.
 4            MS. MIRELL:  I move to admit and publish Exhibit 106.
 5            THE COURT:  That objection (sic) will be admitted and
 6   permission to publish.
 7            (Government's 106 received in evidence.)
 8            MS. MIRELL:  Can we play until the 22nd time mark.
 9            (The videotape was played.)
10   BY MS. MIRELL:
11   Q    Do you hear someone saying, We are not being physical with
12   you?
13   A    Yes.
14   Q    Did you recognize that voice?
15   A    Yes.
16   Q    Whose voice is that?
17   A    The man in the black beanie.
18            MS. MIRELL:  All right.  We can play for another five
19   seconds here.
20            (The videotape was played.)
21   BY MS. MIRELL:
22   Q    Can you hear someone say, He doesn't have a right to touch
23   me?
24   A    Yes.
25   Q    Whose voice is that?
```

```
 1   A    The man in the black beanie.

 2   Q    To your knowledge, that day, did the man in the black

 3   beanie have a right to be inside the Rotunda?

 4   A    He did not.

 5   Q    By that point, had the man in the black beanie been

 6   instructed to leave the Rotunda?

 7   A    Several times.

 8   Q    And for at least a couple minutes?

 9   A    Yes.

10        MS. MIRELL:  Okay.  Let's play until 31.

11        (The videotape was played.)

12   BY MS. MIRELL:

13   Q    Again, the voice of the person saying, You can't push me,

14   you can't do that, who's that?

15   A    It's the man in the black beanie.

16        MS. MIRELL:  Let's play another few seconds.

17        (The videotape was played.)

18   BY MS. MIRELL:

19   Q    And we heard someone say, The Constitution, is that right?

20   A    Yes.

21   Q    We also heard that on your body worn camera, correct?

22   A    Yes.

23        MS. MIRELL:  Okay.  And let's play until the 40-second

24   time mark.

25        (The videotape was played.)
```

```
1    BY MS. MIRELL:

2    Q    Did you hear someone scream, You guys aren't doing your

3    jobs properly?

4    A    Yes.

5    Q    Whose voice is that?

6    A    The man in the black beanie.

7    Q    What did you understand your job to be at that moment?

8    A    At that moment my job was to remove the individuals from

9    inside the Rotunda.

10   Q    What was the job of the law enforcement officer inside the

11   Capitol on January 6?

12   A    To remove the individuals from inside the Rotunda.

13   Q    And finally, did you review any other officers', MPD

14   officers', body worn camera who may have interacted with the

15   man in the black beanie?

16   A    Yes.

17         MS. MIRELL:  I would like to move to admit and

18   permission to publish Exhibit 104.

19         THE COURT:  Admitted and permission to publish.

20         (Government's 104 received in evidence.)

21         MS. MIRELL:  We can play the first ten seconds.

22         (The videotape was played.)

23   BY MS. MIRELL:

24   Q    Is that the man in the black beanie that we see in our

25   frame right now?
```

1  A     Yes.

2             MS. MIRELL:  Okay.  Let's keep going.

3             (The videotape was played.)

4  BY MS. MIRELL:

5  Q     Do you recognize yourself?

6  A     Yes.

7  Q     Which one are you here?

8  A     The officer with that little red tag.

9  Q     This person here?

10 A     Yes.

11 Q     How can you recognize yourself?

12 A     Because that's where -- that's my tourniquet.

13 Q     Can you read your nameplate?

14 A     Yes.

15 Q     And that's P.J. Weiss that we see on your name now?

16 A     Yes.

17            MS. MIRELL:  Let's play until about 25 seconds in.

18            (The videotape was played.)

19 BY MS. MIRELL:

20 Q     Is that the same voice of the man in the black beanie?

21 A     Yes.

22            MS. MIRELL:  And if we play five more seconds here.

23            (The videotape was played.)

24            MS. MIRELL:  Okay.  So we can take that exhibit down.

25

1   BY MS. MIRELL:

2   Q    Do you know whether the rioters that you helped push

3   outside of the Rotunda, if they were ultimately escorted out of

4   the building?

5   A    Yes.

6   Q    And were they escorted downstairs?

7   A    Yes.

8            MS. MIRELL:  I would like to pull up Exhibit 606 at

9   this point.

10           If we can zoom in to the Rotunda here a little bit.

11  BY MS. MIRELL:

12  Q    So we have been talking about the east side entrance here,

13  correct?

14  A    Yes.

15  Q    And you indicated that they enter -- or that you were

16  pushing them south here?

17  A    Yes.

18  Q    And so presumably they would have exited out of a door

19  around here is your understanding?

20  A    Yes.

21  Q    Okay.  On the east side?

22  A    Yes.

23           MS. MIRELL:  All right.  I would like to pull up

24  Exhibit 220.  I believe it's already been admitted.  If we can

25  start at 1:45, this video.

```
 1              (The videotape was played.)
 2    BY MS. MIRELL:
 3    Q    So do you recognize the individual in the black beanie
 4    here?
 5    A    Yes.
 6    Q    And can you describe where he is on the screen?
 7    A    He's behind the individual with the white shirt.
 8    Q    He's behind the individual in the white shirt?
 9    A    Yes.
10         MS. MIRELL:  Okay.  All right.  Let's play and pause
11    at 1:58.
12              (The videotape was played.)
13    BY MS. MIRELL:
14    Q    Is this fair to say that the man in the black beanie is
15    one of the last people -- first of all, are all of these law
16    enforcement officers?
17    A    Yes.
18    Q    So is it fair to say that the man in the black beanie up
19    here is one of the last people to leave those doors of the
20    Capitol?
21    A    Yes.
22    Q    Approximately what time does the man in the black beanie
23    leave?
24    A    3:29.
25         MS. MIRELL:  One moment, Your Honor.
```

1           Nothing further for this witness, Your Honor.

2           THE COURT:  All right.  Cross-examination.

3                      CROSS EXAMINATION

4    BY MR. DAVIS:

5    Q    Good afternoon, Officer Weiss.

6    A    Good afternoon, sir.

7    Q    We saw Mr. Jensen on the videos that you have identified

8    in court here today, correct?

9    A    Yes.

10   Q    And when he's outside the Rotunda, we saw him in a room

11   with a lot of men and he's talking to police officers at some

12   point.  Do you recall that?

13   A    Yes.

14   Q    Did a gunshot go off at any time while he's out in that

15   area?

16   A    Not that I am aware of.

17   Q    Did you hear a gunshot when you were in the Rotunda?

18   A    Not that I -- no.

19   Q    Now, when he's outside the Rotunda, he appears to be by

20   himself when he's talking to the officers, correct?

21   A    Yes.

22   Q    And when he works his way through the crowd, and I will

23   just say the green circle, he's not moving in concert with

24   anyone else; he's moving independent of everyone else, correct?

25   A    Yes.

1   Q    Now, while he's -- the green circle moving towards the

2   doors, you are inside the Rotunda, correct?

3   A    Yes.

4   Q    And that's where the bar fight was, correct?

5   A    Yes.

6   Q    And at some point, that was placed under control, the bar

7   fight?

8   A    Yes.

9   Q    By the time Mr. Jensen shows up on video inside the

10   Rotunda, it seems that everyone is being escorted out of the

11   building or being led out of the building.

12   A    Yes.

13   Q    And you indicated that people are pulling on shirts and

14   pushing people through, correct?

15   A    I'm sorry?  I don't understand the question.

16   Q    Did you indicate that people were grabbing people by their

17   shirts and pushing them forward?

18   A    Yes.

19   Q    Was Mr. Jensen pressed hard against his lower back by you

20   as he was exiting?

21   A    No.

22   Q    Do you know why he all of a sudden became very upset?

23   A    No.

24   Q    Did you see him the whole time as he was being escorted

25   out?  Did you have your eyes on him?

1   A      No.

2   Q      Did you know if he was hurt?

3   A      No.

4   Q      But you knew he was upset?

5   A      Yes.

6   Q      And he indicated to you, Not being physical with you, why

7   are you being physical with us, or something to that effect?

8   A      Yes.

9   Q      And after Mr. Jensen complained about being handled

10  physically, did he leave the facility?

11  A      Yes.

12  Q      And we saw that in the video as he walked out the doors?

13  A      Yes.

14  Q      Did he ever raise a hand to you?

15  A      No.

16  Q      He just complained?

17  A      I'm sorry?

18  Q      He just complained that people were not doing their jobs

19  properly?

20  A      Yes.

21  Q      And he apparently was upset about something?

22  A      Yes.

23  Q      And it involved physical force?

24  A      Yes.

25         MR. DAVIS:  I have no further questions.  Thank you.

 1          THE COURT:  All right.  Any redirect examination?

 2          MS. MIRELL:  No, Your Honor.

 3          THE COURT:  All right.  Officer, you may step down.

 4          THE WITNESS:  Thank you, Your Honor.

 5          THE COURT:  All right.  The government may call its

 6   next witness.

 7          MS. MIRELL:  The government rests, Your Honor.

 8          THE COURT:  All right.  Very well.

 9          Ladies and gentlemen of the jury, now is a time when

10   I've got to take up some more things with the lawyers.  It

11   probably won't take very long, but we will put you in the place

12   where you have been taking breaks and deliberating.  And I will

13   have to discuss these matters with the attorneys, and we will

14   bring you back as soon as we can.  I don't think it will take

15   too long, but obviously if it does, we will see if we can

16   release you for the day.  But it depends on, I think, the

17   nature of our conversation.  So thank you much.  And Ms. Harris

18   will escort you out.

19          (The jury exited the courtroom at 4:17 p.m.)

20          THE COURT:  All right.  You may be seated.

21          Mr. Davis, I thought it made sense, this was -- is

22   this a good time for me to inquire of your client about whether

23   he will be testifying?

24          MR. DAVIS:  First let me make a motion for judgment of

25   acquittal --

```
1              THE COURT:  Of course.
2              MR. DAVIS:  -- to have each and every count dismissed
3    on sufficiency grounds.  I would like to get that out of the
4    way.
5              THE COURT:  All right.
6              MR. DAVIS:  And, yes, I think this would be a good
7    time.  If I could have Mr. Jensen come up to the podium.
8              THE COURT:  While you are doing that, let me just say,
9    obviously under Rule 29, I can defer ruling on a motion for
10   judgment of acquittal at this time, and that is what I am going
11   to do.
12             Very well.  Okay.  Mr. Jensen, your --
13             And let me just say, Mr. Davis, are you planning on
14   introducing any other evidence such that you would have any
15   other case to put on?
16             MR. DAVIS:  No.
17             THE COURT:  All right.  So, Mr. Jensen, your counsel
18   has indicated that he intends to rest your case.  I wanted to
19   let you know, as I'm sure he has informed you, that you have
20   the right to testify on your own behalf here.  Whether you do
21   so or not obviously you should discuss with Mr. Davis, and I'm
22   sure you have, get his advice, but the decision is ultimately
23   yours and yours alone.  And if you decide not to testify, I
24   will tell the jury they can't hold that against you when they
25   deliberate in this case.
```

1          Do you understand all of that?

2          THE DEFENDANT:  Yes, Your Honor.

3          THE COURT:  All right.  And have you discussed all of

4    this with your attorney, Mr. Davis?

5          THE DEFENDANT:  Yes, Your Honor.

6          THE COURT:  Okay.  And what is your decision?

7          THE DEFENDANT:  I will not testify.

8          THE COURT:  All right.  Very well.  You may return to

9    your seat then.

10         Given Mr. Davis's representation about that he will

11   rest, I assume the government won't seek to introduce a

12   rebuttal case since there's nothing to rebut.

13         MS. ALLEN:  That is a fair assumption, Your Honor.

14         THE COURT:  Very well.  So what I think it makes sense

15   for me to do here today is bring the jury back in.  Mr. Davis,

16   I will say, it's now, you know, time for the defense case.  You

17   can say that you will rest.  And at that point -- I think at

18   that point it makes sense -- it's 4:21.  I think it makes

19   sense -- what I will do then is release the panel for the day,

20   and we can talk some more about the instructions and you all

21   can make sure we are all on the same page about exhibits and

22   whether we have what has to go back.

23         But really -- and obviously, Mr. Davis, you can --

24   there's no real point, I guess, in renewing your motion since

25   nothing has changed since you made it.

1          Does that seem like a reasonable plan?  We could keep

2     them here later.  I know I promised the government that you

3     would not close until Friday, or maybe both parties, and I will

4     keep that promise.  But I think it makes sense for us to just

5     make sure we are all on the same page about the instructions

6     and start with the instructions tomorrow morning.

7          And what I will do, as I mentioned to all of you, is

8     most of the instructions I will give before the closings.  And

9     then really just kind of the things like unanimity and the

10    foreperson and stuff like that I give after the closings.

11         Does that seem like a reasonable plan, government?

12         MS. ALLEN:  (Nodding head.)

13         THE COURT:  Mr. Davis?

14         MR. DAVIS:  It does, Your Honor.

15         THE COURT:  Let's bring the jury back in.

16         (The jury entered the courtroom at 4:24 p.m.)

17         THE COURT:  All right.  You all may be seated.

18         All right.  Ladies and gentlemen of the jury, you

19    heard the prosecution rest their case.  And as I discussed with

20    you right at the beginning of your service, it's now time to

21    give the defense the opportunity to put on evidence if they so

22    choose.

23         So, Mr. Jensen, you may call a witness or put on

24    whatever evidence the defense would like.

25         MR. DAVIS:  Your Honor, Mr. Jensen is going to hold

1    the United States to their burden of proof, and he does not

2    intend to present a case.

3          THE COURT:  All right.  Very well.

4          I think that means, again, as I discussed with you

5    originally, if the defense had put on a case, the government

6    would have an opportunity to put on a rebuttal case.  And I

7    assume, given the defense posture, the government will not be

8    seeking to do that.  Is that correct?

9          MS. ALLEN:  That's correct, Your Honor.

10         THE COURT:  All right.  Very well.  All right.  What

11   that means now is that I do have some more things -- well, as

12   far as timing goes for you all, it means that I am going to

13   spend a little bit of time now with the lawyers working out

14   some of the other things we need to do as far as to prepare the

15   legal instructions for you.  So tomorrow you should anticipate

16   receiving my instructions of law and the closing arguments from

17   the attorneys in the case.

18         So we will spend the rest of this afternoon working

19   all of that out, and we can release you early for the day.  I

20   know you are very disappointed about that.  I know.  But I

21   think it's what the schedule -- what makes sense for the

22   schedule.

23         So same admonition I have given you the whole time.

24   Please don't discuss the case with anyone.  Please try to avoid

25   any news media, the internet, et cetera.  And don't email about

1    the case, text, blog, Facebook, anything else just for another

2    few days until the case is complete.

3           And, again, so tomorrow it sounds like what we will do

4    is I will end up instructing you on the law, we will hear the

5    closing arguments, and then you will be able to start your

6    deliberations if the schedule holds that we think will hold.

7           So, again, thank you for your service.  And Ms. Harris

8    will escort you out.  And we will see you tomorrow, again, at

9    9:00.

10          (The jury exited the courtroom at 4:27 p.m.)

11          THE COURT:  All right.  You all may be seated.

12          So here's where I think we are as far as the

13   instructions go.  Given where we are -- given the fact that in

14   the end, none of the defendant's statements from the interview

15   were admitted, I do think it -- I do think instruction 18 that

16   had been proposed by the parties, I do think it would be

17   confusing.

18          Obviously the defendant did make, you know, various

19   statements that were captured on video on January 6, but I do

20   think that instruction is more about, you know, a post-event

21   interview.  So do the parties agree -- is it the

22   government's -- I think, Ms. Mirell, I think you were the one

23   who said we should not give that instruction at all.  Given how

24   things have developed, I think I agree.

25          Mr. Davis, what is your view on that?

```
1           MR. DAVIS:  I don't think we need it.

2           THE COURT:  Okay.  So we will strike that.

3           Ms. Mirell, I could not find -- you had indicated

4  there was an instruction about sort of -- I think it was sort

5  of the course of the investigation or an agent's testimony

6  about an investigation -- about the course of an investigation.

7           MS. MIRELL:  I thought I said preparation of

8  witnesses.

9           THE COURT:  Oh, preparation of witnesses.  I'm sorry.

10 You're right.  You're right.  I could not find it so I --

11          MS. MIRELL:  I may be confusing with the Ninth

12 Circuit.  But I will double-check, and if I find anything, I

13 can email the Court and cc defense counsel.

14          MR. DAVIS:  I have seen it before.  I have seen it in

15 Sam's.  Maybe it's in the Ninth Circuit.  I would like to see

16 it before Your Honor gives it, but I understand what she's

17 asking for, and I think it's appropriate.

18          THE COURT:  Okay.  So if you would circulate that on

19 email, Ms. Mirell, to the chambers account and to Mr. Davis, I

20 will take a look at it and we will go from there.

21          And then I think really the only other big sort of

22 real question is this issue whether I give an aiding and

23 abetting instruction in connection with the assault charge.

24          It's 4:30 and not 6:00.  I will give each side -- if

25 there's anything more you want to say on that.  We obviously
```

1    discussed it earlier today.  I am going to look at this and

2    think about it overnight, but I am happy, if there's something

3    either of you want to say about it, I am happy to hear it.

4        I will just say, for the record, I think -- so I think

5    probably, you know, my inclination on the one hand is to allow

6    it, and on the other hand, if I am the government, I am not a

7    hundred percent sure I want it because I -- it's hard for me to

8    envisage a scenario where the jury would convict him on aiding

9    and abetting someone else's assaultive conduct but wouldn't

10   convict him on his own conduct in terms of assault.  Maybe they

11   will.  Maybe they won't.  Who knows.  But to convict him on

12   only on an aiding and abetting theory, it would be hard for me

13   to imagine how that could happen.  But on the other hand,

14   that's not the test for whether it's an appropriate instruction

15   either.

16       So that's where I am right now.  If either side wants

17   to say anything about it now, I am happy to hear you.

18   Otherwise, I will ponder it this evening and we will talk about

19   it tomorrow morning.  But the government want to say anything

20   more on this point?  You don't have to.

21       MS. MIRELL:  I think we will just submit on our

22   previous --

23       THE COURT:  All right.  Mr. Davis, same thing?

24       MR. DAVIS:  Yes.

25       THE COURT:  All right.  Anything further then before

```
 1    we break so luxuriously early in the afternoon?

 2           So we will be here at 9:00.  My plan is to at least

 3    circulate, instead of putting it on the docket, we will just

 4    circulate it via email to all of you and to the counsel from

 5    the chambers account what the latest iteration of the

 6    instructions are.  If there's open issues that we -- oh, there

 7    is -- you know, there is one additional open issue that I

 8    realized I wanted to mention to you, and it is -- here it is.

 9           So on the assault instruction, I do think it's --

10    right now it talks about four elements, I think, or it talks

11    about a certain number of elements.  When it introduces the

12    charge in the beginning, Count 3 of the indictment charges the

13    defendant with, it doesn't include the element of there being

14    an intent to commit another felony.

15           And so my own thought is that adding after who was

16    then engaged in the performance of his official duties and

17    where the defendant's act or acts involved the intent to commit

18    another felony, at the top of that instruction, again, I think

19    it was number -- well, whatever number.  The numbers may have

20    shifted around because of other edits, but it's the assault,

21    the assault instruction under A, elements.

22           MS. MIRELL:  Your Honor, can you just read how you

23    would expect that -- where you would expect to insert that?  I

24    was just a bit confused.

25           THE COURT:  I will read it.  I will.  It would be
```

1    Count 3 of the indictment charges the defendant with forcibly

2    assaulting, resisting, opposing, impeding, intimidating, or

3    interfering with an officer or an employee of the United States

4    who was then engaged in the performance of his official duties

5    and where the defendant's act or acts involved the intent to

6    commit another felony, which is a violation of federal law.

7         It just left out that part of it, and I don't know

8    why.  And then the second paragraph, again, in order to find

9    the defendant guilty of forcibly assaulting, resisting,

10   opposing, impeding, intimidating, or interfering with an

11   officer or an employee of the United States who was then

12   engaged in the performance of his official duties, and where

13   the defendant's act or acts involved the intent to commit

14   another felony, you must find the following -- we could say

15   elements beyond a reasonable doubt, and then, you know, bah,

16   bah, bah, bah, bah.  This just seemed to me to make sense.  I

17   will hear either side if they think it doesn't make sense.

18        MS. MIRELL:  That makes sense to us; although, now I

19   am looking at the bracket four.  Why is that bracketed?

20        THE COURT:  Well, I think because it was -- I think it

21   originally -- I think that the original instruction had four,

22   but then when you go through it, it's actually five things,

23   which made no sense.  So I think we could just strike it.  We

24   don't need a number.  We can just say the following elements.

25        MS. MIRELL:  Sure.  I just want to make sure it's not

```
 1    four.  We agree with your original suggestion.
 2            THE COURT:  All right.  Mr. Davis, were you able to
 3    follow along?
 4            MR. DAVIS:  I was.
 5            THE COURT:  All right.  And does that seem all
 6    reasonable to you?
 7            MR. DAVIS:  That's fine.
 8            THE COURT:  When I circulate it tonight, I will have
 9    those edits as well.
10            All right.  Anything further then from either side
11    before we break for the night?
12            Government?
13            MS. ALLEN:  No, Your Honor.
14            THE COURT:  All right.  Mr. Davis?
15            MR. DAVIS:  Nothing.
16            THE COURT:  All right.  See you all at 9:00 tomorrow
17    morning.
18            (The trial adjourned at 4:37 p.m.)
19                              -  -  -
20
21
22
23
24
25
```

C E R T I F I C A T E

I hereby certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.


10/10/22                    s/ Tammy Nestor
                            Tammy Nestor, RMR, CRR
                            Official Court Reporter
                            333 Constitution Avenue NW
                            Washington, D.C. 20001
                            tammy_nestor@dcd.uscourts

A JUROR: [2]  49/15 172/19
MR. DAVIS: [85]  6/2 11/17
11/22 11/25 30/21 30/24
39/22 49/13 49/19 49/24
54/16 54/25 78/24 84/6 96/8
102/18 102/24 103/12
103/17 125/18 125/22 126/8
126/21 127/16 128/15
130/11 130/18 131/24 132/1
132/5 133/18 133/22 134/23
135/24 136/21 138/5 138/20
139/2 139/16 139/23 140/4
140/7 140/16 140/23 143/17
144/15 147/20 147/23 148/7
148/22 149/1 149/24 150/4
150/22 150/24 151/8 151/22
152/1 152/5 152/16 154/5
154/7 154/22 155/11 155/13
156/16 156/22 157/2 158/12
160/5 167/19 187/18 232/25
233/24 234/2 234/6 234/16
236/14 236/25 239/1 239/14
240/24 243/4 243/7 243/15
mr. m: [1]  77/1
MS. ALLEN: [56]  12/6 12/18
15/3 15/15 15/22 16/12
16/19 18/25 20/6 21/13 22/7
22/22 23/6 25/12 25/19
26/22 27/17 28/2 29/9 32/1
33/9 33/16 33/23 34/15
34/20 35/9 36/5 37/15 38/6
39/6 39/13 39/19 44/5 44/10
44/13 44/25 45/8 45/11 46/8
55/11 142/2 142/13 145/3
145/12 146/14 149/21
150/13 151/14 151/18
151/23 152/10 157/4 235/13
236/12 237/9 243/13
MS. MIRELL: [228]  5/25
55/15 61/21 63/19 64/13
65/3 65/18 66/9 68/16 69/4
69/9 70/9 71/23 72/23 73/4
73/19 74/4 75/5 75/10 75/22
77/6 77/8 78/3 79/10 79/13
80/4 81/2 81/7 81/20 82/25
83/6 83/11 85/4 85/17 85/22
87/3 87/6 87/25 89/19 90/21
91/5 92/1 92/11 93/11 93/25
96/9 99/1 99/21 100/10
100/18 101/7 101/14 101/24
102/5 102/16 102/22 104/2
104/12 104/17 105/1 105/3
105/24 106/13 106/18
106/25 107/25 110/11 112/8
112/12 112/18 113/3 113/19
114/9 114/22 115/22 116/12
116/20 116/25 117/13
117/19 117/21 118/6 118/10
119/14 119/17 119/21 121/3
121/14 122/6 122/16 124/18
125/4 125/8 125/15 126/14
127/2 127/4 127/17 128/25
129/4 129/9 129/13 129/21
129/23 130/2 130/4 130/7
130/21 130/25 131/6 131/9
131/15 131/18 132/3 132/11
132/25 133/10 133/13
136/10 136/19 137/14

139/12 139/14 140/11 141/5
155/19 155/24 158/1 158/6
158/18 160/3 160/18 167/21
168/1 168/5 172/7 172/11
172/15 172/23 174/17 176/8
181/6 181/23 183/21 184/1
184/8 184/11 184/15 187/16
187/23 192/18 198/8 198/12
199/8 199/21 200/13 201/9
201/18 201/24 202/12 203/6
203/9 203/11 203/20 204/1
204/8 204/16 204/25 205/24
206/15 207/8 207/11 207/21
208/8 208/21 209/6 210/12
211/10 212/2 212/5 212/14
213/7 214/15 214/24 215/9
215/17 216/3 216/13 217/4
217/7 217/10 218/7 219/11
219/16 219/24 221/8 221/17
221/25 222/14 223/9 224/4
224/8 224/18 225/10 225/16
225/23 226/17 226/21 227/2
227/17 227/22 227/24 228/8
228/23 229/10 229/25 233/2
233/7 239/7 239/11 240/21
241/22 242/18 242/25
THE COURT: [236]  5/7 5/15
6/1 6/3 11/21 11/24 12/1
12/8 12/10 19/1 20/8 23/8
30/22 31/3 31/5 34/22 39/15
39/21 39/23 44/11 45/9
46/10 49/16 55/1 55/12
55/20 61/23 63/21 64/17
66/12 69/6 69/13 70/11
71/25 73/1 74/7 75/7 77/3
78/5 78/25 79/12 80/6 81/9
81/23 83/3 83/14 84/9 85/20
85/23 86/7 87/5 87/7 88/3
89/21 91/8 94/3 99/23
100/21 101/15 102/7 102/20
102/25 103/13 103/15
103/24 104/4 104/7 104/15
104/25 105/2 105/25 106/15
106/19 108/2 113/5 114/24
115/24 117/16 119/16
119/18 121/5 122/9 125/6
125/17 125/20 126/5 126/12
126/19 127/3 127/9 127/18
127/20 128/12 128/16
129/14 129/22 129/24 130/3
130/6 130/8 130/13 130/19
130/23 131/2 131/6 131/14
131/17 131/19 131/25 132/7
132/23 133/5 133/11 133/14
133/21 134/21 135/8 136/7
136/17 136/20 137/4 137/16
138/4 138/7 138/12 139/1
139/3 139/9 139/13 139/15
139/18 139/24 140/6 140/9
140/17 140/25 141/11
142/11 143/10 144/8 145/1
145/9 145/23 147/12 147/22
148/5 148/10 148/23 149/9
150/2 150/10 150/14 150/23
151/3 151/10 151/17 152/3
152/6 152/12 152/17 152/22
154/6 154/16 155/6 155/12

156/23 157/3 157/5 157/8
158/2 158/5 158/8 158/14
158/19 158/21 160/4 160/19
167/20 167/22 167/25 168/3
168/10 172/8 172/17 172/20
183/23 184/10 187/17
187/19 187/22 210/15
213/18 214/2 219/14 224/5
226/19 230/2 233/1 233/3
233/5 233/8 233/20 234/1
234/5 234/8 234/17 235/3
235/6 235/8 235/14 236/13
236/15 236/17 237/3 237/10
238/11 239/2 239/9 239/18
240/23 240/25 241/25
242/20 243/2 243/5 243/8
243/14 243/16
THE COURTROOM
DEPUTY: [7]  5/2 5/14 39/17
86/4 152/19 198/11 213/24
THE DEFENDANT: [3]
235/2 235/5 235/7
THE WITNESS: [5]  18/24
73/21 167/24 187/21 233/4

$
$300 [1]  120/6

0
006 [1]  1/3

1
1/6.21, 6:00 p.m [1]  121/18
10 [3]  14/13 21/25 114/17
10 feet [1]  16/25
10/10/22 [1]  244/7
103 [4]  34/15 34/20 34/24
35/10
104 [2]  226/18 226/20
106 [2]  224/4 224/7
107 [1]  219/12
10:00 maybe [1]  177/1
10:06 [1]  205/1
10:07 [1]  16/20
10:22 [1]  205/24
11:00 a.m [1]  110/21
11:10 [1]  85/25
11:18 [1]  86/2
11:20 [1]  85/25
11:30 [1]  85/25
11:37 [1]  86/3
11:40 [1]  116/8
11:47 a.m [1]  63/12
11:54 a.m [1]  99/13
12 [4]  92/21 93/1 167/1
204/16
12-ish [2]  186/23 187/3
1200 [1]  1/15
1276 [1]  123/14
12:00 [1]  177/19
12:28 [1]  128/11
12:30 [1]  127/10
12:30 p.m [1]  174/22
12:45 [1]  175/13
12:55 [1]  175/14
13 [5]  168/23 184/13 184/17
187/8 187/12
13.81 percent [1]  123/21
1350 [1]  1/18

167/1
14.45 percent [1]  123/17
15 [4]  8/9 82/12 97/2 130/18
15 feet [1]  21/25
1512 [2]  9/8 137/19
16 [3]  46/14 46/15 82/13
17 [2]  8/13 83/17
18 [3]  131/1 141/11 238/15
1815 [1]  9/17
19 [6]  8/21 99/8 109/21
130/23 131/24 131/25
1993 [1]  133/2
1:06 [1]  152/18
1:08 [1]  221/8
1:09 [1]  26/23
1:10 [1]  67/18
1:10:57 [1]  67/16
1:11 [1]  199/21
1:19 [1]  27/18
1:20 [1]  221/17
1:2012 p.m [1]  116/15
1:24 [1]  28/2
1:26 [1]  207/21
1:30 [2]  191/8 221/25
1:35 p.m [1]  67/24
1:38 [1]  68/9
1:45 [1]  228/25
1:52 [1]  212/14
1:53 [2]  208/8 222/14
1:58 [1]  229/11
1B2 [1]  105/8
1V1 [1]  107/12

2
20 [4]  130/24 189/11 203/6
216/14
20 yards [1]  23/16
20001 [2]  1/23 244/9
20036 [1]  1/19
2019 [5]  7/13 7/17 56/11
153/3 163/8
202 [1]  1/19
2020 [9]  92/7 92/21 92/21
93/1 95/10 109/9 123/10
123/18 123/22
2021 [24]  7/11 7/13 8/3 8/15
56/20 57/20 92/18 92/19
100/4 100/8 105/4 105/7
105/12 107/9 107/15 109/22
110/18 120/2 120/3 122/20
124/2 169/15 169/18 188/20
2022 [6]  1/6 7/13 7/16 7/25
8/2 8/14
206 [3]  15/15 49/6 49/7
206F [1]  85/4
209 [2]  32/1 33/9
21 [6]  9/5 119/14 132/10
137/6 141/11 212/2
21-006 [1]  1/3
21-6 [4]  5/3 86/5 152/20
213/25
210 [2]  36/4 36/23
213 [1]  38/6
214 [4]  175/9 176/6 176/13
202/12
215.2 [1]  206/15
217 [1]  215/17
218 [1]  214/15
22 [5]  1/6 137/15 137/16

22... [2]  138/9 244/7
220 [1]  228/24
222 [2]  1/12 184/8
22nd [1]  224/8
23 [2]  109/9 137/22
24 [3]  10/1 138/13 138/14
25 [3]  17/16 139/21 227/17
253 [1]  1/12
26 [4]  95/10 138/10 139/21
 141/13
28 [2]  33/10 99/3
28.26 percent [1]  124/1
29 [6]  9/18 9/20 99/10
 109/14 137/12 234/9
2:00 [11]  43/25 43/25 128/3
 128/10 147/14 147/19
 149/18 152/14 152/17 191/8
 191/8
2:01 p.m [1]  64/23
2:02 p.m [1]  69/24
2:06 p.m [1]  74/15
2:15 [3]  118/15 118/25 119/4
2:16 [1]  117/10
2:16 p.m [4]  82/11 118/15
 118/25 119/4
2:18 [1]  157/7
2:20 [1]  213/7
2:22 p.m [1]  17/16
2:26 p.m [1]  81/14
2:27 [1]  201/13
2:31 [1]  33/10
2:32 p.m [1]  82/6
2:36 [1]  214/16
2:40 [1]  215/18
2:48 p.m [3]  17/17 20/17
 32/13
2:53 [1]  85/8
2:54 [1]  36/16
2:55 [1]  36/16
2:56 p.m [2]  39/11 41/8

3
3.d [1]  153/2
30 [4]  15/4 199/8 200/13
 204/8
30-second [1]  199/11
31 [4]  92/7 138/9 141/13
 225/10
310 [6]  106/14 106/17
 106/22 107/1 107/12 107/14
311 [4]  105/20 105/24 106/2
 107/13
312 [6]  1/15 102/6 102/6
 102/9 105/9 105/11
313 [5]  100/19 100/23
 100/25 103/7 105/10
314 [5]  100/19 100/23 101/8
 103/7 105/10
32 [2]  10/1 138/14
321 [3]  91/6 91/10 111/24
322 [2]  66/10 66/14
323 [3]  115/22 116/1 117/21
324 [2]  114/22 115/1
330 [1]  74/5
331 [4]  62/11 62/12 69/12
 69/15
331A [3]  61/22 61/25 69/15
332 [2]  69/11 69/15

333 [3]  1/23 69/11 244/9
333A [4]  69/4 69/8 69/10
 69/18
334 [2]  70/10 70/13
334A [3]  70/9 70/10 70/13
335 [3]  71/23 71/24 72/2
335A [2]  71/24 72/2
336 [3]  72/23 72/24 73/3
336A [1]  73/3
338 [3]  74/5 74/6 74/9
338A [4]  74/5 74/6 74/9 75/3
339 [2]  75/6 75/9
33A [1]  74/4
34 [3]  10/6 10/10 139/4
341 [2]  117/15 117/18
342 [2]  77/2 77/5
343 [3]  78/3 78/4 78/7
344 [2]  79/10 79/12
345 [2]  80/5 80/8
345A [3]  80/4 80/5 80/8
346 [2]  81/8 81/11
346A [3]  81/7 81/8 81/11
347 [2]  81/22 81/24
347A [3]  81/21 81/22 81/24
348 [2]  83/2 83/5
348A [3]  83/1 83/2 83/5
349 [2]  83/12 83/16
349A [3]  83/11 83/12 83/16
352 [2]  88/1 88/5
352A [3]  87/25 88/1 88/5
353 [2]  89/20 89/23
353A [3]  89/19 89/20 89/23
37 [3]  10/6 10/10 139/4
380 [2]  107/25 108/4
381 [2]  113/3 113/7
383 [5]  10/14 93/25 94/5
 99/24 140/1
395 [1]  153/2
3:00 [1]  187/2
3:00 or [1]  187/4
3:07 [1]  37/15
3:08 [1]  203/9
3:10 p.m [1]  88/9
3:16 [1]  39/6
3:23 p.m [1]  208/15
3:24 [3]  209/9 213/13 214/8
3:24 p.m [1]  214/17
3:27:25 [1]  217/12
3:28 [1]  203/20
3:28 p.m [1]  215/14
3:29 [1]  229/24
3:30 p.m [1]  89/15
3:35 [1]  213/22
3:46 p.m [1]  89/25
3:51 [1]  213/23

4
40 [2]  207/8 219/24
40-second [1]  225/23
41 [1]  21/14
43 [1]  132/20
45 [2]  25/20 153/2
4:00 in [1]  187/2
4:00 on [1]  187/4
4:00 p.m [2]  121/21 121/22
4:17 [1]  233/19
4:21 [1]  235/18
4:24 [1]  236/16
4:27 [1]  238/10

4:35 [1]  214/24
4:37 [1]  142/8
4:45 [1]  216/4
4:59 [1]  49/7

5
502 [3]  44/5 44/10 44/12
506 [3]  44/25 45/8 45/10
509 [1]  10/22
511 [1]  12/21
523 [2]  22/22 23/10
524 [2]  20/7 20/10
525 [1]  10/23
528 [2]  183/22 183/25
532 [1]  15/3
551 [5]  87/4 87/9 198/3
 198/10 202/22
551A [3]  87/3 87/4 87/9
554 [3]  210/13 210/15
 210/17
555 [4]  210/13 210/14
 210/15 210/17
58 [1]  36/5
580 [2]  63/20 63/23
5:00 [1]  91/18
5:10 [1]  216/15
5:20 [4]  216/13 217/5 218/7
 218/9
5:22 [1]  218/10

6
60 [1]  11/10
601A [2]  65/5 75/22
603 [1]  192/18
605 [1]  181/19
606 [2]  181/5 228/8
608 [5]  39/13 39/14 39/15
 39/15 39/25
61 [1]  189/6
620 [3]  172/6 172/10 173/3
621 [2]  119/17 119/20
622 [2]  121/3 121/7
623 [2]  122/7 122/10
624 [2]  125/4 125/7
6:00 [1]  239/24
6:00 a.m [3]  120/2 121/19
 121/23
6:00 p.m [1]  120/1
6th [2]  67/14 95/12

7
7 inches [1]  101/6
701 [2]  104/17 107/4
762 [1]  132/20
778 [1]  133/1
782 [1]  133/2
7:00 [1]  189/16
7:00 a.m [1]  121/23
7:54 [1]  115/14
7th [3]  186/22 186/24 187/1

8
803.3 [4]  146/2 153/3 153/14
 154/8
87 [1]  153/2
8:00 [1]  176/20
8:00 in [1]  189/16
8:00-ish [1]  186/12
8:30 [1]  176/20

90 [1]  11/10
90012 [1]  1/16
983 [2]  132/21 133/1
99513 [1]  1/13
9:00 [2]  238/9 241/2
9:00 tomorrow [1]  243/16
9:09 [1]  15/16
9:22 [1]  5/1
9:25 [1]  15/23
9:38 [1]  12/9

A
a.m [10]  12/9 63/12 86/2
 86/3 99/13 110/21 120/2
 121/19 121/23 121/23
abbreviated [1]  188/24
abet [1]  134/14
abetted [2]  135/17 136/13
abetting [22]  9/5 9/8 9/10
 9/16 132/10 132/15 132/20
 134/6 134/8 134/22 135/9
 135/12 136/1 136/9 136/11
 137/17 141/3 141/7 141/14
 239/23 240/9 240/12
abettor [1]  132/17
able [14]  28/5 42/15 43/14
 98/7 128/23 141/18 147/19
 160/8 160/11 194/13 202/4
 202/6 238/5 243/2
about [172]  6/3 6/5 6/14 6/24
 7/8 8/19 9/25 10/4 10/9
 10/25 11/9 11/15 13/5 13/20
 15/1 15/8 16/23 17/16 20/17
 22/8 26/10 29/22 30/8 32/21
 33/10 33/16 34/13 36/16
 37/15 39/6 39/11 40/21 41/6
 41/8 42/18 43/16 43/24
 43/25 45/19 45/23 53/17
 58/12 61/7 62/2 66/3 66/6
 68/12 69/2 80/18 81/15 90/9
 91/17 95/13 96/6 97/2 98/11
 98/19 98/22 99/10 101/3
 107/23 108/11 109/14
 109/18 109/20 109/22
 110/24 111/7 111/15 111/23
 114/19 115/19 115/20
 117/10 126/7 126/22 127/12
 127/14 128/1 128/2 128/6
 128/8 129/17 129/20 129/25
 130/19 131/9 133/25 137/4
 138/15 138/16 140/13
 140/25 142/24 143/21
 143/23 145/13 145/15 146/7
 147/5 147/24 148/12 148/14
 148/14 148/19 149/14
 149/25 150/1 150/6 150/16
 150/20 151/12 153/4 153/20
 153/25 154/9 154/18 155/5
 156/16 160/13 163/24
 170/15 170/16 171/8 185/23
 187/3 187/8 187/9 188/14
 189/16 190/6 190/19 194/17
 196/2 200/13 200/23 201/18
 203/6 204/8 204/25 209/9
 213/2 213/15 213/16 213/18
 214/5 215/10 215/14 216/14
 219/2 219/3 227/17 228/12
 232/9 232/21 233/22 235/10

about... [15] 235/20 235/21
236/5 237/20 237/25 238/20
239/4 239/6 239/6 240/2
240/3 240/17 240/18 241/10
241/11
above [5] 15/20 32/15 38/22
182/3 244/5
above-entitled [1] 244/5
absolutely [4] 12/1 18/12
143/5 145/12
academy [2] 188/16 188/16
Acadia [1] 95/18
accept [2] 99/25 143/12
access [5] 59/9 160/8 160/11
171/17 178/4
accessed [1] 7/12
accessible [1] 8/4
accompanied [2] 179/11
179/13
accompany [4] 178/12
178/21 179/9 185/17
according [7] 62/21 109/17
125/11 135/24 173/19
173/25 174/19
account [3] 12/2 239/19
241/5
accountable [1] 136/22
accounts [4] 159/25 160/8
160/11 160/17
accuracy [1] 94/25
accurate [7] 35/7 63/1 67/2
105/11 107/14 160/16 244/4
accurately [3] 193/21 219/8
224/1
acquittal [2] 233/25 234/10
across [4] 11/12 12/14 22/13
125/1
act [3] 241/17 242/5 242/13
action [2] 177/10 177/11
actions [1] 60/9
activated [1] 189/3
activity [1] 92/23
acts [3] 241/17 242/5 242/13
actual [7] 69/3 123/5 123/6
123/7 123/20 140/12 183/18
actually [38] 18/4 22/2 23/6
29/1 32/5 36/19 41/16 41/17
42/23 45/16 47/11 67/8 68/1
76/19 76/21 77/21 91/25
104/18 108/20 108/23
112/23 117/13 118/10 123/8
123/20 131/1 150/19 176/9
186/14 186/19 192/16
194/10 202/6 202/13 203/11
210/9 217/7 242/22
adapted [1] 9/11
add [9] 8/6 8/14 132/14
133/9 140/15 141/4 141/6
141/12 151/24
added [5] 7/25 138/9 139/4
139/10 139/20
adding [1] 241/15
addition [2] 42/20 93/15
additional [6] 12/1 147/18
190/12 191/19 206/11 241/7
address [2] 131/1 141/24
addressed [4] 42/2 92/8 92/9
173/5

addressing [1] 8/6
adds [1] 8/2
adequate [1] 47/4
adjourn [1] 178/24
adjourned [1] 243/18
admissible [1] 149/23
admit [51] 23/7 34/20 39/14
44/10 45/8 61/21 63/19
64/15 66/11 69/5 69/10
70/10 71/24 72/24 74/5 74/6
75/6 77/2 78/4 79/11 80/5
81/8 81/22 83/2 83/12 87/4
88/1 89/20 91/7 94/1 100/20
102/5 105/24 106/14 108/1
113/4 114/23 115/23 117/15
119/15 121/4 122/8 125/5
172/7 183/21 184/9 198/10
210/13 219/13 224/4 226/17
admitted [65] 8/24 10/21
10/25 20/8 23/8 34/22 39/23
44/11 45/9 61/23 63/21
64/17 65/5 66/12 69/6 69/13
70/12 71/25 73/1 74/7 75/7
77/3 78/6 79/12 79/23 80/6
81/9 81/23 83/3 83/14 85/5
87/5 87/7 88/3 89/21 91/8
94/3 99/24 100/1 100/21
102/7 104/15 105/25 106/15
107/3 108/3 113/5 114/24
115/24 117/16 119/19 121/5
122/9 125/6 131/4 131/8
172/8 183/24 184/10 210/15
219/14 224/5 226/19 228/24
238/15
admonition [1] 237/23
advance [2] 73/23 126/10
advancing [1] 135/25
advice [1] 234/22
affected [1] 48/12
affixed [1] 218/24
African [1] 64/10
African-American [1] 64/10
after [41] 6/3 11/9 11/22
13/15 13/18 13/24 13/25
17/5 17/13 29/6 36/8 43/25
46/4 46/17 53/1 53/25 78/13
79/2 86/13 86/20 89/12
100/15 112/22 115/11
115/14 137/17 137/19
142/20 153/13 154/17
154/19 160/10 175/9 177/19
178/7 178/17 184/5 186/21
232/9 236/10 241/15
aftermath [1] 112/24
afternoon [16] 7/8 41/13
41/20 42/5 42/21 152/22
157/13 157/14 168/13
168/14 188/7 188/8 230/5
230/6 237/18 241/1
afterwards [1] 140/5
again [41] 6/14 7/6 8/5 8/11
8/14 8/16 9/12 9/15 10/3
10/10 11/8 13/23 15/4 15/8
32/12 35/25 41/4 72/6 73/19
98/11 112/11 113/10 114/12
116/12 128/7 129/3 133/11
135/22 140/2 141/12 156/22
172/18 182/10 215/18
225/13 237/4 238/3 238/7

against [5] 146/3 163/3
197/15 231/19 234/24
agencies [2] 196/6 196/10
agency [7] 33/5 56/7 57/7
163/15 163/16 163/18
199/14
agent [76] 55/15 55/23 56/1
56/10 58/5 58/6 62/2 64/21
65/17 70/15 74/11 80/10
82/2 83/8 83/22 84/11 86/9
87/11 88/7 92/4 92/14 94/7
95/21 101/1 101/17 102/22
102/25 103/5 106/4 106/21
106/25 108/6 113/9 116/3
119/25 121/9 125/11 126/1
126/23 127/24 128/14 149/3
151/4 151/19 151/19 154/23
154/23 155/1 155/6 155/7
156/18 157/9 157/13 161/20
161/22 162/20 167/22 168/1
168/6 168/21 168/24 169/16
169/20 169/21 169/22
169/22 169/23 169/25 170/2
170/3 172/14 172/2 173/15
173/17 174/12 184/5
agent's [1] 239/5
agents [6] 143/24 177/24
178/1 186/14 186/15 186/17
aggressive [2] 19/25 208/16
aggressively [1] 14/7
agree [12] 104/22 131/17
137/6 137/12 139/25 145/23
146/12 147/12 151/17
238/21 238/24 243/1
agreed [3] 7/10 10/13 135/11
agreement [2] 13/20 13/21
agreements [1] 96/5
agrees [1] 150/17
ahead [8] 12/13 99/6 111/12
127/10 127/18 150/23
204/25 206/25
aid [1] 134/14
aided [2] 135/16 136/13
aider [1] 132/17
aiding [22] 9/5 9/8 9/10 9/15
132/10 132/14 132/20 134/6
134/8 134/22 135/9 135/12
136/1 136/9 136/11 137/17
141/3 141/7 141/14 239/22
240/8 240/12
aiming [1] 149/11
alarm [1] 198/22
alarms [3] 198/17 210/3
211/16
Alaska [1] 1/13
Albertsons [2] 120/18 120/25
alerted [1] 11/18
all [231] 5/7 5/12 5/15 5/21
6/1 6/20 6/23 6/25 7/3 7/14
7/24 9/2 9/3 9/11 9/15 9/22
9/24 10/7 10/13 11/6 11/11
14/22 14/24 20/2 21/13 22/7
22/24 23/22 25/5 26/22 33/4
34/12 35/9 35/19 39/11
39/21 39/23 40/13 41/16
42/9 43/18 43/22 46/10
46/25 51/18 52/2 53/13 55/1

against... [51/2 61/2 62/23 63/6
64/13 64/21 68/10 68/12
75/2 75/20 81/15 81/20
85/23 88/7 89/19 90/20 91/5
95/10 101/7 102/11 102/20
104/12 104/15 105/4 106/13
107/17 108/2 108/19 108/23
109/1 111/1 114/19 115/3
115/22 117/24 119/7 119/18
120/25 121/21 121/22 122/6
122/19 124/10 124/10
124/11 124/21 124/24 125/1
125/17 126/12 126/19
126/25 127/18 127/20 128/5
128/7 128/12 128/16 128/22
130/23 131/10 132/17
134/24 136/22 137/4 137/12
138/12 139/24 140/1 140/10
140/17 141/11 141/16
141/17 141/20 142/9 142/16
143/10 143/14 146/12 147/6
147/13 151/12 152/6 152/14
152/17 154/14 156/3 156/5
156/7 156/10 156/16 157/2
157/5 158/3 158/19 161/22
162/22 162/22 165/20 166/9
166/9 167/22 171/23 173/20
174/12 174/23 176/9 182/2
183/23 184/20 185/4 186/20
186/24 187/19 188/19
190/12 193/17 196/23 201/3
203/11 203/18 206/11 207/8
207/17 208/8 209/19 212/10
214/2 214/4 215/9 217/4
220/22 222/3 222/17 224/18
223/23 229/10 229/15
229/15 230/2 231/22 233/1
233/3 233/5 233/8 233/20
234/5 234/17 235/1 235/3
235/3 235/8 235/20 235/21
236/5 236/7 236/17 236/17
236/18 237/3 237/10 237/10
237/12 237/19 238/11
238/11 238/23 240/23
240/25 241/4 243/2 243/5
243/5 243/10 243/14 243/16
243/16
all-encompassing [1] 136/22
allegiance [1] 110/7
Allen [10] 1/11 2/5 5/4
141/23 144/12 144/16 145/1
149/19 153/11 157/3
allow [5] 96/1 131/21 145/11
159/21 240/5
allowed [1] 164/8
allows [5] 153/14 153/18
153/19 153/22 154/1
almost [10] 28/1 46/15 53/13
60/19 85/25 85/25 145/21
189/6 190/20 197/17
alone [1] 234/23
along [3] 6/14 191/11 243/3
already [19] 50/4 50/4 50/5
52/24 65/5 79/12 79/13 85/5
104/15 107/3 131/6 137/15
139/25 150/10 157/21
184/10 198/11 198/12
228/24
also [48] 5/5 10/21 10/24

**A**

also... [45] 11/2 14/18 16/9
22/5 25/9 30/2 39/1 42/20
48/1 60/24 63/15 66/25
68/16 68/20 69/14 93/16
98/5 98/6 105/16 106/13
108/19 120/10 126/21
126/22 127/25 128/19
131/13 132/21 136/12 137/8
144/15 144/16 148/16
151/11 155/17 166/18
167/11 171/18 174/3 177/24
198/4 202/9 223/7 223/18
225/21
although [3] 88/18 153/3
242/18
always [1] 149/10
am [58] 9/6 30/15 32/24 45/4
49/8 56/1 56/13 58/7 62/5
62/7 65/4 70/9 91/17 95/12
99/14 106/23 115/12 120/16
128/2 133/5 135/7 138/11
139/5 139/21 146/7 147/2
150/24 150/25 151/8 151/22
152/6 153/6 155/3 156/18
158/12 160/5 168/18 169/12
172/6 174/7 181/2 188/10
188/16 195/23 195/23 198/3
210/12 230/16 234/10
237/12 240/1 240/2 240/3
240/6 240/6 240/16 240/17
242/19
amenable [1] 129/13
Amendment [3] 92/16 189/3
189/8
AMERICA [6] 1/2 5/3 86/5
104/19 152/20 213/25
American [2] 64/10 110/7
amidst [1] 185/21
ammo [1] 99/15
among [1] 17/25
amongst [2] 43/10 129/7
amount [2] 43/11 213/4
amp [1] 52/25
analogize [1] 142/22
analysis [3] 134/13 143/1
148/12
analytically [1] 143/12
Anchorage [1] 1/13
Andy [3] 91/14 91/19 111/25
Angeles [1] 1/16
angle [9] 15/12 24/10 65/15
202/15 202/24 206/13
206/22 206/24 215/22
angles [2] 23/22 23/22
angry [4] 30/10 30/16 52/14
52/24
another [26] 9/23 17/18
26/15 32/7 32/8 32/18 81/19
83/9 98/17 105/20 117/11
136/11 138/23 201/9 204/16
206/13 212/2 215/22 219/24
224/18 225/16 238/1 241/14
241/18 242/6 242/14
answer [5] 31/2 43/8 103/25
158/2 159/15
answers [2] 47/1 50/25
anticipate [3] 155/25 176/12
237/15

any [84] 5/20 6/8 6/8
7/21 8/1 10/4 11/6 11/13
12/13 14/20 14/20 25/25
39/21 42/11 42/11 42/12
42/20 50/11 51/7 55/1 55/4
61/5 61/19 63/15 71/15 74/1
75/2 76/16 76/23 77/25 79/7
79/18 81/4 89/4 89/7 89/16
99/18 100/5 110/9 110/23
110/23 112/6 114/19 115/19
121/25 126/17 127/15 128/8
128/23 131/4 134/3 134/19
135/14 138/4 138/16 138/16
139/1 139/3 147/15 147/16
148/10 148/14 150/14
158/10 166/15 167/20
169/20 177/6 180/6 182/14
187/12 187/17 197/7 199/19
210/9 220/7 220/9 226/13
230/14 233/1 234/14 234/14
237/25
anyone [18] 12/13 30/1 51/9
54/2 54/2 54/13 99/14
125/22 128/8 136/1 159/2
159/5 184/17 194/4 203/13
216/20 230/24 237/24
anything [32] 7/1 11/15 11/16
30/14 42/12 53/6 112/25
134/4 136/4 142/16 143/23
148/4 148/13 148/20 149/16
152/15 156/15 157/1 159/12
165/23 166/15 180/10
191/16 191/21 223/3 238/1
239/12 239/25 240/17
240/19 240/25 243/10
anyway [1] 127/10
apart [1] 95/14
apologize [1] 150/22
apologizing [1] 211/23
apparently [1] 232/21
appear [3] 7/24 88/14 199/18
APPEARANCES [1] 1/10
appeared [3] 9/1 52/8 94/15
appears [10] 8/14 16/6 16/9
16/11 20/22 83/22 84/14
89/1 115/3 230/19
applicability [1] 148/11
applies [2] 148/15 165/12
apply [6] 120/3 120/10
120/13 149/10 149/11
149/12
apprehended [1] 96/24
approach [10] 18/25 30/22
52/17 52/20 52/21 52/22
101/14 103/13 106/18 158/3
approached [1] 84/24
approaches [1] 85/3
approaching [1] 191/10
appropriate [5] 8/20 126/11
131/22 239/17 240/14
approximately [12] 60/17
64/23 69/24 74/15 81/14
82/6 82/11 88/9 89/15 101/4
101/11 229/22
April [2] 117/2 117/24
AR [2] 96/15 96/18
are [250] 5/4 6/24 7/24 8/17
8/24 9/24 11/7 11/13 13/3
20/12 20/15 20/16 22/1 22/1

armed [1] 51/11
armor [2] 98/5 98/20
arms [1] 172/3
army [1] 217/16
around [23] 39/1 41/18 50/16
63/11 70/4 88/10 116/10
128/5 143/6 171/6 176/20
177/1 179/18 181/10 182/6
189/16 191/8 208/15 213/13
214/7 218/9 228/19 241/20
arrange [2] 95/14 164/12
arrest [13] 87/25 125/24
135/1 135/3 135/4 158/24
159/2 164/13 200/23 201/3
201/4 220/21 220/22
arrested [13] 100/16 106/8
144/23 150/6 150/18 151/2
151/7 151/21 151/25 156/19
161/7 161/14 166/4
arresting [2] 54/8 58/3
arrests [2] 90/18 126/3
arrival [2] 171/18 175/14
arrive [4] 174/20 175/1
177/17 177/22
arrived [7] 157/21 177/20
177/24 177/25 178/1 186/21
191/6
arrow [1] 79/20
article [3] 57/3 57/8 57/13
articulate [1] 149/22
as [191] 7/11 8/10 8/20 9/8
9/9 10/16 10/16 10/16 11/5
11/7 12/25 13/7 13/11 13/11
14/2 14/5 19/5 19/8 20/13
22/4 23/12 23/19 24/4 25/13
29/20 30/15 30/15 31/3 31/7
32/15 33/7 33/7 34/18 36/21
36/21 38/13 41/10 43/21
43/21 47/23 51/18 51/23
52/2 52/11 52/17 52/22
55/19 56/10 57/11 58/5
58/16 59/1 63/15 66/25
68/10 70/4 71/10 74/1 79/24
80/20 84/24 85/11 86/10
87/19 87/19 90/3 90/13
90/16 92/15 92/16 92/19
92/20 94/21 94/23 96/17
101/8 103/9 103/22 104/16
105/8 105/10 106/22 107/12
107/13 114/16 119/11
120/23 121/25 123/12
124/16 126/5 130/4 132/12
132/16 133/23 133/24
133/25 135/8 135/12 138/18
138/18 138/19 138/19
139/25 139/25 140/2 140/18
140/18 141/7 142/15 142/15
143/12 144/24 144/24 146/4
146/6 146/17 149/14 152/12
152/23 153/9 153/11 153/21
153/24 153/25 158/14
158/14 160/9 161/3 161/22
164/3 165/11 166/20 168/3
168/9 169/17 171/16 171/16
174/12 180/5 180/5 180/9
182/11 182/12 184/6 187/8
188/2 188/12 188/24 189/5
189/7 189/25 190/12 190/22

249

**A**

as... [37] 191/10 191/16
191/18 191/21 192/5 194/9
194/11 195/11 195/15
195/21 196/12 196/25 211/5
211/5 213/3 213/12 216/9
220/19 223/2 223/2 223/21
231/20 231/24 232/12
233/14 233/14 234/19 236/7
236/19 237/4 237/11 237/12
237/14 237/14 238/12
238/12 243/9
aside [1] 199/18
ask [41] 8/6 8/16 9/2 12/16
29/22 33/20 36/8 44/5 50/21
50/21 63/7 65/4 73/4 92/14
99/21 102/16 106/21 106/23
122/16 126/1 126/21 134/7
136/7 137/18 140/14 141/7
150/17 150/25 151/4 151/18
151/22 152/8 155/1 155/2
155/4 155/5 155/6 156/18
156/25 158/14 181/2
asked [7] 47/1 81/15 150/5
151/20 156/18 159/15 180/1
asking [6] 30/25 103/18
141/8 160/5 173/3 239/17
asks [2] 97/15 117/25
ass [1] 67/23
assault [16] 10/1 96/19 96/25
97/7 133/10 134/14 135/13
135/23 136/9 136/12 137/1
239/23 240/10 241/9 241/20
241/21
assaulted [2] 133/24 136/5
assaulting [3] 136/2 242/2
242/9
assaultive [1] 240/9
asserted [4] 143/19 143/20
143/22 143/25
assigned [2] 56/13 58/5
assignment [4] 56/12 56/20
188/15 188/22
assist [2] 43/17 149/21
assisted [1] 136/1
assume [2] 235/11 237/7
assumption [1] 235/13
asterisk [1] 176/15
asterisks [2] 137/23 176/9
atop [2] 77/25 107/10
attachment [1] 173/18
attacked [1] 51/24
attempting [4] 19/13 28/11
45/6 138/1
attempts [1] 30/6
attending [1] 171/15
attention [6] 27/5 27/6 34/2
119/8 140/7 176/18
attorney [4] 104/20 104/20
104/22 235/4
Attorney's [4] 1/11 1/14
162/24 163/5
attorneys [2] 233/13 237/17
audible [1] 221/11
audio [14] 25/16 25/17 35/2
47/11 53/9 53/9 54/23 132/4
132/7 132/9 142/14 210/10
211/3 218/25
AUSTIN [6] 1/5 5/3 86/6

**A** (continued)

authorities [1] 147/24
authority [2] 147/16 147/18
authorizes [1] 95/24
automatic [1] 144/2
available [3] 113/13 146/4
160/14
Avenue [4] 1/12 1/18 1/23
244/9
avoid [3] 12/13 128/8 237/24
aware [23] 30/19 30/25
31/10 58/21 61/8 69/25
88/23 91/1 91/3 92/24 93/21
99/18 119/11 120/22 121/25
125/1 132/17 133/5 161/18
162/19 177/12 211/5 230/16
away [8] 13/24 13/25 17/12
21/25 34/8 34/9 43/7 43/21
awkward [1] 133/15

**B**

back [80] 10/3 14/18 15/3
17/3 25/23 26/15 27/10
28/15 28/15 34/10 36/10
38/11 38/14 43/4 43/23
48/10 48/24 49/17 50/17
51/21 53/3 53/20 67/3 67/15
75/20 79/23 85/25 86/4
94/22 103/5 107/2 107/17
117/21 118/10 121/20
124/18 128/3 128/9 128/18
129/2 129/5 130/25 131/23
137/14 145/17 147/14
147/18 149/18 150/1 152/6
152/19 157/8 159/13 172/15
175/15 175/25 180/11
180/12 180/13 186/11 192/5
194/25 195/1 197/3 197/21
200/10 201/18 208/5 208/6
212/5 213/20 213/24 218/7
222/17 222/24 231/19
233/14 235/15 235/22
236/15
backed [2] 110/3 222/10
background [1] 65/1
backpack [1] 34/4
bad [1] 119/5
badge [3] 217/18 218/1
218/3
badges [1] 178/4
bag [1] 16/7
bags [1] 41/25
bah [10] 146/6 146/6 146/6
146/7 146/7 242/15 242/16
242/16 242/16 242/16
ballistics [2] 190/25 190/25
band [4] 217/18 217/20
217/20 218/4
bang [1] 73/18
banged [1] 68/9
banging [1] 201/14
banister [2] 76/24 78/14
bar [8] 195/3 195/11 195/15
195/16 205/11 207/18 231/4
231/6
barricade [1] 43/8
barrier [2] 193/7 193/12
based [24] 21/22 29/12 56/8
63/5 63/10 65/24 69/25 71/6
87/18 89/10 91/4 92/24

**B** (continued)

96/20 109/5 111/14 116/3
126/15 135/10 158/7 211/22
basic [1] 188/18
basically [6] 27/9 31/1 51/3
59/13 138/10 186/23
baton [15] 13/11 13/24 49/22
50/2 50/7 50/20 51/5 51/14
51/23 52/12 52/14 53/2 53/6
54/20 191/1
batons [2] 50/11 51/7
battling [1] 212/24
be [188] 6/9 6/18 7/3 7/24
8/14 8/16 9/1 10/20 12/10
16/6 16/9 20/8 20/22 23/8
33/5 34/22 38/14 39/19
39/23 46/24 47/1 47/2 48/11
49/11 50/14 50/20 52/9
53/13 54/8 61/23 63/11
63/21 64/17 66/12 69/6
69/13 70/11 70/18 71/7 71/9
71/10 71/25 73/1 74/7 75/7
77/3 78/6 80/6 80/19 81/9
83/3 83/14 84/15 87/5 87/7
88/3 88/14 89/2 89/21 91/8
93/7 93/22 94/3 96/24 97/21
98/1 98/4 98/5 98/5 98/7
98/20 99/7 99/8 100/21
102/7 104/17 105/25 106/15
108/2 109/12 109/12 111/8
112/14 113/5 114/3 114/4
114/24 115/3 115/12 115/14
115/24 117/16 119/18 121/5
121/23 126/6 128/12 128/23
129/1 129/4 129/21 131/4
131/11 131/18 131/22 132/3
132/4 132/18 132/19 133/10
134/13 135/10 135/12
135/14 137/7 137/8 137/13
137/23 137/24 138/9 138/19
141/18 143/11 144/22
144/23 145/22 145/24
147/19 148/6 148/16 150/2
151/2 151/5 151/7 151/25
152/4 153/21 154/19 155/18
155/25 156/10 156/13
156/14 161/2 161/4 162/14
167/5 171/16 171/18 172/8
173/8 175/16 175/17 175/19
176/2 176/5 181/21 182/24
183/23 187/3 194/4 195/23
199/19 200/18 202/18
202/19 209/4 210/15 211/23
213/20 219/14 222/19 224/5
225/3 226/7 230/19 233/20
233/23 234/6 236/17 237/7
238/5 238/11 238/16 239/11
240/12 241/2 241/25
beanie [39] 113/24 199/25
200/5 200/11 201/14 203/16
203/24 204/19 205/4 206/2
206/3 207/16 208/12 208/25
209/14 212/13 213/17 214/6
216/23 218/8 221/21 221/23
222/3 222/19 223/3 223/13
224/17 225/1 225/3 225/5
225/15 226/6 226/15 226/24
227/20 229/3 229/14 229/18
229/22

**B** (continued)

96/20 109/5 111/14 116/3
126/15 135/10 158/7 211/22
beard [1] 50/18
bears [2] 154/10 154/11
beat [1] 43/3
became [1] 231/22
because [47] 8/3 9/12 9/15
10/3 15/6 22/19 30/11 30/16
44/1 48/10 49/4 51/19 52/23
53/12 55/4 72/21 98/7 126/8
127/25 131/11 131/21
134/23 136/24 137/2 144/6
144/21 145/3 145/24 147/25
150/7 151/14 154/17 162/19
175/17 178/4 190/2 190/13
191/13 191/20 195/16
199/17 211/24 222/9 227/12
240/7 241/20 242/20
become [2] 110/5 221/3
becoming [1] 221/11
been [77] 12/24 14/23 15/7
18/2 18/3 18/3 19/10 21/9
22/20 26/18 37/5 40/20
46/13 47/5 52/6 55/18 56/17
58/3 58/5 65/5 65/12 65/15
66/22 82/12 82/18 85/5
85/23 86/25 94/18 95/3 95/7
99/24 100/16 103/22 103/24
104/15 107/3 110/6 113/1
113/13 116/10 119/4 131/8
143/8 148/19 149/25 150/18
151/20 156/16 156/19
157/24 162/7 163/7 168/8
168/24 169/17 185/6 187/7
187/8 188/1 189/5 192/8
194/11 198/24 205/16
205/17 206/12 207/4 208/15
212/24 213/18 223/20 225/5
228/12 228/24 233/12
238/16
before [39] 1/8 5/8 6/13
11/16 13/10 14/24 18/2
18/15 20/12 23/6 36/8 38/9
38/14 43/23 45/19 45/24
51/18 62/2 66/16 77/12
109/23 125/25 128/18
141/19 149/25 156/15 163/9
165/9 172/22 173/21 197/21
197/23 210/19 219/4 236/8
239/14 239/16 240/25
243/11
began [1] 5/1
begin [3] 15/16 141/21
176/19
beginning [14] 8/11 25/13
26/19 32/16 34/16 44/6
129/1 129/5 148/3 150/1
153/25 156/24 236/20
241/12
begins [1] 163/1
behalf [11] 119/4 234/20
behind [15] 19/19 26/18
26/21 27/13 28/13 28/22
48/5 48/5 74/18 165/20
202/18 205/7 207/4 229/7
229/8
being [32] 7/12 10/24 17/15
17/17 18/1 52/7 57/11 61/9
61/13 61/14 72/9 73/8 73/11
97/14 133/15 134/1 137/13

**B**

being... [15] 143/19 144/9
145/13 166/22 173/6 194/22
208/6 224/11 231/10 231/11
231/24 232/6 232/7 232/9
241/13
belief [1] 153/7
beliefs [5] 107/20 126/22
126/23 127/5 167/7
believe [16] 5/10 10/24 36/2
47/16 71/9 71/10 79/15 85/5
125/22 131/9 131/11 131/11
140/12 166/19 212/7 228/24
believed [6] 144/7 144/21
144/25 145/6 145/8 153/8
belongs [1] 183/7
below [1] 16/3
besides [1] 26/13
best [3] 14/23 26/3 26/5
better [36] 66/23 95/12 140/23
between [12] 45/16 48/13
61/17 67/6 89/1 91/13 115/3
128/21 131/10 133/19
176/13 187/2
beyond [11] 80/21 80/24
87/18 100/3 135/18 148/4
165/17 165/19 165/22
165/24 242/15
biases [1] 8/13
big [4] 22/5 101/10 110/20
239/21
bike [3] 69/22 70/1 199/18
bit [30] 12/19 13/10 13/23
17/6 29/22 36/20 41/6 59/15
61/7 65/4 72/14 88/18
107/17 127/12 127/21 128/2
128/20 136/24 149/6 170/15
201/19 207/20 213/15
214/22 215/23 221/11
222/18 228/10 237/13
241/24
bizarre [1] 144/24
black [46] 37/13 55/9 79/21
88/14 107/9 113/24 199/25
200/5 200/11 201/14 203/16
203/24 204/19 205/4 206/2
206/3 207/16 208/12 208/25
209/13 212/13 213/16 214/6
216/23 218/8 218/17 221/20
221/20 221/23 222/3 222/19
223/3 223/13 224/17 225/1
225/2 225/5 225/15 226/6
226/15 226/24 227/20 229/3
229/14 229/18 229/22
blade [3] 101/4 103/2 104/9
blaring [3] 198/17 210/3
211/16
block [5] 17/22 19/14 28/11
135/2 135/6
blocked [1] 19/10
blocking [1] 19/13
blog [1] 238/1
blow [1] 108/24
blown [1] 68/15
blown-up [1] 68/15
blue [5] 88/14 199/12 203/3
217/20 218/1
blurry [2] 21/6 83/22
bodily [1] 103/11

bodily [14] 30/counter 34/125
47/7 218/9 218/19 218/22
218/24 219/5 223/16 223/21
223/24 225/21 226/14
bomb [1] 195/24
bombs [2] 30/14 42/11
bones [1] 148/17
book [3] 7/11 130/22 140/12
both [6] 6/7 129/14 236/3
bottom [22] 9/1 23/20 24/10
25/1 37/12 37/23 113/16
113/19 119/21 176/10
181/16 182/8 182/9 183/11
185/6 185/10 205/10 209/16
209/23 209/24 216/7 216/7
Bowser [6] 92/5 92/25
111/24 166/18 166/19
166/23
box [1] 28/6
boy [1] 146/25
bracket [1] 242/19
bracketed [12] 7/10 7/14
7/15 8/10 9/11 9/21 10/6
130/10 130/11 130/13
130/20 242/19
brackets [3] 6/20 7/21 10/3
BRAN [1] 2/4
branch [5] 122/23 123/12
123/14 123/16 123/25
breach [5] 17/18 17/19
206/12
breached [3] 82/15 204/13
207/5
break [24] 11/10 12/3 18/10
53/22 85/21 85/24 106/21
127/10 127/11 127/21
127/23 128/3 128/5 128/19
147/15 149/16 150/19
152/11 156/10 164/5 164/11
213/19 241/1 243/11
breaking [1] 44/2
breaks [1] 233/12
brethren [1] 43/22
BRIAN [2] 12/23 79/22
bridge [1] 8/18
briefly [8] 23/5 23/13 60/15
94/7 102/8 119/8 147/20
206/22
bring [10] 5/8 11/16 12/4
107/2 156/15 157/5 159/5
233/14 235/15 236/15
bringing [2] 93/22 186/17
broke [2] 69/19 214/4
broken [6] 13/21 22/17 30/12
78/16 78/17 87/17
brought [9] 99/18 100/7
100/13 105/5 142/25 158/15
186/13 186/15 194/13
brows [1] 5/16
buckets [1] 148/18
building [30] 21/8 30/12
36/22 39/10 40/20 41/4
43/14 44/23 47/20 64/5 64/7
78/15 86/20 89/12 89/17
117/3 171/2 171/5 171/6
177/13 179/7 179/14 180/15
180/21 187/5 192/11 194/6
228/4 231/11 231/11
buildings [1] 43/1

bump [1] 175/14
bunch [1] 145/15
burden [3] 142/11 142/14
237/1
Bureau [2] 56/2 188/11
burger [1] 67/13
burn [1] 144/1
business [2] 125/11 126/25
businesses [1] 120/11

**C**

California [1] 1/16
call [11] 17/23 19/5 32/15
41/3 55/14 167/25 187/22
190/8 200/11 233/5 236/23
called [6] 41/2 76/11 166/22
177/9 190/3 218/3
calling [1] 72/19
calls [5] 42/22 55/15 168/5
182/14 187/23
calm [4] 30/15 30/16 30/17
52/21
came [33] 14/7 19/4 24/22
26/14 26/15 26/16 43/19
43/20 47/13 47/16 48/1 48/2
110/8 125/24 125/25 144/1
144/2 144/6 144/6 144/20
144/21 149/5 150/7 154/24
155/3 157/24 161/16 162/17
165/9 166/2 167/6 187/13
190/10
camera [25] 15/13 20/13
21/3 23/21 24/10 24/11
30/19 30/20 32/3 32/4 34/12
47/7 202/17 202/18 215/25
218/19 218/22 218/24
218/24 219/2 219/5 223/16
223/24 225/21 226/14
cameras [6] 31/7 31/17
31/24 32/5 80/18 223/21
can [190] 5/23 6/23 6/24 7/6
7/6 7/7 12/4 12/6 13/23
16/16 16/19 18/25 20/22
20/22 23/5 23/12 24/6 24/11
25/12 25/19 27/17 30/15
32/3 33/16 36/23 38/23
38/24 39/6 39/9 40/2 44/25
45/14 46/2 47/18 47/21
55/14 59/25 60/15 61/4
63/25 65/3 65/18 66/23
68/25 76/3 76/3 77/6 77/8
84/7 84/18 85/17 87/15
90/21 93/11 94/7 94/10
95/17 96/23 98/2 98/3 98/16
101/20 102/16 103/2 103/2
103/5 104/24 104/25 105/13
107/5 112/18 113/20 113/20
114/9 116/12 116/25 117/19
117/21 119/25 121/14
121/20 121/20 125/8 127/12
127/24 128/21 129/17
129/19 130/11 130/25
131/11 132/1 133/3 137/14
137/17 139/7 140/23 141/4
141/17 141/17 142/24 143/1
148/11 149/6 149/12 149/17
150/2 150/11 150/17 150/19
152/10 154/21 155/1 155/2
155/3 155/5 155/6 155/7

cont'd [4] 30/counter 158/2 158/14
168/15 168/16 170/25
172/23 174/17 175/8 176/8
176/9 181/2 181/6 181/19
181/20 181/23 183/18
184/12 184/15 187/12 188/5
197/10 198/24 200/13
202/15 203/9 203/11 203/18
203/20 204/4 204/21 205/12
206/2 206/6 206/22 209/6
209/25 211/6 211/14 213/21
214/17 214/24 215/18
216/24 217/4 217/7 217/17
217/25 218/7 218/22 224/8
224/18 224/22 226/21
227/11 227/13 227/24
228/10 228/24 229/6 233/14
233/15 234/9 235/17 235/20
235/21 235/23 237/19
239/13 241/22 242/24
can't [10] 47/18 47/22 135/14
145/21 148/6 155/11 212/6
225/13 225/14 234/24
cannot [3] 154/18 155/10
220/16
cap [5] 79/24 82/22 84/15
85/14 114/1
capable [1] 103/10
capacity [1] 174/9
capitol [111] 14/15 23/21
40/23 42/23 46/13 46/19
47/7 49/3 57/12 64/12 65/1
65/13 66/4 68/5 69/3 70/1
70/5 70/7 70/17 70/19 72/22
73/23 74/2 76/4 77/24 78/15
78/21 79/22 80/2 82/15
82/22 84/2 84/12 86/13
86/25 89/12 89/17 113/1
114/4 115/13 117/3 118/1
118/9 118/23 119/12 121/19
124/11 134/12 142/6 142/25
148/1 156/4 170/13 170/19
171/2 171/2 171/6 171/9
171/11 171/14 171/17
171/23 171/25 173/7 173/15
174/21 175/3 176/17 176/24
176/25 177/2 177/17 178/2
178/7 179/23 185/15 185/23
185/24 186/20 186/20
186/23 187/5 190/4 190/13
190/17 191/7 191/9 191/10
191/11 191/15 191/16
191/18 191/20 191/20
191/22 192/6 192/8 192/10
192/14 194/4 194/6 196/8
197/24 197/25 199/15
202/10 205/7 209/21 209/22
226/11 229/20
caption [3] 5/18 114/6 114/14
capture [2] 60/16 71/18
captured [6] 48/21 53/9 53/9
54/23 132/4 238/19
car [3] 39/1 190/9 190/10
caravan [4] 96/16 96/21
98/11 144/17
caravaning [1] 99/11
caravans [2] 143/21 144/2
care [4] 7/17 8/5 8/5 116/24
career [1] 192/7

carriage [10]  35/23 38/4 38/10 38/13 38/15 39/4 86/19 174/23 175/1 177/23
carriageway [1]  40/10
carry [5]  95/22 95/23 95/24 95/25 96/1
carrying [4]  16/6 16/11 96/25 194/12
cars [2]  38/14 98/8
case [52]  1/3 6/5 7/22 8/2 10/17 12/13 12/15 48/16 51/23 55/4 58/4 58/5 58/6 62/4 62/12 89/11 92/24 104/14 111/15 128/8 132/20 133/17 133/23 145/21 153/1 153/3 153/6 153/9 153/12 156/6 158/8 161/20 161/20 161/22 162/14 162/19 163/3 163/5 164/18 234/15 234/18 234/25 235/12 235/16 236/19 237/2 237/5 237/6 237/17 237/24 238/1 238/2
cases [4]  46/25 133/3 133/5 147/15
catch [1]  9/24
cause [1]  30/7
cc [1]  239/13
CCL [2]  95/19 95/21
CDU [8]  188/24 188/25 189/1 189/2 189/3 189/5 189/6 189/7
CDU-61 [1]  189/6
cell [7]  47/14 58/21 79/7 94/12 204/7 219/3 219/3
center [3]  71/1 71/3 169/12
centers [1]  52/7
Central [1]  95/8
ceremonial [2]  178/10 181/9
certain [3]  43/11 128/6 241/11
certainly [7]  6/17 8/16 52/4 152/10 153/10 160/5 162/11
certification [4]  66/6 173/23 175/18 186/8
certified [1]  68/10
certify [2]  175/12 244/3
cetera [1]  58/14 62/6 237/25
chamber [28]  14/19 19/6 20/25 21/1 32/8 32/19 40/6 40/7 41/18 42/10 42/13 43/11 43/12 175/10 175/13 175/23 176/6 176/13 176/14 178/10 178/18 178/22 179/4 179/10 179/18 186/5 186/7 186/11
chambers [3]  149/17 239/16 241/5
chance [1]  11/11
change [7]  5/18 17/8 26/1 27/2 27/6 68/12 221/1
changed [3]  8/22 27/14 235/25
changes [2]  9/3 156/9
chanting [6]  19/23 21/18 21/20 27/3 41/23 201/16
chaos [2]  36/15 41/16
Chaotic [1]  36/13
characteristic [1]  8/1

characterization [2]  78/24 161/4
charge [7]  9/17 9/23 132/17 139/6 139/22 239/23 241/12
charged [6]  137/24 138/24 138/25 154/13 162/7 164/23
charges [2]  241/12 242/1
Charlotte [4]  174/1 174/2 184/24 184/25
chart [2]  109/16 109/17
chase [1]  78/23
chased [1]  79/4
chat [1]  127/12
check [2]  28/23 239/12
checked [2]  133/19 162/8
checking [2]  154/7 180/9
cheering [2]  28/1 28/1
chemical [1]  71/10
chest [2]  218/25 222/12
choose [1]  236/22
chooses [1]  147/5
Christopher [2]  1/17 5/5
cigarette [1]  164/9
circle [13]  25/2 49/8 49/9 63/25 65/21 70/7 128/18 184/22 207/13 207/20 208/11 230/23 231/1
circled [1]  49/9
Circuit [3]  133/2 239/12 239/15
circulate [4]  239/18 241/3 241/4 243/8
circumstances [2]  52/2 211/23
cite [1]  133/1
citing [1]  133/4
city [1]  144/2
citywide [1]  120/3
civil [6]  138/1 138/2 188/23 190/22 190/24 209/5
claiming [1]  143/16
clarification [2]  119/7 128/25
clarify [3]  137/20 162/10 163/2
clarifying [3]  137/24 138/8 151/3
clashed [1]  167/6
clashes [2]  166/25 167/5
clear [21]  9/7 49/14 70/18 71/1 81/2 93/7 115/14 126/6 131/3 148/16 151/14 180/6 180/10 181/19 181/21 182/12 187/3 195/2 195/13 197/8 217/25
cleared [1]  42/8
clearer [1]  5/20
clearing [5]  194/1 194/2 194/3 197/18 215/15
Clements [10]  65/4 68/16 73/4 77/6 90/21 92/11 104/18 119/22 121/15 122/17
clerk [1]  5/10
client [2]  11/3 233/22
climb [3]  38/23 38/24 76/21
climbed [1]  76/23
climbing [2]  46/3 78/13
clip [2]  49/6 49/13

18/5 18/10 20/24 21/2 21/10 23/15 23/22 24/7 24/15 24/16 25/10 25/24 26/1 28/12 36/1 36/10 37/4 45/25 53/25 79/5 79/8 80/12 81/5 81/19 82/4 82/7 118/23
close [13]  21/23 37/21 120/22 121/21 121/22 122/1 150/2 156/14 187/13 209/10 214/7 218/9 236/3
closed [6]  189/20 200/17 202/4 209/11 213/12 214/11
closely [4]  88/18 155/15 203/23 218/8
closer [10]  18/5 70/6 73/23 74/1 76/16 91/25 191/15 191/16 191/18 191/22
closing [6]  143/13 189/25 201/5 213/11 237/16 238/5
closings [4]  141/19 141/21 236/8 236/10
closure [1]  120/25
cloud [2]  48/18 111/19
CNN [1]  68/9
code [1]  188/19
coherent [2]  161/3 161/6
Coin [1]  67/12
collapsed [2]  13/11 53/3
colleagues [2]  52/16 164/19
collect [2]  100/12 100/15
collecting [1]  58/10
collectively [1]  52/4
college [3]  46/17 46/18 46/19
color [1]  55/8
COLUMBIA [3]  1/1 92/18 104/21
column [3]  122/22 122/23 123/24
combative [1]  159/11
come [27]  6/12 8/19 12/14 26/20 28/12 30/7 34/11 43/17 45/23 57/17 82/21 85/25 128/3 131/22 136/3 145/17 146/8 147/14 147/18 149/18 152/24 153/12 158/15 166/24 167/12 213/20 234/7
comes [5]  10/16 25/16 26/17 38/17 145/14
comfortable [3]  128/22 168/15 188/5
coming [37]  14/1 14/3 14/6 17/18 17/19 18/4 18/18 18/22 23/19 24/19 26/12 26/13 27/11 27/12 27/23 28/14 28/23 29/1 45/7 126/10 129/2 129/5 144/20 146/10 170/4 179/22 180/13 180/14 182/12 191/20 194/11 198/22 207/24 208/6 215/23 219/4 220/18
command [1]  221/14
commanding [1]  92/9
commands [5]  197/1 220/7 220/9 220/12 220/17 220/8 223/7
commencing [1]  120/1
comment [2]  142/7 146/21

18/5 145/19 241/19 241/17 242/6 242/13
committed [2]  142/20 145/14
committing [1]  138/2
commotion [4]  190/14 191/13 191/14 195/4
communicate [4]  94/10 98/16 114/19 120/25
communicating [6]  171/7 171/13 171/15 171/18 182/11 182/24
company [1]  120/17
compare [1]  94/23
compared [2]  62/24 67/3
comparison [4]  109/5 123/3 123/10 124/16
complained [3]  232/9 232/16 232/18
complete [4]  12/15 36/15 170/23 238/2
completely [1]  156/18
complying [2]  103/4 197/1
comports [1]  153/10
compromised [1]  110/5
computer [1]  59/14
concealed [5]  95/22 95/23 95/24 95/25 96/1
conceded [1]  156/24
concept [1]  165/11
conceptually [1]  135/15 135/18 135/21
concern [2]  22/19 52/5
concerned [4]  15/1 22/14 22/16 111/7
concerning [1]  9/16
concert [1]  230/23
condition [1]  153/15
conduct [6]  10/23 11/2 69/2 154/12 240/9 240/10
Confederate [2]  134/2 136/4
confirm [1]  118/3
confirmed [1]  183/6
confirming [1]  6/4
confronted [3]  83/25 84/1 84/2
confused [1]  241/24
confuses [1]  138/5
confusing [3]  131/11 238/17 239/11
confusion [1]  55/4
Congress [2]  73/15 73/16
Congressman [1]  111/3
conjunction [2]  162/4 162/16
connected [2]  137/3 142/19
Connecticut [1]  1/18
connection [1]  239/23
conscientious [1]  156/16
consider [2]  100/2 131/10
consideration [1]  7/23
considered [1]  174/5
consistent [1]  20/19
constantly [1]  42/22
Constitution [5]  1/23 69/1 222/18 225/19 244/9
constitutional [1]  109/19
consulted [1]  108/19
consulting [1]  11/2
contact [9]  67/7 91/14 93/8 95/11 115/4 160/24 164/11

252

**C**

contact... [2]  170/22 222/12
contacts [2]  66/1 94/10
contain [1]  201/5
contained [1]  210/9
container [1]  103/6
contains [4]  131/12 183/3
183/13 211/3
contend [1]  100/8
content [5]  66/16 67/1 94/18
126/17 142/23
contentious [1]  7/1
contents [7]  59/2 59/4 59/7
59/8 59/12 59/18 66/17
context [1]  149/2
continue [13]  5/9 33/16 49/24
133/3 199/8 199/21 200/13
201/9 203/18 203/20 204/1
209/6 213/21
contrary [1]  144/19
control [3]  126/4 195/18
231/6
conventions [1]  62/3
conversation [7]  66/23 67/5
94/15 99/10 117/22 126/15
233/17
conversations [1]  131/10
converted [1]  95/3
convict [4]  136/9 240/8
240/10 240/11
conviction [1]  132/19
convoy [1]  95/14
Cool [1]  98/7
cooperative [2]  159/10
159/13
coordinate [6]  161/24 162/1
162/3 162/12 162/13 162/23
copy [6]  5/11 6/22 7/6 7/12
59/18 59/19
copying [1]  9/23
corner [8]  28/17 62/16 64/5
85/7 125/9 197/15 209/9
217/15
correct [135]  13/9 13/14
13/22 14/13 19/12 24/24
28/16 32/23 46/1 46/22 47/2
47/5 47/8 47/9 47/11 48/4
48/7 48/8 48/11 48/12 48/22
49/1 49/5 49/11 49/12 50/9
50/15 51/11 52/18 53/10
53/11 54/6 59/21 66/17 67/8
68/6 76/14 77/12 86/11 93/8
93/16 95/8 95/9 98/12 99/11
101/22 104/10 111/16
114/17 115/7 115/15 118/16
122/14 123/18 124/25
138/11 155/12 157/16
157/22 160/24 160/25 161/1
161/7 161/9 161/12 161/20
162/5 162/9 162/20 162/24
163/1 164/2 164/6 164/9
164/20 164/23 164/25 165/9
165/23 166/3 166/7 166/22
167/1 170/8 170/9 170/12
171/10 171/12 171/20
173/17 173/24 173/24 174/6
174/15 174/16 175/2 175/6
175/7 175/21 176/3 176/6
176/7 177/5 178/20 179/5
183/20 185/3 185/7 185/8
185/10 185/22 187/5 187/6
202/10 202/20 211/8 214/8
214/22 216/2 218/17 221/7
225/21 228/13 230/8 230/20
230/24 231/2 231/4 231/14
237/8 237/9
correction [1]  9/22 137/12
corridor [29]  13/6 13/20 17/6
18/5 18/10 21/2 21/11 23/15
23/23 24/7 24/15 24/16
25/10 25/24 26/2 28/12 36/1
36/10 37/5 45/25 53/25 79/5
80/22 80/12 81/5 81/19 82/4
82/7 118/23
corrupt [2]  110/5 144/23
coughed [1]  48/13
coughing [1]  14/3
could [143]  11/9 12/19 14/17
15/3 15/15 15/22 16/12
17/21 17/24 18/7 18/18
19/16 19/19 19/21 19/22
20/1 20/19 21/13 21/17 22/7
22/14 22/16 23/13 26/3 26/5
26/22 27/21 28/2 29/9 30/13
33/9 33/23 34/15 35/17 36/5
36/8 36/21 37/15 38/6 39/1
39/13 40/13 41/12 41/14
41/18 42/12 42/16 43/13
43/16 43/25 44/2 44/6 44/22
45/11 46/8 49/13 49/19
49/24 52/25 69/4 71/7 73/8
75/10 75/22 78/10 79/14
91/19 92/1 92/11 96/6 97/23
101/7 102/11 102/14 106/4
107/3 108/17 119/4 119/21
119/22 120/6 122/8 124/18
131/18 132/23 135/10
135/21 136/8 136/13 137/21
146/16 149/21 154/18
159/14 162/10 163/2 165/3
165/14 172/11 179/15
179/19 179/22 180/18
182/19 182/20 189/22
191/14 191/16 191/21
191/24 192/23 193/11
200/18 201/9 201/16 201/18
201/22 202/13 203/6 204/25
207/21 211/10 211/16
211/19 212/17 214/15
214/16 214/25 215/9 215/10
215/17 215/18 216/3 216/13
216/14 222/17 234/7 236/1
239/3 239/10 240/13 242/14
242/23
couldn't [6]  8/2 8/15 135/16
176/2 191/14 195/4
counsel [5]  129/10 132/16
234/17 239/13 241/4
count [28]  10/2 10/2 132/14
132/15 133/9 133/10 134/8
135/2 135/6 136/23 137/8
137/9 137/20 137/24 138/13
138/13 138/17 138/17
138/24 138/25 141/3 141/4
141/6 141/8 162/8 234/2
241/12 242/1
Count 1 [5]  10/2 138/13

Count 2 [6]  10/2 132/14
137/24 138/13 138/17
138/25
counter [1]  143/25
counterpart [1]  173/14
counterterrorism [1]  163/14
counts [1]  133/14
County [1]  196/9
couple [9]  11/18 16/13 21/5
46/21 99/9 116/7 186/1
223/17 225/8
course [7]  53/5 135/14
135/21 164/3 234/1 239/5
239/6
court [24]  1/1 1/22 11/20
18/20 31/4 84/21 85/20
99/21 104/6 127/13 127/19
129/5 129/10 132/22 133/4
137/18 140/14 141/6 143/18
155/22 158/20 230/8 239/13
244/8
Court's [4]  11/17 54/17
141/10 150/4
courthouse [1]  6/10
courtroom [10]  12/9 86/3
128/11 128/17 157/7 168/2
213/23 233/19 236/16
238/10
covered [4]  9/15 38/20 38/21
40/11
covers [1]  138/6
COVID [2]  99/8 109/21
COVID-19 [2]  99/8 109/21
create [3]  48/12 48/16 201/4
created [1]  47/5
credibility [2]  8/9 8/12
crews [1]  121/23
crib [1]  137/21
crime [2]  145/19 153/13
crimes [1]  145/13
criminal [5]  1/3 5/2 86/5
92/23 152/20 154/11 163/3
213/25
cross [13]  2/2 8/18 46/10
46/11 125/17 129/15 141/23
154/8 157/9 157/11 187/17
230/2 230/3
cross-examination [6]  46/10
125/17 129/15 157/9 187/17
230/2
crowd [21]  16/23 17/21 20/3
48/5 50/14 51/19 52/4 52/6
53/12 53/15 53/15 53/16
53/22 72/9 134/25 179/19
191/11 206/4 208/19 209/1
230/22
crowds [6]  71/14 179/15
179/16 179/17 179/22
208/15
CRR [2]  1/22 244/8
Cuffs [4]  90/13 90/14 90/17
220/24
curfew [6]  119/11 120/1
120/3 120/10 120/23 121/18
current [3]  37/2 169/11
188/15
currently [1]  79/23
custodian [4]  43/5 43/5 43/7

**D**

D.C [37]  1/4 1/19 1/23 20/14
60/8 60/11 61/9 92/5 92/9
92/20 93/1 93/23 95/12
95/20 96/2 96/23 99/11
99/19 100/7 110/20 119/10
119/11 120/20 121/1 121/12
121/18 121/21 121/22
122/14 124/12 125/12
125/24 126/11 155/3 167/6
188/19 244/9
daily [2]  122/3 122/12
dais [1]  42/1
danger [1]  187/14
dangerous [1]  103/19
data [4]  59/16 59/17 67/3
68/20
date [7]  62/19 62/20 62/24
92/6 108/15 109/3 122/19
daughter [3]  174/20 184/24
185/10
Davis [52]  1/17 1/18 1/18 2/6
2/9 2/14 5/5 6/1 10/3 10/15
10/20 11/21 126/6 126/16
126/19 127/7 128/13 130/9
131/19 131/21 133/8 133/16
142/22 143/3 143/15 145/3
148/17 149/21 150/2 151/18
152/10 152/15 154/4 157/1
158/9 158/11 233/21 234/13
234/21 235/4 235/15 235/23
236/13 238/25 239/19
240/23 243/2 243/14
Davis's [1]  235/10
day [65]  1/8 20/16 31/17
38/14 41/7 43/13 44/20 47/5
57/21 58/1 61/8 69/25 71/6
98/21 98/24 105/4 112/16
123/7 123/8 124/12 124/16
126/7 131/7 142/15 148/19
148/21 151/25 153/21
156/11 157/16 157/19
160/21 160/23 161/2 161/7
166/3 166/5 169/23 170/11
170/17 170/20 173/21
174/15 175/19 176/5 177/14
182/14 183/13 185/4 189/13
190/3 190/21 196/1 197/11
198/1 198/6 200/6 202/10
208/5 211/2 219/9 225/2
233/16 235/19 237/19
day's [1]  176/18
days [10]  12/14 90/24 107/18
109/23 120/8 127/22 146/23
151/9 154/19 238/4
dcd.uscourts [1]  244/10
dcd.uscourts.gov [1]  1/24
DDC [1]  153/2
dead [3]  13/8 14/2 47/24
deal [4]  11/23 137/17 141/1
151/15
dealing [2]  54/1 54/1
debate [1]  111/12
December [10]  92/7 92/21
93/1 95/10 99/3 99/10 109/9
109/14 167/1 167/1
December 12 [2]  92/1 167/1

December 14 [1] 167/1
December 23 [1] 109/9
December 26 [1] 95/10
December 28 [1] 99/3
December 29 [2] 99/10
109/14
December 31 [1] 92/7
decide [7] 7/4 7/22 8/2 99/25
103/20 129/20 234/23
decides [1] 146/25
decision [6] 51/3 51/23 52/3
147/19 234/22 235/6
declarant's [2] 146/5 153/5
declined [1] 26/11
deemed [1] 43/2
deeper [1] 165/19
deescalate [2] 13/12 30/11
defendant [158] 1/6 1/17 5/5
5/6 8/19 8/20 13/13 13/19
16/24 17/11 24/22 25/8
26/14 26/16 27/2 27/21 28/5
29/6 29/17 33/15 35/5 35/13
35/20 37/14 37/18 39/10
41/10 46/4 58/3 58/12 58/21
61/8 61/19 63/17 64/11
64/22 65/20 67/10 67/20
67/24 68/1 68/11 68/13
69/18 69/23 70/6 71/15
73/23 74/1 74/14 75/2 75/13
75/23 76/2 76/16 76/23
77/12 77/25 78/10 78/14
79/2 79/7 80/21 81/4 81/13
82/5 82/21 84/14 84/25 85/9
85/11 86/9 86/13 86/20
87/22 88/8 88/23 89/4 89/11
89/16 90/3 90/25 91/17
91/21 93/7 93/21 95/11
95/16 97/2 97/9 97/16 97/17
97/20 97/23 98/9 98/19
98/21 99/16 99/18 100/4
100/7 100/12 102/19 104/21
105/16 105/17 106/5 106/8
107/20 108/20 109/8 109/15
109/23 110/9 110/23 112/2
112/17 112/21 113/22 114/6
115/11 115/19 116/4 117/3
117/4 118/3 118/8 118/14
118/21 118/25 125/23 126/2
126/2 127/4 131/4 136/13
137/21 137/23 137/24
140/21 142/6 145/6 145/12
146/4 146/9 153/12 153/17
154/2 155/11 156/1 158/7
208/18 218/13 223/12
238/18 241/13 242/1 242/9
defendant's [16] 59/2 60/4
69/2 75/16 90/24 93/15
101/21 107/18 116/22 142/3
143/4 144/14 238/14 241/17
242/5 242/13
defense [11] 129/9 132/16
146/18 148/8 156/6 235/16
236/21 236/24 237/5 237/7
239/13
defer [1] 234/9
definitely [1] 149/12
definition [2] 143/17 165/3
deliberate [1] 234/25

deliberately [1] 234/6
deliberating [1] 233/12
deliberations [1] 238/6
demeanor [4] 160/21 161/3
161/5 208/14
Democrat [1] 126/24
demonstrating [1] 150/6
demonstration [1] 13/11
demonstrations [4] 92/16
92/20 189/4 189/8
Denver [2] 163/12 163/13
department [14] 20/14 31/10
31/21 57/24 105/6 157/20
160/23 161/18 169/6 169/9
169/10 187/24 188/11
188/13
departure [3] 171/19 175/13
176/14
depends [3] 129/6 146/16
233/16
depict [1] 219/8
depicted [1] 10/23
depiction [1] 107/14
depictions [1] 105/11
depicts [1] 197/25
deploy [1] 51/23
deployed [2] 29/15 53/23
deployment [1] 188/23
Des [8] 56/6 56/8 57/7 57/16
57/24 105/6 157/16 160/23
Des Moines [8] 56/6 56/8
57/7 57/16 57/24 105/6
157/16 160/23
describe [24] 13/23 20/22
23/5 23/13 24/11 36/24 60/7
60/15 76/3 87/15 94/7 127/5
159/14 161/3 170/25 175/8
195/15 197/10 198/24
206/22 209/25 211/14
218/22 229/6
described [7] 13/7 13/20 14/2
47/23 52/18 60/8 211/3
describing [2] 85/8 195/11
description [1] 165/3
deserve [1] 111/8
designated [2] 105/8 107/12
designed [1] 131/15
desks [1] 41/23
destined [1] 175/6
detail [6] 169/16 169/17
169/21 174/14 187/9 187/9
details [1] 110/21
determined [4] 175/16
175/17 185/13 185/14
determines [1] 141/6
determining [1] 100/2
developed [1] 238/24
Development [1] 188/11
device [1] 59/5
did [298] 5/11 5/13 5/14 6/18
14/9 14/20 16/24 17/1 17/5
17/8 17/11 17/13 21/22
22/11 25/25 25/25 26/3 26/3
26/13 27/2 27/6 27/25 29/6
29/7 29/23 30/2 30/4 31/1
34/2 34/8 34/9 35/13 35/16
35/22 35/25 36/9 41/15
41/21 42/4 42/6 42/13 42/17
42/18 42/20 42/21 42/22

didn't [19] 8/3 11/3 17/4
30/13 42/10 42/11 48/11
48/24 51/17 51/25 126/17
136/2 136/3 143/21 148/1
154/5 154/7 217/19 220/25

different [25] 6/9 9/23 13/19
22/24 23/22 42/3 43/12
51/18 51/22 52/17 68/6
119/9 132/12 135/15 136/24
143/1 143/13 146/22 147/8
153/16 167/7 193/24 196/10
214/13 215/4
difficult [1] 151/15
digital [4] 59/17 59/19 132/1
132/4
direct [9] 2/2 13/1 55/21
119/8 165/7 168/11 176/18
188/3 216/24
direction [7] 24/19 29/2 29/6
65/2 134/18 136/3 163/21
directions [1] 26/13
directly [7] 132/13 182/16
182/17 182/20 184/22
184/25 217/15
disagreements [2] 137/5
140/19
disappointed [1] 237/20
disburse [2] 29/16 71/14
disbursed [2] 53/22 53/24
disclosed [1] 133/23
discretion [1] 141/10
discuss [7] 12/13 107/20
140/22 177/6 233/13 234/21
237/24
discussed [5] 150/1 235/3
236/19 237/4 240/1
discussing [5] 107/18 129/4
166/21 206/12 214/5
discussion [4] 6/5 128/13
138/13 168/3
dismissed [1] 234/2
disobeying [1] 211/25
disorder [2] 138/1 138/2
display [3] 102/6 102/8
106/24
displayed [3] 50/4 107/1
114/17
dispute [1] 142/6
distinguish [1] 134/21
distorted [1] 116/18
distress [1] 42/22
distribute [1] 178/3
distributed [1] 178/1
district [7] 1/1 1/1 1/9 92/18
92/19 104/21 192/7
disturbance [3] 190/23
190/24 209/5
disturbant [1] 188/23
division [9] 56/3 56/6 170/22
170/25 171/1 171/1 171/14
171/22 177/4
do [252] 5/8 5/11 5/13 6/7
6/19 13/25 16/2 17/17 18/15
20/12 21/5 23/6 25/1 25/4
28/8 28/17 28/18 29/17
30/18 31/7 31/9 31/11 31/12
31/17 31/19 32/25 33/4
33/13 33/20 34/18 37/10
37/12 37/24 38/9 39/15
42/20 47/13 47/15 49/22
51/4 51/4 53/2 56/3 56/4
56/14 59/10 59/12 59/15
61/1 61/3 62/15 64/5 64/6

**D**

do... [199] 64/7 64/8 65/23
68/18 69/18 71/4 71/6 71/9
72/9 73/13 73/21 77/16
77/17 78/12 79/18 79/24
80/13 80/19 82/7 82/15
83/21 84/4 86/16 86/18
86/23 87/11 87/18 88/13
88/15 88/19 89/11 90/10
90/25 93/21 96/7 96/18 97/5
97/11 98/3 98/20 99/7
101/17 101/19 102/25 104/1
105/20 105/22 106/4 107/5
108/9 108/11 109/2 111/18
112/14 113/22 113/23 114/1
114/3 117/5 118/21 120/19
121/9 123/13 123/15 123/17
124/14 126/19 127/6 127/7
127/9 127/18 128/24 129/16
129/24 129/24 130/9 130/14
130/22 131/19 132/10 134/4
134/15 135/23 136/5 139/24
140/1 143/5 143/7 143/8
152/22 154/21 155/2 156/20
157/24 163/13 164/15
165/17 165/22 165/25 166/1
166/9 166/10 166/12 166/13
166/14 166/15 166/15 167/3
167/4 167/14 167/16 169/3
169/13 170/21 171/3 171/3
171/3 171/22 173/11 173/12
173/20 176/25 177/2 179/19
179/21 179/25 180/3 180/22
181/12 183/7 184/6 184/17
184/19 186/10 186/19 187/1
188/17 190/6 190/7 191/6
192/6 192/13 193/23 194/8
194/15 194/17 195/25 196/6
198/18 198/22 199/2 199/11
199/14 199/16 199/25 200/2
200/4 203/1 203/13 203/23
204/19 205/4 207/13 208/11
208/14 209/4 209/20 211/21
212/10 216/20 216/22
217/12 219/1 221/20 222/18
224/1 224/11 225/14 227/5
228/2 229/3 230/12 231/22
234/11 234/20 235/1 235/15
235/19 236/7 237/8 237/11
237/14 238/3 238/15 238/15
238/16 238/19 238/21 241/9
docket [2] 6/17 241/3
docketed [1] 6/21
document [1] 9/18
Dodd [1] 132/20
does [73] 23/20 25/13 35/2
37/21 38/2 41/2 45/5 50/20
50/21 51/2 56/14 59/22
59/22 59/24 60/24 60/25
62/8 63/7 66/21 67/10 67/20
67/22 67/24 68/11 68/13
74/22 74/24 90/5 90/7 91/19
91/21 95/16 95/21 96/1
97/17 97/20 99/16 100/8
110/2 110/19 111/10 115/9
115/11 116/22 118/3 118/8
132/18 135/20 146/1 147/3
155/18 165/17 167/17
167/18 171/21 171/21
190/24 192/22 193/21 199/4
199/18 219/8 229/22 233/15
236/1 236/11 236/14 237/1
243/5
doesn't [11] 129/15 143/6
144/12 144/12 145/10 153/6
174/8 192/22 224/22 241/13
242/17
doing [20] 27/22 28/10 28/21
41/22 42/7 42/20 50/21
58/12 84/24 85/2 102/12
129/1 136/25 153/7 182/9
200/23 223/2 226/2 232/18
234/8
domestic [1] 56/15
don't [77] 6/7 6/16 6/17 7/1
7/17 8/5 8/23 9/9 11/23
22/20 30/14 36/2 39/15
39/17 43/8 54/14 54/14 65/7
95/14 103/17 117/14 125/22
128/5 130/5 130/15 131/14
131/20 132/12 133/6 133/17
133/18 133/20 134/3 134/18
134/19 135/18 137/2 138/18
138/18 138/20 140/11
141/23 144/15 146/11
146/21 147/16 148/5 148/10
148/13 148/18 148/24
149/13 150/11 151/10
153/18 153/18 153/22 154/1
154/21 155/1 155/7 161/23
163/24 163/24 165/22
166/17 172/21 211/22
231/15 233/14 237/24
237/25 239/1 240/20 242/7
242/24
Donald [4] 61/12 63/14 110/3
111/22
done [7] 6/13 10/18 57/10
115/20 123/21 142/9 172/22
door [59] 14/18 14/19 16/2
20/22 20/24 20/24 21/1
21/10 21/25 22/5 26/14 32/8
32/8 32/18 35/23 38/13 41/3
43/3 43/8 47/8 86/18 86/23
87/16 87/18 88/13 88/24
89/1 90/9 126/15 141/25
142/21 142/23 143/3 143/8
143/13 143/13 175/1 184/6
193/18 196/17 196/21
196/23 199/4 200/17 201/23
202/21 204/13 207/4 207/25
209/10 209/17 209/23
209/24 214/7 215/4 215/5
219/19 221/6 228/18
doorframe [2] 199/2 204/22
doors [17] 21/25 41/18 42/9
86/19 90/6 90/7 198/6
200/19 200/24 201/5 202/4
209/10 213/11 214/10
229/19 231/2 232/12
doorway [9] 37/24 38/2 38/9
38/10 40/25 41/2 88/19
88/21 199/6
dot [6] 97/3 97/3 97/3 114/8
114/8 114/8
double [1] 239/12
double-check [1] 239/12
Doug [10] 56/22 57/7 57/25
57/25 77/20 105/5 105/11
107/9 107/14 115/4
DOUGLAS [10] 1/5 5/3 64/4
67/6 86/6 87/14 91/13
104/21 152/21 213/25
dousing [2] 194/11 195/20
down [70] 14/11 14/17 17/6
23/16 24/8 27/11 30/1 32/6
32/6 32/7 32/10 32/16 32/19
35/23 37/18 37/20 37/24
41/10 42/2 42/14 43/3 45/21
45/23 52/22 55/12 65/18
69/19 76/5 78/19 78/20
85/17 90/21 93/11 96/13
99/1 99/9 105/1 105/13
109/1 112/18 116/12 116/20
116/25 118/6 119/23 120/4
121/19 127/24 134/10 144/1
148/2 150/19 167/22 174/7
176/8 180/11 185/7 187/19
189/20 190/1 193/17 202/17
202/19 205/12 212/20
212/21 217/15 220/23
227/24 233/3
downstairs [1] 228/6
dragging [1] 222/4
draw [2] 79/20 140/7
drive [2] 40/13 40/14
driver's [1] 96/11
driveway [4] 38/17 38/18
40/10 40/11
driving [1] 99/5
dropped [1] 38/14
dual [1] 169/2
due [2] 175/18 189/21
duly [4] 12/24 55/18 168/8
188/1
during [7] 51/14 53/5 90/18
137/25 138/1 164/11 218/19
duties [4] 42/21 241/16 242/4
242/12
duty [2] 6/14 82/18

**E**

each [7] 11/11 96/5 128/20
128/21 129/25 234/2 239/24
eagle [1] 107/10
earlier [8] 82/16 82/16
127/21 127/22 153/12
161/11 240/1
early [5] 120/23 122/1 129/2
237/19 241/1
earpiece [3] 220/13 220/14
earpieces [1] 220/16
easier [1] 5/20
easiest [1] 134/6
easily [1] 8/3
east [22] 24/14 24/15 32/20
36/25 36/25 37/8 40/4 41/4
41/9 45/17 70/16 86/17 87/2
156/3 175/3 179/20 193/14
196/21 196/23 198/6 228/12
228/21
Eastern [4] 63/4 67/16 95/6
115/17
easy [1] 31/20
echo [1] 44/2
edges [1] 88/11
edits [2] 241/20 243/9
effect [2] 151/21 232/7
efficiency [1] 141/5
effort [3] 13/12 43/17 149/21
efforts [1] 36/16
either [16] 11/15 39/17
137/25 138/24 141/8 143/11
147/16 147/17 148/14
149/16 156/10 240/3 240/15
240/16 242/17 243/10
election [1] 111/7
electoral [1] 68/10
electronic [1] 7/12
element [4] 103/19 138/21
138/23 241/13
elements [7] 135/5 135/6
241/10 241/11 241/21
242/15 242/24
elicit [14] 126/6 126/16
131/21 148/18 148/20
150/12 150/17 151/12
153/18 153/19 154/2 155/7
155/10 155/11
elicited [2] 134/16 149/3
eliciting [2] 133/25 143/23
ELIZABETH [4] 2/10 168/6
168/7 168/18
Ellipse [2] 61/14 65/21
ELMO [1] 172/23
else [13] 11/16 14/3 43/13
54/2 54/2 84/17 84/18
140/10 142/16 165/23
230/24 230/24 238/1
else's [1] 240/9
email [16] 56/25 57/2 121/2
121/12 121/17 149/17
152/23 153/1 154/5 173/6
173/18 174/11 237/25
239/13 239/19 241/4
emails [1] 154/7
emerged [1] 48/18
emergency [5] 177/7 177/10
177/11 177/13 180/7
Emily [2] 1/11 5/4
emoji [8] 68/12 116/23
117/25
emotional [2] 153/14 153/15
employee [2] 242/3 242/11
enable [1] 59/22
encompassing [1] 136/22
encounter [12] 19/24 29/23
30/2 30/4 35/25 46/6 48/15
51/14 53/5 53/25 74/1 78/20
encountered [4] 43/3 45/24
78/21 156/1
encountering [2] 79/2 223/2
encouragement [1] 136/15
end [18] 10/17 24/15 29/9
37/1 43/23 49/23 73/18
137/22 138/14 141/8 151/9
153/9 166/5 201/14 201/25
223/9 238/4 238/14
ending [1] 120/2
enemies [1] 110/5
enforcement [19] 46/16
48/15 71/12 72/18 72/20
74/12 80/14 80/15 90/16

E

enforcement... [10] 96/17
96/24 103/9 120/5 146/10
153/13 153/20 163/18
226/10 229/16
enforcement's [1] 196/12
engage [2] 52/23 52/23
engaged [5] 154/12 183/16
241/16 242/4 242/12
engaging [1] 54/6
enlarge [1] 122/17
enough [9] 7/13 90/18 97/19
101/12 130/16 140/9 148/10
190/13 220/25
enrage [1] 67/13
ensure [6] 62/25 66/25 94/25
180/6 180/9 186/14
enter [2] 78/15 228/15
entered [11] 12/9 78/16
78/17 86/3 88/23 104/14
157/7 194/6 196/18 213/23
236/16
entering [5] 178/7 180/15
180/21 194/9 214/22
entire [2] 55/7 143/9
entirety [1] 184/2
entitled [5] 126/1 144/5
148/20 149/5 244/5
entrance [5] 35/23 39/2
177/23 195/8 228/12
entry [1] 89/12
envisage [1] 240/8
episode [2] 13/7 14/2
errable [1] 136/21
escort [5] 128/10 185/20
223/17 233/18 238/8
escorted [5] 42/25 228/3
228/6 231/10 231/24
escorting [1] 36/20
especially [1] 52/24
Esquire [3] 1/11 1/14 1/17
essentially [3] 19/9 90/15
94/10
establish [1] 144/18
established [1] 150/10
estimate [1] 43/16
et [3] 58/14 62/6 237/25
et cetera [3] 58/14 62/6
237/25
Eugene [4] 78/21 84/3
133/24 134/2
evacuate [1] 182/25
evacuated [1] 22/20
evacuation [6] 27/16 28/25
32/10 32/19 180/7 180/9
evaluate [1] 8/12
even [10] 73/23 95/7 141/19
144/3 145/9 148/1 148/5
151/10 152/9 192/3
evening [1] 240/18
event [5] 154/10 154/17
154/19 177/13 238/20
events [9] 60/4 63/5 71/6
92/21 112/24 114/20 119/9
165/16 176/19
eventually [13] 26/20 29/8
42/17 43/14 43/15 43/19
43/19 53/3 57/17 70/6 185/9
194/19 197/18

eber [3] 53/2 54/4 67/12
192/8 232/14
every [9] 127/1 142/4 142/6
142/7 145/21 147/8 153/12
177/14 234/2
everybody [5] 24/25 134/11
136/24 156/22 196/14
everyone [6] 5/7 14/2 49/4
51/11 97/4 128/12 134/16
136/23 149/20 152/14
152/17 152/22 213/19
217/25 230/24 231/10
everything [7] 14/4 30/15
51/19 67/14 134/11 188/18
219/1
everywhere [2] 36/14 170/5
evidence [98] 10/16 11/1
20/10 23/10 34/24 39/25
44/12 45/10 58/10 60/3
61/25 63/23 64/19 66/14
69/8 69/16 70/13 72/2 73/3
74/9 75/9 77/5 78/7 80/8
81/11 81/24 83/5 83/16 87/9
88/5 89/23 91/10 94/5 99/24
99/25 100/1 100/2 100/5
100/6 100/23 102/2 102/9
102/14 103/6 104/16 105/8
106/2 106/17 106/22 107/12
108/4 113/7 115/1 116/1
117/18 119/20 121/7 122/10
125/7 131/5 131/12 133/23
134/3 134/5 134/19 134/20
135/17 135/20 135/22
135/24 136/1 136/4 136/8
140/24 142/3 142/4 142/10
142/14 142/17 143/2 143/4
143/7 143/21 144/18 146/18
149/10 161/22 161/24
162/22 163/4 172/10 183/25
210/17 224/7 226/20 234/14
236/21 236/24
exact [3] 5/17 20/21 23/25
exactly [3] 142/13 145/24
181/20
examination [18] 12/17 13/1
46/10 46/11 55/2 55/21
125/17 129/15 157/9 157/11
165/7 168/11 187/17 188/3
213/21 230/2 230/3 233/1
examined [4] 12/24 55/18
168/8 188/1
example [12] 59/25 60/7
69/11 96/25 97/7 123/12
131/13 136/15 171/18
171/25 177/7 182/19
Excellent [1] 205/2
except [1] 124/11
exception [17] 10/12 143/12
143/15 143/16 144/10
144/13 144/14 145/2 145/11
148/11 148/15 149/12 153/4
153/10 153/19 154/1 155/8
exceptions [1] 146/1
excerpt [1] 62/10
exchange [3] 30/5 67/6 91/13
excited [1] 105/3
exclamation [1] 116/23
exclude [1] 140/9
excluded [2] 146/2 146/3

exculpates [1] 145/16
excuse [3] 14/7 34/9 128/14
executive [1] 169/6
exhibit [122] 10/14 12/21
15/3 15/15 20/7 22/22 32/1
33/9 34/15 34/20 35/10 36/4
36/23 38/6 39/13 39/14
39/16 44/5 44/10 44/25 45/8
49/7 61/22 62/9 62/11 62/12
63/20 64/1 64/13 65/5 65/18
66/10 68/8 69/4 69/10 69/11
70/9 70/10 71/23 72/23 74/4
75/6 75/22 77/2 78/3 78/4
78/5 79/10 80/4 80/5 81/7
81/21 83/1 83/11 85/4 87/3
87/4 87/25 89/19 91/6 92/2
93/25 94/14 94/24 96/14
99/24 100/25 101/8 102/6
105/10 105/11 105/20
105/24 106/14 106/22 107/1
107/4 107/12 107/13 107/14
107/25 111/24 113/3 114/17
114/22 115/22 117/15
117/21 119/14 119/16 121/3
122/7 125/4 172/6 172/11
173/3 181/5 181/19 183/22
184/8 192/18 198/3 198/10
198/14 201/10 201/24
202/12 202/22 206/15
210/13 210/14 210/20
211/11 214/15 215/17
219/12 224/4 226/18 227/24
228/8 228/24
Exhibit 107 [1] 219/12
Exhibit 311 [1] 105/20
Exhibit 312 [1] 105/9
Exhibit 314 [1] 101/8
Exhibit 347A [1] 81/21
exhibits [17] 2/16 3/1 4/1
10/22 10/23 11/4 62/4 62/23
81/22 82/3 83/12 88/1 89/20
100/19 103/7 105/10 235/21
exist [3] 39/10 167/17 167/18
existed [1] 89/16
existing [9] 144/10 144/14
146/5 153/5 153/6 153/14
153/15 153/16 154/17
exit [12] 35/23 37/22 37/25
38/2 40/14 86/21 209/21
209/22 209/22 209/24
214/13 215/4
exited [6] 86/16 128/11
128/17 228/18 233/19
238/10
exiting [1] 231/20
expect [5] 6/18 151/6 156/2
241/23 241/23
expectation [1] 126/7
expectations [1] 126/9
expected [18] 124/1 124/14
124/24 125/23 125/25 126/2
126/3 126/3 126/3 126/10
150/7 150/8 150/21 151/1
151/5 151/6 151/24 152/1
experience [12] 71/12 90/16
96/17 103/9 103/16 187/12
205/21 208/5 211/22 213/15
214/5 224/1

experienced [1] 219/9
experiences [1] 52/23
expert [5] 103/17 103/22
103/23 103/24 171/4
experts [1] 171/8
explain [2] 152/3 202/15
explained [3] 51/18 126/24
155/3
explains [1] 51/3
explosion [1] 13/15
expressed [1] 126/23
extend [1] 141/4
extensive [1] 165/20
extensively [3] 162/7 165/2
165/4
extent [2] 50/15 162/6
extinguisher [4] 14/1 14/5
16/17 48/3
extra [4] 128/2 128/5 129/7
186/18
extracted [2] 59/17 59/20
extreme [1] 24/13
extremely [2] 22/16 30/11
eyed [1] 48/14
eyes [4] 14/4 48/14 117/25
231/25

F

F.2d [2] 132/21 133/1
F.3d [1] 132/20
F.Supp [1] 153/2
face [6] 34/5 55/5 68/12
74/16 79/21 111/19
Facebook [21] 58/20 93/18
93/20 94/7 94/9 94/9 94/16
94/24 95/11 108/7 108/14
108/19 109/4 109/6 109/9
109/15 112/3 142/16 142/18
160/12 238/9
facility [1] 232/10
facing [7] 21/13 32/5 65/12
76/8 76/10 179/19 215/25
fact [9] 135/5 138/7 142/18
142/24 150/7 153/8 154/11
158/12 238/13
failed [1] 147/24
fair [33] 46/24 53/13 72/14
75/13 76/6 80/21 94/18
124/21 130/16 140/9 148/10
149/7 149/10 153/25 167/5
176/4 181/9 182/5 182/24
185/19 189/7 189/8 192/10
202/3 208/24 209/10 215/14
216/8 222/3 223/12 229/14
229/18 235/13
fairly [4] 155/20 155/25 219/8
224/1
fall [3] 144/12 144/12 148/18
fallen [1] 218/5
familiar [7] 44/8 45/2 62/3
120/15 154/4 165/11 192/10
familiarize [2] 177/14 180/4
families [1] 169/5
family [2] 142/8 184/7
fancy [1] 174/5
far [19] 16/23 21/2 37/1
43/21 46/22 95/18 123/24
138/18 138/19 139/25
140/18 158/14 165/19
182/12 190/19 211/5 237/12

**F**

far... [2] 237/14 238/12
fate [1] 7/11
favor [1] 110/7
favoritism [1] 7/23
FBI [26] 55/15 56/3 56/10
56/12 56/18 59/8 100/12
100/15 101/21 105/7 105/16
107/11 108/9 108/11 108/17
113/11 131/13 142/20
145/13 145/15 145/18
145/18 145/19 147/7 163/7
163/9
fear [2] 7/23 18/9
federal [2] 56/1 242/6
feed [1] 113/15
feel [3] 147/3 168/15 213/5
feeling [1] 30/8
feels [1] 51/4
feet [4] 14/13 16/25 21/25
222/4
fellow [6] 48/10 50/18 50/19
52/15 194/10 213/2
felony [5] 138/23 241/14
241/18 242/6 242/14
felt [2] 51/19 52/9
female [1] 183/6
fence [1] 69/19
fencing [1] 70/4
few [17] 5/8 7/2 12/14 17/16
98/8 184/12 204/2 214/18
214/25 215/11 215/19 216/4
217/7 217/8 222/24 225/16
238/2
field [2] 56/19 163/14
fifth [1] 138/22
fight [10] 17/25 195/3 195/11
195/15 195/16 207/18
207/19 211/19 231/4 231/7
fighting [8] 17/21 36/14 99/4
195/4 195/17 195/18 197/5
211/24
figure [1] 11/12
figures [1] 144/23
file [2] 117/5 117/11
filed [1] 10/22
files [2] 117/4 119/6
filing [2] 220/6 221/5
filmed [3] 45/15 45/16 45/19
filming [3] 47/10 47/16 53/13
filter [1] 147/9
finally [4] 89/12 112/2 220/19
226/13
find [14] 43/12 60/3 60/13
95/12 135/16 137/21 138/3
147/16 160/21 239/3 239/10
239/12 242/8 242/14
finding [2] 60/13 141/9
fine [11] 8/16 102/24 107/5
107/6 120/6 130/12 132/5
139/12 139/23 140/5 243/7
fire [4] 14/1 14/5 16/17 48/2
firearm [3] 95/24 96/1 97/14
firearms [4] 93/22 97/6 99/18
100/7
first [63] 5/11 10/21 24/16
26/11 27/12 37/20 38/2
38/11 42/9 43/4 55/18 61/2
63/6 64/21 73/8 79/2 86/20

104/18 109/1 111/1 116/3
117/5 122/19 123/13 126/4
129/17 133/18 156/12
164/22 168/8 173/20 174/12
174/23 176/21 176/22 177/2
178/8 179/17 180/14 180/25
181/21 184/12 186/20 188/1
189/3 189/8 191/9 192/9
192/13 194/8 198/3 198/8
198/13 206/16 211/10
219/16 226/21 229/15
233/24
fit [1] 101/12
five [9] 136/12 198/9 198/13
201/18 206/16 219/16
224/18 227/22 242/22
fix [1] 172/21
flag [3] 134/2 136/4 140/7
Flex [1] 220/24
flight [1] 79/4
floor [20] 37/20 38/2 38/11
38/24 41/12 41/17 41/20
42/4 42/15 43/4 43/24 44/2
45/17 45/20 45/20 45/23
176/6 180/14 180/25 181/21
flow [3] 10/8 28/13 66/23
fluid [2] 17/10 26/12
fly [1] 151/16
flyer [1] 109/10
focus [2] 27/6 27/14
focused [3] 27/8 34/3 163/17
Focusing [1] 27/21
folded [1] 101/10
folks [1] 220/22
follow [6] 5/20 92/20 110/22
206/2 207/20 243/3
following [13] 5/1 30/23 31/4
103/14 104/6 104/23 125/21
127/19 146/2 158/4 158/20
242/14 242/24
follows [5] 12/25 55/19 62/8
168/9 188/2
foot [3] 39/3 51/22 193/7
footage [30] 15/12 15/20
24/17 25/5 31/23 34/18
35/19 36/3 72/14 79/6 84/11
84/17 84/18 84/23 84/25
87/19 87/19 89/10 118/19
118/24 156/3 197/25 198/4
198/5 202/10 206/12 206/20
214/14 223/16 223/24
force [5] 35/14 56/13 56/14
56/17 232/23
forcible [1] 137/2
forcibly [3] 136/17 242/1
242/9
foregoing [1] 244/3
foreign [1] 110/5
foreperson [1] 236/10
forgive [1] 140/11
forgot [1] 33/20
form [6] 5/11 5/13 5/17 19/17
29/25 126/10
formal [1] 173/24
format [2] 66/22 94/19
former [4] 61/12 63/13
111/22 149/4
forth [3] 175/15 197/21 208/5

forward [4] 150/23 150/24
163/5 206/3 214/24 231/17
found [4] 63/15 84/14 137/23
137/25
foundation [1] 103/16
four [7] 22/24 148/3 188/14
241/10 242/19 242/21 243/1
foyer [5] 89/2 89/4 209/25
210/10 211/3
frame [6] 29/17 33/14 108/13
181/7 212/5 226/25
frames [1] 23/21
frankly [6] 6/9 152/13
free [1] 8/12
Friday [2] 115/12 236/3
friend [2] 142/8 194/19
friends [2] 31/21 141/19
front [27] 16/23 21/10 26/20
27/10 28/8 34/5 48/18 50/10
64/25 65/12 70/16 70/18
75/13 101/17 102/2 102/17
103/3 112/4 146/24 155/2
156/17 181/13 184/22
184/25 216/25 217/15
218/25
fuck [4] 14/8 21/21 67/21
118/1
full [2] 42/13 190/22
function [5] 7/9 94/9 97/14
130/4 130/10
fundamentally [3] 59/13
136/10 143/17
funnel [1] 196/23
furrowed [1] 5/16
further [21] 6/8 12/4 12/24
30/1 46/9 54/16 54/25 120/4
125/16 140/6 152/15 152/16
156/15 157/1 167/19 170/16
187/16 230/1 232/25 240/25
243/10

**G**

G-rated [1] 115/7
gagging [1] 14/3
gain [1] 110/6
gallery [2] 6/6 76/5
game [1] 154/1
gas [5] 74/17 74/22 75/24
75/24 190/25
gather [3] 161/22 162/22
163/4
gathering [2] 19/17 161/24
gave [5] 9/16 49/3 52/4
153/13 160/16
gavel [1] 68/9
gear [7] 74/13 74/20 74/24
190/21 190/23 190/24
199/19
Gelfant [8] 50/22 50/23 51/1
51/5 52/17 53/1 54/3 54/14
general [4] 92/9 122/22
133/6 167/4
generally [10] 72/17 82/8
112/14 163/23 173/6 177/9
198/25 204/21 206/6 208/2
generate [1] 123/1
gentleman [1] 54/4
gentlemen [6] 12/11 99/23
127/20 157/8 233/9 236/18
Georgia [1] 67/11

get [53] 10/3 12/6 18/10
29/16 34/9 35/16 36/21 42/8
43/5 43/13 49/1 59/15 66/16
76/16 94/22 97/25 98/2 98/3
98/7 111/12 112/2 118/1
125/12 126/17 127/7 128/21
133/24 138/12 139/19 141/1
141/17 141/20 143/6 146/20
150/15 153/22 153/23 154/5
156/3 156/6 156/8 156/10
190/17 193/11 196/15
196/25 200/10 200/22
208/17 208/24 214/12 234/3
234/22
getting [7] 19/10 42/22 98/6
156/13 170/5 191/15 191/21
give [24] 5/10 5/21 10/15
10/16 11/5 11/10 40/19
85/20 128/2 128/4 129/6
135/1 147/15 147/23 159/19
165/3 165/8 213/19 236/8
236/10 236/21 238/23
239/22 239/24
given [11] 12/12 21/8 47/2
127/9 156/5 235/10 237/7
237/23 238/13 238/13
238/23
gives [2] 98/9 239/16
giving [4] 12/2 31/1 146/10
220/17
glare [1] 88/19
glass [4] 88/10 88/24 180/14
180/20
GLAVEY [7] 2/10 168/6
168/7 168/18 172/14 173/2
184/5
gloves [6] 101/17 101/20
102/11 105/20 105/22 191/1
GMC [1] 95/17
go [75] 12/13 15/3 17/4 32/7
35/17 35/22 36/10 39/1 40/5
64/11 75/5 75/20 76/5 78/18
79/2 91/20 96/13 107/4
107/17 109/14 111/12 112/8
114/10 116/25 117/12
124/18 127/10 127/18
129/24 130/16 134/25 135/1
135/3 135/4 135/23 142/17
147/2 149/6 150/23 150/24
151/9 152/6 164/8 165/17
170/6 173/18 175/8 175/23
175/25 176/21 176/23
177/12 177/15 178/2 178/4
178/8 178/17 185/12 193/13
194/24 195/5 195/8 216/13
218/7 223/6 223/6 230/14
235/22 238/13 239/20
242/22
goal [3] 156/7 156/9 196/18
God [3] 91/19 98/5 98/20
goes [6] 9/12 38/21 69/11
113/16 154/9 237/12
going [97] 8/24 9/6 10/3
23/13 25/25 26/12 27/15
28/23 29/4 30/1 32/9 32/24
41/10 41/24 41/25 49/8
62/24 65/4 66/4 66/7 70/9

**G**

going... [76] 85/23 95/12 97/21 99/14 106/23 116/20 125/24 127/21 127/23 127/25 128/2 128/3 128/19 129/1 129/4 129/6 130/21 131/4 132/13 134/9 134/9 134/10 136/3 138/15 139/5 139/21 141/6 141/18 142/13 144/22 144/23 146/7 146/9 147/2 147/2 150/6 150/24 150/25 151/9 151/18 151/22 152/6 155/3 156/18 158/17 159/13 172/5 172/6 174/7 175/15 181/2 184/1 190/14 191/13 193/8 194/3 195/21 195/23 195/23 195/24 196/15 196/16 196/16 198/3 207/17 210/12 212/22 213/18 220/5 220/22 220/23 227/2 234/10 236/25 237/12 240/1
gold [1] 54/4
gone [3] 29/20 41/17 51/25
good [25] 5/7 12/10 13/3 13/4 13/4 16/25 23/16 55/23 55/24 71/21 95/20 99/5 112/23 124/8 152/22 157/13 157/14 168/13 168/14 188/7 188/8 230/5 230/6 233/22 234/6
Goodman [26] 10/23 15/11 24/22 28/9 28/10 28/12 45/6 46/4 78/22 78/23 79/3 79/4 84/3 84/4 84/24 85/8 86/10 133/24 134/2 134/14 135/14 136/2 136/6 136/14 137/25 138/1
got [35] 6/4 6/17 43/7 44/23 46/18 65/20 74/1 127/1 134/23 140/14 143/11 144/6 152/23 156/11 157/2 157/20 161/18 176/25 177/2 178/6 178/16 191/9 191/16 191/18 192/13 193/14 193/23 194/5 195/3 195/25 207/4 207/7 212/7 219/19 233/10
gotten [2] 26/11 221/14
government [53] 5/4 5/23 10/22 12/16 55/14 55/15 75/6 92/19 100/3 100/8 101/24 102/5 102/8 103/25 106/13 110/4 117/15 125/23 126/17 130/7 130/8 132/14 138/17 141/24 144/21 144/22 147/15 147/17 150/11 150/17 151/10 152/8 152/9 152/13 152/24 155/18 156/23 158/17 167/25 168/5 169/7 187/22 187/23 233/5 233/7 235/11 236/2 236/11 237/5 237/7 240/6 240/19 243/12
government's [60] 2/16 2/24 3/24 12/21 20/10 23/10 34/24 39/25 44/12 45/10 49/7 61/25 62/3 62/9 63/23 64/19 66/14 69/8 69/15 70/13 72/2 73/3 74/9 75/9

going... [76] 85/3 95/12 83/5 83/16 87/9 88/5 89/23 91/10 94/5 99/24 100/23 102/9 106/2 106/17 108/4 113/7 115/11 116/1 117/18 119/20 121/7 122/10 125/7 126/12 130/19 136/7 152/23 172/10 183/25 210/17 224/7 226/20 238/22
GPS [1] 68/20
grabbing [1] 231/16
graduated [1] 46/17
Grand [6] 32/15 33/3 36/25 37/8 40/4 45/17
granted [6] 70/11 78/5 100/22 101/15 106/19 168/4
grave [1] 22/19
great [7] 32/20 79/13 121/14 198/12 205/12 216/3 216/19
greater [3] 18/12 148/25 149/14
green [8] 25/2 34/5 207/13 207/20 208/11 217/16 230/23 231/1
grocery [4] 120/13 120/15 120/19 120/22
ground [2] 38/23 146/20 192/6 192/11 234/3
group [4] 45/24 53/18 53/20 134/24
Guard [4] 43/20 92/10 92/20 166/21
guess [17] 10/14 67/12 71/21 124/11 129/6 135/3 135/8 135/19 135/20 137/14 137/16 139/24 141/13 155/6 158/9 199/18 235/24
guilt [1] 141/9
guilty [4] 137/21 137/23 137/25 242/9
gun [3] 191/2 191/3 191/5
guns [5] 30/14 142/25 143/21 144/2 144/16
gunshot [2] 230/14 230/17
guy [6] 50/18 134/2 134/16 136/4 200/11 206/8
guys [3] 213/11 220/19 226/2

**H**

had [140] 5/10 6/5 7/10 8/25 9/9 9/23 10/7 13/11 13/21 13/24 14/3 14/4 14/11 14/23 17/9 18/2 18/3 18/3 22/17 22/20 26/4 26/4 26/11 26/11 26/19 27/9 27/10 27/11 29/1 29/15 29/20 30/5 30/12 30/13 30/13 30/19 32/16 37/5 41/7 41/16 41/17 41/18 41/19 42/8 43/11 43/16 43/18 43/19 43/21 46/24 47/4 47/5 47/21 48/13 48/14 49/23 51/20 51/25 52/1 52/6 52/8 52/22 58/21 59/1 76/23 89/16 90/3 100/4 100/15 101/2 105/5 108/20 110/4 113/1 115/20 119/10 119/12 120/22 123/18 123/21 130/17 134/15 135/11 135/22 136/4 138/13 138/16

1/22 145/10 145/25 149/24 150/1 150/5 150/18 151/20 156/19 157/24 160/24 161/19 165/16 165/21 166/2 166/4 167/7 169/17 179/3 179/13 180/4 180/21 183/2 186/13 186/15 187/8 189/5 189/7 189/20 191/1 192/8 193/8 194/11 197/23 198/4 202/9 208/18 209/1 209/1 210/8 210/20 212/24 215/14 216/8 219/4 221/14 223/23 225/5 237/5 238/16 239/3 242/21
hadn't [2] 6/5 158/24
hair [1] 184/21
half [9] 14/9 72/6 73/8 101/11 128/4 129/1 147/5 188/14 213/19
halfway [1] 45/19
hall [3] 14/12 24/8 134/1
hallway [22] 14/16 17/13 17/21 17/22 18/1 19/8 23/16 23/18 24/13 26/15 27/11 28/11 30/1 31/13 31/14 32/6 32/10 36/12 36/17 40/5 78/19 78/20
hand [27] 9/12 9/12 16/10 23/21 24/11 25/1 29/17 50/6 62/16 85/7 125/8 145/25 193/1 204/22 206/8 209/9 211/6 211/7 216/8 216/18 216/20 216/25 217/15 232/14 240/5 240/6 240/13
handcuff [1] 90/15
handcuffs [1] 90/19
handed [6] 6/21 6/22 9/18
handle [1] 90/10
handled [1] 232/9
hands [5] 58/7 135/25 203/24 216/9 216/11
happen [7] 110/24 125/24 126/1 134/9 145/21 146/12 240/13
happened [16] 13/10 13/16 14/10 14/24 16/24 48/16 95/15 119/12 135/21 146/23 154/17 189/25 195/1 197/21 204/12 214/10
happening [19] 19/21 20/4 24/7 24/8 25/9 26/1 29/13 30/18 39/9 45/22 60/20 63/11 112/14 197/25 198/5 205/12 205/15 210/10 215/2
happy [3] 240/2 240/3 240/17
hard [6] 7/12 74/24 212/19 231/19 240/7 240/12
harm [1] 158/10
Harris [9] 5/10 5/13 12/4 12/19 128/10 157/5 172/22 233/17 238/7
Harry [1] 60/22
has [38] 52/17 58/3 59/9 65/5 66/22 79/23 84/6 85/5 94/18 96/5 99/24 100/3 104/9 104/15 106/25 110/6 112/17 125/23 134/4 134/17 142/3 142/8 143/8 143/8

156/24 166/15 172/22 205/16 205/17 218/11 234/18 234/19 235/22 235/25
hashtag [1] 111/12
hasn't [2] 103/15 103/22
hat [7] 33/21 54/5 83/10 83/20 85/3 86/10 206/8
hate [1] 211/22
Hava [1] 1/14 5/4
have [255] 6/6 6/8 6/13 6/18 6/20 6/22 7/11 7/11 7/19 8/3 8/24 9/8 9/15 10/2 11/12 11/13 12/2 12/12 12/21 14/20 15/11 16/9 18/14 19/10 20/2 21/9 22/3 22/18 23/2 24/21 25/13 26/18 27/6 30/4 30/13 30/18 31/21 31/23 34/2 34/12 35/4 35/13 35/19 38/22 39/15 39/15 39/17 40/20 41/2 41/24 41/25 42/21 46/8 46/13 46/21 46/23 47/7 48/16 49/9 51/18 52/11 53/6 54/14 54/16 54/19 54/25 56/10 56/17 56/22 58/5 59/1 59/3 61/3 62/24 63/2 63/15 65/12 65/15 67/23 71/7 72/14 74/22 74/24 79/6 82/12 82/18 83/21 84/11 84/13 84/14 84/16 84/17 86/25 89/11 90/25 93/21 95/2 95/4 95/7 95/18 95/18 95/25 96/6 97/25 98/5 98/21 101/17 102/22 103/13 104/2 104/14 105/20 107/3 107/6 108/11 108/17 108/19 108/24 109/6 110/7 113/13 116/10 117/14 118/18 118/18 118/21 119/4 120/6 122/3 122/17 123/13 124/20 125/18 126/8 127/21 127/22 127/25 128/4 128/5 128/13 129/14 129/20 130/9 131/6 131/7 131/7 132/5 133/12 133/22 135/19 135/21 136/13 136/17 138/3 138/20 138/22 139/9 139/10 139/19 140/16 140/21 142/4 142/11 143/11 145/14 147/13 148/9 148/19 150/10 150/16 151/11 153/21 153/25 155/19 156/3 156/8 156/16 156/22 158/10 158/24 159/2 161/16 163/7 163/20 164/12 165/19 166/15 167/14 167/16 167/19 168/1 168/22 168/24 173/5 174/8 176/16 178/3 181/5 183/2 183/6 183/12 183/15 185/6 185/20 187/7 188/12 190/24 191/6 198/3 198/24 202/9 206/11 206/12 207/24 208/15 208/18 208/25 209/1 210/8 210/19 213/18 217/18 219/4 219/22 220/23 220/24 220/25 223/20 223/23 224/22 225/3 226/14 228/12 228/18 230/7 231/25 232/25 233/12

have... [17] 233/13 234/2
234/7 234/14 234/19 234/22
235/3 235/22 237/6 237/11
237/23 238/24 239/14
239/14 240/20 241/19 243/8
haven't [2] 24/10 135/9
having [9] 12/24 36/19 55/18
57/10 122/1 168/8 171/5
172/17 188/1
Hawa [3] 173/11 174/10
177/3
Hawley [3] 111/2 111/6
111/15
he [285] 13/21 14/1 14/4
14/6 14/8 14/10 27/22 27/23
28/11 30/25 31/1 34/5 34/8
35/13 35/16 35/17 35/22
37/18 43/5 43/5 48/21 48/21
48/24 48/24 49/1 50/20
50/21 51/2 51/3 51/4 51/4
51/4 51/6 52/17 53/6 53/18
53/19 54/1 54/2 54/8 54/21
57/16 64/12 65/12 65/22
65/23 65/25 66/2 66/3 66/5
66/6 67/13 68/4 68/5 68/6
74/1 75/18 76/19 76/21
76/23 77/21 77/23 78/16
78/17 78/17 78/19 78/20
78/21 78/23 79/4 79/7 80/16
84/1 84/2 84/5 84/6 84/24
85/2 85/3 86/16 86/23 89/7
89/16 91/22 99/4 99/5 100/8
100/15 100/15 103/22 105/5
107/23 109/10 109/16
109/17 109/20 110/8 111/4
112/4 112/6 112/25 112/25
114/12 114/14 115/20 118/3
125/24 125/25 125/25 126/2
126/3 126/3 126/7 126/9
126/22 126/23 126/23
126/24 126/24 127/1 127/1
134/14 135/4 135/5 135/10
135/16 135/21 135/22
135/25 136/1 136/4 137/2
142/7 142/8 142/15 142/20
142/20 142/25 143/4 143/5
143/8 143/10 143/24 144/1
144/6 144/6 144/6 144/6
144/18 144/20 144/20
144/21 144/21 144/24
144/25 145/7 145/7 146/14
146/15 146/21 146/23
146/25 147/1 147/3 147/4
147/5 147/6 147/8 147/25
147/25 147/25 147/25 148/1
148/2 148/3 148/8 148/12
148/19 148/21 149/4 149/4
149/22 150/5 150/7 150/7
150/7 150/8 150/17 151/1
151/1 151/4 151/4 151/5
151/5 151/6 151/24 151/24
152/1 152/1 152/3 153/22
154/3 154/11 154/21 154/24
154/25 155/2 155/3 155/3
155/5 156/18 157/21 157/24
157/24 158/2 158/2 158/6
158/10 158/14 158/14
158/15 158/15 159/8 159/10

159/17 159/18 159/19
159/21 159/23 160/2 160/16
160/21 161/16 161/16
161/19 162/17 165/9 166/2
167/12 175/8 177/20 177/22
177/24 178/18 182/20
182/22 186/7 186/9 186/20
186/21 186/23 187/1 199/18
201/16 201/22 204/21 205/6
222/9 222/10 223/13 224/22
225/4 229/6 230/19 230/22
231/20 231/22 231/24 232/2
232/4 232/6 232/10 232/12
232/14 232/16 232/18
232/21 233/23 234/18
234/19 235/10 237/1
he's [43] 16/11 50/8 50/10
54/6 84/7 99/4 103/17
103/24 113/24 114/16 127/6
134/8 136/5 143/7 145/5
146/15 146/19 146/23
146/24 146/25 147/9 154/2
154/22 154/22 154/23
154/25 155/4 162/7 199/14
206/7 206/8 209/16 216/25
229/7 229/8 230/10 230/11
230/14 230/19 230/20
230/23 230/24 231/1
head [8] 29/6 170/23 172/5
173/4 173/19 195/21 217/1
236/12
headed [5] 67/25 68/1 68/4
68/5 185/7
heading [1] 37/18
hear [46] 19/21 19/22 20/20
21/17 22/11 35/13 35/16
43/25 44/22 72/6 72/9 73/8
73/18 146/13 148/8 149/6
154/3 179/15 180/10 180/12
180/16 183/6 191/14 191/16
191/18 198/20 201/16
201/22 211/16 211/19
211/21 212/17 212/20
212/22 217/19 219/19
220/16 221/11 224/11
224/22 226/2 230/17 238/4
240/3 240/17 242/17
heard [22] 30/23 31/4 42/24
44/19 51/20 103/14 104/6
111/8 125/21 127/19 135/17
148/7 158/4 158/20 166/12
179/17 180/14 180/15
180/20 225/19 225/21
236/19
hearing [2] 52/6 179/14
hearsay [26] 126/17 127/4
127/8 143/7 143/11 143/11
143/15 143/18 144/10
144/13 144/13 145/2 145/11
145/25 146/3 148/11 148/14
150/16 153/4 153/10 153/19
153/24 154/1 155/8 155/9
156/24
heartland [2] 99/4 99/7
heated [1] 30/5
heavy [3] 97/4 97/5 99/14
held [4] 53/20 61/9 61/13
61/14

helmet [2] 190/25 199/18
helmets [2] 20/13 33/6
help [7] 35/5 36/3 65/3
122/21 150/18 181/2 205/20
helped [1] 228/2
helpful [1] 147/24
helping [2] 146/19 223/17
helps [1] 192/16
her [3] 115/20 117/25 155/25
here [171] 5/8 7/2 8/25 9/6
16/3 16/4 18/24 19/4 19/5
19/6 21/6 23/13 25/17 28/10
32/15 32/17 32/19 32/24
35/5 35/19 37/1 37/10 37/12
38/15 39/6 40/3 40/9 40/19
40/20 40/25 43/23 44/22
45/3 45/17 45/21 49/8 49/22
49/23 50/19 62/15 63/12
64/24 65/4 65/10 66/22
67/21 70/15 70/21 70/24
74/18 75/21 76/6 80/10 82/2
83/8 83/18 85/7 87/11 88/19
91/12 94/14 95/2 97/22 99/7
99/9 101/1 106/4 107/7
108/6 108/21 108/25 109/12
110/13 112/8 113/9 113/20
114/1 116/15 118/15 119/10
121/15 122/16 122/22
122/23 123/13 123/24
124/20 128/5 128/9 132/15
137/20 137/20 141/9 142/5
144/1 144/6 144/6 144/20
144/21 146/23 148/8 148/15
149/5 149/6 151/15 152/24
153/23 164/23 172/14 173/3
173/6 173/19 175/14 176/10
181/5 181/10 182/6 184/6
184/12 192/5 193/6 195/8
196/18 199/22 200/24
202/13 202/16 202/19
202/21 203/11 205/4 205/8
205/12 206/19 206/23
206/25 207/2 207/4 207/11
207/17 208/12 209/2 209/25
212/3 212/10 213/19 214/25
215/7 216/13 216/18 217/2
217/15 217/21 222/4 223/9
224/19 227/7 227/9 227/22
228/10 228/12 228/16
228/19 229/4 229/19 230/8
234/20 235/15 236/2 241/2
241/8
here's [3] 60/19 133/22
238/12
hereby [2] 120/1 244/3
hero [1] 115/12
high [1] 165/13
highlight [1] 119/22
highlighting [1] 208/11
Hildreth [4] 91/14 91/16
91/19 111/25
Hill [2] 118/1 124/11
him [93] 27/14 28/8 30/25
31/2 35/16 35/25 43/7 50/16
51/2 57/10 57/21 58/21
74/18 85/3 99/6 100/13
103/18 103/21 103/25 106/8
110/6 131/7 131/10 135/3

Hended [4] 136/5 136/9
136/22 143/6 143/9 148/3
151/5 151/22 153/18 153/19
153/22 154/13 155/2 155/4
155/5 156/19 157/16 158/10
158/25 159/3 159/5 159/6
159/15 160/24 161/3 161/7
164/25 166/4 167/11 167/15
177/20 177/25 179/9 179/11
182/20 184/22 185/17 186/2
194/12 194/12 194/14
194/15 194/16 194/17 200/4
200/6 200/8 200/10 200/11
204/23 205/19 205/20
216/24 222/6 222/8 222/21
222/24 222/25 230/10
231/24 231/25 240/8 240/10
240/11
himself [8] 16/24 50/20 83/19
112/4 114/7 147/1 147/24
230/20
hindsight [1] 147/6
hip [4] 197/11 197/12 197/13
197/14
his [131] 14/9 14/11 21/25
22/1 22/5 27/2 27/14 28/24
50/8 51/5 52/20 52/21 53/6
54/5 58/17 60/4 60/8 60/9
61/8 66/1 74/16 77/14 79/7
79/23 86/20 87/22 93/8
95/11 103/16 103/18 104/22
105/5 107/20 107/20 108/8
108/9 108/9 109/15 112/3
112/23 114/12 114/20
115/19 116/4 116/5 117/22
118/3 119/1 125/25 126/5
126/7 126/7 126/9 126/22
126/23 127/5 127/5 127/7
131/21 134/17 134/18
134/18 135/25 140/24 142/9
142/11 142/15 142/16
142/16 142/17 144/1 144/5
144/19 145/10 146/14
146/19 147/9 147/10 148/2
148/8 148/21 148/24 149/6
150/6 150/9 153/17 153/19
153/20 154/9 154/10 154/18
154/20 157/25 158/15
159/19 159/23 160/17 161/3
161/4 161/9 161/20 162/8
162/13 164/12 170/10
170/13 171/11 174/20 178/9
178/10 178/15 178/17 184/7
184/24 185/19 185/10 185/21
199/17 203/24 208/18
209/16 222/4 222/12 222/21
230/22 231/19 234/22
240/10 241/16 242/4 242/12
history [3] 64/10 68/24 148/2
hit [2] 129/14 156/8
hold [5] 136/22 149/20
234/24 236/25 238/6
holder [1] 95/24
holding [4] 80/18 103/10
119/1 203/24
holds [1] 238/6
hole [1] 134/10
holstered [1] 53/3

holsters [1] 51/9
home [1] 161/9
Homeland [1] 169/10
honestly [1] 144/25
Honor [73] 5/2 5/25 6/2 12/6
 12/18 18/25 39/18 39/19
 46/8 46/9 55/11 64/16 69/9
 83/6 84/6 86/4 94/2 100/10
 101/14 102/16 102/18
 106/18 113/4 114/23 115/23
 119/15 121/4 122/8 125/5
 125/15 125/18 126/14 127/2
 127/17 128/15 128/25
 129/23 130/25 132/11
 132/16 136/10 137/14
 138/21 139/7 139/16 140/11
 140/24 142/2 147/20 150/22
 152/16 152/19 156/19
 167/21 167/24 168/1 172/7
 187/18 219/13 229/25 230/1
 233/2 233/4 233/7 235/2
 235/5 235/13 236/14 236/25
 237/9 239/16 241/22 243/13
Honor's [1] 155/13
HONORABLE [1] 1/8
hope [1] 141/17
hopefully [2] 147/19 149/11
hoping [1] 139/18
horse [1] 38/15
host [1] 189/23
hostile [1] 110/5
hotel [7] 116/23 189/18
 189/19 189/20 189/23
 189/25 190/17
hour [12] 111/12 127/14
 128/4 128/4 128/24 129/2
 129/5 156/2 164/20 167/14
 196/2 213/19
hours [9] 42/19 43/20 147/5
 164/1 164/4 165/5 186/1
 213/1 213/3
House [23] 14/17 43/1 61/15
 61/17 67/25 68/1 69/19
 77/17 77/21 117/25 173/7
 175/10 175/13 175/15
 175/23 175/25 176/6 176/13
 178/18 178/21 178/24
 179/11 186/7
how [85] 8/23 10/8 10/18
 13/3 16/23 17/1 31/19 42/18
 43/16 54/8 56/10 56/24 59/7
 59/12 59/15 61/7 65/20
 65/23 67/20 68/11 69/25
 70/3 78/14 80/18 91/3 91/19
 91/21 94/14 97/9 97/17
 99/16 101/3 101/10 109/14
 109/22 111/10 114/6 114/14
 115/9 116/22 117/10 119/3
 120/19 120/25 126/14
 126/24 127/1 129/24 134/21
 141/25 143/1 149/12 155/17
 157/19 160/13 160/21 163/1
 163/7 165/25 166/22 168/22
 169/17 171/8 175/17 185/23
 188/12 189/5 190/17 190/19
 194/17 195/25 196/15
 197/14 197/16 199/16 200/4
 212/24 217/17 219/21

huddle [1] 11/11
huh [3] 190/16 192/1 196/20
hundred [1] 240/7
hundreds [2] 43/18 196/9
hurt [2] 42/12 232/2

I

I'd [1] 122/16
I'll [2] 107/6 115/12
I'm [40] 11/21 30/15 32/20
 38/1 67/21 74/5 91/16 93/14
 95/13 95/17 97/24 102/18
 105/3 119/16 126/1 132/25
 139/7 143/23 143/23 143/25
 144/5 146/1 147/2 147/16
 148/24 149/25 172/5 176/8
 185/25 211/21 217/15
 217/19 217/23 223/6 223/12
 231/15 232/17 234/19
 234/21 239/9
I've [3] 133/16 166/12 233/10
I-N-D-E-X [1] 1/25
ID [9] 122/24 122/24 123/5
 123/6 123/7 123/16 123/20
 123/24 124/20
idea [3] 96/21 165/8 166/15
identified [6] 57/9 57/11
 161/11 165/7 166/18 230/7
identify [7] 16/16 57/10 63/25
 108/20 159/23 162/14 178/5
II [1] 119/23
III [1] 120/4
imagery [1] 183/13
imagine [1] 240/13
immediate [2] 112/24 169/4
immediately [2] 184/5 194/9
impact [1] 119/9
impeding [3] 136/14 242/2
 242/10
implicit [1] 132/17
imposed [1] 119/11
imprisonment [1] 120/8
inauguration [1] 193/19
inch [1] 104/9
inches [3] 101/4 101/6
 101/11
incident [9] 13/6 13/10 14/1
 15/19 17/18 36/9 45/22
 84/14 187/13
incidents [1] 92/25
inclination [1] 240/5
include [3] 35/2 171/25
 241/13
included [8] 10/5 10/9 10/11
 39/20 139/6 139/10 139/20
 139/22
including [5] 8/16 14/17
 46/25 97/7 138/17
incorporate [1] 132/13
incorporated [2] 137/8 137/9
independent [3] 132/12
 135/5 230/24
indicate [4] 57/13 109/2
 109/3 231/16
indicated [19] 54/19 54/20
 57/16 63/12 65/8 76/10
 118/18 126/2 126/22 153/24
 154/2 156/19 174/11 182/2

239/3
indicates [1] 153/3
indicating [12] 28/19 45/18
 50/19 65/10 76/6 112/25
 181/10 182/6 204/23 205/8
 205/13 217/2
indication [1] 142/8
indicting [2] 193/2 206/9
indictment [3] 162/8 241/12
 242/1
indictments [1] 132/18
individual [19] 16/2 16/4 25/2
 33/13 37/13 87/11 114/1
 164/23 184/21 199/25 200/2
 207/13 208/25 212/10
 217/16 223/18 229/3 229/7
 229/8
individuals [15] 21/6 46/3
 46/6 47/10 53/12 75/18
 80/18 88/13 166/23 178/2
 180/6 209/2 220/6 226/8
 226/12
indulgence [3] 11/17 54/17
 150/4
inflicting [1] 103/10
influx [2] 92/22 207/24
information [10] 6/4 56/25
 57/1 147/24 158/7 159/17
 160/16 170/23 171/13
 171/22
informed [2] 173/8 234/19
initiative [1] 147/1
injured [4] 52/7 52/9 197/11
 197/14
injuries [1] 197/7
injury [3] 103/11 197/10
 197/16
inquire [1] 233/22
inquired [1] 126/22
inquiry [1] 6/8
insert [2] 137/19 241/23
inserted [1] 137/19
inside [50] 66/4 79/8 80/11
 81/5 81/19 84/12 89/4 89/7
 118/23 156/1 173/15 178/2
 178/5 185/15 191/19 194/3
 194/4 194/25 195/1 195/3
 195/5 195/25 196/3 197/25
 199/1 199/6 200/18 200/22
 201/1 201/1 201/7 207/17
 209/15 209/17 210/10
 211/15 213/16 214/5 214/12
 215/3 215/23 218/17 219/9
 224/2 225/3 226/9 226/10
 226/12 231/2 231/9
Inspector [5] 10/24 54/4 80/2
 114/4 114/7
instance [1] 60/20
instances [1] 161/23
instead [5] 9/4 11/10 130/14
 133/14 241/3
instinct [1] 153/11
instinctively [1] 146/12
instinctually [1] 145/23
instruct [6] 10/17 139/5
 139/22 141/18 169/13
 188/17
instructed [5] 8/11 135/12

instructing [1] 238/4
instruction [45] 7/9 7/21 8/22
 9/8 9/9 9/10 10/1 10/13
 10/13 11/11 11/4 99/22 131/9
 131/13 131/15 132/13
 132/15 133/15 134/6 135/9
 136/22 137/7 137/19 137/22
 138/6 138/14 139/20 139/25
 140/1 140/6 140/6 140/13
 140/15 141/2 141/7 238/15
 238/20 238/23 239/4 239/23
 240/14 241/9 241/18 241/21
 242/21
instructions [23] 6/16 9/13
 9/16 10/17 10/19 11/24
 12/11 49/3 128/7 128/20
 129/17 139/21 140/2 156/9
 220/9 235/20 236/5 236/6
 236/8 237/15 237/16 238/13
 241/6
instructor [2] 169/12 188/16
integrate [1] 133/11
integrity [1] 111/7
intend [1] 237/2
intended [2] 148/19 153/17
intends [1] 237/2
intent [11] 100/4 142/12
 146/6 148/21 149/15 153/17
 154/11 241/14 241/17 242/5
 242/13
intention [2] 60/8 144/17
intentionally [1] 154/12
intentions [1] 145/20
interact [1] 164/22
interacted [3] 164/25 218/16
 226/14
interacting [1] 13/19
interaction [1] 218/20
interactions [1] 214/6
interfering [2] 242/3 242/10
international [1] 56/16
internet [4] 63/17 127/1
 198/5 237/25
interrupt [1] 144/15
interruption [5] 11/20 18/20
 84/21 132/22 155/22
interview [23] 57/21 57/23
 126/5 126/7 126/18 131/16
 131/22 142/21 145/4 145/17
 145/21 150/25 162/3 162/12
 162/17 163/4 164/3 164/5
 164/20 165/5 167/14 238/14
 238/21
interviewed [3] 162/15 164/1
 165/1
interviewing [1] 154/23
interviews [2] 162/13 162/23
intimidating [2] 242/2 242/10
introduce [3] 20/6 146/17
 235/11
introduced [2] 126/9 194/9
introduces [1] 241/11
introducing [1] 234/14
investigating [2] 56/15 58/9
investigation [15] 56/2 58/5
 58/16 59/3 63/5 63/10 63/15
 69/25 71/6 92/24 111/15
 147/7 239/5 239/6 239/6

investigations [1] 169/2
investigative [3] 163/18
163/19 188/19
investigator [1] 58/7
involve [1] 93/5
involved [6] 84/18 146/15
232/23 241/17 242/5 242/13
Iowa [4] 57/7 57/16 95/7
95/25
iPhone [4] 58/25 59/2 61/2
61/3
iPhones [1] 60/16
irritants [1] 71/10
is [507] 5/2 5/5 5/6 5/11 5/17
5/22 6/7 6/19 7/7 7/16 7/17
8/10 8/20 8/24 9/5 9/7 9/19
10/10 10/12 10/13 10/14
11/1 11/4 12/15 13/8 13/8
13/15 14/19 15/19 16/16
17/16 19/6 20/23 20/24 21/3
21/25 22/24 22/25 23/15
24/11 24/13 24/19 24/24
25/4 25/7 25/16 26/21 28/8
28/12 28/19 29/13 30/25
31/1 31/3 32/3 32/4 32/5
32/5 32/6 32/8 32/8 32/10
32/17 32/18 32/19 33/2
33/22 36/24 36/25 37/4 37/8
37/11 37/14 38/10 38/11
38/13 38/17 38/20 38/21
38/21 39/21 40/9 40/10
40/13 40/19 40/23 40/25
41/2 41/4 41/5 44/19 44/21
45/6 45/18 49/8 50/7 51/16
54/1 54/2 56/12 57/6 57/7
60/15 60/16 61/15 61/16
62/10 62/12 62/12 62/18
62/19 62/20 63/4 64/3 64/9
65/7 66/6 66/19 67/5 67/6
67/8 67/12 67/16 68/10
68/25 69/21 69/22 70/16
70/18 70/22 70/25 71/12
71/21 72/19 72/24 73/1
73/13 74/11 74/15 74/16
74/20 75/13 76/2 76/11 78/5
79/12 79/15 79/20 79/22
80/1 80/2 80/11 80/13 80/16
80/21 80/21 81/14 81/16
81/18 81/19 82/3 83/9 83/19
83/24 84/17 85/7 85/9 85/10
85/11 87/13 88/10 88/18
88/21 90/1 90/18 91/13
91/24 92/8 92/9 92/25 93/7
94/8 94/9 94/14 95/8 95/23
96/4 96/20 96/21 96/22
96/23 98/15 98/16 98/19
98/21 98/24 100/1 100/6
101/2 101/3 101/4 101/10
101/15 102/2 103/7 103/9
103/15 103/19 103/20
103/21 104/7 106/4 106/19
107/13 108/7 108/23 109/17
109/20 109/23 109/24
110/14 110/15 111/1 111/4
111/15 111/15 111/19
111/21 111/23 112/2 112/10
113/10 113/15 115/12
115/14 116/4 116/8 116/8

119/5 119/9 119/16 120/1
120/6 120/17 121/9 121/11
121/12 121/17 122/19
122/20 123/1 123/1 123/3
123/5 123/7 123/13 124/4
124/5 124/5 124/16 126/11
126/16 126/16 127/1 127/4
127/7 127/7 127/8 130/15
131/15 131/20 131/24
131/25 132/14 132/15
132/16 132/17 132/20
132/21 133/1 133/3 133/8
133/16 133/25 134/5 134/7
134/9 134/9 134/19 135/3
135/4 135/5 135/8 135/13
135/20 135/25 136/24 137/1
137/1 137/2 137/6 137/7
137/20 137/20 137/22
138/13 138/13 139/9 139/19
140/3 140/12 141/8 142/9
142/15 142/22 142/23 143/3
143/5 143/7 143/10 143/18
143/19 144/8 144/10 144/13
144/24 145/3 145/6 145/13
146/2 146/4 146/8 146/11
146/18 146/19 146/23 147/6
147/6 148/4 148/19 150/16
150/20 150/22 150/24 151/3
151/4 151/15 151/18 151/24
152/15 152/24 153/4 153/16
153/24 153/25 154/8 154/24
154/25 155/8 155/8 155/16
155/20 155/21 155/24 156/1
156/24 158/7 158/8 158/9
158/11 158/17 158/21
164/23 165/12 165/14
165/15 165/21 165/24 166/7
166/10 166/13 167/8 168/3
168/19 168/19 169/1 169/6
169/8 169/9 169/11 170/2
170/3 170/25 171/1 171/2
172/17 173/5 173/6 173/13
173/18 174/2 175/3 175/15
176/14 177/9 179/6 181/9
181/14 182/2 183/9 184/21
184/25 185/19 186/24 187/9
188/24 189/1 189/3 189/3
192/10 195/11 195/23
195/24 198/22 202/3 202/17
202/21 202/21 203/3 203/16
203/24 204/6 204/21 204/23
205/6 206/3 206/19 206/25
207/15 209/13 209/14
210/22 211/2 212/12 214/8
214/17 214/22 215/5 215/22
215/25 216/8 217/17 217/21
218/17 218/22 218/24
218/24 219/2 222/3 222/4
222/21 222/25 224/16
224/25 225/19 226/5 226/24
227/20 228/19 229/6 229/14
229/14 229/18 229/19
231/10 233/9 233/21 234/10
234/22 235/6 235/13 235/15
235/19 236/7 236/25 237/8
237/11 238/2 238/4 238/20
238/25 238/25 239/22 240/5
241/2 241/7 241/7 241/8

ish [3] 186/12 186/23 187/3
isn't [7] 49/15 49/16 95/20
135/15 135/22 145/15 145/1
issue [10] 6/15 7/3 10/2
129/15 130/17 132/12
141/23 144/9 239/22 241/7
issued [2] 164/12 191/5
issues [8] 11/8 11/14 11/18
11/24 12/1 126/20 163/17
241/6
it [443] 5/11 5/18 6/3 6/7 6/8
6/15 6/17 6/18 6/24 7/8 7/11
8/6 8/15 8/19 8/22 9/3 9/7
9/12 9/15 10/12 10/15 10/16
10/19 10/22 10/24 11/3 11/7
11/9 13/7 14/5 15/8 15/8
15/22 16/3 16/11 16/13
17/10 17/24 18/1 18/3 18/3
18/24 20/8 21/14 21/22 22/3
23/7 23/7 23/8 24/21 25/19
26/3 26/11 26/12 27/23
30/16 30/17 34/22 36/15
38/7 38/13 38/17 38/18
38/21 38/21 39/17 39/23
40/13 41/2 41/3 41/5 42/14
44/21 46/24 48/2 48/12
49/24 51/16 52/3 52/4 52/10
53/3 53/4 53/12 53/21 55/8
56/21 57/3 57/9 57/10 57/11
57/14 57/16 58/25 59/5
59/22 59/24 59/25 60/17
60/25 61/14 61/16 61/23
62/8 62/10 62/12 63/21
64/17 66/12 66/19 66/19
66/21 66/22 67/8 67/15
67/23 68/8 69/6 70/11 71/9
71/10 72/5 72/6 72/13 73/19
75/7 76/3 76/3 77/3 80/6
80/21 84/7 85/10 89/15
89/25 90/6 90/7 90/8 91/8
92/8 92/9 94/3 94/19 94/22
94/22 95/13 95/22 96/24
96/19 97/6 99/8 99/9 102/7
102/8 103/3 103/19 103/21
104/19 105/25 106/15 107/5
107/6 107/6 107/8 107/8
108/2 109/12 110/3 110/19
110/20 111/10 111/12 113/5
113/15 113/16 114/24
115/24 116/10 116/18 117/2
117/14 117/16 117/24 118/9
118/25 119/18 120/5 120/13
121/5 121/20 122/22 122/23
123/13 123/16 123/17
123/17 123/20 123/21
123/24 124/1 125/9 125/9
126/21 129/6 129/15 129/16
129/18 130/23 131/14
131/15 131/18 131/22 132/3
132/12 132/13 132/18 133/7
133/10 133/11 133/14
133/17 133/18 133/20
135/14 135/15 135/18
135/19 135/19 135/20
135/20 136/2 137/6 137/8
138/5 138/6 138/7 138/18
138/19 138/22 140/2 140/5

244/3
140/8 141/14
142/1 143/16 144/8 144/9
144/12 144/12 144/24 145/1
145/21 145/21 145/24 146/1
146/8 146/12 146/21 146/21
147/10 147/14 147/24 148/6
148/6 148/12 148/13 149/9
149/17 149/17 150/18
150/20 151/8 151/11 152/25
153/7 153/18 153/20 153/22
154/9 154/10 154/11 154/14
154/16 154/18 154/18
154/20 155/15 155/18
158/12 159/21 160/16
161/18 162/24 163/5 163/16
164/3 165/12 165/14 165/15
165/18 165/21 165/24
166/12 166/12 166/19
166/25 167/5 167/5 167/16
167/17 167/18 169/8 170/8
172/8 172/9 172/12 172/21
172/23 174/2 174/7 174/23
175/5 175/17 175/19 176/12
176/16 177/12 177/13 178/6
178/16 180/5 180/10 181/13
182/12 182/25 183/7 183/9
183/12 183/23 185/14
185/16 185/19 185/19
186/10 186/22 189/16
189/17 190/11 192/10 194/5
194/13 195/3 195/3 195/4
195/15 195/16 195/16
195/19 195/20 195/25 196/3
196/13 196/14 197/16
198/17 200/17 202/3 202/24
204/8 205/16 207/4 207/7
209/25 210/2 213/4 213/4
214/21 216/8 218/1 218/3
218/23 219/8 219/14 220/2
222/3 229/18 231/10 232/23
233/10 233/14 233/15
233/16 233/21 235/14
235/18 235/18 235/25 236/4
236/14 237/12 238/3 238/15
238/16 238/21 239/1 239/4
239/10 239/14 239/14
239/16 239/16 239/20 240/1
240/2 240/3 240/3 240/6
240/7 240/12 240/17 240/18
240/19 241/3 241/4 241/8
241/8 241/10 241/10 241/11
241/13 241/19 241/25
241/25 242/7 242/7 242/17
242/20 242/20 242/22
242/23 243/8
it's [78] 10/7 11/2 15/6 24/12
29/4 30/24 35/23 49/18 50/4
50/4 50/5 50/6 60/19 65/22
67/18 74/17 76/6 85/24
85/25 86/19 87/2 94/12
96/11 96/22 97/3 99/25
101/10 102/20 103/20
116/17 127/10 130/12 131/3
134/18 135/13 135/18
136/11 136/21 136/21
136/24 137/2 137/9 138/7
138/8 140/5 141/6 143/11
147/8 149/7 151/14 153/19
156/24 165/25 169/2 172/15

**I**

it's... [23]  172/20 183/10
184/10 198/11 205/10 209/9
212/19 218/4 225/15 228/24
235/16 235/18 236/20
237/21 239/15 239/17
239/24 240/7 240/14 241/9
241/20 242/22 242/25
item [2]  105/8 107/12
items [1]  105/15
iteration [2]  130/22 241/5
itinerary [5]  170/17 174/17
174/19 176/4 185/20
its [10]  12/16 55/14 59/18
94/25 104/20 121/1 167/25
184/1 187/22 233/5
itself [2]  42/10 42/13

**J**

jacket [3]  34/5 199/12 203/3
jackets [1]  33/7
jail [1]  115/10
January [128]  41/7 46/22
55/6 56/20 57/12 57/20
57/25 58/22 60/5 60/9 60/11
61/8 61/9 63/6 63/10 67/8
67/15 70/23 72/15 72/20
76/14 84/12 87/20 90/25
91/1 91/16 91/17 92/18
92/19 93/23 98/25 100/4
100/7 100/13 105/4 105/7
105/12 105/17 106/6 106/9
107/9 107/15 107/19 108/13
108/13 109/10 109/22
110/18 110/21 110/24 111/8
111/16 111/18 111/23 112/2
112/3 112/22 112/22 112/24
113/1 114/20 115/6 115/15
115/20 116/8 117/2 118/16
119/10 120/2 120/3 122/1
122/20 123/21 123/22 124/2
124/17 124/24 127/6 134/12
145/4 145/8 146/14 146/20
146/25 153/17 153/21
154/20 154/22 154/24
157/16 157/17 157/18
157/19 158/23 160/9 160/10
160/23 164/2 165/12 165/16
165/22 166/22 169/15
169/18 169/24 170/20
171/16 173/22 176/19
177/18 183/4 186/21 187/4
187/4 187/8 188/20 188/22
189/5 189/9 189/13 189/21
192/8 198/20 219/6 223/24
224/2 226/11 238/19
January 1 [1]  110/18
January 3 [2]  109/22 111/18
January 4 [2]  91/17 111/23
January 5 [4]  92/18 124/17
124/24 170/20
January 6 [94]  41/7 46/22
55/6 57/12 58/22 60/5 60/9
60/11 61/8 61/9 63/6 63/10
67/8 67/15 70/23 72/15
72/20 76/14 84/12 87/20
90/25 91/1 91/16 92/19
93/23 98/25 100/4 100/7
100/13 105/4 105/12 105/17

109/10 110/21 110/24 111/8
111/16 112/22 112/22
112/24 113/1 114/20 115/15
115/20 116/8 117/2 118/16
119/10 120/2 122/1 122/20
123/21 123/22 124/2 127/6
134/12 145/8 146/14 146/20
146/25 153/17 153/21
154/20 154/22 154/24
165/16 165/22 166/22
169/24 171/16 173/22
176/19 177/18 183/4 186/21
187/4 187/8 188/20 188/22
189/5 189/9 189/13 189/21
192/8 198/20 219/6 223/24
224/2 226/11 238/19
January 7 [8]  108/13 112/2
112/3 115/6 120/3 154/22
157/16 187/4
January 8 [14]  57/20 57/25
105/7 106/9 108/13 145/4
157/17 157/18 157/19
158/23 160/9 160/10 160/23
164/2
JENSEN [88]  1/5 5/4 5/6
47/23 48/6 48/18 49/11 50/7
50/14 50/19 53/1 53/5 53/18
54/1 54/21 56/22 56/25 57/9
57/11 57/13 57/17 57/25
58/9 58/16 60/11 63/8 64/4
67/6 67/18 77/20 80/11 82/3
83/9 83/19 83/25 85/3 86/6
87/14 91/13 96/14 99/3
101/2 104/21 105/5 107/9
107/15 110/14 114/19 115/4
115/6 117/2 117/11 130/9
133/24 134/3 134/15 134/16
134/17 135/3 139/16 149/22
149/25 151/19 151/20
152/21 157/15 157/19
158/23 159/11 162/5 163/3
164/1 164/8 165/1 165/8
166/2 166/4 167/11 214/1
230/7 231/9 231/19 232/9
234/7 234/12 234/17 236/23
236/25
Jensen's [7]  105/12 108/7
113/10 134/11 145/4 160/21
166/19
Jersey [1]  43/21
jiggle [1]  172/21
job [7]  31/8 46/18 194/2
195/13 226/7 226/8 226/10
jobs [2]  226/3 232/18
John [1]  37/2
JOHNSON [38]  2/7 55/16
55/17 55/23 56/1 62/2 64/21
65/17 70/15 74/11 80/10
82/2 83/8 83/22 84/11 86/9
87/11 88/7 92/4 92/14 94/7
95/21 101/1 101/17 103/5
106/4 106/21 106/25 108/6
113/9 116/3 119/25 121/9
125/11 128/14 157/10
157/13 168/2
join [1]  30/7
joined [2]  56/18 163/9
joint [5]  11/13 56/13 56/14

109/10 110/21 110/24 111/8
111/16 112/22 112/22
112/24
Josh [4]  111/1 111/6 194/10
194/19
jovial [1]  28/1
JUDGE [1]  1/9
judgment [2]  233/24 234/10
jump [1]  216/3
jumping [1]  156/17
jurisdictions [1]  43/19
juror [2]  6/4 86/3
jurors [1]  6/12
jury [62]  1/8 5/9 6/16 7/9
10/8 10/19 11/16 11/23 12/5
12/9 23/7 23/12 34/21 65/4
79/14 99/24 102/17 103/3
103/18 103/20 106/14
106/24 107/1 108/1 122/21
127/13 128/11 128/20
129/17 130/5 130/10 134/10
136/8 143/8 145/5 151/15
155/2 156/15 156/17 157/6
157/7 157/9 161/11 165/8
168/16 170/25 188/9 198/24
202/15 206/22 210/16
213/23 218/22 233/9 233/19
234/24 235/15 236/15
236/16 236/18 238/10 240/8
just [159]  5/8 5/18 5/19 5/21
6/19 6/19 6/19 7/5 7/14 7/18
8/6 8/11 8/16 9/2 9/4 9/24
10/7 10/25 11/3 13/10 13/23
14/4 14/8 15/6 15/19 15/19
16/2 16/3 19/9 23/5 24/4
24/8 24/25 26/4 30/10 30/17
33/10 33/13 34/8 34/13
34/16 36/8 36/9 36/15 37/5
38/16 39/9 39/10 40/19 46/8
52/25 55/4 65/3 67/13 70/18
76/5 77/8 90/3 92/14 94/12
97/22 98/3 101/6 104/4
104/25 107/6 113/15 115/14
122/14 122/21 123/12
124/11 128/25 132/1 132/4
134/17 136/11 137/8 137/24
139/17 139/21 140/5 140/18
141/1 141/5 142/15 142/17
143/20 144/19 145/24
147/17 148/7 148/16 150/20
150/25 152/13 152/23
152/25 155/1 155/17 156/17
156/22 172/11 175/8 176/16
177/12 177/14 181/20
182/15 185/6 187/3 191/12
192/5 194/12 195/4 195/4
195/16 196/3 199/2 200/11
201/5 202/22 202/24 206/6
206/15 206/20 207/24 208/5
209/1 210/23 211/3 214/17
215/10 215/18 215/22 216/4
216/14 217/8 218/8 222/17
223/16 230/23 232/16
232/18 234/8 234/13 236/4
236/9 238/1 240/4 240/21
241/3 241/22 241/24 242/7
242/16 242/23 242/24
242/25
justice [3]  7/16 7/17 130/15

**K**

Karen [1]  185/1

keep [23]  11/23 16/12 16/19
30/10 30/15 30/17 33/23
116/20 130/11 130/13
130/23 171/8 200/19 201/1
202/4 207/21 208/21 212/22
213/12 222/14 227/2 236/1
236/4
keeping [2]  23/18 193/7
KELLY [1]  1/8
keys [4]  42/9 42/9 43/11
43/12
kick [1]  210/5
kind [40]  9/5 15/7 15/20
24/19 27/25 30/4 32/4 37/4
38/17 50/20 57/1 60/3 60/22
71/1 74/24 76/8 88/13
116/16 122/17 133/15
134/17 135/23 136/24
137/21 139/3 142/22 144/8
148/17 149/1 149/24 150/5
171/7 191/12 192/23 202/15
209/10 214/21 218/9 220/2
236/9
kinds [1]  154/2
kitchen [1]  43/4
knew [8]  6/10 6/10 21/23
22/17 30/11 48/8 180/5
232/4
knife [20]  100/12 100/15
101/2 101/3 101/5 101/10
101/21 102/2 102/17 103/2
103/7 103/10 104/9 105/5
105/6 105/7 105/11 106/23
148/1 161/19
knives [1]  30/14
knocked [1]  69/22
know [109]  7/18 8/7 8/17
8/23 8/23 8/25 9/9 10/18
11/6 22/20 30/13 30/14
31/16 31/19 31/21 42/10
42/11 47/13 47/15 47/18
48/2 49/4 50/3 51/17 52/1
62/23 65/23 82/8 82/15
86/23 87/18 92/15 92/16
98/3 98/7 99/17 108/9
108/11 108/23 120/19 121/9
128/20 130/15 131/14
132/12 135/16 135/17
135/22 136/3 136/20 138/18
140/4 140/11 141/19 142/14
142/25 146/2 146/7 146/11
148/24 151/10 151/19 152/7
155/7 155/9 157/19 157/24
158/6 158/15 161/17 163/24
163/24 165/22 165/24
165/25 166/9 166/10 166/12
166/13 166/17 167/3 171/23
172/21 173/5 175/17 183/7
187/1 198/22 199/14 199/16
214/7 228/2 231/22 232/2
234/19 235/16 236/2 237/20
237/20 238/18 238/20 240/5
241/7 242/7 242/15
knowing [3]  14/21 147/6
171/6
knowledge [21]  14/20 14/23
50/13 51/8 51/10 51/13 53/8

**K**

knowledge... [14] 54/24 84/7
89/5 89/8 93/5 120/10 159/2
159/5 159/7 171/21 200/19
209/19 223/20 225/2
known [1] 22/4
knows [4] 146/23 155/5
158/3 240/11
Kurschinski [1] 95/11
Kurtis [11] 95/11 95/13 95/19
96/15 96/21 97/4 97/15
97/19 97/22 99/3 99/13

**L**

labeled [1] 33/7
lack [1] 154/11
ladies [6] 12/11 99/23 127/20
157/8 233/9 236/18
Lady [1] 185/1
laid [2] 103/15 145/24
Lancaster [1] 125/13
landing [3] 37/21 45/18
182/20
Lanelle [2] 173/11 177/3
language [23] 7/10 7/14 7/15
7/16 7/20 8/10 8/25 9/11
9/21 10/6 10/10 11/10 14/8
130/10 130/11 130/20
137/22 138/8 139/4 139/10
139/19 141/13 218/9
languages [1] 130/14
Lani [1] 174/10
large [4] 17/21 92/22 147/7
191/11
larger [1] 97/6
last [20] 6/16 6/17 6/21 8/1
10/13 10/22 13/5 39/20 41/9
95/2 123/3 155/20 155/25
156/2 156/11 214/22 215/23
223/13 229/15 229/19
late [1] 6/17
later [18] 9/16 17/16 17/17
41/13 42/2 42/16 43/20 46/6
68/6 95/13 97/2 105/7
107/11 145/17 146/23 161/7
200/10 236/2
latest [1] 241/5
laugh [1] 67/23
laughable [1] 148/4
launch [1] 147/4
law [27] 5/10 46/16 48/14
71/12 72/18 72/19 74/12
80/13 80/15 90/16 96/17
96/23 103/9 133/17 145/22
146/10 153/13 153/20
155/16 163/18 188/19
196/12 226/10 229/15
237/16 238/4 242/6
laws [1] 96/5
lawyers [4] 103/13 127/25
233/10 237/13
lay [1] 7/18
layout [2] 21/8 171/4
lays [1] 87/18
lead [9] 22/14 40/5 40/7
40/24 58/7 151/19 169/22
174/12 199/4
Leader [3] 17/22 19/6 19/7
leadership [1] 27/13

leading [7] 30/24 31/2 85/7
90/24 107/18 151/5 158/12
leads [1] 38/18
learn [2] 56/22 56/24
learned [1] 158/10
least [13] 8/15 16/25 41/16
82/13 129/18 129/19 156/10
173/21 187/3 194/18 213/11
225/8 241/2
leave [16] 6/15 17/9 17/11
36/10 86/13 141/9 156/11
175/22 186/20 194/19 223/7
223/13 225/6 229/19 229/23
232/10
leaving [3] 91/17 208/3 216/9
led [2] 163/20 231/11
left [33] 6/13 13/5 17/10 22/1
23/20 25/1 25/17 29/13 32/7
32/8 41/8 42/11 50/8 50/8
62/16 64/5 85/7 86/9 89/12
90/3 109/2 125/8 186/19
187/1 187/5 193/1 193/17
209/9 210/22 211/7 213/12
218/8 242/7
left-hand [7] 25/1 62/16 85/7
125/8 193/1 209/9 211/7
legal [4] 7/15 7/16 130/14
237/15
less [2] 123/21 124/1
lesser [7] 10/5 10/9 10/11
139/5 139/10 139/20 139/22
let [31] 7/5 7/18 8/7 8/17
25/23 34/8 34/9 34/11 36/3
49/14 50/3 71/1 98/3 98/7
99/17 135/17 135/19 136/7
141/25 148/6 151/11 155/17
170/15 192/16 195/5 212/14
217/25 233/24 234/8 234/13
234/19
let's [92] 9/18 32/1 44/13
60/12 64/13 68/15 68/16
71/23 72/6 72/23 73/19 75/5
75/20 77/1 78/3 79/14 80/4
81/2 81/7 81/20 82/25 83/11
85/4 85/24 85/25 87/3 87/25
89/19 91/25 95/25 103/13
104/4 104/17 107/17 107/25
110/11 111/1 112/8 113/19
114/10 114/22 116/7 116/20
117/13 119/14 122/16
123/12 124/16 126/19 127/9
127/10 129/18 129/20
131/20 131/22 137/11
147/14 149/9 173/18 192/18
199/8 199/11 199/21 201/24
204/8 204/16 205/24 207/8
207/20 208/8 208/21 212/2
213/7 213/20 214/14 218/9
219/16 219/24 221/8 221/17
221/25 222/14 223/6 223/6
223/9 225/10 225/16 225/23
227/2 227/17 229/10 236/15
letter [9] 62/8 91/24 91/25
92/4 93/7 107/10 111/24
166/18 166/21
lettering [1] 62/15
level [2] 134/13 165/13
Levenson [1] 1/14
liaison [3] 170/22 170/25

led... [7] 173/1 185/25
173/14 174/11 177/4
license [4] 95/22 95/23 95/25
96/11
lie [1] 147/9
life [1] 148/2
light [1] 67/13
like [95] 6/23 9/12 14/2 20/6
26/11 27/23 28/1 28/1 35/9
38/17 38/17 40/11 42/3
48/13 48/15 51/20 60/19
60/22 66/9 66/19 67/16 68/8
71/22 72/13 85/20 89/2
89/25 91/5 93/25 94/10
94/12 95/13 95/15 96/11
99/10 100/18 104/12 105/19
107/2 111/10 113/3 114/15
116/3 117/2 117/24 118/25
122/6 123/17 128/9 128/13
129/10 131/15 143/20
146/21 147/3 148/24 151/23
153/23 154/3 155/9 156/6
165/9 171/19 172/21 173/22
175/5 183/21 184/8 193/11
193/19 195/3 195/4 195/16
195/19 195/23 198/13
198/17 200/18 202/12
205/16 206/9 214/21 219/11
220/2 226/17 228/8 228/23
234/3 236/1 236/9 236/10
236/11 236/24 238/3 239/15
likes [1] 120/5
limit [1] 201/7
limited [3] 100/1 135/13
142/25
limiting [5] 11/1 11/4 99/22
140/1 140/19
line [19] 14/14 17/3 19/17
22/14 26/5 26/18 29/25
53/20 53/22 75/14 80/22
80/24 121/15 133/5 142/24
150/25 150/25 217/20 218/1
lines [3] 6/14 28/15 125/2
list [3] 5/8 39/16 141/1
listed [1] 137/13
listening [1] 190/10
literally [4] 48/21 48/21
154/10 172/20
little [41] 5/20 13/10 13/23
17/6 17/7 17/13 17/23 19/5
29/22 36/20 39/1 41/6 43/25
59/15 61/7 65/4 107/17
108/24 116/18 127/12
127/21 127/22 128/2 128/20
136/24 140/23 148/16 149/6
170/15 170/16 172/12
177/19 201/19 205/10
207/20 212/5 213/15 222/17
227/8 228/10 237/13
live [11] 60/14 60/15 60/16
60/24 61/1 61/4 62/12 71/15
71/21 79/15 195/24
LMAO [2] 67/21 67/22
loaded [4] 97/10 97/11 97/13
97/14
local [4] 43/19 43/22 57/7
110/21
located [1] 163/10
location [5] 43/1 185/13

locations [1] 14/11
lock [3] 42/9 43/12 73/12
locked [6] 42/23 97/10 97/11
97/13 112/21 121/19
locking [1] 42/14
logical [1] 10/8
LOL [1] 116/23
long [19] 6/23 7/7 42/18
50/18 56/10 101/3 101/4
168/22 169/17 175/17
185/23 188/12 189/5 194/17
195/25 197/16 212/24
233/11 233/15
longer [3] 12/2 127/11 213/5
longtime [1] 126/24
look [44] 6/23 7/6 8/6 9/2
9/14 10/6 32/24 36/4 36/23
68/15 68/16 82/25 85/7
88/18 91/25 100/25 110/11
110/17 111/1 118/14 118/25
120/4 121/14 124/20 135/19
137/9 138/8 140/17 142/2
145/18 145/25 146/9 147/13
149/17 152/7 153/10 174/7
203/23 216/7 216/18 216/19
218/8 239/20 240/1
looked [9] 6/18 27/23 68/20
112/17 133/16 138/18
138/19 155/15 195/16
looking [49] 21/3 22/24 24/14
24/14 40/2 40/4 45/2 45/21
50/17 58/14 64/24 65/10
65/12 68/8 70/15 70/16
80/10 82/2 83/8 83/18 91/12
94/14 100/25 108/6 109/8
110/13 111/18 113/9 120/23
122/21 123/5 123/16 123/20
123/24 140/20 165/20
172/14 173/3 176/4 202/16
202/17 202/22 202/24
203/13 205/10 206/23
206/24 210/1 242/19
looks [21] 66/19 67/16 68/8
71/22 89/25 95/13 99/9
111/10 116/3 116/18 117/2
117/24 120/5 123/16 131/15
156/6 172/12 175/5 200/17
205/16 214/21
Los [1] 1/16
loser [1] 111/13
Losing [1] 109/19
loss [1] 122/4
lost [4] 94/21 121/25 124/7
124/12
lot [9] 19/20 156/9 191/25
196/10 196/10 197/21
205/23 215/3 230/11
lots [1] 205/21
loud [2] 209/25 210/2
lower [3] 28/17 29/17 231/19
Loyd [5] 10/24 54/4 80/3
114/5 114/7
lunch [17] 6/23 7/7 11/10
11/23 12/3 127/11 127/12
127/14 127/21 127/23
128/19 128/23 129/1 129/5
149/16 151/12 154/8
lunged [2] 193/11 193/14

**L**

luxuriously [1]  241/1
lying [1]  115/12

**M**

ma'am [81]  13/4 13/17 14/13
15/14 15/21 16/5 16/8 16/11
16/17 17/20 18/6 18/8 19/18
19/20 20/5 20/18 21/4 21/7
21/12 21/19 22/12 23/1 23/4
23/24 24/2 24/5 24/9 24/18
24/21 25/3 25/6 25/11 25/18
26/9 28/7 28/20 29/3 29/19
29/8 29/19 29/21 31/25
32/23 33/1 34/14 34/19 35/3
35/6 35/8 35/15 35/18 35/21
36/11 36/18 37/7 37/9 38/12
38/19 38/21 38/25 39/5
39/12 40/8 40/12 40/16
40/18 40/22 41/1 41/11 44/4
44/9 44/18 44/21 45/16 46/5
46/7 47/12 180/19 181/15
185/5 192/12
made [15]  19/5 26/19 30/6
91/1 137/13 142/20 145/7
146/14 149/22 156/9 161/18
193/17 233/21 235/25
242/23
MAGA [1]  93/4
magic [1]  172/25
main [3]  14/19 20/24 22/1
maintain [2]  23/17 26/5
majority [2]  37/2 182/7
make [22]  9/24 27/14 29/4
94/19 99/4 128/24 141/2
141/20 147/19 151/14
177/12 180/4 194/13 209/16
220/21 233/24 235/21 236/5
238/18 242/16 242/17
242/25
makes [11]  9/4 142/7 145/14
146/20 222/12 235/14
235/18 235/18 236/4 237/21
242/18
making [4]  36/16 59/17
89/12 182/14
man [37]  97/19 201/13
203/16 203/24 204/19 205/4
205/16 205/17 206/2 206/3
207/16 208/11 209/13
212/13 213/16 214/6 216/23
218/17 221/20 221/23 222/3
222/18 222/19 223/3 223/12
224/17 225/1 225/2 225/5
225/15 226/6 226/15 226/24
227/20 229/14 229/18
229/22
man's [1]  218/8
managed [3]  209/16 213/12
214/7
managers [1]  121/12
manually [1]  107/5
many [11]  8/23 32/9 36/21
43/16 46/6 53/9 54/8 98/4
120/19 131/6 163/7
map [2]  32/12 192/16
marble [1]  32/22
march [2]  93/4 109/10
marches [1]  93/5

mark [14]  121/24 97/25
97/16 114/15 115/10 199/11
199/22 202/13 207/9 213/8
224/8 225/24
marked [2]  105/10 107/13
marker [1]  65/7
mask [10]  14/4 55/5 74/17
74/22 79/21 116/23 168/15
188/5 190/25 192/3
masks [2]  75/24 75/24
mass [1]  90/18
matched [1]  211/5
mate [1]  99/5
materials [1]  41/24
matter [12]  5/3 86/5 129/15
143/19 143/20 143/22
143/25 152/20 171/7 213/4
213/25 244/5
matters [2]  56/15 233/13
may [42]  6/6 12/8 12/10 19/1
55/12 55/20 86/7 95/7 100/1
100/5 100/9 102/8 102/25
125/18 127/2 128/12 131/10
132/4 137/23 137/24 147/20
153/9 156/25 158/10 167/22
167/25 168/10 172/9 187/19
187/22 210/15 214/2 226/14
233/3 233/5 233/20 235/8
236/17 236/23 238/11
239/11 241/19
maybe [21]  7/7 11/10 23/16
53/16 141/19 141/20 146/1
146/9 150/15 150/20 158/9
177/1 181/2 186/12 201/3
201/19 204/1 236/3 239/15
240/10 240/11
Mayor [1]  92/5 92/25 111/24
166/18 166/23
MC [2]  174/23 174/24
McConnell [3]  21/21 22/6
53/17
McConnell's [6]  17/23 19/6
19/7 19/10 20/3 21/24
me [75]  7/4 7/5 7/18 8/7 8/14
8/17 9/7 9/16 11/5 11/15
11/18 14/17 14/18 20/22
23/14 25/23 31/15 34/5 34/9
36/3 49/14 50/10 52/8 71/1
76/3 95/17 96/1 98/3 101/20
114/8 119/25 127/14 129/15
133/23 135/11 135/18
135/19 136/7 138/7 140/1
140/11 140/19 141/25
141/25 146/9 147/15 147/17
148/6 148/25 149/14 151/11
152/12 155/17 161/19 165/3
180/1 192/16 192/23 194/13
195/5 204/21 206/6 216/24
217/25 222/9 224/23 225/13
233/22 233/24 234/8 234/13
235/15 240/7 240/12 242/16
mean [37]  11/24 25/25 30/24
47/13 54/2 59/10 59/15 62/8
63/16 96/18 96/19 97/5
97/12 103/17 103/25 131/7
131/19 132/2 133/23 135/13
136/18 141/17 144/8 144/15
144/24 145/10 146/9 147/5
149/10 151/8 155/9 158/8

meaning [2]  126/5 166/12
meanings [1]  165/20
means [9]  58/8 62/10 124/11
161/22 165/18 166/11 237/4
237/11 237/12
meant [2]  145/19 167/12
Measures [1]  119/23
meat [1]  148/16
media [18]  12/14 58/14
58/17 58/19 62/6 80/20 90/8
93/16 107/21 117/4 117/5
117/11 119/6 159/23 160/8
160/11 166/19 237/25
meet [6]  46/24 57/17 142/13
177/20 177/24 185/9
meetings [1]  177/6
meets [1]  103/19
member [4]  72/9 142/8 189/7
192/6
members [4]  17/1 38/14
73/16 80/20
memory [2]  36/4 153/7
men [3]  48/5 53/15 230/11
mental [2]  153/14 153/15
mentality [1]  112/23
mention [5]  9/6 69/9 140/2
155/17 241/8
mentioned [9]  47/22 60/12
66/16 93/15 101/21 153/11
172/5 202/9 236/7
message [9]  68/6 91/13
94/11 94/15 95/11 96/15
142/7 150/8 166/20
messages [16]  60/6 65/24
66/3 66/3 67/1 67/2 91/4
93/14 115/20 125/24 126/10
126/16 142/16 142/19 165/8
165/10
Messenger [2]  94/8 94/9
met [3]  157/16 158/23 177/3
metadata [4]  59/23 62/25
67/1 94/24
Metropolitan [19]  17/21
18/13 19/15 19/16 20/14
22/13 22/18 28/13 28/15
29/15 29/24 31/10 31/14
32/14 33/6 157/15 187/23
188/10 188/12
Michael [2]  174/1 184/20
microphone [2]  18/16 32/12
middle [8]  9/20 15/7 21/11
21/12 23/14 99/13 173/2
208/18
midpoint [1]  164/5
might [12]  12/14 18/10 33/5
36/3 39/19 54/14 95/19
131/13 131/14 146/17
152/13 155/7
Mike [4]  54/9 150/5 151/2
170/8
miles [2]  95/14 190/20
military [8]  98/4 98/20 110/4
115/13 126/3 144/22 163/20
167/11
Million [1]  93/4
millions [2]  97/21 111/7
mind [32]  18/15 32/11 90/24

152/1 125/18 125/25 127/5
142/3 142/9 142/17 143/4
144/1 144/6 144/11 144/14
144/19 144/19 145/10
145/15 145/18 146/6 146/19
147/10 149/13 150/6 150/9
153/5 153/16 153/20 154/9
154/18 154/20
mind-set [4]  90/24 107/18
125/25 127/5
mine [2]  174/9 192/22
mingled [1]  36/15
minor [1]  138/22
minute [6]  22/8 49/13 85/24
201/10 202/13 211/10
minutes [19]  11/10 11/10
15/4 17/16 17/17 33/10
33/16 36/5 38/7 82/13 95/13
97/2 194/18 194/18 204/25
230/20 215/10 216/14 225/8
Mirell [17]  1/14 2/8 2/11 2/13
5/5 85/20 86/7 102/21 104/1
104/25 153/1 155/23 213/18
214/2 238/22 239/3 239/19
misleading [1]  131/18
missed [2]  102/18 139/17
missing [1]  146/1
mission [3]  169/1 169/2
189/1
Missouri [1]  111/3
Mitch [4]  19/10 20/3 21/24
22/5
mob [1]  17/1
mobile [3]  108/8 108/20
111/18
Moines [5]  56/6 56/8 57/7
57/16 57/24 105/6 157/16
160/23
mom [2]  43/6 43/7
moment [13]  14/22 26/6 46/8
49/19 85/8 125/15 125/19
141/1 172/12 172/16 226/7
226/8 229/25
monitor [3]  49/15 49/16
172/18
Montgomery [1]  196/9
months [1]  46/17
Monument [6]  61/17 63/9
63/11 65/2 65/8 112/5
112/11
more [44]  15/8 27/12 36/20
52/15 54/19 59/15 66/22
77/8 94/19 98/8 116/13
118/12 120/8 123/17 127/6
127/12 131/22 149/6 150/19
155/17 155/19 176/9 186/14
186/15 186/17 189/11
200/14 203/1 204/2 204/8
212/5 212/6 212/6 212/6
217/7 217/8 221/11 227/22
233/10 235/20 237/11
238/20 239/25 240/20
MORGAN [14]  2/4 12/23
13/3 15/11 21/17 29/12 31/7
34/2 40/2 44/16 45/14 46/13
79/22 140/14
Morgan's [1]  51/3
morning [3]  5/7 11/19 12/11
113/23 55/23 55/24 112/3

**M**

morning... [13] 112/21
112/22 115/14 129/9 129/25
133/19 161/12 187/2 189/16
218/4 236/6 240/19 243/17
most [9] 11/8 17/3 31/21
47/6 47/16 113/16 130/16
130/21 236/8
motion [5] 10/21 27/25
233/24 234/9 235/24
motioning [1] 27/23
motive [2] 146/6 147/9
Motorcade [1] 174/25
mourning [3] 217/18 217/20
218/3
move [50] 23/6 27/3 34/20
39/14 44/10 45/8 61/21
63/9 64/15 66/11 69/5 70/6
70/10 71/24 72/24 74/5 74/5
77/2 78/4 79/11 80/5 81/22
83/2 83/12 87/4 88/1 89/20
91/7 94/1 100/20 104/4
105/24 108/1 113/4 114/23
115/23 119/15 121/4 122/8
125/5 155/5 160/5 163/25
172/7 184/9 198/10 210/13
219/13 224/4 226/17
moved [2] 14/11 72/5
movements [5] 170/10
171/11 171/24 176/12
176/16
moves [6] 75/6 81/8 102/5
106/13 117/15 163/5
moving [8] 60/19 134/18
136/15 206/3 222/4 230/23
230/24 231/1
MPD [14] 18/23 47/7 53/20
155/21 156/1 158/23 159/6
166/2 188/20 192/6 196/3
223/18 223/20 226/13
MPD's [1] 189/7
MR [5] 2/6 2/9 2/14 122/17
140/3
Mr. [121] 5/6 6/1 10/3 10/15
10/20 11/21 47/23 48/6
48/18 49/11 50/7 50/14
50/19 53/1 53/5 53/18 54/1
54/21 56/25 57/9 57/11
57/13 58/9 60/11 63/8 65/4
68/16 73/4 77/6 80/1 82/3
83/9 83/19 83/25 85/3 90/21
92/11 101/2 104/18 108/7
110/14 113/10 117/11
119/22 121/15 126/6 126/19
126/19 127/7 128/13 130/9
130/9 131/19 131/21 133/8
133/16 133/24 134/3 134/11
134/15 135/3 138/15 139/15
139/16 140/13 142/22 143/3
143/15 145/3 145/4 148/17
149/21 149/22 149/25 150/2
151/18 151/19 151/20
152/10 152/15 154/4 157/1
157/15 157/19 158/9 158/11
158/23 159/11 160/21 162/5
163/3 164/1 164/8 165/1
165/8 166/2 166/4 166/19
167/11 230/7 231/9 231/19
232/9 233/21 234/7 234/12

235/10 235/15 235/23
236/13 236/23 236/25
238/25 239/19 240/23 243/2
243/14
Mr. Clements [9]  65/4 68/16
73/4 77/6 90/21 92/11
104/18 119/22 121/15
Mr. Davis [44]  6/1 10/3 10/15
10/20 11/21 126/6 126/16
126/19 127/7 128/13 130/9
131/19 131/21 133/8 133/16
138/15 139/15 140/13
142/22 143/3 143/15 145/3
148/17 149/21 150/2 151/18
152/10 152/15 154/4 157/1
158/9 158/11 233/21 234/12
234/21 235/4 235/15 235/23
236/13 238/25 239/19
240/23 243/2 243/14
Mr. Davis's [1]  235/10
Mr. Jensen [61]  5/6 47/23
48/6 48/18 49/11 50/7 50/14
50/19 53/1 53/5 53/18 54/1
54/21 56/25 57/9 57/11
57/13 58/9 60/11 63/8 80/11
82/3 83/9 83/19 83/25 85/3
101/2 110/14 117/11 130/9
133/24 134/3 134/15 135/3
139/16 149/22 149/25
151/19 151/20 157/15
157/19 158/23 159/11 162/5
163/3 164/1 164/8 165/1
165/8 166/2 166/4 167/11
230/7 231/9 231/19 232/9
234/7 234/12 234/17 236/23
236/25
Mr. Jensen's [6]  108/7
113/10 134/11 145/4 160/21
166/19
Mrs. [2]  174/1 174/2
Mrs. Pence [2]  174/1 174/2
MS [8]  2/5 2/8 2/11 2/13
153/1 155/23 214/2 238/22
Ms. [24]  5/10 5/13 12/4
12/19 85/20 86/7 102/21
104/1 104/25 128/10 141/23
144/12 144/16 145/1 149/19
153/11 157/3 157/5 172/22
213/18 233/17 238/7 239/3
239/19
Ms. Allen [7]  141/23 144/12
144/16 145/1 149/19 153/11
157/3
Ms. Harris [9]  5/10 5/13 12/4
12/19 128/10 157/5 172/22
233/17 238/7
Ms. Mirell [8]  85/20 86/7
102/21 104/1 104/25 213/18
239/3 239/19
much [16]  15/2 18/12 20/21
27/7 44/24 53/14 126/21
142/15 149/14 151/8 154/14
155/17 163/24 187/20 220/3
233/17
multi [1]  162/8
multi-count [1]  162/8
multiple [2]  96/22 176/12
murder [1]  90/8

Museum [2]  64/10 68/23
must [2]  96/7 242/14
my [80]  5/8 5/10 7/7 12/11
13/24 14/14 14/7 14/16 16/3
27/12 27/14 34/5 43/6 43/7
48/14 50/6 50/13 51/8 51/10
51/23 51/23 52/3 52/15
52/22 53/8 54/24 65/22
67/12 67/23 72/21 95/19
96/1 96/22 98/15 103/20
107/6 114/15 119/5 123/1
123/15 135/8 141/17 145/18
145/20 152/23 153/11 156/7
156/9 159/7 159/13 162/4
162/16 164/19 165/15 166/8
167/8 172/12 173/14 182/7
183/10 190/9 190/11 190/22
190/22 191/3 191/3 191/19
192/7 192/9 194/10 197/11
197/13 217/18 220/13 226/8
227/12 237/16 240/5 241/2
241/15
myself [6]  33/22 37/11 161/6
177/12 177/14 180/4

**N**

nail [1]  150/19
name [8]  38/3 41/2 56/22
56/24 86/18 173/11 174/10
227/15
named [1]  115/4
nameplate [1]  227/13
names [1]  173/25
naming [1]  62/3
narrate [1]  192/23
narrative [1]  147/4
national [6]  43/20 92/10
92/17 92/20 146/24 166/21
Natural [1]  68/24
nature [2]  159/12 233/17
Nay [1]  129/21
near [12]  36/9 44/1 61/15
86/24 116/4 117/8 117/11
178/10 181/12 198/1 198/5
205/22
necessarily [1]  130/5
need [28]  9/3 9/10 9/15
48/12 95/15 99/14 128/1
132/10 132/12 132/18 133/6
133/17 133/18 133/20 141/1
141/20 149/1 170/5 171/17
171/23 172/24 173/8 177/15
190/1 215/3 237/14 239/1
242/24
needed [4]  129/7 170/23
190/12 191/19
needs [2]  103/25 137/12
nestor [1]  1/22 1/24 244/7
244/8 244/10
never [3]  145/19 187/5
194/13
new [3]  43/21 90/20 221/3
newest [1]  114/10
news [9]  57/3 57/5 57/6 57/7
57/7 115/12 128/8 146/24
237/25
newspapers [1]  146/24
next [41]  8/9 12/14 27/17
31/20 37/2 55/14 67/24

Mrile1)1/56/6/23  Page 264 of 282  97/15 97/20
99/1 109/1 109/14 109/22
110/11 111/1 111/18 111/23
112/8 112/12 116/7 118/6
130/17 131/24 131/25
134/13 137/11 137/16
138/12 139/9 139/18 155/20
155/24 167/25 178/17
180/22 185/12 187/22
193/13 233/6
nice [1]  53/17
night [8]  6/17 6/21 13/5
121/23 127/1 141/20 156/12
243/11
Ninth [2]  239/11 239/15
no [98]  1/3 5/17 5/25 6/2 6/9
17/12 39/22 43/13 46/9
46/17 48/8 48/9 48/25 53/19
54/12 54/16 54/24 54/25
56/9 59/15 66/21 68/3 74/21
74/23 75/1 77/22 81/17 89/6
89/9 94/17 96/3 97/10 99/14
99/20 102/13 104/2 119/2
125/16 127/16 127/17 128/7
132/5 132/23 133/5 134/5
136/1 136/4 137/17 139/2
139/13 139/14 140/6 140/6
140/16 140/25 140/25
142/21 146/18 148/7 154/22
157/4 158/18 159/1 159/4
161/15 162/18 163/19
164/14 165/17 167/19
167/21 180/11 180/19
183/17 187/15 187/16
187/18 192/7 192/12 195/18
197/2 198/23 201/17 203/25
213/4 217/22 230/18 231/21
231/23 232/1 232/3 232/15
232/25 233/2 234/16 235/24
242/23 243/13
No. [11]  8/8 8/9 10/1 105/8
107/4 107/12 123/14 130/4
130/23 131/1 138/14
No. 1276 [1]  123/14
No. 15 [1]  8/9
No. 18 [1]  131/1
No. 19 [1]  130/23
No. 1B2 [1]  105/8
No. 1V1 [1]  107/12
No. 24 [2]  10/1 138/14
No. 4 [2]  8/8 130/4
No. 701 [1]  107/4
nobody [1]  27/15
Nodding [1]  236/12
noises [1]  71/18
noncombative [1]  161/6
none [2]  145/16 238/14
nonprofit [1]  163/16
nonprofits [1]  163/23
Nope [1]  199/20
normal [1]  210/25
normally [1]  9/12
north [4]  1/15 95/15 181/24
215/25
northwest [1]  1/18 70/25
76/10 117/8 117/12
not [135]  7/13 8/6 8/15 8/19
10/7 11/6 11/8 12/12 14/22
14/22 17/12 22/21 23/17

not... [122] 31/9 43/18 47/7
48/9 49/4 50/13 51/6 51/8
51/10 51/25 52/6 52/22 53/8
53/17 53/18 59/6 66/21
78/12 90/18 96/11 97/19
100/5 100/6 100/8 103/21
103/21 103/24 109/20 119/6
120/8 121/23 124/8 124/21
124/24 126/14 128/4 131/3
132/18 135/1 135/7 135/13
135/15 136/11 137/2 140/2
141/25 143/11 143/23
143/23 144/4 144/9 145/12
146/2 146/3 146/11 146/17
146/18 148/12 148/24 149/2
150/16 150/24 151/8 152/13
153/24 155/8 156/24 157/19
158/24 159/1 159/7 159/11
160/5 160/10 162/18 163/16
163/19 164/14 165/19
165/19 166/1 166/12 166/14
167/13 171/3 172/15 175/17
178/13 178/14 179/21
180/11 185/19 190/7 190/13
191/13 192/10 194/4 202/3
202/6 216/19 220/3 222/4
224/11 225/4 230/16 230/18
230/23 232/6 232/18 234/21
234/23 235/7 236/17 237/1
237/7 238/23 239/3 239/10
239/24 240/6 240/14 242/25
note [1] 132/21
note 5 [1] 132/21
notes [1] 107/7
nothing [10] 12/4 14/6 67/19
134/15 143/19 152/16 230/1
235/12 235/25 243/15
notice [1] 5/21
noticed [1] 7/10
notification [4] 121/12 170/24
172/6 173/4
notify [1] 171/23
November [2] 92/21 93/1
November 14 [1] 92/21
now [87] 6/16 7/5 8/11 14/10
14/16 15/19 16/13 16/23
23/12 24/10 25/1 27/9 27/10
27/12 28/5 32/12 36/25 37/8
43/23 45/14 46/21 48/2 49/6
49/18 50/11 52/17 53/5
53/25 61/7 68/8 69/2 69/18
77/1 80/21 85/24 90/20
103/6 118/1 119/8 123/5
127/23 128/3 128/10 129/10
129/20 133/20 133/24 139/5
139/21 143/7 145/20 151/23
161/7 161/20 162/22 164/1
164/23 172/5 172/6 174/17
176/18 187/7 196/25 200/10
200/22 204/4 205/6 206/24
206/25 213/15 214/17 215/2
215/3 215/18 226/25 227/15
230/19 231/1 233/9 235/16
236/20 237/11 237/13
240/16 240/17 241/10
242/18
number [12] 17/8 46/3 62/9
119/16 119/22 124/5 189/8

242/24
numbers [1] 18/12 22/16
22/18 26/3 26/4 26/7 26/10
124/10 124/21 241/19
numerous [1] 12/12
NW [2] 1/23 244/9

O

oath [4] 12/24 55/18 168/8
188/1
Obama [1] 126/25
object [6] 16/16 111/8 132/16
136/2 152/13 158/17
objected [1] 135/9
objecting [1] 111/16
objection [48] 5/22 5/23 10/4
20/8 23/8 30/21 31/3 31/5
39/21 39/22 69/13 78/24
84/6 91/8 96/8 102/7 102/25
103/12 103/15 104/7 108/2
113/5 114/24 115/24 117/16
119/18 121/5 127/15 127/16
138/4 138/17 138/19 138/20
139/1 139/2 139/3 139/13
140/16 158/1 158/5 158/21
160/3 160/18 172/8 179/1
179/4 183/23 224/5
objections [2] 175/18 175/20
objective [1] 154/13
objects [1] 150/11
obscenities [1] 43/6
obscured [1] 205/11
observed [1] 52/20
observing [1] 84/7
obstruct [1] 138/1
obstructing [2] 136/14 137/25
obstruction [9] 9/19 9/21
134/22 134/23 135/10
135/12 136/23 137/9 137/13
obtained [3] 105/7 107/11
160/10
obvious [1] 11/2
obviously [9] 8/18 131/20
156/5 233/15 234/9 234/21
235/23 238/18 239/25
occasion [2] 56/22 59/1
occupational [1] 163/11
occupational-wise [1] 163/11
occupied [3] 18/2 18/3 43/4
occur [4] 57/23 92/17 126/2
189/22
occurred [3] 13/6 92/25
167/1
occurring [4] 18/17 63/13
211/6 211/7
October [1] 56/11
oddly [1] 134/17
off [14] 13/5 17/22 38/15
41/8 42/9 48/14 67/23 86/9
141/22 144/3 168/15 188/5
200/24 230/14
offense [11] 10/9 10/11
137/23 138/3 138/24 138/24
139/6 139/20 139/22 142/20
146/15
offenses [3] 10/5 132/18
139/11
offer [3] 143/21 159/17 160/2
offered [4] 100/6 143/18

offering [1] 143/23
office [26] 1/11 1/14 17/23
19/7 19/8 19/11 26/21 27/13
29/18 29/23 31/15 32/18
36/9 37/2 37/6 43/1 162/24
175/6 178/9 178/10 178/15
178/17 179/6 181/9 181/12
185/21
officer [90] 10/23 13/3 15/11
15/11 21/17 24/22 28/8 28/9
28/10 28/12 29/12 31/7
33/21 34/2 40/2 44/16 45/6
45/14 46/4 46/13 46/14
50/22 50/23 51/1 51/3 51/5
51/23 52/2 52/17 53/1 54/3
54/14 55/12 74/12 74/16
74/18 74/20 74/22 74/24
74/25 78/21 78/23 79/3 79/4
79/20 79/22 79/23 80/14
80/15 81/16 84/2 84/4 84/24
85/8 86/10 86/10 90/16
96/17 103/9 134/14 135/13
135/14 136/14 137/25 138/1
140/14 146/20 155/21 156/1
187/24 188/10 188/13
188/20 190/1 192/20 199/12
202/3 203/3 205/7 206/19
211/21 211/22 214/4 218/5
226/10 227/8 230/5 233/3
242/3 242/11
officer's [3] 82/22 83/10
83/20
officers [72] 17/22 18/13
18/23 19/15 19/17 20/13
20/13 22/18 23/14 25/24
26/8 26/19 27/5 28/13 28/15
29/24 30/19 31/1 31/11
31/13 31/14 31/16 32/14
35/14 36/15 36/19 42/13
43/16 43/18 43/21 48/10
49/3 50/11 51/7 52/7 52/8
52/8 53/20 54/6 75/3 75/14
75/23 76/17 79/18 82/3
82/12 82/18 88/17 117/7
190/11 190/13 191/12
193/11 194/12 196/3 196/4
196/5 196/6 202/3 209/5
209/19 213/2 214/7 215/14
218/14 223/7 223/17 223/18
223/20 229/16 230/11
230/20
officers' [1] 31/24 223/24
226/13 226/14
offices [6] 20/4 21/24 22/1
42/23 42/24 42/25
official [7] 1/22 9/19 9/21
241/16 242/4 242/12 244/8
officials [1] 220/17
oh [10] 97/24 102/11 102/24
140/10 154/6 191/23 200/7
205/12 239/9 241/6
Ohio [30] 13/6 14/18 17/6
15/8 18/10 20/24 21/2 21/10
23/15 23/22 24/7 24/15
24/16 25/9 25/24 26/1 28/12
35/25 36/10 37/4 45/25
53/25 79/5 79/8 80/11 81/5
81/19 82/4 82/7 118/23

265/3 16/12 16/18
18/4 18/14 19/3 19/16 21/1
21/11 23/20 24/6 24/25
25/12 25/19 28/19 30/2
32/11 32/14 33/8 37/12
37/24 38/5 40/9 40/11 40/19
40/25 41/4 41/6 46/2 49/18
55/10 58/16 60/3 60/12
60/15 61/1 61/21 62/15 63/5
65/3 66/9 67/5 68/13 69/2
70/6 70/18 71/1 76/10 78/13
79/6 79/10 79/20 80/4 81/1
81/7 82/18 85/4 85/19 85/21
86/25 87/3 87/18 87/22 91/3
93/20 95/2 96/23 97/15 98/3
98/11 102/4 102/14 105/13
105/19 109/22 110/19
113/15 113/19 116/13
116/13 116/18 116/20
116/25 117/13 118/10
118/14 120/10 123/5 125/4
125/14 127/9 129/23 130/3
130/13 132/7 132/10 133/21
137/6 137/18 139/3 141/16
141/23 150/10 152/3 154/5
169/24 170/15 173/19
176/18 177/2 177/11 179/22
180/20 181/16 181/19
181/23 182/5 182/21 183/2
183/11 186/13 187/3 188/6
189/13 189/25 190/8 191/4
191/21 192/5 193/4 193/10
195/13 196/25 197/23 198/8
199/11 200/12 201/13
201/22 201/24 202/19
202/21 203/1 203/6 204/1
206/25 208/17 210/12 212/2
212/6 212/14 214/14 215/7
215/17 215/22 216/3 216/13
217/10 219/11 219/24 221/8
221/25 222/12 222/14 223/2
223/16 225/10 225/23 227/2
227/24 228/21 229/10
234/12 235/6 239/2 239/18
old [2] 19/6 148/3
oldest [2] 113/17 113/20
Omaha [1] 56/6
once [11] 42/8 44/22 76/23
78/17 89/16 106/4 179/13
180/20 193/14 193/23
214/10
one [75] 7/17 7/19 9/2 9/14
14/6 15/8 30/19 31/23 32/5
39/19 43/13 46/8 48/5 48/8
49/16 51/13 52/11 54/19
54/21 56/5 75/18 77/8 80/17
95/2 96/23 96/24 98/2 98/16
104/13 109/22 113/24
114/17 116/13 116/15
118/12 119/22 125/15
125/18 131/23 131/24
131/25 136/5 136/11 137/16
137/21 138/3 140/25 148/18
149/13 149/15 149/20
163/23 166/9 166/9 172/15
173/21 176/9 180/1 180/24
187/13 194/9 203/1 204/14
212/5 212/6 212/6 212/6
223/13 227/7 229/15 229/19

O

one... [4]  229/25 238/22
240/5 241/7
ones [1]  14/7
ongoing [1]  17/24
only [27]  9/5 10/20 14/6
23/17 43/10 47/18 51/13
52/6 52/11 96/24 98/2 110/8
124/20 128/1 130/8 131/21
136/5 138/3 141/15 142/5
153/14 158/6 160/24 176/5
183/18 239/21 240/12
onward [1]  186/23
open [18]  7/3 11/8 11/14
31/4 40/13 63/16 104/6
106/21 127/13 127/19 143/3
143/8 158/20 184/6 198/4
201/23 241/6 241/7
opened [2]  41/18 125/23
opening [4]  126/14 141/25
142/23 143/13
opens [1]  142/21
operates [1]  125/1
operation [1]  189/20
opine [1]  103/21
opinion [2]  7/24 103/19
opportunity [14]  46/24 47/4
71/21 164/22 180/5 183/3
197/24 198/4 210/9 210/20
219/5 223/23 236/21 237/6
opposed [1]  153/21
opposing [3]  136/14 242/2
242/10
opposite [5]  18/15 37/4
196/17 196/19 206/24
options [1]  143/8
order [8]  96/7 120/23 120/25
129/16 186/14 208/17
208/24 242/8
ordered [2]  119/23 120/1
ordinary [1]  61/5
organization [1]  163/16
orient [5]  24/25 65/3 181/2
192/17 195/5
orientation [1]  40/19
original [6]  17/3 62/10 110/15
220/20 242/21 243/1
originally [4]  17/4 220/19
237/5 242/21
other [73]  6/25 7/19 7/21
8/23 10/20 11/11 17/1 20/3
23/14 25/5 25/24 26/13
26/19 27/5 29/23 31/13
36/19 42/21 42/21 43/10
47/10 50/11 50/16 50/17
51/7 54/2 67/1 71/15 77/25
81/4 82/21 87/19 100/5
110/23 110/23 112/6 116/15
126/20 133/3 133/14 134/1
134/15 135/5 135/6 135/10
135/14 135/14 135/15 136/5
136/12 143/8 145/25 150/15
155/9 158/15 176/5 177/24
179/7 193/11 196/4 196/5
202/24 210/9 223/17 223/23
226/13 234/14 234/15
237/14 239/21 240/6 240/13
241/20
others [6]  41/18 50/21 51/16

Otherwise [1]  240/18
our [33]  7/16 9/22 9/24 17/3
17/20 17/24 23/15 23/18
26/4 27/11 30/12 32/5 39/15
43/22 127/10 130/15 132/3
140/21 154/9 155/20 156/17
168/3 169/12 170/22 171/5
180/2 188/11 188/16 190/9
218/25 226/24 233/17
240/21
ourselves [2]  32/17 75/20
out [80]  5/16 5/19 6/21 6/22
7/2 7/18 9/18 11/3 11/12
13/7 14/4 16/23 18/16 18/18
32/11 32/15 32/25 35/14
36/20 36/21 38/17 38/18
42/8 48/22 49/1 49/22 50/2
50/4 50/5 50/7 50/11 50/20
51/5 51/7 51/13 51/16 52/3
52/12 52/14 53/6 54/20
97/23 114/9 118/1 121/20
128/10 137/11 143/18
143/25 144/5 145/24 149/7
156/13 156/17 162/8 164/8
166/22 194/12 196/15
196/25 203/4 208/6 210/5
214/13 220/6 221/5 221/15
228/3 228/18 230/14 231/10
231/11 231/25 232/12
233/18 234/3 237/13 237/19
238/8 242/7
outlined [1]  199/2
outnumbered [1]  30/12
outside [23]  19/7 31/15 38/23
42/24 52/8 127/13 179/10
179/15 179/16 180/21
185/20 190/1 192/15 194/14
194/15 194/19 209/23
222/22 222/25 223/18 228/3
230/10 230/19
outstanding [2]  10/2 141/15
over [28]  7/7 40/14 47/1
67/18 69/22 70/21 86/11
101/6 128/19 142/1 147/15
148/8 149/16 150/18 151/12
152/10 154/7 164/1 164/4
179/4 179/15 186/8 188/19
193/8 193/11 193/12 193/14
202/18
overall [2]  123/25 149/11
overhead [1]  15/12
overnight [3]  15/7 138/16
240/2
overthrow [2]  110/4 144/21
overthrown [1]  144/22
own [12]  96/5 134/17 134/18
134/18 136/25 152/23
153/20 157/25 158/15
234/20 240/10 241/15

P

P.J [1]  227/15
p.m [39]  5/1 17/16 17/17
20/17 32/13 39/11 41/8
64/23 67/16 67/24 69/24
74/15 81/14 82/6 82/11 88/9
89/15 89/25 116/15 118/15
118/25 119/4 120/1 121/18
121/21 121/22 128/11

peace [6]  13/20 13/21 65/2
65/8 65/21 70/7
Pence [20]  42/3 54/9 67/18
68/9 150/5 150/18 151/2
151/6 156/19 170/8 174/1
174/1 174/1 174/2 174/2
184/21 184/23 184/24 185/1
185/9
Pence's [2]  170/10 185/2
Pennsylvania [1]  125/13
people [50]  18/4 19/13 20/16
21/8 26/13 30/12 33/4 36/20
50/17 51/25 52/24 52/24
65/1 65/2 93/22 96/22 99/5
110/4 110/7 134/1 134/24
134/24 135/25 162/14 167/6
173/8 180/20 180/21 189/23
191/15 191/20 195/16
195/18 200/18 200/22 201/7
207/24 208/2 208/6 214/12
219/19 219/22 223/13
229/15 229/19 231/13
231/14 231/16 231/16
232/18
people's [1]  47/14
pepper [19]  29/15 36/13
53/23 71/11 71/12 191/25
192/2 194/11 194/22 195/20
205/16 205/17 205/21
pepper-sprayed [3]  194/22
205/16 205/17
per [1]  168/3
percent [4]  123/17 123/21
124/1 240/7
percentage [2]  122/25 123/6
perfect [2]  150/3 184/11
performance [3]  241/16
242/4 242/12
perhaps [6]  6/22 162/14
perimeter [2]  70/4 76/13
period [2]  17/5 208/2
permission [71]  23/9 34/22
39/24 44/11 45/9 61/23
63/21 64/15 64/15 64/17
66/11 66/12 69/5 69/6 69/14
70/11 70/12 71/25 72/25
73/2 74/6 74/7 75/7 77/3
78/5 78/6 80/6 81/8 81/9
81/23 83/3 83/12 83/14 87/6
87/7 88/1 88/3 89/21 91/9
94/1 94/3 100/20 100/21
101/14 101/15 102/16
102/22 105/25 106/15
106/18 106/19 108/3 113/6
114/25 115/25 117/17
119/19 121/6 122/9 125/6
168/1 183/22 183/24 184/9
198/10 210/13 219/13
219/14 224/6 226/18 226/19
permits [1]  153/4
permitted [1]  92/16
person [14]  6/5 6/9 25/4
37/10 57/17 77/16 79/24
96/1 145/14 162/17 174/10
203/1 225/13 227/9
person's [3]  6/11 16/6 16/10
personal [4]  7/21 8/1 84/7
137/1

213/22 213/23 214/17
215/14 233/19 236/16
238/10 243/18
package [3]  102/2 102/14
106/22
packing [3]  97/4 97/5 97/6
page [53]  2/16 3/1 4/1 9/18
9/20 9/20 10/1 10/6 10/6
10/10 10/10 68/8 68/16 92/1
96/13 96/13 97/15 99/1
99/13 104/18 104/24 107/4
107/8 108/14 109/1 109/9
109/14 109/15 110/11 111/1
111/23 112/8 112/12 113/10
116/3 116/8 116/25 118/6
119/22 122/16 124/18
129/19 130/23 137/12 138/9
138/10 138/14 141/13
141/13 146/24 173/18
235/21 236/5
page 29 [1]  9/20
page 3 [1]  119/22
pages [2]  99/9 139/4
panel [1]  235/19
panoramic [1]  116/17
paragraph [4]  92/12 92/14
120/4 242/8
parent [1]  120/17
Park [1]  92/17
Parlor [1]  58/20
part [17]  9/8 9/19 10/16 31/7
47/6 58/16 59/1 63/15 97/22
126/5 140/2 141/13 160/9
169/6 185/19 200/18 242/7
partially [1]  45/19
participants [1]  92/22
participating [1]  136/25
participation [2]  60/4 114/20
particular [8]  25/5 56/3
142/24 149/22 150/13
169/20 189/20 191/17
parties [17]  6/18 7/10 7/18
8/6 8/17 9/9 104/14 128/19
129/18 130/1 135/11 139/25
151/1 152/8 236/3 238/16
238/21
parties' [2]  137/5 139/19
partners [3]  162/4 162/16
194/10
party [1]  110/8
pass [1]  137/15
passed [3]  24/21 52/8 67/19
passes [2]  178/2 178/3
passwords [1]  160/2
past [6]  12/12 17/4 19/6 30/9
52/23 127/22
pasting [1]  9/23
patch [1]  199/17
path [3]  19/13 19/14 193/21
patriots [2]  98/4 98/19
patrol [1]  192/6
patrolled [1]  194/10
PAUL [4]  2/12 187/24 187/25
188/10
pause [17]  15/22 16/12
16/19 21/14 25/19 27/18
28/2 34/16 44/6 184/13
184/15 207/11 212/5 216/18

personally [5]  62/24 161/23
 162/18 164/14 218/16
personnel [2]  171/23 171/25
perspective [1]  136/8
persuade [1]  30/7
phone [25]  58/14 58/21
 58/24 59/4 59/12 59/16
 59/17 59/20 59/23 60/4
 60/13 62/21 62/25 66/1
 66/17 67/3 79/7 87/23 93/16
 94/12 119/1 159/19 204/7
 219/3 219/3
phones [1]  47/14
photo [23]  60/15 60/16 60/17
 60/17 60/24 61/1 61/4 61/5
 62/2 62/12 62/16 62/23
 65/15 69/22 79/15 85/12
 86/14 88/19 109/2 112/15
 113/22 114/14 116/17
photograph [37]  60/1 62/20
 63/7 63/8 64/21 64/23 64/25
 69/21 69/23 70/16 71/3
 71/22 74/11 74/12 74/14
 80/11 81/13 82/3 82/5 83/9
 83/21 83/25 87/22 88/7
 89/25 90/5 91/22 91/23
 91/24 106/5 106/11 107/13
 109/5 109/16 114/6 116/15
 116/16
photographers [2]  47/17
 47/21
photographs [12]  63/16
 63/16 65/24 68/13 68/15
 68/18 68/20 71/15 81/4
 105/10 109/3 116/4
photos [19]  47/19 60/6 60/10
 60/12 60/13 60/13 60/14
 60/14 61/19 62/25 66/25
 89/4 89/7 89/16 94/21 94/23
 112/6 116/7 116/22
phrase [5]  97/5 97/11 97/13
 154/16 165/16
phrases [1]  7/24
physical [6]  59/5 153/15
 224/11 232/6 232/7 232/23
physically [10]  56/8 102/6
 102/17 102/23 106/14
 106/23 107/1 114/17 163/10
 232/10
pick [2]  99/10 159/5
picked [1]  157/24
picks [1]  67/15
picture [4]  37/1 60/19 107/10
 149/8
pictures [3]  48/21 79/7 82/23
pie [2]  109/16 109/17
piece [3]  27/21 142/4 148/23
pieces [1]  160/14
pillaging [2]  41/23 42/1
pin [2]  131/20 133/1
Piney [4]  123/12 123/14
 123/16 123/25
pinned [1]  197/15
Pistols [1]  97/16
place [16]  16/24 70/22 110/21
 121/24 128/21 175/18 189/4
 216/19 233/11
placed [1]  231/6

places [1] 4/20
plainly [1]  126/16
Plaintiff [2]  1/3 1/11
plan [21]  5/22 107/10 146/6
 166/13 166/16 171/3 171/4
 173/9 177/7 177/9 177/11
 196/12 200/19 200/21
 200/22 220/20 221/1 221/3
 236/1 236/11 241/2
planned [3]  148/12 170/6
 185/20
planning [3]  99/5 170/13
 234/13
plans [1]  121/22
plastic [1]  90/9
platform [2]  59/8 59/10
platforms [1]  58/19
plating [1]  54/4
play [69]  15/8 15/22 20/12
 21/13 24/3 25/12 25/19
 27/17 29/9 33/9 33/10 35/10
 36/8 37/15 38/9 39/6 44/13
 45/11 49/13 49/19 73/4
 73/19 75/10 77/8 79/14
 117/19 145/20 146/21 184/1
 184/12 198/8 198/13 201/24
 203/6 203/9 204/8 204/16
 205/24 206/16 207/8 208/8
 211/10 212/2 212/14 213/7
 214/18 214/25 215/10
 215/18 216/4 216/14 217/4
 217/7 218/7 219/16 219/24
 221/8 221/17 221/25 223/9
 224/8 224/18 225/10 225/16
 225/23 226/21 227/17
 227/22 229/10
played [85]  15/9 15/17 15/24
 16/14 16/21 21/15 22/9
 25/14 25/21 26/24 27/19
 28/3 29/10 33/11 33/18
 33/24 35/11 37/16 39/7
 44/14 45/12 49/20 72/3 72/7
 73/6 73/20 75/11 77/7 77/10
 78/8 79/16 117/20 184/3
 184/14 198/15 199/9 199/23
 200/15 201/11 201/20 202/1
 203/8 203/10 203/19 203/21
 204/10 204/17 205/25
 206/17 207/10 207/22 208/9
 208/22 209/7 211/12 212/4
 212/8 212/15 213/9 214/19
 215/12 215/20 216/5 216/16
 217/6 217/9 218/11 219/17
 219/25 221/9 221/18 222/1
 222/15 223/10 224/9 224/20
 225/11 225/17 225/25
 226/22 227/3 227/18 227/23
 229/1 229/12
playing [18]  16/12 16/19 22/7
 23/25 24/6 33/23 49/24
 199/8 199/21 200/13 201/9
 203/18 203/20 204/1 207/21
 208/21 209/6 222/14
plead [4]  133/6 133/17
 133/18 133/20
pleaded [1]  132/19
please [40]  15/15 15/23
 16/20 21/14 22/8 25/20
 26/23 27/18 28/9 32/1 33/10

35/2 34/5 35/10 38/8
 39/13 44/6 44/13 44/25
 45/11 50/3 75/10 77/6 93/11
 101/20 103/3 103/13 104/24
 112/12 112/18 128/8 130/3
 157/6 168/16 176/12 184/13
 188/9 201/10 237/24 237/24
pleasure [1]  140/3
pocket [3]  101/12 105/5
 161/19
pocketknife [3]  161/11
 161/11 161/16
podium [1]  234/7
point [95]  7/2 14/10 14/14
 14/16 14/20 17/20 17/24
 18/9 18/18 19/9 20/6 20/20
 26/4 27/2 28/6 30/14 32/25
 34/3 34/4 35/9 36/12 36/16
 41/13 42/4 49/22 50/2 50/12
 52/12 68/2 73/24 75/23 76/2
 78/11 82/19 84/23 91/5 99/3
 116/23 131/3 135/8 140/19
 143/10 144/5 147/18 148/13
 150/20 150/24 156/4 172/20
 178/24 179/7 179/25 180/1
 180/23 183/16 184/5 186/4
 186/13 186/22 190/3 193/23
 193/24 198/25 200/17 202/7
 204/12 206/3 207/18 208/14
 208/17 209/11 209/14
 211/14 212/18 212/24
 213/11 214/10 214/21
 218/14 220/2 220/5 220/7
 220/10 220/14 221/11
 221/14 222/6 225/5 228/9
 230/12 231/6 235/17 235/18
 235/24 240/20
pointed [2]  137/11 203/3
pointing [5]  18/16 24/12
 32/11 143/25 202/17
points [2]  128/18 129/25
pole [1]  134/3
police [83]  20/14 22/13 23/21
 26/7 29/15 29/24 31/10
 33/20 35/14 41/24 43/9
 43/21 46/14 46/19 47/7 49/3
 51/21 51/21 57/24 74/1 75/3
 78/21 79/22 79/24 80/2
 80/22 81/4 81/16 81/16 82/3
 82/22 82/22 83/10 83/19
 84/2 84/15 85/14 86/10
 88/17 105/6 110/24 114/1
 114/4 115/13 117/7 131/10
 131/12 146/19 147/1 147/2
 157/15 157/20 157/21
 160/23 161/18 172/1 173/7
 187/23 188/11 188/12
 188/16 190/9 190/10 190/12
 190/22 191/1 191/19
 193/11 195/17 195/18 196/8
 196/8 196/9 197/18 197/24
 199/15 200/17 202/10 205/7
 210/5 218/13 220/3 230/11
political [5]  107/20 126/22
 126/23 127/5 144/23
politics [4]  140/24 148/24
 149/7 149/13
ponder [1]  240/18
portion [2]  34/6 108/8

position [38]  21/1 27/2 130/5
 169/11 169/15
positions [5]  6/6 6/24 8/17
 11/13 11/13
possession [2]  105/5 105/12
possibility [2]  91/1 93/22
possible [2]  27/16 189/21
possibly [4]  99/17 132/23
 145/22 172/23
post [7]  107/23 110/23 112/6
 113/20 114/10 153/13
 238/20
post-event [1]  238/20
posted [2]  112/21 149/2
poster [1]  146/25
posting [1]  112/3
posts [3]  108/24 142/16
 142/18
posture [1]  237/7
potential [2]  17/19 145/13
potentially [2]  7/3 146/16
Potter [1]  60/22
poured [1]  194/16
Precisely [1]  133/13
precision [1]  150/19
predict [1]  176/2
prediction [1]  67/11
prefatory [3]  139/4 139/10
 139/19
prefer [1]  10/15
prejudice [2]  7/23 8/13
preparation [5]  23/2 140/13
 140/18 239/7 239/9
prepare [4]  170/3 170/21
 173/20 237/14
prepared [2]  35/4 129/10
preparing [3]  152/24 170/18
 195/2
preplanned [2]  147/23 148/8
preplanning [2]  147/21 148/3
presence [3]  26/5 127/13
 190/1
present [9]  5/4 5/5 5/6 57/11
 143/4 143/7 162/24 163/4
 237/2
presented [2]  142/3 142/4
presenting [2]  142/10 155/18
preside [2]  179/4 186/7
President [45]  42/3 61/12
 63/13 110/3 110/9 111/22
 149/4 150/18 151/6 151/20
 151/24 169/4 169/4 170/8
 170/10 171/8 171/24 174/1
 174/14 174/20 175/5 175/22
 176/4 176/13 177/7 177/17
 178/8 178/12 178/17 178/21
 179/3 179/13 182/25 184/7
 184/20 184/23 185/2 185/9
 185/12 185/20 185/24 186/4
 186/10 186/19 187/4
President's [8]  169/16
 169/17 169/21 170/18
 176/22 179/6 186/14 187/9
press [3]  47/17 76/5 80/24
pressed [1]  231/19
presumably [13]  58/10 82/12
 99/14 114/16 175/6 175/25
 179/3 179/18 191/2 194/6
 194/20 213/4 228/18

**P**

pretty [8] 11/2 17/10 53/14 55/5 126/21 151/8 154/14 162/7
prevent [1] 30/1
previous [1] 240/22
previously [5] 12/24 77/12 185/13 185/14 218/16
primarily [3] 34/2 34/4 47/14
principal [1] 134/7
principally [1] 109/17
prior [12] 46/16 123/10 124/16 162/12 168/3 170/20 176/14 183/2 189/8 192/8 210/8 210/19
probably [6] 6/13 23/16 45/19 156/2 156/7 156/8 162/7 233/11 240/5
problem [4] 98/1 104/2 133/22 134/5
problems [1] 132/5
procedures [1] 171/5
proceed [5] 55/20 100/9 129/11 168/10 214/2
proceeded [5] 78/19 178/18 180/23 181/1 182/22
proceeding [3] 9/19 9/22 127/15
proceedings [4] 5/1 42/16 178/24 244/4
proceeds [1] 147/4
process [5] 66/7 163/1 163/2 163/3 164/12
professional [2] 103/18 188/11
professionally [1] 30/16
profile [2] 108/7 108/8
progress [1] 128/24
project [1] 123/1
projected [5] 122/24 122/24 123/16 123/25 124/21
promise [1] 236/4
promised [1] 236/2
proof [3] 142/11 142/14 237/1
proper [1] 143/6
properly [2] 226/3 232/19
propose [1] 132/3
proposed [4] 10/7 96/22 138/22 238/16
proposing [1] 96/21
prosecution [1] 236/19
prosecutors [1] 46/25
protect [1] 169/3
protectee [2] 170/4 170/5
protectees [6] 171/5 174/5 174/6 176/5 185/4 187/13
protecting [6] 72/21 76/17 98/5 98/20 189/18 189/19
protection [3] 169/2 169/14 174/3
protective [2] 74/24 199/19
protest [1] 110/20
protesters [3] 80/17 215/3 220/16
protesting [1] 189/21
proud [1] 167/11
prove [5] 100/6 142/11 143/1 143/24 153/8

prov01K [1] 144/1
provide [1] 147/17
provided [3] 158/7 170/22 171/22
providing [1] 25/17
provision [1] 140/12
public [5] 7/24 122/23 180/15 182/12 182/13
publicly [1] 108/14 113/13 160/14
publish [93] 20/7 23/7 23/7 23/9 34/20 34/23 39/14 39/24 44/10 44/11 45/8 45/9 61/22 61/24 63/20 63/22 64/16 64/18 66/11 66/13 69/5 69/7 69/14 70/10 70/12 72/1 72/25 73/2 74/6 74/8 75/6 75/8 77/2 77/4 78/4 78/6 79/11 79/14 80/7 81/8 81/10 81/23 83/4 83/13 83/15 87/6 87/8 88/2 88/4 89/22 91/7 91/9 94/1 94/4 100/20 100/22 102/5 105/24 106/1 106/14 106/16 108/1 108/3 113/4 113/6 114/23 114/25 115/23 115/25 117/15 117/17 119/15 119/19 121/4 121/6 122/8 122/9 125/5 125/6 172/7 172/9 183/22 183/24 184/9 198/10 210/13 210/16 219/13 219/15 224/4 224/6 226/18 226/19
published [1] 20/9
pull [58] 15/15 22/22 32/1 34/15 36/5 38/6 39/13 44/5 44/25 49/22 50/2 50/11 51/5 51/7 52/3 64/13 65/4 66/9 69/4 70/9 71/23 72/23 75/22 77/1 78/3 79/10 80/4 81/7 81/20 82/25 83/11 85/4 87/3 87/25 91/6 93/25 101/7 105/19 107/8 107/25 113/3 114/22 117/13 119/14 122/6 172/5 172/6 176/9 181/19 184/8 198/3 202/12 206/15 214/15 215/17 219/11 228/8 228/23
pulled [8] 50/7 50/20 51/13 51/16 52/11 52/14 181/5 193/8
pulling [7] 74/4 115/22 121/3 125/4 222/21 222/24 231/13
purely [1] 165/15
purpose [8] 100/1 100/2 100/5 144/17 177/11 186/17 189/1 201/5
purposes [2] 138/23 141/5
push [9] 22/11 22/14 30/6 30/9 196/19 209/1 209/1 225/13 228/2
pushed [2] 208/6 208/18
pushing [11] 197/3 219/19 219/22 221/14 222/6 222/8 222/21 222/25 228/16 231/14 231/17
put [33] 5/18 10/2 13/24 100/5 144/17 177/11 186/17 189/1 201/5

provK[1] Dmu
147/14 148/6 148/16 149/1 149/9 151/11 154/14 192/16 192/18 193/24 196/16 216/11 233/11 234/15 236/21 236/23 237/5 237/6
putting [3] 105/22 143/16 241/3

**Q**

QAnon [3] 165/24 165/25 166/7
qualified [2] 103/22 103/24
query [1] 103/25
question [33] 8/24 10/14 54/19 95/2 97/4 97/16 103/20 104/1 104/3 104/4 114/15 115/10 135/20 137/6 141/12 143/13 146/8 146/11 150/12 150/13 150/14 150/16 153/24 155/9 156/25 158/2 159/13 159/15 162/10 162/12 222/25 231/15 239/22
questioned [1] 145/13
questioning [2] 142/24 149/3
questions [9] 11/6 46/9 47/1 54/16 54/25 125/16 167/19 187/16 232/25
quick [6] 72/5 77/9 90/13 90/14 90/17 128/13
quickly [4] 6/19 11/7 118/11 222/4
quietly [1] 220/3
quite [2] 72/14 82/18

**R**

rabbit [1] 134/10
races [1] 141/22
rack [1] 69/22
racks [1] 70/1
radical [1] 149/4
radio [11] 51/20 52/7 182/14 182/15 182/23 183/3 183/18 190/11 190/11 190/12 191/19
raise [3] 11/15 126/20 232/14
raised [3] 12/2 129/25 144/9
raises [1] 132/11
rally [15] 61/9 61/11 61/13 61/19 61/13 63/17 64/11 64/12 65/21 109/23 110/20 112/16 116/4 116/10 150/8
ramp [2] 193/1 193/8
ran [6] 32/6 32/16 110/3 180/23 190/18 193/14
rated [1] 115/7
reach [1] 154/14
reached [1] 45/20
react [2] 17/1 48/17
read [11] 92/14 97/22 97/23 99/22 104/13 107/6 119/25 121/20 227/13 241/22 241/25
readable [2] 66/22 94/19
reading [1] 126/25
ready [2] 97/14 156/14
real [4] 27/11 77/8 235/24 239/22

dmu.Trump [1] 110/16 110/17
realize [1] 134/7
realized [2] 28/22 241/8
really [17] 7/17 8/24 72/5 103/25 124/20 144/3 146/11 148/6 148/13 152/25 158/10 164/25 191/13 191/14 235/23 236/9 239/21
reason [7] 6/8 51/16 96/15 128/23 142/5 145/24 158/6 236/23 242/15 243/6
reasonable [5] 100/3 236/1 236/11 242/15 243/6
rebut [1] 235/12
rebuttal [2] 235/12 237/6
recall [13] 17/17 54/15 68/25 69/18 86/16 164/3 167/13 186/10 186/19 187/12 190/6 208/14 230/12
recap [1] 13/10
receive [1] 66/3
received [48] 20/10 23/10 34/24 39/25 44/12 45/10 56/25 61/25 63/23 64/19 66/14 69/8 69/15 70/13 72/2 73/3 74/9 75/9 77/5 78/7 80/8 81/11 81/24 83/5 83/16 87/9 88/5 89/23 91/10 94/5 100/23 102/9 106/2 106/17 108/4 113/7 115/1 116/1 117/18 119/20 121/7 122/10 125/7 172/10 183/25 210/17 224/7 226/20
receiving [1] 66/3 66/6 190/2 220/7 220/9 220/12 237/16
recent [2] 113/16 130/21
reception [1] 119/5
recess [4] 86/2 152/18 213/20 213/22
reciprocity [1] 96/5
recognize [53] 20/12 25/4 28/5 28/8 33/4 33/13 33/20 34/18 37/10 38/9 64/7 68/18 75/16 77/14 77/16 79/18 79/24 80/13 80/19 80/20 84/18 87/11 88/13 88/19 90/10 90/13 111/19 113/22 114/1 114/3 114/4 117/5 173/11 184/17 184/19 184/20 198/18 199/2 200/2 200/4 203/1 203/13 207/13 209/4 212/10 216/20 216/22 221/20 222/18 224/14 227/5 227/11 229/3
record [13] 12/22 47/18 47/21 60/24 86/5 104/13 106/25 125/11 152/20 153/1 154/15 213/24 240/4
recording [1] 47/18
recordings [6] 8/21 8/22 8/23 9/4 132/1 132/9
records [10] 58/14 60/17 93/16 93/18 93/20 94/16 94/24 108/19 109/6 218/25
recover [2] 194/22 197/16
RECROSS [1] 2/2
red [11] 7/11 50/18 124/6 124/8 124/10 124/22 130/22 140/12 176/9 206/8 227/8

**R**

redactions [1] 173/6
redirect [5] 2/2 55/1 55/2
167/20 233/1
redline [1] 156/11
reenter [1] 86/20
reentered [1] 86/23
reference [8] 98/14 98/15
99/8 165/15 165/21 165/24
167/3 167/5
referenced [2] 165/25 166/25
referencing [2] 109/10 126/6
referred [1] 38/13
referring [8] 26/7 73/13 73/15
92/25 97/13 114/16 181/3
181/14
refers [1] 138/24
reflect [3] 153/9 193/21
224/1
reformatted [1] 94/18
refresh [1] 36/3
refused [1] 189/23
regard [2] 6/15 10/5
regarding [2] 56/25 60/4
regardless [2] 6/10 146/3
region [1] 178/13
regular [1] 90/18
regularly [1] 192/6
regulations [1] 96/6
related [1] 46/21
relates [1] 140/21
relaying [1] 180/24
release [3] 233/16 235/19
237/19
relevance [1] 150/15
relevant [1] 154/19
relocated [1] 184/7
relocation [1] 180/2
remained [1] 209/11
remember [16] 54/14 86/18
128/7 176/25 179/19 179/21
190/9 191/6 191/10 191/12
192/2 192/13 194/17 195/25
196/6 196/9
remembered [1] 153/8
remind [2] 6/12 6/14
remove [7] 36/17 51/9
196/14 196/16 221/4 226/8
226/12
removing [1] 194/4
renewing [1] 235/24
reopen [1] 121/23
reorienting [1] 75/20
repeat [5] 12/11 38/1 102/20
139/7 140/1
replied [1] 97/2
replies [1] 96/14
report [2] 122/19 188/18
REPORTED [1] 1/22
reporter [8] 1/22 11/20 18/20
84/21 85/21 132/22 155/22
244/8
reporters [3] 47/14 47/20
47/21
reports [2] 122/3 122/12
repost [1] 114/12
representation [1] 235/10
reproduced [1] 66/22
republic [1] 110/8

request [3] 102/21 138/23
166/23
requests [1] 92/19
require [1] 175/22
required [2] 31/22 178/4
requires [3] 103/22 141/11
155/16
requisite [1] 100/4
research [3] 58/12 111/14
152/23
resided [2] 57/13 57/16
residence [1] 176/22
Resident [1] 56/6
residue [2] 14/5 36/13
resisting [4] 136/14 218/13
242/2 242/9
respect [3] 69/10 138/21
144/16
respond [17] 25/25 54/11
54/13 67/20 68/11 91/21
97/9 97/17 99/16 111/11
115/9 116/22 127/2 147/20
148/9 190/3 219/21
responded [1] 190/15
responds [7] 67/13 91/22
95/13 97/19 111/10 117/4
117/24
response [5] 43/22 67/10
95/16 126/11 158/11
responsibilities [1] 170/16
responsibility [1] 170/11
responsible [6] 58/8 134/11
170/5 170/7 193/25 194/3
rest [9] 7/20 16/23 41/6
143/14 234/18 235/11
235/17 236/19 237/18
restricted [1] 76/13
rests [1] 233/7
result [5] 92/19 119/11
120/23 121/25 189/25
resulted [2] 92/22 120/6
resume [8] 12/16 22/7 26/22
28/2 42/16 86/1 86/7 157/9
Resumed [1] 13/1
retaining [2] 76/16 78/13
retrieve [1] 42/9
retrospect [1] 48/2
return [5] 179/3 186/4 186/7
212/14 235/8
revenue [6] 121/25 122/4
123/2 123/7 124/7 124/12
review [23] 25/4 29/12 35/7
47/4 58/19 59/2 59/12 59/19
62/24 87/19 89/10 93/14
93/18 93/20 162/1 183/3
197/24 198/4 210/9 210/20
219/5 223/23 226/13
reviewed [23] 15/6 18/14
20/2 23/2 34/12 35/4 58/17
72/14 84/11 84/17 93/16
109/6 117/7 117/14 118/18
122/3 122/12 183/12 202/9
206/11 206/20 210/23
223/17
reviewing [11] 59/4 59/5 59/7
59/8 66/17 66/19 84/20
84/23 93/15 94/16 118/24
revision [1] 138/22

rifle [3] 96/19 96/25 99/15
rifles [2] 97/7 144/2
right [266] 5/7 5/12 5/15 6/1
8/19 9/24 12/10 13/8 13/16
13/18 14/7 14/12 14/16
15/20 16/4 16/10 17/12
17/20 19/6 19/7 20/2 21/3
21/10 21/11 21/12 21/13
21/25 22/7 22/25 23/15
23/15 23/21 24/11 24/20
24/21 24/23 26/8 26/22
27/11 28/6 28/8 28/17 28/19
29/17 29/20 29/25 30/18
31/15 31/20 32/6 32/9 32/12
32/15 32/17 32/25 33/4
33/21 34/5 34/12 35/9 35/19
36/25 37/1 38/15 39/11
39/21 39/23 40/5 40/9 40/21
40/25 41/10 41/19 44/6 45/3
45/17 45/21 45/24 46/4
46/10 49/23 50/6 50/8 50/10
55/1 55/12 64/13 65/10
70/19 72/15 75/2 75/20 76/6
81/15 81/20 85/23 88/13
89/19 90/1 90/20 91/5 95/10
99/9 101/7 102/11 102/20
103/24 104/12 104/15 105/4
106/13 107/17 108/2 108/19
108/23 109/12 114/19 115/3
115/4 115/14 115/22 116/5
116/8 117/24 118/1 118/19
119/7 119/18 120/6 120/8
122/6 123/22 123/24 124/4
124/8 124/10 125/1 125/17
126/12 126/19 127/18
127/20 128/12 128/16
130/23 131/6 131/25 132/8
133/6 137/4 138/12 139/24
140/5 140/10 140/17 141/11
141/16 141/21 143/10
144/13 147/13 148/2 150/12
150/14 151/21 152/6 152/14
152/17 152/24 157/5 158/3
158/9 158/19 167/22 179/4
179/7 181/7 181/13 182/2
182/7 183/23 184/15 186/24
187/10 187/19 193/5 193/18
193/20 197/11 197/13
197/14 200/22 202/7 202/24
203/11 203/18 204/22 205/7
205/8 206/8 206/11 207/8
207/17 207/25 208/8 208/17
209/2 209/2 210/6 210/25
211/2 211/6 212/10 214/2
214/4 215/7 215/9 216/8
216/18 216/18 216/20
216/25 216/25 217/2 217/4
217/15 220/3 221/12 222/3
222/17 224/18 224/22 225/3
225/19 226/25 228/23
229/10 230/2 233/1 233/3
233/5 233/8 233/20 234/5
234/17 234/20 235/3 235/8
236/17 236/18 236/20 237/3
237/10 237/10 238/11
239/10 239/10 240/16
240/23 240/25 241/10 243/2
243/5 243/10 243/14 243/16

23/21 24/11
29/17 206/8 211/6 216/8
216/18 216/20 216/25
217/15
rights [1] 109/19
riot [3] 74/12 74/20 191/1
rioter [9] 34/4 34/7 43/3
51/20 51/22 80/13 81/19
83/9 211/23
rioters [60] 17/8 18/2 18/7
18/18 18/22 19/9 19/19
21/17 22/11 23/17 25/23
26/10 27/3 27/9 27/10 27/12
27/23 28/11 28/14 28/22
29/1 29/14 30/2 30/8 36/15
36/17 41/16 41/20 42/24
44/2 44/16 44/22 45/6 47/16
48/13 50/16 52/21 72/17
72/19 82/22 136/11 183/13
183/15 185/21 196/25 197/8
197/18 202/7 204/14 209/20
210/5 211/16 212/17 212/25
214/22 215/15 216/8 219/19
221/15 228/2
riots [2] 42/24 215/23
rip [1] 102/12
risk [1] 18/9
RMR [2] 1/22 244/8
Rob [2] 115/4 115/9
role [3] 58/3 58/6 168/19
rolling [1] 117/25
room [5] 1/12 95/18 98/6
195/11 230/10
rooms [1] 195/3
Rotunda [70] 14/18 17/19
17/23 18/2 18/4 18/24 19/4
19/5 19/8 23/19 26/17 27/24
28/14 40/24 41/3 86/24
87/21 88/22 89/1 89/7 156/2
195/12 195/13 195/22 196/1
196/2 196/3 196/12 196/14
197/8 197/19 198/1 198/6
199/1 199/5 200/9 202/18
205/22 206/25 207/17 208/3
208/25 209/15 209/17
209/22 211/15 213/16 214/5
214/13 214/22 215/15
215/23 216/9 218/17 219/9
221/15 223/14 223/18 224/2
225/3 225/6 226/9 226/12
228/3 228/10 230/10 230/17
230/19 231/2 231/10
round [1] 149/7
route [11] 27/16 28/25 32/10
32/19 180/2 180/3 180/4
180/6 180/7 180/9 180/13
row [2] 123/13 172/15
rowdy [1] 134/1
Rule [3] 146/2 153/3 234/9
Rule 29 [1] 234/9
rules [3] 143/6 146/3 149/9
ruling [2] 155/13 234/9
running [4] 43/11 85/9 86/11
191/11
runoff [1] 67/11

**S**

S-214 [3] 175/9 176/6 176/13
safe [7] 14/21 27/15 29/4
43/1 43/2 171/8 182/25

safely [1] 43/14
safety [5] 15/1 28/23 41/25
43/1 186/15
Safeway [9] 120/15 120/17
120/19 120/22 121/13
121/25 122/3 125/1 125/12
said [25] 6/9 13/8 14/8 26/12
31/1 43/25 48/13 51/20
52/22 54/21 73/8 73/11
104/9 126/7 139/17 145/6
145/7 155/11 173/8 181/1
187/7 190/10 197/12 238/23
239/7
Salazar [2] 132/21 133/1
sales [7] 122/3 122/12
122/19 122/23 123/17
123/21 124/1
Sam's [1] 239/15
same [28] 5/17 12/7 15/19
20/16 24/1 24/3 24/7 32/16
58/1 61/1 61/4 69/11 103/7
105/6 111/23 123/3 129/18
129/19 181/23 182/2 207/18
207/19 210/23 227/20
235/21 236/5 237/23 240/23
save [1] 110/8
saw [32] 5/15 6/9 6/10 13/18
20/16 24/17 39/9 39/10 41/9
41/10 41/20 42/2 43/20
44/16 46/3 47/8 47/23 48/1
53/15 103/7 111/24 114/16
154/6 174/10 179/16 208/2
219/8 223/17 224/2 230/7
230/10 232/12
say [75] 9/4 9/6 26/7 35/13
35/16 43/9 46/24 53/13 57/8
67/10 67/24 72/14 75/13
76/6 80/21 85/14 90/7 94/18
95/16 95/25 97/20 110/2
110/19 112/22 115/11 118/8
121/20 124/21 129/3 132/7
132/8 132/8 143/12 144/3
145/14 145/17 146/1 147/13
154/4 155/3 167/5 176/4
181/9 182/5 185/19 186/12
189/7 192/10 202/3 208/24
209/10 212/20 212/22
215/14 216/8 218/13 219/19
222/3 223/12 224/22 225/19
229/14 229/18 230/23 234/8
234/13 235/16 235/17
239/25 240/3 240/4 240/17
240/19 242/14 242/24
saying [21] 21/22 34/7 34/8
35/5 43/6 77/16 78/10 97/3
131/7 144/4 146/13 147/17
166/10 180/18 190/12
201/16 201/22 211/21 223/6
224/11 225/13
says [27] 8/10 8/22 9/21 22/5
76/5 90/8 95/19 107/8
109/12 110/3 110/20 111/12
118/1 121/21 122/22 122/23
123/14 123/24 125/9 142/7
145/15 146/18 147/2 148/13
174/7 174/23 176/12
scaffolding [2] 70/22 193/20
scenario [2] 147/8 240/8

schedule [3] 92/11 92/17
238/6
scheduled [1] 92/17
schedules [1] 171/19
Schumer [2] 27/13 28/24
Schumer's [8] 26/21 29/18
29/23 31/15 32/7 32/17 36/9
37/5
scream [1] 226/2
screaming [3] 34/8 195/17
222/18
screams [1] 19/23
screen [27] 12/21 16/3 25/1
32/24 49/8 49/14 62/10
108/7 108/9 108/12 108/17
113/10 113/11 172/12 174/8
192/20 199/25 205/10 206/7
209/17 209/23 209/24 211/6
211/7 216/7 217/12 229/6
screens [2] 22/24 23/12
scroll [18] 92/1 97/15 99/1
104/24 109/1 114/9 116/12
118/6 118/10 119/21 122/16
125/8 201/18 214/16 215/9
215/18 222/17 222/24
seal [2] 106/22 200/24
sealed [1] 220/19
search [1] 159/21
seat [3] 20/1 46/2 235/9
seated [6] 12/10 128/12
129/21 233/20 236/17
238/11
seats [1] 156/17
second [19] 6/3 38/24 45/17
60/18 60/19 72/5 89/12
105/22 117/10 140/21
148/23 149/20 151/23
184/17 185/1 199/11 207/9
225/23 242/8
seconds [35] 15/4 16/13
21/14 22/8 25/20 27/17
33/10 33/17 36/6 184/12
198/13 199/8 200/14 201/19
203/6 204/2 204/9 204/16
206/16 212/2 214/18 214/25
215/11 215/19 216/4 216/15
217/7 219/16 219/24 222/24
224/19 225/16 226/21
227/17 227/22
Secret [19] 155/20 155/24
168/5 168/18 168/19 168/22
169/1 169/6 169/11 171/1
171/16 173/15 173/17 174/3
184/6 185/19 186/13 187/7
196/8
secure [7] 27/15 36/22 42/15
43/14 185/14 185/21 185/24
secured [2] 105/8 107/11
security [10] 15/12 28/24
32/4 51/25 169/10 170/10
171/3 171/3 173/9 186/18
see [101] 5/24 9/14 9/18
9/20 11/7 14/17 16/2 17/21
17/24 18/7 19/16 19/19 21/5
22/16 23/12 24/7 25/1 26/13
27/22 28/17 29/17 32/25
36/3 37/12 41/12 41/15 50/2
50/17 50/18 50/19 59/22
62/15 63/25 64/5 64/25 67/2

67/11 67/24 72/25 73/8
74/25 84/17 84/24 96/15
102/11 103/2 113/20 115/6
117/24 123/13 128/9 128/21
137/11 146/16 149/12
149/13 152/8 152/14 152/17
156/6 173/25 175/13 175/14
179/19 179/22 181/12
181/20 184/6 191/9 191/14
192/16 193/1 195/8 199/12
199/25 200/6 200/8 201/13
203/23 204/4 204/19 205/4
205/12 208/11 209/10 211/7
213/12 215/22 216/24
217/12 217/25 221/5 222/10
226/24 227/15 231/24
233/15 238/8 239/15 243/16
seeing [13] 75/3 86/9 87/16
88/10 88/24 180/25 182/11
182/24 191/10 192/20 196/9
210/22 214/21
seek [2] 69/10 235/11
seeking [3] 102/22 132/14
237/8
seem [3] 236/1 236/11 243/5
seemed [2] 7/3 242/16
seems [6] 9/12 50/14 50/19
148/24 220/2 231/10
seen [17] 6/6 15/11 16/9
24/10 29/1 31/23 35/19
41/16 79/6 105/17 106/5
180/21 183/15 189/8 207/24
239/14 239/14
segue [1] 112/23
seize [2] 105/16 161/14
seized [2] 101/21 105/15
selfie [6] 63/8 83/19 84/15
85/11 86/10 112/4
semi [2] 9/7
semi-substantive [1] 9/7
Senate [37] 14/19 19/6 20/24
21/1 32/8 32/18 35/24 38/4
38/10 38/13 40/4 40/6 40/7
40/20 41/12 41/17 41/20
42/4 42/15 76/5 173/7
174/23 175/1 175/15 175/23
176/6 176/13 177/23 178/10
179/7 179/14 179/11 179/13
179/18 185/21 186/4 186/11
Senator [13] 26/21 27/13
28/24 29/18 29/22 31/15
32/7 32/17 36/9 37/5 53/17
111/4 111/5
Senators [7] 14/21 22/20
27/16 28/25 32/10 40/12
52/15
send [6] 68/13 115/19 119/6
127/11 134/10 141/22
sending [3] 65/25 66/2 91/22
sense [17] 9/4 90/25 93/21
131/18 137/3 163/22 171/3
233/21 235/14 235/18
242/17 242/18 242/23
sent [7] 93/7 95/7 118/15
142/8 153/1 173/6 174/11
sentence [1] 73/13
separate [2] 9/10 144/10
separated [1] 50/14

sergeant [2] 172/3 190/9
serious [1] 103/10
service [21] 92/17 155/20
155/24 168/6 168/18 168/19
168/22 169/1 169/6 169/11
171/1 171/16 173/16 173/17
174/3 184/6 186/13 187/7
196/8 236/20 238/7
Service's [1] 185/19
session [2] 14/23 68/10
set [12] 5/19 9/13 10/8 52/7
90/6 90/24 101/17 105/20
105/22 107/18 125/25 127/5
sets [1] 139/5
settle [1] 17/6
seven [1] 95/18
Seventh [1] 1/12 133/2
several [17] 23/14 26/15
26/16 30/3 30/5 31/14 42/19
43/20 46/17 50/16 52/8
54/10 97/24 98/2 133/3
176/16 225/7
shall [6] 94/3 117/16 120/3
121/5 210/15 219/14
shattered [1] 88/10 88/24
shattering [1] 180/20
she [3] 31/1 103/15 132/23
she's [6] 30/24 30/25 85/23
103/18 172/25 239/16
shield [1] 51/21
shipments [2] 125/9 125/12
shirt [19] 37/13 50/18 105/16
106/5 106/8 106/24 107/9
107/11 107/14 114/15
114/16 148/2 166/2 166/4
166/10 221/20 222/21 229/7
229/8
shirts [1] 231/13 231/17
short [8] 27/21 49/6 60/17
62/13 73/5 85/21 155/20
155/25
shortly [2] 13/15 14/24
shot [8] 62/10 108/7 108/9
108/12 108/17 113/10
113/11 217/12
should [22] 6/13 7/22 8/2
8/12 10/8 10/15 10/25 34/10
51/4 51/4 54/8 63/6 69/9
85/14 112/22 135/12 137/8
138/9 162/14 234/21 237/15
238/23
shoulder [4] 16/6 53/16
53/16 222/12
shoulders [2] 14/9 14/11
shouldn't [1] 137/7
shouted [1] 72/9
shouting [9] 72/17 75/18
180/16 211/17 211/19
212/17 223/3 223/5 223/7
shoved [1] 222/9
show [19] 13/11 13/24 23/22
45/5 49/6 60/10 63/7 90/5
100/18 102/23 126/3 144/20
150/8 150/21 151/1 151/1
152/2 152/3 154/20
showed [1] 60/11
showing [6] 35/19 36/3 63/3

showing... [3] 63/17 125/25 172/15
shown [1] 22/24
shows [8] 63/8 74/12 90/6 148/21 150/9 198/5 206/12 231/9
shrugged [2] 14/9 14/11
shrunk [1] 26/4
shut [1] 200/19
sic [3] 85/12 119/14 224/5
side [51] 6/25 11/15 14/17 18/15 20/3 21/2 24/11 24/13 34/11 36/25 37/4 40/4 40/14 40/15 40/20 41/4 76/4 86/16 86/17 86/25 87/2 144/3 147/16 147/17 149/16 156/3 171/17 175/3 179/7 179/11 179/14 181/6 181/7 181/24 193/1 196/17 196/18 196/19 206/6 206/8 213/12 216/8 216/20 216/25 218/8 228/12 228/21 239/24 240/16 242/17 243/10
sidebar [5] 30/23 103/14 125/18 125/21 158/4
sides [1] 6/7
sidewalk [1] 193/1
sight [1] 14/14
sign [1] 22/5
significance [1] 176/15
significantly [1] 82/16
silent [1] 15/20
similar [5] 92/21 137/19 138/9 141/7 149/24
similarly [2] 7/20 8/9
simply [1] 110/6
since [14] 26/11 56/11 56/17 56/19 58/3 107/6 156/2 162/7 163/8 172/12 177/13 235/12 235/24 235/25
sir [16] 46/13 46/15 46/20 47/3 47/12 47/25 48/20 48/23 48/25 49/2 49/10 50/24 125/20 157/14 162/6 230/6
sit [11] 220/23
site [5] 169/22 169/23 169/24 170/2 170/3
sits [1] 218/23
sitting [4] 14/3 23/17 148/7 190/9
situation [6] 13/12 17/5 30/11 36/12 52/25 146/17
situations [1] 220/15
six [4] 51/22 95/13 197/17 204/25
six-foot [1] 51/22
size [2] 219/2 219/3
skills [1] 188/19
skip [2] 99/9 204/25
slash [1] 7/15
Slatten [1] 153/2
slightly [1] 132/11
Slow [1] 105/1
slowing [1] 122/4
small [6] 21/5 55/5 101/12 108/24 172/12 219/3
smash [1] 180/14

smash [3] 191/21 191/24 195/19
smell [3] 191/21 191/24 195/19
smelling [1] 192/2
smile [1] 14/9
smirked [2] 14/8 14/10
Smithsonian [1] 68/23
smoke [8] 48/1 48/18 48/22 49/1 49/4 71/4 71/7 164/8
so [379] 5/21 6/22 7/5 7/14 7/14 8/1 8/8 9/2 9/14 9/24 10/10 11/23 12/11 15/2 16/3 16/23 17/5 17/10 17/16 17/16 17/17 18/4 19/4 19/9 20/21 21/1 21/5 22/2 22/3 23/14 23/25 24/6 25/16 25/19 25/23 26/4 26/18 27/7 27/9 27/11 28/11 28/15 29/1 29/4 29/22 30/6 30/14 32/20 35/16 36/2 36/14 37/4 38/17 38/23 39/11 40/7 40/11 40/13 41/4 41/8 41/18 41/19 42/8 42/12 42/25 43/11 43/12 43/21 44/24 45/16 45/18 45/16 46/22 48/16 51/13 51/25 52/4 52/9 54/6 56/8 58/8 58/16 59/19 60/3 60/12 60/19 61/7 62/2 62/8 62/12 62/23 63/5 64/13 65/3 65/3 65/10 65/15 66/16 66/22 66/23 67/5 67/10 68/8 69/4 70/15 71/21 72/5 72/6 75/20 76/8 77/2 77/14 78/13 79/20 80/21 81/20 82/7 82/12 82/18 82/25 83/8 83/22 84/20 85/4 85/7 85/24 89/25 91/25 92/1 94/7 94/18 95/10 95/18 95/25 96/6 96/11 96/13 96/14 96/20 96/22 97/2 97/22 97/24 98/4 98/11 98/16 99/1 99/3 99/9 100/8 100/25 101/10 102/25 103/2 104/12 104/19 105/15 107/17 107/25 108/14 108/23 108/24 109/1 109/8 109/14 112/2 112/17 112/25 113/13 113/19 113/22 114/6 115/3 115/22 116/7 116/12 116/18 116/20 116/22 117/13 117/24 118/6 118/14 119/3 119/8 121/9 122/12 122/16 122/19 122/21 123/8 123/12 123/24 123/25 124/5 124/8 124/10 124/20 124/24 125/22 126/1 126/11 127/22 128/2 128/3 128/5 128/7 129/10 129/15 129/24 130/4 131/18 131/22 132/18 133/9 134/5 135/10 137/6 137/17 137/21 138/8 138/9 139/19 139/18 140/9 140/10 140/18 141/11 141/13 141/16 141/23 142/6 142/24 143/3 145/23 146/5 146/7 146/25 147/3 147/8 148/13 149/13 149/16 151/3 151/5 152/6 153/18 153/21 153/24 155/1 155/17 156/17 156/24 161/2 163/25 164/25 165/21 167/9

168/4 169/15 171/10 171/4 171/7 171/13 172/6 173/15 173/19 174/5 174/10 174/19 175/19 176/18 177/14 179/17 180/7 181/1 181/2 181/5 181/9 181/19 181/20 181/23 182/5 182/19 182/20 183/12 183/15 185/6 185/9 186/23 187/3 187/12 188/20 189/7 189/13 189/23 190/15 192/22 193/5 193/8 193/11 194/6 194/11 194/13 194/19 195/5 195/8 196/18 197/23 198/8 198/17 199/2 199/11 200/24 202/9 202/17 202/18 202/19 204/8 205/24 206/19 206/25 207/8 207/20 207/24 208/5 208/11 208/24 209/9 209/16 211/6 213/7 213/11 213/19 213/19 214/7 215/14 217/25 217/25 218/1 218/9 218/16 219/19 220/14 220/16 221/1 222/12 223/12 223/16 227/24 228/12 228/18 229/3 229/18 233/17 234/17 234/21 235/14 236/21 236/23 237/15 237/18 237/23 238/3 238/7 238/12 238/21 239/2 239/10 239/18 240/4 240/16 241/1 241/2 241/9 241/15 242/23
social [9] 58/14 58/17 58/19 93/16 107/21 159/23 160/8 160/10 166/19
software [7] 59/10 59/11 59/13 59/19 59/22 66/17 66/20
solely [2] 100/2 126/15
some [83] 5/15 5/22 7/9 8/25 9/11 17/5 17/9 17/9 18/9 22/11 30/18 31/23 34/12 34/18 36/3 41/13 42/4 42/13 47/8 47/10 50/14 55/5 58/12 66/17 68/13 68/15 71/3 71/18 75/24 76/4 79/6 82/18 89/2 93/16 93/18 93/22 95/7 96/6 99/3 108/24 128/1 128/25 130/10 133/15 134/24 135/23 141/12 141/16 142/18 148/9 148/12 148/23 152/22 154/12 156/13 158/15 161/23 165/7 173/5 178/24 182/15 182/15 183/3 186/4 190/3 190/14 195/6 195/9 197/24 198/4 198/17 200/18 202/9 214/14 216/8 219/5 221/11 230/11 231/6 233/10 235/20 237/11 237/14
somehow [1] 148/9
someone [14] 6/9 6/10 18/14 20/2 134/1 135/23 164/15 170/3 211/21 224/11 224/22 225/19 226/2 240/9
something [27] 6/23 11/4 13/7 13/20 16/9 16/11 43/23 48/15 48/16 95/15 103/21 138/9 140/10 142/7 146/1

149/1 150/21 151/21 152/9 152/12 154/4 165/22 232/7 232/21 240/2
sometime [1] 29/6
somewhere [4] 177/1 181/9 182/5 207/2
soon [2] 86/13 233/14
sore [1] 111/12
sorry [27] 11/21 15/11 32/20 38/1 74/5 81/15 91/16 93/14 97/24 102/18 105/3 119/16 132/25 139/7 155/23 176/8 185/25 195/7 211/21 217/19 217/23 220/8 222/23 223/12 231/15 232/17 239/9
sort [22] 5/19 8/25 9/1 9/6 10/7 11/8 13/12 21/5 21/11 24/6 129/7 138/7 139/4 147/4 148/12 148/23 153/11 177/6 190/14 239/4 239/4 239/21
sorts [1] 95/14
sound [6] 20/19 25/13 44/19 60/24 198/18 198/20
sounds [6] 44/1 44/1 44/22 72/13 198/7 238/3
source [3] 25/16 63/16 198/4
sources [1] 128/9
south [5] 181/6 215/5 215/7 221/6 228/16
Southeast [1] 192/7
space [4] 19/11 48/13 48/16 89/2
speak [1] 183/18
speaking [5] 102/19 130/6 139/16 182/15 198/25
spear [1] 51/22
special [9] 55/15 56/1 56/10 150/8 168/21 168/24 172/14 173/2 184/5
specific [2] 66/6 95/3
specifically [8] 57/1 62/6 108/8 126/9 132/19 134/15 152/24 213/16
specifics [1] 32/9
sped [1] 206/20
speed [1] 11/7
spend [3] 141/16 237/13 237/18
spent [4] 165/19 182/7 192/7 195/25
spoke [1] 129/9
spoken [1] 77/12
spot [2] 13/19 31/21
spray [12] 29/15 36/13 36/13 53/23 71/11 71/11 71/13 191/25 192/2 194/11 195/20 205/21
sprayed [4] 10/24 194/22 205/16 205/17
spreadsheets [1] 124/6
Spring [1] 1/15
stack [1] 98/6
staff [5] 22/1 27/15 28/24 42/12 42/23
staffers [1] 42/25
staged [4] 18/13 19/7 32/15 32/17
staircase [19] 32/16 32/20

**S**

staircase... [17] 32/21 32/22
33/3 37/1 37/8 38/21 40/4
44/1 45/17 76/24 78/1
181/12 181/14 181/17 182/2
182/17 183/12
stairs [31] 29/25 32/16 32/21
35/17 37/12 37/19 37/21
38/23 38/24 40/5 40/7 40/14
40/24 41/9 41/9 41/10 45/7
45/18 45/19 46/3 76/10
78/14 79/4 182/8 182/9
182/22 185/7 185/10 193/18
195/6 195/9
stairwell [5] 32/6 180/23
181/1 181/3 182/19
stamp [4] 62/19 118/15
205/1 211/7
stamps [4] 62/25 95/2 109/2
119/3
stand [7] 12/7 67/22 95/21
127/6 127/24 144/3 174/13
standalone [3] 9/10 133/15
137/7
Standard [3] 67/16 95/8
115/17
standing [12] 21/9 31/20 42/1
65/2 76/24 117/8 181/16
182/5 183/11 185/6 205/7
220/2
standoff [1] 82/7
stands [2] 67/23 95/22
start [21] 15/4 38/7 60/12
61/7 104/18 113/19 164/12
170/18 179/14 189/13
189/17 195/2 202/13 210/19
214/5 216/14 218/9 221/14
228/25 236/6 238/5
started [12] 14/1 14/6 18/24
19/4 42/14 61/8 82/8 126/25
180/24 191/18 192/23
192/24
starting [3] 33/9 121/21
173/19
starts [1] 67/8
state [32] 43/21 87/15 96/5
125/2 142/3 142/17 143/4
144/1 144/5 144/10 144/14
144/18 144/19 145/10
145/15 145/18 146/6 146/19
147/10 149/13 150/6 150/9
153/5 153/16 153/20 154/9
154/18 154/20 170/23 172/5
173/4 173/19
stated [1] 183/11
statement [8] 143/18 146/5
146/10 150/20 153/5 153/7
153/13 155/8
statements [21] 127/7 131/4
131/6 131/12 131/13 131/21
140/20 142/15 142/19 145/4
145/5 145/7 146/14 149/22
150/20 153/20 153/22 154/2
158/7 238/14 238/19
states [37] 1/1 1/2 1/9 1/11
1/14 5/3 11/18 57/12 64/12
65/1 68/5 70/5 70/17 72/22
77/24 78/21 79/22 80/2 84/2
84/12 86/5 96/6 104/19

142/3 152/20 153/2 154/13
168/5 169/7 213/25 237/1
242/3 242/11
stating [1] 145/22
station [6] 147/1 157/15
157/21 158/24 159/6 161/17
stations [1] 110/24
statue [1] 197/15
statue's [1] 217/1
statute [1] 136/12
stay [7] 17/13 30/16 168/2
185/23 185/24 185/24 186/2
stayed [2] 186/23 194/17
staying [1] 154/22
stays [1] 104/19
steal [1] 110/22
steel [2] 88/24 89/1
stem [2] 28/13 202/6
step [8] 55/12 127/24 130/25
137/14 167/22 187/19 192/5
233/3
stepped [2] 48/10 53/3
steps [3] 70/25 117/8 117/12
stick [1] 131/20
sticking [1] 134/2
still [17] 10/1 17/3 22/20
23/14 23/18 36/23 45/23
60/13 60/14 71/15 136/17
141/13 156/13 167/14
167/16 167/17 214/12
stipulate [1] 104/22
stipulation [1] 140/4
stipulations [2] 104/13 107/3
stole [1] 82/22
stood [1] 17/3
stop [7] 18/23 22/19 26/23
45/6 110/22 199/11 203/11
stopped [3] 96/23 96/25
201/13
storage [2] 105/8 107/12
store [3] 121/12 123/8
123/12
stores [11] 120/13 120/15
120/19 120/22 121/1 121/21
121/22 122/14 124/12
124/24 125/12
storm [7] 77/16 111/19 155/4
155/5 165/11 165/21 166/15
StormIsUponUs [1] 110/1
story [3] 146/22 146/25
162/9
straight [2] 41/19 46/19
strangely [1] 7/13
strategies [1] 51/18
streamed [3] 17/9 19/8 26/16
street [2] 1/15 68/25
streets [1] 167/9
stretch [2] 148/25 149/14
stricter [1] 96/6
strike [3] 166/3 239/2 242/23
strikes [3] 138/7 149/13
152/12
structure [2] 32/25 70/24
stuff [4] 36/14 52/6 144/7
236/10
subject [5] 121/14 121/17
145/1 147/6 171/7
submit [1] 240/21

substance [3] 142/19 142/23
151/3
substantive [5] 5/18 9/7 9/13
11/9 132/18
substantively [1] 141/18
succeed [1] 197/18
succeeded [1] 215/14
success [1] 36/20
such [5] 42/15 71/10 108/17
146/6 234/14
sucking [1] 110/6
sudden [1] 231/22
sufficiency [1] 234/3
suggest [1] 131/13
suggested [1] 9/9
suggestion [1] 243/1
Suite [2] 1/15 1/19
sum [1] 161/4
supervisor [4] 180/1 182/11
182/16 182/17
supervisors [1] 180/24
support [5] 12/20 92/20
134/3 134/6 135/20
supported [1] 134/19
supporter [1] 149/4
suppose [4] 9/7 10/20 150/15
200/10
supposed [7] 110/24 123/17
174/20 175/1 175/8 176/5
194/4
sure [25] 5/15 9/24 27/14
29/4 127/3 129/12 130/2
136/17 136/19 139/18 141/2
141/20 143/3 148/24 151/14
180/4 181/4 191/13 234/19
234/22 235/21 236/5 240/7
242/25 242/25
surprise [1] 125/22
surrounded [1] 27/9
surveillance [9] 23/21 84/11
84/25 89/10 118/18 118/24
197/24 206/11 206/19
surveilled [1] 202/10
suspect [1] 145/12
sustain [1] 197/7
sustained [10] 31/3 31/5
78/25 84/9 104/7 132/19
158/21 160/4 160/19 197/10
swamp [1] 110/6
sweep [1] 42/13
sweeping [1] 42/10
sworn [4] 12/24 55/18 168/8
188/1
sympathy [1] 7/23
synced [2] 23/25 24/3
system [6] 7/15 7/15 7/16
7/17 130/14 130/15

**T**

T-shirt [5] 37/13 107/9
107/11 166/2 166/4
table [2] 122/17 148/8
tabs [1] 23/18
tag [1] 227/8
take [73] 7/6 8/6 9/2 9/14
10/6 20/1 32/24 36/4 37/21
42/18 43/7 46/2 47/18 61/1
61/2 61/4 61/5 61/19 65/18
71/15 74/14 75/2 76/23

substance [3] 142/19 142/23
151/3
85/3 85/11 85/17 85/24
87/22 89/4 89/7 89/16 90/21
91/25 93/11 95/19 105/13
106/11 110/21 112/18
123/12 124/16 126/4 127/6
127/10 127/10 127/11
127/13 127/25 130/5 130/25
138/8 139/19 148/13 149/17
156/12 168/15 175/18 176/8
179/1 180/5 188/5 192/5
197/16 227/24 233/10
233/11 233/14 239/20
taken [25] 15/12 20/2 31/23
48/14 60/1 62/21 64/22
64/23 65/15 68/18 68/22
68/23 69/23 80/11 82/5 86/2
88/8 89/25 108/11 108/17
112/16 113/11 116/24
152/18 213/22
takes [1] 147/1
taking [10] 18/15 32/12
36/23 63/8 83/25 84/15
95/17 100/25 189/4 233/12
talk [30] 6/24 7/7 11/9 11/11
41/6 61/7 62/2 69/2 105/23
127/25 128/1 128/6 128/19
129/7 129/17 129/20 129/25
140/25 142/24 147/2 151/12
152/8 152/10 154/18 170/15
182/19 182/20 213/15
235/20 240/18
talked [5] 43/24 53/1 150/16
153/25 182/22
talkies [1] 98/15
talking [21] 13/5 15/7 34/13
40/20 52/21 54/2 98/11
98/19 98/21 111/15 128/8
147/5 148/19 149/14 149/25
153/4 154/8 220/3 228/12
230/11 230/20
talks [3] 131/9 241/10 241/10
tammy [5] 1/22 1/24 244/7
244/8 244/10
tape [3] 8/22 9/4 145/20
task [3] 56/13 56/14 56/17
tasked [1] 56/15
tasks [1] 42/21
TBDs [1] 175/14
teach [2] 169/14 188/18
team [6] 128/20 128/21
193/25 194/1 194/2 194/3
teammate [1] 195/2
teams [3] 11/12 11/12
193/24
tears [1] 14/3
teary [1] 48/14
tech [1] 12/19
tee [2] 129/19 140/23
tell [31] 8/2 8/15 20/23 32/3
39/9 40/2 45/14 51/2 54/8
55/25 59/25 84/7 103/18
141/25 145/5 146/9 147/3
147/5 151/4 151/6 151/24
152/1 165/14 168/16 180/18
188/9 204/21 206/6 212/19
217/17 234/24
telling [8] 30/25 135/1 135/3
147/3 147/10 154/23 209/20

telling... [1] 215/3
tells [3] 99/3 123/25 135/4
ten [7] 27/17 32/7 41/16
 85/24 120/8 213/20 226/21
ten-minute [1] 85/24
term [3] 155/4 165/11 166/15
terms [4] 14/15 137/13 211/5
 240/10
terribly [3] 7/1 11/8 147/25
terrorism [5] 56/13 56/14
 56/16 56/17 163/17
test [1] 240/14
testified [7] 12/25 13/18
 46/21 55/19 134/17 168/9
 188/2
testify [5] 8/19 219/4 234/20
 234/23 235/7
testifying [2] 32/21 233/23
testimony [16] 23/2 55/13
 103/22 133/25 134/14
 135/25 155/18 155/25
 162/19 167/23 183/2 187/20
 197/23 210/8 210/19 239/5
text [29] 60/6 66/3 66/3 67/1
 67/1 67/5 67/6 67/10 68/6
 91/4 91/13 93/14 94/11
 94/15 96/20 111/24 115/3
 115/19 117/22 125/24
 126/10 126/15 142/7 142/16
 142/19 165/7 165/10 166/20
 238/1
texted [2] 67/18 167/11
texting [3] 69/18 94/12 116/4
texts [8] 60/7 66/6 68/9
 94/21 94/23 115/6 117/2
 118/14
than [22] 12/1 18/12 54/3
 59/15 70/7 82/16 120/8
 123/17 123/21 124/1 124/14
 124/24 127/6 127/21 127/22
 135/15 143/1 143/13 153/16
 155/10 167/7 189/11
thank [29] 12/18 13/4 20/1
 46/2 46/9 55/11 55/13 65/17
 83/6 85/16 90/22 93/11
 100/10 103/5 112/18 120/4
 129/23 142/2 155/23 167/9
 167/23 167/24 187/18
 187/19 187/21 232/25 233/4
 233/17 238/7
Thanks [2] 46/2 119/7
that [982] 5/11 5/13 5/18
 5/19 5/21 5/21 5/22 5/23
 5/23 6/4 6/4 6/13 6/15 6/15
 6/22 6/23 6/25 7/18 7/24 8/7
 8/10 8/14 8/16 8/17 8/18 9/1
 9/21 9/25 10/4 10/10 10/12
 10/15 10/17 10/18 10/21
 10/23 11/1 11/1 11/2 11/2
 11/6 11/7 11/15 11/23 12/2
 12/12 12/14 12/16 13/6 13/8
 13/8 13/21 13/21 13/23
 13/25 14/8 14/10 14/20
 14/22 15/4 15/20 16/6 16/9
 16/9 16/16 16/24 17/2 17/8
 17/13 17/24 18/1 18/2 18/9
 18/13 18/14 18/15 18/16
 19/13 19/14 19/17 19/24

28/4 28/16 20/22 20/24
 21/11 21/23 22/3 22/4 22/5
 22/14 22/17 22/18 22/19
 22/19 22/25 23/6 23/12
 23/12 23/18 23/22 24/4 24/8
 24/11 24/13 24/17 24/19
 24/24 25/4 25/7 25/17 26/5
 26/17 26/18 26/18 27/3
 27/12 27/14 27/15 27/21
 28/19 28/22 29/1 29/6 29/12
 29/15 29/22 30/18 31/13
 31/14 31/17 31/19 32/11
 32/25 33/2 33/22 34/7 34/9
 34/10 34/13 34/18 35/4 35/7
 35/7 36/8 36/10 36/12 36/14
 36/16 36/17 36/24 37/11
 37/14 37/24 38/2 38/10
 38/20 38/21 39/19 40/7
 40/10 40/20 40/24 41/2 41/7
 41/13 41/17 41/20 41/25
 42/2 42/2 42/3 42/4 42/12
 42/15 42/18 42/20 42/21
 42/23 43/1 43/4 43/13 43/17
 43/19 43/20 44/1 44/19
 44/19 44/20 45/2 45/5 45/6
 45/14 45/16 45/18 45/21
 46/16 47/1 47/1 47/4 47/5
 47/11 48/1 48/2 48/5 48/5
 48/8 48/11 48/15 48/21 49/3
 49/4 49/8 49/9 49/11 49/13
 49/19 50/12 50/20 50/21
 51/4 51/4 51/13 51/17 51/23
 52/1 52/2 52/3 52/4 52/11
 52/12 52/20 52/25 53/10
 53/12 53/13 53/15 53/16
 53/18 53/20 53/22 54/11
 54/13 54/19 54/20 54/23
 56/20 56/24 57/1 57/19
 57/20 57/21 57/23 57/25
 58/8 58/24 59/8 59/15 59/19
 59/22 60/17 61/1 61/4 61/11
 61/13 61/15 62/10 62/18
 62/19 62/20 62/20 62/23
 63/13 63/13 63/16 64/3 64/7
 64/9 65/1 65/8 65/15 65/18
 65/21 65/25 66/2 66/25 67/2
 67/2 67/8 67/16 67/21 68/2
 68/6 68/25 69/9 70/22 70/22
 70/25 71/2 71/4 71/7 72/5
 72/12 73/8 73/13 73/18
 74/20 74/22 74/24 74/25
 75/3 75/5 75/16 75/23 76/2
 76/4 76/8 76/13 76/17 77/1
 77/8 77/19 78/10 78/20 79/6
 79/22 79/24 80/1 80/2 80/21
 82/8 82/16 82/19 83/24
 84/17 84/18 85/8 85/17
 86/14 86/18 86/25 87/13
 87/15 88/10 88/21 88/24
 89/4 89/14 90/1 91/3 91/21
 91/23 91/24 91/25 92/25
 93/7 93/11 93/15 93/22
 94/14 94/18 95/19 96/1 96/4
 96/22 97/6 98/1 98/15 98/16
 98/16 98/24 99/3 99/4 99/21
 99/25 100/4 100/6 100/8
 100/12 101/21 102/2 102/12
 102/18 103/5 103/7 103/10
 103/15 103/20 103/21 104/9

105/13 105/10 106/5 106/23
 107/3 107/23 108/14 108/17
 109/3 109/6 110/4 111/10
 111/21 111/24 112/16
 112/18 112/25 113/16
 113/20 114/3 114/4 114/12
 114/16 115/11 116/8 116/16
 117/5 117/5 117/7 117/10
 117/11 117/13 117/19
 117/24 118/1 118/14 118/18
 118/24 119/1 119/5 119/7
 119/9 119/22 119/25 120/6
 120/10 120/23 122/4 122/12
 123/1 123/3 123/7 123/8
 123/13 123/25 123/25 124/4
 124/7 124/11 124/12 124/21
 125/22 126/7 126/11 126/13
 126/21 127/4 127/7 127/11
 127/15 127/18 128/1 128/9
 128/24 128/24 129/1 129/7
 129/20 130/19 130/22 131/7
 131/7 131/11 131/17 131/18
 132/1 132/3 132/6 132/15
 132/20 133/3 133/5 133/6
 133/17 133/19 133/22
 133/24 134/4 134/7 134/8
 134/11 134/11 134/13
 134/15 134/15 134/16
 134/17 134/21 135/4 135/5
 135/11 135/15 135/15
 135/16 135/21 135/25 136/1
 136/4 136/5 136/12 136/15
 136/25 137/3 137/4 137/10
 137/12 137/12 137/17
 137/20 137/24 138/2 138/3
 138/4 138/7 138/16 138/21
 139/1 139/4 139/4 139/8
 139/12 140/1 140/4 140/9
 140/14 140/15 140/17
 140/23 140/25 141/4 141/4
 141/6 141/6 141/9 141/17
 141/21 142/4 142/7 142/8
 142/9 142/13 142/15 142/17
 142/18 142/20 142/20
 142/25 143/1 143/5 143/6
 143/8 143/12 143/22 143/24
 143/25 144/1 144/4 144/13
 144/17 144/18 144/18
 144/22 145/1 145/6 145/7
 145/7 145/11 145/11 145/13
 145/14 145/19 145/20
 145/24 145/25 146/9 146/14
 146/15 146/17 147/6 147/6
 147/10 148/1 148/7 148/8
 148/11 148/11 148/14
 148/19 148/20 148/21
 148/24 149/3 149/5 149/7
 149/13 149/21 149/22
 149/25 150/8 150/9 150/11
 150/13 150/22 150/24 151/6
 151/21 151/22 151/24
 151/25 152/1 152/12 152/25
 153/3 153/3 153/7 153/9
 153/10 153/13 153/16
 153/19 153/21 153/25 154/2
 154/6 154/9 154/10 154/11
 154/13 154/17 154/19
 154/21 154/23 154/24

155/4 155/17 156/2
 156/4 156/5 156/7 156/7
 156/10 156/12 156/20
 156/24 156/24 156/25
 157/16 158/6 158/7 158/8
 158/11 158/12 158/17
 158/25 159/3 159/12 160/21
 161/2 161/4 161/7 161/14
 161/16 161/19 161/19
 161/22 162/5 162/14 163/16
 163/20 163/20 163/24
 164/11 164/15 164/15
 164/23 165/10 165/15
 165/15 165/17 165/19
 165/22 166/2 166/3 166/10
 166/10 166/21 166/25 167/6
 167/8 167/11 167/12 167/13
 167/14 168/3 168/24 169/9
 169/23 170/10 170/11
 170/16 170/17 171/2 171/15
 171/17 171/19 171/23
 171/25 172/17 172/21
 172/22 172/22 173/13
 173/14 174/2 174/10 174/15
 174/15 175/3 175/11 175/16
 175/19 175/19 175/22 176/2
 176/5 176/8 176/15 176/16
 177/9 177/13 178/2 179/1
 179/7 179/18 179/25 180/1
 180/6 180/9 180/20 180/23
 181/9 181/12 181/16 181/23
 182/2 182/5 182/14 183/3
 183/6 183/6 183/7 183/11
 183/12 183/13 183/16
 183/18 185/4 185/7 185/14
 185/19 186/10 186/13
 186/22 186/24 187/10
 188/24 189/5 189/7 189/21
 190/3 190/6 190/8 190/12
 190/19 190/21 191/14
 191/19 192/9 192/20 193/5
 193/7 193/8 193/18 193/21
 193/23 193/24 194/10
 194/13 195/8 195/13 195/25
 196/1 196/23 197/11 197/16
 197/21 197/25 198/1 198/5
 198/6 198/18 198/20 198/22
 199/4 199/6 199/16 200/2
 200/6 200/22 201/4 202/3
 202/6 202/7 202/9 202/10
 202/17 202/21 203/3 203/3
 203/13 203/16 204/6 204/23
 205/7 206/9 206/12 206/20
 206/22 207/15 207/25 208/5
 208/17 208/24 209/4 209/10
 209/11 209/14 209/25 210/9
 210/22 210/22 210/23 211/2
 211/2 211/3 211/22 212/7
 212/12 212/17 212/24 214/7
 214/8 214/10 214/12 214/14
 214/22 215/3 215/5 216/8
 217/17 217/21 217/25
 218/13 218/14 218/16
 218/17 218/24 218/25 219/9
 219/22 219/22 219/22 220/9
 220/16 220/17 221/5 221/14
 222/18 222/19 222/21
 223/12 223/13 223/16 224/5
 224/14 224/16 224/25 225/2

that... [80] 225/5 225/14
225/14 225/19 225/21 226/5
226/7 226/8 226/24 226/24
227/8 227/15 227/20 227/24
228/2 228/15 228/15 229/14
229/18 230/7 230/12 230/14
230/16 230/18 231/6 231/10
231/13 231/16 232/7 232/12
232/18 234/3 234/8 234/10
234/14 234/18 234/19
234/24 235/1 235/10 235/13
235/17 235/17 235/18 236/1
236/2 236/4 236/10 236/11
237/4 237/8 237/8 237/11
237/11 237/12 237/19
237/20 238/6 238/13 238/15
238/19 238/20 238/23
238/25 239/2 239/18 239/25
240/13 241/6 241/7 241/15
241/18 241/23 241/23 242/7
242/18 242/19 242/21 243/5
244/3
that's [111] 7/21 8/8 9/22
9/24 10/19 13/9 13/14 13/22
19/12 21/1 21/2 24/14 26/20
28/22 28/23 29/20 32/21
32/23 33/15 37/1 39/11
40/11 46/1 47/9 48/1 48/7
49/5 49/12 51/3 52/9 55/11
59/21 66/7 68/12 69/1 69/22
76/13 77/17 85/21 87/14
96/15 97/19 102/24 107/5
107/6 109/5 112/23 116/18
125/9 126/4 126/14 126/21
127/1 132/5 135/8 136/23
137/12 139/23 141/13
141/14 141/25 142/5 142/5
142/9 143/1 143/6 143/12
143/24 144/19 144/24
144/25 145/7 146/11 146/22
148/5 148/20 151/8 151/12
151/13 152/8 154/5 154/14
154/14 154/24 154/25 157/2
158/9 158/10 158/11 160/24
160/24 163/1 163/23 166/8
167/3 178/10 185/2 190/15
207/4 207/4 216/19 221/5
222/10 227/12 227/12
227/15 231/4 237/9 240/14
240/16 243/7
their [37] 6/14 10/17 15/1
18/12 19/5 22/1 23/12 30/7
33/6 33/7 34/11 38/15 42/23
42/24 42/25 50/11 51/7 51/9
51/9 75/24 96/5 99/10 111/8
125/12 136/25 143/25 145/4
145/15 149/3 169/4 171/6
216/8 216/11 231/16 232/18
236/19 237/1
them [80] 6/14 8/3 10/17
11/8 11/22 17/3 17/24 17/25
18/23 19/19 22/19 28/1
29/16 30/6 30/7 30/13 31/20
31/22 31/22 34/8 34/9 34/11
40/5 42/1 48/14 50/25 52/1
52/22 52/23 55/5 67/3 73/12
73/13 76/11 80/19 94/12
95/7 96/23 126/24 127/12

135/3 135/4 141/18 141/22
144/24 147/3 147/3 147/5
147/10 147/25 148/2 150/7
156/8 160/11 167/7 184/20
189/6 190/13 196/15 196/16
196/16 196/19 196/23 201/3
210/16 211/19 212/20
212/20 212/21 212/22
220/23 221/4 221/5 228/16
231/17 236/2
themselves [1] 145/16
then [91] 8/2 8/21 10/5 13/15
13/25 17/9 18/22 19/19 21/1
23/20 27/10 30/25 39/1
40/14 52/25 58/16 59/19
62/12 67/15 68/13 78/14
79/14 81/20 96/11 96/13
96/14 111/10 117/2 117/4
126/8 126/25 129/14 130/14
131/22 133/19 139/24
140/10 140/18 141/3 141/11
141/12 141/21 141/21
144/10 144/14 145/17 146/5
146/8 147/3 147/19 148/23
152/3 153/5 153/6 153/14
153/15 153/16 154/17 156/9
156/12 156/15 162/23 163/1
163/5 171/22 175/5 175/14
176/23 176/24 179/3 179/15
179/17 180/14 182/22
193/14 193/17 194/6 194/24
235/9 235/19 236/9 238/5
239/21 240/25 241/16 242/4
242/8 242/11 242/15 242/22
243/10
then-existing [8] 144/10
144/14 146/5 153/5 153/14
153/15 153/16 154/17
theoretically [1] 96/24
theory [4] 135/11 150/14
154/18 240/12
there [156] 5/16 5/22 7/2 7/3
7/10 8/10 8/10 9/11 9/23
11/1 11/3 11/18 11/20 14/3
17/1 17/17 17/18 17/20 18/9
18/13 18/20 19/20 20/16
22/18 23/17 26/11 26/16
27/12 27/15 28/19 29/23
29/25 30/2 30/19 31/14 32/6
32/25 33/21 35/13 36/13
36/14 37/25 39/21 40/25
41/12 41/24 42/7 42/10
42/11 42/11 44/17 45/18
47/10 47/17 47/17 51/11
51/16 51/22 54/4 61/8 64/5
72/10 72/24 72/24 73/1
75/14 76/5 78/1 82/12 82/21
84/21 88/11 88/18 89/1
90/18 92/12 95/12 97/25
98/4 98/11 98/22 99/13
109/12 113/20 116/20
119/23 120/5 120/19 126/24
130/25 132/21 132/22 133/3
134/2 134/19 134/24 135/4
135/4 135/6 135/25 136/23
137/2 137/13 137/20 138/16
138/17 139/13 140/5 140/12
144/9 144/13 151/4 152/15

158/15 159/8 160/22 165/10
165/24 167/9 171/4 175/5
175/19 176/15 178/12
184/15 185/17 189/3 190/13
190/14 191/14 191/20
191/25 193/7 193/7 195/18
195/24 196/4 196/5 197/21
198/17 201/4 205/21 208/17
209/19 210/3 210/5 220/2
239/4 239/20 241/6 241/7
241/13
there's [29] 5/17 6/8 7/1 7/9
9/20 12/4 22/5 26/15 50/16
51/20 51/21 55/4 76/4 97/21
118/15 132/23 134/3 134/5
135/24 136/4 136/12 141/9
148/10 156/12 235/12
235/24 239/25 240/2 241/6
these [39] 20/16 23/25 30/12
33/4 37/21 40/5 40/7 42/25
44/22 51/25 67/1 68/18
68/20 75/2 80/18 82/12 90/9
92/20 116/22 122/12 122/14
124/6 124/10 140/2 142/17
142/18 149/24 150/1 173/20
196/25 200/19 201/5 209/2
211/5 211/23 220/14 220/22
229/15 233/13
they [181] 6/5 6/6 6/12 6/13
8/3 11/22 14/23 14/25 17/4
18/9 19/4 19/4 19/5 19/7
19/8 19/10 19/20 20/15
19/20 21/21 21/23 21/23
22/1 22/3 22/3 22/17 23/25
26/12 26/20 30/6 30/13
30/13 31/12 31/18 31/20
33/5 33/6 34/9 34/10 38/15
41/17 41/22 41/23 41/23
41/24 41/25 41/25 42/1 42/8
42/24 44/23 47/13 47/14
47/17 47/18 47/18 47/18
49/4 50/17 52/1 53/13 53/24
60/8 60/11 63/1 68/22 68/23
69/13 70/3 70/4 71/18 71/25
72/21 73/1 74/7 81/9 83/3
83/14 87/5 87/7 87/17 88/3
88/16 89/21 90/15 93/4 95/3
95/4 97/6 98/2 98/11 98/16
99/10 100/21 102/12 109/3
123/1 124/7 124/14 126/8
126/8 126/22 129/18 133/17
133/18 133/20 134/10
134/24 135/1 135/2 135/11
135/16 136/3 138/3 139/21
140/24 143/20 143/21 144/3
145/9 145/10 145/14 145/17
146/16 148/1 149/2 149/3
149/5 149/6 149/10 149/11
149/11 149/12 151/12
163/23 166/22 167/6 170/4
170/5 170/23 171/3 171/4
171/23 174/5 175/1 178/25
180/18 183/16 185/4 185/7
186/15 190/1 190/2 190/12
191/19 194/12 196/15 197/1
197/3 197/5 200/18 202/6
205/19 205/20 209/20
211/24 211/25 215/3 216/9

228/15 228/18 234/24
234/24 236/21 240/10
240/11 242/17
thin [1] 217/20
thing [13] 8/9 9/6 10/20
126/4 138/12 139/9 140/21
151/23 156/12 176/9 203/1
217/23 240/23
things [32] 5/8 5/19 7/2 7/5
42/2 42/3 43/10 53/17 71/10
90/9 106/4 128/1 128/1
128/6 128/9 131/7 139/18
140/19 141/1 141/15 145/15
148/17 150/15 152/7 156/13
163/24 233/10 236/9 237/11
237/14 238/24 242/22
think [147] 5/19 6/7 6/8 6/21
7/1 8/7 8/21 9/14 9/22 10/9
10/12 10/14 10/15 10/22
10/25 10/25 11/2 11/4 12/19
12/23 36/6 65/7 71/3 72/5
73/13 76/11 79/6 79/12 86/9
103/17 107/17 108/23
112/23 117/14 126/1 126/11
127/14 127/22 128/23
129/10 129/18 130/1 130/5
130/17 133/6 133/17 134/1
134/3 134/5 134/9 134/10
134/18 134/19 135/17
135/18 136/10 136/21
136/21 136/23 137/2 137/4
137/11 137/18 138/5 138/5
138/12 138/15 140/5 140/7
140/10 140/13 141/14
142/22 143/17 144/5 144/15
144/16 146/7 146/8 146/11
148/5 148/10 148/13 148/17
149/5 149/5 149/7 149/14
150/11 152/24 152/25 153/6
153/9 153/18 153/19 153/22
153/25 154/1 154/16 154/21
155/7 155/9 155/15 155/18
156/5 156/7 156/13 156/19
156/23 162/10 163/23 173/2
214/4 233/14 233/16 234/6
235/14 235/17 235/18 236/4
237/4 237/21 238/6 238/12
238/15 238/15 238/16
238/20 238/22 238/22
239/21 240/2 240/4 240/4
240/21 241/9 241/10 241/18
242/17 242/20 242/20
242/21 242/23
thinking [5] 6/3 133/19
149/25 165/8 200/23
thinks [3] 35/13 149/23
163/23
third [6] 43/24 44/2 45/17
45/20 45/20 45/23
this [432] 5/2 6/5 7/7 7/8
7/20 9/2 9/5 9/12 9/14 11/19
11/23 12/17 13/10 13/15
13/15 13/18 13/25 14/24
15/6 15/12 15/19 15/22 16/4
17/5 17/14 17/16 18/1 18/16
20/6 20/12 20/19 20/22 21/3
22/14 22/24 22/24 23/2

T

this... [395] 23/15 23/20 24/6
24/6 24/19 24/22 25/5 25/9
25/12 25/13 25/16 25/19
26/1 26/4 27/2 28/5 29/9
30/14 32/3 32/3 32/4 32/5
32/5 32/17 32/18 33/20
33/20 34/3 34/4 34/9 34/18
35/2 35/2 35/9 36/23 36/25
37/4 37/8 37/10 37/15 38/9
38/11 38/17 39/1 39/19 40/9
40/14 40/15 40/19 40/23
41/4 41/8 44/8 45/20 45/22
45/24 46/18 46/25 49/23
50/19 51/14 58/4 59/12
60/20 61/21 62/2 62/4 62/12
62/16 62/20 63/3 63/4 63/7
63/8 63/19 63/25 64/11
64/21 64/23 64/25 66/9
66/16 66/19 67/5 67/6 68/8
69/21 69/22 69/23 70/16
70/18 70/24 71/1 71/3 71/16
71/18 71/21 73/4 73/24
74/11 74/12 74/14 74/15
74/16 74/18 74/25 75/13
79/15 79/18 79/20 80/11
80/13 81/2 81/13 81/14
81/15 81/16 81/18 81/19
82/3 82/5 83/9 83/19 83/21
83/25 84/14 84/23 85/7 86/1
87/16 87/18 87/19 87/23
88/7 88/19 88/23 89/10
89/25 90/5 90/9 90/21 91/5
91/13 92/1 92/4 92/24 93/7
94/14 94/14 94/24 96/14
96/20 96/21 97/2 98/14
99/21 100/2 100/5 100/6
100/18 101/2 101/3 103/9
103/16 103/19 103/19
103/21 104/1 104/12 104/14
105/7 105/19 106/5 106/8
106/11 106/21 107/2 107/11
108/7 108/9 108/11 108/14
108/23 109/2 109/8 109/24
109/25 110/14 110/17
111/14 111/15 111/19
111/23 112/10 112/15
113/10 113/11 113/13
113/22 114/1 114/6 114/9
114/14 115/3 115/14 116/3
116/8 116/15 120/5 120/23
120/25 121/9 121/11 121/12
121/17 122/19 122/20
125/11 125/16 126/1 126/11
126/19 126/25 127/9 127/12
128/13 128/19 129/9 129/14
129/19 129/25 130/9 131/3
131/12 131/20 131/20
131/23 132/10 132/11
132/16 133/9 133/16 133/19
134/14 135/18 135/19
135/22 136/3 136/3 136/12
137/1 137/1 138/2 138/23
139/6 139/9 139/22 140/19
140/19 141/20 141/24 142/4
143/15 144/7 145/6 145/19
146/2 146/7 146/18 146/19
147/13 147/14 147/18
147/23 148/6 148/14 149/4

151/3 151/9 151/11 151/12
151/15 152/1 152/7 152/25
153/10 153/12 154/1 154/12
154/17 155/2 155/15 158/6
161/12 163/25 164/20
164/22 172/11 172/24 173/5
173/6 173/18 173/22 173/25
174/19 176/4 180/7 180/9
181/14 181/20 182/2 183/12
183/21 184/1 184/5 187/13
187/17 189/20 192/16 193/2
195/8 198/13 198/17 198/25
199/2 199/12 200/17 200/18
201/10 201/24 202/21
202/21 203/1 203/7 203/13
203/23 204/12 205/16
205/17 206/3 206/12 206/19
207/18 207/20 208/2 208/14
210/12 211/14 212/10 213/7
213/11 214/17 214/18
214/21 214/24 215/10
215/22 215/25 217/12
217/17 217/23 218/19 219/2
220/2 220/5 220/7 220/9
221/20 222/6 223/2 223/17
227/9 228/9 228/25 229/14
230/1 233/21 233/22 234/6
234/10 234/25 235/4 237/18
239/22 240/1 240/18 240/20
242/16
Thomas [2]  80/2 114/5
those [77]  6/14 7/5 8/1 10/2
10/21 10/25 11/4 11/7 11/14
21/8 23/18 23/21 24/3 29/14
30/8 31/16 31/23 35/17
37/18 40/24 41/25 46/3 46/6
46/25 47/8 47/13 47/16 59/7
59/8 60/7 60/10 60/13 62/25
67/2 68/15 76/17 80/20
82/25 88/17 90/10 90/12
90/13 93/3 93/5 93/20
101/20 116/7 118/22 119/3
120/22 124/11 124/21 138/2
141/14 145/5 145/7 146/15
148/22 152/7 160/8 160/17
166/23 177/6 182/8 182/9
183/18 193/18 196/6 202/4
209/19 213/12 220/12
223/18 223/20 223/23
229/19 243/9
though [4]  48/8 95/7 144/3
146/12
thought [16]  5/19 6/19 7/7
7/19 11/9 13/21 13/24 27/12
127/11 147/14 195/23 201/3
201/4 233/21 239/7 241/15
thousands [1]  43/18
thread [2]  67/15 115/3
threat [1]  27/11
threatened [2]  51/19 52/9
threats [1]  190/2
three [10]  24/3 95/14 95/18
104/9 109/22 169/19 187/9
189/6 194/18 194/18
three miles [1]  95/14
three-inch [1]  104/9
threshold [1]  208/24

through [55]  6/20 6/24 7/5
14/5 17/18 17/19 18/10
19/4 22/17 24/22 26/14
34/11 35/16 36/14 40/13
41/23 41/24 41/25 42/1
51/25 59/12 78/16 78/17
86/16 86/23 104/20 104/22
117/19 125/24 129/25
136/15 140/20 149/7 156/7
160/14 167/1 182/19 186/24
192/3 195/21 196/18 196/23
206/4 207/24 208/2 208/19
209/1 209/2 209/17 220/18
221/5 230/22 231/14 242/22
throughout [4]  105/4 133/23
164/3 176/17
throw [2]  11/3 172/23
thumbs [2]  98/9 116/23
Thune [1]  37/3
Thursday [1]  120/2
tick [2]  6/20 7/5
tide [1]  202/6
tie [1]  90/15
ties [1]  150/5
TikTok [1]  58/20
till [2]  201/24 203/9
time [137]  10/16 12/7 15/8
17/5 17/15 22/20 24/1 24/4
24/8 29/15 32/14 37/2 43/10
48/8 48/9 48/16 50/7 50/12
52/12 52/14 53/13 55/7
59/25 61/21 62/19 62/20
62/24 63/3 63/12 63/19
64/21 66/2 66/9 67/16 69/23
71/19 74/14 77/8 81/13 82/5
82/8 82/10 82/15 82/18
82/21 88/7 89/14 95/2 95/3
95/5 95/8 97/3 99/21 100/18
104/12 105/19 106/21 107/2
108/11 108/13 109/2 109/3
114/14 115/17 116/10
118/15 119/1 119/3 123/3
125/16 126/3 128/2 129/7
136/2 141/16 142/9 143/9
144/20 145/6 146/13 150/8
150/21 151/1 151/1 152/2
152/4 154/10 158/25 159/3
165/20 168/24 170/8 174/19
175/13 175/14 176/2 176/25
177/17 182/7 183/21 186/10
186/19 187/1 190/6 191/6
192/9 194/13 198/25 199/11
199/22 202/13 205/1 205/11
207/9 208/2 209/9 210/12
210/25 211/6 211/7 213/4
213/8 214/17 224/8 225/24
229/22 230/14 231/9 231/24
233/9 233/22 234/7 234/10
235/16 236/20 237/13
237/23
times [6]  12/12 54/8 118/22
171/19 171/19 225/7
timestamp [1]  184/17
timing [1]  237/12
TIMOTHY [1]  1/8
title [1]  168/20
TJK [1]  1/3
today [17]  6/12 6/22 12/3

143/3 143/21 143/3 141/18
142/10 156/8 183/2 197/23
210/8 210/19 219/4 230/8
235/15 240/1
together [2]  22/25 52/2
token [1]  13/12
told [15]  43/7 52/11 67/21
143/24 144/24 145/18
145/18 145/19 147/25 148/2
150/7 151/1 151/19 190/8
218/16
tomorrow [9]  67/11 91/17
141/19 236/6 237/15 238/3
238/8 240/19 243/16
tone [2]  19/24 26/1
tonight [2]  121/18 243/8
tons [1]  191/12
too [14]  26/17 32/9 53/16
85/22 105/3 127/4 135/17
165/19 171/11 172/3 172/23
219/23 220/3 233/15
took [9]  53/6 54/20 75/23
82/3 83/9 83/19 108/9 112/4
164/5
top [12]  25/17 29/13 41/9
62/15 64/5 65/2 76/24 109/2
113/16 125/8 193/19 241/18
topic [3]  90/20 105/15 119/9
toss [1]  67/12
total [1]  101/5
totality [1]  52/1
totally [1]  151/17
touch [4]  76/19 174/8 192/22
224/22
tough [1]  30/16
tourniquet [1]  227/12
toward [4]  22/14 27/3 29/18
149/11
towards [13]  14/6 14/7 24/14
24/14 27/16 27/23 49/23
70/16 179/18 191/11 191/15
193/19 231/1
tracks [1]  47/11
traffic [3]  188/19 191/12
193/8
training [2]  163/20 169/12
traitors [7]  34/10 34/10 72/13
72/17 72/20 134/25 134/25
transcript [3]  9/1 35/4 35/7
transcription [1]  244/4
transcripts [2]  8/21 8/24
transition [1]  90/20
transmissions [2]  183/4
183/19
trapping [1]  200/18
travel [3]  60/8 96/23 99/5
treat [1]  205/19
triage [1]  52/7
trial [5]  1/8 8/11 133/25
142/5 243/18
trials [1]  46/21
tried [5]  10/8 11/6 26/4 29/25
108/24
trip [1]  147/23
trouble [1]  172/17
true [6]  105/11 107/13
145/16 158/11 158/11
172/17
Trump [9]  61/12 63/14

**T**

Trump... [7] 109/11 110/3 110/8 110/9 111/22 144/1 211/19
trust [1] 107/10
truth [11] 143/18 143/20 143/22 143/24 144/9 145/5 145/9 145/10 146/18 147/9 149/11
try [12] 12/2 29/16 30/6 30/7 43/12 52/21 72/6 107/8 128/4 174/7 206/2 237/24
trying [36] 17/22 18/23 19/17 23/17 28/13 30/9 30/10 30/10 30/15 30/15 30/17 35/16 36/21 43/3 43/5 84/4 84/5 85/11 95/14 126/16 127/7 135/2 135/6 142/22 143/7 143/25 145/3 145/5 154/13 156/7 196/25 197/7 205/19 205/20 210/5 214/12
Tuesday [1] 67/13
turd [1] 67/13
turn [3] 141/25 148/11 201/19
turned [2] 79/23 190/11
Turning [1] 69/18
turns [2] 153/1 154/16
tweet [6] 109/24 110/2 110/14 110/15 111/5 111/14
tweeted [2] 109/25 110/17
tweets [2] 110/9 110/23
twist [1] 147/9
Twitter [9] 58/20 109/24 112/25 113/10 113/15 114/12 160/13 160/14 160/14
two [29] 8/1 23/20 60/18 60/19 106/4 111/12 117/4 128/18 130/13 137/20 137/23 138/2 139/18 141/9 146/23 147/4 148/18 148/22 152/7 154/19 155/19 164/1 164/4 164/20 165/5 167/14 190/20 194/18 202/13
two-hour [3] 111/12 164/20 167/14
two-minute [1] 202/13
two-second [2] 60/18 60/19
TYLER [4] 2/7 55/16 55/17 56/1
type [8] 58/24 132/24 163/18 169/20 169/21 171/13 190/21 199/19
types [3] 173/22 196/4 196/5
typically [1] 170/3

**U**

U.S [5] 114/4 118/23 162/24 163/5 187/5
Ugh [1] 117/3
Uh [3] 190/16 192/1 196/20
Uh-huh [3] 190/16 192/1 196/20
ultimately [9] 57/25 86/13 88/23 100/12 118/3 170/7 186/7 228/3 234/22
unanimity [1] 236/9
under [15] 24/21 40/14

122/23 132/19 137/22 164/15 174/3 211/23 231/6 234/9 241/21
underline [1] 153/6
underlying [1] 69/11
understand [29] 7/14 35/5 63/6 63/11 66/23 78/10 96/18 96/19 97/5 97/6 97/11 97/13 99/7 99/8 112/14 113/15 122/21 137/5 151/18 155/1 155/13 156/18 156/23 165/18 219/22 226/7 231/15 235/1 239/16
understanding [40] 18/1 21/23 22/3 29/13 65/20 65/22 71/7 72/19 72/21 83/21 89/11 96/20 96/22 98/14 98/15 98/21 103/20 111/14 113/16 118/21 119/3 119/5 122/24 123/1 124/5 132/15 165/14 165/15 165/17 165/18 165/21 166/8 167/8 167/12 174/2 175/16 175/19 176/14 209/13 228/19
understood [3] 177/16 181/1 196/13
undertake [1] 11/3
unfold [1] 103/2
unfortunately [4] 43/10 65/7 174/8 192/22
uniform [2] 33/4 190/22
unique [1] 171/2
unit [2] 189/5 189/7
UNITED [36] 1/1 1/2 1/9 1/11 1/14 5/3 11/18 57/11 64/12 64/25 68/5 70/5 70/17 72/21 77/24 78/21 79/22 80/2 84/2 84/12 86/5 104/19 104/20 132/21 133/1 133/25 142/2 152/20 153/2 154/13 168/5 169/7 213/25 237/1 242/3 242/11
units [2] 190/12 191/19
unless [5] 5/22 43/9 84/6 84/7 155/8
unplanned [1] 170/6
unrelated [1] 128/1
unseal [1] 102/14
until [27] 12/14 22/7 33/10 33/16 37/15 39/6 199/8 199/21 203/20 205/24 207/8 207/21 208/8 212/14 213/7 217/4 221/8 221/17 221/25 222/14 223/9 224/8 225/10 225/23 227/17 236/3 238/2
up [136] 7/6 10/8 11/11 12/21 15/15 22/22 23/25 24/3 25/23 26/20 27/12 28/13 32/1 34/15 35/17 36/5 38/6 38/24 39/13 40/5 40/24 43/12 43/24 44/2 44/5 44/25 45/7 45/18 45/19 48/24 52/7 52/25 54/21 64/13 65/5 66/10 67/14 67/15 68/15 69/4 70/9 71/23 72/23 73/12 74/4 75/22 77/1 78/3 78/13 78/14 79/4 79/10 80/4 81/7

87/3 87/25 89/19 90/24 91/6 93/25 95/15 95/19 98/6 98/9 99/10 99/25 101/7 101/10 105/19 107/2 107/8 107/18 107/25 108/24 110/6 113/3 114/22 115/22 116/23 117/13 118/10 119/1 119/14 121/3 122/6 125/4 125/23 129/19 139/5 140/23 146/20 153/12 156/12 157/24 159/5 162/22 172/5 172/6 176/9 179/1 180/14 181/5 181/19 182/17 182/22 184/8 190/10 192/16 192/18 193/8 195/5 195/8 197/15 198/3 201/19 202/12 206/15 206/20 211/5 214/15 215/17 216/9 216/11 219/11 228/8 228/23 229/18 231/9 233/10 234/7 238/4
updated [1] 130/16
upload [5] 109/8 109/15 110/9 111/18 112/25
uploaded [4] 109/4 109/10 109/16 110/14
uploading [1] 109/23
uploads [2] 108/8 108/20
upper [1] 28/6
upset [4] 30/17 231/22 232/4 232/21
upstairs [1] 195/7
urged [1] 135/22
us [49] 10/4 14/6 14/7 18/16 20/23 27/10 27/10 27/13 28/22 30/6 30/7 32/3 32/11 34/10 39/9 40/2 40/19 45/14 48/13 50/3 52/11 55/25 67/13 79/23 97/21 98/5 98/20 102/15 123/25 128/5 128/13 135/1 159/12 165/14 170/15 180/5 181/2 192/17 195/5 206/25 207/4 211/24 218/16 219/19 219/22 220/17 232/7 236/4 242/18
USA [1] 75/18
USCP [1] 32/5
use [13] 5/18 5/22 7/18 12/19 37/24 98/16 100/5 128/23 145/3 145/5 154/20 174/8 220/16
used [7] 38/14 59/19 70/1 70/3 70/4 71/13 90/17
user [1] 61/2
using [3] 118/25 196/17 220/14
USS [1] 174/12
usually [2] 71/13 90/17

**V**

vantage [6] 14/14 14/16 17/20 17/24 20/20 183/15
various [1] 238/18
vast [1] 22/17
vehicles [2] 97/24 98/2
venue [1] 170/4
verbal [1] 30/6
verbally [2] 159/11 161/6
verbatim [1] 10/7
verbs [1] 136/12
verdict [3] 5/11 5/13 5/17

versa [1] 40/17
version [2] 115/7 130/16
versions [3] 7/12 7/13 68/15
versus [7] 5/3 86/5 123/25 124/20 152/20 153/2 213/25
very [39] 10/12 15/2 17/21 19/20 19/25 19/25 19/25 20/21 21/5 21/23 21/23 22/16 23/5 24/16 27/7 30/5 30/10 44/24 53/17 59/13 59/13 99/23 143/1 143/10 147/7 147/8 156/16 158/19 187/20 191/10 231/22 233/8 233/11 234/12 235/8 235/14 237/3 237/10 237/20
vest [2] 51/21 191/1
via [4] 121/2 174/23 220/13 241/4
vice [47] 40/17 42/2 150/17 151/6 151/20 151/24 169/4 169/16 169/17 169/21 170/7 170/10 170/18 171/8 171/24 174/1 174/14 174/19 175/5 175/22 176/4 176/12 176/22 177/7 177/17 178/7 178/12 178/17 178/21 179/3 179/6 179/13 182/25 184/7 184/20 184/23 185/2 185/9 185/12 185/20 185/24 186/4 186/10 186/14 186/19 187/4 187/9
vicinity [2] 21/24 35/25
video [75] 8/22 8/25 9/4 15/4 18/14 20/2 20/19 21/13 23/20 24/4 25/5 25/13 25/16 25/17 26/22 29/12 30/18 35/2 44/8 44/13 45/2 45/11 47/23 48/1 49/19 49/23 53/15 60/18 62/13 62/13 69/11 71/16 73/5 73/9 73/18 75/5 75/10 75/13 75/16 75/23 77/1 79/18 84/8 117/5 117/7 117/10 117/14 117/19 131/7 132/3 132/7 132/8 142/6 142/14 172/24 183/3 183/7 183/12 183/13 183/16 184/1 184/12 198/18 210/22 210/23 211/2 211/2 211/14 213/7 214/25 215/10 228/25 231/9 232/12 238/19
videos [16] 24/3 47/4 53/10 55/4 60/6 60/10 62/6 75/2 76/23 77/25 119/5 132/8 142/18 162/1 210/9 230/7
videotape [86] 15/9 15/17 15/24 16/14 16/21 21/15 22/9 25/14 25/21 26/24 27/19 28/19 29/10 33/11 33/18 33/24 35/11 37/16 39/7 44/14 45/12 49/20 72/3 72/7 73/6 73/20 75/11 77/7 77/10 78/8 79/16 117/20 167/14 184/3 184/14 198/15 199/9 199/23 200/15 201/11 201/20 202/1 203/8 203/10 203/19 203/21 204/10 204/17 205/25 206/17 207/10 207/22 208/9 208/22 209/7 211/12 212/4 212/8

**V**

videotape... [28]  212/15
213/9 214/19 215/12 215/20
216/5 216/16 217/6 217/9
218/11 219/17 219/25 221/9
221/18 222/1 222/15 223/10
224/9 224/20 225/11 225/17
225/25 226/22 227/3 227/18
227/23 229/1 229/12
videotaped [1]  164/20
view [6]  41/19 126/12 130/9
130/19 133/16 238/25
viewed [1]  53/10
violation [2]  120/5 242/6
violence [7]  91/1 92/22 93/5
149/5 166/25 167/9 168/25
violent [4]  19/25 30/5 144/18
166/25
violently [1]  144/20
Virginia [1]  196/8
virus [2]  99/4 99/7
visible [1]  108/14
visit [6]  170/4 170/13 170/19
171/5 171/15 173/24
visiter [2]  178/1 178/3
visits [1]  173/22
visual [1]  218/25
voice [12]  75/16 77/14 77/16
183/6 183/9 183/10 224/14
224/16 224/25 225/13 226/5
227/20
volatile [3]  19/25 30/5 52/25
volume [1]  201/19
voluntarily [1]  146/10
voluntary [2]  142/21 158/13
vote [4]  67/11 67/19 111/16
175/12
voted [1]  126/25
voters [1]  111/7
votes [1]  68/10
VP [1]  185/23
VPD [2]  174/12 174/12

**W**

wait [1]  128/5
waiting [1]  11/23
walk [9]  38/16 102/17 103/3
116/5 147/1 180/1 180/3
180/4 195/8
walked [13]  14/5 16/2 16/4
24/16 33/13 65/22 65/23
147/25 157/15 179/15
179/17 195/21 232/12
walkie [1]  98/15
walkie-talkies [1]  98/15
walkies [4]  97/24 98/2 98/4
98/14
walking [8]  13/7 14/2 29/18
47/24 65/1 66/2 78/14
180/13
walks [1]  48/22
wall [8]  76/8 76/19 76/21
76/24 78/13 193/5 193/9
193/14
walls [1]  76/16
Walmart [2]  111/10 111/11
want [50]  5/21 6/19 10/18
11/1 11/5 11/15 11/22 15/8
22/22 29/22 41/6 43/23

48/7 48/18 49/6 69/25
90/20 95/17 98/3 115/6
119/8 126/6 129/24 129/24
133/9 140/1 141/1 145/17
145/20 146/17 148/17 151/4
151/12 151/14 154/4 154/20
155/2 156/22 176/18 192/5
198/8 206/15 213/15 213/19
239/25 240/3 240/7 240/19
242/25
wanted [9]  7/2 126/20 147/7
152/25 154/14 200/24
200/24 234/18 241/8
wants [7]  127/5 141/24 143/5
146/21 147/15 147/17
240/16
warehouse [1]  125/9
warrant [3]  158/24 159/2
164/12
was [489]  5/19 6/4 6/11 6/20
6/21 8/15 10/3 10/22 10/24
11/20 12/24 14/3 14/5 14/6
14/8 14/14 14/16 15/9 15/17
15/24 16/14 16/21 17/4
17/10 17/18 17/24 18/1 18/9
18/16 18/20 19/20 19/21
19/24 20/3 20/4 20/19 21/15
21/22 22/3 22/9 22/19 24/7
24/8 25/9 25/14 25/21 25/25
26/1 26/12 26/24 27/5 27/13
27/15 27/19 27/22 27/23
28/3 28/10 28/11 28/23
29/10 29/13 30/8 30/8 30/10
30/10 30/16 30/16 30/23
31/4 31/14 31/20 33/11
33/18 33/24 34/5 34/7 34/8
35/4 35/5 35/7 35/11 35/16
36/12 36/15 37/16 37/18
39/7 39/19 41/8 41/9 42/2
43/4 43/5 43/5 43/11 44/14
45/12 45/14 45/16 45/18
45/20 45/21 45/22 45/23
45/24 47/10 48/5 48/5 48/8
48/14 49/3 49/4 49/20 51/11
51/23 52/1 52/3 52/4 52/9
52/15 52/20 52/21 52/22
53/9 53/18 53/18 53/20
53/21 53/22 53/23 54/23
55/7 55/8 55/18 56/20 56/21
57/1 57/3 57/19 57/20 58/24
58/25 59/6 59/8 59/17 60/1
61/9 61/11 61/13 61/14
62/20 63/13 63/13 64/21
64/23 65/8 65/25 66/2 66/4
68/1 68/4 68/5 69/23 70/22
72/3 72/5 72/7 72/12 73/6
73/8 73/11 73/20 75/11
75/18 76/24 77/7 77/10
77/21 77/23 78/8 78/10 79/8
79/16 81/15 82/5 82/15
83/25 84/1 84/2 84/4 84/5
84/21 84/24 85/2 86/2 86/11
88/7 89/14 89/15 89/25
90/25 93/21 99/5 102/19
103/14 104/6 105/7 105/17
106/5 106/8 107/11 108/14
110/17 110/24 113/11
117/20 118/3 118/9 118/21
118/25 119/11 123/17

126/24 127/19 129/6 130/17
132/22 133/19 133/23 134/2
134/14 134/17 137/16
138/16 139/16 139/18
141/18 144/1 144/6 144/18
144/19 144/22 145/18
147/10 147/23 147/25 148/3
148/23 149/3 149/4 151/1
151/2 151/4 152/1 152/18
152/23 154/8 154/8 154/9
155/22 157/21 158/4 158/12
158/15 158/20 158/19 159/10
159/11 159/11 159/13
160/16 160/22 161/18
163/10 163/10 163/16 164/4
164/15 164/20 164/22 165/8
166/19 166/21 167/5 167/9
167/11 168/8 169/15 169/16
169/23 170/8 170/11 170/22
171/15 171/15 172/22 173/2
173/14 174/10 174/11
174/15 174/19 175/5 175/8
175/11 175/16 175/17
175/19 177/12 179/1 179/10
180/5 180/6 180/7 180/10
180/13 180/13 180/25 182/7
182/11 182/11 182/12
182/12 182/15 182/15
182/17 182/20 182/25 184/3
184/14 185/14 185/14
185/16 185/19 186/10
186/17 186/22 188/1 188/21
188/22 188/23 189/6 189/16
189/18 190/6 190/9 190/11
190/13 190/14 190/19
190/22 190/25 191/10
191/13 191/14 191/25 192/9
193/5 193/7 193/7 193/8
193/20 193/25 194/1 194/2
194/3 194/4 194/9 194/9
194/11 194/12 195/2 195/3
195/4 195/4 195/13 195/16
195/18 195/20 195/21 196/2
196/3 196/12 196/14 196/19
197/11 197/14 197/15
197/21 197/25 198/5 198/15
199/1 199/9 199/23 200/15
200/18 200/21 200/22 201/1
201/3 201/4 201/5 201/11
201/16 201/20 201/22 202/1
203/8 203/10 203/19 203/21
204/10 204/13 204/17
205/21 205/21 205/25
206/17 207/10 207/22 208/5
208/9 208/22 209/7 209/22
209/25 210/2 210/10 211/12
212/4 212/8 212/15 213/4
213/9 213/22 214/19 215/12
215/20 216/5 216/16 217/6
217/9 218/11 218/13 219/17
219/25 220/19 221/9 221/18
222/1 222/15 223/10 223/13
224/9 224/20 225/11 225/17
225/25 226/8 226/10 226/22
227/3 227/18 227/23 229/1
229/12 231/4 231/6 231/19
231/20 231/24 232/2 232/4
232/21 233/21 239/4 239/4

241/9 241/24 242/4
242/11 242/20 243/4
Washington [17]  1/4 1/19
1/23 60/8 61/9 61/17 63/9
63/11 112/4 112/11 150/7
154/24 162/17 164/11 165/9
167/6 244/9
Washington, [10]  60/11
93/23 96/2 99/19 100/7
110/20 119/10 120/20
121/18 122/14
Washington, D.C [10]  60/11
93/23 96/2 99/19 100/7
110/20 119/10 120/20
121/18 122/14
wasn't [7]  5/15 9/7 53/19
144/20 147/11 154/7 177/13
watch [1]  214/14
watched [3]  15/19 24/4 36/9
water [1]  194/16
waved [1]  135/25
way [46]  5/19 6/7 7/19 14/17
14/20 19/5 24/23 25/25
35/14 40/13 54/1 61/1 61/4
127/15 129/19 132/23
133/11 134/7 135/18 135/19
136/25 137/9 141/17 143/5
145/25 147/14 148/6 148/9
148/11 148/14 149/7 149/9
149/10 151/11 158/16 171/6
179/6 180/11 180/11 180/12
186/24 193/17 208/18
209/16 230/22 234/4
ways [5]  137/20 138/2 141/9
142/21 142/25
we [536]  5/8 5/11 5/13 5/14
5/21 6/4 6/14 6/16 6/20 6/21
6/22 6/24 7/7 7/11 7/18 8/3
8/5 8/18 8/18 8/22 8/24 9/3
9/7 9/10 9/11 9/15 9/24 10/1
10/7 10/20 11/9 11/16 11/23
12/2 12/4 12/19 12/21 13/5
13/5 13/18 13/24 14/13 15/3
15/6 15/7 15/15 15/19 15/22
17/4 17/9 17/23 18/15 19/5
19/22 20/12 22/7 22/17
22/18 23/16 23/17 23/18
24/4 24/10 24/17 25/19
25/19 26/3 26/3 26/4 26/4
26/5 26/22 27/9 27/9 27/10
27/11 28/2 29/9 29/25 30/11
30/18 32/12 32/15 32/17
33/9 33/16 34/8 34/9 34/10
34/10 34/13 36/5 36/8 36/9
36/21 36/21 36/25 37/15
38/6 38/9 39/6 39/13 40/2
40/20 41/3 41/8 41/9 41/10
41/24 41/25 42/9 42/10
42/11 42/12 42/17 42/22
43/1 43/9 43/10 43/18 43/19
43/21 44/25 45/2 47/8 47/23
48/1 48/12 48/12 49/13
49/19 49/24 50/17 50/18
50/19 51/18 51/24 51/25
53/10 53/15 56/15 62/2
62/23 63/3 63/25 64/24 65/3
65/10 65/18 66/16 67/2
67/15 67/25 69/4 69/10
69/19 70/15 73/4 74/25 75/3

**W**

we... [376] 75/10 75/22 76/2 77/8 77/17 79/6 79/14 80/10 82/2 82/25 83/8 83/18 85/17 86/1 86/4 86/9 87/15 88/10 88/24 90/21 91/12 92/1 93/11 94/14 94/21 94/22 95/18 96/13 96/15 97/15 99/1 99/21 100/25 101/7 103/2 103/7 104/24 105/13 105/15 105/22 107/3 107/8 107/17 108/6 108/23 108/24 109/1 109/14 110/4 110/7 110/13 111/24 112/2 112/18 113/9 113/20 113/20 114/9 114/16 115/6 116/12 116/25 117/7 117/14 117/21 117/24 118/6 118/10 119/21 119/22 120/4 120/23 120/24 121/14 121/20 122/8 122/17 122/21 123/5 123/13 124/18 124/20 125/8 125/18 127/9 127/11 127/11 127/12 127/20 127/21 127/22 127/22 127/24 128/1 128/2 128/6 128/9 128/13 128/18 128/21 128/21 129/1 129/4 129/9 129/10 129/13 129/14 129/16 129/17 130/5 130/11 130/14 130/16 130/17 130/21 130/22 130/23 130/25 131/7 131/14 131/20 132/1 132/7 132/10 132/12 132/13 133/11 133/24 134/9 137/6 137/14 137/15 137/16 137/17 137/18 137/21 138/12 138/13 138/22 138/22 139/4 139/9 139/10 139/12 139/19 140/4 140/5 140/9 140/14 140/17 140/20 140/21 140/25 141/4 141/7 141/8 141/9 141/16 141/17 141/19 141/20 141/20 142/4 142/5 142/13 142/24 143/1 144/3 144/8 146/17 146/21 147/14 147/18 148/19 149/14 149/18 149/24 150/1 150/10 150/10 150/15 152/10 152/14 152/19 153/4 153/24 153/25 155/19 155/24 156/3 156/5 156/6 156/6 156/8 156/8 156/11 156/12 156/13 156/14 156/15 156/16 157/9 158/3 171/3 172/11 172/14 172/17 172/20 172/23 172/24 173/3 173/5 173/25 174/7 174/10 174/17 175/13 175/14 175/17 176/8 176/9 176/16 177/8 177/12 178/4 178/4 178/5 181/6 181/19 181/20 181/23 182/2 183/6 184/1 184/6 184/7 184/12 184/15 193/11 193/24 195/2 195/3 195/8 196/16 196/16 200/10 200/10 200/13 200/23 201/3 201/4 201/9 201/13 201/18 201/19 202/12 202/15 202/17 202/21 203/3 203/6

204/1 204/25 206/12 206/19 206/23 206/24 207/11 207/21 207/24 208/2 209/6 209/10 210/1 210/19 210/22 210/23 211/10 212/7 213/12 213/18 213/20 213/24 214/4 214/4 214/7 214/12 214/15 214/16 214/17 214/21 214/24 214/25 215/3 215/9 215/10 215/17 215/18 215/18 215/22 216/3 216/7 216/13 216/14 216/18 217/4 217/7 218/7 219/1 219/22 220/6 220/16 220/23 220/25 221/11 222/10 222/17 222/24 223/16 223/17 224/8 224/11 224/18 225/19 225/21 226/21 226/24 227/15 227/22 227/24 228/10 228/12 228/24 230/7 230/10 232/12 233/11 233/13 233/14 233/15 233/15 235/20 235/21 235/22 236/1 236/5 237/14 237/18 237/19 238/3 238/4 238/6 238/8 238/12 238/13 238/23 239/1 239/2 239/20 239/25 240/18 240/21 241/1 241/2 241/3 241/6 242/14 242/23 242/23 242/24 243/1 243/11

we'll [1] 132/8
we've [2] 142/9 219/19
weapon [1] 103/19
weapons [4] 30/13 42/12 51/9 51/22
wear [5] 31/7 31/22 178/4 212/20 212/21
wearing [16] 31/16 33/21 55/5 74/16 74/20 74/25 105/17 106/6 106/8 190/21 190/22 190/25 199/19 206/8 218/19 223/21
Wednesday [2] 92/18 120/2
week [2] 10/22 39/20
weeks [1] 197/17
WEISS [10] 2/12 187/24 187/25 188/10 192/20 202/3 206/19 214/4 227/15 230/5
welcome [3] 127/6 143/5 157/8
well [57] 10/16 11/5 21/5 22/4 23/12 23/19 25/13 25/23 29/20 30/18 33/7 50/8 75/24 79/24 85/24 87/19 99/23 101/8 122/22 131/6 134/7 134/23 137/16 138/18 140/20 143/10 144/8 145/17 148/22 149/9 153/9 155/6 158/8 158/10 158/19 160/10 162/7 163/11 163/24 164/1 166/20 171/16 180/5 186/22 190/22 213/3 223/21 233/8 234/12 235/8 235/14 237/3 237/10 237/11 241/19 242/20 243/9
went [18] 27/14 35/20 37/18 42/8 42/25 46/19 56/19

192/13 192/15 193/17 194/25 195/1 195/5 195/7
were [220] 7/2 7/24 8/3 9/22 11/18 13/5 14/13 14/21 14/25 15/1 15/7 17/1 17/4 17/22 18/4 18/7 18/11 18/12 18/13 18/18 18/22 18/23 19/7 19/9 19/13 19/16 19/20 19/22 21/17 21/20 21/22 21/23 22/13 22/14 22/15 22/16 24/19 25/9 25/23 26/12 27/3 27/5 27/8 27/9 27/12 27/15 28/5 28/21 28/22 29/4 29/23 30/9 30/11 31/13 31/16 31/18 32/14 32/21 33/6 34/13 36/13 36/14 36/16 36/19 36/21 41/7 41/12 41/17 41/22 41/23 41/23 41/24 41/25 42/1 42/1 42/7 42/8 42/10 42/10 42/11 42/15 42/20 42/22 42/23 42/24 43/14 43/24 44/1 44/2 44/19 44/23 45/22 46/16 47/10 47/13 47/14 47/17 48/12 51/22 51/24 52/11 52/14 53/12 53/13 53/15 53/16 53/24 55/5 59/4 59/5 59/7 68/18 68/22 68/23 70/1 70/3 70/4 72/19 72/21 76/17 84/23 93/3 93/4 94/15 103/10 107/18 109/3 118/24 126/9 136/3 138/15 140/24 144/23 145/20 153/4 160/8 160/1 160/16 163/9 165/10 166/22 169/20 169/20 169/22 169/22 169/24 170/7 175/1 176/5 179/19 180/9 180/18 181/16 181/20 181/21 182/5 182/9 182/14 182/24 182/24 183/11 183/16 183/18 185/4 185/7 189/19 190/2 190/3 190/8 190/21 191/20 191/21 192/10 192/24 194/12 196/3 196/5 196/6 196/15 196/16 196/16 196/25 197/1 197/3 197/5 197/7 200/22 200/23 202/3 202/6 202/22 208/2 209/20 210/3 210/5 211/17 211/24 211/25 212/17 214/4 214/10 214/12 214/12 216/9 216/11 218/19 220/18 220/22 220/23 223/18 228/3 228/6 228/15 230/17 231/16 232/18 238/15 238/19 238/22 243/2
weren't [1] 47/17
west [15] 1/12 24/13 32/15 32/21 33/3 64/25 65/12 70/16 70/18 76/4 179/19 193/14 193/16 193/17 196/18
what [395] 6/11 6/19 6/20 6/21 6/21 6/24 7/24 8/7 8/17 10/7 11/7 11/12 13/8 14/8 14/14 16/6 16/16 17/23 19/5 19/21 19/24 20/19 20/23 21/17 21/20 21/22 23/5 24/7

278

26/1 26/3 26/10 27/8 27/22 27/25 28/10 28/21 29/13 29/13 30/4 30/8 30/8 30/13 30/25 31/13 32/3 32/15 33/22 33/5 34/7 35/5 36/12 37/24 39/9 40/2 40/9 40/23 41/2 41/15 41/22 42/7 45/5 48/8 49/4 49/22 51/2 52/1 52/20 53/1 55/8 56/12 56/14 57/1 57/1 57/6 57/8 57/10 58/3 58/8 58/19 58/24 59/25 60/3 60/7 60/10 60/15 62/8 62/18 63/3 63/6 63/7 63/10 64/9 64/21 64/24 66/4 66/19 67/10 67/22 67/24 68/25 69/21 69/23 70/15 71/7 71/9 71/12 71/21 72/12 72/19 73/8 73/11 74/11 74/14 74/16 76/11 77/17 78/10 80/10 80/18 81/13 82/2 82/5 82/8 82/10 82/15 83/8 83/18 84/4 84/24 85/2 86/16 86/23 86/25 87/18 88/7 88/21 89/14 90/5 90/7 90/9 90/12 90/14 91/12 92/6 92/25 93/3 94/7 95/5 95/10 95/15 95/16 95/21 95/23 96/6 96/14 96/18 96/20 97/5 97/11 97/20 98/3 98/21 98/24 99/7 100/25 108/6 108/11 108/20 109/1 109/8 109/15 109/17 109/20 109/23 110/2 110/13 110/19 110/24 111/6 111/23 112/2 112/14 112/17 112/21 113/9 115/11 115/19 115/20 116/16 117/10 118/8 119/12 119/16 121/9 121/11 121/17 121/20 122/19 122/21 123/1 123/5 123/8 124/5 125/23 125/25 126/1 126/6 126/9 126/9 126/16 126/20 127/7 127/14 129/20 130/1 130/15 131/3 131/19 133/8 133/16 134/9 135/10 138/19 139/17 140/24 142/15 142/22 143/7 143/15 143/16 143/24 144/5 144/19 144/24 144/25 145/6 145/7 145/18 145/19 146/13 146/16 146/23 147/3 147/5 147/9 147/25 148/18 148/18 148/19 148/20 149/2 149/3 149/22 149/24 150/19 151/1 151/3 151/4 151/5 152/3 153/16 154/8 154/24 154/25 155/5 155/16 155/11 155/16 156/6 156/11 158/8 158/9 158/11 162/6 163/13 163/22 165/8 165/14 165/18 166/9 166/10 166/13 167/3 167/12 168/19 168/19 169/1 169/11 169/13 169/15 170/2 170/21 171/7 171/13 171/21 171/21 172/14 173/3 174/12 174/19 174/24 175/15 176/2 176/14 176/25 177/2 177/9 177/17 179/14 179/25 180/3 180/12 180/18 180/21 180/24 182/9 182/11 182/24

what... [75]  183/16 184/5
186/10 186/17 186/19 187/1
188/17 188/22 189/1 189/25
190/6 190/8 190/15 190/21
190/24 191/6 191/9 191/13
191/24 193/23 193/25 194/2
194/8 194/15 195/1 195/11
195/19 195/21 195/23 196/6
196/12 197/10 197/25 198/5
199/14 200/21 201/16
201/22 202/15 203/23 204/6
208/14 209/13 209/19
210/10 212/17 213/2 213/4
214/10 215/22 218/22 219/2
219/8 220/18 220/19 221/3
222/10 223/5 224/2 226/7
226/10 229/22 234/10 235/6
235/14 235/19 235/22 236/7
237/10 237/21 237/21 238/3
238/25 239/16 241/5
whatever [5]  140/3 143/5
166/10 236/24 241/19
when [90]  6/12 8/18 13/5
13/15 16/24 20/4 24/16 26/7
28/22 28/23 29/23 37/18
43/24 44/2 44/19 45/22 50/2
50/20 53/6 53/22 54/1 54/19
54/20 57/19 59/4 66/19 67/2
83/25 84/23 89/11 90/16
90/18 94/15 101/10 103/18
106/8 110/17 118/24 125/24
126/23 129/21 135/4 144/6
148/3 148/8 150/5 154/22
156/11 157/21 158/23
161/14 161/16 161/18
162/22 162/22 163/23 166/2
166/4 170/18 173/20 176/19
177/2 177/20 177/24 178/1
178/4 180/13 180/13 182/12
182/12 189/3 189/13 189/15
189/16 191/9 192/13 195/1
195/3 214/4 222/10 230/10
230/17 230/19 230/20
230/22 233/9 234/24 241/11
242/22 243/8
where [139]  6/20 7/3 14/10
14/10 14/13 17/3 17/4 17/18
18/7 18/10 18/16 18/18
18/22 18/22 19/9 19/16
19/22 21/2 21/8 22/1 22/13
22/14 24/11 24/12 26/14
26/16 26/21 28/12 29/20
32/3 32/12 35/19 35/22
36/24 37/5 37/18 41/8 41/12
43/6 44/23 45/14 45/22
47/13 48/1 49/9 50/2 55/25
57/13 57/15 57/23 59/25
60/16 61/13 64/11 68/4
68/18 68/22 75/23 76/2 76/2
77/23 78/17 78/23 79/2

112/10 118/3 118/21 122/22
122/23 123/13 123/24 125/9
125/11 127/1 127/9 128/21
132/8 142/6 142/9 146/15
146/17 156/14 163/9 163/10
168/16 172/20 174/7 174/23
175/8 176/21 176/23 177/12
177/14 177/22 178/7 178/17
180/5 181/20 185/12 188/9
189/14 189/17 192/13
192/23 192/24 193/13
193/18 193/20 194/24
198/22 198/24 199/4 200/8
204/21 205/6 209/13 211/14
211/17 216/24 217/14
218/23 221/5 227/12 229/6
231/4 233/12 238/12 238/13
240/8 240/16 241/17 241/23
242/5 242/12
where's [1]  43/6
whether [44]  7/12 8/3 8/5 8/5
8/15 8/19 9/3 9/3 9/9 9/14
10/14 10/15 10/25 14/21
30/19 31/10 31/16 90/25
93/21 99/25 100/3 103/25
137/6 137/8 138/9 138/16
141/3 141/4 141/12 146/4
148/12 148/14 150/17
151/20 157/24 158/2 170/6
182/25 228/2 233/22 234/20
235/22 239/22 240/14
which [39]  7/17 9/6 9/19
14/19 47/23 49/16 56/5 65/5
85/5 92/21 95/7 119/9
123/13 124/16 126/2 127/8
129/16 132/4 133/9 136/8
137/20 137/22 138/13
138/22 140/21 141/8 145/16
153/3 153/12 163/15 169/9
173/18 181/3 187/13 195/11
206/6 227/7 242/6 242/23
whichever [1]  8/20
while [14]  17/7 17/13 25/9
41/7 79/7 85/23 105/15
105/22 128/6 128/12 197/7
230/14 231/1 234/8
Whip's [1]  37/2
white [14]  61/15 61/17 67/25
68/1 69/19 71/4 71/7 77/17
77/21 90/9 117/25 184/21
229/7 229/8
who [83]  14/7 16/2 16/3
17/22 19/13 20/3 25/4 25/7
28/8 30/9 31/13 33/13 34/2
50/25 52/8 52/24 55/25
61/11 63/25 64/3 67/5 67/21
72/17 73/13 78/20 79/20
79/23 80/1 80/16 81/18 84/1
84/17 84/18 87/13 88/14
88/16 92/4 92/8 109/25
110/15 111/1 111/21 114/3
120/17 134/13 134/16
145/13 145/14 155/19 156/1
167/7 168/16 169/3 170/3
171/15 171/16 172/21 173/5
173/6 173/8 173/13 173/15
173/25 174/10 174/11
177/25 178/5 183/7 184/19

207/15 209/4 212/12 216/22
226/14 238/23 240/11
241/15 242/4 242/11
who's [4]  77/19 134/7 184/22
225/14
whoever [2]  141/24 201/1
whole [7]  142/5 144/17
144/17 145/15 168/24
231/24 237/23
whom [2]  57/4 65/25
whose [5]  111/19 183/9
224/16 224/25 226/5
why [37]  34/8 34/9 38/13
50/21 51/16 52/9 72/19
83/21 83/24 96/4 96/20
116/18 124/5 131/20 141/23
141/25 143/15 144/12
144/12 145/1 146/8 147/16
153/11 154/24 155/3 175/11
175/16 178/3 189/19 190/1
195/15 211/23 222/8 231/22
232/6 242/8 242/19
wide [1]  143/3
wife [8]  115/19 116/4 116/22
117/22 118/4 174/20 185/2
185/9
wild [1]  109/12
will [162]  6/7 6/12 6/15 6/22
8/6 8/18 9/2 9/20 12/2 12/11
12/16 13/25 16/3 20/8 23/8
34/22 39/23 61/23 63/21
64/17 66/12 67/2 69/6 69/13
70/11 71/25 73/1 73/4 74/7
75/7 77/3 78/5 80/6 81/9
83/3 83/14 86/1 87/5 87/7
88/3 89/21 91/8 92/20 94/22
97/22 98/4 98/5 98/5 98/7
98/7 98/20 99/17 100/21
102/7 105/25 106/15 108/2
109/12 110/20 111/8 113/5
114/24 115/24 119/18
121/21 121/22 121/23
127/11 127/13 127/18 128/3
128/9 128/10 130/13 130/14
130/16 130/22 130/23 132/7
137/4 137/9 138/8 140/7
140/9 140/17 140/21 140/25
141/9 141/16 141/20 141/21
147/14 147/18 147/19
149/17 149/18 151/11
152/14 155/5 155/14 155/18
155/25 156/6 156/6 156/14
157/5 157/9 158/3 160/5
163/25 172/8 172/21 172/24
181/19 183/23 184/22
200/10 200/11 213/20 224/5
230/21 233/11 233/12
233/13 233/14 233/15
233/18 233/23 234/24 235/7
235/10 235/16 235/17
235/19 236/3 236/7 236/8
237/7 237/18 238/3 238/4
238/4 238/5 238/6 238/8
238/8 239/2 239/12 239/20
239/20 239/24 240/4 240/11
240/18 240/18 240/21 241/2
241/3 241/25 241/25 242/17
243/8

87/23 88/10 179/18 201/14
203/13 203/14 203/23
windows [4]  44/3 44/17
87/15 179/16
winky [1]  68/12
wire [1]  172/21
wise [1]  163/11
wish [1]  91/19
withdraw [1]  104/4
withdrawing [1]  104/2
Withdrawn [1]  96/9
within [7]  11/11 49/9 76/13
128/20 144/13 155/14
171/11
without [17]  7/22 20/8 23/8
32/9 69/13 91/8 102/7
102/25 108/2 113/5 114/24
115/24 117/16 119/18 121/5
172/8 183/23
witness [22]  2/2 8/20 12/6
12/17 18/25 55/14 86/1
102/17 103/4 128/17 146/4
155/20 155/20 155/24 156/1
167/25 172/24 187/17
187/22 230/1 233/6 236/23
witnesses [11]  8/10 8/12
140/13 140/18 155/19 162/3
162/13 162/23 163/4 239/8
239/9
women [1]  53/16
won't [7]  98/1 128/23 141/19
156/8 233/11 235/11 240/11
Wood's [1]  67/10
Woods [4]  67/7 67/18 68/9
69/19
word [1]  174/5
words [3]  107/9 135/10
135/16
wore [1]  107/9
work [13]  55/25 56/1 56/3
56/6 115/12 140/20 155/14
168/17 168/18 177/14 188/9
188/10 192/22
workday [1]  176/19
worked [6]  56/10 156/13
163/12 163/14 168/22
188/12
working [12]  41/7 44/19
49/15 49/16 49/18 65/7
154/8 164/15 171/16 180/24
237/13 237/18
works [5]  126/15 141/25
171/2 173/15 230/22
worksheet [1]  173/25
worksheets [1]  173/25
worn [13]  30/20 31/7 34/12
107/14 218/19 218/22
218/24 219/5 223/16 223/21
223/21 225/21 226/14
worried [4]  52/15 95/19
109/17 109/20
worries [1]  99/14
worse [2]  124/14 124/24
worst [1]  134/12
worth [1]  165/5
would [139]  6/8 6/19 7/11
8/16 9/6 10/20 19/10 20/6
21/8 22/3 23/6 24/21 26/18

would... [126]  26/20 35/9
38/15 44/5 46/24 47/1 47/2
49/11 53/12 54/21 61/2 61/4
63/19 65/12 65/15 66/9
69/10 82/12 85/20 85/22
86/25 91/5 92/14 93/22
93/25 94/10 96/24 99/21
100/18 102/20 104/12
104/17 105/19 106/21 107/2
108/11 113/3 113/13 116/10
122/6 127/11 128/13 128/15
129/10 131/22 132/2 132/3
132/16 133/10 133/11
134/13 134/21 135/19
137/18 138/19 138/23
140/14 141/7 145/21 145/24
146/12 147/13 147/13
150/15 150/18 151/5 151/23
153/12 153/21 153/22 154/3
156/2 156/10 158/6 161/2
161/3 161/4 167/5 170/3
171/16 171/17 171/18
175/18 175/19 175/22 176/2
176/16 177/12 177/15 178/2
183/21 184/8 185/6 186/12
191/6 198/13 198/24 201/4
202/12 202/18 202/19
208/15 208/18 209/1 211/23
218/13 219/11 223/20
226/17 228/8 228/18 228/23
234/3 234/6 234/14 236/3
236/24 237/6 238/16 239/15
239/18 240/8 240/12 241/23
241/23 241/25
wouldn't [10]  18/15 22/18
28/12 32/11 99/4 146/8
154/19 183/15 208/25 240/9
writes [5]  91/16 91/17 91/19
97/4 99/14
writing [3]  42/2 76/4 188/18
wrote [1]  92/4
Wyatt [3]  67/7 68/9 69/19

Y

yards [2]  23/16 32/7
yeah [13]  11/21 97/24
131/25 132/23 138/11 148/5
152/12 192/4 193/15 193/20
195/19 202/17 205/18
year [2]  123/3 123/10
years [10]  46/14 148/3 163/7
168/23 169/19 187/8 187/9
187/12 188/14 189/6
yelling [7]  19/22 22/11 43/6
53/17 134/25 180/17 195/17
yellow [2]  62/15 63/25
yes [623]  5/12 5/14 11/25
12/8 13/9 13/17 13/24 14/25
15/14 15/21 16/5 16/8 16/11
17/7 17/9 17/15 17/20 18/3
18/6 18/8 19/12 19/18 19/20
19/22 19/22 19/22 20/5
20/15 20/18 21/4 21/7 21/12
21/19 22/2 22/5 22/12 23/1
23/4 23/24 24/2 24/5 24/9
24/13 24/18 24/21 25/3 25/6
25/11 25/18 26/3 26/9 26/15
27/4 28/7 28/20 29/3 29/5

26/3 26/19 29/23 29/25 30/7
31/1 31/12 31/18 31/25
32/23 33/1 33/6 33/15 34/14
34/19 35/3 35/6 35/8 35/15
35/18 35/21 36/11 36/18
36/21 37/7 37/9 37/11 37/23
38/4 38/10 38/12 38/19
38/21 38/25 39/3 39/5 39/12
40/8 40/12 40/16 40/18
40/22 41/1 41/5 41/11 41/14
41/21 42/6 42/17 42/22 44/4
44/9 44/18 44/21 45/16 46/5
46/7 46/15 46/20 47/3 47/6
47/12 47/25 48/20 48/23
49/2 49/10 50/6 50/24 51/12
52/13 52/19 53/21 54/7
54/22 55/7 56/4 56/9 56/19
56/21 56/23 57/18 57/22
58/2 58/11 58/13 58/15
58/18 58/23 59/3 59/11
59/21 59/24 60/2 60/16
60/21 60/23 60/25 61/3 61/6
61/10 61/16 61/18 61/20
62/5 62/7 62/14 62/17 62/22
63/2 63/18 64/2 65/9 65/11
65/14 65/16 66/5 66/8 66/18
66/24 67/4 67/9 67/17 68/7
68/14 68/19 68/21 69/20
70/2 70/8 70/20 71/5 71/8
71/17 71/20 72/11 72/16
73/10 73/17 73/21 73/25
74/3 74/19 75/4 75/15 75/17
75/19 76/7 76/9 76/12 76/15
76/18 76/20 76/22 76/25
77/13 77/15 77/18 78/2 79/9
79/19 79/25 80/23 80/25
81/6 82/9 82/14 82/17 82/20
82/24 83/23 84/13 84/16
84/19 85/1 85/10 85/13
85/15 86/12 86/15 86/22
87/12 87/24 88/12 88/20
88/25 89/3 89/13 89/18 90/2
90/4 90/11 91/2 93/2 93/6
93/9 93/17 93/24 94/13
94/20 95/1 95/4 96/12 97/1
97/8 97/18 98/10 98/13
98/18 98/23 99/12 100/14
100/17 101/13 101/19
101/23 102/3 103/8 104/11
104/17 105/2 105/18 105/21
106/7 106/10 106/12 107/22
107/24 108/10 108/16
108/18 108/22 109/7 109/13
110/10 110/25 111/17
111/20 112/1 112/7 113/2
113/12 113/14 113/18
113/23 113/25 114/2 114/13
114/18 114/21 115/5 115/8
115/16 115/18 115/21 116/6
116/9 116/11 116/19 117/6
117/9 118/2 118/5 118/17
118/20 119/13 120/7 120/9
120/12 120/14 120/16
120/24 121/10 122/2 122/5
122/13 122/15 123/4 123/9
123/11 123/19 123/23 124/3
124/9 124/13 124/15 124/23
125/3 125/20 126/8 129/22
131/2 139/9 147/12 147/22

147/24 149/22 155/1 155/1
155/3 155/23 156/21 157/18
157/23 159/9 159/16 159/20
159/22 159/24 160/1 160/12
160/15 161/8 161/10 161/13
161/19 161/21 161/25 162/2
162/16 162/21 162/25 163/6
164/4 164/7 164/10 164/17
164/21 164/24 164/24 165/6
165/10 166/6 166/8 166/24
167/2 167/4 167/8 167/10
167/18 168/25 169/8 170/1
170/14 172/2 172/4 172/19
173/10 173/17 174/4 174/6
175/4 175/24 176/1 177/8
178/11 178/13 178/23 179/2
179/8 179/12 179/24 180/17
181/11 181/13 181/15
181/18 181/22 182/4 182/7
182/18 183/1 183/5 183/8
184/18 185/5 185/11 185/16
186/6 186/9 186/16 186/25
187/11 188/21 188/25
189/10 189/12 189/24 190/5
190/16 191/18 191/23
192/15 192/21 192/25 193/3
193/7 193/22 194/7 194/21
194/23 195/7 195/10 195/14
196/11 196/22 196/24 197/4
197/6 197/9 197/20 197/22
198/2 198/7 198/19 198/21
199/1 199/3 199/7 199/13
200/1 200/3 200/7 200/20
200/25 201/2 201/4 201/6
201/8 201/15 202/5 202/8
202/11 202/23 202/25 203/2
203/5 203/15 203/17 204/5
204/15 204/20 204/24 205/5
205/9 205/14 206/5 206/10
206/14 206/21 206/24 207/1
207/3 207/6 207/14 208/1
208/4 208/7 208/13 208/20
209/3 209/12 209/18 210/2
210/4 210/7 210/11 210/21
210/24 211/1 211/4 211/9
211/18 211/20 212/1 212/11
212/23 213/6 213/14 214/9
214/23 215/6 215/8 215/16
215/24 216/1 216/10 216/12
216/21 217/3 217/13 217/24
218/2 218/4 218/6 218/15
218/18 218/21 218/24 219/7
219/10 219/20 220/4 220/11
221/2 221/13 221/16 221/22
222/13 222/20 223/1 223/4
222/19 222/22 222/7 222/11
223/8 223/15 223/19 223/22
223/25 224/3 224/13 224/15
224/24 225/9 225/20 225/22
226/4 226/16 227/1 227/6
227/10 227/14 227/16
227/21 228/5 228/7 228/14
228/17 228/20 228/22 229/5
229/9 229/17 229/21 230/9
230/13 230/21 230/25 231/3
231/5 231/8 231/12 231/18
232/5 232/8 232/11 232/13
232/20 232/22 234/24 234/6
235/2 235/5 240/24

yet [4]  24/10 117/14 151/21
191/13
you [1074]  5/10 5/21 5/23
6/19 6/20 6/22 6/23 7/2 7/3
7/5 7/6 7/14 7/19 7/22 8/2
8/7 8/11 8/12 8/23 9/2 9/14
9/15 9/16 9/20 9/22 9/24
10/7 10/13 10/14 10/15
10/18 10/18 10/25 10/25
11/1 11/3 11/5 11/11 11/12
11/13 11/24 12/8 12/10
12/12 12/12 12/14 12/18
13/3 13/4 13/7 13/8 13/11
13/18 13/18 13/20 13/21
13/23 13/25 14/11 14/17
14/20 15/1 15/6 15/11 16/2
16/9 16/12 16/16 16/19
17/13 17/17 17/21 17/23
18/7 18/7 18/11 18/14 18/15
18/18 18/19 19/16 19/16
19/19 19/21 19/22 20/1 20/1
20/2 20/12 20/16 20/19
20/22 20/23 21/5 21/13
21/17 22/11 22/13 22/14
22/15 22/22 23/2 23/5 23/6
23/13 24/6 24/11 24/16
24/19 25/1 25/4 25/9 25/24
25/25 26/7 26/7 26/13 26/18
27/5 27/8 27/17 27/21 28/5
28/8 28/17 28/19 28/21 29/1
29/4 29/6 29/17 29/20 29/22
29/23 29/23 30/2 30/4 30/9
30/19 31/7 31/10 31/13
31/16 31/19 31/23 32/3 32/7
32/11 32/21 32/24 32/25
33/4 33/13 33/20 33/20
33/23 34/2 34/7 34/12 34/15
34/18 35/4 35/13 35/13
35/16 35/19 35/25 36/4 36/8
36/9 36/16 36/19 36/23 37/5
37/10 37/12 37/21 37/24
38/9 38/23 38/23 39/1 39/9
39/9 40/2 40/4 40/5 40/13
41/7 41/7 41/9 41/12 41/12
41/15 41/19 41/20 42/4 42/7
42/15 42/20 42/20 42/21
43/6 43/14 43/16 43/23
43/24 43/25 43/25 44/1 44/6
44/8 44/16 44/19 44/19
44/22 44/23 45/2 45/11
45/14 45/20 45/22 45/24
46/2 46/2 46/3 46/6 46/9
46/13 46/16 46/19 46/21
46/24 47/4 47/13 47/15
47/21 47/23 48/2 48/10
48/10 48/15 48/15 48/16
48/19 49/6 49/8 49/22 50/2
50/2 50/7 50/8 50/20 50/21
50/21 51/13 51/16 51/17
52/14 52/17 52/20 52/23
52/3 53/6 54/1 54/3 54/8
54/8 54/11 54/19 54/20
54/20 54/21 55/5 55/11
55/12 55/13 55/20 55/25
55/25 56/3 56/8 56/10 56/17

**Y**

you... [786]  56/18 56/22
56/24 57/17 57/21 57/25
58/8 58/17 58/19 58/21 59/1
59/4 59/5 59/7 59/10 59/12
59/15 59/19 59/22 59/25
60/3 60/12 60/13 60/15
60/16 61/1 61/2 61/2 61/4
61/4 61/8 62/2 62/15 62/23
62/24 63/6 63/7 63/10 63/15
63/25 64/5 64/7 64/25 65/8
65/17 65/23 66/16 66/19
66/23 66/25 66/25 67/2
67/21 68/18 68/25 69/18
69/25 71/4 71/7 71/9 72/9
72/14 73/8 73/13 73/18
74/18 75/16 76/3 76/3 76/5
76/10 76/11 77/6 77/14
77/16 78/10 79/18 79/24
80/13 80/19 81/15 82/7
82/15 83/6 83/21 84/11
84/14 84/17 84/18 84/23
84/24 85/7 85/8 85/16 86/7
86/16 86/18 86/23 87/11
87/15 87/18 88/13 88/18
88/19 88/23 89/11 90/10
90/22 90/25 91/3 92/11
92/15 92/16 92/24 93/12
93/15 93/16 93/18 93/21
94/7 94/10 94/10 94/15
94/21 94/23 94/23 95/12
95/17 95/17 95/19 96/7
96/18 97/5 97/11 97/23 98/3
98/7 98/20 99/7 99/17 99/18
99/25 100/1 100/5 100/9
100/10 100/18 101/17
101/18 101/20 101/21 102/2
102/11 102/12 102/14
102/20 103/2 103/5 103/5
103/10 104/1 104/9 104/25
105/20 105/22 106/4 106/8
106/11 106/21 106/22
106/23 108/9 108/11 108/19
108/23 109/6 110/7 110/17
111/18 112/14 112/19
113/22 114/1 114/3 114/15
114/17 115/6 115/10 117/5
117/19 118/14 118/18
118/18 118/21 118/24
119/11 119/25 120/4 120/15
120/19 120/22 121/9 121/20
121/25 122/3 122/12 123/13
125/1 126/5 126/6 126/20
127/24 128/2 128/3 128/4
128/5 128/7 128/9 128/10
128/13 128/20 128/23 129/7
129/7 129/19 129/19 129/23
129/24 129/24 130/6 130/9
131/9 131/19 133/6 133/6
133/9 134/21 135/8 135/11
135/16 135/17 135/21
136/17 136/20 137/12
138/15 138/15 138/16 139/5
139/7 139/17 139/22 140/1
140/4 141/19 141/24 142/1
142/2 142/11 142/14 142/25
143/12 143/16 143/16 144/9
145/23 145/24 145/25 146/2
146/7 146/9 146/12 146/13

148/17 148/17 148/20
148/20 149/17 150/2 150/11
150/16 150/17 150/17
150/19 150/25 151/1 151/4
151/4 151/5 151/6 151/6
151/11 151/17 151/19
151/19 151/20 151/23
151/24 152/1 152/7 153/10
154/4 154/6 154/19 155/6
155/7 155/9 155/10 155/23
156/10 156/11 156/25 157/5
157/16 157/21 157/24
158/14 158/23 158/24
158/24 158/25 159/14
159/15 159/19 159/21 160/8
160/10 160/11 160/16
160/21 160/24 161/7 161/11
161/14 161/14 161/17
161/20 161/22 162/5 162/8
162/10 162/13 162/14
162/17 162/19 162/19
162/22 162/23 162/23 163/2
163/3 163/4 163/4 163/7
163/9 163/9 163/13 163/20
163/20 164/1 164/5 164/8
164/11 164/16 164/25 165/3
165/7 165/11 165/14 165/17
165/22 165/25 166/4 166/9
166/10 166/13 166/15
166/18 167/3 167/12 167/14
167/19 167/22 167/23
167/24 168/10 168/15
168/15 168/16 168/16
168/16 168/22 168/24 169/3
169/13 169/17 169/20
169/20 169/22 169/22
169/24 170/7 170/18 170/21
170/25 171/7 171/13 171/18
171/22 172/5 172/9 172/22
173/3 173/8 173/11 173/20
174/11 174/15 175/8 176/2
176/19 176/21 176/23
176/25 176/25 177/2 177/2
177/6 177/20 177/24 178/3
178/12 178/21 179/9 179/11
179/13 179/14 179/17
179/17 179/18 179/19
179/19 179/22 179/25 180/3
180/9 180/10 180/12 180/16
180/18 180/20 180/21
180/22 181/1 181/1 181/2
181/3 181/12 181/14 181/16
181/20 181/21 182/5 182/9
182/14 182/19 182/24
182/24 183/2 183/6 183/7
183/11 183/11 183/12
183/15 183/18 184/17
184/19 184/22 185/6 185/9
185/17 186/2 186/10 186/19
187/1 187/7 187/7 187/8
187/12 187/18 187/19
187/19 187/21 188/5 188/5
188/9 188/9 188/12 188/17
188/20 189/5 189/7 189/13
189/17 189/19 190/3 190/6
190/8 190/10 190/15 190/17
190/21 191/6 191/6 191/9
191/9 191/16 191/16 191/21

192/10 192/13 192/13
192/13 192/20 192/23
192/23 193/1 193/13 193/23
193/23 194/6 194/8 194/15
194/17 194/17 194/19
194/24 195/1 195/5 195/5
195/8 195/8 195/11 195/15
195/21 195/25 195/25 196/6
196/12 196/18 196/25 197/5
197/7 197/7 197/10 197/10
197/12 197/23 198/3 198/18
198/20 198/22 198/24
198/24 199/2 199/6 199/11
199/14 199/16 199/25 200/2
200/4 200/6 200/8 200/24
200/24 201/13 201/16
201/22 202/9 202/9 202/15
202/19 203/1 203/13 203/23
203/23 204/4 204/19 204/21
205/4 205/12 206/2 206/6
206/11 206/20 206/22 207/2
207/13 208/11 208/14 209/4
209/25 210/8 210/15 210/19
211/3 211/5 211/6 211/14
211/14 211/16 211/17
211/19 211/21 211/22
211/25 212/10 212/17
212/20 212/22 212/24
213/11 213/12 213/21 214/2
216/18 216/19 216/20
216/22 216/24 216/24
217/12 217/14 217/17
217/17 217/19 218/3 218/13
218/16 218/16 218/19
218/22 219/4 219/8 219/19
219/21 220/2 220/7 220/9
220/12 220/19 220/22
220/24 221/5 221/11 221/14
221/20 222/6 222/8 222/10
222/18 222/21 222/24 223/2
223/2 223/3 223/5 223/23
224/2 224/11 224/12 224/14
224/22 225/13 225/14 226/2
226/2 226/7 226/13 227/5
227/7 227/11 227/13 228/2
228/15 228/15 229/3
229/6 230/7 230/12 230/17
230/17 231/2 231/13 231/16
231/19 231/22 231/24
231/25 232/2 232/4 232/6
232/6 232/7 232/14 232/25
233/3 233/4 233/11 233/12
233/14 233/16 233/17
233/18 233/20 234/8 234/13
234/14 234/19 234/19
234/19 234/20 234/21
234/22 234/23 234/24 235/1
235/3 235/8 235/16 235/16
235/17 235/20 235/23
235/25 236/2 236/7 236/17
236/18 236/20 236/23 237/4
237/12 237/15 237/15
237/19 237/20 237/23 238/4
238/5 238/7 238/8 238/8
238/11 238/18 238/20
238/22 239/3 239/18 239/25
240/3 240/5 240/17 240/20
241/4 241/7 241/8 241/22

242/15 242/22 243/2 243/6
243/16
you're [3]  36/14 239/10
239/10
you've [4]  68/20 77/12
127/14 134/23
your [265]  5/2 5/25 6/2 6/24
7/6 8/17 11/2 11/11 11/13
12/6 12/18 13/11 13/21
14/14 14/14 14/23 18/1
18/25 20/20 21/22 22/3 23/2
25/4 25/24 26/7 26/19 27/5
27/5 27/6 29/12 29/13 30/8
31/8 34/2 35/7 36/3 36/19
39/17 39/19 46/8 46/9 48/10
49/22 50/2 50/8 50/8 51/13
51/14 52/12 52/14 53/2 53/5
53/6 54/20 55/11 55/13
56/12 56/20 58/3 58/16 59/1
63/5 63/10 63/15 64/16 65/7
65/20 67/11 69/9 69/25 71/6
71/12 72/19 83/6 84/6 86/4
87/19 89/5 89/7 89/10 90/16
92/24 93/5 93/14 93/20 94/1
94/12 96/17 96/20 98/14
100/10 101/14 102/11
102/16 102/18 102/20 103/9
103/15 106/18 109/5 111/12
111/14 111/14 113/4 113/15
114/23 115/23 119/3 119/8
119/15 120/10 121/4 122/8
122/24 124/5 125/5 125/15
125/18 126/14 127/2 127/17
128/15 128/25 129/13
129/23 130/25 132/11
132/16 132/24 133/8 133/16
136/10 137/14 138/21 139/7
139/16 140/3 140/11 140/23
142/2 143/10 147/20 148/13
150/22 152/16 152/19
155/13 156/19 158/11 159/2
159/5 162/10 164/15 165/3
165/6 165/16 165/17 165/18
165/21 167/21 167/23
167/24 168/1 168/15 168/19
168/19 169/11 169/15
170/11 170/15 170/16
171/21 172/7 174/2 174/8
175/15 175/19 176/14
176/18 176/19 183/2 183/15
183/18 187/12 187/13
187/18 187/20 188/5 188/15
188/22 189/13 190/24 191/2
192/3 192/20 192/22 193/21
193/25 194/19 195/13
195/21 196/18 197/1 197/14
197/23 199/25 200/19 201/3
205/21 208/5 209/13 209/19
210/8 210/19 211/22 213/2
213/15 213/21 214/5 214/6
218/1 219/5 219/13 220/18
220/19 222/12 223/7 223/16
223/20 224/1 225/2 225/21
226/2 226/7 227/13 227/15
228/19 229/25 230/1 231/25
233/2 233/4 233/7 233/22
234/12 234/17 234/18
234/20 235/2 235/4 235/5

## Y

your... [15]  235/6 235/9
 235/13 235/24 236/14
 236/20 236/25 237/9 238/5
 238/7 238/25 239/16 241/22
 243/1 243/13
yours [2]  234/23 234/23
yourself [5]  28/17 134/7
 217/12 227/5 227/11
yourselves [1]  129/8

## Z

zero [1]  110/7
zip [1]  90/15
zone [3]  63/3 95/3 95/5
zoom [9]  92/11 113/20 116/7
 121/20 172/11 174/17 181/6
 181/23 228/10