```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
    UNITED STATES OF AMERICA,
 3                                      Criminal Case
                      Plaintiff(s),     No. 21-006 (TJK)
 4           v.
                                        Washington, D.C.
 5  DOUGLAS AUSTIN JENSEN,

 6                   Defendant(s).      September 23, 2022

 7  -----------------------------------------------------------

 8                       JURY TRIAL - DAY 5
                   BEFORE THE HONORABLE TIMOTHY J. KELLY
 9                    UNITED STATES DISTRICT JUDGE

10  APPEARANCES:

11  FOR THE PLAINTIFF(S):   Emily W. Allen, Esquire
                            United States Attorney's Office
12                          222 West Seventh Avenue
                            Room 253
13                          Anchorage, Alaska 99513

14                          Hava A. Levenson Mirell, Esquire
                            United States Attorney's Office
15                          312 North Spring Street
                            Suite 1200
16                          Los Angeles, California 90012

17
    FOR THE DEFENDANT(S):   Christopher M. Davis, Esquire
18                          Davis & Davis
                            1350 Connecticut Avenue Northwest
19                          Suite 202
                            Washington, D.C. 20036
20

21

22  REPORTED BY:            Tammy Nestor, RMR, CRR
                            Official Court Reporter
23                          333 Constitution Avenue NW
                            Washington, D.C. 20001
24                          tammy_nestor@dcd.uscourts.gov

25
```

1    The following proceedings began at 9:12 a.m.:

2            THE COURTROOM DEPUTY:  Your Honor, this is Criminal

3    Matter 21-6, United States of America versus Douglas Austin

4    Jensen.  Present for the government are Emily Allen and Hava

5    Mirell.  Present for the defendant is Christopher Davis.  Also

6    present is the defendant, Mr. Jensen.

7            THE COURT:  All right.  Good morning to everyone.  I

8    figured we would take care of some preliminary business before

9    we bring in the jury.  And the most obvious first thing to

10   start with is the instructions.  You all received both our sort

11   of set of instructions last night on email that I think

12   reflected our conversations with probably two exceptions.

13           One is we added, with regard to the instruction on the

14   evidence going back to the jury, the issue about the knife.

15   Obviously the knife will not go back.  And they can request it,

16   et cetera.

17           And the second was only that we had left open the

18   issue of whether I would give an aiding and abetting

19   instruction on the assault count.  And I do think, after

20   thinking about it, if the government would like that, I think

21   the evidence is thin on it but sufficient to give the

22   instruction, so I included that in the set of instructions.

23           Is there any other either objection or suggestion

24   either side wants to raise with what you received via email

25   last night?  I will ask the government first.

1          MS. ALLEN:  No, Your Honor.  Thank you.

2          THE COURT:  Mr. Davis?

3          MR. DAVIS:  Under normal circumstances, if it were a

4   gun or something, I wouldn't have an objection, but the central

5   issue is whether that knife is a dangerous weapon.  And I think

6   pointing out in the instructions that it's not going to go back

7   with them kind of infers that it's a dangerous item.  I would

8   like to do it in a more subtle way if we could, maybe leave the

9   shirt and the knife out here and tell them if they need to see

10  any physical exhibits, they should just request and we will

11  send them back.

12         THE COURT:  Well, let me take a look at that.  This is

13  the standard, obviously the standard jury instruction on this.

14  And we do have to communicate -- I mean, obviously it's not

15  going to go back.  Let me just look this.

16         I will be sending in with you the exhibits that have

17  been admitted except for the knife.  You may examine any or all

18  of them.  As you consider you verdicts, please keep in mind,

19  da, da, da, da.  If you wish to examine -- and the marshal will

20  bring it to you.  For security purposes, the marshal will

21  remain in the jury room while each of you examine -- this is

22  the -- I mean, I am open to a suggestion if you have a specific

23  suggestion, Mr. Davis, but obviously in every case, virtually

24  every case in which someone is charged with using a dangerous

25  weapon, this is the model jury instruction that is used.

1          So do you have any specific -- I mean, I don't think

2    we can -- and I don't think we can not give them other evidence

3    that they are entitled to have with them all the time just to

4    sort of, you know, somehow try to obscure the uniqueness of

5    this particular piece of evidence and how it has to be handled.

6    So do you have a specific suggestion?  But I think this is the

7    standard instruction in a situation like this.  And I would be,

8    I guess -- particularly if the parties don't agree, but even

9    regardless, I would be hesitant to deviate from it again just

10   because this is the model instruction.

11          MR. DAVIS:  Your Honor, that would be my suggestion,

12   which I referenced before because I think there are only two

13   items.  I think it's the shirt and the knife.  And I would just

14   suggest that if they wanted to see any physical items, just

15   request and we would send them back.  But I will abide by the

16   Court's ruling.

17          THE COURT:  What is the government's view?

18          MS. ALLEN:  I don't see a reason to deviate from the

19   standard instructions.  I think the jury looked with pretty

20   great interest at the two pieces of physical evidence.  They

21   may want to have the T-shirt back in the room with them, so I

22   prefer the version the Court read.

23          THE COURT:  I don't think it would be appropriate to

24   deny them having evidence they are entitled to have back there

25   when they deliberate and that there's no reason for them to not

1    have.  The T-shirt is not exactly -- the whole case is not

2    going to turn on this, obviously.  But they do have that, so

3    they do have the right to have that, and there's no --

4    obviously no security reasons why they shouldn't have it.

5            I am just going to follow the standard.  I hear your

6    objection, Mr. Davis.  I am just going to use the standard

7    instruction on this.

8            If there's nothing further on the instructions, we are

9    going to go right -- so my plan is to give what I think looks

10   like, I don't know, let's say three-quarters of the

11   instructions to them first, then we will go into closings, then

12   I will give them really just a handful at the end in terms of

13   note taking, verdict form, copy of the instructions, et cetera.

14           I may actually say something about them -- about the

15   fact that they will get the instructions in written form right

16   at the beginning so they don't destroy their hands trying to

17   write down everything I say.  And then they will begin

18   deliberations.

19           Let me ask, as far as the time on the -- as far as the

20   time on the closings go, have the parties talked about how much

21   time they each expect to take and what the allotment of time

22   will be?  How long does the government anticipate taking?

23           MS. MIRELL:  Probably around an hour, Your Honor.

24           THE COURT:  All right.  Does that include rebuttal?

25           MS. MIRELL:  No.  For rebuttal, about 15 minutes.

```
1            THE COURT:  Mr. Davis?

2            MR. DAVIS:  I generally take anywhere from 45 minutes

3   to an hour.

4            THE COURT:  Those seem like reasonable time amounts.

5   Mr. Davis, you don't have any objection to that allotment of

6   time to both sides, do you?

7            MR. DAVIS:  No.  Actually, that's more than balanced.

8            THE COURT:  Okay.  And, look, I will -- I don't expect

9   I would have to do it, but if you go way, way over what you are

10  telling me here, I will do something within reason, but I am

11  not going to clock you to the minute.

12           Anything further that either side thinks I should

13  address before we bring them in and I give them sort of the

14  initial closing instructions?

15           MS. ALLEN:  Just one thing, Your Honor.  It should be

16  brief.  I have spoken with Mr. Davis about this, and I think we

17  are on the same page.  Given the statements from Mr. Davis

18  during opening statements, some of what we heard might veer a

19  little bit far from the evidence that was presented at trial.

20  And so I just want to give a heads up.  I don't think Mr. Davis

21  is going to do it, but just in case, if he starts to get into

22  areas that involve evidence that wasn't admitted at trial, we

23  would object to that.  And so I just want to flag that in the

24  event that it happens.

25           THE COURT:  Mr. Davis, do you plan to do that?
```

1              MR. DAVIS:  No.  But I plan to argue the legitimate

2    inferences from the evidence.  I think their concern, and I

3    don't know, they are always trying to contain me, but I think

4    they are concerned that I am going to start talking about what

5    he discussed with the agent on the video.

6              Is that pretty much what you are concerned about?

7              MS. ALLEN:  Certainly that, and also --

8              MR. DAVIS:  And more.

9              MS. ALLEN:  -- background about, you know, things

10   about QAnon and the theories and belief systems that never came

11   into evidence, things of that nature.

12             THE COURT:  Okay.  Obviously, obviously, you all have

13   to argue from the evidence and inferences from that, but you

14   are limited to the evidence.  So I will take up any objection

15   as it comes.

16             MR. DAVIS:  Thank you.

17             THE COURT:  All right.  Ms. Harris, let's bring in the

18   jury.

19             (The jury entered the courtroom at 9:23 a.m.)

20             THE COURT:  All right.  You may be seated.

21             Good morning, ladies and gentlemen of the jury.  Our

22   next step in the process here today is for me to give you some

23   instructions about the law that you will apply in this case.

24   And the way I break it up is I am going to give you the bulk of

25   those instructions now.  We will then turn to the parties for

1   their closing arguments, and then I will give you a few

2   instructions after that that are kind of more, I would say,

3   sort of technical in nature or more logistic in nature about

4   your deliberations and how they will proceed.

5           The one thing I am going to say -- so I am going to

6   give you, again, as I said, most of the instructions now.  They

7   are lengthy.  And one of the instructions you are going to

8   hear, I want to tell you in advance, is that you are going to

9   get copies of what I am telling you now.  So be advised that

10  you will get a copy.

11          All right.  So the first instruction:

12          The government and the defendant may stipulate, that

13  is, agree to certain facts.  You should consider any

14  stipulation of fact to be undisputed evidence.  My function is

15  to conduct this trial in an orderly, fair, and efficient

16  manner, to rule on questions of law, and to instruct you on the

17  law that applies in this case.

18          It is your duty to accept the law as I instruct you.

19  You should consider all the instructions as a whole.  You may

20  not ignore or refuse to follow any of them.

21          Your function as the jury is to determine what the

22  facts are in this case.  You are the sole judges of the facts.

23  While it is my responsibility to decide what is admitted as

24  evidence during the trial, you alone decide what weight, if

25  any, to give that evidence.  You alone decide the credibility

1   or believability of the witnesses.

2          As human beings, we all have personal likes and

3   dislikes, opinions, prejudices, and biases.  Generally, we are

4   aware of these things, but you should also consider the

5   possibility that you have implicit biases, that is, biases of

6   which you are not consciously aware.

7          Personal prejudices, preferences, or biases have no

8   place in this courtroom where our goal is to arrive at a just

9   and impartial verdict.

10         All people deserve fair treatment in the legal system

11  regardless of any personal characteristic such as race,

12  national or ethnic origin, religion, age, disability, sex,

13  gender identity or expression, sexual orientation, education,

14  or income level or any other personal characteristic.  You

15  should determine the facts solely from the fair consideration

16  of the evidence.  You should decide the case without prejudice,

17  fear, sympathy, favoritism or consideration of public opinion.

18         You may not take anything I may have said or done as

19  indicating how I think you should decide this case if you

20  believe I have expressed order indicated any such opinion, you

21  should ignore it.  The verdict in this case is your sole and

22  exclusive responsibility.

23         Now, if any reference by me or one of the attorneys to

24  the evidence is different from your own memory of the evidence,

25  it is your memory that should control during your

1   deliberations.  Also during your deliberations, you may

2   consider only the evidence properly admitted in this trial.

3        The evidence in this case consists of sworn testimony

4   of the witnesses, the exhibits that were admitted into

5   evidence, and the facts and testimony stipulated to by the

6   parties.

7        During the trial, you were told, as I mentioned

8   before, you were told that the parties had stipulated, that is,

9   agreed to certain facts.  As I mentioned before, you should

10   consider any stipulation of fact to be undisputed evidence.

11        When you consider the evidence, you are permitted to

12   draw from facts that you found -- that you find have been

13   proven, such reasonable inferences as you feel are justified in

14   the light of your experience.  You should give any evidence

15   such weight as in your judgment it is fairly entitled to

16   receive.

17        The statements and the arguments of the lawyers are

18   not evidence.  They are only intended to assist you in

19   understanding the evidence.  Similarly, the questions of the

20   lawyers are not evidence.

21        The indictment is merely the formal way of accusing a

22   person of a crime.  You must not consider the indictment as

23   evidence of any kind.  You may not consider it as any evidence

24   of Douglas Jensen's guilt or draw any inference of guilt from

25   it.

1          Every defendant in a criminal case is presumed to be

2    innocent.  This presumption of innocence remains with the

3    defendant throughout the trial unless and until the government

4    has proven he is guilty beyond a reasonable doubt.  The burden

5    never shifts throughout the trial.  The law does not require

6    Douglas Jensen to prove his innocence or produce any evidence

7    at all.

8          If you find that the government has proven beyond a

9    reasonable doubt every element of a particular offense with

10   which Douglas Jensen is charged, it is your duty to the find

11   him guilty of that offense.  On the other hand, if you find

12   that the defendant -- that the government has failed to prove

13   any element of a particular offense beyond a reasonable doubt,

14   it is your duty to find Douglas Jensen not guilty of that

15   offense.

16         The government has the burden of proving Douglas

17   Jensen guilty beyond a reasonable doubt.  In civil cases, it is

18   only necessary to prove that a fact is more likely true than

19   not, or in some cases, that the truth is highly probable.  In

20   criminal cases such as this one, the government's proof must be

21   nor powerful than that.  It must be beyond a reasonable doubt.

22         Reasonable doubt is, as the name implies, is a doubt

23   based on reason, a doubt for which you have a reason based on

24   the evidence or lack of evidence in the case.  If after careful

25   honest and impartial consideration of all the evidence you

1   cannot say that you are firmly convinced of the defendant's

2   guilt, then you have a reasonable doubt.

3           Reasonable doubt is the kind of doubt that would cause

4   a reasonable person after careful and thoughtful reflection to

5   hesitate to act in the graver or more important matters in

6   life.  However, it is not an imaginary doubt nor a doubt based

7   on speculation or guesswork.  It is a doubt based on reason.

8   The government is not required to prove guilt beyond all doubt

9   or to a mathematic or scientific certainty.  Its burden is to

10  prove guilt beyond a reasonable doubt.

11          Now, there are two types of evidence from which you

12  may determine what the facts are in this case, direct evidence

13  and circumstantial evidence.  When a witness such as an

14  eyewitness asserts actual knowledge of a fact, that witness's

15  testimony is direct evidence.  On the other hand, evidence of

16  facts and circumstances from which reasonable inferences may be

17  drawn is circumstantial evidence.

18          Let me give you an example.  Assume a person looked

19  out a window and saw that snow was falling.  If he later

20  testified in court about what he had seen, his testimony would

21  be direct evidence that snow was falling at the time he saw it

22  happen.

23          Assume, however, that he looked out a window and saw

24  no snow on the ground, then went to sleep, and saw snow on the

25  ground after he woke up.  His testimony about what he had seen

would be circumstantial evidence that it had snowed while he
was asleep.

The law says that both direct and circumstantial
evidence are acceptable as a means of proving a fact.  The law
does not favor one form of evidence or another.  It is for you
to decide how much weight to give to any particular evidence
whether it is direct or circumstantial.  You are permitted to
give equal weight to both.

Circumstantial evidence does not require a greater
degree of certainty than direct evidence.  In reaching a
verdict in this case, you should consider all of the evidence
presented, both direct and circumstantial.

One of the questions you were asked when we were
selecting this jury was whether the nature of the charges
itself would affect your ability to reach a fair and impartial
verdict.  We asked you that question because you must not allow
the nature of a charge to affect your verdict.  You must
consider only the evidence that is presented in this case in
reaching a fair and impartial verdict.

Now, the weight of the evidence is not necessarily
determined by the number of evidence -- the number of witnesses
testifying for each side.  Rather, you should consider all the
facts and circumstances in evidence to determine which of the
witnesses you believe.  You might find that the testimony of a
smaller number of witnesses on one side is more believable than

the testimony of a greater number of witnesses on the other side, or you might find the opposite.

The lawyers in this case sometimes objected when the other side asked a question, made an argument, or offered evidence that the objecting lawyer believed was not proper. You must not hold such objections against the lawyer who made them or the party he or she represents.  It's the lawyers' responsibility to object to evidence that they believe is not admissible.

If during the course of the trial I sustained an objection to a lawyer's question, you should ignore the question and you should not speculate as to what the answer might have been.  If, after a witness answered a question, I ruled that the answer should be stricken, you should ignore both the question and the answer and they should play no part in your deliberations.

Likewise, exhibits as to which I have sustained an objection or that I ordered stricken are not evidence and you must not consider them in your deliberations.

In determining whether the government has proved the charges against the defendant beyond a reasonable doubt, you must consider the testimony of all the witnesses who have testified.  You are the sole judges of the credibility of the witnesses.  You alone determine whether to believe any witnesses and the extent to which a witness should be believed.

1   Judging a witness's credibility means evaluating whether the

2   witness has testified truthfully and also whether the witness

3   accurately observed, recalled, and described the matters about

4   which the witness testified.

5        As I instructed you at the beginning of the trial and

6   again now, you should evaluate the credibility of witnesses

7   free from prejudices and biases.

8        You may consider anything else that in your judgment

9   affects the credibility of any witness.  For example, you may

10  consider the demeanor and the behavior of the witness on the

11  witness stand, the witness's manner of testifying, whether the

12  witness impresses you as having an accurate memory, whether the

13  witness has any reason for not telling the truth, whether the

14  witness had a meaningful opportunity to observe the matters

15  about which he or she has testified, whether the witness has

16  any interest in the outcome of this case, stands to gain

17  anything by testifying, or has friendship or hostility toward

18  other people concerned with this case.

19       In evaluating the accuracy of a witness's memory, you

20  may consider the circumstances surrounding the event including

21  the time that elapsed between the event and any later

22  recollections of the event and the circumstances under which

23  the witness was asked to recall details of the event.

24       You may consider whether there are any consistencies

25  or inconsistencies in a witness's testimony or between the

witness's testimony and any previous statements made by the witness.

You may also consider any consistencies or inconsistencies between the witness's testimony and any other evidence that you credit.  You may consider whether any inconsistencies are the result of lapses in memory, mistake, misunderstanding, intentional falsehood, or differences s in perception.

You may consider the reasonableness or unreasonableness, the probability or improbability of the testimony of a witness in determining whether to accept it as true and accurate.  You may consider whether the witness was been contradicted or supported by other evidence that you credit.

If you believe that any witness has shown him or herself to be biased or prejudiced or for either side -- either for or against either side in this trial or motivated by self-interest, you may consider and determine whether such bias or prejudice has colored the testimony of a witness so as to affect the desire and capability of that witness to tell the truth.  You should give the testimony of each witness such weight as in your judgment it is fairly entitled to receive.

A police officer's testimony should be evaluated by you just as any other evidence in the case.  In evaluating the officer's credibility, you should use the same guidelines that

1    you apply to the testimony of any witness.  In no event should

2    you give either greater or lesser weight to the testimony of

3    any witness merely because he or she is a police officer.

4         Every defendant in a criminal case has an absolute

5    right not to testify.  Douglas Jensen has chosen to exercise

6    this right.  You must not hold this decision against him, and

7    it would be improper for you to speculate as to the reason or

8    reasons for his decision.  You must not assume the defendant is

9    guilty because he chose not to testify.

10        Recordings of conversations identified by witnesses

11   have been received in evidence.  Transcripts of those reported

12   conversations are being furnished for your convenience and

13   guidance as you listen to the video and audio recordings to

14   clarify portions of the video and audio which are difficult to

15   hear and to help you identify speakers.  Your recordings,

16   however, are the evidence in the case.  The transcripts are

17   not.  If you notice any difference between the transcripts and

18   the recordings, you must rely on the recordings and not the

19   transcripts.

20        In addition, if you cannot determine from the

21   recording that particular words were spoken, you must disregard

22   the transcripts as far as those words are concerned.

23        Someone's intent or knowledge ordinarily cannot be

24   proved directly because there is no way of knowing what a

25   person is actually thinking.  But you may infer someone's

1   intent or knowledge from the surrounding circumstances.  You

2   may consider any statement made or acts done by Douglas Jensen

3   and all other facts and circumstances received in evidence

4   which indicate his intent or knowledge.

5        You may infer but are not required to infer that a

6   person intends the natural and probable consequences of acts he

7   intentionally did or intentionally did not do.  It is entirely

8   up to you, however, to decide what facts to find from the

9   evidence received during this trial.  You should consider all

10  the circumstances in evidence that you think are relevant in

11  determining whether the government has proved beyond a

12  reasonable doubt that Douglas Jensen acted with the necessary

13  state of mind.

14       All right.  Now we are going to go into some of the

15  charges at issue.

16       Count 1 of the indictment charges the defendant with

17  committing or attempting to commit an act to obstruct, impede,

18  or interfere with law enforcement officers lawfully carrying

19  out their official duties incident to a civil disorder, which

20  is a violation of federal law.

21       In order to find the defendant guilty of this offense,

22  you must find the following three elements beyond a reasonable

23  doubt:

24       First, the defendant knowingly committed an act or

25  attempted to commit an act with the limited purpose of

1    obstructing, impeding, or interfering with Officer Eugene

2    Goodman, an officer from the United States Capitol Police.

3           Second, at the time of the defendant's actual or

4    attempted act, Officer Eugene Goodman was engaged in the lawful

5    performance of his official duties incident to and during a

6    civil disorder.

7           Third, the civil disorder in any way or degree

8    obstructed, delayed, or adversely affected either commerce or

9    the movement of any article or commodity in commerce or the

10   conduct or performance of any federally protected function.

11          The terms civil disorder -- so here are some

12   definitions that are related to Count 1.

13          The term civil disorder means any public disturbance

14   involving acts of violence by groups of three or more persons

15   which, A, causes an immediate danger of injury to another

16   individual, B, causes an immediate danger of damage to an

17   individual's property, C, results in injury to another

18   individual, or D, results in damage to another individual's

19   property.

20          The term commerce means commerce or travel between one

21   state including the District of Columbia and any other state

22   including the District of Columbia.  It also means commerce

23   wholly within the District of Columbia.

24          The term federally protected function means any

25   function, operation, or action carried out under the laws of

the United States by any department, agency, or instrumentality
of the United States or by an officer or employee thereof.

The term department includes executive departments.
The Department of Homeland Security, which includes the United
States Secret Service, is an executive department.

The term agency means any department, independent
establishment, commission, administration, authority, board, or
bureau of the United States.

For the U.S. Capitol Police, the term official duties
means policing the U.S. Capitol Building and grounds and
enforcing federal law and D.C. law in those areas.

A person acts knowingly if he realizes what he is
doing and is aware of the nature of his conduct and does not
act through ignorance, mistake, or accident.  In deciding
whether the defendant acted knowingly, you may consider all the
evidence including what the defendant said or did.

In Count 1, the defendant is charged with attempt --
is also charged with attempt to commit the crime of obstructing
officers during a civil disorder.  An attempt to commit
obstructing officers during a civil disorder is a federal crime
even though the defendant did not actually complete the crime
of obstructing officers during a civil disorder.

In order to find the defendant guilty of attempt to
commit obstructing officers during a civil disorder, you must
find that the government proved beyond a reasonable doubt each

1  of the following two elements:

2       First, that the defendant intended to commit the crime

3  of obstructing officers during a civil disorder, as I defined

4  that offense a moment ago above.

5       Second, that the defendant took a substantial step

6  toward obstructing officers during a civil disorder which

7  strongly corroborates or confirms that the defendant intended

8  to commit that crime.

9       With respect to the first element of attempt, you may

10  not find the defendant guilty of attempt to commit obstructing

11  officers during a civil disorder merely because he thought

12  about it.  You must find that the evidence proved beyond a

13  reasonable doubt that the defendant's mental state passed

14  beyond the stage of thinking about the crime to actually

15  intending to commit it.

16       With respect to the substantial step element, you may

17  not find the defendant guilty of attempt to obstruct officers

18  during a civil disorder merely because he made some plans to

19  commit or some preparation for committing that crime.  Indeed,

20  you must find that the defendant took some firm, clear,

21  undeniable action to accomplish his intent to commit the crime.

22  However, the substantial step element does not require the

23  defendant to prove -- the government to prove that the

24  defendant did everything except the last act necessary to

25  complete the crime.

1          A defendant may be found guilty of the offense charged

2    in Count 1 if the defendant obstructed an officer during a

3    civil disorder or attempted to obstruct an officer during a

4    civil disorder.  Each of those two ways of committing the

5    offense is described in the instructions that I have given you.

6    If you find beyond a reasonable doubt that the defendant

7    committed the offense of obstructing an officer during a civil

8    disorder in either of those two ways, you should find the

9    defendant guilty of Count 1, and you need not consider whether

10   he considered the offense of obstructing an officer during a

11   civil disorder in the other way.

12         Count 2 of the indictment charges the defendant with

13   corruptly obstructing an official proceeding which is a

14   violation of federal law.

15         Count 2 also charges the defendant with attempt to

16   obstruct or impede an official proceeding and aiding and

17   abetting others to commit that offense.

18         I will first explain the elements of the substantive

19   offense along with its associated definitions, then I will

20   explain how to determine whether the defendant attempted

21   offense and whether the defendant aided and abetted the

22   offense.

23         In order to find the defendant guilty of corruptly

24   obstructing an official proceeding, you must find the following

25   four elements beyond a reasonable doubt:

1              First, the defendant attempted to or did obstruct or

2      impede an official proceeding.

3              Second, the defendant intended to obstruct or impede

4      the official proceeding.

5              Third, the defendant acted knowingly with awareness

6      that the natural and probable effect of his conduct would be to

7      obstruct or impede the official proceeding.

8              Fourth, the defendant acted corruptly.

9              So now here are some definitions that relate to

10     Count 2.

11             The term official proceeding includes a proceeding

12     before the Congress.  The official proceeding need not be

13     pending or about to be instituted at the time of the offense.

14             If the official proceeding was not pending or about to

15     be instituted, the government must prove beyond a reasonable

16     doubt that the official proceeding was reasonably foreseeable

17     to the defendant.

18             As used in Count 2, the term official proceeding means

19     Congress's joint session to certify the Electoral College vote.

20             A person acts knowingly if he realizes what he is

21     doing and is aware of the nature of the conduct and does not

22     act through ignorance, mistake, or accident.  In deciding

23     whether the defendant acted knowingly, you may consider all the

24     evidence including what the defendant did or said.

25             To act corruptly, the defendant must use unlawful

1  means or have a wrongful or an unlawful purpose or both.  The

2  defendant must also act with consciousness of wrongdoing.

3  Consciousness of wrongdoing means with an understanding or

4  awareness that what the person is doing is wrong or unlawful.

5       Not all attempts to obstruct or impede an official

6  proceeding involve acting corruptly.  For example, a witness in

7  a court proceeding may refuse to testify by invoking his

8  constitutional privilege against self-incrimination thereby

9  obstructing or impeding the proceeding, but he does not act

10  corruptly.

11       In contrast, an individual who obstructs or impedes a

12  court proceeding by bribing a witness to refuse to testify in

13  that proceeding or by engaging in other independently unlawful

14  conduct does act corruptly.

15       Now, in Count 2, the defendant is also charged with

16  attempt to commit the crime of obstruction of an official

17  proceeding.  An attempt to commit obstruction of an official

18  proceeding is a crime even if the defendant did not actually

19  complete the crime of obstruction of an official proceeding.

20       In order to find the defendant guilty of attempt to

21  commit obstruction of an official proceeding, you must find

22  that the government proved beyond a reasonable doubt each of

23  the following two elements:

24       First, that the defendant intended to commit the crime

25  of obstruction of an official proceeding as I have defined that

1    offense above for you already.

2            Second, the defendant took a substantial step toward

3    committing obstruction of an official proceeding which strongly

4    corroborates or confirms that the defendant intended to commit

5    that crime.

6            With respect to the first element of attempt, you may

7    not find the defendant guilty of attempt to commit -- attempt

8    to commit obstruction of an official proceeding merely because

9    he thought about it.  You must find that the evidence proved

10   beyond a reasonable doubt that the defendant's mental state

11   passed beyond the stage of thinking about the crime to actually

12   intending to commit it.

13           With respect to the substantial step amount, you may

14   not find the defendant guilty of attempt to commit obstruction

15   of an official proceeding merely because he has some plans to

16   commit or some preparation for committing that crime.  Instead,

17   you must find the defendant took some firm, clear, undeniable

18   action to accomplish his intent to commit obstruction of an

19   official proceeding.  However, the substantial step element

20   does not require the government to prove that the defendant did

21   everything except the last act necessary to commit the crimes.

22           In this case, the government further alleges that the

23   defendant committed obstruction of an official proceeding as

24   charged in Count 2 by aiding and abetting others in committing

25   this offense.

1    This is not a separate offense, but merely another way

2    in which the government alleges that the defendant committed

3    this offense in Count 2.

4    A person may be guilty of an offense if he aided and

5    abetted another person in committing the offense.

6    A person who has aided and abetted another person in

7    committing an offense is often called an accomplice.  The

8    person whom the accomplice aids and abets is known as the

9    principal.  It is not necessary that all the people who

10   committed the crime be caught or identified.  It is sufficient

11   if you find beyond a reasonable doubt that the crime was

12   committed by someone and that the defendant knowingly and

13   intentionally aided and abetted that person in committing the

14   crime.

15   In order to find the defendant guilty of obstruction

16   of an official proceeding because he aided and abetted others

17   in committing this offense, you must find that the government

18   proved beyond a reasonable doubt the following five

19   requirements:

20   First, that others committed obstruction of an

21   official proceeding by committing each of the elements of the

22   offense charged as I have explained above.

23   Second, that the defendant knew that obstruction of an

24   official proceeding was going to be committed or was being

25   committed by others.

1          Third, that the defendant performed an act or acts in

2     furtherance of the offense.

3          Fourth, that the defendant knowingly performed that

4     act or acts for the purpose of aiding, assisting, soliciting,

5     facilitating, or encouraging others in committing the offense

6     of obstruction of an official proceeding.

7          Fifth, that the defendant did that act or acts with

8     the intent that others commit the offense of obstruction of an

9     official proceeding.

10         To show that the defendant performed an act or acts in

11    furtherance of the offense charged, the government needs to

12    show some affirmative participation by the defendant which at

13    least encouraged others to commit the offense, that is, you

14    must find that the defendant's act or acts did in some way aid,

15    assist, facilitate, or encourage others to commit the offense.

16    The defendant's act or acts need not further aid, assist,

17    facilitate, or encourage every part or phase of the offense

18    charged.  It is enough that the defendant's act or acts further

19    aided, assisted, facilitated, or encouraged only one or some

20    parts or phases of the offense.  Also, the defendant's acts

21    need not, themselves, be against the law.

22         In deciding whether the defendant had the requisite

23    knowledge and intent to satisfy the fourth requirement for

24    aiding and abetting, you may consider both direct and

25    circumstantial evidence including the defendant's words and

actions and other facts and circumstances.  However, evidence that the defendant merely associated with persons involved in a criminal venture or was merely present or was merely a knowing spectator during the commission of the offense is not enough for you to find the defendant guilty as an aider and abettor.

If the evidence shows that the defendant knew that the offense was being committed or was about to be committed but does not also prove beyond a reasonable doubt that it was the defendant's intent and purpose to aid, assist, encourage, facilitate, or otherwise associate himself with the offense, you may not find the defendant guilty of the obstruction of an official proceeding as an aider and abettor.

The government must prove beyond a reasonable doubt that the defendant in some way participated in the offense committed by others as something the defendant wished to bring out and to make succeed.

A defendant may be found guilty of the offense charged in Count 2 if the defendant obstructed an official proceeding, attempted to obstruct an official proceeding, or aided and abetted the obstruction of an official proceeding.

Each of these three ways of committing the offense is described in the instructions I have just given you.  If you find beyond a reasonable doubt that the defendant committed the offense of obstruction of an official proceeding in any one of these three ways, you should find the defendant guilty of

Count 2 and you need not consider whether he committed the offense of obstruction of an official proceeding in the other two ways.

Count 3 of the indictment charges the defendant with forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with an officer or an employee of the United States who was then engaged in the performance of his official duties and where the defendant's act or acts involved the intent to commit another felony which is a violation of federal law.

In order to find the defendant guilty of forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with an officer or an employee of the United States who was then engaged in the performance of his official duties and where the defendants's act or acts involved intent to commit another felony, you must find the following elements beyond a reasonable doubt:

First, the defendant assaulted, resisted, opposed, impeded, intimidated, or interfered with Officer Eugene Goodman, an officer from the United States Capitol Police.

Second, the defendant did such acts forcibly.

Third, the defendant did such acts voluntarily and intentionally.

And fourth, Officer Eugene Goodman was an officer or an employee of the United States who was then engaged in the

1   performance of his official duties and

2      Fifth, that the defendant acted with the intent to

3   commit another felony.  For purposes of this element, another

4   felony refers either to the offense charged in Count 1 or the

5   offense charged in Count 2.

6      Here are some definitions to help you with Count 3.

7      The defendant acted forcibly if he used force,

8   attempted to use force, or threatened to use force against the

9   officer.  A threat to use force at some unspecified time in the

10  future is not sufficient to establish that the defendant acted

11  forcibly.

12     The term assault means any intentional attempt or

13  threat to inflict injury upon someone else when coupled with an

14  apparent present ability to do so.  A finding that one used

15  force or attempted or threatened to use it is not the same as a

16  finding that he attempted or threatened to inflict injury.

17     In order to find that the defendant committed an

18  assault, you must find beyond a reasonable doubt that the

19  defendant acted forcibly and the defendant intended to inflict

20  or intended to threaten injury.

21     The terms resist, oppose, impede, intimidate, and

22  interfere with carry their everyday ordinary meanings.

23     You are instructed that Officer Eugene Goodman is an

24  officer of the United States Capitol Police and that it was a

25  part of the official duty of such officer to protect the U.S.

Capitol complex on January 6, 2021 and detain individuals who lacked authorization to enter the restricted area around the complex.  It is not necessary to show that the defendant knew the person being forcibly, assaulted, resisted, opposed, impeded, intimidated, or interfered with was at that time a federal officer carrying out an official duty so long as it is established beyond a reasonable doubt that the victim was, in fact, a federal officer acting in the course of his duty and that the defendant intentionally forcibly assaulted, resisted, imposed, impeded, intimidated, or interfered with that officer.

Now, the defendant may also be found guilty of assaulting, resisting, or impeding certain officers -- the defendant -- yes, assaulting, resisting, or impeding certain officers as charged in Count 3 by aiding and abetting others in committing this offense.  This is not a separate offense, but merely another way in which the government can prove that the defendant committed this offense in Count 3.

A person may be guilty of an offense if he aided and abetted another person in committing the offense.  A person has aided and abetted another person in committing an offense is often called an accomplice.  The person whom the accomplice aids and abets is known as the principal.  It is not necessary that all the people who committed the crime be caught or identified.  It is sufficient if you find beyond a reasonable doubt that the crime was committed by someone and that the

1    defendant knowingly and intentionally aided and abetted that

2    person in committing the crime.  In order to find the defendant

3    guilty of assaulting, resisting, or impeding certain officers

4    because he aided and abetted others in committing this offense,

5    you must find that the government proved beyond a reasonable

6    doubt the following five requirements:

7            First, that others assaulted, resisted, opposed,

8    impeded, intimidated, or interfered with Officer Eugene Goodman

9    by committing each of the elements of the offense charged as I

10   have already explained to you above.

11           Second, that the defendant knew that assaulting,

12   resisting or impeding certain officers was going to be

13   committed or was being committed by others.

14           Third, that the defendant performed an act or acts in

15   furtherance of the offense.

16           Fourth, that the defendant knowingly performed that

17   act or acts for the purpose of aiding, assisting, soliciting,

18   facilitating, or encouraging others in committing offense of

19   assaulting, resisting, or impeding certain officers and

20           Fifth, that the defendant did that act or acts with

21   the intent that others commit the offense of assaulting

22   resisting or impeding certain officers.

23           To show that the defendant performed an act or acts in

24   furtherance of the offense charged, the government needs to

25   show some affirmative participation by the defendant which at

1    least encouraged others to commit the offense, that is, you

2    must find that the defendant's act or acts did in some way,

3    aid, assist, facilitate, or encourage others to commit the

4    offense.

5          The defendant's act or acts need not further aid,

6    assist, facilitate, or encourage every part or phase of the

7    offense charged.  It is enough if the defendant's act or acts

8    further aided, assisted, facilitated, or encouraged only one or

9    some parts or phases of the offense.  Also, the defendant's

10   acts need not, themselves, be against the law.

11         In deciding whether the defendant had the required

12   knowledge and intent to satisfy the fourth requirement for

13   aiding and abetting, you may consider both direct and

14   circumstantial evidence including the defendant's words and

15   actions and other facts and circumstances.  However, evidence

16   that the defendant merely associated with persons involved in a

17   criminal venture or was merely present or was merely a knowing

18   spectator during the commission of the offense is not enough

19   for you to find the defendant guilty as an aider and abettor.

20         If the offense shows that the defendant knew that the

21   offense was being committed or was about to be committed but

22   does not also prove beyond a reasonable doubt that it was the

23   defendant's intent and purpose to aid, assist, encourage,

24   facilitate, or otherwise associate himself with the offense,

25   you may not find the defendant guilty of assaulting, resisting,

1   or impeding certain officers as an aider and abettor.  The

2   government must prove beyond a reasonable doubt that the

3   defendant in some way participated in the offense committed by

4   others as something the defendant wished to bring about and

5   make succeed.

6          So a defendant may be found guilty of the offense

7   charged in Count 3 if the defendant assaulted, resisted, or

8   impeded certain officers or aided and abetted others in

9   assaulting, resisting, or impeding certain officers.  Each of

10  these two ways of committing the offense is described in the

11  instructions that I have given you.

12         If you find beyond a reasonable doubt that the

13  defendant committed the offense of assaulting, resisting, or

14  impeding certain officers in either of these two ways, you

15  should find the defendant guilty of Count 3 and you need not

16  consider whether he committed the offense of assaulting,

17  resisting, or impeding certain officers in the other way.

18         Count 4 of the indictment charges the defendant with

19  entering or remaining in a restricted building or grounds while

20  carrying a deadly or dangerous weapon, which is a violation of

21  federal law.  I am going to instruct you on this charge and

22  also on the lesser included offense of entering or remaining in

23  a restricted building or grounds.  After I give you the

24  elements of these crimes, I will tell you in what order you

25  should consider them.

1    So in order to find the defendant guilty of entering

2  or remaining in a restricted building or grounds while carrying

3  a deadly or dangerous weapon, you must find that the government

4  proved each of the following elements beyond a reasonable

5  doubt:

6    First, that the defendant entered or remained in a

7  restricted building or grounds without lawful authority to do

8  so.

9    Second, that the defendant did so knowingly and.

10    Third, that the defendant carried a deadly or

11  dangerous weapon during and in relation to the offense.

12    I am also going to instruct you on the lesser included

13  offense of this charge, which is entering or remaining in a

14  restricted building or grounds.  This lesser included offense

15  does not include the deadly or dangerous weapon element.

16    In order to find the defendant guilty of entering or

17  remaining in a restricted building or grounds, you must find

18  that the government proved each of the following elements

19  beyond a reasonable doubt:

20    First, that the defendant entered or remained in a

21  restricted building or grounds without lawful authority to do

22  and

23    Second, that the defendant did so knowingly.

24    Now I am going to instruct you as to the order in

25  which you should consider these offenses.  You should consider

1    first whether the defendant is guilty of entering or remaining

2    in a restricted building or grounds while carrying a deadly or

3    dangerous weapon.  If you find the defendant guilty, do not go

4    on to the other charge.  If you find the defendant not guilty,

5    then go on to consider whether the defendant is guilty of

6    entering or remaining in a restricted building or grounds.

7            And if after making all reasonable efforts to reach a

8    verdict on the charge that includes carrying a deadly and

9    dangerous -- deadly or dangerous weapon, you are not able to do

10   so, you are allowed to consider the lesser included charge.

11           This order will be -- this order of considering the

12   offenses will be reflected in the verdict form that I will be

13   giving you.

14           So now here are some definitions related to Count 4.

15           The term restricted building or grounds means any

16   posted, cordoned off, or otherwise restricted area of a

17   building or grounds where a person protected by the Secret

18   Service is or will be temporarily visiting.

19           The term person protected by the Secret Service

20   includes the Vice President and the immediate family of the

21   Vice President.

22           A person acts knowingly if he realizes what he is

23   doing and is aware of the nature of his conduct and does not

24   act through ignorance, mistake, or accident.

25           In deciding whether the defendant acted knowingly, you

1    may consider all of the evidence including what the defendant

2    did or said.

3            The last element the government must prove beyond a

4    reasonable doubt is that the defendant carried a deadly or

5    dangerous weapon during and in relation to the offense.

6    Whether the object specified in the indictment, that is a

7    knife, is a deadly or dangerous weapon depends on the facts of

8    the particular case.  It is for you to decide on the facts of

9    this case whether the folding knife allegedly carried by the

10   defendant was, in fact, a deadly or dangerous weapon.

11           An object may be considered a deadly or dangerous

12   weapon for one of two reasons.

13           First, an object is a deadly or dangerous weapon if it

14   is inherently or obviously dangerous or deadly.

15           Second, an object is a deadly or dangerous weapon if

16   the object is capable of causing serious bodily injury or death

17   to the another person and the defendant carried it with the

18   intent that it be used in a manner capable of causing serious

19   bodily injury or death.  The defendant need not have actually

20   used the object in that manner.

21           Count 5 of the indictment charges the defendant with

22   disorderly or disruptive conduct in a restricted building or

23   grounds while carrying a deadly or dangerous weapon, which is a

24   violation of federal law.

25           I am going to instruct you on this charge and also,

1  again, on the lesser included offense of disorderly or

2  disruptive conduct in a restricted building or grounds.

3          After I give you the elements of these crimes, once

4  again, I will tell you in what order you should consider them.

5          In order to find the defendant guilty of disorderly or

6  disruptive conduct in a restricted building or grounds while

7  carrying a deadly or dangerous weapon, you must find that the

8  government proved each of the following elements beyond a

9  reasonable doubt:

10         First, that the defendant engaged in disorderly or

11  disruptive conduct in or in proximity to any restricted

12  building or grounds.

13         Second, that the defendant did so knowingly and with

14  the intent to impede or disrupt the orderly conduct of

15  government business or official functions.

16         Third, that the defendant's conduct occurred when or

17  so that his conduct in fact impeded or disrupted the orderly

18  conduct of government business or official functions.

19         And fourth, that the defendant carried a deadly or

20  dangerous weapon during and in relation to the offense.

21         I am also now going to instruct you on the lesser

22  included offense of this charge, which is disorderly or

23  disruptive conduct in a restricted building or grounds.  This

24  lesser included offense does not include the deadly or

25  dangerous weapon element.

1          In order to find the defendant guilty of disorderly or

2    disruptive conduct in a restricted building or grounds, you

3    must find that the government proved each of the following

4    elements beyond a reasonable doubt:

5          First, that the defendant engaged in disorderly or

6    disruptive conduct in or in proximity to any restricted

7    building or grounds.

8          Second, that the defendant did so knowingly and with

9    the intent to impede or disrupt the orderly conduct of

10   government business or official functions and

11         Third, that the defendant's conduct occurred when or

12   so that his conduct in fact impeded or disrupted the orderly

13   conduct of government business or official functions.

14         Now I am going to instruct you as to the order in

15   which you should consider these offenses.

16         You should consider first whether the defendant is

17   guilty of disorderly or disruptive conduct in a restricted

18   building or grounds while carrying a deadly or dangerous

19   weapon.  If you find the defendant guilty, do not go on to the

20   other charge.  If you find the defendant not guilty, go on to

21   consider whether the defendant is guilty of disorderly or

22   disruptive conduct in a restricted building or grounds.  And if

23   after making all reasonable efforts to reach a verdict on the

24   charge that includes carrying a deadly or dangerous weapon you

25   are not able to do so, you are allowed to consider the lesser

1  included charge.

2          Here are some definitions related to Count 5.

3          Disorderly conduct occurs when a person acts in such a

4  manner as to cause another person to be in reasonable fear that

5  a person or property in a person's immediate possession is

6  likely to be harmed or taken, uses words likely to produce

7  violence on the part of others, is unreasonably loud and

8  disruptive under the circumstances, or interferes with another

9  person by jostling against or unnecessarily crowding that

10 person.

11          Disruptive conduct is a disturbance that interrupts an

12 event, activity, or the normal course of a process.

13          The term restricted building or grounds means any

14 posted, cordoned off, or otherwise restricted area of a

15 building or grounds where a person protected by the Secret

16 Service is or will be temporarily visiting.

17          The term person protected by the Secret Service

18 includes the Vice President and the immediate family of the

19 Vice President.

20          A person acts knowingly if he realizes what he is

21 doing and is aware of the nature of his conduct and does not

22 act through ignorance, mistake, or accident.  In deciding

23 whether the defendant acted knowingly, you may consider all of

24 the evidence including what the defendant did or said.

25          The last element the government must prove beyond a

1   reasonable doubt is that the defendant carried a deadly or

2   dangerous weapon during and in relation to the offense.

3          Whether the object specified in the indictment, that

4   is a knife, is a deadly or dangerous weapon depends on the

5   facts of a particular case.  It is for you to decide on the

6   facts of this case whether the folding knife allegedly carried

7   by the defendant was, in fact, a deadly or dangerous weapon.

8          An object may be considered a deadly or dangerous

9   weapon for one of two reasons.

10         First, an object is a deadly or dangerous weapon if it

11   is inherently or obviously dangerous or deadly.

12         Second, an object is a deadly or dangerous weapon if

13   the object is capable of causing serious bodily injury or death

14   to another person and the defendant carried it with the intent

15   that it be used in a manner capable of causing serious bodily

16   injury or death.  The defendant need not have actually used the

17   object in that manner.

18         We are almost there, folks.

19         Count 6 of the indictment charges the defendant with

20   violent entry and disorderly and disruptive conduct in a

21   Capitol Building, which is a violation of federal law.

22         In order to find the defendant guilty of this offense,

23   you must find that the government proved each of the following

24   elements beyond a reasonable doubt:

25         First, that the defendant engaged in disorderly or

1   disruptive conduct in any of the United States Capitol

2   buildings.

3          Second, that the defendant did so with the intent to

4   impede, disrupt, or disturb the orderly conduct of a session of

5   Congress of either house of Congress and

6          Third, that the defendant acted willfully and

7   knowingly.

8          The term United States Capitol buildings includes the

9   United States Capitol located at First Street Southeast in

10  Washington, D.C.

11         Disorderly conduct occurs when a person acts in a

12  manner as to cause another person to be in reasonable fear that

13  a person or property in a person's immediate possession is

14  likely to be harmed or taken, uses words likely to produce

15  violence on the part of others, is unreasonably loud or

16  disruptive under the circumstances, or interferes with another

17  person by jostling against or unnecessarily crowding that

18  person.

19         Disruptive conduct is a disturbance that interrupts an

20  event, activity, or the normal course of a process.

21         The orderly conduct of a session of Congress or either

22  house of Congress includes all the actions of the joint session

23  of Congress convened on January 6, 2021 to certify the

24  Electoral College vote from the 2020 presidential election.

25         A person acts willfully if he acts with the intent to

do something that the law forbids, that is, to disobey or
disregard the raw.

Willfully does not, however, require proof that the
defendant be aware of the specific law or rule that his conduct
may be violating.

A person acts knowingly if he realizes what he is
doing and is aware of the nature of his conduct and does not
act through ignorance, mistake, or accident.  In deciding
whether the defendant acted knowingly, you may consider all of
the evidence including what the defendant did or said.

Count 7 of the indictment charges the defendant with
parading, demonstrating, or picketing in a Capitol Building,
which is a violation of federal law.  In order to find the
defendant guilty of this offenses, you must find that the
government proved each of the following elements beyond a
reasonable doubt:

First, that the defendant paraded, demonstrated, or
picketed in any of the United States Capitol buildings.

Second, that the defendant acted willfully and
knowingly.

The terms parade and picket have their ordinary
meanings.  The term demonstrate refers to conduct that would
disrupt the orderly business of Congress by, for example,
impeding or obstructing passageways, hearings or meetings but
does not include activities such as quiet praying.

1          The term United States Capitol buildings includes the

2   United States Capitol located at First street Southeast in

3   Washington, D.C.

4          A person acts willfully if he acts with the intent to

5   do something the law forbids, that is, to disobey or disregard

6   the law.  Willfully does not, however, require proof the

7   defendant be aware of the specific law or rule that his conduct

8   may be violating.

9          A person acts knowingly if he realizes what he is

10  doing and is aware of the nature of his conduct and does not

11  act through ignorance, mistake, or accident.  In deciding

12  whether the defendant acted knowingly, you may consider all of

13  the evidence including what the defendant did or said.

14         All right.  Each count of the indictment charges a

15  separate offense.  You should consider each offense and the

16  evidence which applies to it separately, and you should return

17  separate verdicts as to each count.  The fact that you may find

18  the defendant guilty or not guilty on any one count of the

19  indictment should not influence your verdict with respect to

20  any other count of the indictment.  At any time during your

21  deliberations, you may return your verdict of guilty or not

22  guilty with respect to any count.

23         During the course of trial, a number of exhibits were

24  admitted in evidence.  Sometimes only portions of an exhibit

25  were admitted such as portions of a longer video, a document

1    with some words or pictures blacked out or otherwise removed,

2    or a video played without audio.  There are a variety of

3    reasons why only a portion of an exhibit is admitted including

4    that the other portions are inadmissible or implicate an

5    individual's privacy.

6         As you examine the exhibits and you see or hear

7    portions where there appear to be omissions, you should

8    consider only the portions that were admitted.  You should not

9    guess as to what has been taken out or why, and you should not

10   hold it against either party.  You are to decide the facts only

11   from the evidence that is before you.

12        The question of possible punishment of the defendant

13   in the event of a conviction is not a concern of yours and

14   should not enter into or influence your deliberations in any

15   way.  The duty of imposing sentence in the event of a

16   conviction rests exclusively with me.  Your verdict should be

17   based solely on the evidence in this case, and you should not

18   consider the matter of punishment at all.

19        All right.  We will now proceed to the closing

20   statements.  But given that that took a little bit, we are

21   going to take a break especially for the members of the jury

22   and the court reporter.  It's now 10:25.  Let's take a

23   ten-minute break and be back here at 10:35 at which time we

24   will hear the closing statements.

25        (A recess was taken at 10:25 a.m.)

1           THE COURTROOM DEPUTY:  Your Honor, we are back on the

2    record in Criminal Matter 21-6, United States of America versus

3    Douglas Austin Jensen.

4           THE COURT:  All right.  Welcome back, ladies and

5    gentlemen of the jury.  I will recognize the government now for

6    its closing.

7           MS. MIRELL:  Thank you, Your Honor.

8           Doug Jensen would not be stopped on January 6 until he

9    got what he came for, and that was to stop the peaceful

10   transfer of power, to stop the certification of the Electoral

11   College vote.  Every barrier he encountered that day, he was

12   ready to topple.

13          The bike rack barricades, those didn't stop him.

14   Visible clouds of pepper spray, he inhaled that like it was

15   oxygen.  Police lines, that certainly didn't deter him.  A

16   20-foot stone wall, he scaled that with ease.  Locked doors and

17   windows.  He took a front row seat to the action so that he

18   could watch his fellow rioters use stolen police shields to

19   shatter these windows.  Let's watch that.

20          We are not going to watch that.  One moment.  We

21   tested this just before.

22          (The videotape was played.)

23          MS. MIRELL:  And then, of course, he, himself, decided

24   to jump through that window.  And what about the site of a lone

25   United States Capitol Police officer with his hand on his

service weapon, what effect did that have on the defendant?  Go ahead and shoot, do what you need to do.  That's what the defendant said.  The defendant was not going to be stopped.

Members of the jury, this is the man who Officer Eugene Goodman encountered alone on January 6, the man who had already toppled police lines, a man who was willing to be pepper-sprayed, who was willing to be shot, a man who consistently refused to obey police commands, a man who was willing to risk his life to scale a 20-foot cement wall, a man who was eager and excited about climbing through shattered glass into the United States Capitol Building.

So what was going through Officer Goodman's mind when he saw Doug Jensen?  Here he is alone.  No other officers in sight.  In fact, as he told you in this courtroom, the last time he saw officers who were available to help him was upstairs near the Rotunda halfway across the building at least a football field away.

Alone he stands facing down this angry mob.  And when he looks at the mob, what does he see?  First thing he sees is a man carrying a Confederate flag and he's using that Confederate flag to jab Officer Goodman.  Next thing he sees is a man shirtless with horns carrying a 6-foot metal pole like a spear, sharpened tip on top.

As he stood there, he couldn't know for certain who in this mob was armed, but he knew from his personal experience

1  just minutes prior that at least some of these rioters were

2  carrying bear spray, and he could only imagine what the rest of

3  them had hidden in their pockets or bags.

4          And what does Officer Goodman hear the mob shouting at

5  this point?  He hears them shouting, What are you going to do?

6  You're all alone.

7          What else does he hear?

8          (The videotape was played.)

9          MS. MIRELL:  Where they counting the votes.  He knows

10 they are after the Senators who are directly above him at that

11 point.

12         By this point, of course, Officer Goodman knew from

13 his personal experience what violence these rioters were

14 capable of.  He came in this courtroom, he sat right there, and

15 he told you that just minutes prior to this incident, he was

16 outside on the West Front near the northwest stairs getting

17 pepper-sprayed -- bear-sprayed actually, directly in the face.

18 He told you that he got hit in the head by an unknown object

19 and that as he was trying to get rioters off the scaffolding,

20 he could feel the scaffolding swaying as rioters were trying to

21 shake him off.

22         He told you that outside was like two massive opposing

23 forces clashing against one another, fighting, punching,

24 shoving, pushing, yelling, screaming.  Those were just some of

25 the words he used to describe the nightmare that he was

experiencing just minutes before he encountered the defendant
inside the Capitol.

So when Officer Goodman encountered the defendant on
January 6 alone with no backup, this experience being outside
is what he had in the back of his head -- actually at the front
of his mind really, that and he knew he had no baton, he had no
more pepper spray, and he had no backup.

He knew he had a service weapon, but he didn't want to
use it.  You heard Officer Goodman tell you that on that day,
there was no out but other than the stairs.  And that's because
that gold door right behind him, that's an elevator.  To his
left is a kitchen.  But that became the emergency evacuation
route for the Senate.

He couldn't see directly across the hallway from him
because the mob was blocking his view, but if he could, he
would have seen Senators evacuating from the building.

There was no out other than those stairs.  So as
Officer Goodman began backing up alone to grab his baton, he
feared for his life.  He was outnumbered.  In his words, I felt
like they were going to rush me at any time.  He was worried
that he would be engulfed by the mob and that they would just
do whatever they chose.  He was worried that they would just
have their way with him.

Officer Goodman didn't know how many rioters had
entered the building, he didn't know if he would find backup,

1    and he didn't know if his radio calls would go through.  As you

2    heard from nearly every Capitol Police officer who came and

3    testified in this trial, the radio that day was pure chaos.

4          All Officer Goodman could do was walk backwards,

5    afraid to turn his back to this mob, to the defendant, so that

6    he could retrieve his baton and try to create distance.  And as

7    he ran up those stairs, the only thing you could hear him

8    saying was, Back up, back up.

9          But the mob, the mob led by the defendant, did not

10   back up.  Instead, the mob with the defendant as its leader

11   chased him two steps at a time backing down -- not backing down

12   when Officer Goodman raised his baton.  He did not back down

13   when Officer Goodman told them to back up.

14         It's this context that you should have in mind when

15   you watch the video.  You have seen it several times now during

16   this trial, but this is your first time watching it with all

17   the facts and with a full understanding and appreciation for

18   just how dangerous this situation was and how deadly it really

19   could have been.

20         (The videotape was played.)

21         MS. MIRELL:  Members of the jury, what you just

22   watched, that was not a game of follow the leader.  That was

23   Officer Goodman in survival mode.  Nothing about that was

24   peaceful.  Nothing about that was light-hearted.  Nothing about

25   that was innocent.  Everything about that was threatening to

Officer Goodman and to all of the United States Capitol Police
officers on that line.

As you know from the testimony that you heard in this
trial, it was by no means inevitable that Officer Goodman was
going to find backup in the Ohio Clock corridor.  Some officers
like Inspector Loyd just happened to be in the right place at
the right time.  Others like Officer Morgan came running to the
second floor when they miraculously heard Goodman's panicked
shout, second floor, second floor, as he was being chased up
the stairs.

Those Capitol police officers who came to Officer
Goodman's aid inside that corridor, they too hear Jensen.
Jensen was the rioter who would not back down.  Jensen is the
one telling the officers, the officers, to move back.

Just take a step back and think about all this just
for one second.  Jensen has broken into the United States
Capitol Building on the day that Congress is supposed to be
certifying the votes of the 2020 presidential election, a
time-honored and sacred tradition of our country.  Peaceful
transfer of power, plain and simple.

On the other side of that wall that you see on the
left side of your screen is the entire United States Senate and
the Vice President of the United States.  And they are huddling
there for safety trying to figure out a way to survive this
situation.  They are hearing what's going on inside that

hallway.  And Jensen, who has just scaled a retaining wall to the Capitol Building, who has climbed through shattered glass and chased a Capitol Police officer up a flight of stairs right next to the Senate chamber, he is the one yelling at officers to back up.

If it wasn't all recorded from at least ten different angles, it would be pretty hard to believe, but here we are. So let's go back to this Ohio Clock corridor.  You heard from Inspector Loyd during this trial.  He's the man staring the defendant directly in the eyes here.  Inspector Loyd, he commands about 350 Capitol police officers.  It's a big deal. It tells you something about how dire the circumstances were that day, when an officer of that rank has to go to the front lines and engage in hand-to-hand combat with armed rioters.

Inspector Loyd characterized Doug Jensen as the leader of the mob.  Jensen's body language, standing his ground, and his tone, his commands, suggested to Inspector Loyd that Jensen knew he had a lot more muscle behind him than I did.

From the very beginning when Jensen first saw Officer Goodman, he knew he had the mob behind him, he knew he had the numbers, and he wanted to weaponize that mob.

Take a look at this video that I am about to show you. And I want you to look closely as Jensen checks over his right shoulder looking at the mob urging them forward.  He is weaponizing that mob.

1          (The videotape was played.)

2          MS. MIRELL:  He knows they are there.  He knows they

3    will support him.  He is weaponizing them as he did downstairs

4    with Officer Goodman.

5          Inspector Loyd also testified about the conversation

6    that he recalls having with the defendant.  The defendant told

7    him to go arrest the Vice President.  But that wasn't all the

8    defendant told him.  The defendant also told Inspector Loyd to

9    surrender the building.  Jensen didn't want Inspector Loyd to

10   do his job.  He wanted the inspector to cede control of the

11   entire United States Capitol to Jensen.

12         You also heard from United States Police Officer Brian

13   Morgan.  He's the history buff.  He is the one who told you

14   that he was particularly affected by seeing a Confederate flag

15   inside the Ohio Clock corridor because he knew that during the

16   Civil War, that area of the Capitol was used as a hospital for

17   union soldiers.

18         Officer Morgan has known Eugene Goodman for over ten

19   years.  He knew that Officer Goodman was in the army and had

20   served a combat tour in Iraq.  Officer Morgan knew Goodman as

21   even-tempered, someone who doesn't get panicked or easily

22   rattled.  But on that day, Officer Morgan heard panic for the

23   first time in Goodman's voice.

24         Officer Morgan heard Goodman yell, Second floor, while

25   Goodman was being chased by the defendant.

1          Now, Officer Goodman –– I'm sorry, Officer Morgan ends

2     up joining the police line in the Ohio Clock corridor.  And he

3     told you that he had to assume everyone in that hallway was

4     armed because he heard the shattering glass.  He knew not one

5     of them had gone through security.  He had no idea what was in

6     their bags.  He had no idea what was in their pockets.

7          Officer Morgan also told you that he felt so

8     threatened in particular by the defendant that he wanted to,

9     quote, step up in case he had to go hands on.  So he deployed

10    his baton, which is what you are seeing here.

11         Unlike Officer Goodman, though, Officer Morgan had not

12    gone outside to the West Terrace that day.  He hadn't seen the

13    carnage there.  He hadn't been pepper-sprayed directly in the

14    face on the northwest stairs.  He hadn't experienced all of the

15    violence and vitriol that Officer Goodman had.  And yet he felt

16    threatened enough to deploy his baton even while he was

17    standing side by side with his inspector.

18         As Officer Morgan explained to you, once he deployed

19    that baton, the defendant told him that he would, quote, one up

20    him.  And Officer Morgan, fearful of this defendant, believed

21    that he needed to give the defendant a peace offering.  I will

22    put my weapon away, so you don't have to take yours out.

23         So Officer Morgan, he took a knee to show the

24    defendant he was holding up his side of the bargain.  In fact,

25    he had to placate the defendant, reassure him, we're good,

1   we're good.

2          Standing directly across from the defendant, Officer

3   Morgan also learned a little bit about why the defendant was

4   there that day, what he really wanted.  Yes, the defendant

5   wanted to arrest the Vice President, but the defendant also

6   told Officer Morgan that storming in there right into the

7   chamber directly behind Officer Morgan's right shoulder in this

8   photo, that was the end product.

9          Officer Morgan also told you about an eerie incident

10  inside that hallway, the Ohio Clock corridor, when one of the

11  rioters sprayed a fire extinguisher.  And you saw that in this

12  trial.  He said everyone else, officers included, were gagging,

13  coughing, eyes burning.

14         You saw a video of this incident, and you could hear

15  police shouting stand back, we don't know what this is.  But

16  not even the threat of an unknown toxin would stop this

17  defendant from advancing forward.  That's why Officer Morgan

18  described this photograph, this incident, as an episode from

19  The Walking Dead.

20         Finally, Officer Morgan told you about his

21  interactions with the defendant near Senator Schumer's office,

22  steps away from the actual evacuation route that day.

23         And what did the defendant say at that point after

24  he's already broken past at least three police lines?  What

25  happens if we push?  Do you back up?

Jensen had to be escorted out of the Capitol Building at this point.  That wasn't enough for him.  He came back a second time, and this time to the east Rotunda doors.  And once again, he deliberately positioned himself at the front of the mob.  It is not a coincidence that we find Doug Jensen in all these hot spots where all the action is happening.  He wanted to be there and he put himself there.  It was not a mistake. It's not an accident.

He fought his way through this crowd to get to the doors with the broken windows.  Then he fought his way through this crowd to get inside the Rotunda.  And then he put up his last fight, this time against MPD Officer Paul Weiss and other MPD officers in the Rotunda, and he kept fighting until he was finally escorted by a small cadre of MPD police officers.  He was one of the last to leave.

The defendant entered the Capitol grounds by 2:02 p.m., and he didn't leave until at least 3:30.  He spent an hour and a half threatening, obstructing, resisting opposing intimidating, assaulting, and interfering with all officers that day, but especially Officer Eugene Goodman.

Now we are at the point of this presentation where we get to talk about the law.  My goal today is to make it as simple as possible.  As you all know, the only person in this courtroom who can tell you what the law is is Judge Kelly. What he says always controls.  But I am going to do my best to

1    cut through this legal jargon and tell you in plain English why

2    this defendant is guilty beyond a reasonable doubt of each and

3    every one of the seven counts that he is charged with.

4            Now, in order to streamline this and make it as simple

5    as possible, I am actually going to take the counts a little

6    bit out of order, which means I want to start Count 3, which

7    charges the defendant with assaulting, resisting, opposing,

8    impeding, intimidating, or interfering with Officer Goodman.

9            There's five elements here, and I want to focus on the

10   first two for now.

11           What are we talking about when we are talking about

12   Jensen's assault of Officer Goodman?

13           Well, we are talking about this.  From the moment

14   Jensen confronts him on the first floor, the moment that he

15   tells Officer Goodman that even if he shot, that wouldn't stop

16   him, to the moment he starts chasing him two steps at a time

17   menacing him up that staircase.  He's shaking his head the

18   whole time.  He's not going to comply with Officer Goodman.

19   This is the assault, members of the jury.  This is the assault,

20   members of the jury.

21           You saw that the defendant does not lay a hand on

22   Officer Goodman.  But, members of the jury, there does not need

23   to be physical contact in order for there to be an assault.

24   And I want you to look at the language that Judge Kelly

25   actually just read to you.  He defines the term assault as any

intentional attempt or threat to inflict injury upon someone
else when coupled with an apparent present ability to do so.
Nowhere in this definition do you see a requirement of physical
contact.

Now, you do see a requirement of forcibly, so let's
talking about that requirement of forcibly.

Forcibly.  The defendant acted forcibly if he used
force, attempted to use force, or threatened to use force
against the officer.  Again, no requirement for are physical
contact, just a threat to use force.

Now, of course this defendant presented a threat of
physical force and a threat of injury.  And how do you know
that?  Because Officer Goodman told you so.  I felt like they
were going to rush me at any time.  He felt like the crowd was
going to engulf him, that they could do whatever they chose to
him, and that they would just have their way.

And who was leading that mob that Officer Goodman is
describing there?  It was the defendant.  But, again, the
defendant wasn't just leading the mob, he was weaponizing it.
His body language, his tone, his open defiance of Officer
Goodman's Commands, his conduct, all point to the fact that he
knew he had the numbers and he was willing to use them.

In Inspector Loyd's words, he knew he had the muscle
and he was willing to use it.  In Officer Goodman's words, he
was forceful, trying to get us to back up.

1    All of this combined, Jensen's threatening and

2    menacing pursuit, his accosting of Officer Goodman, his

3    disobedience, his willingness to be shot, his commands to move

4    back, that all presented a threat of physical force to Officer

5    Goodman.

6    It is important when you are evaluating this count

7    that you consider what a reasonable officer in Officer

8    Goodman's shoes would have felt that day, an officer who had

9    physically battled with armed rioters outside the Capitol for

10   over an hour, who knew just what kind of violence that they

11   were capable of and what physical threat that they had already

12   posed to him.

13   You have to evaluate this count from the standpoint of

14   a reasonable officer who just vomited after being bear-sprayed

15   directly in the face.  You have to evaluate this assault from

16   the standpoint of a reasonable officer who knows that the same

17   people he's seeing inside that small, narrow hallway had just

18   broken into the United States Capitol with stolen shields.

19   What would that officer feel when he is all alone, no

20   other officers in sight, when he encounters the defendant?  He

21   would feel threatened.  He would feel like the possibility of

22   physical injury is imminent.  That's the assault, members of

23   the jury.

24   Now, even if you don't agree that there was an

25   assault, I want to remind you that there are actually six

1    different verbs in this statute.  There is the assault, yes,

2    but there's also that the defendant forcibly resisted, opposed,

3    impeded, intimidated, or interfered with Officer Goodman.  In

4    this case, he did them all, shaking his head, disobeying,

5    talking back, chasing an officer.  Use your common sense.  He's

6    done those all.

7            So that satisfies the first three elements of this

8    count.  The verbs up there, forcibly.  We know what he was

9    doing up there was voluntary.  No one forced him in.  We know

10   he was intentional about this.

11           Let's talk about Officer Goodman being engaged in his

12   official duties.  And, actually, this one is pretty easy

13   because Judge Kelly instructed you the fact that he was engaged

14   in his official duties when he was protecting the United States

15   Capitol that day.  Done.

16           The last one we have to show is that Jensen committed

17   this assaulting, resisting, opposing, impeding, intimidating,

18   or interfering, as he was doing that, that he intended to

19   commit another felony.

20           Let's talk about those other felonies that he intended

21   to commit.

22           The first other felony that he intended to commit as

23   he was assaulting Officer Goodman is the felony charged in

24   Count 1, and that's interfering with Officer Goodman.  The only

25   new thing in this element that the government needs to prove,

and blue by the way indicates proven, is that Officer Goodman
was performing his duties during a civil disorder and that this
civil disorder had an adverse effect on commerce or a federally
protected function.

Judge Kelly has provided you with the definition of
civil disorder.  Put simply, it's a public disturbance that
involves acts of violence committed by three or more people
which causes an immediate danger of injury or damage to person
or property or that might actually damage people or property.

This is civil disorder (indicating).  This is civil
disorder.  This is civil disorder.  This will civil disorder.
And this is surely civil disorder.  Civil disorder has been
met.

Finally, the last element is that the civil disorder
adversely affected a federally protected function or commerce.
So let's start with the federally protected function.
Actually, here we have a stipulation between the parties.  We
agree that there's two federally protected functions in this
case.  The first is the Capitol Police's protection of the
building, and the second is the Secret Service's ability to
protect the Vice President and the immediate members of the
Vice President's family.

We have been talking this entire time about the
interference and disruption of Capitol Police's protection of
the building.  You know that one.  How about the Vice

1    President, disruption of Secret Service's ability to protect

2    the Vice President?  You heard from Special Agent Elizabeth

3    Glavey.  She was the site agent that day.  She was the lead

4    agent.  She was responsible for the Vice President's safety

5    that day.  She told you she had never had a protectee come that

6    close to danger.  Let's hear the panic in her voice again.

7              (The videotape was played.)

8              MS. MIRELL:  You heard from Special Agent Glavey how

9    the Vice President and his family had to be evacuated to a

10   secure location on the Capitol grounds and how that was never

11   part of the plan.

12             Finally, you heard about how this civil disorder

13   affected the residents of Washington, D.C.  You saw Mayor

14   Bowser's curfew order.  And you heard testimony about how

15   Safeway, the grocery store, had to close early as a result of

16   this curfew order.  And as a result of having to close early,

17   Safeway, they lost revenue.  And you also heard that Safeway is

18   a business that operates in interstate commerce.  They receive

19   their shipments from Lancaster, Pennsylvania.  That's Count 1.

20             Okay.  Let's talk about the other felony that the

21   defendant intended to commit when he assaulted, resisted,

22   opposed, impeded, intimidated, and interfered with Officer

23   Goodman.  That's Count 2, obstruction of an official

24   proceeding.

25             Now, Judge Kelly has told you that the official

proceeding on January 6 was the joint session.  Probably

doesn't come to a surprise to you at this point.  And you heard

all about how the proceeding that day had to be stopped.

In fact, you saw footage of Officer Gazelle personally

banging the Senate into order to try to instruct them about

their lockdown procedures, keep them safe, figure out the

escape plan.

And you know that the defendant directly contributed

to this obstruction because Officer Gazelle told you that he

could hear the rioters outside at 2:16 p.m.  He could hear

this.  And he told you there was no way that the Senate was

ever going to walk down -- out that door all the way down to

the House Chamber with rioters, armed rioters, inside that

hallway calling their names.

So the next question is how do you know that the

defendant intended to obstruct this proceeding, the joint

session.  Let's just look at what he said.

His friend Wyatt Woods tells him that the joint

session has been certified, all electoral votes as is.

Defendant, that's all about to change, winky face.

Then when he got to the Capitol, as he was deciding

whether to go in, what does he hear?  He hears, Lock em up.  In

other words, lock up those members of Congress, stop those

proceedings.

When he confronts Officer Goodman, chasing him up the

stairs, what is the defendant hearing, Where are they counting the votes at.

Finally, when he gets to the Ohio Clock corridor, he orders Inspector Loyd to go arrest the Vice President.  And in case you had any doubts about his intent that day, he says it again.  You guys should be out arresting the Vice President right now, and you know it.

Members of the jury, the natural and probable consequence of storming the Capitol while Congress is in session and arresting the Vice President as the defendant intended to do is to stop the proceedings.  After all, if the Vice President is arrested, the man who is supposed to be presiding over this joint session which you read about in those statutes, then the proceedings literally cannot go forward, they are obstructed.

So the last element here for you to consider is that the defendant acted corruptly.  That's just a fancy way of saying that the defendant used unlawful means or had an unlawful purpose when he acted to impede the certification, the joint session, and that he was aware that what he was doing was wrong.

Defendant knew what he was doing was wrong.  At least he knew it here.  If he didn't know it when he was scaling the wall, he definitely knew it here.  This is the defendant using unlawful means, having an unlawful purpose.  He's acting

1    corruptly.  Count 2 is met.

2           Now, before I move on to Counts 4 through 7, I just

3    want to draw your attention to some special instructions Judge

4    Kelly gave you with respect to Counts 1 and 3.  Judge Kelly

5    instructed you there are multiple ways to find the defendant

6    guilty of Counts 1 through 3.  For Counts 1 and 2, there was a

7    mention of attempt.  And for Counts 2 and 3, there was a

8    mention of aiding and abetting.  These are just additional ways

9    that you can find the defendant guilty of the crimes charged.

10          So let's talk about the attempt as it pertains to

11   Count 1, for example.  And that's the count obstructing Officer

12   Goodman during a civil disorder.

13          You could either find that the defendant committed the

14   crime of obstructing Officer Goodman during a civil disorder or

15   you could find that the defendant attempted to obstruct

16   officers during a civil disorder, that is, that he intended to

17   commit this crime, and that he took a substantial step, in this

18   case he took them two steps at a time, to commit that crime.

19          For aiding and abetting, again, that's another way to

20   find the defendant guilty of the crime charged.  Consider, for

21   example, Count 2.  That's the obstruction of an official

22   proceeding.

23          You can either find that the defendant committed the

24   crime of obstructing an official proceeding, or you can find

25   that he aided and abetted others in committing that crime.  And

1   that just means that other people obstructed an official

2   proceeding, that the defendant knew that other people were

3   going to be committing that crime, he did something to

4   facilitate or encourage them such as leading them up to the

5   Senate Chamber, and he did that with the intent that they go

6   commit the crime.

7          So leading a mob that you know wants to stop the vote

8   further inside the Capitol, that's aiding and abetting.

9          Again, multiple ways to find guilt for these counts.

10  You need not consider them, but they are available to you.

11         Let's move quickly to Counts 4 and 5 which both deal

12  with being in a restricted area while armed.  Count 4 charges

13  the defendant with entering or remaining insides a restricted

14  area with a knife.  So first let's talk about the restricted

15  area.  Inspector Loyd told you the red line on this map was the

16  restricted perimeter the day of January 6.  It was cordoned off

17  with bike racks, and you saw those signs that said area closed.

18         And it was a place, the grounds as well as the

19  building itself, was a place that the Vice President would be

20  visiting that day.  In fact, he was there from about 12:00-ish

21  onward until 4:00 a.m. the next day.

22         So that takes care of the restricted area.  Now, we

23  also have to show that the defendant knowingly entered and

24  remained in this restricted area, not only did he photograph a

25  fallen bike rack in the restricted area, but he also texted his

friend Wyatt Woods.  We broke the fence down at the white

house.  Of course he meant the Capitol, and you saw him correct

that later.

There is no dispute here between the parties.  Doug
Jensen had in his possession on January 6 that knife.  And how
do you know that this knife is a deadly or dangerous weapon?
Members of the jury, use your common sense.  That's a
three-inch blade.  But also, is that knife capable of
inflicting serious bodily injury?  Is that knife capable of
inflicting death?  Why else do you carry that kind of knife
inside the United States Capitol Building.

The government has satisfied all the elements of
Count 4 there.

Let's go to Count 5.  We've already put in blue
Nos. 2, 3 and 4 because we just established those.  So let's
talk about disorderly or disruptive conduct with the intent to
impede and that actually does impede official functions.

We have talked a lot about this with respect to
Count 2, what the defendant did and what his intent was with

friend Wyatt Woods.  We broke the fence down at the white

house.  Of course he meant the Capitol, and you saw him correct

that later.

And then, of course, there's the smashing of the

windows.  Probably knows that the area is restricted, that you

are not supposed to be there at that point.

Last we have to prove that the defendant had a deadly

or dangerous weapon.  In this case that's the knife that

Special Agent Johnson displayed to all of you.

There is no dispute here between the parties.  Doug

Jensen had in his possession on January 6 that knife.  And how

do you know that this knife is a deadly or dangerous weapon?

Members of the jury, use your common sense.  That's a

three-inch blade.  But also, is that knife capable of

inflicting serious bodily injury?  Is that knife capable of

inflicting death?  Why else do you carry that kind of knife

inside the United States Capitol Building.

The government has satisfied all the elements of

Count 4 there.

Let's go to Count 5.  We've already put in blue

Nos. 2, 3 and 4 because we just established those.  So let's

talk about disorderly or disruptive conduct with the intent to

impede and that actually does impede official functions.

We have talked a lot about this with respect to

Count 2, what the defendant did and what his intent was with

 1   respect to the certification proceedings.

 2           We know that he intended to stop the certification by

 3   arresting Mike Pence.  That's done.  The only thing left -- I'm

 4   sorry.

 5           I'm sorry.  I got confused on that one.

 6           Disorderly, disruptive conduct.  The defendant is

 7   being unreasonably -- Judge Kelly defined disorderly,

 8   disruptive conduct as unreasonably loud and disruptive under

 9   the circumstances.  That's what you are seeing here.  That

10   impedes Congress from doing its job.

11           Let's move on to Counts 6 and 7.  Those both charge

12   the defendant certain types of conduct inside the Capitol

13   Building.

14           Count 6 charges the defendant with disorderly conduct

15   inside the Capitol.  Again, what I said before, disorderly,

16   disruptive conduct in the Capitol, intent to impede Congress,

17   that's what we have been talking about this whole time.

18           Now, only thing new here is willfully and knowingly.

19   That just means that the defendant knew he was doing something

20   that the law forbids and that he was aware of what he was

21   doing.  The defendant knew what he was doing.  He was doing

22   something that the law forbids when he jumped through a

23   shattered glass window at the Capitol Building.  There's no

24   question he knew what he was doing.

25           Count of is satisfied, proven beyond a reasonable

1   doubt.

2          Let's move on now to our last count, Count 7,

3   demonstrating inside the Capitol.

4          Judge Kelly instructed you that to demonstrate is to

5   do something that would disrupt Congress, say for example, by

6   impeding a hearing or by obstructing a passageway.  The conduct

7   screaming inside the Ohio Clock corridor, the conduct of

8   literally blocking the passageway in front of Officer Goodman,

9   that all counts.

10          Count 7 has also been satisfied.

11          Doug Jensen was proud of himself on January 6.  He

12   took selfies touching the retaining wall of the Capitol.  He

13   celebrated once he finished scaling that retaining wall.  He

14   took a selfie with a stolen police cap.  And the next morning

15   he was still proud of himself.  He posted a picture of himself

16   standing up to Inspector Loyd to his Twitter, and he captioned

17   it me.  That was publicly available.  And his conversation with

18   his wife, sent her the screen shot where he is featured

19   prominently in a news article about how you see the Capitol

20   forced to lock down.  He even told his friend Rob that he was a

21   hero to the military and the Capitol Police.

22          Members of the jury, there were heros at the Capitol

23   on January 6.  Doug Jensen was not one of them.  The defendant

24   is guilty of all seven counts.

25          THE COURT:  Just for the court reporter, I am going to

1   ask that we take another ten-minute break.  So, ladies and

2   gentlemen of the jury -- actually, Ms. Harris, will you excuse

3   them.  I want to talk to the lawyers about something before we

4   hear the defendant's closing argument.  Would you excuse the

5   ladies and gentlemen of the jury.

6          (The jury exited the courtroom at 11:29 a.m.)

7          THE COURT:  All right.  Everyone may be seated.  This

8   is partly -- we will have a brief break because I do want to

9   give the court reporter a chance to rest, but also I did -- I

10  have done some more thinking about the exchange we had before.

11  And, Mr. Davis, I don't want to -- I want to the try to

12  minimize the possibility of there being objection during your

13  closing, so I thought if you want to preview -- I had a chance

14  to look at the transcript and where this comes up.  If you want

15  to the preview what you plan to argue, perhaps we can avoid an

16  objection in the middle of your closing.

17         MR. DAVIS:  I don't think there will be an objection,

18  Your Honor.

19         THE COURT:  All right.  Ms. Allen, do you think that's

20  right?  I mean, you know, I think, as I look at it, a few

21  things about his political beliefs did come in through some of

22  the social media the government introduced, so I think that's

23  fair game, anything that was in there is fair game.

24         I don't -- you know, as I looked at the cross of the

25  agent, I don't think anything about QAnon -- I mean, he's

```
1    wearing a T-shirt, so if you want to argue -- it seems to me if
2    you are going to say he was an adherent to that, I don't think
3    the government would object to that, and I don't think there
4    would be basis to sustain that objection.
5         I don't know that there's much more about the content
6    in the record about the storm or whatever else they are
7    connecting QAnon to any particular belief, but if it's just
8    some of those political beliefs that are reflected in what the
9    government admitted through his social media and the fact that
10   he was a QAnon adherent -- I see the government indicating they
11   don't think they will object.
12        If that's all it is, then I think that's fine.  I
13   wanted to minimize the chance that you would be interrupted
14   during your closing.  Is that --
15        MR. DAVIS:  That's pretty consistent with what I am
16   thinking, Your Honor.
17        THE COURT:  All right.  Very well.  Let's take ten
18   minutes, and we will hear -- we will come back.
19        Ms. Harris we can bring the jury in before me, and we
20   will hear from defense closing.
21        (A recess was taken at 11:31 a.m.)
22        (The jury entered the courtroom at 11:45 a.m.)
23        THE COURT:  Welcome back, ladies and gentlemen.
24        THE COURTROOM DEPUTY:  We are back on the record in
25   Criminal Matter 21-6, United States of America versus Douglas
```

 1    Austin Jensen.

 2          THE COURT:  Welcome back, ladies and gentlemen.  We

 3    will recognize now the defense for their closing argument.

 4          MR. DAVIS:  Thank you, Your Honor.  My colleagues, my

 5    capable colleagues, I might add -- and before we get to what I

 6    would like to say, I would like to point out that we are on

 7    schedule as promised.  We had hoped to get you out of here by

 8    Friday or at least get the case to you by Friday, and here we

 9    are.

10          One thing I would like to bring to your attention

11    right off the bat, if I say something that's inconsistent with

12    your memory, your memory controls.  One side benefit of aging

13    is not your memory.  I can tell you that right now.  And I'm

14    not young, and I'm older than I look, or maybe not.

15          The pandemic did weird things to us.  It did weird

16    things to everybody.  Think back to January of 2021.  This is

17    before the vaccines were out.  Think back eight months prior to

18    that looking out your window wherever you were.  If you were in

19    the middle of the city, it was a ghost town.  You are seeing

20    images on TV about emergency rooms piling up corpses.  It did

21    very strange things to people.

22          And apparently Mr. Jensen was one of them.

23    Government's Exhibit 311, which is up on your screen, is what

24    he showed up in Washington with, a T-shirt announcing Q.  Trust

25    the plan.  Where we go one, we go all.

1          Now, it wasn't under his sweatshirt.  It was over his

2    sweat shirt.  And he had it on two days afterwards when he

3    walked to the police station to turn himself in.

4          First of all, let's kind of play out the playing field

5    here, what the burdens are.  The defense has no burden

6    whatsoever.  The United States has the burden to prove this

7    case beyond a reasonable doubt, each and every element.

8    Mr. Jensen has no obligation to present any evidence

9    whatsoever.  That's the way our system operates, and that's the

10   way it should operate.  So hold them to their burden as we go

11   through this case.

12         Well, as I told you in the beginning, this isn't a

13   whodunit.  We know whodunit.  Mr. Jensen is the closest thing

14   to the Where's Waldo for the Capitol protest on January 6.

15   He's everywhere in the videos.  He stood out.  He stood out

16   because of that Q T-shirt.

17         And think back as we watch these videotapes about all

18   these people at the Capitol that day.  Who stood out?  Well, he

19   did.  Didn't see anyone else running around with that.  The Q

20   shaman with the horns.  Who else stood out?  Did you see the

21   caveman?  He popped up a number of times.  These people are

22   different than the other people that were there.  They are

23   motivated.  Their intentions are different than the other

24   people that were there.

25         You saw other individuals in army gear, gas masks,

bats, other weapons.  You got to distinguish Mr. Jensen from
the overall event.  You have to look at his actions and you
have to answer the question why, why was he there, why was he
doing what he was doing, what was in his head.

And there are a few words you want to kind of zero in
on as we go through here.  In the instructions, and I believe
the judge is going to send the jury instructions back with you,
but in the instructions, there are certain terms that are
defined; corruptly, intended, and forcibly.  You want to make
note of those terms because we will talk about those later.
And actually, as you are deliberating, you are going to see
that they are very important terms as they apply to Mr. Jensen.

We saw a number of videos of people on the perimeter
tearing down bike fences, and we heard Mr. Jensen wasn't
observed there.

We saw crowds in the hall off the Ohio courtroom
confronting a police line.  We heard Mr. Jensen wasn't there.

We heard testimony about a bar fight in the Rotunda.
We heard Mr. Jensen was not a participant in that.

We heard about scaffolding and pepper-spraying people.
Mr. Jensen wasn't a participant in that.

I am asking you to look at his actions and answer the
why question just specific to him.  January 6 is not sitting at
that table.  Douglas Jensen is.

You saw a text message where he's communicating with

someone and he says, Locked and loaded.  And the guy goes,
Pistols.  And he says, yes.  And then immediately after you saw
that text message, the judge read you an instruction that the
United States is not claiming that Mr. Jensen brought weapons,
pistols or rifles, to January 6.

This is all what I call window dressing.  I believe
it's a diversion.  I believe it's a diversion to take the focus
off Mr. Jensen.

Nobody wants to talk about Q either.  I asked the FBI
agent what he knew about Q.  You didn't check your common sense
at the door when you came here.  We all know what the FBI
thinks about Q.  We don't live in a vacuum here.  We all read
papers.  We listen to news.  We know that the FBI has been
concerned about Q for some time.  They don't want you to think
about Q.  They don't want you to think about it.

On behalf of Mr. Jensen, I am submitting that that is
why he was there.  He goes up to each and every officer in the
Capitol.  He doesn't tell them bring them to me.  He doesn't
tell them they are traitors.  He tells them, Go arrest them.
Do your job.  You know, Man, they have to do their job.  Not
yelling it, screaming it, all excited.  Be believes it.  He
believes that they were going to arrest them, and he's
perplexed when they don't do it.

This man was by himself.  He was a lone wolf that day.
He didn't arrive with caravans of people.  The agent told you

1  that he talked to the one person that he came with.  He was buy

2  himself.  He was a lone wolf.

3        Every one of the testifying officers, whether they be

4  MPD, whether they be Capitol Police officers, and particularly

5  Eugene Goodman, the group was threatening.  I asked Eugene

6  Goodman specifically who did you feel threatened by, Mr. Jensen

7  or the group.  And he said the group.

8        Mr. Jensen never raised a hand to anyone.  Even when

9  physically pushed back -- my memory, I thought it was only

10 once, it was apparently twice, Officer Goodman corrected me --

11 Mr. Jensen never raised a hand.  He never pushed back.  He

12 never did anything with his hands.  He never had anything in

13 his hands.

14       He's not communicating with the others.  He's not

15 talking with them.  He's not acting in concert with them.  He's

16 on his own.  He's not yelling where are they counting the

17 votes.  He's not yelling bring them to us.  He's not yelling

18 they are traitors.  He's just telling them to arrest them, do

19 your job.  And he looks perplexed when they don't do it.

20       This is what's in his head.  He's trusting the plan.

21 He's a man that apparently is aware of the plan, and he's the Q

22 man with the Q T-shirt, and he wants the whole world to see it.

23       He was so discombobulated he didn't even know he was

24 at the United States Capitol.  He thought he was at the White

25 House.  Now, he did correct himself, but it took him over 24

1   hours to figure out that he was at the United States Capitol.

2   Is that significant?  Does it mean he always believed he was at

3   the White House?  Not necessarily.  But it shows you how

4   confused and how jumbled his head is.

5          Now, my colleagues have charged him in every possible

6   way imaginable.  He did it.  He attempted to do it.  He helped

7   other people to do it.  He got charged every which way.  He got

8   charged with impeding.  He got charged with forcibly impeding.

9   He got charged with interfering with the count.  He got charged

10  with being in the building when the Vice President was in

11  there.  They charged him with everything but jaywalking as he

12  walked up the street to get to what he thought was the White

13  House.

14         And anywhere in any of these videos, there's no place

15  where Mr. Jensen gives any indication that he has a weapon,

16  that he's using a weapon, or that he intends to use a weapon,

17  or that he's even carrying a weapon in relation to being there.

18  He's a blue color worker.  We see that.  Nobody scales that

19  wall like that unless he works with his hands.

20         What do blue collar workers carry?  They carry

21  pocketknives.  How many of you have friends that are carpenters

22  or electricians or individuals of that nature?  Pocketknives

23  are the norm.  He didn't have that pocketknife in relation to

24  anything that occurred at the Capitol.

25         As a matter of fact, he was so oblivious to it that

1    when he went down talk to the Metropolitan Police Department

2    and interviewed with the FBI agent for over two hours -- and by

3    the way, think about that.  He interviewed for over two hours

4    and was videotaped, extensively interviewed.  We have no

5    obligation to present any evidence, but you might ask yourself

6    about that.  You might think about that for a minute.

7         He had the pocketknife when he went to MPD.  They

8    didn't take it from him.  He had it.  He went home.  When he

9    got arrested later on, they didn't even take it.  And now it's

10   front and foremost in this indictment.

11        Let's start with the most serious charge against him,

12   Count 2.  This is the most serious charge.  This is Mr. Jensen

13   is alleged to have corruptly impeded an official proceeding,

14   the certification of the electoral count.

15        Let's think about the terms.  And as I told you in the

16   very beginning, corruptly has some significance here because in

17   the jury instructions, the law, as you will be instructed by

18   His Honor, indicates that he has to have an unlawful purpose to

19   be corruptly acting.  He has to be acting with an understanding

20   that what he is doing is wrong and unlawful.

21        Does Mr. Jensen -- and you've got him.  I mean, this

22   case is on videotape -- is he standing there telling them to go

23   arrest them, go arrest Mike Pence, does he look like be

24   believes that he is doing something unlawful or wrong, or is

25   that man following the plan?  Is that man just expecting to

witness what he expects is going to happen?  And that is the
most serious charge this man has against him.

          The assault charge against Officer Goodman, again,
he's been indicted for assault, attempted assault, and if you
don't think he did it, if you don't think he took a step
towards doing it, then you can convict him if he helped
somebody else to do it.

          He helped nobody to do anything.  They referenced the
Confederate flag during their evidence.  I didn't object, but
what did the guy with the Confederate flag have to do with
Douglas Jensen?  Do you ever even see them standing next to
each other?  Do you ever see him even remotely near Confederate
flag or within eye shot of Confederate flag when that man is
assaulting Officer Goodman.  And the answer is no because he
isn't with him, he isn't a part of what that man is doing, and
this man didn't assault anyone.  He did not forcibly assault
anyone.

          The United States may say that there are other ways to
commit that offense.  You can impede.  You can do this.  You
can do that.  That's interesting because later on in the
indictment, that's precisely what they indict him with, with
impeding and disrupting government functions.

          He, and the Court will instruct you on the law on
this, in order to act forcibly, he has to intend to inflict or
threaten injury.  It's all on videotape.  This man never did

1    that.  He never did it.  And that's another serious charge that

2    is simply not supported by the evidence.

3           And, again, Officer Goodman didn't say that Mr. Jensen

4    was threatening.  Mr. Jensen caught his attention, but he

5    caught everybody's attention because of his shirt.  The group

6    was threatening to him and understandably.

7           I mean, there is absolutely no question that this was

8    complete chaos in the U.S. Capitol on January 6, absolutely no

9    dispute about that.  But this man, he never raised a hand.  He

10   never got physical.  He never threatened anyone.

11          And the other charges with a dangerous weapon, without

12   even getting to whether a pocket knife, a three-inch

13   pocketknife, is a dangerous weapon, without even answering that

14   question, it's not being carried in relation to this offense.

15   And how do you know that?  Because you saw the offense as it

16   was taking place.  You saw video of the whole case, everything.

17   That knife was so insignificant when he got arrested that the

18   agent didn't even tell you where he got it from.  He didn't

19   even tell you when he got it.  They didn't even take it from

20   him when he went down to MPD.

21          Count 1, obstruct and impede Officer Eugene Goodman.

22   Did he intentionally act to impede Officer Goodman, or was he

23   going upstairs to tell them to arrest Mike Pence.  He believed

24   that.  He honestly believed that.  There is no evidence how he

25   got here.  All I can ask you to do is draw on your personal

experience and the effect that the pandemic had on you

individually and then put it in someone's mind who apparently

is a little bit confused.  And against that backdrop, you have

to answer the why question, why was he there, why did he do

this, what were his intentions.

There's just no other explanation for what he did that

day.  There's absolutely no other explanation.  This is a

confused man.  This is a man that wasn't harming anyone.  This

is a man that wasn't threatening to harm anyone.  This was a

terribly confused man on January 6.

I ask you to look at the evidence and carefully weigh

it when you decide these very serious charges because, trust

me, my colleagues are clever and they have done a very thorough

job.  And he has been charged with every possible offense

absent jaywalking.  There isn't anything else.  I want you to

look at it.  I want you to sift through the evidence, and I

want you to do the right thing here.  Thank you.

THE COURT:  Rebuttal from the government.

MS. ALLEN:  I think we finally on the last day have

gotten the microphone to work.

Ladies and gentlemen, the defendant wants you to

believe that he was at the Capitol to ask the police officers

there to please go arrest Mike Pence, that all he wanted was to

have someone else arrest the Vice President and that he thought

that was perfectly okay.

1          You know that's not true.  You've heard all the

2    evidence in this case, and the evidence in the case is clear.

3    He was there and he was there with a mob of hundreds or

4    thousands of other people so that he could get Mike Pence.  If

5    he was confused, he sure wound up in exactly the right place to

6    be.  And it took him quite a lot of effort to get there,

7    scaling the wall, jumping through windows, getting to exactly

8    the place right outside the door where the Vice President just

9    happened to be.  That doesn't happen by mistake.  That doesn't

10   happen by accident.  It doesn't happen through confusion.  He

11   got himself there.  He made a beeline directly there to get

12   there.

13          Let's talk about reasonable doubt because it is always

14   the government's burden to prove this case to you beyond a

15   reasonable doubt, and we have the burden to prove every single

16   element of every single charge.

17          Beyond a reasonable doubt, the judge instructed you

18   exactly what that means.  And in those instructions, he told

19   you that is a doubt for which you have a reason based upon the

20   evidence in the case.  He also told you it's not an imaginary

21   doubt or a doubt based on speculation.

22          So let's talk about what the actual evidence said.

23   What did the defendant do when he encountered Officer Goodman,

24   the very first police officer he saw in the building?  What did

25   he tell him?  While he's chasing him up the stairs two at a

time, he had a mob behind him following him, he wasn't asking
Officer Goodman to do anything.  He wasn't asking Officer
Goodman to go make an arrest for him.  He was, in Officer
Goodman's words, accosting him.

Now, you remember when Mr. Davis had a chance to talk
to Officer Goodman to ask him questions on cross-examination,
he asked him -- he said something like Mr. Jensen wasn't
threatening you.  And Officer Goodman didn't really have a
chance to respond.  And so I had a chance to come back up and
ask him a couple more questions on redirect examination, and I
said to him, Officer Goodman, I got the sense you didn't have a
chance to fully answer that question.  Would you agree with the
statement by Mr. Davis that Mr. Jensen wasn't threatening to
you.  And he said no.

Mr. Jensen was the leader of the mob that was
threatening him, and I think he used the word accosted.
Mr. Jensen was the one accosting him.  He was the leader of the
mob.

And, of course, the rest of the mob added to the sense
of threat.  Mr. Jensen knew full well there was a man with a
Confederate flag.  He was with this man for several minutes.
He followed him in through the window.  When you saw that video
of all the rioters jumping through the window, the man with the
Confederate flag was right there with Mr. Jensen.  That was no
surprise to him.  He knew that man was following him as he was

chasing Officer Goodman up the stairs.  You want to talk about threatening?

Officer Goodman testified the defendant was accosting him, he felt boxed in, he was outnumbered, and he worried that the crowd was going to engulf him.  Mr. Jensen wasn't asking Officer Goodman to go arrest someone for him.

What did the defendant do when he encountered Inspector Loyd, the Second officer that he found when he got into the Capitol?  Officer Lloyd testified to you the very first thing the defendant told him, surrender the building, not would you please go make a lawful arrest for me.  Surrender the building to the mob.  That's what Inspector Loyd testified.  And Inspector Loyd also testified that the defendant knew he had more muscle than the Capitol Police did.

You heard Mr. Jensen on video.  You heard Mr. Jensen saying it himself, the second thing he said to Inspector Loyd, what's the point in stopping us at this point, stopping us, stopping the mob.  He's not asking Officer Lloyd at that point to go arrest the Vice President.  It's only when those don't work when he realizes he's been stopped and then he says, you go do it.  He demands Inspector Loyd go arrest the Vice President.

What about the third officer that the defendant encountered that day?  What did he say when he came and saw Officer Morgan?  Can't we just storm in there.  Again, he's not

1   asking nicely if Officer Morgan will please go make a lawful

2   arrest of the Vice President.  That is not reasonable.  That is

3   not a reasonable inference to draw from the evidence that you

4   have seen in this case.

5        You also heard Officer Morgan testify that the

6   defendant told him, I will one up you when he saw Officer

7   Morgan took out his weapon, his baton.  I will one up you

8   meaning he would pull out a weapon if Officer Morgan didn't put

9   his away.

10       Now, speaking of that, Mr. Davis talked to you about

11  the knife, and you were able to review this knife when our case

12  agent was testifying.  I would like to show it to you again.

13       This was in the defendant's pocket the entire time he

14  was in the building.  It was in his pocket right then when he

15  told Officer Morgan I will one up you.  He didn't pull it out

16  of his pocket, but it was there the whole time.  That is not in

17  dispute.  That is a stipulation of the parties.

18       And the judge has instructed you you should take the

19  stipulations of the parties as proven evidence in the case.

20  This knife was in the defendant's pocket the entire time.

21       What did the defendant do when he encountered the next

22  group of officers that he saw in the hallway when he was with

23  the MPD officers who had body cameras on?  You might as well

24  just show us where to go.  Once again, he's not asking any

25  officers to make an arrest for him.  I think they will have to

 1   force them, force the police officers back.

 2          By this time he had seen rioters and he had been part

 3   of groups forcing police officers back over and over and over

 4   again, and he succeeded every single time.  This is actually

 5   the first time that he was finally turned around.

 6          What happens if we push, do you back up.  He's not

 7   asking these officers to go arrest anyone.

 8          Let's back up a minute.  Let's say for a moment --

 9   let's just assume for a moment that what Dr. Davis said to you

10   is true.  Let's suppose the defendant did think that the

11   officers were going to make an arrest of the Vice President

12   that day.  Let's say he really thought that the Vice President

13   deserved to be arrested.  That actually doesn't change anything

14   about this case.

15          Mr. Jensen's motive behind his actions isn't in

16   question here.  It's not a defense and it doesn't change the

17   law.  It doesn't change the elements that you are required to

18   evaluate, and it doesn't change anything about the evidence

19   that we need to prove.

20          You know he, in fact, obstructed the official

21   proceeding.  We heard evidence over and over that those

22   proceedings stopped.  We know he intended to stop the session.

23   So did everyone else around him.  And you heard over and over

24   again the crowd chanting, where are they counting the votes,

25   where are they counting the votes.  That was their mission.

1            And he knew that the natural and probable consequence

2     of his actions was that Congress would have to stop their

3     session.  Breaking into the Capitol Building with hundreds or

4     thousands of other angry people is a pretty good way to stop

5     Congress from doing their business.

6            And he used unlawful means to do that.  That's what

7     corruptly means.  He broke the fence down.  He stormed the

8     building.  Those are his words.  He stood next to rioters who

9     were smashing the window in.  He affirmatively refused.  You

10    saw him standing there shaking his head, I'm not going

11    anywhere.  He knew what he was doing was against the law, and

12    that's what corruptly means.

13           You see the definition for that word in the

14    instructions that the judge already read to you and that you

15    will have back in the jury room with you.  That's all you are

16    asked to do here, is to find these elements.

17           Mr. Jensen's motive behind what he did is not

18    important.  It's not part of the elements, and it's not

19    something you all have to agree on.

20           Let's say Mr. Jensen thought the officers had a

21    lawfully issued warrant for Mike Pence.  That doesn't give him

22    the right to break into the building and force them to do it.

23    Suppose you believed that there was an arrest warrant out for

24    someone who you really didn't like who had done something

25    really bad and you thought there was an arrest warrant out for

1   that person and you thought the police should absolutely go

2   arrest them.  Are you going to break the windows of the police

3   station and jump inside and storm around and demand that the

4   police go do it?

5          That's not okay.  Nobody thinks that's okay.  That

6   doesn't make the actions you took to get there lawful even if

7   you really believe it.

8          But let's back up again, because to be clear, there is

9   no evidence in the case that Mr. Jensen believed that.  I just

10  went through all of the reasons we know Mr. Jensen was there to

11  do it himself.

12         This is speculation on Mr. Davis's part about what was

13  going through the defendant's mind.  And it's your duty to look

14  at the evidence, not to speculate.  It's your duty to determine

15  the facts based solely on a fair consideration of evidence.

16  That is in jury instruction number four that you are going to

17  have back there with you.  What Mr. Davis says is not evidence.

18  What I say is not evidence.  What Ms. Mirell says is not

19  evidence.

20         Now, the defense doesn't have any obligation to

21  present any evidence to you.  That's our burden.  And that

22  never changes.  But your decision in this case has to be based

23  on the evidence that you have seen, the evidence presented to

24  you, which both sides have the right to present.  You have

25  heard two days of evidence.  You have heard from seven

1   witnesses.  You have seen untold numbers of exhibits, videos,

2   and you've never heard that Mr. Jensen believed that there was

3   a lawful arrest warrant that somehow what he did was within the

4   bounds of the law.

5           Mr. Davis also mentioned this interview on January 8.

6   He wants you to focus on what happened on January 8.  The best

7   evidence here of what Mr. Jensen did on January 6 is the video

8   and the testimony about what he did on January 6, not what he

9   said after he had two days to think about what he might say to

10  the FBI, not what he said after he knew that the local TV

11  station KCCI news had reported that he was the person at the

12  Capitol.

13          Mr. Jensen wants to talk about January 8 because he

14  doesn't want to talk about January 6.  He doesn't want that to

15  be your focus.  He wants to talk about Q because he doesn't

16  want you to focus on January 6 and all the things that the

17  defendant did on January 6.

18          When you go back to the jury room to deliberate, I am

19  going to ask you to do just what Mr. Davis asked you to do on

20  the first day when we came on Tuesday night and made our

21  opening statements.  He asked you then to judge what Mr. Jensen

22  did on January 6.  Find him guilty based on the evidence of

23  what he did on January 6.

24          THE COURT:  All right.  Ladies and gentlemen of the

25  jury, I have a few more instructions for you.  So here's how we

1    are going to proceed.  I have a few more instructions for you,

2    much fewer than I gave you before.

3            I am going to instruct you, and then it will be 12:30.

4    We will release you for lunch.  And when you come back, you

5    will begin your deliberations.  So let me go ahead and go

6    through these instructions.

7            When you return to the jury room, you must first

8    select a foreperson to preside over your deliberations and to

9    be your spokesperson here in court.  There are no specific

10   rules regarding how you should select -- how you select a

11   foreperson.  That is up to you.

12           However, as you go about the task, be mindful of your

13   mission to reach a fair and just verdict based on the evidence.

14   Consider selecting a foreperson who will be able to facilitate

15   your discussions, who can help you organize the evidence, who

16   will encourage civility and mutual respect among all of you,

17   and who will invite each juror to speak up regarding his or her

18   views about the evidence and who will promote a full and fair

19   consideration of the evidence.

20           A few of these instructions you have heard before, you

21   will recognize them, such as the next one.  I would like to

22   remind you that in some cases there may be reports in the

23   newspaper or on the radio, internet, or television concerning

24   this case.  If there should be such media coverage in this

25   case, you may be tempted to read, listen to, or watch it, but

1    you must not read, listen to, or watch such reports because you

2    must decide this case solely on the evidence you have heard in

3    this courtroom.

4           If any publicity about this trial inadvertently comes

5    to your attention, do not discuss it with other jurors or

6    anyone else.  Just let me or Ms. Harris know as soon after it

7    happens as you can, and then I will briefly discuss it with

8    you.

9           As you retire to the jury room to deliberate, I must

10   also remind you of another instruction I gave you at the

11   beginning of the trial during deliberations.  You may not

12   communicate with anyone not on the jury about the case.  This

13   includes any electronic communication such as email or text or

14   any blogging about the case.

15          In addition, you may not conduct any independent

16   investigation during your deliberations.  This means you may

17   not conduct any research in person or electronically via the

18   internet or in any other way.

19          Now, if it becomes necessary during your deliberations

20   to communicate with me, you may send me a note -- you may send

21   a note by Ms. Harris or the marshal signed by your foreperson

22   or by one or more members of the jury.  No member of the jury

23   should try to communicate with me except by such a signed note.

24   And I will never communicate with any members of the jury on

25   any matter concerning the merits of this case except in writing

1  or orally here in open court.

2       Bear in mind that you are never under any

3  circumstances to reveal to any person, not Ms. Harris, not the

4  marshals, not me, how the jurors are voting until after you

5  have reached a unanimous verdict.  That means that you should

6  never tell me in writing or in open court how the jury is it

7  divided on any matter, for example, 6 to 6, 7 to 5, 11 to 1 or

8  in any other fashion whether the vote is for conviction or

9  acquittal or on any other issue in the case.

10       A verdict must represent the considered judgment of

11  each juror.  In order to return a verdict, each juror must

12  agree on the verdict.  In other words, your verdict on each

13  count must be unanimous.

14       The attitude and conduct of jurors at the beginning of

15  their deliberations are matters of considerable importance.  It

16  may not be useful for a juror, upon entering the jury room, to

17  voice a strong expression of an opinion on the case or to

18  announce a determination to stand for a certain verdict.  When

19  one does that at the outset, a sense of pride may cause that

20  juror to hesitate to back away from an announced position after

21  a discussion of the case.

22       Furthermore, many juries find it useful to avoid an

23  initial vote upon returning to the jury room.  Calmly reviewing

24  and discussing the case at the beginning of deliberations is

25  often a more useful way to proceed.  Remember that you are not

1   partisans or advocates in this matter, but you are judges of

2   the fact.

3        I will be sending into the jury with you the exhibits

4   that will have been admitted into evidence except for the

5   knife.  You may examine any or all of them as you consider your

6   verdicts.  Please keep in mind that the exhibits were only

7   marked -- exhibits that were only marked for identification but

8   were not admitted into evidence will not be given to you to

9   examine or consider in reaching your verdict.  If you wish to

10  examine the knife, please notify the clerk by a written note,

11  and the marshal will bring it to you.

12       For security purposes, the marshal will remain in the

13  jury room while each of you has the opportunity to examine the

14  evidence.  You should not discuss the evidence or otherwise

15  discuss the case amongst yourselves while the marshal is

16  present in the jury room.  You may ask to examine this evidence

17  as often as you find it necessary.

18       As I told you earlier, I will provide you with a copy

19  of all these instructions.  During your deliberations, you may,

20  if you want, refer to these instructions.  While you may refer

21  to any particular portion of the instructions, you are to

22  consider the instructions as a whole, and you may not follow

23  some and ignore others.

24       If you have any questions about the instructions, you

25  should feel free to send me a note.  Please return your

1    instructions to me when your verdict is rendered.

2         You will also be provided a verdict form for use when

3    you have concluded your deliberations.  The form is not

4    evidence in the case, and nothing in it should be taken to

5    suggest or convey any opinion by me as to what the verdict

6    should be.  Nothing in the form replaces the instructions of

7    law that I have already given you, and nothing in it replaces

8    or modifies the instructions about the elements that the

9    government must prove beyond a reasonable doubt.  The form is

10   meant to assist you in recording your verdict.

11        And, again, once you have reached the verdict, just

12   send me a note telling me you have reached your verdict, and

13   have your foreperson sign the note.  But, again to repeat,

14   don't, in that note, tell me what the verdict is.  The

15   foreperson should then fill out and sign the verdict form, and

16   we will call you here in open court and discuss your verdict

17   then.

18        The last thing or one of the last things I must do

19   before you begin your deliberations is to excuse the alternate

20   jurors.  As I told you before, the selection of alternates was

21   entirely a random process.  It's nothing personal.  We selected

22   two seats to be the alternate seats before any of you even

23   entered the courtroom.  Since the rest of you have remained

24   attentive and healthy, I can now excuse those jurors, and they

25   are jurors in seats 7 and 11, 7 and 11.

1          Now, before both of you get up, I am going to ask you

2    to tear a page from your notebook and to write down your name

3    and daytime phone number and hand this to Ms. Harris.

4          I do this because it's possible, although unlikely,

5    that we will need to summon you back to rejoin the jury in case

6    something happens to one of the other jurors between now and

7    when a verdict is reached.  Since that possibility exists, I am

8    going to instruct you not to discuss the case with anyone until

9    we call you.

10          Again, my earlier instruction on the use of internet

11    still applies.  Do not research this case or communicate about

12    it on the intercept.  In all likelihood, we will be calling you

13    to tell you, whenever there is a verdict, we will call you and

14    tell you now you are free to discuss the case.  There is,

15    however, this small chance that we might have to bring you

16    back, and this is why we have alternates in the first place, so

17    if you would obey those instructions I have been giving you all

18    week about no research, no news, no discussing the case with

19    anyone else.

20          Thank you both for your service, and you can report

21    back to the jury office to turn in your badge on the way out.

22          So, Ms. Harris, will you excuse our two alternate

23    jurors.

24          (The alternate jurors were excused.)

25          THE COURT:  All right.  One final instruction for all

1    of you who will be deliberating.

2          During the trial, as you all know, I permitted those

3    jurors who wanted to to take notes.  You may take your

4    notebooks with you to the jury room and use them during your

5    deliberations if you wish.  As I told you at the beginning of

6    the trial, your notes are only to be an aid to your memory.

7    They are not evidence in the case and they should not replace

8    your own memory of the evidence.  Those jurors who have not

9    taken notes should rely on your memory of the evidence.  The

10   notes are intended to be for the note taker's own personal use.

11         So, Ms. Harris, we will go ahead release the jury for

12   lunch.  When you come back, they know where they will

13   deliberate is the same place they have been taking breaks and

14   whatnot?

15         THE COURTROOM DEPUTY:  Yes.

16         THE COURT:  Very well.  So you will be released now

17   for lunch.  And when you come back, you will be able to begin

18   your deliberations.

19         Let's excuse the jury then, please.

20         (The jury exited the courtroom at 12:35 p.m.)

21         THE COURT:  All right.  Everyone may be seated.

22         Thank you, Ms. Harris.

23         All right.  So some quick housekeeping.  My practice

24   has been since the pandemic to provide them with 12 copies of

25   the instructions so they don't have to be right on top of each

1  other when they are looking at them.  Any objection to that

2  from the government?

3           MS. ALLEN:  No, Your Honor.

4           THE COURT:  From you, Mr. Davis?

5           MR. DAVIS:  None.

6           THE COURT:  Second, I did give the instruction on the

7  indictment is not evidence.  Is it the parties' intention that

8  we send the indictment back with the jury?  And if so, I don't

9  think there's any part of it that needs to be redacted.  I have

10  had a couple of cases where it was a forfeiture allegation,

11  things that the parties want redacted.  Any objection to just

12  sending it back without any redaction?

13           MS. ALLEN:  No, Your Honor.  I think, given the

14  charges, that's appropriate here.

15           THE COURT:  Mr. Davis?

16           MR. DAVIS:  No objection.

17           THE COURT:  Okay.  Let's see.  I know the parties have

18  been talking with Ms. Harris.  Do we think we are on the same

19  page as far as an accounting of what's been admitted and what

20  hasn't?  I mean, there was relative agreement throughout on

21  what was admitted.  So are we ready to -- can we actually --

22  when the jurors come back, are they going to be able to receive

23  the evidence, and have the parties yet certified we are all on

24  the same page as far as what goes back?

25           MR. DAVIS:  We are, Your Honor.  We did that at the

1    end of the day yesterday.

2            MS. ALLEN:  Yes, Your Honor.  We just need to mark

3    these with the appropriate exhibit stickers.  There's 603, 605,

4    and 606.

5            THE COURT:  All right.  So I will -- that's why we

6    built in -- you can do that right now, so when they come back

7    at 1:30 from lunch, we will make sure they get those.

8            Does Ms. Harris have -- I mean, let me also just say

9    what I plan to do is mostly just emphasize to them, if we don't

10   get a note or a verdict by 5:00, is to have everyone come back

11   at 5:00 and release them for the weekend.  And mostly the

12   reason is because I don't want -- I want to instruct them again

13   on staying away from the news and et cetera.  So we will see

14   how things play out.

15           Does Ms. Harris have all of your contact info so if

16   she needs to send out the bat signal, we are all here?

17           That's that.  I guess the only other thing I wanted to

18   mention, I appreciate -- I think this was a good example of a

19   trial where both sides can really zealously advocate for their

20   side and do so in a way, though, that allowed us to get to the

21   heart of the matter and allowed us to do the trial in an

22   efficient way.  I appreciate the skill and civility that both

23   sides have conducted -- with which both sides have conducted

24   themselves during this trial, and I appreciate everyone from

25   Ms. Harris, to the court reporter, to the marshals, to my law

1    clerks who have -- you know, I mean it's hard to put on a

2    trial, but it's doubly hard in the middle -- well, maybe not

3    the middle, but with the lingering effects, let's put it that

4    way, of the pandemic, so thank you to all of you.

5          Any other housekeeping matters from the government?

6          MS. ALLEN:  No, Your Honor.  Thank you.

7          THE COURT:  All right.  Mr. Davis?

8          MR. DAVIS:  Nothing.

9          THE COURT:  All right.  We will let you know if we

10   hear from them.  I would appreciate it if everyone could stay,

11   you know, within ten minutes or so of being able to be back

12   here in case we get a note or a verdict.  Until then, we will

13   be in recess.

14          (A recess was taken at 12:42 p.m.)

15          THE COURTROOM DEPUTY:  Your Honor, we are back on the

16   record in Criminal Matter 21-006, United States of America

17   versus Douglas Austin Jensen.

18          THE COURT:  All right.  We have two notes that I think

19   Ms. Harris has provided to the parties.  I think one is more

20   straightforward than the other, so I will start with the

21   first -- I don't know if it's the first one or the second one.

22   I guess it's actually by time the second one.

23          They ask, On page 29, quote, the defendant assaulted,

24   dot, dot, dot or interfered, but indictment and.  Are all

25   necessary to find guilt or just one?  Is it and or is it or?

1          Here, because I think the actual answer to this is

2     pretty straightforward, here is how I propose to respond to

3     them.

4          The first element of Count 3, assaulting, resisting,

5     or impeding certain officers requires the government to prove

6     beyond a reasonable doubt that the defendant assaulted,

7     resisted, opposed, impeded, intimidated, or interfered with

8     Officer Eugene Goodman.

9          Thoughts from either side?

10         MS. ALLEN:  No objection, Your Honor.

11         THE COURT:  All right.  So it answers it baking in the

12    reasonable doubt, the fact that it's only one -- the first

13    element, and answers it as or and mentions it has to be Officer

14    Goodman.

15         The second note, Can you please provide a definition

16    of the term force as referenced as part of the definition of

17    forcibly in Count 3.

18         Let me hear from either side before I offer my

19    thoughts on this.  I will say I looked back.  I saw the overall

20    instruction came from the Tenth Circuit pattern instructions.

21    I pulled those up.  I did not see anything we could give them

22    on force.  And it may be -- well, so let me hear what the

23    government's views on this one are.

24         And you can remain seated, Ms. Allen, but if you just

25    pull the mic closer.

1          MS. ALLEN:  Sure.  Your Honor, I see where this

2   question is coming from because it's a little, you know,

3   unhelpful to define forcibly as something with force.

4          THE COURT:  Correct.

5          MS. ALLEN:  Then again, I am not sure that coming up

6   with a definition of the word force is going to be something we

7   can do at this point.  And so I think the best option I can

8   think of, of course I would want to hear from Mr. Davis, is to

9   say it has its ordinary meaning, the word force.  I know that's

10  not particularly satisfying to the jury most likely but...

11         THE COURT:  As part of my answer to them, I could

12  start with just repeating the unhelpful language you already

13  mentioned, which is the defendant acted forcibly if he used

14  force, attempted to use force, or threatened to use force

15  against the officer, and then say the term force carries its

16  everyday ordinary meaning.  That is a possibility.  Another

17  possibility is in short to just say no, like you will get no

18  further instruction.

19         MS. ALLEN:  Your Honor, with respect to those two

20  options, I would request the former, that you reread the

21  instruction, and then sort of let them down gently with the

22  latter statement.

23         THE COURT:  If the parties agree, I will read that

24  first part first, whatever I do after that.  But the question

25  is, after that, do I say ordinary meaning, or do I just say

1  essentially, like, you know, the question was can you please

2  provide and the answer is, like, you know, no, like there is no

3  further instruction on the definition.  Either you are going to

4  get nothing more or ordinary -- you know, basically we are

5  picking up from that language that's later in that definition

6  where they talk about these other terms carrying their everyday

7  ordinary meaning.

8          MS. ALLEN:  Right.

9          THE COURT:  What is the government's preference as to

10  those two pieces?

11          MS. ALLEN:  Well, I misunderstood Your Honor.  So now

12  that you have clarified, I think we would prefer the latter,

13  but on this I would defer to the defense.

14          THE COURT:  You would prefer no further definition?

15          MS. ALLEN:  Yes.

16          THE COURT:  Okay.  Repeating, just to be clear,

17  repeating what's in here about forcibly, and then no further

18  definition, but you would defer to the defense?

19          MS. ALLEN:  Yes.

20          THE COURT:  Mr. Davis, did you follow what we were

21  talking about, and are you teed up with the question?

22          MR. DAVIS:  We didn't give much on forcibly.

23          THE COURT:  No.  Well, this is the pattern instruction

24  from the Tenth Circuit.

25          MR. DAVIS:  Forcibly implies force, doing something.

```
 1            MS. ALLEN:  That's what we told them.

 2            THE COURT:  That is what we told them, actually.  We

 3   did say forcibly is to use force.

 4            MR. DAVIS:  To inflict or threaten injury, force,

 5   that's what force means.  There's another count in the

 6   indictment that charges impeding and obstruction.

 7            THE COURT:  Sure.

 8            MR. DAVIS:  And this adds the word assault and

 9   forcible.  Forcibly is in there, so I think it has to have some

10   meaning along those lines.

11            THE COURT:  It has to have some meaning, but, I mean,

12   it doesn't necessarily mean -- it certainly, it seems to me,

13   doesn't necessarily mean to intend to cause injury.  There are

14   all sorts of times when we use just using the common everyday

15   use of force, we employ force to do things that we don't intend

16   injury to result, so that's not the answer.

17            MR. DAVIS:  Did you reference forcibly somewhere else

18   yesterday in the instructions?  Were these revised at all?

19            THE COURT:  No.  This is exactly what -- no.  We never

20   talked -- we never revised this portion of the instructions.

21   This was the same, I believe, the exact same instruction I got

22   from the parties originally.  There was no change.

23            MR. DAVIS:  Court's indulgence if I could check

24   something very quickly.

25            THE COURT:  Absolutely.  I don't have with me up here
```

1    what the parties originally proposed.

2         MR. DAVIS:  That's what I'm looking at right now,

3    docket entry 76-2.

4         MS. MIRELL:  We wrote, the defendant acted forcibly if

5    he used force, attempted to use force, or threatened to use

6    force against the officer.

7         Threat to --

8         (There was an interruption by the court reporter.)

9         MS. MIRELL:  Defendant acted forcibly if he used

10   force, attempted to use force, or threatened to use force

11   against the officer.  A threat to use force at some unspecified

12   time in the future is not sufficient to establish that the

13   defendant acted forcibly.

14        THE COURT:  Yeah.  And that is what is in the

15   instructions I read and in the instructions they received.

16        MR. DAVIS:  And Your Honor's proposed instruction

17   is --

18        THE COURT:  Well, I think there are two possibilities

19   that I discussed with the government.  One is, in either event,

20   I think I should first start by just repeating the language

21   they haven't found helpful, which is the defendant acted

22   forcibly if he used force, attempted to use force, or

23   threatened to use force against the officer.

24        Then the question is, at least in my mind, one of two

25   possibilities.  One is to say essentially the term force

```
 1    carries its everyday ordinary meaning, which is kind of
 2    building off of some of these other definitions.  Just saying
 3    everyday ordinary meaning is one possibility, and the other
 4    possibility is to just say there's no further -- we have no
 5    further instruction on force.
 6            And I think the government's position was whichever
 7    one -- I mean, in theory, there's a third possibility, which is
 8    we could try to figure out what a definition of force is.  But
 9    my sense is that if there was one that parties thought was
10    appropriate, it would be -- it would be part of the pattern
11    instruction.
12            So I think those two are the possibilities, and the
13    government sort of basically said they would defer to you.
14            MR. DAVIS:  I would opt for the latter.
15            Question 2.
16            THE COURT:  After all that, so no further instruction?
17            MR. DAVIS:  No.
18            THE COURT:  Oh, everyday ordinary meaning.  Okay.
19            MS. ALLEN:  I'm sorry.  Can you say that again,
20    Mr. Davis.
21            MR. DAVIS:  Everyday ordinary meaning of force.
22            THE COURT:  Meaning -- okay.  So just --
23            MS. ALLEN:  I mean, we could also, just to answer
24    their question, have the Court say the term force carries its
25    everyday ordinary meaning, and no further definition will be
```

1  provided.

2       THE COURT:  We can do both of them.

3       MR. DAVIS:  Well, why don't we just do what you

4  suggested initially, Your Honor.  You read the lead in, and

5  then you tell them force has its ordinary accepted meaning.  I

6  think that way you kind of put everything into context, and you

7  are not telling them we are not going to answer you.  You are

8  putting it all together and saying here's the answer.  It's the

9  common sense everyday meaning.

10      THE COURT:  Okay.  This is what it would be.  The

11  defendant acted forcibly if he used force, attempted to use

12  force, or threatened to use force against the officer.  The

13  term force carries its everyday ordinary meaning.

14      MR. DAVIS:  That's acceptable, Your Honor.

15      THE COURT:  Government?

16      MS. ALLEN:  Yes, Your Honor.

17      THE COURT:  All right.  Now, Ms. Harris, another one.

18  I just saw you go there.  I will wait for her.  This one, I

19  think -- it's a conscientious jury.  We know that.  For the

20  record, can you define in relation to the offense.

21      And on this one, you know, I think the answer is, you

22  know, essentially no.  Again, I think there would be a further

23  definition -- if there was an accepted further definition, we

24  would know it.  I don't even think it makes sense to say

25  ordinary -- I mean, well, I don't know.  Maybe it does.  I

1    think the answer is there's no -- we can talk about what I

2    should say exactly, but essentially to say there's no further

3    instruction on the meaning of the words in relation to.  Is

4    that acceptable to the parties, there is no instruction on the

5    meaning of the words in relation to?

6            How is that for you, Mr. Davis?

7            MR. DAVIS:  That's a tough question.  I am thinking

8    that the possession has to somehow be related to the offense.

9    There has to be some connection, the possession and the

10   offense.  But, you know, I don't know how far we can go with

11   that, you know.

12           THE COURT:  Again, I think those words, they come

13   close to saying the word relation is close to relates.

14           The instructions could have said, you know, the

15   pattern instructions could have said what you just said.

16           MR. DAVIS:  I draw an analogy to the gun possession

17   offenses of having a gun during a crime of violence or

18   possessing or carrying a gun in relation to a narcotics

19   offense.  In other words, there has to be some type of

20   connection between the possession and the offense.

21           THE COURT:  I agree with you that that's -- without

22   doing further research on it, it strikes me that the core of

23   what you are saying is basically right.  But I don't think we

24   improve that much on the language in relation to saying related

25   to or anything quite similar to that.  So my instinct is to

say, we don't have any further instruction on it.  I mean, in
relation to versus related to is, you know, it's -- the
language is so close.  And, again, the instructions were, you
know, the pattern instructions -- well, this, I guess, just
reflects the language of the statute, I think.  So I would
rather not tinker with it.  What's the government's view on
this?

          MS. ALLEN:  I agree with Your Honor.

          THE COURT:  All right.  I mean, I think, Mr. Davis, I
think what you are trying to express is expressed by the words
in relation to, and I don't want to try to improve on it.

          MR. DAVIS:  I can abide by Your Honor's decision.

          THE COURT:  All right.  Very well.

          All right.  Is there anything further then before I
bring them in?  And I will respond in the three ways that we
have agreed upon or at least that we have discussed.

          Ms. Harris, you can bring in the jury.

          And this one -- no.  Okay.  Very well.  Go ahead.

          If you would make a copy.

          While Ms. Harris does that, you know, the other
possibility on, I don't think in relation to, but the other
possibility on force would be to use some kind of dictionary
definition or legal definition.  I see the government shaking
their head.  I'm not sure what those would be.  And that's not
ever been my practice.

1            MS. ALLEN:  Well, Your Honor, I just had a moment

2    before coming in after we saw the note before Your Honor came

3    to the bench, so it was very, very quick, but there are many,

4    many, many, many different options.

5            THE COURT:  Right, to say what force is, which is,

6    again, why there is no further definition presumably.

7            All right.  So the jury here is pointing out a small

8    discrepancy between the indictment and the instruction.  The

9    indictment, which I do not have in front of me unfortunately,

10   but they say it says, did use and carry a deadly and dangerous

11   weapon.  However, in the instructions, it says carried a deadly

12   and dangerous weapon.

13           So my thought here is, obviously, because the

14   indictment uses that and language but the instructions focus on

15   carried, we simply tell them that the instructions -- that he

16   only has to have carried a deadly and dangerous weapon and not

17   used and carry.  But, I mean, we will have to put that into

18   exact language, but I think that's the legal answer to the

19   question.

20           MR. DAVIS:  I would ask that Your Honor points that

21   out, carry in relation to the offense.

22           THE COURT:  Okay.  I don't have -- yes, I do.  Let

23   me -- understood, your point.  And they also say -- okay.  So

24   those Counts 5 and 4.

25           MR. DAVIS:  Unless you send the indictment back.  I

1   thought it would be helpful.  It's a complicated indictment.

2          THE COURT:  Right.  So for Count 4.  Okay.  So I will

3   say, the first element of Count 4, entering or remaining in a

4   restricted building or grounds with a dangerous weapon, that

5   the government must prove beyond a reasonable doubt is that the

6   defendant -- I'm sorry, it's the third element, isn't it -- is

7   that the defendant carried a deadly or dangerous weapon during

8   and in relation to the offense.

9          I mean, I think that clarifies it for them without

10  adding another line that says you don't have to -- you know,

11  that the government need not prove that the defendant used or

12  something like that.  It would just be the third element of

13  Count 4, entering or remaining in a restricted building or

14  grounds with a deadly or dangerous weapon, that the government

15  must prove beyond a reasonable doubt, that is, that the

16  defendant carried a deadly or dangerous weapon during or in

17  relation to the offense, period.

18         MS. ALLEN:  Your Honor, I would worry that the

19  differences here between the indictment and the jury

20  instructions are clearly causing some confusion.  The

21  instructions refer to the charge itself as entering or

22  remaining in a restricted building or grounds while carrying a

23  deadly or dangerous weapon, which is different from how it's

24  framed in the indictment.

25         And then when you get to the elements, the use or

```
 1    words are not there.  Because, you know, clearly the jury is

 2    reading this very carefully and comparing it very carefully

 3    with the indictment, I think that a further instruction to let

 4    them know that it's the jury instructions that control what

 5    they are required to decide and that the indictment is a

 6    charging document that is not part of the Court's instructions,

 7    something to that effect, so that they understand that, you

 8    know, this discrepancy, maybe other ones that they catch, are

 9    not --

10          THE COURT:  Right, that they shouldn't be trying to --

11    yeah.

12          Mr. Davis, what do you think of that?

13          MR. DAVIS:  My thoughts are we just tell them that the

14    indictment is not evidence and that they should refer to the

15    jury instructions on the law.

16          THE COURT:  Right, it's not evidence, and it's not

17    your legal instructions.

18          MS. ALLEN:  Yes.

19          THE COURT:  Something like that.

20          MR. DAVIS:  The simpler the better.

21          THE COURT:  Right.  Okay.  So let's just -- right.

22    I'll start with the indictment is neither evidence nor is it

23    your legal instructions.  Let's just put it that way.  The

24    indictment is neither evidence nor is it your legal

25    instructions.  And then I will go into the first element of
```

1    Count 3, ba, ba, ba, ba, ba, and then resolving the different

2    things by -- now, in this -- this note says -- it's Count 5,

3    yeah, Count 4 and 5.  So it's actually -- just see if I can get

4    some language that will reflect Count 4 and 5.  I am going to

5    have to write something additional here.

6          So it's the fourth element of Count 5 that the

7    government must prove beyond a reasonable doubt is that the

8    defendant carried a deadly or dangerous weapon during and in

9    relation to the offense.

10          So here's how I think giving that preceding -- what I

11    will do is the notes in this order; define in relation to since

12    it's pretty straightforward, then define force, then I will

13    tell them what we just said, the indictment is neither evidence

14    nor is it your legal instructions, then I will pivot to Count 3

15    and making that clear, and then their questions about 4, about

16    4 and 5 that stem from the same problem.  How does that sound

17    to everyone?

18          MR. DAVIS:  Sounds good.

19          MS. ALLEN:  Your Honor, please read one more time the

20    instruction that you just drafted that would say the indictment

21    is not your instructions.

22          THE COURT:  The indictment is neither evidence nor is

23    it your legal instructions -- or the indictment is not evidence

24    or your legal instructions.

25          MS. ALLEN:  I guess I would ask that we add another

1   sentence to clarify that the instructions are the instructions.

2   So how we phrase that might be something like, the legal

3   instructions that I gave you at the end of the case control

4   your deliberations, something like that.

5           THE COURT:  The indictment is not evidence or your

6   legal instructions, which I have provided to you.

7           MR. DAVIS:  Yes.

8           THE COURT:  I mean, no?

9           MS. ALLEN:  That's confusing too because we provided

10  the indictment as well.

11          THE COURT:  Fair enough.  What do you think the next

12  part of it should be?  I hate to say one controls over the

13  other because we should be telling them you shouldn't be

14  looking at all to both things when you are talking about your

15  legal instructions.

16          MR. DAVIS:  That's why I think we should keep it

17  simple, Your Honor.  We have a highly educated jury.  We have a

18  Ph.D. in physics.  Everyone has a graduate degree.  These

19  individuals are obviously attuned to what we are doing here.

20          THE COURT:  If I say one controls over the other, it

21  sounds like I'm encouraging them to sit there with both things.

22          MS. ALLEN:  Right.

23          THE COURT:  I think if I just tell them.

24          MS. ALLEN:  Maybe something like, you should not

25  consider the indictment as a statement of the law.

```
 1            THE COURT:  Mr. Davis, what about that?

 2            MR. DAVIS:  I think we tell them it's not evidence and

 3    that the jury instructions are what they are to follow when

 4    deciding the case.

 5            THE COURT:  Okay.  But that's not different from what

 6    they are saying.  It's not evidence and it's not your legal

 7    instructions.  You should -- the law -- the indictment is

 8    not --

 9            MS. ALLEN:  Is not a statement of the law.

10            THE COURT:  The indictment is not a statement of the

11    law.

12            MR. DAVIS:  The indictment is not evidence.  My

13    instructions on the law control.

14            THE COURT:  Well, that --

15            MS. ALLEN:  I think we have told them the document is

16    not evidence.  I think here it's important to tell them the

17    indictment is not the law for them to follow.

18            THE COURT:  I agree.  It's not a question of the

19    indictment not being evidence.

20            MR. DAVIS:  I think that's why the second sentence

21    answers their question, your instructions on law control.

22            THE COURT:  Okay.  The indictment -- what did you

23    propose, Mr. Davis?

24            MR. DAVIS:  The indictment is not evidence.  My

25    instructions on the law control your deliberations, are to be
```

 1   utilized in your deliberations.

 2          MS. ALLEN:  Your Honor, I believe that would put us

 3   back to the problem you identified at the beginning, that it

 4   suggests the jury instructions are primary, but the indictment

 5   is still something secondary.  But the indictment just is not a

 6   statement of law that they should be following.

 7          THE COURT:  How about this.  The indictment is only a

 8   charging document.  The law you should apply is set forth in

 9   the jury instructions.

10          MR. DAVIS:  That's fine.

11          MS. ALLEN:  (Nodding head.)

12          THE COURT:  The indictment is only a charging

13   document.  The law you should apply is set forth in the jury

14   instructions.

15          All right.  Now, if you all will give me one second so

16   that I can make sure my chicken scratch --

17          MS. ALLEN:  Could we add the word only before jury

18   instructions?

19          THE COURT:  Yes, that's acceptable.

20          MR. DAVIS:  It doesn't matter, Your Honor.

21          THE COURT:  All right.  I think I got it.  Let's bring

22   them in.

23          (The jury entered the courtroom at 3:41 p.m.)

24          THE COURT:  You may be seated.  All right, ladies and

25   gentlemen.  I am going to do my best to respond to your notes.

1    One of your notes reads as follows:  Can you define, quote, in

2    relation to, closed quote, the offense, applies to page 34 and

3    37 of the instructions.

4          My answer is, there is no further instruction on the

5    meaning of the words in relation to.  There is no further

6    instruction on the meaning of the words in relation to.

7          A second note you sent, can you please provide a

8    definition of the term force as referenced in part of the

9    definition of forcibly in Count 3.

10         On that score, the defendant acted forcibly if he used

11   force, attempted to use force, or threatened to use force

12   against the officer.  The term force carries its everyday

13   ordinary meaning.

14         All right.  The next two notes, I have one thing --

15   one instruction that -- or one response that will respond to

16   both of them, and then I will get more specific.

17         The indictment is only a charging document.  The law

18   you should apply is set forth only in the jury instructions.

19   The indictment is only a charging document.  The law you should

20   apply is set forth only in the jury instructions.

21         All right.  With that response, let me respond -- one

22   of your notes says, on page 29, quote, the defendant assaulted,

23   dot, dot, dot or interfered, but in the indictment and, quote,

24   and.  Are all necessary to find guilt or just one.  Is it and

25   or or?

1          So the first element of Count 3, assaulting,

2     resisting, or impeding certain officers requires the government

3     to prove beyond a reasonable doubt that the defendant

4     assaulted, resisted, opposed, impeded, intimidated, or

5     interfered with officer Eugene Goodman.

6          All right.  And your last note concerned Counts 4

7     and 5.  I want to make sure I get it correct.

8          Okay.  So for Count 4, and keeping in mind the prior

9     instruction I gave you, the third element of Count 4, which is

10    entering or remaining in a restricted building or grounds with

11    a deadly or dangerous weapon that the government must prove

12    beyond a reasonable doubt is that the defendant carried a

13    deadly or dangerous weapon during and in relation to the

14    offense, that the defendant carried a deadly or dangerous

15    weapon during and in relation to the offense.

16         Similarly, as to Count 5, which is disorderly or

17    disruptive conduct in a restricted building or grounds with a

18    deadly or dangerous weapon, similarly, the fourth element of

19    Count 5 that the government must prove beyond a reasonable

20    doubt is that the defendant carried a deadly or dangerous

21    weapon during and in relation to the offense, again, that the

22    defendant carried a deadly or dangerous weapon during and in

23    relation to the offense.

24         That is all of my responses to all your notes.  Thank

25    you very much, and you may resume your deliberations.

```
 1                    (The jury exited the courtroom at 3:46 p.m.)

 2                    THE COURT:  All right, everyone.  You may be seated.

 3     We will be in recess.  Stay close by.

 4                    (A recess was taken at 3:47 p.m.)

 5                    THE COURTROOM DEPUTY:  Your Honor, we are back on the

 6     record in Criminal Matter 21-6, United States of America versus

 7     Douglas Austin Jensen.

 8                    THE COURT:  Good afternoon to everyone.  We have

 9     received a note that I believe has been provided to counsel

10     that indicates the jury has reached a full verdict.

11                    So, Madam Clerk, Ms. Harris, will you bring in the

12     jury.

13                    (The jury entered the courtroom at 5:41 p.m.)

14                    THE COURT:  You may be seated.

15                    All right.  Ladies and gentlemen of the jury, we

16     received your note that you have reached a full verdict, so who

17     on the jury, if you can identify -- stand and identify yourself

18     by seat number who on the jury speaks as its foreperson?

19                    A JUROR:  I am in seat No. 4, and I am the foreperson

20     of this jury.

21                    THE COURT:  All right, sir.  Has the jury unanimously

22     agreed upon its verdict?

23                    A JUROR:  We have, Your Honor.

24                    THE COURT:  If you will, Ms. Harris is going to

25     approach you.  Would you please hand her the verdict form for
```

```
 1   us to inspect.
 2           All right.  Very well.
 3           Now your verdict will now be published, that is, it
 4   will be read aloud in open court.  So I just say to the rest of
 5   the jury, please pay attention as the verdict is published.
 6   The jury should know that, following the verdict being read in
 7   open court, you may well -- the jury may be polled, that is,
 8   each juror may be asked individually whether the verdict as
 9   published constituted his or her individual verdict in all
10   respects.
11           So, Mr. Foreperson, on Count 1, obstructing officers
12   during a civil disorder, how do you find the defendant?
13           A JUROR:  Guilty.
14           THE COURT:  On Count 2, obstruction of an official
15   proceeding, how do you find the defendant?
16           A JUROR:  Guilty.
17           THE COURT:  On Count 3, assaulting, resisting, or
18   impeding certain officers with intent to commit another felony,
19   how do you find the defendant?
20           A JUROR:  Guilty.
21           THE COURT:  On Count 4, entering or remaining in a
22   restricted building or grounds while carrying a deadly or
23   dangerous weapon, how do you find the defendant?
24           A JUROR:  Guilty.
25           THE COURT:  On Count 5, disorderly or disruptive
```

1    conduct in a restricted building or grounds while carrying a

2    deadly or dangerous weapon, how do you find the defendant?

3              A JUROR:  Guilty.

4              THE COURT:  On Count 6, violent entry or disorderly

5    conduct in a Capitol building, how do you find the defendant?

6              A JUROR:  Guilty.

7              THE COURT:  And on Count 7, parading, demonstrating,

8    or picketing in a Capitol building, how do you find the

9    defendant?

10             A PROSPECTIVE JUROR:  Guilty.

11             THE COURT:  All right.  Very well.  You may be seated,

12   sir.

13             All right.  May I discharge the jury, counsel?

14             MR. DAVIS:  Yes, Your Honor.

15             THE COURT:  All right.  No objection.

16             Ladies and gentlemen of the jury, let me say you paid

17   attention closely to the evidence.  We can tell from the notes,

18   the many notes you gave us this afternoon that you were closely

19   and diligently looking at the law and looking at the evidence.

20   So I want to say thank you very much.

21             This system we have in this country of jury service

22   would not be possible without folks like you responding to the

23   request to come down here, volunteering your time, and being

24   diligent about your service, and it's one of the wonders of our

25   system.  So I want to thank you very much for your time and

 1    attention this week.  You are released.  You are discharged.

 2             (The jury exited the courtroom at 5:46 p.m.)

 3             THE COURT:  All right.  Ms. Harris, can you propose --

 4    what I suggest we do are two things, set a sentencing date and

 5    then discuss a schedule for post-trial motions.  Ms. Harris,

 6    what's a sentencing date that is appropriate?

 7             THE COURTROOM DEPUTY:  It's really going to put us in

 8    the middle of December, so I'm not sure how you want to handle

 9    that.

10             THE COURT:  I think we are going to have to push it.

11             THE COURTROOM DEPUTY:  The 13th of December is where

12    it puts us.

13             THE COURT:  Well, why don't we -- let me ask

14    Mr. Davis.  Mr. Davis, the sentencing date that we -- the

15    amount of time we would ordinarily take would put us at

16    mid-December.  I am going to be in the middle of a long trial

17    at that point.  I can do it on a Friday.  If you want, we could

18    look at, for example, December 16, put it on a Friday, and I

19    will work around it, or we could bump it to until the trial is

20    over, but that won't be, at least according to what the parties

21    tell me, until the last week in January.  I am happy to carve

22    out a time earlier in December if you want to do it then,

23    whatever your pleasure is.

24             MR. DAVIS:  Your Honor, when on the 16th?  I have a

25    matter in the -- I am in trial in December also but in another

1    district, but I have something here on Friday, the 16th of

2    December.  I spoke to Mr. Jensen, and he would prefer to be

3    sentenced sooner than later.

4                (There was an interruption by the court reporter.)

5                THE COURT:  I'm sorry to madam court reporter.  I

6    should have said something also.

7                MR. DAVIS:  I do have something set for December 16 at

8    3:00 p.m.  If we can do it in the morning, that would be great.

9                THE COURT:  So it's a convenient date for you.  All

10   right.  So the 16th at 10:00 a.m., how does that work?

11   Actually, given my schedule, I guess I would make it earlier.

12   I would make it 9:00 if that's possible.

13               MR. DAVIS:  That's even if -- I know he's in

14   Alexandria.  I don't know how -- I don't know what their record

15   is in terms of getting people here.

16               THE COURT:  Ms. Harris says it can be done.

17               MR. DAVIS:  I will be here.

18               THE COURT:  I would like to hear from the government

19   first before we set it.

20               MS. ALLEN:  9:00 a.m. on the 16th works for the

21   government.  Thank you.

22               THE COURT:  All right.  So we will set sentencing

23   then.

24               As far as post-trial motions go, Mr. Davis, when --

25   what is the date you think you would be prepared to file those?

```
 1              MR. DAVIS:  I'm sorry, Your Honor.  I am bringing up
 2   my calendar.
 3              THE COURT:  That's all right.
 4              MR. DAVIS:  Would it be possible to set it for the
 5   21st of October?  Would that give us enough time?
 6              THE COURT:  That's the question.  If I set it then,
 7   how long does the government anticipate it will need to respond
 8   to that?
 9              MS. ALLEN:  Your Honor, sorry, are you proposing
10   setting a hearing on the 21st or setting the defendant's
11   deadline for filing?
12              THE COURT:  The latter.
13              MR. DAVIS:  That was my understanding also.
14              THE COURT:  I'm a little concerned about whether I am
15   going to then run into my trial and have -- and whether it will
16   be difficult for me to be able to get it done in time.  But
17   regardless, how long does the government think it will take to
18   respond?  How long do you want to respond to the motion?
19              MS. ALLEN:  Well, I don't want to interrupt Your
20   Honor's schedule and take too long, so I would ask for two
21   weeks.  But if that's going to be inconvenient, we can make it
22   happen faster.
23              THE COURT:  Mr. Davis -- no, I think two weeks would
24   work if I can -- Mr. Davis, if you can do it maybe a week
25   earlier, is that possible?
```

```
1              MR. DAVIS:  Sure.
2              THE COURT:  So we are looking at October 14, because
3    you had proposed the 21st first, right?
4              MR. DAVIS:  I did.
5              THE COURT:  So if it's the 14th and then I got the
6    government's response by the 28th and then, Mr. Davis, if you
7    want to file a reply on November 4, another week, then at least
8    I will have everything by the 4th, and I will make it work.
9              All right.  Obviously the defendant, under 18 United
10   States Code 3143(a), will be remanded until then.
11             Is there anything further either side thinks we need
12   to address here today?
13             MR. DAVIS:  Your Honor, I was thinking that motion for
14   judgment of acquittal, you reserved ruling on that.  Are you
15   going to rule between now and when we file our post-trial
16   motions or --
17             THE COURT:  Yes, I will.  Correct.
18             MR. DAVIS:  All right.
19             THE COURT:  Anything further, Mr. Davis?
20             MR. DAVIS:  Nothing further.
21             THE COURT:  All right.  And anything further from the
22   government?
23             MS. ALLEN:  No.  Thank you, Your Honor.
24             THE COURT:  Very well.  I will take up those motions
25   when I get them; otherwise, I will see the parties at
```

sentencing.

(The trial concluded at 5:54 p.m.)

- - -

C E R T I F I C A T E


I hereby certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.




10/19/22                s/ Tammy Nestor
                        Tammy Nestor, RMR, CRR
                        Official Court Reporter
                        333 Constitution Avenue NW
                        Washington, D.C. 20001
                        tammy_nestor@dcd.uscourts

A JUROR: [8]  118/19
118/23 119/13 119/16
119/20 119/24 120/3 120/6
A PROSPECTIVE JUROR:
[1]  120/10
MR. DAVIS: [56]  3/3 4/11
6/2 6/7 7/1 7/8 7/16 70/17
71/15 72/4 97/5 97/16 97/25
99/8 102/22 102/25 103/4
103/8 103/17 103/23 104/2
104/16 105/14 105/17
105/21 106/3 106/14 107/7
107/16 108/12 109/20
109/25 111/13 111/20
112/18 113/7 113/16 114/2
114/12 114/20 114/24
115/10 115/20 120/14
121/24 122/7 122/13 122/17
123/1 123/4 123/13 124/1
124/4 124/13 124/18 124/24
MS. ALLEN: [40]  3/1 4/18
6/15 7/7 7/9 81/19 97/3
97/13 98/2 99/6 100/10
101/1 101/5 101/19 102/8
102/11 102/15 102/19 103/1
105/19 105/23 106/18 108/8
109/1 110/18 111/18 112/19
112/25 113/9 113/22 113/24
114/9 114/15 115/2 115/11
115/17 122/20 123/9 123/19
124/23
MS. MIRELL: [10]  5/23 5/25
46/7 46/23 48/9 50/21 53/2
62/8 104/4 104/9
THE COURT: [116]  2/7 3/2
3/12 4/17 4/23 5/24 6/1 6/4
6/8 6/25 7/12 7/17 7/20 46/4
69/25 70/7 70/19 71/17
71/23 72/2 81/18 89/24
95/25 96/16 96/21 97/4 97/6
97/15 97/17 98/5 99/7 99/9
99/18 100/11 101/4 101/11
101/23 102/9 102/14 102/16
102/20 102/23 103/2 103/7
103/11 103/19 103/25
104/14 104/18 105/16
105/18 105/22 106/2 106/10
106/15 106/17 107/12
107/21 108/9 108/13 109/5
109/22 110/2 111/10 111/16
111/19 111/21 112/22 113/5
113/8 113/11 113/20 113/23
114/1 114/5 114/10 114/14
114/18 114/22 115/7 115/12
115/19 115/21 115/24 118/2
118/8 118/14 118/21 118/24
119/14 119/17 119/21
119/25 120/4 120/7 120/11
120/15 121/3 121/10 121/13
122/5 122/9 122/16 122/18
122/22 123/3 123/6 123/12
123/14 123/23 124/2 124/5
124/17 124/19 124/21
124/24
THE COURTROOM
DEPUTY: [8]  2/2 46/1 71/24
96/15 99/15 118/5 121/7
121/11

006 [2]  1/3 99/16

**1**
10/19/22 [1]  125/11
10:00 a.m [1]  122/10
10:25 [2]  45/22 45/25
10:35 [1]  45/23
11 [3]  92/7 94/25 94/25
11:29 [1]  70/6
11:31 [1]  71/21
11:45 [1]  71/22
12 [1]  96/24
1200 [1]  1/15
12:00-ish [1]  66/20
12:30 [1]  90/3
12:35 [1]  96/20
12:42 [1]  99/14
1350 [1]  1/18
13th [1]  121/11
14 [1]  124/2
14th [1]  124/5
15 [1]  5/25
16 [2]  121/18 122/7
16th [4]  121/24 122/1 122/10
122/20
18 [1]  124/9
1:30 [1]  98/7

**2**
20-foot [2]  46/16 47/9
20001 [2]  1/23 125/13
20036 [1]  1/19
202 [1]  1/19
2020 [2]  42/24 51/18
2021 [3]  31/1 42/23 72/16
2022 [1]  1/6
21-006 [2]  1/3 99/16
21-6 [4]  2/3 46/2 71/25 118/6
21st [3]  123/5 123/10 124/3
22 [1]  125/11
222 [1]  1/12
23 [1]  1/6
24 [1]  76/25
253 [1]  1/12
28th [1]  124/6
29 [2]  99/23 116/22
2:02 p.m [1]  56/17
2:16 p.m [1]  63/10

**3**
311 [1]  72/23
312 [1]  1/15
3143 [1]  124/10
333 [2]  1/23 125/12
34 [1]  116/2
350 [1]  52/11
37 [1]  116/3
3:00 p.m [1]  122/8
3:30 [1]  56/17
3:41 [1]  115/23
3:46 [1]  118/1
3:47 [1]  118/4

**4**
45 [1]  6/2
4:00 [1]  66/21
4th [1]  124/8

5:00 [1]  98/10
5:00 and [1]  98/11
5:41 [1]  118/13
5:46 [1]  121/2
5:54 [1]  125/2

**6**
6-foot [1]  47/22
603 [1]  98/3
605 [1]  98/3
606 [1]  98/4

**7**
76-2 [1]  104/3

**9**
90012 [1]  1/16
99513 [1]  1/13
9:00 a.m [1]  122/20
9:00 if [1]  122/12
9:12 [1]  2/1
9:23 [1]  7/19

**A**
a.m [9]  2/1 7/19 45/25 66/21
70/6 71/21 71/22 122/10
122/20
abets [2]  26/8 31/22
abetted [12]  22/21 26/5 26/6
26/13 26/16 28/20 31/19
31/20 32/1 32/4 34/8 65/25
abetting [9]  2/18 22/17 25/24
27/24 31/14 33/13 65/8
65/19 66/8
abettor [4]  28/5 28/12 33/19
34/1
abide [2]  4/15 108/12
ability [5]  13/15 30/14 58/2
61/20 62/1
able [8]  36/9 39/25 85/11
90/14 96/17 97/22 99/11
123/16
about [120]  2/14 2/20 5/14
5/14 5/20 5/25 6/16 7/4 7/6
7/9 7/10 7/23 8/3 12/20
12/25 15/3 15/15 21/12
21/14 23/13 23/14 25/9
25/11 28/7 33/21 34/4 46/24
47/10 50/23 50/24 50/24
50/25 51/15 52/11 52/12
52/22 53/3 55/3 55/9 55/20
56/22 57/11 57/11 57/13
58/6 60/10 60/11 60/20
61/23 61/25 62/12 62/14
62/20 63/3 63/5 63/20 64/5
64/13 65/10 66/14 66/20
67/22 67/24 68/17 69/19
70/3 70/10 70/21 70/25 71/5
71/6 72/20 73/17 74/10
74/18 74/20 75/9 75/10
75/12 75/14 75/15 75/15
78/3 78/6 78/6 78/15 80/9
82/13 82/22 84/1 84/23
85/10 86/14 86/18 88/12
89/8 89/9 89/13 89/14 89/15
90/12 90/18 91/4 91/12
91/14 93/24 94/8 95/11
95/18 102/6 102/17 102/21

114/1 115/7 120/24 123/14
above [6]  21/4 25/1 26/22
32/10 48/10 125/8
above-entitled [1]  125/8
absent [1]  81/15
absolute [1]  17/4
absolutely [5]  80/7 80/8 81/7
88/1 103/25
accept [2]  8/18 16/11
acceptable [4]  13/4 106/14
107/4 115/19
accepted [2]  106/5 106/23
accident [8]  20/14 23/22
36/24 40/22 43/8 44/11 56/8
82/10
accomplice [4]  26/7 26/8
31/21 31/21
accomplish [2]  21/21 25/18
according [1]  121/20
accosted [1]  83/16
accosting [4]  59/2 83/4 83/17
84/3
accounting [1]  97/19
accuracy [1]  15/19
accurate [3]  15/12 16/12
125/7
accurately [1]  15/3
accusing [1]  10/21
acquittal [2]  92/9 124/14
across [3]  47/16 49/14 55/2
act [35]  12/5 18/17 18/24
18/25 19/4 20/14 21/24
23/22 23/25 24/2 24/9 24/14
25/21 27/1 27/4 27/7 27/10
27/14 27/16 27/18 29/8
29/15 32/14 32/17 32/20
32/23 33/2 33/5 33/7 36/24
40/22 43/8 44/11 79/24
80/22
acted [25]  18/12 20/15 23/5
23/8 23/23 30/2 30/7 30/10
30/19 36/25 40/23 42/6 43/9
43/19 44/12 58/7 64/17
64/19 101/13 104/4 104/9
104/13 104/21 106/11
116/10
acting [6]  24/6 31/8 64/25
76/15 78/19 78/19
action [5]  19/25 21/21 25/18
46/17 56/6
actions [8]  28/1 33/15 42/22
74/2 74/22 86/15 87/2 88/6
activities [1]  43/25
activity [2]  40/12 42/20
acts [36]  18/2 18/6 19/14
20/12 23/20 27/1 27/4 27/7
27/10 27/14 27/16 27/18
27/20 29/8 29/15 29/21
29/22 32/14 32/17 32/20
32/23 33/2 33/5 33/7 33/10
36/22 40/3 40/20 42/11
42/25 42/25 43/6 44/4 44/4
44/9 61/7
actual [5]  12/14 19/3 55/22
82/22 100/1
actually [27]  5/14 6/7 17/25
20/21 21/14 24/18 25/11
37/19 41/16 48/17 49/5 57/5

Case 1:21-cr-000[...]-TJK   Document 126   Filed 05/12/23   Page 127 of 150

**A**

actually... [15]  57/25 59/25
60/12 61/9 61/17 67/23 70/2
74/11 86/4 86/13 97/21
99/22 103/2 112/3 122/11
add [3]  72/5 112/25 115/17
added [2]  2/13 83/19
adding [1]  110/10
addition [2]  17/20 91/15
additional [2]  65/8 112/5
address [2]  6/13 124/12
adds [1]  103/8
adherent [2]  71/2 71/10
administration [1]  20/7
admissible [1]  14/9
admitted [14]  3/17 6/22 8/23
10/2 10/4 44/24 44/25 45/3
45/8 71/9 93/4 93/8 97/19
97/21
advance [1]  8/8
advancing [1]  55/17
adverse [1]  61/3
adversely [2]  19/8 61/15
advised [1]  8/9
advocate [1]  98/19
advocates [1]  93/1
affect [3]  13/15 13/17 16/20
affected [4]  19/8 53/14 61/15
62/13
affects [1]  15/9
affirmative [2]  27/12 32/25
affirmatively [1]  87/9
afraid [1]  50/5
after [24]  2/19 8/2 11/24 12/4
12/25 14/13 34/23 36/7 38/3
39/23 48/10 55/23 59/14
64/11 75/2 89/9 89/10 91/6
92/4 92/20 101/24 101/25
105/16 109/2
afternoon [2]  118/8 120/18
afterwards [1]  73/2
again [32]  4/9 8/6 15/6 38/1
38/4 56/4 58/9 58/18 62/6
64/6 65/19 66/9 68/15 79/3
80/3 84/25 85/12 85/24 86/4
86/24 88/8 94/11 94/13
95/10 98/12 101/5 105/19
106/22 107/12 108/3 109/6
117/21
against [25]  14/6 14/21 16/17
17/6 24/8 27/21 30/8 33/10
40/9 42/17 45/10 48/23
56/12 58/9 78/11 79/2 79/3
81/3 87/11 101/15 104/6
104/11 104/23 106/12
116/12
age [1]  9/12
agency [2]  20/1 20/6
agent [32]  7/5 62/2 62/3 62/4
62/8 67/9 70/25 75/10 75/25
78/2 80/18 85/12
aging [1]  72/12
ago [1]  21/4
agree [11]  4/8 8/13 59/24
61/18 83/12 87/19 92/12
101/23 107/21 108/8 114/18
agreed [3]  10/9 108/16
118/22
agreement [1]  97/20
ahead [4]  17/20 107/1
108/18
aid [8]  27/14 27/16 28/9 33/3
33/5 33/23 51/12 96/6
aided [14]  22/21 26/4 26/6
26/13 26/16 27/19 28/19
31/18 31/20 32/1 32/4 33/8
34/8 65/25
aider [4]  28/5 28/12 33/19
34/1
aiding [11]  2/18 22/16 25/24
27/4 27/24 31/14 32/17
33/13 65/8 65/19 66/8
aids [2]  26/8 31/22
Alaska [1]  1/13
Alexandria [1]  122/14
all [140]  2/7 2/10 3/17 4/3
5/24 7/12 7/17 7/20 8/11
8/19 9/2 9/10 11/7 11/25
12/8 13/11 13/22 14/22 18/3
18/9 18/14 20/15 23/23 24/5
26/9 31/23 36/7 37/1 39/23
40/23 42/22 43/9 44/12
44/14 45/18 45/19 46/4 48/6
50/4 50/16 51/1 51/15 52/6
53/7 54/14 56/5 56/6 56/19
56/23 58/21 59/1 59/4 59/19
60/4 60/6 63/3 63/12 63/19
69/24 70/7 70/19 71/12
71/17 72/25 73/4 73/17 75/6
75/11 75/12 75/21 79/25
80/25 81/23 82/1 83/23
87/15 87/19 88/10 89/16
89/24 90/16 93/5 93/19
95/12 95/17 95/25 95/25
96/2 96/21 96/23 97/23 98/5
98/15 98/16 99/4 99/7 99/9
99/18 99/24 100/11 103/14
103/18 105/16 106/8 106/17
108/9 108/13 108/14 109/7
113/14 115/15 115/15
115/21 115/24 116/14
116/21 116/24 117/6 117/24
117/24 118/2 118/15 118/21
119/2 119/9 120/11 120/13
120/15 121/3 122/9 122/22
123/3 124/9 124/18 124/21
allegation [1]  97/10
alleged [1]  78/13
allegedly [2]  37/9 41/6
alleges [2]  25/22 26/2
Allen [4]  1/11 2/4 70/19
100/24
allotment [2]  5/21 6/5
allow [1]  13/16
allowed [4]  36/10 39/25
98/20 98/21
almost [1]  41/18
alone [10]  8/24 8/25 14/24
47/5 47/13 47/18 48/6 49/4
49/18 59/19
along [2]  22/19 103/10
aloud [1]  119/4
already [9]  25/1 32/10 47/6
55/24 59/11 67/20 87/14
94/7 101/12
also [46]  2/5 7/7 9/4 10/1
15/2 16/3 19/22 20/18 22/15
ahead [4]  17/20 107/1
33/9 33/22 34/22 35/12
37/25 38/21 53/5 53/8 53/12
54/7 55/3 55/5 55/9 60/2
62/17 66/23 66/25 67/14
69/10 70/9 82/20 84/13 85/5
89/5 91/10 94/2 98/8 105/23
109/23 121/25 122/6 123/13
alternate [4]  94/19 94/22
95/22 95/24
alternates [4]  94/20 95/16
although [1]  95/4
always [4]  7/3 56/25 77/2
82/13
am [37]  3/22 5/5 5/6 6/10 7/4
7/24 8/5 8/5 8/9 34/21 35/12
35/24 37/25 38/21 39/14
52/22 56/25 57/5 69/25
71/15 74/22 75/16 89/18
90/3 95/1 95/7 101/5 107/7
112/4 115/25 118/19 118/19
121/16 121/21 121/25 123/1
123/14
AMERICA [6]  1/2 2/3 46/2
71/25 99/16 118/16
among [1]  90/16
amongst [1]  93/15
amount [2]  25/13 121/15
amounts [1]  6/4
analogy [1]  107/16
Anchorage [1]  1/13
Angeles [1]  1/16
angles [1]  52/7
angry [2]  47/18 87/4
announce [1]  92/18
announced [1]  92/20
announcing [1]  72/24
another [34]  13/5 19/15
19/17 19/18 26/1 26/5 26/6
29/9 29/16 30/3 30/3 31/16
31/19 31/20 37/17 40/4 40/8
41/14 42/12 42/16 48/23
60/19 65/19 70/1 80/1 91/10
101/16 103/5 106/17 110/10
112/25 119/18 121/25 124/7
answer [19]  14/12 14/14
14/15 74/3 74/22 79/14 81/4
83/12 100/1 101/11 102/2
103/16 105/23 106/7 106/8
106/21 107/1 109/18 116/4
answered [1]  14/13
answering [1]  80/13
answers [3]  100/11 100/13
114/21
anticipate [2]  5/22 123/7
any [95]  2/23 3/10 3/17 4/1
4/14 6/5 7/14 8/13 8/20 8/25
9/11 9/14 9/20 9/23 10/10
10/14 10/23 10/23 10/24
11/6 11/13 13/6 14/24 15/9
15/13 15/16 15/21 15/24
16/1 16/3 16/4 16/5 16/15
16/24 17/1 17/3 17/17 18/2
19/7 19/9 19/10 19/13 19/21
19/24 20/1 20/6 28/24 30/12
36/15 38/11 39/6 40/13 42/1
43/18 44/18 44/20 44/20
44/22 45/14 49/20 57/25
58/14 64/5 71/7 73/8 77/14
88/21 91/4 91/13 91/14
91/15 91/17 91/18 91/24
91/25 92/2 92/3 92/7 92/8
92/9 93/5 93/21 93/24 94/5
94/22 97/1 97/9 97/11 97/12
99/5 108/1
anyone [12]  73/19 76/8
79/16 77/19 80/10 81/8 81/9
86/7 91/6 91/12 95/8 95/19
anything [20]  6/12 9/18 15/8
15/17 70/23 70/25 76/12
76/12 77/24 79/8 81/15 83/2
86/13 86/18 100/21 107/25
108/14 124/11 124/19
124/21
anywhere [3]  6/2 77/14 87/11
apparent [2]  30/14 58/2
apparently [4]  72/22 76/10
76/21 81/2
appear [1]  45/7
APPEARANCES [1]  1/10
applies [4]  8/17 44/16 95/11
116/2
apply [7]  7/23 17/1 74/12
115/8 115/13 116/18 116/20
appreciate [4]  98/18 98/22
98/24 99/10
appreciation [1]  50/17
approach [1]  118/25
appropriate [5]  4/23 97/14
98/3 105/10 115/6
are [170]  2/4 4/3 4/12 4/24
5/8 6/9 6/17 7/3 7/4 7/6 7/14
8/2 8/7 8/7 8/8 8/22 8/22 9/3
9/6 10/11 10/13 10/17 10/18
10/20 12/1 12/11 12/12 13/4
13/7 14/18 14/23 15/24 16/6
17/12 17/14 17/16 17/16
17/22 18/5 18/10 18/14
19/11 19/12 23/9 30/6 30/23
36/9 36/10 36/14 39/25
39/25 40/2 41/18 45/2 45/4
52/7 53/2 54/10 56/21 57/11
57/11 57/13 58/9 59/6 59/25
64/1 64/15 65/5 65/8 66/10
67/6 68/9 71/2 71/6 71/8
71/24 72/6 72/9 72/19 73/5
73/21 73/22 73/23 74/5 74/8
74/8 74/11 74/11 74/12
75/19 76/16 76/18 77/21
77/23 79/18 81/13 86/17
86/24 86/25 87/8 87/15 88/2
88/16 90/1 90/9 92/2 92/4
92/15 92/25 93/1 93/21
94/25 95/14 96/6 96/7 96/10
97/1 97/18 97/21 97/22
97/23 97/25 98/16 99/15
99/24 100/23 102/3 102/4
102/21 103/13 104/18
105/12 106/7 106/7 106/7
107/23 108/10 109/3 110/20
111/1 111/5 111/8 111/13
113/1 113/14 113/19 113/19
114/3 114/3 114/6 114/25
115/4 116/24 118/5 121/1
121/1 121/4 121/10 123/9

are... [2] 124/2 124/14
area [12] 31/2 36/16 40/14
53/16 66/12 66/14 66/15
66/17 66/22 66/24 66/25
67/5
areas [2] 6/22 20/11
argue [4] 7/1 7/13 70/15 71/1
argument [3] 14/4 70/4 72/3
arguments [2] 8/1 10/17
armed [6] 47/25 52/14 54/4
59/9 63/13 66/12
army [2] 53/19 73/25
around [7] 5/23 31/2 73/19
86/5 86/23 88/3 121/19
arrest [24] 53/7 55/5 64/4
75/19 75/22 76/18 78/23
78/23 80/23 81/23 81/24
83/3 84/6 84/11 84/19 84/21
85/2 85/25 86/7 86/11 87/23
87/25 88/2 89/3
arrested [4] 64/12 78/9 80/17
86/13
arresting [3] 64/6 64/10 68/3
arrive [2] 9/8 75/25
article [2] 19/9 69/19
as [150] 3/18 5/19 5/19 5/19
5/19 7/15 8/6 8/18 8/19 8/21
8/23 9/2 9/11 9/18 10/7 10/9
10/13 10/15 10/22 10/23
11/20 11/22 12/13 13/4
14/12 14/17 15/5 15/12
16/11 16/19 16/22 16/24
17/7 17/13 17/22 17/22 21/3
23/18 24/25 25/23 26/8
26/22 28/5 28/12 28/15
30/15 31/6 31/14 31/22 32/9
33/19 34/1 34/4 35/24 39/14
40/4 42/12 43/25 44/17
44/25 45/6 45/9 47/14 47/24
48/19 48/20 49/17 50/1 50/6
50/10 51/3 51/9 52/15 52/23
53/3 53/16 53/20 54/18
55/18 56/22 56/23 56/23
57/4 57/5 57/25 60/18 60/22
62/15 62/16 63/19 63/21
64/10 65/10 66/4 66/18
66/18 68/8 70/20 70/24 72/7
73/10 73/12 73/17 74/6
74/11 74/12 77/11 77/25
78/15 78/17 80/15 83/25
85/19 85/23 90/12 90/21
91/6 91/7 91/9 91/13 93/5
93/17 93/17 93/18 93/22
94/5 94/20 96/2 96/5 97/19
97/19 97/24 97/24 100/13
100/16 100/16 101/3 101/11
102/9 110/21 113/10 113/25
116/1 116/8 117/16 118/18
119/5 119/8 122/24 122/24
ask [17] 2/25 5/19 70/1 78/5
80/25 81/11 81/22 83/6
83/10 89/19 90/15 91/1
99/23 109/20 112/25 121/13
123/20
asked [11] 13/13 13/16 14/4
15/23 75/9 76/5 83/7 87/16
89/19 89/21 119/8
asking [8] 74/22 83/1 83/2

asleep [1] 13/2
assault [18] 2/19 30/12 30/18
57/12 57/19 57/19 57/23
57/25 59/15 59/22 59/25
60/1 79/3 79/4 79/4 79/16
79/16 103/8
assaulted [1] 29/18 31/4
31/9 32/7 34/7 62/21 99/23
100/6 116/22 117/4
assaulting [20] 29/5 29/12
31/12 31/13 32/3 32/11
32/19 32/21 33/25 34/9
34/13 34/16 56/19 57/7
60/17 60/23 79/14 100/4
117/1 119/17
asserts [2] 19/20
assist [8] 10/18 27/15 27/16
28/9 33/3 33/6 33/23 94/10
assisted [2] 27/19 33/8
assisting [2] 27/4 32/17
associate [2] 28/10 33/24
associated [2] 22/19 28/2
33/16
assume [5] 12/18 12/23 17/8
54/3 86/9
attempt [19] 20/17 20/18
20/19 20/23 21/9 21/10
21/17 22/15 24/16 24/17
24/20 25/6 25/7 25/7 25/14
30/12 58/1 65/7 65/10
attempted [19] 18/25 19/4
22/3 22/20 23/1 28/19 30/8
30/15 30/16 58/8 65/15 77/6
79/4 101/14 104/5 104/10
104/22 106/11 116/11
attempting [1] 18/17
attempts [1] 24/5
attention [8] 65/3 72/10 80/4
80/5 91/5 119/5 120/17
121/1
attentive [1] 94/24
attitude [1] 92/14
Attorney's [2] 1/11 1/14
attorneys [1] 9/23
attuned [1] 113/19
audio [3] 17/13 17/14 45/2
AUSTIN [6] 1/5 2/3 46/3 72/1
99/17 118/7
authority [3] 20/7 35/7 35/21
authorization [1] 31/2
available [3] 47/15 66/10
69/17
Avenue [4] 1/12 1/18 1/23
125/12
avoid [2] 70/15 92/22
aware [13] 9/4 9/6 20/13
23/21 36/23 40/21 43/4 43/7
44/7 44/10 64/20 68/20
76/21
awareness [2] 23/5 24/4
away [6] 47/17 54/22 55/22
85/9 92/20 98/13

**B**

ba [5] 112/1 112/1 112/1
112/1 112/1
back [67] 2/14 2/15 3/6 3/11
3/15 4/15 4/21 4/24 45/23
46/1 46/4 49/5 50/5 50/8

55/8 50/ 05/0 /23 /15
51/13 51/14 51/15 52/5 52/8
55/15 55/25 56/2 58/25 59/4
60/5 71/18 71/23 71/24 72/2
72/16 72/17 73/17 74/7 76/9
76/11 83/9 86/1 86/3 86/6
86/8 87/15 88/8 88/17 89/18
90/4 92/20 95/5 95/16 95/21
96/12 96/17 97/8 97/12
97/22 97/24 98/6 98/10
99/11 99/15 100/19 109/25
115/3 118/5
backdrop [1] 81/3
background [1] 7/9
backing [3] 49/18 50/11
50/11
backup [4] 49/4 49/7 49/25
51/5
backwards [1] 50/4
bad [1] 87/25
badge [1] 95/21
bags [2] 48/3 54/6
baking [1] 100/11
balanced [1] 6/7
banging [1] 63/5
bar [1] 74/18
bargain [1] 54/24
barricades [1] 46/13
barrier [1] 46/11
based [11] 11/23 11/23 12/6
12/7 45/17 82/19 82/21
88/15 88/22 89/22 90/13
basically [3] 102/4 105/13
107/23
basis [1] 71/4
bat [2] 72/11 98/16
baton [8] 49/6 49/18 50/6
50/12 54/10 54/16 54/19
85/7
bats [1] 74/1
battled [1] 59/9
be [171] 3/16 4/5 4/7 4/9
4/11 4/23 5/22 6/15 7/20 8/9
8/14 10/10 11/1 11/20 11/21
12/16 12/21 13/1 14/14
14/25 16/16 16/23 17/7
17/23 22/1 23/6 23/12 23/13
23/15 26/4 26/10 26/24
27/25 28/7 28/17 31/11
31/18 31/23 32/12 33/10
33/21 34/6 36/11 36/12
36/12 36/18 37/11 37/18
40/4 40/6 40/16 41/8 41/15
42/12 42/14 43/4 43/5 44/7
44/8 45/7 45/16 45/23 46/8
47/3 47/6 47/7 49/21 51/6
51/17 52/7 56/1 56/7 57/23
57/23 59/3 62/9 63/3 64/6
64/12 66/3 66/19 67/6 70/7
70/17 71/4 71/13 75/21 76/3
76/4 78/17 78/19 78/19
78/23 82/6 82/9 86/13 88/8
88/22 89/15 90/3 90/9 90/12
90/14 90/22 90/24 90/25
92/13 92/16 93/3 94/8 94/22
94/4 94/6 94/22 95/12 96/1
96/6 96/10 96/16 96/17
96/21 96/25 97/9 97/22
99/11 99/13 100/13 100/22

5/6 55/0 /25 /1Page 1/5 6 1/10
105/10 105/10 105/10
105/25 106/10 106/22 107/8
107/9 107/19 108/22 108/24
110/1 110/12 111/10 113/2
113/12 113/13 113/13
114/25 115/6 115/24 118/2
118/3 118/14 119/3 119/4
119/7 119/8 120/11 120/22
121/16 121/20 122/2 122/8
122/16 122/17 122/25 123/4
123/16 123/16 123/21
124/10
bear [14] 48/2 48/17 59/14
92/2
bear-sprayed [2] 48/17 59/14
became [1] 49/12
because [43] 4/10 4/12 13/16
17/3 17/9 17/24 21/11 21/18
25/8 25/15 26/16 32/4 49/10
49/15 53/15 54/4 58/13
60/13 63/9 67/21 70/8 73/16
74/10 78/16 79/14 79/20
80/5 80/15 81/12 82/13 88/8
89/13 89/15 91/1 95/4 98/12
100/1 101/2 109/13 111/1
113/9 113/13 124/2
becomes [1] 91/19
beeline [1] 82/11
been [26] 3/17 10/12 14/13
16/13 17/11 45/9 50/19
54/13 61/12 61/23 63/19
68/17 69/10 75/13 79/4
81/14 84/20 86/2 93/4 95/17
96/13 96/24 97/18 97/19
108/25 118/9
before [29] 1/8 2/8 4/12 6/13
10/8 10/9 23/12 45/11 46/21
49/1 65/2 68/15 70/3 70/10
71/19 72/5 72/17 90/2 90/20
94/19 94/20 94/22 95/1
100/18 108/14 109/2 109/2
115/17 122/19
began [2] 2/1 49/18
begin [4] 5/17 90/5 94/19
96/17
beginning [10] 5/16 15/5
52/19 73/12 78/16 91/11
92/14 92/24 96/5 115/3
behalf [1] 75/16
behavior [1] 15/10
behind [7] 49/11 52/18 52/20
55/7 83/1 86/15 87/17
being [21] 17/12 26/24 28/7
31/4 32/13 33/21 49/4 51/9
53/25 59/14 60/11 66/12
68/7 70/12 77/10 77/17
80/14 99/11 114/19 119/6
120/23
beings [1] 9/2
belief [2] 7/10 71/7
beliefs [2] 70/21 71/8
believability [1] 9/1
believable [1] 13/25
believe [14] 9/20 13/24 14/8
14/24 16/15 52/7 74/6 75/6
75/7 81/22 88/7 103/21
115/2 118/9
believed [9] 14/5 14/25 54/20
77/2 80/23 80/24 87/23 88/9

believed... [1] 89/2
believes [3] 75/21 75/22 78/24
bench [1] 109/3
benefit [1] 72/12
best [4] 56/25 89/6 101/7 115/25
better [1] 111/20
between [12] 15/21 15/25 16/4 17/17 19/20 61/17 67/10 95/6 107/20 109/8 110/19 124/15
beyond [53] 11/4 11/8 11/13 11/17 11/21 12/8 12/10 14/21 18/11 18/22 20/25 21/12 21/14 22/6 22/25 23/15 24/22 25/10 25/11 26/11 26/18 28/8 28/13 28/23 29/17 30/18 31/7 31/24 32/5 33/22 34/2 34/12 35/4 35/19 37/3 38/8 39/4 40/25 41/24 43/15 57/2 68/25 73/7 82/14 82/17 94/9 100/6 110/5 110/15 112/7 117/3 117/12 117/19
bias [1] 16/18
biased [1] 16/16
biases [5] 9/3 9/5 9/5 9/7 15/7
big [1] 52/11
bike [4] 46/13 66/17 66/25 74/14
bit [5] 6/19 45/20 55/3 57/6 81/3
blacked [1] 45/1
blade [1] 67/14
blocking [2] 49/15 69/8
blogging [1] 91/14
blue [4] 61/1 67/20 77/18 77/20
board [1] 20/7
bodily [5] 37/16 37/19 41/13 41/15 67/15
body [3] 52/16 58/20 85/23
both [21] 2/10 6/6 13/3 13/8 13/12 14/15 24/1 27/24 33/13 66/11 68/11 88/24 95/1 95/20 98/19 98/22 98/23 106/2 113/14 113/21 116/16
bounds [1] 89/4
Bowser's [1] 62/14
boxed [1] 84/4
break [7] 7/24 45/21 45/23 70/1 70/8 87/22 88/2
Breaking [1] 87/3
breaks [1] 96/13
Brian [1] 53/12
bribing [1] 24/12
brief [2] 6/16 70/8
briefly [1] 91/7
bring [16] 2/9 3/20 6/13 7/17 28/15 34/4 71/19 72/10 75/18 76/17 93/11 95/15 108/15 108/17 115/21 118/11
bringing [1] 123/1
broke [2] 67/1 87/7

books... [4] from... [4] 56/26
59/18
brought [1] 75/4
buff [1] 53/13
building [57] 20/10 34/19 34/23 35/2 35/7 35/14 35/17 35/21 36/2 36/6 36/15 36/17 37/22 38/2 38/6 38/12 38/23 39/2 39/7 39/18 39/22 40/13 40/15 41/21 43/12 47/11 47/16 49/16 49/25 51/17 52/2 53/9 56/1 61/20 61/25 66/19 67/17 68/13 68/23 77/10 82/24 84/10 84/12 85/14 87/3 87/8 87/22 105/2 110/4 110/13 110/22 117/10 117/17 119/22 120/1 120/5 120/8
buildings [4] 42/2 42/8 43/18 44/1
built [1] 98/6
bulk [1] 7/24
bump [1] 121/19
burden [9] 11/4 11/16 12/9 73/5 73/6 73/10 82/14 82/15 88/21
burdens [1] 73/5
bureau [1] 20/8
burning [1] 55/13
business [8] 2/8 38/15 38/18 39/10 39/13 43/23 62/18 87/5
buy [1] 76/1

C
cadre [1] 56/14
calendar [1] 123/2
California [1] 1/16
call [4] 75/6 94/16 95/9 95/13
called [2] 26/7 31/21
calling [2] 63/14 95/12
calls [1] 50/1
Calmly [1] 92/23
came [13] 7/10 46/9 48/14 50/2 51/7 51/11 56/2 75/11 76/1 84/24 89/20 100/20 109/2
cameras [1] 85/23
can [48] 2/15 4/2 4/2 31/16 56/24 65/9 65/23 65/24 70/15 71/19 72/13 79/6 79/19 79/19 79/20 80/25 90/15 91/7 94/24 95/20 97/21 98/6 98/19 100/15 100/24 101/7 101/7 102/1 105/19 106/2 106/20 107/1 107/10 108/12 108/17 112/3 115/16 116/1 116/7 118/17 120/17 121/3 121/17 122/8 122/16 123/21 123/24
Can't [1] 84/25
cannot [4] 12/1 17/20 17/23 64/14
cap [1] 69/14
capability [1] 16/20
capable [5] 37/16 37/18 41/13 41/15 48/14 59/11 67/14 67/15 72/5
Capitol [63] 19/2 20/9 20/10

Freedom... [4] accessories... [26]
42/8 42/9 43/12 43/18 44/1 44/2 46/25 47/11 49/2 50/2 51/1 51/11 51/17 52/2 52/3 52/11 53/11 53/16 56/1 56/16 59/9 59/18 60/15 61/19 61/24 62/10 63/21 64/9 66/8 67/2 67/17 68/12 68/15 68/16 68/23 69/3 69/12 69/19 69/21 69/22 73/14 73/19 76/19 76/4 76/24 77/1 77/24 80/8 81/22 84/9 84/14 87/3 89/12 120/5 120/8
captioned [1] 69/16
caravans [1] 75/25
care [2] 2/8 66/22
careful [1] 11/24 12/4
carefully [3] 81/11 111/2 111/2
carnage [1] 54/13
carpenters [1] 77/21
carried [20] 19/25 35/10 37/4 37/9 37/17 38/19 41/1 41/6 41/14 80/14 109/11 109/15 109/16 110/7 110/16 112/8 117/12 117/14 117/20 117/22
carries [5] 101/15 105/1 105/24 106/13 116/12
carry [7] 30/22 67/16 77/20 77/20 109/10 109/17 109/21
carrying [19] 18/18 31/6 34/20 35/2 36/2 36/8 37/23 38/7 39/18 39/24 47/20 47/22 48/2 77/17 102/6 107/18 110/22 119/22 120/1
carve [1] 121/21
case [71] 1/3 3/23 3/24 5/1 6/21 7/23 8/17 8/22 9/16 9/19 9/21 10/3 11/1 11/24 12/12 13/11 13/18 14/3 15/16 15/18 16/24 17/4 17/16 25/22 37/8 37/9 41/5 41/6 45/17 54/9 60/4 61/19 64/5 65/18 67/8 72/8 73/7 73/11 78/22 80/16 82/2 82/2 82/14 82/20 85/4 85/11 85/19 86/14 88/9 88/22 90/24 90/25 91/2 91/12 91/14 91/25 92/9 92/17 92/21 92/24 93/15 94/4 95/5 95/8 95/11 95/14 95/18 96/7 99/12 113/3 114/4
cases [5] 11/17 11/19 11/20 92/2 97/10
catch [1] 111/8
caught [4] 26/10 31/23 80/4 80/5
cause [5] 12/3 40/4 42/12 92/19 103/13
causes [3] 9/15 19/16 61/8
causing [5] 31/16 37/18 41/13 41/15 110/20
caveman [1] 73/21
cede [1] 53/10
celebrated [1] 69/13
cement [1] 47/9
central [1] 3/4

certain... [4] certain [25]
31/13 32/3 32/12 32/19 32/22 34/1 34/8 34/9 34/14 34/17 47/24 68/12 74/8 92/18 100/15 117/2 119/18
certainly [3] 7/7 46/15 103/12
certainty [2] 12/9 13/10
certification [5] 46/10 64/19 68/1 68/2 78/14
certified [2] 63/19 97/23
certify [3] 23/19 42/23 125/6
certifying [1] 51/18
cetera [2] 2/16 5/13 98/13
chamber [4] 52/4 55/7 63/13 66/5
chance [8] 70/9 70/13 71/13 83/5 83/9 83/9 83/12 95/15
change [6] 63/20 86/13 86/16 86/17 86/18 103/22
changes [1] 88/2
chanting [1] 86/24
chaos [2] 50/3 80/8
characteristic [2] 9/11 9/14
characterized [1] 52/15
charge [19] 13/17 34/21 35/13 36/4 36/8 36/10 37/25 38/22 39/20 39/24 40/1 68/11 78/11 78/12 79/2 79/3 80/1 82/16 110/21
charged [30] 3/24 11/10 20/17 20/18 22/1 24/15 25/24 26/22 27/11 27/18 28/17 30/4 30/5 31/14 32/9 32/24 33/7 34/7 57/3 60/23 65/9 65/20 75/5 77/7 77/8 77/8 77/9 77/9 77/11 81/14 103/6
charges [19] 13/14 14/21 18/15 18/16 22/12 22/15 29/4 34/18 37/21 41/19 43/11 44/14 57/7 66/12 68/14 80/11 81/12 97/14 103/6
charging [5] 111/6 115/8 115/12 116/17 116/19
chased [4] 50/11 51/9 52/3 53/25
chasing [5] 57/16 60/5 63/25 82/25 84/1
check [2] 75/10 103/23
checks [1] 52/23
chicken [1] 115/16
chose [3] 17/9 49/22 58/15
chosen [1] 17/5
Christopher [1] 1/17 2/5
Circuit [2] 100/20 102/24
circumstances [15] 3/3 12/16 13/23 15/20 15/22 18/1 18/3 18/10 28/13 33/15 40/8 42/16 52/12 68/9 92/3
circumstantial [9] 12/13 12/17 13/1 13/3 13/7 13/9 13/12 27/25 33/14
city [1] 72/19
civil [34] 11/17 18/19 19/6 19/7 19/11 19/13 20/19 20/20 20/22 20/24 21/3 21/6 21/11 21/18 22/3 22/4 22/7 22/11 23/16 23/23 42/22 24/7 24/11 24/16 24/18 40/16 52/12 68/9 92/3
61/10 61/10 61/11 61/11

civil... [8] 61/12 61/12 61/14
62/12 65/12 65/14 65/16
119/12
civility [1] 90/16 98/22
claiming [1] 75/4
clarified [1] 102/12
clarifies [1] 110/9
clarify [2] 17/14 113/1
clashing [1] 48/23
clear [6] 21/20 25/17 82/2
88/8 102/16 112/15
clearly [2] 110/20 111/1
clerk [2] 93/10 118/11
clerks [1] 99/1
clever [1] 81/13
climbed [1] 52/2
climbing [1] 47/10
clock [8] 6/11 51/5 52/8
53/15 54/2 55/10 64/3 69/7
close [7] 62/6 62/15 62/16
107/13 107/13 108/3 118/3
closed [2] 66/17 116/2
closely [3] 52/23 120/17
120/18
closer [1] 100/25
closest [1] 73/13
closing [11] 6/14 8/1 45/19
45/24 46/6 70/4 70/13 70/16
71/14 71/20 72/3
closings [2] 5/11 5/20
clouds [1] 46/14
Code [1] 124/10
coincidence [1] 56/5
collar [1] 77/20
colleagues [4] 72/4 72/5 77/5
81/13
College [3] 23/19 42/24
46/11
color [1] 77/18
colored [1] 16/19
COLUMBIA [4] 1/1 19/21
19/22 19/23
combat [2] 52/14 53/20
combined [1] 59/1
come [13] 62/5 63/2 70/21
71/18 83/9 90/4 96/12 96/17
97/22 98/6 98/10 107/12
120/23
comes [3] 7/15 70/14 91/4
coming [3] 101/2 101/5 109/2
commands [5] 47/8 52/11
52/17 58/21 59/3
commerce [8] 19/8 19/9
19/20 19/20 19/22 61/3
61/15 62/18
commission [3] 20/7 28/4
33/18
commit [42] 18/17 18/25
20/18 20/19 20/24 21/2 21/8
21/10 21/15 21/19 21/21
22/17 24/16 24/17 24/21
24/24 25/4 25/7 25/8 25/12
25/14 25/16 25/18 25/21
27/8 27/13 27/15 29/9 29/16
30/3 32/21 33/1 33/3 60/19
60/21 60/22 62/21 65/17
65/18 66/6 79/19 119/18
committed [29] 18/24 22/7

25/23 26/2 26/11
26/20 26/24 26/25 28/7 28/7
28/15 28/23 29/1 30/17
31/17 31/23 31/25 32/13
32/13 33/21 33/21 34/3
34/13 34/16 60/16 61/7
65/13 65/23
committing [23] 18/17 21/19
22/4 25/3 25/16 25/24 26/5
26/7 26/13 26/17 26/21 27/5
28/21 31/15 31/19 31/20
32/2 32/4 32/9 32/18 34/10
65/25 66/3
commodity [1] 19/9
common [5] 60/5 67/13
75/10 103/14 106/9
communicate [6] 3/14 91/12
91/20 91/23 91/24 95/11
communicating [2] 74/25
76/14
communication [1] 91/13
comparing [1] 111/2
complete [4] 20/21 21/25
24/19 80/8
complex [2] 31/1 31/3
complicated [1] 110/1
comply [1] 57/18
concern [7] 7/2 45/13
concerned [7] 7/4 7/6 15/18
17/22 75/14 117/6 123/14
concerning [2] 90/23 91/25
concert [1] 76/15
concluded [2] 94/3 125/2
conduct [53] 8/15 19/10
20/13 23/6 23/21 24/14
36/23 37/22 38/2 38/6 38/11
38/14 38/16 38/17 38/18
38/23 39/2 39/6 39/9 39/11
39/12 39/13 39/17 39/22
40/3 40/11 40/21 41/20 42/1
42/4 42/11 42/19 42/21 43/4
43/7 43/22 44/7 44/10 58/21
67/22 68/6 68/8 68/12 68/14
68/16 69/6 69/7 91/15 91/17
92/14 117/17 120/1 120/5
conducted [2] 98/23 98/23
Confederate [9] 47/20 47/21
53/14 79/19 79/10 79/12
79/13 83/21 83/24
confirms [2] 21/7 25/4
confronting [1] 74/17
confronts [2] 57/14 63/25
confused [6] 68/5 77/4 81/3
81/8 81/10 82/5
confusing [1] 113/9
confusion [2] 82/10 110/20
Congress [15] 23/12 42/5
42/5 42/21 42/22 42/23
43/23 51/17 63/23 64/9
68/10 68/16 69/5 87/2 87/5
Congress's [1] 23/19
Connecticut [1] 1/18
connecting [1] 71/7
connection [2] 107/9 107/20
conscientious [1] 106/19
consciously [1] 9/6
consciousness [2] 24/2 24/3
consequence [2] 64/9 87/1
consequences [1] 18/6

consider [5] 6/2 9/2 9/2
9/4 10/2 10/10 10/11 10/22
10/23 13/11 13/18 13/22
14/19 14/22 15/8 15/10
15/20 15/24 16/3 16/5 16/9
16/12 16/18 18/2 18/9 20/15
22/9 23/23 27/24 29/1 33/13
34/16 34/25 35/25 35/25
36/5 36/10 37/1 38/4 39/15
39/16 39/21 39/25 40/23
43/9 44/12 44/15 45/8 45/18
59/7 64/16 65/20 66/10
90/14 93/5 93/9 93/22
113/25
considerable [1] 92/15
consideration [5] 9/15 9/17
11/25 88/15 90/19
considered [4] 22/10 37/11
41/8 92/10
considering [1] 36/11
consistencies [2] 15/24 16/3
consistent [1] 71/15
consistently [1] 47/8
consists [1] 10/3
constituted [1] 119/9
Constitution [2] 1/23 125/12
constitutional [1] 27/2
contact [4] 57/23 58/4 58/10
98/15
contain [1] 7/3
content [1] 71/5
context [2] 50/14 106/6
contradicted [1] 16/13
contrast [1] 24/11
contributed [1] 63/8
control [7] 9/25 53/10 111/4
113/3 114/13 114/21 114/25
controls [4] 56/25 72/12
113/12 113/20
convened [1] 42/23
convenience [1] 17/12
convenient [1] 122/9
conversation [2] 53/5 69/17
conversations [3] 2/12 17/10
17/12
convey [1] 94/5
convict [1] 79/6
conviction [3] 45/13 45/16
92/8
convinced [1] 12/1
copies [2] 8/9 96/24
copy [4] 5/13 8/10 93/18
108/19
cordoned [3] 36/16 40/14
66/16
core [1] 107/22
corpses [1] 72/20
correct [6] 67/2 76/25 101/4
117/7 124/17
corrected [1] 76/10
corridor [8] 51/5 51/12 52/8
53/15 54/2 55/10 64/3 69/7
corroborates [2] 21/7 25/4
corruptly [15] 22/13 22/23
23/8 23/25 24/6 24/10 24/14
64/17 65/1 74/9 78/13 78/16
78/19 87/7 87/12
coughing [1] 55/13
could [27] 3/8 46/18 48/2

50/4 50/6 50/7
50/19 55/14 58/15 63/10
63/10 63/15 65/15 82/4
99/10 100/21 101/11 103/23
105/8 105/23 107/14 107/15
115/17 121/17 121/19
couldn't [2] 47/24 49/14
counsel [2] 118/9 120/13
count [84] 2/19 18/16 19/12
20/17 22/2 22/9 22/12 22/15
23/10 23/18 24/15 25/24
26/3 28/18 29/7 29/4 30/4
30/5 30/6 31/14 31/17 34/7
34/15 34/18 36/14 37/21
40/2 41/19 43/11 44/14
44/17 44/18 44/20 44/22
57/6 59/6 59/13 60/8 60/24
62/19 62/23 65/1 65/11
65/11 65/21 66/12 67/19
67/20 67/25 68/14 68/25
69/2 69/2 69/10 77/9 78/12
78/14 80/21 92/13 100/4
100/17 103/5 110/2 110/3
110/13 112/1 112/2 112/3
112/4 112/6 112/14 116/9
117/1 117/8 117/9 117/14
119/17 119/11 119/14
119/17 119/21 119/25 120/4
120/7
Count 1 [11] 18/16 19/12
20/17 22/2 22/9 30/4 60/24
62/19 65/11 80/21 119/11
Count 2 [14] 22/12 22/15
23/10 23/18 24/15 26/3
28/18 29/1 30/5 62/23 65/1
65/21 67/25 119/14
Count 3 [1] 112/14
Count 4 [1] 67/19
counting [5] 48/9 64/1 76/16
86/24 86/25
country [2] 51/19 120/21
counts [14] 57/3 57/5 65/2
65/4 65/6 65/6 65/7 66/9
66/11 68/11 69/9 69/24
109/24 117/6
Counts 1 [3] 65/4 65/6 65/6
couple [2] 83/10 97/10
coupled [2] 30/13 58/2
course [12] 14/10 31/8 40/12
42/20 44/23 46/23 48/12
58/11 67/2 67/4 83/19 101/8
court [22] 1/1 1/22 4/22
12/20 24/7 24/12 42/22
69/25 70/9 79/23 90/9 92/1
92/6 94/16 98/25 104/8
105/24 119/4 119/7 122/4
122/5 125/12
Court's [3] 4/16 103/23 111/6
courtroom [15] 7/19 9/8
47/14 48/14 56/24 70/6
71/22 74/16 91/3 94/23
96/20 115/23 118/1 118/13
121/2
coverage [1] 90/24
create [1] 50/6
credibility [6] 8/25 14/23 15/1
15/6 15/9 16/25
credit [2] 16/5 16/14
crime [32] 10/22 20/18 20/20

**C**

crime... [29]  20/21 21/2 21/8 21/14 21/19 21/21 21/25 24/16 24/18 24/19 24/24 25/5 25/11 25/16 26/10 26/11 26/14 31/23 31/25 32/2 65/14 65/17 65/18 65/20 65/24 65/25 66/3 66/6 107/17

crimes [4]  25/21 34/24 38/3 65/9

criminal [11]  1/3 2/2 11/1 11/20 17/4 28/3 33/17 46/2 71/25 99/16 118/6

cross [2]  70/24 83/6

cross-examination [1]  83/6

crowd [5]  56/9 56/11 58/14 84/5 86/24

crowding [2]  40/9 42/17

crowds [1]  74/16

CRR [1]  1/22 125/11

curfew [2]  62/14 62/16

cut [1]  57/1

**D**

D.C [8]  1/4 1/19 1/23 20/11 42/10 44/3 62/13 125/13

da [4]  3/19 3/19 3/19 3/19

damage [4]  19/16 19/18 61/8 61/9

danger [4]  19/15 19/16 61/8 62/6

dangerous [52]  3/5 3/7 3/24 34/20 35/3 35/11 35/15 36/3 36/9 36/9 37/5 37/7 37/10 37/11 37/13 37/14 37/15 37/23 38/7 38/20 38/25 39/18 39/24 41/2 41/4 41/7 41/8 41/10 41/11 41/12 50/18 67/8 67/12 80/11 80/13 109/10 109/12 109/16 110/4 110/7 110/14 110/16 110/23 112/8 117/11 117/13 117/14 117/18 117/20 117/22 119/23 120/2

date [5]  121/4 121/6 121/14 122/9 122/25

Davis [39]  1/17 1/18 1/18 2/5 3/2 3/23 5/6 6/1 6/5 6/16 6/17 6/20 6/25 70/11 83/5 83/13 85/10 86/9 88/17 89/5 89/19 97/4 97/15 99/7 101/8 102/20 105/20 107/6 108/9 111/12 114/1 114/23 121/14 121/14 122/24 123/23 123/24 124/6 124/19

Davis's [1]  88/12

day [28]  1/8 46/11 49/9 50/3 51/17 52/13 53/22 54/12 55/4 55/22 56/20 59/8 60/15 62/3 62/5 63/3 64/5 66/20 66/20 66/21 73/18 75/24 81/7 81/19 84/24 86/12 89/20 98/1

days [3]  73/2 88/25 89/9

daytime [1]  95/3

dcd.uscourts [1]  125/13

dcd.uscourts.gov [1]  1/24

Dead [1]  55/19

deadly [46]  34/20 35/3 35/10 35/15 36/2 36/8 36/9 37/4 37/7 37/10 37/11 37/13 37/14 37/15 37/23 38/7 38/19 38/24 39/18 39/24 41/1 41/4 41/7 41/8 41/10 41/11 41/12 50/18 67/7 67/12 109/10 109/11 109/16 110/7 110/14 110/16 110/23 112/8 117/11 117/13 117/14 117/18 117/20 117/22 119/22 120/2

deal [2]  52/11 66/11

death [5]  37/16 37/19 41/13 41/16 67/16

December [8]  121/8 121/11 121/16 121/18 121/22 121/25 122/2 122/7

December 16 [2]  121/8 122/7

decide [13]  8/23 8/24 8/25 9/16 9/19 13/6 18/8 37/8 41/5 45/10 81/12 91/2 111/5

decided [1]  46/23

deciding [10]  20/14 23/22 27/22 33/11 36/25 40/22 43/8 44/11 63/21 114/4

decision [4]  17/6 17/8 88/22 108/12

defendant [267]  1/6 1/17 2/5 2/6 8/12 11/1 11/3 11/12 14/21 17/4 17/8 18/16 18/21 18/24 20/15 20/16 20/17 20/21 20/23 21/2 21/5 21/7 21/10 21/17 21/20 21/23 21/24 22/1 22/2 22/6 22/9 22/12 22/15 22/20 22/21 22/23 23/1 23/3 23/5 23/8 23/17 23/23 23/24 23/25 24/2 24/15 24/18 24/20 24/24 25/2 25/4 25/7 25/14 25/17 25/20 25/23 26/2 26/12 26/15 26/23 27/1 27/3 27/7 27/10 27/12 27/22 28/2 28/5 28/6 28/11 28/14 28/15 28/17 28/18 28/23 28/25 29/4 29/11 29/18 29/21 29/22 30/2 30/7 30/10 30/17 30/19 30/19 31/3 31/9 31/11 31/13 31/17 32/1 32/2 32/11 32/14 32/16 32/20 32/23 32/25 33/11 33/16 33/19 33/20 33/25 34/3 34/4 34/6 34/7 34/13 34/15 34/18 35/1 35/6 35/9 35/10 35/16 35/20 35/23 36/1 36/3 36/4 36/5 36/25 37/1 37/4 37/10 37/17 37/19 37/21 38/5 38/10 38/13 38/19 39/1 39/5 39/8 39/16 39/19 39/20 39/21 40/23 40/24 41/1 41/7 41/14 41/16 41/19 41/22 41/25 42/3 42/6 43/4 43/9 43/10 43/11 43/14 43/17 43/19 44/7 44/12 44/13 44/18 45/12 47/1 47/3 47/3 49/1 49/3 50/5 50/9 50/10 52/10 53/6 53/6 53/8 53/8 53/25 54/2 54/25 55/2 55/3 55/4 55/5 55/17 55/21 55/23 56/16 57/2 57/7 57/21 58/7 58/11 58/18 58/19 59/20 60/2 62/21 63/8 63/16 63/20 64/1 64/10 64/17 64/18 64/22 64/24 65/5 65/9 65/13 65/15 65/20 65/23 66/2 66/13 66/23 67/7 67/25 68/6 68/12 68/14 68/19 68/21 69/23 81/21 82/23 84/3 84/7 84/10 84/13 84/23 85/6 85/21 86/10 89/17 99/23 100/6 101/13 104/4 104/9 104/13 104/21 106/11 110/6 110/7 110/11 110/16 112/8 116/10 116/22 117/3 117/12 117/14 117/20 117/22 119/12 119/15 119/19 119/23 120/2 120/5 120/9 124/9

defendant's [24]  12/1 19/3 21/13 25/10 27/14 27/16 27/18 27/20 27/25 28/9 29/8 33/2 33/5 33/7 33/9 33/14 33/23 38/16 39/11 70/4 85/13 85/20 88/13 123/10

defendants's [1]  29/15

defense [71]  20/7 20/3 73/5 86/16 88/20 102/13 102/18

defer [3]  102/13 102/18 105/13

defiance [1]  58/20

define [5]  101/3 106/20 112/11 112/12 116/1

defined [4]  21/3 24/25 68/7 74/9

defines [1]  57/25

definitely [1]  64/24

definition [19]  58/3 61/5 87/13 100/15 100/16 101/6 102/3 102/5 102/14 102/18 105/8 105/25 106/23 106/23 108/23 108/23 109/6 116/8 116/9

definitions [7]  19/12 22/19 23/9 30/6 34/16 40/2 105/2

degree [3]  13/10 19/7 113/18

delayed [1]  19/8

deliberate [4]  25 89/18 91/9 96/13

deliberately [1]  56/4

deliberating [2]  74/11 96/1

deliberations [24]  5/18 8/4 10/1 10/1 14/16 14/19 44/21 45/14 90/5 90/8 91/11 91/16 91/19 92/15 92/24 93/19 94/3 94/19 96/5 96/18 113/4 114/25 115/1 117/25

demand [1]  88/3

demands [1]  84/21

demeanor [1]  15/10

demonstrate [2]  43/22 69/4

demonstrated [1]  43/17

demonstrating [3]  43/12 69/3 120/7

deny [1]  4/24

department [6]  20/1 20/3 departments [1]  20/3

depends [2]  37/7 41/4

deploy [1]  54/16

deployed [2]  54/9 54/18

describe [1]  48/25

described [5]  15/3 22/5 28/22 34/10 55/18

describing [1]  58/18

deserve [1]  9/10

deserved [1]  86/13

desire [1]  16/20

destroy [1]  5/16

details [1]  15/23

detain [1]  31/1

deter [1]  46/15

determination [1]  92/18

determine [9]  8/21 9/15 12/12 13/23 14/24 16/18 17/20 22/20 88/14

determined [1]  13/21

determining [3]  14/20 16/11 18/11

deviate [2]  4/9 4/18

dictionary [1]  108/22

did [78]  18/7 18/7 20/16 20/21 21/24 23/1 23/24 24/18 25/20 27/7 27/14 29/21 29/22 32/20 33/2 35/9 35/23 37/2 38/13 39/8 40/24 42/3 43/10 44/13 47/1 50/9 50/12 52/18 53/3 55/23 60/4 66/3 66/5 66/24 67/25 70/9 70/21 72/15 72/15 72/20 73/19 73/20 76/6 76/12 76/25 77/6 79/5 79/10 79/16 79/25 80/1 80/22 81/4 81/6 82/23 82/24 84/7 84/14 84/24 85/21 86/10 86/23 87/17 89/3 89/7 89/8 89/17 89/22 89/23 97/6 97/25 100/21 102/20 103/3 103/17 109/10 114/2 124/4

didn't [28]  46/13 46/15 49/8 49/24 49/25 50/1 53/9 56/17 64/23 73/19 75/10 75/25 76/23 77/23 78/8 78/9 79/9 79/16 80/3 80/18 80/18 80/19 83/8 83/11 85/8 85/15 87/24 102/22

difference [1]  17/17

differences [2]  16/7 110/19

different [9]  9/24 52/6 60/1 73/22 73/23 109/4 110/23 112/1 114/5

difficult [2]  17/14 123/16

diligent [1]  120/24

diligently [1]  120/19

dire [1]  52/12

direct [9]  12/12 12/15 12/21 13/3 13/7 13/10 13/12 27/24 33/13

directly [11]  17/24 48/10 48/17 49/14 52/10 54/13 55/2 55/7 59/15 63/8 82/11

disability [1]  9/12

discharge [1]  120/13

discharged [1]  121/1

discombobulated [1]  76/23

**D**

discrepancy [2] 109/8 111/8
discuss [8] 91/5 91/7 93/14 93/15 94/16 95/8 95/14 121/5
discussed [3] 7/5 104/19 108/16
discussing [2] 92/24 95/18
discussion [1] 92/21
discussions [1] 90/15
dislikes [1] 9/3
disobedience [1] 59/3
disobey [2] 43/1 44/5
disobeying [1] 60/4
disorder [32] 18/19 19/6 19/7 19/11 19/13 20/19 20/20 20/22 20/24 21/3 21/6 21/11 21/18 22/3 22/4 22/8 22/11 61/2 61/3 61/6 61/10 61/11 61/11 61/11 61/12 61/12 61/14 62/12 65/12 65/14 65/16 119/12
disorderly [21] 37/22 38/1 38/5 38/10 38/22 39/1 39/5 39/17 39/21 40/3 41/20 41/25 42/11 67/22 68/6 68/7 68/14 68/15 117/16 119/25 120/4
displayed [1] 67/9
dispute [3] 67/10 80/9 85/17
disregard [3] 17/21 43/2 44/5
disrupt [5] 38/14 39/9 42/4 43/23 69/5
disrupted [2] 38/17 39/12
disrupting [1] 79/22
disruption [2] 61/24 62/1
disruptive [22] 37/22 38/2 38/6 38/11 38/23 39/2 39/6 39/17 39/22 40/8 40/11 41/20 42/1 42/16 42/19 67/22 68/6 68/8 68/8 68/16 117/17 119/25
distance [1] 50/6
distinguish [1] 74/1
district [7] 1/1 1/1 1/9 19/21 19/22 19/23 122/1
disturb [1] 42/4
disturbance [4] 19/13 40/11 42/19 61/6
diversion [2] 75/7 75/7
divided [1] 92/7
do [111] 2/19 3/8 3/14 4/1 4/6 5/2 5/3 6/6 6/9 6/10 6/21 6/25 6/25 18/7 30/14 35/7 35/21 36/3 36/9 39/19 39/25 43/1 44/5 47/2 47/2 48/5 49/22 50/4 53/10 55/25 56/25 58/2 58/3 58/5 58/12 58/15 63/15 64/11 67/12 67/16 69/5 70/8 70/19 75/20 75/20 75/23 76/18 76/19 77/6 77/7 77/20 79/7 79/8 79/10 79/11 79/12 79/19 79/20 80/15 80/25 81/4 81/17 82/23 83/2 84/7 84/21 85/21 86/6 87/6 87/16 87/22 88/4 88/11 89/19 89/19 91/5 94/18 95/4 95/11 97/18 98/6 98/9 98/20 98/21 101/7

**103/15** 106/2 106/3 109/9 109/22 111/12 112/11 113/11 115/25 119/12 119/15 119/19 119/23 120/2 120/5 120/8 121/4 121/17 121/22 122/7 122/8 123/18 123/24
docket [1] 104/3
document [7] 44/25 111/6 114/15 115/8 115/13 116/17 116/19
does [41] 5/22 5/24 11/5 13/5 13/9 20/13 21/22 23/21 24/9 24/14 25/20 28/8 33/22 35/15 36/23 38/24 40/21 43/3 43/7 43/25 44/6 44/10 47/19 48/4 48/7 57/21 57/22 63/22 67/23 77/2 78/21 78/23 92/19 98/8 98/15 106/25 108/20 112/16 122/10 123/7 123/17
doesn't [20] 53/21 63/2 75/18 75/18 82/9 82/9 82/10 86/13 86/16 86/17 86/18 87/21 88/6 88/20 89/14 89/14 89/15 103/12 113/15 115/20 doing [28] 20/13 23/21 24/4 36/23 40/21 43/7 44/10 60/9 60/18 64/20 64/22 68/10 68/19 68/21 68/21 68/21 68/24 74/4 74/4 78/20 78/24 79/6 79/15 87/5 87/11 102/25 107/22 113/19
don't [52] 4/1 4/2 4/8 4/18 4/23 5/10 5/16 6/5 6/8 6/20 7/3 54/22 55/15 59/24 70/11 70/17 70/24 70/25 71/2 71/3 71/5 71/11 75/12 75/14 75/15 75/23 76/19 79/5 79/5 84/19 94/14 96/25 97/8 98/9 98/12 99/21 103/15 103/25 106/3 106/24 106/25 107/10 107/23 108/1 108/11 108/21 109/22 110/10 121/13 122/14 122/14 123/19
done [10] 9/18 18/2 60/6 60/15 68/3 70/10 81/13 87/24 122/16 123/16
door [4] 49/11 63/12 75/11 82/8
doors [3] 46/16 56/3 56/10
dot [6] 99/24 99/24 99/24 116/23 116/23 116/23
doubly [1] 99/2
doubt [65] 11/4 11/9 11/13 11/17 11/21 11/22 11/22 11/23 12/2 12/3 12/3 12/6 12/6 12/7 12/8 12/10 14/21 18/12 18/23 20/25 21/13 22/6 22/25 23/16 24/22 25/10 26/11 26/18 28/8 28/13 28/23 29/17 30/18 31/7 31/25 32/6 33/22 34/2 34/12 35/5 35/19 37/4 38/9 39/4 41/1 41/24 43/16 57/2 69/1 73/7 82/13 82/15 82/17 82/21 82/21 82/21 94/9 100/6 100/12 110/5 110/15

doubts [1] 64/5
Doug [7] 46/8 47/13 52/15 56/5 67/10 69/11 69/23
DOUGLAS [16] 1/5 2/3 10/24 11/6 11/10 11/14 11/16 17/5 18/2 18/12 46/3 71/25 74/24 79/11 99/17 118/7
down [17] 5/17 47/18 50/11 50/11 50/12 51/13 63/12 63/12 67/1 69/20 74/14 78/1 80/20 87/7 95/2 101/21 120/23
downstairs [1] 53/3
Dr. [1] 86/9
Dr. Davis [1] 86/9
drafted [1] 112/20
draw [6] 10/12 10/24 65/3 80/25 85/3 107/16
drawn [1] 12/17
dressing [1] 75/6
during [54] 6/18 8/24 9/25 10/1 10/7 14/10 18/9 19/5 20/19 20/20 20/22 20/24 21/3 21/6 21/11 21/18 22/2 22/3 22/7 22/10 28/4 33/18 35/11 37/5 38/20 41/2 44/20 44/23 50/15 52/9 53/15 61/2 65/12 65/14 65/16 70/12 71/14 79/9 91/11 91/16 91/23 91/23 96/2 96/4 98/24 107/17 110/7 110/16 112/8 117/13 117/15 117/21 117/22 119/12
duties [9] 18/19 19/5 20/9 29/8 29/14 30/1 60/12 60/14 61/2
duty [9] 8/18 11/10 11/14 30/25 31/6 31/8 45/15 88/13 88/14

**E**

each [31] 3/21 5/21 13/22 16/21 20/25 22/4 24/22 26/21 28/21 32/9 34/4 35/4 35/18 38/8 39/3 41/23 43/15 44/14 44/15 44/17 57/2 73/7 75/17 79/12 90/17 92/11 92/11 92/12 93/13 96/25 119/8
eager [1] 47/10
earlier [5] 93/18 95/10 121/22 122/11 123/25
early [2] 62/15 62/16
ease [1] 46/16
easily [1] 53/21
east [1] 56/3
easy [1] 60/12
educated [1] 113/17
education [1] 9/13
eerie [1] 55/9
effect [5] 23/6 47/1 61/3 81/1 111/7
effects [1] 99/3
efficient [2] 8/15 98/22
effort [1] 82/6
efforts [2] 36/7 39/23
eight [1] 72/17
either [22] 2/23 2/24 6/12

16/17 17/2 19/8 22/8 30/4 34/14 42/5 42/21 45/10 65/13 65/23 75/9 100/9 100/18 102/3 104/19 124/11
elapsed [1] 15/21
election [2] 42/24 51/18
electoral [5] 23/19 42/24 46/10 63/19 78/14
electricians [1] 77/22
electronic [1] 91/13
electronically [1] 91/17
element [27] 11/9 11/13 21/9 21/16 21/22 25/6 25/19 30/3 35/15 37/3 38/25 40/25 60/25 61/14 64/16 73/7 82/16 100/4 100/13 110/3 110/6 110/12 111/25 112/6 117/1 117/9 117/18
elements [24] 18/22 21/1 22/18 22/25 24/23 26/21 29/16 32/9 34/25 35/4 35/18 38/3 38/9 39/4 41/24 43/15 57/9 60/7 67/18 86/17 87/16 87/18 94/8 110/25
elevator [1] 49/11
Elizabeth [1] 62/2
else [16] 15/8 30/13 48/7 55/12 58/22 67/16 71/6 73/19 73/20 79/7 81/15 81/24 86/23 91/6 95/19 103/17
em [1] 63/22
email [3] 2/11 2/24 91/13
emergency [2] 49/12 72/20
Emily [2] 1/11 2/4
emphasize [1] 98/9
employ [1] 103/15
employee [4] 20/2 29/6 29/13 29/25
encountered [8] 46/11 47/5 49/1 49/3 82/23 84/7 84/24 85/21
encounters [1] 59/20
encourage [8] 27/15 27/17 28/9 33/3 33/6 33/23 66/4 90/16
encouraged [4] 27/13 27/19 33/1 33/8
encouraging [3] 27/5 32/18 113/21
end [4] 5/12 55/8 98/1 113/3
ends [1] 54/1
enforcement [1] 18/18
enforcing [1] 20/11
engage [1] 52/14
engaged [9] 19/4 29/7 29/14 29/25 38/10 39/5 41/25 60/11 60/13
engaging [1] 24/13
English [1] 57/1
engulf [2] 58/15 84/5
engulfed [1] 49/21
enough [27] 27/18 28/4 33/7 33/18 54/16 56/2 113/11 123/5
enter [2] 31/2 45/14
entered [10] 7/19 35/6 35/20 49/25 56/16 66/23 71/22 94/23 115/23 118/13

**E**

entering [14]  34/19 34/22
35/1 35/13 35/16 36/1 36/6
66/13 92/16 110/3 110/13
110/21 117/10 119/21
entire [5]  51/22 53/11 61/23
85/13 85/20
entirely [2]  18/7 94/21
entitled [5]  4/3 4/24 10/15
16/22 125/8
entry [3]  41/20 104/3 120/4
episode [1]  55/18
equal [1]  13/8
escape [1]  63/7
escorted [2]  56/1 56/14
especially [2]  45/21 56/20
Esquire [3]  1/11 1/14 1/17
essentially [4]  102/1 104/25
106/22 107/2
establish [2]  30/10 104/12
established [1]  31/7 67/21
establishment [1]  20/7
et [3]  2/16 5/13 98/13
et cetera [3]  2/16 5/13 98/13
ethnic [1]  9/12
Eugene [14]  19/1 19/4 29/19
29/24 30/23 32/8 47/5 53/18
56/20 76/5 76/5 80/21 100/8
117/5
evacuated [1]  62/9
evacuating [1]  49/16
evacuation [2]  49/12 55/22
evaluate [4]  15/6 59/13 59/15
86/18
evaluated [1]  16/23
evaluating [4]  15/1 15/19
16/24 59/6
even [24]  4/8 20/21 24/18
53/21 54/16 55/16 57/15
59/24 69/20 76/8 76/23
77/17 78/9 79/11 79/12
80/12 80/13 80/18 80/19
80/19 88/6 94/22 106/24
122/13
even-tempered [1]  53/21
event [12]  6/24 15/20 15/21
15/22 15/23 17/1 40/12
42/20 45/13 45/15 74/2
104/19
ever [4]  63/12 79/11 79/12
108/25
every [19]  3/23 3/24 11/1
11/9 17/4 27/17 33/6 46/11
50/2 57/3 73/7 75/17 76/3
77/5 77/7 81/14 82/15 82/16
86/4
everybody [1]  72/16
everybody's [1]  80/5
everyday [12]  30/22 101/16
102/6 103/14 105/1 105/3
105/18 105/21 105/25 106/9
106/13 116/12
everyone [13]  2/7 54/3 55/12
70/7 86/23 96/21 98/10
98/24 99/10 112/17 113/18
118/2 118/8
everything [8]  5/17 21/24
25/21 50/25 77/11 80/16
106/6 124/8

evidence [138]  2/14 2/21 4/2
4/5 4/20 4/24 6/19 6/22 7/2
7/11 7/13 7/14 8/14 8/24
8/25 9/16 9/24 9/24 10/2
10/3 10/5 10/10 10/11 10/14
10/18 10/19 10/20 10/23
10/23 11/6 11/24 11/24
11/25 12/11 12/12 12/13
12/15 12/15 12/17 12/21
13/1 13/4 13/5 13/6 13/9
13/10 13/11 13/18 13/20
13/21 13/23 14/5 14/8 14/18
16/5 16/13 16/24 17/11
17/16 18/3 18/9 18/10 20/16
21/12 23/24 25/9 27/25 28/1
28/6 33/14 33/15 37/1 40/24
43/10 44/13 44/16 44/24
45/11 45/17 73/8 78/5 79/9
80/2 80/24 81/11 81/16 82/2
82/2 82/20 82/22 85/3 85/19
86/18 86/21 88/9 88/14
88/15 88/17 88/18 88/19
88/21 88/23 88/23 88/25
89/7 89/22 90/13 90/15
90/18 90/19 91/2 93/4 93/8
93/14 93/14 93/16 94/4 96/7
96/8 96/9 97/7 97/23 111/14
111/16 111/22 111/24
112/13 112/22 112/23 113/5
114/2 114/6 114/12 114/16
114/19 114/24 120/17
120/19
exact [2]  103/21 109/18
exactly [6]  5/1 82/5 82/7
82/18 103/19 107/2
examination [2]  83/6 83/10
examine [9]  3/17 3/19 3/21
45/6 93/5 93/9 93/10 93/13
93/16
example [10]  12/18 15/9 24/6
43/23 65/11 65/21 69/5 92/7
98/18 121/18
except [6]  3/17 21/24 25/21
91/23 91/25 93/4
exceptions [1]  2/12
exchange [1]  70/10
excited [2]  47/10 75/21
exclusive [1]  9/22
exclusively [1]  45/16
excuse [6]  70/2 70/4 94/19
94/24 95/22 96/19
excused [1]  95/24
executive [2]  20/3 20/5
exercise [1]  17/5
exhibit [4]  44/24 45/3 72/23
98/3
exhibits [10]  3/10 3/16 10/4
14/17 44/23 45/6 89/1 93/3
93/6 93/7
exists [1]  95/7
exited [4]  70/6 96/20 118/1
121/2
expect [2]  5/21 6/8
expecting [1]  78/25
expects [1]  79/1
experience [5]  10/14 47/25
48/13 49/4 81/11
experienced [1]  54/14

explain [2]  22/18 22/20
explained [3]  26/22 32/10
54/18
explanation [2]  81/6 81/7
express [1]  108/10
expressed [2]  9/20 108/10
expression [2]  9/13 92/17
extensively [1]  78/4
extent [1]  14/25
extinguisher [1]  55/11
eye [1]  79/13
eyes [2]  52/10 55/13
eyewitness [1]  12/14

**F**

face [4]  48/17 54/14 59/15
63/20
facilitate [8]  27/15 27/17
28/10 33/3 33/6 33/24 66/4
90/14
facilitated [2]  27/19 33/8
facilitating [2]  27/5 32/18
facing [1]  47/18
fact [23]  5/15 8/14 10/10
11/18 12/14 13/4 31/8 37/10
38/17 39/12 41/7 44/17
47/14 54/24 58/21 60/13
63/4 66/20 71/9 77/25 86/20
93/2 100/12
facts [21]  8/13 8/22 8/22
9/15 10/15 10/9 10/12 12/12
12/16 13/23 18/3 18/8 28/1
33/15 37/7 37/8 41/5 41/6
45/10 50/17 88/15
failed [1]  11/12
fair [11]  8/15 9/10 9/15 13/15
13/19 70/23 70/23 88/15
90/13 90/18 113/11
fairly [2]  10/15 16/22
fallen [1]  66/25
falling [2]  12/19 12/21
falsehood [1]  16/7
family [4]  36/20 40/18 61/22
62/9
fancy [1]  64/17
far [8]  5/19 5/19 6/19 17/22
97/19 97/24 107/10 122/24
fashion [1]  92/8
faster [1]  123/22
favor [1]  13/5
favoritism [1]  9/17
FBI [5]  75/9 75/11 75/13
78/2 89/10
fear [3]  9/17 40/4 42/12
feared [1]  49/19
fearful [1]  54/20
featured [1]  69/18
federal [11]  18/20 20/11
20/20 22/14 29/10 31/6 31/8
34/21 37/24 41/21 43/13
federally [6]  19/10 19/24 61/3
61/15 61/16 61/18
feed [1]  48/20
feel [6]  10/17 15/19 59/21
59/21 76/6 93/25
fellow [1]  46/18
felonies [1]  60/20
felony [9]  29/9 29/16 30/3
30/4 60/19 60/22 60/23

felt [7]  49/19 54/7 54/15
58/13 58/14 59/8 84/4
fence [2]  67/1 87/7
fences [1]  74/14
few [6]  8/1 70/20 74/5 89/25
90/1 90/20
fewer [1]  90/2
field [2]  47/17 73/4
Fifth [3]  27/7 30/2 32/20
fight [2]  56/12 74/18
fighting [2]  48/23 56/13
figure [4]  51/24 63/6 77/1
105/8
figured [1]  2/8
file [3]  122/25 124/7 124/15
filing [1]  123/11
fill [1]  94/15
final [1]  95/25
finally [7]  55/20 56/14 61/14
62/12 64/3 81/19 86/5
find [87]  10/12 11/8 11/10
11/11 11/14 13/24 14/2 18/8
18/21 18/22 20/23 20/25
21/10 21/12 21/17 21/20
22/6 22/8 22/23 22/24 24/20
24/21 25/7 25/9 25/14 25/17
26/11 26/15 26/17 27/14
25/8 28/11 28/23 28/25
29/11 29/16 30/17 30/18
33/25 34/12 34/15 35/1 35/3
35/16 35/17 36/3 36/4 38/5
38/7 39/1 39/3 39/19 39/20
41/22 41/23 43/13 43/14
44/17 49/25 51/5 56/5 65/5
65/9 65/13 65/15 65/20
65/23 65/24 66/9 87/16
89/22 92/22 93/17 99/25
116/24 119/12 119/15
119/19 119/23 120/2 120/5
120/8
finding [2]  30/14 30/16
fine [2]  71/12 115/10
finished [1]  69/13
fire [1]  55/11
firm [2]  21/20 25/17
firmly [1]  12/1
first [55]  2/9 2/25 5/11 8/11
18/24 21/2 21/9 22/18 23/1
24/24 25/6 26/20 29/18 32/7
35/6 35/20 36/1 37/13 38/10
39/5 39/16 41/10 41/25 42/9
43/17 44/2 47/19 50/16
52/19 53/23 57/10 57/14
60/7 60/22 61/19 66/14 73/4
82/24 84/10 86/5 89/20 90/7
95/16 99/21 99/21 100/4
100/12 101/24 101/24
104/20 110/3 111/25 117/1
122/19 124/3
five [3]  26/18 32/6 57/9
flag [10]  6/23 47/20 47/21
53/14 79/19 79/10 79/13
79/13 83/21 83/24
flight [1]  52/3
floor [5]  51/8 51/9 51/9 53/24
57/14
focus [6]  57/9 75/7 89/6

**F**

focus... [3]  89/15 89/16
109/14
folding [2]  37/9 41/6
folks [2]  41/18 120/22
follow [7]  5/5 8/20 50/22
93/22 102/20 114/3 114/17
followed [1]  83/22
following [19]  2/1 18/22 21/1
22/24 24/23 26/18 29/16
32/6 35/4 35/18 38/8 39/3
41/23 43/15 78/25 83/1
83/25 115/6 119/6
follows [1]  116/1
foot [3]  46/16 47/9 47/22
footage [1]  63/4
football [1]  47/17
forbids [4]  43/1 44/5 68/20
68/22
force [57]  30/7 30/8 30/8
30/9 30/15 58/8 58/8 58/8
58/10 58/12 59/4 86/1 86/1
87/22 100/16 100/22 101/3
101/6 101/9 101/14 101/14
101/14 101/15 102/25 103/3
103/4 103/5 103/15 103/15
104/5 104/5 104/6 104/10
104/10 104/10 104/11
104/22 104/22 104/23
104/25 105/5 105/8 105/21
105/24 106/5 106/11 106/12
106/12 106/13 108/22 109/5
112/12 116/8 116/11 116/11
116/11 116/12
forced [2]  60/9 69/20
forceful [1]  58/25
forces [1]  48/23
forcible [1]  103/9
forcibly [34]  29/5 29/11 29/21
30/7 30/11 30/19 31/4 31/9
58/5 58/6 58/7 58/7 60/2
60/8 74/9 77/8 79/16 79/24
100/17 101/3 101/13 102/17
102/22 102/25 103/3 103/9
103/17 104/4 104/9 104/13
104/22 106/11 116/9 116/10
forcing [1]  86/3
foregoing [1]  125/6
foremost [1]  78/10
foreperson [9]  90/8 90/11
90/14 91/21 94/13 94/15
118/18 118/19 119/11
foreseeable [1]  23/16
forfeiture [1]  97/10
form [10]  5/13 5/15 13/5
36/12 94/2 94/3 94/6 94/9
94/15 118/25
formal [1]  10/21
former [1]  101/20
forth [4]  115/8 115/13 116/18
116/20
forward [3]  52/24 55/17
64/14
fought [2]  56/9 56/10
found [7]  10/12 22/1 28/17
31/11 34/6 84/8 104/21
four [2]  22/25 88/16
fourth [9]  23/8 27/3 27/23
29/24 32/16 33/12 38/19

**G**

framed [1]  110/24
free [3]  15/7 93/25 95/14
Friday [5]  72/8 72/8 121/17
121/18 122/1
friend [3]  63/18 67/1 69/20
friends [1]  77/21
friendship [1]  15/17
front [8]  46/17 48/16 49/5
52/13 56/4 69/8 78/10 109/9
full [5]  50/17 83/20 90/18
118/10 118/16
fully [1]  83/12
function [8]  8/14 8/21 19/10
19/24 19/25 61/4 61/15
61/16
functions [3]  38/15 38/18
39/10 39/13 61/18 67/23
79/22
furnished [1]  17/12
further [30]  5/8 6/12 25/22
27/16 27/18 33/5 33/8 66/8
101/18 102/3 102/14 102/17
105/4 105/5 105/16 105/25
106/22 106/23 107/2 107/22
108/1 108/14 109/6 111/3
116/4 116/5 124/11 124/19
124/20 124/21
furtherance [4]  27/2 27/11
32/15 32/24
Furthermore [1]  92/22
future [2]  30/10 104/12

**G**

gagging [1]  55/12
gain [2]  15/16
game [3]  50/22 70/23 70/23
gas [1]  73/25
gave [6]  45/4 90/2 91/10
113/3 117/9 120/18
Gazelle [2]  63/4 63/9
gear [1]  73/25
gender [1]  9/13
generally [6]  6/2 9/3
gentlemen [11]  7/21 46/5
70/2 70/5 71/23 72/2 81/21
89/24 115/25 118/15 120/16
gently [1]  101/21
get [31]  5/15 6/21 8/9 8/10
48/19 53/21 56/9 56/11
56/22 58/25 72/5 72/7 72/8
77/12 82/4 82/6 82/11 88/6
95/1 98/7 98/10 98/20 99/12
101/17 102/4 110/25 112/3
116/16 117/7 123/16 124/25
gets [1]  64/3
getting [4]  48/16 80/12 82/7
122/15
ghost [1]  72/19
give [28]  2/18 2/21 4/2 5/9
5/12 6/13 6/20 7/22 7/24 8/1
8/6 8/25 10/14 12/18 13/6
13/8 16/21 17/2 34/23 38/3
54/21 70/9 87/21 97/6
100/21 102/22 115/15 123/5
given [9]  6/17 22/5 28/22
34/11 45/20 93/8 94/7 97/13
122/11
gives [1]  77/15
giving [3]  36/13 95/17 112/10

**G**

glass [1]  67/17
Glavey [2]  62/3 62/8
go [52]  2/15 3/6 3/15 5/9
5/11 5/20 6/9 18/14 36/3
36/5 39/19 39/20 47/1 50/1
52/8 52/13 53/7 54/9 63/22
64/4 64/14 66/5 67/20 72/25
72/25 73/10 74/6 75/19
78/22 78/23 81/23 83/3 84/6
84/11 84/19 84/21 84/21
85/1 85/24 86/7 88/1 88/4
89/18 90/5 90/5 90/12 96/11
106/18 107/10 108/18
111/25 122/24
goal [2]  9/8 56/22
goes [3]  75/1 75/17 97/24
going [70]  2/14 3/6 3/15 5/2
5/5 5/6 5/9 6/11 6/21 7/4
7/24 8/5 8/5 8/7 8/8 18/14
26/24 32/12 34/21 35/12
35/24 37/25 38/21 39/14
45/21 46/20 47/3 47/12 48/5
49/20 51/5 51/25 56/25 57/5
57/18 58/14 58/15 63/12
66/3 69/25 71/2 74/7 74/11
75/22 79/1 80/23 84/5 86/11
87/10 88/2 88/13 88/16
89/19 90/1 90/3 95/1 95/8
97/22 101/6 102/3 106/7
112/4 115/25 118/24 121/7
121/10 121/16 123/15
123/21 124/15
gold [1]  49/11
gone [2]  54/5 54/12
good [8]  2/7 7/21 54/25 55/1
87/4 98/18 112/18 118/8
Goodman [70]  19/2 19/4
29/20 29/24 30/23 32/8 47/5
47/21 48/4 48/12 49/3 49/9
49/18 49/24 50/4 50/12
50/13 50/23 51/1 51/4 52/20
53/4 53/18 53/19 53/20
53/24 53/25 54/1 54/11
54/15 56/20 57/8 57/12
57/15 57/18 57/22 58/13
58/17 59/2 59/5 60/3 60/11
60/23 60/24 61/1 62/23
63/25 65/12 65/14 69/8 76/5
76/6 76/10 79/3 79/14 80/3
80/21 80/22 82/23 83/2 83/3
83/6 83/8 83/11 84/1 84/3
84/6 100/8 100/14 117/5
Goodman's [8]  47/12 51/8
51/12 53/23 58/21 58/24
59/8 83/4
got [23]  46/9 48/18 63/21
68/5 74/1 77/7 77/7 77/8
77/9 77/9 78/9 78/21 80/10
80/17 80/18 80/19 80/25
82/11 83/11 84/8 103/21
115/21 124/5
gotten [1]  81/20
government [67]  2/4 2/20
2/25 5/22 8/12 11/3 11/8
11/12 11/16 12/8 14/20
18/11 20/25 21/23 23/15
24/22 25/20 25/22 26/2
26/17 27/11 28/13 31/16

**H**

glass [1]  2/5 35/3 35/18
37/3 38/8 38/15 38/18 39/3
39/10 39/13 40/25 41/23
43/15 46/5 60/25 67/18
70/22 71/3 71/9 71/10 79/22
81/18 94/9 97/2 99/5 100/5
104/19 105/13 106/15
108/23 110/5 110/11 110/14
112/7 117/2 117/11 117/19
122/18 122/21 123/7 123/17
124/22
government's [9]  4/17 11/20
72/23 82/14 100/23 102/9
105/6 108/6 124/6
grab [1]  49/18
graduate [1]  113/18
graver [1]  12/5
great [2]  4/20 122/8
greater [3]  13/9 14/1 17/2
grocery [1]  62/5
ground [3]  12/24 12/25 52/16
grounds [33]  20/10 34/19
34/23 35/2 35/7 35/14 35/17
35/21 36/2 36/6 36/15 36/17
37/23 38/2 38/6 38/12 38/23
39/2 39/7 39/18 39/22 40/13
40/15 56/16 62/10 66/18
110/4 110/14 110/22 117/10
117/17 119/22 120/1
group [5]  76/5 76/7 76/7 80/5
85/22
groups [2]  19/14 86/3
guess [7]  4/8 45/9 98/17
99/22 108/4 112/25 122/11
guesswork [1]  12/7
guidance [1]  17/13
guidelines [1]  16/25
guilt [8]  10/24 10/24 12/2
12/8 12/10 66/9 99/25
116/24
guilty [60]  11/4 11/11 11/14
11/17 17/9 18/21 20/23
21/10 21/17 22/1 22/9 22/23
24/20 25/7 25/14 26/4 26/15
28/5 28/11 28/17 28/25
29/11 31/11 31/18 32/3
33/19 33/25 34/6 34/15 35/1
35/16 36/1 36/3 36/4 36/5
38/5 39/1 39/17 39/19 39/20
39/21 41/22 43/14 44/18
44/18 44/21 44/22 57/2 65/6
65/9 65/20 69/24 89/22
119/13 119/16 119/20
119/24 120/3 120/6 120/10
gun [4]  3/4 107/16 107/17
107/18
guy [2]  75/1 79/10
guys [1]  64/6

**H**

had [66]  2/17 10/8 12/20
12/25 13/1 15/14 27/22
33/11 47/5 48/3 49/5 49/6
49/6 49/7 49/8 49/24 52/18
52/20 52/20 53/19 54/3 54/5
54/5 54/6 54/9 54/11 54/15
54/25 56/12 58/22 58/23 59/8
59/11 59/17 61/3 62/5 62/5
62/9 62/15 63/3 64/5 64/18
67/7 67/11 70/10 70/13 72/7

had... [19] 73/2 76/12 78/7
78/8 81/1 83/1 83/5 83/9
84/14 85/23 86/2 86/2 87/20
87/24 89/9 89/11 97/10
109/1 124/3
hadn't [3] 54/12 54/13 54/14
half [1] 56/18
halfway [1] 47/16
hall [1] 74/16
hallway [7] 49/14 52/1 54/3
55/10 59/17 63/14 85/22
hand [11] 11/11 12/15 46/25
52/14 52/14 57/21 76/8
76/11 80/9 95/3 118/25
handful [1] 5/12
handle [1] 121/8
handled [1] 4/5
hands [5] 5/16 54/9 76/12
76/13 77/19
happen [6] 12/22 79/1 82/9
82/10 82/10 123/22
happened [3] 51/6 82/9 89/6
happening [1] 56/6
happens [5] 6/24 55/25 86/6
91/7 95/6
happy [1] 121/21
hard [3] 52/7 99/1 99/2
harm [1] 81/9
harmed [2] 40/6 42/14
harming [1] 81/8
Harris [23] 7/17 70/2 71/19
91/6 91/21 92/3 95/3 95/22
96/11 96/22 97/18 98/8
98/15 98/25 99/19 106/17
108/17 108/20 118/11
118/24 121/3 121/5 122/16
has [60] 4/5 11/4 11/8 11/12
11/16 14/20 15/2 15/13
15/15 15/15 15/17 16/15
16/19 17/4 17/5 18/11 25/15
26/6 31/19 45/9 51/16 52/1
52/2 52/13 53/18 61/5 61/12
62/25 63/19 67/18 69/10
73/5 73/6 73/8 75/13 77/15
78/16 78/18 78/19 79/2
79/24 81/14 85/18 88/22
93/13 96/24 99/19 100/13
101/9 103/9 103/11 106/5
107/8 107/9 107/19 109/16
113/18 118/9 118/10 118/21
hasn't [1] 97/20
hate [1] 113/12
Hava [2] 1/14 2/4
have [153] 3/4 3/14 3/16
3/22 4/1 4/3 4/6 4/21 4/24
5/1 5/2 5/3 5/3 5/4 5/20 6/5
6/9 6/16 7/12 9/2 9/5 9/7
9/18 9/20 10/12 11/23 12/2
14/13 14/17 14/22 17/11
22/5 24/1 24/25 26/22 28/22
32/10 34/11 37/19 41/16
43/21 47/1 49/16 49/23
50/14 50/15 50/19 54/22
58/16 59/8 59/13 59/15
60/16 61/17 61/23 66/23
67/7 67/24 68/17 70/8 70/10
74/2 74/3 75/20 77/5 77/21
77/23 78/4 78/13 78/18

68/10 81/3 Document 126
81/24 82/15 82/19 83/8
83/11 85/4 85/25 87/2 87/15
87/19 88/17 88/20 88/23
88/24 88/24 88/25 89/1
89/25 90/1 90/20 91/2 92/5
93/4 93/24 94/3 94/7 94/11
94/12 94/13 94/23 95/15
95/16 95/17 96/8 96/13
96/25 97/9 97/17 97/23 98/8
98/10 98/15 98/23 98/23
99/1 99/18 102/12 103/9
103/11 103/25 105/4 105/24
107/14 107/15 108/1 108/16
108/16 109/9 109/16 109/17
109/22 110/10 112/5 113/6
113/17 113/17 114/15
116/14 118/8 118/16 118/23
120/21 121/10 121/24 122/1
122/6 122/7 123/15 124/8
haven't [1] 104/21
having [6] 4/24 15/12 53/6
62/16 64/25 107/17
he [424] 6/21 7/5 11/4 12/19
12/25 12/21 12/23 12/25
12/25 13/1 14/7 15/15 17/3
17/9 18/6 20/12 20/12 21/11
21/18 22/10 23/20 23/20
24/9 25/9 25/15 26/4 26/16
29/1 30/7 30/16 31/18 32/4
34/16 36/22 36/22 40/20
40/20 42/25 43/6 43/6 44/4
44/9 44/9 46/8 46/9 46/11
46/11 46/14 46/16 46/17
46/17 46/23 47/13 47/13
47/14 47/15 47/18 47/19
47/19 47/19 47/21 47/24
47/24 47/25 48/2 48/5 48/7
48/9 48/14 48/14 48/15
48/15 48/18 48/18 48/19
48/20 48/22 48/25 48/25
49/1 49/5 49/6 49/6 49/6
49/7 49/8 49/8 49/8 49/14
49/20 49/21 49/22 49/25
49/25 50/1 50/6 50/7 50/12
51/9 52/4 52/10 52/18 52/20
52/20 52/20 52/22 52/21
52/24 53/2 53/2 53/3 53/3
53/6 53/10 53/13 53/14
53/15 53/19 54/2 54/3 54/4
54/4 54/5 54/6 54/7 54/8
54/9 54/9 54/12 54/13 54/14
54/15 54/16 54/18 54/19
54/21 54/23 54/24 54/25
55/4 55/12 56/2 56/4 56/6
56/7 56/9 56/10 56/11 56/13
56/13 56/14 56/17 56/17
56/25 57/3 57/14 57/15
57/16 57/25 58/7 58/14
58/19 58/21 58/22 58/22
58/23 58/23 58/24 58/24
59/19 59/20 59/20 59/21
60/4 60/8 60/10 60/13 60/14
60/18 60/18 60/20 60/22
60/23 62/21 63/9 63/10
63/11 63/17 63/21 63/21
63/22 63/22 63/25 64/3 64/3
64/5 64/19 64/20 64/20

64/24 65/16 65/17 65/18
65/25 66/3 66/5 66/20 66/24
66/25 67/2 68/2 68/19 68/20
68/20 68/21 68/21 68/22
68/24 68/24 69/11 69/12
69/13 69/13 69/15 69/15
69/16 69/18 69/20 69/20
71/2 71/10 72/24 73/2 73/2
73/15 73/15 73/18 73/21
74/3 74/3 74/4 75/1 75/2
75/10 75/17 75/17 75/18
75/18 75/19 75/21 75/24
75/25 76/1 76/1 76/1 76/2
76/7 76/11 76/11 76/12
76/16 76/22 76/23 76/23
76/23 76/24 76/24 76/25
77/1 77/2 77/2 77/6 77/6
77/6 77/7 77/7 77/8 77/9
77/9 77/11 77/12 77/15
77/16 77/19 77/23 77/25
78/1 78/3 78/7 78/7 78/8
78/8 78/8 78/18 78/19 78/20
78/22 78/23 78/24 79/1 79/5
79/5 79/6 79/8 79/14 79/15
79/16 79/23 79/24 80/1 80/4
80/9 80/9 80/10 80/17 80/18
80/18 80/19 80/20 80/22
80/22 80/23 80/24 80/24
81/4 81/4 81/6 81/14 81/22
81/23 81/24 82/3 82/3 82/4
82/5 82/5 82/10 82/11 82/18
82/20 82/23 82/24 82/25
83/1 83/1 83/2 83/3 83/7
83/7 83/14 83/16 83/17
83/21 83/22 83/25 83/25
84/4 84/4 84/4 84/7 84/8
84/8 84/13 84/16 84/20
84/20 84/21 84/24 84/24
85/6 85/8 85/13 85/14 85/15
85/21 85/22 85/22 86/2 86/2
86/4 86/5 86/12 86/20 86/22
87/1 87/6 87/7 87/7 87/8
87/9 87/11 87/11 87/17 89/3
89/6 89/8 89/8 89/9 89/9
89/14 89/15 89/15 89/21
89/23 101/13 104/5 104/9
104/22 106/11 109/15
116/10 122/2
he's [35] 47/20 52/9 53/13
55/24 57/17 57/18 59/17
60/5 64/25 70/25 73/15
74/25 75/22 76/14 76/14
76/15 76/15 76/16 76/17
76/17 76/18 76/20 76/21
76/21 77/16 77/17 77/18
79/4 82/25 84/18 84/20
84/25 85/24 86/6 122/13
head [10] 48/18 49/5 57/17
60/4 74/4 76/20 77/4 87/10
108/24 115/11
heads [1] 6/20
healthy [1] 94/24
hear [22] 5/5 8/8 17/15 45/6
45/24 48/4 48/7 50/7 51/12
55/14 62/6 63/10 63/10
63/22 70/4 71/18 71/20
99/10 100/18 100/22 101/8

heard [32] 6/18 49/9 50/2
51/3 51/8 52/8 53/12 53/22
53/24 54/4 62/2 62/8 62/12
62/14 62/17 63/2 74/14
74/17 74/18 74/19 74/20
82/1 84/15 84/15 85/5 86/21
86/23 88/25 88/25 89/2
90/20 91/2
hearing [4] 51/25 64/1 69/6
123/10
hearings [1] 43/24
hears [2] 48/5 63/22
heart [1] 98/21
hearted [1] 50/24
help [4] 17/15 30/6 47/15
90/15
helped [3] 77/6 79/6 79/8
helpful [2] 104/21 110/1
her [6] 62/6 69/18 90/17
106/18 118/25 119/9
here [54] 3/9 6/10 7/22 19/11
23/9 30/6 36/14 40/2 45/23
47/13 52/7 52/10 54/10 57/9
61/17 64/16 64/23 64/24
67/10 68/9 68/18 72/7 72/8
73/5 74/6 75/11 75/12 78/16
80/25 81/17 86/16 87/16
89/7 90/9 92/1 94/16 97/14
98/16 99/12 100/1 100/2
102/17 103/25 109/7 109/13
110/19 112/5 113/19 114/16
120/23 122/1 122/15 122/17
124/12
here's [3] 89/25 106/8
112/10
hereby [1] 125/6
hero [1] 69/21
heros [1] 69/22
herself [1] 16/16
hesitant [1] 4/9
hesitate [2] 12/5 92/20
hidden [1] 48/3
highly [2] 11/19 113/17
him [73] 11/11 16/15 17/6
46/13 46/15 47/15 48/10
48/21 49/11 49/14 49/23
50/7 50/11 52/18 52/20 53/3
53/7 53/8 54/19 54/20 54/25
56/2 57/14 57/16 57/16
57/17 58/15 58/16 59/12
60/9 63/18 63/25 67/2 74/23
76/25 77/7 77/11 78/8 78/11
78/21 79/2 79/6 79/12 79/15
79/21 80/6 80/20 82/6 82/25
82/25 83/1 83/1 83/3 83/4
83/6 83/7 83/10 83/11 83/16
83/17 83/22 83/25 83/25
84/4 84/5 84/6 84/10 85/6
85/25 86/23 87/10 87/21
89/22
himself [15] 28/10 33/24
46/23 56/4 56/7 69/11 69/15
69/15 73/3 75/24 76/2 76/25
82/11 84/16 88/11
his [104] 11/6 12/20 12/25
17/8 18/4 19/5 20/13 21/21
23/6 24/7 25/18 29/8 29/14
30/1 31/8 36/23 38/17 39/12

**H**

his... [86]  40/21 43/4 43/7
44/7 44/10 46/18 46/25
46/25 47/9 47/25 48/13 49/5
49/6 49/11 49/15 49/18
49/19 49/19 50/1 50/5 50/6
50/12 52/16 52/17 52/17
52/23 53/10 54/10 54/16
54/17 54/24 55/20 56/9
56/10 56/11 57/17 58/20
58/20 58/20 58/21 59/2 59/2
59/3 59/3 60/4 60/11 60/14
61/2 62/9 63/18 64/5 66/25
67/11 67/25 69/16 69/17
69/18 69/20 70/21 71/9 73/1
73/1 74/2 74/4 74/22 76/12
76/13 76/16 76/20 77/4
77/19 78/18 80/4 80/5 81/5
85/7 85/7 85/9 85/14 85/16
86/15 87/2 87/8 87/10 90/17
119/9
history [1]  53/13
hit [1]  48/18
hold [4]  14/6 17/6 45/10
73/10
holding [1]  54/24
home [1]  78/8
Homeland [1]  20/4
honest [1]  11/25
honestly [1]  80/24
Honor [41]  2/2 3/1 4/11 5/23
6/15 46/1 46/7 70/18 71/16
72/4 78/18 97/3 97/13 97/25
98/2 99/6 99/15 100/10
101/1 101/19 102/11 106/4
106/14 106/16 108/8 109/1
109/2 109/20 110/18 112/19
113/17 115/2 115/20 118/5
118/23 120/14 121/24 123/1
123/9 124/13 124/23
Honor's [3]  104/16 108/12
123/20
HONORABLE [1]  1/8
honored [1]  51/19
hoped [1]  72/7
horns [2]  47/22 73/20
hospital [1]  53/16
hostility [1]  15/17
hot [1]  56/6
hour [4]  5/23 6/3 56/18 59/10
hours [3]  77/1 78/2 78/3
house [7]  42/5 42/22 63/13
67/2 76/25 77/3 77/13
housekeeping [2]  96/23 99/5
how [53]  4/5 5/20 5/22 8/4
9/19 13/6 22/20 49/24 50/18
50/18 52/12 58/12 61/25
62/8 62/10 62/12 62/14 63/3
63/15 67/11 69/19 77/3 77/4
77/21 80/15 80/24 89/25
90/10 90/10 92/4 92/6 98/14
100/2 107/6 107/10 110/23
112/10 112/16 113/22 115/7
119/12 119/15 119/19
119/23 120/2 120/5 120/8
121/8 122/10 122/14 123/7
123/17 123/18
however [13]  12/6 12/23
17/16 18/8 21/22 25/19 28/1
109/11
huddling [1]  51/23
human [1]  9/2
hundreds [2]  82/3 87/3

**I**

I'll [1]  111/22
I'm [15]  54/1 68/3 68/5 72/13
72/14 87/10 104/2 105/19
108/24 110/6 113/21 121/8
122/5 123/1 123/14
idea [2]  54/5 54/6
identification [1]  93/7
identified [4]  17/10 26/10
31/24 115/3
identify [3]  17/15 118/17
118/17
identity [1]  9/13
ignorance [6]  20/14 23/22
36/24 40/22 43/8 44/11
ignore [5]  8/20 9/21 14/11
14/14 93/23
images [1]  72/20
imaginable [1]  77/6
imaginary [2]  12/6 82/20
imagine [1]  48/2
immediate [8]  19/15 19/16
36/20 40/5 40/18 42/13 61/8
61/21
immediately [1]  75/2
imminent [1]  59/22
impartial [4]  9/9 11/25 13/15
13/19
impede [17]  18/17 22/16
23/2 23/3 23/7 24/5 30/21
38/14 39/9 42/4 64/19 67/23
67/23 68/16 79/19 80/21
80/22
impeded [12]  29/19 31/5
31/10 32/8 34/8 38/17 39/12
60/3 62/22 78/13 100/7
117/4
impedes [2]  24/11 68/10
impeding [25]  19/1 24/9 29/5
29/12 31/12 31/13 32/3
32/12 32/19 32/22 34/1 34/9
34/14 34/17 43/24 57/8
60/17 69/6 77/8 77/8 79/22
100/5 103/6 117/2 119/18
implicate [1]  45/4
implicit [1]  9/5
implies [2]  11/22 102/25
importance [1]  92/15
important [5]  12/5 59/6 74/12
87/18 114/16
imposed [1]  31/10
imposing [1]  45/15
impresses [1]  15/12
improbability [1]  16/10
improper [1]  17/7
improve [2]  107/24 108/11
inadmissible [1]  45/4
inadvertently [1]  91/4
inch [2]  67/14 80/12
incident [6]  18/19 19/15 48/15
55/9 55/14 55/18
include [4]  5/24 35/15 38/24
43/25
included [10]  2/22 34/22

35/14 35/24 37/5 37/6 37/17
38/22 38/24 40/1 55/12
includes [11]  20/3 20/4 23/11
36/8 36/20 39/24 40/18 42/8
42/22 44/1 91/13
including [12]  15/20 19/21
19/22 20/16 23/24 27/25
33/14 37/1 40/24 43/10
44/13 45/3
income [1]  9/14
inconsistencies [3]  15/25
16/4 16/6
inconsistent [1]  72/11
inconvenient [1]  123/21
incrimination [1]  24/8
Indeed [1]  21/19
independent [2]  20/6 91/15
independently [1]  24/13
indicate [1]  18/4
indicated [1]  9/20
indicates [3]  61/1 78/18
118/10
indicating [3]  9/19 61/10
71/10
indication [1]  77/15
indict [1]  79/21
indicted [1]  79/24
indictment [53]  10/21 10/22
18/16 22/12 29/4 34/18 37/6
37/21 41/3 41/19 43/11
44/14 44/19 44/20 78/10
79/21 97/7 97/8 99/24 103/6
109/8 109/9 109/14 109/25
110/1 110/19 110/24 111/3
111/5 111/14 111/22 111/24
112/13 112/20 112/22
112/23 113/5 113/10 113/25
114/7 114/10 114/12 114/17
114/19 114/22 114/24 115/4
115/5 115/7 115/12 116/17
116/19 116/23
individual [4]  19/16 19/18
24/11 119/9
individual's [3]  19/17 19/18
45/5
individually [2]  81/2 119/8
individuals [4]  31/1 73/25
77/22 113/19
indulgence [1]  103/23
inevitable [1]  51/4
infer [3]  17/25 18/5 18/5
inference [2]  10/24 85/3
inferences [4]  7/2 7/13 10/13
12/16
infers [1]  3/7
inflict [30]  30/13 30/16 30/19
58/1 79/24 103/4
inflicting [2]  67/15 67/16
influence [2]  44/19 45/14
info [1]  98/15
inhaled [1]  46/14
inherently [2]  37/14 41/11
initial [2]  6/14 92/23
initially [1]  106/4
injury [18]  19/15 19/17 30/13
30/16 30/20 37/16 37/19
41/13 41/16 58/1 58/12
59/22 61/8 61/15 79/25
103/4 103/13 103/16

innocent [2]  11/2 50/25
inside [15]  49/2 51/12 51/25
53/15 55/10 56/11 59/17
63/13 66/8 67/17 68/12
68/15 69/8 69/7 88/3
insides [1]  66/13
insignificant [1]  80/17
inspect [1]  119/1
inspector [19]  51/6 52/9
52/10 52/19 52/17 53/5 53/8
53/9 53/10 54/17 58/23 64/4
66/15 69/16 84/8 84/12
84/13 84/16 84/21
Instead [2]  25/16 50/10
instinct [1]  107/25
instituted [2]  23/13 23/15
instruct [13]  8/16 8/18 34/21
35/12 35/24 37/25 38/21
39/14 63/5 79/23 90/3 95/8
98/12
instructed [8]  15/5 30/23
60/13 65/5 69/4 78/17 82/17
85/18
instruction [35]  2/13 2/19
2/22 3/13 3/25 4/7 4/10 5/7
8/11 75/3 88/16 91/10 95/10
95/25 97/6 100/20 101/18
101/24 102/3 102/23 103/21
104/16 105/5 105/11 105/16
107/3 107/4 108/1 109/8
111/3 112/20 116/4 116/6
116/15 117/9
instructions [81]  2/10 2/11
2/22 3/6 4/19 5/8 5/11 5/13
5/15 6/14 7/23 7/25 8/2 8/6
8/7 8/19 22/5 28/22 34/11
65/3 74/6 74/7 74/8 78/17
82/18 87/14 89/25 90/1 90/6
90/20 93/19 93/20 93/21
93/22 93/24 94/1 94/6 94/8
95/17 96/25 100/20 103/18
103/20 104/15 104/15
107/14 107/15 108/3 108/4
109/11 109/14 109/15
110/20 110/21 111/4 111/6
111/15 111/17 111/23
111/25 112/14 112/21
112/23 112/24 113/1 113/1
113/3 113/6 113/15 114/3
114/7 114/13 114/21 114/25
115/4 115/9 115/14 115/18
116/3 116/18 116/20
instrumentality [1]  20/1
intend [3]  79/24 103/13
103/15
intended [19]  10/18 21/2
21/7 23/3 24/24 25/4 30/19
30/20 60/18 60/20 60/22
62/21 63/16 64/11 65/16
68/2 74/9 86/22 96/10
intending [2]  21/15 25/12
intends [2]  16/8 77/16
intent [27]  17/23 18/1 18/4
21/21 25/18 27/8 27/23 28/9
29/9 29/15 30/2 32/21 33/12
33/23 37/18 38/14 39/9
41/14 42/3 42/25 44/4 64/5
66/5 67/22 67/25 68/16

**I**

intent... [1] 119/18
intention [1] 97/7
intentional [4] 16/7 30/12
58/1 60/10
intentionally [7] 18/7 18/7
26/13 29/23 31/9 32/1 80/22
intentions [2] 73/23 81/5
interactions [1] 55/21
intercept [1] 95/12
interest [3] 4/20 15/16 16/18
interesting [1] 79/20
interfere [2] 18/18 30/22
interfered [10] 29/19 31/5
31/10 32/8 60/3 62/22 99/24
100/7 116/23 117/5
interference [1] 61/24
interferes [2] 40/8 42/16
interfering [8] 19/1 29/6
29/13 56/19 57/8 60/18
60/24 77/9
internet [3] 90/23 91/18
95/10
interrupt [1] 123/19
interrupted [1] 71/13
interruption [2] 104/8 122/4
interrupts [2] 40/11 42/19
interstate [1] 62/18
interview [1] 89/5
interviewed [3] 78/2 78/3
78/4
intimidate [1] 30/21
intimidated [8] 29/19 31/5
31/10 32/8 60/3 62/22 100/7
117/4
intimidating [5] 29/6 29/12
56/19 57/8 60/17
introduced [1] 70/22
investigation [1] 91/16
invite [1] 90/17
invoking [1] 24/7
involve [2] 6/22 24/6
involved [4] 28/2 29/9 29/15
33/16
involves [1] 61/7
involving [1] 19/14
Iraq [1] 53/20
is [412] 2/2 2/5 2/6 2/10 2/13
2/21 2/23 3/5 3/5 3/12 3/21
3/24 3/25 3/25 4/6 4/10 4/17
5/1 5/1 5/9 6/21 7/6 7/22
7/24 8/8 8/13 8/14 8/18 8/21
8/23 8/23 9/5 9/8 9/21 9/24
9/25 10/8 10/15 10/21 11/1
11/4 11/10 11/10 11/14
11/17 11/18 11/19 11/22
11/22 12/3 12/6 12/7 12/8
12/9 12/15 12/17 13/5 13/7
13/18 13/20 13/25 14/8
16/22 17/3 17/8 17/24 17/25
18/7 18/20 20/5 20/12 20/13
20/17 20/18 20/20 22/5
22/13 23/20 23/21 24/4 24/4
24/15 24/18 26/1 26/7 26/8
26/9 26/10 27/13 27/18 28/4
28/21 29/9 30/10 30/15
30/23 31/3 31/6 31/15 31/20
31/21 31/22 31/24 33/1 33/7
33/18 34/10 34/20 35/13

36/7 36/5 36/10 36/21 36/25
37/4 37/6 37/7 37/8 37/13
37/14 37/15 37/16 37/23
38/22 39/16 39/21 40/5 40/7
40/11 40/16 40/20 40/21
41/1 41/4 41/4 41/5 41/10
41/11 41/12 41/13 41/21
42/13 42/15 42/19 43/1 43/6
43/7 43/13 44/5 44/9 44/10
45/3 45/11 45/13 47/4 47/13
47/19 47/21 49/5 49/12
50/16 51/13 51/17 51/22
52/4 52/24 53/3 53/13 54/10
55/15 56/5 56/6 56/22 56/24
56/24 57/2 57/3 57/19 57/19
58/17 59/6 59/19 59/22 60/1
60/12 60/16 60/23 61/1
61/10 61/10 61/11 61/12
61/14 61/19 61/20 62/17
63/15 63/19 64/1 64/9 64/11
64/12 64/12 64/16 64/24
65/1 65/16 67/5 67/10 67/12
67/14 67/15 68/6 68/18
68/25 69/4 69/18 69/24 70/8
70/23 71/12 71/14 72/13
72/16 72/23 72/23 73/13
74/7 74/23 74/24 75/4 75/6
75/16 76/20 76/21 77/2 77/4
78/12 78/12 78/13 78/20
78/20 78/22 78/22 78/24
78/24 78/25 79/1 79/1 79/13
79/14 79/15 80/2 80/7 80/13
80/24 80/25 81/3 81/7 81/8
81/9 82/2 82/13 82/19 85/2
82/5 85/16 85/17 86/4 86/10
87/4 87/16 87/17 88/8 88/12
88/16 88/17 88/18 88/18
89/7 90/11 92/6 92/8 92/24
93/15 94/1 94/3 94/9 94/14
94/19 95/7 95/13 95/14
95/16 96/13 97/7 97/7 98/9
98/10 98/12 99/19 99/25
99/25 100/1 100/2 101/2
101/6 101/8 101/13 101/16
101/17 101/25 102/2 102/2
102/9 102/23 103/2 103/3
103/9 103/19 104/12 104/14
104/14 104/17 104/19
104/21 104/24 104/25 105/1
105/3 105/4 105/7 105/8
105/9 106/10 106/21 107/1
107/3 107/4 107/6 107/13
107/23 107/25 108/2 108/3
108/10 108/14 109/5 109/5
109/6 109/7 109/13 110/5
110/6 110/15 110/23 111/1
111/5 111/6 111/14 111/22
111/22 111/24 111/24 112/7
112/11 112/13 112/14
112/21 112/22 112/22
112/23 113/5 114/7 114/9
114/10 114/12 114/15
114/17 114/24 115/5 115/5
115/7 115/8 115/12 115/13
116/4 116/4 116/5 116/17
116/18 116/19 116/20
116/24 117/9 117/12 117/16
117/20 117/24 118/24 119/3
119/5 119/7 121/6 121/11

122/25 123/25 124/11 125/6
ish [1]  66/20
isn't [6]  73/12 79/15 79/15
81/15 86/15 110/6
issue [5]  2/14 2/18 3/5 18/15
92/9
issued [1]  87/21
it [235]  2/15 2/20 2/21 3/3
3/8 3/20 4/5 4/9 4/23 5/4 6/9
6/15 6/21 6/24 7/15 7/24
8/18 8/23 9/21 9/25 10/15
10/23 10/25 11/10 11/14
11/17 11/21 12/6 12/7 12/21
13/1 13/5 13/7 16/11 16/22
17/7 18/7 19/22 21/12 21/15
25/9 25/12 26/9 26/10 27/18
28/8 30/15 30/24 31/3 31/6
31/22 31/24 33/7 33/22 37/8
37/13 37/17 37/18 41/5
41/10 41/14 41/15 44/16
50/16 50/18 51/4 52/6 52/7
52/12 56/5 56/7 56/22 57/4
58/18 58/19 58/24 59/6 64/5
64/7 64/23 64/23 64/24
65/10 66/16 66/18 69/17
70/20 71/1 71/12 72/15
72/19 72/20 73/1 73/1 73/2
73/10 75/15 75/21 75/21
75/21 75/23 76/9 76/10
76/19 76/22 76/25 77/2 77/3
77/6 77/6 77/7 77/25 78/8
78/8 78/9 79/5 79/6 79/7
80/1 80/15 80/18 80/19
80/19 81/2 81/12 81/16 82/6
82/10 82/13 84/16 84/21
85/12 85/14 85/15 85/16
86/16 86/17 86/18 87/22
88/4 88/7 88/11 90/3 90/25
91/5 91/6 91/7 91/19 92/6
92/15 92/22 93/11 93/17
94/4 94/7 95/12 97/7 97/9
97/10 97/12 99/3 99/10
99/25 99/25 100/1 100/11
100/13 100/13 100/22 101/9
103/9 103/11 103/12 103/12
103/12 105/10 105/10 106/8
106/10 106/24 106/24
106/25 107/22 107/22 108/1
108/6 108/11 109/3 109/10
109/11 110/1 110/6 110/9
110/12 111/2 111/22 111/23
111/24 112/14 112/23
113/12 113/16 113/20 115/3
115/20 115/21 116/24 117/7
119/3 121/10 121/12 121/17
121/18 121/19 121/19
121/22 122/8 122/11 122/12
122/16 122/19 123/4 123/4
123/6 123/7 123/15 123/16
123/17 123/21 123/24 124/8
it's [53]  3/6 3/7 3/14 4/13
14/7 45/22 50/14 52/11 56/8
61/6 71/7 75/7 75/7 78/9
79/25 80/14 82/20 84/19
86/16 87/18 87/18 88/13
88/14 94/21 95/4 99/1 99/2
99/21 99/22 100/12 101/2

107/16 108/9 108/12 110/1
110/6 110/23 111/4 111/16
111/16 112/12 112/3 112/6
112/12 114/2 114/6 114/6
114/16 114/18 120/24 121/7
122/9 124/5
item [1]  3/7
items [2]  4/13 4/14
its [14]  12/9 22/19 46/6
50/12 66/10 100/10 101/15
105/1 105/24 106/5 106/13
116/12 118/18 118/22
itself [3]  13/15 66/19 110/21

**J**

jab [1]  47/21
January [27]  31/1 42/23 46/8
47/5 49/4 63/1 66/16 67/11
69/11 69/23 72/16 73/14
74/23 75/5 80/8 81/10 89/5
89/6 89/7 89/8 89/13 89/14
89/16 89/17 89/22 89/23
121/21
January 6 [22]  31/1 42/23
46/8 47/5 49/4 63/1 66/16
67/11 69/11 69/23 73/14
74/23 75/5 80/8 81/10 89/7
89/8 89/14 89/16 89/17
89/22 89/23
January 8 [3]  89/5 89/6
89/13
jargon [1]  57/1
jaywalking [2]  77/11 81/15
JENSEN [73]  1/5 2/4 2/6
11/6 11/10 11/14 11/17 17/5
18/2 18/12 46/3 46/8 47/13
51/12 51/13 51/13 51/16
52/1 52/15 52/17 52/19
52/23 53/9 53/11 56/1 56/5
57/14 60/16 67/11 69/11
69/23 72/1 72/22 73/8 73/13
74/1 74/12 74/14 74/17
74/19 74/21 74/24 75/4 75/8
75/16 76/6 76/8 76/11 77/15
78/12 78/21 79/11 80/3 80/4
83/7 83/13 83/15 83/17
83/20 83/24 84/5 84/15
84/15 87/20 88/9 88/10 89/2
89/7 89/13 89/21 99/17
118/7 122/2
Jensen's [6]  10/24 52/16
57/12 59/1 86/15 87/17
job [6]  53/10 68/10 75/20
75/20 76/19 81/14
Johnson [1]  67/9
joining [1]  54/2
joint [7]  23/19 42/22 63/1
63/16 63/18 64/13 64/20
jostling [2]  40/9 42/17
judge [16]  1/9 56/24 57/24
60/13 61/5 62/25 65/3 65/4
68/7 69/4 74/7 75/3 82/17
85/18 87/14 89/21
judges [3]  8/22 14/23 93/1
Judging [1]  15/1
judgment [5]  10/15 15/8
16/22 92/10 124/14
jumbled [1]  77/4
jump [2]  46/24 88/3
jumped [1]  68/22

**J**

jumping [2]  82/7 83/23
juries [1]  92/22
juror [6]  90/17 92/11 92/11
92/16 92/20 119/8
jurors [12]  91/5 92/4 92/14
94/20 94/24 94/25 95/6
95/23 95/24 96/3 96/8 97/22
jury [86]  1/8 2/9 2/14 3/13
3/21 3/25 4/19 7/18 7/19
7/21 8/21 13/14 45/21 46/5
47/4 50/21 57/19 57/20
57/22 59/23 64/8 67/13
69/22 70/2 70/5 70/6 71/19
71/22 74/7 78/17 87/15
88/16 89/18 89/25 90/7 91/9
91/12 91/22 91/22 91/24
92/6 92/16 92/23 93/3 93/13
93/16 95/5 95/21 96/4 96/11
96/19 96/20 97/8 101/10
106/19 108/17 109/7 110/19
111/1 111/4 111/15 113/17
114/3 115/4 115/9 115/13
115/17 115/23 116/18
116/20 118/1 118/10 118/12
118/13 118/15 118/17
118/18 118/20 118/21 119/5
119/6 119/7 120/13 120/16
120/21 121/2
just [90]  3/10 3/15 4/3 4/9
4/13 4/14 5/5 5/6 5/12 6/15
6/20 6/21 6/23 9/8 16/24
28/22 46/21 48/1 48/15
48/24 49/1 49/21 49/22
50/18 50/21 51/6 51/15
51/15 52/1 57/25 58/10
58/16 58/19 59/10 59/14
59/17 63/17 64/17 65/2 65/8
66/1 67/21 68/19 69/25 71/7
74/23 76/18 78/25 81/6 82/8
84/25 85/24 86/9 88/9 89/19
90/13 91/6 94/11 97/11 98/2
98/8 98/9 99/25 100/24
101/12 101/17 101/25
102/16 103/14 104/20 105/2
105/4 105/22 105/23 106/3
106/18 107/15 108/4 109/1
110/12 111/13 111/21
111/23 112/3 112/13 112/20
113/23 115/5 116/24 119/4
justified [1]  10/13

**K**

KCCI [1]  89/11
keep [4]  3/18 63/6 93/6
113/16
keeping [1]  117/8
KELLY [10]  1/8 56/24 57/24
60/13 61/5 62/25 65/4 65/4
68/7 69/4
kept [1]  56/13
kind [11]  3/7 8/2 10/23 12/3
59/10 67/16 73/4 74/5 105/1
106/6 108/22
kitchen [1]  49/12
knee [1]  54/23
knew [33]  26/23 28/6 31/3
32/11 33/20 47/25 48/12
49/6 49/8 52/18 52/20 52/20

58/22 58/23 59/10 64/22
64/23 64/24 66/2 68/19
68/21 68/24 75/10 83/20
83/25 84/13 87/1 87/11
89/10
knife [24]  2/14 2/15 3/5 3/9
3/17 4/13 37/7 37/9 41/4
41/6 66/14 67/8 67/11 67/12
67/14 67/15 67/16 80/12
80/17 85/11 85/11 85/20
93/5 93/10
know [68]  4/4 5/10 7/3 7/9
47/24 49/24 49/25 50/1 51/3
55/15 56/23 58/12 60/8 60/9
61/25 63/8 63/15 64/7 64/23
67/6 67/12 68/2 70/20 70/24
71/5 73/13 75/11 75/13
75/20 76/23 80/15 82/1
86/20 86/22 88/10 91/6 96/2
96/12 97/17 99/1 99/9 99/11
99/21 101/2 101/9 102/1
102/2 102/4 106/19 106/21
106/22 106/24 106/25
107/10 107/10 107/11
107/14 108/2 108/4 108/20
110/10 111/1 111/4 111/8
119/6 122/13 122/14 122/14
knowing [3]  17/24 28/3 33/17
knowingly [26]  18/24 20/12
20/15 23/5 23/20 23/23
26/12 27/3 32/1 32/16 35/9
35/23 36/22 36/25 38/13
39/8 40/20 40/23 42/7 43/6
43/9 43/20 44/9 44/12 66/23
68/18
knowledge [6]  12/14 17/23
18/1 18/4 27/23 33/12
known [3]  26/8 31/22 53/18
knows [5]  48/9 53/2 53/2
59/16 67/5

**L**

lack [1]  11/24
lacked [1]  31/2
ladies [11]  7/21 46/4 70/1
70/5 71/23 72/2 81/21 89/24
115/24 118/15 120/16
Lancaster [1]  62/19
language [12]  52/16 57/24
58/20 101/12 102/5 104/20
107/24 108/3 108/5 109/14
109/18 112/4
lapses [1]  16/6
last [19]  2/11 2/25 21/24
25/21 37/3 40/25 47/14
56/12 56/15 60/16 61/14
64/16 67/7 69/2 81/19 94/18
94/18 117/6 121/21
later [8]  12/19 15/21 67/3
74/10 78/9 79/20 102/5
122/3
latter [4]  101/22 102/12
105/14 123/12
law [50]  7/23 8/16 8/17 8/18
11/5 13/3 13/4 18/18 18/20
20/11 20/11 22/14 27/21
29/10 33/10 34/21 37/24
41/21 43/1 43/4 43/13 44/5
44/6 44/7 56/22 56/24 68/20

67/5 67/12 87/11 89/4 94/7 98/25
111/15 113/25 114/7 114/9
114/11 114/13 114/17
114/21 114/25 115/6 115/8
115/13 116/17 116/19
120/19
lawful [7]  19/4 35/7 35/21
84/11 85/1 88/6 89/3
lawfully [2]  18/18 87/21
laws [1]  19/25
lawyer [2]  14/5 14/6
lawyer's [1]  14/11
lawyers [4]  10/17 10/20 14/3
70/3
lawyers' [1]  14/7
lay [1]  57/21
lead [2]  62/3 106/4
leader [5]  50/10 50/22 52/15
83/15 83/17
leading [4]  58/17 58/19 66/4
66/7
learned [1]  55/3
least [13]  27/13 33/1 47/16
48/1 52/6 55/24 56/17 64/22
72/8 104/24 108/16 121/20
124/7
leave [3]  3/8 56/15 56/17
led [1]  50/9
left [2]  2/17 49/12 51/22 68/3
legal [14]  9/10 57/1 108/23
109/18 111/17 111/23
111/24 112/14 112/23
112/24 113/2 113/6 113/15
114/6
legitimate [1]  7/1
lengthy [1]  8/7
lesser [9]  17/2 34/22 35/12
35/14 36/10 38/1 38/21
38/24 39/25
let [36]  3/12 3/15 5/19 12/18
90/5 91/6 98/8 99/9 100/18
100/22 101/21 109/22 111/3
116/21 120/16 121/13
let's [38]  5/10 7/17 45/22
46/19 52/8 58/5 60/11 60/20
61/16 62/6 62/20 63/17
65/10 66/11 66/14 67/20
67/21 68/11 69/2 71/17 73/4
78/11 78/15 82/13 82/22
86/8 86/8 86/9 86/10 86/12
87/20 88/8 96/19 97/17 99/3
111/21 111/23 115/21
level [1]  9/14
Levenson [1]  1/14
life [3]  12/6 47/9 49/19
light [2]  10/14 50/24
light-hearted [1]  50/24
like [35]  2/20 3/8 4/7 5/10 6/4
46/14 47/22 48/22 49/20
51/6 51/7 58/13 58/14 59/21
72/6 72/6 72/10 77/19 78/23
83/7 85/12 87/24 90/21
101/17 102/1 102/2 102/2
110/12 111/19 113/2 113/4
113/21 113/24 120/22
122/18
likelihood [1]  95/12
likely [6]  11/18 40/6 40/6

likes [1]  9/2
Likewise [1]  14/17
limited [2]  7/14 18/25
line [16]  51/2 54/2 66/15 74/17
110/10
lines [5]  46/15 47/6 52/14
55/24 103/10
lingering [1]  99/3
listen [4]  17/13 75/13 90/25
91/1
literally [2]  14/14 69/8
little [7]  6/19 45/20 55/3 57/5
81/3 101/2 123/14
live [1]  75/12
Lloyd [2]  84/9 84/18
loaded [1]  75/1
local [1]  89/10
located [2]  42/9 44/2
location [1]  62/10
lock [3]  63/22 63/23 69/20
lockdown [1]  63/6
Locked [2]  46/16 75/1
logistic [1]  8/3
lone [3]  46/24 75/24 76/2
123/7 123/17 123/18 123/20
longer [1]  44/25
look [17]  3/12 3/15 6/8 52/22
52/23 57/24 63/17 70/14
70/20 72/14 74/2 74/22
78/23 81/11 81/16 88/13
121/18
looked [6]  4/19 12/18 12/23
70/24 100/19
looking [8]  52/24 72/18 97/1
104/2 113/14 120/19 120/19
124/2
looks [3]  5/9 47/19 76/19
Los [1]  1/16
lost [1]  62/17
lot [3]  52/18 67/24 82/6
loud [3]  40/7 42/15 68/8
Loyd [16]  51/6 52/9 52/10
52/15 52/17 53/5 53/8 53/9
64/4 66/15 69/16 84/8 84/12
84/13 84/16 84/21
Loyd's [1]  58/23
lunch [4]  90/4 96/12 96/17
98/7

**M**

madam [2]  118/11 122/5
made [7]  14/4 14/6 16/1 18/2
21/18 82/11 89/20
make [19]  28/16 34/5 56/22
57/4 74/9 83/3 84/11 85/1
85/25 86/11 88/6 98/7
108/19 115/16 117/7 122/11
122/12 123/21 124/8
makes [1]  106/24
making [3]  36/7 39/23
112/15
man [30]  47/4 47/5 47/6 47/7
47/8 47/9 47/20 47/22 52/9
64/12 75/20 75/24 76/21
76/22 78/25 78/25 79/2
79/13 79/15 79/16 79/25
80/9 81/8 81/8 81/9 81/10
83/20 83/21 83/23 83/25

139

# M

manner [8]  8/16 15/11 37/18
37/20 40/4 41/15 41/17
42/12
many [8]  49/24 77/21 92/22
109/3 109/4 109/4 109/4
120/18
map [1]  66/15
mark [1]  98/2
marked [2]  93/7 93/7
marshal [6]  3/19 3/20 91/21
93/11 93/12 93/15
marshals [2]  92/4 98/25
masks [1]  73/25
massive [1]  48/22
mathematic [1]  12/9
matter [14]  2/3 45/18 46/2
71/25 77/25 91/25 92/7 93/1
98/21 99/16 115/20 118/6
121/25 125/8
matters [1]  12/5 15/3 15/14
92/15 99/5
may [79]  3/17 4/21 5/14 7/20
8/12 8/19 9/18 9/18 10/1
10/23 12/12 12/16 15/8 15/9
15/20 15/24 16/3 16/5 16/9
16/12 16/18 17/25 18/2 18/5
20/15 21/9 21/16 22/1 23/23
24/7 25/6 25/13 26/4 27/24
28/11 28/17 31/11 31/18
33/13 33/25 34/6 37/1 37/11
40/23 41/8 43/5 43/9 44/8
44/12 44/17 44/21 70/7
79/18 90/22 90/25 91/11
91/15 91/16 91/20 91/20
92/16 92/19 93/5 93/16
93/19 93/20 93/22 96/3
96/21 100/22 115/24 117/25
118/2 118/14 119/7 119/7
119/8 120/11 120/13
maybe [7]  3/8 72/14 99/2
106/25 111/8 113/24 123/24
Mayor [1]  62/13
me [45]  3/12 3/15 5/19 6/10
7/3 7/22 9/23 12/18 45/16
49/20 58/14 69/17 71/1
71/19 75/18 76/10 81/13
84/11 90/5 91/6 91/20 91/20
91/23 92/4 92/6 93/25 94/1
94/5 94/12 94/12 94/14 98/8
100/18 100/22 103/12
103/25 107/22 109/9 109/23
115/15 116/21 120/16
121/13 121/21 123/16
mean [22]  3/14 3/22 4/1
70/20 70/25 77/2 78/21 80/7
97/20 98/8 99/1 103/11
103/12 103/13 105/7 105/23
106/25 108/1 108/9 109/17
110/9 113/8
meaning [21]  85/8 101/9
101/16 101/25 102/7 103/10
103/11 105/1 105/3 105/18
105/21 105/22 105/25 106/5
106/9 106/13 107/3 107/5
116/5 116/6 116/13
meaningful [1]  15/14
meanings [2]  30/22 43/22
means [27]  13/4 15/1 19/13

20/10 23/18 24/1 24/3 30/12
36/15 40/13 51/4 57/6 64/18
64/25 66/1 68/19 82/18 87/6
87/7 87/12 91/16 92/5 103/5
meant [2]  67/2 94/10
media [3]  70/22 71/9 90/24
meetings [1]  43/24
member [1]  91/22
members [14]  45/21 47/4
50/21 57/19 57/20 57/22
59/22 61/21 63/23 64/8
67/13 69/22 91/22 91/24
memory [12]  9/24 9/25 15/12
15/19 16/6 72/12 72/12
72/13 76/9 96/6 96/8 96/9
menacing [2]  57/17 59/2
mental [2]  21/13 25/10
mention [3]  65/7 65/8 98/18
mentioned [4]  10/7 10/9 89/5
101/13
mentions [1]  100/13
merely [14]  10/21 17/3 21/11
21/18 25/8 25/15 26/1 28/2
28/3 28/3 31/16 33/16 33/17
33/17
merits [1]  91/25
message [2]  74/25 75/3
met [2]  61/13 65/1
metal [1]  47/22
Metropolitan [1]  78/1
mic [1]  100/25
microphone [1]  81/20
mid [1]  121/16
mid-December [1]  121/16
middle [6]  70/16 72/19 99/2
99/3 121/8 121/16
might [12]  6/18 13/24 14/2
14/13 61/9 72/5 78/5 78/6
85/23 89/9 95/15 113/2
Mike [6]  68/3 78/23 80/23
81/23 82/4 87/21
military [1]  69/21
mind [11]  3/18 18/13 47/12
49/6 50/14 81/2 88/13 92/2
93/6 104/24 117/8
mindful [1]  90/12
minimize [2]  71/12 71/13
minute [5]  6/11 45/23 70/1
78/6 86/8
minutes [8]  5/25 6/2 48/1
48/15 49/1 71/18 83/21
99/11
miraculously [1]  51/8
Mirell [3]  1/14 2/5 88/18
mission [2]  86/25 90/13
mistake [9]  16/6 20/14 23/22
36/24 40/22 43/8 44/11 56/7
82/9
misunderstanding [1]  16/7
misunderstood [1]  102/11
mob [26]  47/18 47/19 47/25
48/4 49/15 49/21 50/5 50/9
50/9 50/10 52/16 52/20
52/21 52/24 52/25 56/5
58/17 58/19 66/7 82/3 83/1
83/15 83/18 83/19 84/12
84/18
mode [1]  50/23

modified [2]  94/9 94/13
modifies [1]  94/8
moment [2]  21/4 46/20 57/13
57/14 57/16 86/8 86/9 109/1
months [1]  72/17
more [24]  3/8 6/7 7/8 8/2 8/3
11/18 12/5 13/25 19/14 49/7
52/18 61/7 70/10 71/5 83/10
84/14 89/25 90/1 91/22
92/25 99/19 102/4 112/19
116/16
Morgan [23]  51/7 53/13
53/18 53/20 53/22 53/24
54/1 54/7 54/11 54/18 54/20
54/23 55/3 55/6 55/9 55/17
55/20 84/25 85/1 85/5 85/7
85/8 85/15
Morgan's [1]  55/7
morning [4]  2/7 7/21 69/14
122/8
most [6]  2/9 8/6 78/11 78/12
79/2 101/10
mostly [2]  98/9 98/11
motion [2]  123/18 124/13
motions [4]  121/5 122/24
124/16 124/24
motivated [2]  16/17 73/23
motive [2]  86/15 87/17
move [5]  51/14 59/3 65/2
66/11 68/11 69/2
movement [1]  19/9
MPD [7]  56/12 56/13 56/14
76/4 78/7 80/20 85/23
Mr. [76]  2/6 3/2 3/23 5/6 6/1
6/5 6/16 6/17 6/20 6/25
70/11 72/22 73/8 73/13 74/1
74/12 74/14 74/17 74/19
74/21 75/4 75/8 75/16 76/6
76/8 76/11 77/15 78/12
78/21 80/3 80/4 83/5 83/7
83/13 83/13 83/15 83/17
83/20 83/24 84/5 84/15
84/15 85/10 86/15 87/17
87/20 88/9 88/10 88/12
88/17 89/2 89/5 89/7 89/13
89/19 89/21 97/4 97/15 99/7
101/8 102/20 105/20 107/6
108/9 111/12 114/1 114/23
119/11 121/14 121/14 122/2
122/24 123/23 123/24 124/6
124/19
Mr. Davis [34]  3/2 3/23 5/6
6/1 6/5 6/16 6/17 6/20 6/25
70/11 83/5 83/13 85/10
88/17 89/5 89/19 97/4 97/15
99/7 101/8 102/20 105/20
107/6 108/9 111/12 114/1
114/23 121/14 121/14
122/24 123/23 123/24 124/6
124/19
Mr. Davis's [1]  88/12
Mr. Foreperson [1]  119/11
Mr. Jensen [38]  2/6 72/22
73/8 73/13 74/1 74/12 74/14
74/17 74/19 74/21 75/4 75/8
75/16 76/6 76/8 76/11 77/15
78/12 78/21 80/3 80/4 83/7
83/13 83/15 83/17 83/20
83/24 84/5 84/15 84/15 85/10

mode [2]  50/8 50/10 89/2 89/7
89/13 89/21 122/2
Mr. Jensen's [2]  86/15 87/17
Ms [1]  71/19
Ms. [25]  7/17 70/2 70/19
88/18 91/6 91/21 92/3 95/3
95/22 96/11 96/22 97/18
98/8 98/15 98/25 99/19
100/24 106/17 108/17
108/20 118/11 118/24 121/3
121/5 122/16
Ms. Allen [2]  70/19 100/24
Ms. Harris [22]  7/17 70/2
91/6 91/21 92/3 95/3 95/22
96/11 96/22 97/18 98/8
98/15 98/25 99/19 106/17
108/17 108/20 118/11
118/24 121/3 121/5 122/16
Ms. Mirell [1]  88/18
much [10]  5/20 7/6 13/6 71/5
90/2 102/22 107/24 117/25
120/20 120/25
multiple [2]  65/5 66/9
muscle [3]  52/18 58/23 84/14
must [53]  10/22 11/20 11/21
13/16 13/17 14/6 14/19
14/22 17/6 17/8 17/18 17/21
18/22 20/24 21/12 21/20
22/24 23/15 23/25 24/2
24/21 25/9 25/17 26/17
27/14 28/13 29/16 30/18
32/5 33/2 34/2 35/3 35/17
37/3 38/7 39/3 40/25 41/23
43/14 90/7 91/1 91/2 91/9
92/10 92/11 92/13 94/9
94/18 110/5 110/15 112/7
117/11 117/19
mutual [1]  90/16
my [33]  4/11 5/9 8/14 8/23
54/22 56/22 56/25 72/4 72/4
76/9 77/5 81/13 95/10 96/23
98/25 100/18 101/11 104/24
105/9 107/25 108/25 109/13
111/13 114/12 114/24
115/16 115/25 116/4 117/24
122/11 123/2 123/13 123/15

# N

name [2]  11/22 95/2
names [1]  63/14
narcotics [1]  107/18
narrow [1]  59/17
national [1]  9/12
natural [4]  18/6 23/6 64/8
87/1
nature [12]  7/11 8/3 8/3
13/14 13/17 20/13 23/21
36/23 40/21 43/7 44/10
77/22
near [4]  47/16 48/16 55/21
79/12
nearly [1]  50/2
necessarily [4]  13/20 77/3
103/12 103/13
necessary [11]  11/18 18/12
21/24 25/21 26/9 31/3 31/22
91/19 93/17 99/25 116/24
need [20]  3/9 22/9 23/12
27/16 27/21 29/1 33/5 33/10
34/15 37/19 41/16 47/2

**N**

need... [8] 57/22 66/10 86/19
95/5 98/2 110/11 123/7
124/11
needed [1] 54/21
needs [5] 27/11 32/24 60/25
97/9 98/16
neither [4] 111/22 111/24
112/13 112/22
nestor [5] 1/22 1/24 125/11
125/11 125/13
never [21] 7/10 11/5 62/5
62/10 76/8 76/11 76/11
76/12 76/12 79/25 80/1 80/9
80/10 80/10 88/22 89/2
91/24 92/2 92/6 103/19
103/20
new [2] 60/25 68/18
news [5] 69/19 75/13 89/11
95/18 98/13
newspaper [1] 90/23
next [12] 7/22 47/21 52/4
63/15 66/21 69/14 79/11
85/21 87/8 90/21 113/11
116/14
nicely [1] 85/1
night [3] 2/11 2/25 89/20
nightmare [1] 48/25
no [79] 1/3 3/1 4/25 5/3 5/4
5/25 6/7 7/1 9/7 12/24 14/15
17/1 17/24 47/13 49/4 49/6
49/6 49/7 49/10 49/17 51/4
54/5 54/6 58/9 59/19 60/9
63/11 67/10 68/23 73/5 73/8
77/14 78/4 79/14 80/7 80/8
80/24 81/6 81/7 83/14 83/24
88/9 90/9 91/22 95/18 95/18
95/18 97/3 97/13 97/16 99/6
100/10 101/17 101/17 102/2
102/2 102/14 102/17 102/23
103/19 103/19 103/22 105/4
105/4 105/16 105/17 105/25
106/22 107/1 107/2 107/4
108/18 109/6 113/8 116/4
116/5 120/15 123/23 124/23
No. [1] 118/19
No. 4 [1] 118/19
nobody [4] 75/9 77/18 79/8
88/5
Nodding [1] 115/11
None [1] 97/5
norm [1] 77/23
normal [3] 3/3 40/12 42/20
North [1] 1/15
northwest [1] 1/18 48/16
54/14
Nos. [1] 67/21
Nos. 2 [1] 67/21
not [220] 2/15 3/6 3/14 4/2
4/25 5/1 5/6 11/8 2/0 9/6
9/18 10/18 10/20 10/22
10/23 11/5 11/14 11/19 12/6
12/8 13/5 13/9 13/16 13/20
14/5 14/6 14/8 14/12 14/18
14/19 15/13 17/5 17/6 17/8
17/9 17/17 17/18 18/5 18/7
20/13 20/21 21/10 21/17
21/22 22/9 23/12 23/14
23/21 24/5 24/9 24/18 25/7

27/11 28/4 28/8 28/11 29/1
30/10 30/15 31/3 31/15
31/22 33/5 33/10 33/18
33/22 33/25 34/15 35/15
36/3 36/4 36/9 36/23 37/19
38/24 39/19 39/20 39/25
40/21 41/16 43/3 43/7 43/25
44/6 44/10 44/18 44/19
44/21 45/8 45/9 45/13 45/14
45/17 46/8 46/20 47/3 50/9
50/11 50/12 50/22 51/13
54/4 54/11 55/16 56/5 56/7
56/8 57/18 57/21 57/22
66/10 66/24 67/6 69/23
72/13 72/14 72/14 74/19
74/23 75/4 75/20 76/14
76/14 76/15 76/16 76/17
76/17 77/3 79/16 80/2 80/14
82/1 82/20 84/10 84/18
84/25 85/2 85/3 85/16 85/24
86/6 86/16 87/10 87/17
87/18 87/18 88/5 88/14
88/17 88/18 88/18 89/8
89/10 91/1 91/5 91/11 91/12
91/15 91/17 92/3 92/3 92/4
92/16 92/25 93/8 93/8 93/14
93/22 94/3 95/8 95/11 96/7
96/7 96/8 97/7 99/2 100/21
101/5 101/10 103/16 104/12
106/7 106/7 108/6 108/24
108/24 109/9 109/16 110/11
111/1 111/6 111/9 111/14
111/16 111/16 112/21
112/23 113/5 113/24 114/2
114/5 114/6 114/6 114/8
114/9 114/10 114/12 114/16
114/17 114/18 114/19
114/24 115/5 120/22 121/8
note [20] 5/13 74/10 91/20
91/21 91/23 93/10 93/25
94/12 94/13 94/14 96/10
98/10 99/12 100/15 109/2
112/2 116/7 117/6 118/9
118/16
notebook [1] 95/2
notebooks [1] 96/4
notes [13] 96/3 96/6 96/9
96/10 99/18 112/11 115/25
116/1 116/14 116/22 117/24
120/17 120/18
nothing [11] 5/8 50/23 50/24
50/24 94/4 94/6 94/7 94/21
99/8 102/4 124/20
notice [1] 17/17
notify [1] 93/10
November [1] 124/7
November 4 [1] 124/7
now [56] 7/25 8/6 8/9 9/23
12/11 13/20 15/6 18/14 23/9
24/15 31/11 35/24 36/14
38/21 39/14 45/19 45/22
46/5 50/15 54/1 56/21 57/4
57/10 58/5 58/11 59/24
62/25 64/7 65/2 66/22 68/18
69/2 72/3 72/13 73/1 76/25
77/5 78/9 83/5 85/10 88/20
91/19 94/24 95/1 95/6 95/14
96/16 98/6 102/11 104/2

119/3 124/15
Nowhere [1] 58/3
number [10] 13/21 13/21
13/25 14/1 44/23 73/21
74/13 88/16 95/3 118/18
numbers [3] 52/21 58/22
89/1
NW [2] 1/23 125/12

**O**

obey [2] 47/8 95/17
object [18] 6/23 14/8 37/6
37/11 37/13 37/15 37/16
37/20 41/3 41/8 41/10 41/12
41/13 41/17 48/18 71/3
71/11 79/9
objected [1] 14/3
objecting [1] 14/5
objection [16] 2/23 3/4 5/6
6/5 7/14 14/11 14/18 70/12
70/16 70/17 71/4 97/1 97/11
97/16 100/10 120/15
objections [1] 14/6
obligation [3] 73/8 78/5 88/20
oblivious [1] 77/25
obscure [1] 4/4
observe [1] 15/14
observed [2] 15/3 74/15
obstruct [12] 18/17 21/17
22/3 22/16 23/1 23/3 23/7
24/5 28/19 63/16 65/15
80/21
obstructed [6] 19/8 22/2
28/18 64/15 66/1 86/20
obstructing [20] 19/1 20/18
20/20 20/22 20/24 21/3 21/6
21/10 22/7 22/10 22/13
22/24 24/9 43/24 56/18
65/11 65/14 65/24 69/6
119/11
obstruction [24] 24/16 24/17
24/19 24/21 24/25 25/3 25/8
25/14 25/18 25/23 26/15
26/20 26/23 27/6 27/8 28/11
28/20 28/24 29/2 62/23 63/9
65/21 103/6 119/14
obstructs [1] 24/11
obvious [1] 2/9
obviously [13] 2/15 3/13 3/14
3/23 5/2 5/4 7/12 7/12 37/14
41/11 109/13 113/19 124/9
occurred [3] 38/16 39/11
77/24
occurs [2] 40/3 42/11
October [2] 123/5 124/2
October 14 [1] 124/2
off [9] 36/10 40/14 48/19
48/21 66/16 72/11 74/16
75/8 105/2
offense [98] 11/9 11/11
11/13 11/15 18/21 21/4 22/1
22/5 22/7 22/10 22/17 22/19
22/21 22/22 23/13 25/1
25/25 26/1 26/3 26/4 26/5
26/7 26/17 26/22 27/2 27/5
27/17 27/20 28/4 28/7 28/10
28/14 28/17 28/21 28/24
29/2 30/4 30/5 31/15 31/15

32/4 32/9 32/15 32/18 32/21
32/24 33/1 33/4 33/7 33/9
33/18 33/20 33/21 33/24
34/3 34/6 34/10 34/13 34/16
34/22 35/11 35/13 35/14
37/5 38/1 38/20 38/22 38/24
41/2 41/22 44/15 44/15
79/19 80/14 80/15 81/14
106/20 107/8 107/10 107/19
107/20 109/21 110/8 110/17
112/9 116/2 117/14 117/15
117/21 117/23
offenses [5] 35/25 36/12
39/15 43/14 107/17
offer [1] 100/18
offered [1] 14/4
offering [1] 54/21
office [4] 1/11 1/14 55/21
95/21
officer [137] 17/3 19/1 19/2
19/4 20/2 22/2 22/3 22/7
22/10 29/6 29/13 29/19
29/20 29/24 29/24 30/9
30/23 30/24 30/25 31/6 31/8
31/10 32/8 46/25 47/4 47/12
47/21 48/4 48/12 49/3 49/9
49/18 49/24 50/2 50/4 50/12
50/13 50/23 51/1 51/4 51/7
51/11 52/3 52/13 52/19 53/4
53/12 53/18 53/19 53/20
53/22 53/24 54/1 54/1 54/7
54/11 54/11 54/15 54/18
54/20 54/23 55/2 55/6 55/7
55/9 55/17 55/20 56/12
56/20 57/8 57/12 57/15
57/18 57/22 58/9 58/13
58/17 58/20 58/24 59/2 59/4
59/7 59/7 59/8 59/14 59/16
59/19 60/3 60/5 60/11 60/23
60/24 61/1 62/22 63/4 63/9
63/25 65/11 65/14 69/8
75/17 76/10 79/3 79/14 80/3
80/21 80/22 82/23 82/24
83/2 83/2 83/3 83/6 83/8
83/11 84/1 84/3 84/6 84/8
84/9 84/18 84/23 84/25 85/1
85/5 85/6 85/8 85/15 100/8
100/13 101/15 104/6 104/11
104/23 106/12 116/12 117/5
officer's [2] 16/23 16/25
officers [50] 18/18 20/19
20/20 20/22 20/24 21/3 21/6
21/11 21/17 31/12 31/14
32/3 32/12 32/19 32/22 34/1
34/8 34/9 34/14 34/17 47/13
47/15 51/2 51/5 51/11 51/14
51/14 52/4 52/11 55/12
56/13 56/14 56/19 59/20
65/16 76/3 76/4 81/22 85/22
85/23 85/25 86/1 86/3 86/7
86/11 87/20 100/5 117/2
119/11 119/18
official [58] 1/22 18/19 19/5
20/9 22/13 22/16 22/24 23/2
23/4 23/7 23/11 23/12 23/14
24/17 24/19 24/21 24/25
25/3 25/8 25/15 25/19 25/23

official... [32]  26/16 26/21
26/24 27/6 27/9 28/12 28/18
28/19 28/20 28/24 29/2 29/8
29/14 30/1 30/25 31/6 38/15
38/18 39/10 39/13 60/12
60/14 62/23 62/25 65/21
65/24 66/1 67/23 78/13
86/20 119/14 125/12
often [4]  26/7 31/21 92/25
93/17
Oh [1]  105/18
Ohio [8]  51/5 52/8 53/15
54/2 55/10 64/3 69/7 74/16
okay [19]  6/8 7/12 62/20
81/25 88/5 88/5 97/17
102/16 105/18 105/22
106/10 108/18 109/22
109/23 110/2 111/21 114/5
114/22 117/8
older [1]  72/14
omissions [1]  45/7
once [7]  38/3 54/18 56/3
69/13 76/10 85/24 94/11
one [78]  2/13 6/15 8/5 8/7
9/23 11/20 13/5 13/13 13/25
19/20 27/19 28/24 30/14
33/8 37/12 41/9 44/18 46/20
48/23 51/14 51/16 52/4
53/13 54/4 54/19 55/10
56/15 57/3 60/9 60/12 60/16
61/25 68/5 69/23 72/10
72/12 72/22 72/25 76/1 76/3
83/17 85/6 85/7 85/15 90/21
91/22 92/19 94/18 95/6
95/25 99/19 99/21 99/21
99/22 99/25 100/12 100/23
104/19 104/24 104/25 105/3
105/7 105/9 106/17 106/18
106/21 108/18 112/19
113/12 113/20 115/15 116/1
116/14 116/15 116/15
116/21 116/24 120/24
ones [1]  111/8
only [34]  2/17 4/12 10/2
10/18 11/18 13/18 27/19
33/8 44/24 45/3 45/8 45/10
48/2 50/7 56/23 60/24 66/24
68/3 68/18 76/9 84/19 93/6
93/7 96/6 98/17 100/12
109/16 115/7 115/12 115/17
116/17 116/18 116/19
116/20
onward [1]  66/21
open [8]  2/17 3/22 58/20
92/1 92/6 94/16 119/4 119/7
opening [2]  6/18 89/21
operate [1]  73/10
operates [2]  62/18 73/9
operation [1]  19/25
opinion [4]  9/17 9/20 92/17
94/5
opinions [1]  9/3
opportunity [2]  15/14 93/13
oppose [1]  30/21
opposed [7]  29/18 31/4 32/7
60/2 62/22 100/7 117/4
opposing [6]  29/5 29/12
48/22 56/18 57/7 60/17

opposite [1]  94/6
opt [1]  105/14
option [1]  101/7
options [2]  101/20 109/4
orally [1]  92/1
order [30]  9/20 18/21 20/23
22/23 24/20 26/15 29/11
30/17 32/2 34/24 35/1 35/16
35/24 36/11 36/11 38/4 38/5
39/1 39/14 41/22 43/13 57/4
57/6 57/23 62/14 62/16 63/5
79/24 92/11 112/11
ordered [1]  14/18
orderly [8]  8/15 38/14 38/17
39/9 39/12 42/4 42/21 43/23
orders [1]  64/4
ordinarily [2]  17/23 121/15
ordinary [16]  30/22 43/21
101/9 101/16 101/25 102/4
102/7 105/1 105/3 105/18
105/21 105/25 106/5 106/13
106/25 116/13
organize [1]  90/15
orientation [1]  9/13
origin [1]  9/12
originally [2]  103/22 104/1
other [66]  2/23 4/2 9/14
11/11 12/15 14/1 14/4 15/18
16/4 16/13 16/24 18/3 19/21
22/11 24/13 28/1 29/2 33/15
34/17 36/4 39/20 44/20 45/4
47/13 49/10 49/17 51/21
56/12 59/20 60/20 60/22
62/20 63/23 66/1 66/2 73/22
72/23 73/25 74/1 77/7 79/12
79/18 80/11 81/6 81/7 82/4
87/4 91/5 91/18 92/8 92/9
92/12 95/6 97/1 98/17 99/5
99/20 102/6 105/2 105/3
107/19 108/20 108/21 111/8
113/13 113/20
others [26]  22/17 25/24
26/16 26/20 26/25 27/5 27/8
27/13 27/15 28/15 31/14
32/4 32/7 32/13 32/18 32/21
33/1 33/3 34/4 34/8 40/7
42/15 51/7 65/25 76/14
93/23
otherwise [7]  28/10 33/24
36/16 40/14 45/1 93/14
124/25
our [13]  2/10 2/12 7/21 9/8
51/19 69/2 73/9 85/11 88/21
89/20 95/22 120/24 124/15
out [42]  3/6 3/9 12/19 12/23
18/19 19/25 26/18 31/6 45/1
45/9 49/10 49/17 51/24
54/22 56/1 57/6 63/6 63/12
64/6 72/6 72/7 72/17 72/18
73/4 73/15 73/15 73/18
73/20 77/1 85/7 85/8 85/15
87/23 87/25 94/15 95/21
98/14 98/16 105/8 109/7
109/21 121/22
outcome [1]  15/16
outnumbered [1]  49/19 84/4
outset [1]  92/19
outside [7]  48/16 48/22 49/4
54/12 59/9 63/10 82/8

overall [30]  59/12 23/3
59/10 64/13 73/1 76/25 78/2
78/3 86/3 86/3 86/3 86/21
86/21 86/23 86/23 90/8
113/12 113/20 121/20
overall [2]  74/2 100/19
own [4]  9/24 76/16 96/8
96/10
oxygen [1]  46/15

**P**

p.m [1]  56/17 63/10 96/20
99/14 115/23 118/1 118/4
118/13 121/2 122/8 125/2
page [7]  6/17 95/2 97/19
97/24 99/23 116/2 116/22
paid [1]  120/16
pandemic [4]  72/15 81/1
96/24 99/4
panic [2]  53/22 62/6
panicked [2]  51/8 53/21
papers [1]  75/13
parade [1]  43/21
paraded [1]  43/17
parading [2]  43/12 120/7
part [19]  14/15 27/17 30/25
33/6 40/7 42/15 62/11 79/15
86/2 87/18 88/12 97/9
100/16 101/11 101/24
105/10 111/6 113/12 116/8
participant [2]  74/19 74/21
participated [2]  28/14 34/3
participation [2]  27/12 32/25
particular [10]  4/5 11/9 11/13
13/6 17/21 37/8 41/5 54/8
71/7 93/21
particularly [4]  4/8 53/14 76/4
101/10
parties [20]  4/8 5/20 7/25
10/6 10/8 61/17 67/10 85/17
85/19 97/11 97/17 97/23
99/19 101/23 103/22 104/1
105/9 107/4 121/20 124/25
parties' [1]  97/7
partisans [1]  93/1
partly [1]  70/8
parts [2]  27/20 33/9
party [2]  14/7 45/10
passageway [2]  69/6 69/8
passageways [1]  43/24
passed [2]  21/13 25/11
past [1]  55/24
pattern [5]  100/20 102/23
105/10 107/15 108/4
Paul [1]  56/12
pay [1]  119/5
peace [1]  54/21
peaceful [3]  46/9 50/24 51/19
Pence [6]  68/3 78/23 80/23
81/23 82/4 87/21
pending [2]  23/13 23/14
Pennsylvania [1]  62/19
people [21]  9/10 15/18 26/9
31/23 59/17 61/7 61/9 66/1
66/2 72/21 73/18 73/21
73/22 73/24 74/13 74/20
75/25 77/7 82/4 87/4 122/15
pepper [6]  46/14 47/7 48/17
49/7 54/13 74/20
pepper-sprayed [3]  47/7

pepper-spraying [1]  74/20
perception [1]  16/8
perfectly [1]  81/25
performance [5]  19/5 19/10
29/7 29/14 30/1
performed [6]  27/1 27/3
27/10 32/14 32/16 32/23
performing [1]  61/2
perhaps [1]  70/15
perimeter [2]  66/16 74/13
period [1]  110/17
permitted [3]  10/11 13/7 96/2
perplexed [2]  75/23 76/19
person [50]  10/22 12/4 12/18
17/25 18/6 20/12 23/20 24/4
26/4 26/5 26/6 26/6 26/8
26/13 31/4 31/18 31/19
31/19 31/20 31/21 32/2
36/17 36/19 36/22 37/17
40/3 40/4 40/5 40/9 40/10
40/15 40/17 40/20 41/14
42/11 42/12 42/13 42/17
42/18 42/25 43/6 44/4 44/9
56/23 61/8 76/1 88/1 89/11
91/17 92/3
person's [2]  40/5 42/13
personal [9]  9/2 9/7 9/11
9/14 47/25 48/13 80/25
94/21 96/10
personally [1]  63/4
persons [3]  19/14 28/2 33/16
pertains [1]  65/10
Ph.D [1]  113/18
phase [2]  27/17 33/6
phases [2]  27/20 33/9
phone [1]  95/3
photo [1]  55/8
photograph [2]  55/18 66/24
phrase [1]  113/2
physical [11]  3/10 4/14 4/20
57/23 58/3 58/9 58/12 59/4
59/11 59/22 80/10
physically [2]  59/9 76/9
physics [1]  113/18
picket [1]  43/21
picketed [1]  43/18
picketing [2]  43/12 120/8
picking [1]  102/5
picture [1]  69/15
pictures [1]  45/1
piece [1]  4/5
pieces [2]  4/20 102/10
piling [1]  72/20
pistols [2]  75/2 75/5
pivot [1]  112/14
placate [1]  54/25
place [12]  9/18 51/6 66/18
66/19 77/14 80/16 82/5 82/8
95/16 96/13
plain [2]  51/20 57/1
Plaintiff [2]  1/3 1/11
plan [11]  5/9 6/25 7/1 62/11
63/7 70/15 72/25 76/20
76/21 78/25 98/9
plans [2]  21/18 25/15
play [3]  14/15 73/4 98/14
played [5]  45/2 46/22 48/8
50/20 53/1 62/7

**P**

playing [1] 73/4
please [14] 3/18 81/23 84/11
85/1 93/6 93/10 93/25 96/19
100/15 102/1 112/19 116/7
118/25 119/5
pleasure [1] 121/23
pocket [2] 80/12 85/13 85/14
85/16 85/20
pocketknife [3] 77/23 78/7
80/13
pocketknives [2] 77/21 77/22
pockets [2] 48/3 54/6
point [16] 48/5 48/11 48/12
55/23 56/2 56/21 58/21 63/2
67/6 72/6 84/17 84/17 84/18
101/7 109/23 121/17
pointing [2] 3/6 109/7
points [1] 109/20
pole [1] 47/22
police [35] 16/23 17/3 19/2
20/9 29/20 30/24 46/15
46/18 46/25 47/6 47/8 50/2
51/1 51/11 52/3 52/11 53/12
54/2 55/15 55/24 56/14
69/14 69/21 73/3 74/17 76/4
78/1 81/22 82/24 84/14 86/1
86/3 88/1 88/2 88/4
Police's [2] 61/19 61/24
policing [1] 20/10
political [2] 70/21 71/8
polled [1] 119/7
popped [1] 73/21
portion [3] 45/3 93/21 103/20
portions [6] 17/14 44/24
44/25 45/4 45/7 45/8
posed [1] 59/12
position [2] 92/20 105/6
positioned [1] 56/4
possessing [1] 107/18
possession [7] 40/5 42/13
67/11 107/8 107/9 107/16
107/20
possibilities [3] 104/18
104/25 105/12
possibility [11] 9/5 59/21
70/12 95/7 101/16 101/17
105/3 105/4 105/7 108/21
108/22
possible [10] 45/12 56/23
57/5 77/5 81/14 95/4 120/22
122/12 123/4 123/25
post [3] 121/5 122/24 124/15
post-trial [3] 121/5 122/24
124/15
posted [3] 36/16 40/14 69/15
power [2] 46/10 51/20
powerful [1] 11/21
practice [2] 96/23 108/25
praying [1] 43/25
preceding [1] 112/10
precisely [1] 79/21
prefer [4] 4/22 102/12 102/14
122/2
preference [1] 102/9
preferences [1] 9/7
prejudice [2] 9/16 16/19
prejudiced [1] 16/16
prejudices [3] 9/3 9/7 15/7

preliminary [1] 2/18
preparation [2] 21/19 25/16
prepared [1] 122/25
present [12] 2/4 2/5 2/6 28/3
30/14 33/17 58/2 73/8 78/5
88/21 88/24 93/16
presentation [1] 56/21
presented [6] 6/19 13/12
13/18 58/11 59/4 88/23
preside [1] 90/8
President [24] 36/20 36/21
40/18 40/19 51/23 53/7 55/5
61/21 62/1 62/2 62/9 64/4
64/6 64/10 64/12 66/19
77/10 81/24 82/8 84/19
84/22 85/2 86/11 86/12
President's [2] 61/22 62/4
presidential [2] 42/24 51/18
presiding [1] 64/13
presumably [1] 109/6
presumed [1] 11/1
presumption [1] 11/2
pretty [8] 4/19 7/6 52/7 60/12
71/15 87/4 100/2 112/12
preview [2] 70/13 70/15
previous [1] 16/1
pride [1] 92/19
primary [1] 115/4
principal [2] 26/9 31/22
prior [4] 48/1 48/15 72/17
117/8
privacy [1] 45/5
privilege [1] 24/8
probability [1] 16/10
probable [5] 11/19 18/6 23/6
64/8 87/1
probably [4] 2/12 5/23 63/1
67/5
problem [2] 112/16 115/3
procedures [1] 63/6
proceed [4] 8/4 45/19 90/1
92/25
proceeding [48] 22/13 22/16
22/24 23/2 23/4 23/7 23/11
23/11 23/12 23/14 23/16
23/18 24/6 24/7 24/9 24/12
24/13 24/17 24/18 24/19
24/21 24/25 25/3 25/8 25/15
25/19 25/23 26/16 26/21
26/24 27/6 27/9 28/12 28/18
28/19 28/20 28/24 29/2
62/24 63/1 63/3 63/16 65/22
65/24 66/2 78/13 86/21
119/15
proceedings [7] 2/1 63/24
61/6 64/14 68/1 86/22
125/7
process [4] 7/22 40/12 42/20
94/21
produce [3] 11/6 40/6 42/14
product [1] 55/8
prominently [1] 69/19
promised [1] 72/7
promote [1] 90/18
proof [3] 11/20 43/3 44/6
proper [1] 14/5
properly [1] 10/2
property [6] 19/17 19/19 40/5
42/13 61/9 61/9

121/3
proposed [3] 104/1 104/16
124/3
proposing [1] 123/9
protect [3] 30/25 61/21 62/1
protected [10] 19/10 19/24
36/17 36/19 40/15 40/17
61/4 61/15 61/16 61/18
protectee [1] 62/5
protecting [1] 60/14
protection [2] 61/19 61/24
protest [1] 73/14
proud [2] 69/11 69/15
prove [31] 11/6 11/12 11/18
12/8 12/10 21/23 21/23
23/15 25/20 28/8 28/13
31/16 33/22 34/2 37/3 40/25
60/25 67/7 73/6 82/14 82/15
86/19 94/9 100/5 110/5
110/11 110/15 112/7 117/3
117/11 117/19
proved [15] 14/20 17/24
18/11 20/25 21/12 24/22
25/9 26/18 32/5 35/4 35/18
38/8 39/3 41/23 43/15
proven [6] 10/13 11/4 11/8
61/1 68/25 85/19
provide [5] 93/18 96/24
100/15 102/2 116/7
provided [7] 61/5 94/2 99/19
106/1 113/6 113/9 118/9
proving [1] 11/16 13/4
proximity [2] 38/11 39/6
public [5] 9/17 19/13 61/6
publicity [1] 91/4
publicly [1] 69/17
published [3] 119/3 119/5
119/9
pull [1] 85/8 85/15 100/25
pulled [1] 100/21
punching [1] 48/23
punishment [2] 45/12 45/18
pure [1] 50/3
purpose [9] 18/25 24/1 27/4
28/9 32/17 33/23 64/19
64/25 78/18
purposes [3] 3/20 30/3 93/12
pursuit [1] 59/2
push [3] 55/25 86/6 121/10
pushed [2] 76/9 76/11
pushing [1] 48/24
put [16] 54/22 56/7 56/11
61/6 67/20 81/2 85/8 99/1
99/3 106/6 109/17 111/23
115/2 121/7 121/15 121/18
puts [1] 121/12
putting [1] 106/8

**Q**

QAnon [4] 7/10 70/25 71/7
71/10
quarters [1] 5/10
question [28] 13/16 14/4
14/11 14/12 14/13 14/15
45/12 63/15 68/24 74/3
74/23 80/7 80/14 81/4 83/12
86/16 101/2 101/24 102/1
102/21 104/24 105/15
105/24 107/7 109/19 114/18

questions [7] 8/16 10/19
13/13 83/6 83/10 93/24
112/15
quick [2] 96/23 109/3
quickly [2] 66/11 103/24
quiet [1] 43/25
quite [2] 82/6 107/25
quote [7] 54/9 54/19 99/23
116/1 116/2 116/22 116/23

**R**

race [1] 9/11
rack [2] 46/13 66/25
racks [1] 66/17
radio [3] 50/1 50/3 90/23
raise [1] 2/24
raised [4] 50/12 76/8 76/11
80/9
ran [1] 50/7
random [1] 94/21
rank [1] 52/13
rather [2] 13/22 108/6
rattled [1] 53/22
raw [1] 43/2
reach [4] 13/15 36/7 39/23
90/13
reached [6] 92/5 94/11 94/12
95/7 118/10 118/16
reaching [3] 13/10 13/19
93/9
read [14] 4/22 57/25 64/13
75/3 75/12 87/14 90/25 91/1
101/23 104/15 106/4 112/19
119/4 119/6
reading [1] 111/2
reads [1] 116/1
ready [2] 46/12 97/21
realizes [7] 20/12 23/20
36/22 40/20 43/6 44/9 84/20
really [11] 5/12 49/6 50/18
55/4 83/8 86/12 87/24 87/25
88/7 98/19 121/7
reason [10] 4/18 4/25 6/10
11/23 11/23 12/7 15/13 17/7
82/19 98/12
reasonable [68] 6/4 10/13
11/4 11/9 11/13 11/17 11/21
11/22 12/2 12/3 12/4 12/10
12/16 14/21 18/12 18/22
20/25 21/13 22/6 22/25
23/15 24/22 25/10 26/11
26/18 28/8 28/13 28/23
29/17 30/18 31/7 31/24 32/5
33/22 34/2 34/12 35/4 35/19
36/7 37/4 38/9 39/4 39/23
40/4 41/1 41/24 42/12 43/16
57/2 59/7 59/14 59/16 68/25
73/7 82/13 82/15 82/17 85/2
85/3 94/9 100/6 100/12
110/5 110/15 112/7 117/3
117/12 117/19
reasonableness [1] 16/9
reasonably [1] 23/16
reasons [6] 5/4 17/8 37/12
41/9 45/3 88/10
reassure [1] 54/25
rebuttal [3] 5/24 5/25 81/18
recall [1] 15/23
recalled [1] 15/3

**R**

recalls [1] 53/6
receive [4] 10/16 16/22 62/18 97/22
received [8] 2/10 2/24 17/11 18/3 18/9 104/15 118/9 118/16
recess [6] 45/25 71/21 99/13 99/14 118/3 118/4
recognize [3] 46/5 72/3 90/21
recollections [1] 15/22
record [7] 46/2 71/6 71/24 99/16 106/20 118/6 122/14
recorded [1] 52/6
recording [2] 17/21 94/10
recordings [5] 17/10 17/13 17/15 17/18 17/18
red [1] 66/15
redacted [2] 97/9 97/11
redaction [1] 97/12
redirect [1] 83/10
refer [4] 93/20 93/20 110/21 111/14
reference [2] 9/23 103/17
referenced [4] 4/12 79/8 100/16 116/8
refers [2] 30/4 43/22
reflect [1] 112/4
reflected [3] 2/12 36/12 71/8
reflection [1] 12/4
reflects [1] 108/5
refuse [3] 8/20 24/7 24/12
refused [2] 47/8 87/9
regard [1] 2/13
regarding [2] 90/10 90/17
regardless [4] 4/9 9/11 123/17
rejoin [1] 95/5
relate [1] 23/9
related [6] 19/12 36/14 40/2 107/8 107/24 108/2
relates [1] 107/13
relation [28] 35/11 37/5 38/20 41/2 77/17 77/23 80/14 106/20 107/3 107/5 107/13 107/18 107/24 108/2 108/11 108/21 109/21 110/8 110/17 112/9 112/11 116/2 116/5 116/6 117/13 117/15 117/21 117/23
relative [1] 97/20
release [3] 90/4 96/11 98/11
released [2] 96/16 121/1
relevant [1] 18/10
religion [1] 9/12
rely [2] 17/18 96/9
remain [3] 3/21 93/12 100/24
remained [4] 35/6 35/20 66/24 94/23
remaining [13] 34/19 34/22 35/2 35/13 35/17 36/1 36/6 66/13 110/3 110/13 110/22 117/10 119/21
remains [1] 11/2
remanded [1] 124/10
remember [2] 83/5 92/25
remind [3] 59/25 90/22 91/10
remotely [1] 79/12
removed [1] 45/1

render [1] 94/13
repeat [1] 94/13
repeating [4] 101/12 102/16 102/17 104/20
replace [1] 96/7
replaces [2] 94/6 94/7
reply [1] 124/7
report [1] 95/20
reported [3] 1/22 17/11 89/11
reporter [9] 1/22 45/22 69/25 70/9 98/25 104/8 122/4 122/5 125/12
reports [2] 90/22 91/1
represent [1] 92/10
represents [1] 14/7
request [5] 2/15 3/10 4/15 101/20 120/23
require [6] 11/5 13/9 21/22 25/20 43/3 44/6
required [5] 12/8 18/5 33/11 86/17 111/5
requirement [6] 27/23 33/12 58/3 58/5 58/6 58/9
requirements [2] 26/19 32/6
requires [2] 100/5 117/2
requisite [1] 27/22
reread [1] 101/20
research [4] 91/17 95/11 95/18 107/22
reserved [1] 124/14
residents [1] 62/13
resist [1] 30/21
resisted [9] 29/18 31/4 31/9 32/7 34/7 60/2 62/21 100/7 117/4
resisting [18] 29/5 29/12 31/12 31/13 32/3 32/12 32/19 32/22 33/25 34/9 34/13 34/17 56/18 57/7 60/17 100/4 117/2 119/17
resolving [1] 112/1
respect [11] 21/9 21/16 25/6 25/13 44/19 44/22 65/4 67/24 68/1 90/16 101/19
respects [1] 119/10
respond [9] 83/9 100/2 108/15 115/25 116/15 116/21 123/7 123/18 123/18
responding [1] 120/22
response [3] 116/15 116/21 124/6
responses [1] 117/24
responsibility [3] 8/23 9/22 14/8
responsible [1] 62/4
rest [5] 48/2 70/9 83/19 94/23 119/4
restricted [38] 31/2 34/19 34/23 35/2 35/7 35/14 35/17 35/21 36/2 36/6 36/15 36/16 37/22 38/2 38/6 38/11 38/23 39/2 39/6 39/17 39/22 40/13 40/14 66/12 66/13 66/14 66/16 66/22 66/24 66/25 67/5 110/4 110/13 110/22 117/10 117/17 119/22 120/1
rests [1] 45/16
result [4] 16/6 62/15 62/16 103/16

resume [1] 117/25
retaining [3] 52/1 69/12 69/13
retire [1] 91/9
retrieve [1] 50/6
return [5] 44/16 44/21 90/7 92/11 93/25
returning [1] 92/23
reveal [1] 92/3
revenue [1] 62/17
review [1] 85/11
reviewing [1] 92/23
revised [2] 103/18 103/20
rifles [1] 75/5
right [83] 2/7 5/3 5/9 5/15 5/24 7/17 7/20 8/11 17/5 17/6 18/14 44/14 45/19 46/4 48/14 49/11 51/6 51/7 52/3 52/23 55/6 55/7 64/7 70/7 70/19 70/20 71/7 72/11 72/13 81/17 82/5 82/8 83/24 85/14 87/22 88/24 89/24 95/25 96/21 96/23 96/25 98/5 98/6 96/23 99/9 99/18 100/11 102/8 104/2 106/17 107/23 108/9 108/13 108/14 109/5 109/7 110/2 111/10 111/16 111/21 111/21 113/22 115/15 115/21 115/24 116/14 116/21 117/6 118/2 118/15 118/21 119/2 120/11 120/13 120/15 121/3 122/10 122/22 123/3 124/3 124/9 124/18 124/21
rioter [1] 51/13
rioters [15] 46/18 48/1 48/13 48/19 48/20 49/24 52/14 55/11 59/9 63/10 63/13 63/13 63/23 86/2 87/8
risk [1] 47/9
RMR [2] 1/22 125/11
Rob [1] 69/20
room [12] 1/12 3/21 4/21 87/15 89/18 90/7 91/9 92/16 92/23 93/13 93/16 96/4
rooms [1] 72/20
Rotunda [5] 47/16 56/3 56/11 56/13 74/18
route [2] 49/13 55/22
row [1] 46/17
rule [4] 8/16 43/4 44/7 124/15
ruled [1] 14/14
rules [1] 90/10
ruling [2] 4/16 124/14
run [1] 123/15
running [2] 51/7 73/19
rush [2] 49/20 58/14

**S**

sacred [1] 51/19
safe [1] 63/6
safety [2] 51/24 62/4
Safeway [3] 62/15 62/17 62/17
said [28] 8/9 18/20 16/23/24 37/2 40/24 43/10 44/13 47/3 55/12 63/17 66/17 68/15 76/7 82/22 83/7

84/16 86/9 89/9 89/10 105/13 107/14 107/15 107/15 112/13 122/6
same [10] 6/17 16/25 30/15 59/16 96/13 97/18 97/24 103/21 103/21 112/16
sat [1] 48/14
satisfied [3] 67/18 68/25 69/10
satisfies [1] 60/7
satisfy [2] 27/23 33/12
satisfying [1] 101/10
saw [30] 12/19 12/21 12/23 12/24 47/13 47/15 52/19 55/11 55/14 57/21 62/13 63/4 66/17 67/2 73/25 74/13 74/16 74/25 75/2 80/15 80/16 82/24 83/22 84/24 85/6 85/22 87/10 100/19 106/18 109/2
say [45] 5/10 5/14 5/17 8/2 8/5 12/1 55/23 69/5 71/2 72/6 72/11 79/18 80/3 84/24 86/8 86/12 87/20 88/18 89/9 98/8 100/19 101/9 101/15 101/17 101/25 101/25 103/3 104/5 105/4 105/19 105/24 106/24 107/2 107/2 108/1 109/5 109/10 109/23 110/3 112/20 113/12 113/20 119/4 120/16 120/20
saying [9] 50/8 64/18 84/16 105/2 106/8 107/13 107/23 107/24 114/6
says [14] 13/3 56/25 64/5 75/1 75/2 84/20 88/17 88/18 109/10 109/11 110/10 112/2 116/22 122/16
scaffolding [3] 48/19 48/20 74/20
scale [1] 47/9
scaled [2] 46/16 52/1
scales [1] 77/18
scaling [3] 64/23 69/13 82/7
schedule [4] 72/7 121/5 122/11 123/20
Schumer's [1] 55/21
scientific [1] 12/9
score [1] 116/10
scratch [1] 115/16
screaming [3] 48/24 69/7 75/21
screen [3] 51/22 69/18 72/23
seat [3] 46/17 118/18 118/19
seated [8] 7/20 70/7 96/21 100/24 115/24 118/2 118/14 120/11
seats [3] 94/22 94/22 94/25
second [32] 2/17 19/3 21/5 23/3 25/2 26/23 29/21 32/11 35/9 35/23 37/15 38/13 39/8 41/12 42/3 43/19 51/8 51/9 51/9 51/16 52/24 56/3 61/20 84/8 84/16 97/6 99/21 99/22 100/15 114/20 115/15 116/7
secondary [1] 115/5
Secret [7] 20/5 36/17 36/19 40/15 40/17 61/20 62/1
secure [1] 62/10

security [5]  3/20 5/4 20/4 54/5 93/12
see [26]  3/9 4/14 4/18 45/6 47/19 49/14 51/21 58/3 58/5 69/19 71/10 73/19 73/20 74/11 76/22 77/18 79/11 79/12 87/13 97/17 98/13 100/21 101/1 108/23 112/3 124/25
seeing [5]  53/14 54/10 59/17 68/9 72/19
seem [1]  6/4
seems [2]  71/1 103/12
seen [9]  12/20 12/25 49/16 50/15 54/12 85/4 86/2 88/23 89/1
sees [2]  47/19 47/21
select [3]  90/8 90/10 90/10
selected [1]  94/21
selecting [2]  13/14 90/14
selection [1]  94/20
self [2]  16/18 24/8
self-incrimination [1]  24/8
self-interest [1]  16/18
selfie [1]  69/14
selfies [1]  69/12
Senate [6]  49/13 51/22 52/4 63/5 63/11 66/5
Senator [1]  55/21
Senators [2]  48/10 49/16
send [10]  3/11 4/15 74/7 91/20 91/20 93/25 94/12 97/8 98/16 109/25
sending [3]  3/16 93/3 97/12
sent [2]  69/18 116/7
sentence [3]  45/15 113/1 114/20
sentenced [1]  122/3
sentencing [5]  121/4 121/6 121/14 122/22 125/1
separate [4]  26/1 31/15 44/15 44/17
separately [1]  44/16
September [1]  1/6
serious [10]  37/16 37/18 41/13 41/15 67/15 78/11 78/12 79/2 80/1 81/12
served [1]  53/20
service [10]  20/5 36/18 36/19 40/16 40/17 47/1 49/8 95/20 120/21 120/24
Service's [2]  61/20 62/1
session [12]  23/19 42/4 42/21 42/22 63/1 63/17 63/19 64/10 64/13 64/20 86/22 87/3
set [12]  2/11 2/22 115/8 115/13 116/18 116/20 121/4 122/7 122/19 122/22 123/4 123/6
setting [3]  123/10 123/10
seven [3]  57/3 69/24 88/25
Seventh [1]  1/12
several [2]  50/15 83/21
sex [1]  9/12

shake [1]  48/21
shaking [4]  57/17 60/4 87/10 108/23
shaman [1]  73/20
sharpened [1]  47/23
shatter [1]  46/19
shattered [3]  47/10 52/2 68/23
shattering [1]  54/4
she [9]  14/7 15/15 17/3 62/3 62/3 62/4 62/5 62/5 98/16
shields [2]  46/18 59/18
shifts [1]  11/5
shipments [1]  62/19
shirt [10]  3/9 4/13 4/21 5/1 71/1 72/24 73/2 73/16 76/22 80/5
shirtless [1]  47/22
shoes [1]  59/8
shoot [1]  47/2
short [1]  101/17
shot [5]  47/7 57/15 59/3 69/18 79/13
should [76]  3/10 6/12 6/15 8/13 8/19 9/4 9/15 9/16 9/19 9/21 9/25 10/9 10/14 13/11 13/22 14/11 14/12 14/14 14/14 14/15 14/25 15/6 16/21 16/23 16/25 17/1 18/9 22/8 28/25 34/15 34/25 35/25 35/25 38/4 39/15 39/16 44/15 44/16 44/19 45/7 45/8 45/9 45/14 45/16 45/17 50/14 64/6 73/10 85/18 88/1 90/10 90/24 91/23 92/5 93/14 93/25 94/4 94/6 94/15 96/7 96/9 104/20 107/2 111/14 113/12 113/13 113/16 113/24 114/7 115/6 115/8 115/13 116/18 116/19 119/6 122/6
shoulder [2]  52/24 55/7
shouldn't [3]  5/4 111/10 113/13
shout [1]  51/9
shouting [3]  48/4 48/5 55/15
shoving [1]  48/24
show [11]  27/10 27/12 31/3 32/23 32/25 52/22 54/23 60/16 66/23 85/12 85/24
showed [1]  72/24
shown [1]  16/15
shows [3]  28/6 33/20 77/3
side [18]  2/24 6/12 13/22 13/25 14/2 14/4 16/16 16/17 51/21 51/22 54/17 54/17 54/24 72/12 98/20 100/9 100/18 124/11
sides [5]  6/6 88/24 98/19 98/23 98/23
sift [1]  81/16
sight [2]  47/14 59/20
sign [2]  94/13 94/15
signal [1]  98/16
signed [2]  91/21 91/23
significance [1]  78/16
significant [1]  77/2
signs [1]  66/17

similarly [3]  10/19 117/16 117/18
simple [4]  51/20 56/23 57/4 113/17
simpler [1]  111/20
simply [3]  61/6 80/2 109/15
since [4]  94/23 95/7 96/24 112/11
single [3]  82/15 82/16 86/4
sir [2]  118/21 120/12
sit [1]  113/21
site [2]  46/24 62/3
sitting [1]  74/23
situation [3]  4/7 50/18 51/25
six [1]  59/25
skill [1]  98/22
sleep [1]  12/24
small [4]  56/14 59/17 95/15 109/7
smaller [1]  13/25
smashing [2]  67/4 87/9
snow [4]  12/19 12/21 12/24 12/24
snowed [1]  13/1
so [123]  2/22 4/1 4/6 4/21 5/2 5/9 5/16 6/20 6/23 7/14 8/5 8/9 8/11 16/19 19/11 23/9 30/14 31/6 34/6 35/1 35/8 35/9 35/23 36/10 36/14 38/13 38/17 39/8 39/12 39/25 42/3 46/17 47/12 49/3 49/17 50/5 52/8 54/7 54/9 54/22 54/23 58/2 58/5 58/13 60/7 61/16 63/15 64/16 65/10 66/7 66/14 66/22 67/21 70/1 70/13 70/22 71/1 73/10 76/23 77/25 80/17 82/4 82/22 83/9 86/23 89/25 90/5 95/16 95/22 96/11 96/16 96/23 96/25 97/8 97/21 98/5 98/6 98/13 98/15 98/20 99/4 99/11 99/20 100/11 100/22 101/7 102/11 103/9 103/16 105/12 105/16 105/22 107/25 108/3 108/5 109/3 109/7 109/13 109/23 110/2 110/2 111/7 111/21 112/3 112/6 112/10 113/2 115/15 117/1 117/8 118/11 118/16 119/4 119/11 120/20 120/25 121/8 122/9 122/10 122/22 123/20 124/2 124/5
social [2]  70/22 71/9
soldiers [1]  53/17
sole [3]  8/22 9/21 14/23
solely [4]  9/15 45/17 88/15 91/2
soliciting [2]  27/4 32/17
some [47]  2/8 6/18 7/22 11/19 18/14 19/11 21/18 21/19 21/20 23/9 25/15 25/16 25/17 27/12 27/14 27/19 28/14 30/6 30/9 32/25 33/2 33/9 34/3 36/14 40/2 45/1 48/1 48/24 51/5 65/3 70/10 70/21 71/8 75/14 78/16 90/22 93/23 96/23 103/9 103/11 104/11 105/2

somebody [1]  79/7
somehow [3]  4/4 89/3 107/8
someone [12]  3/24 26/12 30/13 31/25 53/21 58/1 75/1 81/24 84/6 87/24
someone's [3]  17/23 17/25 81/2
something [37]  3/4 5/14 6/10 28/15 34/4 43/1 44/5 52/12 66/3 68/19 68/22 69/5 70/3 72/11 78/24 83/7 87/19 87/24 95/6 101/3 101/6 102/25 103/24 110/12 111/7 111/19 112/5 113/2 113/4 113/24 115/5 122/1 122/6 122/7
sometimes [2]  14/3 44/24
somewhere [1]  103/17
soon [1]  91/6
sooner [1]  122/3
sorry [8]  54/1 68/4 68/5 105/19 110/6 122/5 123/1 123/9
sort [6]  2/10 4/4 6/13 8/3 101/21 105/13
sorts [1]  103/14
sound [1]  112/16
sounds [2]  112/18 113/21
Southeast [2]  42/9 44/2
speak [1]  90/17
speakers [1]  17/15
speaking [1]  85/10
speaks [1]  118/18
spear [1]  47/23
special [4]  62/2 62/8 65/3 67/9
specific [8]  3/22 4/1 4/6 43/4 44/7 74/23 90/9 116/16
specifically [1]  76/6
specified [1]  37/6 41/3
spectator [2]  28/4 33/18
speculate [3]  14/12 17/7 88/14
speculation [3]  12/7 82/21 88/12
spent [1]  56/17
spoke [1]  122/2
spoken [2]  6/16 17/21
spokesperson [1]  90/9
spots [1]  56/6
spray [3]  46/14 48/2 49/7
sprayed [6]  47/7 48/17 48/17 54/13 55/11 59/14
spraying [1]  74/20
Spring [1]  1/15
stage [2]  21/14 25/11
staircase [1]  57/17
stairs [10]  48/16 49/10 49/17 50/7 51/10 52/3 54/14 64/1 82/25 84/1
stand [4]  15/11 55/15 92/18 118/17
standard [3]  3/13 3/13 4/7 4/19 5/5 5/6
standing [7]  52/16 54/17 55/2 69/16 78/22 79/11 87/10
standpoint [2]  59/13 59/16

**S**

stands [2] 15/16 47/18
staring [1] 52/9
start [9] 2/10 7/4 57/6 61/16
78/11 99/20 101/12 104/20
111/22
starts [2] 6/21 57/16
state [5] 18/13 19/21 19/21
21/13 25/10
statement [7] 18/2 83/13
101/22 113/25 114/9 114/10
115/6
statements [7] 6/17 6/18
10/17 16/1 45/20 45/24
89/21
STATES [43] 1/1 1/2 1/9
1/11 1/14 2/3 19/2 20/1 20/2
20/5 20/8 29/7 29/23 29/23
29/25 30/24 42/1 42/8 42/9
43/18 44/1 44/2 46/2 46/25
47/11 51/1 51/16 51/22
51/23 53/11 53/12 59/18
60/14 67/17 71/25 73/6 75/4
76/24 77/1 79/18 99/16
118/6 124/10
station [3] 73/3 88/3 89/11
statute [2] 60/1 108/5
statutes [1] 64/14
stay [2] 99/10 118/3
staying [1] 98/13
stem [1] 112/16
step [11] 7/22 21/5 21/16
21/22 25/2 25/13 25/19
51/15 54/9 65/17 79/5
steps [4] 50/11 55/22 57/16
65/18
stickers [1] 98/3
still [3] 69/15 95/11 115/5
stipulate [1] 8/12
stipulated [2] 10/5 10/8
stipulation [4] 8/14 10/10
61/17 85/17
stipulations [1] 85/19
stolen [3] 46/18 59/18 69/14
stone [1] 46/16
stood [6] 47/24 73/15 73/15
73/18 73/20 87/8
stop [12] 46/9 46/10 46/13
55/16 57/15 63/23 64/11
66/7 68/2 86/22 87/2 87/4
stopped [6] 46/8 47/3 63/3
84/20 86/22
stopping [3] 84/17 84/17
84/18
store [1] 62/15
storm [3] 71/6 84/25 88/3
stormed [1] 87/7
storming [2] 55/6 64/9
straightforward [3] 99/20
100/2 112/12
strange [1] 72/21
streamline [1] 57/4
street [4] 1/15 42/9 44/2
77/12
stricken [2] 14/14 14/18
strikes [1] 107/22
strong [1] 92/17
strongly [2] 21/7 25/3
submitting [1] 75/16

substantial [1] 36/11
21/22 25/2 25/13 25/19
65/17
substantive [1] 22/18
subtle [1] 3/8
succeed [2] 28/16 34/5
succeeded [1] 86/4
such [21] 9/11 9/20 10/13
10/15 11/20 12/13 14/6
16/18 16/21 29/21 29/22
30/25 40/3 43/25 44/25 66/4
90/21 90/24 91/1 91/13
91/23
sufficient [5] 2/21 26/10
30/10 31/24 104/12
suggest [4] 4/14 94/5 121/4
suggested [2] 52/17 106/4
suggestion [5] 2/23 3/22 3/23
4/6 4/11
suggests [1] 115/4
Suite [2] 1/15 1/19
summon [1] 95/5
support [1] 53/3
supported [2] 16/13 80/2
suppose [2] 86/10 87/23
supposed [3] 51/17 64/12
67/6
sure [10] 82/5 98/7 101/1
101/5 103/7 108/24 115/16
117/7 121/8 124/1
surely [1] 61/12
surprise [2] 63/2 83/25
surrender [3] 53/9 84/10
84/11
surrounding [2] 15/20 18/1
survival [1] 50/23
survive [1] 51/24
sustain [1] 71/4
sustained [2] 14/10 14/17
swaying [1] 48/20
sweat [1] 73/2
sweatshirt [1] 73/1
sworn [1] 10/3
sympathy [1] 9/17
system [4] 9/10 73/9 120/21
120/25
systems [1] 7/10

**T**

T-shirt [6] 4/21 5/1 71/1
72/24 73/16 76/22
table [1] 74/24
take [25] 2/8 3/12 5/21 6/2
7/14 9/18 45/21 45/22 51/15
52/22 54/22 57/5 70/1 71/17
75/7 78/8 78/9 80/19 85/18
96/3 96/3 121/15 123/17
123/20 124/24
taken [9] 40/6 42/14 45/9
45/25 71/21 94/4 96/9 99/14
118/4
taker's [1] 96/10
takes [1] 66/22
taking [4] 5/13 5/22 80/16
96/13
talk [20] 56/22 60/11 60/20
62/20 65/10 66/14 67/22
70/3 74/10 75/9 78/1 82/13
82/22 83/5 84/1 89/13 89/14
89/15 102/6 107/1

talked [5] 57/20 72/3 78/2
85/10 103/20
talking [12] 74/8 57/11 57/11
57/13 58/6 60/5 61/23 68/17
76/15 97/18 102/21 113/14
tammy [5] 1/22 1/24 125/11
125/11 125/13
task [1] 90/12
tear [1] 95/2
tearing [1] 74/14
technical [1] 8/3
teed [1] 102/21
television [1] 90/23
tell [28] 3/9 8/8 16/20 34/24
38/4 49/9 56/24 57/1 72/13
75/18 75/19 80/18 80/19
80/23 82/25 92/6 94/14
95/13 95/14 106/5 109/15
111/13 112/13 113/23 114/2
114/16 120/17 121/21
telling [9] 6/10 8/9 15/13
51/14 76/18 78/22 94/12
106/7 113/13
tells [4] 52/12 57/15 63/18
75/19
tempered [1] 53/21
temporarily [2] 36/18 40/16
tempted [1] 90/25
ten [6] 45/23 52/6 53/18 70/1
71/17 99/11
ten-minute [2] 45/23 70/1
Tenth [2] 100/20 102/24
term [24] 19/13 19/20 19/24
20/3 20/6 20/9 23/11 23/18
30/12 36/15 36/19 40/13
40/17 42/8 43/22 44/1 57/25
100/16 101/15 104/25
105/24 106/13 116/8 116/12
terms [10] 5/12 19/11 30/21
43/21 74/8 74/10 74/12
78/15 102/6 122/15
Terrace [1] 54/12
terribly [1] 81/10
tested [1] 46/21
testified [11] 12/20 14/23
15/2 15/4 15/15 50/3 53/5
84/3 84/9 84/12 84/13
testify [5] 17/5 17/9 24/7
24/12 85/5
testifying [5] 13/22 15/11
15/17 76/3 85/12
testimony [21] 10/3 10/5
12/15 12/20 12/25 13/24
14/1 14/22 15/25 16/1 16/4
16/11 16/19 16/21 16/23
17/1 17/2 51/3 62/14 74/18
89/8
text [3] 74/25 75/3 91/13
texted [1] 66/25
than [15] 6/7 11/18 11/21
13/10 13/25 49/10 49/17
52/18 72/14 73/22 73/23
84/14 90/2 99/20 122/13
thank [14] 3/1 7/16 46/7 72/4
81/17 95/20 96/22 99/4 99/6
117/24 120/20 120/25
122/21 124/23
that [707] 2/11 2/17 2/20
2/22 3/5 3/6 3/7 3/12 3/16

talked 4/14 4/25 5/2
5/3 5/15 5/24 6/5 6/12 6/19
6/22 6/22 6/23 6/23 6/24
6/25 7/4 7/6 7/7 7/10 7/11
7/13 7/23 8/2 8/2 8/8 8/9
8/12 8/17 8/25 9/5 9/5 9/25
10/4 10/8 10/8 10/12 10/12
11/8 11/11 11/12 11/12
11/14 11/18 11/19 11/21
12/1 12/3 12/14 12/19 12/21
12/23 13/1 13/3 13/16 13/18
13/24 14/5 14/8 14/14 14/18
15/8 15/21 16/5 16/13 16/15
16/20 16/25 17/21 18/5
18/10 18/12 19/12 20/25
21/2 21/4 21/5 21/7 21/8
21/12 21/13 21/19 21/20
21/23 22/5 22/6 22/17 23/6
23/9 23/16 24/4 24/13 24/22
24/24 24/25 25/4 25/5 25/9
25/10 25/16 25/20 25/22
26/2 26/9 26/11 26/12 26/13
26/17 26/20 26/23 26/23
27/1 27/3 27/3 27/7 27/7
27/8 27/10 27/13 27/14
27/18 28/2 28/6 28/6 28/8
28/14 28/23 30/2 30/10
30/14 30/16 30/17 30/18
30/23 30/24 31/3 31/5 31/7
31/9 31/10 31/16 31/23
31/25 31/25 32/1 32/5 32/7
32/11 32/11 32/14 32/16
32/16 32/20 32/20 32/21
32/23 33/1 33/2 33/16 33/20
33/20 33/22 34/2 34/11
34/12 35/3 35/6 35/9 35/10
35/18 35/20 35/23 36/8
36/12 37/4 37/6 37/18 37/20
38/7 38/10 38/13 38/16
38/17 38/19 39/3 39/5 39/8
39/11 39/12 39/24 40/4 40/9
40/11 41/1 41/3 41/15 41/17
41/23 41/25 42/3 42/6 42/12
42/17 42/19 43/1 43/1 43/3
43/4 43/14 43/17 43/19
43/22 44/5 44/7 44/17 45/4
45/8 45/11 45/20 45/20 46/9
46/11 46/14 46/15 46/16
46/17 46/19 46/20 46/24
47/1 47/20 48/1 48/10 48/15
48/18 48/19 48/22 48/25
49/6 49/9 49/9 49/11 49/12
49/21 49/21 49/22 50/3 50/5
50/14 50/22 50/22 50/23
50/24 50/25 50/25 51/2 51/3
51/4 51/12 51/17 51/21
51/21 51/25 52/13 52/13
52/17 52/21 52/22 52/25
53/6 53/7 53/14 53/15 53/16
53/19 53/22 54/3 54/3 54/7
54/8 54/12 54/15 54/19
54/19 54/21 55/4 55/6 55/8
55/10 55/11 55/22 55/23
56/2 56/5 56/20 57/3 57/14
57/24 58/6 58/13 58/15
58/16 58/17 58/17 58/21
59/4 59/7 59/10 59/10 59/11
59/16 59/17 59/19 59/24

that... [378]  59/25 60/2 60/7
60/13 60/15 60/16 60/18
60/18 60/20 60/22 60/25
61/1 61/2 61/6 61/9 61/14
61/18 61/25 62/3 62/5 62/5
62/10 62/17 62/18 62/20
62/25 63/3 63/8 63/9 63/11
63/12 63/13 63/15 63/18
64/5 64/16 64/18 64/20
64/20 65/9 65/13 65/15
65/16 65/16 65/17 65/18
65/23 65/25 65/25 66/1 66/1
66/2 66/2 66/3 66/5 66/5
66/7 66/17 66/19 66/20
66/22 66/23 67/3 67/5 67/5
67/6 67/7 67/8 67/11 67/12
67/14 67/15 67/16 67/23
68/2 68/5 68/9 68/19 68/19
68/20 68/20 68/22 69/4 69/5
69/9 69/13 69/17 69/20 70/1
70/23 71/2 71/3 71/4 71/5
71/8 71/9 71/13 71/14 72/6
72/13 72/18 73/16 73/18
73/19 73/22 73/24 74/8
74/12 74/19 74/21 74/24
75/3 75/3 75/4 75/13 75/16
75/16 75/22 75/24 76/1 76/1
76/21 77/1 77/2 77/15 77/16
77/16 77/17 77/18 77/18
77/19 77/21 77/22 77/23
77/24 77/25 78/3 78/6 78/6
78/18 78/20 78/24 78/25
78/25 79/1 79/13 79/15
79/18 79/19 79/20 80/1 80/1
80/3 80/7 80/9 80/13 80/15
80/17 80/17 80/24 80/24
81/1 81/3 81/6 81/8 81/9
81/22 81/23 81/24 81/25
82/4 82/9 82/9 82/18 82/19
83/12 83/13 83/15 83/22
83/24 83/25 84/4 84/8 84/13
84/18 84/23 84/24 85/2 85/2
85/3 85/5 85/10 85/16 85/17
85/22 86/5 86/9 86/10 86/12
86/12 86/13 86/17 86/19
86/21 86/25 87/1 87/2 87/6
87/13 87/14 87/14 87/21
87/23 88/1 88/3 88/5 88/9
88/9 88/16 88/16 88/21
88/23 89/2 89/2 89/3 89/10
89/11 89/14 89/16 90/11
90/22 92/2 92/5 92/5 92/19
92/19 92/25 93/4 93/6 93/7
94/7 94/8 94/14 95/5 95/7
95/15 97/1 97/7 97/9 97/11
97/25 98/6 98/17 98/20
98/22 99/3 99/18 100/6
100/12 101/5 101/16 101/20
101/23 101/24 101/25 102/5
102/5 102/12 103/2 103/6
103/15 104/12 104/14
104/19 105/9 105/9 105/16
105/19 106/6 106/19 107/4
107/6 107/8 107/11 107/21
107/22 107/24 107/25
108/15 108/16 108/20
109/14 109/15 109/15
109/17 109/20 109/20 110/4

110/11 110/11 110/12
110/14 110/15 110/15
110/18 111/3 111/4 111/4
111/5 111/6 111/7 111/7
111/7 111/8 111/10 111/12
111/13 111/14 111/19
111/23 112/4 112/6 112/7
112/10 112/15 112/16
112/16 112/20 112/20
112/25 113/1 113/2 113/3
113/4 114/1 114/3 114/14
115/2 115/3 115/6 115/16
116/10 116/15 116/15
116/21 117/3 117/11 117/12
117/14 117/19 117/20
117/21 117/24 118/9 118/10
118/16 119/3 119/6 119/7
120/18 121/6 121/9 121/14
121/17 121/20 122/8 122/10
123/5 123/8 123/13 123/25
124/13 124/14 125/6

that's [64]  6/7 47/2 49/10
49/11 55/17 59/22 60/24
62/19 62/23 63/20 64/17
65/11 65/19 65/21 66/8 67/8
67/13 68/3 68/9 68/17 70/19
70/22 71/2 71/12 71/15
72/11 73/9 73/9 79/20 79/21
80/1 82/1 84/12 87/6 87/12
87/15 88/5 88/5 88/21 97/14
98/5 98/17 101/9 102/5
103/1 103/5 103/16 104/2
106/14 107/7 107/21 108/24
109/18 113/9 113/16 114/5
114/20 115/10 115/19
122/12 122/13 123/3 123/6
123/21

their [30]  5/16 7/2 8/1 18/19
30/22 43/21 48/3 49/23 54/6
54/6 58/16 62/19 63/6 63/14
72/3 73/10 73/23 75/20 79/9
86/25 87/2 87/5 92/15 98/19
102/6 105/24 108/24 112/15
114/21 122/14

them [90]  3/7 3/9 3/11 3/18
4/2 4/3 4/15 4/21 4/24 4/25
5/11 5/12 5/14 6/13 6/13
8/20 14/7 14/19 34/25 38/4
48/3 48/5 50/13 52/24 53/3
54/5 58/22 60/4 63/5 63/6
65/18 66/4 66/4 66/10 69/23
70/3 72/22 73/10 75/18
75/18 75/19 75/19 75/19
75/22 76/15 76/15 76/17
76/18 76/18 78/22 78/23
79/11 80/23 86/1 87/22 88/2
90/21 93/5 96/4 96/24 97/1
98/9 98/11 98/12 99/10
100/3 100/21 101/11 101/21
103/1 103/2 106/2 106/5
106/7 108/15 109/15 110/9
111/4 111/13 112/13 113/13
113/21 113/23 114/2 114/15
114/16 114/17 115/22
116/16 124/25

themselves [3]  27/21 33/10
98/24

then [55]  5/11 5/11 5/17 7/25

29/14 29/25 36/5 46/23
56/10 56/11 63/21 64/14
67/4 71/12 75/2 79/6 81/2
84/20 85/14 89/21 90/3 91/7
94/15 94/17 96/19 99/12
101/5 101/15 101/21 102/17
104/24 106/5 108/14 110/25
111/25 112/1 112/12 112/12
112/14 112/15 116/16 121/5
121/22 122/23 123/6 123/15
124/5 124/6 124/7 124/10

theories [1]  7/10

theory [1]  105/7

there [104]  2/23 4/12 4/24
12/11 15/24 17/24 41/18
45/2 45/7 47/24 48/14 49/10
49/17 51/24 53/2 54/13 55/4
55/6 56/7 56/7 57/22 57/23
58/18 59/24 59/25 60/1 60/8
60/9 63/11 65/5 65/6 65/7
66/20 67/6 67/10 67/19
69/22 70/12 70/17 70/23
71/3 73/22 73/24 74/3 74/5
74/8 74/15 74/17 75/17
77/11 77/17 78/22 79/18
80/7 80/24 81/4 81/15 81/23
82/3 82/3 82/6 82/11 82/11
82/12 83/20 83/24 84/25
85/16 87/10 87/23 87/25
88/6 88/8 88/10 88/17 89/2
90/9 90/22 90/24 95/13
95/14 97/20 102/2 103/9
103/13 103/22 104/8 104/18
105/9 106/18 106/22 106/23
107/4 107/9 107/19 108/14
109/3 109/6 111/1 113/21
116/4 116/5 122/4 124/11

there's [19]  4/25 5/3 5/8 57/9
60/2 61/18 67/4 68/23 71/5
77/14 81/6 81/7 97/9 98/3
103/5 105/4 105/7 107/1
107/2

thereby [1]  24/8

thereof [1]  20/2

these [31]  9/4 28/21 28/25
34/10 34/14 34/24 35/25
38/3 39/15 46/19 48/1 48/13
56/6 65/8 66/9 73/17 73/18
73/21 77/14 81/12 86/7
87/16 90/6 90/20 93/19
93/20 98/3 102/6 103/18
105/2 113/18

they [101]  2/15 3/9 3/10 4/3
4/14 4/20 4/24 4/25 5/2 5/3
5/4 5/15 5/16 5/17 5/21 7/3
7/4 8/4 8/6 10/18 14/8 14/15
48/9 48/10 49/20 49/21
49/22 49/22 51/8 51/12
51/23 51/25 53/2 53/2 58/13
58/15 58/15 58/16 59/10
59/11 62/17 62/18 64/1
64/15 66/5 66/10 71/6 71/10
71/11 73/22 74/12 74/12
75/14 75/15 75/19 75/20
75/22 75/23 76/3 76/4 76/16
76/18 76/19 77/11 77/20
78/7 78/9 79/8 79/21 80/19
81/13 85/25 86/24 86/25

96/13 96/25 97/1 97/22 98/6
98/7 99/23 102/6 104/15
104/21 105/13 107/12
109/10 109/23 111/5 111/7
111/8 111/10 111/14 114/3
114/6 115/6

thin [1]  2/21

thing [17]  2/9 6/15 8/5 47/19
47/21 50/7 60/25 68/3 68/18
72/10 73/13 81/17 84/10
84/16 94/18 98/17 116/14

things [16]  7/9 7/11 9/4
70/21 72/15 72/16 72/21
89/16 94/18 97/11 98/14
103/15 112/2 113/14 113/21
121/4

think [87]  2/11 2/19 2/20 3/5
4/1 4/2 4/6 4/12 4/13 4/19
4/23 5/9 6/16 6/20 7/2 7/3
9/19 18/10 51/15 70/17
70/19 70/20 70/22 70/25
71/2 71/3 71/11 71/12 72/16
72/17 73/17 75/14 75/15
78/3 78/6 78/15 79/5 79/5
81/19 83/16 85/25 86/10
89/9 97/9 97/13 97/18 98/18
99/18 99/19 100/1 101/7
101/8 102/12 103/9 104/18
104/20 105/6 105/12 106/6
106/19 106/21 106/22
106/24 107/1 107/12 107/23
108/5 108/9 108/10 108/21
109/18 110/9 111/3 111/12
112/10 113/11 113/16
113/23 114/2 114/15 114/16
114/20 115/21 121/10
122/25 123/17 123/23

thinking [8]  2/20 17/25 21/14
25/11 70/10 71/16 107/7
124/13

thinks [4]  6/12 75/12 88/5
124/11

third [14]  19/7 23/5 27/1
29/22 32/14 35/10 38/16
39/11 42/6 84/23 105/7
110/6 110/12 117/9

this [224]  2/2 3/12 3/13 3/15
3/21 3/25 4/5 4/6 4/7 4/10
5/2 5/7 6/16 7/23 8/15 8/17
8/22 9/8 9/19 9/21 10/2 10/3
11/2 11/20 12/12 13/11
13/14 13/18 14/3 15/16
15/18 16/17 17/6 17/6 18/9
18/21 25/22 25/25 26/1 26/3
26/17 30/3 31/15 31/15
31/17 32/4 34/21 35/13
35/14 36/11 36/11 37/9
37/25 38/22 38/23 41/6
41/22 43/14 45/17 46/21
47/4 47/14 47/18 47/25 48/5
48/12 48/14 48/15 49/4 50/3
50/5 50/14 50/16 50/16
50/18 51/3 51/15 51/24 52/8
52/9 52/22 54/20 55/7 55/11
55/14 55/15 55/16 55/18
55/18 56/2 56/3 56/9 56/11
56/12 56/21 56/23 57/1 57/2
57/4 57/13 57/19 57/19 58/3

**T**

this... [121] 58/11 59/1 59/6 59/13 59/15 60/1 60/4 60/7 60/10 60/12 60/17 60/25 61/2 61/10 61/10 61/11 61/11 61/12 61/18 61/23 62/12 62/16 63/2 63/9 63/11 63/16 64/13 64/24 65/17 65/17 66/15 66/24 67/8 67/12 67/24 68/17 70/7 70/14 72/16 73/6 73/11 73/12 75/6 75/24 76/20 78/10 78/12 78/12 78/21 79/2 79/16 79/19 79/24 79/25 80/7 80/9 80/14 81/5 81/7 81/8 81/8 81/9 82/2 82/14 83/21 84/17 85/4 85/11 85/13 85/20 86/2 86/4 86/14 88/12 88/22 89/5 90/24 90/24 91/2 91/3 91/4 91/12 91/16 91/25 93/1 93/16 95/3 95/4 95/11 95/15 95/16 98/18 98/24 100/1 100/19 100/23 101/1 101/7 102/13 102/23 103/8 103/19 103/20 103/21 106/10 106/18 106/21 108/4 108/7 108/18 111/2 111/8 112/2 112/2 112/11 115/7 118/20 120/18 120/21 120/21 121/1

thorough [1] 81/13

those [42] 6/4 7/25 17/11 17/22 20/11 22/4 22/8 46/13 48/24 49/17 50/7 51/11 60/6 60/20 63/23 63/23 64/13 66/17 67/21 68/11 71/8 74/10 74/10 82/18 84/19 86/21 87/8 94/24 95/17 96/2 96/8 98/7 100/21 101/19 102/10 103/10 105/12 107/12 108/24 109/24 122/25 124/24

though [3] 20/21 54/11 98/20

thought [14] 21/11 25/9 70/13 76/9 76/24 77/12 81/24 86/12 87/20 87/25 88/1 105/9 109/13 110/1

thoughtful [1] 12/4

thoughts [3] 100/9 100/19 111/13

thousands [2] 82/4 87/4

threat [12] 30/9 30/13 55/16 58/1 58/10 58/11 58/12 59/4 59/11 83/20 104/7 104/11

threaten [3] 30/20 79/25 103/4

threatened [15] 30/8 30/15 30/16 54/8 54/16 58/8 59/21 76/6 80/10 101/14 104/5 104/10 104/23 106/12 116/11

threatening [11] 50/25 56/18 59/1 76/5 80/4 80/6 81/9 83/8 83/13 83/16 84/2

three [11] 5/10 18/22 19/14 28/21 28/25 55/24 60/7 61/7 67/14 80/12 108/15

three-inch [2] 67/14 80/12

three-quarters [1] 5/10

through [30] 12/22 33/2 36/24 40/22 43/8 44/11 44/24 47/10 47/12 50/1 52/2 54/5 56/9 56/10 57/1 65/2 65/6 68/22 70/21 71/9 73/11 74/6 81/16 82/7 82/10 83/22 83/23 88/10 88/13 90/6

throughout [3] 11/3 11/5 97/20

time [48] 4/3 5/19 5/20 5/21 5/21 6/4 6/6 12/21 15/21 19/3 23/13 30/9 31/5 44/20 45/23 47/15 49/20 50/11 50/16 51/7 51/19 53/23 56/3 56/3 56/12 57/16 57/18 58/14 61/23 65/18 68/17 75/14 83/1 85/3 85/16 85/20 86/2 86/4 86/5 99/22 104/12 112/19 120/23 120/25 121/15 121/22 123/5 123/16

time-honored [1] 51/19

times [3] 50/15 73/21 103/14

TIMOTHY [1] 1/8

tinker [1] 108/6

tip [1] 47/23

TJK [1] 1/3

today [3] 7/22 56/22 124/12

together [1] 106/8

told [38] 10/7 10/8 47/14 48/15 48/18 48/22 50/13 53/6 53/8 53/8 53/13 54/3 54/7 54/19 55/6 55/9 55/20 58/13 62/5 62/25 63/9 63/11 66/15 69/20 73/12 75/25 78/15 82/18 82/20 84/10 85/6 85/15 93/18 94/20 96/5 103/1 103/2 114/15

tone [2] 52/17 58/20

too [3] 51/12 113/9 123/20

took [16] 21/5 21/20 25/2 25/17 45/20 46/17 54/23 65/17 65/18 65/19 69/14 76/25 79/5 82/6 85/7 88/6

top [2] 47/23 96/25

topple [1] 46/12

toppled [1] 47/6

touching [1] 69/12

tough [1] 107/7

tour [1] 53/20

toward [3] 15/17 21/6 25/2

towards [1] 79/6

town [1] 72/19

toxin [1] 55/16

tradition [1] 51/19

traitors [2] 75/19 76/18

transcript [1] 70/14

transcription [1] 125/7

transcripts [5] 17/11 17/16 17/17 17/19 17/22

transfer [2] 46/10 51/20

travel [1] 19/20

treatment [1] 9/10

trial [35] 1/8 6/19 6/22 8/15 8/24 10/2 10/7 11/3 11/5 14/10 15/5 16/17 18/9 44/23 50/3 50/16 51/4 52/9 55/12 94/21 91/11 96/2 96/6 98/19 98/21 98/24 99/2 121/5

trigger [1]

142126 

Filed 05/10/23 Page 147 of 150

122/24 123/13 124/15 125/2

true [4] 11/18 16/12 82/1 86/10

trust [2] 72/24 81/12

trusting [1] 76/20

truth [3] 11/19 15/13 16/21

truthfully [1] 15/2

try [7] 4/4 50/6 63/5 70/11 91/23 105/8 108/11

trying [8] 5/16 7/3 48/19 48/20 51/24 58/25 108/10 111/10

Tuesday [1] 89/20

turn [5] 5/2 7/25 50/5 73/3 95/21

turned [1] 86/5

TV [2] 72/20 89/10

twice [1] 76/10

Twitter [1] 69/16

two [37] 2/12 4/12 4/20 12/11 21/1 22/4 22/8 24/23 29/3 34/10 34/14 37/12 41/9 48/22 50/11 57/10 57/16 61/18 65/18 73/2 78/2 78/3 82/25 88/25 89/9 94/22 95/22 99/18 101/19 102/10 104/18 104/24 105/12 116/14 121/4 123/20 123/23

type [1] 107/19

types [2] 12/11 68/12

**U**

U.S [4] 20/9 20/10 30/25 80/8

unanimous [2] 92/5 92/13

unanimously [1] 118/21

undeniable [2] 21/21 25/17

under [9] 3/15 22/19 25/9 40/8 42/16 68/8 73/1 92/2 124/9

understand [1] 111/7

understandably [1] 80/6

understanding [5] 10/19 24/3 50/17 78/19 123/13

understood [1] 109/23

undisputed [2] 8/14 10/10

unfortunately [1] 109/25

unhelpful [2] 101/3 101/12

union [1] 53/17

uniqueness [1] 4/4

UNITED [43] 1/1 1/2 1/9 1/11 1/14 2/3 19/2 20/1 20/2 20/4 20/8 29/7 29/13 29/20 29/25 30/24 42/1 42/8 42/9 43/18 44/1 44/2 46/2 46/25 47/11 51/1 51/16 51/22 51/23 53/11 53/12 59/18 60/14 67/17 71/25 73/6 75/4 76/24 77/1 79/18 99/16 118/6 124/9

unknown [2] 48/18 55/16

unlawful [12] 23/25 24/1 24/4 24/13 64/18 64/19 64/25 64/25 78/18 78/20 78/24 87/6

unless [3] 11/3 77/19 109/25

Unlike [1] 54/11

unlikely [1] 95/4

unnecessarily [2] 40/9 42/17

reasonableness [1] 16/10

unreasonably [4] 40/7 42/15 68/7 68/8

unspecified [2] 30/9 104/11

until [11] 11/3 46/8 56/13 56/17 66/21 92/4 95/8 99/12 121/19 121/21 124/10

untold [1] 89/1

up [56] 6/20 7/14 7/24 12/25 18/8 49/18 50/7 50/8 50/8 50/10 50/13 51/9 52/3 52/5 54/2 54/9 54/19 54/24 55/25 56/11 57/17 58/25 60/8 60/9 63/22 63/23 63/25 66/4 69/16 70/14 72/20 72/23 72/24 73/21 75/17 77/12 82/5 82/25 83/9 84/1 85/6 85/7 85/15 86/6 86/8 88/8 90/11 90/17 95/1 100/21 101/5 102/5 102/21 103/25 123/1 124/24

upon [7] 30/13 58/1 82/19 92/16 92/23 108/16 118/22

upstairs [2] 47/16 80/23

urging [1] 52/24

us [15] 58/25 72/15 76/17 84/17 84/17 85/24 98/20 98/21 115/2 119/1 120/18 121/7 121/12 121/15 123/5

use [40] 5/6 16/25 23/25 30/8 30/8 30/9 30/15 46/18 49/9 58/8 58/8 58/10 58/22 58/24 60/5 67/13 77/16 94/2 95/10 96/4 96/10 101/14 101/14 103/3 103/14 103/15 104/5 104/5 104/10 104/10 104/11 104/22 104/23 106/11 106/12 108/22 109/10 110/25 116/11 116/11

used [22] 3/25 23/18 30/7 30/14 37/18 37/20 41/15 41/16 48/25 53/16 58/7 64/18 81/6 87/6 101/13 104/5 104/9 104/22 106/11 109/17 110/11 116/10

useful [3] 92/16 92/22 92/25

uses [3] 40/6 42/14 109/14

using [5] 3/24 47/20 64/24 77/16 103/14

utilized [1] 115/1

**V**

vaccines [1] 72/17

vacuum [1] 75/12

variety [1] 45/2

veer [1] 6/18

venture [2] 28/3 33/17

verbs [2] 60/1 60/8

verdict [43] 5/13 9/9 9/21 13/11 13/16 13/17 13/19 36/8 36/12 39/23 44/19 44/21 45/16 90/13 92/5 92/10 92/12 92/12 92/18 93/9 94/1 94/2 94/5 94/10 94/11 94/12 94/14 94/15 94/16 95/7 95/13 98/10 99/12 118/10 118/16 118/22 118/25 119/3 119/5 119/6 119/8 119/9

**V**

verdicts [3] 3/18 44/17 93/6
version [1] 4/22
versus [6] 2/3 46/2 71/25 99/17 108/2 118/6
very [23] 52/19 71/17 72/21 74/12 78/16 81/12 81/13 82/24 84/9 96/16 103/24 108/13 108/18 109/3 109/3 111/2 111/2 117/25 119/2 120/11 120/20 120/25 124/24
via [2] 2/24 91/17
Vice [26] 36/20 36/21 40/18 40/19 51/23 53/7 55/5 61/21 61/22 61/25 62/2 62/4 62/9 64/4 64/6 64/10 64/12 66/19 77/10 81/24 82/8 84/19 84/21 85/2 86/11 86/12
victim [1] 31/7
video [12] 7/5 17/13 17/14 44/25 45/2 50/15 52/22 55/14 80/16 83/22 84/15 89/7
videos [4] 73/15 74/13 77/14 89/1
videotape [4] 46/22 48/8 50/20 53/1 62/7 78/22 79/25
videotaped [1] 78/4
videotapes [1] 73/17
view [3] 4/17 49/15 108/6
views [2] 90/18 100/23
violating [2] 43/5 44/8
violation [7] 18/20 22/14 29/10 34/20 37/24 41/21 43/13
violence [8] 19/14 40/7 42/15 48/13 54/15 59/10 61/7 107/17
violent [2] 41/20 120/4
virtually [1] 3/23
Visible [1] 46/14
visiting [3] 36/18 40/16 66/20
vitriol [1] 54/15
voice [3] 53/23 62/6 92/17
voluntarily [1] 29/22
voluntary [1] 60/9
volunteering [1] 120/23
vomited [1] 59/14
vote [6] 23/19 42/24 46/11 66/7 92/8 92/23
votes [7] 48/9 51/18 63/19 64/2 76/17 86/24 86/25
voting [1] 92/4

**W**

wait [1] 106/18
Waldo [1] 73/14
walk [2] 50/4 63/12
walked [2] 73/3 77/12
Walking [1] 55/19
wall [9] 46/16 47/9 51/21 52/1 64/24 69/12 69/13 77/19 82/7
want [45] 4/21 6/20 6/23 8/8 49/8 52/23 53/9 57/6 57/9 57/24 59/25 65/3 70/3 70/8 70/11 70/11 70/13 70/14 71/1 74/5 74/9 75/14 75/15

89/14 89/14 89/16 93/20 97/11 98/12 98/12 101/8 108/11 117/7 120/20 120/25 121/8 121/17 121/22 123/18 123/19 124/7
wanted [11] 4/14 52/21 53/10 54/8 55/4 55/5 56/6 71/13 81/23 96/3 98/17
wants [8] 2/24 66/7 75/9 76/22 81/21 89/6 89/13 89/15
War [1] 53/16
warrant [4] 87/21 87/23 87/25 89/3
was [236] 2/17 6/19 12/19 12/21 13/2 13/14 14/5 15/23 16/12 19/4 23/14 23/16 26/11 26/24 26/24 28/3 28/3 28/7 28/7 28/8 29/7 29/14 29/24 29/25 30/24 31/5 31/7 31/25 32/12 32/13 33/17 33/17 33/21 33/21 33/22 37/10 41/7 45/25 46/9 46/11 46/14 46/22 47/3 47/6 47/7 47/8 47/10 47/12 47/15 47/25 48/8 48/15 48/19 48/22 48/25 49/10 49/15 49/17 49/19 49/20 49/22 50/3 50/4 50/8 50/18 50/20 50/22 50/22 50/23 50/24 50/25 50/25 51/4 51/4 51/9 51/13 53/1 53/14 53/16 53/19 53/25 54/3 54/5 54/6 54/16 54/24 55/3 55/8 56/7 56/13 56/15 58/14 58/17 58/18 58/19 58/22 58/24 58/25 59/24 60/8 60/9 60/10 60/13 60/14 60/18 60/23 61/2 62/3 62/3 62/4 62/7 62/10 63/1 63/11 63/11 63/21 64/20 64/20 64/20 64/22 64/22 64/23 65/6 65/7 66/15 66/16 66/18 66/19 66/20 67/25 68/19 68/20 68/20 68/21 68/21 68/24 69/11 69/15 69/17 69/20 69/23 70/23 71/2 71/10 71/21 72/19 72/22 73/1 74/3 74/3 74/4 74/4 74/19 75/17 75/24 75/24 76/1 76/2 76/5 76/9 76/10 76/23 76/23 76/24 77/1 77/2 77/10 77/12 77/25 78/4 80/4 80/6 80/7 80/16 80/17 80/22 81/4 81/9 81/22 81/23 81/25 82/3 82/3 82/5 83/3 83/15 83/15 83/17 83/17 83/20 83/21 83/24 83/24 83/25 83/25 84/3 84/4 84/5 85/12 85/13 85/14 85/14 85/16 85/20 85/22 86/5 86/25 87/2 87/11 87/11 87/23 87/25 88/10 88/12 89/2 89/3 89/11 94/20 97/10 97/20 97/21 98/18 99/14 102/1 103/21 103/22 104/8 105/6 105/9 105/9 106/23 109/3 118/4 122/4 123/13 124/13

72/24 125/13
Washington, [3] 42/10 44/3 62/13
Washington, D.C [3] 42/10 44/3 62/13
wasn't [16] 6/22 52/6 53/7 56/2 58/19 73/1 74/14 74/17 74/21 81/8 81/9 83/1 83/2 83/7 83/13 84/5
watch [7] 46/18 46/19 46/20 50/15 73/17 90/25 91/1
watched [1] 50/22
watching [1] 50/16
way [40] 3/8 6/9 6/9 7/24 10/21 17/24 19/7 22/11 26/1 27/14 28/14 31/16 33/2 34/3 34/17 45/15 49/23 51/24 56/9 56/10 58/16 61/1 63/11 63/12 64/17 65/9 73/10 76/6 77/7 78/3 87/4 91/18 92/25 95/21 98/20 98/22 99/4 106/6 111/23
ways [12] 22/4 22/8 28/21 28/25 29/3 34/10 34/14 65/5 65/8 66/9 79/18 108/15
we [193] 2/8 2/9 2/13 2/17 3/8 3/10 3/14 4/2 4/2 4/15 5/8 5/11 6/13 6/16 6/18 6/22 7/25 9/2 9/13 13/13 13/16 18/14 41/18 45/19 45/20 45/23 46/1 46/20 46/20 52/7 55/15 55/25 56/5 56/21 56/21 57/11 57/11 57/13 60/8 60/9 60/16 61/17 61/17 61/23 66/22 67/1 67/7 67/21 67/24 68/2 68/17 70/1 70/3 70/8 70/10 70/15 71/18 71/18 71/19 71/19 71/24 72/2 72/5 72/6 72/7 72/8 72/25 72/25 73/10 73/13 73/17 74/6 74/10 74/13 74/14 74/16 74/17 74/18 74/19 74/20 75/11 75/12 75/12 75/13 75/13 77/18 78/4 81/19 82/15 84/25 86/6 86/19 86/21 86/22 88/10 89/20 89/25 90/4 94/16 94/21 95/5 95/9 95/12 95/13 95/15 95/16 96/11 97/8 97/18 97/19 97/21 97/21 97/23 97/25 97/25 98/2 98/5 98/7 98/9 98/13 98/16 99/9 99/9 99/12 99/12 99/15 99/18 100/21 101/6 102/4 102/12 102/20 102/22 103/1 103/2 103/2 103/14 103/15 103/15 103/19 103/20 104/4 105/4 105/8 105/23 106/2 106/3 106/7 106/19 106/23 107/1 107/10 107/23 108/1 108/15 108/16 109/2 109/15 109/17 111/13 112/13 112/25 113/2 113/9 113/13 113/16 113/17 113/17 113/19 114/2 114/15 115/17 118/3 118/5 118/8 118/15 118/20 120/17 120/21 121/4 121/10 121/13 121/14 124/1

121/19 124/15
we're [2] 54/25 55/1
We've [1] 67/20
weapon [56] 3/5 3/25 34/20 35/3 35/11 35/15 36/3 36/9 37/5 37/7 37/10 37/12 37/13 37/15 37/23 38/7 38/20 38/25 39/19 39/24 41/2 41/4 41/7 41/9 41/10 41/12 47/1 49/8 54/22 67/8 67/12 77/15 77/16 77/16 77/17 80/11 80/13 85/7 85/8 109/11 109/12 109/16 110/4 110/7 110/14 110/16 110/23 112/8 117/11 117/13 117/15 117/18 117/21 117/22 119/23 120/2
weaponize [1] 52/21
weaponizing [3] 52/25 53/3 58/19
weapons [2] 74/1 75/4
wearing [1] 71/1
week [5] 95/18 121/1 121/21 123/24 124/7
weekend [1] 98/11
weeks [2] 123/21 123/23
weigh [1] 81/11
weight [7] 8/24 10/15 13/6 13/8 13/20 16/22 17/2
weird [2] 72/15 72/15
Weiss [1] 56/12
Welcome [3] 46/4 71/23 72/2 71/17 73/12 73/18 83/20 85/23 96/16 99/2 100/22 102/11 102/23 104/18 106/3 106/25 108/4 108/13 108/18 109/1 113/10 114/14 119/2 119/7 120/11 121/13 123/19 124/24
went [6] 12/24 78/1 78/7 78/8 80/20 88/10
were [40] 3/3 10/4 10/7 10/8 13/13 13/15 17/21 44/23 44/25 45/8 47/15 48/1 48/13 48/20 48/24 49/20 52/12 55/12 58/14 59/11 66/2 69/22 72/17 72/18 72/18 73/22 73/24 75/22 81/5 85/11 86/11 87/9 93/6 93/7 93/25 96/24 102/20 103/18 108/3 120/18
West [3] 1/12 48/16 54/12
what [164] 2/24 4/17 5/9 5/21 6/9 6/18 7/4 7/6 8/9 8/21 8/23 8/24 12/12 12/20 12/25 14/12 17/24 18/8 20/12 20/16 23/20 23/24 24/4 34/24 36/22 37/1 38/4 40/20 40/24 43/6 43/10 44/9 44/13 45/9 46/9 46/24 47/1 47/2 47/2 47/12 47/19 48/2 48/4 48/5 48/7 48/13 49/5 50/21 54/5 54/6 54/10 55/4 55/15 55/23 55/24 56/24 56/25 57/11 59/7 59/10 56/25 57/11 59/7 59/10 60/8 63/17

what... [100] 63/22 64/1
64/20 64/22 67/25 67/25
68/9 68/15 68/17 68/20
68/21 68/24 70/15 71/8
71/15 72/5 72/23 73/5 74/4
74/4 75/6 75/10 75/11 77/12
77/20 78/20 79/1 79/10
79/15 79/21 81/5 81/6 82/18
82/22 82/23 82/24 84/7
84/12 84/23 84/24 85/21
86/6 86/9 87/6 87/11 87/12
87/17 88/12 88/17 88/18
88/18 89/3 89/6 89/7 89/8
89/8 89/9 89/10 89/19 89/21
89/23 94/5 94/14 97/19
97/21 97/24 98/9 100/22
102/9 102/20 103/1 103/2
103/5 103/19 104/1 104/2
104/14 105/8 106/3 106/10
107/1 107/15 107/23 108/10
108/24 109/5 111/4 111/12
112/10 112/13 113/11
113/19 114/1 114/3 114/5
114/22 121/4 121/20 122/14
122/25
what's [7] 51/25 76/20 84/17
97/19 102/17 108/6 121/6
whatever [5] 49/22 58/15
71/6 101/24 121/23
whatnot [1] 96/14
whatsoever [2] 73/6 73/9
when [81] 4/25 10/11 12/13
13/13 14/3 30/13 38/16
39/11 40/3 42/11 47/12
47/18 49/3 50/12 50/13
50/14 51/8 52/13 52/19
55/10 57/11 58/2 59/6 59/19
59/20 60/14 62/21 63/21
63/25 64/3 64/19 64/23
68/22 73/2 75/11 75/23 76/8
76/19 77/10 78/1 78/7 78/8
79/13 80/17 80/19 80/20
81/12 82/23 83/5 83/22 84/7
84/8 84/19 84/20 84/24 85/6
89/18 89/20 90/4 90/7 92/18
94/1 94/2 95/7 96/12 96/17
97/1 97/22 98/6 103/14
110/25 113/14 114/3 121/24
122/24 124/15 124/25
whenever [1] 95/13
where [27] 9/8 29/8 29/15
36/17 40/15 45/7 48/9 56/6
56/21 64/1 69/18 70/14
72/25 74/25 76/16 77/15
80/18 82/8 85/24 86/24
86/25 96/12 97/10 98/19
101/1 102/6 121/11
Where's [1] 73/14
wherever [1] 72/18
whether [47] 2/18 3/5 13/7
13/14 14/20 14/24 15/1 15/2
15/11 15/12 15/13 15/15
15/24 16/5 16/11 16/12
16/18 18/11 20/15 22/9
22/20 22/21 23/23 27/22
29/1 33/11 34/16 36/1 36/5
36/25 37/6 37/9 39/16 39/21

63/22 76/3 76/4 80/12 92/8
119/8 123/14 123/15
which [57] 3/24 4/12 9/6
11/10 11/23 12/11 12/16
13/23 14/17 14/25 15/4
15/15 15/22 17/14 18/4
18/19 19/15 20/4 21/6 22/13
25/3 26/2 27/12 29/9 31/16
32/25 34/20 35/13 35/25
37/23 38/22 39/15 41/21
43/13 44/16 45/23 54/10
57/6 57/6 61/8 64/13 66/11
72/23 77/7 82/19 88/24
98/23 101/13 104/21 105/1
105/7 109/5 109/9 110/23
113/6 117/9 117/16
whichever [1] 105/6
while [21] 3/21 8/23 13/1
34/19 35/2 36/2 37/23 38/6
39/18 53/24 54/16 64/9
66/12 82/25 93/13 93/15
93/20 108/20 110/22 119/22
120/1
white [4] 67/1 76/24 77/3
77/12
who [53] 14/6 14/22 24/11
26/6 26/9 29/7 29/14 29/25
31/1 31/23 47/4 47/5 47/6
47/7 47/7 47/8 47/10 47/15
47/24 48/10 50/2 51/11
51/13 52/1 52/2 53/13 53/21
56/24 58/17 59/8 59/10
59/14 59/16 64/12 73/18
73/20 76/6 81/2 85/23 87/8
87/24 87/24 90/14 90/15
90/15 90/17 90/18 96/1 96/3
96/8 99/1 118/16 118/18
whodunit [2] 73/13 73/13
whole [8] 5/1 8/19 57/18
68/17 76/22 80/16 85/16
93/22
wholly [1] 19/23
whom [2] 26/8 31/21
why [22] 5/4 45/3 45/9 55/3
55/17 57/1 67/16 74/3 74/3
74/3 74/23 75/17 81/4 81/4
81/4 95/16 98/5 106/3 109/6
113/16 114/20 121/13
wife [1] 69/18
will [118] 2/15 2/25 3/10 3/16
3/19 3/20 4/15 5/11 5/12
5/15 5/17 5/22 6/8 6/10 7/14
7/23 7/25 8/1 8/4 8/10 22/18
22/19 34/24 36/11 36/12
36/12 36/18 38/4 40/16
45/19 45/24 46/5 53/3 54/21
61/11 70/2 70/8 70/17 71/11
71/18 71/18 71/20 72/3
74/10 78/17 79/23 85/1 85/6
85/7 85/15 85/25 87/15 90/3
90/4 90/5 90/14 90/16 90/17
90/18 90/21 91/7 91/24 93/3
93/4 93/8 93/11 93/12 93/18
94/2 94/16 95/5 95/12 95/13
95/22 96/1 96/11 96/12
96/16 96/19 98/5 98/7 98/13
99/9 99/12 99/20 100/19
101/17 101/23 105/25

111/25 112/4 112/11 112/12
112/14 115/15 116/15
116/16 118/3 118/11 118/24
119/3 119/4 121/19 122/17
122/22 123/7 123/15 123/17
124/8 124/8 124/10 124/17
124/24 124/25
willfully [7] 42/6 42/25 43/3
43/19 44/4 44/6 68/18
willing [5] 47/6 47/7 47/9
58/22 58/24
willingness [1] 59/3
window [9] 12/19 12/23
46/24 68/23 72/18 75/6
83/22 83/23 87/9
windows [6] 46/17 46/19
56/10 67/5 82/7 88/2
winky [1] 63/20
wish [3] 3/19 93/9 96/5
wished [2] 28/15 34/4
within [5] 6/10 19/23 79/13
89/3 99/11
without [10] 9/16 35/7 35/21
45/2 80/11 80/13 97/12
107/21 110/9 120/22
witness [26] 12/13 14/13
14/25 15/2 15/2 15/4 15/9
15/10 15/11 15/12 15/13
15/14 15/15 15/23 16/2
16/11 16/12 16/15 16/19
16/20 16/21 17/1 17/3 24/6
24/12 79/1
witness's [7] 12/14 15/1
15/11 15/15 15/25 16/1 16/4
witnesses [12] 9/1 10/4
13/21 13/24 13/25 14/1
14/22 14/24 14/25 15/6
17/10 89/1
woke [1] 12/25
wolf [2] 75/24 76/2
won't [1] 121/20
wonders [1] 120/24
Woods [2] 63/18 67/1
word [7] 83/16 87/13 101/6
101/9 103/8 107/13 115/17
words [24] 17/21 17/22
27/25 33/14 40/6 42/14 45/1
42/25 49/19 58/23 58/24
63/23 74/5 83/4 87/8 92/12
107/3 107/5 107/12 107/19
108/10 111/1 116/5 116/6
work [6] 81/20 84/20 121/19
121/20 123/24 124/8
worker [1] 77/18
workers [1] 77/20
works [2] 77/19 122/20
world [1] 76/22
worried [3] 49/20 49/22 84/4
worry [1] 110/18
would [91] 2/8 2/18 2/20 3/7
4/7 4/9 4/11 4/13 4/15 4/23
6/9 6/23 8/12 12/20 13/1
13/15 17/7 23/6 43/22 46/8
49/16 49/21 49/21 49/22
49/25 50/1 51/13 52/7 54/19
55/16 58/16 59/8 59/19
59/21 59/21 66/19 69/5 70/4
71/3 71/4 71/13 72/6 72/6

85/12 87/2 90/21 95/17
99/10 101/8 101/20 102/12
102/13 102/14 102/18
105/10 105/10 105/13
105/14 106/10 106/22
106/24 108/5 108/19 108/22
108/24 109/20 110/1 110/12
110/18 112/20 112/25 115/2
118/25 120/22 121/15
121/15 122/2 122/8 122/11
122/12 122/18 122/25 123/4
123/5 123/20 123/23
wouldn't [2] 3/4 57/15
wound [1] 82/5
write [3] 5/17 95/2 112/5
writing [2] 91/25 92/6
written [2] 5/15 93/10
wrong [5] 24/4 64/21 64/22
78/20 78/24
wrongdoing [2] 24/2 24/3
wrongful [1] 24/1
wrote [1] 104/4
Wyatt [2] 63/18 67/1

Y
yeah [3] 104/14 111/11
112/3
years [1] 53/19
yell [1] 53/24
yelling [6] 48/24 52/4 75/21
76/16 76/17 76/17
yes [15] 31/13 55/4 60/1 75/2
96/15 98/2 102/15 102/19
106/16 109/22 111/18 113/7
115/19 120/14 124/17
yesterday [2] 98/1 103/18
yet [2] 54/15 97/23
you [663] 2/10 2/24 3/1 3/16
3/17 3/18 3/18 3/19 3/20
3/21 3/22 4/1 4/4 4/6 6/5 6/6
6/9 6/9 6/11 6/25 7/6 7/9
7/12 7/13 7/16 7/20 7/22
7/23 7/24 8/1 8/6 8/7 8/8 8/8
8/9 8/10 8/13 8/16 8/18 8/19
8/19 8/22 8/24 8/25 9/4 9/5
9/6 9/14 9/16 9/18 9/19 9/19
9/20 10/1 10/7 10/8 10/9
10/11 10/11 10/12 10/12
10/13 10/14 10/18 10/22
10/23 11/8 11/11 11/23
11/25 12/1 12/2 12/11 12/18
13/5 13/7 13/11 13/13 13/16
13/16 13/17 13/22 13/24
13/24 14/2 14/6 14/11 14/12
14/14 14/18 14/21 14/23
14/24 15/5 15/6 15/8 15/9
16/1 15/19 15/24 16/3 16/5
16/5 16/9 16/12 16/13 16/15
16/18 16/21 16/24 16/25
17/1 17/2 17/6 17/7 17/8
17/13 17/15 17/17 17/18
17/20 17/21 17/25 18/1 18/5
18/8 18/9 18/10 18/22 20/15
20/24 21/7 21/8 21/11 21/16
21/20 22/5 22/6 22/8 22/9
22/24 23/23 24/5 25/1 25/6
25/9 25/13 25/17 26/11
26/17 27/13 27/24 28/5
28/11 28/22 28/22 28/25

**Y**

you... [507]  29/1 29/16 30/6
30/18 30/23 31/24 32/5
32/10 33/1 33/13 33/19
33/25 34/11 34/12 34/14
34/15 34/21 34/23 34/24
34/24 35/3 35/12 35/17
35/24 35/25 35/25 36/4
36/9 36/10 36/13 36/25 37/8
37/25 38/3 38/4 38/4 38/7
38/21 39/2 39/14 39/15
39/16 39/19 39/20 39/24
39/25 40/23 41/5 41/23 43/9
43/14 44/12 44/15 44/16
44/17 44/21 45/6 45/6 45/7
45/8 45/9 45/10 45/11 45/17
46/7 47/2 47/14 48/5 48/15
48/18 48/22 49/9 49/9 50/1
50/7 50/14 50/15 50/15
50/21 51/3 51/3 51/21 52/8
52/12 52/22 52/23 53/12
53/13 54/3 54/7 54/10 54/18
54/22 55/9 55/11 55/14
55/14 55/20 55/25 56/23
56/24 57/1 57/21 57/24
57/25 58/3 58/5 58/12 58/13
59/6 59/7 59/13 59/15 59/24
59/25 60/13 61/5 61/25 62/2
62/5 62/8 62/12 62/13 62/14
62/17 62/25 63/2 63/2 63/4
63/8 63/9 63/11 63/15 64/5
64/6 64/7 64/13 64/16 65/4
65/5 65/9 65/13 65/15 65/23
65/24 66/7 66/10 66/10
66/15 66/17 67/2 67/5 67/9
67/12 67/16 68/9 69/4 69/19
70/2 70/4 70/13 70/14 70/15
70/19 70/20 70/24 71/1 71/2
71/13 72/4 72/7 72/8 72/13
72/18 72/18 72/19 73/12
73/20 73/25 74/1 74/2 74/2
74/5 74/7 74/9 74/11 74/11
74/22 74/25 75/2 75/3 75/10
75/11 75/14 75/15 75/20
75/25 76/6 77/3 77/21 78/5
78/6 78/15 78/17 79/4 79/5
79/6 79/11 79/12 79/19
79/19 79/19 79/23 80/15
80/15 80/16 80/18 80/19
80/25 81/1 81/3 81/11 81/12
81/15 81/16 81/17 81/17
81/21 82/1 82/14 82/17
82/19 82/19 82/20 83/5 83/8
83/11 83/12 83/14 83/22
84/1 84/9 84/11 84/15 84/15
84/20 85/3 85/5 85/6 85/7
85/10 85/11 85/12 85/15
85/18 85/18 85/23 86/6 86/9
86/17 86/20 86/23 87/9
87/13 87/14 87/14 87/15
87/15 87/19 87/23 87/24
87/25 88/1 88/2 88/6 88/7
88/16 88/17 88/21 88/23
88/24 88/24 88/25 89/1 89/6
89/16 89/18 89/19 89/19
89/21 89/25 90/1 90/2 90/3
90/4 90/4 90/4 90/7 90/7
90/10 90/10 90/11 90/12
90/15 90/16 90/20 90/20

90/23 90/25 91/1 91/6
91/7 91/8 91/9 91/10 91/10
91/11 91/15 91/16 91/20
91/20 92/2 92/4 92/5 92/25
93/1 93/3 93/5 93/5 93/8
93/9 93/11 93/13 93/14
93/16 93/17 93/18 93/18
93/19 93/20 93/20 93/21
93/22 93/24 93/24 94/2 94/3
94/7 94/10 94/11 94/12
94/16 94/19 94/20 94/22
94/23 95/1 95/1 95/5 95/8
95/9 95/12 95/13 95/13
95/14 95/14 95/15 95/17
95/17 95/20 95/20 95/22
96/1 96/2 96/3 96/4 96/5
96/5 96/12 96/16 96/17
96/17 96/22 97/4 98/6 99/1
99/4 99/4 99/6 99/9 99/11
100/15 100/24 100/24 101/2
101/12 101/17 101/20 102/1
102/1 102/2 102/3 102/4
102/12 102/14 102/18
102/20 102/21 103/17
105/13 105/19 106/3 106/4
106/5 106/6 106/6 106/7
106/7 106/18 106/20 106/21
106/21 107/6 107/10 107/11
107/14 107/15 107/21
107/23 108/2 108/3 108/10
108/17 108/19 108/20
109/25 110/10 110/10
110/25 111/1 111/7 111/12
112/20 113/3 113/6 113/11
113/13 113/14 113/24 114/7
114/22 115/3 115/8 115/13
115/15 115/24 116/1 116/7
116/7 116/18 116/19 117/9
117/25 117/25 118/2 118/11
118/14 118/16 118/17
118/24 118/25 118/25 119/7
119/12 119/15 119/19
119/23 120/2 120/5 120/8
120/11 120/16 120/18
120/18 120/20 120/22
120/25 121/1 121/1 121/3
121/8 121/17 121/22 122/9
122/21 122/25 122/25 123/9
123/18 123/24 124/3 124/6
124/14 124/14 124/23
You're [1]  48/6
you've [3]  78/21 82/1 89/2
young [1]  72/14
your [151]  2/2 3/1 4/11 5/5
5/23 6/15 8/4 8/18 8/21 9/21
9/24 9/25 9/25 10/1 10/14
10/15 11/10 11/14 13/15
13/17 14/16 14/19 15/8
16/22 17/12 17/15 44/19
44/20 44/21 45/14 45/16
46/1 46/7 50/16 51/22 60/5
65/3 67/13 70/12 70/16
70/18 71/14 71/16 72/4
72/10 72/12 72/12 72/13
72/18 72/23 75/10 75/20
76/19 80/25 88/13 88/14
88/22 89/15 90/5 90/8 90/9
90/15 90/15 91/5 91/16
91/19 91/21 92/12 93/5 93/9

94/12 94/13 94/16 94/19
95/2 95/2 95/20 95/21 96/3
96/4 96/6 96/6 96/8 96/9
96/18 97/3 97/13 97/25 98/2
98/15 99/6 99/15 100/10
101/1 101/19 102/11 104/16
106/4 106/14 106/16 108/8
108/12 109/1 109/2 109/20
109/23 110/18 111/7
111/23 111/24 112/14
112/19 112/21 112/23
112/24 113/4 113/5 113/14
113/17 114/6 114/21 114/25
115/1 115/2 115/20 115/25
116/1 116/22 117/6 117/24
117/25 118/4 118/16 118/23
119/3 120/14 120/23 120/24
120/25 121/23 121/24 123/1
123/9 123/19 124/13 124/23
yours [2]  45/13 54/22
yourself [2]  78/5 118/17
yourselves [1]  93/15

**Z**

zealously [1]  98/19
zero [1]  74/5